UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  9 - 1 3 - 06
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

THIS DOCUMENT RELATES TO:
  *Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

The following deposition testimony was presented to the jury on September 12, 2006 and September 13, 2006:

Videotaped deposition of Dr. Jerry Avorn.

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

Avorn all v4.txt

ID:           Avorn Part 1

ID:           Avorn 3102
Page Range:   31:2-34:6

```
31: 2       Q.    Good afternoon, Doctor.
31: 3       A.    Good afternoon.
31: 4       Q.    Would you please introduce
31: 5 yourself to the members of the jury.
31: 6       A.    Yes.  My name is Jerry
31: 7 Avorn.
31: 8       Q.    And where do you currently
31: 9 live, sir?
31:10       A.    In Brookline, just outside
31:11 of Boston, Massachusetts.
31:12       Q.    And do you hold any academic
31:13 positions?
31:14       A.    Yes.  I'm a professor of
31:15 medicine at Harvard Medical School.
31:16       Q.    And do you hold any other
31:17 professional positions at Harvard Medical
31:18 School?
31:19       A.    Yes.  I am the chief of the
31:20 division of pharmacoepidemiology and
31:21 pharmacoeconomics at the Brigham and
31:22 Women's Hospital, which is one of the
31:23 main Harvard teaching hospitals.
31:24       Q.    And would you tell us a
32: Page 32
32: 1 little bit about the division of
32: 2 pharmacoepidemiology and
32: 3 pharmacoeconomics?
32: 4       A.    Yes.  That's a division that
32: 5 I was asked to start in 1997, and it
32: 6 opened its doors in 1998.  And it is a
32: 7 collection of 25 researchers of whom
32: 8 there's 11 faculty, and the rest are
32: 9 programmers and research assistants and
32:10 administrators.  And our main agenda is
32:11 the study of patterns of medication use,
32:12 side effects caused by drugs, good
32:13 effects caused by drugs, the cost
32:14 effectiveness of drugs, the impact of
32:15 policy such as reimbursement and other
32:16 sorts of policy on how doctors prescribe
32:17 drugs, how patients use drugs, and,
32:18 finally, the way that physicians make
32:19 prescribing decisions and how those
32:20 decisions can be made better.
32:21       Q.    And forgive me if
32:22 occasionally I ask you to explain some
32:23 terms.
32:24             You mentioned the term
33: Page 33
33: 1 "pharmacoepidemiology."  Would you please
33: 2 describe what that is?
33: 3       A.    Sure.  That is the study of
33: 4 the beneficial and adverse effects of
33: 5 drugs as seen in, quote, the real world
33: 6 as typical doctors and typical patients
33: 7 use those medications, both the good
33: 8 effects and the bad effects.
```

```
                        Avorn all v4.txt
33: 9          Q.     And what about the term
33:10 "pharmacoeconomics"?
33:11          A.     Pharmacoeconomics is the
33:12 study of the relationship between what a
33:13 drug does and what its cost is.  So, we
33:14 try to understand whether a given drug is
33:15 worth its price and whether it's cost
33:16 effective, whether it might even save
33:17 money for the healthcare system, and how
33:18 those balance out.
33:19          Q.     How is your division funded,
33:20 Dr. Avorn?
33:21          A.     Primarily by our
33:22 peer-reviewed research grants from the
33:23 National Institutes of Health, which is,
33:24 of course, the federal agency that
34: Page 34
34: 1 supports scientific research.  we also
34: 2 receive money from foundations that are
34: 3 devoted to, let's say, arthritis and
34: 4 other areas that we are concerned in.
34: 5 And we also will accept research grants
34: 6 from pharmaceutical companies.


ID:             Avorn 3509
Page Range:     35:9-36:15

35: 9               I'd like to go through some
35:10 of your education and experience a little
35:11 bit.  Okay?
35:12          A.     Sure.
35:13          Q.     All right.
35:14               Would you please tell the
35:15 men and women of the jury a little bit
35:16 about your educational background, how
35:17 you became a professor of medicine at
35:18 Harvard?
35:19          A.     Sure.  In brief, I grew up
35:20 in New York City.  I went to Columbia as
35:21 an undergrad.  I then went to Harvard
35:22 Medical School, where I was awarded the
35:23 M.D. degree in 1974.  I then did my
35:24 internship and residency in various of
36: Page 36
36: 1 the Harvard teaching hospitals and became
36: 2 certified in internal medicine.  And
36: 3 around the time that I was a resident, I
36: 4 also began teaching at the medical school
36: 5 in a variety of areas that primarily
36: 6 related to medication use.
36: 7          Q.     Do you currently teach
36: 8 medical students and residents at
36: 9 Harvard?
36:10          A.     Yes.  That's where I just
36:11 came from an hour ago.
36:12          Q.     Okay.
36:13               And do you conduct
36:14 independent research?
36:15          A.     Yes, I do.


ID:             AVORN  3618
                        Page 2
```

Avorn all v4.txt

Page Range:        36:18-37:3

```
36:18                   In what medical and
36:19 scientific fields do you conduct medical
36:20 research?
36:21           A.     The utilization of drugs by
36:22 doctors, the side effects of those drugs,
36:23 the utilization of drugs by patients, the
36:24 relationship between the healthcare
37: Page 37
37: 1 system and medication use, and in
37: 2 general, the outcomes of drug use and how
37: 3 it can be improved.
```

ID:                D AVORN 3704
Page Range:        37:4-37:17

```
37: 4           Q.     Now, you mentioned Brigham
37: 5 and Women's Hospital.  Does the division
37: 6 that you head have any relationship to
37: 7 the day-to-day function of the Brigham
37: 8 and Women's Hospital?
37: 9           A.     Yes.  One of the missions of
37:10 our division is to help advise the
37:11 hospital about what medications should be
37:12 used at the hospital and also to teach
37:13 the interns and residents and medical
37:14 students and physicians who are
37:15 practicing at the hospital about the best
37:16 way to use the drugs that are on our list
37:17 of drugs or the formulary.
```

ID:                AVORN  3718
Page Range:        37:18-42:10

```
37:18           Q.     Okay.
37:19                   Now, you previously
37:20 described to the members of the jury
37:21 pharmacoepidemiology, pharmacoeconomics.
37:22 You also mentioned that you do research
37:23 in the field of looking at the factors
37:24 that affect prescribing choices of
38: Page 38
38: 1 physicians?
38: 2           A.     That's right.
38: 3           Q.     Okay.
38: 4                   Would you describe your
38: 5 particular interest in that area?
38: 6           A.     Sure.  The first paper I
38: 7 published in that area was actually back
38: 8 in 1982 in which I was interested in how
38: 9 doctors make decisions about what drugs
38:10 to use.  And I was interested in whether
38:11 -- the balance between the information
38:12 that we as prescribers get from the
38:13 medical literature versus from commercial
38:14 sources like advertising or sales reps.
38:15 And so we did a study of primary care
38:16 docs in the Boston area, and we asked
38:17 them where they got their information
38:18 from, and then we gave them little
```

Avorn all v4.txt
38:19 quizzes about the drugs that they
38:20 commonly used.  And although they thought
38:21 that they got most of their information
38:22 from just reading the medical journals,
38:23 in fact, what our quiz showed was that a
38:24 lot of what they believed actually came
39: Page 39
39: 1 from what you could only find in ads or
39: 2 from sales reps.
39: 3          Q.     What is academic detailing,
39: 4 Doctor?
39: 5          A.     Academic dealing is an
39: 6 approach that I pretty much invented in
39: 7 the late 1970s and early 1980s.  And it
39: 8 was based on the following idea:  That we
39: 9 know that the drug manufacturers are
39:10 awfully good communicators.  They send
39:11 people into our offices.  They have very
39:12 well-presented spiels that they give us.
39:13 They interact with us in a very friendly
39:14 way.  They've got great graphical
39:15 material.  They will have dinner meetings
39:16 in good restaurants and show us their
39:17 presentations.  And that's really very
39:18 effective communication, but it's just to
39:19 sell product.  That's the only reason
39:20 that they do that communication.
39:21          By contrast, faculty in
39:22 medical schools tend to have a pretty
39:23 good handle on the evidence and don't
39:24 usually have a particular axe to grind
40: Page 40
40: 1 about selling a product, but we tend to
40: 2 be lousy communicators.  We give dull
40: 3 lectures.  We don't really have very good
40: 4 graphical material.  We stay in our ivory
40: 5 tower and we don't go out to doctors'
40: 6 offices.
40: 7          And what I began to wonder
40: 8 about in the late '70s and early '80s is
40: 9 whether we could kind of marry that very
40:10 effective communication approach that the
40:11 pharmaceutical industry has with the more
40:12 balanced evidence-based approach that
40:13 medical school or academic faculty have.
40:14 And because the approach of the sales
40:15 reps in the drug industry is called
40:16 detailing, I call that academic
40:17 detailing.
40:18          And our first study was
40:19 funded by the federal government in 1979
40:20 and ultimately was published in the New
40:21 England Journal in 1983 in which we
40:22 showed that by sending pharmacists that
40:23 we trained to be the so-called unsales
40:24 reps out to doctors' offices to teach
41: Page 41
41: 1 them about how to prescribe better in
41: 2 this interactive and engaging manner, we
41: 3 could actually influence their
41: 4 prescribing for the better in a way that
41: 5 was both effective and actually paid for
41: 6 itself.

```
                    Avorn all v4.txt
41: 7        Q.     Doctor, have various
41: 8 governments and different organizations
41: 9 adopted the concept of academic
41:10 detailing?
41:11        A.     Yes.  As a matter of fact,
41:12 just a few weeks ago I came back from
41:13 Australia where the entire country has a
41:14 very large program of academic detailing
41:15 which we actually helped them set up
41:16 based on our early research in which they
41:17 have pharmacists and nurses going out to
41:18 doctors all over the country to advise
41:19 them on how to prescribe so that they are
41:20 not dependent on ads or sales reps from
41:21 the drug companies to know about the
41:22 drugs they use.
41:23        Q.     Any states have programs
41:24 and --
42: Page 42
42: 1        A.     Yes.  We're actually running
42: 2 a program on behalf of the State of
42: 3 Pennsylvania which has asked our group to
42: 4 put together educational materials for
42: 5 doctors all over Pennsylvania.  And the
42: 6 State of Pennsylvania funds nurses and
42: 7 pharmacists to go out and teach doctors
42: 8 how to prescribe so that they are not,
42: 9 again, dependent on just what they hear
42:10 from the sales reps and see in the ads.


ID:              Avorn 4216
Page Range:      42:16-44:3

42:16                Have you published in each
42:17 of the areas that you've identified,
42:18 pharmacoepidemiology, pharmacoeconomics,
42:19 and physician drug practices?
42:20        A.     Yes, I have.
42:21        Q.     In the course of your
42:22 career, Dr. Avorn, have pharmaceutical
42:23 companies funded some of your research?
42:24        A.     Yes.  As I said, we do have
43: Page 43
43: 1 research support from a number of drug
43: 2 companies.
43: 3        Q.     Do these include some of the
43: 4 studies that you have conducted with
43: 5 respect --
43: 6                Well, first of all, let me
43: 7 back up.
43: 8                Have you studied the class
43: 9 of drugs that we'll talk about here today
43:10 called nonsteroidal anti-inflammatory
43:11 drugs or NSAIDs?
43:12        A.     That's right.
43:13        Q.     And have you studied COX-2
43:14 drugs?
43:15        A.     That's right.  We've been
43:16 looking at that class of drugs since
43:17 before 1990.
43:18        Q.     Okay.
43:19                And have you received grants
```

```
                          Avorn all v4.txt
43:20 and funds from various pharmaceutical
43:21 companies to study that class of drugs?
43:22         A.    Yes.  Both drug companies
43:23 and also the National Institutes of
43:24 Health.
44: Page 44
44: 1         Q.    would you tell us some of
44: 2 the drug companies who have funded your
44: 3 research?


ID:              Avorn 4408
Page Range:      44:8-48:5

44: 8         A.    In general, Pfizer, Glaxo,
44: 9 Pharmacia, Kabi, Merck.
44:10         Q.    Are you currently being
44:11 funded by Merck?
44:12         A.    Yes.  Dr. Solomon in our
44:13 group has a project in which I'm
44:14 participating in which Merck has funded
44:15 us to look at the underuse of drugs for
44:16 osteoporosis or bone thinning.
44:17         Q.    And have you been funded by
44:18 Merck to do studies in the field of COX-2
44:19 drugs including Vioxx?
44:20         A.    Yes, we have.
44:21         Q.    Other than your experience
44:22 with Vioxx, which we'll talk about during
44:23 the course of this deposition, putting
44:24 that aside for a moment, how would you
45: Page 45
45: 1 have described your experience with
45: 2 Merck?
45: 3         A.    Other than with our Vioxx
45: 4 experience?
45: 5         Q.    Yes.
45: 6         A.    I always thought of Merck as
45: 7 the most respected, upstanding, careful
45: 8 pharmaceutical company in the country, as
45: 9 most everybody else did back in, let's
45:10 say, the 1980s and early '90s.
45:11         Q.    was your, and we'll talk
45:12 about this, but was your experience with
45:13 Merck different with respect to the COX-2
45:14 drugs?
45:15         A.    Yes, it was.
45:16         Q.    Do you currently hold any
45:17 leadership appointments within your
45:18 field?
45:19         A.    Well, I have served in the
45:20 past as the president of the
45:21 International Society for
45:22 Pharmacoepidemiology, which is the main
45:23 professional body of researchers all
45:24 around the world who study drug side
46: Page 46
46: 1 effects and drug utilization and drug
46: 2 cost effectiveness.
46: 3         Q.    And are you licensed to
46: 4 practice medicine?
46: 5         A.    Yes, I am, in Massachusetts.
46: 6         Q.    And are you board certified
                          Page 6
```

```
                        Avorn all v4.txt
46: 7 in any specialty of medicine?
46: 8        A.    Internal medicine.
46: 9        Q.    Do you supervise the
46:10 treatment of patients at Harvard's
46:11 Brigham and Young -- Brigham Hospital?
46:12        A.    Brigham and Women's, yes, I
46:13 do.
46:14        Q.    Has there ever been a time
46:15 in the past 20 years where you have not
46:16 treated or supervised treatment of
46:17 patients?
46:18        A.    No.  I've treated or
46:19 supervised continuously pretty much since
46:20 I got my M.D.
46:21        Q.    Okay.
46:22              Do you specialize in the
46:23 treatment of any particular patient
46:24 populations, Dr. Avorn?
47: Page 47
47: 1        A.    I've had a particular
47: 2 expertise and interest in medication use
47: 3 in the elderly, people over 65.
47: 4        Q.    As an internist, do you
47: 5 supervise the treatment of patients with
47: 6 chronic pain conditions such as
47: 7 arthritis?
47: 8        A.    Sure.
47: 9        Q.    As an internist, you
47:10 supervise patients with acute pain
47:11 conditions?
47:12        A.    Yes.
47:13        Q.    How about cardiovascular
47:14 disease?
47:15        A.    Certainly.
47:16        Q.    Okay.
47:17              Have you had occasion to
47:18 prescribe or supervise the prescription
47:19 of medications for patients at the
47:20 Brigham Hospital, including nonsteroidal
47:21 anti-inflammatory drugs?
47:22        A.    Yes.
47:23        Q.    In addition to your --
47:24              Let me talk for a moment
48: Page 48
48: 1 about your publications, Doctor.
48: 2 Approximately how many original articles
48: 3 have you written for the peer-reviewed
48: 4 medical literature?
48: 5        A.    About 200.


ID:               Avorn 4812
Page Range:       48:12-49:13


48:12        Q.    What are some of the
48:13 medical, the peer-review medical journals
48:14 in which you have been published?
48:15        A.    The New England Journal of
48:16 Medicine, the Journal of the American
48:17 Medical Association, the British Medical
48:18 Journal, Health Affairs, the Archives of
48:19 Internal Medicine, the Annals of Internal
48:20 Medicine and a few dozen others.
                        Page 7
```

```
                           Avorn all v4.txt
48:21        Q.    Okay.
48:22              Have you been or --
48:23              Are you now or have you been
48:24 a peer reviewer yourself?
49: Page 49
49: 1        A.    Yes.  I regularly review
49: 2 articles for the New England Journal of
49: 3 Medicine and for JAMA in particular,
49: 4 "JAMA" being the Journal of the American
49: 5 Medical Association.
49: 6        Q.    Thank you.
49: 7              Has your publications  --
49: 8              Has your work as an
49: 9 academician in publishing information
49:10 been recognized generally?
49:11        A.    Yes.
49:12        Q.    Would you tell us a little
49:13 bit about that?


ID:               Avorn 5001
Page Range:       50:1-51:20

50: 1              THE WITNESS:  That I was
50: 2              identified by the scientific body
50: 3              that keeps track of all medical
50: 4              references in the world as one of
50: 5              the most highly cited researchers
50: 6              in the field of medicine and
50: 7              social science because of the
50: 8              number of citations to my research
50: 9              that have been in the medical
50:10              literature.
50:11 BY MR. TISI:
50:12        Q.    Doctor, have you published
50:13 specifically about the safety of Vioxx?
50:14        A.    Yes, I have.
50:15        Q.    Have you published
50:16 specifically regarding the safety of
50:17 COX-2 drugs including both Vioxx and
50:18 Celebrex?
50:19        A.    Yes.
50:20        Q.    Have you published
50:21 specifically about the safety of
50:22 nonsteroidal anti-inflammatory drugs?
50:23        A.    That's right.
50:24        Q.    How long have you been
51: Page 51
51: 1 publishing in that particular field?
51: 2        A.    I think the first paper on
51: 3 nonsteroidals was one that I did with Dr.
51: 4 Gurwitz that I believe was in the Journal
51: 5 of the American Medical Association back
51: 6 in 1990.
51: 7        Q.    Have you published
51: 8 specifically about Merck's conduct in
51: 9 their communication of risk and benefit
51:10 of vioxx to physicians?
51:11        A.    I've written about that,
51:12 yes.
51:13        Q.    Dr. Avorn, from the almost
51:14 200 peer-reviewed articles that are in
51:15 your curriculum vitae, I have pulled
                           Page 8
```

