Avorn all v4.txt
248: 7 discussed with physicians?


ID:          Avorn 24813
Page Range:  248:13-248:18

248:13        Q.    I'm not asking you to
248:14 speculate, Doctor.  I'm asking you as
248:15 somebody who has done research in this
248:16 area, is there any medical or scientific
248:17 reason why this article and this research
248:18 should not be shared with doctors?


ID:          Avorn 24820
Page Range:  248:20-249:10

248:20              THE WITNESS:  No.
248:21 BY MR. TISI:
248:22        Q.    Why not?
248:23        A.    As someone who has spent his
248:24 life studying how doctors make
249: Page 249
249: 1 prescribing decisions and written papers
249: 2 about and conducted programs in the fair
249: 3 and evidenced-based presentations of both
249: 4 benefit and risk data to physicians so
249: 5 that they can be helped to make more
249: 6 appropriate decisions to benefit their
249: 7 patients, I can think of no reason that
249: 8 anybody would -- no legitimate reason why
249: 9 it would be ever appropriate to suppress
249:10 negative findings about a drug risk.


ID:          Avorn 24914a
Page Range:  249:14-249:19

249:14        Q.    Is there anything in this
249:15 obstacle response that indicates that
249:16 Merck funded this study, approved the
249:17 protocol, approved the statistical
249:18 analysis and worked on the manuscript?
249:19        A.    No.


ID:          Avorn 25608a
Page Range:  256:8-256:21

256: 8        Q.    Now, you've testified to a
256: 9 lot of issues that you developed during
256:10 the course of your work with Merck and
256:11 during the course of the time the drug
256:12 was on the market.  Do you hold those
256:13 opinions in things that you've testified
256:14 to to a reasonable degree of medical
256:15 certainty, Doctor?
256:16        A.    Yes, I do.
256:17        Q.    Okay.
256:18              And you still hold those
256:19 opinions to a reasonable degree of
256:20 medical certainty today?
256:21        A.    Absolutely.
                    Page 54

Avorn all v4.txt

ID:               AVORN  26811
Page Range:       268:11-268:21

268:11          Q.    Do you feel it important to
268:12 the issues that we asked you to address
268:13 to review the deposition testimony or the
268:14 trial testimony of every Merck witness
268:15 who has testified in this litigation?
268:16          A.    That would not even be
268:17 possible even if I wanted to.  But my
268:18 concern has been on what was done and
268:19 said and acted upon at the time, not a
268:20 reconstruction of that years later in the
268:21 midst of litigation.


ID:               AVORN  30009
Page Range:       300:9-301:15

300: 9          Q.    Let's go to the next
300:10 question that we asked you to address,
300:11 which is Merck's investigation and
300:12 management of -- investigation of the
300:13 potential of Vioxx to cause heart attacks
300:14 and their management of that issue, the
300:15 studies, the communications, et cetera.
300:16 Okay?
300:17          First of all, have you
300:18 reviewed documents that were before the
300:19 new drug application was filed for Vioxx?
300:20          A.    Yes.  There were some
300:21 initial reports of clinical trials that
300:22 had been conducted.
300:23          Q.    What is the term "signal,"
300:24 Doctor?  First of all, is the term
301: Page 301
301: 1 "signal" something that is commonly used
301: 2 in your field of pharmacoepidemiology?
301: 3          A.    Yes.
301: 4          Q.    Would you please explain to
301: 5 the jury what a "signal" is?
301: 6          A.    Yes.  I think a good regular
301: 7 language word would be "clue."  That if
301: 8 there may be some evidence that comes up
301: 9 that is not in itself a slam dunk proof
301:10 that there's a problem, but something
301:11 that might be called a smoking gun,
301:12 something that sure looks suspicious and
301:13 warrants followup, even though in itself
301:14 it does not absolutely wrap up the
301:15 certainty that there's a problem.


ID:               Avorn 30122
Page Range:       301:22-302:7

301:22          Q.    Okay.
301:23          Doctor, do you have an
301:24 opinion as to whether or not Merck should
302: Page 302
302: 1 have recognized -- a reasonable and
                        Page 55

```
                          Avorn all v4.txt
302: 2 prudent company with the knowledge that
302: 3 Merck had before the drug was on the
302: 4 market should have recognized that there
302: 5 was the potential for cardiovascular
302: 6 disease in patients who took Vioxx?
302: 7          A.    Yes.


ID:                Avorn 30214
Page Range:        302:14-307:17

302:14                    If one looks at the totality
302:15             of the information that was
302:16             available as of the time that the
302:17             new drug application was
302:18             submitted, there were a number of
302:19             pieces of information from
302:20             clinical trial data, as well as
302:21             from other sources, that certainly
302:22             raised a question as to whether or
302:23             not this was a problem.  And I'm
302:24             not saying that they were slam
303: Page 303
303: 1             dunk, to use a phrase from the
303: 2             current administration, slam dunk
303: 3             evidence that there was a problem,
303: 4             but that certainly were very
303: 5             suspicious worries.
303: 6                     -   -   -
303: 7                    (Whereupon, Deposition
303: 8             Exhibit Avorn-31, Research
303: 9             Management Committee 4-10-96
303:10             MRK-ABC0048699 - MRK-ABC0048706,
303:11             was marked for identification.)
303:12                     -   -   -
303:13 BY MR. TISI:
303:14          Q.    I'm going to hand you what I
303:15 have had marked as Exhibit Number 31.
303:16 And for the record, this is a Research
303:17 Management Committee document dated
303:18 October 10, 1996, MRK-ABC0048699.
303:19                    Have you seen this document
303:20 before?
303:21          A.    Yes, I have.
303:22          Q.    Is this a document you
303:23 relied on in supporting your opinion that
303:24 there was a, quote, signal of potential
304: Page 304
304: 1 cardiotoxicity for Vioxx prior to filing
304: 2 of the new drug application?
304: 3          A.    In part.
304: 4          Q.    Okay.
304: 5                    Would you please go to Page
304: 6 8.
304: 7          A.    Yes.
304: 8          Q.    First of all, what is
304: 9 MK-966?
304:10          A.    That was the working name
304:11 for Vioxx before it was called Vioxx.
304:12          Q.    And is this a document that
304:13 is a Merck document?
304:14          A.    Yes.
304:15          Q.    In Section 3, it indicates a
```

Page 56

Avorn all v4.txt

304:16 section that says "Adverse Events."  Do
304:17 you see that?
304:18        A.    Yes.
304:19        Q.    Okay.
304:20              Would you tell us what, if
304:21 anything, was significant in your review
304:22 of this document which supports your
304:23 opinions?
304:24        A.    Sure.  In fairness, I should
305: Page 305
305: 1 point out that these were very, very big
305: 2 doses of Vioxx.  This was before they
305: 3 really knew what the right dose would be,
305: 4 and so these doses were 125 to 175
305: 5 milligrams.  I think that's part of the
305: 6 picture here.
305: 7        Q.    Sure.
305: 8        A.    Having said that, the second
305: 9 paragraph -- and the other important
305:10 point was that this study lasted only six
305:11 weeks.  And so it was a really remarkably
305:12 short period of time in which you really
305:13 would not expect to see a cardiovascular
305:14 risk because it was only a
305:15 month-and-a-half long.
305:16              And the second paragraph
305:17 reads, "Adverse events of most concern
305:18 were in the cardiovascular system (e.g.,
305:19 MI" or heart attack, "unstable angina"
305:20 which is increasing chest pain from heart
305:21 disease, "rapid fall in hemoglobin and
305:22 hematocrit in some subjects, and a small
305:23 increase in blood pressure."
305:24        Q.    And this is October of 1996?
306: Page 306
306: 1        A.    Correct.
306: 2              And then the next sentence
306: 3 which I think is also relevant, "We plan
306: 4 to evaluate MK-966" or Vioxx "in a study
306: 5 where subjects are also given low-dose
306: 6 aspirin."
306: 7        Q.    Was that study ever done?
306: 8        A.    It was not until the VIGOR
306: 9 data came out in 2000 that Merck began to
306:10 advocate using aspirin in people taking
306:11 Vioxx, and so that would have been, oh,
306:12 four years later.
306:13        Q.    All right.
306:14              Now, Doctor, did you also
306:15 review the medical officer reviews for
306:16 Vioxx, the FDA medical officer review for
306:17 Vioxx when the drug was approved?
306:18        A.    Yes.
306:19        Q.    And did you consider the
306:20 views of the medical officer when forming
306:21 your opinions?
306:22        A.    Yes.  Because that was what
306:23 was known at the time.
306:24        Q.    What, if any, significance,
307: Page 307
307: 1 and I'm going to try to go through these
307: 2 fairly quickly, what, if any,
307: 3 significance was there in the

Page 57

```
                        Avorn all v4.txt
307: 4 cardiovascular section of the medical
307: 5 officer review for the Vioxx clinical
307: 6 trial program that assisted you in
307: 7 formulating your opinions?
307: 8         A.    Well, a number of the FDA
307: 9 staff that were evaluating Vioxx, and I'm
307:10 thinking of Dr. Pulayo, Dr. Villalba and
307:11 Dr. Targum, were struck with and noticed
307:12 and wrote about the fact that there
307:13 appeared to be an excess of
307:14 cardiovascular disease in patients who
307:15 were given Vioxx in the clinical trials
307:16 that were submitted by Merck to FDA in
307:17 the late '90s.
```

```
ID:               Avorn 30806
Page Range:       308:6-309:13-309:13-22:20-22:20-22:20
```

```
308: 6         Q.    I'm going to show you a
308: 7 document.    First of all, is this a
308: 8 document that you reviewed in the context
308: 9 of your opinions that you prepared to
308:10 render in this case?
308:11         A.    Yes.
308:12         Q.    Okay.
308:13               what is this document,
308:14 Doctor?
308:15         A.    This is labeled "Scientific
308:16 Advisors Meeting, May 3-May 6, 1998."
308:17         Q.    And what is this document?
308:18         A.    This is a summary of the
308:19 report of a group of scientific advisors
308:20 that Merck pulled together to advise it
308:21 on the development of the -- of Vioxx as
308:22 it was in its preapproval state, that is,
308:23 before it was  -- before the FDA approved
308:24 it.
309: Page 309
309: 1         Q.    Would you turn to Page 11 of
309: 2 this document?
309: 3         A.    Yes.
309: 4         Q.    Under the section entitled
309: 5 "Cardiovascular."
309: 6         A.    Yes.
309: 7         Q.    Do you see that?
309: 8         A.    Yes.
309: 9         Q.    Would you please tell the
309:10 members of the jury what Merck was being
309:11 told by its Board of Scientific Advisors
309:12 about the potential problems for Vioxx
309:13 prior to the drug being on the market?
```

```
ID:               Avorn 30921
Page Range:       309:21-311:12
```

```
309:21               THE WITNESS:  The Board of
309:22 Scientific Advisors drew the
309:23 company's attention to three
309:24 specific issues that are numbered
310: Page 310
310: 1         here.  One was the possibility of,
```

```
                          Avorn all v4.txt
310: 2          we talked about this balance of
310: 3          COX-1 and COX-2, that if you block
310: 4          COX-2 and don't block COX-1, the
310: 5          committee, which was outside
310: 6          pharmacologists of some renown,
310: 7          said here's something that could
310: 8          happen that one might expect or
310: 9          worry about if you block COX-2 and
310:10          don't block COX-1 as much.
310:11                  One is "the development of
310:12          lipid rich coronary plaques."  And
310:13          that's basically gunk developed,
310:14          building up in the artery of the
310:15          heart, which can then erupt and
310:16          form a clot and cause heart
310:17          disease.
310:18                  Two, 'The destabilization of
310:19          the cap of these plaques by
310:20          inflammatory cells, making them
310:21          'rupture prone'."  And that is
310:22          what we now believe is the
310:23          mechanism of heart attacks.  That
310:24          you have this fatty gunk sitting
311: Page 311
311: 1          in your arteries, and then for
311: 2          some reason it ruptures and the
311: 3          fat is kind of spilled into the
311: 4          artery and that causes the clot to
311: 5          form and that causes the heart
311: 6          attack.
311: 7                  And three, "The thrombotic
311: 8          occlusion of the vessel at the
311: 9          site of plaque rupture with
311:10          ensuing consequences of ischemia."
311:11          That basically means having a
311:12          heart attack.


ID:             Avorn 31121
Page Range:     311:21-312:8

311:21          Q.    Doctor, putting all the kind
311:22 of evidence that we've been talking about
311:23 together, do you have an opinion as to
311:24 whether or not there was evidence prior
312: Page 312
312: 1 to Vioxx being on the market that a
312: 2 reasonable and prudent company reviewing
312: 3 the safety profile of this drug would
312: 4 have considered in terms of designing
312: 5 their clinical trial program and
312: 6 investigating this signal?
312: 7          A.    Yes.
312: 8          Q.    What is that opinion?


ID:             Avorn 31302
Page Range:     313:2-316:8

313: 2                  THE WITNESS:  In developing
313: 3          a drug or looking at drug risks
313: 4          and benefits, it is necessary to
313: 5          look not just at what is found in
                          Page 59
```

