U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 9-13-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
*Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

---

The following deposition testimony was presented to the jury:

Videotaped deposition of Carolyn Cannuscio.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

```
ID:        Cannuscio

    ID:         cc 0909
    Page Range: 9:9-9:11

        9: 9       Q.    Dr. Cannuscio, will you
        9:10 state your name, please?
        9:11       A.    Carolyn Christa Cannuscio.


    ID:         CC002
    Page Range: 13:14-13:23

        13:14      Q.    You're currently employed by
        13:15 Merck?
        13:16      A.    I am.
        13:17      Q.    And what's the position you
        13:18 hold today?
        13:19      A.    I'm a senior epidemiologist.
        13:20 And I'm currently working only one day a
        13:21 week as I'm -- I've actually begun a new
        13:22 job outside of Merck, and I'm -- I'm
        13:23 completing some of my tasks at Merck.


    ID:         CC003
    Page Range: 14:7-14:16

        14: 7      Q.    When did your status as a
        14: 8 full-time employee of Merck change?
        14: 9      A.    Well, while I was pregnant
        14:10 last summer, so a year ago, not just this
        14:11 past summer, I went down to part time
        14:12 status.  And then I went on maternity
        14:13 leave at the end of January.  My baby was
        14:14 born on January 31st.  So I was then on
        14:15 maternity leave for about seven months
        14:16 and then returned just after Labor Day.


    ID:         CC004
    Page Range: 14:22-15:11

        14:22      Q.    How many senior
        14:23 epidemiologists were working on
        14:24 Vioxx-related projects at that time?
        15: Page 15
        15: 1      A.    How many senior
        15: 2 epidemiologists?
        15: 3      Q.    Yes.
        15: 4      A.    I was the -- I was the
        15: 5 primary one.  And I may have been --
        15: 6 there may have been others.  But I
        15: 7 didn't -- I didn't interact with any
        15: 8 other senior epidemiologists on a regular
        15: 9 basis regarding Vioxx.  There may be
```

```
15:10 other people who handle specific tasks.
15:11 I'm not sure.


ID:          CC005
Page Range:  60:22-61:2

60:22           Q.   As a result of the excess
60:23 MIs in the VIGOR study, there was a very
60:24 real question at Merck as to whether or
61:   Page 61
61: 1 not it was their drug that caused the
61: 2 deaths.  Right?


ID:          CC007
Page Range:  61:6-62:21

61: 6               THE WITNESS:  First of all,
61: 7          I cannot remember -- I cannot
61: 8          remember if in the VIGOR study the
61: 9          outcome was deaths from MI or if
61:10          it was nonfatal MIs.  So that --
61:11          that part I cannot recall about
61:12          the VIGOR study.  And I can't
61:13          remember what other elements were
61:14          in the end point, too.
61:15               But the question was raised
61:16          and discussed among scientists,
61:17          not just at Merck, but in the
61:18          broader scientific community, too.
61:19          The broader scientific community
61:20          was also asking the question, is
61:21          naproxen cardioprotective; is
61:22          Vioxx associated with increased
61:23          risk; is there some combination of
61:24          those two things.  And let's
62:   Page 62
62: 1          invest in trying to get to the
62: 2          bottom of this.  And that was my
62: 3          job.  I was -- I was hired and
62: 4          asked to devote myself to pursuing
62: 5          that question.
62: 6 BY MS. LEWIS:
62: 7          Q.   And at the same time you
62: 8 were pursuing that question, Vioxx was
62: 9 being promoted and sold.  Correct?
62:10          A.   Correct.
62:11          Q.   And do you know how many
62:12 Vioxx prescriptions, for example, had
62:13 been filled by the end of the VIGOR
62:14 study?
62:15          A.   No, I have no idea.  I have
62:16 no idea.
62:17          Q.   You don't know how many
62:18 additional prescriptions were filled
62:19 after those results but before it was
```

```
    62:20 taken off the market, do you?
    62:21         A.    No.  I have no idea.


ID:         CC_defense8
Page Range: 67:1-67:2

    67: 1              THE WITNESS:  I saw it as an
    67: 2         open question.


ID:         CC010
Page Range: 76:23-77:2

    76:23         Q.    Are you familiar with the
    76:24 Kaiser Permanente August 25, 2004 study?
    77: Page 77
    77: 1         A.    I saw press reports of the
    77: 2 Graham study I think you're referring to.


ID:         CC_defense9
Page Range: 77:3-77:15

    77: 3         Q.    Yes.
