THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 13 PM 2:08

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JIMMY JOHNSON | CIVIL ACTION NO. 05-5785 |
| VERSUS | JURY TRIAL DEMANDED |
| MERCK & CO., INC. | JUDGE_____ |

MDL 1657

## MOTION AND ORDER
## TO ENROLL AS COUNSEL OF RECORD

ON MOTION OF **ELWOOD H. KEIM, JR.** and on suggesting to this Honorable Court that he has been retained as Counsel for Jimmy Johnson, in the above captioned pleading, and that he desires to enroll as counsel of record herein and to have his name added to the record, as counsel of record for the Plaintiff, Jimmy Johnson.

**WHEREFORE**, Plaintiff prays that Elwood H. Keim, Jr., be enrolled as counsel of record for Jimmy Johnson in the above captioned matter, and that his name be added as the attorney of record in this matter.

Respectfully submitted by,

_____
Elwood H. Keim, Jr.
Bar Roll No.: 28636
13541 Tiger Bend Road
Post Office Box 86360
Baton Rouge, LA 70879
(225)755-0707

### Certificate of Service

I hereby certify that a copy of the above and foregoing has been mailed, postage pre-paid, addressed to the following: Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras Street, Ste. 2500, New Orleans, LA 70112; Hughes, Hubbard, Reed, LLP, 101 Hudson Street, Ste. 3601, Jersey City, New Jersey, 073002-9220.

_____
Elwood H. Keim, Jr.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____