THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMY JOHNSON | CIVIL ACTION NO.: 05-5785 |
| VERSUS | JURY TRIAL DEMANDED |
| MERCK & CO., INC. | JUDGE_____ |

**ORDER**

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **ELWOOD H. KEIM** be and is hereby enrolled as Counsel of Record in the above captioned matter and that the name of **ELWOOD H. KEIM, JR.** be added to the record of the Court as Attorney of Record for Jimmy Johnson in the above entitled and number proceeding.

New Orleans, Louisiana this 13th day of September, 2006.

JUDGE, EASTERN DISTRICT

**PLEASE NOTIFY:**

Elwood H. Keim, Jr., Post Office Box 86360, Baton Rouge, LA 70879;

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras Street, Ste. 2500, New Orleans, LA 70112;

Hughes, Hubbard, Reed, LLP, 101 Hudson Street, Ste. 3601, Jersey City, New Jersey, 073002-9220.