# Smith v. Merck & Co., Inc.
## Deposition Designations for Ned Braunstein

| | | | | Objections | Ruling in Barnett |
|---|---|---|---|---|---|
| 1 16:23 - 17:7 | | Braunstein, Ned 2006-07-18 | 00:00:12 | | N/A - Court did not rule on Braunstein Designations in Barnett |
| | 16: 23 | Q.  Would you please state your | | | |
| | 16: 24 | full name for the record. | | | |
| | 17: 1 | A.  Ned Stephen Braunstein. | | | |
| | 17: 2 | Q.  Are you currently employed, | | | |
| | 17: 3 | Dr. Braunstein? | | | |
| | 17: 4 | A.  Yes. | | | |
| | 17: 5 | Q.  By whom are you employed? | | | |
| | 17: 6 | A.  I'm employed by Merck & | | | |
| | 17: 7 | Company. | | | |
| 2 17:13 - 17:14 | | Braunstein, Ned 2006-07-18 | 00:00:02 | | |
| | 17: 13 | Q.  What's your current position | | | |
| | 17: 14 | at Merck? | | | |
| 3 17:15 - 17:19 | | Braunstein, Ned 2006-07-18 | 00:00:08 | | |
| | 17: 15 | A.  I'm executive director, | | | |
| | 17: 16 | medical and scientific E-communications. | | | |
| | 17: 17 | Q.  How long have you been doing | | | |
| | 17: 18 | that? | | | |
| | 17: 19 | A.  About a month. | | | |
| 4 20:5 - 21:23 | | Braunstein, Ned 2006-07-18 | 00:02:18 | | |
| | 20: 5 | Now, you gave me your | | | |
| | 20: 6 | current position.  Could you just briefly | | | |
| | 20: 7 | recount for me your educational and | | | |
| | 20: 8 | professional background since you | | | |
| | 20: 9 | graduated from high school. | | | |
| | 20: 10 | A.  Sure.  I was accepted from | | | |
| | 20: 11 | high school into the six-year honors | | | |
| | 20: 12 | program in medical education at | | | |
| | 20: 13 | Northwestern University.  So, that means | | | |
| | 20: 14 | that from high school I was accepted both | | | |
| | 20: 15 | to undergraduate and to medical school. | | | |
| | 20: 16 | I completed my undergraduate and medical | | | |
| | 20: 17 | education in six years in 1980. | | | |
| | 20: 18 | From my medical education, I | | | |
| | 20: 19 | then went to Columbia Presbyterian | | | |
| | 20: 20 | Hospital in New York, which is the major | | | |
| | 20: 21 | teaching hospital of Columbia University, | | | |
| | 20: 22 | and there I did an internal medicine | | | |
| | 20: 23 | internship and residency and also | | | |
| | 20: 24 | clinical rheumatology fellowship. | | | |
| | 21: 1 | After completing my clinical | | | |
| | 21: 2 | training in medicine, in internal | | | |
| | 21: 3 | medicine and rheumatology, I then went to | | | |
| | 21: 4 | the National Institutes of Health where I | | | |
| | 21: 5 | did a postdoctoral fellowship in research | | | |
| | 21: 6 | immunology, both immunology and molecular | | | |
| | 21: 7 | biology.  There I spent four years. | | | |
| | 21: 8 | Q.  When was that? | | | |
| | 21: 9 | A.  In 1983 through 1987. | | | |
| | 21: 10 | And after completing my | | | |
| | 21: 11 | internal medicine -- I'm sorry. | | | |
| | 21: 12 | After completing my | | | |
| | 21: 13 | postdoctoral training, I then obtained an | | | |

