| | | | | | Objections | Responses |
|---|---|---|---|---|---|---|
| | 126: 13 | | any given point in time, you'd want to know everything | | | |
| | 126: 14 | | about those circumstances? | | | |
| 185 | 126:16 - 127:8 | | Grefer, Michael 2006-07-27 | 00:00:38 | | |
| | 126: 16 | A. | Yes. | | | |
| | 126: 17 | Q. | Particularly before you answered | | | |
| | 126: 18 | | important questions about whether that would impact | | | |
| | 126: 19 | | your prescribing decision? | | | |
| | 126: 20 | A. | Well, it would be -- I would like to | | | |
| | 126: 21 | | know as much information that's available before I made | | | |
| | 126: 22 | | any decision about whether I would prescribe or not. | | | |
| | 126: 23 | Q. | And are you aware that all of these | | | |
| | 126: 24 | | people that Mr. Wright has referenced have given | | | |
| | 126: 25 | | depositions in this litigation? | | | |
| | 127: 1 | A. | No. | | | |
| | 127: 2 | Q. | And you haven't seen any of that, have | | | |
| | 127: 3 | | you? | | | |
| | 127: 4 | A. | No. | | | |
| | 127: 5 | Q. | And you wouldn't want to comment on | | | |
| | 127: 6 | | what -- how some-- what somebody said or did at Merck, | | | |
| | 127: 7 | | how that would impact you, without seeing the full | | | |
| | 127: 8 | | totality of their testimony, too? | | | |
| 186 | 127:10 - 127:11 | | Grefer, Michael 2006-07-27 | 00:00:08 | | |
| | 127: 10 | Q. | Would that be fair? | | | |
| | 127: 11 | A. | Yes. | | | |
| 187 | 127:18 - 132:11 | | Grefer, Michael 2006-07-27 | 00:09:14 | | |
| | 127: 18 | Q. | With regard to your prescribing | | Re: 127:18-128:4 | |
| | 127: 19 | | decisions for Vioxx or other medications that you | | Def Obj: | |
| | 127: 20 | | prescribe, do you or do you not rely upon the | | Leading a non-hostile | |
| | 127: 21 | | representatives from that company that come to sell you | | witness; counsel | |
| | 127: 22 | | or convince you to buy their drugs or to prescribe | | testifying "[reps] that | |
| | 127: 23 | | their drugs, do you or do you not rely upon those | | come to you to sell or | |
| | 127: 24 | | representatives to tell you both the good information | | convince you to buy | |
| | 127: 25 | | that they have about their drug and the potential | | their drugs..."; 403 | |
| | 128: 1 | | hazards that their company knows about their drug? | | | |
| | 128: 2 | A. | The answer to your question is yes, I | | | |
| | 128: 3 | | would expect them to give me all the relevant | | | |
| | 128: 4 | | information that they have. | | | |
| | 128: 5 | Q. | All right. And specifically with regard | | Re: 128:5-128:24 | Re: 128:5-128:24 |
| | 128: 6 | | to the VIGOR study, I understood you to say that the | | Def Obj: | Pltf Resp: |
| | 128: 7 | | Merck representatives told you their position why the | | Leading | Question is not leading |
| | 128: 8 | | VIGOR studies did not show an important cardiovascular | | 128:5-129:14: Counsel | |
| | 128: 9 | | risk, and that reason that they gave you was because | | testifying; multiple | |
| | 128: 10 | | naproxen had a cardio-protective effect. | | questions; leading a | |
| | 128: 11 | | Is that or is that not the general gist | | non-hostile witness; | |
| | 128: 12 | | of what the Merck representatives told you in | | assumes facts not in | |
| | 128: 13 | | discussing the VIGOR studies? | | evidence; 403 | |
| | 128: 15 | A. | The -- the Merck representatives told me | | | |
| | 128: 16 | | that while it looked like there was cardiovascular | | | |
| | 128: 17 | | problems with Vioxx, the situation was unclear and it | | | |
| | 128: 18 | | was muddied by the fact that the study was flawed and | | | |
| | 128: 19 | | that some people may have been taken off aspirin that | | | |
| | 128: 20 | | were taking it, and there could have been a | | | |
| | 128: 21 | | cardiovascular effect for the positive with naproxen. | | | |
| | 128: 22 | | They said that they were just -- that -- that -- | | | |
| | 128: 23 | | that -- I -- I can truly tell you that nobody from | | | |
| | 128: 24 | | Merck gave me any bad news about Vioxx. | | | |
| | 128: 25 | Q. | Is it fair to say or is it not fair to | | | |
| | 129: 1 | | say -- well, let me rephrase the question. | | | |
| | 129: 2 | | In that regard, did the Merck sales | | | |
| | 129: 3 | | representatives ever tell you that there was a | | | |
| | 129: 4 | | scientific theory that Vioxx may cause blood clots, be | | | |
| | 129: 5 | | prothrombotic? Did the Merck sales representatives | | | |
| | 129: 6 | | ever tell you that they were aware, that Merck was | | | |
| | 129: 7 | | aware that there was a potential for Vioxx to be | | | |
| | 129: 8 | | prothrombotic, and that they were aware of that | | | |

Handwritten response annotation (Re: 128:5-128:24): Sustained — not even close. In 1st place, Q is leading. 2nd place, is leading the answer. 3rd place, is non-responsive.