Cumulative testimony offered by Plaintiff through David Graham

| Testimony Already Offered Through Dr. Avorn | Examples of Cumulative Testimony Now Offered Through Dr. Graham |
| --- | --- |
| **1. VIGOR CV results cannot be explained by Naproxen's cardioprotection:**<br><br>Q.  And what, if any, evidence  existed prior to 2000 that naproxen was good for the heart in the same way that aspirin was?<br> A.   Virtually no evidence.<br>(9-12-06, 319:10-13)<br><br>Q.   Would you please go to the section where that is addressed.  And if you go down to the last paragraph, I think that's where that is.<br> A.   Yes, right.  In the end of the discussion, "to place theeffect of naproxen in perspective, in a large randomized trial of daily aspirin use in primary prevention, patients in the intervention arm experienced a 44 percent reduction in the risk of acute myocardial infarction," or heart attack. "Therefore, it would be false to equate the more modest effect of naproxen" -- that is, a 16 percent reduction, as compared to a 44 percent reduction -- "it would be false to equate the more modest effect of naproxen suggested in this study with the cardioprotection afforded by aspirin."<br>Q.   Would you tell the members of the jury in a very simple way what you were saying there about the vigor study.<br>A.   Yes.  What we said in that paper that | **1. VIGOR CV results cannot be explained by Naproxen's cardioprotection:**<br><br>A. …  The second thing was that just on the face of it, this notion of naproxen being protective, I was highly skeptical of it, and as a matter of fact, so were my office leadership, including Peter Honig, who is now at Merck, but was my office director then, and Marty Himmel, who is now at Merck, but was his deputy office director. We were skeptical of the naproxen hypothesis.  We were skeptical for the following reasons -- I was skeptical for the following reasons:<br>        1.  Naproxen has been on the market for over 30 years.<br>        2.  Naproxen had been used in many, many, many clinical trials, and nobody had ever reported this phenomenal heart-protecting effect before.<br>        3.  There were -- and we talk about 100 million prescriptions or 106 million prescriptions for Vioxx. There were probably way, way more of that of naproxen over the 30 years that it's been on the market, so, there's widespread use.<br>        And then, finally, if naproxen had had that kind of protective effect that Merck was claiming in the VIGOR study, it would have had to have been about three times |

*Overruled*
*( See back of this page for reasons)*

Some of the testimony given
by Jerry Avorn & David Graham
does focus on the same areas.
But the witnesses view it from
different specialities & from different viewpoints.

Avorn is an academic researcher
retained by the Plaintiff to testify
as an Xpert witness. He is a
pharmacoenomiologist

Graham is Associate Director for
Science & Medicine in the office of
drug safety at the FDA. He is an
epidemiologist. He looks at these
issues from a different vantagepoint
& his views are relevant for
other reasons than the views of Avorn.

So while the views of these witnesses
may be similar they are not
improperly cumulative because
each is looking at the issues
through the lense of a different
speciality & from a different
vantagepoint.

came out in 2002 was that the very, I guess you could say, wimpy effect of naproxen in protecting the heart of just reducing the rate by 16 percent was no way big enough to account for what would have had to have been an 80 percent reduction in risk to give you that 5-to-1 difference that was seen between vioxx and naproxen in the vigor study.  Naproxen would have had to have been the most magical drug to protect your heart that was ever invented, and we didn't find that.

(9-12-06, 333:17-334:16)

better than aspirin at preventing heart attacks.  And aspirin has been well studied in clinical trials.  It reduces heart attack risks probably on average about 25 percent, and that's viewed pretty much as sort of a wonder drug.  Aspirin is a wonder drug.

Well, here Merck comes with the VIGOR study and says naproxen is three times better than the wonder drug aspirin.  And to me it just failed the straight face test and so –

(Graham playlist, 163:17-165:10)

Q. My question is, what in that context did you mean by the "naproxen alibi," sir?

A.  What I meant was that there was -- it was much more likely based on the available evidence at the time that Vioxx was increasing the risk of heart attack than that naproxen was protecting against heart attack, but that pointing to naproxen saying it protects against heart attacks is an alibi.  It's basically to say it's not Vioxx that's causing the heart attacks, it's naproxen that's protecting against heart attacks.

What I also said at this meeting was that it resulted in a two-year wild goose chase as people in their research focused on addressing naproxen and whether it affects the risk of heart attack, rather than focusing on Vioxx and on lower-dose Vioxx, which was being used by increasing numbers of patients.

(Graham playlist, 177:5-178:3)

Q.   What is the bottom line, bottom, bottom line on the science of whether naproxen is cardioprotective and whether this was an

