UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | : MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | : SECTION L |
| This document relates to: | : |
| | : JUDGE FALLON |
| LENE ARNOLD | : MAG. JUDGE KNOWLES |
| v. | : |
| MERCK & CO., INC. | : |
| Case No. 05-2627 | : |
| and | : |
| ALICIA GOMEZ | : |
| v. | : |
| MERCK & CO., INC. | : |
| Case No. 05-1163 | : |

**O R D E R**

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Response in Opposition to Merck & Co.'s Motion for Summary Judgment, which is in excess of the page limits directed by the Court.

New Orleans, Louisiana, this 15th day of September, 2006.

_Eldon E. Fallon_
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1