MINUTE ENTRY
FALLON, J.
SEPTEMBER 14, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| ROBERT G. SMITH | REF NO. 05-4379 |
| VERSUS | SECTION: L |
| MERCK & CO., INC. | |

before JUDGE ELDON E. FALLON          THURSDAY, SEPTEMBER 14, 2006, 8:30 am
Case Manager: Gaylyn Lambert                    (continued from 9-13-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
             Philip Beck, Esq., Andrew Goldman, Esq. & Carrie Jablonski, Esq. For defendant

---

JURY TRIAL:
All present and ready.

Plaintiff's Witnesses:

Dr. Briggs Morrison - resumes testimony.

Dr. Edward Scolnick - by video deposition.


Court adjourned at 5:30 pm until Friday, September 15, 2006, at 8:30 am.


JS-10:   6:30