MINUTE ENTRY
FALLON, J.
SEPTEMBER 15, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS       MDL 1657
    LIABILITY LITIGATION

ROBERT G. SMITH

REF NO. 05-4379

VERSUS

SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON    FRIDAY, SEPTEMBER 15, 2006, 8:30 am
Case Manager: Gaylyn Lambert          (continued from 9-14-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
             Philip Beck, Esq., Andrew Goldman, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:
All present and ready.

Plaintiff's Witnesses:

Dr. Edward Scolnick - video deposition resumes. Transcript filed into the record.

Dr. Laura Demopoulos - by video deposition. Transcript filed into the record.

Dr. David Graham - by video deposition.

    JS-10:    6:50