U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  9-15-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
|---|---|
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
*Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

The following deposition testimony was presented to the jury on September 15, 2006:

Videotaped deposition of Dr. Laura Demopoulos.

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

```
                           Demopoulos v1.txt
ID:           Demopoulos

ID:              LD 2620
Page Range:      26:20-27:7

    26:20       Q.      Now, ma'am, then let's look at Vioxx
    26:21 as a drug.
    26:22               You know what the word
    26:23 "prothrombotic" means, don't you?
    26:24       A.      Yes.
    26:25       Q.      Prothrombotic means something might
    27: Page 27
    27: 1 cause a clot in the body, right?
    27: 2       A.      Correct.
    27: 3       Q.      And you knew at Merck that one of the
    27: 4 reasons, at least the VIGOR study showed an increase
    27: 5 in heart attack risks with Vioxx, you knew one of
    27: 6 the possible explanations was Vioxx was causing
    27: 7 clots, right?


ID:              LD 2710
Page Range:      27:10-27:25

    27:10               THE WITNESS:  That was one of several
    27:11 possible explanations.
    27:12 BY MR. LANIER:
    27:13       Q.      And it was a possible explanation
    27:14 that you knew about consciously in your mind as a
    27:15 possibility back when you were the senior director
    27:16 of heart research at Merck, right?
    27:17       A.      I and others within Merck stated that
    27:18 as a possibility.
    27:19       Q.      Right.  Because it wasn't just you,
    27:20 everybody at Merck knew that one of the
    27:21 possibilities for why the VIGOR study showed what it
    27:22 showed is your Vioxx was causing the clotting,
    27:23 right?
    27:24       A.      We enumerated that among the
    27:25 possibilities.


ID:              LD 2821
Page Range:      28:21-29:1

    28:21       Q.      But you dealt with the public affairs
    28:22 people, didn't you?
    28:23       A.      I did.
    28:24       Q.      And you put out a video news release,
    28:25 or you were a part of it at least, right?
    29: Page 29
    29: 1       A.      Yes.


ID:              LD 2920
Page Range:      29:20-30:11

    29:20       Q.      When you did your taping, what was
    29:21 involved in the taping?
    29:22       A.      I responded to some questions that
    29:23 related to an article which had been published by
    29:24 Eric Topol, and the questions and my answers were
```

```
                        Demopoulos v1.txt
29:25 made in response to that article.
30: Page 30
30: 1         Q.       And to put this into a year frame, do
30: 2 you remember when that article was?
30: 3         A.       It was August of 2002, I believe.
30: 4         Q.       Two years before Merck pulled the
30: 5 drug, right?
30: 6         A.       Yes.
30: 7         Q.       And in August of 2002, the article
30: 8 came out. How soon after that did you do your
30: 9 videotaping for the company?
30:10         A.       I don't recall exactly, but I suspect
30:11 it was within several weeks.


ID:              LD 3112
Page Range:      31:12-31:18

31:12         Q.       Do you recall when they came in
31:13 whether or not they would get you to, in essence,
31:14 practice, practice, practice, say the same thing
31:15 over and over and over, get it just right?
31:16         A.       My recollection is that we did
31:17 several takes, if you'd call it that, if that's the
31:18 right term, of similar questions.


ID:              LD 3421
Page Range:      34:21-35:1

34:21                  MR. LANIER:  Okay.
34:22                  Would you please -- we've got this,
34:23 all the outtakes from this, and I want to play some
34:24 of them with you and see if this refreshes your
34:25 memory a little bit about what went on.
35: Page 35
35: 1         A.       Okay.


ID:              LD 8714
Page Range:      87:14-88:1

87:14                  FEMALE SPEAKER 2:  Now, ideally what
87:15 we need from you as kind of a company person out
87:16 there is, you know, Merck stands behind the safety
87:17 profile, or whatever you feel comfortable saying,
87:18 and then give your reasons for why. I think you
87:19 gave different reasons or reasons we didn't even
87:20 have in here, and that is, you know, the product's
87:21 been in millions of people, we've studied it
87:22 routinely, we continue monitoring it, you know,
