MINUTE ENTRY
FALLON, J.
SEPTEMBER 16, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            MDL 1657
      LIABILITY LITIGATION

ROBERT G. SMITH

                                                          REF NO. 05-4379

VERSUS

                                                          SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON        SATURDAY, SEPTEMBER 16, 2006, 8:00 am
Case Manager: Gaylyn Lambert                  (continued from 9-15-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
               Philip Beck, Esq., Andrew Goldman, Esq. & Carrie Jablonski, Esq. For defendant

---

JURY TRIAL:
All present and ready.

Plaintiff's Witnesses:

Dr. David Graham - video deposition resumes. Transcript filed into the record.

Dr. Ned S. Braunstein - by video deposition. Transcript filed into the record.

Dr. Lemuel Moye - sworn - accepted as expert.

Court adjourned at 1:05 pm until Monday, September 18, 2006, at 8:30 am.

JS-10:     4:30