U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   9-16-06

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL No. 1657** |
| | **Section L** |
| | **Judge Eldon E. Fallon** |
| | **Magistrate Judge Daniel E. Knowles, III** |

**THIS DOCUMENT RELATES TO:**
   *Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

The following deposition testimony was presented to the jury:

Videotaped deposition of Dr. David Graham.

___ Fee_____
___ Process___
_X_ Dktd____
___ CtRmDep__
___ Doc. No.___

Graham v5.txt

ID:          Graham

ID:            Graham 3324
Duration:      00:00:03.5

33:24        Q.    Dr. Graham, good morning.
34: Page 34
34: 1        A.    Good morning.


ID:            Graham 3513
Duration:      00:01:53.1

35:13            I would like to know who you
35:14  are, sir.  What is your current title and
35:15  position at the FDA?
35:16        A.    I'm a medical officer and
35:17  the associate director for science and
35:18  medicine in the Office of Drug Safety.
35:19        Q.    What does that job involve,
35:20  sir?
35:21        A.    I'm the senior scientific
35:22  adviser for the office.  I mentor the
35:23  scientific staff.  I advise the office
35:24  director on all scientific and medical
36: Page 36
36: 1  matters.  I oversee intramural and
36: 2  extramural research programs within the
36: 3  office and serve as a resource to the
36: 4  center, the Center For Drug Evaluation on
36: 5  epidemiologic matters as well.
36: 6        Q.    You are an epidemiologist,
36: 7  sir?
36: 8        A.    Yes, I am.
36: 9        Q.    And you're also a physician?
36:10        A.    That's correct.
36:11        Q.    So, you hold an M.D. degree
36:12  as well; is that correct?
36:13        A.    Yes.
36:14        Q.    And you're a long-time
36:15  employee of the FDA?
36:16        A.    Yes.
36:17        Q.    How many years, sir?
36:18        A.    About 22.
36:19        Q.    This deposition is about
36:20  many of your public statements.
36:21            One you made on November 18,
36:22  2004 to the United States Senate Finance
36:23  Committee.  You said, to quote you,
36:24  "Vioxx is a terrible tragedy and a
37: Page 37
37: 1  profound regulatory failure.  I would
37: 2  argue that the FDA as currently
37: 3  configured is incapable of protecting
37: 4  America against another Vioxx.  We are
37: 5  virtually defenseless."  Did you make
37: 6  that statement?
37: 7        A.    Yes, I did.
37: 8        Q.    You also made a statement on
37: 9  November 18 before the United States
37:10  Senate where you said, "Vioxx is the
37:11  single greatest drug safety catastrophe

Page 1

```
                           Graham v5.txt
37:12 in the history of this country."  Did you
37:13 make that statement, sir?
37:14          A.    Yes, I did.
37:15          Q.    Do you stick by that
37:16 statement, sir?
37:17          A.    I do.
37:18          Q.    You also said, "The FDA, its
37:19 Center for Drug Evaluation and Research,
37:20 are broken."  Did you make that
37:21 statement, sir?
37:22          A.    Yes, I did.
37:23          Q.    Do you believe that and do
37:24 you stick to it today?
38: Page 38
38: 1          A.    Yes, I do.


ID:            Graham 3908
Duration:      00:00:39.8

39: 8                  Sir, within the FDA, to what
39: 9 have you devoted your entire professional
39:10 activities and professional life?
39:11          A.    Post-marketing drug safety
39:12 and public health.
39:13          Q.    What is post-marketing
39:14 safety, sir?
39:15          A.    It's examining the safety of
39:16 drug products once they've been approved
39:17 for marketing.
39:18          Q.    Do you have any interest of
39:19 any kind in the Vioxx litigation, sir?
39:20          A.    No.
39:21          Q.    Do you have any financial
39:22 interest in any drug company or any other
39:23 kind of conflict that you can think of
39:24 that you would disclose here?
40: Page 40
40: 1          A.    I have none that I can think
40: 2 of.


ID:            Graham 4020
Duration:      00:00:26.9

40:20                  You have a Bachelor's Degree
40:21 from Johns Hopkins; is that correct?
40:22          A.    Yes.
40:23          Q.    In what year, sir?
40:24          A.    1976.
41: Page 41
41: 1          Q.    You graduated Phi Beta
41: 2 Kappa?
41: 3          A.    Correct.
41: 4          Q.    Meaning?
41: 5          A.    That's a scholastic honorary
41: 6 society that's awarded to people who
41: 7 graduate in the top of their class.
41: 8          Q.    Then you went to medical
41: 9 school where, sir?
41:10          A.    Johns Hopkins University.
41:11          Q.    You graduated second in your
41:12 class?
```

```
                              Graham v5.txt
41:13        A.     That's correct.


ID:          Graham 4118a
Duration:    00:00:05.0

41:18        Q.     You then went on to get a
41:19 Master's Degree in public health, is that
41:20 correct?
41:21        A.     Yes.


ID:          Graham 4217c
Duration:    00:00:14.0

42:17        Q.     You're a career FDA person
42:18 then?
42:19        A.     Yes.
42:20        Q.     You did an internship and
42:21 residency at Yale first; is that correct?
42:22        A.     Yes.
42:23        Q.     Then you did a residency in
42:24 neurology?
43: Page 43
43: 1        A.     Correct.


ID:          Graham 4312c
Duration:    00:01:12.5

43:12        Q.     A second residency?
43:13        A.     Yes.
43:14        Q.     That second residency being
43:15 at the University of Pennsylvania?
43:16        A.     Correct.
43:17        Q.     So, you have an internship
43:18 at Yale, residency at Penn in neurology
43:19 and then your training in epidemiology?
43:20        A.     Right.
43:21        Q.     Your epidemiology training
43:22 was three years?
43:23        A.     Three years.
43:24        Q.     What is the -- and if you
44: Page 44
44: 1 could be precise, what is the study of
44: 2 epidemiology?
44: 3        A.     Epidemiology, I think, is
44: 4 the study of the causes and distribution
44: 5 of diseases in populations.  And in the
44: 6 area of drug epidemiology, it is looking
44: 7 at the distribution and causes of
44: 8 drug-induced injuries, but you could also
44: 9 be looking for the patterns of the way
44:10 drug products are used in the population.
44:11        Q.     Okay.
44:12               How have you used
44:13 epidemiology during your entire
44:14 professional life?
44:15        A.     It's been in the practice of
44:16 pharmacoepidemiology or drug safety.
44:17        Q.     And what is
44:18 pharmacoepidemiology, sir?
44:19        A.     It's a fancy word for drug
```

Graham v5.txt
44:20 safety epidemiology, "pharmaco" referring
44:21 to drugs, "epidemiology," study of the
44:22 distribution and causes of disease.


ID:          Graham 4708C
Duration:    00:00:19.9

47: 8        Q.    Along the way, sir, in your
47: 9 career at the FDA, have you received many
47:10 different awards?
47:11        A.    Yes, I have.
47:12        Q.    As well as honors?  I think
47:13 it's called in your curriculum vitae
47:14 honors and awards; is that correct?
47:15        A.    Correct.
47:16        MR. KLINE:  I'm going to
47:17 mark your curriculum vitae as
47:18 Exhibit 1 so we have it as part of
47:19 this record.


ID:          Graham 4809c
Duration:    00:00:04.1

48: 9        Would you confirm that
48:10 indeed that's your curriculum vitae?
48:11        A.    Yes, it is.


ID:          Graham 6010
Duration:    00:00:09.2

60:10        Q.    I would ask you, sir, do you
60:11 consider yourself an expert in drug
60:12 safety?
60:13        A.    Yes, I do.


