UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:06-CV-810 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| CHARLES LARON MASON | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

### JOINT REVISED PROPOSED JURY QUESTIONNAIRE

Pursuant to the Scheduling Order previously issued in this case and the agreed extension, plaintiff Charles Laron Mason and defendant Merck & Co., Inc., through their respective undersigned counsel, submit the following revised Joint Proposed Jury Questionnaire to be provided to the jury venire.  The proposed questionnaire has been corrected and supplemented to include the information missing from the proposal submitted September 15, 2006.

Respectfully submitted,

| | |
|---|---|
| */s/ Rebecca B. King* | */s/ Dorothy H. Wimberly* |
| Edward F. Blizzard | Phillip A. Wittmann, 13625 |
| Scott Nabers | Dorothy H. Wimberly, 18509 |
| Rebecca B. King | STONE PIGMAN WALTHER |
| BLIZZARD, MCCARTHY & NABERS, LLP | WITTMANN L.L.C. |
| 440 Louisiana, Suite 1710 | 546 Carondelet Street |
| Houston, Texas  77002 | New Orleans, Louisiana  70130 |
| Phone:  713-844-3750 | Phone:  504-581-3200 |
| Fax:      713-844-3755 | Fax:      504-581-3361 |
| | |
| Attorneys for Plaintiff | Defendants' Liaison Counsel |

Philip S. Beck
Andrew Goldman
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

And

Richard Goetz
Ashley Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Joint Revised Proposed Jury Questionnaire has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of September, 2006.

    */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:       504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel