

Aug 11 2006
5:43PM

# Dr. Isaac Wiener



PLAINTIFF'S
EXHIBIT

M007220819

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA,
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL DOCKET No. 1657 |
| ——————————— | ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| ——————————— | ) | |

## EXPERT WITNESS REPORT AND DECLARATION OF ISAAC WIENER, M.D.

I, Isaac Wiener, M.D. do hereby state as follows:

1.  "My name is Isaac Wiener. I am over the age of 18 and am qualified to render this Declaration. My opinions as stated below are stated to a reasonable degree of medical probability.

2.  I am a Clinical Professor of Medicine at the University of California, Los Angeles. Approximately 80 percent of my professional activity involves patient care, with the remainder of my time divided between teaching and research. I am Board Certified in Internal Medicine, Cardiology and Clinical Cardiac Electrophysiology. Throughout my three decades of clinical practice of cardiology, I have diagnosed, cared for and treated patients with coronary artery disease, myocardial infarction and the related complications which include arrhythmias, an area in which I have special training and certification.

3.  I received a Bachelor of Arts Degree from Columbia University in 1970 (summa cum laude). I was honored to receive the Ehrenberg prize which is awarded to the highest ranking premedical student at Columbia University.

4.  I received my Medical Degree from Harvard University in 1974. From 1974 to 1976, I served as an Intern and Resident in Internal Medicine at Columbia-Presbyterian Medical Center, New York. From 1976-1978. I was a Fellow in Cardiology at The Mount Sinai Medical Center in New York. I was awarded the Heart Research Fund Fellowship from 1977-1978. From July through December of 1978, I had the privilege of serving as a Visiting Fellow in Clinical Electrophysiology in the Laboratory of Professor Hein Wellens, The Netherlands.

5.  In 1979 I became Director of the Clinical Electrophysiology Laboratory at The Mount Sinai Hospital in New York, where I also served as an Assistant Professor of Medicine at The Mount Sinai School of Medicine. In 1984 I joined the University of California at Los Angeles (UCLA) as a Clinical Assistant Professor of Medicine. In 1988, I became a Clinical Associate Professor of Medicine at UCLA. In 1994, I was promoted to Clinical Professor of Medicine at UCLA and hold that position at the present time. My responsibilities as a faculty member at UCLA include the teaching of cardiology to residents and fellows at UCLA School.

M007220821

6. I am a Fellow of the American College of Physicians, a Fellow of the Clinical Council of the American Heart Association, and a Fellow of the American College of Cardiology.

7. I became a Diplomat of the National Board of Medical Examiners in 1975, the American Board of Internal Medicine in 1977, the American Board of Internal Medicine with Cardiovascular Subspecialty in 1979, and received a Certificate of Special Competency in Cardiac Pacing in 1986. In 1992, I was certified as a Diplomat, the American Board of Internal Medicine, in the new subspecialty of Clinical Cardiac Electrophysiology and was recertified in 2002.

8. I have served as an Editorial Consultant to the Journal of the American College of Cardiology, the American Heart Journal, the Journal of Clinical Electrophysiology, and Heart Rhythm Journal. In my role as an Editorial Consultant, I review manuscripts prior to publication to advise the Editor whether the manuscript should be published.

9. I have lectured and taught courses in the areas of cardiology, arrhythmias and electrophysiology since 1978. I have published more than 60 refereed papers in my area of expertise, including studies of ventricular arrhythmias in patients with coronary artery disease. I have authored 10 invited articles and some 44 abstracts in the field of cardiology and cardiac arrhythmias. A copy of my curriculum vitae is attached hereto.

M007220822

10. In the course of my practice as a cardiologist I became aware of the association between ingestion of Vioxx and the increased incidence of thrombotic cardiovascular events such as myocardial infarction (MI). I have reviewed and am familiar with the clinical literature addressing the association between ingestion of Vioxx and the increased incidence of cardiovascular events. Relevant literature includes the two Merck clinical trials, VIGOR and APPROVe published in the NEJM, including the VIGOR correction and the APPROVe followup data, and the meta-analysis by Dr. Peter Juni published in the Lancet. The data in the literature support the conclusion that Vioxx increases the risk of ischemic events. The APPROVe study demonstrated a greater than doubling the risk of adverse events with the 25 mg dose of Vioxx, the same dose this Plaintiff was taking. The Juni analysis demonstrated that Vioxx is associated with an increase in cardiac events over a duration of treatment similar to Mr. Mason's. It is my opinion based on my review of the literature that ingestion of Vioxx increases the risk of thrombotic events such as MI and stroke.

11. The coronary arteries are vessels on the surface of the heart which supply the myocardium, or heart muscle, with oxygenated blood. In patients with coronary artery disease atherosclerotic plaques can narrow the lumen of the vessel and restrict blood flow. Restriction of blood flow within the coronary artery results in ischemia, or inadequate supply of oxygenated blood to the myocardium. Plaques can also become unstable and rupture.

M007220823

which stimulates platelet activation and formation of a thrombus at the site of the ruptured plaque. When a thrombus develops, an acute coronary syndrome and possible death of myocardial tissue, which is termed myocardial infarction, may result.

12. The cardiac enzymes currently used as markers of cardiac damage are the creatinine kinase, myocardial band fraction (CPK MB) and troponin. Elevation of these cardiac enzymes is evidence that the heart muscle has suffered injury.

13. Once a patient has had an MI, they are at increased risk for another heart attack, arrhythmias, heart failure and sudden death. Patients who suffer myocardial infarction require close monitoring by a qualified physician and may require additional testing including nuclear imaging and cardiac catheterization depending on the patient's course.

