Exhibit B - Wiener Deposition Excerpts

• **Mason - Mot. to Exclude Wiener**

[1:] - [1:25]   8/24/2006   Wiener, Isaac (Mason)

```
page 1
   0001
1                  UNITED STATES DISTRICT COURT
2                  EASTERN DISTRICT OF LOUISIANA
3
4
5      _____
                                   )
6      In re:  VIOXX PRODUCTS      )
       LIABILITY LITIGATION        )
7                                  )
                                   )
8                                  ) Case No. 2:06-CV-00810
                                   )
9      CHARLES MASON,              ) MDL DOCKET NO. 1657
                                   ) SECTION L
10                Plaintiff,       )
                                   )
11         vs.                     )
                                   )
12     MERCK & CO., INC.,          )
                                   )
13                Defendants.      )
                                   )
14     _____)
15
16
17
18          THE DEPOSITION OF ISAAC WIENER, M.D., F.A.C.C.
19               VOLUME I, PAGES 1 THROUGH 243
20                  LOS ANGELES, CALIFORNIA
21                     AUGUST 24, 2006
22
23         Reported by Irene Nakamura, CSR No. 9478
                    PRS Job No. 118-343693
24
25
```

[12:13] - [12:14]   8/24/2006   Wiener, Isaac (Mason)

```
page 12
13               THE DEPONENT:  I come up with 25-1/2
14    hours.
```

[15:5] - [15:10]   8/24/2006   Wiener, Isaac (Mason)

```
page 15
5       Q    Have you ever spoken to Mr. Mason?
6       A    No, I haven't.
7       Q    Have you ever met the man?
8       A    No.
9       Q    Any correspondence with him?
10      A    No.
```

[15:11] - [15:18]   8/24/2006   Wiener, Isaac (Mason)

```
page 15
11      Q    Have you met or spoken to any other
12   expert that Mr. Mason has retained in this case?
13      A    I -- one, I'm not sure who the other
14   experts are.  I have heard in passing the names of
15   some of them, but I don't know all of them.  And I
16   haven't spoken to any expert who's been retained
17   or not retained.  I haven't spoken to anyone else
```

**Exhibit B - Wiener Deposition Excerpts**

- **Mason - Mot. to Exclude Wiener**

```
                          18   about it at all.
```

| | |
|---|---|
| [16:14] - [16:23] | 8/24/2006   Wiener, Isaac (Mason) |

```
page 16
14         Q    We probably won't mark that for the
15   purposes of today.
16              But is there any other medical records
17   with respect to Mr. Mason that you've reviewed
18   other than that which you brought today?
19         A    You know, I didn't bring all the
20   depositions.  I -- the complaints and stuff, I
21   glanced at, but I -- I didn't really know what to
22   make of those.  So I basically brought the things
23   that I thought were relevant.
```

| | |
|---|---|
| [19:1] - [19:4] | 8/24/2006   Wiener, Isaac (Mason) |

```
page 19
1          Q    Am I correct, sir, that you've never
2    done any research in the area of anti-inflammatory
3    medications?
4          A    No, I have not.
```

| | |
|---|---|
| [19:10] - [19:14] | 8/24/2006   Wiener, Isaac (Mason) |

```
page 19
10         Q    And so the answer to my question is I
11   am correct?
12         A    The answer is I haven't done research
13   on anti-inflammatories.  I haven't done research
14   on Vioxx or COX-2 inhibitors.
```

| | |
|---|---|
| [19:21] - [19:22] | 8/24/2006   Wiener, Isaac (Mason) |

```
page 19
21         A    Okay.  And those are distinct.  Okay.
22              No, I haven't published anything.
```

| | |
|---|---|
| [20:8] | 8/24/2006   Wiener, Isaac (Mason) |

```
page 20
8    general, I am -- I am a pure cardiologist.  I
```

| | |
|---|---|
| [21:1] - [21:3] | 8/24/2006   Wiener, Isaac (Mason) |

```
page 21
1          Q    Have you ever read any of the labels
2    for Vioxx?
3          A    No, I haven't.
```

| | |
|---|---|
| [22:16] - [22:19] | 8/24/2006   Wiener, Isaac (Mason) |

```
page 22
16         A    I don't recall specifically, but I
17   probably started looking into the literature, you
18   know, after speaking or while speaking with
19   Mr. O'Callahan.
```

| | |
|---|---|
| [28:9] - [28:14] | 8/24/2006   Wiener, Isaac (Mason) |

```
page 28
9          Q    And am I correct that the only two
10   people in the world for whom you've ever concluded
11   that Vioxx played any role in the cardiovascular
12   events are Mr. Mason and Mr. Ernst?
```

