Exhibit C - Plunkett v. Merck Trial Excerpts

• Mason - Mot. to Exclude Wiener

| | | |
|---|---|---|
| [487:] - [487:25] | 12/1/2005 | Irvin Plunkett Trial - Baldwin, Nies, Ray |

```
                    page 487
                        0487
                    1                       UNITED STATES DISTRICT COURT
                    2                       EASTERN DISTRICT OF LOUISIANA
                    3
                    4
                    5
                         IN RE: VIOXX PRODUCTS              *
                    6    LIABILITY LITIGATION               *  MDL DOCKET NO. 1657
                                                            *
                    7                                       *
                         THIS DOCUMENT RELATES TO           *  HOUSTON, TEXAS
                    8    CASE NO. 05-4046:                  *
                                                            *
                    9    EVELYN IRVIN PLUNKETT, ET AL       *  DECEMBER 1, 2005
                                                            *
                    10   VERSUS                             *
                                                            *  8:30 A.M.
                    11   MERCK & CO., INC.                  *
                         * * * * * * * * * * * * * * * * *
                    12
                    13
                                                  VOLUME III
                    14                         JURY TRIAL BEFORE THE
                                              HONORABLE ELDON E. FALLON
                    15                       UNITED STATES DISTRICT JUDGE
                    16
                    17   APPEARANCES:
                    18
                         FOR THE PLAINTIFF:           BEASLEY ALLEN CROW METHVIN
                    19                                  PORTIS & MILES
                                                      BY: JERE LOCKE BEASLEY, ESQ.
                    20                                    ANDY D. BIRCHFELD, JR., ESQ.
                                                          J. PAUL SIZEMORE, ESQ.
                    21                                236 COMMERCE STREET
                                                      POST OFFICE BOX 4160
                    22                                MONTGOMERY, ALABAMA 36103
                    23
                         FOR THE PLAINTIFF:           ROBINSON, CALCAGNIE & ROBINSON
                    24                                BY: MARK P. ROBINSON, JR., ESQ.
                                                      620 NEWPORT CENTER DRIVE
                    25                                NEWPORT BEACH, CALIFORNIA 92660
```

| | | |
|---|---|---|
| [705:25] - [706:22] | 12/1/2005 | Irvin Plunkett Trial - Baldwin, Nies, Ray |

```
                    page 705
                    25   A.   MY FINAL OPINION --
                    page 706
                    1              MR. BECK:  YOUR HONOR, I NEED TO APPROACH BEFORE HE
                    2         GIVES THIS FINAL OPINION.
                    3              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT
                    4         THE BENCH.)
                    5              MR. BECK:  BASED ON WHAT WE WERE GIVEN, THE OPINION
                    6         THAT HE PROPOSES TO OFFER TODAY IS THAT VIOXX IS THE MOST
                    7         LIKELY CAUSE OF "YOUR" HEART ATTACK, AND I ASSUME HE MEANS
                    8         DICKY'S HEART ATTACK.  FIRST OF ALL, HE IS UNQUALIFIED.  THAT'S
                    9         NO. 1.  NO. 2, HE HAS NEVER DISCLOSED A CASE-SPECIFIC CAUSATION
                    10        OPINION.  SO THIS IS BRAND NEW, UNDISCLOSED BY A MAN WHO IS NOT
                    11        QUALIFIED.
                    12             MR. SIZEMORE:  THERE'S A CONCEPT IN
                    13        PHARMACOEPIDEMIOLOGY KNOWN AS ATTRIBUTABLE RISK, WHERE YOU CAN
                    14        CALCULATE THE PERCENTAGE LIKELIHOOD THAT A GIVEN EVENT IS
                    15        ATTRIBUTABLE TO THAT PARTICULAR DRUG.  IT COMES UP WITH A
                    16        PERCENTAGE.  WE ARE NOT GOING TO SAY THAT DICKY IRVIN'S HEART
                    17        ATTACK WAS A RESULT OF VIOXX.
```

**Exhibit C - Plunkett v. Merck Trial Excerpts**

- **Mason - Mot. to Exclude Wiener**

```
18                    THE COURT:  IF HE IS NOT GOING TO TESTIFY THAT DICKY
19           IRVIN'S HEART ATTACK WAS DUE TO VIOXX --
20                    MR. SIZEMORE:  NO, SIR.
21                    THE COURT:  IF HE DOES SAY THAT, I'M GOING TO TELL
22           THE JURY TO DISREGARD IT.
```