**Exhibit A - Plunkett v. Merck Hearing Excerpt**

• **Mason - Lucchesi Motion**

| | |
|---|---|
| [1:] - [1:25] | 11/15/2005  Irvin Plunkett Trial - Daubert transcripts - (AM) |

```
                                                                        1
page 1
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4
    In Re: VIOXX PRODUCTS              *
 5  LIABILITY LITIGATION               *   MDL Docket No. 1657
                                       *
 6                                     *
    This document relates to           *   New Orleans, Louisiana
 7  Case No. 05-4046:                  *
                                       *
 8  EVELYN IRVIN PLUNKETT, et al       *   November 15, 2005
                                       *
 9  versus                             *
                                       *   9:00 a.m.
10  MERCK & CO., INC.                  *
    * * * * * * * * * * * * * * * *
11
12
                       PROCEEDINGS BEFORE THE
13                   HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE
14
    APPEARANCES:
15
16  For the Plaintiff:          Gainsburgh, Benjamin, David,
                                  Meunier & Warshauer
17                              BY:  GERALD E. MEUNIER, ESQ.
                                1100 Poydras Street, Suite 2800
18                              New Orleans, Louisiana 70163
19
    For the Plaintiff:          Beasley Allen Crow Methvin
20                                Portis & Miles
                                BY:  J. PAUL SIZEMORE, ESQ.
21                              234 Commerce Street
                                Post Office Box 4160
22                              Montgomery, Alabama 36103
23
    For the Plaintiff:          Lopez, Hodes, Restaino, Milman
24                                & Skikos
                                BY:  JOHN M. RESTAINO, JR., ESQ.
25                              450 Newport Center Drive
                                Newport Beach, California 92660
```

| | |
|---|---|
| [30:14] - [30:16] | 11/15/2005  Irvin Plunkett Trial - Daubert transcripts - (AM) |

```
page 30
14  That's really not what this case is about.  At the same time, I
15  don't want to hear from the plaintiff how evil and avaricious
16  and all the other things that Merck is.  That's not an issue.
```

| | |
|---|---|
| [30:24] - [31:4] | 11/15/2005  Irvin Plunkett Trial - Daubert transcripts - (AM) |

```
page 30
24              I don't see comments coming in about "They
25  didn't do this because they were trying to make a buck," "They
page 31
 1  didn't do this because they were trying to kill people," "They
 2  didn't do this because they are evil."  That may or may not be
 3  fodder for closing argument.  That may be forensically dealt
 4  with at that stage.  I don't see it coming from an expert.
```

**Exhibit A - Plunkett v. Merck Hearing Excerpt**

• **Mason - Lucchesi Motion**

[88:1] - [88:7]        11/15/2005  Irvin Plunkett Trial - Daubert transcripts - (AM)

```
page 88
1                          CERTIFICATE
2          I, Toni Doyle Tusa, CCR, Official Court Reporter,
     United States District Court, Eastern District of Louisiana, do
3    hereby certify that the foregoing is a true and correct
     transcript, to the best of my ability and understanding, from
4    the record of the proceedings in the above-entitled and
     numbered matter.
5
6
                                  _____
7                                 Toni Doyle Tusa, CCR
                                  Official Court Reporter
```