**Exhibit C - Lucchesi Deposition Excerpts**

- **Mason - Lucchesi Motion**

| | |
|---|---|
| [1:1] - [1:25] | 10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) |

- Mason - Lucchesi Motion

```
page 1
1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4    In re:  VIOXX
5    PRODUCTS LIABILITY LITIGATION
6
7    This document relates to
8
9    EVELYN IRVIN PLUNKETT, As Personal
10   Representative of the Estate of RICHARD
11   IRVIN, JR.,
12             Plaintiff,
13      vs.             MDL Docket No. 1657
14                      Section L
15                      JUDGE FALLON
16                      MAGISTRATE JUDGE KNOWLES
17   MERCK & CO., INC.,
18             Defendant,
19                                    /
20   PAGE 1 TO 341
21
22
23      THE DEPOSITION OF BENEDICT LUCCHESI, M.D., Ph.D.
24                 OCTOBER 18, 2005
25
```

| | |
|---|---|
| [53:8] - [53:17] | 10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) |

- Mason - Lucchesi Motion

```
page 53
8      Q.   Now, you got a medical degree 41 years ago.
9   Correct?
10     A.   I think that's right, '64.
11     Q.   And, you have never been licensed to
12  practice medicine; is that correct?
13     A.   I never had a desire to be licensed to
14  practice medicine.
15     Q.   And I take it you've never treated a patient
16  as a licensed physician, then?
17     A.   Not as a licensed physician.
```

| | |
|---|---|
| [62:16] - [63:14] | 10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) |

- Mason - Lucchesi Motion

```
page 62
16     Q.   And, I take it since you're not licensed,
17  you're not allowed to prescribe medications?
18     A.   That is right.
19     Q.   And that has always been the case since you
20  got your medical degree in 1964?
21     A.   I prescribed while I was in training under
22  the supervision of licensed physicians.
23     Q.   Would it be your name that showed up on the
24  prescription form?
25     A.   It would be countersigned by the person in
page 63
1   charge.
2      Q.   Okay.  Because a pharmacy can't fill a
3   prescription unless a licensed physician has prescribed
4   it?
5      A.   That is correct.  I could fill a
```

**Exhibit C - Lucchesi Deposition Excerpts**

• **Mason - Lucchesi Motion**

```
              6   prescription.
              7        Q.   Because you're a pharmacist?
              8        A.   I'm a pharmacist.
              9        Q.   Right.
             10                  But, you can't actually prescribe a
             11   drug to a patient yourself?
             12        A.   No.
             13        Q.   And that's always been the case?
             14        A.   That's always been the case.
```

[148:17] - [149:2]     10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

• Mason - Lucchesi Motion

```
page 148
 17        Q.   First full paragraph:
 18                  "In relation to the present matter I
 19   was asked to review pertinent materials and formulate
 20   opinions relating to the efficacy and safety of the
 21   prescription drug Vioxx (Rofecoxib) and the conduct of
 22   Merck & Co., Inc. relating to its testing, research,
 23   and marketing of Vioxx."
 24                  Is that an accurate summary of the
 25   opinions you intend to offer in this case?
page 149
  1        A.   What says -- what it says in this document,
  2   those are the opinions I will render.
```

[163:9] - [163:14]     10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

• Mason - Lucchesi Motion

```
page 163
  9        Q.   Sir, if you're asked and allowed to testify
 10   at trial about Dodge Ball, that it reflects improper
 11   training of sales representatives, what standard of
 12   care are you, Dr. Lucchesi, applying?
 13        A.   My standard of care what I believe to be
 14   ethical behavior.
```

[164:11] - [165:14]     10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

• Mason - Lucchesi Motion

```
page 164
 11        Q.   Doctor, I'll represent to you Exhibit 5 was
 12   attached to the expert report we received from
 13   plaintiff's counsel, and it was marked Exhibit B to
 14   your report.
 15                  Do you recognize it as such?
 16        A.   Yes, sir.
 17        Q.   And it's a list of documents reviewed by
 18   yourself.  Correct?
 19        A.   Yes.
 20        Q.   And that's in connection with your work as a
 21   retained expert for plaintiffs?
 22        A.   Yes.
 23        Q.   And have you, in fact, reviewed all these
 24   documents reflected in Exhibit 5?
 25        A.   Some in great detail; others a quick
page 165
  1   examination.
  2        Q.   Did you select the documents that are
  3   reflected in Exhibit 5?
  4        A.   Did I?  No.
  5        Q.   Did you select them for review?
  6        A.   No.  These were sent to me.
  7        Q.   So, plaintiff's counsel sent to you the
  8   documents from their own cull of all the thousands of
```

