**Exhibit D - Lucchesi Deposition Excerpts**

• **Mason - Lucchesi Motion**

[342:1] - [342:25]    10/26/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) vol. 2

• Mason - Lucchesi Motion

```
page 342
1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4   In re:  VIOXX,
5   PRODUCTS LIABILITY LITIGATION
6
7   This document relates to
8
9   EVELYN IRVIN PLUNKETT, As Personal
10  Representative of the Estate of RICHARD
11  IRVIN, JR.,
12       Plaintiff,
13     -vs-                    MDL Docket No. 1657
14                             Section L
15                             JUDGE FALLON
16                             MAGISTRATE JUDGE KNOWLES
17  MERCK & CO., INC.,
18       Defendant.
19  _____/
20  VOLUME II
21  PAGE 342 - 405
22
23       THE DEPOSITION OF BENEDICT LUCCHESI, M.D., Ph.D.
24                  OCTOBER 26, 2005
25
```

[350:17] - [350:25]    10/26/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) vol. 2

• Mason - Lucchesi Motion

```
page 350
17       Q.    And I would be happy, sir, if you would
18  confine your opinions to those that are your area of
19  scientific interest.  But you are telling me you are
20  intending to comment at trial on FDA regulation of
21  pharmaceutical marketing.
22       A.    Well, I think I can --  I can simply look at
23  this letter and read the second paragraph and get a
24  flavor of what is happening here, and I think I -- I
25  can interpret that for a jury.  Now do you want me to
```

[375:12] - [378:6]    10/26/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) vol. 2

• Mason - Lucchesi Motion

```
page 375
12       Q.    Do you intend to offer any opinions at trial
13  regarding direct-to-consumer advertising involving
14  Vioxx?
15       A.    Well, obviously, you know, I have sat in my
16  family room and I have watched these things dance
17  across the screen, so if Counsel wants to ask me a
18  question about the advertising that -- that I would
19  just -- I will comment on it.
20       Q.    You are not an expert in pharmaceutical
21  advertising, correct?
22       A.    I don't have to be an expert in
23  pharmaceutical advertising.  I understand the message
24  they are giving and I understand whether or not the
25  message is complete and accurate and informs the public
page 376
1   as well as medical practitioners with respect to the
2   full spectrum of activities of the drug they're
```

**Exhibit D - Lucchesi Deposition Excerpts**

• Mason - Lucchesi Motion

```
              3   advertising.
              4        Q.   Can you answer my question, please?
              5        A.   Repeat it.
              6        Q.   You are not an expert in pharmaceutical
              7   advertising, correct?
              8        A.   I don't believe in my CV I ever state that.
              9   I don't believe I state it in this document that I am
             10   an expert.  I am a consumer.  I am a scientist.  I am a
             11   physician.  I can see the ads just like anybody else
             12   that sees them.  You can ask me what I thought of the
             13   ads.  If that's a level of expertise, fine.
             14        Q.   Well, it isn't.
             15                 MR. TAYLOR:  Object to form.
             16   BY MR. ISMAIL:
             17        Q.   Have you ever done any research in consumer
             18   behavior?
             19        A.   You know I haven't.
             20        Q.   And have you reviewed any consumer behavior
             21   research in offering opinions in this case?
             22        A.   Oh, I think I have read articles that
             23   comment on the advertising, not only by Merck but
             24   pharmaceutical companies in general.  The whole change
             25   in the climate with respect to advertising where at one
        page 377
              1   time it was prohibited to advertise prescription drugs
              2   to the public directly, that has changed, and in past
              3   years to the point where many people now are commenting
              4   on this and saying that this should stop.  So I have
              5   read articles, I have listened to discussions on this,
              6   and it is a matter of grave concern today whether or
              7   not they should be allowed to continue.
              8        Q.   You have never published in the area of
              9   pharmaceutical advertising, correct?
             10        A.   I have more important things to do.
             11        Q.   Can you answer my question, please?
             12        A.   No.  You know I haven't.  You have my CV.
             13   You have my list of publications.
             14        Q.   And in 45 years, sir, as a researcher or as
             15   an expert witness, have you been retained to offer
             16   opinions about pharmaceutical advertising before?
             17        A.   I have not been retained to offer
             18   specifically comment on that subject.
             19        Q.   Have you ever reviewed FDA regulations
             20   regarding direct-to-consumer advertising?
             21        A.   No, I have not.
             22        Q.   Have you reviewed Merck submissions to the
             23   FDA regarding its direct-to-consumer advertising with
             24   Vioxx?
             25        A.   No, I have not.
        page 378
              1        Q.   Did you review FDA's responses to Merck
              2   regarding direct-to-consumer advertising with Vioxx?
              3        A.   Have I reviewed -- say that again.
              4        Q.   FDA's response to Merck regarding
              5   direct-to-consumer advertising of Vioxx.
              6        A.   I don't recall having done that.
```

[376:6] - [376:13]    10/26/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) vol. 2

• Mason - Lucchesi Motion

```
        page 376
              6        Q.   You are not an expert in pharmaceutical
              7   advertising, correct?
              8        A.   I don't believe in my CV I ever state that.
              9   I don't believe I state it in this document that I am
             10   an expert.  I am a consumer.  I am a scientist.  I am a
             11   physician.  I can see the ads just like anybody else
```

**Exhibit D - Lucchesi Deposition Excerpts**

• **Mason - Lucchesi Motion**

```
                        12  that sees them.  You can ask me what I thought of the
                        13  ads.  If that's a level of expertise, fine.
```

[386:25] - [388:24]     10/26/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) vol. 2

