**Exhibit E - Lucchesi Deposition Excerpts**

**• Mason - Lucchesi Motion**

[1:] - [1:24]       9/7/2006   Lucchesi, Benedict

```
page 1
   0001
1                      UNITED STATES DISTRICT COURT
2                      EASTERN DISTRICT OF LOUISIANA
3       _____
4       IN RE:  VIOXX                  )      MDL DOCKET
5       PRODUCTS LIABILITY             )      NO. 1657
6       LITIGATION                     )      SECTION L
7       This document relates to:      )
8       Case No. 2:06-CV-00810;        )      JUDGE FALLON
9       CHARLES LARON MASON v.         )      MAG. KNOWLES
10      MERCK & CO., INC.,             )
11      _____
12
13         DEPONENT:    BENEDICT LUCCHESI, M.D., Ph.D.
14             DATE:    Thursday, September 7, 2006
15             TIME:    8:09 a.m.
16         LOCATION:    615 East Huron Street
17             CITY:    Ann Arbor, Michigan
18         REPORTER:    RENE L. TWEDT, RPR/CRR/CSR-2907
19
20
21
22
23
24
```

[13:13] - [13:23]    9/7/2006   Lucchesi, Benedict

```
page 13
13                 Q.   Well, you have never been licensed to
14         practice medicine, correct?
15                 A.   That's right.
16                 Q.   So you have never been licensed, been
17         allowed to care for a patient as that patient's
18         primary treating physician, correct?
19                 A.   I have testified to that before, yes.
20                 Q.   And that's still the case, right?
21                 A.   Pardon me?
22                 Q.   That's still the case, correct?
23                 A.   Still the case, yes.
```

[14:3] - [14:11]      9/7/2006   Lucchesi, Benedict

```
page 14
3                  Q.   And is it still the case, sir, that you
4          have never published anything on Vioxx?
5                  A.   That is still the case.
6                  Q.   And you have published one article on
7          Celebrex, correct?
8                  A.   Yes, sir.
9                  Q.   And you have the one abstract on
10         Nimesulide?
11                 A.   Yes, sir.
```

[37:10] - [37:15]    9/7/2006   Lucchesi, Benedict

```
page 37
10                 Q.   So have you reviewed any depositions of
11         Mr. Mason's doctors?
12                 A.   No.
13                 Q.   Have you reviewed Mr. Mason's
14         deposition?
15                 A.   No.
```

**Exhibit E - Lucchesi Deposition Excerpts**

• **Mason - Lucchesi Motion**

[58:20] - [59:13]   9/7/2006  Lucchesi, Benedict

```
page 58
20              Q.   And you have -- have you asked the
21         Plaintiff lawyers for the animal data and
22         pharmacology data submitted in the new drug
23         application for Vioxx?
24              A.   I haven't asked them for that.  If they
page 59
1          choose to send that to me, that would be fine.
2               Q.   And you have formed your opinions in
3          this case without having reviewed the animal and
4          pharmacology data Merck submitted in the new drug
5          application, correct?
6                    MR. NABERS:  Objection to the form.
7               A.   I already indicated I do not have access
8          to these data, so how could I review them?
9               Q.   And you formed your opinions without
10         having reviewed the pharmacology and animal data
11         in the Vioxx new drug application?
12              A.   My opinions do not depend upon having
13         reviewed those data.
```

[65:1] - [65:17]   9/7/2006  Lucchesi, Benedict

```
page 65
1               Q.   Other than reviewing this letter from
2          FDA to Merck that you have been referring to, you
3          have not reviewed anything from FDA regarding the
4          standards for pharmaceutical marketing, correct?
5               A.   If you're asking me if I reviewed the
6          actual FDA document, the answer is no, I have not
7          reviewed the document in completeness.
8               Q.   That's not what I'm asking.  I asked you
9          a moment ago if you reviewed the FDA regulations
10         regarding marketing and you said you made
11         reference to this eight-page letter.
12              A.   Yes.
13              Q.   Right?
14              A.   Yes.
15              Q.   So you have not reviewed the regulations
16         themselves, correct?
17              A.   That's correct.
```

[66:20] - [67:11]   9/7/2006  Lucchesi, Benedict

```
page 66
20              Q.   Okay.  Have you conducted any -- have
21         you ever published anything in the area of
22         pharmaceutical marketing?
23              A.   You have my CV.
24              Q.   And the answer to my question is?
page 67
1               A.   You have my CV and you know I have not.
2               Q.   You have never published anything
3          regarding marketing regardless of the industry,
4          correct?
5               A.   Regarding the what?
6               Q.   Regardless of the industry, correct?
7                    My prior question was related to
8          pharmaceutical marketing.  My next question, you
9          have not reviewed anything in marketing, in
10         general?
11              A.   Why would I?
```

