**Exhibit F - Lucchesi Deposition Excerpts**

- **Mason - Lucchesi Motion**

[1:1] - [1:25]      8/26/2003   Lucchesi, Benedict - (Ernst Pltf. Expert pp. 1-205)

```
page 1
1                    IN THE DISTRICT COURT
2                 OF BRAZORIA COUNTY, TEXAS
3                    23RD JUDICIAL DISTRICT
4    CAROL ERNST, INDIVIDUALLY
5    AND AS PERSONAL REPRESENTATIVE
6    OF THE ESTATE AND HEIRS OF ROBERT
7    CHARLES ERNST, DECEASED; R.
8    CHARLES ERNST; ANGELA F. ERNST,
9              Plaintiffs,
10
11        vs.                         NO. 19961 BH02
12
13   MERCK & CO., INC., HARVEY RESNICK,
14   M.D. & R/D CLINICAL RESEARCH, INC.,
15             Defendants.
16   --------------------------------/
17         V I D E O T A P E D   D E P O S I T I O N
18   DEPONENT:      BENEDICT LUCCHESI, M.D., Ph.D.
19   DATE:          Tuesday, August 26, 2003
20   TIME:          9:15 a.m.
21   LOCATION:      3200 Boardwalk Street
22                  Ann Arbor, Michigan
23   REPORTER:      Judith C. Werner, CSR-2349, RPR, CM
24   VIDEOGRAPHER:  Nancy Siemion Hendren
25
```

[40:15] - [41:1]     8/26/2003   Lucchesi, Benedict - (Ernst Pltf. Expert pp. 1-205)

```
page 40
15        Q.   Objection to the responsiveness of the
16   question -- of the answer after he answered my question
17   about if I say that's what the number is he'll accept
18   that.
19             Doctor, next question.  Can you
20   tell me if you have published any papers on COX-2
21   inhibitors other than your canine dog study involving
22   Celebrex?
23        A.   That is the paper we have published.
24   However, we continue to do our studies.  We have
25   unpublished data that we are accumulating and
page 41
1    eventually will publish.
```

[204:25] - [205:25]    8/26/2003   Lucchesi, Benedict - (Ernst Pltf. Expert pp. 1-205)

```
page 204
25
page 205
1                  CERTIFICATE OF NOTARY
2
3    STATE OF MICHIGAN   )
4    COUNTY OF OAKLAND   )
5              I, Judith C. Werner, a Notary
6    Public in and for the above county and state, do hereby
7    certify that the witness, whose attached testimony was
8    taken in the above-entitled matter, was by me first
9    duly sworn to tell the truth; the testimony contained
10   herein was reduced to writing in the presence of the
11   witness by means of stenography, afterwards
12   transcribed; and is a true and complete transcript of
13   the testimony given by the witness.
14             I further certify that the
15   signature to and the reading of the deposition was not
```

**Exhibit F - Lucchesi Deposition Excerpts**

- **Mason - Lucchesi Motion**

```
16  requested by the witness nor by Counsel for the
17  respective parties hereto; also, that I am not of
18  Counsel to either party nor interested, directly,
19  indirectly or financially, in the event of this cause.
20
21                  -------------------------------
22                  Judith C. Werner, CM, RPR, CSR-2349
23                  Notary Public, Oakland County,
24                  Michigan
25  My commission expires July 2, 2007.
```