**Exhibit G - Lucchesi Deposition Excerpts**

- **Mason - Lucchesi Motion**

| | |
|---|---|
| [2:1] - [2:23] | 10/3/2002   Lucchesi, Benedict - (Lehr) |

```
page 2
1
2
3                   IN THE UNITED STATES DISTRICT COURT
4                   FOR THE SOUTHERN DISTRICT OF ILLINOIS
5
6        JUDITH LEHR, on behalf of Herself
7        and All Others Similarly Situated,
8
9                   Plaintiffs,              CLASS ACTION
10
11       vs                                  Case No. 01-516-MJR
12                                           S.D. III
13       MERCK & CO., INC.
14                   Defendants.
15
16       _____/
17
18       DEPONENT:      BENEDICT LUCCHESI, M.D., Ph.D.
19       DATE:          Thursday, October 3, 2002
20       TIME:          10:54 a.m.
21       LOCATION:      30559 Flynn Drive
22                      Romulus, Michigan   48174
23       REPORTER:      Amy L. Tobias, CSR-4625
```

| | |
|---|---|
| [96:7] - [96:11] | 10/3/2002   Lucchesi, Benedict - (Lehr) |

```
page 96
7     Q     Have you ever studied the degree to which any reduction in
8           prostacyclin synthesis, small or large, was clinically
9           significant in patients?
10    A     Once again, I am not concerned with the degree.  I am
11          concerned with the mechanism and the concept.
```

| | |
|---|---|
| [:5] - [:29] | 10/3/2002   Lucchesi, Benedict - (Lehr) |

```
page
5
6                         CERTIFICATE OF NOTARY PUBLIC
7
8            STATE of MICHIGAN)
9                             )   SS.
10           COUNTY OF WAYNE  )
11
12                    I, Amy Tobias Lenga, Certified Shorthand Reporter,
13           do hereby certify that the witness whose attached deposition was
14           taken before me in the above cause was first duly sworn or
15           affirmed to testify to the truth, the whole truth, and nothing
16           but the truth; that the testimony contained herein was by me
17           reduced to writing in the presence of the witness by means of
18           Stenography; afterwards transcribed by     means of computer-aided
19           transcription; and that the deposition is a true and complete
20           transcript of the testimony given by the witness to the best of
21           my ability.
22                    I further certify that I am not connected by blood
23           or marriage with any of the parties, their attorneys or agents;
24           that I am not an employee of either of them; and that I not
25           interested, directly or indirectly, in the matter of controversy.
26
27                       IN WITNESS WHEREOF, I have hereunto set my
28              hand and affixed my Notarial Seal this_____day
29              of_____, 2002.
```