**Exhibit I - Lucchesi Deposition Excerpts**

- **Mason - Lucchesi Motion**

[1:1] - [1:20]        4/25/2005   Lucchesi, Benedict (Ernst Pltf. Expert pp. 1-104)

```
page 1
1                         CAUSE NO. 19961*BH02
2
   CAROL A. ERNST, INDIVIDUALLY,
3  AND AS PERSONAL REPRESENTATIVE
   OF THE ESTAT AND HEIRS OF
4  ROBERT CHARLES ERNST, DECEASED;
   R. CHARLES ERNST; ANGELA F. ERNST
5
6                  Plaintiffs,
7
                                  IN THE DISTRICT COURT OF
8  -VS-                           BRAZORIA COUNTY TEXAS
                                  23RD JUDICAL DISTRICT
9
10 MERCK & CO., INC.,
   HARVEY RESNICK, M.D. &
11 R/D CLINICAL RESEARCH, INC.,
12
                   Defendants.
13 _____/
14
15            THE CONTINUED VIDEOTAPED DEPOSITION OF
16 BENEDICT LUCCHESI, M.D., Ph.D., F.A.H.A., was taken by
17 the Defendants at Campus Inn Hotel, 615 East Huron, Ann
18 Arbor, Michigan, commencing at or about the hour of 1:00
19 p.m., Monday, April 25, 2005, pursuant to the applicable
20 Court Rules.
```

[89:1] - [89:12]      4/25/2005   Lucchesi, Benedict (Ernst Pltf. Expert pp. 1-104)

```
page 89
1  Q     Is it your position that Vioxx -- 25 milligrams of
2        Vioxx taken over a period of months can accelerate
3        the development of arthrosclerotic plaques?
4              MR. MEADOW:  Object to form.
5              THE WITNESS:  If one reads the studies by
6        Gilroy at all, you will come to a simple
7        conclusion --
8  BY MR. JOSEPHSON, CONTINUING:
9  Q     And are Gilroy studies, animal studies?
10 A     These are in vitro studies.
11 Q     They're test tube studies?
12 A     They are test tube studies.
```