Exhibit J - Wiener Deposition Excerpts

• **Mason - Lucchesi Motion**

| | |
|---|---|
| [1:] - [1:25] | 8/24/2006    Wiener, Isaac (Mason) |

```
page 1
   0001
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4
5         _____
                                     )
6         In re:  VIOXX PRODUCTS     )
          LIABILITY LITIGATION       )
7                                    )
                                     )
8                                    ) Case No. 2:06-CV-00810
                                     )
9         CHARLES MASON,             ) MDL DOCKET NO. 1657
                                     ) SECTION L
10                  Plaintiff,       )
                                     )
11             vs.                   )
                                     )
12        MERCK & CO., INC.,         )
                                     )
13                  Defendants.      )
                                     )
14        _____)
15
16
17
18          THE DEPOSITION OF ISAAC WIENER, M.D., F.A.C.C.
19                  VOLUME I, PAGES 1 THROUGH 243
20                    LOS ANGELES, CALIFORNIA
21                        AUGUST 24, 2006
22
23          Reported by Irene Nakamura, CSR No. 9478
                      PRS Job No. 118-343693
24
25
```

| | |
|---|---|
| [97:9] - [97:15] | 8/24/2006    Wiener, Isaac (Mason) |

```
page 97
9      Q    Fine.
10          As of July 2003, I believe you said
11 right before that last little bit there that
12 Mr. Mason had coronary artery disease; correct?
13     A    At the time of his myocardial
14 infarction, coronary artery disease was
15 documented.
```

| | |
|---|---|
| [99:3] - [99:9] | 8/24/2006    Wiener, Isaac (Mason) |

```
page 99
3      Q    The question was:  Do you have an
4 opinion as to whether he had coronary artery
5 disease more or less than five years before his
6 MI?
7      A    Based on my explanation and based on
8 the varying definitions of coronary artery
9 disease, I would say I don't have an opinion.
```

| | |
|---|---|
| [160:2] - [160:25] | 8/24/2006    Wiener, Isaac (Mason) |

```
page 160
2      Q    Okay.  Are you aware that Mr. Mason was
```

**Exhibit J - Wiener Deposition Excerpts**

- **Mason - Lucchesi Motion**

```
                           3     diagnosed with erectile dysfunction for some
                           4     period of time before his MI?
                           5          A    Yes.
                           6          Q    Is it generally accepted in the
                           7     cardiology community that erectile dysfunction can
                           8     be a sign of vascular disease?
                           9          A    It's a very nonspecific sign.  In other
                          10     words, it -- it can be a sign of vascular disease,
                          11     but there are many, many other causes of erectile
                          12     dysfunction.
                          13          Q    Did you investigate in this case
                          14     whether or not Mr. Mason's preexisting erectile
                          15     dysfunction was a sign of preexisting vascular
                          16     disease?
                          17          A    I don't believe he had any workup of
                          18     the erectile dysfunction to indicate whether it
                          19     was vascular or not.
                          20          Q    So do you have an opinion one way or
                          21     another?
                          22          A    Well, you -- I think -- I think
                          23     vascular erectile dysfunction is a possible
                          24     indicator of vascular disease elsewhere including
                          25     the coronary arteries.
```

[242:1] - [242:23]          8/24/2006    Wiener, Isaac (Mason)

```
                          page 242
                           1     State of California  )
                                                      )ss
                           2     County of Los Angeles)
                           3
                           4          I, IRENE NAKAMURA, Certified Shorthand
                           5     Reporter, Certificate Number 9478, for the State
                           6     of California, hereby certify:
                           7          The foregoing proceedings were taken before me
                           8     at the time and place therein set forth, at which
                           9     time the deponent was placed under oath by me;
                          10          The testimony of the deponent and all
                          11     objections made at the time of the examination
                          12     were recorded stenographically by me and were
                          13     thereafter transcribed;
                          14          The foregoing transcript is a true and correct
                          15     transcript of my shorthand notes so taken;
                          16          I further certify that I am neither counsel
                          17     for nor related to any party to said action, nor
                          18     in any way interested in the outcome thereof.
                          19          In witness whereof, I have hereunto subscribed
                          20     my name this 25th day of August, 2006.
                          21
                          22
                          23                    _____
```