Exhibit A - L. Plunkett Deposition Excerpts

• Mason - Plunkett Motion

| | | |
|---|---|---|
| [1:1] - [1:25] | 6/1/2006 | Plunkett, Laura  (Arrigale/Grossberg) |

```
page 1
1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
                    COUNTY OF LOS ANGELES
2
                                        |
3    Coordination                       |
     Proceeding                         |
4    Special Title                      |
     (Rule 1550(b))                     |
5    Vioxx Cases                        |  CASE NO. JCCP No. 4247
                                        |
6    Rudolph Arrigale v.                |
     Merck & Co., et al.                |
7    [Part of Andrew                    |
     Nelson, et al.                     |
8    v. Merck & Co., Inc.,              |
     et al., State Docket               |
9    No. 05CC03136]                     |
                                        |
10   and                                |
                                        |
11   Stewart Grossberg                  |
     v. Merck & Co., Inc.,              |
12   et al., State Docket               |
     No. BC327729                       |
13   _____             |
14
        _____
15
16                   ORAL DEPOSITION OF
17             LAURA M. PLUNKETT, Ph.D., DABT
18                    June 1, 2006
19      _____
20
21    REPORTED BY:  SUSAN P. MILLER, RDR, CRR, CBC
22
23
24
25
```

| | | |
|---|---|---|
| [27:6] - [28:9] | 6/1/2006 | Plunkett, Laura  (Arrigale/Grossberg) |

```
page 27
6       Q.    Am I correct that you've never done any
7   research on the class of medicines known as NSAIDs?
8       A.    I've not specifically worked in a
9   laboratory where we have given it to a patient in
10  any way, but I did actually do -- I did actually
11  work -- in my doctoral degree, the laboratory I
12  worked in, there was another doctoral student who
13  was working with prostaglandin pathways and also
14  NSAIDs, and I actually assisted her at different
15  times in some of her research.
16      Q.    When was that?
17      A.    That would have been 1983, 1984.
18      Q.    So there was another graduate student in
19  the laboratory who was working on prostaglandins,
20  but that wasn't you, right?
21      A.    It was not my major project.  That's
22  exactly right.  But as in all laboratories, when you
23  have the same agent professor, you assist each other
24  on projects at different times.
25      Q.    Other than helping out your fellow
page 28
1   student 23 years ago, am I correct you've never done
```

Exhibit A - L. Plunkett Deposition Excerpts

• **Mason - Plunkett Motion**

```
                            2    any research on NSAIDs?
                            3         A.   I've done -- if you're talking about
                            4    laboratory research, that would be correct, other
                            5    than that.  But there's different types of research,
                            6    like academic research, as far as gathering
                            7    information, studying the mechanisms from data that
                            8    you've seen published and things like that; and I've
                            9    done that over the years routinely.
```

[33:12] - [33:18]           6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                            page 33
                            12        Q.   (BY MR. ISMAIL)  All right.  Let's break
                            13   that down.
                            14             You've never published an article,
                            15   whether peer-reviewed or not, that discusses COX-2
                            16   inhibitors, correct?
                            17        A.   That is correct.  I've already answered
                            18   that.
```

[33:19] - [33:25]           6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                            page 33
                            19        Q.   And, as you sit here today, you're not
                            20   aware of any paper that you've written, whether or
                            21   not published, that discusses COX-2 inhibitors,
                            22   correct?
                            23        A.   I don't remember one, as we sit here
                            24   today, that is correct, other than the report that
                            25   I've written having to do with this litigation.
```

[34:1] - [34:4]             6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                            page 34
                            1         Q.   And at no time in your life have you ever
                            2    done any clinical or laboratory research about COX-2
                            3    inhibitor drugs, correct?
                            4         A.   That is correct.
```

[40:8] - [40:10]            6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                            page 40
                            8         Q.   (BY MR. ISMAIL)  Now, you're not a
                            9    medical doctor, obviously, right?
                            10        A.   I am not an M.D., that is correct.
```

