**Exhibit D - Grossberg v. Merck Trial Excerpts**

• **Mason - Mot. to Exclude Plunkett**

[:] - [:]   6/26/2006   Grossberg Trial - (p. 0565-0651) Hearing (PM)

```
                    page
                              SUPERIOR COURT OF THE STATE OF CALIFORNIA
                                    FOR THE COUNTY OF LOS ANGELES
                     DEPARTMENT 324              HON. VICTORIA G. CHANEY, JUDGE
                    COORDINATED PROCEEDING SPECIAL TITLE,)
                    [RULE 1550 (B)]                       )   SUPERIOR COURT
                                                          )   CASE NO. JCCP 4247
                    IN RE VIOXX CASES                     )
                    _____)
                                                          )
                                                          )   CASE NO. BC 327729
                    STEWART GROSSBERG VS.                 )
                    MERCK & COMPANY, ET AL.               )
                    _____)
                                  REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS
                                                JUNE 26, 2006
                                                 P.M. SESSION
                                       PAGES 565 THROUGH 651, INCLUSIVE
                     APPEARANCES:
                      (AS NOTED ON THE FOLLOWING PAGE.)
                                           LINDA BICHÉ, CSR NO. 3359, RMR, CRR
                                           OFFICIAL REPORTER
```

[611:24] - [612:2]   6/26/2006   Grossberg Trial - (p. 0565-0651) Hearing (PM)

```
                    page 611
                    24                        MR. ISMAIL, NO. 6, MOTION IN LIMINE TO EXCLUDE
                    25                    THE TESTIMONY OF DR. LAURA PLUNKETT, AS IT RELATES TO -- GR
                    26                    AS IT RELATES TO THE STATE OF MIND AND TO HAVE AN 802 HEARI
                    27                    AS IT RELATES TO HER OPINION.
                    28                        MR. ISMAIL:  AND GRANT AS TO THE ISSUES OF THE
                    page 612
                    1                     ADEQUACY OF THE WARNINGS AS STATED IN THE BOTTOM PARAGRAPH?
                    2                              THE COURT:  YES.
```