**Ex. F - L. Plunkett Deposition Excerpts**

• **Mason - Plunkett Motion**

[1:1] - [1:25]        6/5/2006      Plunkett, Laura (Anderson)

```
page 1
1                    IN THE CHOCTAW TRIBAL COURTS
                  MISSISSIPPI BAND OF CHOCTAW INDIANS
2
     ELVIS P. ANDERSON            )
3         Plaintiff              )
                                 )
4    vs.                         )  CASE NO. CV-426-05
                                 )       JURY DEMANDED
5    MERCK & CO., INC.           )
          Defendant.             )
6
7
8                       ORAL VIDEOTAPED DEPOSITION
9                  LAURA MASSEY PLUNKETT, Ph.D. D.A.B.T.
10                          JUNE 5, 2006
11
12       ORAL VIDEOTAPED DEPOSITION OF LAURA MASSEY PLUNKETT, Ph.D.
13   D.A.B.T., produced as a witness at the instance of the
14   Plaintiff and sworn, was taken in the above-styled and
15   numbered cause on the 5th day of June, 2006, from 10:01 a.m.
16   to 3:16 p.m., before Lisa A. Berry, Certified Shorthand
17   Reporter in and for the State of Texas, reported by
18   computerized stenotype machine at the offices of Abraham,
19   Watkins, Nichols, Sorels, Matthews & Friend, 800 Commerce
20   Street, Houston, Texas 77002-1776, pursuant to the Federal
21   Rules of Civil Procedure and the provisions stated on the
22   record or attached hereto.
23
24
25
```

[13:10] - [13:15]      6/5/2006      Plunkett, Laura (Anderson)

```
page 13
10       Q.   You have not published in any type of peer-reviewed
11   publication anything relating to Vioxx, have you?
12       A.   No.
13       Q.   You have not published in any peer-review
14   publication any article relating to Cox-2s, have you?
15       A.   No.
```

[156:1] - [156:25]     6/5/2006      Plunkett, Laura (Anderson)

```
page 156
1    STATE OF TEXAS
2    COUNTY OF HARRIS
3
4                       REPORTER'S CERTIFICATE
5                  ORAL VIDEOTAPED DEPOSITION OF
6               LAURA MASSEY PLUNKETT, Ph.D., D.A.B.T.
7                          MAY 10, 2006
8
9        I, the undersigned Certified Shorthand Reporter in and for
10   the State of Texas, certify that the facts stated in the
11   foregoing pages are true and correct.
12       I further certify that I am neither attorney or counsel
13   for, related to, nor employed by any parties to the action in
14   which this testimony is taken and, further, that I am not a
15   relative or employee of any counsel employed by the parties
16   hereto or financially interested in the action.
17       SUBSCRIBED AND SWORN TO under my hand and seal of office
18   on this the 9th day of June, 2006.
19
```

**Ex. F - L. Plunkett Deposition Excerpts**

**• Mason - Plunkett Motion**

```
20
21                              _____
                                Lisa A. Berry, CSR
                                Texas CSR 3104
22                              Expiration:  12/31/2006
                                Firm Registration No.:  60
23                              Compex Legal Services, Inc.
                                2040 North Loop West, Suite 200
24                              Houston, Texas 77018
                                (713) 861-3900
25
```