UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-0810 | * | |
| CHARLES L. MASON, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

**MOTION OF MERCK & CO., INC. ("MERCK")
<u>TO EXCLUDE TESTIMONY OF LEMUEL A. MOYE, M.D., PH.D.</u>**

**(EXPERT CHALLENGE NO. 5)**

Defendant Merck, through undersigned counsel, and pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), hereby moves to exclude the testimony of plaintiff's expert Lemuel A. Moye, M.D., Ph.D. The facts and law supporting this motion are set forth in the accompanying memorandum, which is incorporated as if fully set forth herein.

Dated:  September 19, 2006                                  Respectfully submitted,


                                                            /s/ Dorothy H. Wimberly
                                                            Phillip A. Wittmann, 13625
                                                            Dorothy H. Wimberly, 18509
                                                            STONE PIGMAN WALTHER
                                                            WITTMANN L.L.C.
                                                            546 Carondelet Street
                                                            New Orleans, Louisiana  70130
                                                            Phone:  504-581-3200
                                                            Fax:      504-581-3361

                                                            Defendants' Liaison Counsel

                                                            Philip S. Beck
                                                            Tarek Ismail
                                                            Shayna Cook
                                                            BARTLIT BECK HERMAN PALENCHAR
                                                            & SCOTT LLP
                                                            54 West Hubbard Street, Suite 300
                                                            Chicago, Illinois  60610
                                                            Phone:  312-494-4400
                                                            Fax:      312-494-4440

                                                            Brian Currey
                                                            Catalina J. Vergara
                                                            O'MELVENY & MYERS LLP
                                                            400 South Hope Street
                                                            Los Angeles, CA 90071
                                                            Phone:  213-430-6000
                                                            Fax:      213-430-6407

                                                            And

                                                            Douglas Marvin
                                                            WILLIAMS & CONNOLLY LLP
                                                            725 Twelfth Street, N.W.
                                                            Washington, D.C.  20005
                                                            Phone:  202-434-5000
                                                            Fax:      202-434-5029

                                                            Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Exclude Testimony of Lemuel A. Moye, M.D., Ph.D. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel