quirement to adequately warn about adverse events with the scientific need to avoid mis-direction about the risks of an intervention. This is a challenge to healthcare research in general and interim monitoring in particular. Because, confirmatory analyzes for harm will be the most persuasive, investigators make their strongest possible case when they execute as many confirmatory analyzes as possible.

221 Although two strategies to address this issue of multiple safety measures are reviewed, the best strategy begins with good a priori knowledge. During the design phase, investigators can strengthen the interim analyzes that they have in mind for the safety monitoring by carrying out an in-depth review of the evidence of adverse effects produced by the intervention that they plan to study. This will allow them to put prospective monitoring rules in place that provide rigor in detecting the early occurrence of several different adverse events.

222 With foreknowledge of the adverse event profile of the intervention, and some appreciation of the frequency at which these adve{ XE "safety:exploratory monitoring" }rse events appeared, the researcher is able to place prospectively declared rules in place.

223 However, many times adverse events occur that were completely unsuspected during the course of a clinical research effort, which catch the researcher by surprise. The occurrence of de novo breast cancer in women exposed to lipid lowering agents during the course of a cardiovascular clinical experiment, the occurrence of dangerous new arrhythmias generated by an intervention that suppresses other rhythm disturbances, and the production of liver failure in medications designed to reduce insulin sensitivity are but a few examples of unanticipated adverse effects that can be produced by a new intervention.

M007220389

224  This illustration suggests that although monitoring procedures can provide clear warning that a treatment signal has been detected, the presence of this signal does not provide prima facie evidence for drawing a conclusion and terminating the research effort. That decision is more complex, requiring thoughtful consideration of both the efficacy and the safety of the compound. Ultimately, the decision to discontinue a study is not a mathematical one, but a clinical and ethical decision.

225  Statistical monitoring rules do not provide much guidance in this scenario. The absence of prospective identification, in concert with the large probability of a type I error generated by multiple interrogations of the adverse event data confound any attempt to apply statistical rigor to the evaluations executed on behalf of the patients. This is the conundrum of safety-based monitoring. The predomination of ethical considerations requires the researcher to sometimes set aside statistical precepts in order to be assured that patients are not being harmed in the research effort or in the population. This is unacceptable when one is building an argument for efficacy, but is required in the examination of safety. The asymmetry of this circumstance finds its genesis more in an oath than in science. The following are other useful tools in assessing the validity of an unanticipated adverse event finding.

226  *Strategy 1: Monitor Widely*: Researchers m { XE "adverse events:need to monitor widely" }ust lead diligent adverse event report evaluations. Just as physicians cannot diagnose diseases of which they have never heard, researchers cannot ethically weigh the implications of serious adverse events that they are not measuring. Thus, the researchers must cast a wide net in order to capture the occurrence of all adverse events. The investigators in post marketing clinical trials were able to successfully carry out this strategy.

M007220390

227 *Strategy 2: Assessing Unanticipated Adverse Events*: Clinical trials have been executed
for only sixty years. This is a relatively short period of time in the history of clinical in-
vestigation. However, the assessment of whether the occurrence of the event is related to
a treatment has been a cerebral process that has evolved for hundreds of years. Useful
skills have been amassed by scientists in the implementation of no statistical evaluations
of the relationship between an event (be it either adverse or salubrious) and an exposure.
In the setting of exploratory endpoint analyzes, where statistical assessments are not quite
so reliable, these other no statistical assessments rise to new prominence.

228 The occurrence of an exposure and an adverse event occurring in the same patient (or
group of patients) begs the question of whether the relationship between the two is asso-
ciative or causal. An associative relationship is merely that the exposure and the disease
occurred coincidentally in the same patients, for example, the occurrence of breast cancer
in women taking HMG-Coal reductase inhibitor (i.e., statin) therapy for elevated lipid
levels. It is a passive relationship. On the other hand, a causal relationship, as discussed
earlier, is active. An exposure causes a event if the exposure excites the production of the
event. It is an active relationship, a relationship with directionality. An example is the
causal relationship between liver hepatotoxicity and thiazolidienedione therapy for diabe-
tes mellitus.

229 When statistical tools are less useful, other tools of observation become more valuable. In
1965, Hill [43] described the nine criteria for causality arguments in healthcare. These
nine rules or tenets are remarkably and refreshingly devoid of complex mathematical ar-
guments, relying instead on natural honest intuition and common sense for the inquiry
into the true nature of a risk factor–disease relationship. The questions Dr. Hill suggested

M00720391

should be posed by the investigators in their assessment of the true nature of the exposure–disease relationship.

230 The evaluation begins with a simple assessment of numbers. Are there many more adverse event cases when the intervention is present, and fewer disease cases when the intervention is absent? If this question has been affirmatively answered, other questions follow. Does a greater exposure to the risk factor produce a greater extent of disease? Other questions asked by Hill explore the "believability" of the relationship. Some of these are: is there a discernible mechanism by which the risk factor produces the disease? Have other researchers also shown this relationship? Are there other such relationships whose demonstration helps us to understand the current risk factor– disease relationship?

231 Consistency requires that the findings of one study be replicated in other studies. The persuasive argument for causality is much more clearly built on a collection of studies involving different patients and different protocols, each of which identifies the same relationship between exposure to the risk factor and its consequent effect. There are numerous examples of collections of studies with different designs and patient populations, but that nevertheless successfully identify the same hazardous relationship between an exposure and disease. Identification of case series involving different series of patients in different countries and different cultures—yet each series producing the disease after the exposure would satisfy these criteria. Because research findings become more convincing when they are replicated in different populations, different studies that examine the same exposure–disease relationship and find similar results add to the weight of causal inference.

M007720392

232 The specificity of a disease is directly related to the number of known causes of the dis-
ease. The greater the number of causes of a disease, the more nonspecific the disease is,
and the more difficult it is to demonstrate a new causal agent is involved in the produc-
tion of the disease. The presence of specificity is considered supportive but not necessary,
and researchers no longer require that the effect of exposure to an agent such as a drug be
specific for a single disease.

233 Exposure must occur before the disease develops for it to cause that disease. A temporal
relationship must exist in order to convincingly demonstrate causation.* This criterion can
be clearly satisfied by a case report that accurately documents that the exposure occurred
before the disease.

234 An evaluation of a relationship between occurrences of the adverse events and either the
dose or duration of the intervention is also useful. The observation that a more intense
exposure produces a greater frequency or severity of adverse events adds new strength to
the notion that the relationship between the intervention and the adverse event is a causal
one. In addition there should be some b{ XE "Hill, Bradford:causality and safety" }asis in
the scientific theory that supports the relationship between the supposed "cause" and the
effect. However, observations have been made in epidemiological studies that were not
considered biologically plausible at the time but subsequently were shown to be correct.

235 It is important to note in the application of these tenets that satisfaction of all nine is not
required to establish to the satisfaction of the medical community that a causative rela-
tionship exists between the exposure and the disease. Hill himself stated [43]:

---

* Protopathic bias, or the result of drawing a conclusion about causation when the disease process precedes the risk factor in oc-
currence can result without appropriate attention to the condition.

M007220393

236 None of my nine viewpoints can bring indisputable evidence for or against the cause–and–effect hypothesis, and none can be required as a *sine qua non*.

237 However, these tenets are invaluable in the assessment of intervention-adverse event relationships.

M007220394

# Appendix D. Subgroup Analyses

238  A subgroup analyses in a clinical research effort is the evaluation of the effect of the ran-
domly allocated intervention within a fraction of the recruited subjects. The analysis of
subgroups is a popular, necessary, and controversial component of the complete evalua-
tion of a controlled clinical trial. Indeed, it is difficult to find a manuscript that reports the
results of a clinical trial that does not report findings within selected subgroups.

239  Subgroup analyses as currently utilized in clinical trials are tantalizing and controversial.
There may be no better maxim for guiding the interpretation of subgroup analyses in this
setting than "Look, but don't touch," The results from subgroup assessments have tradi-
tionally been used to augment the persuasive power of a clinical trial's overall results by
demonstrating the uniform effect of the therapy in patients with different demographic
and risk factor profiles. This uniformity leads to the development of easily understood
and implemented rules to guide the use of therapy*. Some clinical trials report these re-
sults both in the manuscript announcing the trial's overall results   [44, 45, 46,47] and
separately [48, 49, 50]. Such subgroup analyses potentially provide new information
about an unanticipated benefit (or hazard) of the clinical trial's randomly allocated inter-
vention.

240  However useful and provocative these results can be, it is well established that subgroup
analyses are often misleading [51, 52, 53, 54]. Assmann et al. [55] has demonstrated how
commonly subgroup analyses are misused, while others point out the dangers of accept-
ing subgroup analyses as confirmatory [56]. For example, the Amlodipine controversy in

---

*   The finding that a particular lipid lowering drug works better in women than in men can complicate the already complex deci-
sions that practitioners must make as the number of available compounds increase.

M007220395

the PRAISE trials discussed earlier in this report were based on a subgroup analysis. Nevertheless, the medical community continues to be tantalized by spectacular subgroup findings from clinical trials. A recent example is the subgroup analysis-based suggestion that medication efficacy is a function of race; this has appeared in both peer-reviewed journals [57, 58] and the lay press [59]. In this section, we will review the definitions, concepts, and limitations of subgroup utilization in clinical trials.

241 *Subgroups: Definitions and Basic Concepts* While the concept of subgroup analyses is straightforward, the terminology can sometimes be confusing. This report will therefore devote some attention to defining nine and classifying subgroup analyses.

242 *Subgroups Versus Subgroup Strata*: A subgroup is the description of{ XE "subgroups:definition" } patient based characteristic, e.g., gender that can be subdivided into categories. These different categories are described as strata, one stratum level for each category. For example, if an investigator is interested in creating a gender subgroup, patients are classified according to their sexual characteristics; the resultant gender subgroup consists of two strata—male and female.

243 The classic subgroup analysis itself is an evaluation of the effect of therapy within each of the subgroup strata. In this example of a gender-based subgroup, the subgroup analysis consists of an evaluation of the effect of therapy for males and an evaluation of the effect of therapy for females. Thus each stratum analysis produces an effect size with its standard error, a confidence interval, and a $p$-value.

244 The characteristics that form the basis of these subsets are chosen by the investigators. However, over time, a commonly evaluated set of subgroup evaluations has emerged. Although there are differences from one medical subspecialty to another, the most common

M007720398

of these subgroups are based on demographic criteria e.g., gender, ethnicity, and age. Frequently used sociologic determinants are marital status, education, and acculturation.* In addition, there are subgroups that are based on lifestyle choices. Some examples of these are alcohol use, tobacco use, dietary intake, and exercise. Of course findings from medical histories (e.g., history of cancer, history of CHF, history of endocrine disorders) and physical examination (e.g., body mass index or DBP) are among commonly appearing subgroups in clinical trials as well.

245   The definition of a subgroup can be more complicated than a first glance would suggest. Consider the marriage status subgroup. One might think that this is easy to define. Is the patient married or not? Phrased this way, this suggests that the marriage subgroup should have two strata. However, the choices can be much more complex than this. The patient could be married now, or have been married in the past and is single now. The patient could be separated, divorced, or remarried. These alternative classifications can either be useful, or merely distractions depending on the purpose for which the evaluation will take place. For example, in some research, which is not primarily sociologic, these additional classifications may be unnecessary. However, in other research efforts, the intricate differentiation of marriage history details is very important. Thus, one must know how the subgroup analysis will be used so that the most useful strata membership criteria can be developed. Once each of the subgroup strata have been identified, the clinical trial workers will know what data to collect that will be the most useful.[†]

246   *Subgroups: Interpretation Difficulties*: The illustrations of the previous sections have demonstrated that there are many possible ways to subgroup patients. However, we must

---

* Acculturation is the degree to which a community composed primarily of immigrants accepts with approval and is involved in the activities of the surrounding society.
[†] Another subgroup that has grown in complexity is that for race/ethnicity.

M007220397

keep in mind that, in a collection of subgroup analyses, it is the same patien{ XE "sub-groups:interpretation difficulties" }ts that are being stratified in different ways. This observation can complicate the interpretation of a subgroup evaluation.

247  For example, consider a randomized, controlled clinical trial, which is in its analysis phase. At this time, all of its patients are classified by gender, grouping patients into male and female sub-cohorts. Once the stratum membership assignment is finished, the effect of the randomly allocated intervention is assessed in each of the two gender strata. It is seen that the effect of therapy appears to depend on gender, with males experiencing a different effect than females.

248  When completed, these same patients are then re-aggregated based not on gender, but on age. Subjects are placed into one of the following three age strata: (1) less than 40 years of age, (2) between 40 and 60 years of age, and (3) greater than 60 years of age. When the subgroup analysis is carried out for the age strata, it appears that the effect of therapy is the same in each of the age groups.

249  The results from these two subgroup analyses essentially demonstrate that the same patients when characterized one way (by gender) provide a different result than when characterized another way (by age). Was it really gender that modified the effect of therapy or was it the chance collection of patients that made it appear that gender was an influence? Since we can expect that the effect of treatment within a subgroup stratum depends on the patients within that stratum, then the value of the subgroup analysis must be tightly linked to the ability to demonstrate that it is the stratum characteristic that is producing the interesting effect and not just the random aggregation and re-aggregation of patients.

M0007220398

250 *Random Subgroups*. Investigators work to identify subgroup classifications that are meaningful. When examination of the therapy effect within a subgroup appears, it is only natural for the investigator to believe the rationale for the choice of the subgroup was justified. Furthermore, the scientist may think that the stratum specific therapy effect is due to some effect-mediation ability produced by the subgroup trait. However, the very fact that patients are classified and divided can induce a subgroup effect.

