Exhibit B - 9/16/06 Smith Trial Excerpts

• Mason - Motion to Exclude Moye's Testimony

[1362:] - [1362:25]    9/16/2006    Smith Trial v.06 (pages 1362-1372)(Graham, Braunstein,Moye)

```
page 1362
      1362
1                         UNITED STATES DISTRICT COURT
2                         EASTERN DISTRICT OF LOUISIANA
3
4
5       IN RE: VIOXX PRODUCTS        *    MDL DOCKET NO. 1657
        LIABILITY LITIGATION         *
6                                    *
                                     *
7       THIS DOCUMENT RELATES TO     *    SEPTEMBER 16, 2006, 8:00 A.M.
                                     *
8                                    *
        ROBERT G. SMITH V. MERCK     *    CASE NO. 05-CV-4379-L
9         & CO., INC.                *
        * * * * * * * * * * * * * * *
10
11
12                        VOLUME VI
                     JURY TRIAL BEFORE THE
13                 HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE
14
15      APPEARANCES:
16
        FOR THE PLAINTIFF:          WATTS LAW FIRM
17                                  BY:  MIKAL WATTS, ESQ.
                                    TOWER II BUILDING, 14TH FLOOR
18                                  555 NORTH CARANCAHUA STREET
                                    CORPUS CHRISTI, TEXAS 78478
19
        FOR THE PLAINTIFF:          WILLIAMS BAILEY LAW FIRM
20                                  BY:  JOHN T. BOUNDAS, ESQ.
                                         STEVEN J. KHERKHER, ESQ.
21                                  8441 GULF FREEWAY, SUITE 600
                                    HOUSTON, TEXAS  77017
22
        FOR THE DEFENDANT:          BARTLIT BECK HERMAN
23                                    PALENCHAR & SCOTT
                                    BY:  PHILIP S. BECK, ESQ.
24                                       ANDREW L. GOLDMAN, ESQ.
                                         CARRIE A. JABLONSKI, ESQ.
25                                  54 W. HUBBARD STREET, SUITE 300
                                    CHICAGO, ILLINOIS 60601
page 1363
1
```

[1440:17] - [1442:11]    9/16/2006    Smith Trial v.06 (pages 1362-1372)(Graham, Braunstein,Moye)

```
page 1440
16      A.   YES.
17      Q.   YOU MENTIONED STATISTICAL SIGNIFICANCE.  WHAT DOES THAT
18      MEAN?
19      A.   GEE, AGAIN, I'LL TRY TO GIVE THE SHORT VERSION.  THE WORK
20      THAT WE DO, THE WORK I DO, THE WORK MOST OF MY COLLEAGUES DO,
21      IS ALL SAMPLE-BASED.  WE DON'T STUDY EVERYBODY IN THE WORLD
22      WITH A HEART ATTACK, OF COURSE.  WE TAKE A SAMPLE.  THAT GIVES
23      US THE OPPORTUNITY TO STUDY, BUT IT ALSO MEANS THAT WE CAN BE
24      MISLED BECAUSE SAMPLES DON'T ALWAYS REPRESENT WHAT HAPPENS IN
25      THE POPULATION AT LARGE.  THE FACT THAT WE KNOW THAT DIFFERENT
page 1441
1       SAMPLES WILL GIVE DIFFERENT RESULTS, THAT'S WHAT'S CALLED, IN
2       MY BUSINESS "SAMPLING ERROR."
3                WHEN WE DO SAMPLE-BASED RESULTS, WE HAVE TO TAKE INTO
4       ACCOUNT THE KINDS OF SAMPLING ERRORS THAT SUGGEST, FOR EXAMPLE,
5       THAT IN THE POPULATION THERE MAY BE NO EFFECT AT ALL, BUT IN MY
6       SAMPLE I FOUND A BIG EFFECT.  WELL, I WOULD BE MISLED BY THE
7       SAMPLE, AND SO I HAVE TO TRY TO BUILD IN SOME PROTECTION
```

