Exhibit C - 6-2-06 Moye Deposition Excerpts

• Mason - Motion to Exclude Moye's Testimony

[1:1] - [1:24]    6/2/2006    Moye, Lemuel A.

```
page 1
    0001
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2
        IN RE: VIOXX         :  MDL DOCKET NO.
3       LITIGATION PRODUCTS  :  1657
        LIABILITY LITIGATION :  SECTION L
4                            :
        This document relates:  JUDGE FALLON
5       To                   :
        GERALD BARNETT AND   :  MAGISTRATE JUDGE
6       CORRINE BARNETT      :  KNOWLES
              V.             :
7       MERCK & CO., INC.    :
                             :
8       Civil Action No.     :
        2:06cv485            :
9                  - - -
10             June 2, 2006
11                 - - -
12           Oral deposition of LEMUEL A. MOYE,
13      M.D., Ph.D., held in the offices of
14      Abraham, Watkins, Nichols, Sorrels,
15      Matthew & Friend, 800 Commerce, Houston,
16      Texas, commencing at 9:30 a.m., on the
17      above date, before Linda L. Golkow, a
18      Federally-Approved Registered Diplomate
19      Reporter and Certified Shorthand
20      Reporter.
                      - - -
21          GOLKOW LITIGATION TECHNOLOGIES
                    Four Penn Center
22         1600 John F. Kennedy Boulevard
                      Suite 1210
23          Philadelphia, Pennsylvania 19103
                      877.DEPS.USA
24
page 2
1      A P P E A R A N C E S :
```

[83:20] - [83:24]    6/2/2006    Moye, Lemuel A.

```
page 83
19      tried to put together in my mind
20      what was going on here, I think it
21      became clear to me what they
22      weren't doing, so, I suppose I am
23      going to speak to some degree
24      about the motives.
page 84
1   BY MR. PIORKOWSKI:
```

[84:22] - [85:3]    6/2/2006    Moye, Lemuel A.

```
page 84
21      Q.    Okay.
22            Are you offering any
23  opinions that Merck intended to hurt
24  patients or intended to mislead the FDA?
page 85
1             MR. SIZEMORE:  Object to
2      form.
3             THE WITNESS:  I think I am.
4   BY MR. PIORKOWSKI:
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

**• Mason - Motion to Exclude Moye's Testimony**

| | | |
|---|---|---|
| [85:18] - [85:24] | 6/2/2006 | Moye, Lemuel A. |

```
page 85
17  Merck's intent or Merck's motives?
18       A.    I think I can probably speak
19  most clearly about Merck's intent.  And I
20  believe Merck's intent was not to provide
21  a fair, clear assessment of the
22  relationship between Vioxx and
23  cardiovascular events -- cardiovascular
24  serious adverse events.
page 86
1        Q.    At a particular point in
```

| | | |
|---|---|---|
| [87:18] - [88:3] | 6/2/2006 | Moye, Lemuel A. |

```
page 87
17  training.  That's right.
18       Q.    You are not fellowship
19  trained in cardiology, correct?
20       A.    That's true.  I'm not
21  fellowship trained.
22       Q.    You're not board certified
23  in cardiology?
24       A.    I'm not board certified.
page 88
1        Q.    You don't hold yourself out
2   as a cardiologist, right?
3        A.    That's right.
4        Q.    You're not fellowship
```

| | | |
|---|---|---|
| [88:22] - [89:1] | 6/2/2006 | Moye, Lemuel A. |

```
page 88
21       A.    That's correct.
22       Q.    You don't hold yourself out
23  as an expert in pharmacology, either,
24  right?
page 89
1        A.    That's correct.
2        Q.    Am I correct you've not seen
```

| | | |
|---|---|---|
| [89:2] - [89:23] | 6/2/2006 | Moye, Lemuel A. |

