**Exhibit E - 7/5/06 Grossberg Trial Excerpts**

**• Mason - Motion to Exclude Moye's Testimony**

[:] - [:]          7/5/2006          Grossberg Trial - (p.1393-1520)) Shapiro, Moye (AM)

```
page
                        SUPERIOR COURT OF THE STATE OF CALIFORNIA
                            FOR THE COUNTY OF LOS ANGELES
     DEPARTMENT 324                    HON. VICTORIA G. CHANEY, JUDGE
    COORDINATED PROCEEDING SPECIAL TITLE,)
    [RULE 1550 (B)]                         )  SUPERIOR COURT
                                            )  CASE NO. JCCP 4247
    IN RE VIOXX CASES                       )
    _____)
                                            )
                                            )  CASE NO. BC 327729
    STEWART GROSSBERG VS.                   )
    MERCK & COMPANY, ET AL.                 )
    _____)
                        REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS
                                   JULY 5, 2006
                                   A.M. SESSION
                          PAGES 1393 THROUGH 1520, INCLUSIVE
       APPEARANCES:
       (AS NOTED ON THE FOLLOWING PAGE.)
                              LINDA BICHÉ, CSR NO. 3359, RMR, CRR
                              OFFICIAL REPORTER
       APPEARANCES:
       FOR PLAINTIFFS:        GIRARDI AND KEESE
                              BY:  THOMAS V. GIRARDI
                                   JAMES G. O'CALLAHAN
                                   VINCENT J. CARTER
                              1126 WILSHIRE BOULEVARD
                              LOS ANGELES, CALIFORNIA  90017-1204
                              213.977.0211
                              TGIRARDI@GIRARDIKEESE.COM
                              JOCALLAHAN@GIRARDIKEESE.COM
                              VCARTER@GIRARDIKEESE.COM
                              BEASLEY, ALLEN, CROW, METHVIN,
                              PORTIS & MILES
                              BY:  J. PAUL SIZEMORE
                              234 COMMERCE STREET
                              POST OFFICE BOX 4160
                              MONTGOMERY, ALABAMA  36103-4160
                              334.269.2343
                              PAUL.SIZEMORE@BEASLEYALLEN.COM
       FOR DEFENDANTS:        SEDGWICK, DETERT, MORAN & ARNOLD
                              BY:  RALPH A. CAMPILLO
                                   WENDY A. TUCKER
                              801 SOUTH FIGUEROA STREET
                              18TH FLOOR
                              LOS ANGELES, CALIFORNIA  90017-5556
                              213.426.6900
                              RALPH.CAMPILLO@SDMA.COM
                              WENDY.TUCKER@SDMA.COM
                              BARTLIT, BECK, HERMAN,
                              PALENCHAR & SCOTT
                              BY:  TAREK ISMAIL
                                   SHAYNA COOK
                              COURTHOUSE PLACE
                              54 WEST HUBBARD STREET
                              CHICAGO, ILLINOIS  60610
                              312.494.4440
                              TAREK.ISMAIL@BARTLIT-BECK.COM
                              SHAYNA.COOK@BARTLIT-BECK.COM
                              O'MELVENY & MYERS
                              BY:  RICHARD B. GOETZ
                              400 SOUTH HOPE STREET
                              LOS ANGELES, CALIFORNIA  90071-2899
                              213.430.6429
                              RGOETZ@OMM.COM
                                       INDEX
           JULY 5, 2006
```

**Exhibit E - 7/5/06 Grossberg Trial Excerpts**

**• Mason - Motion to Exclude Moye's Testimony**

```
                    8:45 A.M.                              1393
                    WITNESS:                               PAGE:
```

[1511:20] - [1511:24]      7/5/2006      Grossberg Trial - (p.1393-1520)) Shapiro, Moye (AM)

```
                           page 1511
                           19                               A.    YES.
                           20                               MR. ISMAIL:  OBJECTION, YOUR HONOR.  YOUR HONOR'S
                           21                       RULING PREVIOUSLY BEFORE TRIAL WAS THAT THIS WITNESS WILL NOT
                           22                       DO MECHANISM, BIOCHEMICAL, ET CETERA, ET CETERA, AND THAT'S
                           23                       WHAT THE QUESTION --
                           24                               THE COURT:  SUSTAINED.
                           25                               MR. ISMAIL:  THANK YOU.
```