Exhibit F - 6/16/06 Moye Deposition Excerpts

• Mason - Motion to Exclude Moye's Testimony

[400:1] - [400:24]　　　　6/16/2006　　Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 400
1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2
   IN RE: VIOXX         :   MDL DOCKET NO.
3  LITIGATION PRODUCTS  :   1657
   LIABILITY LITIGATION :   SECTION L
4                       :
   This document relates:   JUDGE FALLON
5  To                   :
   GERALD BARNETT AND   :   MAGISTRATE JUDGE
6  CORRINE BARNETT      :   KNOWLES
         V.             :
7  MERCK & CO., INC.    :
                        :
8  Civil Action No.     :
   2:06cv485            :
9                       :
   And Related Actions  :
10                - - -
11             June 16, 2006
12                - - -
13      Videotaped deposition of LEMUEL A.
14  MOYE, M.D., Ph.D., VOLUME 2, held in the
15  offices of Abraham, Watkins, Nichols,
16  Sorrels, Matthew & Friend, 800 Commerce,
17  Houston, Texas, commencing at 8:10 a.m., on
18  the above date, before Michael E. Miller,
19  Registered Merit Reporter and Certified
20  Realtime Reporter.
                      - - -
21
            GOLKOW LITIGATION TECHNOLOGIES
22              Four Penn Center
           1600 John F. Kennedy Boulevard
23                Suite 1210
           Philadelphia, Pennsylvania 19103
24                877.DEPS.USA
page 401
1  A P P E A R A N C E S:
```

[645:3] - [645:9]　　　　6/16/2006　　Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 645
2           No, I don't.
3       Q.  Okay.  Are you aware of any
4  controlled clinical trial that shows -- even
5  to today, that shows a statistically
6  significant increased risk of myocardial
7  infarction in 50-milligram Vioxx users
8  compared to placebo?
9       A.  Compared to placebo?  No.
10      Q.  Okay.  Are you aware of any
```

[646:5] - [646:9]　　　　6/16/2006　　Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 646
4  ADVANTAGE, and I'm wondering about VIP.
5       Q   (BY MR. PIORKOWSKI)  Okay.
6  ADVANTAGE and VIP were both 25 milligrams,
7  right?
8       A.  Right.  Well, your question
9  was --
10      Q.  12.5 milligrams?
```

Exhibit F - 6/16/06 Moye Deposition Excerpts

**• Mason - Motion to Exclude Moye's Testimony**

[646:12] - [646:24]     6/16/2006     Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 646
11      A.    Ah. Well -- no. Okay. Okay.
12      Q.    So let's just -- so the record
13 is clear: Are you aware of any controlled
14 clinical trial that shows a statistically
15 significant increased risk of MI in
16 12.5-milligram Vioxx users compared to
17 placebo?
18      A.    No.
19      Q.    Okay. And are you aware of any
20 controlled clinical trial that shows a
21 statistically significant increased risk of
22 MI in 12.5-milligram Vioxx users compared to
23 nonselective NSAIDs?
24      A.    No.
page 647
1       Q.    Okay. Are you aware of any
```

[649:10] - [649:15]     6/16/2006     Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 649
9       A.    That's correct.
10      Q.    Okay. Was the difference in
11 myocardial infarctions in the VIP study
12 between the Vioxx group and the placebo group
13 a statistically significant difference?
14      A.    The data I saw had
15 insignificant differences.
16      Q.    Had what?
```

[781:1] - [781:22]     6/16/2006     Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 780
24           3:28 p.m.)
page 781
1               C E R T I F I C A T E
2
3               I, MICHAEL E. MILLER, a Notary
    Public, Registered Merit Reporter and
4   Certified Realtime Reporter, do hereby
    certify that prior to the commencement of the
5   examination, LEMUEL A. MOYE, M.D., Ph.D. was
    duly sworn by me to testify to the truth, the
6   whole truth and nothing but the truth.
7               I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
8   testimony as taken stenographically by and
    before me at the time, place and on the date
9   hereinbefore set forth, to the best of my
    ability.
10
                I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15
16           _____
             MICHAEL E. MILLER, RMR, CRR
17           Notary Public in and for
             The State of Texas
18           My Commission Expires: 7/9/2008
             Dated: June 19, 2006
19
20
21
```

**Exhibit F - 6/16/06 Moye Deposition Excerpts**

- **Mason - Motion to Exclude Moye's Testimony**
  22
  23