**Exhibit G - 12/1/05 Plunkett Trial Excerpts**

• Mason - Motion to Exclude Moye's Testimony

[487:1] - [487:25]     12/1/2005    Irvin Plunkett Trial - Baldwin, Nies, Ray

```
page 487
   0487
1                         UNITED STATES DISTRICT COURT
2                         EASTERN DISTRICT OF LOUISIANA
3
4
5
        IN RE: VIOXX PRODUCTS           *
6       LIABILITY LITIGATION            *  MDL DOCKET NO. 1657
                                        *
7                                       *
        THIS DOCUMENT RELATES TO        *  HOUSTON, TEXAS
8       CASE NO. 05-4046:               *
                                        *
9       EVELYN IRVIN PLUNKETT, ET AL    *  DECEMBER 1, 2005
                                        *
10      VERSUS                          *
                                        *  8:30 A.M.
11      MERCK & CO., INC.               *
        * * * * * * * * * * * * * * *
12
13
                              VOLUME III
14                       JURY TRIAL BEFORE THE
                       HONORABLE ELDON E. FALLON
15                   UNITED STATES DISTRICT JUDGE
16
17      APPEARANCES:
18
        FOR THE PLAINTIFF:         BEASLEY ALLEN CROW METHVIN
19                                   PORTIS & MILES
                                   BY:  JERE LOCKE BEASLEY, ESQ.
20                                      ANDY D. BIRCHFELD, JR., ESQ.
                                        J. PAUL SIZEMORE, ESQ.
21                                 234 COMMERCE STREET
                                   POST OFFICE BOX 4160
22                                 MONTGOMERY, ALABAMA 36103
23
        FOR THE PLAINTIFF:         ROBINSON, CALCAGNIE & ROBINSON
24                                 BY:  MARK P. ROBINSON, JR., ESQ.
                                   620 NEWPORT CENTER DRIVE
25                                 NEWPORT BEACH, CALIFORNIA 92660
page 488
1       APPEARANCES, (CONTINUED):
```

[506:21] - [508:15]    12/1/2005    Irvin Plunkett Trial - Baldwin, Nies, Ray

```
page 506
20      CLEAR ANSWER.
21              THE COURT:  ALL RIGHT.  OKAY.  I'VE HEARD THAT.  SO
22      LET'S NOT GET INTO TOPAL'S DEPOSITION.  LET ME TELL YOU THE WAY
23      I FEEL ABOUT THIS:  HE'S A CARDIOLOGIST.  HE SEEMS TO BE WELL
24      QUALIFIED AS A CARDIOLOGIST.  I THINK, AS A CARDIOLOGIST, HE
25      WOULD BE HELPFUL TO THE COURT AND THE JURY IN EXPLAINING
page 507
1       THINGS, LIKE THE ANATOMY OF THE HEART, LIKE CHOLESTEROL
2       PLAQUES, THE FORMATION OF CLOTS, HOW THEY FORM, THE TYPE OF
3       CLOTS THAT ARE FORMED, EVEN THE TYPE OF CLOT THAT MR. IRVIN
4       HAD, IF HE LOOKED AT THE AUTOPSY REPORT AND CAN DIAGNOSE THAT
5       PARTICULAR CLOT, THE SIGNIFICANCE OF CLOTS, HOW CLOTS AFFECT
6       THE FUNCTIONING OF THE HEART, BUT I WON'T LET HIM TESTIFY AS TO
7       THE PART, IF ANY, THAT VIOXX OR COX-2 INHIBITORS PLAYED IN MR.
8       IRVIN'S DEATH.  I DON'T FEEL THAT HE'S QUALIFIED BY VIRTUE OF
9       EXPERIENCE, TRAINING, TO TESTIFY AS TO THE SPECIFIC CAUSE OF
10      MR. IRVIN'S DEATH.  A GENERAL CAUSE OF CLOTS, THE GENERAL
11      FORMATION OF CLOTS, HOW THEY ARE FORMED, WHERE THEY ARE FORMED,
12      WHAT TYPE OF CLOT MR. IRVIN HAD, WHERE IT WAS -- ALL OF THOSE
13      THINGS HE HAS KNOWLEDGE AND EXPERIENCE, AND HE CAN TESTIFY TO.
```

**Exhibit G - 12/1/05 Plunkett Trial Excerpts**

**• Mason - Motion to Exclude Moye's Testimony**

```
14        BUT SPECIFICALLY WITH REGARD TO VIOXX OR ANY COX-2
15        INHIBITORS --
16                 MR. BIRCHFIELD:  YOUR HONOR, DR. BALDWIN GIVES US THE
17        CLEAREST, STRONGEST, SPECIFIC CAUSATION IN THE CASE, AND IT IS
18        BASED ON HIS PRACTICE AS A PRACTICING CARDIOLOGIST.  HE WORKS
19        EVERY DAY WITH PATIENTS THAT HAVE HEART ATTACKS AND HAVE HEART
20        ATTACKS AS A RESULT OF CLOTS.
21                 HE ALSO, HE KNOWS THE RISK FACTORS INVOLVED IN
22        EACH OF THESE CASES AND DETERMINES WHAT ROLE RISK FACTORS PLAY.
23        HE HAS EXAMINED THE MEDICAL RECORDS, HE'S EXAMINED THE
24        TESTIMONY OF THE WITNESSES IN THIS CASE, AND HE IS PREPARED.
25        HE HAS SAID UNDER OATH THAT BUT FOR VIOXX MR. IRVIN WOULD NOT
page 508
1         HAVE HAD A FATAL HEART ATTACK ON THAT DAY, BUT HE DOES IT
2         THOUGHT AN UNDIFFERENTIAL DIAGNOSIS, YOUR HONOR.
3                  THE COURT:  I UNDERSTAND THAT.  I DON'T SEE HIM
4         QUALIFIED TO TESTIFY AS VIOXX.  I THINK HE CAN TESTIFY RISK
5         FACTORS.  I THINK THAT'S WITHIN HIS EXPERTISE.  HE CAN TESTIFY
6         AS TO WHAT RISK FACTORS, IF ANY, IRVIN HAD, WHAT'S THE
7         SIGNIFICANCE OF THE 60 PERCENT BLOCKAGE.  ALL OF THOSE THINGS
8         ARE WITHIN HIS PREROGATIVE.  THIS INDIVIDUAL HAS NEVER
9         DIAGNOSED ANYBODY WITH A VIOXX PROBLEM.  HE DOESN'T KNOW
10        ANYTHING ABOUT VIOXX.  HE SAID THAT HE HAS -- THAT HE'S NOT A
11        EXPERT IN VARIOUS FIELDS, BOTH IN HIS DEPOSITION AND IN HIS
12        QUESTIONING.  SO THAT'S MY RULING.  I UNDERSTAND YOUR POSITION,
13        BUT THAT'S MY RULING ON IT AND LET'S PROCEED.  I'M TELLING YOU
14        AT THE BENCH SO THAT I DON'T EMBARRASS ANYBODY, INCLUDING THE
15        DOCTOR, IN FRONT OF THE JURY.
16                 MR. ISMAIL:  THANK YOU, JUDGE.  THANK YOU VERY MUCH.
```