Exhibit I - 6/27/06 Moye Deposition Excerpts

• Mason - Motion to Exclude Moye's Testimony

[1:] - [1:24]         6/27/2006    Moye, Lemuel A.

```
page 1
    0001
1                         IN THE CHOCTAW TRIBAL COURTS
                     MISSISSIPPI BAND OF CHOCTAW INDIANS
2
          ELVIS P. ANDERSON       )
3              Plaintiff          )
                                  )
4         vs.                     )  CASE NO. CV-426-05
                                  )        JURY DEMANDED
5         MERCK & CO., INC.       )
               Defendant.         )
6         _____
7                      CAUSE NO. 2005-31017
8         RUSSELL W. ACHORD       )  IN THE DISTRICT COURT
                                  )
9         VS.                     )  HARRIS COUNTY, TEXAS
                                  )
10        MERCK & CO., INC.       )  157TH JUDICIAL DISTRICT
                                     (TRIAL COURT: 270TH DISTRICT
11                                   COURT OF HARRIS COUNTY,
                                     TEXAS)
12        _____
13                     CAUSE NO. 2005-04727
14        GLENNA CLARK            )  IN THE DISTRICT COURT
                                  )
15        VS.                     )  HARRIS COUNTY, TEXAS
                                  )
16        MERCK & CO., INC.       )  157TH JUDICIAL DISTRICT
                                     (TRIAL COURT: 55TH DISTRICT
17                                   COURT OF HARRIS COUNTY,
                                     TEXAS)
18        _____
19                     CAUSE NO. 2005-31016
20        SHARON D. RIGBY         )  IN THE DISTRICT COURT
                                  )
21        VS.                     )  HARRIS COUNTY, TEXAS
                                  )
22        MERCK & CO., INC.       )  157TH JUDICIAL DISTRICT
                                     (TRIAL COURT: 127TH DISTRICT
23                                   COURT OF HARRIS COUNTY,
                                     TEXAS)
24        _____
25
```

[25:24] - [26:3]      6/27/2006    Moye, Lemuel A.

```
page 25
23  here today -- well, strike that.
24          You are not a pharmacologist, are you, Doctor?
25      A.  That is true, I am not.
page 26
1       Q.  And I take it that you have not done any underlying
2   laboratory or bench work on the pharmacology of Cox-2s?
3       A.  That's true, I have not.
4       Q.  And have not written or published anything related
```

[185:1] - [185:24]    6/27/2006    Moye, Lemuel A.

```
page 184
25  _____
page 185
1   STATE OF TEXAS
2   COUNTY OF HARRIS
3
4                    REPORTER'S CERTIFICATE
5               ORAL VIDEOTAPED DEPOSITION OF
```

**Exhibit I - 6/27/06 Moye Deposition Excerpts**

**• Mason - Motion to Exclude Moye's Testimony**

```
 6                    LEMUEL A. MOYE', M.D., Ph.D.
 7                           JUNE 27, 2006
 8
 9       I, the undersigned Certified Shorthand Reporter in and for
10    the State of Texas, certify that the facts stated in the
11    foregoing pages are true and correct.
12       I further certify that I am neither attorney or counsel
13    for, related to, nor employed by any parties to the action in
14    which this testimony is taken and, further, that I am not a
15    relative or employee of any counsel employed by the parties
16    hereto or financially interested in the action.
17       SUBSCRIBED AND SWORN TO under my hand and seal of office
18    on this the 6th day of July, 2006.
19
20                               _____
21                               Lisa A. Berry, CSR
                                 Texas CSR 3104
22                               Expiration:  12/31/2006
                                 Firm Registration No.:  60
23                               Compex Legal Services, Inc.
                                 2040 North Loop West, Suite 200
24                               Houston, Texas 77018
                                 (713) 861-3900
25
```