MINUTE ENTRY
FALLON, J.
SEPTEMBER 18, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS       MDL 1657
    LIABILITY LITIGATION

ROBERT G. SMITH

                                                      REF NO. 05-4379

VERSUS

                                                      SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON      MONDAY, SEPTEMBER 18, 2006, 8:30 am
Case Manager: Gaylyn Lambert                   (continued from 9-16-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
            Philip Beck, Esq., Andrew Goldman, Esq. & Carrie Jablonski, Esq.,
            Ken Baum, Esq. For defendant

JURY TRIAL:
All present and ready.

Plaintiff's Witnesses:
The testimony of Dr. Lemuel Moye is interrupted.

Dr. Gary E. Sander - sworn - accepted as expert in cardiology.

Dr. Lemuel Moye - resumes testimony.

Mary Blake - by video deposition. Transcript filed into the record.

Thomas Cannell - by video deposition. Transcript filed into the record.

Court adjourned at 5:30 pm until Tuesday, September 19, 2006, at 8:30 am.

| JS-10:    6:19 |
|---|