U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  9-18-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>Section L<br><br>Judge Eldon E. Fallon<br><br>Magistrate Judge Daniel E. Knowles, III |

THIS DOCUMENT RELATES TO:
*Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

The following deposition testimony was presented to the jury: on 9-18-06

Videotaped deposition of Mary Blake.

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

ID:'           Blake Direct

ID:              Blake 1112
Page Range:      11:12-11:13

    11:12       Q.      Okay. Good morning, Mrs. Blake.
    11:13       A.      Good morning. How are you?


ID:              Blake 1319
Page Range:      13:19-13:21

    13:19       Q.      All right. You are currently working
    13:20 for Merck, correct?
    13:21       A.      Yes, I am.


ID:              D Blake 1322
Page Range:      13:22-13:24

    13:22       Q.      What is your current title?
    13:23       A.      I am senior director for Merck
    13:24 Vaccines, Public Affairs.


ID:              Blake 1605
Page Range:      16:5-16:8

    16: 5       Q.      Okay. And when you were hired as a
    16: 6 full-time Merck employee, what were you hired as?
    16: 7       A.      I was hired as a public affairs
    16: 8 associate.


ID:              Blake 1614
Page Range:      16:14-16:15

    16:14       Q.      And that was specifically what date?
    16:15       A.      December 1993. I think it might have


ID:              Blake 1818
Page Range:      18:18-19:2

    18:18       Q.      So from, say '9 -- what was your job
    18:19 title from 1997 through 2001?
    18:20       A.      It varied, but for most of that time,
    18:21 I was a manager of public affairs.
    18:22       Q.      Manager. Okay. And who did you work
    18:23 for?
    18:24       A.      There I worked for a number of
    18:25 people. Primarily Jan Weiner, who was the head of
    19: Page 19
    19: 1 that group. Sometimes I worked directly for her,
    19: 2 other times I worked for other people in between.


ID:              Blake 2214
Page Range:      22:14-23:2

```
22:14                When is the first time you became
22:15 involved with the drug Vioxx or its predecessor,
22:16 while working for Merck?
22:17      A.        I started work on Vioxx, I did some
22:18 help when I wasn't directly responsible for it, in
22:19 the middle of 1999.
22:20      Q.        Okay.
22:21      A.        Sometime in the spring, early summer
22:22 of 1999.  And I was assigned Vioxx in the fall of
22:23 1999.
22:24      Q.        So in the fall of 1999, you say you
22:25 were "assigned Vioxx".  What does that mean?
23: Page 23
23: 1      A.        Um-hmm.  I became the manager with
23: 2 responsibility for Vioxx.
```

ID:              D Blake 2303
Page Range:      23:3-23:4

```
23: 3      Q.        In the United States only or --
23: 4      A.        In the United States only.
```

ID:              Blake 2318
Page Range:      23:18-23:22

```
23:18                As it related to Vioxx, what was your
23:19 exact title?
23:20      A.        Manager.
23:21      Q.        Manager?
23:22      A.        U.S.H.H. Public Affairs.
```

ID:              Blake 2605
Page Range:      26:5-26:19

```
26: 5      Q.        All right.  Epidemiology.  Did you
26: 6 manage epidemiologic issues related to Vioxx?
26: 7      A.        I worked with Merck Research Labs as
26: 8 well as others on epidemiological studies, as I --
26: 9 in terms of drafting public affairs materials.  Yes,
26:10 I did that.
26:11      Q.        Okay.  And what people within Merck
26:12 Research Laboratories did you deal with concerning
26:13 those issues?
26:14      A.        It could range based on the
26:15 individual study.  If it was an epidemiological
26:16 study, it would gen -- I would generally speak with
26:17 Nancy Santanello and Alise Reicin, as well as
26:18 perhaps others in their department, but it depended
26:19 on the situation.
```

