# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE |
| CHARLES L. MASON, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## MOTION OF MERCK & CO., INC. ("MERCK") TO EXCLUDE EXPERT TESTIMONY THAT SHORT-TERM VIOXX® USE INCREASES CARDIOVASCULAR RISK

### (EXPERT CHALLENGE NO. 10)

Defendant Merck, through undersigned counsel, and pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), hereby moves to exclude expert testimony that short-term Vioxx use increases cardiovascular risk.  The facts and law supporting this motion are set forth in the accompanying memorandum, which is incorporated as if fully set forth herein.

Dated:  September 19, 2006	Respectfully submitted,


	*/s/ Dorothy H. Wimberly*
	Phillip A. Wittmann, 13625
	Dorothy H. Wimberly, 18509
	STONE PIGMAN WALTHER
	WITTMANN L.L.C.
	546 Carondelet Street
	New Orleans, Louisiana  70130
	Phone:  504-581-3200
	Fax:     504-581-3361

	Defendants' Liaison Counsel

	Philip S. Beck
	Tarek Ismail
	Shayna Cook
	BARTLIT BECK HERMAN PALENCHAR
	& SCOTT LLP
	54 West Hubbard Street, Suite 300
	Chicago, Illinois  60610
	Phone:  312-494-4400
	Fax:     312-494-4440

	Brian Currey
	Catalina J. Vergara
	O'MELVENY & MYERS LLP
	400 South Hope Street
	Los Angeles, CA 90071
	Phone:  213-430-6000
	Fax:     213-430-6407

	And

	Douglas Marvin
	WILLIAMS & CONNOLLY LLP
	725 Twelfth Street, N.W.
	Washington, D.C.  20005
	Phone:  202-434-5000
	Fax:     202-434-5029

	Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Exclude Expert Testimony that Short-Term Vioxx Use Increases Cardiovascular Risk has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of September, 2006.

    */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3