Exhibit A - Mason Deposition Excerpts

• **Mason - Short Term Use Motion**

[1:] - [1:25]     6/28/2006   Mason, Charles (Mason)

```
page 1
    0001
1                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
2
3       _____
4       In re:  VIOXX                 )
                                      )
5       PRODUCTS LIABILITY LITIGATION )
                                      ) MDL DOCKET NO. 1657
6       This document relates to:     )
        Case No. 2:06-CV-00810        ) SECTION L
7                                     )
        CHARLES MASON,                ) JUDGE FALLON
8                                     )
              Plaintiff,              ) MAGISTRATE JUDGE
9                                     )   KNOWLES
              vs.                     )
10                                    ) Deposition of:
        MERCK & CO., INC.,            ) CHARLES L. MASON
11                                    )
              Defendant.              )
12
        _____
13
14                        June 28, 2006
                            9:08 a.m.
15
                     Location:  Ray, Quinney & Nebeker
16                   36 South State Street, Suite 1400
                            Salt Lake City, Utah
17
18                      Reporter:  Rashell Garcia
                  Notary Public in and for the State of Utah
19
20
21
22
23
24
25
```

[176:8] - [177:12]     6/28/2006   Mason, Charles (Mason)

```
page 176
8       Q.  Yes.  Is it a medical record from Dr.
9   Vogeler's office dated September 10, 2002?
10      A.  Uh-huh.
11      Q.  Is that a yes?
12      A.  Yes.
13      Q.  And this -- you went in to see Dr. Vogeler but
14  did you end up seeing Nurse Olson?
15      A.  I seen Nurse Olson, uh-huh.
16      Q.  And I want to go over some of what it says in
17  here.  First of all at the bottom --
18          MR. NABERS:  Do you have another one?  Sorry.
19      A.  Yes.
20      Q.  Under synopsis at the bottom it says "Getting
21  old."  Do you see that?
22      A.  I did.  I wrote it.
23      Q.  So that's your handwriting down there?
24      A.  That's my handwriting there.
25      Q.  And then it says, "Severe IBS."
page 177
1       A.  Yes.
```

**Exhibit A - Mason Deposition Excerpts**

- **Mason - Short Term Use Motion**

```
              2      Q.    And we've talked about that; true?  We've
              3   talked about IBS; correct?
              4      A.    Uh-huh.
              5      Q.    Is that a yes?
              6      A.    That's correct.  Yes, sir.
              7      Q.    And then it says "Tried VIOXX.  Worked well."
              8   Do you see that?
              9      A.    I do.
             10      Q.    And is that the first time that you took
             11   VIOXX?
             12      A.    That is the first time I tried VIOXX, yes.
```

[179:3] - [179:16]         6/28/2006    Mason, Charles (Mason)

```
             page 179
              3      Q.    Okay.  Is that the only pharmacy that you've
              4   used since January 1 of 2002?
              5      A.    That's correct.
              6      Q.    Okay.  And how often did you take VIOXX after
              7   you had that prescription filled?
              8      A.    Once the prescription was filled, I took it
              9   every day.  I just took it every day.
             10      Q.    Okay.  And how many times -- how many times a
             11   day did you take it?
             12      A.    Once.
             13      Q.    Did you ever take more than one pill because
             14   you needed more pain relief?
             15      A.    No.  That's why I thought I could get away
             16   with the ibuprofen when it really was bad.
```

[207:25] - [208:16]        6/28/2006    Mason, Charles (Mason)

```
             page 207
             25      Q.    Okay.  Now, they stopped -- you stopped taking
             page 208
              1   VIOXX on July, what, 25?
              2      A.    I stopped taking it on July twenty --
              3      Q.    23?
              4      A.    No, I had -- actually, my wife, they asked my
              5   wife what I was taking.  And they actually gave me
              6   Zocor -- or VIOXX in the hospital.
              7      Q.    So when did you stop taking VIOXX?
              8      A.    I quit taking VIOXX actually on the 27th.
              9   When I went home, I didn't take VIOXX after that.
             10      Q.    And why is that?
             11      A.    I've been trying to ask myself that.  I have
             12   no answer for you.
             13      Q.    Because I noticed in the hospital record there
             14   appears to be another prescription written for VIOXX.
             15   But, regardless, you didn't fill that prescription?
             16      A.    I never filled that prescription.
```

[238:1] - [238:24]         6/28/2006    Mason, Charles (Mason)

```
             page 238
              1                  C E R T I F I C A T E
              2
                 STATE OF UTAH          )
              3                         :ss
                 COUNTY OF SALT LAKE    )
              4
              5       THIS IS TO CERTIFY that the deposition of CHARLES
                 L. MASON, the witness in the foregoing deposition
              6   named, was taken before me, Rashell Garcia, Certified
                 Shorthand Reporter and Notary Public in and for the
              7   State of Utah, residing in Salt Lake City.
              8       That the said witness was by me, before
```

**Exhibit A - Mason Deposition Excerpts**

- **Mason - Short Term Use Motion**

```
    examination, duly sworn to testify the truth, the whole
 9  truth, and nothing but the truth in said cause.
10      That the testimony of said witness was by me
    reported in Stenotype, and thereafter caused to be
11  transcribed into typewriting, and that a full, true,
    and correct transcription of said testimony so taken
12  and transcribed is set forth in the foregoing pages,
    numbered from 2 to 238, inclusive, and said witness
13  deposed and said as in the foregoing annexed
    deposition.
14
        I further certify that a reading copy of
15  the same was delivered to the witness for reading and
    signature, signing before a Notary Public, and
16  to be returned within 30 days of the date hereon.
17      I further certify that I am not of kin or
    otherwise associated with any of the parties to said
18  cause of action, and that I am not interested in the
    event thereof.
19
        WITNESS MY HAND and official seal at Salt Lake
20  City, Utah, this _____ day of_____,
    2006.
21
22  My Commission Expires:       _____
    12-15-2008                   Rashell Garcia C.S.R.
23                               License No. 144
24
```