UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0810 | * | |
| CHARLES L. MASON, | * | MAGISTRATE JUDGE<br>KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION OF MERCK & CO., INC. ("MERCK")
TO EXCLUDE OPINION TESTIMONY BY PLAINTIFF'S EXPERTS THAT VIOXX®
<u>ACCELERATES ATHEROSCLEROSIS OR CAUSES PLAQUE RUPTURE</u>**

**(EXPERT CHALLENGE NO. 9)**

This Motion seeks to exclude expert testimony that Vioxx causes cardiovascular events by directly accelerating atherosclerosis – *i.e.*, the build-up of coronary artery plaque – or by causing coronary artery plaque to rupture.  Because plaintiff's experts can point to no support for an opinion that Vioxx had either effect *in Mr. Mason*, they should be precluded from hypothesizing that it might otherwise be capable of having these effects.  Indeed, two of plaintiff's three case-specific causation witnesses (Drs. Weiner and Sander), have said they will not opine that Vioxx causes atherosclerosis or that it had such an effect in Mr. Mason.  Only Dr. Luchessi has said that this hypothesized mechanism is even possible but he acknowledges, as he must, that there is no support for an opinion that Vioxx caused Mr. Mason's atherosclerosis to

accelerate. Similarly, on the issue of plaque rupture, Dr. Sander admits that Vioxx did not make Mr. Mason's plaque any more prone to rupture, and Dr. Lucchesi admits that Mr. Mason did not even suffer from a ruptured plaque. (Dr. Wiener, again, has no opinion on the subject.)

Moreover, plaintiff has presented no (nor could he present any) reliable scientific support for either of these hypothesized mechanisms. Indeed, plaintiff's experts, like other Vioxx plaintiffs' experts, have readily conceded that these mechanisms are speculative and unproven. They have also acknowledged that there are significant limitations to the studies plaintiff relies upon to support these theories. And they have conceded that there are studies that directly contradict plaintiff's theories and suggest that Vioxx actually *slows* the progression of atherosclerosis. Merck therefore requests that the Court issue an order precluding plaintiff's experts from opining that Vioxx can accelerate atherosclerosis or cause plaque rupture, or that it had either effect on Mr. Mason.[1]

## I.   LEGAL STANDARD.

The legal standard for the admission of expert testimony in federal court is set forth at pages 3-4 of Merck's Motion to Exclude the Testimony of Isaac Wiener, M.D., filed concurrently herewith and incorporated herein by reference.

---

[1] The plaintiff in the *Plunkett* trial agreed not to pursue this mechanism. (*See* Feb. 16, 2006 *Plunkett v. Merck* Tr. at 2262:11-2263:2, attached hereto as Ex. A.) In *Barnett*, Merck filed a motion similar to this one, but withdrew it without prejudice to re-raising the argument in trial or on appeal. Merck re-raised the issue during trial, but the Court did not rule on it. Merck also filed a similar motion in *Smith*, which the Court denied. (*See* Sept. 8, 2006 *Smith v. Merck* Order at 1-2.)

Expert testimony that Vioxx accelerates atherosclerosis properly was excluded in a previous Vioxx trial. (*See* Mar. 14, 2006 *Cona-McDarby v. Merck* Tr. at 1182:13-1183:14 (holding that the "extremely prejudicial" impact of testimony "that it is possible or biologically plausible that Vioxx can be, in fact, causing atherosclerosis" would outweigh such testimony's probative value), attached hereto as Ex. B.)

In addition to the qualifications and reliability requirements of Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589 (1993), expert testimony, like all evidence, must satisfy the relevant requirements of the Federal Rules of Evidence, including Rules 401 and 403.

## II. PLAINTIFF'S EXPERTS ACKNOWLEDGE THAT THERE IS NO EVIDENCE TO SUGGEST THAT VIOXX ACCELERATED MR. MASON'S ATHEROSCLEROSIS OR CAUSED HIS PLAQUE TO RUPTURE.

