Exhibit A - 2-16-06 Trial Transcript Excerpts (Plunkett)

• Mason - Motion re Atherosclerosis or Plaque Rupture

| | | |
|---|---|---|
| [2056:1] - [2056:25] | 2/16/2006 | Plunkett II Trial - v.09 - Reicin, A-Lowe, SchirmerA, Wheeler |

```
                        page 2056
                            2056
                        1                        UNITED STATES DISTRICT COURT
                        2                        EASTERN DISTRICT OF LOUISIANA
                        3
                        4
                        5
                                 IN RE: VIOXX PRODUCTS           *
                        6        LIABILITY LITIGATION            *    MDL DOCKET NO. 1657
                                                                 *
                        7                                        *
                                 THIS DOCUMENT RELATES TO        *    NEW ORLEANS, LOUISIANA
                        8        CASE NO. 05-4046:               *
                                                                 *
                        9        EVELYN IRVIN PLUNKETT, ET AL    *    FEBRUARY 16, 2006
                                                                 *
                        10       VERSUS                          *
                                                                 *    8:30 A.M.
                        11       MERCK & CO., INC.               *
                                 * * * * * * * * * * * * * * *
                        12
                        13
                                                VOLUME IX - DAILY COPY
                        14                       JURY TRIAL BEFORE THE
                                                HONORABLE ELDON E. FALLON
                        15                    UNITED STATES DISTRICT JUDGE
                        16
                        17       APPEARANCES:
                        18
                                 FOR THE PLAINTIFF:       BEASLEY ALLEN CROW METHVIN
                        19                                   PORTIS & MILES
                                                          BY:  ANDY D. BIRCHFELD, JR., ESQ.
                        20                                     LEIGH O'DELL, ESQ.
                                                          234 COMMERCE STREET
                        21                                POST OFFICE BOX 4160
                                                          MONTGOMERY, ALABAMA 36103
                        22
                        23       FOR THE PLAINTIFF:       LEVIN, PAPANTONIO, THOMAS,
                                                            MITCHELL, ECHSNER & PROCTOR
                        24                                BY:  TROY RAFFERTY, ESQ.
                                                          316 SOUTH BAYLEN STREET, SUITE 600
                        25                                PENSACOLA, FLORIDA 32502
                        page 2057
                        1        APPEARANCES, (CONTINUED):
```

| | | |
|---|---|---|
| [2262:11] - [2263:2] | 2/16/2006 | Plunkett II Trial - v.09 - Reicin, A-Lowe, SchirmerA, Wheeler |

```
                        page 2262
                        10       HAVE GONE IN A BAG AND THEY WOULD HAVE STAYED IN HIS DESK.
                        11              MR. BECK:  YOUR HONOR, AT THIS TIME WE HAVE A
                        12       STIPULATION, IF YOUR HONOR COULD EXPLAIN WHAT THAT IS TO THE
                        13       JURY BEFORE I DO.
                        14              THE COURT:  OFTENTIMES, MEMBERS OF THE JURY, IN ORDER
                        15       TO SHORTEN THE TRIAL FOR YOU, RATHER THAN PUT ON EVIDENCE OR
                        16       RATHER THAN DISCUSS ISSUES WHICH ARE NOT PART OF THE CASE, THE
                        17       PARTIES WILL GET TOGETHER AND AGREE THAT IF A WITNESS WAS
                        18       CALLED THIS IS WHAT THEY WOULD SAY, OR AN ISSUE IS NO LONGER
                        19       RELEVANT IN THE CASE OR IS NOT IN THE CASE.  THAT'S A
                        20       STIPULATION.  YOU ARE TO ASSUME THAT THAT IS A FACT.  ONCE IT'S
                        21       STIPULATED TO BY AND BETWEEN COUNSEL, YOU ASSUME THAT IS A
                        22       FACT.
                        23              MR. BECK:  YOUR HONOR, THE STIPULATION IS THAT THE
                        24       PARTIES HAVE AGREED THAT VIOXX DID NOT CAUSE PLAQUE FORMATION
                        25       IN MR. IRVIN.
                        page 2263
                        1               THE COURT:  ARE YOU AGREEABLE WITH THAT STIPULATION?
                        2               MR. BIRCHFIELD:  YES.
                        3               MR. BECK:  YOUR HONOR, OUR NEXT AND LAST WITNESS IS
```