Exhibit B - 3/14/06 Trial Transcript Excerpts (Cona-McDarby)

• Mason - Motion re Atherosclerosis or Plaque Rupture

[1024:1] - [1024:25]    3/14/2006    Cona-McDarby Trial

```
page 1024
     1024
 1                         SUPERIOR COURT OF NEW JERSEY
                           ATLANTIC COUNTY/CIVIL DIVISION
 2          ----------------------------x
            THOMAS CONA AND JOYCE CONA,   DOCKET NO. ATL-L-3553-05MT
 3                PLAINTIFFS,
                     VS.
 4          MERCK & CO.,INC.,
                     DEFENDANT.
 5          ----------------------------x
            JOHN MCDARBY,                 DOCKET NO. ATL-L-1296-05MT
 6                PLAINTIFF,
                     VS.
 7          MERCK & CO., INC.,            - TRIAL -
                     DEFENDANT.
 8          ---------------------------x
                     PLACE:  ATLANTIC COUNTY CIVIL COURTHOUSE
 9                           1201 BACHARACH BOULEVARD
                             ATLANTIC CITY, NJ 08401
10
                     DATE:   March 14, 2006
11
            B E F O R E:
12                THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
13          TRANSCRIPT ORDERED BY:
                W. MARK LANIER, ESQUIRE
14              CHRISTY D. JONES, ESQUIRE
            A P P E A R A N C E S:
15
                W. MARK LANIER, ESQUIRE
16              THE LANIER FIRM
                JERRY KRISTAL, ESQUIRE
17              ROBERT GORDON, ESQUIRE
                WEITZ & LUXENBERG
18                ATTORNEYS FOR PLAINTIFFS CONA & McDARBY
19              CHRISTY D. JONES, ESQUIRE
                BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
20              KEVIN J. DUNNE, ESQUIRE
                SEDGWICK, DETERT, MORAN & ARNOLD, LLP
21              MICHAEL BROCK, ESQUIRE
                HOPE FRIEWALD, ESQUIRE
22              DECHERT, LLP
                  ATTORNEYS FOR THE DEFENDANT
23                 *       *       *       *       *       *
                             REGINA A. TELL, CSR-CRR-RPR
24                           OFFICIAL COURT REPORTER
                             1201 BACHARACH BOULEVARD
25                           ATLANTIC CITY, NJ  08401
page 1025
 1
```

[1182:13] - [1183:14]    3/14/2006    Cona-McDarby Trial

```
page 1182
12   about atherosclerosis.
13           And the reason I'm not allowing it is because
14   there is basically a prejudicial versus probative
15   analysis, and even though it is probative on supporting
16   his opinion, it could I think, be admissible for that,
17   I think it would be extremely prejudicial to allow him
18   to say that it is possible that it has increased
19   atherosclerosis because it doesn't carry that position
20   because on damages that would suggest -- could suggest
21   to the jury if they accepted that or believed that that
22   somehow they could use it to determine that, in fact,
23   VIOXX caused atherosclerosis as opposed to causing a
24   heart attack, and that there is an atherosclerotic
```

**Exhibit B - 3/14/06 Trial Transcript Excerpts (Cona-McDarby)**

- **Mason - Motion re Atherosclerosis or Plaque Rupture**

```
25   condition that Mr. Cona now has which was either -- and
page 1183
1    counsel for plaintiff has assured me they weren't, he
2    wasn't going to say it was only from that -- but it had
3    been increased or worsened as a result of the taking of
4    VIOXX.  And I'm not going to allow that testimony.  I
5    think that would be extremely prejudicial and I think
6    it would be not something that I could deal with a
7    curative instruction.  Not a curative instruction, but
8    an instruction that it is being admitted for one
9    purpose and not the other.
10        Therefore, I'm not going to allow the
11   testimony by the expert, and I'm instructing him not to
12   speak about that it is possible or biologically
13   plausible that VIOXX can be, in fact, causing
14   atherosclerosis.  All right?
15        We'll proceed.  You have talked to your
```