Exhibit C - 9/5/06 Sander Deposition Transcript Excerpts

• Mason - Motion re Atherosclerosis or Plaque Rupture

[1:1] - [1:25]        9/5/2006       Sander, Gary (Mason)

```
page 1
1            UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF LOUISIANA
3
4
     IN RE: VIOXX           MDL DOCKET NO. 1657
5    PRODUCTS LIABILITY
     LITIGATION
6
     THIS DOCUMENT RELATES    SECTION "L"
7    TO:
8    CHARLES MASON            JUDGE FALLON
9    VERSUS
10   MERCK & CO., INC.
11   Civil Action No. 2:06-CV-00810
12
13   CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
14
              Deposition of DR. GARY SANDER,
15   taken at the Law Offices of Stone, Pigman,
     Walther, Wittmann, 546 Carondelet Street, New
16   Orleans, Louisiana, on the 5th day of
     September, 2006.
17
18
     APPEARANCES:
19
     Representing the Plaintiff:
20
            BLIZZARD, McCARTHY & NABERS
21          Attorneys at Law
            BY:  J. SCOTT NABERS, ESQ.
22          Lyric Centre Building
            440 Louisiana, Suite 1710
23          Houston, Texas 77002-1689
            (713) 844-3750
24
25
page 2
1    Representing the Defendant:
```

[67:21] - [68:8]      9/5/2006       Sander, Gary (Mason)

```
page 67
20   contributed to Mr. Mason's 2003 heart attack?
21       A.    There is suggestion in the
22   literature -- and I am just going to mention
23   this to complete my answer.  Although, I am
24   not going to go there -- that Vioxx may in
25   fact accelerate atherosclerosis.  So there is
page 68
1    a potential that the plaque formation is
2    accelerated.  But I am not prepared, you know,
3    to discuss that literature.
4        Q.    Okay.  You will not be offering
5    the opinion at trial that Vioxx accelerated
6    the formation of atherosclerosis in Mr. Mason.
7    Correct?
8        A.    That is correct.
9        Q.    Have you seen literature which
```

[71:14] - [71:21]     9/5/2006       Sander, Gary (Mason)

```
page 71
13   Vioxx.
14       Q.    Certainly Vioxx did not make Mr.
15   Mason's plaque any more rupture prone than it
```

**Exhibit C - 9/5/06 Sander Deposition Transcript Excerpts**

• **Mason - Motion re Atherosclerosis or Plaque Rupture**

```
          16  otherwise was.  Correct?
          17       A.      Again, that is something where I
          18  am not going to go.  I mean, it could have
          19  accelerated atherosclerosis.  But I am not
          20  going there.  You are asking me the question,
          21  so I am answering it.
          22       Q.      Let me state it differently.
```

[72:10] - [72:14]        9/5/2006        Sander, Gary (Mason)

```
          page 72
           9       A.      Yes.  Correct.
          10       Q.      Let me state that differently.
          11  Vioxx did not make Mr. Mason's plaque
          12  vulnerable to rupture.  Correct?
          13       A.      Yes.  I am just trying to get the
          14  right answer.  That is correct.
          15       Q.      Now, once Mr. Mason's -- now, you
```

[232:1] - [232:25]        9/5/2006        Sander, Gary (Mason)

```
          page 231
          25
          page 232
           1              REPORTER'S CERTIFICATE
           2
           3
           4          I, RUBY M. WALLEN, Certified Court
           5  Reporter, do hereby certify that the
           6  above-named witness, after having been first
           7  duly sworn by me to testify to the truth, did
           8  testify as hereinabove set forth;
           9          That the testimony was reported by me
          10  in shorthand and transcribed under my personal
          11  direction and supervision, and is a true and
          12  correct transcript, to the best of my ability
          13  and understanding;
          14          That I am not of counsel, not related
          15  to counsel or the parties hereto, and not in
          16  any way interested in the outcome of this
          17  matter.
          18
          19
          20
          21         _____
                       RUBY M. WALLEN
          22           CERTIFIED COURT REPORTER
                       CSR NO. 78022
          23
          24
          25
```