Exhibit D - 8/24/06 Weiner Deposition Transcript Excerpts

- Mason - Motion re Atherosclerosis or Plaque Rupture

[1:1] - [1:23]        8/24/2006      Wiener, Isaac (Mason)

```
page 1
   0001
1                     UNITED STATES DISTRICT COURT
2                     EASTERN DISTRICT OF LOUISIANA
3
4
5       _____
                                )
6       In re:  VIOXX PRODUCTS  )
        LIABILITY LITIGATION    )
7                               )
                                )
8                               ) Case No. 2:06-CV-00810
                                )
9       CHARLES MASON,          ) MDL DOCKET NO. 1657
                                ) SECTION L
10              Plaintiff,      )
                                )
11         vs.                  )
                                )
12      MERCK & CO., INC.,      )
                                )
13              Defendants.     )
                                )
14      _____ )
15
16
17
18         THE DEPOSITION OF ISAAC WIENER, M.D., F.A.C.C.
19               VOLUME I, PAGES 1 THROUGH 243
20                  LOS ANGELES, CALIFORNIA
21                      AUGUST 24, 2006
22
23           Reported by Irene Nakamura, CSR No. 9478
                    PRS Job No. 118-343693
24
25
page 2
1       Appearances:
```

[117:8] - [117:18]       8/24/2006      Wiener, Isaac (Mason)

```
page 117
5               Maybe -- does that help you?
6         Q     No.
7         A     No?  Okay.
8         Q     Let me state it this way.
9               You cannot say to a reasonable degree
10   of medical probability that Vioxx contributed to
11   the formation of plaque in Mr. Mason's coronary
12   artery; correct?
13        A     Let me -- let me say it this way.
14              I -- I have formed an opinion on the
15   relationship of Vioxx to myocardial infarction.
16              I have not formed an opinion on the
17   relationship of Vioxx to whatever you mean by
18   plaque.
19        Q     Whatever I mean by plaque?
20        A     Yeah.
21        Q     Do cardiologists have an understanding
```

[118:10] - [119:5]       8/24/2006      Wiener, Isaac (Mason)

```
page 118
7    the relationship of Vioxx to -- to plaque other
8    than to the extent that it would be involved in
9    myocardial infarction.
```

Exhibit D - 8/24/06 Weiner Deposition Transcript Excerpts

- **Mason - Motion re Atherosclerosis or Plaque Rupture**

```
              10      Q    You cannot state to a reasonable degree
              11   of medical probability that Vioxx contributed to
              12   the formation of plaque in Mr. Mason's coronary
              13   arteries; correct?
              14      A    I have not formed an opinion on the
              15   relationship between Vioxx and plaque.
              16      Q    You cannot state to a reasonable
              17   degree of medical probability that Vioxx caused
              18   Mr. Mason's plaque to have a thin fibrous cap;
              19   correct?
              20      A    Okay.  Maybe this will help you a
              21   little bit.
              22           I will dis- -- I am not going to
              23   discuss mechanisms other than as they relate to
              24   biologic plausibility.
              25           I don't do dog research.  I don't -- I
           page 119
              1   read a lot of clinical literature.  I don't read
              2   animal literature.
              3            I am not going to offer opinions on
              4   mechanisms other than as they relate to biologic
              5   plausibility, which I think is important.
              6            MR. ISMAIL:  Let's take a break.
              7            THE VIDEOGRAPHER:  Okay.  We are going
              8   off the record.  This is the end of tape 1 of
```

[242:1] - [242:24]          8/24/2006    Wiener, Isaac (Mason)

```
           page 241
              23
              24
              25
           page 242
              1   State of California  )
                                       )ss
              2   County of Los Angeles)
              3
              4       I, IRENE NAKAMURA, Certified Shorthand
              5   Reporter, Certificate Number 9478, for the State
              6   of California, hereby certify:
              7       The foregoing proceedings were taken before me
              8   at the time and place therein set forth, at which
              9   time the deponent was placed under oath by me;
              10      The testimony of the deponent and all
              11  objections made at the time of the examination
              12  were recorded stenographically by me and were
              13  thereafter transcribed;
              14      The foregoing transcript is a true and correct
              15  transcript of my shorthand notes so taken;
              16      I further certify that I am neither counsel
              17  for nor related to any party to said action, nor
              18  in any way interested in the outcome thereof.
              19      In witness whereof, I have hereunto subscribed
              20  my name this 25th day of August, 2006.
              21
              22
              23                _____
              24
              25
           page 243
              1                   CORRECTION LIST
              2
```