**Exhibit E - 9/7/06 Lucchesi Deposition Transcript Excerpts**

- Mason - Motion re Atherosclerosis or Plaque Rupture

| | | |
|---|---|---|
| [1:] - [1:24] | 9/7/2006 | Lucchesi, Benedict |

```
page 1
     0001
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3       _____
 4       IN RE:  VIOXX                )    MDL DOCKET
 5       PRODUCTS LIABILITY           )    NO. 1657
 6       LITIGATION                   )    SECTION L
 7       This document relates to:    )
 8       Case No. 2:06-CV-00810;      )    JUDGE FALLON
 9       CHARLES LARON MASON v.       )    MAG. KNOWLES
10       MERCK & CO., INC.,           )
11       _____
12
13           DEPONENT:    BENEDICT LUCCHESI, M.D., Ph.D.
14              DATE:    Thursday, September 7, 2006
15              TIME:    8:09 a.m.
16          LOCATION:    615 East Huron Street
17              CITY:    Ann Arbor, Michigan
18          REPORTER:    RENE L. TWEDT, RPR/CRR/CSR-2907
19
20
21
22
23
24
page 2
 1           APPEARANCES:
```

| | | |
|---|---|---|
| [148:14] - [148:19] | 9/7/2006 | Lucchesi, Benedict |

```
page 148
13              A.   Yes.
14              Q.   And every single one that has actually
15       measured the progress of atherosclerosis with
16       COX-2 inhibitors has found that COX-2 inhibitors
17       do not accelerate that process, correct?
18              A.   We will say yes to that right now.
19              Q.   Now, what do you believe -- do you
20       believe that there is a better model than the one
```

| | | |
|---|---|---|
| [182:4] - [182:7] | 9/7/2006 | Lucchesi, Benedict |

```
page 182
 3       COX-2.
 4              Q.   Do you believe Mr. Mason had a rupture
 5       of his atherosclerotic plaque?
 6              A.   I don't think he had a ruptured
 7       atherosclerotic plaque.
 8              Q.   Do you believe that the thrombus formed
```

| | | |
|---|---|---|
| [190:2] - [190:11] | 9/7/2006 | Lucchesi, Benedict |

```
page 190
 1       time.
 2              Q.   And I get to ask questions about that
 3       opinion.
 4                   Now, you have no basis to say Mr. Mason
 5       had any acceleration of atherosclerosis between
 6       September of 2002 and July of 2003, correct?
 7              A.   Nobody has any basis for that --
 8                   MR. NABERS:  Object to form.
 9              A.   -- because they don't know what happened
10       in 2002, what the situation was in 2002, they only
11       know at 2003 he had his heart attack.
12              Q.   And so because you don't even know
```

**Exhibit E - 9/7/06 Lucchesi Deposition Transcript Excerpts**

• **Mason - Motion re Atherosclerosis or Plaque Rupture**

[240:1] - [240:24]        9/7/2006        Lucchesi, Benedict

```
page 239
24
page 240
1            STATE OF MICHIGAN    )
2                                 ) SS
3            COUNTY OF OAKLAND    )
4                    CERTIFICATE OF NOTARY PUBLIC
5                    I do hereby certify, the witness
6            whose attached testimony was taken in the
7            above-entitled matter was first sworn to tell
8            the truth, the testimony contained herein was
9            reduced to writing in the presence of the witness
10           by means of stenography, afterwards transcribed,
11           and is a true and complete transcript of the
12           testimony given by the witness.
13                   I further certify I am not connected
14           by blood or marriage with any of the parties, nor
15           their attorneys or agents, and I am not financially
16           interested in the matter of controversy.
17                   In witness whereof, I have hereunto
18           set my hand this day at Bloomfield Hills, Michigan,
19           County of Oakland, State of Michigan.
20
21                   _____
22                   RENE L. TWEDT, RPR/CRR/CSR-2907
23                   Notary Public, Oakland County, Michigan
24                   My Commission expires: 07/02/13
```