Exhibit F - 8/5/06 Trial Transcript (Barnett)

- Mason - Motion re Atherosclerosis or Plaque Rupture

| | | |
|---|---|---|
| [1149:] - [1149:25] | 8/5/2006 | Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla |

```
page 1149
      1149
 1                            UNITED STATES DISTRICT COURT
 2                            EASTERN DISTRICT OF LOUISIANA
 3
 4
 5        IN RE: VIOXX PRODUCTS         *    MDL DOCKET NO. 1657
          LIABILITY LITIGATION          *
 6                                      *
                                        *
 7        THIS DOCUMENT RELATES TO      *    AUGUST 5, 2006, 8:30 A.M.
                                        *
 8                                      *
          GERALD BARNETT V. MERCK       *    CASE NO. 06-CV-485-L
 9          & CO., INC.                 *
          * * * * * * * * * * * * * * *
10
11
                                    VOLUME VI
12                            JURY TRIAL BEFORE THE
                           HONORABLE ELDON E. FALLON
13                        UNITED STATES DISTRICT JUDGE
14
          APPEARANCES:
15
16        FOR THE PLAINTIFF:        ROBINSON, CALCAGNIE & ROBINSON
                                    BY:  MARK P. ROBINSON JR., ESQ.
17                                  620 NEWPORT CENTER DRIVE
                                    NEWPORT BEACH, CALIFORNIA 92660
18
19        FOR THE PLAINTIFF:        BEASLEY ALLEN CROW METHVIN
                                       PORTIS & MILES
20                                  BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                    234 COMMERCE STREET
21                                  POST OFFICE BOX 4160
                                    MONTGOMERY, ALABAMA 36103
22
23        FOR THE DEFENDANT:        BARTLIT BECK HERMAN
                                       PALENCHAR & SCOTT
24                                  BY:  PHILIP S. BECK, ESQ.
                                         ANDREW L. GOLDMAN, ESQ.
25                                  54 W. HUBBARD STREET, SUITE 300
                                    CHICAGO, ILLINOIS 60601
page 1150
  1
```

| | | |
|---|---|---|
| [1224:9] - [1225:14] | 8/5/2006 | Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla |

```
page 1224
  8      A.   I GOT IT.
  9      Q.   YOU SAY, "MOREOVER, OUR RESULTS MAY BE MODEL, THERAPY
 10     DURATION, AND DRUG-SPECIFIC."  LET'S STOP THERE.  WHAT DO YOU
 11     MEAN WHEN YOU SAY THE RESULTS IN YOUR STUDY MIGHT BE
 12     MODEL-SPECIFIC?
 13      A.   WELL, AS WE'VE TALKED ALL ALONG, A MOUSE PROVIDES
 14     IMPORTANT CLUES AND IMPORTANT EVIDENCE OF CONCEPTS, BUT IT
 15     DOESN'T PROVIDE PROOF, IT'S CONCEIVABLE THAT WHAT WE FIND IN A
 16     GIVEN MOUSE MODEL MAY NOT BE APPLICABLE TO PATIENTS.
 17      Q.   IS IT ALSO TRUE THAT WHAT YOU FIND IN ONE PARTICULAR MOUSE
 18     MODEL MAY NOT BE FOUND IN ANOTHER TYPE OF MOUSE MODEL?
 19      A.   THAT'S CORRECT.
 20      Q.   OR A DIFFERENT TYPE OF ANIMAL MODEL?
 21      A.   THAT'S CORRECT.
 22      Q.   WHAT DO YOU MEAN BY, "OUR RESULTS MAY BE THERAPY
 23     DURATION-SPECIFIC"?
 24      A.   WELL, IF YOU GIVE THE DRUG FOR A DAY OR IF YOU GIVE IT FOR
 25     A YEAR, THE EFFECTS MAY BE VERY DIFFERENT AND EVERYTHING IN
page 1225
```

**Exhibit F - 8/5/06 Trial Transcript (Barnett)**

- **Mason - Motion re Atherosclerosis or Plaque Rupture**

```
 1    BETWEEN.  I MEAN, IT'S SPECULATION, AND ANYTHING MIGHT BE
 2    POSSIBLE.
 3    Q.   ARE YOU AWARE OF OTHER MICE STUDIES THAT DID STUDY THE
 4    EFFECT OF MF-TRICYCLIC AND VIOXX AND OTHER COX-2 INHIBITORS FOR
 5    A LONGER PERIOD OF TIME THAN YOUR STUDY AND FOUND EITHER THAT
 6    THERE WAS NO EFFECT ON THE SIZE OF THE ATHEROSCLEROTIC PLAQUE
 7    OR THAT THE COX-2 INHIBITOR ACTUALLY REDUCED THE SIZE OF THE
 8    PLAQUE?
 9    A.   YES.
10    Q.   I THINK YOUR STATEMENT ABOUT "OUR RESULTS MAY BE
11    DRUG-SPECIFIC" IS SELF-EXPLANATORY.  I ASSUME THAT MEANS THAT
12    WHAT YOU SEE WITH MF-TRICYCLIC MAY NOT BE SEEN WITH CELEBREX OR
13    VIOXX OR ANOTHER MOLECULE?
14    A.   RIGHT.
15    Q.   THEN YOU TALK ABOUT THE PRATICO ARTICLE.  "FOR EXAMPLE,
```

[1232:5] - [1232:21]     8/5/2006     Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

```
page 1232
 4    ATHEROSCLEROSIS.
 5    Q.   IS IT FAIR TO SAY, DR. EPSTEIN, THAT THE FINDINGS OF YOUR
 6    STUDY, WHILE THEY MAY BE RELEVANT TO MICE IN THE EARLY STAGES
 7    OF ATHEROSCLEROSIS, MAY NOT BE RELEVANT WHEN YOU'RE TALKING
 8    ABOUT ADVANCED ATHEROSCLEROSIS?
 9    A.   THAT'S ABSOLUTELY TRUE.
10    Q.   JUST BECAUSE, IN YOUR STUDY, THERE WAS A FINDING OF MICE
11    AFTER THREE WEEKS OF DOSING THAT MF-TRICYCLIC INCREASED THE
12    SIZE OF THE ATHEROSCLEROTIC PLAQUE DOESN'T MEAN THAT
13    MF-TRICYCLIC, OR ANY OTHER COX-2 INHIBITOR, FOR THAT MATTER,
14    NECESSARILY ACCELERATES THE PROGRESSION OF EXISTING
15    ATHEROSCLEROSIS?
16    A.   THAT'S CORRECT.
17    Q.   NOR DO THE FINDINGS IN YOUR STUDY MEAN THAT MF-TRICYCLIC,
18    OR ANY OTHER COX-2 INHIBITOR, FOR THAT MATTER, INCREASED THE
19    LIKELIHOOD OF PLAQUE RUPTURE AT THAT STAGE OF ATHEROSCLEROSIS;
20    TRUE?
21    A.   THIS STUDY DOES NOT INVESTIGATE THAT PARTICULAR POINT.
22    Q.   YOU DIDN'T SUGGEST IN THIS PAPER AT ALL THAT, BECAUSE OF
```