Exhibit G - 10/18/05  Lucchesi Deposition Transcript Excerpts

• Mason - Motion re Atherosclerosis or Plaque Rupture

[1:1] - [1:25]        10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 1
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4  In re:  VIOXX
 5  PRODUCTS LIABILITY LITIGATION
 6
 7  This document relates to
 8
 9  EVELYN IRVIN PLUNKETT, As Personal
10  Representative of the Estate of RICHARD
11  IRVIN, JR.,
12           Plaintiff,
13     vs.              MDL Docket No. 1657
14                      Section L
15                      JUDGE FALLON
16                      MAGISTRATE JUDGE KNOWLES
17  MERCK & CO., INC.,
18           Defendant,
19                                        /
20  PAGE 1 TO 341
21
22
23      THE DEPOSITION OF BENEDICT LUCCHESI, M.D., Ph.D.
24               OCTOBER 18, 2005
25
page 2
 1       The Videotaped Deposition of
```

[299:11] - [299:17]    10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 299
10  BY MR. ISMAIL:
11      Q.   Sir, with all due respect, I asked you what
12  causes plaque rupture in patients, and you just gave me
13  15 lines on what doesn't.
14      A.   I'm getting to that.  I'm getting to that.
15      Q.   I'd ask you, if you just restrict your
16  remarks to the questions that I ask, it would be a lot
17  quicker for everyone.
18      A.   Well, the plaque rupture occurs as the
```

[301:12] - [301:20]    10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 301
11      A.   Yes.
12      Q.   And, obviously, you don't need a
13  pharmaceutical drug to create the situation where a
14  plaque rupture can result in a clot.  Correct?
15      A.   In the patient with serious vascular
16  disease, that is the scenario.
17      Q.   Even with a patient that doesn't have
18  serious vascular disease, a -- once the plaque
19  ruptures, that patient can progress to sudden cardiac
20  death.  Right?
21      A.   I think I made the point that the plaque
```

[304:9] - [304:19]     10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 304
 8      A.   That's a sufficient number right there.
 9      Q.   Do you need to have diabetes, hypertension
10  or this hormone --
11      A.   Aldosterone.
12      Q.   That one, do you need to have one of those
13  three conditions before your plaque can rupture?
14      A.   Not necessarily.  It all depends on, for
```

**Exhibit G - 10/18/05  Lucchesi Deposition Transcript Excerpts**

• **Mason - Motion re Atherosclerosis or Plaque Rupture**

```
15  instance, what kind of stress you are subjected to.  As
16  I said, those vessels take off at a 90-degree angle.
17  You increase the activity of the blood flow, increase
18  your blood pressure during strenuous activity.
19              Mr. Irvin was sitting at his desk.
20      Q.   Well, you don't know he was sitting at his
```

[319:15] - [319:18]    10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 319
14  because in animals that are specially treated with high
15  lipid diets to form athero -- atherosclerosis as we see
16  it in animals is not the same as you see it in humans.
17  They don't form the kinds of plaques that humans form,
18  particularly in the coronary vascular bed.  Most of
19  those plaques involve the aorta.  And particularly in a
```

[320:1] - [321:18]    10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 319
25  BY MR. ISMAIL:
page 320
 1      Q.   So you would agree the theory that COX-2s
 2  accelerate formation of plaque has not been tested in
 3  an animal model, at least according to the
 4  peer-reviewed literature?
 5              MR. SIZEMORE:  Object to form; asked
 6  and answered.
 7      A.   I don't know all of the literature, if it
 8  hasn't been published.  I don't know what research is
 9  being done.
10  BY MR. ISMAIL:
11      Q.   You do a literature search every day.
12  Right?
13      A.   Yes.
14      Q.   And you spend 30 hours a week thinking about
15  COX-2s, if not every waking moment.  Right?
16      A.   A literature search every day involves
17  typing in a few key words related to COX-2 and
18  prostacyclin and see what papers came out overnight.
19  Usually you only get one or two hits, probably no more
20  than that.  If you do it once a month, you'll get many
21  more hits, obviously.
22      Q.   And even with that daily review of the
23  literature in which -- and your at least 30 hours per
24  week of thinking on this topic, you have never seen a
25  peer-reviewed piece of medical literature that
page 321
 1  demonstrates that a selective COX-2 inhibitor
 2  accelerates the formation of plaque in a coronary
 3  artery.  Correct?
 4              MR. SIZEMORE:  Object to form; asked
 5  and answered.
 6      A.   I don't use the key word plaque.  I'll start
 7  doing that from now on.
 8  BY MR. ISMAIL:
 9      Q.   Based on whatever search you do, you have
10  not found such an article.  Right?
11      A.   My search is --
12              MR. SIZEMORE:  Object to form.
13      A.    -- is referring to thrombosis.
14  BY MR. ISMAIL:
15      Q.   You have not found such an article.
16  Correct?
17              MR. SIZEMORE:  Same objection.
18      A.   That's correct.
19  BY MR. ISMAIL:
```

**Exhibit G - 10/18/05  Lucchesi Deposition Transcript Excerpts**

• **Mason - Motion re Atherosclerosis or Plaque Rupture**

[331:21] - [332:6]    10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 331
20  destruction of the tissue.
21       Q.    Would you agree, sir, that there's not a
22  single piece of peer-reviewed medical literature that
23  demonstrate even in an animal model that Vioxx
24  contributes to plaque rupture in the coronary artery?
25              MR. SIZEMORE:  Object to form.
page 332
1        A.    There may not be today.
2   BY MR. ISMAIL:
3        Q.    Are you agreeing, sir, or not?
4              MR. SIZEMORE:  Same objection.
5        A.    I'll agree to that because I don't know of
6   any literature that relates to that specific point.
7   BY MR. ISMAIL:
```

[340:1] - [340:25]    10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 339
25
page 340
1                   CERTIFICATE OF NOTARY
2
3   STATE OF MICHIGAN  )
4                      ) SS
5   COUNTY OF OAKLAND  )
6        I, Cynthia Ann Chyla, Certified Shorthand
7   Reporter, a Notary Public in and for the above county
8   and state, do hereby certify that the above deposition
9   was taken before me at the time and place hereinbefore
10  set forth; that the witness was by me first duly sworn
11  to testify to the truth, and nothing but the truth,
12  that the foregoing questions asked and answers made by
13  the witness were duly recorded by me stenographically
14  and reduced to computer transcription; that this is a
15  true, full and correct transcript of my stenographic
16  notes so taken; and that I am not related to, nor of
17  counsel to either party nor interested in the event of
18  this cause.
19
20
21                       _____
22                       Cynthia Ann Chyla, CSR-0092
23                       Notary Public,
24                       Oakland County, Michigan
25  My Commission expires:  05-12-2011
page 341
1                    INDEX TO EXAMINATIONS
```