Exhibit H - 8/8/06 Trial Transcript Excerpts (Barnett)

- Mason - Motion re Atherosclerosis or Plaque Rupture

| | | |
|---|---|---|
| [1571:] - [1571:25] | 8/8/2006 | Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes) |

```
page 1571
       1571
 1                             UNITED STATES DISTRICT COURT
 2                             EASTERN DISTRICT OF LOUISIANA
 3
 4
 5        IN RE: VIOXX PRODUCTS        *    MDL DOCKET NO. 1657
          LIABILITY LITIGATION         *
 6                                     *
                                       *
 7        THIS DOCUMENT RELATES TO     *    AUGUST 8, 2006, 8:30 A.M.
                                       *
 8                                     *
          GERALD BARNETT V. MERCK      *    CASE NO. 06-CV-485-L
 9          & CO., INC.                *
          * * * * * * * * * * * * * *
10
11
                                 VOLUME VIII
12                          JURY TRIAL BEFORE THE
                         HONORABLE ELDON E. FALLON
13                       UNITED STATES DISTRICT JUDGE
14
          APPEARANCES:
15
16        FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                      BY:  MARK P. ROBINSON JR., ESQ.
17                                    620 NEWPORT CENTER DRIVE
                                      NEWPORT BEACH, CALIFORNIA 92660
18
19        FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                         PORTIS & MILES
20                                    BY:  ANDY D. BIRCHFELD JR., ESQ.
                                      234 COMMERCE STREET
21                                    POST OFFICE BOX 4160
                                      MONTGOMERY, ALABAMA 36103
22
23        FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                         PALENCHAR & SCOTT
24                                    BY:  PHILIP S. BECK, ESQ.
                                           ANDREW L. GOLDMAN, ESQ.
25                                    54 W. HUBBARD STREET, SUITE 300
                                      CHICAGO, ILLINOIS 60601
page 1572
 1
          OFFICIAL COURT REPORTERS:    CATHY PEPPER, CCR, RPR, CRR
```

| | | |
|---|---|---|
| [1796:14] - [1796:20] | 8/8/2006 | Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes) |

```
page 1796
12   SOME STUDIES THAT DON'T CONFIRM THIS, BUT I GO BACK TO THE
13   ADVISORY PANEL 32-TO-ZERO VOTE THAT --
14   Q.   I'M GOING TO GET TO THE ADVISORY PANEL, I PROMISE, DOCTOR,
15   BUT I'M REALLY ASKING YOU ABOUT THIS ARTICLE NOW.  AM I RIGHT
16   THAT THE ARTICLE THAT YOU CITED SAID THAT, THE MICE STUDIES,
17   SOME OF THEM SHOW THAT COX-2 INHIBITORS WORSEN THE COURSE OF
18   ATHEROSCLEROSIS, SOME OF THEM SHOW THAT THEY RETARD THE COURSE,
19   WHICH MEANS THEY SLOW DOWN THE GROWTH OF PLAQUE --
20   A.   YES, SIR.
21   Q.   -- AND SOME OF THEM SAY THEY DON'T MAKE ANY DIFFERENCE AT
22   ALL?
```