Exhibit B - 9/05/06 Sander's Deposition Excerpts

• Mason - Motion Exclude Sander's Testimony

[1:1] - [1:24]          9/5/2006      Sander, Gary (Mason)

```
page 1
1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4
   IN RE: VIOXX           MDL DOCKET NO. 1657
5  PRODUCTS LIABILITY
   LITIGATION
6
   THIS DOCUMENT RELATES    SECTION "L"
7  TO:
8  CHARLES MASON            JUDGE FALLON
9  VERSUS
10 MERCK & CO., INC.
11 Civil Action No. 2:06-CV-00810
12
13 CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
14
               Deposition of DR. GARY SANDER,
15 taken at the Law Offices of Stone, Pigman,
   Walther, Wittmann, 546 Carondelet Street, New
16 Orleans, Louisiana, on the 5th day of
   September, 2006.
17
18
   APPEARANCES:
19
   Representing the Plaintiff:
20
         BLIZZARD, McCARTHY & NABERS
21       Attorneys at Law
         BY:  J. SCOTT NABERS, ESQ.
22       Lyric Centre Building
         440 Louisiana, Suite 1710
23       Houston, Texas 77002-1689
         (713) 844-3750
24
25
```

[21:22] - [22:4]          9/5/2006      Sander, Gary (Mason)

```
page 21
21 not the issues of my testimony.
22       Q.    So you are not relying on any
23 internal Merck documents for your opinions.
24 Correct?
25       A.    That is correct.
page 22
1        Q.    And you are not purporting to
2  give any opinions about Merck's conduct with
3  regard to Vioxx.  Correct?
4        A.    That has always been correct.
5        Q.    Now, with respect to the medical
```

[59:16] - [61:18]          9/5/2006      Sander, Gary (Mason)

```
page 59
15 available.
16       Q.    So let me make sure I get a clean
17 answer to my question.  There is nothing,
18 there is no laboratory tests that you are
19 relying upon to state that Vioxx was a
20 contributing factor in Mr. Mason's July, 2003
21 heart attack.  Correct?
22       A.    There is no readily available
23 test that would test that.
24       Q.    Is there anything from the
```

Exhibit B - 9/05/06 Sander's Deposition Excerpts

**• Mason - Motion Exclude Sander's Testimony**

```
                    25  angiogram done on Mr. Mason that identifies
                    page 60
                     1  Vioxx as a contributing factor in his July,
                     2  2003 heart attack?
                     3      A.   The angiogram shows thrombosis,
                     4  clot formation.  The issue of why the clot
                     5  formed is a separate consideration that we
                     6  have been talking about.
                     7      Q.   Could you give an answer to my
                     8  question, please?  Is there anything in the
                     9  angiogram that you are relying on to
                    10  specifically discern or opine that Vioxx was a
                    11  contributing factor in the formation of the
                    12  clot?
                    13      MR. NABERS:
                    14           Objection to the form.
                    15      THE WITNESS:
                    16           From the angiogram.  No.
                    17  BY MR. ISMAIL:
                    18      Q.   Is there anything in Mr. Mason's
                    19  clinical presentation, the symptoms he
                    20  reported or his, or the medical, the
                    21  examination done on him in July of 2003 that
                    22  you are relying upon to state that Vioxx was
                    23  the contributing factor in his heart attack?
                    24      A.   I am a little concerned about the
                    25  higher blood pressures after he started Vioxx.
                    page 61
                     1  Other than that, no.
                     2      Q.   We will get to the blood pressure
                     3  in a minute.  But other than blood pressure
                     4  readings taken after he started taking Vioxx,
                     5  there is nothing in Mr. Mason's medical
                     6  examinations or clinical symptoms which
                     7  specifically identified Vioxx as a
                     8  contributing factor in his heart attack.
                     9  Correct?
                    10      MR. NABERS:
                    11           Objection to form.
                    12      THE WITNESS:
                    13           Correct.
                    14  BY MR. ISMAIL:
                    15      Q.   Now, you have described Mr. Mason
                    16  as an individual who had multiple risk
                    17  factors?
                    18      A.   Yes.
                    19      Q.   And when cardiologists talk about
```

[67:21] - [68:8]        9/5/2006    Sander, Gary (Mason)

```
                    page 67
                    20  contributed to Mr. Mason's 2003 heart attack?
                    21      A.   There is suggestion in the
                    22  literature -- and I am just going to mention
                    23  this to complete my answer.  Although, I am
                    24  not going to go there -- that Vioxx may in
                    25  fact accelerate atherosclerosis.  So there is
                    page 68
                     1  a potential that the plaque formation is
                     2  accelerated.  But I am not prepared, you know,
                     3  to discuss that literature.
                     4      Q.   Okay.  You will not be offering
                     5  the opinion at trial that Vioxx accelerated
                     6  the formation of atherosclerosis in Mr. Mason.
                     7  Correct?
                     8      A.   That is correct.
                     9      Q.   Have you seen literature which
```

Exhibit B - 9/05/06 Sander's Deposition Excerpts

**• Mason - Motion Exclude Sander's Testimony**

[71:14] - [71:21]          9/5/2006       Sander, Gary (Mason)

```
page 71
13 Vioxx.
14      Q.      Certainly Vioxx did not make Mr.
15 Mason's plaque any more rupture prone than it
16 otherwise was.  Correct?
17      A.      Again, that is something where I
18 am not going to go.  I mean, it could have
19 accelerated atherosclerosis.  But I am not
20 going there.  You are asking me the question,
21 so I am answering it.
22      Q.      Let me state it differently.
```

