Exhibit C - 9/6/06 Trial Transcript Excerpts

• Mason - Motion to Exclude Sander's Testimony

[1:] - [1:25]     9/6/2006     Smith Trial - Daubert Hearing

```
page 1
    0001
1                          UNITED STATES DISTRICT COURT
2                          EASTERN DISTRICT OF LOUISIANA
3
4
5
6       In Re: VIOXX PRODUCTS       *   MDL Docket No. 1657
        LIABILITY LITIGATION        *
7                                   *
                                    *
8       This document relates to    *   September 6, 2006, 1:30 a.m.
                                    *
9                                   *
        Robert G. Smith v. Merck    *   Case No. 05-CV-4379-L
10        & Co., Inc.               *
        * * * * * * * * * * * * * *
11
12
13                       PROCEEDINGS BEFORE THE
                      HONORABLE ELDON E. FALLON
14                    UNITED STATES DISTRICT JUDGE
15
16
        APPEARANCES:
17
18      For the Plaintiff:          Williams Bailey Law Firm
                                    BY:  STEVEN J. KHERKHER, ESQ.
19                                       COLLYN A. PEDDIE, ESQ.
                                         AMY M. CARTER, ESQ.
20                                  8441 Gulf Freeway, Suite 600
                                    Houston, Texas  77017
21
22      For the Defendant:          Bartlit Beck Herman
                                      Palenchar & Scott
23                                  BY:  PHILIP S. BECK, ESQ.
                                         ANDREW L. GOLDMAN, ESQ.
24                                       CARRIE A. JABLONSKI, ESQ.
                                    54 W. Hubbard Street, Suite 300
25                                  Chicago, Illinois 60601
page 2
1       Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
```

[10:2] - [11:10]     9/6/2006     Smith Trial - Daubert Hearing

```
page 10
1  actually said in his deposition --
2          THE COURT:  Let me cut through this.  I really
3  understand the issue.  I am going to allow him to testify.  I'm
4  going to deny the motion.  With regard to the blood pressure,
5  it can be problematic, but I do think that that is an area of
6  cross-examination as opposed to an area of whether or not he
7  used proper methodology.  I think he is vulnerable in that
8  because he only took several blood pressure readings, but I do
9  think he is subject to cross-examination as opposed to whether
10 or not his methodology is appropriate.
11         The deposition, he said what he said.  When he
12 is cross-examined on it, he is going to be cross-examined on
13 it.  I don't know whether that's an issue of Daubert as well as
14 it's an issue of cross-examination, so I'm going to allow him
15 to testify.  I think the areas that counsel poses are
16 legitimate areas, but I see them as areas of cross-examination
17 as opposed to qualifications.
18         MR. BECK:  Your Honor, on athero, if he gets up
19 now -- he had nothing in his report saying that his athero was
20 caused, so there's an undisclosed opinion.  We asked him and he
21 said he didn't have an opinion on it.  If he gets up and gives
22 an opinion, that's going to be the first time we have ever
```

**Exhibit C - 9/6/06 Trial Transcript Excerpts**

• **Mason - Motion to Exclude Sander's Testimony**

```
                      23  heard that.
                      24          THE COURT:  Well, you have to bring it to my
                      25  attention.
                      page 11
                      1           MS. PEDDIE:  Your Honor, if there's something outside
                      2   of the scope of the report --
                      3           THE COURT:  Anything that's outside of the scope of
                      4   the report -- the reason for the report, folks, as you all
                      5   know, he can't put five hours of testimony into a 20 to 30-page
                      6   report.  We all know that.  By the same token, you have to put
                      7   in the areas that you are going to talk about; not the specific
                      8   questions, but the areas.  If he didn't talk about this or he
                      9   didn't bring it up in his report, then it's outside of the
                      10  scope of his testimony.
                      11          MS. PEDDIE:  Your Honor, we don't have any problem
```

[58:3] - [58:17]       9/6/2006       Smith Trial - Daubert Hearing

```
                      page 58
                      2           (WHEREUPON, the Court was in recess for the evening.)
                      3                           * * *
                      4                        CERTIFICATE
                      5           I, Toni Doyle Tusa, CCR, FCRR, Official Court
                      6   Reporter for the United States District Court, Eastern District
                      7   of Louisiana, do hereby certify that the foregoing is a true
                      8   and correct transcript, to the best of my ability and
                      9   understanding, from the record of the proceedings in the
                      10  above-entitled and numbered matter.
                      11
                      12
                      13                                  _____
                                                          Toni Doyle Tusa, CCR, FCRR
                      14                                  Official Court Reporter
                      15
                      16
                      17
                      18
```