**Exhibit E - 8-15-06 Sander's Deposition Excerpts**

• **Mason - Motion Exclude Sander's Testimony**

[1:] - [2:25]        8/15/2006    Sander, Gary (Smith)

```
page 1
        0001
  1             UNITED STATES DISTRICT COURT
  2             EASTERN DISTRICT OF LOUISIANA
  3
  4
        IN RE: VIOXX        MDL DOCKET NO. 1657
  5     PRODUCTS LIABILITY
        LITIGATION
  6
        THIS DOCUMENT RELATES   SECTION "L"
  7     TO:
  8     ROBERT G. SMITH        JUDGE FALLON
  9     VERSUS
 10     MERCK & CO., INC.
 11     Civil Action No. 2:05-CV-04379
 12
 13     CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
 14
                  Deposition of DR. GARY E. SANDER,
 15     taken at the Law Offices of Stone, Pigman,
        Walther, Wittmann, 546 Carondelet Street, New
 16     Orleans, Louisiana, on the 15th day of August,
        2006.
 17
 18
        APPEARANCES:
 19
        Representing Garry Smith:
 20
                THE WILLIAMS BAILEY LAW FIRM
 21             Attorneys at Law
                BY:  JOHN T. BOUNDAS, ESQ.
 22             8441 Gulf Freeway, Suite 600
                Houston, Texas 77017
 23             jboundas@williamsbailey.com
                713-230-2200
 24
                    -and-
 25
page 2
  1             THE WATTS LAW FIRM
                Attorneys at Law
  2             BY:  JAMES L. LARRY WRIGHT, ESQ.
                111 Congress Avenue, Suite 1010
  3             Austin, Texas 78701
                512-479-0500
  4
  5     Representing Charles Mason:
  6             BLIZZARD, McCARTHY & NABERS
                Attorneys at Law
  7             BY:  J. SCOTT NABERS, ESQ.
                440 Louisiana Avenue, Suite 1710
  8             Lyric Centre Building
                Houston, Texas 77002-1689
  9             713-844-3750
 10
        Representing the Defendant:
 11
 12
 13             FULBRIGHT & JAWORSKI
                Attorneys at Law
 14             BY:  JONATHAN B. SKIDMORE, ESQ.
                ROBERT A. BLACKWELL, ESQ.
 15             2200 Ross Avenue, Suite 2800
                Dallas, Texas 75201-2784
 16
                Jskidmore@fulbright.com
```

**Exhibit E - 8-15-06 Sander's Deposition Excerpts**

**• Mason - Motion Exclude Sander's Testimony**

```
17              Rblackwell@fulbright.com
                214-855-8038

18
19      REPORTED BY:
20
21              RUBY M. WALLEN
                CERTIFIED COURT REPORTER
22
23      ALSO PRESENT:
24          GLENDA GRAINGER
                Gsgrainger@aol.com
25
page 3
1                  EXAMINATION INDEX
```

[71:2] - [71:4]          8/15/2006     Sander, Gary (Smith)

```
page 71
1   identified, I think we were all confused.
2              That is about the point where
3   Merck chose to visit me and try to convince me
4   that there was no issue with Vioxx.  And that
5   is where many of my slides originated and that
```

[73:6] - [73:15]         8/15/2006     Sander, Gary (Smith)

```
page 73
5   before that.
6              Q.      How long have you known about
7   NSAIDS and their relationship with
8   hypertension?
9              A.      Whether there could be a problem,
10  probably 20 years.  Maybe make it 15.
11  Somewhere in there.
12             Q.      Has that been well-known in the
13  scientific community?
14             A.      To those of us who are interested
15  in it.
16         Q.     And what is it there that you
```

[74:19] - [76:4]         8/15/2006     Sander, Gary (Smith)

```
page 74
18      A.     Yes.
19             Q.      Now, you said you became
20  interested in, was it COX-2 blood pressure
21  issues based upon information given to you by
22  Merck?
23             A.      Well, Merck came to me and I am
24  still not quite sure when it was.  My best
25  guess is the spring of 2001.  And wanted to
page 75
1   assure me that the VIGOR trial in fact did not
2   implicate Vioxx as a thrombotic agent; that
3   rather naproxen was protective, because it in
4   fact could inhibit platelets.
5              Q.      Who was it that came to you?
6              A.      I have not been able to remember
7   the individual's name.  It was probably one of
8   the liaisons.  Not the cardiovascular and
9   osteoarthritis, whoever was dealing with
10  Vioxx.
11             Q.      Male or female?
12             A.      Male.
13             Q.      And was this just a meeting in
14  your office?
15             A.      Yes.  He came to my office.
16  Wanted to present me with the data to reassure
17  me that this was the issue.  He brought me
18  literature.  He offered me slides.  He asked
```