Avorn all v4.txt
```
51:16 documents from your peer-reviewed
51:17 documents, the articles which I'm going
51:18 to hand to you as an exhibit, and they
51:19 would be Exhibits 2 through 15.
51:20        A.    Right.
```

```
ID:             Avorn 5515
Page Range:     55:15-55:19-53:20-22:20-22:20-22:20
```

```
55:15        Q.    Would these be the articles
55:16 that you have written in the
55:17 peer-reviewed medical literature
55:18 pertaining to nonsteroidal
55:19 anti-inflammatory drugs?
```

```
ID:             Avorn 5522a
Page Range:     55:22-56:16
```

```
55:22              Yes, that's some of them.
55:23        Q.    Okay.
55:24              Would that include articles
56: Page 56
56: 1 you've written on various COX-2 drugs
56: 2 including Vioxx?
56: 3        A.    Yes.
56: 4        Q.    Are any of these studies
56: 5 funded by Merck?
56: 6        A.    Yes.  The one from
56: 7 Circulation that appeared in 2004 was
56: 8 supported by Merck.  And several of the
56: 9 others were based on our research funded
56:10 by Merck as well.
56:11        Q.    Could you identify the
56:12 article that was supported by Merck?
56:13        A.    Sure.
56:14        Q.    And identify it by exhibit
56:15 number.
56:16        A.    Sure.
```

```
ID:             Avorn 5619
Page Range:     56:19-63:19
```

```
56:19              Okay.  One of them is
56:20 Exhibit Number 7, which is the one that
56:21 appeared in the journal called
56:22 Circulation in 2004.
56:23              There's another one that
56:24 appeared in the journal called
57: Page 57
57: 1 Epidemiology in 2005 that was also
57: 2 supported by Merck.
57: 3        Q.    And the title of that --
57: 4        A.    I'm sorry.
57: 5        Q.    Those both involve Vioxx?
57: 6        A.    Yes.  Those are both about
57: 7 the COX-2 drugs, which were basically
57: 8 Vioxx and Celebrex primarily.
57: 9              There's also a paper we had
57:10 in the New England Journal of Medicine in
57:11 2004 called "Medicaid Prior-Authorization
```
Page 9

Avorn all v4.txt
```
57:12 Programs and the Use of COX-2
57:13 Inhibitors," and we acknowledge there
57:14 that we also were receiving a grant from
57:15 Merck which contributed to that study.
57:16            I'm checking carefully
57:17 because we usually don't pay attention to
57:18 who's paying for the study when we do the
57:19 work.
57:20            We acknowledged in a paper
57:21 that came out in the Journal of Clinical
57:22 Epidemiology in 2005 about physician
57:23 preferences in relation to the use of
57:24 COX-2 drugs like Vioxx and Celebrex in
58: Page 58
58: 1 which we received funding from Merck, but
58: 2 Merck did not specifically fund that
58: 3 study.
58: 4            There's another paper here,
58: 5 Exhibit Number 13, "Cardiovascular
58: 6 Outcomes in New Users of Coxibs and
58: 7 NSAIDs," that also acknowledges that
58: 8 we've received support from Merck to do
58: 9 that work.
58:10            Not that one.
58:11            So, that's pretty much it.
58:12      Q.    Have you written any books
58:13 which pertain to issues of drug safety?
58:14      A.    Yes, I have.
58:15      Q.    Doctor, I'm going to hand
58:16 you a book.  I'm not going to mark it as
58:17 an exhibit unless we have to.  Is that
58:18 the book that you've written?
58:19      A.    Yes.  "Powerful Medicines:
58:20 The Benefits, Risks, and Costs of
58:21 Prescription Drugs."  It came out in
58:22 2004.
58:23      Q.    Doctor, have you been a
58:24 consultant for the United States Food &
59: Page 59
59: 1 Drug Administration at any time in the
59: 2 past?
59: 3      A.    Yes, I have.
59: 4      Q.    Would you describe for the
59: 5 members of the jury what that is about?
59: 6      A.    Sure.  There was a
59: 7 medication on the market called Lotronex,
59: 8 which was a drug for irritable bowel
59: 9 syndrome.  And there was a concern that
59:10 it was causing severe side effects, even
59:11 death, in patients who took it, and the
59:12 FDA was trying to determine whether its
59:13 safety was such that it should be kept on
59:14 the market or pulled from the market.
59:15 And the FDA asked me to consult with it
59:16 as part of its Advisory Committee that
59:17 would look at the safety of that drug.
59:18      Q.    Have you testified before
59:19 the United States Congress on issues
59:20 relating to drug safety and healthcare
59:21 policy?
59:22      A.    Yes.  On a number of
59:23 occasions, I was invited to testify by
59:24 the U.S. Senate, Special Committee on
```
Page 10

Avorn all v4.txt
60: Page 60
60: 1 Aging, the House Committee on Aging, and
60: 2 other committees of Congress about
60: 3 medication effects.
60: 4          Q.    Have you advised the
60: 5 President of the United States on drug
60: 6 safety or drug policy?
60: 7          A.    I was invited by a
60: 8 transition team of the president-elect to
60: 9 advise about drug policy.
60:10          Q.    And have you received grants
60:11 from the National Institute of Health to
60:12 conduct your research?
60:13          A.    Yes.
60:14          Q.    I'm going to ask you some
60:15 questions, Doctor, about your expertise
60:16 directly.
60:17          A.    Okay.
60:18          Q.    Dr. Avorn, are you an expert
60:19 in the field of pharmacoepidemiology?
60:20          A.    Yes.
60:21          Q.    Are you an expert in the
60:22 field of pharmacoeconomics?
60:23          A.    Yes.
60:24          Q.    Are you an expert in the
61: Page 61
61: 1 field of pharmaceutical study design?
61: 2          A.    Yes.
61: 3          Q.    And are you an expert in the
61: 4 field of the conduct of pharmaceutical
61: 5 studies?
61: 6          A.    Yes.
61: 7          Q.    Are you an expert in the
61: 8 factors that drive prescribing practices
61: 9 and habits of physicians generally?
61:10          A.    Yes.
61:11          Q.    Are you an expert in the
61:12 field of internal medicine?
61:13          A.    Yes.
61:14          Q.    Geriatric medicine?
61:15          A.    Yes.
61:16          Q.    An expert in the
61:17 communication of risks and benefits to
61:18 physicians and elder health care
61:19 providers?
61:20          A.    Yes.
61:21          Q.    Are you an expert in the
61:22 risks and benefits of a class of drugs
61:23 known as nonsteroidal anti-inflammatory
61:24 drugs?
62: Page 62
62: 1          A.    Yes.
62: 2          Q.    COX-2 inhibitors?
62: 3          A.    Yes.
62: 4          Q.    How about an expert in the
62: 5 field in the risks and benefits of Vioxx?
62: 6          A.    Yes.
62: 7          Q.    Are all the areas that I've
62: 8 just asked you your expertise about areas
62: 9 in which you have actually published in
62:10 the peer-reviewed medical literature?
62:11          A.    That's right.
62:12          Q.    Dr. Avorn, are you prepared
                            Page 11

Avorn all v4.txt
62:13 to offer the jury in this case your
62:14 professional opinions regarding the drug
62:15 Vioxx manufactured by Merck?
62:16        A.    Yes.
62:17        Q.    During the time that Vioxx
62:18 was on the market, did you have occasion
62:19 to speak with Merck officials concerning
62:20 Vioxx?
62:21        A.    Yes.
62:22        Q.    During the time that Vioxx
62:23 was on the market, did you formulate
62:24 opinions regarding Vioxx's safety,
63: Page 63
63: 1 efficacy and its cardiovascular risk?
63: 2        A.    Yes.
63: 3        Q.    Did you share those opinions
63: 4 with Merck?
63: 5        A.    Yes.
63: 6        Q.    Until 2004, when Vioxx was
63: 7 no longer available on the market, were
63: 8 you asked to present your scientific and
63: 9 medical opinions on Vioxx and other
63:10 NSAIDs, including naproxen, which we'll
63:11 talk about, at national and international
63:12 scientific and professional meetings?
63:13        A.    Yes.
63:14        Q.    During the time Vioxx was on
63:15 the market and shortly thereafter, did
63:16 you publish articles and editorials in
63:17 the peer-reviewed literature concerning
63:18 the FDA's role in evaluating Vioxx?
63:19        A.    I did.


ID:              Avorn 6323
Page Range:      63:23-64:6

63:23             When you were formulating
63:24 these opinions and publishing them in the
64: Page 64
64: 1 medical literature, were you consulting
64: 2 with any lawyers like myself who were
64: 3 representing individuals who claim that
64: 4 they were injured as a result of Vioxx?
64: 5        A.    No.  I try to avoid
64: 6 consulting with lawyers whenever I can.


ID:              Avorn 6418
Page Range:      64:18-66:8

64:18        Q.    When is the first time you
64:19 met with any lawyer representing people
64:20 who claimed injuries as a result of
64:21 Vioxx?
64:22        A.    I would say the only time I
64:23 actually -- well, the first time I
64:24 actually met with anybody, as opposed to
65: Page 65
65: 1 calling them back and saying no thank
65: 2 you, would have been May of '05.
65: 3        Q.    Since May of 2005 when you
65: 4 first had your meeting with lawyers
                    Page 12

                         Avorn all v4.txt
65: 5 representing people who claim injuries as
65: 6 a result of Vioxx, have you been provided
65: 7 with additional materials that you had
65: 8 not had an opportunity to see while you
65: 9 were conducting studies involving Vioxx,
65:10 NSAIDs and COX-2s?
65:11         A.    Yes.   There was a lot of
65:12 material that came out as a result of the
65:13 discovery process that I had not had
65:14 access to before.
65:15         Q.    Have you formed additional
65:16 opinions since May of 2005 as a result of
65:17 reviewing those additional documents that
65:18 were provided to you?
65:19         A.    Yes.
65:20         Q.    Are you prepared to offer
65:21 those additional opinions to the members
65:22 of the jury today?
65:23         A.    Sure.
65:24         Q.    Doctor, are all the opinions
66: Page 66
66: 1 that you will testify about today,
66: 2 whether they were formed before you were
66: 3 retained as an expert in this litigation
66: 4 or since you were retained as an expert
66: 5 in this litigation, opinions that you
66: 6 hold to a reasonable degree of medical
66: 7 and scientific certainty?
66: 8         A.    Definitely.


ID:              Avorn 6612
Page Range:      66:12-67:09


66:12                 Are you aware that your
66:13 testimony is being videotaped so it could
66:14 be shown to the members of the jury?
66:15         A.    Yes.   The clue was that big
66:16 video camera in front of me.
66:17         Q.    Okay.
66:18                 Why is it that you are not
66:19 appearing live to give your opinions to
66:20 the members of this jury?
66:21         A.    Because I have a day job,
66:22 and I spend an enormous amount of time
66:23 just running my division at Harvard and
66:24 at the Brigham and teaching medical
67: Page 67
67: 1 students and occasionally supervising
67: 2 patient care, and I wouldn't have time to
67: 3 do this for more than just once.
67: 4         Q.    Are you being paid
67: 5 personally for the time that you spent
67: 6 consulting with us and appearing at this
67: 7 videotape testimony?
67: 8         A.    No.   I received no payment
67: 9 for any of my work in this case.


ID:              D AVORN 6910
Page Range:      69:10-69:11


69:10         Q.    Doctor, my name is Phil
                         Page 13

                              Avorn all v4.txt
      69:11 Beck.  I represent Merck.