Avorn all v4.txt
313: 6   a particular study, but also what
313: 7   is all the evidence about what
313: 8   might work and what might not
313: 9   work.  And, in fact, what might
313:10   work can be very useful in
313:11   planning the development of the
313:12   drug.
313:13        And when I teach in a course
313:14   at Tufts Medical School for drug
313:15   company executives about thinking
313:16   about risks and benefits in drug
313:17   development, one of the points I
313:18   mention is that it's key to pull
313:19   together everything that's known
313:20   so that you can plan your clinical
313:21   development program, whether it's
313:22   animal studies or human studies or
313:23   followup epidemiologic studies so
313:24   as to follow up on signals.  Some
314: Page 314
314: 1   signals may be good signals, like
314: 2   here is a potential really good
314: 3   effect of this drug that we want
314: 4   to find out more about, as well as
314: 5   the bad signals.
314: 6        And looking at it all
314: 7   together, there is the evidence
314: 8   from Merck's own pharmacology
314: 9   advisors saying here's some
314:10   problems that you guys need to
314:11   keep an eye out for because,
314:12   specifically, 1, 2, 3, here are
314:13   ways in which this drug might
314:14   cause heart attacks.  Nobody knew
314:15   specifically at the time that it
314:16   would, but they were told, watch
314:17   out for this.  I think there was
314:18   some phrase in here that they
314:19   should be actively pursued or
314:20   something to that effect.
314:21        There were the earlier
314:22   clinical trials that Merck had
314:23   performed in which whatever the
314:24   dose, if you have a drug that
315: Page 315
315: 1   increases heart attacks in a
315: 2   six-week study, that's an
315: 3   important signal to worry about.
315: 4        There were the animal
315: 5   studies and other pharmacologic
315: 6   studies that say, gee, you know,
315: 7   maybe blocking COX-2 selectively
315: 8   is not a totally good idea, maybe
315: 9   there are some important good
315:10   things a COX-2 does that you don't
315:11   want to block totally.  And that
315:12   was in the literature before the
315:13   drug was on the market.
315:14        And so combining the advice
315:15   from their scientific advisors,
315:16   the evidence from the animal
315:17   studies, from the pharmacologic
315:18   literature and the evidence from
Page 60

```
                         Avorn all v4.txt
315:19          their own clinical trial
315:20          suggesting an increase in events,
315:21          I'm not saying they should have
315:22          not marketed the drug, I'm not
315:23          saying they should have pulled it
315:24          off the market the day it was
316: Page 316
316: 1          approved, but I am saying that
316: 2          these were some smoking guns that
316: 3          a reasonable company would have
316: 4          said, as we market this drug,
316: 5          let's make sure that we're also
316: 6          keeping an eye on this potential
316: 7          problem that we've been warned
316: 8          about from multiple sources.


ID:            Avorn Part 3

ID:            Avorn 32718
Page Range:    327:18-328:1

327:18                Dr. Avorn, do you have an
327:19 opinion that you hold to a reasonable
327:20 degree of medical certainty as to when
327:21 there was reasonable evidence of an
327:22 association between Vioxx and heart
327:23 attacks?
327:24          A.    Yes.
328: Page 328
328: 1          Q.    What is that opinion?


ID:            AVORN  32919
Page Range:    329:19-330:16

329:19                That said, I have such an
329:20 opinion, and it is that by the
329:21 time the data from the VIGOR study
329:22 were available to Merck, which
329:23 would have been the spring of
329:24 2000, combining the VIGOR data
330: Page 330
330: 1          with the evidence from the other
330: 2          clinical trials, all of which
330: 3          Merck had conducted itself,
330: 4          coupled with the guidance that
330: 5          Merck had sought and received from
330: 6          its own Board of Scientific
330: 7          Advisors, coupled with the
330: 8          pharmacologic evidence that was
330: 9          out there in the literature prior
330:10          to that point, by the spring of
330:11          2000, the burden of evidence was
330:12          enough to suggest that there was
330:13          indeed a reason for concern that
330:14          Vioxx was associated with heart
330:15          attack and other cardiovascular
330:16          disease in humans.


ID:            Avorn 34018c
Page Range:    340:18-341:18
```

Page 61

Avorn all v4.txt

```
340:18          Q.    Doctor, I'm going to show
340:19 you two documents I'm going to hand you
340:20 side by side.  One is Exhibit Number 33,
340:21 which is the FDA Advisory Committee
340:22 briefing document, specifically the
340:23 report of Dr. Villalba, and that is
340:24 February 8th, 2001.
341: Page 341
341: 1                And I'm also going to hand
341: 2 you a second document, which is the FDA's
341: 3 cardiovascular report consultation of a
341: 4 Shari Targum.
341: 5                Have you seen both of these
341: 6 documents in connection with your
341: 7 opinions?
341: 8          A.    I've reviewed both of these.
341: 9          Q.    Okay.
341:10                Are these the kinds of
341:11 things that experts like yourself would
341:12 review in considering issues like the
341:13 ones we've asked you to address?
341:14          A.    Yes.  This is exactly the
341:15 kind of information that FDA asked me to
341:16 evaluate in relation to Lotronex around
341:17 the question of whether it should be
341:18 taken off the market around 2000 or so.


ID:                AVORN 34207c
Page Range:        342:7-342:23

342: 7          Q.    Okay.
342: 8                Doctor, let me show you --
342: 9 let's go to Dr. Villalba's report for a
342:10 moment.  If you can look at Page 11 and
342:11 12.
342:12          A.    Yes.
342:13          Q.    Do you see at the bottom of
342:14 there, there is a paragraph that starts,
342:15 "The sponsor explanation for the excess
342:16 of cardiovascular events in the VIGOR
342:17 study"?  Do you see that?
342:18          A.    Right.  Yes.
342:19          Q.    Would you describe --
342:20                And, of course, this is Dr.
342:21 Villalba's report.  Would you describe
342:22 the facts that -- what does Dr. Villalba
342:23 conclude here?


ID:                Avorn 34313
Page Range:        343:13-344:5

343:13          A.    Okay.
343:14                Dr. Villalba, who is an FDA
343:15 official who has reviewed all the data
343:16 submitted while the drug was still on the
343:17 market, concluded that it was implausible
343:18 that the difference between -- in the
343:19 VIGOR study, that the difference in heart
343:20 attack rates, and one can see that graph
343:21 go up quite high for incidence of heart
```

```
                         Avorn all v4.txt
343:22 attacks in -- or thrombotic
343:23 cardiovascular serious adverse
343:24 experiences, the evidence that this could
344: Page 344
344: 1 be explained by the fact that naproxen
344: 2 was preventing heart attacks was
344: 3 implausible.
344: 4          Q.    And what are the factors
344: 5 that Dr. Villalba indicates?


ID:              Avorn 34518
Page Range:      345:18-347:13

345:18          A.    Dr. Villalba was speaking
345:19 specifically to the rapid rise in the
345:20 incidence of heart attacks in people
345:21 taking Vioxx as compared with naproxen.
345:22 And she notes that there is no -- there
345:23 are no placebo-controlled trials of
345:24 naproxen that ever have shown that it
346: Page 346
346: 1 reduces heart attacks.
346: 2          Q.    Stop right there.
346: 3                Is that something that you
346: 4 agree with?
346: 5          A.    Sure.
346: 6          Q.    Is that something you agreed
346: 7 with at the time?
346: 8          A.    I agree with it now too.
346: 9          Q.    Okay.
346:10                Is it something that you
346:11 actually investigated?
346:12          A.    Yes.
346:13          Q.    And you concluded that there
346:14 was no evidence -- did you conclude --
346:15                What did you conclude about
346:16 the evidence of naproxen?
346:17          A.    At the time that this was
346:18 being discussed at FDA, we were
346:19 concurrently doing research in my
346:20 division on whether naproxen causes a
346:21 reduction in the risk of heart attacks.
346:22          Q.    Okay.
346:23                Going to the next fact here
346:24 noted by Dr. Villalba.
347: Page 347
347: 1          A.    This is also in parallel
347: 2 with our own research, in that she points
347: 3 out that the effect of naproxen, and this
347: 4 is almost the exact language that we used
347: 5 in our paper, even though I had not seen
347: 6 her report at the time, that the effect
347: 7 size that you would need to have, that
347: 8 is, the protective effect of naproxen
347: 9 would need to be so huge that it would
347:10 make it huger than had ever been seen
347:11 with aspirin or with, frankly, any other
347:12 drug for that matter, and that that also
347:13 made the naproxen idea implausible.


ID:              AVORN  35011
                      Page 63
```

```
                         Avorn all v4.txt
Page Range:      350:11-350:15

  350:11          Q.    Now, let's go to Dr.
  350:12 Targum's report.
  350:13          A.    Okay.
  350:14          Q.    First of all, can we bring
  350:15 that up?


ID:              AVORN  35111a
Page Range:      351:11-354:06

  351:11                This is the report of Dr.
  351:12 Targum at the cardiorenal division,
  351:13 correct?
  351:14          A.    Yes.
  351:15          Q.    Okay.
  351:16                February 1st, 2004 --
  351:17          A.    2001.
  351:18          Q.    -- 2001, excuse me.
  351:19          A.    Right.
  351:20          Q.    Okay.
  351:21                If you'd go to page --
  351:22 actually 36 -- 34.
  351:23          A.    Got it.
  351:24          Q.    Do you see the Section 4 at
  352: Page 352
  352: 1 the bottom of the page there, it talks
  352: 2 about "Assessment of the sponsor's claim
  352: 3 of CV risk"?
  352: 4          A.    Yes.
  352: 5          Q.    First of all, the sponsor's
  352: 6 claim there that the "Sponsor claims that
  352: 7 the difference in myocardial infarctions
  352: 8 between the two groups is primarily due
  352: 9 to the anti-platelet effects of
  352:10 naproxen."
  352:11          A.    Yes, I reviewed that
  352:12 section.
  352:13          Q.    Is that what they said in
  352:14 the VIGOR paper that we reviewed earlier
  352:15 today?
  352:16          A.    Yes.
  352:17          Q.    Okay.
  352:18                Is that what they were
  352:19 telling you and your people at Harvard?
  352:20          A.    That's what Dr. Sherwood
  352:21 told me.
  352:22          Q.    Okay.
  352:23                Is that what was being said
  352:24 by Merck publicly in your experience in
  353: Page 353
  353: 1 2000 and 2001?
  353: 2          A.    Correct.
  353: 3          Q.    Okay.
  353: 4                What does Dr. Targum say
  353: 5 about the, quote, naproxen hypothesis?
  353: 6          A.    I'll just read her words.
  353: 7 "The sponsor claims that the difference
  353: 8 in myocardial infarctions between the two
  353: 9 groups is primarily due to the
  353:10 anti-platelet effects" or the protective
  353:11 effects "of naproxen."
                       Page 64
```

```
                        Avorn all v4.txt
353:12              And then she goes on to say,
353:13 "This hypothesis is not supported by any
353:14 prospective placebo-controlled trials
353:15 with naproxen.  One can further argue
353:16 that, no matter what the attribution, the
353:17 results (from the cardiovascular
353:18 standpoint) are favorable for naproxen."
353:19         Q.    Do you agree with that?
353:20         A.    Yes.
353:21         Q.    Is that what you testified
353:22 to earlier?
353:23         A.    Yes.
353:24         Q.    Next one, next bullet point
354: Page 354
354: 1 on the next page.  "The sponsor claims
354: 2 that the majority of the cardiovascular
354: 3 events in the VIGOR study occurred in
354: 4 those patients who should have been
354: 5 taking aspirin for cardioprotection."
354: 6         A.    Yes.


ID:              Avorn 35416a
Page Range:      354:16-354:24

354:16              Do you agree with Dr. Targum
354:17 as to the significance of that fact?
354:18         A.    Yes.  As she states it in
354:19 her own words, "This claim has not
354:20 convinced this medical reviewer," and she
354:21 goes on to say that there are increased
354:22 events, heart attacks in the Vioxx group
354:23 even in patients who did not fall into
354:24 the aspirin-indicated subgroup.


ID:              AVORN  35604c
Page Range:      356:4-357:09

356: 4         Q.    Could you turn to Page 36,
356: 5 please?
356: 6         A.    Yes.
356: 7         Q.    At the bottom of the page
356: 8 there.
356: 9         A.    Yes.
356:10         Q.    The very bottom it says,
356:11 "Suggested labeling."
356:12         A.    Yes.
356:13         Q.    Do you see that there?
356:14         A.    Yes.
356:15         Q.    Would you read what she says
356:16 about that?
356:17         A.    Yes.
356:18         Q.    Well, actually, go to the
356:19 second sentence, if you don't mind.
356:20         A.    All right.
356:21              In bold it suggests labeling
356:22 that would properly address CV risks.
356:23         Q.    In the last sentence there?
356:24         A.    "It would be difficult to
357: Page 357
357: 1 imagine inclusion of VIGOR results in the
357: 2 rofecoxib" or Vioxx "labeling without
                        Page 65
```

```
                    Avorn all v4.txt
357: 3 mentioning cardiovascular safety results
357: 4 in the study description as well as the
357: 5 Warnings section."
357: 6          Q.    Okay.
357: 7                Do you agree with Dr.
357: 8 Targum?
357: 9          A.    Yes.


ID:                  Avorn 37616c
Page Range:          376:16-377:20

376:16          Q.    Moving on, Doctor.
376:17                Do you have an opinion as to
376:18 whether or not to a reasonable degree of
376:19 medical certainty, having reviewed all
376:20 the documents you reviewed in connection
376:21 with your prior experience, as to whether
376:22 or not the benefits of Vioxx were
376:23 outweighed by its risks?
376:24          A.    Yes.
377: Page 377
377: 1          Q.    And what is that opinion?
377: 2          A.    That its benefits were not
377: 3 outweighed by its risks.  If one counts
377: 4 up the number of serious gastrointestinal
377: 5 complications that it prevented, and it
377: 6 did at least in people not taking
377: 7 aspirin, and you compare those with the
377: 8 number of serious cardiovascular events
377: 9 that it caused, the numbers are actually
377:10 quite close.  And clinically, it is worse
377:11 to have a heart attack or a stroke than
377:12 to have a GI bleed because you can fix
377:13 the GI bleed by stopping the offending
377:14 drug, maybe the patient may need a blood
377:15 transfusion, and then they are as good as
377:16 they were before.  But if you've had a
377:17 heart attack or a stroke, there's often
377:18 permanent damage to your heart or your
377:19 brain, and you're usually not as good as
377:20 you were before.


ID:                  Avorn 38010c
Page Range:          380:10-384:19

380:10          Q.    Doctor, you testified that
380:11 you're an expert in the factors that go
380:12 into physician prescribing practices.
380:13 What are those factors?
380:14          A.    We've done a number of
380:15 studies about what shapes physician
380:16 prescribing decisions, and I mentioned
380:17 the first one I published in 1982.  And
380:18 in doing that work, we tried to define
380:19 what predicts or drives what a doctor
380:20 prescribes.  And a great deal of it is
380:21 the doctor's perception of benefit versus
380:22 risk which he or she learns from a
380:23 variety of sources.
380:24          Q.    What are the sources in
381: Page 381
```