    77: 4         A.    But I don't -- I don't know
    77: 5 about it in detail.  Again, I was still
    77: 6 on maternity leave when that study was --
    77: 7 was presented.  And I didn't attend the
    77: 8 scientific meeting where it was
    77: 9 presented.
    77:10         Q.    Generally speaking, you know
    77:11 it to be a large nested, case control
    77:12 study?
    77:13         A.    I don't know any of the
    77:14 details about the study.  I just know
    77:15 that it received press attention.


ID:         CC011
Page Range: 77:16-77:19

    77:16         Q.    Do you know that it showed a
    77:17 three times increase in the -- the rate
    77:18 of an acute cardiac event for people on
    77:19 50 milligrams of Vioxx?


ID:         CC012A
Page Range: 77:24-79:13

    77:24              THE WITNESS:  I -- I don't
    78: Page 78
    78: 1         know about the exact results of
    78: 2         the Graham study, and I'm not
    78: 3         familiar with the design of the
    78: 4         study or the population in which
```

```
78: 5          it was done.
78: 6 BY MS. LEWIS:
78: 7          Q.   Given your involvement with
78: 8 Vioxx and your continued role as a senior
78: 9 epidemiologist, you didn't review even
78:10 the newspaper information about the
78:11 Kaiser Permanente study?
78:12          A.   I -- I briefly read reports
78:13 of it.  But remember, I was on maternity
78:14 leave when it came out, and I was also
78:15 preparing to begin a new job, which I
78:16 have begun.  And I am taking care of my
78:17 child, so I was not the person
78:18 responsible for following that.  In my
78:19 absence, Dr. Watson was taking care of my
78:20 responsibilities in the epidemiology
78:21 department.  And my responsibilities at
78:22 home in August were -- weren't about
78:23 epidemiology.  They were about being a
78:24 mother.
79: Page 79
79: 1          Q.   I understand.  Do you
79: 2 understand that the authors in that study
79: 3 concluded that Vioxx increased the risk
79: 4 of acute myocardial infarction and sudden
79: 5 cardiac death at doses greater than
79: 6 25 milligrams?
79: 7          A.   I -- I didn't know about the
79: 8 dose-specific findings from that study.
79: 9 I -- I am not familiar with the specific
79:10 data or results from that study.  I am
79:11 just aware of the press reports that
79:12 there was an observation of increase in
79:13 relative risk.


ID:        CC025
Page Range: 83:20-84:3

83:20          Q.   You knew at every juncture
83:21 that if Vioxx was causing heart attacks,
83:22 the more people that took it, the more
83:23 heart attacks you'd see.  Right?
83:24          A.   If -- if it were known to be
84: Page 84
84: 1 causal, it would follow that -- that
84: 2 there would be elevated risk in -- in
84: 3 people who were taking it.


ID:        CC026
Page Range: 87:9-87:13

87: 9          Q.   Given the studies you've
87:10 seen over your four years at Merck,
87:11 you'll agree that some of the estimated
87:12 20 million persons who took Vioxx have
```

```
   87:13 suffered heart attacks as a result?


ID:        CC027
Page Range: 87:17-87:21

   87:17              THE WITNESS:  Today, using
   87:18       the data available to us now.
   87:19 BY MS. LEWIS:
   87:20       Q.    Yes.
   87:21       A.    That's probably true.


ID:        CC033
Page Range: 102:13-102:20

   102:13      Q.    You know that in May of
   102:14 2004, Circulation published a study by
   102:15 Dr. Daniel Solomon, Dr. Jerry Avorn and
   102:16 others.
   102:17      A.    I do.
   102:18      Q.    And that was about four
   102:19 months prior to the recall of Vioxx.
   102:20 Correct?


ID:        CC035
Page Range: 102:24-103:15

   102:24             THE WITNESS:  Right, about
   103: Page 103
   103: 1      four months prior to the recall.
   103: 2 BY MS. LEWIS:
   103: 3      Q.    Do you have any idea of the
   103: 4 number of people that took Vioxx between
   103: 5 May 2004 and September 30th?
   103: 6      A.    I -- again, I'm not familiar
   103: 7 with prescription data, so no, I don't
   103: 8 know the numbers.
   103: 9      Q.    At least initially you were
   103:10 identified as an author on that study.
   103:11 Right?
   103:12      A.    Correct.
   103:13      Q.    And Merck's senior
   103:14 management made a decision to remove you
   103:15 as an author of that study.  Right?