| | | | | Objections | Ruling in Barnett |
|---|---|---|---|---|---|
| | 21: 14<br>21: 15<br>21: 16<br>21: 17<br>21: 18<br>21: 19<br>21: 20<br>21: 21<br>21: 22<br>21: 23 | | assistant professorship at Columbia<br>University, and I was faculty at Columbia<br>University, first as an assistant<br>professor, and then promoted to associate<br>professor around 1995.<br>And after that, I joined<br>Merck in 1999, first as a director in the<br>editing and labeling group, was then --<br>accepted a position in the regulatory<br>affairs department. | | |
| 5 21:24  -  21:24<br>21: 24 | | Braunstein, Ned 2006-07-18<br>Q. Can you give me dates here? | 00:00:04 | | |
| 6 22:18  -  23:15<br>22: 18<br>22: 19<br>22: 20<br>22: 21<br>22: 22<br>22: 23<br>22: 24<br>23: 1<br>23: 2<br>23: 3<br>23: 4<br>23: 5<br>23: 6<br>23: 7<br>23: 8<br>23: 9<br>23: 10<br>23: 11<br>23: 12<br>23: 13<br>23: 14<br>23: 15 | | Braunstein, Ned 2006-07-18<br>A. Right. I joined Merck in<br>1999 as director of editing and labeling.<br>I remained in that department until<br>approximately the end of 2001. In the<br>fall of 2001 I began a transition when I<br>was both in that department and in the<br>domestic regulatory affairs department.<br>That's the department that has<br>responsibility for interacting with the<br>FDA. I remained in the regulatory<br>affairs group, both doing domestic and<br>then also global regulatory affairs at<br>times and was promoted to a senior<br>director in approximately August of 2002.<br>In -- I remained in that<br>group until 2004, when I took a new<br>assignment as the head of a new group,<br>the special projects group, and remained<br>in that job until about June of this<br>year, 2006, when I accepted a new<br>position as executive director in medical<br>and scientific e-communications. | 00:01:16 | | |
| 7 29:10  -  29:16<br>29: 10<br>29: 11<br>29: 12<br>29: 13<br>29: 14<br>29: 15<br>29: 16 | | Braunstein, Ned 2006-07-18<br>Q. Now, Doctor, at some point<br>you went to regulatory affairs, you said,<br>correct?<br>A. Yes.<br>Q. And that was in what year?<br>A. That was in -- that was the<br>end of 2001. | 00:00:12 | | |
| 8 30:19  -  31:11<br>30: 19<br>30: 20<br>30: 21<br>30: 22<br>30: 23<br>30: 24<br>31: 1<br>31: 2<br>31: 3<br>31: 4<br>31: 5<br>31: 6<br>31: 7 | | Braunstein, Ned 2006-07-18<br>Q. Then at some point your<br>position in regulatory affairs changed<br>again; is that correct?<br>A. While I was senior director,<br>there was a position that was a global<br>position that I held while I was also<br>doing the -- some of the U.S. work, and<br>that was for a brief period of time.<br>Q. For what period was that?<br>A. That was early in 2002 until<br>about the beginning of 2003.<br>Q. What was your global<br>position? | 00:00:47 | | |

| | | | | Objections | Ruling in Barnett |
|---|---|---|---|---|---|
| | 31: 8<br>31: 9<br>31: 10<br>31: 11 | A. The global position was<br>called senior director of global<br>strategic regulatory development, and<br>that was in the end of 2002 to '03. | | | |
| 9 33:20 - 33:24 | 33: 20<br>33: 21<br>33: 22<br>33: 23<br>33: 24 | Braunstein, Ned 2006-07-18<br>Q. Were there times where Vioxx<br>was taking up the overwhelming majority<br>of your time?<br>A. Yes.<br>Q. When was that? | 00:00:09 | | |
| 10 34:1 - 34:3 | 34: 1<br>34: 2<br>34: 3 | Braunstein, Ned 2006-07-18<br>A. In the period since 2004,<br>Vioxx was taking up the majority of my<br>time. | 00:00:08 | | |
| 11 34:4 - 34:7 | 34: 4<br>34: 5<br>34: 6<br>34: 7 | Braunstein, Ned 2006-07-18<br>Q. What were you doing with<br>respect to Vioxx since 2004 and after the<br>February 2005 FDA Advisory Committee<br>meeting? | 00:00:10 | | |
| 12 34:10 - 34:20 | 34: 10<br>34: 11<br>34: 12<br>34: 13<br>34: 14<br>34: 15<br>34: 16<br>34: 17<br>34: 18<br>34: 19<br>34: 20 | Braunstein, Ned 2006-07-18<br>THE WITNESS: It's a long<br>period of time, so, I need to<br>break that up. Again, what -- can<br>I hear -- what exact time frame<br>were you interested in?<br>BY MR. SIGELMAN:<br>Q. After February 2005 when you<br>were apparently working on special<br>projects, is that correct?<br>A. Yes. Is that the period<br>that you want me to answer about? | 00:00:20 | | |
| 13 34:21 - 35:7 | 34: 21<br>34: 22<br>34: 23<br>34: 24<br>35: 1<br>35: 2<br>35: 3<br>35: 4<br>35: 5<br>35: 6<br>35: 7 | Braunstein, Ned 2006-07-18<br>Q. Yes. Yes. What were you<br>working on with respect to Vioxx?<br>A. After 2000 -- after the 2005<br>Advisory Committee, my job was to serve<br>as the primary scientific person in the<br>Merck Research Labs to provide scientific<br>information to other groups at Merck who<br>needed them, and, therefore, facilitate<br>the flow of information.<br>Q. What was the ultimate<br>objective there? | 00:00:31 | 35:6-35:7<br>Question designated<br>without any answer | Sustained |
| 14 35:11 - 35:12 | 35: 11<br>35: 12 | Braunstein, Ned 2006-07-18<br>Q. Was it to see if you could<br>get Vioxx back on the market? | 00:00:04 | 35:11-21<br>Lack of foundation | |
| 15 35:15 - 35:21 | 35: 15<br>35: 16<br>35: 17<br>35: 18<br>35: 19<br>35: 20<br>35: 21 | Braunstein, Ned 2006-07-18<br>THE WITNESS: My<br>objective -- I can't speak to<br>other's objectives. I can only<br>speak to what my objective was,<br>which was to provide scientific<br>information to the other groups<br>that needed that information. | 00:00:10 | | |