| | |
|---|---|
| | alibi?<br>A.   Naproxen is not cardioprotective, never was, and it isn't.<br>(Graham playlist, 182:7-13) |
| **2. Vioxx increases risk at low dose and with short term use:**<br><br>Q.   Did you find an increased risk with low-dose?<br> A.   Yes.<br>Q.   Did you find an increased risk at less than 30 days?<br>A. Yes.<br>Q.   Did you find an increased risk at 30 to 90 days?<br>A.   Yes.<br>(9-12-06, 360:15-20) | **2. Vioxx increases risk at low dose and with short term use:**<br><br>Q.   Tell us why "88,000 to 140,000 excess cases of serious coronary heart disease probably occurred in the United States over the market life of Vioxx."<br>A.   It occurred because Vioxx is unsafe at any dose.  In other words, all doses of Vioxx can cause increased heart attack risk.  Vioxx was used widely --<br>Q.   How about the timing of it?<br>A.   The timing begins with the first dose, and there is lots of evidence now that points to that.<br>(Graham playlist, 144:10-22) |
| **3. Vioxx risks outweighed its benefits:**<br><br>Q.   Do you have an opinion that you hold to a reasonable degree of medical certainty as to whether or not vioxx is a drug for which the risks outweigh -- well, outweigh the benefits?<br>A.   Yes, I have that opinion.<br>Q.   Okay.  What is that opinion?<br>A.   That vioxx's risks do indeed outweigh its benefits, which is the view that theFDA agreed with as well.<br>(9-12-06, 316:6-13) | **3. Vioxx risks outweighed its benefits:**<br><br>Q.   In your view, did the benefits clearly exceed the risk or exceed them at all?<br>THE WITNESS:  No.  The benefits did not exceed the risks.<br>BY MR. KLINE:<br>Q.   In fact, was it the opposite?<br>THE WITNESS:  This drug was risky.  And the benefits that one gained at a population level for the risks just weren't worth it.  The juice wasn't worth the squeeze …<br>(Graham playlist, 222:12-223:3)<br><br>Q.   Why is it important in the |

|  | Vioxx story to understand that the FDA did no risk/benefit analysis as you've just said?<br>A.   It's because I think if you look at the VIGOR study, you're confronted with what at least in my read is a startling revelation that for every complicated perforated ulcer or bleed that Vioxx prevented, there were almost two thrombotic cardiovascular events that were caused by the drug.  And so if you're talking about benefits and risks, here we have a ratio of almost two to one where the risks exceed the benefits. (Graham playlist, 136:1-15) |
|---|---|
| **4. Vioxx increased the risk of heart attacks:**<br><br>A.   Because today, Mr. Beck, we're here to talk about the fact that it is now universally agreed that vioxx causes heart attacks (9-12-06, 424:15-17) | **4. Vioxx increased the risk of heart attacks:**<br><br>Q.   Why, sir?<br>A.   Vioxx, in my opinion, was a public health catastrophe because, A, it was a toxic drug that had severe cardiovascular effects raising -- increasing the risk of heart attack. (Graham playlist, 141:10-15) |
| **5. The way the data was presented in VIGOR was misleading:**<br><br>Q.   When you reviewed the actual text of the vigor article, as an epidemiologist, was your -- in the way in which the statistics were reported, were they reported in a way that was of concern to you?<br>A.   Yes.  What was very unusual and unorthodox about the way the findings were presented in the vigor paper was that, instead of saying "patients randomly | **5. The way the data was presented in VIGOR was misleading:**<br><br>At that point then, the article that got published in the New England Journal of Medicine, rather than talking about Vioxx increasing the risk of heart attack, it actually changed the way it did the analysis.   And I thought that this was really a misleading aspect of the way they went about things. When you do a scientific study --<br>Q.   "They" being? |

assigned to take vioxx had five times the number of heart attacks" -- or four times. There's different numbers in different parts of the paper -- "compared to people assigned to take naproxen, instead," it was flipped around in way that is virtually never done in reporting a clinical trial; which is to say, the patients assigned to take naproxen had a reduction in their heart attack rate. And that was striking -- I remember the first time I read the paper, that was a striking difference, because you just never see reports written like that.
(9-12-06, 325:16-326:6)

If you frame the vigor study as naproxen reduces the risk of heart attack instead of framing it as there were five times more people who were given vioxx who had heart attacks than people given naproxen, it creates a very different sense of the riskiness of the drug to the doctor.
(9-12-06, 327:3-7)

A.    "They" being Merck.

…

Whenever you do a clinical trial or a study, you have what's called a reference group or a control group. Frequently in a clinical trial, that will be a placebo, which is a sugar pill.  In the VIGOR study, it was naproxen, which is another pain reliever.  When you have a comparator and you have an experimental treatment, in this case, Vioxx was the experimental treatment, when you do your analysis, you are supposed to put the results for the experimental treatment, in this case, Vioxx, in the numerator of a ratio, and your reference, naproxen, in the denominator.  When the evidence was presented on perforations, ulcers and bleeds, that's the way the information was presented.  It was presented in the classically accepted way, and it showed that the risk of ulcers, et cetera, was about one half, about .5, 50 percent that of naproxen.

When it came to presenting the heart attack risks, it flipped it around.

Q.    "It" being who?

A.    The company, Merck.  They flipped it around, and they put – and now in talking about heart attacks, they put the risk of heart attack in naproxen patients, which is the comparator, the reference group, they put that in the numerator, and they put Vioxx in the denominator, and it should have been the other way around.  But by doing this, then the number that you get is .2.  So, what they could say was, oh, the heart attack risk with naproxen is 20 percent that of Vioxx, rather than having to say the risk of heart

| | attack with Vioxx is five times higher than it was with naproxen. |
|---|---|
| | It may seem like a minor point, but it's really, I think, fundamental, at least in my understanding, of the study, because by misrepresenting that information, it then flows into what I would call the naproxen hypothesis.  And in the VIGOR study, what Merck proposed was that naproxen protected against heart attack.  Even though Vioxx had five times higher rate of heart attack than naproxen, what they said was, is here's Vioxx, here's naproxen, what they said is, well, Vioxx is normal, there's no increased risk here, what it is is naproxen protects against heart attack. (Graham playlist, 158:21-162:17) |