87:23 we've reported -- we've reported things and look at
87:24 reports coming from physicians. So, whatever makes
87:25 you comfortable in saying that Merck stands behind
88: Page 88
88: 1 the safety.


ID:              LD 8823
Page Range:      88:23-89:11

88:23                  "DR. DEMOPOULOS:  Do you think it's
88:24 useful to -- I mean, I think, you know, in fairness
```

```
                         Demopoulos v1.txt
 88:25 and in our own standby statement and, you know, the
 89:    Page 89
 89: 1  PIRs and our own publications, we say that one
 89: 2  possible explanation for the VIGOR results is the
 89: 3  prothrombotic effect of Vioxx. We say it ourselves.
 89: 4  I mean, we've said it in lots of different places.
 89: 5  And it's in there and they raised that. And there
 89: 6  isn't a single person in the company who's going to
 89: 7  say that that's not a possible explanation. So, you
 89: 8  know, to say that, you know, to make the answer an
 89: 9  absolute and say we stand behind the safety, it's
 89:10  unassailable, is, you know, probably too much of a
 89:11  generalization at least.


ID:            LD 10403
Page Range:    104:3-105:20

104: 3        Q.      Ma'am, what you told that person is,
104: 4  "Do you think it's useful" -- I mean, you started
104: 5  out asking them if they thought it would be useful,
104: 6  right?
104: 7        A.      I did, yes.
104: 8        Q.      And then you changed it and you said,
104: 9  "I mean, to think, you know, in fairness" -- that
104:10  was your word, "in fairness," wasn't it?
104:11        A.      Correct.
104:12        Q.      "And in our own standby statement,
104:13  you know, the PIRs and our own publications, we say
104:14  that one possible explanation for the VIGOR results
104:15  is a prothrombotic effect of Vioxx."
104:16                You said that, didn't you?
104:17        A.      Correct.
104:18        Q.      You say, "We say it ourselves. I
104:19  mean, we've said it in lots of different places.
104:20  And it's in there. And they raised that."
104:21                You said that, didn't you?
104:22        A.      I did.
104:23        Q.      You said, "And there isn't a single
104:24  person in the company who's going to say that that's
104:25  not a possible explanation."
105:    Page 105
105: 1                That's what you said, right?
105: 2        A.      Yes. Merck said that many times.
105: 3        Q.      Now, ma'am, if you'll look at the way
105: 4  you've ended this, because it kind of frames her
105: 5  first request of does the company stand by, you
105: 6  said, "So, you know, to say that, you know, to make
105: 7  the answer an absolute and say we stand behind the
105: 8  safety, it's unassailable, is, you know, probably
105: 9  too much of a generalization at least."
105:10                That's what you said, isn't it?
105:11        A.      Yes.
105:12        Q.      Because it is too much of a
105:13  generalization to say Merck stood behind the safety
105:14  of Vioxx when it came to heart attacks, right?
105:15        A.      No.
105:16        Q.      So, when you say that it -- to make
105:17  an answer and say, "We stand behind the safety is
105:18  probably too much of a generalization," were you
105:19  telling the truth?
105:20        A.      Yes.
```

```
                        Demopoulos v1.txt

ID:            LD 11624a
Page Range:    116:24-117:21

   116:24      Q.     All right.
   116:25             So, make sure -- I don't understand
   117: Page 117
   117: 1 how I'm missing it, so, I just want to make sure
   117: 2 I've got this right.
   117: 3             You do agree that every -- that one
   117: 4 possible explanation for the VIGOR result is a
   117: 5 prothrombotic effect of Vioxx, right?
   117: 6      A.     Yes.  That's a possible explanation.
   117: 7      Q.     And you do agree, quote, there isn't
   117: 8 a single person in the company who's going to say
   117: 9 that's not a possible explanation, right?
   117:10      A.     A possible explanation.
   117:11      Q.     And you do agree that Merck ought to
   117:12 tell customers the truth about its drugs, right?
   117:13      A.     The truth, yes.
   117:14      Q.     And you do agree that if Merck thinks
   117:15 Vioxx possibly causes heart attacks, that Merck
   117:16 ought to at least say we think that's possible,
   117:17 true?
   117:18      A.     No, not necessarily.  I think there
   117:19 are many instances where it may or may not be
   117:20 appropriate or prudent to raise questions that one
   117:21 might have.


Total Length - 00:07:47
```