ID:          Graham 6106
Duration:    00:01:56.0

61: 6        Q.    In what areas of FDA do you
61: 7 consider yourself expert?
61: 8        A.    I am an expert in areas of
61: 9 post-marketing drug safety.  I am an
61:10 expert in areas of interaction between
61:11 the reviewing divisions, the preapproval
61:12 side of FDA and the postapproval side of
61:13 FDA.  I'm an expert on the culture of
61:14 FDA, on the ways that science is used
61:15 within FDA for -- as it relates to drug
61:16 safety in particular, but also as it
61:17 relates to efficacy.  I'm an expert in
61:18 the personnel practices of FDA in the
61:19 ways that it treats its medical officers,
61:20 and there's probably a host of other
61:21 areas that relate to life working within
61:22 FDA that I've become expert in.
61:23        Q.    You're a lifer there?
61:24        A.    Thus far, yes.
62: Page 62
62: 1        Q.    Let me -- do you have any

Page 4

```
                          Graham v5.txt
62: 2 current intention of leaving the FDA?
62: 3          A.    No, not unless I'm forced to
62: 4 leave.  I love the work that I do.
62: 5          Q.    Let me ask you some
62: 6 questions about your public statements.
62: 7                You testified before the
62: 8 United States Senate, Senate Finance
62: 9 Committee Hearing on drug safety and the
62:10 worldwide withdrawal of Merck & Company,
62:11 Inc. of Vioxx, November 18, '04; is that
62:12 correct?
62:13          A.    Yes.
62:14          Q.    You appeared on 60 Minutes
62:15 on February 16, '05; is that correct?
62:16          A.    Yes.
62:17          Q.    You appeared on February 17,
62:18 '05 before the joint meeting of the
62:19 Arthritis Advisory Committee of the Drug
62:20 Safety and Risk Management Advisory
62:21 Committee of the FDA; is that correct?
62:22          A.    Yes.
62:23          Q.    On the Today Show with Katie
62:24 Couric on December 21, '05 you were
63: Page 63
63: 1 interviewed?
63: 2          A.    Was it '05 or '04?
63: 3          Q.    '04.  I'm sorry.   '04?
63: 4          A.    Yes.
63: 5          Q.    On Good Morning America with
63: 6 Diane Sawyer on November 19, '04?
63: 7          A.    Yes.


ID:              Graham 6315c
Duration:        00:00:18.9

63:15                Did you also appear on ABC
63:16 Nightline with Ted Koppel on December 3,
63:17 '04?
63:18          A.    Yes, I did.
63:19          Q.    And in many other forums
63:20 relating to Vioxx, the withdrawal of
63:21 Vioxx; is that correct?
63:22          A.    Yes.
63:23          Q.    Do you believe Vioxx is an
63:24 unsafe drug, sir?
64: Page 64
64: 1          A.    Yes I, do.


ID:              Graham 6405c
Duration:        00:00:23.4

64: 5          Q.    Should it ever have been on
64: 6 the market in the first place?
64: 7          A.    It is my professional
64: 8 opinion, based on the evidence that I've
64: 9 looked at, that Vioxx should not have
64:10 been approved at the time that it was
64:11 approved, that there were substantial
64:12 areas of concern relating to
64:13 cardiovascular safety that should have
64:14 been explored more fully and more
```

```
                          Graham v5.txt
64:15 thoroughly prior to consideration of an
64:16 approval.


ID:              Graham 8218
Duration:        00:00:14.6

82:18        Q.    What does OND largely rely
82:19 upon in approval of drugs?
82:20        A.    It relies on documents
82:21 supplied to it by a drug company seeking
82:22 approval of its drug.
82:23        Q.    Only as good as the
82:24 information provided?


ID:              Graham 8302c
Duration:        00:00:00.8

83: 2              THE WITNESS:  Correct.


ID:              Graham 13303
Duration:        00:00:17.0

133: 3             By the way, if you see
133: 4 statistical significance in one of these
133: 5 small studies, does that -- is there
133: 6 greater significance to that?  If there's
133: 7 a study that's not powered to show a
133: 8 problem and then you show it anyway, is
133: 9 there more significance to that?


ID:              Graham 13312
Duration:        00:00:09.3

133:12             THE WITNESS:  In my view,
133:13 that is an alarming circumstance,
133:14 one that demands intensive
133:15 scrutiny and attention.
133:16 BY MR. KLINE:
133:17        Q.    Did that happen here in the
133:18 Vioxx story?
133:19        A.    Yes, it did.


ID:              Graham 13404
Duration:        00:03:23.5

134: 4        Q.    Now, I want to do a topic,
134: 5 efficacy versus benefit.  I'd like you to
134: 6 explain to the members of the jury in
134: 7 brief terms why efficacy, which is what
134: 8 we sometimes hear, a drug is efficacious,
134: 9 is different than benefit, and how those
134:10 two either equate, in your opinion, or
134:11 don't equate and what the significance
134:12 is, please.
134:13        A.    Okay.  Efficacy is, does the
134:14 drug have a biological effect.  So, if
134:15 the drug is supposed to treat high blood
134:16 pressure, the efficacy will be, does it
```

Graham v5.txt
134:17 reduce your blood pressure.  So, it's
134:18 reducing a body measurement.  That's the
134:19 effect.  And if it does that, we say that
134:20 it has efficacy.
134:21              Effectiveness is whether or
134:22 not that drug taken on a regular basis
134:23 will actually give you a health benefit
134:24 long-term.  If the drug lowers your blood
135: Page 135
135: 1 pressure, but doesn't prevent you from
135: 2 having heart attacks, strokes, kidney
135: 3 failure or dying at a young age, well,
135: 4 then, you've spent a lot of money to have
135: 5 a lower blood pressure number, but have
135: 6 derived no benefit from it.  So, what you
135: 7 want is, really, when you talk about
135: 8 benefit/risk, is you want to look at what
135: 9 is sort of the health benefits, the real
135:10 certifiable health benefit that you're
135:11 deriving from a drug versus what are the
135:12 real risks.
135:13              But what FDA frequently
135:14 does, almost always does, is it takes the
135:15 efficacy -- when it says benefits exceed
135:16 the risks, what it's really saying is in
135:17 our estimation, the FDA's estimation, the
135:18 efficacy should lead to a benefit, and we
135:19 say that benefit exceeds the risk.  But
135:20 FDA has never done a formal benefit
135:21 analysis on any drug product to my
135:22 knowledge.  It certainly did not do one
135:23 with Vioxx when it said that the benefits
135:24 exceeded the risks.
136: Page 136
136: 1         Q.    Why is it important in the
136: 2 Vioxx story to understand that the FDA
136: 3 did no risk/benefit analysis as you've
136: 4 just said?
136: 5         A.    It's because I think if you
136: 6 look at the VIGOR study, you're
136: 7 confronted with what at least in my read
136: 8 is a startling revelation that for every
136: 9 complicated perforated ulcer or bleed
136:10 that Vioxx prevented, there were almost
136:11 two thrombotic cardiovascular events that
136:12 were caused by the drug.  And so if
136:13 you're talking about benefits and risks,
136:14 here we have a ratio of almost two to one
136:15 where the risks exceed the benefits.
136:16              Now, let's look at what the
136:17 case fatality rates are.  Nationally,
136:18 about five percent of people with GI
136:19 bleeds die.  And I learned that by going
136:20 to the National Centers For Health
136:21 Statistics and looking at death
136:22 certificate data and then going to the
136:23 National Hospital Discharge Survey and
136:24 looking at how many hospitalizations
137: Page 137
137: 1 there are for GI bleed.  So, you have a
137: 2 five percent death rate from GI bleeding.
137: 3 In other words, you can have a GI bleed,
137: 4 that's a pretty serious thing, you get

Page 7

Graham v5.txt

137: 5 hospitalized for it, but most of the time
137: 6 you're not going to die.  With heart
137: 7 attack, it's about a 40 percent chance
137: 8 that you're going to die.  So, if what
137: 9 we're really interested in is sort of
137:10 benefit/risk, and let's take it to what's
137:11 the most important thing, and that's do I
137:12 live or do I die, in my view, the scales
137:13 are tilted greatly against Vioxx in terms
137:14 of safety versus benefit.
137:15          Q.     Okay.
137:16                 That risk/benefit analysis
137:17 was or was not done by FDA?
137:18          A.     It was not done by FDA.
137:19          Q.     In your opinion, had it been
137:20 done, it would have come out the way you
137:21 suggested if it had been correctly and
137:22 diligently and honestly done?
137:23          A.     Yes.