14. I have reviewed medical records pertaining to Charles Mason. Records reflect Mr. Mason was a 61 year old male with a past medical history of irritable bowel syndrome, depression, mild sleep apnea (on CPAP), GERD and back pain. Mr. Mason was a former smoker, quitting in 1977. Mr. Mason was prescribed Vioxx 25 mg daily for chronic back pain on 9-10-02. Pharmacy records reflect monthly prescriptions for Vioxx for 10 consecutive months with the last 30 day prescription refilled on 6-23-03 and evidence of ingestion up to 7-25-03. Mr. Mason presented to Alta View Hospital on 7-25-03 with complaints of chest pain and a myocardial

M007220824

infarction was diagnosed based on elevated enzymes. He was transferred to LDS Hospital for further evaluation.

15. At LDS Hospital the MI was confirmed and Mr. Mason was taken emergently to the cardiac cath lab for potential intervention to restore myocardial perfusion. Dr. Ganellan found a 90% stenosis of the LAD with thrombus present and a 70% stenosis of the 1st diagonal branch with thrombus present. Dr. Ganellan placed a stent in the LAD lesions, restoring flow with no residual stenosis post stent placement, and performed balloon angioplasty of the 1st diagonal lesion with 10% residual stenosis post procedure. An area of mild anterolateral hypokinesis was noted at the time of catheterization with preserved ejection fraction. He was discharged on 7-27-03 on enteric coated aspirin, Plavix, nitroglycerin prn and Coreg for post-MI protection in addition to his prior medications (Zoloft, Vioxx). There is no further record of Vioxx ingestion after discharge from the hospital. He was placed on statin therapy, Zocor, by his treating cardiologist. He was enrolled in cardiac rehabilitation.

16. The anterior hypokinesis seen on the 8-13-03 heart catheterization is consistent with myocardial scar from the 7-25-03 infarct. He has had 2 nuclear perfusion scans, 10-22-03 and 4-12-05. The most recent study performed 4-12-05 reports an equivocal fixed apical defect, which is consistent with myocardial scar from the 7-25-03 MI. He is presently on Toprol, Zocor, and aspirin.

M007220826

17. It is my opinion, based on my education, training, experience and review of the medical and scientific literature that Charles Mason suffered a myocardial infarction on 7-25-03 which resulted in damage to his heart muscle as evidenced by the elevated cardiac enzymes noted at the time of the MI.

18. I have conducted a differential diagnosis on Mr. Mason's myocardial infarction. It is my opinion to a reasonable degree of medical probability that Mr. Mason's 10 month ingestion of Vioxx was a significant contributing factor to Mr. Mason's MI. It is also my opinion that Mr. Mason requires lifelong monitoring and treatment as noted above as a result of his MI.

19. I reserve the right to amend or supplement my opinions upon receipt and review of additional or new information. "

FURTHER AFFIANT SAYETH NOT.

SIGNED     ON     THIS     _10_     DAY     OF     AUGUST,     2006:

_____ Isaac Wiener m.d. _____

Isaac Wiener, M.D.

M007220826

## ISAAC WIENER, M.D. DOCUMENT LIST

Bombardier C, Laine L, Reicin A, Shapiro D, Ruben Burgos-Varga PH, Davis B, Day R, Bosi Ferraz M, Hawke CJ, Hochberg MC, Kvien TK, Schnitzer TJ for The VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. 2000;343:1520-8.

Bombardier C, Laine L, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ, Weaver A. Response to expression of concern regarding VIGOR study. N Engl J Med. 2006;354(11):1196-9.

Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA. Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial (Adenomatous Polyp Prevention Trial on Vioxx (APPROVe) Trial). N Engl J Med. 2005;352:1092-1102.

Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8.

Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med. 2006;354(11):1193.

Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet. 2004;364(9450):2021-9.

Lagakos SW. Time-to-Event Analyses for Long-Term Treatments -- The APPROVe Trial. N Engl J Med 2006;355:113-17.

Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA. 2001;286(8):954-9.

Solomon, DH et al. Cardiovascular Outcomes in New Users of Coxibs and Nonsteroidal Antiinflammatory Drugs. Arthrutis and Rheumatism. 2006. 54 (5):1378-1389.

Medical records and cardiac catheterization of Charles Mason

Deposition of Dr. Gary Symkoviak
Deposition of Dr. Bard Madsen
Deposition of Dr. Edward Ganellan

Deposition of Dr. David Graham

**Report of Dr. Douglas Zipes**

**Report of Dr. Wayne Ray**

M007220828

## DR. ISAAC WIENER TESTIMONY IN PAST FOUR YEARS

5/06 Shamam vs. Cedars-Sinai
7/05 Ernst vs. Merck
8/03 Barcellos vs. Knudsen

CURRICULUM VITAE

ISAAC WIENER, M.D.

| | |
|---|---|
| Office Address: | 100 UCLA Medical Plaza, Suite 770<br>Los Angeles, California 90024<br>(310)824-3378 |
| Citizenship: | United States |
| Marital Status: | Married |

## EDUCATION

| | |
|---|---|
| 1966-1970 | Columbia University, New York, New York<br>B.A., 1970, summa cum laude |
| 1970-1974 | Harvard University, Boston, Massachusetts<br>M.D., 1974 |

## TRAINING

| | |
|---|---|
| 1974-1976 | Intern and Resident, Internal Medicine<br>Columbia-Presbyterian Medical Center, New York |
| 1976-1978 | Fellow, Division of Cardiology<br>The Mount Sinai Medical Center, New York |
| July-December 1978 | Visiting Fellow in Clinical Electrophysiology<br>Laboratory of Professor Hein Wellens<br>The Netherlands |

January 2006

M007220830

## APPOINTMENTS

| | |
|---|---|
| 1979-1982 | Director of Clinical Electrophysiology Laboratory<br>The Mount Sinai Hospital, New York<br>Assistant Professor of Medicine<br>The Mount Sinai School of Medicine, New York |
| 1984-1988 | Clinical Assistant Professor of Medicine<br>University of California, Los Angeles |
| 1988-1994 | Clinical Associate Professor of Medicine<br>University of California, Los Angeles |
| 1994-present | Clinical Professor of Medicine<br>University of California, Los Angeles |