**Exhibit B - Wiener Deposition Excerpts**

• **Mason - Mot. to Exclude Wiener**

```
                            13         A    Well, those are the only two cases that
                            14    I've been retained as -- as an expert, yeah.
```

[33:15] - [33:23]           8/24/2006    Wiener, Isaac (Mason)

```
                            page 33
                            15         Q    Is there any further work you're
                            16    planning on doing with respect to Mr. Mason in the
                            17    opinions in this case?
                            18         A    Well, I -- before the trial, I will,
                            19    you know, again review the literature and review
                            20    the clinical chart and, you know, review any other
                            21    information that's come up in those -- in those
                            22    intervening months.  But I -- I believe other than
                            23    preparing for trial, I'm pretty much done now.
```

[34:20] - [34:23]           8/24/2006    Wiener, Isaac (Mason)

```
                            page 34
                            20              THE DEPONENT:  And I don't think I
                            21    finished -- who was it?  The other cardiologist
                            22    was Dr. Sanders?  Yeah, I think I only got halfway
                            23    through his -- his depo.
```

[36:2] - [36:4]             8/24/2006    Wiener, Isaac (Mason)

```
                            page 36
                            2          Q    You are not an epidemiologist or a
                            3     biostatistician; correct.
                            4          A    Thank God, no.
```

[48:5] - [48:6]             8/24/2006    Wiener, Isaac (Mason)

```
                            page 48
                            5     about study design.  And I am not an expert on
                            6     study design.  But in the follow-up data -- in
```

[70:5] - [70:17]            8/24/2006    Wiener, Isaac (Mason)

```
                            page 70
                            5          Q    Now, have you ever heard of a clinical
                            6     study involving Vioxx called the VICTOR study?
                            7          A    Yes, I have.
                            8          Q    Have you reviewed any data from that
                            9     study?
                            10         A    That came out at the time of the
                            11    "Ernst" trial, I believe.  The data was released.
                            12    It hasn't been published, to my knowledge.  So I
                            13    have seen several of the grafts.  I -- graphs.
                            14              I have not viewed -- and it's mentioned
                            15    in Dr. Zipes' report, and it's mentioned in
                            16    several -- I have seen it mentioned.  I have not
                            17    reviewed it personally.
```

[71:8] - [71:14]            8/24/2006    Wiener, Isaac (Mason)

```
                            page 71
                            8          Q    Do you know what the ViP study
                            9     demonstrated?
                            10         A    I have a rough idea, but I can't recall
                            11    right now.  I've seen it mentioned.  Certainly
                            12    Dr. Zipes' report mentions it.  I saw it mentioned
                            13    somewhere else.  I believe it also hasn't been
                            14    published.
```

**Exhibit B - Wiener Deposition Excerpts**

• **Mason - Mot. to Exclude Wiener**

[74:24] - [74:25]        8/24/2006    Wiener, Isaac (Mason)

```
page 74
24        A    I haven't read any of the Alzheimer's
25   studies directly.
```

[75:8] - [75:22]         8/24/2006    Wiener, Isaac (Mason)

```
page 75
8         Q    And as you sit here today, can you tell
9    me, as best as you can, why you concluded the
10   Alzheimer studies were not relevant to your
11   opinion?
12        A    One, I'd like to see where they are
13   published.  But they weren't in major journals.
14   They were not in journals that I subscribed to, I
15   am virtually certain.
16             And two, my understanding is that -- my
17   understanding of the studies is that there was --
18   as I understand it, there was not a difference in
19   infarcts, whatever, but there was a higher
20   mortality in the Alzheimer's groups.  And it --
21   it just seemed like it wasn't something that was
22   going to be relevant to my opinion.
```

[79:17] - [79:23]        8/24/2006    Wiener, Isaac (Mason)

```
page 79
17        Q    So let's try it this way.
18             You have not reviewed any of the
19   peer-reviewed publications of the original
20   osteoarthritis studies; correct?
21        A    I don't even know if they're
22   peer-reviewed or not.  I have not reviewed any of
23   the original osteoarthritis studies.
```