**Exhibit C - Lucchesi Deposition Excerpts**

- **Mason - Lucchesi Motion**

```
                   9  pages produced, and these are the ones they wanted you
                  10  to look at.  Right?
                  11      A.    Let me just make sure.
                  12            It looks like the complete list.
                  13      Q.    Complete list of what?
                  14      A.    Of what was sent to me.
```

[226:1] - [226:18]        10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

- Mason - Lucchesi Motion

```
page 226
 1      Q.    You have formed an opinion in this case
 2  based upon your reading of Merck patent applications
 3  and internal Merck e-mails that Merck was actually
 4  aware of a prothrombotic potential with Vioxx in 1997?
 5      A.    Yes.
 6            MR. SIZEMORE:  Can we take a break?
 7            MR. ISMAIL:  Let me finish up this
 8  line if I might.
 9            MR. SIZEMORE:  Sure.
10  BY MR. ISMAIL:
11      Q.    Do you have a scientific basis, sir, to
12  opine what you think Merck people had in their head in
13  1997?
14            MR. SIZEMORE:  Object to form.
15      A.    I don't know what they had in their head.
16  All I know is what they did, and from that I can derive
17  at the conclusion whether or not they did the right
18  thing.
```

[282:19] - [283:12]        10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

- Mason - Lucchesi Motion

```
page 282
19      Q.    Are you familiar with FDA regulations on
20  labeling?
21      A.    Not as well as a person who deals with
22  labeling.
23      Q.    Have you ever written a drug label?
24      A.    You know I haven't.
25      Q.    And have you read FDA's regulations on
page 283
 1  labeling?
 2      A.    I don't bother reading the regulations on
 3  labeling.  I have no interest in the regulations on
 4  labeling.  I can suggest to the FDA what the labeling
 5  should be, and many people have.
 6      Q.    You don't have any particular expertise on
 7  writing an FDA approved label.  Correct?
 8      A.    My CV tells me where my expertise ends.  You
 9  don't have to ask me those questions.
10      Q.    Right.  And your CV does not reflect any
11  expertise in FDA approved labeling.  Correct?
12      A.    That is right.
```

[289:6] - [290:7]        10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

- Mason - Lucchesi Motion

```
page 289
 6            Can you we agree, sir, that your
 7  expert report, Exhibit 4, does not contain any opinion
 8  that the Vioxx package insert contained false
 9  cardiovascular data?
10      A.    And the reason for that is because you would
11  then come out and say, well, you're not an expert on
12  writing the labeling or writing package inserts.  I'm
```

**Exhibit C - Lucchesi Deposition Excerpts**

• **Mason - Lucchesi Motion**

```
            13  aware of that.  I've been questioned on that.  I've
            14  been told I'm not an expert in a lot of things.  So I
            15  try to avoid those areas where I'm not expert.
            16       Q.   Okay.  So that's why you left out the
            17  package insert opinion, because you're not an expert in
            18  that area?
            19       A.   Well, I didn't leave it out.  I included it
            20  there for you to look at.
            21       Q.   You gave me the package insert?
            22       A.   Yeah, I'm aware of it.  I know the
            23  difference.
            24       Q.   And you didn't give any opinion in your
            25  expert report regarding false information in that
         page 290
            1   package insert.  Correct?
            2        A.   I think I said in my document that there
            3   needs to be a labeling change.  I've said that from the
            4   beginning.
            5        Q.   Can you answer my question?
            6        A.   I do not give a comment on the package
            7   insert.  Is that what you want me to say?
```

[299:11] - [299:17]   10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

• Mason - Lucchesi Motion

```
         page 299
            11       Q.   Sir, with all due respect, I asked you what
            12  causes plaque rupture in patients, and you just gave me
            13  15 lines on what doesn't.
            14       A.   I'm getting to that.  I'm getting to that.
            15       Q.   I'd ask you, if you just restrict your
            16  remarks to the questions that I ask, it would be a lot
            17  quicker for everyone.
```

[301:12] - [301:20]   10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

• Mason - Lucchesi Motion

```
         page 301
            12       Q.   And, obviously, you don't need a
            13  pharmaceutical drug to create the situation where a
            14  plaque rupture can result in a clot.  Correct?
            15       A.   In the patient with serious vascular
            16  disease, that is the scenario.
            17       Q.   Even with a patient that doesn't have
            18  serious vascular disease, a -- once the plaque
            19  ruptures, that patient can progress to sudden cardiac
            20  death.  Right?
```

[304:9] - [304:19]   10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

• Mason - Lucchesi Motion

```
         page 304
            9        Q.   Do you need to have diabetes, hypertension
            10  or this hormone --
            11       A.   Aldosterone.
            12       Q.   That one, do you need to have one of those
            13  three conditions before your plaque can rupture?
            14       A.   Not necessarily.  It all depends on, for
            15  instance, what kind of stress you are subjected to.  As
            16  I said, those vessels take off at a 90-degree angle.
            17  You increase the activity of the blood flow, increase
            18  your blood pressure during strenuous activity.
            19                 Mr. Irvin was sitting at his desk.
```