• Mason - Lucchesi Motion

```
page 386
25         Q.   Sir, if you could turn to page 18, the
page 387
1   bottom of paragraph D, you write, "The advertising
2   approach taken by Merck resulted in overuse of Vioxx in
3   the market at a significantly increased price to
4   consumers," do you see that?
5          A.   Yes, sir.
6          Q.   Did you do any study into that issue to
7   arrive at an opinion?
8          A.   Well, you know I haven't, but others have
9   and I have read their --  I have read their papers.
10         Q.   You don't have any expertise in how
11  advertising affects market share or price, correct?
12         A.   My expertise is in the area of science, not
13  in advertising.
14         Q.   So my statement is correct?
15         A.   Your statement is correct for the third
16  time.
17         Q.   And you don't have any basis other than
18  reading someone else's comment about Merck advertising
19  to offer this opinion here?
20         A.   Well, this is not a comment, sir.  This is a
21  published article peer reviewed.  These are the kinds
22  of articles you like, peer reviewed articles, yes, sir.
23         Q.   And you have read that article and you are
24  going to tell the jury what you think it means?
25         A.   Only if you ask me.
page 388
1          Q.   If you turn to page 19 -- I am sorry, page
2   18, paragraph E, the second sentence you write, "The
3   NSAID market was so flooded that the price of the drugs
4   was low giving additional incentive to manufacturers
5   such as Merck to search for new anti-inflammatory
6   drugs."  Do you see that sentence?
7          A.   Yes, sir.
8          Q.   You are not an expert, sir, in drug pricing
9   and corporate behavior, are you?
10         A.   Well, perhaps my error there was not to put
11  the reference in from which that statement comes.
12         Q.   Do you know which reference that is?
13         A.   I could find it.  I don't have it right here
14  now.
15         Q.   But you can agree with me that you are not
16  an expert in the areas discussed in the second
17  sentence, paragraph E?
18         A.   Well, as you -- just as you are, I am not an
19  expert in all areas, but I can read the articles
20  published by experts, and just as you do, I can comment
21  on those articles.
22         Q.   Okay.  But my statement was correct, for the
23  fourth time I am right?
24         A.   Fourth time you are right, yes, sir.
```

[400:14] - [401:2]      10/26/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) vol. 2

• Mason - Lucchesi Motion

```
page 400
14         Q.   Last couple of questions, sir.  You
15  commented in your report about a concept called
```

**Exhibit D - Lucchesi Deposition Excerpts**

- **Mason - Lucchesi Motion**

```
16  ischemic pre-conditioning?
17      A.   Yes, sir.
18      Q.   Are you aware of any -- and you made
19  reference to research published by Bolli?
20      A.   That's correct.
21      Q.   And that's in an animal model?
22      A.   That's an animal model as well as in man.
23      Q.   Is there any data from Bolli or anyone else
24  in human study showing that COX-2 -- selective COX-2
25  inhibitors have an effect on ischemic pre-conditioning?
page 401
1       A.   Well, those data are just beginning to
2   emerge in the clinical literature.
```

[401:14] - [402:9]    10/26/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) vol. 2

- Mason - Lucchesi Motion

```
page 401
14      Q.   Well, can you agree, sir, that it's not
15  generally accepted in the scientific community that
16  selective COX-2 inhibitors have an effect in humans on
17  ischemic pre-conditioning, that that's still a
18  developing area?
19      A.   I would say we rely on what the science
20  tells us at this point in time, and not attempt to
21  prove nature wrong.
22      Q.   Well, if you answer my question, I will
23  agree it's my last one.
24      A.   There are no human data to my knowledge to
25  suggest this, except for the fact that if we take the
page 402
1   Bextra trials into consideration, where Bextra was
2   administered to the patients immediately after CABG
3   procedure or coronary bypass procedure, and they
4   experienced adverse events within a matter of a day or
5   so.  This might point to the issue, although it's not
6   definite at this point.
7                I guess an answer to your question
8   is that we do not have solid human data, but it is not
9   something that I would attempt to test nature on.
```

[402:14] - [402:22]    10/26/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) vol. 2

- Mason - Lucchesi Motion

```
page 402
14      Q.   Can you agree, sir, that there's not -- that
15  it's not generally accepted in the scientific community
16  that selective COX-2 inhibitors have an effect in
17  humans on ischemic pre-conditioning, but rather it's
18  still a developing area?
19      A.   I don't like the word "accepted."  I would
20  say the knowledgeable physician scientist would have a
21  very strong suspicion that this is a true event.  I
22  would say it has not been definitely proven.
```

[404:1] - [404:25]    10/26/2005  Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert) vol. 2

- Mason - Lucchesi Motion

```
page 404
1                    CERTIFICATE OF NOTARY
2
3        STATE OF MICHIGAN    )
4                             ) SS
5        COUNTY OF ST. CLAIR  )
6             I, Rhonda M. Foster, Certified Shorthand Reporter,
7        a Notary Public in and for the above county and state,
```

**Exhibit D - Lucchesi Deposition Excerpts**

• **Mason - Lucchesi Motion**

```
 8          do hereby certify that the above deposition was taken
 9          before me at the time and place hereinbefore set forth;
10          that the witness was by me first duly sworn to testify
11          to the truth, and nothing but the truth, that the
12          foregoing questions asked and answers made by the
13          witness were duly recorded by me stenographically and
14          reduced to computer transcription; that this is a true,
15          full and correct transcript of my stenographic notes so
16          taken; and that I am not related to, nor of counsel to
17          either party nor interested in the event of this cause.
18
19
20
                                    _____
21                                  Rhonda M. Foster, CSR
22                                  Notary Public,
23                                  St. Clair County, Michigan
24
25          My Commission expires:  March 11, 2008
```