**Exhibit E - Lucchesi Deposition Excerpts**

**• Mason - Lucchesi Motion**

[69:8] - [69:12]          9/7/2006      Lucchesi, Benedict

```
page 69
8                Q.    Let me rephrase my question.
9                      Have you ever worked on any direct-to-
10      consumer advertising of pharmaceutical drugs?
11               A.    Direct-to-consumer, no.  Direct-to-the-
12      physician advertising.
```

[69:13] - [69:15]         9/7/2006      Lucchesi, Benedict

```
page 69
13               Q.    Have you ever participated in the
14      drafting of any sales aid used with physicians?
15               A.    That's not my job.
```

[70:2] - [70:8]           9/7/2006      Lucchesi, Benedict

```
page 70
2                Q.    I understand you reviewed a document
3       here or there, but my question was more general.
4                      Have you done a review of the marketing
5       material that Merck submitted to the FDA for
6       approval?
7                A.    Not necessary.  I don't do that kind of
8       work.
```

[122:23] - [123:4]        9/7/2006      Lucchesi, Benedict

```
page 122
23               Q.    So PGIM is a breakdown of total or
24      systemic prostacyclin, right?
page 123
1                A.    Yes.
2                Q.    PGIM by itself does not delineate what
3       the source of prostacyclin is?
4                A.    Exactly.
```

[125:6] - [126:22]        9/7/2006      Lucchesi, Benedict

```
page 125
6                Q.    You are aware that scientists have
7       measured directly the impact of COX-2 inhibitors
8       on vascular prostacyclin in the blood?
9                A.    How do you distinguish -- how do you
10      distinguish between the vascular prostacyclin
11      versus the kidney prostacyclin versus the
12      prostacyclin that's coming from monocytes?
13               Q.    You know those studies have been done on
14      blood, right?
15               A.    Ex vivo blood.
16               Q.    And you know those --
17               A.    I do those studies.
18               Q.    And you believe those studies are not --
19      are less reliable than urinary metabolites, right?
20               A.    Ex vivo blood.
21               Q.    Is that your view?
22               A.    No, no.  Let me describe the experiment,
23      then, okay.  Where you take blood, two tubes,
24      one you let clot, the other one you add a
page 126
1       lipopolysaccharide to it, okay.  The one that you
2       let clot, you measure thromboxane.  The one to
3       which you add the lipopolysaccharide, you measure
4       PGE2.  The one that clots, that's a reflection of
5       COX-1.  The one that you add lipopolysaccharide
6       to, that's a reflection of COX-2.
7                      If you give the patient a dose of a
```

**Exhibit E - Lucchesi Deposition Excerpts**

**• Mason - Lucchesi Motion**

```
                            8        COX-2 inhibitor, and now you take the blood, you
                            9        will see that the COX-2 inhibitor doesn't affect
                            10       the one that produces the thromboxane, but it
                            11       reduces the production of PGE2, a measure of
                            12       COX-2.  You can measure PGI2, as well, except it's
                            13       far more expensive to do that, so you measure
                            14       PGE2.  So there's ex vivo studies on whether or
                            15       not a COX-2 inhibitor affects COX-2 products in
                            16       the blood and there is the in vivo study in which
                            17       you collect the urine.  Now, which ones are you
                            18       talking about?
                            19           Q.   The blood study.
                            20           A.   You cannot measure, in human blood,
                            21       directly taken from the body, PGI2 metabolites and
                            22       get a meaningful assessment.
```

[148:14] - [148:18]      9/7/2006    Lucchesi, Benedict

```
                         page 148
                            14           Q.   And every single one that has actually
                            15       measured the progress of atherosclerosis with
                            16       COX-2 inhibitors has found that COX-2 inhibitors
                            17       do not accelerate that process, correct?
                            18           A.   We will say yes to that right now.
```

[160:14] - [160:18]      9/7/2006    Lucchesi, Benedict

```
                         page 160
                            14           Q.   Is Dr. Egan's animal model for studying
                            15       these concepts a good one, in your view?
                            16           A.   It's an animal model.  It's a good
                            17       animal model, but whether it reflects the human
                            18       event is always a question.
```

[182:4] - [182:7]        9/7/2006    Lucchesi, Benedict

```
                         page 182
                            4            Q.   Do you believe Mr. Mason had a rupture
                            5        of his atherosclerotic plaque?
                            6            A.   I don't think he had a ruptured
                            7        atherosclerotic plaque.
```