[40:18] - [40:23]           6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                            page 40
                            18        Q.   But you agree with me that you have no
                            19   expertise in the area of clinical cardiovascular
                            20   medicine, correct?
                            21        A.   If you're defining "clinical
                            22   cardiovascular medicine" to mean treating of
                            23   patients, that is exactly right.
```

[48:9] - [49:6]             6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                            page 48
                            9         Q.   Exhibit 2 is a notice for today's
                            10   deposition, in which Merck asks that you bring
                            11   certain materials.  Have you searched for and
                            12   brought with you today all the materials Merck asked
                            13   about in Exhibit 2?
                            14        A.   Everything that I believed I had, yes.
                            15        Q.   And that would be the CDs that you handed
                            16   us this morning.  Is that correct?
```

**Exhibit A - L. Plunkett Deposition Excerpts**

• **Mason - Plunkett Motion**

```
                    17       A.    And the other things that I've provided
                    18  here in hard copy, yes.
                    19       Q.    How did some things end up in hard copy
                    20  and some things stay on the CD?
                    21       A.    Well, the books are obviously too thick
                    22  to scan, for my purposes.  There's -- some of it,
                    23  this is some information that was sent by the
                    24  attorneys separately.  One is my expert report,
                    25  which I wanted to have handy.  And then these are
                    page 49
                    1   different documents that I have referred to over and
                    2   over again, so I've actually printed them out on my
                    3   disc.
                    4                 Some of these -- a lot of these are
                    5   ones that would be cited in my report.  So since I
                    6   cite them over and over, I printed them out.
```

[65:23] - [66:21]        6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                    page 65
                    23       Q.    Now, have you received all the documents
                    24  that are reflected in these 81 pages?
                    25       A.    At some point in time, I've either
                    page 66
                    1   received the documents -- I may no longer have them.
                    2   Some of them are ones that I haven't kept electronic
                    3   copies of.  But yes, I would have received an
                    4   electronic copy of all of these at one point in
                    5   time.
                    6        Q.    And, obviously, you haven't reviewed all
                    7   the documents in Exhibit 4, correct?
                    8        A.    I've reviewed -- as far as the medical --
                    9   if it's a published paper, yes, I have.  But I
                    10  certainly have not reviewed every page of every
                    11  deposition, for example, and every exhibit to every
                    12  deposition of all the different people involved.
                    13       Q.    Not only that, you haven't reviewed the
                    14  majority of the documents in Exhibit 4, correct?
                    15              MR. SIZEMORE:  Object to form.
                    16       A.    No, I would disagree with that.  I
                    17  believe I have reviewed -- if you take the
                    18  depositions out separately and look at the documents
                    19  and those, yes, I have reviewed, at least in some
                    20  cursory fashion, a majority of the documents on this
                    21  list.
```

[117:10] - [117:12]      6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                    page 117
                    10       Q.    Now, would you agree that prostacyclin is
                    11  made in lots of places in the body?
                    12       A.    Yes.
```

[118:9] - [118:18]       6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                    page 118
                    9                 You would agree that if Vioxx
                    10  produces prostacyclin, say, in the lungs, that that
                    11  wouldn't necessarily result in an increased risk of
                    12  blood clots in the coronary arteries, correct?
                    13       A.    Not as likely.  It's possible.  I mean,
                    14  the lungs and the heart communicate.  I mean, they
                    15  lay next to each other.  They communicate directly
                    16  through blood vessels.  But I would say the issue
                    17  you're wanting to look at in the case of the heart
                    18  attack would be the local effects, yes.
```

Exhibit A - L. Plunkett Deposition Excerpts

- **Mason - Plunkett Motion**

[119:23] - [120:17]     6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
page 119
23      Q.   (BY MR. ISMAIL)  Are you aware of any
24 human data which has shown that inhibiting COX-2
25 reduces the level of prostacyclin locally in the
page 120
1  blood vessels in or around the heart?
2           MR. SIZEMORE:  Objection, asked and
3  answered.
4       A.   And I think I answered you that it would
5  be unethical to do such a study, so no, I'm not
6  aware.
7       Q.   (BY MR. ISMAIL)  Of any such data, right?
8       A.   That's what I just stated.
9       Q.   Are you aware of any animal data which
10 has shown that COX-2 inhibition reduces the level of
11 prostacyclin, in an animal model, locally in or
12 around the heart?
13      A.   Again, I haven't seen such a study, but
14 in that case, I think it would be very difficult to
15 do such a study in order to be able to dissect it
16 out at that level.  It's possible in a pig, you
17 might be able to do that.
```