251 Consider the following simple experiment. A courtroom chosen at random has a capacity of seating 60 observers. These 60 seats are divided by a central aisle, with 30 seats on each of the left-hand and right-hand side of the courtroom. Sixty people seat themselves as they choose, distributing themselves in an unrestricted manner among the seats on each side of the courtroom. When all are seated, we measure the height of each person, finding that the average height is exactly 67 inches. Does that mean that the average height of those seated on the left-hand side of the courtroom will be 67 inches? No. The average height of those seated on the left-hand side of the courtroom will be either less than 67 inches or greater than 67 inches, but it will not be exactly 67 inches (because the average is based on only thirty of the sixty people). If the average height on the left-hand side of the courtroom is less than 67 inches, then those seated on the right-hand side will have an average height greater than 67 inches[†]. Is it fair to conclude that those who sit on the right- hand side of the courtroom are in general taller than those who sit on the left-hand side?

252 The simple, random aggregation and sub-aggregation of the observations has induced a subgroup effect that is based only on the play of chance. This random subgroup effect

---

[†] If the average height of all in the courtroom is 67 inches, and the average height on the left side is less than 67 inches, then the average height on the right hand side must be greater than 67 inches

M007720399

appears in all subgroup analyses, and we will have to integrate it into our interpretation of any subgroup effect that we see. Some interesting findings of random subgroup analyses are available [60]. These occurrences help to justify the admonition that the best descriptor of the effect in a subgroup is the finding that is observed in the overall cohort.

253 *Proper Versus Improper Subgroups*: A critical preliminary task that clearly must be completed before a subgroup analysis proceeds is the classification of each patient into a subgroup stratum. This is the process by which the subgroup membership f{ XE "subgroups:proper vs improper" }or each patient in the study is determined. Although membership determination may appear to be a trivial task, there are circumstances in which this classification is problematic. These concerns revolve around the timing of the subgroup membership determination.

254 There are two important possibilities for determination of the timing of subgroup membership. The first is the classification of patients into the correct subgroup stratum when the patients are randomized. The second choice is to classify patients into subgroup strata at some time during the execution of the trial. While each has advantages, the determination of subgroup membership at the beginning of the study is preferred.

255 Determining subgroup membership at the beginning of the trial requires that, not only must the subgroup be defined at the beginning of the study, but also subgroup strata membership should be defined prospectively as well. This is a straightforward procedure to apply to the gender subgroup with its two strata. However, for other subgroups of clinical interest, the process can be complex.

256 *Intention-to-Treat" Versus "As Treated" Subgroup Analyses*: Consider a clinical trial in which patients are randomized to receive an intervention to reduce the total mortality

M007220400

rate from chronic cirrhosis of the liver. At the inception of the study, patients are randomized to receive either control group therapy or the intervention. At the conclusion of the study, the investigators will compare the cumulative mortality rates of patients in each of the two { XE "intention to treat:vs. \"as treated\"" }treatment groups. However, at the end of the study, how will the investigators decide what patients should be considered active group patients and which patients should be counted as in the control group? The commonly used approach is to assign treatment group membership simply as the group to which the patient was randomized. This is the "intention to treat" principle.

257  The "intention-to-treat" principle of analysis is the standard analysis procedure for the evaluation of clinical trial results. Undoubtedly, this analysis tends to be a conservative one, since not every patient is treated as they were "intended." For example, some patients randomized to the active group may not take their medication. These patients, although randomized to the active group, will have the control group experience and produce endpoints at rates similar to that of the control group. However, they would be included in the active group since they were randomized to and "intended to be treated" like active group patients. The inclusion of these patients in the active group for analysis purposes tends to make the active group experience look more like the control group experience, increasing the overall active group event rate.[*]

258  Similarly, patients who are randomized to the control group may nevertheless be exposed to active group medication (e.g., from their personal physician who is not an investigator in the study). These patients will experience event rates similar to the rates of the active

---

[*] There are occasional complications in an "intention-to-treat" analysis. In some cases, a patient is tested and randomized, but then, subsequent to the randomization the test result reveals that the patient is not eligible for the trial for a prospectively stated reason. In this case, there was no "intent" to randomize this patient when the test result was known, and the patient is removed from the study.

M007220401

group, but since they are considered as part of the control group, the inclusion of these patients will produce an event rate for the control group that is closer to that of the active group. Thus the control group rate will approach that of the active group, while the cumulative event rate in the active group will be closer to that of the control group (described in the previous paragraph). This effect of these combined rate alterations reduces the magnitude of the treatment effect, thereby diminishing the power of the clinical trial.[*]

259   An alternative analysis to the "intent to treat" principle is one that analyzes the endpoint results using an "as-treated" analysis. In this case, although patients are still randomized to receive either placebo or active therapy, they are classified for analysis purposes based on whether they actually took their medication or not. Since this is determined after the patient was randomized to the medication, and the effect (both perceived beneficial effects, and adverse effects) of the medication may determine whether the patient takes the medication, the "as-treated" evaluation is a confounded analysis. A clearly detailed examination of this issue is available [61].

260   *Effect Domination Principle*: I have stated previously that, in the absence of confirmatory subgroup evaluations, the best estimate of the effect of randomly allocated therapy within a subgroup strata is the effect of that therapy on the overall cohort. We will call this the principle of *effect domination*— the effect of therapy averaged over all randomized patients dominates the effect seen in the individual subgroup strata.

261   The effect domination principle was the basis { XE "subgroups:effect domination prinicple" } of our decision to overturn the results of several of the subgroup evaluations that were provided previously. Although there are many clinical trials designed to pro-

---

[*] The effect of the magnitude of the treatment effect on the power of a study for fixed sample size is discussed in Appendix D.

M007220402

vide confirmatory evaluations of their primary analyses, there are far fewer confirmatory evaluations that occur in the assessments of subgroups. Therefore, the effect domination principle is much more frequently required in the interpretation of the results of clinical trials.

262 Since subgroup analyses have and will, in all likelihood, continue to engender the interest of the medical community, it is logical to ask why there aren't more confirmatory analyses involving subgroup evaluations. This is an especially interesting question since there are clear circumstances in which subgroup evaluations can produce confirmatory results of the therapy effect within (or across) subgroup strata. When executed, these confirmatory results stand on their own, separate and apart from the result of the effect of therapy in the overall cohort. The criteria for these evaluations were clearly characterized by Yusuf et al. [62] and are coincident with our development of confirmatory analyses in this text.

263 The first of these criteria for the development of confirmatory analyses in clinical trials is that the subgroup analysis must be prospectively designed and proper. This structure is required so that (1) the therapy effect size estimators that the subgroup analysis produces are trustworthy; and (2) that the effect of therapy to be evaluated in a subgroup is not confounded by (i.e., bound up with) post-randomization events as discussed previously. In general, there has been no difficulty with meeting this requirement of confirmatory subgroup analyses. Many clinical trials make statements in their protocols describing the plans of investigators to evaluate the effect of therapy within their subgroups of interest. These subgroups are, by and large, proper subgroups, e.g., demographic traits, or the presence of risk characteristics at baseline.

M007220403

264  However, the final requirement for a confirmatory subgroup analysis is the prospective allocation of type I and type II error rates. This last criterion has proved to be especially vexing because of the severe sample size constraints this places on subgroup analyses. As we have pointed out earlier, the allocation of type I error rates for confirmatory testing must be such that the FWER, $\xi$, is conserved. This requires that statistical testing at the level of subgroup analyses will be governed by test-specific $\alpha$ error rates that are generally less than 0.05.

265  The difficulty of executing subgroup analyses in the presence of type I error rate control and adequate statistical power is not difficult to understand. In fact, resources are generally strained to the breaking point for the analysis of the effect of therapy in the overall cohort. This overall analysis is typically carried out with the minimum acceptable power (80%) because of either financial constraints or patient recruitment difficulties. By definition, subgroup analyses (and certainly within-stratum subgroup analyses) will involve a smaller number of patients; it is a daunting task to prospectively allocate type I and type II error rates at acceptable levels in a smaller number of patients, although the methodology for the accurate computation of sample size is available [63]. Thus, the growth of the use of subgroups as confirmatory tools has, to some extent, been stunted by the difficulty of constructing a prospective clinical trial with an embedded, prospectively defined proper subgroup for which tight statistical control is provided for type I and type II statistical errors.

266  *Manuscript Interpretation* The purpose of a published manuscript is to identify the contribution the research effort has made. Specifically, this general evaluation reduces to three questions that should be answered. (1) What was the purpose of the research? (2)

M007220404

Do the methods used allow the researcher to answer the question? and, (3) If so, then what is the answer?

267 The motivation for the research is determined from a careful study of the introductory section of the manuscript. Commonly replete with citations, this section should clearly delineates the research question that was raised by the investigators. Whether the investigators are able to answer the research question they asked is determined in the methods section. Your review of this section of the manuscript should be careful and thorough. Was the instrumentation sufficient to provide the measures with the precision that the authors require? If laboratory samples are involved were they preserved using the appropriate environmental conditions?

268 If the research involves subjects, other questions must be adequately addressed in this critical section of the manuscript that describes the methodology used by the authors. Were there an adequate number of subjects? Is the analysis carried our prospectively delineated, leading to trustworthy estimates of effect sizes, standard errors, confidence intervals, and p-values, or were the analyses exploratory, requiring an additional, confirmatory study to sustain the findings.

269 If the methodology empowers the investigators to answer their prospectively asked question, then proceed to read the results section, fully planning to integrate the main findings of the research into your fund of knowledge. However, if the methods reveal that the findings from the study are exploratory and not generalizable, then the results are not generalizable, and cannot really be accepted as reflective of the population. However, considerable care must be given if the manuscript has identified a harmful effect,

M0072Z0405

270  The reviewer must avoid the temptation to "study count". "Study counting" is the process
     of simply counting the number of studies that address an issue and deciding if there "are
     enough" studies to support the result of interest. Some who are involved in study count-
     ing argue that there must be more than one study. Others say that the number of "posi-
     tive" studies must outnumber the number of "negative" studies. Instead, the scientific
     reasoning process assesses in detail each of the available studies, carefully dissecting the
     methodology, sifting through the methodology, and carefully considering the conclu-
     sions. Study counting represents the wholesale abandonment of the intellectual principles
     of careful review.

271  The specific problem with "study counting" is the implicit ceteris paribus (all other things
     being equal) assumption, i.e. that all of the studies that are being included in the count are
     equal in methodology, equal in the thoroughness of their design, equal in the rigor of
     their execution, and equal in the discipline of their analyses and interpretation. This falla-
     cious assumption is far from the truth of scientific discovery. Studies have different
     strengths and different weaknesses. Different investigators with their own non-uniform
     standards of discipline execute the research efforts. Some studies give precise results,
     while others are rife with imprecision. The panoply of studies is known not for its homo-
     geneity, but for the heterogeneity of designs and interpretations.

M00722040б

COX-2 Inhibitor Report of Lemuel A. Moyé, M.D., Ph.D                                          8/10/2006

I certify that the foregoing statements made by me are true and correct.  Executed this

_10th_ day of _August_ 2006 at Houston, Texas

Lemuel Moye, M.D., Ph.D.

STATE OF TEXAS    )

                  ) ss.

COUNTY OF HARRIS

Subscribed and sworn to me

Before this _10th_ day of _August_ 2006

Signature of Notary Public

My Commission Expires _9/30/2009_

APRIL K THOMSON
My Commission Expires
September 30, 2009

M007220407

COX-2 Inhibitor Report of Lemuel A. Moyé, M.D., Ph.D.                                          8/10/2006

## References

1 . Hippisley-Cox, J, Couplan C, Logan, R. (2006). Risk of adverse gastrointestinal outcomes in patients taking cycl-oxygenase-2 inhibitgors or conventional non-steroidal anti-inflamatory drugs: population based nested case-control analysis. British Medical Journal. 331:1310-1316.

2 . Cole ZP, MacMahon B.(1971) Atrtirbutable risk percent in case-control studies. Bri. J. prev. Sco. Med 25:242-244.

3 . Miettinen OS. (1974). Proportion of disease caused or prevented by a given exposure, trait or intervention. American Journal of Epidemiology:99:325-332.

4 . Wilson PWF, D'Agostino RD, Levy D, Belander AM, Silbershatz H, Kannel WB.(1998) Prediction of Coronary Heart Disease Using Risk Factor Categories. Circulation 97:1837-1847.

5 American Heart Association. Stroke Statistics. In: 2001 *Heart and Stroke Statistical Update.* Dallas: American Heart Association, 2000.

6 American Heart Association. *2001 Heart and Stroke Facts,* Dallas: American Heart Association, 2000.

7 Hennan JK< Huang J, Barrett TD et al. (2001). Effects of selective cyclooxygenase-2 inhibition on vasuclar responses and thrombosis in canine coronary arteries. Circulation 104:820-825.

8. Linder JD, Mondeullier KE, Davis JV, et. al. Cyclooxgyenase-2 (COX-2) inhibitor celecoxib; a possible cause of gastropopaqthy and hyperprothrombinemia *South Med J*; 93:930-2.

9 Crofford LJ, Oates JC, McCune WT. et al. Thrombosis in paients with connective tissue diseases treated with specific cyclooxyenase-2 (COX-2) inhibitors; a reposr of four ases . Arthritis Rheu;43:1891-1896.

10 Bombadier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. 2000;343:1520-1528.

11 Food and Drug Adminsitration Adviosry Committee. Cardiovascular saftety revie of rofecoxib. Available from URL: http://www.fda.gove/ohrms/dockets/ac/01/briefing/3677b2_06-cardio.pdf.