**Exhibit B - 9/16/06 Smith Trial Excerpts**

• **Mason - Motion to Exclude Moye's Testimony**

```
 8      AGAINST THAT KIND OF ERROR.
 9              STATISTICAL SIGNIFICANCE PROVIDES THAT KIND OF
10      PROTECTION.  STAT SIGNIFICANCE IS PORTRAYED IN WHAT IN MY FIELD
11      IS KNOWN AS A P-VALUE.  THE BOTTOM LINE FOR P-VALUES HAS BEEN
12      THAT THE SMALLER THE P-VALUE -- LESS THAN .05, LESS THAN .01,
13      LESS THAN .001 -- THE LESS LIKELY THAT THE RESULTS WOULD HAVE
14      BEEN PRODUCED JUST THROUGH SAMPLING ERROR.  THAT MEANS THE
15      SMALLER THE P-VALUE, THE MORE CONFIDENCE THE INVESTIGATOR CAN
16      HAVE IN THEIR SAMPLE RESULT.  HOWEVER, IN ORDER TO HAVE OUR
17      CONFIDENCE BOLSTERED BY THE P-VALUE, THE STUDY HAS TO BE
18      DESIGNED APPROPRIATELY SO THAT STAT SIGNIFICANCE CAN HAPPEN.
19      TYPICALLY THAT HAPPENS THAT YOU HAVE TO HAVE ENOUGH EVENTS THAT
20      OCCUR IN THE STUDY.
21              FOR EXAMPLE, IF WE HAVE AN EVENT THAT OCCURS ONE TIME
22      IN A MILLION PEOPLE, THEN YOU STUDY 30 PEOPLE, WHAT ARE YOU
23      GOING TO LEARN ABOUT THAT?  NOT MUCH AT ALL BECAUSE YOU'RE NOT
24      GETTING ENOUGH EVENTS.  SO THE STUDY HAS TO BE SURE TO HAVE
25      ENOUGH EVENTS.  IF YOU HAVE A STUDY THAT WASN'T DESIGNED TO
page 1442
 1      SHOW STAT SIGNIFICANCE, THEN STAT SIGNIFICANCE DIMINISHES IN
 2      IMPORTANCE.  CERTAINLY WHEN YOU'RE COMPARING STAT SIGNIFICANCE
 3      TO SIGNALS FOR SAFETY WHERE WE'RE REALLY TRYING TO PROTECT
 4      POPULATIONS, THEN THERE ARE TIMES WHEN I, AS A STATISTICIAN,
 5      HAVE TO LAY ASIDE STAT SIGNIFICANCE AND BE CONCERNED ABOUT
 6      SIGNALS FOR SAFETY.
 7              SO STAT SIGNIFICANCE IS VERY IMPORTANT, AND WE RELY
 8      ON IT IN STUDIES THAT ARE WELL DESIGNED TO DEMONSTRATE IT, BUT
 9      IF THE STUDY IS NOT DESIGNED TO SHOW IT AND DOESN'T HAVE ENOUGH
10      SUBJECTS, WE CAN'T.  I'M SORRY.  I TALKED TOO LONG.  I
11      APOLOGIZE.
12      Q.  LET'S GO RIGHT TO 090 AND THE DATA WHICH, DOCTOR, IT'S IN
```