```
page 89
1        A.    That's correct.
2        Q.    Am I correct you've not seen
3   a patient since March of 1992?
4        A.    That's not true.  Certainly,
5   I have not been in practice since March
6   of 1992, but I've seen patients, and the
7   biggest -- I saw many patients during the
8   Katrina debacle, but I've certainly not
9   been in practice since March 1992.
10       Q.    By "not in practice," that
11  means you didn't have regular office
12  hours?
13       A.    That's true.
14       Q.    Is that what that means?
15       A.    That's right.
16       Q.    All right.
17             In what capacity have you
18  seen patients since March of 1992?
19       A.    Actually, more as courtesy
20  than anything else.  And also the
21  emergency care that first responders
22  provided at the Astro Arena last
23  September.
24       Q.    Do you currently keep a
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

**• Mason - Motion to Exclude Moye's Testimony**

[91:5] - [91:20]         6/2/2006        Moye, Lemuel A.

```
page 91
4         A.      Yes, sir.
5         Q.      Have you ever prescribed
6  Vioxx?
7         A.      No.
8         Q.      Have you ever counseled a
9  patient about Vioxx?
10        A.      No.
11        Q.      Did you ever read the
12 product label for Vioxx while Vioxx was
13 on the market?
14        A.      No.
15        Q.      Have you ever prescribed any
16 COX-2 inhibitor drug?
17        A.      No.
18        Q.      Do you have any personal
19 experience with Vioxx?
20        A.      No.
21        Q.      Are there any physicians
```

[91:21] - [92:4]         6/2/2006        Moye, Lemuel A.

```
page 91
20        A.      No.
21        Q.      Are there any physicians
22 that you know who prescribed Vioxx with
23 whom you've discussed their experience?
24        A.      No.
page 92
1         Q.      Are there any patients you
2  know who've used Vioxx with whom you've
3  discussed their experience?
4         A.      No.
5         Q.      When you were practicing
```

[94:1] - [94:24]         6/2/2006        Moye, Lemuel A.

```
page 93
24        A.      Not when used as directed.
page 94
1         Q.      How did you direct people to
2  use them?
3         A.      For a fairly short period of
4  time, no more than five to seven days.
5         Q.      Did you ever use
6  nonsteroidal anti-inflammatory drugs for
7  more than five to seven days?
8         A.      No.
9         Q.      Did you take care of any
10 arthritis patients?
11        A.      Osteoarthritic patients,
12 yes.  Very rarely did I care for a
13 rheumatoid arthritic patient chronically,
14 but several osteoarthritic patients.
15        Q.      What medications did you use
16 to control pain and inflammation in
17 osteoarthritis patients?
18        A.      Actually, I didn't use --
19 well, to answer your question directly,
20 Tylenol.  An acute bout -- an acute bolus
21 I would say, five to seven days of a
22 nonsteroidal anti-inflammatory, but
23 primarily it was a combination of rest
24 and exercise and warm water baths.
page 95
1         Q.      Did you conduct at any point
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

**• Mason - Motion to Exclude Moye's Testimony**

[95:9] - [96:2]          6/2/2006       Moye, Lemuel A.

```
page 95
 8         A.    No.
 9         Q.    Were you the author of any
10   original epidemiological studies on Vioxx
11   or any other COX-2 inhibitor?
12         A.    No.
13         Q.    Are you the author of any
14   original epidemiological studies on the
15   effects of NSAIDs?
16               MR. SIZEMORE:  Did you get
17         that question?
18               THE WITNESS:  I did.  Let me
19         answer this way.  I was not
20         involved in an epidemiologic study
21         that focused on the effect of
22         NSAIDs.  That's true.
23   BY MR. PIORKOWSKI:
24         Q.    Were you involved in a study
page 96
 1   that focused on the efficacy of NSAIDs?
 2         A.    No.
 3         Q.    Were you involved in a study
```

[108:17] - [108:19]          6/2/2006       Moye, Lemuel A.

```
page 108
16   you say is true.
17         Q.    Advisory Committees also
18   include biostatisticians, correct?
19         A.    Yes.
20         Q.    And even though you were on
```

[108:20] - [109:4]          6/2/2006       Moye, Lemuel A.

```
page 108
19         A.    Yes.
20         Q.    And even though you were on
21   the cardiorenal Advisory Committee,
22   you're not an expert in cardiology or
23   nephrology, right?
24         A.    I would disagree with you
page 109
 1   about that.  I certainly am not a
 2   cardiologist, but I have extensive
 3   training and experience carrying out
 4   cardiovascular clinical trials.
 5         Q.    Were you chosen for the
```

[120:15] - [121:4]          6/2/2006       Moye, Lemuel A.