ID:              Blake 2709
Page Range:      27:9-27:20

```
27: 9      Q.        Before I get to that, describe for me
27:10 generally what your job responsibilities were as
27:11 manager, U.S.H.H., of public affairs for Vioxx.
```

```
27:12      A.      Essentially in that position I had
27:13 responsibility for interactions with the news media
27:14 related to Vioxx and also for public affairs
27:15 programs related to disease awareness.
27:16      Q.      What does that mean, the last part?
27:17      A.      The disease awareness part?  We
27:18 worked with third-party groups to implement programs
27:19 that encouraged consumers to talk to their doctor
27:20 about osteoarthritis, if they had it.


ID:              Blake 3302
Page Range:      33:2-33:6

   33: 2      Q.      When you worked for public affairs,
   33: 3 there would be various tools that you would use to
   33: 4 get the word out when you needed to concerning
   33: 5 Vioxx, correct?
   33: 6      A.      Yes.


ID:              Blake 3311
Page Range:      33:11-33:19

   33:11      Q.      Who was in charge of press releases
   33:12 for Vioxx?
   33:13      A.      Well, ultimately the public affairs
   33:14 department is responsible for developing and getting
   33:15 the appropriate approvals and issuing news releases
   33:16 in consultation with the various reviewers,
   33:17 including medical/legal board.
   33:18      Q.      But who was in charge?  Where did the
   33:19 buck stop --


ID:              Blake 3325
Page Range:      33:25-34:7

   33:25              THE WITNESS:  In terms of where the
   34: Page 34
   34: 1 buck stopped, ultimately Merck Research Labs and
   34: 2 legal have the final say in terms of whether or not
   34: 3 a news release is issued.
   34: 4 BY MR. PLACITELLA:
   34: 5      Q.      Who is responsible for drafting the
   34: 6 press releases and putting them in final form?
   34: 7      A.      Public affairs.


ID:              D Blake 3418
Page Range:      34:18-34:24

   34:18      Q.      Could the press releases go out
   34:19 without your approval?
   34:20      A.      Without my approval?
   34:21      Q.      Um-hmm.
   34:22      A.      Ultimately, the final sign-off of
   34:23 press releases is really Merck Research Labs and
   34:24 legal.
```

```
ID:              Blake 3514
Page Range:      35:14-36:4

35:14      Q.     What is a standby statement?
35:15      A.     Standby statements are documents that
35:16 we create if we anticipate getting questions about
35:17 something that we would need to respond to within
35:18 public affairs.
35:19      Q.     And who was it intended that the
35:20 standby statements would be used by?
35:21      A.     Standby statements are intended to be
35:22 used by public affairs people in their interactions
35:23 with the news media as well as investor relations
35:24 for their interactions with analysts.
35:25      Q.     Were they ever given to people within
36: Page 36
36: 1 Merck for responding to interviews?
36: 2      A.     With the news media?
36: 3      Q.     Correct.
36: 4      A.     Yes.


ID:              Blake 3621
Page Range:      36:21-37:21

36:21      Q.     What about video news releases, were
36:22 they a tool used for getting the word out?
36:23      A.     Yes, we used video news releases as
36:24 well.
36:25      Q.     And the video news releases, who was
37: Page 37
37: 1 the person primarily responsible within public
37: 2 affairs for the video news releases related to
37: 3 Vioxx?
37: 4      A.     Well, that too could vary based on
37: 5 who had responsibility for a given project.  Often,
37: 6 I had responsibility, and it would always go through
37: 7 medical/legal board.  They had the final say.
37: 8      Q.     In fact, you were involved with media
37: 9 training for the video news releases and interviews
37:10 at various points in time related to Vioxx, true?
37:11      A.     Yes, I did media training.
37:12      Q.     And interviews with spokespersons for
37:13 Merck, was that a tool that was used for getting the
37:14 word out related to Vioxx?
37:15      A.     Merck people participated in
37:16 interviews about Vioxx, yes.
37:17      Q.     What about spokespersons versus --
37:18 did you have spokespersons that you hired that were
37:19 non-Merck employees to get the word out related to
37:20 Vioxx?
37:21      A.     Yes.


ID:              Blake 3808
Page Range:      38:8-38:23

38: 8      Q.     Okay.  Did you use websites as a
38: 9 vehicle for getting the word out related to Vioxx?
```

```
38:10     A.     Within public affairs?
38:11     Q.     Um-hmm.
38:12     A.     Yes, we did.
38:13     Q.     And what websites did you use?
38:14     A.     Some -- if I'm remembering correctly,
38:15 and I apologize, it was a long time ago, we had a
38:16 disease awareness website in conjunction with the
38:17 Arthritis Foundation around the Speaking of Pain
38:18 program. And I can't remember the URL for that.
38:19 The content was also on the Arthritis Foundation's
38:20 website. It might even still be there.
38:21            And then, in addition to that, some
38:22 of the public affairs materials, I believe, were on
38:23 Vioxx.com.
```