Dr. Sander and Dr. Wiener both have said they will not opine that Vioxx causes atherosclerosis or that it had such an effect in Mr. Mason. (Sept. 5, 2006 Deposition of Dr. Gary E. Sander ("Sander 9/5/06 Dep.") at 67:21-68:3, 71:14-21, attached hereto as Ex. C; Aug. 24, 2006 Deposition of Isaac Wiener, M.D., F.A.A.C ("Wiener 8/24/06 Dep.") at 118:16-119:5 (testifying that he will not "offer opinions on mechanisms other than as they relate to biologic plausibility"), attached hereto as Ex. D.) Although Dr. Luchessi has suggested that he may attempt to testify about this hypothesized mechanism, he admits "[n]obody has any basis" to say Mr. Mason had any acceleration of atherosclerosis between the time he started taking Vioxx and the day of his heart attack. (Sept. 7, 2006 Deposition of Benedict Lucchesi ("Lucchesi 9/07/06 Dep.") at 190:2-11, attached hereto as Ex. E.)[2]

Dr. Wiener also has said that he will not opine that Vioxx causes plaque rupture, or that it had such an effect in Mr. Mason. (Wiener 8/24/06 Dep. at 117:8-18, 118:10-119:5.) Dr. Sander admits that Vioxx did not make Mr. Mason's plaque any more prone to rupture; he testified:

---

[2] Moreover, even if Dr. Lucchesi were to attempt to opine that Vioxx accelerated Mr. Mason's atherosclerosis, he should not be permitted to offer case-specific clinical opinions. In *Plunkett v. Merck*, this Court held that Dr. Lucchesi "cannot testify as to what was the specific cause of the plaintiff's death" because Dr. Lucchesi is "neither a cardiologist or pathologist." (Nov. 18, 2005 *Plunkett v. Merck* Order at 39.)

3

> Q: Let me state that differently. Vioxx did not make Mr. Mason's plaque vulnerable to rupture. Correct?
>
> A: Yes. I am just trying to get the right answer. That is correct.

(Sander 9/5/06 Dep. at 72:10-14.) Moreover, according to Dr. Lucchesi, Mr. Mason *did not even suffer from a ruptured plaque*. He testified:

> Q: Do you believe Mr. Mason had a rupture of his atherosclerotic plaque?
>
> A: I don't think he had a ruptured atherosclerotic plaque.

(Lucchesi 9/7/06 Dep. at 182:4-7.)

In sum, plaintiffs' experts do not opine that Vioxx accelerated Mr. Mason's atherosclerosis or caused his plaque to rupture. Absent evidence that Vioxx had such an effect *in Mr. Mason*, testimony that Vioxx is capable of causing atherosclerosis or plaque rupture *in the general population* is wholly irrelevant and would serve no purpose other than to confuse and mislead the jury. Accordingly, plaintiff's experts should be precluded from testifying that Vioxx accelerates atherosclerosis or causes plaque rupture.

### III. PLAINTIFF PRESENTS NO DATA SUPPORTING A LINK BETWEEN VIOXX AND AN ACCELERATION OF ATHEROSCLEROSIS.

The Court should preclude plaintiff's experts from testifying that Vioxx accelerates the progression of atherosclerosis for the additional reason that there is no scientific support for such an opinion.

#### A. Plaintiff's Experts Concede The Uncertainty Of Their Atherosclerosis Theory.

Although plaintiff's experts in prior cases have purported to opine that animal studies show that Vioxx accelerates atherosclerosis, they acknowledge – as they must – the limitations to their opinions. Dr. Epstein, a non-retained expert who testified on behalf of the plaintiff in *Barnett*, repeatedly cautioned against extrapolating the results of studies in mice to humans,

4

warned against using studies involving drugs other than Vioxx to draw conclusions about Vioxx, and readily admitted that he is aware of studies showing precisely the opposite – *i.e.*, that Vioxx *reduces* the development of atherosclerosis.  (Aug. 5, 2006 *Barnett v. Merck* Tr. at 1224:9-1225:14, 1232:5-21, attached hereto as Ex. F.)