[71:22] - [72:14]          9/5/2006       Sander, Gary (Mason)

```
page 71
21 so I am answering it.
22      Q.      Let me state it differently.
23 Vioxx certainly didn't make Mr. Mason's
24 atherosclerotic plaque have any thinner cap
25 than it otherwise would?
page 72
1       A.      I would not think so.
2       Q.      Vioxx certainly didn't make any
3  Mason's plaque any more lipid rich than it was
4  otherwise.  Correct?
5       A.      Correct.  Yes.  That is correct.
6       Q.      And you certainly will not be
7  offering the opinion at trial that Vioxx made
8  Mr. Mason's plaque rupture prone.  Correct?
9       A.      Yes.  Correct.
10      Q.      Let me state that differently.
11 Vioxx did not make Mr. Mason's plaque
12 vulnerable to rupture.  Correct?
13      A.      Yes.  I am just trying to get the
14 right answer.  That is correct.
15      Q.      Now, once Mr. Mason's -- now, you
```

[74:19] - [74:23]          9/5/2006       Sander, Gary (Mason)

```
page 74
18      A.      All right.
19      Q.      Now, do you believe Vioxx caused
20 Mr. Mason's plaque to rupture?
21      A.      I believe that the increased
22 blood pressure was a contributing factor to
23 plaque rupture.
24      Q.      Taking generally a patient who
```

[80:3] - [80:18]          9/5/2006       Sander, Gary (Mason)

```
page 80
2  increased thromboxane.
3       Q.      So anybody that has had a heart
4  attack by virtue of plaque rupture has by
5  definition imbalance between prostacyclin and
6  thromboxane?
7       A.      That is the theory as I
8  understand it.
9          MR. NABERS:
10             Objection.
11 BY MR. ISMAIL:
12      Q.      And that theory that you just
13 described, that every single person that has a
14 heart attack from a plaque rupture,
15 necessarily has an imbalance between
16 prostacyclin and thromboxane is irrespective
17 of their use of a COX-2 inhibitor.  Right?
18      A.      In the basic mechanism.  Yes.
```

**Exhibit B - 9/05/06 Sander's Deposition Excerpts**

- **Mason - Motion Exclude Sander's Testimony**

```
                                    19      Q.      What do you mean by in the basic
```

[174:14] - [174:19]     9/5/2006      Sander, Gary (Mason)

```
page 174
13  pressure response.
14      Q.      So let's go over -- first of all,
15  labile hypertension, that just means varying
16  blood pressure readings.  Right?
17      A.      Yes.  Either because they are
18  done carelessly or because of this so called
19  "white coat" phenomenon.
20      Q.      And hypertension as a clinical
```

[175:22] - [176:20]     9/5/2006      Sander, Gary (Mason)

```
page 175
21  labile.
22      Q.      So labile hypertension is a risk
23  factor for the development of heart disease?
24      A.      Yes.
25      Q.      Even if it is associated only
page 176
1   with spikes of blood pressure and then periods
2   of normal blood pressure readings?
3       A.      Yes.
4       Q.      And so Mr. Mason prior to
5   starting Vioxx in your view falls into that
6   category of labile hypertension?
7       A.      You have three numbers, but he
8   could.  If those are accurate numbers, you
9   know.  Again, it is hard to make anything
10  definitive out of three numbers, one of which
11  is out of context with the other two.
12              But if we take those numbers as
13  correct, I would consider him labile, "white
14  coat" hypertension.
15      Q.      Which you consider a risk factor
16  for the development of heart disease.
17  Correct?
18      A.      Yes.  Blood pressure is a
19  continuous variable for cardiovascular risk
20  beginning at 115 systolic.
21      Q.      Then Mr. Mason has how many blood
```

[177:10] - [178:4]     9/5/2006      Sander, Gary (Mason)

```
page 177
9   pressures lower.
10      Q.      So while Mr. Mason is on Vioxx,
11  you would agree that he does not meet the
12  definition of hypertension.  Correct?
13      MR. NABERS:
14              Objection to the form.  He is
15  asking you based on the two readings.
16      THE WITNESS:
17              I think that probably I would
18  have to answer, I would be suspicious, but
19  could not make a diagnosis.
20  BY MR. ISMAIL:
21      Q.      Well, I didn't understand Scott's
22  interjection there.  Do you have any basis
23  upon which to opine to a reasonable degree of
24  medical probability that while on Vioxx Mr.
25  Mason met the definition of hypertension?
page 178
1       A.      I would have to tell you I am
2   concerned by his exercise blood pressure.  But
3   can I say more likely than not he had
4   hypertension, I don't believe I can.
```

**Exhibit B - 9/05/06 Sander's Deposition Excerpts**

• **Mason - Motion Exclude Sander's Testimony**

```
                                    5        Q.    Now, do you believe Vioxx

[232:1] - [232:23]          9/5/2006      Sander, Gary (Mason)
                            page 231
                            25
                            page 232
                            1                REPORTER'S CERTIFICATE
                            2
                            3
                            4           I, RUBY M. WALLEN, Certified Court
                            5    Reporter, do hereby certify that the
                            6    above-named witness, after having been first
                            7    duly sworn by me to testify to the truth, did
                            8    testify as hereinabove set forth;
                            9           That the testimony was reported by me
                            10   in shorthand and transcribed under my personal
                            11   direction and supervision, and is a true and
                            12   correct transcript, to the best of my ability
                            13   and understanding;
                            14          That I am not of counsel, not related
                            15   to counsel or the parties hereto, and not in
                            16   any way interested in the outcome of this
                            17   matter.
                            18
                            19
                            20
                            21          _____
                                        RUBY M. WALLEN
                            22          CERTIFIED COURT REPORTER
                                        CSR NO. 78022
                            23
                            24
```