**Exhibit E - 8-15-06 Sander's Deposition Excerpts**

• **Mason - Motion Exclude Sander's Testimony**

```
19  me if I would be willing to talk on Merck's
20  behalf to advocate the safety of Vioxx.
21       Q.    Do you feel he did anything
22  inappropriate, this person?
23       A.    At the time, no.
24       Q.    Today?
25       A.    Yes.
page 76
1        Q.    What?
2        A.    That he was misrepresenting.
3        Q.    Misrepresenting what?
4        A.    The true data.
5        Q.    Did you look at the data back
```

[77:9] - [77:18]          8/15/2006    Sander, Gary (Smith)

```
page 77
8   report.
9        Q.    I assumed that this meeting with
10  Merck and any discussions with a Merck
11  representative hasn't played any role in your
12  opinions in this case?
13       MR. WRIGHT:
14            Object to the form.
15       THE WITNESS:
16            Well, I must say that it has
17  certainly caused me to question Merck's
18  integrity in that meeting.
19  BY MR. SKIDMORE:
```

[78:10] - [79:21]         8/15/2006    Sander, Gary (Smith)

```
page 78
9   BY MR. SKIDMORE:
10       Q.    And that those meetings and any
11  feelings you have about Merck are not a basis,
12  a factual basis, for any of the opinions you
13  are giving in this case?
14       A.    Of course not.
15       Q.    I assume that you don't have any
16  plans to discuss those meetings with the jury
17  in the case?
18       MR. WRIGHT:
19            Object to the form.
20       THE WITNESS:
21            I have not been asked to deal
22  with issues of Merck's behavior relative to
23  drug analysis and release.  And I don't feel
24  that I have expertise to do it.
25  BY MR. SKIDMORE:
page 79
1        Q.    And you don't have the expertise
2   to do what?
3        A.    To discuss what Merck knew, when
4   they knew it, what the issues with
5   publications were, the data tables.  The
6   entire discussion that I had read, but am not
7   going to talk about.
8        Q.    And you would need to know the
9   totality of the data and information before
10  you could talk about it?
11       MR. WRIGHT:
12            Object to the form.
13       THE WITNESS:
14            In terms of critiquing the
15  method, the behavior of Merck, I am not a
16  primary party to that.  Someone else I am sure
17  will go there and not I.
18       MR. SKIDMORE:
19            And you will not?
20       THE WITNESS:
```

Exhibit E - 8-15-06 Sander's Deposition Excerpts

**• Mason - Motion Exclude Sander's Testimony**

```
                    21          I will not.
                    22      MR. WRIGHT:
```

[119:21] - [120:19]          8/15/2006   Sander, Gary (Smith)

```
page 119
20  it out.
21      Q.      Now, was this information you
22  requested from Merck?
23      A.      Yes.  What happened with this
24  engagement was he showed me a lot of material.
25  Convinced me that, you know, he had a
page 120
1   reasonable position with VIGOR based upon the
2   antiplatelet effects of Naprosyn.
3               Based upon my prior experiences
4   with Merck, which had been honorable, I took
5   him at face value.  He said, well, look.  If
6   this is true, would you go out and be willing
7   to talk to cardiologists, GPs, whatever, about
8   that and say, yes, Naprosyn is safe and
9   rofecoxib is probably neutral.
10              And I said, probably I would.
11  And I don't remember the specifics more than
12  that.  He said, well, I would like to have
13  slides.  Anybody comes in with any company and
14  offers me slides, the answer is always, yes.
15              But to get slides from a liaison
16  at any company, you have to request them.
17  They cannot send them to you without a
18  request.  So to my recollection, I sent an
19  E-mail requesting that information.
20      Q.   Have you requested information
```

[122:23] - [123:23]          8/15/2006   Sander, Gary (Smith)

```
page 122
22  part of it.
23              I was bothered that all these
24  drugs were changing blood pressure and causing
25  edema.  If they increased blood pressure, then
page 123
1   I know down the line, I know good and well
2   they are going to do other things.
3       Q.      Does any drug that raises blood
4   pressure carry with it an increased
5   cardiovascular risk?
6       A.      Any drugs which raises blood
7   pressure increases cardiovascular risk.  The
8   specific number, if you like, quoted by Dr.
9   Collins in the hypertension screening
10  detection program says that a three millimeter
11  increase in systolic blood pressure can
12  correlate with as high as a 20 percent
13  increase of heart failure, a 20 percent
14  increase in stroke and a 12 percent increase
15  in angina.
16      Q.      So you are a believer that any
17  drug that increases blood pressure can have a
18  cardiovascular risk associated with it?
19      A.      That was the subject of my talk
20  at the American Society of Hypertension, to
21  make physicians aware of drugs that increase
22  blood pressure, and therefore, may be
23  detrimental.
24      Q.   What drugs increase blood
```