ID:                D Avorn 8607a
Page Range:        86:7-86:24

      86: 7          Q.    And how many times have you
      86: 8 consulted with Mr. Tisi before the Vioxx
      86: 9 litigation?
      86:10          A.    Before the Vioxx litigation?
      86:11 Once.
      86:12          Q.    And what was that in
      86:13 connection with?
      86:14          A.    A drug called Rezulin.
      86:15          Q.    Have you also overcome your
      86:16 reluctance to consult with lawyers and
      86:17 work with them, plaintiffs' lawyers, on
      86:18 the diet drug litigation?
      86:19          A.    Right.  I think there have
      86:20 been about four cases total that I've
      86:21 become involved with.
      86:22          Q.    So, Rezulin, which you did
      86:23 with Mr. Tisi, right?
      86:24          A.    Right.


ID:                D Avorn 8709c
Page Range:        87:9-87:24

      87: 9          Q.    And diet drugs, you
      87:10 consulted with plaintiffs' lawyers,
      87:11 right?
      87:12          A.    Yes.
      87:13          Q.    Am I correct that you also
      87:14 consulted with plaintiffs' lawyers on a
      87:15 drug called Baycol?
      87:16          A.    Yes.
      87:17          Q.    And did you say there was
      87:18 another one other than those?
      87:19          A.    PPA, phenylpropanolamine.
      87:20          Q.    PPA?
      87:21          A.    Yes.
      87:22          Q.    And all of this has been,
      87:23 what, within the last five, six years?
      87:24          A.    Probably.


ID:                Avorn 10717
Page Range:        107:17-108:13

      107:17          Q.    Doctor, are you an expert on
      107:18 the issue of Vioxx's risks throughout the
      107:19 development and marketing of that drug?
      107:20          A.    Yes.
      107:21          Q.    Thank you.
      107:22          Why?
      107:23          A.    Is that a question?
      107:24          Q.    Yes.  Why?
      108: Page 108
      108: 1          A.    Okay.
      108: 2          Because, as I said before,
      108: 3 pharmacoepidemiology and also the
      108: 4 research about medication risks and
                              Page 14

```
                          Avorn all v4.txt
108: 5 benefits beyond the epidemiology is about
108: 6 looking at all aspects of the drug's
108: 7 properties, the pharmacology, the
108: 8 clinical effects in the early trials, the
108: 9 randomized trials that occur on a larger
108:10 scale, and the post-marketing use of that
108:11 drug.  And all of that is a part of what
108:12 I study and teach at Harvard and write
108:13 papers about.


ID:               Avorn 10911
Page Range:       109:11-109:16

109:11            Have you carefully studied.
109:12 Vioxx?
109:13     A.    Yes, I have.
109:14     Q.    And have you carefully
109:15 studied Merck's conduct?
109:16     A.    Yes, I have.


ID:               Avorn 10918
Page Range:       109:18-110:13

109:18            Do you have an opinion that
109:19 you hold to a reasonable degree of
109:20 medical certainty as to whether or not
109:21 Vioxx is a drug for which the risks
109:22 outweigh the benefits?
109:23     A.    Yes, I have that opinion.
109:24     Q.    What is that opinion?
110: Page 110
110: 1     A.    That Vioxx's risks do indeed
110: 2 outweigh its benefits, which is the view
110: 3 that the FDA agreed with as well.
110: 4     Q.    And do you have an opinion
110: 5 that you hold to a reasonable degree of
110: 6 medical certainty as to whether or not
110: 7 Merck accurately conveyed through all of
110: 8 its activities, publications, detailing,
110: 9 direct-to-consumer advertising, labeling,
110:10 "Dear Doctor" letters, et cetera,
110:11 effectively communicated the risks and
110:12 benefits so doctors can make
110:13 evidence-based prescribing decisions?


ID:               Avorn 11018
Page Range:       110:18-110:22

110:18            THE WITNESS:  Yes, I have
110:19 such an opinion.
110:20 BY MR. TISI:
110:21     Q.    Okay.
110:22            And what is that opinion?


ID:               Avorn 11024
Page Range:       110:24-111:10

110:24            THE WITNESS:  That Merck's
111: Page 111
```

```
                      Avorn all v4.txt
111: 1     conduct over the research program
111: 2     and analysis of its data and
111: 3     communication of those data to
111: 4     physicians, to patients, even to
111: 5     FDA, was inadequate in that it
111: 6     failed to truthfully represent
111: 7     what was known to Merck at the
111: 8     time about the risks of its drug
111: 9     in relation to the cardiovascular
111:10     symptoms.


ID:            Avorn 11202
Page Range:    112:2-112:5

112: 2        Q.    Do you have an opinion as to
112: 3   whether or not Merck acted reasonably and
112: 4   prudently in communicating the risks of
112: 5   Vioxx to physicians?


ID:            Avorn 11211
Page Range:    112:11-113:7

112:11             THE WITNESS:  As someone who
112:12     has conducted years of research on
112:13     how physicians make prescribing
112:14     decisions in relation to what
112:15     evidence is available to them and
112:16     have conducted studies and actual
112:17     interventions to improve
112:18     physicians' use of drugs which
112:19     have been published in the New
112:20     England Journal of Medicine and
112:21     other peer-reviewed journals, I
112:22     think a lot about how physicians
112:23     use information that they have
112:24     available to them in making
113: Page 113
113: 1     prescribing decisions.  And my
113: 2     clear impression is that doctors
113: 3     did not have adequate information
113: 4     presented to them by Merck to make
113: 5     a fair and reasonable
113: 6     evidence-based decision about
113: 7     Vioxx.


ID:            Avorn 11321
Page Range:    113:21-115:15

113:21        Q.    First, I would like to help
113:22   the jury understand a little bit about
113:23   the drugs we'll be talking about today.
113:24             What are nonsteroidal
114: Page 114
114: 1 anti-inflammatory drugs?
114: 2        A.    That's a class of drugs that
114: 3 actually includes aspirin, but the more
114: 4 modern nonsteroidal anti-inflammatory
114: 5 drugs began to appear in the 1970s, and
114: 6 they are called nonsteroidal
114: 7 anti-inflammatory drugs because they
                      Page 16
```

Avorn all v4.txt
114: 8 reduce inflammation like steroids do, but
114: 9 they are not steroids.  They have a
114:10 different mechanism of action that's a
114:11 little bit more like aspirin.
114:12          Q.    Would you give us examples
114:13 of commonly known nonsteroidal
114:14 anti-inflammatory drugs that the jury
114:15 might be familiar with?
114:16          A.    Sure.  The most common and
114:17 oldest ones are ibuprofen, which is sold
114:18 as Motrin, and it's also available
114:19 over-the-counter as Advil or Nuprin.
114:20          Another older and commonly
114:21 used one is naproxen, which used to be, I
114:22 guess is still sold as Naprosyn as a
114:23 prescription drug, and that's sold as
114:24 Aleve over the counter.
115: Page 115
115: 1          Q.    Let's talk about aspirin for
115: 2 a moment.  Prior to 2000, 1999/2000 when
115: 3 Vioxx came on the market, was there any
115: 4 evidence that you're aware of that
115: 5 aspirin might be good for the heart?
115: 6          A.    Yes.  There were studies
115: 7 that were actually done by colleagues of
115: 8 mine at Harvard and the Brigham and
115: 9 Women's Hospital in which thousands of
115:10 doctors were actually randomized to get
115:11 aspirin or a placebo or a dummy pill.
115:12 And they were followed for years.  And
115:13 then Dr. Hennekens, who did the study,
115:14 and his colleagues attempted to find out
115:15 whether they had heart attacks or not.


ID:              Avorn 11606
Page Range:      116:6-117:9

116: 6          Q.    Doctor, in 2000 when Vioxx
116: 7 was being promoted on the market, was the
116: 8 use of aspirin, low-dose aspirin a
116: 9 standard of care for treatment of
116:10 patients with cardiovascular risk
116:11 factors?
116:12          A.    Yes.
116:13          Q.    And have you ever personally
116:14 prescribed aspirin to patients at risk
116:15 for heart disease?
116:16          A.    Yes.
116:17          Q.    And switching to a drug
116:18 called naproxen, I think we talked about
116:19 before, Aleve?
116:20          A.    Yes.
116:21          Q.    How long has naproxen or
116:22 Aleve been on the market?
116:23          A.    I would say since the 1970s.
116:24          Q.    And what, if any, evidence
117: Page 117
117: 1 existed prior to 2000 that naproxen was
117: 2 good for the heart in the same way that
117: 3 aspirin was?
117: 4          A.    Virtually no evidence.
117: 5          Q.    Did the manufacturers of
Page 17

```
                          Avorn all v4.txt
117: 6 naproxen ever make the claim that that
117: 7 drug was what we call cardioprotective?
117: 8          A.    They couldn't because they
117: 9 had no grounds to claim that.


ID:              AVORN  11711
Page Range:      117:11-118:4

117:11                    Do you know whether the
117:12 manufacturer of naproxen makes that claim
117:13 even today?
117:14          A.    No, they don't.
117:15          Q.    Is it and has it ever been
117:16 the standard of care for physicians such
117:17 as yourself to prescribe naproxen to
117:18 patients to protect their hearts?
117:19          A.    No.
117:20          Q.    Have you ever prescribed
117:21 naproxen to patients for the purpose of
117:22 protecting their hearts?
117:23          A.    No.  There's no evidence
117:24 that it protects your heart in any useful
118: Page 118
118: 1 way.
118: 2          Q.    And do you know anybody who
118: 3 does that?
118: 4          A.    No.


ID:              D AVORN 11805
Page Range:      118:5-121:17

118: 5          Q.    Second question.
118: 6                NSAIDs in general,
118: 7 traditional NSAIDs as a class --
118: 8          A.    Right.
118: 9          Q.    -- are there safety issues
118:10 that are understood about traditional
118:11 NSAIDs?
118:12          A.    Sure.
118:13          Q.    Would you describe the
118:14 significant side effects of NSAIDs as you
118:15 knew them back in 2000, 1999, 2000, 2001?
118:16          A.    Sure.  We actually did some
118:17 of those studies in which we looked at
118:18 the capacity of the older NSAIDs, like
118:19 Motrin, to reduce kidney function in
118:20 older people.  We did studies showing
118:21 that the older NSAIDs like, again, like
118:22 Motrin, which is ibuprofen, can raise
118:23 your blood pressure.  Other people have
118:24 done studies showing the association
119: Page 119
119: 1 between the older nonsteroidals or NSAIDs
119: 2 and congestive heart failure.  That was
119: 3 pretty well known by 2000.
119: 4          Q.    What about GI, what we call
119: 5 gastrointestinal issues?
119: 6          A.    Yeah.  That's the biggest
119: 7 problem from the traditional
119: 8 nonsteroidals.  They can cause stomach
119: 9 pain, stomach upset in a lot of patients,
                        Page 18
```

Avorn all v4.txt
119:10 and they also can cause gastrointestinal
119:11 bleeding.
119:12        Q.    Is that a serious problem
119:13 associated with traditional nonsteroidal
119:14 anti-inflammatories?
119:15        A.    Yes, it can be.
119:16        Q.    Now, with that in mind, did
119:17 there come a time when you became
119:18 familiar with the fact that certain drug
119:19 manufacturers were developing a class of
119:20 drugs called COX-2 inhibitors?
119:21        A.    Right.
119:22        Q.    Would you describe for the
119:23 members of the jury what a COX-2
119:24 inhibitor is and your understanding about
120: Page 120
120: 1 why they were being developed?
120: 2        A.    Sure.  The COX-2 inhibitors,
120: 3 sometimes called coxibs, are a subset of
120: 4 the bigger class of nonsteroidal
120: 5 anti-inflammatory drugs or NSAIDs.  And
120: 6 the hope was that -- well, I should back
120: 7 up.
120: 8              It turns out that there's an
120: 9 enzyme called cyclooxygenase, which is
120:10 abbreviated as COX.  And people
120:11 discovered that there are two subsets of
120:12 that, COX-1 and COX-2.  And one kind of
120:13 simple way of thinking about it was that
120:14 COX-2 was the bad subset, because that's
120:15 the one that caused pain and
120:16 inflammation, and COX-1, in a very
120:17 simplistic way, was thought to be the
120:18 good COX because that protected the
120:19 lining of your stomach.
120:20              And viewed in that kind of
120:21 simple black and white way, the hope was
120:22 that if you could develop a drug -- since
120:23 nonsteroidals tend to block both the
120:24 COX-1 and the COX-2 enzymes, if you could
121: Page 121
121: 1 develop a drug that would only block the
121: 2 bad COX, or COX-2, you would be able to
121: 3 get rid of pain and inflammation without
121: 4 blocking the good COX, or COX-1, which
121: 5 protects the stomach lining.
121: 6              And the hope was, and this
121: 7 is what went into the development of
121: 8 Vioxx and Celebrex, that by doing so, you
121: 9 would be able to have a drug that would
121:10 treat pain and inflammation and not cause
121:11 as much risk of stomach bleeding.
121:12        Q.    Do you have any problem, Dr.
121:13 Avorn, with Merck investigating COX-2s as
121:14 a potential pain medication with the lack
121:15 of a GI side effect?
121:16        A.    No.  It seemed like a neat
121:17 idea at the time.