Page 66

Avorn all v4.txt
381: 1 which a pharmaceutical company
381: 2 communicates with doctors about their
381: 3 products?
381: 4          A.     Well, the legal governing
381: 5 document that is probably central because
381: 6 it determines what the company is allowed
381: 7 to say in all of its promotional material
381: 8 and all of its sales presentations is
381: 9 what FDA calls the labeling or sometimes
381:10 it's called the package insert.  But it's
381:11 a lengthy document, usually in small
381:12 print, that describes everything about a
381:13 drug, what it's used for, what its
381:14 benefits are, what its risks are, what
381:15 its dose is and so forth.
381:16          Q.     Are there any other methods
381:17 by which a pharmaceutical company
381:18 communicates with doctors that you're
381:19 familiar with?
381:20          A.     Sure.  They will also, of
381:21 course, send out sales reps to doctors'
381:22 offices to talk to us about the
381:23 attributes of their drug, and, of course,
381:24 they will take out ads in medical
382: Page 382
382: 1 journals.  They will also take out ads or
382: 2 put commercials on TV for patients.  And
382: 3 they will sponsor continuing education
382: 4 programs for physicians.
382: 5          Q.     What about publication of
382: 6 medical articles?
382: 7          A.     Very often companies are
382: 8 heavily involved, as we've learned, in
382: 9 the publication of articles in the
382:10 medical literature.
382:11          Q.     Let me talk about some of
382:12 those things for a moment.  Let's talk
382:13 about the label for a moment.
382:14          First of all, what's a black
382:15 box warning?
382:16          A.     A black box warning is the
382:17 strongest kind of warning that appears on
382:18 a label which is literally in a black
382:19 box.  And if the FDA feels that there is
382:20 a particularly important risk for a given
382:21 drug, it insists that the manufacturer --
382:22 because the manufacturer kind of owns the
382:23 words in the label and negotiates with
382:24 the FDA, but ultimately it is the
383: Page 383
383: 1 manufacturer's words, the FDA will insist
383: 2 that a black box appear at the very
383: 3 beginning of the description of the drug
383: 4 in the labeling information warning about
383: 5 a particular problem.
383: 6          Q.     What is a warning?
383: 7          A.     A warning is the next
383: 8 highest level of alert, and it is a
383: 9 section in the labeling in which the most
383:10 important risks of a drug are presented.
383:11          Q.     What about a precaution?
383:12          A.     That's a much milder part of
383:13 the labeling in which it's kind of a
Page 67

```
                         Avorn all v4.txt
383:14 "watch out for this," but it's known as
383:15 to be a lower standard of risk.
383:16                    -  -  -
383:17            (Whereupon, Deposition
383:18       Exhibit Avorn-37, Vioxx label
383:19       1999 MRK-LBL0000035 -
383:20       MRK-LBL0000038, was marked for
383:21       identification.)
383:22                    -  -  -
383:23 BY MR. TISI:
383:24       Q.    Let's look at the -- have
384: Page 384
384: 1 you reviewed the label that was in effect
384: 2 from 1999 through 2002?
384: 3       A.    Yes, I have.
384: 4       Q.    And starting from the date
384: 5 of the VIGOR results, and let me hand
384: 6 that to you.
384: 7            Doctor, was there any black
384: 8 box warning for cardiovascular disease in
384: 9 this label?
384:10       A.    There was no black box
384:11 warning of any kind.
384:12       Q.    Was there a warning?
384:13       A.    No.
384:14       Q.    Was there even a precaution
384:15 in the original label that dealt with
384:16 cardiovascular disease?
384:17       A.    Let me just turn to the
384:18 precautions section because I want to be
384:19 sure I'm being fair to the company.


ID:              AVORN 38422
Page Range:      384:22-385:8

384:22            No.  I've just reviewed the
384:23 precautions section again and I don't see
384:24 anything about heart attack.
385: Page 385
385: 1       Q.    And that was in effect until
385: 2 April of 2002?
385: 3       A.    That's correct.
385: 4       Q.    Okay.
385: 5            And VIGOR came out, VIGOR
385: 6 results became available in 2000, early
385: 7 2000?
385: 8       A.    In the spring of 2000.


ID:              Avorn 38615
Page Range:      386:15-386:20

386:15            Doctor, given what was known
386:16 about Vioxx from 2000 to 2002, does this
386:17 label contain information about
386:18 cardiovascular risks that would have
386:19 allowed physicians to weigh those risks
386:20 against the benefits?


ID:              Avorn 38819
Page Range:      388:19-389:5
```

Avorn all v4.txt

```
388:19               Does this label contain
388:20 accurate medical and scientific
388:21 information about the increased mortality
388:22 seen in the Alzheimer's trials?
388:23        A.    There's nothing in the label
388:24 about the doubling of the death rate in
389: Page 389
389: 1 the Alzheimer's study in this label.
389: 2        Q.    Is that, in your opinion,
389: 3 important information for doctors to
389: 4 consider in making a fair risk/benefit
389: 5 analysis for their patients?
```

```
ID:               Avorn 38911
Page Range:       389:11-390:3
```

```
389:11               THE WITNESS:  As someone who
389:12 has published papers on doctors'
389:13 assessment of risk versus benefit
389:14 and how that drives their
389:15 prescribing, and as someone who
389:16 has conducted and studied programs
389:17 to present information to doctors
389:18 in an unbiased manner, I can
389:19 assert with complete confidence
389:20 that failing to indicate that a
389:21 given drug has been associated
389:22 with a doubling of death rate in a
389:23 study that was statistically
389:24 significant, failing to have that
390: Page 390
390: 1       in the label does not give doctors
390: 2       the information they need to use
390: 3       that drug appropriately.
```

```
ID:               AVORN  39015
Page Range:       390:15-390:18
```

```
390:15        Q.    Doctor, have you looked at
390:16 the 2002 label which I'm handing to you
390:17 now?
390:18        A.    Yes, I have.
```

```
ID:               AVORN  39102
Page Range:       391:2-393:3
```

```
391: 2        Q.    Is it your understanding
391: 3 that in April of 2002 the Vioxx label was
391: 4 changed to include some information about
391: 5 the cardiac findings in the VIGOR study?
391: 6        A.    Yes.
391: 7        Q.    And have you reviewed that,
391: 8 Doctor?
391: 9        A.    Yes, I have.
391:10        Q.    And where does that --
391:11               First of all, let me ask
391:12 you, is there a black box warning for
391:13 doctors in the 2002 label?
391:14        A.    No.
```

Page 69

```
                         Avorn all v4.txt
391:15        Q.     Is there a warning on
391:16 cardiovascular risk in the label?
391:17        A.    No.
391:18        Q.     Where does the information
391:19 about VIGOR appear in this label?
391:20        A.     It is over here in the
391:21 section that is called "Clinical
391:22 Studies."
391:23        Q.     Is it also in the
391:24 precautions section?
392: Page 392
392: 1        A.     I believe there is a
392: 2 precaution about gastro -- about
392: 3 cardiovascular effects.
392: 4        Q.     Do you know whether or not
392: 5 the --
392: 6               We talked about before, we
392: 7 looked at the medical officer report of
392: 8 Dr. Targum?
392: 9        A.    Yes.
392:10        Q.    Okay.
392:11               Which talks about the, I
392:12 think her words were, it is hard to
392:13 conceive that this information from VIGOR
392:14 would not be contained in the warnings
392:15 section.  Do you remember that?
392:16        A.    Correct.
392:17        Q.    Okay.
392:18               Do you know whether or not
392:19 the FDA, in fact, did recommend that the
392:20 company include a warning about the
392:21 cardiovascular risk seen in VIGOR?
392:22        A.    Yes, I know that.
392:23        Q.     And do you have an opinion
392:24 as to whether or not there was a
393: Page 393
393: 1 reasonable evidence of association
393: 2 between Vioxx and cardiovascular disease
393: 3 at the time that VIGOR became available?


ID:             Avorn 39309
Page Range:     393:9-393:16

393: 9        Q.     If that is the standard for
393:10 placing a warning --
393:11        A.    Yes.
393:12        Q.     -- would that information
393:13 alone have been enough to include the CV
393:14 risk in the warnings section of the Vioxx
393:15 label?
393:16        A.    Yes.


ID:             Avorn 39401
Page Range:     394:1-394:13

394: 1               Do you have an opinion,
394: 2 again, to a reasonable degree of medical
394: 3 certainty, as to whether or not the
394: 4 information in the warning label in 2002
394: 5 contained information about increased
394: 6 mortality?
```

```
                            Avorn all v4.txt
394: 7          A.    Do I have an -- I'm sorry.
394: 8 Do I have an opinion as to whether it was
394: 9 there?
394:10          Q.    Do you know whether it is
394:11 there or not?
394:12          A.    I know that it was not
394:13 there.


ID:              Avorn 39519
Page Range:      395:19-395:24

395:19                  Do you have an opinion to a
395:20 reasonable degree of medical certainty as
395:21 to whether or not the evidence of an
395:22 association between Vioxx and increased
395:23 mortality should have been contained in
395:24 the warnings section of the Vioxx label?


ID:              Avorn 39623
Page Range:      396:23-397:12

396:23                  I have such an opinion, and
396:24 my opinion is that if a company is in
397: Page 397
397: 1 possession of data that indicates a
397: 2 statistically significant doubling of the
397: 3 death rate in a placebo-controlled
397: 4 randomized control trial that it
397: 5 conducted, then that information needs to
397: 6 be in the label to be able to guide
397: 7 physicians to make appropriate decisions
397: 8 about the use of that drug.
397: 9          Q.    Have you seen any evidence
397:10 that the FDA wanted to include
397:11 information about VIGOR and ADVANTAGE in
397:12 the warnings section?


ID:              Avorn 39805
Page Range:      398:5-398:16

398: 5                  THE WITNESS:  I have seen
398: 6          correspondence between Merck and
398: 7          FDA in both directions about the
398: 8          modifications to the label that
398: 9          were proposed.
398:10 BY MR. TISI:
398:11          Q.    Okay.
398:12                  And do you know whether or
398:13 not the FDA proposed that information
398:14 about VIGOR and ADVANTAGE on
398:15 cardiovascular events and cardiovascular
398:16 risk be placed in the warnings section?


ID:              Avorn 39919
Page Range:      399:19-400:4

399:19          A.    Yes.
399:20          Q.    Okay.
399:21                  Having seen it, and as
                            Page 71
```

```
                          Avorn all v4.txt
399:22 somebody who is an expert in the factors
399:23 that drive doctors' prescribing
399:24 practices, do you have an opinion as to
400: Page 400
400: 1 whether or not that kind of information
400: 2 in the warnings section would have
400: 3 assisted doctors in making a risk/benefit
400: 4 analysis for their patients?


ID:              Avorn 40011
Page Range:      400:11-400:20

400:11                  THE WITNESS:  I have such an
400:12 opinion that that would have been
400:13 an important piece of information
400:14 for doctors to have.
400:15 BY MR. TISI:
400:16           Q.    Do you think that the lack
400:17 of that information deprived doctors of
400:18 an important piece of information from
400:19 which they could make reasonable
400:20 prescribing choices?


ID:              AVORN  40109
Page Range:      401:9-402:13

401: 9                  As someone who has done
401:10 research on published and peer-reviewed
401:11 journals about physicians' assessments of
401:12 risks and benefits, and as someone who
401:13 teaches physicians about weighing risks
401:14 and benefits, and has written a book
401:15 about risks and benefits as drivers of
401:16 drug use, and as somebody who has written
401:17 a paper recently in the New England
401:18 Journal about the effect of labeling on
401:19 warnings and on prescribing, I can say
401:20 with a great deal of certainty that a
401:21 physician not having information about
401:22 doubling of mortality risk and of
401:23 increased risk of heart attack caused by
401:24 a drug would deprive that physician from
402: Page 402
402: 1 the ability to be able to make a wise
402: 2 prescribing decision.
402: 3           Q.    Doctor, let me ask you this.
402: 4           Do you have any evidence you
402: 5 have seen in this case that the addition
402: 6 of such a warning, as opposed to a
402: 7 precaution, would have been made a
402: 8 difference with respect to prescribing
402: 9 practices with respect to Vioxx?
402:10           A.    Yes.
402:11                  MR. TISI:  Let me show you
402:12 what I'd like to have marked as
402:13 Exhibit Number 39.


ID:              Avorn 40303
Page Range:      403:3-403:13
```