ID:        CC037
Page Range: 103:19-104:5

   103:19             THE WITNESS:  I -- I
   103:20       understand that my supervisor,
   103:21       Dr. Santanello, made a decision
   103:22       that it would be appropriate for
   103:23       me to be removed as an author.
   103:24 BY MS. LEWIS:
```

```
104: Page 104
104: 1          Q.    Is she Merck senior
104: 2 management?
104: 3          A.    I don't know what -- who's
104: 4 included in the formal definition of the
104: 5 term.  She's senior to me, certainly.


ID:         CC038
Page Range: 108:3-109:12

108: 3          Q.    As of the time you went on
108: 4 maternity leave, you were to be named as
108: 5 an author on the paper?
108: 6          A.    The discussion had come up
108: 7 before that at various points of whether
108: 8 or not I should be included as a
108: 9 co-author.  But I believe that when I
108:10 went out on maternity leave -- when I
108:11 went out on maternity leave, I don't
108:12 think I was thinking about whether or not
108:13 I was going to be an author on the paper.
108:14 But I -- but if someone had asked me, I
108:15 would have probably thought that I would
108:16 have been an author on the paper at that
108:17 time.
108:18          Q.    You had done a lot of work?
108:19          A.    I had done a lot of work.  I
108:20 had really done a lot of work, yes.
108:21          Q.    Was your name on the
108:22 abstract that went to the FDA?
108:23          A.    I don't know if the author's
108:24 names were included on the abstract that
109: Page 109
109: 1 went to the FDA, but it was included in
109: 2 the abstract that was presented at the
109: 3 American College of Rheumatology meeting.
109: 4          Q.    And was there a poster
109: 5 involved in that as well?
109: 6          A.    I'm sure there -- well, it
109: 7 might have been a presentation, actually,
109: 8 rather than a poster.
109: 9          Q.    And your name was included
109:10 in that?
109:11          A.    I -- I would assume so.  I
109:12 would hope so.  But I don't --


ID:         CC038A
Page Range: 109:15-109:24

109:15                THE WITNESS:  Yeah.  I
109:16          haven't seen the front page of
109:17          that.  But my name was definitely
109:18          on the abstract.  But -- and
109:19          that's usually what people use as
109:20          the reference for these meetings.
```

```
109:21 BY MS. LEWIS:
109:22        Q.    Is it fair to say the
109:23 decision to remove you as an author was
109:24 over your objection?


ID:        CC040
Page Range: 110:4-110:16

  110: 4              THE WITNESS:  I -- I was
  110: 5         disappointed in the decision and
  110: 6         had hoped to be included as an
  110: 7         author on the paper.
  110: 8 BY MS. LEWIS:
  110: 9         Q.    What were the reasons given
  110:10 to you for removing your name as an
  110:11 author on the paper?
  110:12         A.    It was my understanding that
  110:13 the paper didn't adequately discuss the
  110:14 limitations of the data, for instance.
  110:15         Q.    That was the position of
  110:16 Drs. Watson, Guess and Ms. Lahner?


ID:        CC041
Page Range: 110:20-111:10

  110:20              THE WITNESS:  I can't speak
  110:21         for all of them, but -- but
  110:22         Dr. Santanello held the view and I
  110:23         think still holds the view that
  110:24         the paper didn't adequate --
  111: Page 111
  111: 1         adequately discuss or address the
  111: 2         limitations of this study.
  111: 3 BY MS. LEWIS:
  111: 4         Q.    The final version of that
  111: 5 article that doesn't have your name
  111: 6 anywhere, it implies that there's no
  111: 7 contribution from any Merck employee in
  111: 8 study design, statistical analysis or
  111: 9 preparation of the manuscript, doesn't
  111:10 it?


ID:        CC042
Page Range: 111:14-112:12

  111:14              THE WITNESS:  Well,
  111:15         ironically, my name is actually in
  111:16         the manuscript in -- in a
  111:17         footnote.  So it actually is on
  111:18         the manuscript.  So there is --
  111:19         there is a mention in there that a
  111:20         Merck epidemiologist was involved.
  111:21         I don't know if it says that I'm
  111:22         an epidemiologist, but it does say
```

```
111:23             in a footnote Dr. Cannuscio, an
111:24             employee of Merck.
112: Page 112
112: 1 BY MS. LEWIS:
112: 2        Q.   Did that footnote remain in
112: 3 the published article?
112: 4        A.   It did.