3

|  |  |  | | Objections | Ruling in Barnett |
|---|---|---|---|---|---|
| 16 36:7 | - | 36:17 | Braunstein, Ned 2006-07-18   00:00:30 | | |

```
    36: 7            Q.  A supplemental new drug
    36: 8                application for the remarketing of Vioxx
    36: 9                in the United States.
    36: 10           A.  I was asked to -- I was
    36: 11               asked to look at pieces of that document,
    36: 12               in that context, yes.
    36: 13           Q.  That was part of your
    36: 14               special project work?
    36: 15           A.  I was asked to do that
    36: 16               because of my expertise and to the extent
    36: 17               that was in my job, yes.

17 511:13  -  513:23  Braunstein, Ned 2006-07-19    00:01:59
    511: 13           BY MR. SIGELMAN:

    511: 14           Q.  Doctor, you've been handed
    511: 15               what's been marked as Exhibit 24.
    511: 16                   MR. ROTHMAN:  Thank you.
    511: 17                   THE WITNESS:  (Witness
    511: 18               reviewing document.)
    511: 19           BY MR. SIGELMAN:
    511: 20           Q.  Do you recognize Exhibit
    511: 21               Number 24, sir?
    511: 22           A.  Yes.
    511: 23           Q.  And is this something that
    511: 24               you wrote?
    512: 1            A.  Yes, it is.
    512: 2            Q.  Is this your handwriting?
    512: 3            A.  Yes.
    512: 4            Q.  Did you write this in the
    512: 5                ordinary course of business at Merck?
    512: 6            A.  Yes.
    512: 7            Q.  And this was written on
    512: 8                October 13, 2004, correct?
    512: 9            A.  Yes.  Well, there are two
    512: 10               pages, the second one on the 14th.
    512: 11           Q.  Okay.
    512: 12                   And this particular document
    512: 13               involved a conversation that you had; is
    512: 14               that right?
    512: 15           A.  Yes.
    512: 16           Q.  With a Brian Harvey?
    512: 17           A.  Yes.
    512: 18           Q.  And who is he?
    512: 19           A.  Dr. Harvey at the time was
    512: 20               the acting director of the FDA office for
    512: 21               anti-inflammatory and analgesia drugs.
    512: 22           Q.  Okay.
    512: 23                   And would you just please
    512: 24               read for me what you wrote up to, if you
    513: 1                look at the screen for a minute, where
    513: 2                it's been highlighted on the screen, just
    513: 3                read for the jury so that we know what
    513: 4                your handwriting says.
    513: 5            A.  That says, "Brian suggests
    513: 6                an official rebuttal" --
    513: 7            Q.  No.  Above that.  Starting
    513: 8                with "Brian Harvey 10/13," and going --
    513: 9            A.  I'm sorry.  I thought you
```