ID:                 Graham 13804
Duration:           00:02:51.7

138: 4          Q.     I'm reminded to ask, was
138: 5 that risk/benefit done by the company, by
138: 6 Merck?
138: 7          A.     To my knowledge, it was not.
138: 8 And I could cite as evidence of that the
138: 9 VIGOR study.  And in the VIGOR study,
138:10 there's no real mention of weighing the
138:11 benefits and the risks in that study.
138:12 It's kind of implied that the benefits
138:13 exceed the risks, but there's no formal
138:14 analysis of it.
138:15                 And it's also very curious
138:16 that in that paper, the most likely
138:17 explanation for the finding wasn't
138:18 addressed, which is the effect of Vioxx
138:19 on prostacyclin, which is the chemical
138:20 made by the body that causes blood
138:21 vessels to dilate and keeps platelets
138:22 from clotting.  And what Vioxx does is,
138:23 it blocks the production of prostacyclin
138:24 and makes it more likely that a heart
139: Page 139
139: 1 attack can happen.  And in that VIGOR
139: 2 study, which was published in the New
139: 3 England Journal of Medicine and got a lot
139: 4 of press, there's not a single word or
139: 5 mention or reference to this
139: 6 pharmacologic fact that was well known
139: 7 throughout the medical community by this
139: 8 time and was published in the literature.
139: 9 And it was well known to the FDA medical
139:10 officer in her NDA review which preceded
139:11 the publication of the VIGOR study.
139:12          Q.     Was it all the more
139:13 significant as to Vioxx, and I know
139:14 you've talked about this, sir, the fact
139:15 that there were, I think it's in your
139:16 article, the fact that there were 106
139:17 million prescriptions of Vioxx during the

Page 8

Graham v5.txt
```
139:18 lifetime of Vioxx from '99 to '04?
139:19         A.    In the United States,
139:20 correct.
139:21         Q.    What is the significance --
139:22 and used by how many people to your
139:23 understanding?
139:24         A.    Estimates that I've seen
140: Page 140
140: 1 range to about 20 million in the United
140: 2 States.
140: 3         Q.    What is the significance of
140: 4 this story -- in this story, we're going
140: 5 to go into this in detail in a moment.
140: 6 What's the significance in terms of all
140: 7 of that usage, both premarketing and then
140: 8 after the drug was marketed, the fact
140: 9 that it was going to be used by --
140:10         A.    Well --
140:11         Q.    -- literally over a hundred
140:12 million prescriptions?
140:13         A.    Right.  The fact that the
140:14 drug was going to be used widely and that
140:15 it was used widely means that the
140:16 exposure to potential harm was very large
140:17 at a population level.  So, at a
140:18 population level, if we were saying, oh,
140:19 only 1,000 people or 10,000 people got
140:20 this drug, well, the number of people who
140:21 could be injured as a result, that
140:22 absolute number, would be relatively
140:23 small.  But when you give a drug to 20
140:24 million people, you multiply the numbers
141: Page 141
141: 1 of people who can be affected.  So,
141: 2 that's -- from a public health
141: 3 perspective, that is why I considered
141: 4 this to be a public health catastrophe.
141: 5         Q.    Was it indeed -- was Vioxx
141: 6 indeed a public health catastrophe?


ID:             Graham 14108a
Duration:       00:00:03.0


141: 8             THE WITNESS:  Yes.
141: 9 BY MR. KLINE:
141:10         Q.    Why, sir?


ID:             Graham 14111
Duration:       00:01:49.2


141:11         A.    Vioxx, in my opinion, was a
141:12 public health catastrophe because, A, it
141:13 was a toxic drug that had severe
141:14 cardiovascular effects raising --
141:15 increasing the risk of heart attack.
141:16             Two, heart attack is like
141:17 one of the leading causes of death in the
141:18 United States, so, the rate of it is
141:19 pretty high.  If I have a drug that
141:20 increases the rate of something that
141:21 already happens at a high rate, I'm
```

Page 9

Graham v5.txt

141:22 multiplying two high numbers by each
141:23 other, and that's going to mean that lots
141:24 of people will probably have heart
142: Page 142
142: 1 attacks.
142: 2          Three, the typical person
142: 3 with osteoarthritis or rheumatoid
142: 4 arthritis who was going to get Vioxx is
142: 5 somebody who is older.  And older people
142: 6 have other risk factors for heart
142: 7 disease.  If your typical Vioxx user is
142: 8 somebody in their 60s, well, if they are
142: 9 male, they've got their gender is a risk
142:10 factor for heart attack, their age is a
142:11 risk factor for heart attack, and if you
142:12 look nationally at statistics on health
142:13 of Americans, they will also have at
142:14 least one of the following:  they'll have
142:15 high blood pressure, high cholesterol,
142:16 diabetes or they'll smoke.  So, right off
142:17 the bat, this drug is going to be
142:18 marketed -- your typical patient that is
142:19 getting this drug is going to be somebody
142:20 who has two or three risk factors for
142:21 heart disease already.  So, you put all
142:22 these things together and then you
142:23 multiply it by the fact that I'm giving
142:24 it to 20 million people, and it's just
143: Page 143
143: 1 simple mathematics that you've got a
143: 2 formula for disaster.
143: 3          Q.    Sir, you have actually
143: 4 quantified what you believe to be the
143: 5 formula in your study paper -- your
143: 6 Kaiser study paper published in Lancet.
143: 7 Is Lancet a highly respected journal?
143: 8          A.    Yes.
143: 9          Q.    Published in Britain?
143:10          A.    Yes.


ID:            Graham 14317
Duration:      00:00:02.2


143:17          Q.    What is it the equivalent of
143:18 in the United States?


ID:            Graham 14320u
Duration:      00:02:21.9


143:20          THE WITNESS:  It's the
143:21          equivalent of the New England
143:22          Journal of Medicine or the Journal
143:23          of the American Medical
143:24          Association.
144: Page 144
144: 1 BY MR. KLINE:
144: 2          Q.    You stated there, "88,000 to
144: 3 140,000 excess cases of serious coronary
144: 4 heart disease probably occurred in the
144: 5 United States over the market life of
144: 6 Vioxx."  Did you make that statement?

Page 10

```
                         Graham v5.txt
144: 7        A.    Yes, I did.
144: 8        Q.    Is that a true statement?
144: 9        A.    Yes, it is.
144:10        Q.    Tell us why "88,000 to
144:11 140,000 excess cases of serious coronary
144:12 heart disease probably occurred in the
144:13 United States over the market life of
144:14 Vioxx."
144:15        A.    It occurred because Vioxx is
144:16 unsafe at any dose.  In other words, all
144:17 doses of Vioxx can cause increased heart
144:18 attack risk.  Vioxx was used widely --
144:19        Q.    How about the timing of it?
144:20        A.    The timing begins with the
144:21 first dose, and there is lots of evidence
144:22 now that points to that.  In fact, on the
144:23 APPROVe study, which we used to help
144:24 formulate our estimate of heart attacks,
145: Page 145
145: 1 was a study performed by Merck of
145: 2 patients with colon polyps, and they were
145: 3 giving them the 25 milligram strength of
145: 4 Vioxx to see if they could prevent colon
145: 5 polyps.  And the study found a roughly
145: 6 twofold increase in heart attack risk in
145: 7 patients who were treated with Vioxx
145: 8 compared to people who are taking a sugar
145: 9 pill, a placebo.
145:10        Now, in the paper that the
145:11 company published, they did what's called
145:12 a post hoc analysis.  And this is an
145:13 analysis that's done after the fact.  And
145:14 so FDA -- if this analysis had been
145:15 presented to FDA for an -- for some
145:16 statement to be put in their labeling,
145:17 FDA would have thrown it out because
145:18 they'd say it's post hoc, which means it
145:19 could have happened by accident.  In
145:20 clinical trials, you're supposed to
145:21 prespecify before the trial starts what
145:22 analyses you will do.  And the
145:23 prespecified analysis that Merck said
145:24 they would do showed a twofold increased
146: Page 146
146: 1 risk.  And the correct interpretation of
146: 2 that is that the risk would be increased
146: 3 from the start of the drug for as long as
146: 4 you took the drug.  But Merck did a post
146: 5 hoc analysis.  And the post hoc analysis
146: 6 showed these two curves where they said
146: 7 that the risk didn't begin until after
146: 8 you are on the drug for 18 months.  And
146: 9 as a result, there was a public
146:10 statement, a press release from Merck
146:11 that said that the risk doesn't begin
146:12 until after 18 months.  Newspapers put it


ID:            Graham 14621u
Duration:      00:04:49.6

146:21              Well, two things.  One, that
146:22 was the approved -- that was a post hoc
```