## AWARDS AND HONORS

Phi Beta Kappa, Columbia University, 1970

B.A., summa cum laude, Columbia University, 1970

Ehrenberg prize to highest ranking premedical student, Columbia University, 1970

Heart Research Fund Fellow, Mount Sinai Hospital, 1977-1978

## SOCIETIES

Fellow, American College of Physicians

Fellow, Clinical Council, American Heart Association

Fellow, American College of Cardiology

## CERTIFICATION

Diplomat, National Board of Medical Examiners, 1975

Diplomat, American Board of Internal Medicine, 1977

Diplomat, American Board of Internal Medicine, Cardiovascular Subspecialty, 1979

Certification of special competency in Cardiac Pacing, 1986

Diplomat, American Board of Internal Medicine, Clinical Cardiac Electrophysiology, 1992; Re-certified 2002.

Diplomat, re-certification, American Board of Internal Medicine, Clinical Cardiac Electrophysiology, 2003-

EDITORIAL CONSULTANT

Journal of the American College of Cardiology

American Heart Journal

Journal of Clinical Electrophysiology

LECTURES

American College of Cardiology, "Consultants Course in Cardiology", April 1978, New York, New York
1) Basic Therapy of Arrhythmias
2) The Wolff-Parkinson-White syndrome: Electrophysiological Mechanisms

American College of Cardiology, "Consultants Course in Cardiology", April 1979, New York, New York
1) The Electrophysiological Approach to the Treatment of Ventricular Tachycardia
2) Use of Pacemakers in the Treatment of Tachycardia

New Approaches to Old Problems in Internal Medicine, May 1979, New York, New York
1) Management of Cardiac Conduction Disturbances

American College of Cardiology, "Consultants Course in Cardiology", April 1980, New York, New York
1) New Anti-Arrhythmic Agents
2) The Electrophysiological Approach to the Treatment of Ventricular Tachycardia

"The Spring '80 Review of Internal Medicine", St. Vincent's Medical Center, Staten Island, New York
1) New Anti-Arrhythmic Drugs

American College of Physicians, "Cardiovascular Therapeutics", February 1981, New York, New York
1) Electrophysiologic Evaluation of Anti-Arrhythmic Drugs

American College of Cardiology, "Consultants Course in Cardiology", April 1981, New York, New York
    1)  Surgical Approach to Ventricular Arrhythmias

Course Director, "Advances in Clinical Electrophysiology", Mission Hills, California, April 1982

Chairman, "Session on Supraventricular Arrhythmias", American Heart Association, National Meeting, Dallas, Texas 1982

Cardiology Grand Rounds, Cedars Sinai Medical Center, 1983.  "Electrophysiologic Mapping of Patients with Coronary Artery Disease."

20 Years of Programmed Electrical Stimulation of the Heart, June 1987, Maastricht, The Netherlands.  "Preoperative and Intraoperative Mapping of Ventricular Tachycardia:  Is it necessary for the success of surgical treatment?"

Management of Atrial Fibrillation, UCLA Medical Center, Medical Grand Rounds, February 17, 1999

Current Applications of Radiofrequency Ablation, UCLA Medical Center, Cardiology Grand Rounds, February 26, 1999

M007220833

## REFEREED PAPERS

1. Wiener I, Mindich B, Kupersmith J: Electrophysiological effects of infarction in man. Am J Cardiol 45: 513-516, 1978.

2. Wiener I, Meller J, Packer M, Herman MV, Teicholz LE: Prognostic importance of septal function in acute anteroseptal myocardial infarctions: an echocardiographic study. Am Heart J 97:726-732, 1979.

3. Farr J, Ross D, Wiener I, Bar F, Wellens HJJ: The Wolff-Parkinson-White Syndrome: Electrophysiological evaluation. Herz 4 (1979) 38-46.

4. Farre J, Ross D, Wiener I, Bar F, Wellens HJJ: Reciprocal tachycardias using accessory pathways with long conduction times. Am J Cardiol 44:1099-1109, 1979.

5. Wiener I, Mindich B, Kupersmith J: Regional differences in the effects of propranolol on intramyocardial conduction in patients with coronary artery disease. Clinical Pharmacology and Therapeutics 26:696-700, 1979.

6. Ross D, Farre J, Bar F, Vanagt E, Dassen W, Wiener I, Wellens HJJ: Comprehensive clinical electrophysiological studies in the investigation of documented or suspected tachycardias: times, staff, problems, and costs involved. Circulation 61:1010-1016, 1980.

7. Wiener, I: Pacing techniques in the treatment of tachycardias. Annals of Internal Medicine 93:a326-329, 1980.

8. Wellens HJJ, Bar F, Farre J, Ross D, Wiener I, Ross D, Gorgels A, Vanagt E, Brugada P: Diagnosis and incidence of concealed accessory pathways in patients in patients suffering from paroxysmal AV junctional tachycardia. Latino-Am J Cardiol 1:60-70, 1980.

9. Wellens HJJ, Bar F, Farre J, Ross D, Wiener I, Vanagt E: Initiation and termination of ventricular tachycardia by supraventricular stimuli. Am J Cardiol 46:576-582, 1980.

10. Wiener I, Rubin D, Martinez E, Herman MV: QT prolongation and paroxysmal ventricular tachycardia occurring during fever and hypotension following septra administration. Mt. Sinai Journal of Medicine 48:53-55, 1981.

11. Ross DL, Farre J, Bar F, Vanagt E, Brugada P, Wiener I, Wellens HJJ: Spontaneous termination of circus movement tachycardia utilizing an atrioventricular accessory pathway: Incidence sites of block and mechanisms. Circulation 63:1129-1139, 1981.