[81:3] - [81:8]          8/24/2006    Wiener, Isaac (Mason)

```
page 81
3         Q    Your opinion in this case regarding
4    the cardiovascular safety of Vioxx is primarily
5    based on VIGOR and APPROVe and any subsequent
6    corrections relating to those two studies and the
7    Juni meta-analysis; is that correct?
8         A    Yes.
```

[82:8] - [82:19]         8/24/2006    Wiener, Isaac (Mason)

```
page 82
8         Q    Are you aware of clinical studies that
9    have demonstrated no increased cardiovascular risk
10   of Vioxx?
11        A    I am aware of some of the short-term
12   studies, and I am aware that all the studies
13   aren't completely uniform, yeah.
14        Q    Have you aware of any -- are you aware
15   of any long-term studies that have demonstrated no
16   increased cardiovascular risk of Vioxx?
17        A    There -- there may be some.  Again,
18   I -- I haven't looked at every individual original
19   study.
```

[86:7] - [86:10]         8/24/2006    Wiener, Isaac (Mason)

```
page 86
7              So I interpret the APPROVe trial to --
8    and to -- to strongly suggest that Vioxx was a
```

**Exhibit B - Wiener Deposition Excerpts**

- **Mason - Mot. to Exclude Wiener**

```
              9    factor, a significant contributing factor in
             10    Mr. Mason's illness.
```

[90:10] - [90:15]        8/24/2006    Wiener, Isaac (Mason)

```
page 90
10         Q    Are you aware of any observational
11    studies that have been done on Vioxx which have
12    shown no increased cardiovascular risk?
13         A    I'm aware of observational studies.  I
14    did not review them in detail and have not used
15    them as a basis for my opinion.
```

[91:3] - [91:15]        8/24/2006    Wiener, Isaac (Mason)

```
page 91
 3         A    No.  I mean, correct, I am not.  My
 4    opinions are based on the published large trials
 5    in major journals.
 6         Q    And that's APPROVe, VIGOR, and the Juni
 7    meta --
 8         A    Juni meta-analysis, yeah.
 9         Q    Now, can you even say, sir, that you
10    have considered even the majority of the clinical
11    trial data that exists on Vioxx in peer-reviewed
12    literature?
13         A    I don't know what you mean by "even."
14    I have reviewed the literature that is important
15    to me as a clinician.
```

[92:2] - [92:13]        8/24/2006    Wiener, Isaac (Mason)

```
page 92
 2         Q    Have you reviewed the clinical trial
 3    data that exists for more than half of the
 4    patients enrolled in the Vioxx clinical studies?
 5         A    You know, as I said, I have reviewed
 6    the data on the clinical studies that are relevant
 7    to me as a clinician.
 8         Q    And the ones that are relevant to you
 9    are VIGOR, APPROVe, and Juni?
10         A    The ones that are published in major
11    journals.
12         Q    VIGOR, APPROVe, and Juni?
13         A    Those are the bases of my opinion.
```

[94:7] - [94:10]        8/24/2006    Wiener, Isaac (Mason)

```
page 94
 7         Q    As of July 2003, Mr. Mason had coronary
 8    artery disease; correct?
 9         A    When he had his myocardial infarction,
10    he had coronary artery disease.
```

[107:5] - [107:6]        8/24/2006    Wiener, Isaac (Mason)

```
page 107
 5    to look for clot.  In other words, I saw a severe
 6    blockage.  In this clinical setting, it generally
```

[108:14] - [108:23]        8/24/2006    Wiener, Isaac (Mason)

```
page 108
14         Q    Certainly, you -- it is possible in
15    some situations to observe a thrombus via an
16    angiogram?
17         A    On some occasions, yes.
```

**Exhibit B - Wiener Deposition Excerpts**

• **Mason - Mot. to Exclude Wiener**

```
                18      Q   On this occasion when you reviewed
                19  Mr. Mason's angiogram from July of 2003, you could
                20  not discern a thrombus in his left anterior
                21  descending; correct?
                22      A   I couldn't tell you one way or the
                23  other.
```