**Exhibit C - Lucchesi Deposition Excerpts**

- **Mason - Lucchesi Motion**

[308:12] - [308:13]     10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

- Mason - Lucchesi Motion

```
page 308
12      Q.      Gilroy was a test tube study.  Right?
13      A.      Gilroy was a test tube study.
```

[318:14] - [318:23]     10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

- Mason - Lucchesi Motion

```
page 318
14      Q.      Can we agree that the hypothesis that a
15  selective COX-2 can help accelerate plaque formation is
16  an unproven theory as we sit here today?
17                  MR. SIZEMORE:  Object to form; asked
18  and answered.
19      A.      I'm not going to say it's an unproven
20  theory.  I say the theory has support.
21  BY MR. ISMAIL:
22      Q.      Can --
23      A.      The theory is that, just that, a theory.
```

[320:1] - [321:18]     10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

- Mason - Lucchesi Motion

```
page 320
1       Q.      So you would agree the theory that COX-2s
2   accelerate formation of plaque has not been tested in
3   an animal model, at least according to the
4   peer-reviewed literature?
5                   MR. SIZEMORE:  Object to form; asked
6   and answered.
7       A.      I don't know all of the literature, if it
8   hasn't been published.  I don't know what research is
9   being done.
10  BY MR. ISMAIL:
11      Q.      You do a literature search every day.
12  Right?
13      A.      Yes.
14      Q.      And you spend 30 hours a week thinking about
15  COX-2s, if not every waking moment.  Right?
16      A.      A literature search every day involves
17  typing in a few key words related to COX-2 and
18  prostacyclin and see what papers came out overnight.
19  Usually you only get one or two hits, probably no more
20  than that.  If you do it once a month, you'll get many
21  more hits, obviously.
22      Q.      And even with that daily review of the
23  literature in which -- and your at least 30 hours per
24  week of thinking on this topic, you have never seen a
25  peer-reviewed piece of medical literature that
page 321
1   demonstrates that a selective COX-2 inhibitor
2   accelerates the formation of plaque in a coronary
3   artery.  Correct?
4                   MR. SIZEMORE:  Object to form; asked
5   and answered.
6       A.      I don't use the key word plaque.  I'll start
7   doing that from now on.
8   BY MR. ISMAIL:
9       Q.      Based on whatever search you do, you have
10  not found such an article.  Right?
11      A.      My search is --
12                  MR. SIZEMORE:  Object to form.
13      A.       -- is referring to thrombosis.
14  BY MR. ISMAIL:
```

**Exhibit C - Lucchesi Deposition Excerpts**

• **Mason - Lucchesi Motion**

```
              15      Q.    You have not found such an article.
              16  Correct?
              17            MR. SIZEMORE:  Same objection.
              18      A.    That's correct.
```

[331:21] - [332:6]      10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

• Mason - Lucchesi Motion

```
page 331
21      Q.    Would you agree, sir, that there's not a
22  single piece of peer-reviewed medical literature that
23  demonstrate even in an animal model that Vioxx
24  contributes to plaque rupture in the coronary artery?
25            MR. SIZEMORE:  Object to form.
page 332
1       A.    There may not be today.
2   BY MR. ISMAIL:
3       Q.    Are you agreeing, sir, or not?
4             MR. SIZEMORE:  Same objection.
5       A.    I'll agree to that because I don't know of
6   any literature that relates to that specific point.
```

[340:1] - [340:25]      10/18/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

• Mason - Lucchesi Motion

```
page 340
1                     CERTIFICATE OF NOTARY
2
3   STATE OF MICHIGAN   )
4                       ) SS
5   COUNTY OF OAKLAND   )
6        I, Cynthia Ann Chyla, Certified Shorthand
7   Reporter, a Notary Public in and for the above county
8   and state, do hereby certify that the above deposition
9   was taken before me at the time and place hereinbefore
10  set forth; that the witness was by me first duly sworn
11  to testify to the truth, and nothing but the truth,
12  that the foregoing questions asked and answers made by
13  the witness were duly recorded by me stenographically
14  and reduced to computer transcription; that this is a
15  true, full and correct transcript of my stenographic
16  notes so taken; and that I am not related to, nor of
17  counsel to either party nor interested in the event of
18  this cause.
19
20
21                         _____
22                         Cynthia Ann Chyla, CSR-0092
23                         Notary Public,
24                         Oakland County, Michigan
25  My Commission expires:  05-12-2011
```