[184:5] - [185:2]        9/7/2006    Lucchesi, Benedict

```
                         page 184
                            5            Q.   I am -- I want to get away from the
                            6        discussion we had on the sort of potential based
                            7        on the test tube studies we discussed, okay?  I
                            8        want to put those aside and I want to focus on
                            9        the individual.  You understand that -- well,
                            10       withdrawn.
                            11           Focusing on the individual, Mr. Mason,
                            12       you cannot state to a reasonable degree of medical
                            13       probability that Vioxx accelerated Mr. Mason's
                            14       atherosclerosis, correct?
                            15           A.   I would say there's good probability
                            16       that it did.
                            17           Q.   Good probability?
                            18           A.   Yes.
                            19           Q.   More likely than not?
                            20           A.   More likely than not.
                            21           Q.   Okay.
                            22           A.   Based on the evidence.  Based on the
                            23       scientific evidence.
                            24           Q.   The test tube studies?
                         page 185
                            1            A.   I don't care if they are test tube, the
```

**Exhibit E - Lucchesi Deposition Excerpts**

• **Mason - Lucchesi Motion**

```
            2              data fit.
```

[188:6] - [188:20]      9/7/2006    Lucchesi, Benedict

```
page 188
6                Q.   Oh, okay.  Let me go back to make sure I
7        clarify that.
8                     You did not actually review the
9        angiogram film itself?
10               A.   No.
11               Q.   You have no basis to agree or disagree--
12       withdrawn.
13                    You have no basis to disagree that the
14       blockage in the LAD was 90 percent in Mr. Mason,
15       correct?
16               A.   Yes, no reason to disagree, correct.
17               Q.   And you don't know what relative portion
18       the clot contributed to that 90 percent versus
19       plaque, right?
20               A.   That is correct.
```

[190:2] - [190:11]      9/7/2006    Lucchesi, Benedict

```
page 190
2                Q.   And I get to ask questions about that
3        opinion.
4                     Now, you have no basis to say Mr. Mason
5        had any acceleration of atherosclerosis between
6        September of 2002 and July of 2003, correct?
7                A.   Nobody has any basis for that --
8                     MR. NABERS:  Object to form.
9                A.   -- because they don't know what happened
10       in 2002, what the situation was in 2002, they only
11       know at 2003 he had his heart attack.
```

[200:6] - [200:24]      9/7/2006    Lucchesi, Benedict

```
page 200
6                Q.   And you know Mr. Mason followed a poor
7        diet by his own description, correct?
8                     MR. NABERS:  Objection to the form.
9                A.   We have no information on that.
10               Q.   You haven't reviewed his deposition,
11       right?
12               A.   No.
13                    MR. NABERS:  Objection to the form.
14               Q.   And lack of exercise, do you have any
15       basis to determine that Mr. Mason engaged in
16       cardiovascular exercise?
17               A.   I have no way of knowing that.
18               Q.   Hypertension, do you believe Mr. Mason
19       had any degree of hypertension prior to starting
20       Vioxx?
21               A.   If he did, the Vioxx only made it worse.
22               Q.   Do you believe Mr. Mason had any degree
23       of hypertension prior to starting Vioxx?
24               A.   I have no information on that.
```

[230:12] - [230:20]     9/7/2006    Lucchesi, Benedict

```
page 230
12               Q.   Okay.  The -- there was a reference in
13       the -- Mr. Mason did not receive a thrombolytic in
14       the hospital, correct?
15               A.   He received a thrombolytic in the first
16       hospital.
17               Q.   The --
```

**Exhibit E - Lucchesi Deposition Excerpts**

**• Mason - Lucchesi Motion**

```
18              A.   That's the standard of care.  He
19      received aspirin and a thrombolytic in the first
20      hospital.
```

[232:13] - [232:19]      9/7/2006    Lucchesi, Benedict

```
page 232
13              THE WITNESS:  Maybe I was wrong about
14      the thrombolytic therapy.  I see tirofiban here,
15      which is a platelet antagonist, aspirin, and they
16      gave him Cutorolac (phonetic), which is bad news,
17      for pain, Lovenox, morphine sulfate.  I guess he
18      did not have a thrombolytic.  He did not have a
19      thrombolytic, unless I'm missing it here.
```

[240:1] - [240:24]      9/7/2006    Lucchesi, Benedict

```
page 240
1       STATE OF MICHIGAN     )
2                             ) SS
3       COUNTY OF OAKLAND     )
4               CERTIFICATE OF NOTARY PUBLIC
5               I do hereby certify, the witness
6       whose attached testimony was taken in the
7       above-entitled matter was first sworn to tell
8       the truth, the testimony contained herein was
9       reduced to writing in the presence of the witness
10      by means of stenography, afterwards transcribed,
11      and is a true and complete transcript of the
12      testimony given by the witness.
13              I further certify I am not connected
14      by blood or marriage with any of the parties, nor
15      their attorneys or agents, and I am not financially
16      interested in the matter of controversy.
17              In witness whereof, I have hereunto
18      set my hand this day at Bloomfield Hills, Michigan,
19      County of Oakland, State of Michigan.
20
21      _____
22              RENE L. TWEDT, RPR/CRR/CSR-2907
23              Notary Public, Oakland County, Michigan
24              My Commission expires: 07/02/13
```