[130:24] - [131:2]      6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
page 130
24      Q.   What degree does Vioxx reduce
25 prostacyclin in or around the heart?
page 131
1       A.   I don't think that study has been done
2  either, so I don't think anybody can answer that.
```

[145:22] - [146:21]     6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
page 145
22      Q.   Where in your report do you discuss the
23 science regarding the hypothesis that Vioxx
24 increases atherogenesis?
25      A.   That has to do with the -- well, it's
page 146
1  talked about -- page 11, it's talked about -- the
2  Scientific Advisors' meeting lays out part of that
3  as well, talks about the processes that can lead to
4  coronary ischemic events, development of a
5  lipid-rich coronary plaque, which is acceleration of
6  atherogenesis.
7              THE REPORTER:  That's too fast.
8       A.   Atherogenesis starts with the development
9  of a plaque; and that plaque, if you can accelerate
10 that lipid-rich environment, you can lay down more
11 plaque and accelerate the process.
12             Besides that statement in that
13 document by the Scientific Advisors in '98, there's
14 some basic science studies in animals that have
15 shown atherogenic animals and the effects of the
16 different enzymes and the levels of prostacyclin,
17 different things that occur in those animal models.
18                  There's also, I believe, some in
19 vitro studies as well, looking at the interaction of
20 LDL with prostacyclin and the prostaglandin system
21 in general.
```

[146:22] - [147:19]     6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
page 146
22      Q.   (BY MR. ISMAIL)  Where in your report do
```

Exhibit A - L. Plunkett Deposition Excerpts

- **Mason - Plunkett Motion**

```
                        23  you discuss these animal studies that you say exist
                        24  that show athero- -- increased atherogenesis in
                        25  animals?
                        page 147
                        1       A.      I don't think I have -- they're in my
                        2   list of documents, but they're -- I haven't cited
                        3   every document in my report that provides a basis
                        4   for every opinion, so...
                        5       Q.      All right.  Do you even discuss these
                        6   studies that you say exist showing increased
                        7   atherogenesis with Vioxx?
                        8       A.      I'm looking to see if I mention them
                        9   specifically.  I probably do not.  I don't think I
                        10  gave you the exact citation, no, but if you want me
                        11  to find them, I can try to do so for you.
                        12      Q.      What scientific proof are you relying
                        13  upon to give the opinion that Vioxx increases
                        14  atherogenesis?
                        15      A.      Papers I'm referring to, and if you want
                        16  me to pull them out, I'm going to have to go to my
                        17  list to find them for you.  Some of them may be in
                        18  my pile here.  I don't know.  You want me to take
                        19  the time to do that?
```

[148:3] - [148:14]      6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                        page 148
                        3       Q.      What scientific proof are you relying
                        4   upon to give the opinion that Vioxx increases
                        5   atherogenesis?
                        6       A.      It's discussed -- that issue is discussed
                        7   in these papers I pulled out here, and there are
                        8   some that I've marked here.  The ones that I've
                        9   marked are not -- I believe have the support, based
                        10  on their title, from what I can remember of what
                        11  they stated.  But of the ones in the Exhibit 4 that
                        12  I've highlighted in yellow, I'm not 100% sure that
                        13  all of them support it, but I believe some of these
                        14  do.
```

[149:21] - [157:1]      6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                        page 149
                        21      Q.      Now, even considering all the articles
                        22  and textbooks you've just mentioned, can you
                        23  identify a single study, even in an animal model,
                        24  that has demonstrated that Vioxx can increase
                        25  atherogenesis?
                        page 150
                        1       A.      I can't answer that without looking at
                        2   each of these sources for you.
                        3               (Comments off the record by the
                        4   reporter.)
                        5       Q.      (BY MR. ISMAIL)  Dr. Plunkett, do you
                        6   believe there's ever been an article which has
                        7   discussed, even in an animal model, that Vioxx has
                        8   increased the formation of coronary plaque?
                        9       A.      I don't know.  Again, I'd have to -- in
                        10  order to answer that question specifically, I'd have
                        11  to go back and look at these citations that I pulled
                        12  out.
                        13      Q.      As you sit here today, can you even tell
                        14  me whether or not such data has ever been
                        15  demonstrated to be true?
                        16      A.      I don't know that I can answer that
                        17  question as you have specifically worded it without
                        18  looking at the documents.
                        19      Q.      Well, you have said under oath that you
```

Exhibit A - L. Plunkett Deposition Excerpts

- **Mason - Plunkett Motion**