12 . Curfman GD, Morissey S, Drazen JM (2005). Expression of concern; Bombardier et al., "Comparison of upper gastroentestinal toxcity of rofecoxib and naproxen in patients with

M007220408

rheumatoid arthritis *N Engl J Med* 2000;353:1520-8. *New England Journal of Medicine* 353:2813-2814.

13. Juni P, Rutjes AW, Dieppe PA.Are selective COX-2 inhibitors superior to traditional non steroidal anti-inflamatory drugs? BMJ 2002.324:1287-8).

14. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled clinical trials of rofecoxib. Circulation 2001. 104:2280-8.

15 Garcia Rodriguez LA. The effect of nonsteroidal anti-inflammatory drugs (NSAIDS) on the risk of coronary heart disease:fusion of clinical pharmacology and pharmacoepidemiolic data. Clin Exp Rheumatol 2001:19 (6 Suppl. 25):S41-4.

16 Ray WA, Stein CM, Hall K, et al. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease; an observational cohort study. Lancet 2002:359 118-23.

17 Breaslier RS, Sandler RS, Quan H, Bolognese JA, Qxenius B, Horgan K, et al. Cardiovascu-lar events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005: 352:

18. FitzGerald GA. Coxibs and Cardiovascular Disease. New England Journal of Medicine.351: 1709- 1711.

19. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Leven R, Mogun H, Avorn J. Relation-ship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation* 2004:109:2068-2073.

20 Banewoarth B. Treves R, Euller-Ziegler L, et al. Adverse events associated with rofecoxib therapy; results of a large study in community-derived osteoarthritic patients. Drug Safety; 2003; 26: 49-54

21 Reicia AD, Shapiro D, Sperling R.S. et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nebumtone). American J Cardiology 2002 89:204-9.

22 Weir MR, Sperling RS, Relcin A, e. al. Selective cyclooxygenase-2 (COX-2) inhibition and cardiovascular effects; a review of the rofecoxib development program. American Heart Journal (2003):146:591-604.

23 Ray W, Stein C, Daugherty J, et al. COX-2 selective nonsteroidal anti-inflamatory drugs and the risk of serious coronary heart disease. Lancet 2002. 360:1071-1073.

M007220409

24 Mandani M, Rochon P, Juorlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-lived risk of acute myocardial infarction in the elderly. Archives Internal Medicine 2004:163 481-6.

25 Layton D, Heeley E, Hughes K, et al. Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxican in general practice in England using prescription-event monitor in (PEM) data. Rheumatology (Oxford) 2003; 42:1342-53.

26 Layton D, Hughtes K, Harsris S, et. Al. Comparisons of the incidence rates of thromboembolic events reported for patients prescribed celecoxib and meloxican in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003;42:1354-1365

27 Zhao SZ, Reynold NW, Lejkowth J, et al. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib based on the World Health Organization/Uppsala Monitoring Centre safety database. Clin Ther 2001;23 1478-91.

28 Vu D, Murty M, McMorran M, Selective COX-2 inhibitors: suspected cardiovascular/cerebrovascular adverse reactions. Can Adv Reaction News 2002:12:1-3.

29 Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selected cyclooygenase-2 (COX-2) inhibitors. JAMA (2001):286:954-9

30. Fisher LD, Moyé LA. Carvedilol and the Food and Drug Administration Approval Process: An Introduction. Controlled Clin Trials 1999,20:1-15.

31. Moyé LA P-Value Interpretation in Clinical Trials. The Case for Discipline. Controlled Clin Trials 1999;20:40-49.

32. Bull JP. (1959) Historical development of clinical therapeutic trials. *Journal of Chronic Disease* 10:218–248.

33. Malgaigne LF. (1947) *Weuvres Completes d'Ambrosise Paré*, vol. 2. Paris, p. 127.

34. Connolly HM, Crary JL, McGoon MD, et al. (1997) Valvular heart disease associated with fenfluramine-Phentermine. *New England Journal of Medicine* 337:581–588.

35. Clark C. (1997) *Radium Girls: Women and Industrial Health Reform, 1910–1935* Chapel Hill, University of North Carolina Press.

36. Gehan EA, Lemak NA. (1994) *Statistics in Medical Research: Developments in Clinical Trials*. New York, Plenum Medical Book Company.

37. Hill B. (1953) Observation and experiment. *New England Journal of Medicine* 248:995–1001.

M007220410

38. Kleinbaum DG, Kupper LL, Morgenstern H. (1982) *Epidemiologic Research: Principles and Quantitative Methods*. New York, Van Nostrand Reinhold Company.

39. Pepall J. (1997) *Methyl Mercury Poisoning: The Minamata Bay Disaster*. Copyright © International Development Research Centre, Ottawa, Canada .

40. Lenz W. (1962) Thalidomide and congenital abnormalities. *Lancet* 1:45.

41. Moore T{ XE "*Thomas Moore*" }{ XE "Moore, Thomas" }. (1995) *Deadly Medicine*. New York, Simon and Schuster.

42. The CAST Investigators. (1989) Preliminary Report: Effect of encainide and flecainide on mortality in a randomized trial of arrhythmia suppression after MI. *New England Journal of Medicine* 212:406–412.

43. Hill B. (1953) Observation and experiment. *New England Journal of Medicine* 248:995–1001.

44. Pfeffer, M.A., Braunwald, E., Moyé, L.A. et al. (1992). Effect of captopril on mortality and morbidity in patients with left ventricular dysfunction after myocardial infarction–results of the Survival and Ventricular Enlargement Trial. *New England Journal of Medicine* 327:669–677.

45. Sacks F.M. Pfeffer M.A., Moyé, L.A. (1996). The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *New England Journal of Medicine* 335:1001–1009.

46 The SHEP Cooperative Research Group (1991) Prevention of stroke by antihypertensive drug therapy in older persons with isolated systolic hypertension: final results of the systolic hypertension in the elderly program (SHEP). *Journal of the American Medical Association* 265:3255–3264

47. The Long-Term Intervention with Pravastatin in Ischemic Disease (LIPID) Study Group. (1998). Prevention of cardiovascular events and death with pravastatin in patients with CAD and a broad range of initial cholesterol levels. *New England Journal of Medicine* 339:1349–1357.

48. Moyé, L.A., Pfeffer, M.A., Wun, C.C., et. al (1994). Uniformity of captopril benefit in the post infarction population: Subgroup analysis in SAVE. *European Heart Journal.*15: Supplement B:2–8.

49. Lewis, S.J., Moyé, L.A., Sacks, F.M., et. al (1998). Effect of pravastatin on cardiovascular events in older patients with myocardial infarction and cholesterol levels in the average

M007220411

range. Results of the Cholesterol and Recurrent Events (CARE) trial. *Annals of Internal Medicine* 129:681–689.

50. Lewis, S.J., Sacks, F.M., Mitchell, J.S., et. al (1998). Effect of pravastatin on cardiovascular events in women after myocardial infarction: the cholesterol and recurrent events (CARE) trial. *Journal of the American College of Cardiology* 32:140–146.

51. Peto, R., Collins, R., Gray, R. (1995). Large-scale randomized evidence: Large, simple trials and overviews of trials. *Journal of Clinical Epidemiology* 48:23–40.

52. MRFIT Investigators. (1982). Multiple risk factor intervention trial. Journal *of the American Medical Association* 248:1465–77.

53. ISIS-1 Collaborative Group (1986) Randomized trial of intravenous atenolol among 16027 cases of suspected acute myocardial infarction–ISIS–1. *Lancet* ii;57–66.

54. Lee, K.L., McNeer, F., Starmer, C.F., Harris, P.J., Rosari, R.A. (1980). Clinical judgment and statistics. Lessons from a simulated randomized trial in coronary artery disease. *Circulation* 61:508–515.

55. Assmann, S., Pocock, S., Enos, L., Kasten, L. (2000), Subgroup analysis and other (mis)uses of baseline data in clinical trials. *Lancet* 355:1064–69

56. Bulpitt, C. (1988). Subgroup Analysis. *Lancet*: 31–34.

57. Exner, D.V., Dreis, D.L., Domanski, M.J., Cohn, J.N. (2001), Lesser response to angiotensin–converting enzyme inhibitor therapy in black as compared to white patients with left ventricular dysfunction. *New England Journal of Medicine* 334:1351–7

58. Yancy, C.W., Fowler, M.B., Colucci, W.S., Gilber, E.M., Brsitow, M.R., Cohn, J.N., Luka, M.A., Young, S.T., Packer, M. for the US Carvedilol Heart Failure Study Group. 2001.Race and response to adrenergic blockade with carvedilol in patients with chronic heart failure. *New England Journal of Medicine* 334:1358–65.

59. Stolberg S.G. Should a pill be colorblind? *New York Times*. Week in Review. May 13, 2001.p 1.

60. Moyé, L. (2000) *Statistical Reasoning in Medicine: The Intuitive P-Value Primer*. New York. Springer.

61. Peduzzi, P.,Wittes, J., Deter, K., Holford, T. Analysis as-randomized and the problem of nonadherence; an example from the veterans affairs randomized trial of coronary artery bypass surgery. (1993). *Statistics in Medicine* 12:1185–1195.

M007220412

62. Yusuf, S, Wittes J., Probstfield, J., Tyroler, H.A. (1991). Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. *Journal of the American Medical Associatio* **266**:93–8.

63. Peterson, B., George, S.L. (1993). Sample size requirements and length of study for testing interaction in a 1 x *k* factorial design when time-to-failure is the outcome. *Controlled Clinical Trials* **14**:511–522.

64. Solomon DH.  Cardiovascular outcomes in new users of coxibs and nonsteroidal anti-inflammatory drugs: high-risk subgroups and time course of risk.  Arthritis Rheum. 2006 May;54(5):1378-89.

M007220413

12059618
Aug 11 2006
5:43PM

# Testimony of Lemuel A. Moyé, MD, PhD

1.  Moore v. American Home Products (deposition- 3/25/99)
2.  Burrough v. American Home Products (deposition-3/30/99)
3.  Smith v. American Home Products (deposition-5/28/99)
4.  Smith, et al. v. American Home Products Corp. et al. - Trial Testimony (6-9-99)
5.  Rocha v. American Home Products (deposition-9/23/99)
6.  Rocha v. American Home Products (deposition 10/6/99)
7.  Rocha v. American Home Products (trial-11/4/99 & 11/5/99)
8.  Washington v. American Home Products (trial-12/7/99)
9.  Brinkley v. American Home Products Corporation - Havner Hearing (2-7-00)
10.  Hermineh Haroutounian v. Wyeth-Ayerst Laboratories, et al.- Daubert Hearing (2-10-00)
11.  Region 1 Texas Diet Drug Litigation (deposition-2/26/00)
12.  Dunlap v. American Home Products (deposition-3/23/00)
13.  Batson v. Wyeth –Ayerst -Trial Testimony (6-8-00 & 6-9-00)
14.  Glass vs. American Home Products, et al. - Havner Hearing (6-19-00 & 6-20-00)
15.  Weiss vs. Wyeth-Ayerst Laboratories- Deposition (12-22-00)
16.  Lopez vs American Home Products Corporation - Trial Testimony (3-14-01)
17.  Williams vs. American Home Products Corporation - Deposition (3-27-01)
18.  Shaw v. Warner-Lambert (deposition – 7/31/01)
19.  Shaw v. Warner-Lambert (deposition – 8/23/01)
20.  Shaw v. Warner-Lambert (deposition – 9/27/01)
21.  Mercado v. Warner-Lambert (trial testimony – 12/5/01)
22.  Sanchez v. Parke-Davis (trial testimony – 12/12/01)
23.  Soto v. Warner-Lambert and Ernesto Aqui, M.D. (trial testimony – 1/8/02)
24.  Smith vs. Wyeth Ayerst - Deposition (2-22-02)
25.  Malonee vs. Wyeth Ayerst - Deposition (3-28-02)
26.  Van Daley vs. American Home Products Corporation, et al. - Deposition (4-11-02)
27.  Beck v. Pfizer Inc., Park-Davis (deposition – 4/25/02)
28.  Crater vs. A.H. Robins Company, Inc - Deposition (5-14-02)
29.  Whitmyer-Savannah vs. American Home Products Corporation, et al. - Deposition (5-30-02)
30.  Seay v. Warner-Lamber (deposition – 7/16/02)
31.  Malbin vs. American Home Products Corp - Deposition (8-23-02)