[1498:18] - [1501:18]    9/16/2006    Smith Trial v.06 (pages 1362-1372)(Graham, Braunstein, Moye)

```
page 1498
17      A.  YES.
18      Q.  I THINK YOU TALKED ABOUT MORTALITY INFORMATION THAT WAS IN
19      THE ALZHEIMER'S STUDIES.  DO YOU REMEMBER THAT?
20      A.  I DID, SIR.  SORRY.  I DID SIR, YES.
21      Q.  AND FORGIVE ME, BUT MY NOTES ARE A LITTLE BIT JUMBLED.  DO
22      YOU REMEMBER WHAT DOCUMENT YOU WERE LOOKING AT WHEN YOU TALKED
23      ABOUT THE MORTALITY DATA IN THE ALZHEIMER'S STUDIES?
24      A.  I'M ACTUALLY LOOKING FOR IT NOW.  RATHER THAN ME TRY TO
25      RELY ON MY MEMORY, LET ME SEE IF I CAN JUST FIND IT.
page 1499
 1      Q.  OKAY.  AND I'LL SEE IF I CAN FIND IT ON MY END.
 2              THE COURT:  COUNSEL, DO YOU KNOW WHERE IT IS?
 3              MR. BOUNDAS:  I THINK IT'S P1.0079.
 4              THE WITNESS:  OKAY.  I HAVE P1.0079 HERE.
 5      BY MR. BECK:
 6      Q.  OKAY.  AND THAT'S WHAT I HAVE AS WELL.  LET ME -- SO
 7      YOU'VE ALREADY GOT YOUR COPY UP THERE; RIGHT?
 8      A.  I DO, SIR.
 9      Q.  THEN I DON'T NEED TO GIVE YOU ANOTHER ONE, THEN.  THIS IS
10      THE DOCUMENT THAT YOU WENT OVER WITH MR. BOUNDAS?
11      A.  IT IS.
12      Q.  AND WHAT THIS DOCUMENT DEALS WITH IS SOMETHING THAT IS
13      CALLED "ALL-CAUSE MORTALITY"; IS THAT RIGHT?
14      A.  THAT'S CORRECT, SIR.
15      Q.  AND JUST SO THE JURY UNDERSTANDS, WHEN YOU SAID THERE WERE
16      MORE DEATHS IN THE GROUP USING VIOXX THAN THE GROUP USING THE
17      PLACEBO -- DO YOU REMEMBER THAT TESTIMONY?
18      A.  I DO, SIR.
19      Q.  -- THE TRUTH IS THAT THOSE DEATHS THAT YOU WERE TALKING
20      ABOUT, THE EXCESS DEATHS ON VIOXX, NUMBER ONE, THEY HAD NOTHING
21      TO DO WITH CARDIOVASCULAR PROBLEMS; RIGHT?
22      A.  I WOULDN'T SAY THEY HAD NOTHING TO DO WITH CARDIOVASCULAR
23      PROBLEMS, NO.
24      Q.  AND NUMBER 2, THEY HAD NOTHING TO DO WITH VIOXX; RIGHT?
25      A.  I WOULDN'T -- I'M SORRY.  I WOULDN'T CONCLUDE THAT EITHER.
page 1500
```