```
page 120
14         A.    Certainly.
15         Q.    And often one or more
16   Advisory Committee member dissents from
17   the majority view?
18         A.    Yes.
19         Q.    Because the decisions often
20   involve questions of medical judgment.
21   Fair to say?
22         A.    Yes.  Individual medical
23   judgment, yes.
24         Q.    And reasonable minds can
page 121
 1   often differ on these questions.  Would
 2   you agree?
 3         A.    Yes.  There are some tough
 4   questions.
 5         Q.    And in fact, if we were to
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

• **Mason - Motion to Exclude Moye's Testimony**

[132:6] - [132:19]        6/2/2006        Moye, Lemuel A.

```
page 132
5         A.    I don't remember.
6         Q.    What about Proctor & Gamble?
7         A.    Proctor & Gamble was a
8   consultation about an antipsychotic
9   medication.
10        Q.    Was it in your capacity as a
11  biostatistician?
12        A.    Yes, it was, and also my
13  expertise in cardiology because there was
14  concern about the occurrence of
15  arrhythmias.
16        Q.    Did you design a study?
17        A.    No, sir.  I beg your pardon.
18  Yes.  I didn't execute it or analyze it,
19  but I helped design it.
20        Q.    Was the study you helped
```

[134:13] - [135:18]        6/2/2006        Moye, Lemuel A.

```
page 134
12        A.    That's right.
13        Q.    How about Pfizer?
14        A.    Pfizer, any psychotic
15  medication for them I was involved in
16  analyzing the results of the clinical
17  study.  Same type of newer generation
18  anti-schizophrenic medication that they
19  feared was associated with arrhythmias.
20        Q.    Is this by virtue of your
21  work in the Seldane litigation that these
22  came into you?
23        A.    I don't know.  It certainly
24  makes sense, because the kind of
page 135
1   arrhythmia we were concerned about in
2   Seldane was related to the arrhythmias
3   that were associated with these newer
4   anti-psychotics.
5         Q.    Okay.
6               Did you design a clinical
7   trial or was that just a one-time
8   consultation?
9         A.    I think it was just a short
10  consultation evaluation of their Phase
11  III clinical -- of their Phase III safety
12  program.  So, it's preapproval.
13        Q.    While it was still going on?
14        A.    You mean while the trial was
15  still going on?
16        Q.    Yes.
17        A.    I think while the trial --
18  yes, yes, and afterwards, yes.
19        Q.    Okay.
```

[135:20] - [137:13]        6/2/2006        Moye, Lemuel A.

```
page 135
19        Q.    Okay.
20              Any other work for Pfizer?
21        A.    I've given some lectures at
22  Pfizer, but not consulted on a drug.
23        Q.    What lectures have you
24  given?
page 136
1         A.    I gave three lectures to
2   Pfizer, November 2004.  Do you want the
3   topics?
4         Q.    Sure.
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

**• Mason - Motion to Exclude Moye's Testimony**

```
                     5      A.    Okay.
                     6      Q.    Would they be on your CV?
                     7      A.    Yes, they would.
                     8      Q.    Let me give you that if that
                     9 helps.
                    10            - - -
                    11            (Whereupon, Deposition
                    12      Exhibit Moye MDL 3, Curriculum
                    13      Vitae of Lemuel A. Moye, M.D.,
                    14      Ph.D. (22 pages), was marked for
                    15      identification.)
                    16            - - -
                    17 BY MR. PIORKOWSKI:
                    18      Q.    I'm going to give you what I
                    19 marked as Exhibit 3, which is your CV.
                    20      A.    (Witness reviewing
                    21 document.)
                    22            Yes.  Here they are.  Items
                    23 56, 57 and 58.  One was a discussion of
                    24 dependence in subgroup analyses.  The
                    page 137
                    1 other was hyperdependence in clinical
                    2 trial analyses.
                    3       Q.    I'm sorry, what page are you
                    4 on?
                    5       A.    I'm on Page 15.
                    6       Q.    56, 57 and 58?
                    7       A.    56, 57 and 58.  So,
                    8 dependence in subgroup analyses,
                    9 hyperdependence in clinical trial
                    10 analyses, and professionalism in science.
                    11      Q.    Okay.
                    12            Anything else for Pfizer?
                    13      A.    No.
                    14      Q.    What about -- how do you say
```

[176:7] - [177:5]        6/2/2006     Moye, Lemuel A.