ID:            Blake 4107
Page Range:    41:7-41:20

```
41: 7     Q.     Did marketing have -- did marketing
41: 8 also have to approve your press releases before they
41: 9 were sent out?
41:10     A.     They were reviewed again.
41:11     Q.     And who was that? Who approved your
41:12 press releases in marketing?
41:13     A.     That would also vary by the news
41:14 release. My primary point of contact for many
41:15 things was Carrie Bourdow on the marketing team, but
41:16 some things would also be reviewed by her bosses as
41:17 well as the vice president of the marketing team.
41:18     Q.     Did that include Wendy Dixon?
41:19     A.     Yes, Wendy was the vice president at
41:20 the time, if I remember correctly.
```

ID:            Blake 4123
Page Range:    41:23-42:17

```
41:23            Public affairs was really responsible
41:24 for communications concerning Vioxx to the general
41:25 public, correct?
42: Page 42
42: 1     A.     No, to the news media.
42: 2     Q.     Only to the news media?
42: 3     A.     The news media is the primary
42: 4 audience. The programs that we work on and the
42: 5 materials we create are intended for use by the news
42: 6 media. Now, we talked before about the disease
42: 7 education program. That involves working with
42: 8 consumer groups and also had a media component to it
42: 9 as well.
42:10     Q.     Well, you call it public affairs,
42:11 correct?
42:12     A.     That is the name of our department,
42:13 yes.
42:14     Q.     Meaning that you understood that the
42:15 messages that you were issuing would ultimately --
42:16 were ultimately intended to reach the public,
42:17 correct?
```

```
ID:              Blake 4220
Page Range:      42:20-43:2

42:20              THE WITNESS:  Our news releases go to
42:21 the news media who then communicate to the public.
42:22 BY MR. PLACITELLA:
42:23      Q.     The purpose of your reaching the news
42:24 media wasn't so they took the press releases and
42:25 video materials home and put them on -- in a shelf,
43: Page 43
43: 1 right?
43: 2      A.     That is correct.


ID:              Blake 4323
Page Range:      43:23-44:13

43:23      Q.     The -- you understood that the
43:24 messages that you were delivering were ultimately
43:25 intended for the public to see, correct?
44: Page 44
44: 1      A.     Well -- I apologize, it's hard to
44: 2 answer the question that way just because, I mean,
44: 3 the materials that we create go to the news media,
44: 4 who then are responsible for the stories that they
44: 5 write, and they have other sources besides Merck.
44: 6              So it would be exceedingly rare for a
44: 7 news release just to go -- to be seen by the general
44: 8 public.  It goes to the news media, who then writes
44: 9 their stories.  So, but, yes, ultimately they go to
44:10 the public --
44:11      Q.     All right.  I'll --
44:12      A.     The story is seen by the public, but
44:13 the news release is not necessarily.


ID:              Blake 4414
Page Range:      44:14-44:16

44:14      Q.     But the purpose of the news tools
44:15 that we've discussed is to communicate Merck's
44:16 message to the public ultimately, true?


ID:              Blake 4418
Page Range:      44:18-45:6

44:18              THE WITNESS:  Yes.
44:19 BY MR. PLACITELLA:
44:20      Q.     Okay.  And, in fact, you issued your
44:21 press releases online as well, didn't you?
44:22      A.     We distribute our news releases
44:23 through various news wire services.  We change them
44:24 during the course of time.  And they also appeared
44:25 on Merck.com.
45: Page 45
45: 1      Q.     Right.
45: 2      A.     So --
45: 3      Q.     So if somebody was searching for
```

```
45: 4 Vioxx, let's say, they could very well see your
45: 5 press releases on Merck.com, correct?
45: 6      A.      They could, yes.
```