Dr. Lucchesi acknowledges that plaintiff's atherosclerosis theory has not been tested and that he has "never seen a peer-reviewed piece of medical literature that demonstrates that [any] selective COX-2 inhibitor [including Vioxx] accelerates the formation of plaque in a coronary artery."  (Oct. 18, 2005 Deposition of Benedict Lucchesi, M.D., Ph.D. ("Lucchesi 10/18/05 Dep.") at 299:11-17, 301:12-20, 304:9-19; 320:1-321:18, attached hereto as Ex. G.)  Dr. Lucchesi also admits that every study that has actually measured the progression of atherosclerosis with COX-2 inhibitors has found that they *do not accelerate* the process:

> Q: And every single one that has actually measured the progress of atherosclerosis with COX-2 inhibitors has found that COX-2 inhibitors do not accelerate that process, correct?
>
> A: We will say yes to that right now.

(Lucchesi 9/7/06 Dep. at 148:14-18.)

Dr. Sander also acknowledges the lack of scientific support for an opinion that Vioxx accelerates atherosclerosis; he testified:

> Q: We talked earlier [about the statement in your report that "at least in certain animal models, interruption of PGI-2 accelerates the development of progression of atherosclerosis"] and you agreed that this is not scientifically proven, but is a hypothesis at this time.
>
> . . .
>
> A: I think the actual interactions in the formation of atherosclerosis is still experimental as opposed to COX-2 in humans.  I think there is some evidence that supports it.
>
> I think there are some people who still argue that they are not convinced and I don't intend to go there.

5

(Aug. 15, 2006 Deposition of Dr. Gary E. Sander ("Sander 8/15/06 Dep.") at 238:18-239:15, attached as Ex. H.) He also acknowledged that the converse may well be true – that it is a sound scientific hypothesis that Vioxx might actually slow the progression of atherosclerosis and help stabilize plaque in animal models. (*Id.* at 268:22-269:14.)

Where an expert can only *speculate* as to the *possible* mechanism by which a drug may be capable of causing injury, the expert's testimony is unreliable and, thus, inadmissible. *Moore*, 151 F.3d at 279 ("In sum, [the expert] could cite no scientific support for his conclusion that exposure to any irritant at unknown levels triggers this asthmatic-type condition. Under the *Daubert* regime, trial courts are encouraged to exclude such speculative testimony as lacking any scientific validity."); *see also Brown v. Parker-Hannifin Corp.*, 919 F.2d 308, 311-12 (5th Cir. 1991) (holding that expert testimony that failure of coupling was caused by a construction defect or failure to label should be excluded as speculative in part because the expert did not determine which of several possible causes was most probable). Accordingly, the Court should preclude any evidence or argument that Vioxx can accelerate the progression of atherosclerosis.

      **B.**    **Plaintiff's Experts Can Point To No Article Establishing That Vioxx Can Accelerate The Progression Of Atherosclerosis.**

Plaintiff's experts have no scientific basis to opine that Vioxx could accelerate the progression of atherosclerosis. The only actual data regarding adverse plaque-related effects from administering COX-2 inhibitors are drawn from animal studies, most of which did not involve Vioxx. But animal studies *cannot* establish causation in humans. *See, e.g., Brock v. Merrell Dow Pharms., Inc.*, 874 F.2d 307, 313 (5th Cir. 1989) (rejecting animal studies given difficulty extrapolating results to humans); *Allen v. Pennsylvania Eng'g Corp.*, 102 F.3d 194, 197-98 & n.5 (5th Cir. 1996) (rat studies were "inconclusive" and "unreliable" and could not establish that chemical would have same effect in humans); *Wade-Greaux v. Whitehall Labs.*,

*Inc.*, 874 F. Supp. 1441, 1480 (D.V.I. 1994) (extrapolation from animal studies to humans to prove causation is "scientifically invalid" because, among other reasons, "different species can react differently to the same agent"), *aff'd*, 46 F.3d 1120 (3d Cir. 1994); *In re "Agent Orange" Prod. Liab. Litig.*, 611 F. Supp. 1223, 1241 (E.D.N.Y. 1985) (finding animal studies inadmissible in an action alleging health problems arising from exposure to herbicide "because they [the animal studies] involve different biological species"); *Maurer v. Heyer-Schulte Corp.*, No. Civ.-A-92-3485, 2002 WL 31819160, at *3-4 (E.D. La. Dec. 13, 2002) (court "frowns upon the use of animal studies to predict carcinogenicity in humans").