**Exhibit E - 8-15-06 Sander's Deposition Excerpts**

• **Mason - Motion Exclude Sander's Testimony**

[140:12] - [141:9]        8/15/2006    Sander, Gary (Smith)

```
                          page 140
                          11 page.
                          12      Q.    You mentioned that you felt that
                          13 Merck or this person that came by to see you
                          14 misled you in some way.  You said that
                          15 earlier.  Correct?
                          16      A.    In retrospect I believe that I
                          17 was misled.
                          18      Q.    In what way?
                          19      A.    In the interpretation of the
                          20 VIGOR trial.  In the argument that it was the
                          21 protective effect of Naprosyn rather than
                          22 thrombotic effect of rofecoxib that accounted
                          23 for the difference in thrombotic events.
                          24      Q.    Do you have any reason to believe
                          25 the person that you met with didn't believe
                          page 141
                          1 that?
                          2       A.    I don't know what people in Merck
                          3 believed and I am not going to go there.
                          4       Q.    And you don't -- do you plan to
                          5 testify about that?
                          6       A.    I am not going to testify what
                          7 internal communications existed in Merck and
                          8 what their plan was for dealing with
                          9 physicians.
                          10      Q.    So you do not believe that the
```

[216:2] - [218:18]        8/15/2006    Sander, Gary (Smith)

```
                          page 216
                          1       A.    I do not.
                          2       Q.    Would it be fair to say that
                          3 there is no scientific study out there, either
                          4 in humans or animals, that shows that Vioxx
                          5 decreases prostacyclin in the coronary
                          6 vasculature?
                          7       MR. WRIGHT:
                          8             Object to the form.
                          9       THE WITNESS:
                          10            I am not aware of any.
                          11 BY MR. SKIDMORE:
                          12      Q.    As a scientist, you agree with
                          13 the theory that Vioxx reduces prostacyclin in
                          14 the coronary vasculature, is a hypothesis at
                          15 this time and not proven?
                          16      A.    From strictly a scientific
                          17 question, unrelated to observation of clinical
                          18 events, which of course is why we do the
                          19 scientific discussions, I am not aware that
                          20 anyone has done that study, nor perhaps could
                          21 they.
                          22      Q.    So would you agree that the
                          23 theory that Vioxx reduces prostacyclin in the
                          24 coronary vasculature is a hypothesis at this
                          25 time?
                          page 217
                          1       MR. WRIGHT:
                          2             Object to the form.  He just
                          3 answered that question.
                          4       THE WITNESS:
                          5             Since I do not know specifically
                          6 of any literature that has measured it.
                          7 Although, we do know COX-2 is expressed.  And
                          8 there is no reason to believe this mechanism
                          9 is not operative.  I do not know of anything
                          10 that specifically demonstrates it.
                          11      MR. SKIDMORE:
                          12            Therefore, it is a hypothesis
```

**Exhibit E - 8-15-06 Sander's Deposition Excerpts**

• **Mason - Motion Exclude Sander's Testimony**

```
13  right now?
14      MR. NABERS:
15          Objection to the form.
16      THE WITNESS:
17          I would not use the word
18  hypothesis.  I think that is the presumptive
19  reason why thrombotic events occur in the
20  coronary arteries.
21  BY MR. SKIDMORE:
22      Q.    But with no science right now
23  proving that, would you agree that is a
24  hypothesis until proven?  Would you agree it
25  is --
page 218
1       A.    Well, clots occur in patients
2   taking Vioxx in the coronary arteries.  I have
3   no better mechanism, so I think it is a
4   working hypothesis.  And I would go so far as
5   to say it is an assumption by those of us who
6   treat people with these problems.
7       Q.    Every morning when the crow gets
8   on the wind vane, weather wane and cross, the
9   sun comes up, doesn't it?
10      MR. WRIGHT:
11          Object to the form.  You don't
12  need to answer that.
13  BY MR. SKIDMORE:
14      Q.    Are you aware of any scientific
15  proof that Vioxx reduces prostacyclin in the
16  coronary vasculature?
17      A.    I have never seen that
18  measurement published.
19      Q.    Now, would you agree that if your
```