ID:              AVORN  12303
Page Range:      123:3-124:22

Avorn all v4.txt
```
123: 3               MR. TISI:  I'm going to hand
123: 4       you what I'd like to have marked
123: 5       as the next exhibit, Exhibit
123: 6       Number 16.
123: 7                   -  -  -
123: 8               (Whereupon, Deposition
123: 9       Exhibit Avorn-16, Article, NEJM,
123:10       "Comparison of Upper
123:11       Gastrointestinal Toxicity of
123:12       Rofecoxib and Naproxen in
123:13       Patients with Rheumatoid
123:14       Arthritis," Pages 1520-1528, was
123:15       marked for identification.)
123:16                   -  -  -
123:17 BY MR. TISI:
123:18       Q.    Doctor, do you recognize
123:19 that?
123:20       A.    Yes.  That is the VIGOR
123:21 study as it was published in the New
123:22 England Journal of Medicine in November
123:23 of 2000.
123:24       Q.    And what is the exact date
124: Page 124
124: 1 of this article?
124: 2       A.    November 23, 2000.
124: 3       Q.    When did you first learn of
124: 4 the VIGOR study?
124: 5       A.    Well, actually, information
124: 6 about the findings began to circulate in
124: 7 the spring of 2000, I think it would have
124: 8 been March when I guess it was either
124: 9 presented or Merck issued a statement
124:10 about the findings.
124:11       Q.    And do you know, would you
124:12 briefly describe the study and what it
124:13 was designed to do?
124:14       A.    Sure.  It was funded by
124:15 Merck, and a number of the co-authors
124:16 were Merck employees.  And it was
124:17 designed to ask the question, is Vioxx
124:18 safer on your stomach than older
124:19 nonsteroidals?  And so about 8,000
124:20 patients who all had rheumatoid
124:21 arthritis, which is a kind of arthritis,
124:22 but were otherwise reasonably healthy,
```

```
ID:              Avorn 12601
Page Range:      126:1-129:19
```

```
126: 1               THE WITNESS:  About 8,000
126: 2       patients were randomly divided
126: 3       into two groups.  One group was
126: 4       given Vioxx at a dose of 50
126: 5       milligrams a day, and the other
126: 6       group was given naproxen, this
126: 7       older nonsteroidal.  And then they
126: 8       were followed for a median period
126: 9       of nine months.  And there were a
126:10       number of outcomes that were
126:11       studied.  One was whether or  --
126:12       what kind of pain relief it gave,
126:13       because its purpose was to be a
```

Avorn all v4.txt
```
126:14          pain reliever.  And another
126:15          outcome, which was the one of
126:16          particular interest, was whether
126:17          or not the patients who were
126:18          randomly assigned to the Vioxx
126:19          group were having a lower rate of
126:20          stomach bleeding and perforation
126:21          and ulcer.
126:22              And the findings, as they
126:23          emerged, were that as a pain
126:24          reliever, Vioxx worked about as
127: Page 127
127: 1          well as naproxen, no better, no
127: 2          worse, but there was the hope for
127: 3          reduction in gastrointestinal
127: 4          events like ulcers and
127: 5          perforations in the patients
127: 6          taking Vioxx compared to the
127: 7          patients taking naproxen.  And a
127: 8          surprise finding that emerged from
127: 9          that study was that there was an
127:10          approximately five-fold increase
127:11          in heart attacks in the people
127:12          randomly assigned to take Vioxx as
127:13          compared to taking naproxen.
127:14 BY MR. TISI:
127:15              Q.   When you say "surprise
127:16 finding," was it a surprise to you,
127:17 Doctor?
127:18              A.   Well, there had been
127:19 evidence of a potential there, but this
127:20 was a large demonstration of this in a
127:21 big randomized trial, even though there
127:22 had been other evidence of patients who
127:23 had been given Vioxx having similar
127:24 problems.  But I think to the medical
128: Page 128
128: 1 public as a whole, it was something which
128: 2 they did not know was going to happen.
128: 3              Q.   Now, as a
128: 4 pharmacoepidemiologist, was the finding
128: 5 about the cardiovascular risk a concern
128: 6 to you personally?
128: 7              A.   If you mean personally in my
128: 8 professional role?
128: 9              Q.   Yes.
128:10              A.   Yes.
128:11              Q.   Okay.
128:12              And why was that a
128:13 significant concern to you
128:14 professionally?
128:15              A.   Because if there were a drug
128:16 that causes a five-fold increase in your
128:17 risk of having a heart attack, that's a
128:18 real problem.  It's not a drug that you
128:19 would be happy about giving to a patient
128:20 unless it had some other incredible
128:21 benefit to outweigh that.
128:22              Q.   At the time that VIGOR came
128:23 out, how prevalent was the use of Vioxx?
128:24              A.   It was on the upswing.  The
129: Page 129
129: 1 curve of Vioxx use was just heading for
```
Page 21

Avorn all v4.txt
129: 2 the moon, and by November of 2000, it was
129: 3 well on that upswing.
129: 4         Q.    Given the findings of VIGOR
129: 5 and the number of patients that were
129: 6 actually taking it, did you have an
129: 7 opinion at the time as to whether or not
129: 8 there were any potential public health
129: 9 issues concerned with Vioxx?
129:10        A.    Yes.  At the time, I clearly
129:11 remember saying and discussing with my
129:12 colleagues and with Dr. Sherwood and with
129:13 a number of people that if it were true
129:14 that this drug causes a five-fold or
129:15 four-fold increase in the risk of heart
129:16 attacks, then that could be a real issue
129:17 that could well outweigh whatever benefit
129:18 it might have in reducing stomach
129:19 problems.


ID:              Avorn 13014
Page Range:      130:14-130:20

  130:14        Q.    When you reviewed the actual
  130:15 text of the VIGOR article, as an
  130:16 epidemiologist, in the way in which the
  130:17 statistics were reported, were they
  130:18 reported in a way that was of concern to
  130:19 you?
  130:20        A.    Yes.


ID:              Avorn 13102
Page Range:      131:2-131:19

  131: 2           What was very unusual and
  131: 3 unorthodox about the way the findings
  131: 4 were presented in the VIGOR paper was
  131: 5 that instead of saying patients randomly
  131: 6 assigned to take Vioxx had five times the
  131: 7 number of heart attacks or four times,
  131: 8 there's different numbers in different
  131: 9 parts of the paper, compared to people
  131:10 assigned to take naproxen, instead, it
  131:11 was flipped around in a way that is
  131:12 virtually never done in reporting a
  131:13 clinical trial, which is to say the
  131:14 patients assigned to take naproxen had a
  131:15 reduction in their heart attack rate.
  131:16 And that was striking.  I remember the
  131:17 first time I read the paper, that was a
  131:18 striking difference, because you just
  131:19 never see reports written like that.


ID:              Avorn 13203
Page Range:      132:3-133:16

  132: 3           As somebody who does
  132: 4 epidemiology, you work with statistics,
  132: 5 would that be fair to say?
  132: 6        A.    Yes.
  132: 7        Q.    And in doing so, does the
                    Page 22

Avorn all v4.txt
132: 8 manner in which you convey statistics,
132: 9 present statistics, can that sometimes
132:10 convey a message about what the
132:11 statistics mean?
132:12          A.    Yes.  In fact, there's a
132:13 whole section in my book about what's
132:14 called framing of risk information.  And
132:15 it's been well known, and there's groups
132:16 at Stanford and, in fact, the Nobel Prize
132:17 was awarded in economics on this topic,
132:18 that how you frame a question can often
132:19 drive the kind of answer that you get or
132:20 the kind of belief that somebody has.
132:21              So, if you say that here's
132:22 an operation that works 95 percent of the
132:23 time, do you want to have that operation,
132:24 you get a different answer than if you
133: Page 133
133: 1 say 5 percent of people who have this
133: 2 operation will get no benefit from it.
133: 3 And similarly -- and we think a lot about
133: 4 framing when we do our programs to
133: 5 present information to doctors about
133: 6 choices, and what you want to do is have
133: 7 the framing be as neutral as possible and
133: 8 let the data speak for themselves.
133: 9              And if you frame the VIGOR
133:10 study as naproxen reduces the risk of
133:11 heart attack instead of framing it as
133:12 there were five times more people who
133:13 were given Vioxx who had heart attacks
133:14 than people given naproxen, it creates a
133:15 very different sense of the riskiness of
133:16 the drug to the doctor.


ID:              Avorn 13323
Page Range:      133:23-135:12

133:23          Q.    Doctor, having read the
133:24 paper, and I return your attention to the
134: Page 134
134: 1 last page of the paper and actually the
134: 2 page before the last paragraph --
134: 3          A.    Yes.
134: 4          Q.    -- does it discuss the
134: 5 cardiovascular findings in VIGOR in that
134: 6 section of the paper?
134: 7          A.    Yes.
134: 8          Q.    Okay.
134: 9              What, if anything, does the
134:10 paper say about naproxen and the role of
134:11 naproxen in heart disease?
134:12          A.    Okay.
134:13              At the very bottom of Page
134:14 1526, the last two words "Thus, our,"
134:15 and then it goes on to 1527.  "Thus, our
134:16 results are consistent with the theory
134:17 that naproxen has a coronary protective
134:18 effect and highlight the fact that
134:19 rofecoxib does not provide this kind of
134:20 protection owing to its selective
134:21 inhibition of cyclogenase-2," or COX-2,
                    Page 23

```
                            Avorn all v4.txt
134:22 "at its therapeutic dose and at higher
134:23 doses."
134:24          Q.    Doctor, having reviewed the
135: Page 135
135: 1 entirety of the paper, but looking at
135: 2 this particular statement as well, did
135: 3 Merck and the Merck authors on this paper
135: 4 ever communicate that there was a
135: 5 potential for an increased risk of heart
135: 6 attacks related to the use of Vioxx as
135: 7 opposed to a decreased risk associated
135: 8 with the cardioprotectiveness of
135: 9 naproxen?
135:10          A.    I don't think there is
135:11 anything in the paper that suggests that
135:12 Vioxx increases the risk of heart attack.


ID:               Avorn 13607
Page Range:       136:7-136:11

136: 7          Q.    Did you have any concerns
136: 8 about the way in which this particular
136: 9 article was written in terms of the
136:10 accurate presentation of the potential
136:11 benefits and the potential risks?


ID:               Avorn 13614
Page Range:       136:14-137:12

136:14          THE WITNESS: Yes.  As
136:15          someone who thinks about drug
136:16          benefits and risks and patterns of
136:17          use of drugs and has written about
136:18          the presentation of risk data to
136:19          physicians, I was concerned that
136:20          it did not seem to be an accurate
136:21          way of presenting the risk and, in
136:22          fact, it was, I think the term
136:23          that the Merck people might have
136:24          used was "flipped" from the way
137: Page 137
137: 1          that one would normally present
137: 2          risk information.
137: 3 BY MR. TISI:
137: 4          Q.    Let me ask you this
137: 5 question, Doctor.
137: 6          A reasonable and prudent
137: 7 company presenting the risks and the
137: 8 benefits, potential risks and benefits of
137: 9 a drug using evidence-based medicine,
137:10 does this comport with what is expected
137:11 of pharmaceutical companies in doing
137:12 that?


ID:               AVORN  13717
Page Range:       137:17-143:17

137:17          THE WITNESS: Well, as
137:18          someone who reviews papers for the
137:19          New England Journal of Medicine
                            Page 24
```

Avorn all v4.txt

137:20          and JAMA and also runs programs
137:21          about communication of risks and
137:22          benefits to physicians and has
137:23          written a book about that topic, I
137:24          don't feel that this was a fair
138: Page 138
138: 1          way of presenting the data.   I
138: 2          think a fair way would have been
138: 3          to say, in essence, the good news
138: 4          is, our drug seems to cause less
138: 5          gastrointestinal problems.   The
138: 6          bad news is, it doesn't work any
138: 7          better or any worse than the
138: 8          comparison drug in terms of being
138: 9          a pain reliever.   And the really
138:10          bad news is that the people given
138:11          our drug had five times more heart
138:12          attacks than the people given a
138:13          comparison drug.   I think that
138:14          would have been a fair and neutral
138:15          presentation of the good and bad
138:16          news that came out of this study.
138:17 BY MR. TISI:
138:18          Q.    Now, Doctor, did there come
138:19 a time where you had contact with Merck
138:20 officials about the results of VIGOR?
138:21          A.    Yes.
138:22          Q.    Who is Lou Sherwood?
138:23          A.    Lou Sherwood was actually a
138:24 physician at the Beth Israel Hospital in
139: Page 139
139: 1 Boston, another one of the Harvard
139: 2 teaching hospitals, at around the same
139: 3 time that I was there.  He was in
139: 4 academics before he went to work for
139: 5 Merck.  And I kind of knew him a little
139: 6 bit around those years, and we had been
139: 7 at some meetings together in the
139: 8 intervening years.
139: 9          And around January of 2000,
139:10 I was asked by the chairman of our
139:11 department of medicine to set up a weekly
139:12 lecture that would be about controversies
139:13 in pharmaceuticals.  And they asked me to
139:14 moderate it and to pick the presenters.
139:15 So, I thought it would be fair to pick
139:16 somebody from the pharmaceutical industry
139:17 and somebody from an HMO who had been
139:18 critical of the pharmaceutical industry
139:19 and have them discuss issues about
139:20 medications.
139:21          And I identified Dr.
139:22 Sherwood as somebody who had been an
139:23 academic who was known to me and who was
139:24 now in a senior position with the drug
140: Page 140
140: 1 company, and I asked Lou to come and be
140: 2 the pharmaceutical company guy.  And I
140: 3 asked somebody from one of the HMOs in
140: 4 Boston to be the critic guy.  And it was
140: 5 a very stimulating discussion which I was
140: 6 just kind of the referee for.
140: 7          And then afterwards, we

Page 25

Avorn all v4.txt
140: 8 arranged to have Dr. Sherwood meet with
140: 9 me and members of my division to talk
140:10 about matters of mutual interest, our
140:11 work on drugs, his work at Merck.  And
140:12 since this was within a brief number of
140:13 weeks after the VIGOR study had come out,
140:14 and because Dr. Solomon, who is my
140:15 colleague who is a rheumatologist as well
140:16 as an epidemiologist was there, the
140:17 conversation turned to VIGOR and my
140:18 noting that it was a disturbing finding
140:19 that there was this dramatic increase in
140:20 the number of people who had heart
140:21 attacks in the VIGOR group -- in the
140:22 Vioxx group, I'm sorry.
140:23            And I was somewhat taken
140:24 aback because Dr. Sherwood said, oh,
141: Page 141
141: 1 that's just because naproxen prevents
141: 2 heart attacks.
141: 3            And I remember asking at the
141: 4 time, well, how do we know that?  Is that
141: 5 something that should be studied or
141: 6 tested?  And he kind of dismissed it as,
141: 7 well, you know, sort of it's an obvious
141: 8 finding, and that's what was said in the
141: 9 paper, and there was really nothing more
141:10 to be discussed.
141:11            Q.    Doctor, at the time you were
141:12 having this conversation with Dr.
141:13 Sherwood, were you in the process of
141:14 doing any research on the issue of the
141:15 effect of NSAIDs on the heart?
141:16            A.    Yes.  As a matter of fact,
141:17 Dr. Solomon in my division and I had
141:18 already become interested in this
141:19 question of regular nonsteroidals and the
141:20 heart.  And we realized that there was
141:21 essentially no literature out there in
141:22 humans that suggested that the older
141:23 nonsteroidals like naproxen or Motrin or
141:24 ibuprofen can protect the heart.
142: Page 142
142: 1            And Dr. Solomon and I
142: 2 decided it would be interesting to look
142: 3 at whether that was something you could
142: 4 find.  If there was such a massive
142: 5 protective effect of naproxen as was
142: 6 found in VIGOR, you'd think that you
142: 7 would be able to find that in a study
142: 8 looking at tens of thousands of people,
142: 9 and we have databases in our division in
142:10 which we have information about
142:11 medication use and hospitalizations and
142:12 doctor visits for hundreds of thousands
142:13 of people, although we have their names
142:14 and identifiers stripped off.  But we can
142:15 look at all the people who were
142:16 prescribed any drug and see if their rate
142:17 of heart attacks was higher or lower than
142:18 the rate of heart attacks of people
142:19 either not taking that drug or taking
142:20 another drug.