Avorn all v4.txt
```
403: 3        Q.    Doctor, have you seen this
403: 4 before in preparation for your testimony
403: 5 today?
403: 6        A.    Yes, I have.
403: 7        Q.    Would you describe --
403: 8              First of all, this is July
403: 9 of 2001?
403:10        A.    Right.
403:11        Q.    This is before the label
403:12 change?
403:13        A.    Right.
```

```
ID:              Avorn 40408
Page Range:      404:8-404:11
```

```
404: 8              What does this document
404: 9 indicate as to doctors' willingness to
404:10 prescribe Vioxx if there is a warning
404:11 versus a precaution?  Go ahead.
```

```
ID:              Avorn 40415
Page Range:      404:15-405:2
```

```
404:15              THE WITNESS:  This document
404:16 indicates that the individuals at
404:17 Merck who prepared it had exactly
404:18 the same impression as I did about
404:19 the effect of a clear warning
404:20 versus what they call a mild
404:21 warning on utilization of the
404:22 drug.  And what their graph
404:23 indicates is their projection that
404:24 utilization of the drug would be
405: Page 405
405: 1 much lower if there was a strong
405: 2 warning versus a mild warning.
```

```
ID:              Avorn 40514
Page Range:      405:14-406:21
```

```
405:14        Q.    Is this consistent with your
405:15 own research that the various levels of
405:16 warning make a difference with doctors?
405:17        A.    Yes.
405:18        Q.    Doctor, you mentioned
405:19 another method by which doctors
405:20 communicate -- companies communicate with
405:21 doctors is their statements to the press.
405:22 I think you mentioned that before?
405:23        A.    Right.
405:24        Q.    Have you seen statements
406: Page 406
406: 1 that Merck has made to the press about
406: 2 the cardiovascular safety of Vioxx?
406: 3        A.    Yes.
406: 4              MR. TISI:  I'm going to hand
406: 5              you what I would like to have
406: 6              marked as Exhibit Number 40.
406: 7                  -  -  -
406: 8              (whereupon, Deposition
                    Page 73
```

```
                            Avorn all v4.txt
   406: 9         Exhibit Avorn-40, News Release
   406:10         5-22-01, MRK-ABI0003228 -
   406:11         MRK-ABI0003230, was marked for
   406:12         identification.)
   406:13                     -  -  -
   406:14              THE WITNESS:  Sounds right.
   406:15 BY MR. TISI:
   406:16         Q.   Doctor, have you seen this
   406:17 before as an example of the kind of
   406:18 communication that Merck made to the
   406:19 press?
   406:20         A.   Yes.
   406:21         Q.   What is this?


ID:              Avorn 40802
Page Range:      408:2-408:6

   408: 2              Knowing what you know about
   408: 3 VIGOR, and looking at the medicine and
   408: 4 science surrounding VIGOR, is this
   408: 5 medically and scientifically accurate
   408: 6 information to disseminate to the public?


ID:              Avorn 40703
Page Range:      407:3-407:14

   407: 3              THE WITNESS:  This is
   407: 4         labeled as a news release on
   407: 5         Merck's stationary for immediate
   407: 6         release, and the title of it is --
   407: 7         and it's dated May 22nd, 2001.
   407: 8         And the title is "Merck Confirms
   407: 9         Favorable Cardiovascular Safety
   407:10         Profile of Vioxx."
   407:11 BY MR. TISI:
   407:12         Q.   And this talks about the
   407:13 VIGOR study?
   407:14         A.   Right.


ID:              Avorn 40809
Page Range:      408:9-410:20

   408: 9              THE WITNESS:  A great deal
   408:10         of my work, Mr. Tisi, involves
   408:11         looking at ways of presenting
   408:12         complicated information about drug
   408:13         risks and drug benefits both to
   408:14         physicians and to patients.  We
   408:15         did some of the first studies of
   408:16         how to present information to
   408:17         patients back in the early 1980s
   408:18         relating to antibiotic risks and
   408:19         benefits.
   408:20              We have since produced
   408:21         copious materials for patients in
   408:22         our program in the State of
   408:23         Pennsylvania explaining to them
   408:24         the risks and benefits of various
   409: Page 409
   409: 1         drugs in addition to information
                            Page 74
```

```
                           Avorn all v4.txt
409: 2        for doctors to teach them about
409: 3        how to balance risks and benefits
409: 4        of drugs in a program supported by
409: 5        the State of Pennsylvania.
409: 6            Our other studies on
409: 7        presenting information about risks
409: 8        and benefits to patients and to
409: 9        physicians have been supported by
409:10        the National Institutes of Health
409:11        and the John A. Hartford
409:12        Foundation and a variety of other
409:13        sources, including the Arthritis
409:14        Foundation and Merck itself in a
409:15        current study that I'm doing with
409:16        Dr. Solomon about explaining to
409:17        patients how to balance their
409:18        risks and benefits of osteoporosis
409:19        drugs, of which the most prominent
409:20        one is made by Merck.
409:21            I have spent 25 years
409:22        studying the question of how one
409:23        can condense complicated data,
409:24        epidemiologic data, clinical data,
410: Page 410
410: 1        biological data, to doctors and
410: 2        patients so as to inform their
410: 3        prescribing in a way that is
410: 4        driven by science and by patient
410: 5        benefit, rather than driven by the
410: 6        need to push or dump on a given
410: 7        product.  That is what my career
410: 8        has been about.
410: 9            I spend most days thinking
410:10        about how to present such
410:11        information fairly.  And based on
410:12        that 25 and 20 years of
410:13        experience, published in
410:14        peer-reviewed journals, funded by
410:15        federal agencies and peer-reviewed
410:16        grant proposals, I can tell you
410:17        that this is an inadequate and a
410:18        deceptive way of presenting this
410:19        information to the press, to
410:20        doctors, to patients or to anyone.


ID:           Avorn 41901c
Page Range:   419:01-419:8


419: 1            Q.    Looking at all the major
419: 2 publications that were submitted to the
419: 3 medical and scientific community, do you
419: 4 have an opinion as to whether or not the
419: 5 medical and scientific information that
419: 6 came to them in their totality was a
419: 7 reasonable exposition of the medical and
419: 8 scientific information known to Merck?


ID:           Avorn 41914
Page Range:   419:14-420:13


419:14            THE WITNESS:  As someone who
                           Page 75
```

Avorn all v4.txt

```
419:15        reviews articles for the New
419:16        England Journal of Medicine,
419:17        reviews articles for JAMA, a
419:18        number of other publications in
419:19        which the editors seek my peer
419:20        review as to the appropriateness
419:21        of presentation of the data, as
419:22        someone who has published over 200
419:23        articles in which I myself have
419:24        been subjected to peer review
420: Page 420
420: 1        about the fairness of the
420: 2        presentation of our own data, as
420: 3        someone who has written widely
420: 4        about physicians' and patients'
420: 5        perception of risk and how that
420: 6        perception drives their
420: 7        prescribing, I can say that I have
420: 8        never known a collection of papers
420: 9        on any one topic in which there
420:10        has been such a constellation of
420:11        skewed and distorted presentation
420:12        of data in any drug studies that
420:13        I've ever looked at.


ID:           Avorn 42101
Page Range:   421:1-421:15

421: 1              Q.    Doctor, we talked about
421: 2 another method of Merck communicating the
421: 3 risks, accurate information about the
421: 4 risks.  You do understand that there was
421: 5 direct-to-consumer advertising for
421: 6 patients -- directly to patients, and
421: 7 you've written about that, correct?
421: 8        A.    Yes.
421: 9        Q.    Do you have an opinion as to
421:10 a reasonable degree of medical certainty
421:11 as to whether or not the
421:12 direct-to-consumer advertising conducted
421:13 by Merck played a role in what's a fair
421:14 and accurate depiction of the risks and
421:15 benefits associated with Vioxx?


ID:           AVORN  42122
Page Range:   421:22-423:2

421:22              THE WITNESS:  Yes.  As I
421:23 said in my Health Affairs article
421:24 about direct-to-consumer
422: Page 422
422: 1 advertising a couple of years ago,
422: 2 it's vital that patients be able
422: 3 to get a reasonable depiction of
422: 4 both the good news and the bad
422: 5 news about a drug.  And given what
422: 6 we now understand was available to
422: 7 Merck at the time that all -- that
422: 8 those $100 million a year of
422: 9 commercials and ads were being
422:10 run, I think it is absolutely
```

Page 76

```
                        Avorn all v4.txt
422:11          correct to say that they provided
422:12          all the good news about the drug
422:13          and did an inadequate job of
422:14          presenting the bad news about the
422:15          drug to patients.
422:16 BY MR. TISI:
422:17          Q.    Now, Doctor, let me turn to
422:18 the one last topic I would ask you about
422:19 here, and that is the detailing of the
422:20 doctors, which is another method in which
422:21 companies will communicate with doctors.
422:22          Have you reviewed any of the
422:23 detailing information that was provided
422:24 to doctors?
423: Page 423
423: 1          A.    Yes, as well as the training
423: 2 of the sales reps, which is part of that.


ID:             AVORN  42321
Page Range:     423:21-425:9

423:21          Q.    Did you see any information
423:22 about how to respond to doctors'
423:23 inquiries about cardiovascular events in
423:24 your review of the documents?
424: Page 424
424: 1          A.    Yes.
424: 2          Q.    What did you see?
424: 3          A.    Well, the most memorable was
424: 4 the dodge ball game that was apparently
424: 5 developed as a training tool for their
424: 6 sales reps to be able to respond to
424: 7 doctors' questions about the
424: 8 cardiovascular risks of Vioxx
424: 9 particularly after the APPROVe study
424:10 findings had come out.  And I was
424:11 struck --
424:12          Q.    You meant VIGOR, right?
424:13          A.    I'm sorry.  That's what I
424:14 meant to say.
424:15          Q.    All right.  Okay.
424:16          A.    And I was struck by the fact
424:17 that the purpose is pretty much summed up
424:18 in the name, that it was to dodge
424:19 questions about this very important risk
424:20 of the company's drug.
424:21          Merck's training materials
424:22 to their sales reps explicitly tell them,
424:23 do not raise or do not initiate any
424:24 discussion of our paper or of other
425: Page 425
425: 1 papers related to cardiovascular risk.
425: 2 And there were a number of completely
425: 3 evasive answers that were being fed to
425: 4 the sales reps for them to give as
425: 5 responses to doctors who asked about
425: 6 whether or not this drug could cause
425: 7 heart attacks.  And that did not seem to
425: 8 me to be a reasonable or scientifically
425: 9 accurate presentation of the data.
```

Avorn all v4.txt
ID:                 AVORN  42617
Page Range:         426:17-426:22

426:17          Q.     We talked about academic
426:18  detailing earlier in your deposition and
426:19  the programs that you've developed and
426:20  studied and published in the New England
426:21  Journal of Medicine.
426:22          A.     Yes.


ID:                 AVORN  43004
Page Range:         430:4-430:21

430: 4          Q.     Okay.
430: 5                 Now, let me ask you, given
430: 6  all of that experience, Doctor, in your
430: 7  experience of 20-some odd, 30-some odd
430: 8  years in teaching how to communicate the
430: 9  risks and the benefits, looking at all
430:10  the ways in which Vioxx was communicated,
430:11  the risks and the benefits, the good news
430:12  and the bad news to doctors, press
430:13  releases, medical journals, labels,
430:14  detailers, all of those things put
430:15  together, do you have an opinion to a
430:16  reasonable degree of medical and
430:17  scientific certainty as to whether or not
430:18  an accurate picture of the risks and
430:19  benefits of the drugs was communicated to
430:20  doctors so that they can make accurate
430:21  prescribing decisions for their patients?


ID:                 Avorn 43109
Page Range:         431:9-432:10

431: 9                 THE WITNESS:  That there was
431:10          a pattern of gross distortion of
431:11          the risks of Vioxx, and that no
431:12          matter which way physicians turn,
431:13          whether it was looking at the
431:14          label, hearing what they were
431:15          hearing from the Merck-trained
431:16          sales representatives, trying to
431:17          read the literature in the medical
431:18          journals and trying to get some
431:19          accurate, complete depiction of
431:20          what was happening in the clinical
431:21          trials, even the information their
431:22          patients were bringing to them
431:23          from the commercials and ads that
431:24          they had seen, across the board,
432: Page 432
432: 1          there was a pattern of what I
432: 2          would characterize as systematic
432: 3          distortion that rose almost to the
432: 4          level of grotesque.  And, frankly,
432: 5          it was an embarrassment for me as
432: 6          a member of the medical profession
432: 7          that this was going on in
432: 8          presenting information to doctors
432: 9          in such a one-sided and lopsided
                        Page 78

```
                              Avorn all v4.txt
432:10        way.


ID:           Avorn 43219
Page Range:   432:19-433:3

   432:19        Q.    Now, is that opinion you
   432:20 just gave an opinion that you are basing
   432:21 on the scientific and medical information
   432:22 that you know was available at the time?
   432:23        A.    It is the opinion of me as
   432:24 an expert who has spent 25 years studying
   433: Page 433
   433: 1 the risks and benefits of drugs and how
   433: 2 those risks and benefits should be
   433: 3 communicated to doctors and to patients.


ID:           Avorn Redirect


ID:           Avorn 83520
Page Range:   835:20-836:3

   835:20 the big picture, if I could.  Doctor, you
   835:21 expressed a lot of opinions in your
   835:22 direct-examination, and I'm going to go
   835:23 through some of those opinions and see
   835:24 whether you still hold them to a
   836: Page 836
   836: 1 reasonable degree of medical and
   836: 2 scientific certainty.  Okay?
   836: 3        A.    Okay.


ID:           Avorn 83702c
Page Range:   837:2-837:11

   837: 2        Q.    And he has indeed shown you
   837: 3 quite a few documents, correct?
   837: 4        A.    Correct.
   837: 5        Q.    Is there any document that
   837: 6 Mr. Beck has shown you that has changed
   837: 7 the opinion you gave on
   837: 8 direct-examination that Vioxx is capable
   837: 9 of causing heart attacks in human beings?
   837:10        A.    I have not changed my
   837:11 opinion.


ID:           Avorn 83719c
Page Range:   837:19-838:3

   837:19        Q.    Is there any document that
   837:20 Mr. Beck has shown you in
   837:21 cross-examination that changes your
   837:22 opinion that there was a reasonable
   837:23 evidence of association between heart
   837:24 attack and Vioxx when the VIGOR results
   838: Page 838
   838: 1 became available to Merck in March of
   838: 2 2000?
   838: 3        A.    That is still my opinion.
```

Avorn all v4.txt

ID:              Avorn 83810
Page Range:      838:10-838:16

    838:10              Is there anything that Mr.
    838:11 Beck showed you in cross-examination that
    838:12 changed your opinion that Merck failed to
    838:13 express in a fair and accurate way the
    838:14 scientific and medical evidence of Vioxx
    838:15 as that evidence was emerging as you have
    838:16 reviewed it?


ID:              Avorn 83903c
Page Range:      839:3-839:13

    839: 3              THE WITNESS:  Nothing he has
    839: 4        shown me has changed my opinion
    839: 5        about that matter.
    839: 6 BY MR. TISI:
    839: 7        Q.    Is there anything that Mr.
    839: 8 Beck has shown you in the course of the
    839: 9 past eight hours or so that has changed
    839:10 any of the core opinions that you have
    839:11 given in a direct-examination in this
    839:12 case?
    839:13        A.    Nothing.