112: 5        Q.   Have you seen the published
112: 6 article?
112: 7        A.   I've seen photocopies of the
112: 8 published article.
112: 9        Q.   Who told you that the
112:10 footnote with your name in it remained on
112:11 the final published article in
112:12 Circulation?


ID:        CC044
Page Range: 112:18-112:24

   112:18             THE WITNESS:  So I haven't
   112:19        picked up the edition of
   112:20        Circulation, but I've -- I've had
   112:21        either printed PDF files or
   112:22        photocopies.  And in the versions
   112:23        I've seen, at least, my name is in
   112:24        a footnote.


ID:        CC045
Page Range: 113:15-114:15

   113:15        Q.   Will you confirm with me in
   113:16 Exhibit 8 that your name is not in the
   113:17 footnote?
   113:18        A.   This sentence that says,
   113:19 "Other than Dr. Cannuscio, an employee of
   113:20 Merck, no authors have direct personal
   113:21 financial relationship with any
   113:22 pharmaceutical company."  And that's on
   113:23 the version in Exhibit 7 where I'm not
   113:24 listed as an author.  So it refers to me
   114: Page 114
   114: 1 as an author although I'm not listed as
   114: 2 an author.  And then in this copy that
   114: 3 you've given me, which you said you
   114: 4 downloaded --
   114: 5        Q.   I downloaded Exhibit 7.
   114: 6        A.   And then this one you --
   114: 7        Q.   Is the published copy.
   114: 8        A.   From the journal itself?
   114: 9        Q.   Yes.
   114:10        A.   Okay.  So in that version,
   114:11 the sentence that I just read is no
   114:12 longer there.  But I wasn't aware that
   114:13 that's the way it looks in the magazine,
   114:14 the journal itself.  I've only seen this
```

```
   114:15 version prior to right now.


ID:        CC046
Page Range: 115:6-115:12

   115: 6         Q.    The statement in the final
   115: 7 published article that says, "No authors
   115: 8 have direct personal financial
   115: 9 relationships with any pharmaceutical
   115:10 company" is somewhat misleading, given
   115:11 your role in this work and drafting this
   115:12 article, isn't it?


ID:        CC047
Page Range: 116:3-116:11

   116: 3         Q.    It's certainly true that at
   116: 4 the time you did your work on the Solomon
   116: 5 study and worked on authoring the Solomon
   116: 6 paper, you had a financial relationship
   116: 7 with Merck?
   116: 8         A.    Right.  I was an employee of
   116: 9 Merck while I was working with Dr.
   116:10 Solomon -- while I was working with him
   116:11 in -- in doing the study.


ID:        CC048
Page Range: 124:21-124:24

   124:21         Q.    And did you participate
   124:22 actively in the study design of the
   124:23 Solomon studies?
   124:24         A.    I did.  I did.  Absolutely.


ID:        CC049
Page Range: 125:13-126:8

   125:13         Q.    And you did statistical
   125:14 analysis and you interpreted data, didn't
   125:15 you?
   125:16         A.    I assisted with -- I
   125:17 assisted with the study design, the data
   125:18 analysis, interpretation and reviews of
   125:19 the manuscript.  I -- I participated in
   125:20 all of those things.  There's no question
   125:21 whatsoever about whether or not I
   125:22 participated in those things.
   125:23         Q.    There's an acknowledgment on
   125:24 the last page of Exhibit 8 that says, "We
   126: Page 126
   126: 1 want to thank an epidemiologist who
   126: 2 participated actively in the study
   126: 3 design, statistical analysis and
```

```
126: 4 interpretation of the data, and
126: 5 preparation of the manuscript."
126: 6           Are you that epidemiologist?
126: 7      A.   I would say you're welcome.
126: 8 That's -- I think that's probably me.
```

ID:        CC052A
Page Range: 131:15-132:5

```
131:15     Q.   Were you the sole Merck
131:16 epidemiologist involved in the Solomon
131:17 study?
131:18     A.   No; but I was the main
131:19 epidemiologist involved in the study.
131:20     Q.   I take it Drs. Santanello,
131:21 Guess and Watson would have in some way
131:22 helped you design the study?
131:23     A.   I consulted them.
131:24     Q.   And that study showed an
132: Page 132
132: 1 increase of heart attack among Vioxx
132: 2 users.  Correct?
132: 3     A.   The relative risks for some
132: 4 of the comparisons were greater than
132: 5 1.00.
```

Total Length - 00:13:30