Objections for entry 17: 511:13-516:9; 521:8-522:3 Hearsay; speculation; improper attempt to bolster testimony of David Graham; more prejudicial than probative

Ruling in Barnett: Overruled

4

|  |  | Objections | Ruling in Barnett |
|---|---|---|---|
| 513: 10 | were -- I'm sorry. |  |  |
| 513: 11 | MR. ROTHMAN: You want him |  |  |
| 513: 12 | to read the whole document? |  |  |
| 513: 13 | MR. SIGELMAN: Well, yes, |  |  |
| 513: 14 | eventually. |  |  |
| 513: 15 | THE WITNESS: "Brian Harvey, |  |  |
| 513: 16 | October 13th. |  |  |
| 513: 17 | "Point 1. Bob Meyer will |  |  |
| 513: 18 | head office including analgesia |  |  |
| 513: 19 | and arthritis, currently head of |  |  |
| 513: 20 | ODE 2." |  |  |
| 513: 21 | Then it says, "Biotech from |  |  |
| 513: 22 | ODE 6 and most of 550 goes to ODE |  |  |
| 513: 23 | 2." |  |  |

18 514:1 - 516:9  Braunstein, Ned 2006-07-19                              00:02:16

| 514: 1 | Q. That's Office of Drug |
| 514: 2 | Evaluation? |
| 514: 3 | A. Office of -- ODE is Office |
| 514: 4 | of Drug Evaluation. |
| 514: 5 | Q. All right. |
| 514: 6 | At the FDA? |
| 514: 7 | A. At the FDA. |
| 514: 8 | Q. All right. |
| 514: 9 | A. "Sharon will be continuing |
| 514: 10 | in new division. Brian moving on." It |
| 514: 11 | says, "Need to start working with Sharon |
| 514: 12 | as contact person." |
| 514: 13 | Q. All right. |
| 514: 14 | Now, why don't you now |
| 514: 15 | continue to the end of this first page. |
| 514: 16 | A. The next item is "Brian |
| 514: 17 | suggests an official rebuttal on Graham." |
| 514: 18 | I then have written -- there's something |
| 514: 19 | crossed out, which I don't know what was |
| 514: 20 | crossed out, so, I can't read that. |
| 514: 21 | And then it says, "Questions |
| 514: 22 | on rigor of the methodology. This is |
| 514: 23 | becoming a big issue. If do then, cc up |
| 514: 24 | the chain. Galson, Dan Troy? et cetera." |
| 515: 1 | Then it says, "ACR, Janet |
| 515: 2 | Woodcock." |
| 515: 3 | Then I have, "Brian, |
| 515: 4 | opportunity to get message out on Graham, |
| 515: 5 | et al." |
| 515: 6 | Underneath, "Suggests we |
| 515: 7 | provide journalists a copy of our |
| 515: 8 | critique on Graham." |
| 515: 9 | Q. And Graham, was that David |
| 515: 10 | Graham, an epidemiologist at the FDA? |
| 515: 11 | A. That's the Graham. |
| 515: 12 | Q. All right. |
| 515: 13 | And Janet Woodcock, she was |
| 515: 14 | in what position at this time at FDA? |
| 515: 15 | A. I think she was associate |
| 515: 16 | commissioner at that time. |
| 515: 17 | Q. All right. |
| 515: 18 | And Brian was making |
| 515: 19 | suggestions to you; is that correct? |
| 515: 20 | A. It's a complex conversation. |
| 515: 21 | Q. I'm just asking, was Brian |