Graham v5.txt
146:23 analysis, so it can't be accepted.  What
146:24 it can be used for is to raise a
147: Page 147
147: 1 hypothesis, a question, hmm, maybe this
147: 2 is something -- maybe it only works after
147: 3 18 months.  Then you have to go back to
147: 4 do a second study to prove that.  If you
147: 5 look -- so, that's point one.
147: 6           Point two is, if you look at
147: 7 those two curves and you look at how many
147: 8 patients they had in the study, how many
147: 9 heart attacks they had in that study at
147:10 the time -- let's take six months, for
147:11 example.  At six months, there were about
147:12 five or six heart attacks total in the
147:13 APPROVe study.  And now they don't give
147:14 the figures in the paper, so, you've got
147:15 to kind of make these extrapolations from
147:16 proportions that are presented in the
147:17 paper.  Five or six.  In order to show a
147:18 relative risk of 2, which is what the
147:19 overall study showed, they would have to
147:20 have had --
147:21      Q.    VIGOR?
147:22      A.    No.  We're talking APPROVe.
147:23      Q.    I'm sorry.
147:24      A.    This is the 18 month.
148: Page 148
148: 1           They would have had to have
148: 2 had 95 patients, 95 heart attacks by six
148: 3 months, when all they had was five or
148: 4 six.  So, the study would have had to
148: 5 have been almost 20 times larger in order
148: 6 to have a chance of finding the problem.
148: 7 As it is, with the five or six cases that
148: 8 they had at six months, all that Merck
148: 9 could say from a statistical perspective
148:10 is the risk of heart attack with Vioxx
148:11 can be no higher than about 200.
148:12      Q.    This is called power?
148:13      A.    This is power.  And what
148:14 we're seeing there is the absence of
148:15 evidence is not evidence of absence.
148:16 They're saying the truth is, we don't
148:17 have the power.  But Merck is using that
148:18 argument to say, ha-ha, because we don't
148:19 have the power, therefore there isn't a
148:20 risk, therefore, anybody with a heart
148:21 attack before then, it's their own bad
148:22 luck.
148:23           But I give you an analogy,
148:24 and the analogy is, we've got those two
149: Page 149
149: 1 curves, and if you have a picture of
149: 2 APPROVe, you could put it up and then we
149: 3 could talk from the curve.  You've got
149: 4 these two curves that come together, and
149: 5 there's no power there in that first 18
149: 6 months to show a difference.  And as I
149: 7 just discussed, the study would have to
149: 8 be 20 times larger in order to show a
149: 9 twofold difference.  You talk about
149:10 stacking the deck.  That's a stacked

Graham v5.txt

149:11 deck.
149:12              Here's the analogy.  The
149:13 company is saying to you, to me, to the
149:14 jury, the moon has no craters.  And they
149:15 say, look at the APPROVe study in the
149:16 first 18 months.  I don't see a
149:17 difference there.  I look at the moon.  I
149:18 don't see any craters.  I'm saying, wait
149:19 a second, here's a pair of binoculars.
149:20 Let's make that study 20 times bigger.
149:21 Let me give you binoculars that raises it
149:22 20 times.  Now you look at the moon and
149:23 you see there are craters.  You look
149:24 here, you would see this heart attack.
150: Page 150
150: 1              Now, there had been 11
150: 2 published studies, observational studies.
150: 3 So, you'll never get a clinical trial
150: 4 that's that large to study this question.
150: 5 So, it has to come from observational
150: 6 studies.  The preponderance of the
150: 7 evidence of observational studies, there
150: 8 are now 11 published observational
150: 9 studies.  Nine of those observational
150:10 studies found that Vioxx increases the
150:11 risk of heart attack.  Of those nine, all
150:12 nine of them, when you look at it, you
150:13 have to tease it out, but in the studies,
150:14 they make it clear that the risk of heart
150:15 attack that they found in that study
150:16 occurred within 12 months.  So, we're
150:17 already inside 18 months.  Seven of those
150:18 studies have the evidence present within
150:19 six months.  Four of those studies have
150:20 the evidence within the first
150:21 prescription.  So, in other words, what
150:22 we have is evidence that Vioxx increases
150:23 the risk of heart attack from the first
150:24 dose on.  And we have no evidence to
151: Page 151
151: 1 suggest that the risk goes away with
151: 2 time.
151: 3              This follows precisely from
151: 4 what we believed the underlying mechanism
151: 5 is by which Vioxx and other COX-2
151: 6 inhibitors might cause heart attack.  And
151: 7 that is, suppressing prostacyclin so that
151: 8 there's an excess of thromboxane.
151: 9 Thromboxane causes platelets to clot and
151:10 can cause heart attacks.  And if you
151:11 disturb that balance, that disturbance in
151:12 balance is going to happen within the
151:13 first dose, and so -- the first couple
151:14 doses.  And so what you have is the
151:15 expectation that the risk should begin
151:16 early.  The only reason people don't find
151:17 it is because they don't have 10 million
151:18 patients in a clinical trial on the first
151:19 day that would let them see it.
151:20         Q.     You found it in your study?
151:21         A.     And we found it in our
151:22 study.
151:23         Q.     And was your study a large

Page 13

Graham v5.txt

151:24 scale observational study?
152: Page 152
152: 1          A.      Yes.
152: 2          Q.      And do large term
152: 3 observational studies provide an
152: 4 important -- are they an important piece
152: 5 of information in the matrix of
152: 6 information about drug safety?
152: 7          A.      Yes, they are.  And in this
152: 8 situation, particularly where we're
152: 9 talking about this 18-month question, it
152:10 is the only information available.


ID:              Graham 15221
Duration:        00:00:30.3

152:21                   I want to go back to the
152:22 general question that was on the table at
152:23 the time, which was, as to your statement
152:24 about the Kaiser study, in the Kaiser
153: Page 153
153: 1 study that 88 to 140,000 excess cases of
153: 2 serious coronary heart disease probably
153: 3 occurred in the United States over the
153: 4 life of the drug Vioxx.  And I had
153: 5 interrupted you.
153: 6                   What is the answer to that
153: 7 question as to why you make that
153: 8 statement, if you haven't already
153: 9 explained it?
153:10          A.      Right.
153:11          Q.      You started off saying it's
153:12 unsafe at any dose.  It starts at the
153:13 initial dose.  Are there other factors?