12. Ross DL, Wiener I, Farre J, Bar F, Vanagt E, Wellens HJJ: Termination of circus movement tachycardia utilizing an accessory pathway by retrograde concealed penetration of the atrioventricular node via the bundle branch system. Am J Cariol 47:1173-1177, 1981.

13. Pichard A, Wiener I, Martinez E, Horowitz SF, Patterson R, Goldsmith SJ: Regional myocardial perfusion imaging with Thallium 201 in the diagnosis of left anterior descending coronary artery disease. Am Heart J 102:30-36, 1981.

14. Wiener I, Mindich B, Kupersmith J: Regional differences in the effects of lidocaine on intramyocardial conduction in patients with coronary artery disease. Am Heart J 102:53-57, 1981.

15. Wiener I, Kunkes S, Rubin D, Kupersmith J, Packer M, Pitchon R, Schweitzer P: Effects of sudden changes in cycle length on human atrial, AV nodal, and ventricular refractory periods. Circulation 64:245-248, 1981.

16. Boccardo D, Pitchon R, Wiener I: Adverse reaction and efficacy of high dose procainamide therapy in resistant tachyarrhythmias. Am Heart J 102:797-8, 1981.

17. Ross DL, Brugada P, Bar F, Vanagt E, Wiener I, Farre J, Wellens HJJ: Comparison of right and left atrial stimulation in demonstration of dual atrio-ventricular nodal pathways and induction of intranodal re-entry. Circulation 64: 1051-8, 1981.

18. Wiener I, Mindich B, Pitchon R, Richard A, Kupersmith J, Estioko M, Jurado R, Camunas J, Litwak, R: Epicardial activation in patients with coronary artery disease: Effects of regional contraction abnormalities. Circulation 65:154-160, 1981.

19. Kay R, Estioko M, Wiener I: Sick sinus syndrome as an indication for pacemaker therapy in young adults. Amer Heart J 103:338-342, 1982.

20. Stern E, Pitchon R, King B, Guerrero J, Schneider R, Wiener I: Clinical use of oral verapamil in chronic and paroxysmal atrial fibrillation. Chest 81:308-311, 1982.

M007220835

21. Wiener I, Rubin D, Pitchon R:  Use of electrophysiological studies to select therapy for patients with AV nodal reentrant tachycardias.  Pace 5:173-208, 1982.

22. Wiener, I:  Current application of clinical electrophysiology in the diagnosis and treatment of arrhythmias.  Am J Cardiol  49:1287-1293, 1982.

23. Wiener I, Mindich B, Pitchon R:  Determinants of ventricular tachycardia in patients with ventricular aneurysms:  Results of intraoperative epicardial and endocardial mapping.  Circulation 65:856, 1982.

24. Wiener I, Mindich B, Pitchon R:  Epicardial activation of the human ventricle:  effects of left ventricular hypertrophy.  Am J Cardiol 50:1075-8, 1982.

25. Cohen M, Wiener I, Pichard A, Holt J, Smith H, Gorlin R:  Determinants of ventricular tachycardia in patients with ventricular aneurysms:  angiographic and hemodynamic factors.  Am J Cardiol 51:61-64, 1983.

26. Eden E, Teirstein A, Wiener I:  Ventricular arrhythmias induced by vasopressin:  torsade de pointes related to vasopressin-induced bradycardia.  Mt. Sinai J of Med  50, No 1:49-51, Jan-Feb, 1983.

27. Wiener I:  Syndromes of Lown-Ganong-Levine and enhanced AV ndoe conduction.  Am J Cardiol  52:637-639, 1983.

28. Wiener I, Mindich B, Pitchon R:  Fragmented endocardial electrical activity in patients with ventricular tachycardia:  a guide to surgical therapy.  Am Heart J  107:86-89, 1984.

29. Wiener I, Mindich B, Pitchon R:  Endocardial activation of the human ventricle:  effects of regional contraction abnormalities.  Am Heart J 107:1146-1152, 1984.

30. Wiener I, Lyons H:  Amiodarone for refractory automatic atrial tachycardia:  observations on the electrophysiologic mechanisms of amiodarone.  Pace 7:707-9.

31. Packer M, Medina N, Yusak M, Wiener I:  Detrimental effects of verapamil in patients with primary pulmonary hypertension.  British Heart Journal  52:106-11, 1984.

32. Stevenson W, Wiener I:  Effects of non-captured stimuli on ventricular myocardium:  Does concealed conduction occur in the ventricle?  Am J Cardiol  55:226-227, 1984.

33. Wiener I, Yamashita J, Saxena N, Comer T:  Intramural activation of the human ventricle:  Finding in normal and abnormal myocardial segments in patients with coronary artery disease.  Am Heart J 111:258-260, 1986.

34. Stevenson W, Wiener I, Weiss J:  Contribution of anodal excitation during human ventricular bipolar stimulation.  Am J Cardiol 57:582-586, 1986.

35. Stevenson W, Wiener I, Weiss J:  Comparison of bipolar and unipolar programmed electrical stimulation for the initiation of ventricular arrhythmias.  Circulation  73:693-700, 1986.

36. Wiener I:  Clinical and echocardiographic correlates of systemic embolization in patients with non-rheumatic atrial fibrillation.  Am J Cardiol  59:177, 1987.

37. Stevenson W, Wiener I, Weiss J, Klitzner T:  Limitation of bipolar and unipolar conditioning stimuli for inhibition in the human heart.  Am Heart J  114:303-10, 1987.

38. Stevenson W, Wiener I, Weiss J:  Effects of spatial separation of stimulation sites on ventricular refractoriness during programmed stimulation.  Am Heart J  114:1396-9, 1987.

39. Stevenson W, Weiss J, Wiener I, Wohlgelernter D, Yeatman L:  Localization of slow conduction during ventricular tachycardia by entrainment.  Am Heart J  114:1396-9, 1987.