[121:14] - [124:22]      8/24/2006    Wiener, Isaac (Mason)

```
            page 121
            14          What other factors do you believe
            15  contributed to Mr. Mason's myocardial infarction?
            16      A   Okay.  You know, we looked at
            17  Mr. Mason's other risk factors.  And, you know, as
            18  my estimation, he was of pretty much average --
            19  you know, he was certainly not high risk.
            20          And I did put on the reference list
            21  some, you know, brief data on the risk-factor
            22  analysis.  His main risk factor was his sex and
            23  his age, and those are unchangeable.
            24          There is debate about family history.
            25  I really don't know how to, you know, characterize
            page 122
            1   that.
            2           There's a question of one sister may
            3   have died of heart disease, but there's no
            4   documentation, no -- you know, no medical person
            5   saying that.
            6           He certainly does not have a strong
            7   family history.  His parents lived to ripe old
            8   ages, I think 89 and 92, or something like that.
            9   And he has seven or eight other siblings who
            10  are -- don't have any heart disease.
            11          He does not have documented
            12  hypertension.
            13          He clearly doesn't have diabetes.
            14  Let's deal with that.
            15          He does not -- was never treated for
            16  hypertension.  It was apparently one elevated
            17  blood pressure reading at the time of the
            18  treadmill, but I believe in his deposition, the
            19  physician felt that that was related to the stress
            20  of the situation, and I think that's very
            21  reasonable.
            22          We have multiple blood pressures from
            23  Dr. Vogeler that were normal.
            24          And his lipids, he -- he was a former
            25  smoker but had stopped many, many years in the
            page 123
            1   past, and that shouldn't have been a factor at the
            2   current time.
            3           His lipids were not felt to be high
            4   risk.  There was some that were actually, by their
            5   calculation, low risk and -- you know, we can get
            6   out some of these lipid values, I think.
            7           But basically, his lipids were not a --
            8   a major risk factor.
            9           He was obese.  Obesity is sort of a
            10  secondary risk factor.  There's some debate about
            11  how important it is.
            12          I consider it a risk factor, and I tell
            13  my patients to lose weight.  And he should have
            14  lost weight, and apparently he has.
            15          There's some debate whether the risk
            16  associated with obesity is because of its
            17  relationship to high -- hypertension, diabetes,
            18  and so forth, or whether it's an independent risk
            19  factor in -- in someone who is -- who doesn't have
```

**Exhibit B - Wiener Deposition Excerpts**

• **Mason - Mot. to Exclude Wiener**

```
             20   those other factors.
             21         While we were waiting, I was catching
             22   up on my journals.  And "Lancet" from August 19th
             23   has a new article about obesity saying it's not a
             24   risk factor.
             25         So I think -- and I just read the
             page 124
             1    abstract.  But in any case, based on my training,
             2    experience, and so forth, I consider obesity a
             3    risk factor, but it is not at the same level of
             4    the others.
             5          So I think these -- these factors
             6    played a -- a -- there clearly are other factors
             7    that played some role, but he's not someone who
             8    would qualify as a high-risk individual.
             9       Q   Now, cardiologists such as yourself do
             10   risk-factor analyses to determine the risk that
             11   patients will develop coronary artery disease;
             12   correct?
             13      A   Well, you know, there are -- there are
             14   various nomograms, and I even, you know, put one
             15   of them on the reference list.
             16         I must say that -- and -- and that can
             17   be run on -- on Mr. Mason, and I believe he comes
             18   out as not in the high-risk group.
             19         In my clinical practice, I sort of go
             20   more intuitively, just by balancing the risk
             21   factors.  But clearly risk factors are very
             22   important.
```

[129:3]              8/24/2006   Wiener, Isaac (Mason)

```
page 129
3    the mechanisms, I think mechanisms are important.
```

[129:4] - [129:7]    8/24/2006   Wiener, Isaac (Mason)

```
page 129
4    There is evidence that Vioxx suppresses
5    prostacyclin and leaves thromboxane unopposed.
6    But I am not going to -- you know, I have not
7    researched the literature on mechanisms.  I am not
```

[129:6] - [129:8]    8/24/2006   Wiener, Isaac (Mason)

```
page 129
6    But I am not going to -- you know, I have not
7    researched the literature on mechanisms.  I am not
8    going to base my testimony on mechanisms.
```

[129:12] - [129:24]  8/24/2006   Wiener, Isaac (Mason)

```
page 129
12      Q   How did Vioxx contribute to Mr. Mason's
13   myocardial infarction of July of 2003?
14      A   I -- I think you're asking for a
15   specific mechanism, and I haven't formed an
16   opinion on that.  I believe there's clinical
17   evidence that Vioxx increases the risk of
18   myocardial infarction.
19          There are plausible mechanisms.  We
20   don't know the clinical mechanism specifically, or
21   at least I'm -- I haven't investigated those, but
22   I'm familiar with good possibilities.  And I think
23   it -- to answer your question, it contributed by
24   the fact that he was taking it.
```