```
              20  believe Vioxx can increase atherogenesis, so the
              21  question to you is:  Can you give me one piece of
              22  scientific data, whether human or clinical, that
              23  demonstrates that Vioxx can, in fact, increase
              24  atherogenesis?
              25            MR. SIZEMORE:  Object to form, asked
page 151
1  and answered.
2       A.    That would be -- my answer to that would
3  be the information contained and discussions
4  contained in the documents that I've already cited
5  for you.
6       Q.    (BY MR. ISMAIL)  Well, that's not true,
7  is it, Doctor?
8             MR. SIZEMORE:  Object to form.
9       A.    There's a discussion in those documents
10  of the relationship between atherogenesis and COX-2
11  inhibition.  There's the implications of COX-2
12  inhibition for atherogenesis.
13      Q.    (BY MR. ISMAIL)  I didn't ask about
14  discussions, and I didn't ask about implications.  I
15  asked for data.  Can you give -- and I'll reask the
16  question to make sure you understand it.
17            Can you give me one piece of
18  scientific data, whether human or animal, that
19  demonstrates that Vioxx can, in fact, increase
20  atherogenesis?
21            MR. SIZEMORE:  Move to strike the
22  commentary.  Object to form, asked and answered.
23      A.    I believe I did already answer that
24  question.  I said I believe that I can't answer that
25  question without looking at each of these individual
page 152
1  documents, the way that you're wording it so
2  specifically.
3       Q.   (BY MR. ISMAIL)  I asked for any data.
4  That's not very specific, Doctor.  Can you give me
5  one piece of data?
6       A.    That's not the specific --
7             MR. SIZEMORE:  Wait.  Wait.  Wait.
8  Let me just get my objection in.
9             MR. ISMAIL:  You can object to form,
10  Paul.
11            MR. SIZEMORE:  I'm going to object
12  to the commentary first --
13            MR. ISMAIL:  Fine.  Object to the
14  commentary.
15            MR. SIZEMORE:  -- and then object to
16  the form and move to strike the commentary.
17      Q.    (BY MR. ISMAIL)  Go ahead.
18      A.    That's not the specificity that I'm
19  talking about when I'm saying the specificity that
20  you're giving to it.  It's every word that you're
21  putting into the sentence.  You're asking me
22  something very specific about not just any data.
23  You're asking any data in a specific form of that
24  data, and that's the question I cannot answer for
25  you unless I look at each of these individual
page 153
1  papers.
2       Q.    You came to your deposition today
3  unprepared to talk about any data which supports
4  your opinion that Vioxx can increase atherogenesis?
5  Is that correct?
6             MR. SIZEMORE:  I object to the form
7  of the question.
8             MR. HORNBECK:  Objection, form.
9       A.    No, that's not true.
```

**Exhibit A - L. Plunkett Deposition Excerpts**

• Mason - Plunkett Motion