M007220414

32.   Henderson, et al v. GlaxoSmithKline Deposition (12-05-02)

33.   Garcia vs. Wyeth-Ayerst Laboratories trial Testimony (1-21-03)

34.   Eichmiller vs. American Home Products Corp – Deposition (8-21-03)

35.   Hayes vs. American Home Products Corp – Trial Testimony (10/28/03 – 10/31/03)

36.   Eichmiller vs. American Home Products Corp – Trial Testimony (11-14-03)

37.   Coffey vs. Wyeth – Trial Testimony (3-23-04)

38.   California Rezulin Trial (4-21-04)

39.   Nustad vs. Wyeth – Trial Testimony (5-12-04)

40.   Clepper vs. Wyeth; Istnick v. Wyeth – Trial Testimony (7-19-04 – 7-20-04)

41.   Cannon vs. Wyeth – Trial Testimony (7-20-04)

42.   Sidwell vs. Wyeth; Davis v. Wyeth; Roberts v. Wyeth; May v. Wyeth; Rogowski v. Wyeth – Trial Testimony (7-21-04)

43.   Ford vs. Wyeth; Hargrove v. Wyeth; Steward v. Wyeth; Nixon v. Wyeth – Trial Testimony (7-27-04)

44.   Hargrove vs. Wyeth – Trial Testimony (7-29-04)

45.   Hansen vs. Wyeth – Frye Hearing (9-8-04)

46.   Hansen vs. Wyeth – Trial Testimony (10-26-04)

47.   Gibson vs. Wyeth – Trial Testimony (11-9-04)

48.   Bejarano vs. Wyeth – Deposition MDL (12-10-04)

49.   Philadelphia Deposition on Fees (2-11-05)

50.   New Jersey Pre-trial Hearing (5-27-05)

51.   Weston v. Wyeth Trial Testimony (1-10-06 & 1-11-06)

52.   Tilmon v. Wyeth Trial Testimony (1-30-06)

53.   Jenkins v. Wyeth & Hooper v. Wyeth Trial Testimony (2-15-06)

54.   Geers v. Wyeth Trial Testimony (2-23-06)

55.   Roork v. Wyeth Trial Testimony (3-9-06)

56.   Townly v. Wyeth Trial Testimony (3-14-06)

57.   Williams v. Wyeth Trial Testimony (3-15-06)

58.   Philadelphia (Utah) Trial Testimony (3-21-06)

59.   Barnett v. Merck MDL 1657 Deposition (6-2-06)

60.   Barnett v. Merck MDL 1657 Deposition (6-16-06)

61.   Grossberg v. Merck Trial Testimony (7-5-06 & 7-6-06)

62.   Barnett v. Merck MDL 1657 Trial Testimony (8-3-06)

M007220415

Curriculum Vitae
# Lemuel A. Moyé, M.D., Ph.D.
### February 4, 2006

**OFFICE ADDRESS**:     The University of Texas
Health Science Center at Houston
School of Public Health
The Coordinating Center for Clinical Trials
1200 Herman Pressler Street, Suite 801
Houston, Texas  77030
(713) 500-9518

## Education

| 1987 | Ph.D. | Community Health Sciences-Biometry | The University of Texas School of Public Health Houston, Texas |
| 1980 | M.S. | Statistics | Purdue University West Lafayette, Indiana |
| 1978 | M.D. | Medicine | Indiana University School of Medicine Indianapolis, Indiana Cornell University Medical College New York 9/74-6/76 |
| 1974 | B.A. | Mathematical Sciences(Honors) | The Johns Hopkins University |

## Professional Experience

**Professor of Biostatistics,** The University of Texas School of Public Health; Houston, Texas  (2002- current)

**Secondary Appointment in Epidemiology,** The University of Texas School of Public Health; Houston, Texas  (2004-)

**Associate Professor of Biometry.**  The University of Texas School of Public Health; Houston, Texas (1995-2002)

**Assistant Professor of Biometry.**  The University of Texas School of Public Health; Houston, Texas (1989-1995).

**Research Assistant Professor of Biometry.**  The University of Texas School of Public Health; Houston, Texas (1987-1989).

**Consulting Clinical Biostatistician.**  Baylor College of Medicine; Houston, Texas (1985-Present).

**Owner : MediClinic Physicians' Association:** Houston Texas 1986-87

**Physician.**  MediClinic; 2473 South Braeswood; Houston, Texas  77030 (1984-Present).

Acting Medical Director. Methodist Health Care Centers; 1919 North Capitol; Indianapolis,
Indiana (1984).

Clinical Biostatistician. Regenstrief Institute for Health Care; 1001 West Tenth Street;
Indianapolis, Indiana 46202 (1979-1984).

Acting Medical Director Methodist Health Care Center; 1919 North Capitol; Indianapolis,
Indiana (1982-1984).

Physician. Methodist Health Care Center; 1919 North Capitol; Indianapolis, Indiana (1982-
1984).

Physician. Industrial Medicine/Employee Health; Methodist Hospital Graduate Medical Center;
Indianapolis, Indiana (1979-1982).

Physician. United States Steelworks; Gary, Indiana (1982-1983).

## HONORS

**Best Presentation**

International Joint Statistical Meetings, Teaching Statistics to Health Science
Professionals, Toronto, 2004

**Peer Recognition for Outstanding Scholarship, 2000**

University of Texas Health Science Center at Houston

**Peer Recognition for Outstanding Scholarship, 1999**

University of Texas Health Science Center at Houston

**Outstanding New Faculty Achievement Award, 1994.**

University of Texas Health Science Center at Houston

**Outstanding New Faculty Achievement Award, 1992.**

University of Texas Health Science Center at Houston

**Outstanding Scholarly Contribution Award, Systems Research Foundation;**

Baden-Baden, West Germany, August 1988.

**Rudin Scholar, 1974.**

Cornell University Medical College

**Departmental Honors, Mathematical Sciences, 1974.**

The Johns Hopkins University

**Alpha Epsilon Delta Premedical Honorary Society, 1972.**

The Johns Hopkins University

## Professional Certification and Licenses

Diplomate, National Board of Medical Examiners, 1979.
Physician, State of Indiana Licensing Board, 1979- present
Physician, State of Texas Board of Medical Examiners, 1984-present

## Journal Reviewer

Journal of Clinical Epidemiology
Journal of the American Statistical Association
Biometrics
Controlled Clinical Trials
Journal of Biopharmaceutical Statistics
Jouirnal of Applied Research
PharmacoEconomics

American Journal of Epidemiology
Statistics in Medicine
New England Journal of Medicine
Circulation
American Family Physician
Lancet
Atherosclerosis

M007220417

## Book Reviewer

Springer

## Current Funded Research

3P50NS04427-03S2  PI: Moyé                    7/1/2002-6/30/2007              15%
NIH                                          $16,212.00
University of Texas Program in Acute Stroke
Develop effective new stroke therapies; appication of more efficient stroke
treatment;development of clinical, statistical, and training cores to facilillate the aims of this
project.

5P20MD000170-03   PI McCormick              3/3/2003-2/29/2008              8%
NIH                                          $988,798.00
EXPORT – Creation of a Hispanic Health Research Center in the Lower Rio Grande (LRGV)
Develop research capacity in a nucleus of individuals in partner minority serving academic
institutions in the LRGV; transfer of scientific technology and expertise to the LRGV; create
capacity for collecting, managing, and disseminating information on Hispanic Health locally,
regionally, and eventually globally; develop community participatory research and intervention
strategies specific for Hispanic (Mexicn American) cultures; develop the HHRC into a
collaborative center for Hispanic Health research with other institutions.

5R01HL069397-04   PI Taylor                 9/1/2001-8/31/2005              5%
BCM                                          $36,455.00
Lifestyle Adherence in High CVD Risk African-American
To improve adherence to lifestyle recommendations included in the clinical practice guidelines
for treatment of major cardiovascular disease risk factors, including hypertension,
hyperlipidemia, and Type 2 diabetes, in low-income African-Amcerican patients treated in a
public health care system.

Pending           PI Moyé                  5/1/2005-4/30/2006              20%
Methodist                                    $16,686.00
SPH-MH Collaborative Project for Biostatistical Endeavors
The purpose of this agreement is related to the biostatistical activities and support of Methodist
researchers.

5P50NS044227-04   PI Moyé                   7/1/2002-6/30/2007              10%
NIH                                          $119,002.00
University of Texas Program in Acute Stroke
Develop effective new acute stroke therapies; application of more efficient stroke treatment;
development of clinical, statistical, human, and training cores to facilitate this projects aims.

## Publications

1.    Moody MR, Morris MJ, Young VM, Moyé LA, Schimpff SC, Wiernik PM.  Effect of
      two cancer chemotherapeutic agents on the antibacterial activity of three antimicrobial
      agents. *Antimicrobial Agents and Chemotherapy* 1978; 14:737-742.

M007220418

2.   Schreiner RL, Eitzen H, Gfell MA, Kress A, Gresham EL, French M, **Moyé L.**
     Environmental contamination of continuous drip feedings. *Pediatrics* 1979; 63:232-237.

3.   Meyer CL, Eitzen HE, Schreiner RL, Gfell MA, **Moyé L,** Kleiman MB. Should linen in
     newborn intensive care units be autoclaved? *Pediatrics* 1981; 67:362-364.

4.   Lemons JA, **Moyé LA,** Hall D, Simmons M. Differences in the composition of preterm
     and term human milk during early lactation. *Pediatric Research* 1982; 16:113-117.

5.   Meyer CL, Gresham EL, **Moyé LA,** Jansen RD, Lemons JA, Schreiner RL. Evaluation
     of a system for continuous neonatal blood pressure monitoring. *Critical Care Medicine*
     1982; 10:689-691.

6.   Rickard KA, Ernst JA, Brady MD, **Moyé LA,** Schreiner RI, Gresham EL, Lemons JA.
     Nutritional outcome of 207 very low-birth-weight infants in an intensive care unit.
     *Journal of the American Dietetic Association* 1982; 81:674-682.

7.   **Moyé LA,** and Roberts SD. Modeling the pharmacologic treatment of hypertension.
     *Management Science* 1982; 28:781-797.

8.   Green D, **Moyé L,** Schreiner RL, Lemons JA. The relative efficacy of four methods of
     human milk expression. *Early Human Development* 1982; 6:153-159.

9.   Lemons JA, Reyman D, **Moyé L.** Amino acid composition of preterm and term breast
     milk during lactation. *Early Human Development* 1983; 8:323-329.

10.  Ernst JA, Bull MJ, **Moyé LA,** Brady BS, Rickard KA, Schreiner RL, Gresham EL,
     Lemons JA. Growth outcome of the very low birth weight (VLBW) infants at one year.
     *Journal of the American Dietetic Association* 1983; 82:44-49.

11.  Scott PH, Eigen H, **Moyé LA,** Georgitis J, Laughlin JJ. Predictability and consequences
     of spontaneous extubation in a pediatric ICU. *Critical Care Medicine* 1985; 13:228-232.

12.  The SHEP Cooperative Research Group. Rationale and design of a randomized clinical
     trial on prevention of stroke in isolated systolic hypertension. *J Clin Epidem.* Vol 41, No
     12 pp 1197-1208(1988).

13.  **Moyé L,** Kapadia A, Cech I, Hardy R. The theory of runs with application for drought
     predictions. *J Hydrol.* 103(1988)127-137.

14.  **Moyé LA,** Kapadia A, Cech I, Hardy R. A prediction model for outpatient visits and
     cash flow: Development in prospective run theory. *Statistics.* Vol. 39(1990) No 4. pp.
     399-414.

15.  Pratt CM, **Moyé, LA** 'The Cardiac Arrhythmia Suppression Trial: Background, Interim
     Results and Implications. *Am J Card 65(4) B::20-B 29, Jan 16, 1990*

16.  Pratt CM, **Moyé LA.** The cardiac arrhythmia suppression trial - implications for
     antiarrhythmic drug development. *J Clin Phar* 30(11):967-974, Nov 1990.

17.  The SHEP Cooperative Research Group. Monograph of the Baseline Findings in SHEP.
     *Hypertension,* Vol 17, No 3, March 1991.

18.  The SHEP Cooperative Research Group. Prevention of Stroke by Antihypertensive Drug
     Therapy in Older Persons with Isolated Systolic Hypertension: Final Results of the
     Systolic Hypertension in the Elderly Program (SHEP). *Journal of the American Medical
     Association.* June 26, 1991: Vol 265, No. 24.

19.  Mahmarian JJ, **Moyé LA** et al. Development of Algorithms for Accurate Interpretation
     on Changes in Left Ventricular Ejection Fraction and Cardiac Volumes as Assessed by
     Rest and Exercise Radionuclide Angiography. *Journal of the American College of
     Cardiology,* Vol 18, No. 1, July 1991: 112-9.

M007220419

20. Steingart RM, Packer M, Hamm P, Coglianese ME, Gersh B, Geltman E, Sallano J, Katz S, **Moyé L**, et al. "Sex Bias in the Management of Coronary Artery Disease". *New England Journal of Medicine*. July 25, 1991: Vol 325, 226-230.

21. Pfeffer MA, **Moyé LA**, et al. Selection Bias in the Use of Thrombolytic Therapy in Acute Myocardial Infarction. *J Am Med A* 266(4):528-532, Jul 24, 1991.

22. **Moyé** LA for the SAVE Cooperative Group. Rationale and Design of a Trial to Assess Patient Survival and Ventricular Enlargement after Myocardial Infarction. *Am J Cardiol* 1991;68:70D-79D.

23. Sacks FM, Pfeffer MA, **Moyé, LA**, et. al. The Cholesterol and Recurrent Events Trial (*Cholesterol and Recurrent Events Clinical Trial*): Rationale, Design and Baseline Characteristics of Secondary Prevention Trial of Lowering Serum Cholesterol and Myocardial Infarction. *Am J Card* 68(15):1436-1446, Dec 1, 1991.

24. **Moyé LA.** Central Laboratory Sampling Plans and Quality Control in Clinical Trials. *Controlled Clinical Trials* 12:761-767 (1991).

25. Rouleau JL, Moyé LA, de Champlain J, Klein M, Bichet D, Packer M, Dagenais G, Sussex B, Arnold JM, Sestier F, et al. Activation of neurohumoral systems following acute myocardial infarction.Am J Cardiol. 1991 Nov 18;68(14):80D-86D. Review

26. Goff DC, Shekelle RB, **Moyé, LA**, Katan MB, Gotto AN, Stamler J. Does body fatness modify the effect of dietary cholesterol on serum cholesterol: Results for the Chicago Western Electric Study. *Am J of Epidemiol;1993;137:171-7.*

27. Pfeffer MA, Braunwald, E, **Moyé LA** et al. Effect of Captopril on mortality and morbidity in patients with left ventricular dysfunction after myocardial infarction - results of the Survival and Ventricular Enlargement Trial. *N Eng J Med* 327(10):669-677, Sep 3, 1992.