Exhibit B - 9/16/06 Smith Trial Excerpts

• **Mason - Motion to Exclude Moye's Testimony**

```
 1    Q.    WELL, LET'S BACK UP, THEN.  A LOT OF THE INFORMATION THAT
 2    YOU TALKED ABOUT TODAY WAS COMPARING CARDIOVASCULAR EVENTS.  DO
 3    YOU REMEMBER THAT --
 4    A.    THAT'S TRUE.
 5    Q.    -- FOR DIFFERENT TRIALS?
 6    A.    SORRY.  YES, I DO.
 7    Q.    HEART ATTACKS, THROMBOTIC EVENTS, AND THAT SORT OF THING?
 8    A.    YES, SIR.
 9    Q.    NOW, WHEN WE GOT TO ALZHEIMER'S, YOU SWITCHED FROM
10    CARDIOVASCULAR OR THROMBOTIC EVENTS TO WHAT'S CALLED "ALL-CAUSE
11    MORTALITY"; RIGHT?
12    A.    THAT'S TRUE, YES.
13    Q.    AND ALL-CAUSE MORTALITY, JUST SO THAT WE'RE CLEAR ABOUT
14    THIS, WHEN PEOPLE DO THESE CLINICAL TRIALS, AND GROUP A IS
15    TAKING ONE THING, DON'T KNOW WHAT IT IS WHILE THEY ARE TAKING
16    IT, AND GROUP B IS TAKING ANOTHER THING, THEN THE DOCTORS KEEP
17    TRACK OF ALL DEATHS FOR WHATEVER REASON THEY TAKE PLACE; RIGHT?
18    A.    THAT'S CORRECT, YES.
19    Q.    SO THAT IF SOMEBODY WHO IN A CLINICAL TRIAL IS WALKING
20    DOWN THE STREET AND A PIANO FALLS ON THEIR HEAD, THAT COUNTS,
21    DOESN'T IT?
22    A.    THE DEATH OF THAT UNFORTUNATE VICTIM DOES COUNT, YES.
23    Q.    AND IF THAT PERSON HAPPENED TO BE IN THE VIOXX HALF OF THE
24    TRIAL AND A PIANO FELL ON THEIR HEAD, THE DEATH COUNTS AGAINST
25    VIOXX, SO TO SPEAK; RIGHT?
page 1501
 1    A.    THAT'S TRUE, YES.
 2    Q.    AND IF THREE PEOPLE ARE WALKING DOWN THE STREET, AND THE
 3    PIANO FALLS ON ALL THREE OF THEIR HEADS AND THEY ALL ARE IN
 4    VIOXX ARM, THEN IT'S THREE TO NOTHING ALL-CAUSE MORTALITY,
 5    VIOXX VERSUS PLACEBO; RIGHT?
 6    A.    IN YOUR INCREASINGLY HUMOROUS EXAMPLE, YOU ARE EXACTLY
 7    RIGHT.
 8    Q.    THE EXAMPLE GETS A LOT LESS HUMOROUS WHEN YOU FIND OUT
 9    WHAT REALLY HAPPENED TO THESE PEOPLE WHO DIED IN THE
10    ALZHEIMER'S TRIAL, DOESN'T IT.
11    A.    ARE YOU SAYING THAT THEY DIED FROM DEATH BY PIANO?
12    Q.    NO.  THEY DIED FROM DEATHS THAT HAD NOTHING TO DO WITH
13    VIOXX, THOUGH.  YOU KNOW THAT, DON'T YOU?
14    A.    I DON'T KNOW THAT.
15    Q.    YOU HAVEN'T LOOKED AT THAT?
16    A.    AGAIN, SIR, I DON'T KNOW THAT.
17    Q.    OKAY.  WELL, LET'S WALK THROUGH IT, THEN.
18    A.    OKAY.
19    Q.    BEFORE WE GET TO THE ALL-CAUSE MORTALITY, WERE YOU
```

[1503:10] - [1504:10]    9/16/2006    Smith Trial v.06 (pages 1362-1372)(Graham, Braunstein,Moye)

```
page 1503
 9    A.    YES, SIR.
10    Q.    SO VIOXX HAD 1,067, PLACEBO HAD 1,075.  SO, BASICALLY, THE
11    SAME NUMBER OF PEOPLE; RIGHT?
12    A.    YES.
13    Q.    AND BEFORE WE GO ON HERE, THESE TWO STUDIES OF THE ELDERLY
14    PATIENTS, THOSE ARE THE ALZHEIMER'S STUDIES THAT YOU REFERRED
15    TO WHEN TALKING ABOUT THE ALL-CAUSE MORTALITY; RIGHT?
16    A.    YES, SIR.
17    Q.    SO "WITH A MEDIAN DURATION OF EXPOSURE OF APPROXIMATELY 14
18    MONTHS, THE NUMBER OF PATIENTS WITH SERIOUS CARDIOVASCULAR
19    THROMBOTIC EVENTS" -- NOW, WHEN WE TALK ABOUT SERIOUS
20    CARDIOVASCULAR THROMBOTIC EVENTS, THAT WOULD INCLUDE HEART
21    ATTACKS; RIGHT?
22    A.    YES, SIR.
23    Q.    AND IT WOULD INCLUDE OTHER THINGS THAT INVOLVE CLOTS
24    FORMING IN ARTERIES; RIGHT?
25    A.    YES.
page 1504
 1    Q.    SO, ON THIS CARDIOVASCULAR EVENTS, THE NUMBER WAS 21
 2    VERSUS 35 FOR PATIENTS TREATED WITH VIOXX 25 MILLIGRAMS ONCE A
 3    DAY VERSUS PLACEBO."  AND WHAT THAT MEANS IS, WHEN IT SAYS
 4    VIOXX VERSUS PLACEBO, THAT MEANS THE 21 WAS IN THE VIOXX ARM
```