```
                    page 176
                    6       Q.    That's it?
                    7             What was your role for
                    8 Bristol-Myers Squibb before the FDA?
                    9       A.    As --
                    10      Q.    You were hired by
                    11 Bristol-Myers Squibb to appear before the
                    12 FDA on their behalf?
                    13      A.    In the context of our
                    14 previous discussion about my work in SAE,
                    15 we had produced a new type of statistical
                    16 analysis that the FDA was not familiar
                    17 with, and I gave, I think, one lecture to
                    18 the FDA officials about the development
                    19 of this measure.
                    20      Q.    Okay.
                    21            So, you were not serving as
                    22 an advocate for the product, you were
                    23 just explaining the statistical method?
                    24      A.    That's correct.
                    page 177
                    1       Q.    All right.
                    2             And is that your only
                    3 involvement before the FDA with
                    4 Bristol-Myers Squibb?
                    5       A.    Yes.
                    6       Q.    Was that an advisory
```

[181:10] - [182:11]       6/2/2006     Moye, Lemuel A.

```
                    page 181
                    9       A.    Right.
                    10            Excuse me.  I owe you a
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

• **Mason - Motion to Exclude Moye's Testimony**

```
                    11  fourth presentation before I forget.
                    12       Q.   Yes.
                    13       A.   It was actually just last
                    14  year.  It was May of 2005, and I
                    15  presented before the FDA on the use of
                    16  orthogonal discriminate analysis in
                    17  developing mixtures of proteomic tests to
                    18  predict Alzheimer's disease and
                    19  Parkinson's disease.
                    20       Q.   On whose behalf was that
                    21  presentation?
                    22       A.   Power Three Medical.
                    23       Q.   Was it in association with a
                    24  particular product?
                    page 182
                    1        A.   Yes, it was.  The product
                    2   would be a test kit.
                    3        Q.   Did it have a product name
                    4   you were aware of?
                    5        A.   I would say not yet.  It
                    6   wasn't even that far.
                    7        Q.   All right.
                    8             Is it fair to say that that
                    9   presentation was also about the use of a
                    10  particular statistical technique?
                    11       A.   Yes, that's right.
                    12       Q.   And was that also to -- was
```

[207:14] - [208:6]      6/2/2006     Moye, Lemuel A.

```
                    page 207
                    13  right?
                    14       A.   Celebrex, I don't quite
                    15  agree with that with Celebrex, because my
                    16  understanding of Celebrex is that it has
                    17  more COX-1, anti-COX-1 activity than
                    18  Vioxx does.  So, to the degree that it
                    19  has more anti-COX-1 activity is the
                    20  degree to which it might inhibit
                    21  thromboxane.
                    22       Q.   Have you looked at any
                    23  literature that discusses the effect of
                    24  Celebrex on thromboxane or not?
                    page 208
                    1        A.   I have not looked at any
                    2   particular literature, no.
                    3        Q.   There's nothing you've seen
                    4   that tells you one way or the other?
                    5        A.   I haven't looked to answer
                    6   the question.
                    7        Q.   Okay.
```

[242:15] - [243:6]      6/2/2006     Moye, Lemuel A.

```
                    page 242
                    14       Q.   Right.
                    15            And are there multiple
                    16  organs in the body that produce
                    17  prostacyclin?
                    18       A.   Yes, sir.
                    19       Q.   What are the organs?
                    20       A.   Prostacyclin -- kidney.
                    21       Q.   Kidney.
                    22       A.   That's the only one that
                    23  comes to mind right now.
                    24       Q.   Is it produced in the lung?
                    page 243
                    1        A.   I don't know about that.
                    2        Q.   How about the ovary?
                    3        A.   I don't know about that.
                    4        Q.   You just don't know one way
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

• Mason - Motion to Exclude Moye's Testimony

```
                              5   or the other?
                              6        A.    Right.
                              7        Q.    And then you see the second
```

[299:7] - [301:14]        6/2/2006      Moye, Lemuel A.