ID:          Blake 4520
Page Range:  45:20-45:23

```
45:20      Q.      Okay. And as somebody who worked in
45:21 the office of medical/legal, you recognized, did you
45:22 not, that all of the tools that we've discussed were
45:23 governed by the FDA labeling law, true?
```

ID:          Blake 4601
Page Range:  46:1-46:17

```
46: 1              THE WITNESS: Yes, I'm familiar with
46: 2 that.
46: 3 BY MR. PLACITELLA:
46: 4      Q.      Okay. In other words -- and labeling
46: 5 includes not just a package insert, it includes your
46: 6 press releases, your video news releases, anything
46: 7 you'd give out to the public, right?
46: 8      A.      Well, when I said labeling before, I
46: 9 was referring specifically to the product
46:10 information.
46:11      Q.      You're aware that your press releases
46:12 and other tools were governed by the FDA labeling
46:13 law, true?
46:14      A.      Yes, I'm aware that public affairs
46:15 materials are governed by FDA regulations.
46:16      Q.      Okay. And that law required that all
46:17 of your materials be fairly balanced, correct?
```

ID:          Blake 4620
Page Range:  46:20-46:21

```
46:20              THE WITNESS: Within FDA regulations,
46:21 yes, there's an expectation for fair and balanced.
```

ID:          Blake 4623
Page Range:  46:23-47:2

```
46:23      Q.      Okay.
46:24      A.      But, ultimately -- I just do want to
46:25 clarify that -- you know, as part of the
47: Page 47
47: 1 medical/legal board review process, I mean, that's
47: 2 where those decisions get made.
```

ID:          Blake 4707
Page Range:  47:7-47:11

```
47: 7      Q.      Well, you were part of the
47: 8 medical/legal review, so you had some knowledge
47: 9 about the regulations that pertain to what was
```

```
47:10 necessary to comply with the FDA's laws, correct?
47:11      A.      With -- yes.  Within --
```

ID:            Blake 4805
Page Range:    48:5-48:12

```
48: 5      A.      -- what my job was within the office
48: 6 of medical/legal.
48: 7              I was the liaison to the FDA in terms
48: 8 of sending them promotional materials for their
48: 9 pre-review, for example, for the products that I
48:10 worked on.  I reviewed those materials as they came
48:11 through, but that was once they had already gone
48:12 through medical/legal board.
```

ID:            Blake 4813
Page Range:    48:13-48:15

```
48:13      Q.      Okay.
48:14      A.      I was not a sign-off on any
48:15 materials.
```

ID:            Blake 4818
Page Range:    48:18-49:2

```
48:18              You were generally aware of what the
48:19 FDA rules were concerning labeling and public
48:20 affairs materials, correct?
48:21      A.      Generally.  But, again, I'm not a
48:22 lawyer or doctor.
48:23      Q.      But that was part of your job to
48:24 know, correct?
48:25      A.      It was part of my job to be familiar
49: Page 49
49: 1 with, but I would not call myself an expert in any
49: 2 way.
```

ID:            Blake 4906
Page Range:    49:6-49:10

```
49: 6      Q.      It was part of your job to know and
49: 7 understand what the rules were concerning what you
49: 8 could say and not say in public affairs materials,
49: 9 true?
49:10      A.      To understand, yes.
```