Moreover, these studies did not even show an adverse link between any form of COX-2 inhibition and plaque in the animals used – much less a link between Vioxx specifically and plaque *in humans*. In fact, the one study that specifically involved Vioxx suggests that COX-2 inhibition might actually slow or reduce plaque formation – which has biological plausibility because of the role that COX-2-related inflammation plays in plaque phenomena.

Moreover, even assuming that animal studies were sufficient under *Daubert* to establish causation in humans – and they are not – the studies do not support plaintiff's position. The objective flaws in the animal studies further render the methods of plaintiff's experts unreliable.

The Egan study, on which plaintiffs in other cases have purported to rely, does not support plaintiff. The study did not involve humans, nor did it even involve Vioxx. Instead, the authors administered a different COX-2 inhibitor, alone and in combination with a thromboxane receptor antagonist, to genetically altered mice. Animal studies involving drugs other than Vioxx provide an insufficient basis for an opinion that Vioxx can accelerate atherosclerosis in

7

humans.[3] Even in mice, however – and putting aside that the study did not involve Vioxx – the authors did not find that COX-2 inhibition accelerated the development of atherosclerosis. On the contrary, they found the *opposite*. As the published article reports, the authors found that administration of a selective COX-2 inhibitor, either alone or in combination with a thromboxane receptor antagonist, "*failed to modify* disease progression" in mice.[4]

The Rudic article also does not support plaintiff. Like the Egan study, the Rudic study also did not involve humans or Vioxx. Instead, it involved mice genetically-engineered to lack a prostacyclin receptor[5] and mice that received numesulide, a COX-2 inhibitor that is not related to Vioxx. In one experiment, the researchers transplanted atherosclerotic arteries into the two groups of mice and measured the rate at which the transplanted tissues were rejected in both groups. The results of this experiment have no relevance here because – in addition to the fact that this is a study of mice, not men – Mr. Mason did not receive numesulide or coronary artery

---

[3] *Compare Brock*, 874 F.2d at 313 (holding animal studies have "very limited usefulness" given difficulty extrapolating results to humans) *and Merrell Dow Pharms., Inc. v. Havner*, 953 S.W.2d 706, 729 (Tex. 1997) ("the only way to test whether data from nonhuman studies can be extrapolated to humans would be to conduct human experiments or to use epidemiological data") *with McClain v. Metablife International, Inc.*, 401 F.3d 1233, 1246 (11th Cir. 2005) (excluding expert's opinion that ephedrine causes vasospasms based on analogy to different drug and noting that "even small differences in chemical structure can sometimes make very large differences in the type of toxic response that is produced") (internal quotation marks and citations omitted).

[4] Egan, K. at al., *Cyclooxygenase, Thromboxane, and Atherosclerosis: Plaque Destabilization by Cycooxygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism*, CIRCULATION 2005: 111:334-42.

[5] No evidence suggests that COX-2 inhibition, by Vioxx or any other COX-2 inhibitor, reduces human prostacyclin production to zero. Dr. FitzGerald's study, conducted with Merck researchers and later published, found that Vioxx reduced urinary prostacyclin metabolites by only about 50 percent. *See* Catella-Lawson, F. et al., *Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics and Vasoactive Ekosanoids*, J. PHARMACOL. AND EXP. THERAP. 1999 May; 289(2):735-41. This alone precludes any scientifically reliable extrapolation from Dr. Rudic's mouse study to hypothetical clinical effects of Vioxx in humans.

transplants. In a second experiment, the researchers surgically narrowed the arteries in both groups of mice to simulate ischemia and reported that *neither* group experienced a "further . . . reduction in luminal diameter."[6] The results of this latter experiment contradict plaintiff's theory that COX-2 inhibition can accelerate atherosclerosis.

Similarly, the 2002 Cheng study did not involve the use of any COX-2 inhibitor.[7] That study involved the use of mice genetically-engineered to have no prostacyclin receptor. As such, this study yielded no data on the effect of COX-2 inhibition on plaque phenomena even in mice, much less in humans. In fact, in addition to other potentially material differences between administering COX-2 inhibitors and genetic alteration, no one has shown that any COX-2 inhibitors reduce prostacyclin to zero in any part of the body of mice or man.