[239:3] - [239:15]     8/15/2006   Sander, Gary (Smith)

```
page 239
2       A.    Yes.
3       Q.    We talked earlier and you agreed
4   that this is not scientifically proven, but is
5   a hypothesis at this time.
6       MR. WRIGHT:
7           Object to the form.
8       THE WITNESS:
9           I think the actual interactions
10  in the formation of atherosclerosis is still
11  experimental as opposed to COX-2 in humans.  I
12  think there is some evidence that supports it.
13          I think there are some people who
14  still argue that they are not convinced and I
15  don't intend to go there.
16  BY MR. SKIDMORE:
```

[240:19] - [241:21]     8/15/2006   Sander, Gary (Smith)

```
page 240
18  support that.
19      Q.    On Page 5 you talk about
20  mechanisms within the kidney are also vitally
21  important.  Do you see that?
22      A.    Yes.  I do.
23      Q.    This section of the article, it
24  appears to me -- not article -- of your
25  report, is focused on potential increases in
page 241
1   blood pressure that can be caused by COX-2s.
2       A.    Blood pressures, fluid retention
3   and potentially heart failure.
4       Q.    Was fluid retention a problem
5   with Mr. Smith?
6       A.    No.  Not to my knowledge.
```

**Exhibit E - 8-15-06 Sander's Deposition Excerpts**

• **Mason - Motion Exclude Sander's Testimony**

```
 7        Q.      Was heart failure or congestive
 8   heart failure a problem for Mr. Smith?
 9        A.      I did not see any evidence of
10   that.
11        Q.      So I would assume that this
12   section of the report doesn't have application
13   to Mr. Smith?
14        A.      I think there is some blood
15   pressure issues to be discussed.
16        Q.      I meant the parts that had to do
17   with congestive heart failure and fluid
18   retention?
19        A.      Correct.  I am not aware of fluid
20   retention.  Certainly not aware of heart
21   failure.
22        Q.      What you are focused on is the
```

[268:22] - [269:14]        8/15/2006    Sander, Gary (Smith)

```
page 268
21   do it again actually.
22        Q.      Well, is it a sound scientific
23   hypothesis that Vioxx's anti-inflammatory
24   effect might slow the progression of
25   atherosclerosis and help stabilize plaque?
page 269
 1        MR. WRIGHT:
 2             Object to the form.
 3        THE WITNESS:
 4             In animal models.  There are
 5   animal models that suggest that.  APO
 6   deficient graph, which is supposedly the best
 7   model for this, does not support that.  It is
 8   pro-atherosclerotic.
 9             Other models say it is
10   anti-atherosclerotic.  But I would say that
11   the reason you do animal models is to predict
12   what is going to happen in humans.  And once
13   we know what is going to happen in humans, the
14   animal models become less relevant.
15        Q.      You would agree that reduction of
```

[271:13] - [272:7]        8/15/2006    Sander, Gary (Smith)

```
page 271
12   BY MR. SKIDMORE:
13        Q.      Now, we have discussed this a
14   little earlier a little bit.  All NSAIDS can
15   cause hypertension, can they not?
16        A.      Probably.
17        Q.      Are you aware that that has been
18   in the label for NSAIDS for some time?
19        A.      I am not sure of when it was in
20   there, but we have known about it for some
21   time.
22        Q.      Were you also aware that the
23   potential for increases in blood pressure have
24   been a warned about risk of COX-2s that have
25   been in the labeling, including Vioxx, since
page 272
 1   they went on the market?
 2        A.      Yes.
 3        Q.      So it is no surprise that COX-2s
 4   can raise the level of blood pressure?
 5        A.      No.  It is a given.  But with the
 6   stronger COX-2s, more so than the less
 7   stronger COX-2s.
 8        Q.      Now, there are certain times that
```

**Exhibit E - 8-15-06 Sander's Deposition Excerpts**

• **Mason - Motion Exclude Sander's Testimony**

[380:1] - [380:23]          8/15/2006     Sander, Gary (Smith)

```
                    page 379
                    25
                    page 380
                    1                   REPORTER'S CERTIFICATE
                    2
                    3
                    4          I, RUBY M. WALLEN, Certified Court
                    5   Reporter, do hereby certify that the
                    6   above-named witness, after having been first
                    7   duly sworn by me to testify to the truth, did
                    8   testify as hereinabove set forth;
                    9          That the testimony was reported by me
                    10  in shorthand and transcribed under my personal
                    11  direction and supervision, and is a true and
                    12  correct transcript, to the best of my ability
                    13  and understanding;
                    14          That I am not of counsel, not related
                    15  to counsel or the parties hereto, and not in
                    16  any way interested in the outcome of this
                    17  matter.
                    18
                    19
                    20
                    21          _____
                                RUBY M. WALLEN
                    22          CERTIFIED COURT REPORTER
                                CSR NO. 78022
                    23
                    24
```