Page 26

```
                          Avorn all v4.txt
142:21                    And so I believe we had been
142:22 talking about that throughout 2000.  Our
142:23 interest in it was increased in the
142:24 spring of 2000 when the initial VIGOR
143: Page 143
143: 1 findings were released.  And then, of
143: 2 course, when they were published in the
143: 3 New England Journal in 2000, we decided
143: 4 that this was definitely something that
143: 5 we wanted to proceed on just because it
143: 6 seemed like an important question.  If
143: 7 naproxen was that great and no one had
143: 8 ever discovered it before, maybe that
143: 9 would be something that was worth
143:10 knowing.
143:11          Q.    And did you do that study?
143:12          A.    Yes, we did.
143:13          Q.    Did you perform what we call
143:14 an epidemiologic study that studied the
143:15 question of naproxen's effect on the
143:16 heart?
143:17          A.    Yes, we did.


ID:              AVORN  14613
Page Range:      146:13-147:3

146:13          Q.    And, in fact, did you
146:14 publish a study, the study results that
146:15 came out of this epidemiologic study that
146:16 we just talked about?
146:17          A.    Yes, we did.
146:18          Q.    And it's all right just for
146:19 the purposes of this deposition, I know
146:20 you studied a lot of drugs in the context
146:21 of that particular study, if I call it
146:22 the naproxen study?
146:23          A.    That's fine.
146:24          Q.    Okay.
147: Page 147
147: 1                Did you --
147: 2                You published it -- do you
147: 3 remember where it was published, Doctor?


ID:              Avorn 14711
Page Range:      147:11-147:16

147:11                It was published in the
147:12 Archives of Internal Medicine in 2002, in
147:13 May of 2002.
147:14          Q.    Are you the senior author on
147:15 the paper?
147:16          A.    That's right.


ID:              AVORN  14722
Page Range:      147:22-148:16

147:22          Q.    And what, if any,
147:23 conclusions did you and Dr. Solomon reach
147:24 regarding naproxen?
148: Page 148
```

```
                        Avorn all v4.txt
148: 1          A.    Well, overall, we found that
148: 2 nonsteroidals in general like Motrin and
148: 3 so forth taken as a group did not seem to
148: 4 have any important protective effect on
148: 5 the heart.  But when you looked at
148: 6 naproxen separately, it had a very modest
148: 7 reduction in the risk of heart disease in
148: 8 people who took it compared to the
148: 9 comparison patients who were similar in
148:10 all other ways.  That is, there was about
148:11 a 16 percent reduction in the risk of
148:12 heart attack, which is a pretty small
148:13 reduction.
148:14          Q.    Did you address the findings
148:15 of VIGOR in the context of this article?
148:16          A.    Yes, we did.


ID:                AVORN  14912
Page Range:        149:12-151:14

149:12          Q.    Would you please go to the
149:13 section where that is addressed?  And if
149:14 you go down to the last paragraph, I
149:15 think that's where that is.
149:16          A.    Yes.  Right.
149:17                In the end of the
149:18 discussion, "To place the effect of
149:19 naproxen in perspective, in a large
149:20 randomized trial of daily aspirin use in
149:21 primary prevention, patients in the
149:22 intervention arm experienced a 44%
149:23 reduction in the risk of acute myocardial
149:24 infarction" or heart attack.  "Therefore,
150: Page 150
150: 1 it would be false to equate the more
150: 2 modest effect of naproxen," that is a 16
150: 3 percent reduction as compared to a 44
150: 4 percent reduction, "it would be false to
150: 5 equate the more modest effect of naproxen
150: 6 suggested in this study with the
150: 7 cardioprotection afforded by aspirin."
150: 8          Q.    Would you tell the members
150: 9 of the jury in a very simple way what you
150:10 were saying there about the VIGOR study?
150:11          A.    Yes.  What we said in that
150:12 paper that came out in 2002 was that the
150:13 very, I guess you could say wimpy effect
150:14 of naproxen in protecting the heart of
150:15 just reducing the rate by 16 percent was
150:16 in no way big enough to account for what
150:17 would have had to have been an 80 percent
150:18 reduction in risk to give you that 5 to 1
150:19 difference that was seen between Vioxx
150:20 and naproxen in the VIGOR study.
150:21 Naproxen would have had to have been the
150:22 most magical drug to protect your heart
150:23 that was ever invented, and we didn't
150:24 find that.
151: Page 151
151: 1          Q.    And you wrote this in 2002,
151: 2 correct?
151: 3          A.    Right.
                        Page 28
```

```
                         Avorn all v4.txt
151: 4         Q.    And was that before you and
151: 5 I had ever met on the issue of Vioxx?
151: 6         A.    Right.  And in fact, let me
151: 7 look at -- the paper, it says lower on
151: 8 that page, was accepted for publication
151: 9 in January 31st, 2002, which meant that
151:10 we would have written it in 2001.
151:11         Q.    And is this consistent with
151:12 your reaction to Dr. Sherwood's comment
151:13 about the effect of naproxen in early
151:14 2001?


ID:             Avorn 15116
Page Range:     151:16-155:3

151:16               THE WITNESS:  That's right.
151:17 BY MR. TISI:
151:18         Q.    Okay.
151:19               Doctor, were the results of
151:20 this paper actually presented before it
151:21 was actually published?
151:22         A.    Yes, it was.  Dr. Solomon
151:23 presented them at the International
151:24 Society for Pharmacoepidemiology
152: Page 152
152: 1 meetings.
152: 2         Q.    The International Society
152: 3 for Pharmacoepidemiology, is that the
152: 4 international society that you had been a
152: 5 president of?
152: 6         A.    That's right.
152: 7         Q.    Okay.
152: 8               And do you remember actually
152: 9 that presentation?
152:10         A.    Yes.
152:11         Q.    And who made the
152:12 presentation?
152:13         A.    Dr. Solomon did.
152:14         Q.    Do you remember when it was
152:15 in relationship to this paper?
152:16         A.    Yes.  The meetings occur in
152:17 August, and so given that we finished the
152:18 paper in late'01, this would have been
152:19 the August '01 presentation.
152:20         Q.    And do you recall, do you
152:21 have any specific recollection whether
152:22 there were any people from Merck in the
152:23 audience to hear the presentation on your
152:24 naproxen study?
153: Page 153
153: 1         A.    Yes, there were.
153: 2         Q.    Okay.
153: 3               Do you remember who was in
153: 4 the audience from Merck to hear your
153: 5 presentation about the effect of
153: 6 naproxen?
153: 7         A.    One person I remember
153: 8 clearly, because we talked about it right
153: 9 at the end of the presentation, was Dr.
153:10 Harry Guess, who at that time was the
153:11 head of epidemiology at Merck.
153:12         Q.    What, if anything, was
                         Page 29
```

Avorn all v4.txt
153:13 presented to the audience, including Dr.
153:14 Guess, about the likelihood of Vioxx
153:15 being cardiotoxic as a result of your
153:16 study which you presented?
153:17          A.    In the presentation, I
153:18 recall that Dr. Solomon -- clearly what
153:19 was interesting was what does this mean
153:20 about the VIGOR findings.  And I recall
153:21 that Dr. Solomon said essentially what is
153:22 in the paper that we later wrote on that
153:23 topic later that year, that we had found
153:24 only a very small effect, about 16
154: Page 154
154: 1 percent of reduction from naproxen, and
154: 2 that that made it unlikely that naproxen
154: 3 was the reason that -- that a
154: 4 cardioprotective effect of naproxen was
154: 5 the reason to explain this five-fold
154: 6 increase in heart attacks in the Vioxx
154: 7 group of patients in the VIGOR study
154: 8 compared to the naproxen group of
154: 9 patients.  And that, therefore, the only
154:10 other possible explanation was if it
154:11 wasn't that naproxen was preventing heart
154:12 attacks, the only other logical
154:13 possibility was that Vioxx was causing
154:14 heart attacks.
154:15          Q.    And this was in mid-2001?
154:16          A.    The presentation was in
154:17 August of 2001, and we finished the
154:18 work -- actually, we finished the work
154:19 that summer.
154:20          Q.    And you personally spoke to
154:21 Dr. Guess about these results?
154:22          A.    Yes.  The reason I spoke
154:23 with Dr. Guess was that Dr. Solomon had
154:24 been in touch with Dr. Cannuscio at Merck
155: Page 155
155: 1 since actually the beginning of 2001,
155: 2 because he had indicated to her that he
155: 3 thought this was --


ID:              Avorn 15508
Page Range:      155:8-157:24

155: 8          A.    -- that there was an issue
155: 9 which we had been discussing in our
155:10 division that this needed to be studied
155:11 subsequent to the VIGOR paper.  And I
155:12 instructed Dr. Solomon to see whether
155:13 this was something which a study could be
155:14 funded by anybody.  And one of the
155:15 difficulties about adverse effects
155:16 research is that FDA doesn't have hardly
155:17 any money to spend on them and the
155:18 National Institutes of Health doesn't
155:19 spend that much money on them.  And
155:20 often, if you are a scientist studying
155:21 drug side effects, as we are, one needs
155:22 to go to the manufacturer of the drug and
155:23 say, we think this is an important issue
155:24 in relation to the drug that you're
                        Page 30

Avorn all v4.txt
```
156: Page 156
156: 1 making, and we want to do a study.
156: 2              And as I said earlier, we've
156: 3 often had perfectly fine relationships
156: 4 with companies.  Sometimes a company will
156: 5 come to us and say we think there may be
156: 6 a problem with our drug, would you study
156: 7 it for us so that we can know what's true
156: 8 about our drug.  We had a very good
156: 9 experience with a Parkinson's drug not
156:10 long ago in that way.
156:11              And so I asked Dr. Solomon
156:12 to talk with people at Merck, and as it
156:13 turns out, Dr. Cannuscio had recently
156:14 graduated from the Harvard School of
156:15 Public Health in epidemiology and then
156:16 went to work for Merck, so, she was kind
156:17 of a conduit for our communications with
156:18 Merck.  And nothing had come of those
156:19 discussions even though he was trying
156:20 hard.
156:21              And so I took Dr. Guess
156:22 aside as Dr. Cannuscio's boss at that
156:23 pharmacoepi meeting in August of 2001,
156:24 and sort of chief to chief, and I said,
157: Page 157
157: 1 Harry, my guy has been talking to your
157: 2 person and it doesn't seem to be getting
157: 3 anywhere.  We think this issue is
157: 4 important, and we now can study Vioxx as
157: 5 well as naproxen, because when we first
157: 6 did this study, Vioxx was new enough on
157: 7 the market that there weren't enough
157: 8 people actually taking it for us to be
157: 9 able to do a big population study.  But
157:10 by the time it was getting to be the
157:11 summer of 2001, it was being very heavily
157:12 promoted, and the number of people taking
157:13 it was on the rise.
157:14              And I told Dr. Guess that I
157:15 thought that this really was something
157:16 that ought to move forward, because we
157:17 could do a study very much like the study
157:18 that we're looking at now, but instead of
157:19 looking at naproxen and the older
157:20 nonsteroidals, we would be able to have
157:21 the same design and to look at Vioxx and
157:22 Celebrex as well and answer that question
157:23 in a large population to try to get to
157:24 the bottom of this.


ID:          Avorn 15806
Page Range:  158:6-162:9

158: 6              MR. TISI:  I'm going to show
158: 7 you what I would like to have
158: 8 marked as Exhibit Number 17.
158: 9              -  -  -
158:10              (Whereupon, Deposition
158:11 Exhibit Avorn-17, Memo dated
158:12 8.28.01, MRK-ACC0018681 -
158:13 MRK-ACC0018692, was marked for
```