ID:              Avorn 84705
Page Range:      847:5-848:12

    847: 5        Q.    Doctor, I have placed two
    847: 6 exhibits before you, before you sat down
    847: 7 there, and they are exhibits -- would you
    847: 8 tell me what exhibits those are?
    847: 9        A.    Yes.  41 and 42.
    847:10        Q.    You were asked some
    847:11 questions about Exhibit Number 42, and
    847:12 those being those eight documents that
    847:13 were relevant to Merck's defenses.  Do
    847:14 you remember those lines of questions?
    847:15        A.    Yes.
    847:16        Q.    Could you please turn to the
    847:17 next exhibit, Document 41?
    847:18        A.    Yes.
    847:19        Q.    And can you tell me how many
    847:20 references are in document -- could you
    847:21 tell me what Document 41 is?
    847:22        A.    Yes.  It is the reliance
    847:23 materials or the materials that were sent
    847:24 to me by plaintiffs' counsel in
    848: Page 848
    848: 1 formulating my opinion.
    848: 2        Q.    And the document that is
    848: 3 Exhibit Number 42 says, "Additional
    848: 4 materials provided," correct?
    848: 5        A.    Correct.
    848: 6        Q.    "Related to Merck's
    848: 7 defenses"?
    848: 8        A.    Correct.
    848: 9        Q.    And it lists eight
    848:10 additional pieces of information,
                         Page 80

                              Avorn all v4.txt
  848:11 correct?
  848:12          A.    Correct.


ID:              Avorn 84823
Page Range:      848:23-849:7

  848:23                     Now, if you'd turn to
  848:24 Exhibit 41, you've indicated that there
  849: Page 849
  849: 1 are almost 200 references in that
  849: 2 document?
  849: 3          A.    That's right.
  849: 4          Q.    Included in those documents
  849: 5 are depositions of Dr. Scolnick, for
  849: 6 example, correct?
  849: 7          A.    Right.


ID:              Avorn 84911
Page Range:      849:11-849:19

  849:11                     Included in those are
  849:12 published peer-reviewed medical journal
  849:13 articles published by Merck officials,
  849:14 Merck employees, correct?
  849:15          A.    That's right.
  849:16          Q.    Included in that would be
  849:17 FDA compilations of data that you
  849:18 reviewed; is that correct?
  849:19          A.    That's right.


ID:              Avorn 84923
Page Range:      849:23-850:8

  849:23                     Has any of that literature
  849:24 that was provided to you been generated
  850: Page 850
  850: 1 by the plaintiffs' lawyers, in other
  850: 2 words, are those our documents?
  850: 3          A.    No.
  850: 4          Q.    Okay.
  850: 5                     So, those either came from
  850: 6 the public, the public domain, from
  850: 7 Merck, or from the FDA, correct?
  850: 8          A.    Right.


ID:              Avorn 85009
Page Range:      850:9-850:17

  850: 9          Q.    Doctor, you were asked some
  850:10 questions about the preapproval signals.
  850:11 Do you remember that?
  850:12          A.    Yes.
  850:13          Q.    Okay.
  850:14                     Do you remember we talked a
  850:15 little bit about -- let's talk first
  850:16 about trial 17. Do you remember that?
  850:17          A.    Yes.


                              Page 81

```
                          Avorn all v4.txt
ID:              Avorn 85020
Page Range:      850:20-852:2

  850:20                First of all, was that a
  850:21 placebo-controlled trial?
  850:22          A.    I believe it was.
  850:23          Q.    was it blinded?
  850:24          A.    I believe it was.
  851: Page 851
  851: 1          Q.    And you were asked a
  851: 2 question by Mr. Beck whether or not the
  851: 3 investigator in the case, in that
  851: 4 individual case where there was a heart
  851: 5 attack, attributed the heart attack to
  851: 6 Vioxx.  Do you remember that question?
  851: 7          A.    I remember the question.
  851: 8          Q.    Is that possible to do in a
  851: 9 blinded placebo-controlled trial?  Does
  851:10 the investigator know whether or not the
  851:11 patient is on the experimental drug or
  851:12 the sugar pill?
  851:13          A.    The study would have to be
  851:14 unblinded for them to know that.
  851:15          Q.    And typically that is not
  851:16 the case with an investigator, they do
  851:17 not get that information?
  851:18          A.    Right.
  851:19          Q.    And where does the
  851:20 investigator in a company-run trial get
  851:21 information about the side effects of the
  851:22 study drug?
  851:23          A.    well, especially if it's a
  851:24 drug that is not yet on the market, the
  852: Page 852
  852: 1 only place they could get it would be
  852: 2 from the company.


ID:              Avorn 85319
Page Range:      853:19-853:21

  853:19          Q.    could you please go to
  853:20 Exhibit Number 44 in the stack of
  853:21 documents that you were given.  And that


ID:              Avorn 85410
Page Range:      854:10-855:10

  854:10          Q.    That would be Dr.
  854:11 Villalba's, just for the record, her
  854:12 medical officer report preapproval of the
  854:13 drug in 1998; is that correct?
  854:14          A.    1998 through 1999, yes.
  854:15          Q.    would you please go to the
  854:16 page -- they're not really paginated
  854:17 there.
  854:18          A.    Tell me the table number.
  854:19          Q.    Table 51 to 52.
  854:20          A.    Got it.
  854:21          Q.    would you read the paragraph
  854:22 starting, "Evaluation of CV
  854:23 thromboembolic events"?
                                     Page 82
```

```
                         Avorn all v4.txt
854:24        A.   Yes.   "Evaluation of
855: Page 855
855: 1 cardiovascular thromboembolic events
855: 2 regardless of seriousness shows a
855: 3 numerically higher incidence of
855: 4 ischemic/thromboembolic events (angina,
855: 5 myocardial infarction, CVA," which is
855: 6 stroke, "TIA)," which is like a stroke,
855: 7 "in patients taking rofecoxib when
855: 8 compared with patients taking placebo,
855: 9 but the exposure to placebo was less than
855:10 the exposure to rofecoxib."


ID:               Avorn 85523
Page Range:       855:23-856:3

855:23              "In 6 weeks studies there
855:24 was one event in the placebo group" or
856: Page 856
856: 1 2/10ths of a percent "and a total of 12
856: 2 events (approximately 1%) in the
856: 3 rofecoxib groups."


ID:               Avorn 85619
Page Range:       856:19-857:8

856:19        A.   "In 6-month studies there
856:20 were 3 events in placebo (approximately
856:21 1%) and 23 (approximately 1%) in the
856:22 total rofecoxib group, even though
856:23 placebo patients were only exposed for up
856:24 to 18 weeks.  The data seem to suggest
857: Page 857
857: 1 that in 6-week studies, thromboembolic
857: 2 events are more frequent in patients
857: 3 receiving rofecoxib than placebo but do
857: 4 not show a clear dose response
857: 5 relationship with rofecoxib."
857: 6        Q.   Is that consistent with what
857: 7 you ultimately saw in your study which
857: 8 was published in 2004?


ID:               Avorn 85710
Page Range:       857:10-857:17

857:10              THE WITNESS:  Yes.  It's all
857:11              the same pattern of a higher rate
857:12              seen with rofecoxib or Vioxx
857:13              compared to placebo.
857:14 BY MR. TISI:
857:15        Q.   And is that what you meant
857:16 by way of a signal where you look at, you
857:17 see a trend and it raises a red flag?


ID:               Avorn 85719
Page Range:       857:19-857:24

857:19              THE WITNESS:  That's right.
857:20 BY MR. TISI:
                         Page 83
```

```
                              Avorn all v4.txt
857:21          Q.    Well, let me ask you,
857:22 Doctor, when you used the word "red flag"
857:23 in your direct testimony, what did that
857:24 mean?


ID:              Avorn 85815
Page Range:      858:15-858:22

858:15                    A signal or a red flag is
858:16 evidence of an increased prevalence of a
858:17 problem, in this case in one drug
858:18 compared to another, even though
858:19 initially that may not reach the level of
858:20 statistical significance because there's
858:21 not yet enough experience with the drug
858:22 to see that.


ID:              Avorn 86011
Page Range:      860:11-860:24

860:11          Q.    You were asked some
860:12 questions about the Board of Scientific
860:13 Advisors report.  Do you remember that
860:14 earlier?
860:15          A.    Yes.
860:16          Q.    And Mr. Beck asked you
860:17 questions, and this is just for
860:18 reference, about some of the good
860:19 potential -- I think we can fairly call
860:20 them collateral potential benefits and
860:21 potential safety problems.  Do you
860:22 remember the good and the bad discussion
860:23 that you had with Mr. Beck?
860:24          A.    Yes.


ID:              Avorn 86106
Page Range:      861:6-862:3

861: 6                   Well, first of all, do you
861: 7 know whether or not Vioxx was being
861: 8 investigated for the purpose of being a
861: 9 drug for cardioprotection?
861:10          A.    I don't know of any studies
861:11 that were conducted in humans to
861:12 demonstrate that.
861:13          Q.    Okay.
861:14                   Do you know whether or not
861:15 that was the purpose for developing
861:16 Vioxx?
861:17          A.    No, it was not, as far as I
861:18 know.
861:19          Q.    Do you know whether or not
861:20 they filed a new drug application,
861:21 supplemental new drug application or
861:22 anything to investigate whether or not
861:23 Vioxx could be capable of being a
861:24 cardioprotective drug?
862: Page 862
862: 1          A.    That was never part of the
862: 2 Vioxx human development program as far as
                              Page 84
```

Avorn all v4.txt
862: 3 I know.


ID:                Avorn 86212
Page Range:        862:12-862:14

  862:12        Q.    I would like you to find, if
  862:13 you could, the Board of Scientific
  862:14 Advisors note or report.


ID:                Avorn 86303
Page Range:        863:3-863:4

  863: 3        Q.    If you'd go to the page with
  863: 4 the cardiovascular issues.


ID:                Avorn 86313
Page Range:        863:13-864:1

  863:13              Now, you see that they
  863:14 identify three different issues?
  863:15        A.    Yes.
  863:16        Q.    And Mr. Beck asked you,
  863:17 well, isn't it true that some of these
  863:18 could be potentially helpful?
  863:19        A.    Right.
  863:20        Q.    First of all, he didn't ask
  863:21 you about Number 3.  Let me ask you about
  863:22 Number 3.
  863:23        A.    Yeah.  Number 3 is where a
  863:24 lot of the action is.  We didn't get to
  864: Page 864
  864: 1 talk about that.


ID:                Avorn 86407
Page Range:        864:7-865:9

  864: 7        Q.    Let me ask you about Number
  864: 8 3.  Can it ever be a good thing that
  864: 9 there is "thromboembolic occlusion of the
  864:10 vessel at the site of plaque rupture with
  864:11 ensuing consequences of ischemia"?
  864:12        A.    No.  That means that there's
  864:13 a blood clot that forms and it blocks the
  864:14 artery, and the ischemia refers to the
  864:15 deprivation of the tissue of oxygen and
  864:16 often results in the death of the tissue.
  864:17        Q.    Is there ever a circumstance
  864:18 where Number 3 is a good thing?
  864:19        A.    Well, I think in fairness,
  864:20 we need to point out that if you could
  864:21 prevent it, it would be a good thing.  1,
  864:22 2 and 3 were all phrased by the board as
  864:23 the bad thing.  And in the case of 1,
  864:24 they said it could be better or it could
  865: Page 865
  865: 1 be worse.  In the case of 2, Mr. Beck
  865: 2 pointed out that their discussion was
  865: 3 primarily of preventing the badness.  And
  865: 4 in Number 3, it is predominantly about
                        Page 85

```
                          Avorn all v4.txt
    865: 5 causing the badness, but I would want to
    865: 6 spend a moment, in fairness, just making
    865: 7 sure that they were not talking about
    865: 8 preventing the badness of point number 3.
    865: 9          Q.    Feel free to take a look.


ID:               Avorn 86512
Page Range:       865:12-866:2

    865:12             Okay.
    865:13             I think a fair reading of
    865:14 number 3 is that it is pretty much
    865:15 exclusively looking at the likelihood or
    865:16 the threat that a selective COX-2
    865:17 inhibitor like Vioxx could just do harm.
    865:18 There was no good news in their
    865:19 presentation about topic number 3.
    865:20          Q.    And do you have an opinion
    865:21 to a reasonable degree of medical
    865:22 certainty as to whether or not a
    865:23 pharmaceutical company putting a drug on
    865:24 the market has a responsibility to
    866: Page 866
    866: 1 investigate potential bad things that it
    866: 2 may become aware of?


ID:               Avorn 86609
Page Range:       866:9-866:19

    866: 9             THE WITNESS:  I have such an
    866:10 opinion, and my opinion, which is
    866:11 compatible with what I've written
    866:12 in my book and teach to classes
    866:13 that include pharmaceutical
    866:14 executives, is that it's necessary
    866:15 to do so.  I've -- since the Vioxx
    866:16 withdrawal, I've even made the
    866:17 argument that it is a good
    866:18 business case to do so because you
    866:19 can really regret it if you don't.


ID:               Avorn 86704
Page Range:       867:4-867:15

    867: 4             Do you have an opinion to a
    867: 5 reasonable degree of medical and
    867: 6 scientific certainty as an expert in drug
    867: 7 risks and benefits and evaluating them as
    867: 8 to whether or not Vioxx in this case had
    867: 9 any responsibility to actually --
    867:10          A.    You mean Merck had a
    867:11 responsibility?
    867:12          Q.    -- Merck had a
    867:13 responsibility or not to investigate the
    867:14 potential bad effect that's identified
    867:15 here by the Board of Scientific Advisors?


ID:               Avorn 86804
Page Range:       868:4-868:22
                              Page 86
```

Avorn all v4.txt

```
868: 4              THE WITNESS:  I have such an
868: 5        opinion, and the opinion is that
868: 6        the company did have a
868: 7        responsibility to follow up the
868: 8        issued raised in an effective
868: 9        manner by the scientific board.
868:10 BY MR. TISI:
868:11        Q.    Now, I want you to put
868:12 yourself back in 1998 when the Board of
868:13 Scientific Advisors commented on the
868:14 potential good and the potential bad as
868:15 indicated here in this document.  Okay?
868:16        A.    Okay.
868:17        Q.    Could a responsible
868:18 pharmaceutical company have designed at
868:19 that time a trial to investigate whether
868:20 Vioxx was good or bad for the heart using
868:21 the information provided by the Board of
868:22 Scientific Advisors?


ID:              Avorn 86908
Page Range:      869:8-869:16

869: 8              THE WITNESS:  Yes.  I
869: 9        believe such a study could have
869:10        been initiated at that time.
869:11 BY MR. TISI:
869:12        Q.    And do you know whether or
869:13 not a study -- or was a cardiovascular
869:14 outcomes study ever designed in 1998 to
869:15 look at the issue identified by the Board
869:16 of Scientific Advisors?


ID:              Avorn 86922
Page Range:      869:22-871:1

869:22              THE WITNESS:  I'm not aware
869:23        that in any year a study was
869:24        designed and implemented to test
870: Page 870
870: 1        the question of the cardiovascular
870: 2        risk of Vioxx in particular.
870: 3 BY MR. TISI:
870: 4        Q.    You were asked some
870: 5 questions about arm bleeds and rat
870: 6 studies and all those kinds of questions.
870: 7 Do you remember those questions that you
870: 8 spoke to earlier?
870: 9        A.    Yes.
870:10        Q.    Beyond questions of looking
870:11 about whether or not these studies,
870:12 animal studies, et cetera, generally
870:13 demonstrate biologic plausibility, what
870:14 relevance do those studies have in light
870:15 of clinical trial and epidemiologic
870:16 evidence showing an association?
870:17        A.    The ultimate outcome is what
870:18 happens to patients.  And we try to learn
870:19 what happens -- what is going to happen
870:20 to patients based on animal studies or
```

Page 87

Avorn all v4.txt
870:21 lab models or other kinds of science,
870:22 which can be interesting and informative.
870:23 But at the end of the day, what matters
870:24 most is the good and the bad effects as
871: Page 871
871: 1 they are recorded in actual human beings.