5

|  |  |  | | Objections | Ruling in Barnett |
|---|---|---|---|---|---|
| | 515: 22 | Harvey making suggestions to you? | | | |
| | 515: 23 | A. He was making a suggestion | | | |
| | 515: 24 | about how we could -- how we could | | | |
| | 516: 1 | respond. | | | |
| | 516: 2 | Q. Respond to Dr. Graham? | | | |
| | 516: 3 | A. Like I said, these are sort | | | |
| | 516: 4 | of brief notes from a conversation. | | | |
| | 516: 5 | Q. My question is just simply, | | | |
| | 516: 6 | to Dr. Graham? Yes or no? | | | |
| | 516: 7 | A. Yes. Brian was suggesting | | | |
| | 516: 8 | that amongst our options we might | | | |
| | 516: 9 | consider an official response. | | | |
| 19 516:10 - 517:4 | | Braunstein, Ned 2006-07-19 | 00:00:56 | (Conditional counter) | |
| | 516: 10 | Q. And he was saying that you | | | |
| | 516: 11 | had the opportunity to get the message | | | |
| | 516: 12 | out on Dr. Graham, correct? Is that what | | | |
| | 516: 13 | you wrote here? | | | |
| | 516: 14 | A. He was saying that if we had | | | |
| | 516: 15 | concerns, which was something we had | | | |
| | 516: 16 | discussed, my concerns about this, that | | | |
| | 516: 17 | he wanted to know if we would be | | | |
| | 516: 18 | discussing that at the ACR meeting. This | | | |
| | 516: 19 | was in the context of they and us -- at | | | |
| | 516: 20 | the ACR meeting, there was going to be a | | | |
| | 516: 21 | presentation about Vioxx and about the | | | |
| | 516: 22 | APPROVe study. Janet Woodcock was their | | | |
| | 516: 23 | presenter. And Brian was asking if we | | | |
| | 516: 24 | would be talking about Dr. Graham's | | | |
| | 517: 1 | study, he pointed out it would be an | | | |
| | 517: 2 | opportunity, if we chose to, for us to | | | |
| | 517: 3 | get our comments out. He was aware that | | | |
| | 517: 4 | we had criticisms. | | | |
| 20 520:3 - 520:7 | | Braunstein, Ned 2006-07-19 | 00:00:10 | | |
| | 520: 3 | And by the way, ACR, what is | | | |
| | 520: 4 | that organization? | | | |
| | 520: 5 | A. That's the American College | | | |
| | 520: 6 | of Rheumatology. There was a meeting in | | | |
| | 520: 7 | October of 2004. | | | |
| 21 520:14 - 522:3 | | Braunstein, Ned 2006-07-19 | 00:01:17 | | |
| | 520: 14 | Q. Just please read the entire | | | |
| | 520: 15 | page. "BJ," is that BJ Gould? | | | |
| | 520: 16 | A. Gould. | | | |
| | 520: 17 | Q. Gould, of the FDA? | | | |
| | 520: 18 | A. Yes. | | | |
| | 520: 19 | Q. She was a -- | | | |
| | 520: 20 | A. Barbara J. Gould. | | | |
| | 520: 21 | Q. Was she a consumer safety | | | |
| | 520: 22 | officer -- | | | |
| | 520: 23 | A. Yes. | | | |
| | 520: 24 | Q. -- at the FDA? | | | |
| | 521: 1 | A. Yes. | | | |
| | 521: 2 | Q. All right. | | | |
| | 521: 3 | She was a frequent contact | | | |
| | 521: 4 | that you had at the FDA? | | | |
| | 521: 5 | A. Yes. | | | |
| | 521: 6 | Q. Okay. | | | |
| | 521: 7 | A. She was our primary contact. | | | |
| | 521: 8 | Q. All right. | | | |

| | Objections | Ruling in Barnett |
|---|---|---|
| 521: 9        Please go on.<br>521: 10    A.  "October 14th.  Move telecom<br>521: 11    from 12:30 to 1:30.  RE: Tomorrow's<br>521: 12    t-conference."  Item 1:  "Follow up on"<br>521: 13    -- I think what I wrote here was "Follow<br>521: 14    up on action items."  There seems to be a<br>521: 15    little squiggle in between, but that's<br>521: 16    the way I read that.<br>521: 17        Next, "Postpone Graham until<br>521: 18    following week."<br>521: 19        Third was "Provide timeline<br>521: 20    of submission to IND/NDA of key data<br>521: 21    something like we do in annual report<br>521: 22    (back to when NDA was submitted)."<br>521: 23        Then I say, "Then Friday,<br>521: 24    October 22nd from 10 to 11," that seems<br>522: 1     to be a reference to a subsequent<br>522: 2     teleconference, and then I have, "Ed<br>522: 3     Hill," who worked with me. | | |

7