ID:              Graham 15318
Duration:        00:01:28.0

153:18          A.      Just that it has wide use;
153:19 that lower doses and higher doses
153:20 increase the risk; that there's typical
153:21 patients who are going to get the drugs
153:22 have relatively high background rates for
153:23 heart disease.  And you take these
153:24 factors together and you multiply them
154: Page 154
154: 1 out, and you end up with large numbers.
154: 2          Q.      While I don't want to do the
154: 3 exact statistical computation in front of
154: 4 the jury, have you done that to make that
154: 5 kind of statement in the peer reviewed
154: 6 medical literature?
154: 7          A.      Yes, I have.
154: 8          Q.      What is the construct there,
154: 9 please, just briefly?
154:10          A.      Right.  Basically, what you
154:11 do is -- what we did was, we took the two
154:12 large published clinical trials that
154:13 Merck conducted, the VIGOR study, which
154:14 was at the higher doses of Vioxx, and the
154:15 APPROVe study, which was at the lower

Page 14

Graham v5.txt
```
154:16 doses of Vioxx, and we used those
154:17 studies, the relative risks from those
154:18 studies, five-fold increased risk in the
154:19 VIGOR study, a two-fold increased risk in
154:20 the APPROVe study for the lower dose, to
154:21 then apply that to the U.S. population in
154:22 terms of like about 18 percent of the
154:23 population got the high dose and 82
154:24 percent got the lower dose.  And you can
155: Page 155
155: 1 do a series of calculations,
155: 2 epidemiologic formulas that basically
155: 3 just give you the answer, if you know how
155: 4 long the prescriptions are, and we had
155: 5 information that told us how long each
155: 6 prescription was for.
155: 7         Q.     You did that kind of
155: 8 calculation?
155: 9         A.     Yes.
155:10         Q.     That was your conclusion?
155:11         A.     Yes.


ID:             Graham 15807
Duration:       00:01:07.7

158: 7         Q.     Would you give us your
158: 8 overview and your understanding of the
158: 9 Vioxx story?
158:10         A.     Well, Vioxx was approved in
158:11 1999.  In November 2000, a study was
158:12 published in the New England Journal of
158:13 Medicine called VIGOR, which was a study
158:14 performed by Merck showing that Vioxx
158:15 reduced the occurrence of perforations,
158:16 ulcers and bleeds in the gastrointestinal
158:17 tract compared to naproxen therapy, but
158:18 also that it increased the risk of heart
158:19 attack by about a factor of five compared
158:20 to naproxen.
158:21                At that point then, the
158:22 article that got published in the New
158:23 England Journal of Medicine, rather than
158:24 talking about Vioxx increasing the risk
159: Page 159
159: 1 of heart attack, it actually changed the
159: 2 way it did the analysis.  And I thought
159: 3 that this was really a misleading aspect
159: 4 of the way they went about things.
159: 5                When you do a scientific
159: 6 study --
159: 7         Q.     "They" being?
159: 8         A.     "They" being Merck.


ID:             Graham 16008c
Duration:       00:06:46.3

160: 8                Whenever you do a clinical
160: 9 trial or a study, you have what's called
160:10 a reference group or a control group.
160:11 Frequently in a clinical trial, that will
160:12 be a placebo, which is a sugar pill.  In
```
Page 15

Graham v5.txt
160:13 the VIGOR study, it was naproxen, which
160:14 is another pain reliever.  When you have
160:15 a comparator and you have an experimental
160:16 treatment, in this case, Vioxx was the
160:17 experimental treatment, when you do your
160:18 analysis, you are supposed to put the
160:19 results for the experimental treatment,
160:20 in this case, Vioxx, in the numerator of
160:21 a ratio, and your reference, naproxen, in
160:22 the denominator.  When the evidence was
160:23 presented on perforations, ulcers and
160:24 bleeds, that's the way the information
161: Page 161
161: 1 was presented.  It was presented in the
161: 2 classically accepted way, and it showed
161: 3 that the risk of ulcers, et cetera, was
161: 4 about one half, about .5, 50 percent that
161: 5 of naproxen.
161: 6                 When it came to presenting
161: 7 the heart attack risks, it flipped it
161: 8 around.
161: 9         Q.    "It" being who?
161:10         A.    The company, Merck.  They
161:11 flipped it around, and they put -- and
161:12 now in talking about heart attacks, they
161:13 put the risk of heart attack in naproxen
161:14 patients, which is the comparator, the
161:15 reference group, they put that in the
161:16 numerator, and they put Vioxx in the
161:17 denominator, and it should have been the
161:18 other way around.  But by doing this,
161:19 then the number that you get is .2.  So,
161:20 what they could say was, oh, the heart
161:21 attack risk with naproxen is 20 percent
161:22 that of Vioxx, rather than having to say
161:23 the risk of heart attack with Vioxx is
161:24 five times higher than it was with
162: Page 162
162: 1 naproxen.
162: 2                 It may seem like a minor
162: 3 point, but it's really, I think,
162: 4 fundamental, at least in my
162: 5 understanding, of the study, because by
162: 6 misrepresenting that information, it then
162: 7 flows into what I would call the naproxen
162: 8 hypothesis.  And in the VIGOR study, what
162: 9 Merck proposed was that naproxen
162:10 protected against heart attack.  Even
162:11 though Vioxx had five times higher rate
162:12 of heart attack than naproxen, what they
162:13 said was, is here's Vioxx, here's
162:14 naproxen, what they said is, well, Vioxx
162:15 is normal, there's no increased risk
162:16 here, what it is is naproxen protects
162:17 against heart attack.  And they cited one
162:18 reference to support that, and it was a
162:19 study that Merck itself had done in 22
162:20 patients where they had given them
162:21 naproxen, taken blood samples from them,
162:22 and then did experiments in test tubes to
162:23 see what effect it had on the way their
162:24 platelets worked.
163: Page 163

Page 16

Graham v5.txt

```
163: 1                   Well, this information,
163: 2 subsequently the FDA basically said that
163: 3 doesn't prove anything because there are
163: 4 no controlled clinical trials to show
163: 5 that naproxen protects against heart
163: 6 attack.  But the argument was that
163: 7 naproxen protects against heart attack.
163: 8 And that was the argument in VIGOR.
163: 9              To me, what was -- when I
163:10 read that, there were two things that
163:11 really sort of struck me.  One was that a
163:12 five-fold difference in heart attack risk
163:13 is something quite high and something
163:14 that you really have to pay attention to
163:15 because heart attack is such a serious
163:16 disorder, and it's so very common.
163:17              The second thing was that
163:18 just on the face of it, this notion of
163:19 naproxen being protective, I was highly
163:20 skeptical of it, and as a matter of fact,
163:21 so were my office leadership, including
163:22 Peter Honig, who is now at Merck, but was
163:23 my office director then, and Marty
163:24 Himmel, who is now at Merck, but was his
164: Page 164
164: 1 deputy office director.  We were
164: 2 skeptical of the naproxen hypothesis.  We
164: 3 were skeptical for the following reasons
164: 4 -- I was skeptical for the following
164: 5 reasons:
164: 6              1.  Naproxen has been on the
164: 7 market for over 30 years.
164: 8              2.  Naproxen had been used
164: 9 in many, many, many clinical trials, and
164:10 nobody had ever reported this phenomenal
164:11 heart-protecting effect before.
164:12              3.  There were -- and we
164:13 talk about 100 million prescriptions or
164:14 106 million prescriptions for Vioxx.
164:15 There were probably way, way more of that
164:16 of naproxen over the 30 years that it's
164:17 been on the market, so, there's
164:18 widespread use.
164:19              And then, finally, if
164:20 naproxen had had that kind of protective
164:21 effect that Merck was claiming in the
164:22 VIGOR study, it would have had to have
164:23 been about three times better than
164:24 aspirin at preventing heart attacks.  And
165: Page 165
165: 1 aspirin has been well studied in clinical
165: 2 trials.  It reduces heart attack risks
165: 3 probably on average about 25 percent, and
165: 4 that's viewed pretty much as sort of a
165: 5 wonder drug.  Aspirin is a wonder drug.
165: 6              Well, here Merck comes with
165: 7 the VIGOR study and says naproxen is
165: 8 three times better than the wonder drug
165: 9 aspirin.  And to me it just failed the
165:10 straight face test and so --
165:11        Q.    The straight face test?
165:12        A.    Yes.  Does it have sort of
165:13 face validity?  Can you believe it on its
```