40. Stevenson W, Weiss J, Wiener I, Nademanee K, Wohlgelernter D, Yeatman L, Josephson M, Klitzner T:  Resetting of ventricular tachycardia by electrical stimuli which do not alter the sequence of ventricular activation:  Implications for localizing the area of slow conduction.  Journal Am College of Cardiology  11:522-529, 1988.

41. Stevenson W, Wiener I, Yeatman L, Wohlgelernter D, Weiss J:  Coronary angiography in victims of nonfatal cardiac arrest:  Is there a link between sudden death and the complicated atherosclerotic lesion.  Am Heart J  116:1-7, 1988.

42. Stevenson W, Weiss J, Wiener I, Rivitz M, Nadamanee K, Klitzner T, Yeatman L, Josephson M, Wohlgelernter D:  Fractionated endocardial electrograms are associated with slow conduction in humans: Evidence from pace-mapping.  Journal Am College of Cardiology 13:369-376, 1989.

43. Stevenson W, Weiss J, Wiener I, Nademanee K:  Slow conduction in the infarct scar:  Relevance to the occurrence, detection, and ablation of ventricular reentry circuits resulting from myocardial infarction. Am Heart J 117:452-467, 1989.

44. Stevenson W, Nademanee K, Weiss J, Wiener I, Baron K, Yeatman L, Sherman C:  Programmed electrical stimulation at sites in ventricular reentry circuits:  Comparison of predictions from computer stimulations with observations in humans.  Circulation 80:793-806, 1989.

45. Wiener I, Tilkian AG, Palazzolo M:  Coronary artery spasm and myocardial infarction in a patient with normal coronary arteries: Temporal relationship to pseudoephedrine ingestion.  Catheterization and Cardiovascular Diagnosis 20:46-47, 1990.

46. Wiener I, Stevenson W, Weiss J, Nademanee K:  Are electrophysiologic studies indicated in nonsustained ventricular tachycardia.  Am J Cardiol  66:642-4, 1990.

47. Stevenson W, Nademanee K, Weiss J, Wiener I:  Treatment of catecholamine-sensitive right ventricular tachycardia by endocardial catheter ablation.  JACC  16:2465-66, 1990.

48. Hwang S, Stevenson W, Wiener I, Sherman C:  Delayed presentation of cardiac perforation after apparently successful catheter ablation for incessant ventricular tachycardia.  Am Heart J  120:1465-66, 1990.

49. Hwang S, Stevenson W, Wiener I:  Hearts too good to die: Ventricular fibrillation due to small infarctions or ischemia.  Am Heart J  121:938-939, 1991.

50. Saxon L, Sherman C, Stevenson W, Yeatman L, Wiener I:  Influence of residual blood flow in the infarct-related artery on ventricular tachycardia after myocardial infarction.  Am J Cardiol  69:554-555, 1992.

51. Middlekauff H, Wiener I, Saxon L, Stevenson W:  Amiodarone therapy for atrial fibrillation.  Ann Int Med  116:1017-1020, 1992.

M007220838

52. Saxon L, Sherman C, Stevenson W, Yeatman L, Wiener I:  Ventricular tachycardia after infarction:  Sources of coronary blood flow to the infarct zone.  Am Heart J  124:84-86, 1992.

53. Stevenson W, Sager p, Nademanee K, Hassan H, Middlekauff H, Saxon L, Wiener I:  Identifying sites for catheter ablation of ventricular tachycardia.  Herz 17:158-170, 1992.

54. Katona P, Wiener I, Saxena N:  Mycobacterium avium-intracellulare infection of an automatic implantable defibrillator.  Am Heart J 124:1380-1381, 1992.

55. Stevenson W, Khan H, Sager P, Saxon L, Middlekauff H, Natterson P, Wiener I:  Identification of reentry circuit sites during catheter mapping and radiofrequency ablation of ventricular tachycardia late after myocardial infarction.  Circ 88:  1647-1670, 1993.

56. Middlekauff H, Wiener I, Stevenson W;  Low-dose amiodarone for atrial fibrillation.  Am J Cardiol 721, 76F-81F, 1993.

57. Saxon L, Wiener I, Natterson P, Laks H, Drinkwater D, Stevenson W: Monomorphic versus polymorphic ventricular tachycardia after coronary artery bypass grafting.  Am J Cardiol  75:403-405, 1995.

58. Stevenson W, Sager P, Natterson P, Saxon L, Middlekauf H, Wiener I: Relation of pace-mapping qrs configuration and conduction delay to ventricular tachycardia reentry circuits in human infarct scars.  Journal Am College of Cardiology  26:481-488, 1995.

59. Saxon L, Wiener I, DeLurgio D, Natterson P, Laks H, Drinkwater D, Stevenson W:  Implantable defibrillators for high-risk patients with heart failure who are awaiting cardiac transplantation.  Am Heart J 130:501-506, 1995.

60. Stevenson W, Friedman P, Sager P, Saxon L, Kocoric P, Harade T, Wiener I, Khan H:  Exploring post infarction re-entrant ventricular tachycardia with entrainment mapping.  JACC  29:1188-9, 1997.

61. Shinbane J, Lesh M, Stevenson W, Klitzner T, Natterson P, Wiener I, Ursell P, Saxon L:  The anatomic and electrophysiologic relationship between the coronary sinus and mitral annulus:  Implications for ablation of left-sided accessory pathways.  AHJ  35:93-98, 1998.

62. Fonarow G, Feliciano Z, Boyle N, Knight L, Woo M, Moriguchi J, Laks H, Wiener I:  Improved survival in patients with non-ischemic

M007220839

advanced heart failure and syncope treated with an implantable cardioverter defibrillator.  AJC  85:981-985, 2000.

63. Shivkumar K, Feliciano Z, Boyle N, Wiener I:  Intradevice interaction in a dual chamber implantable cardioverter defibrillator preventing ventricular tachyarrhythmia detection.  J Cardiovasc Electrophysiol 11:  1285-1288, 2000.