**Exhibit B - Wiener Deposition Excerpts**

- **Mason - Mot. to Exclude Wiener**

[130:22] - [131:13]     8/24/2006    Wiener, Isaac (Mason)

```
page 130
22         Q     Okay.  Describe the differential
23   diagnosis you did for Mr. Mason's myocardial
24   infarction.
25         A     We just went through, you know, the
page 131
1    other possible contributing factors.  And after --
2    after weighing those factors, I believe Vioxx was
3    a significant contributing factor.
4          Q     And so Mr. Mason had other explanations
5    for his myocardial infarction; correct?
6          A     I don't know about other explanations.
7    He had some other contributing factors, as he had
8    his age and his sex as contributing factors.
9          Q     How did you rule Vioxx in as one of the
10   contributing factors with respect to Mr. Mason?
11         A     Based on my training, experience,
12   clinical judgment, and -- and the literature,
13   particularly the APPROVe study.
```

[131:4] - [131:13]     8/24/2006    Wiener, Isaac (Mason)

```
page 131
4          Q     And so Mr. Mason had other explanations
5    for his myocardial infarction; correct?
6          A     I don't know about other explanations.
7    He had some other contributing factors, as he had
8    his age and his sex as contributing factors.
9          Q     How did you rule Vioxx in as one of the
10   contributing factors with respect to Mr. Mason?
11         A     Based on my training, experience,
12   clinical judgment, and -- and the literature,
13   particularly the APPROVe study.
```

[160:6] - [160:12]     8/24/2006    Wiener, Isaac (Mason)

```
page 160
6          Q     Is it generally accepted in the
7    cardiology community that erectile dysfunction can
8    be a sign of vascular disease?
9          A     It's a very nonspecific sign.  In other
10   words, it -- it can be a sign of vascular disease,
11   but there are many, many other causes of erectile
12   dysfunction.
```

[173:17] - [174:5]     8/24/2006    Wiener, Isaac (Mason)

```
page 173
17         Q     When you mentioned earlier this
18   biological plausibility of the prostacyclin
19   thromboxane imbalance, are you relying on any
20   particular study to form that biological
21   plausibility opinion?
22         A     I haven't reviewed the primary studies.
23   You know, that hypothesis and that theory is -- is
24   discussed in the APPROVe trial.  It's -- it's
25   discussed in all the clinical trials as a possible
page 174
1    mechanism.
2          Q     So you haven't reviewed any of the
3    actual basic science studies; correct?
4          A     Absolutely not.  I try as hard as I can
5    not to read basic science studies.
```

**Exhibit B - Wiener Deposition Excerpts**

- **Mason - Mot. to Exclude Wiener**

[212:2] - [212:7]        8/24/2006    Wiener, Isaac (Mason)

```
page 212
2           Q    Right.  You would not be offering any
3      opinion at trial that Mr. Mason's M.I. limits his
4      activities in any way; correct?
5           A    I will say that I can't evaluate.  I
6      mean that they could limit his activities.  I
7      can't evaluate it.
```

[233:24] - [234:4]        8/24/2006    Wiener, Isaac (Mason)

```
page 233
24          Q    In the Juni meta-analysis --
25          A    Yeah.
page 234
1           Q    -- neither the 12.5 milligram nor the
2      25-milligram dose showed a significantly increased
3      risk of myocardial infarction for Vioxx; correct?
4           A    That's true.
```

[242:1] - [242:24]        8/24/2006    Wiener, Isaac (Mason)

```
page 242
1      State of California  )
                            )ss
2      County of Los Angeles)
3
4           I, IRENE NAKAMURA, Certified Shorthand
5      Reporter, Certificate Number 9478, for the State
6      of California, hereby certify:
7           The foregoing proceedings were taken before me
8      at the time and place therein set forth, at which
9      time the deponent was placed under oath by me;
10          The testimony of the deponent and all
11     objections made at the time of the examination
12     were recorded stenographically by me and were
13     thereafter transcribed;
14          The foregoing transcript is a true and correct
15     transcript of my shorthand notes so taken;
16          I further certify that I am neither counsel
17     for nor related to any party to said action, nor
18     in any way interested in the outcome thereof.
19          In witness whereof, I have hereunto subscribed
20     my name this 25th day of August, 2006.
21
22
23                   _____
24
```