```
              10     Q.   (BY MR. ISMAIL)  All right.  So give me
              11  the piece of data that you walked into this room
              12  today to support your opinion that Vioxx can
              13  increase atherogenesis.
              14             MR. SIZEMORE:  We just had a
              15  20-minute break and she's --
              16             MR. ISMAIL:  No, she -- Paul, she
              17  did not.  I asked for data, not discussions, not
              18  theories.  I asked for data, scientific data.
              19             MR. SIZEMORE:  Asked and answered.
              20     Q.   (BY MR. ISMAIL)  Go ahead.
              21     A.   As I've already said, each of these
              22  papers has a description of information.  And that
              23  information, even though it may be a discussion in
              24  the paper, cites other information which is -- for
              25  example, some of the review papers.  It cites
page 154
              1   published studies in animals or in vitro, in cell
              2   lines or other observations that have been made.
              3              And the data that supports the
              4   specific answer to your question is all of the data
              5   that goes into the basic pharmacology of the
              6   prostaglandin system and the effect of inhibition of
              7   COX-2 on the overall activity of that system when
              8   you do that.
              9      Q.   Okay.  I'm not asking about a theory that
              10  somebody may have put in an article.  I'm asking for
              11  scientific data.
              12             MR. SIZEMORE:  Asked and answered.
              13     Q.   (BY MR. ISMAIL)  Please answer that
              14  question, Doctor, without references to there may be
              15  a discussion about the role of prostaglandins
              16  somewhere in an article.  That's not my question.
              17             My question is:  Identify a single
              18  piece of scientific data that supports this
              19  hypothesis that you're testifying to that Vioxx can
              20  increase atherogenesis.
              21             MR. SIZEMORE:  Don't answer that.
              22     Q.   (BY MR. ISMAIL)  Does it exist in the
              23  world?
              24             MR. SIZEMORE:  Don't answer that.
              25             MR. ISMAIL:  You can't instruct
page 155
              1   her --
              2              MR. SIZEMORE:  You can't tell her
              3   how to answer a question.
              4              MR. ISMAIL:  It's a leading
              5   question; yes or no, can you do it?
              6              MR. SIZEMORE:  You said don't rely
              7   on certain things.
              8              MR. ISMAIL:  No, because I want to
              9   make sure she understands my question.  I'm not
              10  asking her to identify if someone has discussed the
              11  role of prostaglandins somewhere.  That's not my
              12  question.
              13     Q.   (BY MR. ISMAIL)  And, respectfully,
              14  Dr. Plunkett, you're not answering my question.
              15             The question is:  Identify a single
              16  piece, just one, of scientific data that supports
              17  your opinion that Vioxx can increase atherogenesis.
              18             MR. SIZEMORE:  Object to the
              19  question.
              20             MR. HORNBECK:  Objection.
              21             MR. SIZEMORE:  It's been asked and
              22  answered.
              23     A.   I tried to answer your question by saying
              24  that -- when you asked that question first, I said
              25  in order to answer that question, I'll have to go
```

Exhibit A - L. Plunkett Deposition Excerpts

- **Mason - Plunkett Motion**

```
page 156
1   back and look at these individual articles, one by
2   one.
3                And from what I remember of these
4   individual articles, one by one, in addition to
5   being discussion of that issue, there are citations
6   to data in those papers, and that's what I'm trying
7   to state for you.  Plus, some of the papers actually
8   are more than just discussions.  They actually talk
9   about some data.
10               So if you want me to do that, we
11  can -- I'll go through these, but I also have to
12  pull -- borrow a computer to pull up some of these
13  articles on the computer to look at them.
14               But I would refer you to the papers
15  that I've cited.  I believe that some of those
16  papers contain data that shows that the change in
17  activity of the prostaglandin system that you would
18  get by use of a selective COX-2 inhibitor is a
19  mechanism that is associated with increased risk of
20  atherogenesis or the atherogenic process.
21      Q.   (BY MR. ISMAIL)  From your own
22  recollection, can you identify a single such study?
23               MR. HORNBECK:  Objection, asked and
24  answered.
25      A.   I think I've identified a list of studies
page 157
1   that I believe have the answer to your question.
```

[159:6] - [160:17]       6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
page 159
6       Q.   Well, let's take those in parts.
7                Are you aware of any in vitro human
8   data that has demonstrated that Vioxx can increase
9   formation or the -- increase atherogenesis?
10      A.   I believe that one of these papers cites
11  an in vitro human cell study that shows the effects
12  of inhibition or shows the effects of altering COX-2
13  activity, I believe, on LDL oxidation.  I think
14  that's a human study, but I'd have to go back and
15  look.  I'm not sure.
16               And then the only other human data
17  that I would cite would be looking for -- in the
18  clinical trials, there are people who are users of
19  Vioxx that had atherogenesis as a reported --
20  reported event.  But you have to look at each of
21  those individually in order to determine what the
22  relationship was.
23      Q.   Okay.  Going back to your LDL oxidation
24  study, do you know which one it is?
25      A.   Let me look.  I think it's in this list
page 160
1   here.  Hold on.
2       Q.   Is that one of the ones you've
3   highlighted earlier?
4       A.   It may be.  That's what I'm thinking, so
5   hold on. Let me get to the title of that.  Can you
6   pull up the Walter paper?  Do you have the CD with
7   the documents on it?  Because I don't have it.  It's
8   on computer.
9       Q.   Can you tell me what page you're on,
10  first of all?
11      A.   I'm on page 62 of 81.
12      Q.   Which paper?
13      A.   I need -- I'm not sure if this is what
14  I'm thinking, but I would like to look -- in order
15  to answer the question, I would point to the Walter
```

Exhibit A - L. Plunkett Deposition Excerpts

• **Mason - Plunkett Motion**

```
                              16  paper.  We should look at that.  It's about a third
                              17  of the way down, 2.0218.
```