28. Rouleau JL, **Moyé, LA**, et al. A Comparison of management patterns after acute myocardial infarction in Canada and the United States. US vs. Canada. *N Eng J Med;328:779-784.*

29. **Moyé LA**, Davis BR, Hawkins CM. Analysis of a Clinical Trial Involving a Combined Mortality and Adherence Dependent Interval Censored Endpoint. *Statistics in Medicine*. Vol. 11, 1705-1717 (1992).

30. Davis BR, Wittes J, Pressel S, Berge KG, Hawkins CM, Lakatos E, **Moyé LA**, Probstfield JL. Statistical Considerations in the Monitoring of Systolic Hypertension in the Elderly Program (SHEP). *Controlled Clinical Trials*. Vo 14. No 5. Oct 1993 350-361.

31. Rouleau JL, de Champlain J, Klein M, Bichet D, Moyé L, Packer M, Dagenais GR, Sussex B, Arnold JM, Sestier F, et al.Activation of neurohumoral systems in postinfarction left ventricular dysfunction. *J Am Coll Cardiol*. 1993 Aug;22(2):390-8.

32. The Systolic Hypertension in the Elderly Program Cooperative Research Group. Implications of the Systolic Hypertension in the Elderly Program. *Hypertension*. 1993;21:335-343.

33. **Moyé LA**, Davis BR, Hawkins CM. Conclusions and Implications of the Systolic Hypertension in the Elderly Program. *Clinical and Experimental Hypertension*. 15(6),911-924(1993).

34. Mahmarian JJ, Smart FW, **Moyé L**,Kingry CL, Young JB, Francis MJ, et al. Exploring the minimal dose of amiodarone with antiarrhythmic and hemodynamic activity. *Am. J. Cardiol* 1994;74:681-686. Oct, 1994.

35.  Hall CH, Rouleau JL, **Moyé LA**, et al. N-Terminal Proatrial Natriuretic Factor - An Independent Predictor of Long Term Prognosis After Myocardial Infarction. *Circulation* 1994;89:1934-1942.

36.  Sutton, St JS, Pfeffer, MA, Plappert T, Rouleau JL, **Moyé LA.** Quantititative two dimensional echocardiographic measurements are major predictors of adverse cardiovascular events following acute myocardial infarction. *Circulation*;1994;89:68-75.

37.  Pratt CM, Ruberg S, Morganroth J, McNutt B, Woodward J, Harris S, Ruskin J, **Moyé L.** The dose-response relationship between terfenadine (SELDANE) and the QTc interval on the scalar electrocardiogram: distinguishing a drug effect from spontaneous variability. *American Heart Journal.* Vol 73. February 15, 1994.346-352.

38.  Pratt CM, Hertz RP, Ellis BE, Crowell SP, Louv W, **Moyé LA.** Risk of developing life threatening ventricular arrhythmia associated with terfenadine (SELDANE) in comparison with over the counter antihistamines, Ibuprofen, and Clemastin". *Am J. Cardiol;1994;73:346-352.*

39.  **Moyé LA**, Pfeffer MA, Wun CC, Davis BR, et al. Uniformity of Captopril Benefit in the Post Infarction Population: Subgroup Analysis in SAVE. *European Heart Journal(1994)* 15; Supplement B;2-8.

40.  Rutherford JD, Pfeffer MA, **Moyé LA**, Davis BR, et. al. Effects of Captopril on Ischemic Events After Myocardial Infarction. *Circulation.*1994;90:1731-1738.

41.  Pratt CM, Mahmarian J, **Moyé LA.** Exploring the Minimal Dose of Amiodarone with Antiarrhythmic and Hemodynamic Activity. *Am J Cardiol* 1994;74:681-686.

42.  Applegate WB, Presel S, Wittes J. Luhr J, Shekelle RB, Camel GH, Greenlick MR, Hadley E, **Moyé L**, et al. Impact of the Treatment of Isolated Systolic Hypertension on Behavioral Variables: Results from the Systolic Hypertension in the Elderly (SHEP) Study. *Archives of Internal Medicine.* 154(19):2154-60, 1994 Oct 10.

43.  Rouleau, JL, Packer M., **Moyé LA.**, et al.  "Prognostic value of neurohumoral activation in patients with an acute myocardial infarction: effect of captopril". *J. Am Coll Cardiol* 1994;24:583-91.

44.  Pfeffer MA, Sacks FM, **Moyé LA** et. al. for the Cholesterol and Recurrent Events Clinical Trial Investigators. Cholesterol and Recurrent Events (Cholesterol and Recurrent Events Clinical Trial) trial: A secondary prevention trial for normolipidemic patients. *Am J. Cardiol.* 1995;76:98C-106C.

45.  Mahmarian JJ, Smart FW, **Moyé LA**, Young JB. et al. Exploring the minimal dose of Amiodarone with antiarrhythmic and hemodynamic activity. *Am. J. Cardiology* 1994;74:681-686.

46.  **Moyé, LA**, Richardson MA, Post-White J, Justice B. Research Methodology in Psychoneuroimmunology: Rationale and Design of the IMAGES-P (Imagery and Group Emotional Support Study-Pilot) Clinical Trial. . *Alternative Therapy in Medicine*, May, 1995.

47.  **Moyé, LA,** Kapadia AS. Predictions of drought length extreme order statistics using run theory. *Journal of Hydrology*, 169(1995) 95-110.

48.  Lamas GA, Flaker GC, Mitchell G, Smith SC, Gersh, BJ, Wun CC, **Moyé LA**, et al.  The Effect of Infarct Artery Patency on Prognosis Following Acute Myocardial Infarction. *Circulation.* 1995;92:1101-1109.

49.  Hartley LH. Flaker G. Basta L. Menapace F. Goldman S. Davis B. Hamm P. Lamas G. **Moyé L.** Wun CC. et al. Physical working capacity after acute myocardial infarction in

M007220421

patients with low ejection fraction and effect of captopril. *American Journal of Cardiology.* 76(12):857-60, 1995 Nov 1.

50.     Simes RJ on behalf of the PPP and CTT Investigators. Cholestorol and recurrent events: A secondary prevention trial for normolipidemic patients.  *American Journal of Cardiology* 76:98C-106C, 1995.

51.     The PPP Project Investigators. Design, rationale, and baseline characteristics of the Prospective Pravastatin Pooiling (PPP ) Project. A combined analysis of three large scale randomized trials LIPID, CARE, and WOSCOPS. *American Journal of Cardiology* 76:899-905,1995.

52.     Pratt C, **Moyé LA**, et. al.  The dose-response relationship between Terfenadine (Seldane) and the QTc interval on the scalar electrocardiogram: Distinquishing a drug efect from spontaneous variability. *American Heart Journal.* 31(3):472-480.

53.     Mahmarian JJ, **Moyé LA**, et.al.  High reproducibility of myocardial perfusion defects in patients undergoing serial exercise thallium-201 Tomagraphy. *Am Jour. Cardiol* 1995;75:1116-1119.

54.     **Moyé LA**, Davis BR, Sacks F, Cole T, Brown L, Crawford B, Hawkins CM. "Decision Rules for Predicting Future Lipid Values in a Cholesterol Reduction Clinical Trial" *Controlled Clinical Trials*(1996)17;536-546.

55.     Sacks FM. Pfeffer MA, **Moyé, LA.** The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *N Engl J Med* 1996;335:1001-9.

56.     **Moyé LA.**  Sizing Clinical Trials with Variable Endpoint Event Rates. *Statist  in Med.,*16,2267-2282(1997).

57.     Mahmarian JJ, **Moyé LA**, Nasser GA, et al.  A strategy of smoking cessation combined with nicotine patch therapy reduces the extent of exercise-induced myocardial ischemia. , *J Am Coll Cardiol* 1997;30:125-30.

58.     Loh E, Sutton MST, Wun CC, Rouleau JL, Flaker GC, Gottlieb SS, Lamas GA,  **Moyé**, LA, Goldhaber SZ, Pfeffer MA. "Ventricular Dysfunction and the risk of stroke after myocardial infarction. *N Engl J Med* 1997;356;251-7.

59.     Mitchell GF, **Moyé LA**, Braunwald E, Rouleau JL, Berstein V, Geltman EM, Flaker GC, Pfeffer MA. Sphygmomanometrically determined pulse pressure is a powerful independent predictor of recurrent events after myocardial infarction in patients with impaired left ventricular function. SAVE investigators. Survival and Ventricular Enlargement. *Circulation.* 1997 Dec 16;96(12):4254-60.

60.     Vantrimpont P, Rouleau JL, Wun CC, Ciampi A, Klein M, Sussex B, Arnold JM, **Moyé L,** Pfeffer M. Additive beneficial effects of beta-blockers to angiotensin-converting enzyme inhibitors in the Survival and Ventricular Enlargement (SAVE) Study. SAVE Investigators. *J Am Coll Cardiol* 1997;29:229-236.

61.     Sutton MSJ, Pfeffer MA, **Moyé, LA.** Et.al. Cardiovascular death and left ventricular remodeling two years after myocardial infarction; baseline predictors and impact of long term use of aptopril;information from the survival and ventricular enlargement (SAVE) *Circulation.* 1997;96:3294-3299.

62.     Richardson MA,  Post-White J, Grimm E, **Moyé LA**, Singletary E, Justice B. Coping, Life attitudes, and immune responses to imagery and group support after breast cancer treatment. *Alternative Therapies in Health and Medicine. 1997;*3(5);62-70.

63. Lamas GA, Mitchell FG, Glaker GC, Smith SC, Gersh BJ, Basta L, **Moyé, L**, Braunwald E, Pfeffer, MA. "Clinical significance of mitral regurgitation after acute myocardial infarction". *Circulation.*1997;96:827-833.

64. Mahmarian JJ, **Moyé, LA** Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Jain A, Chaitman BR, Weng CSW, Morales-Ballejo H, Pratt CM. Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling after acute myocardial infarction: results of a multicenter prospective randomized double-blind placebo controlled trial. *Circulation.* 1998;97:2017-2024.

65. Hager WD, Davis BR, Riba A, **Moyé LA**, Wun CC, Rouleau JR. Lamas GA. Pfeffer MA, for the SAVE Investigators. Absence of a deleterious effect of calcium channel blockers in patients with left ventricular dysfunction following myocardial infarction: The SAVE study experience. *Am Heart J* 1998;135:406-413.

66. **Moyé, LA**. P-Value Interpretation and Alpha Allocation in Clinical Trials. *Ann Epidemiol* 1998;8:351-357.

67. Pratt CM, MD, Mahmarian JJ, Morales-Ballejo H,Casareto R and **Moyé, LA** for the Transdermal Nitroglycerin Investigators Group. The long-term effects of Intermittent transdermal nitroglycerin on left ventircular remodeling after acute myocardial infaction: Design of a randomized, placebo controlled mulitcenter trial. . *American Journal of Cardiology*;1998:81-719-724.

68. Wittes J, Lakatos E, Black D Geraci B, Davis B, **Moyé L**, Probstfield J. Selecting Screening Criteria for Clinical Trials: An Example for the Systolic Hypertension in the Elderly Program (SHEP). *Control Clin Trials.* 1999 Apr;20(2):121-32.

69. Sacks FM, **Moyé LA**, Davis BR, Cole TB, Rouleau JL, Nash D, Pfeffer M, Braunwald E. Relationship between plama LDL concentrations during treatment with pravastatin and recurrent coronary events in the Cholesterol and Recurrent Events trial. *Circulation*, 1998;97:1446-1452.

70. Vantrimpont P, Rouleau J, Ciampi A, Harel F, de Champlain J, Bicher D, **Moyé L**, Pfeffer M for the SAVE Investigators. Two-year Time Course and Significance of Neurohumoral Activation in the survival and Ventricular Enlargement (SAVE) Study. *Eur Heart J* 1998;19:1552-1563.

71. Lewis SJ, **Moye' LA**, Sacks FM, Johnstone DE, Timmis G, Mitchell J, Limacher M, Kell S, Glasser SP, Grant J, Davis BR, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in older patients with myocardial infarction and cholesterol levels in the average range. Results of the Cholesterol and Recurrent Events (CARE) trial. *Ann Intern Med* 1998;129:681-689.

72. Lewis SJ, Sacks FM, Mitchell JS, East C, Glasser S, Kell S, Letterer R, Limacher M, **Moyé LA**, Rouleau JL, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in women after myocardial infarction: the cholesterol and recurrent events (CARE) trial. *J Am Coll Cardiol* 1998;32:140-6.

73. Ridker PM, Ritai, N, Pfeffer MA, Sacks FM, **Moyé LA**, Goldman S, Flaker GC, Braunwald E for the Cholesterol and recurrent events (CARE) ivestigators. 'Inflammation, pravastatin, and the risk of coronary events after myocardial infarction in patients with average cholesterol levels. *Circulation* 1998;98:839-44.

74. Mahmarian JJ, **Moyé LA**, Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Avanindra J, Chaitman BR, Weng CSW, Morales-Ballejo Hugo, Pratt CM. "Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling after acute myocardial infarction" *Circulation.* 1998;97:2017-2024.

M007220423

75.   Wittes J, Lakatoes I, Black E, Black D, Garaci B, Davis B, **Moyé L**, Probstfield J. .
       "Selecting blood pressure entry criteria for the Systolic Hypertension in the Elderly
       Program (SHEP). *Controlled Clinical Trials;1999;20:121-132.*

76.   Plehn JF, Davis BR, Rouleau, JL, Pfeffer MA, Bernstein V, Cuddy TE, **Moyé L**, Piller L,
       Rutherford J, Simpson L, Braunwald E, Sacks F for the CARE Investigators. Reduction
       of stroke incidence following myocardial infarction with the pravastatin: The Cholesterol
       and recurrent events (CARE) study. *Circulation* 1999;99:216-223.