**Exhibit B - 9/16/06 Smith Trial Excerpts**

• **Mason - Motion to Exclude Moye's Testimony**

```
5        AND THE 35 WAS IN THE PLACEBO ARM; RIGHT?
6     A. THAT'S WHAT IT SAYS HERE, YES.
7     Q. SO THAT FOR SERIOUS CARDIOVASCULAR THROMBOTIC EVENTS, FOR
8        WHATEVER REASON, THERE WERE ACTUALLY, LIKE, A THIRD FEWER ON
9        VIOXX THAN ON PLACEBO; RIGHT?
10    A. AS REPORTED HERE, YES.
11    Q. WELL, YOU KNOW THIS IS ACCURATE INFORMATION, DON'T YOU?
```

[1509:3] - [1509:18]     9/16/2006     Smith Trial v.06 (pages 1362-1372)(Graham, Braunstein,Moye)

```
page 1509
2     A. I DO, SIR.
3     Q. AND HERE YOU SEE THAT DR. VILLALBA SAYS, "SHARI TARGUM
4        FROM THE DIVISION OF CARDIORENAL PRODUCTS HAS CONDUCTED A
5        BLINDED REVIEW OF ADJUDICATION PACKAGES FOR ALL
6        NON-NEUROLOGICAL EVENTS REFERRED FOR ADJUDICATION.  AND THEN
7        SHE SAYS -- I GUESS REPORTING DR. TARGUM'S ANALYSIS -- THERE
8        WAS NO EXCESS OF CV" -- MEANING CARDIOVASCULAR; RIGHT?
9     A. YES, SIR.
10    Q. THERE WAS NO EXCESS OF CARDIOVASCULAR THROMBOTIC EVENTS,
11       IN PARTICULAR, NO EXCESS OF MYOCARDIAL INFARCTION."  THAT'S
12       HEART ATTACK; RIGHT?
13    A. IT IS, YES.
14    Q. "NO EXCESS OF CV THROMBOTIC EVENTS, IN PARTICULAR, NO
15       EXCESS OF HEART ATTACKS, IN THE ROFECOXIB GROUP" UPON HER
16       REVIEW OF THE DATA.  WERE YOU FAMILIAR WITH THAT CONCLUSION
17       BEFORE YOU TESTIFIED ABOUT THE ALL-CAUSE DATA THIS MORNING?
18    A. CERTAINLY.
19    Q. THEN LET'S MOVE DOWN THE PAGE, AND HERE YOU'LL SEE THAT
```

[1510:10] - [1512:4]     9/16/2006     Smith Trial v.06 (pages 1362-1372)(Graham, Braunstein,Moye)

```
page 1510
9     A. OH, THANK YOU.
10    Q. SO WE GOT ROFECOXIB ON THE LEFT SIDE, VIOXX,
11       25 MILLIGRAMS; RIGHT?
12    A. YES.
13    Q. AND PLACEBO ON THE RIGHT SIDE?
14    A. YES.
15    Q. AND THEN WE HAVE "MI."  THAT'S MYOCARDIAL INFARCTION.
16    A. IT IS.
17    Q. CORRECT?  MI?
18    A. I'M SORRY.  YES, IT IS MYOCARDIAL INFARCTION OR HEART
19       ATTACK, YES.
20    Q. OKAY.  AND THEY HAVE FATAL AS WELL AS NONFATAL; RIGHT?
21    A. THEY DO.
22    Q. OBVIOUSLY, ALL OF THIS INFORMATION IS GIVEN TO THE FDA BY
23       MERCK; RIGHT?
24    A. THAT'S TRUE.  YES.
25    Q. AND SO THERE IS EIGHT TOTAL HEART ATTACKS; RIGHT?
page 1511
1     A. THERE ARE, YES.
2     Q. "SD," THAT STANDS FOR SUDDEN CARDIAC DEATH?  SUDDEN DEATH?
3     A. I THINK SO, YES.  "SD," SUDDEN -- WELL, IT SAYS SO BELOW,
4        CORRECT.
5     Q. RIGHT, SUDDEN DEATH.  AND WE KNOW THAT MEANS SUDDEN
6        CARDIAC DEATH; RIGHT?
7     A. PRESUMABLY, YES.
8     Q. IT'S NOT PIANOS ON THE HEAD BECAUSE IT'S UNDER A TABLE
9        TALKING ABOUT ADJUDICATED CARDIAC THROMBOTIC EVENTS; RIGHT?
10    A. SUDDEN DEATH.
11    Q. 5.  AND THEN "UA," UNSTABLE ANGINA?
12    A. YES.
13    Q. ZERO.  SO A TOTAL THERE, THEN, OF 13 OF THESE EVENTS FOR
14       ROFECOXIB 25 MILLIGRAMS; RIGHT?
15    A. THAT'S CORRECT.  YES.
16    Q. AND THEN IN THE PLACEBO ARM, THERE ARE 11 HEART ATTACKS;
17       RIGHT?
18    A. THAT'S TRUE, YES.
19    Q. THERE ARE 3 SUDDEN CARDIAC DEATHS; RIGHT?
20    A. YES.
```