```
                         page 299
                         6        Q.    Okay.
                         7              Well, let's take them one at
                         8   a time.  First of all, what's your basis
                         9   mechanistically for saying that Vioxx
                        10   destabilizes plaque?  Do you have any
                        11   paper or any scientific evidence of that?
                        12        A.    I don't have any paper that
                        13   shows definitively that in intravascular
                        14   atherosclerosis production that COX-2
                        15   inhibitors can accelerate that.  I guess
                        16   I would have expected to see that from
                        17   Merck's own development program.  I mean,
                        18   it wasn't there.
                        19              However, I do understand the
                        20   complexity of the atherosclerotic
                        21   generation system.  I also understand the
                        22   delicate interplay in the role of
                        23   thrombus, and I believe it is admissible
                        24   that COX-2 inhibitors, like Vioxx, and
                         page 300
                         1   exclusively COX-2 inhibitors, can make
                         2   atherogenic caps more friable.
                         3              MR. JOSEPHSON:  Objection,
                         4         nonresponsive.
                         5   BY MR. PIORKOWSKI:
                         6        Q.    Based on what?
                         7        A.    Based on my understanding of
                         8   how these mechanisms work.
                         9        Q.    We already talked about
                        10   MMP-9 and 2 and their effect on
                        11   stabilizing plaque when you inhibit them.
                        12   Do you have any theory or any paper that
                        13   supports that inhibiting COX-2 causes
                        14   destabilization of plaque specifically?
                        15              MR. WACKER:  Object to form.
                        16              THE WITNESS:  It is my
                        17         assessment -- it is my opinion
                        18         based on the summing up of my
                        19         understanding of the mechanisms by
                        20         which atherogenic mounds develop
                        21         and break off.
                        22              MR. PIORKOWSKI:  Objection,
                        23         nonresponsive.
                        24   BY MR. PIORKOWSKI:
                         page 301
                         1        Q.    So, the answer is, no, you
                         2   can't cite me to any scientific study?
                         3              MR. WACKER:  That's
                         4         argumentative.
                         5              THE WITNESS:  I guess my
                         6         answer is --
                         7              MR. PIORKOWSKI:  No, it's
                         8         not.  My question is, is there a
                         9         study, not what's his
                        10         understanding.
                        11              THE WITNESS:  My answer is,
                        12         no, there's not, and I would have
                        13         expected to see one in Merck's
                        14         development program.
                        15   BY MR. PIORKOWSKI:
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

**• Mason - Motion to Exclude Moye's Testimony**

[331:7] - [332:9]         6/2/2006      Moye, Lemuel A.

```
page 331
 6       A.    Yes.
 7       Q.    Is prostacyclin a
 8  prostaglandin?
 9       A.    (Witness reviewing
10  document.)
11             I'm sorry.  I don't see
12  where I mention prostacyclin here.
13       Q.    You don't.
14       A.    Oh, okay.  I'm sorry.
15       Q.    I said you mentioned
16  prostaglandins.
17       A.    Yes.
18       Q.    My question is, is
19  prostacyclin a prostaglandin?
20       A.    It's related to it.  I don't
21  know the chemical composition of it.  So,
22  I don't know if it meets the chemist's
23  definition of being a prostaglandin or
24  not.
page 332
 1       Q.    Is that outside your area of
 2  expertise?
 3       A.    Whether prostacyclin is a
 4  prostaglandin, yes.
 5       Q.    Do you know whether
 6  thromboxane is a prostaglandin?
 7       A.    It's regulated by
 8  prostaglandin.  I don't know if itself it
 9  is a prostaglandin.
10       Q.    You say that in Paragraph 68
```