ID:            Blake 5214
Page Range:    52:14-52:20

```
52:14      Q.      Well, you understand as the director
52:15 or manager of public affairs that it's your
52:16 responsibility to make sure, from your perspective,
52:17 that the information that's contained in your
52:18 materials that's sent out into the public, that it
52:19 contains the truth and the whole truth, not half the
```

```
            52:20 truth, correct?


ID:                  Blake 5223
Page Range:          52:23-52:24

    52:23                 THE WITNESS:  Yes, our materials are
    52:24 truthful.  I recognize that as our responsibility.


ID:                  Blake 5417
Page Range:          54:17-54:19

    54:17                 MR. PLACITELLA:  Let me have this
    54:18 marked as P-1.  This is the only one I don't have
    54:19 multiple copies of, so I apologize.


ID:                  Blake 5424
Page Range:          54:24-55:1

    54:24        Q.       I'm going to show you what's been
    54:25 marked P-1 for identification and ask you if you
    55: Page 55
    55: 1 have ever seen this before?


ID:                  Blake 5502
Page Range:          55:2-55:6

    55: 2        A.       Okay.  I believe that this is a field
    55: 3 communication document, but I may be wrong.
    55: 4        Q.       Have you ever seen it before?
    55: 5        A.       I believe so.
    55: 6        Q.       Okay.  Can you turn to Page 44.


ID:                  Blake 5507
Page Range:          55:7-55:13

    55: 7        A.       Um-hmm.  Yes.
    55: 8        Q.       See where it says, "General
    55: 9 Principles of Promotion"?
    55:10        A.       Um-hmm.
    55:11        Q.       This is a Merck document, by the way,
    55:12 correct?
    55:13        A.       Yes.


ID:                  Blake 5601a
Page Range:          56:1-56:5

    56: 1        Q.       Okay.  And here it says, "General
    56: 2 Principles of Promotion.  FDA regulations impose
    56: 3 five main principles on promotion."
    56: 4                 Do you see that?
    56: 5        A.       Yes, I do.


ID:                  Blake 5716
```

Page Range:        57:16-58:10

```
57:16      Q.    It says, "A promotional claim may not
57:17 be interpreted in a false or misleading manner by a
57:18 significant minority of prescribers."
57:19            Did I read that correctly?
57:20      A.    Yes.
57:21      Q.    Okay. It then says, "Inclusion of
57:22 proper balance. There must be appropriate weight
57:23 given to all clinically relevant information, that
57:24 is, the risks and benefits, that can affect a
57:25 physician's prescribing practices."
58: Page 58
58: 1            Did you understand that to be the
58: 2 case?
58: 3      A.    That's what it says, yes.
58: 4      Q.    Okay. Then it says, "Absence of
58: 5 omissions of relevant information. Promotional
58: 6 material, when taken as a whole, is inadequate if it
58: 7 does not tell the whole truth, i.e., unfavorable
58: 8 information may not be omitted."
58: 9            Correct?
58:10      A.    Yes.
```

ID:                Blake 5817
Page Range:        58:17-59:2

```
58:17      Q.    "Support by adequate clinical
58:18 studies. Promotion may not promote the product in a
58:19 light more favorable than shown by data obtained
58:20 from clinical experience."
58:21            Did I read that correctly?
58:22      A.    Yes.
58:23      Q.    Did you understand that these were
58:24 the general principles that guided you in
58:25 constructing promotional materials for the product
59: Page 59
59: 1 Vioxx?
59: 2      A.    Yes, I'm familiar with those.
```

ID:                Blake 6012
Page Range:        60:12-60:16

```
60:12      Q.    So in terms of your understanding, if
60:13 a company indicates that a drug does not have side
60:14 effects, when there's credible scientific evidence
60:15 to the contrary, that would be false and misleading,
60:16 from your understanding?
```