Finally, the Antman article also does not support plaintiff's theory. In the article, the authors merely review literature on COX-2 inhibitors prepared by others and address only in passing the hypothesis that COX-2 inhibition may be associated with the progression of atherosclerosis. Indeed, Antman concedes that plaintiff's theory "is currently controversial."[8] Nor does the article report any original research supporting plaintiff's theory. On its face, this article provides no scientific support for an opinion that Vioxx can accelerate the progression of atherosclerosis.

In short, none of the animal studies prior Vioxx plaintiffs have relied upon actually support their theory. Existing animal studies show that Vioxx actually retards the progression of

---

[6] Rudic et al., *COX-2-Derived Prostacyclin Modulates Vascular Remodeling*, CIRCULATION RESEARCH 2005; 96:1240-1247, at 1244.

[7] Cheng et al., *Role of prostacyclin in the cardiovascular response to thromboxane A2*, SCIENCE 2002 Apr. 19; 296(5567):539-41.

[8] Antman et al., *Cyclooxygenase Inhibition and Cardiovascular Risk (Special Report)*, CIRCULATION 2005, 112:759-770, 760.

atherosclerosis. *See infra* Part II.C. The Court therefore should exclude any testimony by plaintiff's experts that Vioxx can accelerate the progression of atherosclerosis. *See, e.g., Moore*, 151 F.3d at 278 (holding, in part, that experts' reliance on studies that did not support their conclusions was grounds for excluding the expert testimony).

### C. Multiple Studies Undermine Plaintiff's Theory.

Further demonstrating the lack of support for plaintiff's theory that Vioxx can accelerate the progression of atherosclerosis, there are various animal studies that either have rejected the theory or, in some cases, reported that Vioxx in fact *slowed* the development of atherosclerosis.

For example, earlier mouse studies by Olesen (2002) and Pratico (2001) found that administration of a potent experimental COX-2 inhibitor (not Vioxx) did not accelerate atherosclerosis.[9] In an even more recent mouse study published in September 2005 by Burleigh and others (including noted pharmacologist Dr. John Oates),[10] the authors found that "[s]elective inhibition of COX-2" – this time using Vioxx as opposed to some other COX-2 inhibitor – in fact "reduces atherosclerosis in . . . mice."[11] Notably, this finding was not isolated or unexpected, but replicated and expanded on the similar finding of an earlier published mouse study by the same authors.[12] In both studies, the authors hypothesized that these results occurred because the anti-inflammatory properties of Vioxx reduced COX-2-associated inflammation

---

[9] Olesen, M et al., *No effect of Cyclooxygenase Inhibition on Plaque Size in Atherosclerosis-prone Mice*, SCAND. CARDIOVASC. J., 2002 Dec; 36(6):362-7; Pratico, D et al., *Acceleration of atherogenesis by COX-1 dependent prostanoid formation in low density lipoprotein receptor knockout mice*, PROC NATL ACAD SCI USA, 2001 Mar. 13;98(6):3358-63, Epub 2001 Mar 6.

[10] Burleigh, ME et al., *Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in ApoE-deficient and C57BL/6 Mice*, J MOL CELL CARDIOL, 2005 Sep. 39(3):443-52.

[11] *Id.* at 446.

[12] Burleigh, ME et al., *Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in LDL Receptor-deficient Mice*, CIRCULATION, 2002 Apr. 16; 105(15):1816-23.

involved in the atherosclerotic process.[13]  Finally, several recent studies in humans have suggested that COX-2 inhibition (including COX-2 inhibition from Vioxx) is associated with significantly reduced levels of C-reactive protein – considered a marker for progression of atherosclerosis with possible direct involvement in the atherosclerotic process.[14]  Again, these results reinforce the absence of reasonable or meaningful support in the scientific literature for *any* suggestion that Vioxx promotes or accelerates atherosclerosis in humans.

Given this absence of reliable scientific support for the theory that Vioxx can accelerate atherosclerosis, the Court should preclude plaintiff's experts from suggesting such a theory as a possible mechanism for injury in this case.