Avorn all v4.txt

158:14          identification.)
158:15                     -   -   -
158:16 BY MR. TISI:
158:17          Q.     I'm going to represent that
158:18 this document came from the Merck files.
158:19 It is Bates Number MRK-ACC0018681.
158:20               It's a memo from a gentleman
158:21 by the name of Doug Watson to various
158:22 people.  These are some of the people
158:23 you've mentioned here in your testimony
158:24 here today?
159: Page 159
159: 1          A.     Right.
159: 2          Q.     And it includes some of the
159: 3 papers, actually, some of the
159: 4 presentations that were made at that
159: 5 meeting in mid-2001?
159: 6          A.     Right.
159: 7          Q.     If you'd go to Page 1 -- the
159: 8 document that ends with 686.  Is that the
159: 9 paper that Dr. Solomon presented?
159:10          A.     Yes.
159:11          Q.     Okay.
159:12               And following that is some
159:13 notes that Dr. Guess made of that
159:14 meeting.  Do you see that?
159:15          A.     Right.  Handwritten notes.
159:16          Q.     Have you had an opportunity
159:17 to read this, Doctor?
159:18          A.     Yes.
159:19          Q.     Is this something --
159:20               Just to be fair, is this
159:21 something I presented to you -- is this a
159:22 document you had ever seen at the time of
159:23 your involvement with Vioxx in mid-2001?
159:24          A.     No.
160: Page 160
160: 1          Q.     Okay.
160: 2               And do you see at the bottom
160: 3 of the second page where it says, "The
160: 4 Conclusion"?
160: 5          A.     Yes.
160: 6          Q.     Okay.
160: 7               Would you go to the next
160: 8 page, two pages down, please.  Keep
160: 9 going.  One more.
160:10          A.     Actually, a couple more.
160:11          Q.     One more.
160:12               Now, have you read this,
160:13 Doctor?
160:14          A.     Yes.
160:15          Q.     Does this appear to comport
160:16 with your recollection of Dr. Solomon's
160:17 presentation at that meeting?
160:18          A.     Correct.
160:19          Q.     Would you please read the
160:20 conclusion as recorded by Dr. Guess?
160:21          A.     Yes.
160:22               "NSAIDs as group, no effect.
160:23 Naproxen, 16-20% decrease in risk.
160:24 Hypothesis that selective" that is
161: Page 161
161: 1 selective COX-2 inhibitors like Vioxx,

```
                          Avorn all v4.txt
161: 2 "may increase risk."
161: 3          Q.    Is this something --
161: 4                Does this comport with your
161: 5 recollection of what you and Dr. Guess
161: 6 talked about?
161: 7          A.    Absolutely.
161: 8          Q.    Did you consider it
161: 9 important in mid-2001 to specifically
161:10 study the relationship between COX-2s and
161:11 heart attacks?
161:12          A.    Yes.
161:13          Q.    Why?
161:14          A.    Because there are a couple
161:15 of reasons, the largest of which was the
161:16 VIGOR study, which, as I said, had been
161:17 published in November of 2000, had been
161:18 kind of announced, the findings, in
161:19 spring of 2000, and here was sitting out
161:20 there this finding that five times more
161:21 people in the Vioxx group were having
161:22 heart attacks than people in the naproxen
161:23 group, and that seemed like an important
161:24 public health issue that somebody should
162: Page 162
162: 1 look at.
162: 2          Q.    How much does a study like
162: 3 that you discussed with Dr. Guess cost?
162: 4          A.    Oh, about 5 or $600,000.
162: 5          Q.    And how long does such a
162: 6 study typically take?
162: 7          A.    If we pull out all the stops
162: 8 and can proceed real quickly, we can do
162: 9 it in about a year or less.


ID:            Avorn 16304
Page Range:    163:4-166:19

163: 4                I'm going to show you what
163: 5 I'd like to have marked as Exhibit
163: 6 Number 18.
163: 7                    -   -   -
163: 8                (whereupon, Deposition
163: 9 Exhibit Avorn-18, E-mails,
163:10 MRK-ABY0020300, was marked for
163:11 identification.)
163:12                    -   -   -
163:13 BY MR. TISI:
163:14          Q.    Following the meeting, the
163:15 ISPE meeting in August of 2001, did you
163:16 have followup contacts with Merck
163:17 regarding the proposed study to study
163:18 Vioxx and heart attacks?
163:19          A.    Frequently.
163:20          Q.    Okay.
163:21                When you say "frequently,"
163:22 what do you mean?
163:23          A.    That there was ongoing
163:24 discussion from -- really from the
164: Page 164
164: 1 beginning of 2001, I believe, that it was
164: 2 February of 2001 when I asked Dr. Solomon
164: 3 to begin those conversations through
```

```
                         Avorn all v4.txt
164: 4 until actually the publication of the
164: 5 paper in 2004.
164: 6        Q.      And is this an e-mail that
164: 7 you recall?
164: 8        A.      Yes.
164: 9        Q.      Okay.
164:10                Did you have any role in
164:11 this e-mail exchange?
164:12        A.      Yes.  I urged Dr. Solomon or
164:13 instructed Dr. Solomon to please move
164:14 things along as best he could with Merck.
164:15 Once there was an expression of interest
164:16 in such a study, to please get it
164:17 finalized so that we could actually get
164:18 the funding we needed to do the work.
164:19        Q.      Okay.
164:20                Could you please go down to
164:21 the e-mail from Dr. Solomon.  First of
164:22 all, is that an e-mail that you received
164:23 in the normal course of business?
164:24        A.      Yes.  It was cc'd to me.
165: Page 165
165: 1        Q.      Okay.
165: 2                Is this an e-mail that you
165: 3 directed Dr. Solomon to send to Merck?
165: 4        A.      Yes.
165: 5        Q.      And would you please --
165: 6                Who is it sent to?
165: 7        A.      It was sent by Dr. Solomon
165: 8 to Dr. Cannuscio, who, as I mentioned,
165: 9 was the epidemiologist that had trained
165:10 in our neighborhood and then went to work
165:11 as a Merck staffer.
165:12        Q.      Okay.
165:13                And would you please read
165:14 for the record what Dr. Solomon, at your
165:15 direction, told Dr. Cannuscio?
165:16        A.      Sure.  So, this is September
165:17 of 2001, which would have been a month
165:18 after the pharmacoepi meeting in which I
165:19 spoke with Dr. Guess and Dr. Solomon
165:20 presented our findings and about eight
165:21 months or seven or eight months after he
165:22 had initiated his first contact with Dr.
165:23 Cannuscio.
165:24                It says, "Dear Carolyn, I
166: Page 166
166: 1 was pleased to hear last week that Merck
166: 2 is indeed prepared to move forward with
166: 3 support of our study on NSAIDs, COX-2s,"
166: 4 including Vioxx, "and MI," which is heart
166: 5 attack, "but as I mentioned when we
166: 6 spoke, after so many months we really
166: 7 need at least an e-mail note from you
166: 8 indicating that the commitment is truly
166: 9 there.  We will need to forego other
166:10 possible sources of support for this
166:11 project to work with Merck, and given how
166:12 long it has taken thus far, we're nervous
166:13 about rejecting other possibilities
166:14 without any written indication of
166:15 commitment."
166:16        Q.      Let me stop you there,
                         Page 34
```

```
                           Avorn all v4.txt
166:17 Doctor.
166:18                 What was your purpose in
166:19 writing this to Dr. Cannuscio?


ID:             Avorn 16703
Page Range:     167:3-168:4

167: 3                 I told Dr. Solomon to
167: 4 essentially, after so many months from
167: 5 February to September, particularly on
167: 6 the heels of the meeting with Dr. Guess
167: 7 in August, to basically tell them to fish
167: 8 or cut bait, that I felt this was an
167: 9 important project to do, that there were
167:10 important clinical and public health
167:11 issues at stake, and that we had been
167:12 working along with Merck or trying to
167:13 based on their indicating to us that they
167:14 were kind of interested in supporting the
167:15 study.
167:16                 But so many months later, I
167:17 told Dr. Solomon to write a note saying,
167:18 look, if you guys aren't going to really
167:19 fund this study, we need to know that so
167:20 we can look for funding from somewhere
167:21 else since we don't like to peddle the
167:22 same study to a lot of different people
167:23 and hope that somebody will accept it.
167:24 And so it was basically I asked him to
168: Page 168
168: 1 write a fish or cut bait memo to Merck.
168: 2         Q.    And that's what this memo
168: 3 was?
168: 4         A.    Yes.


ID:             Avorn Part 2

ID:             Avorn 16923
Page Range:     169:23-173:20

169:23                 What was Dr. Cannuscio's
169:24 response to your fish or cut bait memo,
170: Page 170
170: 1 as you called it?
170: 2         A.    The note that she sent to
170: 3 both Dr. Solomon and to me on September
170: 4 17th about two hours after Dr. Solomon's
170: 5 note to her was that they -- she had --
170: 6 we, I can't know who "we" was, but
170: 7 somebody at Merck had presented the idea
170: 8 of the study that we had proposed to
170: 9 several groups within Merck, and that she
170:10 said that there was interest in working
170:11 with us to develop a complete protocol,
170:12 present the detailed protocol to Merck's
170:13 scientific review committee, and to
170:14 basically discuss having a contract.
170:15                 And then she mentioned in
170:16 that last paragraph, "I have spoken with
170:17 Harry Guess, who heads the epidemiology
170:18 department."  "Though Harry and I are not
                           Page 35
```

Avorn all v4.txt
170:19 authorized to finalize a contract to
170:20 support a research project of this scale,
170:21 we wish to affirm our interest in
170:22 pursuing with you the steps outlined
170:23 above."  And so basically it was an
170:24 agreement to have further discussions
171: Page 171
171: 1 about having an agreement.
171: 2        Q.    Okay.
171: 3              Doctor, at about the time
171: 4 that you were involved with the
171: 5 discussions with Dr. Cannuscio, were you
171: 6 aware that the company was in discussions
171: 7 with the Food & Drug Administration about
171: 8 what would go into the label on the
171: 9 results of VIGOR?
171:10        A.    No.
171:11        Q.    Doctor, I did provide you
171:12 material that was sent to the Food & Drug
171:13 Administration.  Have I showed you this
171:14 before today's deposition?
171:15        A.    Yes.
171:16        Q.    Have you had an opportunity
171:17 to take a look at it?
171:18        A.    Yes.
171:19        Q.    Is this a letter that was
171:20 sent to the -- appear to be a letter sent
171:21 to the Food & Drug Administration in part
171:22 referring to your study results on the
171:23 naproxen study?
171:24        A.    Yes.  It was sent by Merck
172: Page 172
172: 1 by Dr. Silverman, I believe.
172: 2        Q.    Okay.
172: 3              Can you turn to Page 3 of
172: 4 that cover letter that was sent to the
172: 5 Food & Drug Administration.
172: 6        A.    (Witness complies.)
172: 7        Q.    And the top part of it
172: 8 refers to "Thrombotic Cardiovascular
172: 9 Data," and has some discussion about the
172:10 VIGOR study.  Do you see that, Doctor?
172:11        A.    Yes.
172:12        Q.    Okay.
172:13              If you'd go down to the
172:14 second full paragraph --
172:15        A.    Yes.
172:16        Q.    -- is there a reference to
172:17 your study?
172:18        A.    Yes, there is.
172:19        Q.    Okay.
172:20              Would you tell us where that
172:21 is, Doctor?
172:22        A.    Yes.  That would be
172:23 beginning on line 4, the last word of the
172:24 line, "The."  Okay.
173: Page 173
173: 1              Shall I read it?
173: 2        Q.    Yes.  Sure.
173: 3        A.    "The concept that there are
173: 4 differences among NSAIDs is supported by
173: 5 external epidemiologic data from three
173: 6 separate studies that utilized different

Page 36

                        Avorn all v4.txt
173: 7 clinical databases, indicating that the
173: 8 use of naproxen, but not other NSAIDs, is
173: 9 cardioprotective." And then it is
173:10 references 2, 3 and 4, and ours is
173:11 reference 4.
173:12         "Among these studies, is a
173:13 U.S. study of over 22,000 patients in New
173:14 Jersey by a Boston academic group
173:15 unaffiliated with industry." And that's
173:16 us.
173:17       Q.   Doctor, having read this
173:18 document, do you have any impression
173:19 about what was being conveyed to the FDA
173:20 about your study?


ID:              Avorn 17322
Page Range:      173:22-174:21

173:22              THE WITNESS:  Well, it's not
173:23          an impression.  It's what they
173:24          say.  What they say is that our
174: Page 174
174: 1          study shows that naproxen protects
174: 2          the heart.  And in the context of
174: 3          what is on the rest of the page,
174: 4          it is justification for the notion
174: 5          that Vioxx does not cause heart
174: 6          attacks, naproxen prevents them.
174: 7 BY MR. TISI:
174: 8       Q.   Did they specifically single
174: 9 out your study as being, quote,
174:10 independent?
174:11       A.   Yes.
174:12       Q.   Doctor, were you aware at
174:13 the time that Merck was using your study
174:14 results that were presented to Dr. Guess
174:15 in August of 2001 to suggest that the
174:16 results of VIGOR were the result of the
174:17 cardioprotective effect of naproxen?
174:18       A.   No, I was not aware of that
174:19 at the time.
174:20       Q.   If you had been aware of
174:21 that, what would your reaction have been?