ID:              Avorn 87121
Page Range:      871:21-872:1

871:21              Do you remember when Mr.
871:22 Beck asked you a series of questions
871:23 about why you did not mention the good
871:24 aspects of the Board of Scientific
872: Page 872
872: 1 Advisors?  Do you remember that?


ID:              Avorn 87205
Page Range:      872:5-872:6

872: 5              THE WITNESS:  I recall what
872: 6 you are talking about.


ID:              Avorn 87401
Page Range:      874:1-874:20

874: 1              Mr. Beck showed you a couple
874: 2 of articles.  I think he showed you the
874: 3 Burleigh article, and I think he showed
874: 4 you another article by Dr. --
874: 5         A.    Cipollone.
874: 6         Q.    -- Cipollone.  But there
874: 7 were other articles that you also cited
874: 8 in your article, correct?
874: 9         A.    Right.
874:10         Q.    Okay.
874:11              And ultimately, after
874:12 reviewing the literature on all sides of
874:13 the issue, including the articles that
874:14 Mr. Beck highlighted for you and
874:15 attached, looking at all the references
874:16 and doing your own studies, what did you
874:17 conclude?
874:18         A.    Well, I can probably best
874:19 answer --
874:20         Q.    In humans?


ID:              Avorn 87501
Page Range:      875:1-879:20

875: 1              THE WITNESS:  Well, I think
875: 2 an answer that is not going to
875: 3 repeat anything that we've done
875: 4 today is the papers that Mr.
875: 5 Goldman asked me to identify for
875: 6 him at the first deposition two
875: 7 weeks ago, because I think we've
875: 8 heard today a rather skewed
875: 9 presentation of the pharmacology
                   Page 88

Avorn all v4.txt

875:10   evidence that was in place before
875:11   the drug was marketed.  And two
875:12   weeks ago Mr. Goldman asked me to
875:13   identify animal studies that I had
875:14   relied upon in formulating my
875:15   opinion.  And we haven't gotten to
875:16   talk about those, but since we are
875:17   now talking about the animal
875:18   studies related to the effect of
875:19   Vioxx and related drugs, it
875:20   probably would be appropriate to
875:21   just mention them since they were
875:22   material that Mr. Goldman had
875:23   asked about.  And these are the
875:24   three papers that I had identified
876: Page 876
876: 1   for Merck's counsel.
876: 2       And very brief, because the
876: 3   hour is late, but one is from 1997
876: 4   in Nature.  And it's a paper by
876: 5   Murata, and I can provide the full
876: 6   reference later.  Mr. Goldman
876: 7   actually has it already, and I
876: 8   assume he shared that with Mr.
876: 9   Beck.  And essentially what it
876:10   says is that if one disrupts the
876:11   gene for prostacyclin, which is
876:12   the substance that Vioxx reduces
876:13   the production of, the
876:14   susceptibility to thrombosis is
876:15   increased.
876:16       And then they go on to say,
876:17   "Our results establish that
876:18   prostacyclin is an anti-thrombotic
876:19   agent in vivo."  And what that
876:20   means in English is, that the
876:21   material that Vioxx reduces the
876:22   production of prevents clotting,
876:23   so that blocking that would
876:24   increase clotting, and that was,
877: Page 877
877: 1   as I said, in 1997 in Nature.
877: 2       The other one Mr. Goldman
877: 3   asked me about was a paper that
877: 4   was in the Journal of Biological
877: 5   Chemistry, which is the main
877: 6   journal in biochemistry, published
877: 7   in 1999, again, February of 1999,
877: 8   before the availability of Vioxx
877: 9   on the market.
877:10       And this was a study in
877:11   which there was an investigation
877:12   of whether heart cells were
877:13   influenced by COX-2, the enzyme
877:14   that Vioxx blocks.  And their
877:15   conclusion on their abstract is
877:16   that in heart cells that are
877:17   injured in a variety of
877:18   experimental ways, prostacyclin,
877:19   which is the chemical that Vioxx
877:20   blocks, protects the heart cells.
877:21   And their conclusion was that if
877:22   you block that prostacyclin
                    Page 89

```
                       Avorn all v4.txt
877:23        chemical that protects the heart
877:24        cells, as you would do with a
878: Page 878
878: 1        COX-2 inhibitor such as Vioxx,
878: 2        that would block the protection of
878: 3        heart cells in an injured heart.
878: 4             And the third paper, very
878: 5        briefly, that I want to talk
878: 6        about -- that paper was by
878: 7        Adderley and Fitzgerald, a
878: 8        different Fitzgerald, by the way.
878: 9             And the last one is a paper
878:10        by Shinmura.  Again, Mr. Goldman,
878:11        and I expect Mr. Beck, have the
878:12        reference that I provided two
878:13        weeks ago.  This was a study about
878:14        the cardioprotective effects in
878:15        animal studies when they damage
878:16        animal hearts, and it says -- the
878:17        title is "Cyclooxygenase-2" or
878:18        COX-2, "mediates the
878:19        cardioprotective effects of" a
878:20        bunch of other things having to do
878:21        with heart damage.
878:22             And, again, in brief, what
878:23        it says, quite clearly, in their
878:24        abstract is that this study
879: Page 879
879: 1        identifies COX-2 as a
879: 2        cardioprotective protein.  They go
879: 3        on to say, "COX-2 mediates the
879: 4        anti-infarct effects," which means
879: 5        COX-2, which is the enzyme that is
879: 6        blocked by Vioxx, mediates or
879: 7        helps to promote the anti-heart
879: 8        attack effects in their model.
879: 9             So, these were -- Mr.
879:10        Goldman's question to me to which
879:11        these were a response was what
879:12        evidence was there before Vioxx
879:13        was marketed that inhibiting COX-2
879:14        selectively might be bad for the
879:15        heart.  And I think this is pretty
879:16        clear that, granted, there was
879:17        evidence on both sides, but there
879:18        was pretty compelling evidence on
879:19        the damage side already, even
879:20        before the drug hit the market.


ID:            Avorn 88102
Page Range:    881:2-881:17

881: 2             Doctor, let me go back to
881: 3 your article, okay?  Your article, which
881: 4 is Number 7 in the book.
881: 5        A.   Is that my copy of the book?
881: 6        Q.   Yes.
881: 7        A.   Okay.
881: 8        Q.   In that article you refer to
881: 9 both the Burleigh and the --
881:10        A.   Cipollone.
881:11        Q.   -- Cipollone articles.
                       Page 90
```

```
                        Avorn all v4.txt
881:12        A.    Right.
881:13        Q.    Correct?
881:14        A.    Right.
881:15        Q.    So --
881:16        A.    Cipollone.
881:17        Q.    Cipollone.


ID:            Avorn 88120
Page Range:    881:20-881:24

881:20                  What were you trying to do
881:21 by referring the readers to articles like
881:22 these, as well as articles on the other
881:23 side of the issue that were also
881:24 contained in your paper?


ID:            Avorn 88203
Page Range:    882:3-882:24

882: 3                 THE WITNESS:  What that
882: 4        section is about was essentially
882: 5        saying this is a very active area
882: 6        of research.  There's a lot of new
882: 7        information that is developing
882: 8        about the effect of this COX-2
882: 9        enzyme which had not been fully
882:10        studied over the years but that
882:11        people had begun to understand was
882:12        having an important effect on the
882:13        health of the vessel wall, as well
882:14        as on the ability of blood to
882:15        clot, as well as on the function
882:16        of the arteries, and that this is
882:17        an important area because there's
882:18        a lot of very exciting research
882:19        going on, that COX-2 has a lot to
882:20        do with the arteries.
882:21 BY MR. TISI:
882:22        Q.    Now, and when you took those
882:23 issues and you actually studied them in
882:24 human beings, what did you find?


ID:            Avorn 88309
Page Range:    883:9-883:15

883: 9                 THE WITNESS:  In brief, we
883:10        found that when all is said and
883:11        done, if you look at real typical
883:12        patients out there in the
883:13        community, they were more likely
883:14        to have heart attacks if they were
883:15        taking Vioxx.


ID:            Avorn 88415
Page Range:    884:15-884:23

884:15        Q.    In your article that you
884:16 wrote, did you acknowledge, and we went
884:17 through some of the articles on both
                        Page 91
```

```
                         Avorn all v4.txt
884:18 sides of the issue, that perhaps Vioxx
884:19 could have a beneficial effect and a bad
884:20 effect in terms of the animal models that
884:21 you identified?
884:22        A.    Right.  Those are the
884:23 citations that Mr. Beck asked me about.


ID:                 Avorn 88608
Page Range:         886:8-887:5

886: 8             THE WITNESS:  In fairness, I
886: 9    can't speak to what Merck did or
886:10    didn't say.  This is an article
886:11    written by many people, and there
886:12    will be other testimony about what
886:13    Merck did or didn't do in relation
886:14    to the presentation of the
886:15    findings in VIGOR.
886:16             So, I can speak just to the
886:17    paper as it appeared in the New
886:18    England Journal that Dr.
886:19    Bombardier and colleagues wrote.
886:20    we know there was a lot of
886:21    interaction with Merck, but let me
886:22    just speak about the paper.
886:23             The paper is really
886:24    presented in a very one-sided way.
887: Page 887
887: 1    It was all about the good news,
887: 2    and the bad news was presented in
887: 3    a way that minimized, in fact,
887: 4    inverted it so that it was not
887: 5    even presented as bad news.


ID:                 Avorn 88714
Page Range:         887:14-887:20

887:14        Q.    In any of the materials that
887:15 you've seen, the educational materials,
887:16 the label, the medical literature,
887:17 anything that came out of Merck, was
887:18 there ever an acknowledgment that at
887:19 least a potential mechanism of action was
887:20 that this drug would be prothrombotic?


ID:                 Avorn 88805
Page Range:         888:5-888:11

888: 5        Q.    Well, let me ask you the
888: 6 question.
888: 7             what, if anything, have you
888: 8 ever seen -- have you seen in any of the
888: 9 Merck literature that presented Vioxx as
888:10 having any potential side effects before
888:11 APPROVe?


ID:                 Avorn 88817
Page Range:         888:17-890:3
```