Graham v5.txt

165:14 face.  And on the face, to me as the
165:15 experienced drug safety scientist, I was
165:16 just highly skeptical of that.
165:17           Plus you have the underlying
165:18 biology of how Vioxx works that would
165:19 lead one to expect that it might increase
165:20 the risk of heart attack.  And, in fact,
165:21 it's really funny how the VIGOR study
165:22 words this.  You know, the argument that
165:23 is sort of commonly in the literature
165:24 talking about heart attack risk with the
166: Page 166
166: 1 COX-2 inhibitors talks about prostacyclin
166: 2 being decreased by drugs like Vioxx,
166: 3 leaving thromboxane, which causes
166: 4 clotting, unopposed.  So, there's an
166: 5 excess of it.  There's sort of a balance,
166: 6 and now there's too much thromboxane.
166: 7           In VIGOR, Merck said, well,
166: 8 we were interested in cardiovascular
166: 9 risk, but their argument was because
166:10 naproxen -- because Vioxx wouldn't affect
166:11 platelet clotting and so -- but naproxen
166:12 would.  And so we thought there might be
166:13 a difference.  So, they sort of took the
166:14 converse of what was sort of like
166:15 obviously on everybody -- this was
166:16 something that everybody was talking
166:17 about, at least in the literature.  And
166:18 subsequently it became sort of a real
166:19 focus of research.
166:20           In any event, it was based
166:21 on reading that study and being highly
166:22 skeptical of it and recognizing that if
166:23 the high doses caused heart attack at a
166:24 five-fold increase, well, this thing
167: Page 167
167: 1 called dose response, well, there's a 25
167: 2 milligram dose and a 12-and-a-half
167: 3 milligram dose.  25 milligram dose is the
167: 4 most commonly used dose.  With dose
167: 5 response, if you get an effect with a
167: 6 high dose, what dose response says is,
167: 7 well, you might also have an effect with
167: 8 the lower dose.  It won't be as big an
167: 9 effect.  So, the question is, is there a
167:10 heart attack risk with lower dose.  And
167:11 that was something that wasn't even
167:12 addressed in the VIGOR study in the
167:13 discussion.  In the discussion, it was
167:14 something that one could have brought up,
167:15 but it wasn't brought up.  In my view,
167:16 the discussion was unbalanced.
167:17           In any event, taking all
167:18 those things together, I thought that it
167:19 was important that we try to do another
167:20 study to examine the heart attack risks
167:21 with Vioxx.
167:22      Q.    And that's how you got
167:23 involved?
167:24      A.    And that's how I got
168: Page 168
168: 1 involved.

Graham v5.txt

ID:               Graham 16917
Duration:         00:01:39.5

169:17          Q.     So, you made -- you
169:18 presented this PowerPoint at numerous
169:19 professional meetings, correct --
169:20          A.     Right.  This is from --
169:21          Q.     -- including the ISPE
169:22 conference in 2005; is that correct?
169:23          A.     That's correct.
169:24          Q.     That's the International
170: Page 170
170: 1 Society of Pharmacoepidemiologists?
170: 2          A.     Correct.
170: 3          Q.     A worldwide organization; is
170: 4 that correct?
170: 5          A.     Yes.
170: 6          Q.     And by the way, you've been
170: 7 asked to publicly appear at conferences
170: 8 like that in your professional capacity,
170: 9 correct?
170:10          A.     Yes, I have.
170:11          Q.     A group of your colleagues,
170:12 international epidemiologists from all
170:13 over the world, would hear your views
170:14 that you're telling this jury, correct?
170:15          A.     Correct.
170:16          Q.     All right.
170:17                 Now, the theoretical
170:18 concern.  What have you publicly said
170:19 about that before?
170:20          A.     The theoretical concern was
170:21 that Vioxx would reduce or inhibit
170:22 prostacyclin and lead to an excess of
170:23 thromboxane, which would result in a
170:24 tendency for blood clots and
171: Page 171
171: 1 theoretically cardiovascular events such
171: 2 as heart attack or stroke.
171: 3          Q.     Known to Merck back in 1999?
171: 4          A.     I would assume that it had
171: 5 to have been.  If it's known to the
171: 6 medical officer who did this review, it
171: 7 most certainly would have had to have
171: 8 been known to Merck.
171: 9          Q.     And you looked at the
171:10 review, and once you got into -- you
171:11 looked into the history of it once you
171:12 got interested in the subject based on
171:13 naproxen, correct?
171:14          A.     Actually, this particular
171:15 slide that we're looking at -- actually,
171:16 I began looking at this subsequent.  At
171:17 the time that we were planning our study,
171:18 this wasn't something that I had focused
171:19 on.
171:20          Q.     In the early period, did the
171:21 FDA know and appreciate that there were
171:22 high-risk patients that were excluded
171:23 from the study?
171:24          A.     Yes, they did.

Page 19

Graham v5.txt

ID:              Graham 17203
Duration:        00:00:01.8

   172: 3        Q.    Did Merck understand that?


ID:              Graham 17206
Duration:        00:00:37.2

   172: 6              THE WITNESS:  It is clear
   172: 7        from the way the studies are
   172: 8        described that patients at high
   172: 9        risk of experiencing
   172:10        cardiovascular events were
   172:11        excluded from the study, and since
   172:12        that's written in the VIGOR study,
   172:13        I have to assume that Merck was
   172:14        fully aware and that it was
   172:15        intentional.
   172:16                    -  -  -
   172:17              (Whereupon, Deposition
   172:18        Exhibit Graham-3, "Rofecoxib
   172:19        Diagnosis and Treatment: What
   172:20        went wrong?  Can we avoid?"
   172:21        (Graham) PowerPoint Slides,
   172:22        DG000014 - DG000034, was marked
   172:23        for identification.)
   172:24                    -  -  -
   173: Page 173
   173: 1 BY MR. KLINE:
   173: 2        Q.    I'm going to mark another
   173: 3 Powerpoint which you presented to the
   173: 4 International Society of
   173: 5 Pharmacoepidemiologists.  They had their
   173: 6 conference in 2005 in Nashville,
   173: 7 Tennessee, correct?
   173: 8        A.    Yes.


ID:              Graham 17411
Duration:        00:00:19.5

   174:11        Q.    And were Merck -- are Merck
   174:12 representatives always at the
   174:13 International Society of
   174:14 Pharmacoepidemiology?
   174:15        A.    Well, I know that at this
   174:16 particular meeting, several people from
   174:17 Merck were there because they're
   174:18 professional colleagues.  So, we had
   174:19 conversations during the meeting, and I
   174:20 know that they attended this session.