64. Wiener, I:  When a trick becomes a technique.  J Cardiovasc Electrophysiol  12:1338, 2001.

65. Cesario D, Valderrabano M, Cai J, Ji S, Shannon K, Weiss J, Wiener I, Olshanksy B, Chen P, Shivkumar K: Electrophysiological Characterization of Cardiac Veins in Humans. Journal of Interventional Cardiac Electrophysiology 10:241-7, 2004.

66. Valderrabano M, Cesario D, Ji S, Shannon K, Weiss J, Wiener I, Swerdlow C, Oral H, Morady F, Shivkumar K: Percutaneous epicardial mapping during ablation of difficult accessory pathways as an alternative to cardiac surgery. Heart Rhythm 1: 311-316 2004

67. Vaseghi M, Cesario D, Ji S, Shannon K, Wiener I, Boyle N, Fonarow G, Valderrabano M, Shivkumar K: Beyond Coronary Sinus Angiography: The Value of Coronary Arteriography and Identification of the Pericardiophrenic Vein During Left Ventricular Lead Placement. PACE 28: 185-190, 2005

68. Vaseghi M, Cesario D, Valderrabano M, Boyle N, Ratib O, Finn P, Wiener I, Shivkumar K: Impedance monitoring during catheter ablation of atrial fibrillation. Heart Rhythm 2:914-920, 2005

M007220840

<u>INVITED ARTICLES</u>

1. Farre J, Wiener I, Rose D, Bar F, Wellens HJJ:  Electrophysiological studies in patients with ventricular tachycardia in selected topics in cardiac arrhythmias (B. Befeler, ed).  Futura Publishing Co., Mt. Kisco, N.Y., 1980.

2. Farre J, Ross D, Wiener I, Bar F, Wellens HJJ:  Wolff-Parkinson-White syndrome:  Electrophysiological studies in patients with tachycardia in selected topics in cardiac arrhythmias (B. Befeler, ed).  Futura Publishing Co., Mt. Kisco, N.Y., 1980.

3. Wiener I:  Wolff-Parkinson-White syndrome:  electrophysiological mechanisms.  Primary Cardiology, 6:130-133, 1980.

4. Wiener I:  Electrophysiologic studies in patients with tachycardias (Editorial)  Primary Cardiology, Vol. No 2, 8:13-17, 1982.

5. Wiener I, Litwak R:  Advances in approach to patients with ventricular arrhythmias.  (Editorial) Primary Cardiology, Vol. No 31, 8:14, 1982.

6. Kay R, Wiener I:  Sick sinus syndrome in young adults.  Primary Cardiology, Vol. 9, No 6:129-131, 136-137, 140, P.W. Communications, 1983.

7. Wiener I:  Verapamil therapy for atrial flutter and fibrillation in calcium channel antagonists in cardiovascular disease. (M. Packer and W. Frishman, eds.)  Appleton-Century-Crofts, Norwalk, Connecticut, 1984.

8. Wiener I:  Electrophysiologic Studies in Tilkian, Daily, Cardiovascular Procedures, Diagnostic Techniques and Therapeutic Procedures.  C.V. Mosby Co., St. Louis, Missouri, 1986.

9. Wiener I: Conover M:  Pacemakers in Tilkian, Daily Cardiovascular Procedures, Diagnostic Techniques and Therapeutic Procedures.  C.V. Mosby Co., St. Louis, Missouri, 1986.

10. Wiener I:  Pre-operative and Intraoperative Mapping of Ventricular Tachycardia:  Is it Necessary for the Success of Surgical Treatment in Cardiac Arrhythmias:  Where To Go From Here?  (P Brugada and H Wellens, eds.)  Future Publishing Company, Inc.  Mt. Kisco, New York, 1987.

M007220841

11. Wiener I:  Anesthesia and surgery in current management of arrhythmias (L. Horowitz, ed.)  Mosby-Year Book, St. Louis, Missouri, 1990.

12. Wiener I in Professor Hein J J Wellens, Smeets J, Doevendons P, Josephson M, Kirschof Ch, Vos M (ed)  Kluwer Academic Publishing, Dordvecht, The Netherlands 2000.

M007220842

## ABSTRACTS

1. Wiener I, Meller J, Packer M, Herman M, Teicholz LE: Prognostic value of interventricular septal function in acute anteroseptal myocardial infarction. Clinical Research 26:278A, 1978.

2. Wiener I, Mindich B, Kupersmith J: Regional differences in the effects of lidocaine on intramyocardial conduction in patients with coronary artery disease. Circulation 57-58, Suppl II-156, 1978.

3. Goldsmith S, Wiener I, Patterson R, Pichard A, Meller J, Rudin A, Teicholz L, Gorlin R, Herman M: Identification of proximal left anterior descending coronary artery disease by Thallium 201 myocardial perfusion imaging. Circulation 57-58, Supp II-132, 1978.

4. Farre J, Wiener I, Ross DL, Bar F, Wellens HJJ: A new type of bypass tract in human A-V junctional tachycardia: Slow conducting accessory pathways. Am J Cardiol 43:388, 1979.

5. Wellens, HJJ, Bar F, Wiener I, Farre J, Ross D, Kersemakers J: Clinical relevance of tachycardias induced during programmed cardiac stimulation. Am J Cardiol 43:400, 1979.

6. Wiener I, Mindich B, Kupersmith J: Regional differences in the effects of propranolol on ventricular myocardium of patients with coronary artery disease. Clinical Research 27:239A, 1979.

7. Kryger S, Wiener I, Kunkes S, Kupersmith J: Clinical value of 24-hour ambulatory ECG in the evaluation of patients with syncope: follow-up of positive and negative findings. Circulation 59-60, Suppl II-742, 1979.