[161:4] - [161:11]    6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                     page 161
                     4        Q.   Do you believe Vioxx was discussed in the
                     5   Walter paper?
                     6        A.   I'm not sure.  That's why I need to pull
                     7   it up.  That's what I'm saying to you.  I don't
                     8   remember everything in every paper and the title
                     9   seems to ring a bell to me, so if we pull it up and
                     10  I can see if it's what I'm thinking it is or not.  I
                     11  don't know.
```

[176:12] - [176:23]   6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                     page 176
                     12       Q.   All right.  But as for Dr. Plunkett's
                     13  opinion, you believe that Vioxx can contribute to
                     14  plaque rupture through hypertension and
                     15  edema-related issues, correct?
                     16       A.   I think that could be related, yes.  I
                     17  think there's also -- to further answer your
                     18  question, I believe that there is also some specific
                     19  discussion of this in one of the -- I think it's one
                     20  of the FitzGerald papers where he talks about it as
                     21  well.  And I would agree with the things that
                     22  Dr. FitzGerald has at least postulated in his
                     23  review.
```

[184:10] - [184:23]   6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                     page 184
                     10       Q.   (BY MR. ISMAIL)  Are you aware of any
                     11  scientific proof that would establish that Vioxx
                     12  carries any increased risk of plaque rupture above
                     13  that which could be associated with the NSAID class?
                     14       A.   I don't know of any clinical trial that's
                     15  tried to address that or human epidemiological study
                     16  that's tried to address that, which is the most
                     17  direct way to answer your question.  So I don't
                     18  know.
                     19            Again, I can't answer that based on
                     20  what I can remember off the top of my head, and I'd
                     21  have to look at the clinical trials individually to
                     22  see if somebody has tried to do some analysis like
                     23  that, but I don't believe that they have.
```

[234:6] - [235:5]     6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                     page 234
                     6        Q.   And so Exhibit 7 and the criticisms
                     7   contained in Exhibit 7 are not the final
                     8   determination by FDA in regards to the promotional
                     9   campaigns discussed, correct?
                     10            MR. SIZEMORE:  Object to form.
                     11       A.   Certainly it's not the final outcome, if
                     12  that's what you're asking, that's correct.
                     13       Q.   (BY MR. ISMAIL)  And did you review the
                     14  documents that relate to Merck's response to
                     15  Exhibit 7?
                     16       A.   I believe I did see a response letter,
                     17  but I can't -- I don't have it in front of me.  If
                     18  you have it, we can look at it.
                     19       Q.   Did you review FDA's reply to Merck's
                     20  response?
```

**Exhibit A - L. Plunkett Deposition Excerpts**

• **Mason - Plunkett Motion**

```
                          21     A.   I don't know if I did or not.  It's
                          22  possible I did.  I remember that this letter was
                          23  contained with several files right after it that had
                          24  to do with a series of correspondence, but I don't
                          25  know.
                          page 235
                          1      Q.   Can we agree that in your expert report,
                          2   you discuss neither Merck's response nor FDA's reply
                          3   to Exhibit 7?
                          4      A.   I would agree the only one I mention is
                          5   the initial notice that the company received.
```

[239:17] - [239:23]      6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
                          page 239
                          17     Q.   Did you review the pharmacology section
                          18  that Merck prepared with regard to the Vioxx new
                          19  drug application?
                          20     A.   You mean their summary, their summary
                          21  section of the pharmacology section?
                          22     Q.   Any of the pharmacology section.
                          23     A.   I don't believe I did, no.
```

[239:24] - [240:1]       6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
                          page 239
                          24     Q.   Did you review the toxicology section of
                          25  the Vioxx NDA that Merck prepared?
                          page 240
                          1      A.   I don't remember that, no.
```

[240:16] - [240:23]      6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
                          page 240
                          16     Q.   Did you review the integrated summary of
                          17  safety contained in the new drug application?
                          18     A.   That, I believe I did review.
                          19     Q.   Did you --
                          20     A.   Well, written by Merck?
                          21     Q.   Yes.
                          22     A.   Their integrated -- I may not have read
                          23  that, no.
```

[241:4] - [241:7]        6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
                          page 241
                          4      Q.   Did you review the integrated summary of
                          5   efficacy that Merck prepared for the Vioxx new drug
                          6   application?
                          7      A.   I don't recall that, no.
```