77.   Fisher LD, **Moyé LA.** Carvedilol and the Food and Drug Administration Approval
       Process: An Introduction. *Controlled Clin Trials* 1999;20:1-15.

78.   **Moyé LA** P-Value Interpretation in Clinical Trials. The Case for Discipline. *Controlled
       Clin Trials* 1999;20:40-49.

79.   Pfeffer MA,, Sacks FM, **Moyé LA**, East C, Goldman S, Nash DT, Rouleau JR, Rouleau
       LJ, Sussex BA, Theroux P, Vanden Belt RJ, Braunwald E. Influence of baseline lipids on
       effectiveness of pravastatin in the CARE trial. *J Am Coll Cardiol* 1999;33:125-130.

80.   Goldberg RB, Mellies M, Sacks F, **Moyé LA**, Howard B, Howard WJ, Davis B. Cole
       TG, Pfeffer MA, Braunwald E for the CARE Investigators. Cardiovascular Events and
       their reduction with pravastatin in diabetic and glucose intolerant myocardial infarction
       survivors with average cholesterol levels:observations in the CARE trial. *Circulation*
       1998;98:2513-2519.

81.   **Moyé LA.** Alpha Calculus in Clinical Trials: Considerations and Commentary for the
       New Millenium. *Statist. Med.*2000;19:767-779.

82.   Richardson MA, Ramirez T, Russell N, **Moyé, LA**. Coley toxins immunotherapy: A
       retrospective review. Altern Ther Health Med. 1999;5(3):42-47.

83.   Kapadia AS, Chan W, Sachdeva R, **Moyé LA**, Jefferson LS. Predicting Duration of Stay
       in a Pediatric Intensive CARE Unit: A Markovian Approach. *European Journal of
       Operations Research* 124 (2000) 353-359.

84.   **Moyé LA.** Alpha Calculus in Clinical Trials: Considerations and Commentary for the
       New Millenium. Rejoinder *Statist. Med.*2000;19:795-99.

85.   Mikhail OI, Brinker MR Swint JM, **Moyé LA**, Sabino M.Technology Evolution: The
       technology spectrum and its appliation to orthopaedic technologies. *Int J Technol Assess
       Health Care*. 1999 Winter;15(1):254-63.

86.   Flaker GC, Warnica J W, **Moyé LA**, Sacks FM for the Cholesterol and recrurent events
       CARE investigators. 'Pravastatin prevents clinical events in PTCA patients with normal
       cholesterol levels". *J Am Coll Cardiol* 1999;34:106-112.

87.   Gorlick et. al. **Moyé L** et. al. Therapeutic benefit. Aspirin revisited in light of the
       introduction of clopidogrel. *Stroke*. 1999 Aug;30(8):1716-21.

88.   Plehn JF, Davis BR, Sacks FM, Rouleau JL, Pfeffer MA, Bernstein V, Cuddy
       E, **Moyé LA**, Piller LB, Rutherford J, Simpson LM, Braunwald E. Reduction of Stoke
       Incidence after myocardial infarction with pravastatin; The CARE Study.
       *Circulation.*1999;99:216-223.

89.   Morgenstern L, Wein T, Smith M, **Moyé L**, Pandey D, Labarthe D. Comparison of
       stroke hospitalization rates among Mexican Americans and non Hispanic whites.
       *Neurology* 2000;54:2000-2002.

90.   Flather MO, Yusuf S, Kaber L, Pfeffer M, Hall A, Murray G, Torp-Pedersen C, Ball S,
       Pogue J, **Moyé L**, Braunwald E, for the ACE inhibitor Mycardial Infarction
       Collaborative Group. Long-term ACE-inhibitor therapy in patients with heart failure or

left-ventricular dysfunction: a systematic overview of data from individual patients. *Lancet* 2000;355:1575-81.

91. Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. Very Low Density Lipoproteins, Apolipoproteins B, CIII, and E and Risk of Recurrent Coronary Events in the Cholesterol and Recurrent Events (CARE) Trial. *Circulation* 2000;102:1886-1892.

92. Lai D. Moyé LA, Davis BM. Brownian Motion and Long-Term Clinical Trial Recruitment.". *Journal of Statistical Planning and Inference.* 93(2001)239-246.

93. Morgenstern LB, Steffen-Batey L, Smith MA, Moyé LA. Barriers to stroke prevention and acute stroke treatment in Mexican Americans. *Stroke* 2001;32:1360-1364.

94. Moyé LA. Random Research. *Circulation.*2001;103:3150-3.

95. Campos, H,. Moyé LA, Glasser S. Stampfer M, Sacks FM. Low Density Lipoprotein Particle Size, Cholesterol and Apolipoprotein B concentration and Coronary Events. The Cholesterol and Recurrent Events (CARE) Trial. J. Am. Med. Ass. 286(12):1468-74.

96. Bray P, Cannon CP, Goldschmidt-Clermont, Moyé LA, Pfeffer MA, Sacks FM, Braunwald E. The platelet $PI^{A2}$ and angiotensin-converting enzyme (ACE) D allele Polymorphisms and the risk of recurrent events after acute myocardial infarction. *Am J Cardiol* 2000;88:347-352.

97. Moyé LA. The perils of nonprospectively planned research. Part1: Drawing conlcusions from sample-baseed research. *American Clinical Laboratory*. April 2001. pp34-36.

98. Moyé LA. The perils of nonprospectively planned research. Part 2: Guidelines for reviewing the results of sample-based research. *American Clinical Laboratories.*May 2001. pp20-22.

99. Moyé LA, Power JH. Evaluation of Ethnic Minorities and Gender Effects in Clinical Trials:Opportunities Lost and Rediscovered.. *J Natl Med Assoc.2001;93(suppl):1-6.*.

100. Moyé LA, Deswal, A. Trials with trials: confirmatory subgroup analyses in controlled clinical experiments. *Controlled Clinical Trials* 2001;22:605-619.

101. Morgenstern LB, Steffen-Batey L, Smith MA, Moyé LA. Barriers to stroke prevention and acute stroke treatment in Mexican Americans. *Stroke* 2001;32:1360-1364.

102. Piriyawat P, Smajsova M, Smith MA, Pallegar S, Al-Wabil A, Garcia N, Risser JM, Moyé LA, Morgenstern LB. Comparison of active and passive surveillance for cerebrovascular disease: The Brain Attack Surveillance in Corpus Christi (BASIC) Project.. *Am J Epidemiol* 2002;156:1062-1069.

103. Lai D, King T, Moyé LA, Wei Q. Sample size for biomarker studies. More subjects or more measurements per subject. Accepted. 2002.. *Annals of Epidemiology.*

104. Zornoff LA, Sutton MSJ, Rouleau ML, Lamas GA, Plattert T, Rouleau J, Moyé LA, Lewis, S. Right ventricular dysfunction and risk of heart failure and mortality folliwng myocardial infaction. Accepted. *Journal of the American College of Cardiology.* February, 2002.

105. Moyé LA, Tita, A. Defending the Rationale for the Two-Tailed Test in Clinical Research. *Circulation,* 2002;105:3062-3065. June, 2002.

106. Moyé LA, Deswal A. The Perils of the Random Experiment. *J Card Failure:* 2002; 8: 247-253.

107. Solomon S, Rouleau J, Sutten, MStJ. Moyé LA. Ventricular remodeling does not accompany the development of heart failure in diabetic patients. Accepted. *Circulation.* June 2002.

108.  Tonelli M, **Moyé LA**. Sacks FM, Kiberg B, Curham G for the Cholesterol and Clinical Event (CARE) Trial Investigators. Pravastatin for Secondary Prevention of Cardiovascular Events in Mild Chronic Renal Insufficiency. Analysis of CARE Randomized Trial. *Ann Intern Med*, 2003; 138:98-104.

109.  Piriyawat P, Smajsova M, Smith M, Pellagar S, Al-Wabil A, Garcia NM, Risser JM, **Moyé LA**, Morgenstern LB. Comparison of Active and Passive Surveillance for Cerebrovascular Disease. The BASIC Project. Am J. Epidemiol 2002:156:1062-1069.

110.  Al-Wabil A, Smith MA, **Moyé LA**, Burgin WS. Morgenstern LB. Improving efficiency of stroke research. The Brain Attack Surveillance in Corpus Christi (BASIC) Study. *Journal of Clinical Epidemiology*. 56 (2003) 351-357.

111.  **Moyé LA**, Deswal A. Perils of the random experiment. *Am J Ther*. 2003 Mar-Apr;10(2):112-21.

112.  Lai DJ, King TM, **Moyé LA**. Sample size for biomarker studies: More subjects or more meassurements per subject? *Ann Epidemiol* (2003) 13 (3):204-208.

113.  Lewis EF, **Moyé LA**, Rouleau JL, Sacks FM, Arnold MO, Warnica JW, Flaker GC, Braunwald E, Pfeffer MA. Predictors of Late Development of Heart Failure in Stable Survivors of Myocardial Infarction. The CARE Study. *J Am Coll Cardiol* 2003;42:1446-53.

114.  Al-Wabil A, Cox MA, **Moyé LA**, Burgin WS, Morgenstern LB. Improving efficiency of stroke research: The Brain Attack Surveillance In Corpus Christi (BASIC) Study. *J Clin Epid* 2003;56:351-357.

115.  Smith MA, Risser JMH, Lisabeth LD, **Moyé LA**, Morgenstern LB. Access to care, acculturation and risk factors for stroke in Mexican Americans: The Brain Attack Surveillance in Corpus Christi Project. *Stroke* 2003;34:2671-2675.

116.  Aguilar D, Skali H, **Moyé LA**, Lewis EF. Gazianzo M, Rutherford JD, Hartley H, Randall OS, Geltman EM, Lamas GA, Rouleau JL, Pfeffer MA, Solomon SD. Alchohol Consumption and Prognosis in Patients with Left Ventricular Systolic Dysfunction After a Myocardial Infarction. Accepted. *Journal of the American College of Cardiology*. January, 2004.

117.  Morgenstern LB, Smith MA, Lisabeth LD, Risser JMH, Uchino K, Garcia N, Longwell PJ, McFarling DA, Akuwumi O, Al-Wabil A, Al-Senani F, Brown DL, **Moyé LA**. Excess stroke in Mexican Americans compared with non-Hispanic whites: The Brain Attack Surveillance in Corpus Christi (BASIC) Project. *Am J Epidemiol*, in press.

118.  Uchino K, Risser JMH, Smith MA, **Moyé LA**, Morgenstern LB. Ischemic Stroke sub-types among Mexican Americans and non Hispanic whites: The Brain Attack Surveillance in Corpus Christi (BASIC) project. *Neurology*, in press.

119.  Alexandrov AV, Molina CA, Grotta JC, Garami Z, Ford SR, Alvarez-Sabin J, Montaner J, Saqqur M, Demchuk A.M., **Moyé LA**. Hill M.D., Wogner A.W. for the CLOTBUST Investigators. Ultrasound-enhanced systemc thrombolysis for acute ischemic stroke. *New England Journal of Medicine*;251:2170-2178.

120.  Tokmakova M.P., Skali H, Kenchaiah, Braunwald E, Rouleau J.L, Packer M, Chertow G.M. **Moyé L.A.**, Pfeffer M.A., Solomon S.D. Chronic kidney disease, cardiovascular risk, and response to angiotensin-converting enzyme inhibition after myocardial infarction. *Circulation*:110;3667-3673.

121.  Kass-Hout TA. **Moyé LA**, Smith MA. Morgenstern LB. (2005) Simple Scoring Scheme for Ascertainment of Acute Stroke; the Risk Index Score. Methods of Information in Medicine 45: 27-36 In Press.

M007220426

Lemuel A Moyé, M.D., Ph D
Published Correspondence                                          Page 12 of 25

122.  Sugg RM, Pary JK, Shaltoni HM, Baraniuk MS, Gonzales NR, Garami Z, Shaw SG,
      Matherne DE, Moyé LA, Alexandrov AV, Grotta JC. TPA argatroban stroke study
      (TARTS): study design and results in the first treated cohort. Accepted. *Archives of
      Neurology.*

123.  Lisabeth LD, Risser JMH, Brown D, Al-Senami F, Uchino K, Smith M, Garcia N,
      Longwell PG, McFarling DA, Al-Wabil A, Akuwumi O, **Moyé LA**, Morgenstern L.
      (2006) Stroke Burden in Mexican-Americans: The Impact of Mortality Following Stroke.
      *Annals of Epidemiology* 16;33-40.

124.

## Submitted Manuscripts

1.  **Moyé, LA**. Baraniuk S. Dependence, Hyperdependence, and Hypothesis Testing in
    Clinical Trials. Submitted. *Controlled Clinical Trials*. January 2006.

2.  Boake C, Noser, EA, Ro T, Baraniuk S, Gager M, Johnson R, Salmeron ET, Tran TM,
    Lai JM, Taub E, Moyé LA, Grotta JC, Levin HS. Effectivness of constraint-induced
    movement therapy in early stroke rehabilitation. Neurorehabilitation and Neural Repair.
    Submitted January 2006.

3.  Mahmarian JJ, Shaw LJ, Filipchuk NG, Dakik HA, Iskander SS, Ruddy TD, Henzlova
    MJ, Keng F, Allam A, **Moyé LA**, Pratt CM. A multinational study to establish the value
    of early adenosine technetium-99m sestamibi myocardial perfusion imaging in
    identifying a low-risk group for early hospital discharge following acute myocardial
    infarction. Submitted Journal of the American Cardiology Society. January 2006.