Exhibit B - 9/16/06 Smith Trial Excerpts

**• Mason - Motion to Exclude Moye's Testimony**

```
                        21      Q.   AND THERE ARE 5 UNSTABLE ANGINA; RIGHT?
                        22      A.   YES.
                        23      Q.   AND THAT ADDS UP TO 19.  ALMOST DOUBLE; RIGHT?
                        24      A.   THE NUMBER OF EVENTS IN THE PLACEBO GROUP IS 19, THAT'S
                        25      RIGHT.  YES.
                        page 1512
                         1      Q.   AND THEN YOU SEE WHERE THE REVIEWERS COMMENT WAS THAT
                         2      "THERE WAS NO EXCESS OF MYOCARDIAL INFARCTION IN THE ROFECOXIB
                         3      25-MILLIGRAM DAILY GROUP AS COMPARED TO THE PLACEBO GROUP."
                         4      A.   I SEE THAT, YES.
                         5      Q.   NOW, THIS WAS WHEN THEY LOOKED AT THE ALZHEIMER'S DATA
```

[1524:5] - [1526:16]       9/16/2006      Smith Trial v.06 (pages 1362-1372)(Graham, Braunstein, Moye)

```
                        page 1524
                         4      I DID DO THAT.  BUT THAT IS THE BEST ANSWER I CAN GIVE.
                         5      Q.   WELL, DO YOU REMEMBER, FOR EXAMPLE, THAT THESE POOR FOLKS
                         6      WHO DIED, WHO HAPPENED TO BE TAKING VIOXX, THREE OF THEM DIED
                         7      IN CAR CRASHES?
                         8      A.   YES.
                         9      Q.   DO YOU KNOW THAT ONE OF THEM WENT DOWN TO THE BASEMENT
                        10      AND -- WORKING WITH HIS POWER TOOLS AND GOT ELECTROCUTED?
                        11      A.   YES.
                        12      Q.   DO YOU KNOW THAT ONE FELLOW WAS IN THE HOT TUB AND GOT
                        13      CONFUSED, AND HE TOOK A BROMIDE TABLE THAT'S SUPPOSED TO BE
                        14      USED TO SANITIZE THE HOT TUB WATER, AND HE SWALLOWED IT AND
                        15      BURNED HIS ESOPHAGUS AND DIED OF AN INFECTION?
                        16      A.   I DON'T THINK I KNEW ALL THOSE DETAILS, BUT I DID KNOW
                        17      ABOUT A HOT-TUB DEATH.
                        18      Q.   OVER ON PAGE 8 OF THIS DOCUMENT, WE'RE BACK NOW -- INSTEAD
                        19      OF ALL-CAUSE, WE'RE ON "CONFIRMED CARDIOVASCULAR THROMBOTIC
                        20      EVENTS."  YOU SEE THAT?
                        21      A.   YES.
                        22      Q.   AND WE HAVE TOTAL NUMBER OF PATIENTS WITH THE ENDPOINT
                        23      BEING A CARDIOVASCULAR THROMBOTIC EVENT; RIGHT?
                        24      A.   CONFIRMED CARDIOVASCULAR THROMBOTIC EVENT.
                        25      Q.   OKAY.  CONFIRMED.  MORE CONFIDENT THAT IT ACTUALLY
                        page 1525
                         1      HAPPENED; RIGHT?