[333:13] - [333:21]         6/2/2006      Moye, Lemuel A.

```
page 333
12       Q.    Okay.
13             You say that disturbing the
14  balance, delicate clotting balance is one
15  of the mechanisms by which you believe
16  Vioxx can exert an effect, right?
17       A.    Right.
18       Q.    And is that effect one that
19  is related to what you believe to be its
20  effect on prostacyclin?
21       A.    Yes.
22       Q.    Okay.
```

[336:8] - [336:15]         6/2/2006      Moye, Lemuel A.

```
page 336
 7       A.    Yes.
 8       Q.    Now, the idea about this
 9  imbalance is that the imbalance is caused
10  by inhibiting prostacyclin without the
11  thromboxane, right?
12       A.    Of the clotting imbalance.
13       Q.    Of the clotting imbalance?
14       A.    Yes.
15       Q.    Right.
16             So, to the extent that the
```

[339:21] - [340:7]         6/2/2006      Moye, Lemuel A.

```
page 339
20  BY MR. PIORKOWSKI:
21       Q.    -- "is unsafe at any
22  dose/duration combination in any patient
23  regardless of their underlying risk for
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

**• Mason - Motion to Exclude Moye's Testimony**

```
                         24  cardiovascular disease."
                         page 340
                         1               Is that your opinion?
                         2      A.       Yes.
                         3      Q.       So, there's no patient ever
                         4  for whom the risks of Vioxx justify
                         5  giving that product?  Is that your view?
                         6      A.       That's my view.  That is my
                         7  view, yes.
                         8      Q.       Okay.
```

[343:21] - [343:24]         6/2/2006       Moye, Lemuel A.

```
                         page 343
                         20     Q.       Okay.
                         21              Well, you're expressing the
                         22 view that there's no patient for whom the
                         23 benefits outweigh the risks?
                         24     A.       That's true.
                         page 344
                         1      Q.       Okay.
```

[351:12] - [351:15]         6/2/2006       Moye, Lemuel A.

```
                         page 351
                         11 alternatives.
                         12     Q.       There are alternatives that
                         13 are less risky?
                         14     A.       There are alternatives that
                         15 don't cause heart attacks and strokes.
                         16     Q.       What are those?
```

[360:7] - [360:13]          6/2/2006       Moye, Lemuel A.

```
                         page 360
                         6      Q.       Okay.
                         7               But your view is that there
                         8  are no circumstances in which the
                         9  benefits of Vioxx outweigh the risks,
                         10 right?
                         11     A.       Yes, sir.
                         12     Q.       Ever?
                         13     A.       Yes.
                         14                   - - -
```

[368:22] - [369:24]         6/2/2006       Moye, Lemuel A.

```
                         page 368
                         21     Q.       Okay.
                         22              Do you disagree that the FDA
                         23 also found that data from long-term
                         24 controlled clinical trials that have
                         page 369
                         1  included a comparison of COX-2 selective
                         2  and nonselective NSAIDs do not clearly
                         3  demonstrate that the COX-2 selective
                         4  agents confer a greater risk of serious
                         5  adverse CV events than nonselective
                         6  NSAIDs?
                         7      A.       If you ask me do I disagree
                         8  with the fact that they said that, of
                         9  course not.
                         10     Q.       Okay.
                         11              So, let me make sure I got
                         12 this --
                         13     A.       That's what they said and I
                         14 acknowledged that.
                         15     Q.       And you disagree with that?
                         16     A.       Well, I'm here to speak
                         17 today about rofecoxib.
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

**• Mason - Motion to Exclude Moye's Testimony**

```
                    18      Q.    I understand.
                    19      A.    I'm not here to speak about
                    20  Bextra or Celebrex.
                    21      Q.    I understand.
                    22      A.    And so based on my
                    23  understanding of the effects of
                    24  rofecoxib, I would disagree with that.
                    page 370
                    1       Q.    Okay.
```