ID:                Blake 6019
Page Range:        60:19-60:22

```
60:19            THE WITNESS: From my understanding?
60:20 BY MR. PLACITELLA:
60:21      Q.    Yes.
60:22      A.    Yes.
```

```
ID:              Blake 6217
Page Range:      62:17-62:19

   62:17                One of your missions as it related to
   62:18 the drug Vioxx was to minimize the attention given
   62:19 to heart attack issues, correct?


ID:              Blake 6222
Page Range:      62:22-63:7

   62:22                THE WITNESS:  One of my
   62:23 responsibilities as the -- one of the public affairs
   62:24 people responsible for Vioxx was once the VIGOR
   62:25 results came out and the media reported again and
   63: Page 63
   63: 1 again on the cardiovascular findings of VIGOR was to
   63: 2 -- there was so much coverage on the cardiovascular
   63: 3 findings, to bring that essentially back into
   63: 4 balance, because that's what they reported on all
   63: 5 the time, and MRL, based on their analysis, didn't
   63: 6 believe that to be the case.  It was my job to talk
   63: 7 about that to the news media.


ID:              Blake 6312
Page Range:      63:12-63:14

   63:12      Q.    Your mission, yes or no, that you
   63:13 were to accomplish was to minimize the attention
   63:14 given to heart attack issues as it related to Vioxx?


ID:              Blake 6317
Page Range:      63:17-64:2

   63:17                THE WITNESS:  I apologize, I wouldn't
   63:18 characterize that as my mission.
   63:19 BY MR. PLACITELLA:
   63:20      Q.    One of your jobs was to convince the
   63:21 world that there was no reason to believe that Vioxx
   63:22 caused heart attacks, true?
   63:23      A.    Based on Merck Research Labs'
   63:24 assessment, because, you know, they're the ones who
   63:25 know the data and understand the data.  That was my
   64: Page 64
   64: 1 job to communicate that to the news media, my
   64: 2 interactions, but it was based on their assessment.


ID:              Blake 6424
Page Range:      64:24-65:2

   64:24      Q.    To convince -- it was your job to
   64:25 tell the news media that there was no reason to
   65: Page 65
   65: 1 believe that Vioxx caused heart attacks, can we
   65: 2 agree on that?
```

```
ID:             Blake 6505
Page Range:     65:5-65:12

   65: 5                THE WITNESS: It was -- well, I mean,
   65: 6 it's important to keep in mind that the news media
   65: 7 are a highly independent body, and it was my job to
   65: 8 convey to them Merck's perspective. Sometimes I did
   65: 9 that directly, sometimes we had people from Merck
   65:10 Research Labs who did that, and ultimately reporters
   65:11 put together a complete story based on our
   65:12 perspective as well as others. And that included --


ID:             Blake 6524
Page Range:     65:24-65:24

   65:24     Q.     Can you answer that question?


ID:             Blake 6602
Page Range:     66:2-66:3

   66: 2                THE WITNESS: Yes. With Merck
   66: 3 Research Labs.


ID:             Blake 6702
Page Range:     67:2-67:3

   67: 2                MR. PLACITELLA: Can we have this
   67: 3 marked P-2 or P-Blake-2, however you want it.


ID:             Blake 6802
Page Range:     68:2-68:11

   68: 2                THE WITNESS: My responsibility was
   68: 3 to interact with the news media, which throughout
   68: 4 most of 2000 was a lot of discussion about the
   68: 5 cardiovascular findings in the VIGOR trial.
   68: 6 BY MR. PLACITELLA:
   68: 7     Q.     You keep saying the news media, but
   68: 8 your whole point was to get the information that you
   68: 9 wanted out to the public, you didn't do it just so
   68:10 the news media was going to take it home and put it
   68:11 on a shelf, right?


ID:             Blake 6814
Page Range:     68:14-69:7

   68:14                THE WITNESS: As a public affairs
   68:15 person, I mean, the news media is who I interact
   68:16 with. I don't interact with the general public.
   68:17 So, I mean, that's -- that's where interactions
   68:18 were. Yes, they communicate to the broader public,
   68:19 but they are the ones who have complete control over
   68:20 what it is that they report. It's my job to convey
   68:21 to them Merck's perspective.
```

```
68:22 BY MR. PLACITELLA:
68:23         Q.     Right.  And that's my point.  But
68:24 your hope was that in communicating to the news
68:25 media, they would communicate your message, in turn,
69: Page 69
69: 1 to the public, true?
69: 2         A.     Yes.
69: 3         Q.     Okay.  Now, I want to show you P-2.
69: 4 This is your performance review form?
69: 5         A.     Um-hmm.
69: 6         Q.     Do you recognize this?
69: 7         A.     Yes.


ID:                Blake 6919
Page Range:        69:19-69:22

    69:19         Q.     Here it says that for the year 2000,
    69:20 your accomplishments concerning the VIGOR study were
    69:21 -- included minimizing the attention to heart attack
    69:22 issues, correct?


ID:                Blake 7008
Page Range:        70:8-70:19

    70: 8         Q.     See where it says, "Accomplishments
    70: 9 include" and then underneath it, it says "VIGOR"?
    70:10 Do you see where it says "VIGOR"?
    70:11         A.     Yes.  I'm sorry, that was the
    70:12 paragraph I was reading.
    70:13         Q.     Okay.  And part of your
    70:14 accomplishment, which meant your mission, right, was
    70:15 to minimize the attention to heart attack issues,
    70:16 correct?
    70:17         A.     Well, it does include that language,
    70:18 yes, but this is done at the end of the year, not at
    70:19 the beginning of the year.


ID:                Blake 7021
Page Range:        70:21-71:6

    70:21         A.     So when -- well, when you talk about
    70:22 mission, that implies that it started at the
    70:23 beginning of the year.  And this was written at the
    70:24 end of 2000, after almost all of the media coverage
    70:25 was around the cardiovascular findings from the
    71: Page 71
    71: 1 VIGOR trial.
    71: 2                So it was my job to include Merck's
    71: 3 perspective in those stories based on what Merck
    71: 4 Research Labs said, bringing it from the point of
    71: 5 overemphasis.  So I think where it talks about
    71: 6 balanced coverage, I mean, that was really the goal.


ID:                D Blake 7107
Page Range:        71:7-71:14
```

```
71: 7      Q.      All right.  Let me ask the question
71: 8 again this way.  The ultimate success in your job as
71: 9 it related to heart attack issues and Vioxx was to
71:10 keep it out of the news altogether, correct?
71:11      A.      No, I wouldn't characterize it in
71:12 that way, no.
71:13      Q.      Okay.  So one of your accomplishments --
71:14      A.      I'm sorry, can I finish?
```