### IV. PLAINTIFF PRESENTS NO DATA SUPPORTING AN OPINION THAT VIOXX CAUSES PLAQUE RUPTURES.

As with his atherosclerosis acceleration theory, plaintiff's theory that Vioxx causes plaque ruptures is devoid of scientific support.  Dr. Lucchesi *admits* that the plaintiff's plaque rupture theory is speculative and that he is unaware of any studies (even in animal models) showing that Vioxx increases the risk of plaque rupture.  (Lucchesi 10/18/05 Dep. at 331:21-332:6.)  Dr. Lucchesi is correct:  of the various studies in patients taking Vioxx, *none* purported to examine the extent or progression of atherosclerosis in those patients.  Accordingly, *none* of these studies supports plaintiff's theory that Vioxx can cause plaque ruptures.

---

[13] *See* Ross, R., *Atherosclerosis – An Inflammatory Disease*, NEW ENG. J. MED., Jan.14, 1999; 340:115-26 (describing atherosclerosis as "an inflammatory disease").

[14] Bogaty, P et al., *Impact of Prolonged Cyclooxygenase-2 Inhibition on* Inflammatory *Markers, and Endothelial Function in Patients With Ischemic Heart Disease and Raised C-reactive Protein:  A Randomized Placebo Controlled Study*, CIRCULATION, 2004; 110:934-39; Monakier, D et al., *Rofecoxib, a COX-2 inhibitor, Lowers C-reactive Protein and Interleukin-6 Levels in Patients With Acute Coronary Syndromes*, CHEST, 2004 May;125(5):1610-5; *see also* Ridker, P et al., *Inflammation, Aspirin, and the Risk of Cardiovascular Disease in Apparently Healthy Men*, NEW ENG. J. MED., April 3, 1997; 336:973-79 (clinical finding of relationship between C-reactive protein and stroke and myocardial infarction).

Plaintiffs' experts in other cases have purported to rely on a mouse study by Egan as support for an opinion that Vioxx can cause plaque ruptures. But that study provides no support either. As explained above, it involved genetically-modified mice that were not even given Vioxx and that were given a thromboxane receptor antagonist. This study thus does not establish that Vioxx is capable of causing plaque ruptures in humans. In fact, in the Egan study, administration of a COX-2 inhibitor alone *did not* lead to plaque destabilization in the mice. It was only when the COX-2 inhibitor (again, not Vioxx) was given with the thromboxane receptor antagonist (a drug that Mr. Mason did not take) that there were "changes" in the plaque of the genetically modified mice. Even so, as Dr. Lucchesi acknowledges, changes in the vasculature of genetically-modified mice are not predictive of any changes in the vasculature of humans. (Lucchesi 10/18/05 Dep. at 319:15-18 ("[A]therosclerosis as we see it in animals is not the same as you see it in humans. They don't form the kinds of plaques that humans form, particularly in the coronary vascular bed.").)

In sum, plaintiff should not be permitted to present the jury a theory of general causation that plaintiff's own experts admit is completely unsupported by scientific evidence and totally irrelevant to the plaintiff's injury.

**V.     CONCLUSION.**

For the foregoing reasons, Merck respectfully requests that the Court grant this Motion and preclude any testimony from plaintiff's expert witnesses: (i) that Vioxx can or did accelerate the progression of atherosclerosis; and (ii) that Vioxx can or did cause plaque rupture.

Dated:  September 19, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Tarek Ismail
Shayna Cook
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:    312-494-4440

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:    213-430-6407

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Memorandum in Support of Motion to Exclude Opinion Testimony by Plaintiff's Experts that Vioxx Accelerates Atherosclerosis or Causes Plaque Rupture has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of September, 2006.

                                                       */s/ Dorothy H. Wimberly*
                                                       Dorothy H. Wimberly, 18509
                                                       STONE PIGMAN WALTHER
                                                       WITTMANN L.L.C.
                                                       546 Carondelet Street
                                                       New Orleans, Louisiana  70130
                                                       Phone:  504-581-3200
                                                       Fax:     504-581-3361
                                                       dwimberly@stonepigman.com

                                                       Defendants' Liaison Counsel