ID:              Avorn 17424
Page Range:      174:24-176:2

174:24              THE WITNESS:  Well, I can
175: Page 175
175: 1          tell you what my reaction is right
175: 2          now, which is I'm indignant that
175: 3          they took a finding of ours that
175: 4          was very clearly communicated,
175: 5          that is, the very modest effect of
175: 6          protection of the hearts that we
175: 7          found with naproxen, which we
175: 8          explicitly said was not enough to
175: 9          explain the increase in heart
175:10          attacks in the naproxen/Vioxx
175:11          comparison in VIGOR, that Dr.
175:12          Guess was in the room when we
                        Page 37

```
                              Avorn all v4.txt
175:13            presented that, and I now
175:14            understand, even wrote down, that
175:15            we hypothesized that what really
175:16            was probably going on was an
175:17            increased risk from the selective
175:18            COX-2, or Vioxx, as an explanation
175:19            of the VIGOR study.
175:20                 I am upset right now, and I
175:21            was the first time I saw this, to
175:22            know that they were essentially
175:23            distorting our scientific findings
175:24            to justify exactly the opposite
176: Page 176
176: 1            position from what we have said
176: 2            both in writing and in public.


ID:               Avorn 17612
Page Range:       176:12-176:18

176:12                      Looking at that document, is
176:13 that a fair and accurate representation
176:14 of the science that you presented to Dr.
176:15 Guess at the ISPE meeting in August of
176:16 2001?
176:17         A.    No, it's a distortion of
176:18 what was presented.


ID:               Avorn 17701
Page Range:       177:1-178:1

177: 1                      You mentioned the study that
177: 2 we talked about before, the published
177: 3 version of this study.  Have you on other
177: 4 occasions said that the results of your
177: 5 study does not explain cardioprotective
177: 6 -- does not explain the results that were
177: 7 seen in VIGOR?
177: 8         A.    Yes.  There are a number of
177: 9 times in the course of early 2000 where I
177:10 stated that.
177:11         Q.    Okay.
177:12               Would you go to another
177:13 article that I have in your book, Exhibit
177:14 Number 14?
177:15         A.    Yes.
177:16         Q.    Do you recognize that,
177:17 Doctor?
177:18         A.    Yes.  That is a paper that
177:19 was published in a journal called
177:20 "Pharmacoepidemiology and Drug Safety"
177:21 describing a panel that I was invited to
177:22 be on at another meeting of the
177:23 Pharmacoepidemiology Society that was
177:24 held in Edinborough in Scotland in August
178: Page 178
178: 1 of 2002.


ID:               D AVORN 17802
Page Range:       178:2-178:23
```

```
                         Avorn all v4.txt
178: 2         Q.      And among the co-authors is
178: 3 a gentleman by the name of Dr. Wayne Ray?
178: 4         A.      Correct.
178: 5         Q.      Who is Dr. Ray?
178: 6         A.      Dr. Ray is a very respected
178: 7 pharmacoepidemiologist, probably one of
178: 8 the best in the field, who is a professor
178: 9 at Vanderbilt University.
178:10         Q.      And David Graham, do you see
178:11 he's represented there as well?
178:12         A.      Yes.  Dr. Graham is a
178:13 physician and epidemiologist at the Food
178:14 & Drug Administration.
178:15         Q.      Okay.
178:16                 And Dr. Solomon is there as
178:17 well?
178:18         A.      Right.
178:19         Q.      Don't want to leave Dr.
178:20 MacDonald out.  Who is Dr. MacDonald?
178:21         A.      Tom MacDonald is a
178:22 pharmacoepidemiologist who works in
178:23 Scotland.


ID:            Avorn 17824
Page Range:    178:24-179:16

178:24         Q.      And, of course, you are
179: Page 179
179: 1 listed there as well?
179: 2         A.      Right.
179: 3         Q.      Did you anywhere indicate,
179: 4 again, your feelings about the naproxen
179: 5 hypothesis as an explanation of VIGOR?
179: 6         A.      Yes, I did.
179: 7         Q.      Okay.
179: 8                 Would you please go to the
179: 9 last page of the document, please?
179:10         A.      Yes.  The last full page?
179:11         Q.      Actually the last full page.
179:12         A.      Yes.
179:13         Q.      Okay.
179:14                 Would you tell the members
179:15 of the jury what you wrote in 2000, and I
179:16 guess this is 2003?


ID:            Avorn 18002
Page Range:    180:2-181:6

180: 2                 Right.  In brief, the key
180: 3 sentence there is, "These studies," which
180: 4 reviews what was known at the time,
180: 5 "suggest that any potential protective
180: 6 effect of naproxen does not fully account
180: 7 for the findings in the VIGOR study."
180: 8         Q.      And what were you trying to
180: 9 convey there in this article that was
180:10 published in 2002 -- 2003, excuse me.
180:11         A.      Right.  But based on
180:12 statements that we made in August of
180:13 2002, and this was pretty much a
180:14 transcript of what we had said at that
                         Page 39
```

```
                          Avorn all v4.txt
180:15 point.  That we reviewed as a group the
180:16 existing data about evidence relating to
180:17 cardiac outcomes from nonsteroidal drugs.
180:18 And we discussed the dramatic increase in
180:19 rate of heart attack in VIGOR in people
180:20 taking naproxen -- in people taking Vioxx
180:21 compared to naproxen and the hypothesis
180:22 that had been offered by Merck that that
180:23 was because naproxen protects your heart.
180:24              And in that August of '02
181: Page 181
181: 1 symposium, all of us, I think, were in
181: 2 accord since we all signed off on this,
181: 3 "These studies suggest that any potential
181: 4 protective effect of naproxen does not
181: 5 fully account for the findings in the
181: 6 VIGOR study."


ID:           Avorn 18123
Page Range:   181:23-181:24

181:23       Q.    What were you trying to
181:24 communicate there in this sentence?


ID:           Avorn 18205
Page Range:   182:5-183:8

182: 5              THE WITNESS:  Okay.
182: 6              What I said was, there are
182: 7 only -- and the context of the
182: 8 proceeding paragraph, there's only
182: 9 two ways that you can explain a
182:10 five-fold difference in heart
182:11 attack between group A and group B
182:12 in a randomized trial.  Either the
182:13 people in the group that has the
182:14 higher number of heart attacks
182:15 were given a drug that causes
182:16 heart attacks, or the people in
182:17 the group given the comparison
182:18 drug got a drug that prevents
182:19 heart attacks or perhaps some
182:20 combination of the two.
182:21              And what that sentence says
182:22 is that you can't explain the
182:23 five-fold increase in number of
182:24 heart attacks in VIGOR seen in
183: Page 183
183: 1 people given Vioxx by the data
183: 2 that were available at the time
183: 3 about naproxen preventing heart
183: 4 attacks because it just wasn't
183: 5 there.
183: 6 BY MR. TISI:
183: 7       Q.    And did you draw any
183: 8 conclusions from that?


ID:           Avorn 18315
Page Range:   183:15-184:2

                        Page 40
```

```
                          Avorn_all v4.txt
183:15          A.    The only logical -- this was
183:16 discussed widely from the podium, I
183:17 recall it vividly.  The only logical
183:18 alternative is that if it is not because
183:19 naproxen is preventing heart attacks or
183:20 if only a teeny fraction of the
183:21 difference can possibly be expected, be
183:22 explained by that, then the only other
183:23 logical possibility is that Vioxx caused
183:24 heart attacks.
184: Page 184
184: 1          Q.    Is that the same thing you
184: 2 told Dr. Guess in mid-2001?


ID:             AVORN  18405
Page Range:     184:5-184:20

184: 5                THE WITNESS:  In mid-2001, I
184: 6 told Dr. Guess that I thought that
184: 7 was an important question that
184: 8 needed to be addressed.
184: 9 BY MR. TISI:
184:10          Q.    All right.  Moving forward.
184:11          Let's go back to your
184:12 negotiations with Merck to do your study.
184:13          Following the September fish
184:14 or cut bait e-mail with Dr. Cannuscio,
184:15 September 2001 fish or cut bait memo with
184:16 Dr. Cannuscio, did they execute a
184:17 contract?
184:18          A.    Not for many, many months
184:19 until later did they finally actually
184:20 sign the contract.


ID:             AVORN  18907
Page Range:     189:7-189:15

189: 7          Q.    Okay.
189: 8                Doctor, did there come a
189: 9 time that the contract was actually
189:10 signed?
189:11          A.    Yes.  My recollection is
189:12 that it was in April of 2002, about 15
189:13 months after the initial conversation
189:14 that Dr. Solomon had with Dr. Cannuscio
189:15 that the contract was eventually signed.


ID:             AVORN  19024
Page Range:     190:24-191:9

190:24                Are you aware that at the
191: Page 191
191: 1 time that Merck executed the contract for
191: 2 your study on April 24th, 2002 that Merck
191: 3 had just received two weeks prior the
191: 4 approval for the new label that did not
191: 5 contain a cardiovascular warning?
191: 6          A.    I was not aware of that.
191: 7          Q.    Doctor, are you familiar
191: 8 with the term "First, do no harm"?
                          Page 41
```

```
                           Avorn all v4.txt
191: 9        A.    Yes.


ID:                Avorn 19307
Page Range:        193:7-194:20

  193: 7          Q.    Doctor, before we broke, I
  193: 8 showed you a public affairs plan for the
  193: 9 GI label change for Vioxx dated March
  193:10 23rd, 2001.
  193:11          A.    Right.
  193:12          Q.    Have you seen that before?
  193:13 I've shown you that in context of showing
  193:14 you documents for litigation here.
  193:15          A.    That's right.
  193:16          Q.    Okay.
  193:17                Would you please turn to the
  193:18 page containing the Bates range 20167.
  193:19 Do you see that?
  193:20          A.    Yes.
  193:21          Q.    See "Overall Communication
  193:22 Objectives."  Do you see that?
  193:23          A.    Yes.
  193:24          Q.    Do you see the first bullet
  194: Page 194
  194: 1 point?
  194: 2          A.    Yes.
  194: 3          Q.    Would you please tell the
  194: 4 members of the jury what it says?
  194: 5          A.    It says "Do no harm."
  194: 6          Q.    Can you read the rest?
  194: 7          A.    Yes.
  194: 8                "Refrain from proactively
  194: 9 generating coverage that jeopardizes
  194:10 label negotiations and/or that links
  194:11 Vioxx to cardiovascular adverse events."
  194:12          Q.    Doctor, were you concerned
  194:13 in 2001 and 2002 about the delay in
  194:14 actually getting your study off the
  194:15 ground?
  194:16          A.    Very concerned.
  194:17          Q.    Do you have any explanation
  194:18 for Merck's inability to execute a
  194:19 contract until after the label was
  194:20 approved for Vioxx?


ID:                Avorn 19424
Page Range:        194:24-195:13

  194:24                THE WITNESS:  At that time,
  195: Page 195
  195: 1                I had no understanding of the
  195: 2                label discussions that were going
  195: 3                on.  I just was concerned that
  195: 4                either this was a very big company
  195: 5                that couldn't get out of its own
  195: 6                way and make a decision in less
  195: 7                than a year on an important study,
  195: 8                or perhaps, and I vividly recall
  195: 9                raising this possibility with Dr.
  195:10                Solomon, perhaps the foot dragging
  195:11                was intentional because they
                             Page 42
```

```
                          Avorn all v4.txt
195:12          really didn't want the study to
195:13          get done.


ID:             Avorn 19524
Page Range:     195:24-196:3

195:24                    First of all, was that what
196: Page 196
196: 1 was on your mind at the time, that there
196: 2 was a concern there was foot dragging on
196: 3 the part of the company?


ID:             Avorn 19608
Page Range:     196:8-196:17

196: 8                    THE WITNESS:  We had
196: 9 conversations on almost a biweekly
196:10 basis about why is it taking so
196:11 long.
196:12 BY MR. TISI:
196:13          Q.    Okay.
196:14                    Now, Doctor, I assume that
196:15 once the contract was signed, you got
196:16 right to work on actually doing the
196:17 study; is that correct?


ID:             Avorn 19619
Page Range:     196:19-200:4

196:19                    THE WITNESS:  We -- that was
196:20 our plan, but...
196:21 BY MR. TISI:
196:22          Q.    What happened?
196:23          A.    There was -- I learned a
196:24 lesson, which is that I had learned with
197: Page 197
197: 1 discussions with other pharmaceutical
197: 2 companies to never allow the funding to
197: 3 be contingent upon their acceptance of
197: 4 the work product because that, in effect,
197: 5 would give a company censorship over what
197: 6 we were able to publish.  And we managed
197: 7 every step of the way except for one to
197: 8 not have as any of the benchmarks in the
197: 9 contract any words like "produce a
197:10 manuscript that is acceptable to Merck"
197:11 or "produce data that are satisfactory to
197:12 Merck" because I learned not to do that.
197:13                    The thing I hadn't learned
197:14 yet but learned from this was that as one
197:15 of the -- as the only benchmark that was
197:16 there in the beginning was language, and
197:17 it's in the contract, and perhaps I
197:18 should actually refer to the contract,
197:19 the first milestone or benchmark was,
197:20 payment to our hospital to fund the
197:21 research "will be made upon acceptance of
197:22 a detailed protocol."
197:23                    And it turns out that --
197:24 that's not a mistake I'll make again.  It
```

Avorn all v4.txt
198: Page 198
198: 1 turns out that Merck's acceptance of the
198: 2 protocol even after more than a year of
198: 3 discussion about getting the contract
198: 4 signed, took another nine months before
198: 5 they actually accepted the protocol.
198: 6              MR. TISI:  Doctor, I'm going
198: 7          to hand you a group of documents
198: 8          that I'm going to collectively
198: 9          refer to as Exhibits 23A through,
198:10          I think it's K.
198:11              -  -  -
198:12              (whereupon, Deposition
198:13          Exhibit 23A-K, Study protocols,
198:14          was marked for identification.)
198:15              -  -  -
198:16 BY MR. TISI:
198:17          Q.   Doctor, is this -- what are
198:18 those, Doctor?
198:19          A.    This is a succession of
198:20 study protocols that we submitted to
198:21 Merck and which Merck then was not
198:22 satisfied with and then resubmit -- asked
198:23 us to make this change or that change,
198:24 often matters that seemed to us to be
199: Page 199
199: 1 relatively modest to trivial, but each
199: 2 step of the way we were told, no, you
199: 3 need to fix that, you need to change
199: 4 that.  And this is what occupied the
199: 5 better part of 2002 before we could
199: 6 actually get their okay to start doing
199: 7 the work.
199: 8          Q.    How long did it take
199: 9 Harvard and Merck to agree on the
199:10 protocol of the study?
199:11          A.    Well, the first one in your
199:12 pile is dated June 7th, 2002, which was
199:13 relatively soon after the contract was
199:14 signed in the end of April.  And then
199:15 there's another one dated September 4th,
199:16 2002, and then another revision dated --
199:17 let's see, there's several revisions,
199:18 "Comments from Dan from 10-1," another
199:19 revision October 4th; October 22nd;
199:20 October 24th; another revision dated
199:21 October 31st, and then changed November
199:22 6th; another one from November 12th;
199:23 another one from December 17th; and
199:24 another one from February 2003.
200: Page 200
200: 1              And this was unprecedented
200: 2 in my many years of research, that there
200: 3 would be this long a period before a
200: 4 company signs off on a research protocol.


ID:           AVORN  20309
Page Range:   203:9-206:22


203: 9          Q.    Doctor, the protocols that I
203:10 laid in front of you, after those
203:11 protocols in early 2003, did you actually

Avorn all v4.txt
203:12 get to start the study?
203:13        A.    well, no.  Part of what
203:14 Merck asked us to do during this many,
203:15 many months of negotiation was they asked
203:16 us to go back and review the individual
203:17 patient records for a sample of the
203:18 subjects in our study to see if the
203:19 people that we were studying as having
203:20 heart attacks actually had heart attacks.
203:21             And we pointed out to Merck
203:22 that that was a question that had been
203:23 studied by other groups previously and
203:24 that there was pretty good evidence in
204: Page 204
204: 1 the medical literature that a combination
204: 2 of diagnosis codes and hospital codes
204: 3 virtually always meant that the person
204: 4 had had a heart attack.  And Merck's
204: 5 response was, no, we really want to be
204: 6 sure, and so go out and validate, have
204: 7 people go down to Pennsylvania, get in
204: 8 contact with the hospitals, have them
204: 9 pull the patient's actual medical records
204:10 and check to see if they really had heart
204:11 attacks.
204:12        Q.    Doctor, you've done -- how
204:13 many studies have you done with this
204:14 particular database that you're talking
204:15 about here?
204:16        A.    Dozens.
204:17        Q.    Have you ever had any
204:18 company ask you to do the kind of
204:19 validation that Merck asked you to do?
204:20        A.    No.
204:21        Q.    Did you actually do what
204:22 Merck asked you to do?
204:23        A.    We had to.
204:24        Q.    what did you do?  What
205: Page 205
205: 1 happened?
205: 2        A.    We hired a professional
205: 3 review organization to go down to
205: 4 Pennsylvania, we established a protocol
205: 5 for how they would review the charts, the
205: 6 criteria from the World Health
205: 7 Organization about how you define a heart
205: 8 attack, and we gave them the list of a
205: 9 sample of patients.  And they went and
205:10 pulled each one of their medical records,
205:11 which was both an expensive and a time
205:12 consuming process.  And they then
205:13 confirmed that indeed in about 93 or 94
205:14 percent of the cases, they had heart
205:15 attacks, which is about as good as any
205:16 validation study gets.
205:17        Q.    Doctor, who conducted the
205:18 independent validation?
205:19        A.    It was a company that was a
205:20 professional review organization.  I
205:21 think they were called KeyPro, which is a
205:22 group sanctioned by the government to go
205:23 in and inspect hospital records.
205:24        Q.    And did they find any
Page 45

                              Avorn all v4.txt
206: Page 206
206: 1 problem with what you did?
206: 2          A.    No.  They found that we had
206: 3 a remarkably high rate of validation.
206: 4          Q.    Okay.
206: 5                And when you finally got the
206: 6 approval and the contract was signed and
206: 7 all of the protocols were done and the
206: 8 independent evaluation was done and all
206: 9 those things, did you finally get to do
206:10 your study?
206:11          A.    No.
206:12          Q.    What happened?
206:13          A.    Merck told us that we could
206:14 not proceed until we had an independent
206:15 epidemiologist come in and review the
206:16 protocol as an outsider and also review
206:17 all the programming code that our
206:18 programmers had written to do the
206:19 analyses.
206:20          Q.    And who was that?  Who did
206:21 that?
206:22          A.    That was Dr. Rhonda Bohn.


ID:              AVORN  21007
Page Range:      210:7-211:2

210: 7          Q.    Did she find any problems
210: 8 with your codes and the things she was
210: 9 asked to do?
210:10          A.    No.
210:11          Q.    Okay.
210:12                Now, Doctor, did there
210:13 finally come a time where you actually
210:14 had an opportunity to do the study?
210:15          A.    Yes.  By spring of 2003,
210:16 we -- there was finally no other concerns
210:17 that Merck had and we were given a green
210:18 light to proceed.
210:19          Q.    And did you actually do the
210:20 data analysis at that time?
210:21          A.    Yes.
210:22          Q.    And what did you find?
210:23          A.    We found that there was a
210:24 significant increase in the risk of heart
211: Page 211
211: 1 attack in patients taking Vioxx compared
211: 2 to comparator drugs.