Avorn all v4.txt

```
888:17              THE WITNESS:  The vast
888:18         preponderance of the material that
888:19         Merck produced either in articles
888:20         that it had its staff or
888:21         consultants author, or the
888:22         educational so-called materials
888:23         for physicians, the vast, vast
888:24         predominance of it was all the
889: Page 889
889: 1         good things about Vioxx.  And I
889: 2         cannot recall any materials that
889: 3         Merck produced that said this drug
889: 4         may increase -- may be
889: 5         prothrombotic, except in reciting
889: 6         the VIGOR data.
889: 7 BY MR. TISI:
889: 8         Q.    Doctor, do you remember the
889: 9 Tuleja article that you were asked about?
889:10 Do you remember whether these men -- and
889:11 this was the --
889:12         A.    Bleeding.
889:13         Q.    -- bleeding time study that
889:14 we talked about before.
889:15              Do you remember whether
889:16 these were healthy or unhealthy men?
889:17         A.    They were healthy men as far
889:18 as I know.
889:19         Q.    Do you know whether or not
889:20 they looked at -- what kind of vessels
889:21 they looked at?  Did they look at
889:22 capillaries, coronary arteries, anything
889:23 like that?
889:24         A.    I don't recall what kind of
890: Page 890
890: 1 vessels.
890: 2         Q.    Let me show you the article.
890: 3 I'm showing you my copy.


ID:              Avorn 89013
Page Range:      890:13-892:7


890:13              THE WITNESS:  It says,
890:14 "Standard microvascular injury."
890:15 BY MR. TISI:
890:16         Q.    What does that mean to you?
890:17         A.    That it is an experimental
890:18 technique in which they damage the
890:19 smallest vessels.
890:20         Q.    Okay.
890:21              Are those the same kind of
890:22 vessels that cause heart attacks in human
890:23 beings?
890:24         A.    No.
891: Page 891
891: 1         Q.    Okay.
891: 2              Did they have
891: 3 atherosclerosis?
891: 4         A.    No.  They were healthy men.
891: 5         Q.    And can you tell us who
891: 6 funded this particular study?
891: 7         A.    Merck of Poland.
891: 8         Q.    Let's go on to the next --
                   Page 93
```

```
                        Avorn all v4.txt
891: 9         A.     And in fairness, the Polish
891:10 State Research Council.
891:11         Q.     Let's discuss the 2001
891:12 Advisory Committee for a moment.  Do you
891:13 have that transcript there?  I believe
891:14 it's the big one there.
891:15         A.     Okay.
891:16         Q.     I'd like to take you through
891:17 some things here.
891:18                First of all, I would like
891:19 to orient the jury.  This was an Advisory
891:20 Committee that was held in February of
891:21 2001 to discuss the VIGOR data?
891:22         A.     Yes.
891:23         Q.     First of all, tell us a
891:24 little bit about Advisory Committees.
892: Page 892
892: 1 Are they -- how many drugs do they see
892: 2 over the course of sitting as an Advisory
892: 3 Committee?
892: 4         A.     It will vary.  Sometimes
892: 5 they will see a bunch at one sitting.
892: 6 Sometimes they will focus just on one
892: 7 drug.


ID:             Avorn 89218
Page Range:     892:18-894:12

892:18                And do they typically
892:19 receive a packet of information prior to
892:20 going in and sitting and hearing
892:21 presentations?
892:22         A.     Yeah.  But sometimes it's
892:23 just like the day before.
892:24         Q.     And how much information do
893: Page 893
893: 1 they actually get if you're typically
893: 2 speaking?
893: 3         A.     Well, again, it varies.
893: 4 Sometimes they get a ream that colleagues
893: 5 of mine who are on these committees say
893: 6 they can't possibly get through.
893: 7 Sometimes they get just a small packet.
893: 8         Q.     And who typically presents
893: 9 at these Advisory Committees?
893:10         A.     There will often be somebody
893:11 from FDA presenting.  There will often be
893:12 somebody from the company presenting.
893:13 And sometimes they even have patients
893:14 presenting.
893:15         Q.     Now, looking at the Advisory
893:16 Committee of 2001, this would have been
893:17 approximately a year after Merck became
893:18 aware of the VIGOR results?
893:19         A.     Right.
893:20         Q.     And would you go to the
893:21 transcript at Page 5, if you could.
893:22                First of all, it's a
893:23 presentation by Dr. Goldman.
893:24         A.     Okay.
894: Page 894
894: 1         Q.     And Dr. Goldman, I'll
                        Page 94
```

```
                              Avorn all v4.txt
894: 2 represent to you, is the Merck
894: 3 representative.
894: 4          A.    Right.
894: 5          Q.    Do you see where it says,
894: 6 "We believe that the highly significant
894: 7 results from VIGOR mirrored a
894: 8 modification of the product label to
894: 9 reflect a more appropriate presentation
894:10 of the demonstrated GI safety benefits
894:11 that is specific to Vioxx"?
894:12               Do you see that?


ID:              Avorn 89507
Page Range:      895:7-895:19

895: 7               Do you have any
895: 8 understanding reading that as to what the
895: 9 primary purpose of this Advisory
895:10 Committee was?
895:11          A.    Well, sure.  Not just from
895:12 that paragraph, but from having reviewed
895:13 the transcript, the question, as well as
895:14 the rest of the history.  The question
895:15 was whether the official labeling of
895:16 Vioxx was going to be revised to include
895:17 in it information about Vioxx having a
895:18 greater safety on the GI tract compared
895:19 to other drugs.


ID:              Avorn 89820
Page Range:      898:20-899:18

898:20          Q.    First of all, this is an
898:21 internal e-mail from Merck dated January
898:22 29th, 2001; is that correct?
898:23          A.    That's right.
898:24          Q.    And is this before the
899: Page 899
899: 1 February 8th Advisory Committee?
899: 2          A.    About a week before.
899: 3          Q.    Okay.
899: 4               And do you see the first,
899: 5 the e-mail from Dr. Shapiro to, among
899: 6 other things, Alise Reicin?
899: 7          A.    Which one is that, that you
899: 8 want me to look at?
899: 9          Q.    The very top of the page.
899:10          A.    The top one.
899:11          Q.    Uh-huh.  Do you see that?
899:12          A.    From Dr. Shapiro to Dr.
899:13 Reicin, yes.
899:14          Q.    Yes.
899:15               And that's the same Dr.
899:16 Reicin that made the presentation to the
899:17 Advisory Committee --
899:18          A.    Right.


ID:              Avorn 90007
Page Range:      900:7-900:16
```

Page 95

```
                          Avorn all v4.txt
900: 7                 THE WITNESS:  Yes.  30 to
900: 8         10.
900: 9  BY MR. TISI:
900:10         Q.     Okay.
900:11                Is that the kind of
900:12  information --
900:13                Do you know whether that
900:14  information was ever shared with the
900:15  members of the Advisory Committee?
900:16         A.     I don't believe it was.
```

ID:              Avorn 90110
Page Range:      901:10-901:13

```
901:10         A.     To my knowledge, that
901:11  information was never shared with the
901:12  Advisory Committee as it was thinking
901:13  about the labeling.
```

ID:              Avorn 90123
Page Range:      901:23-902:9

```
901:23                THE WITNESS:  Sure.  Dr.
901:24         Deborah Shapiro was a
902: Page 902
902: 1         biostatistician, I believe, who
902: 2         worked for Merck, and she was
902: 3         asked to pull together an overview
902: 4         of all of the studies of -- all
902: 5         the clinical studies of Vioxx that
902: 6         was presented at some Merck
902: 7         management meeting, and I had
902: 8         occasion to review the data from
902: 9         that report.
```

ID:              Avorn 90211
Page Range:      902:11-902:16

```
902:11         Q.     And what did that data show
902:12  you --
902:13                And I'll represent to you
902:14  that that data was compiled and shared
902:15  within Merck in the fall of 2000 before
902:16  this Advisory Committee.
```

ID:              Avorn 90311
Page Range:      903:11-903:21

```
903:11                THE WITNESS:  My
903:12         recollection was that that was an
903:13         analysis that was done once VIGOR
903:14         and ADVANTAGE and 090 and a number
903:15         of other studies had been
903:16         completed, and it was an overview
903:17         of the relative events in Vioxx
903:18         versus the various comparator
903:19         groups.  And there is a summary
903:20         slide that I've looked at that if
903:21         you have --
```

Page 96

Avorn all v4.txt


ID:              Avorn 90614
Page Range:      906:14-907:2

906:14          Q.     Doctor, first of all, what
906:15 is this?
906:16          A.     This is Bates Number
906:17 MRK-NJ0070364.  It's now marked as
906:18 Exhibit 61.  And it's labeled, "Vioxx
906:19 Preliminary Cardiovascular Meta-Analysis,
906:20 Dr. Deborah Shapiro, October 18th, 2000."
906:21          Q.     So, that would have been
906:22 before the Advisory Committee raised
906:23 their hands and made any kind of
906:24 recommendations on labeling changes that
907: Page 907
907: 1 Mr. Beck asked you about?
907: 2          A.     Months before.


ID:              Avorn 90706
Page Range:      907:6-907:9

907: 6                  Did Dr. Shapiro do a
907: 7 meta-analysis of MI-only events seen in
907: 8 the Vioxx clinical trials?
907: 9          A.     Yes.


ID:              Avorn 90713
Page Range:      907:13-907:14

907:13          Q.     What did Dr. Shapiro present
907:14 within Merck in October of 2000?


ID:              Avorn 90717
Page Range:      907:17-908:7

907:17                  THE WITNESS:  The MI
907:18 endpoint of rofecoxib or Vioxx
907:19 versus nonsteroidals.  And there's
907:20 a summary of a variety of the
907:21 studies with the number of
907:22 patients in them, the number of
907:23 patients who had events, the
907:24 rates, and then the relative
908: Page 908
908: 1 risks, which is the risk of the
908: 2 event in Vioxx compared to the
908: 3 nonsteroidal drug that it was
908: 4 compared to.
908: 5 BY MR. TISI:
908: 6          Q.     Okay.
908: 7                  And what does it indicate?


ID:              Avorn 90817
Page Range:      908:17-910:2

908:17          A.     The first row is all
908:18 patients, which I assume is a summary of
                    Page 97

Avorn all v4.txt
908:19 everything else on the slide.  And
908:20 basically it says relative risk 2.02 with
908:21 a confidence interval of 1.44 to 3.55,
908:22 which basically means a doubling of risk
908:23 of heart attacks in the overview of all
908:24 the studies that Dr. Shapiro of Merck
909: Page 909
909: 1 evaluated, which, interestingly, was
909: 2 almost exactly the same number as the
909: 3 APPROVe study in many years would find.
909: 4            And then she subdivides that
909: 5 into other studies, specific studies.
909: 6 So, VIGOR, and she then has a five-fold
909: 7 increase in heart attacks listed for
909: 8 VIGOR.  ADVANTAGE, she has a 2.95 or
909: 9 almost a three-fold increase in heart
909:10 attacks in the ADVANTAGE study.  One
909:11 called RA has a relative risk of 1.82 or
909:12 almost a doubling of risk.
909:13            I think this is probably a
909:14 summary of all the RA studies, that is,
909:15 all the rheumatoid arthritis studies.
909:16 And the next line is non-RA, which, I
909:17 guess, is the non-rheumatoid arthritis
909:18 studies, and that has a relative risk of
909:19 1.68 or a 68 percent increase.  And then
909:20 the last line is OA-069, and that has a
909:21 lower number of 0.55.
909:22            Q.    Now, Doctor, looking at the
909:23 overall results, is that, that greater
909:24 than 2.0, is that the level that Dr.
910: Page 910
910: 1 Strom in his book that Mr. Beck put in
910: 2 front of you is highly significant?


ID:               Avorn 91011
Page Range:       910:11-910:18

910:11            THE WITNESS:  It's a
910:12 doubling of risk, and that is in
910:13 the category -- it's slightly
910:14 greater than a doubling of risk,
910:15 and that is in the category that,
910:16 according to Dr. Strom's textbook,
910:17 would be categorized as an
910:18 important big deal.


ID:               Avorn 91104
Page Range:       911:4-911:12

911: 4            Q.    Going back to the Advisory
911: 5 Committee which raised its hand and Mr.
911: 6 Beck asked you questions about what they
911: 7 recommended and why they recommended, the
911: 8 basis of their recommendations, was Dr.
911: 9 Shapiro's analysis, to your knowledge,
911:10 shared by Dr. Reicin before the Advisory
911:11 Committee when they raised their hand and
911:12 made their votes?


Page 98

```
                         Avorn all v4.txt
ID:              Avorn 91115
Page Range:      911:15-911:18

  911:15              THE WITNESS:  To my
  911:16         knowledge, none of this
  911:17         information was shared with the
  911:18         Advisory Committee by Merck.


ID:              Avorn 92220
Page Range:      922:20-923:2

  922:20         Q.    Now, as a result of the
  922:21 Advisory Committee, the FDA did make a
  922:22 recommendation to Merck, did it not?
  922:23         A.    Yes.
  922:24         Q.    And when it did, did it ask
  923: Page 923
  923: 1 that a warning for cardiovascular events
  923: 2 be included in the label?


ID:              Avorn 92308
Page Range:      923:8-923:12

  923: 8              THE WITNESS:  Yes, they did.
  923: 9         The documents I reviewed indicated
  923:10         that was a request.
  923:11 BY MR. TISI:
  923:12         Q.    And was that ever done?


ID:              Avorn 92320
Page Range:      923:20-924:6

  923:20         Q.    Was it ever done?
  923:21         A.    It was never done, to my
  923:22 knowledge.
  923:23         Q.    He asked you -- Mr. Beck
  923:24 asked you many questions about Dr. Topol
  924: Page 924
  924: 1 and Dr. Nissen.
  924: 2         A.    Right.
  924: 3         Q.    Have you read Dr. Topol and
  924: 4 Dr. Nissen's public articles concerning
  924: 5 Vioxx?
  924: 6         A.    Sure.


ID:              Avorn 92507
Page Range:      925:7-925:17

  925: 7              Since you were asked on your
  925: 8 cross-examination about Dr. Nissen and
  925: 9 Dr. Topol, I'm going to ask you this
  925:10 question.
  925:11              Having read -- having read
  925:12 their scholarship on and their articles
  925:13 on Vioxx --
  925:14         A.    Yes.
  925:15         Q.    -- how would you
  925:16 characterize their scholarship in terms
  925:17 of the risks and benefits of Vioxx?
                         Page 99
```

Avorn all v4.txt

ID:                     Avorn 92714
Page Range:             927:14-927:19

    927:14              Turning to your study.
    927:15 First of all, is the concept that you
    927:16 referred to, the "depletion of the
    927:17 susceptibles," a generally accepted
    927:18 concept in epidemiology?
    927:19         A.   Yes.


ID:                     Avorn 92822
Page Range:             928:22-929:1

    928:22              What was your explanation of
    928:23 why you did not see a risk after 90 days
    928:24 when you were asked that question by Mr.
    929: Page 929
    929: 1 Beck?


ID:                     Avorn 92909
Page Range:             929:9-930:2

    929: 9              Whether or not I used the
    929:10 term "depletion of susceptibles,"
    929:11 I certainly said to Mr. Beck that
    929:12 our understanding of the failure
    929:13 to see an effect after 90 days was
    929:14 that in an observational study
    929:15 where we're not controlling who
    929:16 takes what drug, patients who were
    929:17 going to get into trouble with
    929:18 Vioxx, many of them had already
    929:19 done so by 90 days or had had
    929:20 related side effects to cause them
    929:21 to drop out of the study, and that
    929:22 that is what I believe explains
    929:23 why we did not see an effect after
    929:24 90 days, even though it is now
    930: Page 930
    930: 1              well known that there is an effect
    930: 2              after 90 days.


ID:                     Avorn 93008
Page Range:             930:8-930:19

    930: 8         Q.   Is there a scientific or
    930: 9 epidemiologic term for that phenomenon --
    930:10         A.   Yes.
    930:11         Q.   -- that you just described?
    930:12         A.   It is called "depletion of
    930:13 susceptibles."
    930:14         Q.   And is that something that
    930:15 is generally recognized in the
    930:16 epidemiologic community as a principle of
    930:17 when you look at epidemiologic studies
    930:18 like this?
    930:19         A.   Yes.