ID:              Graham 17501
Duration:        00:02:05.7

   175: 1        Q.    Now, in it, and I just want
   175: 2 to focus you on the slide that's entitled
   175: 3 "VIGOR:  deja vu all over again," what
   175: 4 were you telling your fellow members of

Graham v5.txt
```
175: 5 the International Society of
175: 6 Pharmacoepidemiologists?
175: 7          A.    Which slide number are you
175: 8 on?
175: 9          Q.    Number 24.
175:10          A.    Oh, here what I was talking
175:11 about was trying to make a little joke
175:12 about Yogi Berra and deja vu, but what I
175:13 was trying to talk about here is the
175:14 evidence that was accruing on Vioxx and
175:15 heart attack risks and FDA's response,
175:16 which in my experience has been to
175:17 downplay or ignore those risks and to let
175:18 things get worse in a sense to, let the
175:19 problem continue unabated.  So, that's
175:20 basically what I was, I think, trying to
175:21 convey there.
175:22          Q.    Understood.
175:23                Now, if you'd go to slide
175:24 number 29, this is something I'd like to
176: Page 176
176: 1 display.  And regardless of whether the
176: 2 display is there or not, the fact of the
176: 3 matter is that you have used and you've
176: 4 given this jury an explanation of the
176: 5 naproxen and whether it was a plausible
176: 6 explanation for the VIGOR results.  That
176: 7 is what you've done so far, correct?
176: 8          A.    Correct.
176: 9          Q.    What did you call it
176:10 publicly, sir, the naproxen --
176:11          A.    I called it an alibi.
176:12          Q.    What is an alibi, sir?
176:13          A.    Well, I'm not a lawyer, but
176:14 what I meant was, it's sort of an excuse
176:15 to explain away an uncomfortable
176:16 situation.
176:17          Q.    What did you mean when you
176:18 described -- and I assume you're talking
176:19 about Merck's explanation later published
176:20 in the New England Journal that naproxen
176:21 was cardioprotective and thereby
176:22 explained the results of the VIGOR trial.
176:23 Is that what you were talking about?
176:24          A.    That is correct.
```

ID:          Graham 17705
Duration:    00:01:01.3

```
177: 5                My question is, what in that
177: 6 context did you mean by the "naproxen
177: 7 alibi," sir?
177: 8          A.    What I meant was that there
177: 9 was -- it was much more likely based on
177:10 the available evidence at the time that
177:11 Vioxx was increasing the risk of heart
177:12 attack than that naproxen was protecting
177:13 against heart attack, but that pointing
177:14 to naproxen saying it protects against
177:15 heart attacks is an alibi.  It's
177:16 basically to say it's not Vioxx that's
177:17 causing the heart attacks, it's naproxen
```

```
                          Graham v5.txt
177:18 that's protecting against heart attacks.
177:19            What I also said at this
177:20 meeting was that it resulted in a
177:21 two-year wild goose chase as people in
177:22 their research focused on addressing
177:23 naproxen and whether it affects the risk
177:24 of heart attack, rather than focusing on
178: Page 178
178: 1 Vioxx and on lower-dose Vioxx, which was
178: 2 being used by increasing numbers of
178: 3 patients.
178: 4         Q.    That two-year wild goose
178: 5 chase occurred roughly in what calendar
178: 6 year?
178: 7         A.    2001/2002.


ID:               Graham 17814
Duration:         00:00:11.1

178:14         Q.    What was going on with
178:15 labeling in that same period of time,
178:16 sir?
178:17         A.    Nothing was happening with
178:18 labeling, at least nothing visible.
178:19         Q.    Was it your words when you
178:20 described it, those two years, as a wild
178:21 goose chase?


ID:               Graham 17823
Duration:         00:00:18.4

178:23            THE WITNESS:  My reference
178:24 to wild goose chase was to the
179: Page 179
179: 1         efforts by the scientific
179: 2         community to investigate what has
179: 3         subsequently been shown, I think,
179: 4         unequivocally to be an untruth,
179: 5         which is that naproxen does not
179: 6         protect against heart attack.


ID:               Graham 18207
Duration:         00:00:14.2

182: 7         Q.    What is the bottom line,
182: 8 bottom, bottom line on the science of
182: 9 whether naproxen is cardioprotective and
182:10 whether this was an alibi?
182:11         A.    Naproxen is not
182:12 cardioprotective, never was, and it
182:13 isn't.


ID:               Graham 18601
Duration:         00:00:32.0

186: 1         Q.    Now, did you get -- by the
186: 2 way, in 2000, I think the 2002 report,
186: 3 there's an FDA report -- I don't want to
186: 4 have to dig out the document.  I hope
```

Page 22

```
                        Graham v5.txt
186: 5 I'll be indulged here.
186: 6          There's a report in which
186: 7 Vioxx was -- there was a suspect drug
186: 8 list in 2001 reported in 2002?
186: 9          A.    Yes.
186:10          Q.    What drug was on the top of
186:11 the suspect drug list?
186:12          A.    Vioxx.
186:13          Q.    And was your study conceived
186:14 by you?
186:15          A.    Yes.


ID:             Graham 18621
Duration:       00:00:43.8

186:21          A.    I wasn't aware at the time
186:22 that it was the number one drug.  In my
186:23 mind, it was the leading public health
186:24 safety question that needed to be focused
187: Page 187
187: 1 on.  When we went to -- when we decided
187: 2 to do the study, we had a teleconference,
187: 3 videoconference with Merck that was
187: 4 attended by myself, my office director,
187: 5 Dr. Honig, his deputy, Dr. Himmel, both
187: 6 of whom are now at Merck, and then people
187: 7 from Kaiser.  And we had a list of five
187: 8 or six drug safety questions that we were
187: 9 going to discuss which of these we
187:10 thought was the most important one that
187:11 needed to be studied.  And the consensus,
187:12 hands down, of that group was that Vioxx
187:13 needed to be studied because that issue
187:14 affected more lives and the impact of
187:15 that was potentially greater than any of
187:16 the other drug safety questions we talked
187:17 about.


ID:             Graham 18723
Duration:       00:00:35.5

187:23          Q.    Now, the study.  It was --
187:24 tell us what you did, what you went about
188: Page 188
188: 1 doing.  It was funded by the FDA,
188: 2 correct?
188: 3          A.    It was funded -- this study,
188: 4 I've been told various estimates, that
188: 5 this study cost -- should have cost -- if
188: 6 it was being done today, it would have
188: 7 cost over $1 million.  That's what I was
188: 8 told by people at the DSaRM committee in
188: 9 February 2005.  FDA contributed a total
188:10 of $60,000, which was basically good
188:11 faith money, and Kaiser underwrote all
188:12 the other expenses associated with the
188:13 study.


ID:             Graham 19224c
Duration:       00:00:17.9
                        Page 23
```

Graham v5.txt

```
192:24          Q.     Now, you were the lead of
193: Page 193
193: 1 the study?
193: 2          A.     Yes.
193: 3          Q.     And it was your baby; is
193: 4 that correct?
193: 5          A.     Correct.
193: 6          Q.     Was that known by your
193: 7 bosses at the FDA?
193: 8          A.     Oh, yes.
193: 9          Q.     And did they know that you
193:10 were studying in particular Vioxx?
193:11          A.     Yes.


ID:              Graham 19401c
Duration:        00:01:53.8

194: 1          Q.     Now, there's a story in
194: 2 between, but at the end of the day, was
194: 3 this study published in The Lancet?
194: 4          A.     Yes, it was.
194: 5          Q.     It was first on line January
194: 6 25th of '05?
194: 7          A.     Correct.
194: 8          Q.     Was it peer reviewed by --
194: 9 did it go through a peer review process
194:10 and was it peer reviewed?
194:11          A.     It went through peer review
194:12 twice.  A total of ten different peer
194:13 reviewers from The Lancet looked at this
194:14 paper, five on each of two occasions.  On
194:15 each occasion, the paper was accepted for
194:16 publication.
194:17          Q.     Was that unusual, that it
194:18 was peer reviewed twice and by that many
194:19 people?
194:20          A.     It was unusual, but it was
194:21 necessitated by efforts by the FDA to
194:22 suppress publication of the paper.
194:23          Q.     Yes, I'm going to have you
194:24 tell that story in a minute in your own
195: Page 195
195: 1 words.
195: 2                 At the end of the day when
195: 3 you published the article, the article
195: 4 was entitled "Risk of acute myocardial
195: 5 infarction and sudden cardiac death in
195: 6 patients treated with..."  Is that
195: 7 correct?  That's the study?
195: 8          A.     Yes.
195: 9          MR. KLINE:  And we have it
195:10          here.  We'll mark it as the next
195:11          Exhibit Number, 4.
195:12                 -  -  -
195:13          (Whereupon, Deposition
195:14          Exhibit Graham-4, "Risk of acute
195:15          myocardial infarction and sudden
195:16          cardiac death in patients treated
195:17          with cyclo-oxygenase 2 selective
195:18          and non-selective non-steroidal
195:19          anti-inflammatory drugs: nested
```

Graham v5.txt

195:20          case-control study," (Graham, et
195:21          al) The Lancet 2-5-05 Vol. 365,
195:22          475-481, was marked for
195:23          identification.)
195:24
196: Page 196
196: 1 BY MR. KLINE:
196: 2          Q.    This was the result, the
196: 3 fruits of your four-year labor; is that
196: 4 correct?
196: 5          A.    Correct.
196: 6          Q.    What was your bottom line of
196: 7 your findings, sir?
196: 8          A.    The bottom line was that
196: 9 Vioxx at high dose increased the risk of
196:10 heart attack compared to basically nonuse
196:11 of the drug; that, compared to Celebrex,
196:12 which was the other leading COX-2 pain
196:13 reliever on the market, that Vioxx at
196:14 high dose and low dose increased the risk
196:15 of heart attack.  With low dose, it was
196:16 just a borderline statistical
196:17 significance, but the point estimate was
196:18 clearly there; and that naproxen did not
196:19 protect against heart attack, if
196:20 anything, it increased the risk
196:21 slightly.