8. Ross D, Farre J, Wiener I, Vanagt E, Bar F, Wellens HJJ: Mechanisms of spontaneous termination of circus movement tachycardia incorporating an accessory pathway. Circulation 59-60, Suppl II-79, 1979.

9. Ross D, Farre J, Wiener I, Bar F, Vanagt E, Wellens HJJ: Comparison of right atrial versus coronary sinus stimulation in AV Nodal re-entry. Circulation 59-60, Suppl II-240, 1979.

10. Wellens, HJJ, Bar F, Farre J, Ross D, Wiener I, Vanagt E: Initiation and termination of tachycardia by programmed electrical stimulation of the heart in 500 patients with documented regular tachycardia. Circulation 59-60, Suppl II-78, 1979.

M007220843

11. Ross D, Vanagt E, Farre J, Bar F, Wiener I, Wellens HJJ: Mechanisms of termination aberrant conduction due to retrograde concealed penetration of the bundle branches during circus movement tachycardia utilizing an accessory pathway.  Am J Cardiol 45:405, 1980.

12. Blake J, Wiener I, Horowitz SF, Patterson R, Meller J, Murphy R, Goldsmith SJ, Herman MV:  Evaluation of exercise induced ventricular arrhythmias with Thallium 201 imaging.  Clinical Research 28:468A, 1980.

13. Wiener I, Kunkes S, Rubin D, Kupersmith J, Packer M, Pitchon R, Schweitzer P:  Effects of sudden change in cycle length on human atrial, AV nodal, and ventricular refractory periods.  Clinical Research 29:250A, 1980.

14. Wiener I, Mindich B, Pitchon R:  Determinants of ventricular tachycardia in patients with ventricular aneurysms:  Results of intraoperative epicardial and endocardial mapping.  Circulation 64, Suppl II-88, 1981.

15. Pichard A, Ziff C, Rentrop KP, Karsch K, Wiener I, Teicholz L, Gorlin R, Holt R, Smith H:  Incidence of total coronary occlusions in the chronic phase of myocardial infarction.  Circulation 65, Suppl IV-311, 1981.

16. Kay R, Pichard A, Smith H, Holt J, Meller J, Wiener I, Gorlin R, Teicholz L:  Pitfalls in the diagnosis of mitral regurgitation by pulmonary capillary wedge pressures.  Circulation 64, Suppl IV-311, 1981.

17. Wiener I, Mindich B, Pitchon R:   Fragmented endocardial electrical activity in patients with ventricular tachycardia:  A guide to surgical therapy.  Am J Cardiol 49:946, 1982.

18. Siegal M, Wiener I, Mindich B, Pitchon R:  Epicardial activation of normal and enlarged human atria:  Evidence of multicentric origin of the sinus impulse and preferential intra-atrial spread.  Clinical Research 30:221A, 1982.

19. Wiener I, Mindich B, Pitchon R:  Endocardial activation of the human ventricle:  Effects of regional contraction abnormalities.  Circulation 66, Suppl II-345, 1982.

20. Wiener I, Lyons H, Nicholas H, Tilkian A:  Value and limitations of TAM-II monitoring in evaluation of symptoms suggestive of sporadic arrhythmia:  Comparison with holter monitoring.  Clinical Research 32:217A, 1984.

M007220844

21. Karz A, Eckel K, Tilkian A, Guzy P, Wiener I, Haber L, Agonifar B, Lyons H: Home ECG monitoring for the recognition and treatment of ventricular tachycardia. Circulation 70: Suppl II-368, 1984 (abstr).

22. Wiener I, Yamashita J, Saxena N, Comer T: Electrophysiological abnormalities in patients with coronary artery disease: Importance of intramural recordings. Circulation 70: Suppl II-372, 1984.

23. Stevenson W, Weiss J, Wiener I, Nademanee K, Wohlgelernter D, Yeatman L, Josephson M: Entrainment as a guide for localizing the site of ventricular tachycardia. JACC 9: Supplement A-153A, 1987.

24. Wiener I, Stevenson W, Weiss J: A randomized trial of programmed stimulation versus holter monitoring for patients with non-sustained ventricular tachycardia and abnormal ventricular function: preliminary findings. Clinical Research 35:344A, 1987.

25. Stevenson W, Wiener I, Weiss J: Spatial effects of the basic drive electrical stimuli on ventricular refractoriness in humans. PACE 10:762, 1987.

26. Stevenson W, Rivitz S, Wiener I, Weiss J, Nademanee K, Klitzner T, Yeatman L, Wohlgelernter D: Do fractionated electrograms indicate slow conduction? Evidence from pacing mapping. Circulation 76: Suppl IV-83, 1987.

27. Kay A, Eckel K, Tilkian A, Wiener I, Lyons H, Haber L: Rapid detection of ventricular tachycardia by stimulation near the suspected reentry circuit: Effects of stimulus prematurity. Circ 78: Suppl II-301, 1988.

28. Stevenson W, Weiss J, Wiener I, Nademanee K: Resetting of ventricular tachycardia by stimulation near the suspected reentry circuit: Effects of the stimulus prematurity. Circ 78: Suppl II-301, 1988.

29. Saxon L, Sherman CT, Stevenson W, Yeatman L, Wiener I: Ventricular tachycardia after infarction: Sources of coronary blood flow to the infarction zone. Pace 14: 705, 1991.

30. Saxon L, Stevenson W, Yeatman L, Sherma CT, Pensabene J, Wiener I: Ventricular tachycardia after myocardial infarction: Influence of residual blood flow in the infarct related artery. Pace 14: 706, 1991.

31. Stevenson W, Hassan H, Sager P, Middlekauf H, Saxon L, Wiener I: Targeting endocardial sites for catheter ablation of ventricular tachycardia after myocardial infarction. Circ 86: Suppl I-519, 1992.

M007220845

32. Stevenson W, Sager P, Khan H, Saxon L, Middlekauf H, Natterson P, Wiener I: Identification of reentry circuit sites during catheter mapping and ablation of ventricular tachycardia late after myocardial infarction. PACE: 16:859, 1993.