[242:12] - [242:16]      6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
                          page 242
                          12     Q.   Did you review any of the adverse event
                          13  reporting submissions Merck submitted with regard to
                          14  Vioxx to the FDA?
                          15     A.   I don't remember any, but I can't be
                          16  quite sure.  I don't know.
```

[245:22] - [246:22]      6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
                          page 245
                          22     Q.   Your expert report, Exhibit 3, does not
                          23  contain any criticisms regarding the adequacy of
                          24  FDA's efforts between May 1999 and September 2004 to
                          25  monitor the safety of Vioxx, correct?
```

Exhibit A - L. Plunkett Deposition Excerpts

• **Mason - Plunkett Motion**

```
                              page 246
                              1       A.    Not specifically, but certainly I would
                              2   say that -- my overall opinion, that I believe that
                              3   the risks outweigh the benefits for the drug and did
                              4   so earlier than the drug was removed from the
                              5   market, but certainly that's an indirect criticism
                              6   of FDA, I guess.  But I have not tried to put myself
                              7   in the position of FDA and state that FDA was -- did
                              8   this wrong or that wrong at any particular point in
                              9   time.
                              10      Q.    You have no criticisms in your expert
                              11  report regarding FDA's multiple approvals of Vioxx
                              12  as safe and effective between May 1999 and
                              13  August 2004, correct?
                              14            MR. SIZEMORE:  Object to form.
                              15      A.    Again, no specific criticisms, but if you
                              16  read my report, I think it's clear that I disagree
                              17  with the assessment that -- I would be disagreeing
                              18  with the assessment based upon the different points
                              19  in time where I believe that there were issues
                              20  raised about the safety of the drug that weren't
                              21  addressed through either labeling or through the
                              22  approval of the drug.
```

[261:2] - [261:9]             6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
                              page 261
                              2       Q.    All right.  So am I correct that you've
                              3   never, either at FDA, consultant to FDA, as an
                              4   employee or consultant to a pharmaceutical company,
                              5   ever worked on a prescription drug labeling that's
                              6   associated with an approved product?
                              7       A.    At this point in time, that would be --
                              8   well, yes, that would be correct, except in a
                              9   litigation context.  But yes, that's right.
```

[261:10] - [262:1]            6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
                              page 261
                              10      Q.    Now, you have been precluded by at least
                              11  one Court from giving opinions regarding the
                              12  adequacy of labeling, correct?
                              13      A.    Yes.
                              14      Q.    How many Courts have you been -- have
                              15  issued rulings prohibiting you from giving opinions,
                              16  either in the FDA context in general or labeling in
                              17  particular?
                              18      A.    Just two that I know of, and they both
                              19  dealt with Baycol and they were very specific things
                              20  that I was or wasn't allowed to say.  And then there
                              21  were other courts in Baycol where I was allowed to
                              22  say, so it's varied.
                              23      Q.    So, as far as you know, there are two
                              24  Courts that have prohibited you from giving opinions
                              25  regarding the adequacy of labeling?  Is that right?
                              page 262
                              1       A.    Two different judges that I know of, yes.
```

[272:12] - [273:5]            6/1/2006     Plunkett, Laura  (Arrigale/Grossberg)

```
                              page 272
                              12      Q.    I understand that you believe that the
                              13  labeling Merck suggested was misleading, but just so
                              14  I'm clear, you're not giving the opinion that Merck
                              15  was trying to be misleading in its negotiation with
                              16  FDA regarding the content of the Vioxx label, right?
                              17      A.    I certainly am inferring that their
```

**Exhibit A - L. Plunkett Deposition Excerpts**

• **Mason - Plunkett Motion**

```
                  18  attempt was to be misleading.  That's my inference.
                  19  I don't have a piece of paper where I can state that
                  20  one of them swore that was their intent, but I'm
                  21  just saying from my perspective, that is what is
                  22  going on.
                  23           From reading the internal documents
                  24  that I see, the discussions they had about not
                  25  wanting to accept certain changes or this and that
                  page 273
                  1   in the labeling and then the way it was worded, to
                  2   me, it's very misleading.  As a scientist looking at
                  3   what their results were, I don't see how they came
                  4   up with that interpretation of the data.  So that's
                  5   misleading.
```