## Editorials

Pratt CM, **Moyé LA**. The Cardiac Arrhythmia Suppression Trial. Casting Ventricular
Arrhythmia Suppression in a New Light. *Circulation*. Vol 91, No 1, January 1, 1995.

## Published Correspondence

1.  **Moyé L**, The theory of runs with application for drought predictions - reply. *J Hydrol.*
    110(3-4):391, Oct 1989.

2.  Pfeffer MA, **Moyé, LA**, et al. Reply to Correspondence. *N Engl J Med* 1993;329:

3.  **Moyé LA**, Abernethy D. Carvedilol in Patients with Chronic Heart Failure. *N Engl J.
    Med*. Vo., 335  October 24, 1996 pp 1318-1319.

4.  **Moyé LA**, Annegers JA. Anorexigen and Valvulopathy. *N Engl J. Med*. February 11,
    1999.

5.  **Moyé LA**, Annegers JA. Underestimation of Valvulopathy Effect of Fenfluramines. *J Am
    Col Car*;36:1434-1435.

6.  **Moyé LA**, Tita ATN, Hypothesis Testing Complexity in the Name of Ethics. *American
    Journal of Clinical Epidemiology*. July 2001.

## Books

1.  **Moyé LA**.(2000) *Statistical Reasoning in Medicine – The P value Primer*. New York.
    Springer.

2.  **Moyé LA**, Kapadia AS(2000). *Difference Equations with Public Health Applications*.
    New York. Marcel Dekker.

M007220427

3.   Moyé LA (2003) *Multiple Analyses in Clinical Trials: Fundamentals for Investigators*
     New York. Springer. .
4.   Moyé LA. (2004) *Finding Your Way in Science: How to Combine Character,*
     *Compassion, and Productivity in Your Research Career*. Vancouver, Canada. Trafford.
5.   Kapadia AS. Chen W. Moyé LA. (2005) *Mathematical Statistics with Applications:*.
     New York. Taylor Francis.
6.   Moyé LA. (2005) *Statistical Monitoring of Clinical Research: Fundmentals for*
     *Investigators*. New York. Spinger.  October 2005.
7.   Moyé LA.(2006) *Statistical Reasoning in Medicine – The P value Primer*. 2nd Edition
     New York. Springer (to appear Summer 2006).
8.   Moyé LA (2006) Elemenary Bayesian Biostatistics. Francis and Taylor. (to appear Fall,
     2007.

## Book Chapters

1.   Lewis RA and Moyé, LA Basic and Clinical Science Course- Section 1. Fundamentals
     and Principles of Ophthalmology. 1986-87. American Academy of Ophthalmology. San
     Francisco, California.
2.   Sacks F, Pfeffer MA, Moyé LA . Clinical Trials in Atherosclerotic Disease. Marcel
     Dekker. May 2000.
3.   Moyé LA, and Pfeffer MA. Attenuation of Ventricular Enlargement: The SAVE Study.
     Invited Chapter for Clinical Trials in Hypertension. Henry Black, editor.  Marcel Dekker
     2000.
4.   MoyéLA. (2003)Adjustment The SAGE Encyclopedia of Social Science Research
     Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim Futing Liao.
5.   Moyé LA. (2003)Aggregation (see Ecological Fallacy)The SAGE Encyclopedia of
     Social Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim
     Futing Liao.
6.   Moyé LA. (2003)Alpha Significance Level of a Test. The SAGE Encyclopedia of Social
     Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim
     Futing Liao
7.   Moyé LA. Modern Issues in Multiple Analyses. Invited Chapter. Handbook of
     Epidemiology and Medical Statistics. Edited by C.R.Rao, J. Philip Miller, and D.C. Rao.
     To appear in 2006.

### Teaching Experience

| | | | |
|---|---|---|---|
| 1. | Spring 1987 | PH1910 | Statistical Theory of Biometry -50% responsibility |
| 2. | Fall 1988 | PH1910 | Statistical Theory of Biometry -10% responsibility |
| 3. | Fall 1988 | PH1998 | Theoretical Statistics with Applications -80% responsibility |
| 4. | Spring 1988 | PH1911 | Statistical Theory of Biometry-20% responsibility |
| 5. | Fall 1989 | PH1970 | Multivariate Analysis - 100% responsibility |
| 6. | Spring 1989 | PH1911 | Statistical Theory of Biometry- 20% responsibility |
| 7. | Spring 1990 | PH1971 | Multivariate Analysis - 100% responsibility |
| 8. | Spring 1990 | PH1998 | Bayesian Analysis - 15% responsibility |
| 9. | Fall 1990 | PH1998 | Theoretical Statistics with Applications -80% responsibility |

M007220428

*Student supervision*

| | | | |
|---|---|---|---|
| 10. | Fall 1990 | PH1725 | Intermediate Biometry - 100% responsibility |
| 11. | Fall 1991 | PH1970 | Multivariate Analysis - 100% responsibility |
| 12. | Spring 1992 | PH1971 | Multivariate Analysis - 100% responsibility |
| 13. | Fall 1992 | PH1725 | Intermediate Biometry - 100% responsibility |
| 14. | Spring 1993 | PH1726 | Intermediate Biometry - 100% responsibility |
| 15. | Fall 1993 | PH1725 | Intermediate Biometry - 100% responsibility |
| 16. | Spring 1994 | PH1726 | Intermediate Biometry - 100% responsibility |
| 17. | Fall 1994 | PH1725 | Intermediate Biometry - 100% responsibility |
| 18. | Spring 1995 | PH1821 | Statistical Analysis - 100% responsibility |
| 19. | Fall 1995 | PH1820 | Statistical Analysis - 100% responsibility |
| 20. | Spring 1996 | PH1821 | Statistical Analysis - 100% responsibility |
| 21. | Fall 1996 | PH1820 | Statistical Analysis - 100% responsibility |
| 22. | Spring 1997 | PH1821 | Statistical Analysis - 100% responsibility |
| 23. | Fall 1997 | PH1820 | Statistical Analysis - 100% responsibility |
| 24. | Spring 1998 | PH1821 | Statistical Analysis - 100% responsibility |
| 25. | Fall 1998 | PH1820 | Statistical Analysis - 100% responsibility |
| 26. | Spring 1999 | PH1821 | Statistical Analysis - 100% responsibility |
| 27. | Fall 1999 | PH1820 | Statistical Analysis - 100% responsibility |
| 28. | Spring 2000 | PH1821 | Statistical Analysis - 100% responsibility |
| 29. | Fall 2000 | PH1820 | Statistical Analysis - 100% responsibility |
| 30. | Fall 2000 | PH1998 | Difference Equations in Public Health – 50% resp. |
| 31. | Spring 2001 | PH1998 | Overview of Clinical Trials -100% responsibility |
| 32. | Fall 2001 | PH1820 | Statistical Analysis – 100 % responsibility |
| 33. | Fall 2001 | PH2712 | Experimental Methods in Epidemiology 25% |
| 34. | Spring 2002 | PH1998 | Statistical Methodology In Clinical Trials – 100% |
| 35. | Fall 2002 | PH1820 | Statistical Analysis – 100% responsibility |
| 36. | Fall 2002 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 37. | Spring 2003 | PH1998 | Statistical Methodology in Clinical Trials – 100% |
| 38. | Fall 2003 | PH1820 | Statistical Analysis – 100% responsibility |
| 39. | Fall 2003 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 40. | Spring 2004 | PH1821 | Statistical Methods in Clinical Trials – 100% |
| 41. | Fall 2004 | PH1725 | Intermediate Biostatistics – 100% |
| 42. | Spring 2005 | PH1726 | Intermediate Biostatistics – 100% |
| 43. | Fall 2005 | PH1820 | Statistical Analysis – 100% |
| 44. | Fall 2005 | PH2712 | Experimental Methods in Epidemiology – 25% |

### Student supervision
- **Thesis and Dissertation Committee**
- Susana Halabi-Boussard. "Optimal Time Point Selection in Cox Proportional Hazard Analysis. June, 1994.
- Ken Hess, Ph.D. Use of Cubic Splines in Cox Regression Analysis. August, 1992.
- Jean Hoepfel, Ph.D.(Epidemiology) Behavioral Risk Profile of Marathon Runners. November, 1994.
- Renuka Trividi. Prospective Run Theory for Multinomial Outcomes. May, 1994.
- Dillip Pandey, Ph,.D. in Epidemiology 1995
- Barbara Kimmel MS in Biometry, 1996.

- Cristina Sanders M.S. "Alternative Approach to Time-Dependent Covariates in Survival Analysis" May 2000
- Anita Deswal M.P.H. "Impact of Race on Health Care Utilization and Outcomes in Veterans with Congestive Heart Failure" December 2002.
- Yumei Cao M.S. "Application of Run Theory Analysis to Visit Adherence in Clinical Trials" May 2003.
- Alubumi Akiwumi M.S. Epidemiology"Comparison Between Mexican-Americans and Non-Hispanic Whites of Destimationa and Disability at Hospital Discharge Among First Ischemic Stroke Survivors. The Brain Attack Surveillance in Corpus Christi (BASIC). May 2004
- Tracie Gardner Ph.D. (Epidemiology). Evaulation of Mycobacterium Avium Complex Lung Disease in Women. May 2004
- Janet Sterner PhD (Epidemiology). Expressive Writing as a Presurgical Stress Management Intervention in Breast Cancer. May 2004.
- Jennifer Jean Wood PhD (Epidemiology). Are Functional and Genetic Components of Platelets Linked to Coronary Artery Disease: A Case-Control Study. May 2004.
- Benjamin-Garner, PhD(Epidemiology). Effect of Maternal Weight Status on the Relationship Between Prenatal Smoking and Infant Birth Weight. May 2005.
- Kymberlie Sterling. PhD (Community Health Sciences)  Predicting Adolescent Intention to Continue Smoking. May 2005.

## Guest Lectures

1. **"Contrasting Community Trials - A Comparison of MRFIT and HDFP"**: Baylor Cardiology Research Program (1 lecture in May, 1988)
2. **"Multicenter Clinical Trials - Topics in Epidemiology Course"** (Dr. Labarthe) (2 lectures in March, 1988)
3. **"Brownian Motion and Clinical Trials"**:Brownbag lecture: January 20, 1989
4. **"General Linear Model and Hypothesis Testing"**: Baylor Cardiology Research Program (1 lecture in May, 1988)
5. **"Bayesian Analysis of the Reproductive Cycle"** University of Texas School of Medicine (1 lecture, February 28, 1989)
6. **"Multicenter Clinical Trials"** Topics in Epidemiology Course (Dr. Labarthe) (1 lectures in May, 1989)
7. **"Significance Testing - Statistics in Medicine Course"** (Dr. Glasner) (1 lecture in October, 1989)
8. **"Cardiovascular Disease"** The Natural History of Disease Course (1 lecture in October, 1989)
9. **"Repeated Measure Designs with Missing Observations"** Biometry Seminar (1 lecture, October, 1989).
10. **"Biostatistics: Uses and Abuses in Clinical Trials"**: Cardiology Department, Baylor College of Medicine (5 lectures, October 1990 - December 1990)
11. **"Physician Quality Control"**: Behavioral Sciences Lecture (July 1991)
12. **"Run Theory and the Prediction of Droughts"**: Environmental Sciences Lecture (September 1991)
13. **Host for Joint Clinical Coordinating Center Meeting**: UTSPH -November 18-20, 1991

M007220430

14. "Design Aspects of the NitroDur Trial" Cardiology Fellow Research Forum Baylor College of Medicine (2 lectures, December, 1993).
15. "Statistical Theory, Bayesian Analysis and Public Health" UTSPH (June, 1993)
16. "Design Aspects of the SAVE Trial" Cardiology Fellow Research Forum Baylor College of Medicine (2 lectures, April, 1994)
17. "The Trouble with Terfenedine - Seldane, Safeguarding the Population, and the Policy Maker's Dilemma" Opportunities in Biostatistics Workshop 1994.
18. "Advances in Stochastic Run Theory" Rice University, February, 1995
19. "The Carvedilol Controversy"Baylor University School of Medicine, June, 1996
20. "Clinical Trial Fundamentals" National Institute of Aging Summer Institiute for Research July 21, 1996.
21. "Results of the CARE Trial"Invited Lecture International Meeting of Internists Bogota, Columbia October 14, 1996.
22. "Results of the CARE Trial"Invited Lecture Cardiology Spanish Society Annual Congress Tenerife, Spain October 30, 1996.
23. "Advances in Stochastic Run Theory" UTSPH December, 1996.
24. "Clinical Trial Methodology. UTSPH, February, 1997.
25. IMDUR II- Congestive Heart Failure New York City, New York Schering-Plough Pharmaceuticals March 24-25, 1997.
26. Clinical Trial Design Innovations –ALIVE Invited Discussant Baylor College of Medicine March 31, 1997.
27. IMDUR II- Angina Pectoris New York City, New York Schering-Plough harmaceuticals May 22-23, 1997. Calcium Channel Blockers – The State of the Science Invited Discussant San Francisco. May 28, 1997.
28. Sample Size Guidelines Invited Lectures. Texas Southern University. November 14, 21, 1997
29. F.D.A. and Research Issues Nobel Laureate Lectureship. McMurray University September 10, 1998
30. Keynote Address. Evidence Based Medicine Conference Texas A & M Medical School March 23, 1999.
31. Anorexigens and Health Outcomes. Baylor Noon Research Conference. April 7 - April 14 1999. The Legal System and Medicine – Panel Discussion UT School of Public Health April 14 1999.
32. Keynote Address Biostatistics and Evidence Based Medicine. Alpha One Foundation June 20, 1999.
33. Lecture – Statistical Reasoning in Medicine. University of Texas Medical School February 23, 2000.
34. Keynote Address –Midwest Biopharmaceutical Statistics Workshop. Muncie Indiana May, 2000
35. Lecture – Clinical Trial Methodology Baylor Medical School August, 2000.
36. Type I Error Allocations. Drug Information Agency. March 14, 2001. Savannah, Ga.
37. Allocating Alpha for Dependent Hypothesis Testing. Joint Statistical Meeting.August 8, 2001. Atlanta, Ga.
38. Introduction to Probability. University of Texas at Brownsville. January 2002
39. Multiple Selection Process in Regression Analysis – University of Texas at El Paso. February 2002.