                         2      A.   NOT NECESSARILY.
                         3      Q.   OKAY.  42 FOR VIOXX; RIGHT?
                         4      A.   YES.
                         5      Q.   AND 48 FOR PLACEBO; CORRECT?
                         6      A.   THAT'S TRUE, YES.
                         7      Q.   AND AGAIN, WE'VE GOT THE SAME NUMBER OF PATIENTS, BUT
                         8      THERE IS A SOMEWHAT OF A DIFFERENCE IN PATIENT NUMBER YEARS,
                         9      BUT THEY BREAK IT DOWN BY RATE, AND THE RATES ARE ESSENTIALLY
                        10      IDENTICAL; CORRECT?
                        11      A.   YES, SIR.
                        12      Q.   THEN SO THAT'S THE TOTAL NUMBER WITH THE CONFIRMED
                        13      CARDIOVASCULAR THROMBOTIC EVENTS, AND THEY FURTHER BREAK IT
                        14      DOWN IN THE CARDIAC EVENTS.  DO YOU SEE THAT?
                        15      A.   I DO.
                        16      Q.   AND THERE ARE 29 ON VIOXX AND 25 ON PLACEBO.  RIGHT?
                        17      A.   YES.
                        18      Q.   AND THE RATES, AGAIN, FOR ALL PRACTICAL PURPOSES, ARE
                        19      INDISTINGUISHABLE; RIGHT?
                        20      A.   YES.
                        21      Q.   AND THEN ACUTE MYOCARDIAL INFARCTION, WHICH IS A HEART
                        22      ATTACK, IT JUST SO HAPPENS THAT THE EXACT SAME NUMBER HAD HEART
                        23      ATTACKS ON VIOXX AND PLACEBO; RIGHT?
                        24      A.   AGAIN, TALKING ABOUT CONFIRMED HEART ATTACKS, YES, THAT'S
                        25      TRUE.
                        page 1526
                         1      Q.   RIGHT, JUST THE CONFIRMED ONES.  THE NUMBER JUST HAPPENS
                         2      TO BE EXACTLY THE SAME; RIGHT?
                         3      A.   THAT'S TRUE, YES.
                         4      Q.   AND THEN CEREBROVASCULAR EVENTS, THOSE ARE -- THAT WOULD
                         5      INCLUDE STROKES; RIGHT?
                         6      A.   YES, SIR.
                         7      Q.   SO THAT'S THE KIND WE JUST TALKED ABOUT JUST A SECOND AGO.
```

**Exhibit B - 9/16/06 Smith Trial Excerpts**

• **Mason - Motion to Exclude Moye's Testimony**

```
8      YOU WANT TO TAKE THAT INTO ACCOUNT BECAUSE IT CAN BE THE SAME
9      MECHANISM:  A CLOT FORMS.  IT JUST GOES UP INTO THE BRAIN
10     INSTEAD OF THE CORONARY ARTERY; RIGHT?
11     A.    THAT'S TRUE, SIR.
12     Q.    AND DID YOU KNOW WHEN YOU WERE TELLING THE JURY ABOUT
13     ALL-CAUSE MORTALITY, THAT, IN FACT, WHEN IT CAME TO STROKES AND
14     THAT SORT OF THING, THAT VIOXX ACTUALLY HAD FEWER THAN THE
15     PLACEBO?
16     A.    YES, SIR.
17     Q.    AND DID THE FDA GO ON TO SAY, "THE FINDING OF NO
```