[370:2] - [371:21]        6/2/2006      Moye, Lemuel A.

```
                    page 370
                    1       Q.    Okay.
                    2             But you haven't done a
                    3   scientific review of the literature on
                    4   the cardiovascular effects of other
                    5   NSAIDs, have you?
                    6       A.    That's true.
                    7       Q.    And the FDA says that they
                    8   did that?
                    9       A.    Fair enough.
                    10      Q.    Okay.  All right.
                    11            Is it your position that you
                    12  know that Vioxx has a greater
                    13  cardiovascular risk than these other
                    14  drugs which you have not done a
                    15  scientific investigation of, or is it
                    16  your opinion you've not looked at the
                    17  question and don't have an opinion one
                    18  way or the other?
                    19      A.    I have not looked at the
                    20  question, so, I can't rank order, I think
                    21  is the term used by the FDA.  At this
                    22  point in time, I can't rank order.
                    23      Q.    With respect to
                    24  cardiovascular risk?
                    page 371
                    1       A.    Right.
                    2       Q.    Okay.
                    3             And that's true with respect
                    4   to Vioxx and Celebrex also, right?
                    5       A.    Well, it means the same
                    6   thing.  Rank order with respect to
                    7   COX-2s -- with respect to rofecoxib and
                    8   other COX-2s, because I haven't looked at
                    9   other COX-2s.
                    10      Q.    I just want to make sure
                    11  we're clear on two things.
                    12      A.    Maybe not.
                    13      Q.    Rank order with respect to
                    14  Vioxx versus Celebrex, you haven't looked
                    15  at that question, right?
                    16      A.    That's right.  I have not
                    17  looked at that point.
                    18      Q.    So, you can't have an
                    19  opinion not having looked at that
                    20  question?
                    21      A.    Right.
                    22      Q.    And you also have not looked
```

[376:21] - [377:13]        6/2/2006      Moye, Lemuel A.

```
                    page 376
                    20  BY MR. PIORKOWSKI:
                    21      Q.    Dr. Moye, is there any
                    22  specific study that you're relying on for
                    23  your opinion that Vioxx causes an
                    24  imbalance between prostacyclin and
                    page 377
                    1   thromboxane?
```

Exhibit C - 6-2-06 Moye Deposition Excerpts

• **Mason - Motion to Exclude Moye's Testimony**

```
          2     A.     No.  It was my understanding
          3  of the biochemistry of it, but I haven't
          4  reviewed the basic biochemical studies,
          5  no.
          6     Q.     Do you know whether the
          7  studies measure prostacyclin directly or
          8  whether they measure a metabolite of
          9  prostacyclin?
         10     A.     I don't know that.
         11     Q.     Do you know the difference
         12  between PGI2 and PGF1a?
         13     A.     No.
         14     Q.     Are you aware of any studies
```

[394:11] - [394:18]      6/2/2006      Moye, Lemuel A.

```
         page 394
         10    to form.
         11         THE WITNESS:  I would say
         12    not just based on those studies,
         13    but based on my understanding of
         14    the role of the -- the
         15    differential role of COX-1, COX-2,
         16    that Vioxx is the worst.  That's
         17    my understanding as I sit here
         18    today.
         19         MR. WACKER:  Thank you.
```

[396:1] - [396:21]      6/2/2006      Moye, Lemuel A.

```
         page 395
         24
         page 396
          1          C E R T I F I C A T E
          2
          3     I, LINDA L. GOLKOW, a Notary
            Public and Certified Shorthand Reporter
          4  of the State of New Jersey, do hereby
            certify that prior to the commencement of
          5  the examination, LEMUEL A. MOYE, M.D. was
            duly sworn by me to testify to the truth,
          6  the whole truth and nothing but the
            truth.
          7
          8     I DO FURTHER CERTIFY that the
            foregoing is a verbatim transcript of the
          9  testimony as taken stenographically by
            and before me at the time, place and on
         10  the date hereinbefore set forth, to the
            best of my ability.
         11
         12     I DO FURTHER CERTIFY that I am
            neither a relative nor employee nor
         13  attorney nor counsel of any of the
            parties to this action, and that I am
         14  neither a relative nor employee of such
            attorney or counsel, and that I am not
         15  financially interested in the action.
         16
         17
         18
         19      _____
            LINDA L. GOLKOW, CSR
         20  Notary Number:  1060147
            Notary Expiration:  1-2-08
         21  CSR Number:  30XI176200
            Dated:  June 9, 2006
         22
```