ID:          D Blake 7118
Page Range:  71:18-71:25

```
71:18      Q.      Go ahead.
71:19      A.      Because almost all of the media
71:20 coverage about Vioxx in the year 2000 was around the
71:21 cardiovascular findings from VIGOR.  I often tried
71:22 to talk to reporters about the GI findings from
71:23 VIGOR, but really their attention was all on the
71:24 cardiovascular findings.  So it was getting it
71:25 balanced.
```

ID:          Blake 7201
Page Range:  72:1-72:12

```
72: 1      Q.      Okay.  And every time they asked you
72: 2 a question, your job was to tell them no, Vioxx does
72: 3 not cause heart attacks, and we have the proof,
72: 4 right?
72: 5      A.      Based on Merck Research Labs'
72: 6 assessment.
72: 7      Q.      Correct?
72: 8      A.      That was Merck Research Labs'
72: 9 assessment, yes.
72:10      Q.      So -- and do you track, by the way,
72:11 for the first year the number of media impressions
72:12 where the Merck message got out?
```

ID:          Blake 7215
Page Range:  72:15-72:24

```
72:15              THE WITNESS:  It's hard to track.  We
72:16 do sometimes try and track that type.  Certainly for
72:17 the year 2000, for Vioxx, that would have been very
72:18 hard because there was so much coverage of the VIGOR
72:19 study.
72:20 BY MR. PLACITELLA:
72:21      Q.      You had never heard that there were
72:22 at least a million -- a billion media impressions
72:23 related to Vioxx with Merck's message in the year
72:24 2000?
```

ID:          Blake 7301
Page Range:  73:1-73:9

```
73: 1              THE WITNESS:  Well, actually, it
73: 2 wouldn't -- most of the media coverage in 2000 was
```

```
73: 3  around cardiovascular findings from VIGOR, if I
73: 4  remember correctly.  That's certainly what it felt
73: 5  like.
73: 6 BY MR. PLACITELLA:
73: 7       Q.     A billion impressions, had you ever
73: 8 heard that?
73: 9       A.     I've heard that before, yes.


     ID:            Blake 7402
     Page Range:    74:2-74:5

     74: 2       Q.     In fact, it was the Merck message for
     74: 3 the billion media impressions, whenever asked, that
     74: 4 Vioxx does not cause heart attacks, correct?
     74: 5       A.     That was Merck Research Labs, yes.


Total Length - 00:22:42
```