ID:              AVORN  21203
Page Range:      212:3-213:15

212: 3                Let me ask you these
212: 4 questions.
212: 5                Did Merck have input into
212: 6 the design of the study?
212: 7          A.    Yes, in that they would not
212: 8 let us proceed until they were perfectly
212: 9 satisfied with the protocol.
212:10          Q.    And did they indicate that
212:11 they were satisfied with the protocol in
                              Page 46

Avorn all v4.txt

212:12 the end of the day?
212:13          A.    Yes.  They signed off on the
212:14 protocol.
212:15          Q.    Okay.
212:16                Did they have one of
212:17 their --
212:18                Did they have any employees
212:19 who they employed working on the study?
212:20          A.    Yes.  Dr. Cannuscio was a
212:21 key member of the project team, and she
212:22 was a Merck employee.
212:23          Q.    All right.
212:24                Now, I put in front of you a
213: Page 213
213: 1 document entitled "The Relationship
213: 2 Between COX-2 Inhibitors and Acute
213: 3 Myocardial Infarction" dated May 5th,
213: 4 2003.  Would you tell me what this is?
213: 5          A.    Yes.  This is just the
213: 6 tables, basically the data as we had it
213: 7 in May of 2003 from the study.
213: 8          Q.    Okay.
213: 9                In an overview, what did it
213:10 tell the people at Merck about the
213:11 results of your study of the -- the
213:12 epidemiologic study?
213:13          A.    That we found an increased
213:14 rate of heart attacks in people taking
213:15 Vioxx compared to comparison drugs.


ID:              AVORN  21421
Page Range:      214:21-216:9

214:21          Q.    Okay.
214:22                Now, the results that you
214:23 saw here, from a public health
214:24 standpoint, did you consider them to be
215: Page 215
215: 1 important findings?
215: 2          A.    Yes.
215: 3          Q.    Why?
215: 4          A.    Because in there -- let me
215: 5 just turn to the page with the data on it
215: 6 as it was eventually published.  We found
215: 7 that in the final tables, there was a
215: 8 significant increase in the risk of heart
215: 9 attack that we found with Vioxx compared
215:10 to with Celebrex.  We also found that it
215:11 was particularly high in people who were
215:12 taking higher doses of Vioxx.  And that
215:13 seemed like an important finding.  The
215:14 data for the high-dose Vioxx versus
215:15 high-dose Celebrex was a 70 percent
215:16 increase, or almost a doubling of the
215:17 risk of heart attack in our patient
215:18 population.
215:19          Q.    Did you find an increased
215:20 risk with low dose?
215:21          A.    Yes.
215:22          Q.    Did you find an increased
215:23 risk at less than 30 days?
215:24          A.    Yes.
                              Page 47

```
                         Avorn all v4.txt
216: Page 216
216: 1          Q.      Did you find an increased
216: 2 risk at 30 to 90 days?
216: 3          A.      Yes.
216: 4          Q.      And was that increased risk
216: 5 seen whether you were comparing it to
216: 6 Celebrex or other NSAIDs?
216: 7          A.      We found it with a wide
216: 8 variety of comparison drugs or
216: 9 nonexposures.


ID:             AVORN  21701
Page Range:     217:1-217:15

217: 1          Q.      Okay.
217: 2                  Doctor, did there come a
217: 3 time where you sought to write these
217: 4 results up in an abstract?
217: 5          A.      Yes.
217: 6          Q.      Did you speak to Dr.
217: 7 Cannuscio about doing that?
217: 8          A.      Yes.  The terms of our
217: 9 contract were that we would allow them to
217:10 see what we were publishing, although
217:11 they did not have the right to censure it
217:12 or to hold it back, but as a courtesy, we
217:13 agreed to let them see what we were going
217:14 to submit and give them a period of time
217:15 to comment.


ID:             AVORN  21801
Page Range:     218:1-218:6

218: 1          Q.      Okay.
218: 2                  Doctor, did there come a
218: 3 time where there was discussion about
218: 4 whether or not Dr. Cannuscio would
218: 5 actually be on the paper?
218: 6          A.      Yes.


ID:             AVORN  21919
Page Range:     219:19-219:21

219:19          Q.      Doctor, did you --
219:20                  I've handed you what I've
219:21 had marked as Exhibit 27.


ID:             AVORN  22014a
Page Range:     220:14-221:11

220:14          Q.      Does this include the
220:15 abstract that was written by your
220:16 division?
220:17          A.      Correct.
220:18          Q.      And there's an e-mail there
220:19 as well, correct?
220:20          A.      Right.
220:21          Q.      What does the e-mail say
220:22 about the tables?  It says, "These tables
                        Page 48
```

```
                         Avorn all v4.txt
220:23 all suggest that the higher adjusted odds
220:24 ratios seen in shorter duration use is
221: Page 221
221: 1 not confined to high....risk users."
221: 2 What does that --
221: 3        A.    "High dosage users."
221: 4        Q.    "High dosage users."
221: 5              what does that mean?
221: 6        A.    That's a note from Dr.
221: 7 Solomon to Dr. Cannuscio pointing out
221: 8 something about our findings, which is
221: 9 that this was not just about people
221:10 taking high-dose Vioxx, this was about
221:11 people taking regular dose Vioxx as well.


ID:             AVORN  22221a
Page Range:     222:21-223:14

222:21        Q.    Did you actually present
222:22 this paper --
222:23              Did you actually present
222:24 this at a professional meeting?
223: Page 223
223: 1        A.    Dr. Solomon presented it in
223: 2 the fall of 2003 at the American College
223: 3 of Rheumatology.
223: 4              -  -  -
223: 5              (Whereupon, Deposition
223: 6        Exhibit Avorn-28, ARC 2003
223: 7        Presentation MRK-AAD0333175 -
223: 8        MRK-AAD0333207, was marked for
223: 9        identification.)
223:10              -  -  -
223:11 BY MR. TISI:
223:12        Q.    I'm handing you what's
223:13 marked as Exhibit Number 23.
223:14        A.    Yes.


ID:             Avorn 22622
Page Range:     226:22-227:15

226:22        Q.    Doctor, is this the abstract
226:23 that was presented in -- at the
226:24 association --
227: Page 227
227: 1        A.    The American.
227: 2        Q.    -- the American College of
227: 3 Rheumatology in 2003?
227: 4        A.    Correct.
227: 5        Q.    Okay.
227: 6              And is this the results of
227: 7 your study, your Merck-funded study?
227: 8        A.    Correct.
227: 9        Q.    Okay.
227:10              And does it have Carolyn
227:11 Cannuscio's name on the top?
227:12        A.    Yes, it does.
227:13        Q.    Does it have your name on
227:14 the top?
227:15        A.    Yes, it does.
```

Avorn all v4.txt

ID:              AVORN  22802
Page Range:      228:2-228:9

228: 2        Q.    Okay.
228: 3              Doctor, did there come a
228: 4 time when you sought to convert this
228: 5 abstract into an actual published
228: 6 article?
228: 7        A.    Yes.
228: 8        Q.    And did you do that?
228: 9        A.    Yes.


ID:              AVORN  22820
Page Range:      228:20-229:21

228:20              Did you submit that
228:21 manuscript to Merck for its comment?
228:22        A.    Yes, we did.
228:23        Q.    Okay.
228:24              Did they have an opportunity
229: Page 229
229: 1 to make comments?
229: 2        A.    Yes.
229: 3        Q.    Did you accept some
229: 4 comments?
229: 5        A.    We accepted some and we
229: 6 didn't accept others.
229: 7        Q.    Okay.
229: 8              Would you describe for us
229: 9 the comments that Merck did not accept?
229:10        A.    You mean that we did not
229:11 accept?
229:12        Q.    You did not accept that
229:13 Merck --
229:14        A.    Right, sure.
229:15              There were some helpful
229:16 comments that Merck made about making
229:17 things clearer.  We accepted those.  And
229:18 then there were others which we felt
229:19 would have deemphasized the importance or
229:20 the extent of our findings, and we tended
229:21 to not accept those.


ID:              D AVORN 23017
Page Range:      230:17-232:14

230:17        Q.    Would you please tell us
230:18 what was rejected by you that Merck had
230:19 suggested?
230:20        A.    Sure.  As best I can recall,
230:21 there were, for example, in the abstract
230:22 of the paper, as it was eventually
230:23 presented, there was one finding that
230:24 demonstrated an increased risk of Vioxx,
231: Page 231
231: 1 and the statistical significance of that
231: 2 was a p-value of .054.  Now, let me
231: 3 explain what that means.
231: 4              A p-value of .05 or 5
231: 5 percent means that there's a 95 percent
                    Page 50

```
                          Avorn all v4.txt
231: 6 certainty that the finding you are
231: 7 reporting was not the result of chance.
231: 8 And that is a benchmark that is often
231: 9 used, it's not engraved in stone, but it
231:10 is a convenient benchmark that people
231:11 often use to understand how likely it is
231:12 that this was not just the result of
231:13 happenstance.
231:14             And one of our findings had
231:15 a p-value of 0.54, which means that
231:16 instead of a 95 percent certainty or
231:17 likelihood that this was not the result
231:18 of chance, there was instead of 95
231:19 percent, 94.6 percent likelihood that
231:20 this was not the result of chance.  We
231:21 felt that given particularly the public
231:22 health importance of heart attack and the
231:23 widespread use of this drug that that
231:24 needed to be in the abstract.
232: Page 232
232: 1             Merck objected that this
232: 2 was, quote, not a significant finding
232: 3 because it was a 94.6 percent probability
232: 4 that it was not chance instead of a 95
232: 5 percent and said we should take it out of
232: 6 the abstract.
232: 7             They also told us that we
232: 8 should change the way we described that
232: 9 finding as a numerical difference that
232:10 was not significant or something to that
232:11 effect.  And we disagreed on both points.
232:12        Q.    And did you have discussions
232:13 with Merck about this?
232:14        A.    Yes.
```

ID:          AVORN  23215
Page Range:  232:15-233:1

```
232:15        Q.    And did there come a time
232:16 where you had to make a decision about
232:17 what remained in the paper and what did
232:18 not remain in the paper?
232:19        A.    Yes.  Dr. Solomon and I
232:20 discussed this on an almost daily basis
232:21 at that point.
232:22        Q.    Okay.
232:23             And did you actually submit
232:24 the paper as you wished it to be?
233: Page 233
233: 1        A.    Yes.
```

ID:          D AVORN 23302
Page Range:  233:2-233:9

```
233: 2        Q.    And was it accepted for
233: 3 publication?
233: 4        A.    Yes.  It was initially sent
233: 5 to the New England Journal and JAMA, and
233: 6 they passed on it, and it was eventually
233: 7 accepted in Cardiology -- I'm sorry, in
233: 8 Circulation, which is the number one
                          Page 51
```

Avorn all v4.txt
233: 9 cardiology journal in the world.


ID:              AVORN  24312
Page Range:      243:12-244:19

243:12          Q.    Did you acknowledge Dr.
243:13 Cannuscio in any other way in that paper?
243:14          A.    Yes.  I wrote an
243:15 acknowledgment that I asked Dr. Solomon
243:16 to include in the paper.
243:17          Q.    And you did that?
243:18          A.    Yes.  That was my  -- those
243:19 are my words.
243:20                Because I felt that leaving
243:21 aside the ethics of it, here was a young
243:22 woman starting out her career who was
243:23 about to have a paper in the best
243:24 cardiology journal in the world and that
244:  Page 244
244: 1 she deserved to be a co-author of.  And I
244: 2 was concerned, almost in my faculty role,
244: 3 that here somebody's hard work was being
244: 4 snatched away from her.
244: 5                So, I wrote that language
244: 6 that indicated there was an unnamed
244: 7 epidemiologist who had worked with us, as
244: 8 it says, "Actively in the study design,
244: 9 statistical analysis, and interpretation
244:10 of the date and preparation of the
244:11 manuscript," which are, in fact, the
244:12 criteria for authorship.  And while we
244:13 are forbidden from using Dr. Cannuscio's
244:14 name, I wanted her to be able to refer to
244:15 that as she went on in her career and say
244:16 that was really me.  And so we did put
244:17 the acknowledgment that I wrote at the
244:18 end of the paper, but still respected her
244:19 wishes to be not listed as a co-author.


ID:              Avorn 24504
Page Range:      245:4-247:4

245: 4          Q.    Now, Doctor, this article
245: 5 was then published in Circulation?
245: 6          A.    That's right.
245: 7                MR. TISI:  Okay.
245: 8                And I'm going to show you
245: 9          what I would like to have marked
245:10          as Exhibit 30.
245:11                          -  -  -
245:12                (Whereupon, Deposition
245:13          Exhibit Avorn-30, Bulletin
245:14          4-21-04 MRK-AAR0069284, was
245:15          marked for identification.)
245:16                          -  -  -
245:17 BY MR. TISI:
245:18          Q.    And you testified before,
245:19 and I just want to refer you to that
245:20 testimony, that you felt this was an
245:21 important public health issue that your
245:22 study was addressing?
                    Page 52

```
                         Avorn all v4.txt
245:23      A.    I've said that, and I felt
245:24 that, and I feel that.
246: Page 246
246: 1      Q.    Okay.
246: 2            Now, let me show you what I
246: 3 have had marked as Exhibit Number 29 --
246: 4            THE COURT REPORTER:   30.
246: 5 BY MR. TISI:
246: 6      Q.    30.  I will represent to you
246: 7 that it is a bulletin being used for
246: 8 detailers detailing Vioxx.
246: 9      A.    You mean the sales
246:10 representatives?
246:11      Q.    The sales representatives.
246:12      A.    For Merck?
246:13      Q.    Yes.
246:14            And it's dated April 21st,
246:15 2004.
246:16      A.    Correct.
246:17      Q.    Do you see that, Doctor?
246:18            And does it refer to your
246:19 particular study?
246:20      A.    Yes.
246:21      Q.    And it's called an "Obstacle
246:22 Response."  Do you see that?
246:23      A.    Right.
246:24      Q.    Did you consider your paper
247: Page 247
247: 1 an obstacle?
247: 2      A.    No.
247: 3      Q.    You're smiling.  Why do you
247: 4 smile?


ID:
Page Range:

       Avorn 24707
       247:7-247:15

247: 7            THE WITNESS:  Because it was
247: 8      an important finding about the
247: 9      risks of a very, very widely-used
247:10      drug in relation to a very common
247:11      and important and dangerous side
247:12      effect that was only an obstacle,
247:13      I suppose, from the perspective of
247:14      Vioxx sales, but it was not an
247:15      obstacle in terms of science.


ID:
Page Range:

       Avorn 24720
       247:20-248:7

247:20      Q.    When it says "Action
247:21 required," it says, "Do not initiate
247:22 discussions on this article with
247:23 physicians."  Do you see that?
247:24      A.    I see that.
248: Page 248
248: 1      Q.    Doctor, as somebody who has
248: 2 been involved in academic detailing,
248: 3 which we spoke about before, can you
248: 4 think of any medical or scientific reason
248: 5 why a responsible drug company would not
248: 6 want to have all of the evidence
                    Page 53
```