Page 100

Avorn all v4.txt

ID:               Avorn 93105
Page Range:       931:5-932:2

   931: 5         Q.     You mentioned that in
   931: 6 response to Mr. Beck's question that one
   931: 7 of the reasons that it might -- that
   931: 8 people may drop out in the first 30 to 90
   931: 9 days would be things like hypertension,
   931:10 CHF, those kinds of things, just
   931:11 referring you to testimony.  Do you
   931:12 remember that testimony?
   931:13         A.     Yes.
   931:14         Q.     Okay.
   931:15                You have done studies into
   931:16 comparing celecoxib or Vioxx -- Celebrex
   931:17 and Vioxx on the issue of hypertension
   931:18 and congestive heart failure.  Have you
   931:19 done those kinds of studies?
   931:20         A.     That is correct.
   931:21         Q.     Okay.
   931:22                Would those be the same two
   931:23 comparators that were involved in your MI
   931:24 study that we're referring to as Exhibit
   932: Page 932
   932: 1 Number 7?
   932: 2         A.     Yes.


ID:               Avorn 93220
Page Range:       932:20-933:2

   932:20                Is there a scientific basis,
   932:21 based upon your own studies, for your
   932:22 conclusion that people in the first 30 to
   932:23 90 days would drop out at a greater rate
   932:24 compared to Celebrex because of
   933: Page 933
   933: 1 hypertension and congestive heart
   933: 2 failure?


ID:               Avorn 93308
Page Range:       933:8-933:13

   933: 8         A.     Yes.  Our studies of
   933: 9 hypertension in Vioxx, as well as those
   933:10 of others such as Dr. Whelton, indicate a
   933:11 higher rate of patients becoming
   933:12 hypertensive when they take Vioxx
   933:13 compared to when they take Celebrex.


ID:               Avorn 93415
Page Range:       934:15-936:18

   934:15         Q.     Could you please go, Doctor,
   934:16 to your methods and results section of
   934:17 your paper that's up on the screen here?
   934:18         A.     Yes.
   934:19         Q.     Could you -- I think it's 4,
   934:20 where it says .054, the p-value that Mr.
   934:21 Beck --

```
                          Avorn all v4.txt
934:22        A.   Yes.
934:23        Q.   -- was asking you about.
934:24 How many lines up is it?  My eyes are not
935: Page 935
935: 1 so good.
935: 2        A.   No.  It's in the abstract.
935: 3        Q.   In the abstract portion of
935: 4 it.
935: 5        A.   If you could just blow up
935: 6 the bottom half of the methods section.
935: 7        Q.   Right there.  Right there.
935: 8        A.   Yeah, that's good.  Okay.
935: 9             It's on Lines 2 and 3.
935:10        Q.   Do you see that?
935:11        A.   Yes.
935:12        Q.   You were asked some
935:13 questions about some suggestions by the
935:14 Journal of the American Medical
935:15 Association, about including the fact --
935:16 including information about statistical
935:17 significance.  Do you remember those
935:18 questions?
935:19        A.   Yes.
935:20        Q.   Did you do anything in
935:21 response to that particular suggestion
935:22 when you resubmitted the paper to
935:23 Circulation?
935:24        A.   Yes.  As Dr. Solomon
936: Page 936
936: 1 indicated on his handwritten note that
936: 2 Mr. Beck projected, we put the p-value
936: 3 into the abstract, as you can see it
936: 4 right there.
936: 5        Q.   And for anybody who's
936: 6 reading this article, is the p-value
936: 7 prominently displayed for them to look
936: 8 at?
936: 9        A.   Sure.  It's right there.
936:10 It's on line -- of the blowup, it's line
936:11 3, just a couple of characters in.  If
936:12 you can highlight that.  It's right
936:13 there, p=.054.
936:14        Q.   Now, in your article in the
936:15 journal of the -- comments of the Journal
936:16 of the American Medical Association,
936:17 which I believe was Exhibit Number 54, if
936:18 you can pull that, please.


ID:             Avorn 93702
Page Range:     937:2-937:13

937: 2        Q.   Overall comments of the
937: 3 people that investigated -- who looked at
937: 4 the paper, the peer reviewers?
937: 5        A.   Yes.  Do you want to
937: 6 indicate what page you're looking at?
937: 7        Q.   Page 2.
937: 8        A.   Page 2 of what?  Page 2 --
937: 9 well, yeah.  It's, I guess, Bates Number
937:10 3253 --
937:11        Q.   Yes.
937:12        A.   -- is probably the best way
                          Page 102
```

```
                           Avorn all v4.txt
937:13 to refer to it.


ID:              Avorn 93720
Page Range:      937:20-938:13

  937:20          Q.    First of all, just so
  937:21 everybody understands, these are
  937:22 anonymous peer reviewers who look at
  937:23 manuscripts that are submitted for
  937:24 publication.  Is that fair?
  938: Page 938
  938: 1          A.    Right.
  938: 2          Q.    So, you don't know who these
  938: 3 people are?
  938: 4          A.    Right.
  938: 5          Q.    You don't know whether they
  938: 6 -- who they work for, what their academic
  938: 7 or affiliation is, nothing?
  938: 8          A.    Right.  Just experts in the
  938: 9 field.
  938:10          Q.    Okay.
  938:11                Now, what is the result --
  938:12 what does the first author say about the
  938:13 manuscript as a general matter?


ID:              Avorn 94012
Page Range:      940:12-943:2

  940:12                THE WITNESS:  Okay.
  940:13                I think in the interest of
  940:14 time, I can just indicate that
  940:15 reviews always start out with an
  940:16 overview, and there's a
  940:17 line-and-a-half overview that is
  940:18 the reviewer's general impression.
  940:19 I will just read the
  940:20 line-and-a-half overview.
  940:21                "This manuscript reports a
  940:22 well-thought out investigation and
  940:23 is well written and concise.
  940:24 There are a number of probably
  941: Page 941
  941: 1 minor issues and one major issue."
  941: 2 That's the general overview as
  941: 3 stated by the reviewer.
  941: 4 BY MR. TISI:
  941: 5          Q.    Okay.
  941: 6                Going to the next comment.
  941: 7          A.    The next reviewer, you mean?
  941: 8          Q.    Yes.  Could you please read
  941: 9 the --
  941:10          A.    Okay.
  941:11                Yes.  Again, the overview
  941:12 that the reviewer presents.  "The authors
  941:13 have conducted a large scale study with
  941:14 appropriate analysis."
  941:15          Q.    Keep going, please.
  941:16          A.    "The strength of the
  941:17 manuscript is the consistency of findings
  941:18 for different subgroups and the
  941:19 sensitivity analysis.  However,
                              Page 103
```

```
                            Avorn all v4.txt
941:20 conclusions must be tempered with caveats
941:21 regarding retrospective data from a
941:22 database, rather than a prospective
941:23 randomized control trial or even a cohort
941:24 observational study with propensity
942: Page 942
942: 1 analysis of the likelihood of receiving a
942: 2 particular treatment."
942: 3          Q.     Okay.
942: 4                 Now, in your study that was
942: 5 published, did you address the
942: 6 limitations of observational analyses?
942: 7 Did you address the potential issues of
942: 8 the study that you conducted with Dr.
942: 9 Solomon?
942:10          A.     I believe we did that, yes.
942:11          Q.     Going to the next reviewer's
942:12 comments.  I'd like to refer you to
942:13 the general comment that says, "The
942:14 study's results are interesting."
942:15          A.     Yes.
942:16          Q.     Okay.
942:17                 "The study's results are
942:18 interesting, but not novel."
942:19          A.     Right.
942:20          Q.     "Previous observational
942:21 studies and meta-analyses have already
942:22 suggested a deleterious effect of
942:23 rofecoxib and/or a protective effect of
942:24 naproxen."
943: Page 943
943: 1                 Do you see that?
943: 2          A.     Yes.


ID:             Avorn 95301
Page Range:     953:1-953:22

953: 1                 Did you have the information
953: 2 that you have been made aware of during
953: 3 the course of this litigation about, let
953: 4 me ask you, trial 090?  Did you know
953: 5 that?
953: 6          A.     No, I did not have that
953: 7 information.
953: 8          Q.     Did you know of the results
953: 9 of the ADVANTAGE trial that you now know?
953:10          A.     I did not have that
953:11 information.
953:12          Q.     Did you know of the results
953:13 of the Alzheimer's study that you now
953:14 know?
953:15          A.     Right.  There was no way I
953:16 could have seen that information.
953:17          Q.     Did you know that in the
953:18 Alzheimer's study there was an imbalance
953:19 of cardiovascular deaths, 8 to 2?  Did
953:20 you know that?
953:21          A.     That information was never
953:22 made available.


ID:             Avorn 95414
                    Page 104
```

Avorn all v4.txt

Page Range:       954:14-954:20

954:14         Q.    Is that the kind of
954:15 information that you as a doctor helping
954:16 make decisions about what goes on a
954:17 pharmaceutical and therapeutics committee
954:18 at the Brigham hospital would have wanted
954:19 to know when you were making decisions
954:20 about patients in your hospital?


ID:               Avorn 95503
Page Range:       955:3-955:10

955: 3         If a drug doubles the risk
955: 4 of death, I would want to know that as a
955: 5 member of the pharmacy and therapeutics
955: 6 committee, because I would not be
955: 7 comfortable having that drug on our
955: 8 formulary unless it had some incredible
955: 9 beneficial property that would outweigh
955:10 the doubling of the risk of death.


ID:               Avorn 95622
Page Range:       956:22-957:8

956:22         Q.    Doctor, you wrote this in
956:23 the 2002/2003 time frame, which would
956:24 have been about the time that you were
957: Page 957
957: 1 writing these or editing these particular
957: 2 things for the Brigham?
957: 3         A.    Right.
957: 4         Q.    Would you tell us, sir, what
957: 5 you wrote in that time frame about the
957: 6 risk of heart attack based upon your
957: 7 understanding of the evidence?
957: 8         A.    Yes.


ID:               Avorn 95712
Page Range:       957:12-958:3

957:12              THE WITNESS:  The first full
957:13              paragraph on Page 202, "As for the
957:14              products in question:" which is
957:15              the COX-2 inhibitors, "Years of
957:16              clinical research and experience
957:17              have confirmed that the coxibs,"
957:18              or COX-2 inhibitors, "are no more
957:19              effective than older drugs,
957:20              despite massive ad campaigns that
957:21              subtly imply otherwise.  And while
957:22              the coxibs do reduce gastric
957:23              bleeding somewhat, this advantage
957:24              appears to be modest.  Then, of
958: Page 958
958: 1              course, came the findings that
958: 2              these medications can increase the
958: 3              risk of heart attack and stroke."


Page 105

```
                         Avorn all v4.txt
ID:              Avorn 95823
Page Range:      958:23-960:4

   958:23     Q.    I thought this was --
   958:24     A.    Right, right.  No.  The
   959: Page 959
   959: 1 paperback was published later.  So, let
   959: 2 me read from Page 202 of the book as it
   959: 3 was -- came out in mid-'04, having been
   959: 4 written in 2002/2003.  Okay.  To read.
   959: 5              "As for the products in
   959: 6 question, years of clinical research and
   959: 7 experience have confirmed that the coxibs
   959: 8 are no more effective than older drugs
   959: 9 despite massive ad campaigns that subtly
   959:10 imply otherwise.  And while the coxibs do
   959:11 reduce gastric bleeding somewhat, this
   959:12 advantage appears to be modest.  Concerns
   959:13 have also emerged about other safety
   959:14 problems, primarily for Merck's Vioxx.
   959:15 Research led by Dr. Dan Solomon in my
   959:16 division, as well as studies from
   959:17 Vanderbilt University, and even Merck's
   959:18 own clinical trial data, indicate that
   959:19 Vioxx can increase the risk of heart
   959:20 attack, as well as cause high blood
   959:21 pressure.
   959:22              "Nonetheless, extravagant
   959:23 marketing aimed at patients and doctors
   959:24 have made these among the most profitable
   960: Page 960
   960: 1 drugs ever sold.  Those of us who work at
   960: 2 universities may not be very good at
   960: 3 turning ordinary things into gold, but
   960: 4 others clearly are."


ID:              Avorn 96203
Page Range:      962:3-962:12

   962: 3              Would you please read the
   962: 4 one sentence that begins with the word
   962: 5 "Research."
   962: 6     A.    "Research led by Dr. Dan
   962: 7 Solomon in my division, as well as
   962: 8 studies from Vanderbilt University, and
   962: 9 even Merck's own clinical trial data,
   962:10 indicate that Vioxx can increase the risk
   962:11 of heart attack, as well as cause high
   962:12 blood pressure."


ID:              Avorn 96306
Page Range:      963:6-963:9

   963: 6              Is there information that
   963: 7 you were not aware of that you are now
   963: 8 aware of that would have changed in any
   963: 9 way your statement in your book?


ID:              Avorn 96316
Page Range:      963:16-963:20
                              Page 106
```

Avorn all v4.txt

```
963:16              THE WITNESS:  The
963:17         information that I have become
963:18         aware of since the withdrawal of
963:19         the drug would have just made that
963:20         an even stronger statement.


ID:            Avorn 96411
Page Range:    964:11-965:5

964:11         Q.    Is there anything about
964:12 these documents that Mr. Beck showed you
964:13 that needs to be clarified, sir?
964:14         A.    Yes.  If the question is,
964:15 what did I believe about the riskiness of
964:16 Vioxx or the safety of Vioxx in 2003, I
964:17 think probably the most relevant piece is
964:18 the fact that Dr. Solomon and I asked our
964:19 pharmacy and therapeutics committee,
964:20 which we both sit on, to remove high-dose
964:21 Vioxx from the formulary because we felt
964:22 that it was unnecessarily safe (sic), and
964:23 we questioned the decision of having
964:24 Vioxx be the COX-2 of choice at our
965: Page 965
965: 1 hospital because we felt that at any
965: 2 dose, it was not as safe as other
965: 3 alternatives, and we requested the
965: 4 hospital computer system be changed to
965: 5 reflect that.
```

Total Length - 03:00:04