ID:             Graham 20314
Duration:       00:01:59.1

203:14          Q.    And -- okay, now.  If you
203:15 look at the Advisory Committee meeting,
203:16 your PowerPoint number 1 -- let's see,
203:17 it's 114, Page 114.  We'll put it up very
203:18 briefly and try to work through this
203:19 stuff in our waning moments.
203:20          I see here, "Risk of AMI
203:21 with Celecoxib Or Rofecoxib."  I want to
203:22 focus on Vioxx, rofecoxib.  Okay?
203:23          A.    Uh-huh.
203:24          Q.    What you did here was to
204: Page 204
204: 1 collect the data from the various
204: 2 studies, correct?
204: 3          A.    Correct.
204: 4          Q.    At all doses, just focusing
204: 5 on the "all doses," your study showed an
204: 6 increased risk of -- what are you showing
204: 7 increased risks of here to be clear?
204: 8 What are you characterizing it?
204: 9          A.    We showed an increased risk
204:10 of heart attack and sudden cardiac death
204:11 as a -- sort of considering those
204:12 together.
204:13          Q.    By the way, sir, and I hate
204:14 to do it this way, but I forgot earlier.
204:15 When you gave me your figures of 88,000
204:16 to 140,000 excess cases of serious
204:17 coronary heart disease in the life of
204:18 Vioxx in the United States, how many of
204:19 those -- did you do a calculation of how

```
                         Graham v5.txt
204:20 many of those were deaths?
204:21          A.    Yes.  It's about 40 percent.
204:22 So, if you multiply .4 by each of the
204:23 numbers, you come up with a range that's
204:24 somewhere in the neighborhood of 40,000
205: Page 205
205: 1 to 60,000.
205: 2          Q.    40,000 to 60,000 excess
205: 3 deaths over those that would have been
205: 4 if --
205: 5          A.    Patients had not used
205: 6 rofecoxib, had not used Vioxx.
205: 7          Q.    Back to the relative risks.
205: 8 If we can just focus in on all doses of
205: 9 Vioxx, we have relative risks which are
205:10 above 1 in the Graham study, is that
205:11 correct?
205:12          A.    Yes.
205:13          Q.    The Solomon study?
205:14          A.    Yes.
205:15          Q.    The Kimmel study?
205:16          A.    Yes.
205:17          Q.    The Ingenix study?
205:18          A.    Yes.
205:19          Q.    And the Medi-Cal study?
205:20          A.    Yes.
205:21          Q.    And you were involved in the
205:22 Medi-Cal study as well, correct?
205:23          A.    Correct.


ID:              Graham 22212a
Duration:        00:00:02.2

222:12          Q.    In your view, did the
222:13 benefits clearly exceed the risk or
222:14 exceed them at all?


ID:              Graham 22216
Duration:        00:00:07.0

222:16               THE WITNESS:  No.  The
222:17 benefits did not exceed the risks.
222:18 BY MR. KLINE:
222:19          Q.    In fact, was it the
222:20 opposite?


ID:              Graham 22222
Duration:        00:01:03.8

222:22               THE WITNESS:  This drug was
222:23 risky.  And the benefits that one
222:24 gained at a population level for
223: Page 223
223: 1 the risks just weren't worth it.
223: 2 The juice wasn't worth the
223: 3 squeeze, and in my view, as I said
223: 4 before, I think that Vioxx was
223: 5 approved prematurely, and clearly
223: 6 if more work had been done,
223: 7 certainly the high dose shouldn't
```

```
                              Graham v5.txt
      223: 8      have been approved.  And if it had
      223: 9      been approved, it should have been
      223:10      withdrawn with the VIGOR study.
      223:11      And at that point, intensive study
      223:12      at the lower doses should have
      223:13      been enacted with a very large
      223:14      clinical trial done in a very
      223:15      short space of time to nail down
      223:16      the question.  And I'm not talking
      223:17      about an APPROVe-like study that
      223:18      takes four or five years to do and
      223:19      has only five or six heart attacks
      223:20      in six months.  I'm talking about
      223:21      a really huge study that gives you
      223:22      the opportunity, the power, to
      223:23      answer the question definitively.
      223:24      And that was not done.
      224: Page 224
      224: 1 BY MR. KLINE:
      224: 2      Q.     Everything of what you just
      224: 3 said, sir, was it within the resources
      224: 4 and capability of Merck & Company?
      224: 5      A.     Yes, it was.
```

ID:            Graham Redirect

ID:            Graham 51510
Duration:      00:00:52.2

```
      515:10      Q.     Let's talk about your
      515:11 testimony, sir.
      515:12             In response to questions by
      515:13 Mr. Beck, you said -- I want to talk
      515:14 label for a minute, labeling in response
      515:15 to the questions that he asked you.
      515:16 First of all, sir, you testified earlier
      515:17 about how labels can make a difference.
      515:18 You said that a straightforward -- I
      515:19 actually have from Mrs. Golkow's
      515:20 transcription here today instant access
      515:21 to it on real time.  And it says here,
      515:22 "It would actually just be more
      515:23 straightforward about what the problems
      515:24 are, using very bold and frank and plain
      516: Page 516
      516: 1 language, not sort of using adjectives
      516: 2 that downplay it and not burying it in
      516: 3 tremendous amounts of text."  Your words.
      516: 4 Do you recall saying that to the jury
      516: 5 here today?
      516: 6      A.     Yes, I do.
```

ID:            Graham 51607
Duration:      00:01:22.5

```
      516: 7      Q.     Now, sir, can a
      516: 8 straightforward, bold, frank, plain
      516: 9 language label warning make a difference
      516:10 in prescribing of drugs as you see and
      516:11 know and understand it?
      516:12      A.     It certainly can.  In the
```

Graham v5.txt
```
516:13 case of Vioxx, I think had the warning
516:14 been very clear, had it been boxed, the
516:15 number of patients exposed to the drug
516:16 would have probably been much reduced,
516:17 and this would have resulted in a
516:18 substantial reduction in the number of
516:19 people who were injured by heart attacks
516:20 or killed by heart attacks.
516:21         Q.    Sir, in your testimony
516:22 before the United States Senate Finance
516:23 Committee before Senator Grassley and his
516:24 committee, you were asked the question --
517: Page 517
517: 1 you were saying -- you were asked the
517: 2 question by Senator Graham (sic):   "A
517: 3 black box will catch everybody's
517: 4 attention."  You said, "As I pointed out
517: 5 before, I think the most effective thing
517: 6 that this black box would have done is it
517: 7 would have given prominence to the heart
517: 8 attack risk of Vioxx and it would have
517: 9 stopped direct-to-consumer advertising."
517:10              Do you recall making that
517:11 statement, sir, before the Congress?
517:12         A.    Yes, I do.
```

Total Length - 00:49:41