33. Karz A, Rendon K, Tilkian A, Wiener I: Computerized home ECG monitoring- a new system for monitoring high risk outpatients during drug titration. PACE 16: 927, 1993.

34. Saxon L, Wiener I, Natterson P, Laks H, Drinkwater D, Stevenson W: Monomorphic verses polymorphic ventricular tachycardia after coronary artery bypass grafting. JACC: February 1995, 199A.

35. Saxon L, Natterson P, Delurgio D, Shannon K, Wetzel G, Cabben W, Wiener I, Endler L, Klitzner T: Impedance characteristics of retrograde versus transseptal approaches to radiofrequency ablation of left-sided accessory pathways. PACE 18: 921, 1995.

36. Shinbane J, Lesh M, Stevenson M, Ursel P, Klitzner T, Natterson P, Wiener I, Saxon L: Electrophysiologic and anatomic relationships between the coronary sinus and mitral annulas: Implications for left-sided accessory pathway ablation. PACE 19: 371, 1996.

37. Fonarow G, Wiener I, Feliciano Z, Knight L, Woo M, Moriguchi J, Boyle N, Laks H: Improved survival in patients with nonischemic advanced heart failure and syncope treated with an implantable defibrillator. Circulation 96: Supplement 1-707, 1997.

38. Feliciano Z, Boyle N, Wiener I, Fonarow G, Knight L, Woo M, Hamilton M, Moriguchi J: The impact of implantable cardiovascular defibrillator therapy on survival in patients with nonischemic heart failure and syncope. Archives Mal Coeur 91 Suppl 111-182, 1998.

39. Shivkumar K, Kobashigawa JA, Espejo ML, Watanabe M, Ikeda M, Chuang J, Hamilton M, Moriguchi JD, Patel JK, Kawata N, Laks H, Wiener I: Sudden death after heart transplantation: The importance of LV dysfunction. Pace 24: 548, 2001.

40. Shivkumar K, Kobashigawa JA, Espejo ML, Watanabe M, Ikeda M, Chuang J, Hamilton M, Moriguchi J, Patel J, Kawata N, Laks H, Wiener I: Sudden cardiac death after heart transplantation: The importance of left ventricular dysfunction. Circ 104: Suppl 11-647, 2001.

M007220846

41. Shivkumar K, Swerdlow C, Finn P, Ratib O, Cesario D, Valderrabano M, Ji S, Shannon K, Weiss J, Wiener I. Limitations of Impedance Monitoring During Catheter Ablation of Atrial Fibrillation. Circ 108: Supp IV-618.2003

42. Ji S, Cesario D, Valderrabano M, Cote S, Hardie M, Boyle N, Shannon K, Espejo-Vassilakis M, Hamilton M, Hage Antoine, Moriguchi J, Patel J, Kobashigawa J, Wiener I, Shivkumar K. Mechanistic Basis of Supraventricular Arrhythmias Following Orthotopic Cardiac Transplantation. Circ: 108: Supp IV-429. 2003

43. Cesario D, Valderrabano M, Ji S, Narasimhan C, Shannon K, Swerdlow C, Weiss J, Wiener I, Shivkumar K. Percutaneous Epicardial and Endocardial Mapping of Inferoposterior Myocardial Infarct Scars: Implications for Catheter Ablation of Ventricular Tachycardia. Circ: 108 Supp IV-923. 2003

44. Cogert GA, Shivkumar K, Patel J, Wiener I, Moriguchi J, Espejo Vassilakis M, Laks H, Kobashigawa J. Implantable Cardioverter Defibrillators in Heart Transplant Patients at Risk for Sudden Death: Shocking News? ISHLT 23rd Annual Meeting and Scientific Sessions April 2003

45. Valderrabano M, Cesario D, Ji S, Shannon K, Wiener I, Swerdlow C, Shivkumar K. Contribution of Epicardial Mapping and Ablation to Treatment of Patients with Previously Failed Accessory Pathway Ablations. JACC 43: Supplement A- 123A.2004

46. Vaseghi M, Cesario D, Ji S, Shannon K, Wiener I, Fonarow G, Odom J, Valderrabano M, Shivkumar K Delineation of the Pericardiophrenic Vein for Optimal Left Ventricular Lead Placement. JACC 43: Supplement A- 128 A, 2004

47. Valderrabano M, Cesario D, Ji S, Shannon K, Boyle N, Bello D, Wiener I, Shivkumar K, Substrate-based Ablation of Unmappable Ventricular Tachycardias: Value of Transmural Definition of Scars Circulation 110: Supplement III 39th

48. Cesario D, Shivkumar K, Valderrabano M, Wiener I, Swerdlow C Esophageal Temperature Monitoring  During Left Atrial Catheter Ablation for Atrial Fibrillation JACC:45:Supplement A 114A, 2005

M00722 08 47

49. Doshi R, Crandall G, Osborn J, Weiss J, Kfoury A, Wong S, Merollat J, Petrawak R, Wiener I, Nelson J, Hunter J, McGuire M, Haba S, Day J Do Biventricular Pacemaker Defibrillator Patients have Higher Defibrillation Thresholds? Heart Rhythm 2:5243, 2005

50. Cesario D, Vaseghi M, Ji S, Valderrabano M, Shannon K, Boyle N, Natterson B, Wiener I, Shivkumar K. Catheter ablation of ventricular tachycardia: characterization of scars in ischemic and non-ischemic cardiomyopathy Circ 112: suppl II 623, 2005

51.Kaushal R, Cesario D, Natterson B, Mahajan A, Vaseghi M, Buch E,Wiener I, Boyle N, Shivkumar K, Doshi R. Anatomic relation of the bronchial tree to the left atrium..Heart Rhythm:3:S324,2006.

M007220848