[273:6] - [274:25]      6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
                  page 273
                  6        Q.   Now, you've never spoken to anyone at
                  7   Merck regarding Vioxx, right?
                  8        A.   No.
                  9        Q.   And you obviously haven't spoken to
                  10  anyone at FDA regarding Vioxx, right?
                  11       A.   No.
                  12       Q.   Am I correct?
                  13       A.   That is correct.
                  14       Q.   And you have not -- you're not suggesting
                  15  that you've reviewed the totality of the internal
                  16  company documents regarding the amendments to the
                  17  Vioxx label, right?
                  18       A.   I would be surprised if I had, but I have
                  19  reviewed a good number.
                  20       Q.   In fact, the only internal company
                  21  documents you reviewed with regard to Merck's
                  22  attempts to amend the Vioxx label are the ones the
                  23  plaintiff lawyers chose to show you, right?
                  24       A.   They're the ones that I received when I
                  25  requested such documents, yes, and they would have
                  page 274
                  1   been from the plaintiffs' attorneys.
                  2        Q.   But you, Dr. Plunkett, did not make the
                  3   selection as to which internal Merck documents you
                  4   would review and which you would not review, right?
                  5        A.   I certainly made a selection of what to
                  6   review once I got a large body of documents from
                  7   them, but I certainly did not select the
                  8   documents that I -- when I made a request to receive
                  9   documents, what they sent me was a response to that
                  10  request, so from that I then selected things that I
                  11  did or didn't review.  For example, I didn't review
                  12  all the marketing documents.
                  13       Q.   Right.  But in terms of the body of
                  14  documents that were first sent to you that were
                  15  internal documents at Merck, that was a selection
                  16  the plaintiff lawyers made and not you, correct?
                  17       A.   I don't know that.  I -- certainly, they
                  18  came from the plaintiffs' lawyers.  I assume they
                  19  were documents that were produced during discovery
                  20  by Merck that the plaintiffs' attorneys then passed
                  21  on to me.  I don't know if they made a selection
                  22  from a larger number or not.  I can't answer that.
                  23       Q.   Have you ever talked to them about that?
                  24       A.   No, because I've never had an issue with
                  25  trying to address that issue.
```

**Exhibit A - L. Plunkett Deposition Excerpts**

- **Mason - Plunkett Motion**

[277:3] - [277:21]        6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
page 277
 3       Q.   Do you believe the FDA scientists who
 4   approved the April 2002 label made a mistake when
 5   they approved the language in the precautions
 6   section rather than the warnings section?
 7       A.   As I stated before, I would have done it
 8   differently.
 9       Q.   Will you agree your expert report does
10   not contain any opinion that the FDA scientists made
11   a mistake when they approved the Vioxx -- or the
12   VIGOR language in the precautions section rather
13   than the warnings section?
14       A.   I think you can infer that's what I must
15   believe because of the fact that I say I would have
16   done it differently.  It should have been somewhere
17   else.  But, again, I'm not here to put myself in the
18   place of FDA, and I've been very careful in my
19   report to make sure that you understand that's my
20   opinion.  I believe it should have been done
21   differently based upon my review of the information.
```

[301:1] - [301:7]        6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
page 301
 1       Q.   Have you, as part of any work you've done
 2   in this case or previously, seen any articles that
 3   discuss the effects of COX-2 inhibition on any other
 4   breakdown product of PGI2 other than PGIM in urine?
 5       A.   I don't remember.  It's possible I have
 6   because I know that there are other end points or
 7   other compounds that have been looked at.
```

[313:1] - [313:24]        6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
page 313
 1   STATE OF TEXAS       )
 2             REPORTER'S SUPPLEMENTAL CERTIFICATE
 3             I hereby certify that the witness was
 4   notified on _____ that the witness
 5   has 30 days (or ____ days per agreement of counsel)
 6   after being notified by the officer that the
 7   transcript is available for review by the witness
 8   and if there are changes in form or substance to be
 9   made, then the witness will sign a statement
10   reciting such changes and the reasons given by the
11   witness for making them;
12             That the witness' signature was / was not
13   returned as of _____.
14             Subscribed and sworn to on this _____
15   day of _____, 20___.
16
17
18
19
20             _____
                Susan Perry Miller, RDR, CRR, CBC
21              Notary Public, State of Texas
                My Commission Expires 03/30/2008
22
23
24
```