M007220431

40. **The Drug Approval Process. Perspective of an F.D.A. Advisory Committee Member.** HCASA. Rice University. Houston. March 2002.
41. **Guidelines for Clinical Trial Design and Execution.** The Society of Gynecologic Oncologists. Miami. March 2002.
42. **Multiple Analyses Issues in Clinical Trials.** COTS. Houston, Texas, April 2002.
43. **Clinical Trial Methodology and Interpretation:** Research Fellow Graduate Program. Houston. August 2002.
44. **Cardiology Grand Rounds.** Brigham and Womens Hospital, Harvard University, October 2002.
45. **MD Anderson Cardiology Grand Rounds.** MD Anderson Cancer Center. February 2003.
46. **Introduction to Clinical Trials.** UTSPH Houston. July 2002.
47. **Heart Teaching Day Lecture.** "Simple Interpretation of Complex Clinical Trials. Plattsburgh, New York, March, 2003.
48. **Clinical Trial Methodology and Interpretation:** Research Fellow Graduate Program. Houston. July 2003.
49. **Introduction to Clinical Trials.** UTSPH Houston. July 2003
50. **Alpha Allocation in the Analysis of Combined Endpoints in Clinical Trials.** Joint Statistical Meetings. San Francisco. August 7, 2003.
51. **Lecture in Research Principles.** UTSPH. July 2004.
52. **Professionalism for the Junior Statistician,** JSM. Toronto August 11, 2004.
53. **Ximelogatran. Introduction.** Baylor College of Medicine, September 23, 2004
54. **Ximelogatran. Efficacy.** Baylor College of Medicine, September 29, 2004
55. **Ximelogatran. Adverse Events.** Baylor College of Medicine, October 7 2004
56. **Dependence in Subgroup Analyses.** Pfizer Corporation, November 11, 2004.
57. **Hyperdependence in Clinical Trial Analyses:** Pfizer Corporation, November 11, 2004
58. **Professionalism in Science:** Pfizer Corporation, November 12, 2004
59. **Professionalism in Science:** Texas A&M Rural School of Public Health, November 19, 2004.
60. **Professionalism in Science:** Lousiana State University, New Orleans, Louisiana, January 2005.
61. **Professionalism in Science:** MD Anderson Cancer Center, Houston, Texas, February 2005.
62. **Statistical Reasoning in Medicine.** UTSPH. Houston, Texas, March 31, 2005.
63. **Multiple Analyses in Clinical Trials:** The IMPAACT Meetings. May 31, 2005
64. **Statistical Reasoning in Medicine** UBAylor College of Medicine: Cardiology Division June, 2005.
65. **Finding Your Way in Science:** MD Anderson Cancer Center, Houston, Texas, February 2005.
66. **An Honor to Treat:** Biostatistics Seminar. September 13, 2005.
67. **Public Health versus Mathematical Modeling:** Dangerous Asynchrony. University of Southern Florida. October 4, 2005.
68. **Public Health — Mathematical Modeling Asynchrony:** University of Houston. November 2, 2005.
69. **Sample Size Considerations in Phase II Clinical Studies:** Methodist Hospital. January 13, 2006
70. **FDA — A House Divided:** Biostatistics Seminar: UTSPH — January 17, 2006

M007220432

## Community Service
### Government

1.  **National Heart, Lung, and Blood Institute SCOR Site Visit Renin-Angiotensin System in Hypertension:** New York City, New York October 25-27, 1989.

2.  **National Heart, Lung, and Blood Institute SCOR Site Visit Myocardial Remodeling in Ventricular Enlargement** Chicago Illinois January 25-28, 1989.

3.  **National Heart, Lung, and Blood Institute SCOR Site Visit Review of Coordinating Center Proposals in the Cooperative Sickle Cell Trial** Bethesda, Maryland September 29-30, 1988.

4.  **National Heart, Lung, and Blood Institute SCOR Site Visit** Coronary and Vascular Disease Baltimore Maryland December 21-23, 1988.

5.  **National Heart, Lung, and Blood Institute SCOR Pulmonary Disease Site Review** Chicago: January 1988.

6.  **National Heart, Lung, and Blood Institute  Grant Review** PEPI Program Bethesda, Maryland July, 1987.

7.  **National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review** Boston, Massachusetts:May, 1987.

8.  **National Heart, Lung, and Blood Institute Application Review.** Ischemia Prevention Trial: Bethesda, Maryland  June, 1990.

9.  **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit** Atherosclerotic SCOR Program for The Johns Hopkins University Bethesda, Maryland June, 1991.

10. **National Heart, Lung, and Blood Institute SCOR Parent Review Committee** Sickle Cell SCOR Program Bethesda, Maryland November, 1991.

11. **National Institutes of Health Superfund Grant Review** Research Triangle Raleigh, North Carolina October, 1991

12. **National Heart, Lung, and Blood Institute SCOR Parent Review Committee Atherosclerotic SCOR Program** Bethesda, Maryland August, 1991

13. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit Atherosclerotic SCOR Program for University of Washington** Portland, Oregon July, 1991.

14. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit - Atherosclerotic SCOR Program for University of San Francisco** Portland, Oregon July, 1991.

15. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit** Atherosclerotic SCOR Program for Washington University Bethesda, Maryland June, 1991.

16. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit** Atherosclerotic SCOR Program for Columbia University Bethesda, Maryland June, 1991.

17. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit**

18. Atherosclerotic SCOR Program for University of Chicago Bethesda, Maryland June, 1991.

19. **National Heart, Lung, and Blood Institute Application Review** Psychophysiology of Ischemia The Asymptomatic Ischemia Prevention Trial:Bethesda, Maryland May, 1991.

20. **National Heart, Lung, and Blood Institute SCOR Parent Committee** Atherosclerosis SCOR Program Bethesda Maryland April, 1991

21. **National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review** National Institutes of Health - Emory University, Atlanta May 1992.

M007220433

22. **National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review** National Institutes of Health Columbia University, New York CityMarch 1992.
23. **National Institutes of Health for Emory University**Emory University, Bethesda; October, 1993.National Institute of Aging Study Section- Reverse Site Visit of the ACTIVE ProtocolBethesda MarylandJune 1-2, 1993.
24. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandNovember, 1994
25. **National Institutes of Health Superfund Grant Review**Research TriangleRaleigh, North CarolinaOctober, 1994.
26. **National Institutes of Health Research Center in Minority Institutions Site Visit** Charles R. Drew Medical Center Los Angeles, California August 21-24, 1994
27. **National Institute of Aging Study Section** Bethesda, Maryland June 6-7, 1994
28. **National Heart, Lung, and Blood Institute Coordinating Center Review** Bethesda, Maryland March 9-10, 1994.
29. **National Institute of Aging Study Section**Bethesda, MarylandMarch 6-7, 1994.**Member, Data, Safety and Monitoring Board**Toxicity of Lead in Children Trial 1993-1995 - National Institute of Environmental Health Sciences
30. **National Heart, Lung, and Blood Institute SCOR Contract Review - Pediatric Component of the Cooperative Sickle Cell Disease Center Program Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandOctober, 1995.
31. **National Institute of Aging Study Section**Bethesda, Maryland October, 1995.
32. **CardioRenal Advisory Board Member 1995-present.Ibutilide for Treatment of Atrial FibLabeling Criteria for Antihypertensive Agents** Bethesda, MarylandOctober, 1995.
33. **CardioRenal Advisory Board Member 1995-present.Nitric Oxide Therapy and PPHN Syndrome.** Bethesda, MarylandAugust, 1995
34. **National Institute of Aging Study Section** Bethesda, MarylandJune, 1995.
35. **Member, Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences**Research Triangle, North CarolinaMay, 1995
36. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandMay, 1995.
37. **National Institute of Aging Study Section**Bethesda, MarylandMarch, 1995.
38. **Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences**Newark, New JerseyFebruary, 1995
39. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandNovember, 1995
40. **FDA CardioRenal Advisory Board Member** Calcium Channel Blocking AgentsBethesda, MarylandJanuray, 1996
41. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandApril, 1996.
42. **National Institute of Aging Study Section**Bethesda, MarylandMarch, 1996
43. **National Institute of Aging Site Visit - Temple University**Philadelphia, Pa.April, 1996
44. **FDA CardioRenal Advisory Board Meeting** Carvedilol - Digoxin LabellingBethesda, MarylandMay, 1996

M007220434

*Government*

45.  National Institute of Aging Study SectionBethesda, MarylandJune, 1996
46.  FDA CardioRenal Advisory Board Meeting Training Sessions Bethesda, MarylandAugust, 1996
47.  National Institute of Health Grant ReviewLung Volume Reduction Clinial Trial for EmphysemaBethesda, Maryland September, 1996
48.  National Institute of Aging Study SectionBethesda, Maryland October, 1996
49.  FDA CardioRenal Advisory Board Meeting Rockville, Maryland Recommendations for FDA decisions based on drug safety and efficacy October, 1996
50.  National Institute of Aging Study SectionBethesda, Maryland October, 1996.
51.  Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, MarylandNovember, 1996
52.  Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health SciencesCincinnati, Ohio December, 1996
53.  TLC Data Safety and Monitoring Board Meeting with Director National Institutes of Enviromental Health ServicesResearch Triangle, North CarolinaFebruary, 1997
54.  FDA CardioRenal Advisory Board Meeting Extending the Professional Indications for Aspirin UseBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary, 1997
55.  FDA Statisticians Meeting  Bethesda, MarylandFebruary, 1997
56.  FDA CardioRenal Advisory Board Meeting Professional Approval Considerations for Bidil, Carvedilol, Mebipridil, and Integrelin Bethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyFebruary 27-28, 1997
57.  National Institute of Aging Study Section Bethesda, Maryland March 4, 1997
58.  Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences Research Triangle, North Carolina March, 24, 1997
59.  NIH Protocol Review Committee – DASH 2Bethesda, MarylandApril 16, 1997.
60.  NHLBI Sickle Cell SCORE Parent CommitteeBethesda, MarylandMay 14-16, 1997
61.  Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, Maryland May, 1997
62.  National Instiute of Aging Study Section Meeting Bethesda, MarylandJune, 1997
63.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJune 26-27, 1997
64.  Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, Maryland August, 1997
65.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacy October 22-23, 1997
66.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary, 1998
67.  CardioRenal Advisory Panel Meeting – Food and Drug Administration Bethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyApril 1998
68.  Guess Member  - Blood Products Advisory Panel Meeting – Food and Drug AdminstrationBethesda, Maryland

M007220435

69. **Recommendations for FDA decisions** based on drug safety and efficacyJune, 1998
70. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJuly 1998.
71. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland – Recommendations for FDA decisions based on drug safety and efficacyOctober 1998
72. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary 1999
73. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland – Recommendations for FDA decisions based on drug safety and efficacyApril 1999
74. **DSMB Member** ACTION Clinical Trial.
75. **Duke Clinical Research Center Research in Acute Coronary Syndrome** College Park,MarylandAugust, 1999
76. **TLC Data Safety and Monitoring Board Meeting** Boston, MassachusettsJanuary, 2000
77. **TLC Data Safety and Monitoring Board Meeting** with Director National Institutes of Enviromental Health ServicesResearch Triangle, North Carolina May, 2000
78. **NHLBI Grant Review**Bethesda, MarylandNovember, 2000
79. **NIA Grant Review.**Washington DCAugust, 2001
80. **Statistical Consultant to Advisory Committee FDA** Bethesda, Maryland – Scheduled September 11, 2001.
81. **Nomination:** F.D.A. Advisory Committee on Pharmaceutical Science
82. **Statistical Consultant to Oncology Advisory Committee FDA** Silver Springs Maryland. December 6, 2001.
83. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. November 28-29, 2001.
84. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. May, 2002.
85. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. October 22-23, 2002.
86. **NHLBI DSMB** –ACTION Clinical Trials; February 2003
87. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. March, 2003.
88. **FDA Advisory Committee** – Pharmaceutical Sciences. April 2003.
89. **FDA Statisticians Meeting** – Bethesda, May 2003.
90. **National Youth Leadership Forum** – Houston, July 2003
91. **Clinical Scientist Training Program Lecture** – Houston, July 2003
92. **FDA Advisory Committee** – Pharmaceutical Sciences. October 2003
93. **NHLBI DSMB Meeting** – Sickle Cell Consortium. Bethesda. November 2003.
94. **NHLBI ATION DSMB Meeting** – Rockville MD, December, 2003
95. **Presentation-** 60th Deming Conference – December 2005..
96. **Caffeinol DSMB Meeting** – Houston, Tx February 2004
97. **Argatroban DSMB Meeting** – Houston, Tx February 2004
98. **National Youth Leadership Forum** – Houston, July 2004
99. **Clinical Scientist Training Program Lecture** – Houston, July 2004
100. **ACTION DSMB Meeting** – Bethesda Maryland – December 2004.
101. **Data Safety and Monitoring Meeting** – Berlex Pharmaceuticals – December 2004.
102. **Cooperative Program for Sickle Cell Disease DMC Meeting** ; Bethesday, June 2005.
103. **ACTION DSMB Meeting** – Bethesda Maryland – June 2005.