

11777733
Jul 12 2006
10:16PM

*GARY E SANDER, M.D., PH.D., F.A.C.C., F.A.H.A.*
*CARDIOVASCULAR DISEASES*

### 1237 BEVERLY GARDEN DRIVE
### METAIRIE, LA 70002
### 504-835-7019(F), 504-458-5717 (C)
### gsande3@cox.net

July 10, 2006

Mr. James L. Wright
Attorney at Law
Watts Law Firm
One Congress Plaza
111 Congress, Suite 1010
Austin, TX 78701

RE:   *Robert Garry Smith*

Dear Mr. Wright:

I am board certified by the American Board of Internal Medicine in Internal Medicine and Cardiovascular Diseases as well. I hold fellowship status with the American College of Physicians, American College of Cardiology, the American College of Chest Physicians, and the American Heart Association, and membership in such related organizations as the American Society of Hypertension, the Heart Failure Society of America, the Southern Society of Clinical Investigation, and the American Society of Pharmacology and Experimental Therapeutics. I am also designated as a Specialist in Clinical Hypertension by the American Society of Hypertension. I serve as a Physician Advisor for the Louisiana Health Care Review, Inc, which is the peer review organization for CMS in Louisiana. In my present positions as Professor of Medicine in the Sections of Cardiology at Louisiana State University Health Sciences Center and Adjunct Professor at Tulane University Health Sciences Center in New Orleans, I supervise medicine house staff and cardiology fellows in the practice of cardiology. I also maintain

M006B42400

Medical Report Robert Garry Smith
July 10, 2006

a private cardiology practice with Canal Street Cardiology Associates in New Orleans. I have authored over 100 publications dealing with various aspects of Cardiovascular Medicine, and have taught and lectured extensively in these areas as well. My qualifications and experience are more specifically listed in the attached curriculum vitae. My knowledge, training, and experience have made me extremely familiar with the issues concerning use and toxicity of NSAID and COX-2 drugs; I estimate that I have spent over 100 hours, not specifically related to VIOXX litigation cases, reviewing, writing, and presenting topics related to these issues. A comprehensive list of articles and materials that I have reviewed is attached. I am also very familiar with medicolegal proceedings; a list of my depositions and court appearances is also attached.

It is well established that heart disease represents a very major epidemiological problem in the United States, such that the NIH as well as the pharmaceutical industry have expended billions of dollars in an attempt to better understand the pathophysiological mechanisms driving these cardiovascular events and trying to develop more effective treatments and prevention measures. While much of the causation of cardiovascular events can be related to the presence of risk factors including dsylipidemias, cigarette smoking, hypertension, and diabetes, it is clear that additional factors, including increases in blood pressure and increases in the activation and aggregation of blood platelets, together with impairment of the cardiovascular system's ability for autoregulation and defense, can play substantial roles in the development of cardiovascular events. One of the major breakthroughs in clinical pharmacology has been the demonstration of the effectiveness of aspirin in both preventing as well as reducing

2

M006B42401

Medical Report Robert Garry Smith
July 10, 2006

the severity of ongoing cardiovascular events, especially myocardial infarction. Aspirin produces its effects by interfering with the activation and aggregation of blood platelets, an event that occurs in response to vascular tissue injury and in turn results in activation of blood clotting factors and then clot formation, often leading to vascular obstruction and tissue injury, such as myocardial infarction. This has highlighted the importance of blood platelets in modulating the extent of tissue injury and repair, and led to the development of additional drugs, such as Plavix and GpIIb-IIIa inhibitors, as even better platelet inhibitors and therapeutic agents. Thus it is not surprising that drugs that increase platelet aggregation, such as the potent COX-2 inhibitor VIOXX, have been demonstrated to increase the number of cardiovascular events; nor should it be surprising that this increase in events would be more apparent in patients with pre-existing atherosclerosis, who already have vascular obstructive disease and are at greater risk for subsequent events augmented by platelet aggregation.

The cyclooxygenase (COX) system functions to produce a family of prostanoids, including $PGD_2$, $PGE_2$, $PGF_{2\alpha}$ (prostacyclin), and $TxA_2$ (thromboxane), which modulate a variety of biological functions. In this system arachidonic acid is generated from membrane-bound phospholipids by the enzyme phospholipase $A_2$. Cyclooxygenase–1 (COX-1) is a constitutive (present normally) enzyme that produces prostaglandins that mediate gastrointestinal mucosal integrity, platelet aggregation, and renal function. Cyclooxygenase-2 (COX-2) is an inducible enzyme that contributes to inflammatory responses and carcinogenesis. However, COX-2 is constitutive in kidney and brain, and both COX-1 and COX-2 are expressed at sites inflammation. COX-2 is unregulated in

3

M00684240Z

Medical Report Robert Garry Smith
July 10, 2006

high renin states, such as salt depletion, ACE inhibition and angiotensin receptor blockade, and renovascular hypertension. Importantly, COX-1 catalyzes the conversion of arachidonic acid to $TxA_2$ and $PGI_2$, prostaglandins that play a critical role in platelet–vessel wall interactions. $TxA_2$, the major product of blood platelet COX-1, is a vasoconstrictor and plays an important role in platelet aggregation. $PGI_2$, mainly produced by the endothelium, is a potent vasodilator and antiplatelet factor; an increase in the concentration of $TxA_2$ relative to that of $PGI_2$ results in a prothrombotic of hypercoaguable state.

Aspirin acetylates and irreversibly inhibits COX-1; nonsteroidal anti-inflammatory drugs (NSAIDs) variably and reversibly inhibit both COX-1 and COX-2 activity. COXIBS are relatively selective COX-2 inhibitors, with rofecoxib more selective than celecoxib. Although it was previously thought that COX-1 was responsible for $PGI_2$ production in normal endothelial cells it is now apparent that COX-2 also contributes significantly to $PGI_2$ biosynthesis in humans. COX-2 inhibitors, by selectively reducing endothelial $PGI_2$ production, appear to cause unopposed $TxA_2$ activity and thus lead to a prothrombotic state. Furthermore, at least in certain animal models, interruption of $PGI_2$ accelerates the development and progression of atherosclerosis. This suggests that selective inhibition of COX-2 can disrupt the physiological balance between $TxA_2$ and $PGI_2$ and thus increase the risk of atherosclerosis, thrombogenesis, and the risk of cardiovascular complications. This critically important interaction between platelet activation and aggregation, represented by $TxA_2$, and the integrity of vascular defense mechanisms, represented by $PGI_2$, is

M006B42403

illustrated in the attached figure from Dr. Antman's peer-reviewed and published article. *(Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005;112(5):759 - 70.)*

Mechanisms within the kidney are also vitally important. Prostaglandins modulate microvascular hemodynamics, tubular salt and water reabsorption, and renin release. $PGE_2$ decreases tubular $Na^+$ reabsorption. $PGI_2$ stimulates renin release, in turn stimulating aldosterone secretion and an increased $K^+$ secretion at the distal nephron. $PGI_2$ is also a potent vasodilator that preserves renal perfusion in conditions associated with decreased actual or effective circulating volume. Reduction in $PGI_2$ may lead to hyperkalemia and even acute renal failure. Under physiologic conditions COX-2 appears to be the dominant contributor to $Na^+$, $Cl^-$, and water homeostasis. Thus a reduction in renal production of $PGE_2$ may result in $Na^+$ and water retention with resultant edema, increase in blood pressure, and potentially congestive heart failure.

Thus potent COX-2 inhibitors such as VIOXX can increase blood pressure and blood coagulability; the increased blood pressure will increase shear stress forces in such blood vessels as the coronary arteries, thus increasing the risk of vulnerable plaque rupture, then increasing the likelihood of platelet activation and aggregation (clumping), leading to activation of blood protein coagulation factors, blood clot formation, arterial obstruction, and finally acute coronary syndromes including stroke and myocardial infarction.

Clinical data now clearly indicate that these mechanisms are operative in increasing the rate of cardiovascular events in humans; recognition of these data has led

M006B42404

Medical Report Robert Garry Smith
July 10, 2006

Merck to withdraw VIOXX from the market.  Examination of clinical trials such as Merck 090, VIGOR, and ADVANTAGE have demonstrated that cardiovascular event rates can increase at least as early as 4 to 6 weeks after initiating VIOXX treatment.  The APPROVe Trial was a long-term, multi-center, randomized, placebo-controlled, double blind trial designed to determine the effect of three years of treatment with rofecoxib (25 mg daily) on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colonic adenomas but no cardiac history.  A total of 46 rofecoxib patients had a confirmed thrombotic event (1.50 events per 100 patient-years), compared to 0.78 events per 100 patient-years on placebo, representing a relative risk for thrombotic events of 1.92 (95% CI 1.19 to 3.11, p=0.008).  Although it was this trial that led to the withdrawal of VIOXX, several other trials and combined or meta-analyses have indicated an even higher relative risk.  Although Merck's position from APPROVe was that the relative risk of VIOXX-induced events only became apparent after 18 months of therapy, further data analysis now indicates that the risk appears to have occurred throughout the trial. Interestingly,  the cumulative incidence of thrombotic events and the cumulative incidence of congestive heart failure, pulmonary edema, or cardiac failure began to separate as early as 6 months into the trial (rofecoxib vs placebo p = 0.004).  Thus time on drug no longer seems to be an issue in the causation of cardiovascular events.

I have reviewed the following medical records detailing Mr. Smith's claims that VIOXX contributed substantially to his myocardial infarction:

1.  Robert G.Smith's deposition, dated June 15, 2006;

2.  Dr. Daniel J. Courtade's deposition, dated June 22, 2006;

6

M006B42405

Medical Report Robert Garry Smith
July 10, 2006

3.  Amended Plaintiff Profile Form;

4.  Medical chronology;

5.  Dr. Daniel J. Courtade's records ;

6.  St. Luke's Hospital records for MI treatment;

7.  St. Elizabeth's Medical Center MI treatment records;

8.  St. Elizabeth's Medical Center comprehensive treatment records;

9.  Patient First Physicians Group records;

10. Hand Surgery Specialists Northern Kentucky records;

11. CVS Pharmacy records;

12. Wal-Mart records;

13. Greater Cincinnati Orthopedic records;

14. Dr. Michael A. Grefer/Commonwealth Orthopedic Center records;

15. Dr. Courtade's angiograms including ventriculogram and stenting (CD-ROM).

By way of brief review of Mr. Smith's medical history, he was free of clinical evidence of cardiovascular disease until the time of his myocardial infarction on February 17, 2003.  Treatment with VIOXX had been initiated on October 2, 2002.  Although it is unclear as to the exact number of tablets that he had received, it is documented on the St. Elizabeth Interdisciplinary Data Base Form that was completed by nursing staff on February 17, 2003, that he had taken VIOXX on the day of his presentation with acute myocardial infarction.  It is important to note that Mr. Smith was not aware of the possible adverse effects of VIOXX at this time.  Mr. Smith suffered an acute inferoposterolateral and probable right ventricular myocardial infarction, documented

M006B42406

Medical Report Robert Garry Smith
July 10, 2006

both by electrocardiogram and elevation of cardiac enzyme levels in his blood. Fortunately, he received early thrombolytic treatment at St. Luke's Hospital, followed by emergency angioplasty at St. Elizabeth's Hospital, thus limiting the extent of myocardial damage. Dr. Courtade did document a wall motion abnormality by ventriculography. Although he classified this myocardial infarction as non-transmural, in fact an electrocardiogram recorded on March 11, 2004, at Patient First over one year after his myocardial infarction, showed marked left axis deviation together with tall R and T waves in lead $V_1$, indicative of an inferoposterior transmural scar. I find no documentation of any cardiac imaging performed since February 2003 that would suggest that this electrocardiographic finding does not represent transmural myocardial scarring. Thus, Mr. Smith has suffered a myocardial infarction, the residual of which is **at least** an increased risk of future cardiovascular events and the psychological burden of having suffered a heart attack.

There is clinical evidence to suggest that Mr. Smith may have had pre-existing cardiovascular disease, thus putting him at even greater risk for VIOXX-related cardiovascular complications. Dr. Sommerkamp, a hand surgeon, evaluated Mr. Smith on September 6, 2000, for hand osteoarthritis. In his medical record, he states that X-rays of Mr. Smith's hands revealed vascular wall calcifications in his left radial and right radial and ulnar arteries. Dr. Sommerkamp proceeded to recommend that Mr. Smith be screened for cardiovascular risks factors. The subsequent screening yielded evidence of increased body mass index and a mild dyslipidemia, with HDL of 39 mg/dL, LDL of 140 mg/dL, and triglycerides of 218 mg/dL. The target HDL should have been greater than 40

M006B42407

Medical Report Robert Garry Smith
July 10, 2006

mg/dL, the triglycerides less than 150 mg/dL, and the LDL probably less than 130 mg/dL.
Blood pressures were quite variable, which I believe indicates lack of precision in the way
that these pressures were recorded.   As an example, the two recorded pressures
immediately prior to initiation of VIOXX were 120/82 mm Hg on May 1, 2002, and
120/92 mm Hg on August 26, 2002, with no reason for a 12 mm Hg difference in
diastolic blood pressure other than lack of appropriate precision in recordings.  In fact,
sitting blood pressure recordings for the previous two years had been 136/84 mm Hg,
130/90 mm Hg, 136/90 mm Hg, 120/70 mm Hg, and 130/92 mm Hg.  Mr. Smith also
took medication for erectile dysfunction; erectile dysfunction is often indicative of
cardiovascular disease.  He did have a family of history of ischemic heart disease in a
paternal uncle and a younger brother, but it is difficult to fully understand the significance
of this particular risk factor without further information about these individuals (cigarette
smoking, etc).  Very importantly, Mr. Smith had no evidence of diabetes or even glucose
intolerance and no cigarette smoking history, and had maintained a very active lifestyle,
including aerobic workouts.  Such activity was ultimately limited by his knee pain, but he
was at least walking and playing golf until the time of knee surgery on October 30, 2002.

Mr. Smith's myocardial infarction occurred in the context of unusually intense
physical exertion -- shoveling snow in freezing temperatures, followed by a shower.  In
my opinion, Mr. Smith's clinical situation was one in which VIOXX would be expected
to substantially contribute to the final myocardial event.  The issues at play here are not
only the stress of physical exertion, but also the confounding effects of vasoconstriction
due to cold, followed by vasodilatation during the shower.  This combination would result

9

M006B42408

Medical Report Robert Garry Smith
July 10, 2006

in increased blood pressure (superimposed upon his baseline at least borderline hypertensive state) and coronary blood flow, **markedly** increasing shear stress in his coronary arteries and leading to rupture of a previously non-hemodynamically significant atherosclerotic plaque with resultant platelet aggregation and clot formation. This interaction then produced coronary artery occlusion and acute myocardial infarction; in fact, a clot was visible in the right coronary artery during angiography. In such circumstances the **normally protective** effect of $PGI_2$ in antagonizing platelet aggregation would be reduced or absent due to VIOXX effect, and the both the likelihood of plaque rupture and the extent of clot formation leading to coronary occlusion would be greatly enhanced.

In further support of this pathophysiological mechanism, the medical records do suggest that Mr. Smith's blood pressures, particularly his systolic blood pressure, did increase after starting VIOXX, as evidenced by systolic blood pressure recordings of 154 mm Hg on October 30, 2002, 148-160 mm Hg in the PACU after knee arthroplasty on the same date, and 167 mm Hg at presentation on February 17, 2002. Importantly, further data analysis from APPROVe has suggested that any systolic blood pressure excursion above 160 mm Hg is associated with an even greater increase in myocardial infarction rate relative to placebo control. It is critical to understand that it is the systolic blood pressure that is more closely related to cardiovascular events than is the diastolic blood pressure. At the time of his discharge from the hospital, Mr. Smith was specifically instructed as to "No VIOXX;" his lipid status was assessed during hospitalization and not felt to require specific pharmacologic treatment.

M006B42409

Medical Report Robert Garry Smith
July 10, 2006

It is my opinion, that, more likely than not, VIOXX contributed substantially to the development of Mr. Smith's coronary occlusion and myocardial infarction on February 17, 2002, principally by inhibiting the potential protective effects of $PGI_2$ generation in antagonizing the platelet aggregating effect of unopposed $TxA_2$ in a clinical situation of increased risk of a myocardial event; again I would refer to Dr. Antman's diagram in explaining this interaction. VIOXX induced increases in blood pressure, superimposed upon already borderline hypertension, contributed to increased coronary artery sheer stress and plaque rupture. Furthermore, VIOXX may well have also contributed to the progression of atherosclerosis at the right coronary site.

Please feel free to contact me if you will need further information from me concerning this report. Thank you.

Sincerely,

Gary E. Sander, M.D., Ph.D., F.A.C.C., F.A.H.A.
Adjunct Professor of Medicine, Section of Cardiology
Tulane University Health Sciences Center

11

M006B42410

Medical Report Robert Garry Smith
July 10, 2006



Illustration 1. The consequences of COX-2 inhibition upon the levels of the thrombotic thromboxane TXA$_2$ and the protective prostacyclin PGI$_2$.  From Antman EM, DeMets D, Loscalzo J. *Cyclooxygenase inhibition and cardiovascular risk.*  Circulation 2005; 112(5):759-70.

M00B42411

LEXISNEXIS® FILE & SERVE
11777733
E-SERVICE
Jul 12 2006
10:16PM

# CURRICULUM VITAE

SS# 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                                        Updated 07/04/06

**NAME**:                          **GARY EDWARD SANDER, M.D., Ph.D.**

**ADDRESS:   HOME:**                **1237 Beverly Garden Drive**
**Metairie, LA  70002**
**Tel: 504-458-5717**
**Fax: 504-835-7019**
**E-Mail: gsande3@cox.net**


**BUSINESS:**                      Tulane University School of Medicine
Department of Medicine/Cardiology
1430 Tulane Avenue
New Orleans, LA 70012
504-988-5152

Canal Street Cardiology Associates
2820 Canal St
New Orleans, LA 70119
504-821-8158

1237 Beverly Garden Drive
Metairie, LA  70002
Tel: 504-458-5717
Fax: 504-835-7019


**SOCIAL HISTORY**:

**BORN:**          February 14, 1947
New Orleans, LA

**MARRIED:**        July 14, 1973 to
Patricia Elaine Pruett

**CHILDREN:**       Edward Alan Sander, b. July 7, 1976
Andrew David Sander, b. April 30, 1980
Philip Gary Sander, b. June 19, 1982

**EDUCATION**:      High School - Maxima Cum Laude,
Jesuit High School (New Orleans)

BS (Honors) - Summa Cum Laude:

M006B42412

Sander CV 07/04/06

Chemistry (1968), Loyola
University (New Orleans)

Ph.D.:  Biochemistry (Dec, 1971),
Tulane University

M.D.:  November, 1973, Tulane University

Internship - Straight Medicine,
1974-1975 - Walter Reed Army
Medical Center (WRAMC)
Residency - Medicine, 1975-1977 - WRAMC

## PROFESSIONAL AND ACADEMIC ACTIVITIES:

| | |
|---|---|
| Research Associate in Biochemistry, Tulane University | 1970-1972 |
| Associate in Biochemistry, Tulane University | 1972-1973 |
| Research Fellow in Biochemistry and Surgery, Tulane University | 1974 |
| Chief Medical Resident, Walter Reed | 1977 |
| Attending Physician, Walter Reed | 1977-1980 |
| Research Internist, Walter Reed Army Institute of Research (WRAIR) | 1977-1980 |
| Assistant Professor (Medicine), Uniformed Services University of the Health Sciences | 1978-1980 |
| Chief, Department of Clinical Physiology, Division of Medicine, WRAIR | 1979-1980 |
| Staff Physician, MobileHealth Care (Voluntary Community Health Organization) Montgomery County, MD | 1979-1980 |

M006B42413

Sander CV 07/04/06

| | |
|---|---|
| Associate Professor (Medicine), Tulane | 1980-1985 |
| Professor (Medicine) Tulane | 1985-1992 |
| Visiting Physician, MCLNO, New Orleans | 1980-2005 |
| Chief Admitting Officer, VAMC | 1980-1982 |
| Physician-in-Charge, Hypertension Screening and Treatment Program VAMC, New Orleans | 1982-1992 |
| Professor (Medicine), LSUHSC | 1992-Present |
| Faculty, Pennington Biomedical Research Institute, Louisiana State University | 1992-Present |
| Director, Cardiovascular Fellowship, Training Program, LSUMC | 1994-1997 |
| Program Director, LSU/New Orleans Cardiology Board Review Course | 1993-2001 |
| Director, Cardiology Grand Rounds LSUMC | 1993-1999 |
| Program Chairman, Louisiana-ACC Annual Meeting | 1996-1998 2002-2003 |
| Associate Director Gulf Regional Research & Education Services | 2006- |
| Professor (Adjunct), Tulane University | 2006- |

**PROFESSIONAL SOCIETIES:**

| | |
|---|---|
| Society of The Sigma Psi | 1969-1970 |
| American Chemical Society | 1968-1972 |

3

M006B42414

Sander CV 07/04/06

| | |
|---|---|
| American Association for the Advancement of Science | 1969-1970 |
| American Medical Association | 1974-1979 |
| New Orleans Academy of Internal Medicine | 1980-Present |
| American College of Physicians (Fellow) | 1978-Present |
| American Thoracic Society, | 1979-1982 |
| American Heart Association, (Fellow), Cardio-Pulmonary Council Council on Circulation | 1980-Present; 1983-Present |
| American Federation of Clinical Research, Southern Section | 1982-Present |
| American Society for Pharmacology and Experimental Therapeutics | 1983-Present |
| Southern Society for Clinical Investigation | 1984-Present |
| American College of Cardiology (Fellow) | 1984-Present |
| Musser-Burch Society, | 1984-Present |
| American Society of Hypertension | 1985-Present |
| American College of Chest Physicians (Fellow) | 1991-Present |
| Heart Failure Society of America | 2001-Present |

**HONORS**:

| | |
|---|---|
| Alpha Sigma Nu | 1967 |

4

M00B42415

Sander CV 07/04/06

| | |
|---|---|
| NDEA Graduate Training Fellowship | 1968-1970 |
| Alpha Omega Alpha | 1973 |
| Fellow, American College of Physicians | 1982 |
| Fellow, Council on Circulation,<br>American Heart Association | 1983 |
| Fellow, American College of Cardiology | 1990 |
| Fellow, American College of Angiology | 1989 |
| Fellow, American College of<br>Chest Physicians | 1991 |
| ASH Specialist in Clinical<br>Hypertension | 1999- |
| National Leadership Award<br>(National Republican Congressional<br>Committee) | 2001 |
| International WHO'S WHO | 2003- |
| America's Top Physicians<br>(Consumers' Research Council of America) | 2003- |
| Distinguished Service Award, LA-ACC | 2003 |
| President's Award, LA-ACC | 2004 |
| Academic Keys Who's Who in<br>Medical Sciences Education | 2004 |

**OFFICES:**

| | |
|---|---|
| Vice-President, LA-ACC | 2000-2003 |
| Secretary-Treasurer | 2003-2005 |
| Vice-President, LA-ACC Foundation | 2005-2006 |

5

M00 6B42416

Sander CV 07/04/06

| | | |
|---|---|---|
| | President, LA-ACC Foundation | 2006-2008 |
| | Board of Directors, Gulf Central Regional Chapter, ASH | 2000-Present |
| | Secretary-Treasurer, Gulf-ASH | 2004-2006 |
| | Clinical Advisory Board Louisiana Health Care Review | 2001-Present |
| **COMMITTEES**: | | |
| | Pharmacy and Therapeutics Tulane Medical Center | 1987-1990 |
| | Utilization Review, Tulane Medical Center | 1990-1992 |
| | Institutional Review Board, (Vice Chairman), LSUMC | 1992-2005 |
| | Medical Records, University Hospital | 1993-1994 |
| | Credentials Committee, University Hospital | 1994 |
| | Education Committee, LA-ACC Chairman | 1995-1998, 2002-2004 |
| | Program Director, LA-ACC | 1995-1998, 2002-2003 |
| | Continual Quality Improvement Council, MCLANO | 1997-1998 |
| | Allen Copping Awards Committee, LSUMC | 1998-2002 |
| | LSUHSC Center Wide Research Committee | 2000 |

M006B42417

Sander CV 07/04/06

|  | LSU DOM Promotions Committee | 2001-2004 |
|---|---|---|

**CERTIFICATION:**

|  | Flex | 1973 |
|---|---|---|
|  | Diplomate, American Board of Internal Medicine (#62268) | 1977 |
|  | Cardiovascular Diseases | 1989 |

**STATE LICENSURES:**

|  | Louisiana (012458) | 1974-Present |
|---|---|---|
|  | Maryland (D23422) | 1979-1980 |

**MILITARY HISTORY:**

|  | Active Duty, United States Army, Medical Corps, Major (P) | 1974-1980 |
|---|---|---|

**HOBBIES:**

Indoor and Outdoor Gardening

**EDITORSHIP:**

1.   Associate Editor, ***Cardiomyopathy***, PSG Publishing Company, Littleton, MA, 1988.

2.   Guest Editor:  ***A Symposium:  The George E. Burch Festschrift***.  Am J Cardiol, 1989.

3.   Editor, ***Newsletter, Louisiana Chapter, American College of Cardiology***, 1991 -

7

M006B4241B

Sander CV 07/04/06

4.    Editor, *Newsletter, Gulf Central Regional Chapter, American Society of Hypertension* 2000-

5.    Cardiology Section Editor, *Medicine, Ob/Gyn, Psychiatry, and Surgery*. Emedicine Journal

## RESEARCH GRANTS: (Principal Investigator)

1.   The Opioid Peptides: Direct Peripheral Effect on the Cardiopulmonary Vascular System and Potential Interactions with Renin-Angiotensin and Kallikrein-Kinin Systems via Inhibition of the Angiotensin I Converting Enzyme.  **Veterans Administration Regional Advisory Group.**  July 1980 - June 1981.  $15,000.

2.   Interactions of Clonidine HCL with Vasoactive Peptides.  **American Heart Association - Louisiana.**  July 1981 - June 1982.  $7490.

**3.**   The Opioid Peptides: Cardiovascular Pharmacology.  **Veterans Administration Merit Review.**  July 1982 - June 1985.  $150,000.

4.   Modern Approach to the Treatment of Hypertension.  **Pfizer Inc.**  1988 - 1989.

5.   A Phase III, Randomized, Double-Blind, Placebo-Controlled Trial Evaluating 30-Day and 6-Month Clinical Outcome following Percutaneous Coronary Intervention in Patients Treated with c7E3 Fab Bolus plus 12-Hour Infusion Given with either Standard-Dose Weight-Adjusted or Low-Dose Weight-Adjusted Heparin.  **Centocor, Inc.** 1994-96.

6.   A Study of the Conversion Efficacy and Safety and of Ibutilide and Procainamide IV in Patients with Atrial Flutter or Atrial Fibrillation.  **The Upjohn Company.**  1994-1995.

7.   A Study of the Conversion Efficacy and Safety and of Repeated Intravenous Doses of Ibutilide in Patients with Atrial Flutter or Atrial Fibrillation Following Valvular or Coronary Artery Bypass Surgery.  **The Upjohn Company.**   1995-1996.

8.   Tirilazad Mesylate IV Concentrate in the Prevention of Contrast-Induced Nephropathy in Patients with Renal Insufficiency.  **The Upjohn Company.**  1995-1996.

9.   Characteristics of Coronary Artery Disease in Young Women.  1996-1997.

10.  A Multicenter, Randomized Trial Evaluating 30-Day and 6-Month Clinical Outcome with Three Different Strategies in Patients Undergoing Percutaneous Coronary Intervention. **Centocor, Inc**.  1996-1998.

M006B42419

Sander CV 07/04/06

11. Comparison of Safety and Antihypertensive Efficacy of the Fixed Combination of Candesartan Cilexetil and Hydrochlorothiazide (8mg/12.5 mg) Once Daily with the Individual Components Given Once Daily: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Design Study.  **Astra Merck** 1996-1997.

12. A Randomized, Double-Blind Evaluation of the Efficacy and Safety of Integrelin$^{TM}$ Versus Placebo for Reducing Mortality and Myocardial (Re)Infarction in Patients with Unstable Angina or Non-Q-Wave Myocardial Infarction.  **COR Therapeutics, Inc**. 1996-1997.

13. A comparison of efficacy and safety of mibefradil with losartan in subjects with mild to moderate hypertension.  **Hoffmann-LaRoche Inc.** 1996-1998.

14. An open-label evaluation of the efficacy, safety, pharmacokinetics, and pharmacodynamics of BAY y5959 administered as an intravenous infusion to patients with NYHA Class III and IV congestive heart failure.  **Bayer Corporation.** 1996-1997.

15. Nitric Oxide and Coronary Artery Disease.      1997-1998.

16. A Phase III, multicenter, international, randomized, double-blind, aspirin-controlled study to evaluate the efficacy and safety of sibrafiban (Ro 48-3657), an oral platelet glycoprotein IIb/IIIa antagonist, as therapy for the prevention of secondary vascular events in patients after acute coronary syndrome. The Symphony Trial. **Hoffmann-LaRoche Inc.** 1997-1998.

17. Protocol B3N-MC-EUAT.  Placebo controlled study of moxonidine in Stage 1 and Stage 2 hypertension. **Eli Lilly & Co and Solvay Pharmaceuticals**. 1998-1999.

18. Protocol 1997017.  A double-blind, placebo controlled, parallel design study to determine the effect of 75 or 100 mg of orally administered azimilide dihydrochloride versus placebo on survival in recent post-myocardial infarction patients at risk of sudden death.  The ALIVE Trial. **Procter & Gamble**.  1998-2001.

19. Protocol BC15457.  A Phase III, international, randomized, double-blind, aspirin-controlled trial to evaluate the efficacy of two regimens with XubixJ (sibrafiban, Ro 48-3657), an oral platelet glycoprotein IIb/IIIa receptor antagonist, as therapy for the long term prevention of secondary vascular events in patients after an Acute Coronary Syndrome. The 2nd Symphony Trial. **Hoffmann-LaRoche**.  1999-2000.

20. Lotrafiban (SB 214857).  Blockade of the GpIIB/IIIA Receptor to Avoid Vascular Occlusion (BRAVO).  **SmithKline Beecham.**  1999-2001.

21. Determination of the Additive Hemodynamic and Neuroendocrine Effects of the Addition of ACE Inhibition to Angiotensin AT$_1$ Receptor Blockade. **Novartis**. 2000 –

9

M006B4420

Sander CV 07/04/06

**22.** Epic, Epilog, and Epistent Long Term Mortality Follow-Up Study.  **Centocor**. 2000.

## PUBLICATIONS:

1. Baburao L, Costello AM, Petterson RC, and (in part) Sander GE: Acyclic imides.  A general method of N-acylation of amides.  **J Chem Soc** 1968:2779-81.

2. Sander GE, Huggins CG:  Subcellular localization of angiotensin I converting enzyme in rabbit lung.  **Nature New Biology** 1971;230:27-9.

3. Sander GE, West DW, Huggins, CG: Peptide inhibitors of pulmonary angiotensin I converting enzyme.  **Biochem Biophy Acta** 1971;242:662-7.

4. Sander GE:  Studies on the pulmonary angiotensin I converting enzyme.  (Dissertation), Tulane University, 1971.

5. Sander GE, Huggins CG:  Vasoactive peptides.  **Annual Review of Pharmacology** 1972;12:227-64.

6. Sander GE, West DW, Huggins CG:  Inhibitors of the pulmonary angiotensin I converting enzyme.  **Biochem Biophys Acta** 1972;289:392-400.

7. Sander GE, Allen RC, Mansell PA, Reed MA, Carter RH, Steel RH, Carter RD, Krementz ET:  Polymorphonuclear leukocyte chemiluminescence: decreased activity in terminal stages of malignant melanoma.  **IRCS Medical Science** 1976;4:109.

8. Sander GE: Estrogen receptors.  WRAMC Progress Notes 1976;VIII:11-8.

9. Sander GE:  Diagnosis and treatment of nuclear weapons casualties.  Medical Effects of Nuclear Weapons.  AFRRI-DNA 1979;G1-G9.

10. Ferguson E, Sander G:  Fibrin epsilon (gamma-glutamyl) lysine crosslink acceleration by red cells.  **Nature** 1979;278:183-5.

11. Sander GE, Hooper R, Mehlmann I:  Hyperventilating the hypo-ventilator.  **Arch Int Med** 1980;140:420-1.

12. Verma PS, Lorenz PE, Sander GE:  Simplified radioimmunoassay of bradykinin in human plasma.  **Clin Chem** 1980;26:429-32.

M006B4242I

Sander CV 07/04/06

13.   Carpenter J, Sander G, Newby N, Kendrick M:  Phenytoin-hypersensitivity presenting as postoperative fever. **Neurosurgery** 1980;6:426-9.

14.   Sander GE, Verma PS, Lorenz PE:  Inhibition of partially purified canine lung angiotensin I converting enzyme by opioid peptides.  **Biochem Pharmacol** 1980;29:3115-8.

15.   Sander GE, Giles TD, Kastin AJ, Quiroz AC, Kaneish A, Coy DH: Cardiopulmonary pharmacology of enkephalins in the conscious dog.  **Peptides** 1981;2:403-7.

16.   Sander G, Giles T, Kastin A, Kaneish A, Coy K:  Leucine-enkephalin:  reversal of intrinsic cardiovascular stimulation by pentobarbital.  **Europ J Pharmacol** 1982;78:467-70.

17.   Sander GE, Giles TD:  Elevation of arterial blood pressure in conscious dogs by Des-Tyr[1]-D-Ala[2]-leucine enkephalinamide.  **Biochem Pharmacol** 1982;31:2699-2700.

18.   Sander GE, Giles TD:  Enkephalin analogs and dermorphin in the conscious dog: structure-activity relationships.  **Peptides** 1982;3:1017-21.

19.   Sander GE, Kastin AJ, Giles TD:  MIF-1 does not act like naloxone in antagonizing the cardiovascular activity of leucine-enkephalin in the conscious dog.  **Pharmacol Biochem Behav** 1982;17:1301-3.

20.   Giles TD, Sander GE:  Interaction of leucine-enkephalin with alpha-adrenoceptors in the conscious dog.  **Chest** 1983;83(Suppl):364S-6S.

21.   Quiroz AC, Eilen SD, Sander GE, Giles TD:  The effect of intravenous clonidine hydrochloride on the isolated forearm venous segment in heart failure.  **Chest** 1983;83(Suppl):430S-3S.

22.   Giles TD, Sander GE:  Mechanism of the cardiovascular response to systemic intravenous administration of leucine-enkephalin in the conscious dog.  **Peptides** 1983;4:171-5.

23.   Giles T, Sander G, Merz H:  Quaternary opiate antagonists lower blood pressure and inhibit leucine-enkephalin responses. **Europ J Pharmacol** 1983;95:247-52.

24.   Sander GE, Giles TD, Rice JC:  Methionine-enkephalin facilitates the cardiovascular response to epinephrine in the conscious dog.  **Peptides** 1983;4:971-3.

25.   Giles TD, Quiroz AC, Eilen SE, Sander GE, Thomas MG, Plauché W:  Acute effects of clonidine hydrochloride in congestive heart failure.  In, Central Blood Pressure Regulation Through Alpha$_2$-Receptor Stimulation (H. Hayduk, KD Bock, eds.), Steinkopff Verlag, Darmstadt, 1983, pp 195-203.

M006B4422

Sander CV 07/04/06

26.    Sander GE, Giles TD:  Clinical recognition of the causes of accelerated heart failure. **Practical Cardiol** 1983;9:43-7.

27.    Moore J, Gagnon FA, Verma PS, Sander GE, Butkus DE:  Plasmakinin levels in acute renovascular hypertension in dogs. **Renal Physiol** 1984;7:102-14.

28.    Giles TD, Sander GE, Kaneish A, Quiroz AC: The time-dependent anti-hypertensive effect of carteolol - a beta-adrenoceptor antagonist with partial agonist activity.  **Clin Pharmacol Ther** 1984;35:301-6.

29.    Sander GE, Giles TD:  The influence of inter-dose time interval on the cardiovascular response to methionine-enkephalin in the conscious dog.  **Peptides** 1984;5:797-800.

30.    Sander GE, Rice JC, Giles TD: Cardiovascular interactions between methionine-enkephalin and substance P in the conscious dog.  **Peptides** 1985;6:133-7.

31.    Evanich MJ, Sander GE, Rice JC, Giles TD:   Ventilatory response to intravenous methionine-enkephalin in awake dogs.  **J Pharmacol Exptl Ther** 1985;234:677-80.

32.    Sartor O, Sander GE:  Unusual variant of eosinophilic faciitis.  **South Med J** 1985;78: 1387-89.

33.    Sander GE, Giles TD:  Cardiovascular activities of intravenous methionine-enkephalin - $Arg^6$ -$Phe^7$ and methoinine-enkephalin - $Arg^6$-$Gly^7$-$Leu^8$ in the conscious dog.  **Life Sci** 1985;36:2201-7.

34.    Giles TD, Thomas MG, Sander GE, Quiroz AC:  Central alpha-adrenergic agonists in chronic heart failure and ischemic heart disease.   **J Cardiovasc Pharmacol** 1985;7(Suppl):S51-5.

35.    Giles TD, Sander GE:  Comparative cardiovascular responses to intravenous capsaicin, phenyldiguanide, veratrum alkaloids, and enkephalins in the conscious dog.  **J Auton Pharmacol** 1985;6:1-7.

36.    Given MD, Sander GE, Giles TD:  Methionine-enkephalin dose not alter human platelet aggregatory response.  **Thromb Res** 1985;40:711-4.

37.    Given MD, Sander GE, Giles TD:  Non-opiate and peripheral opiate cardiovascular effects of morphine in conscious dogs.  **Life Sci** 1986;38:1299-1303.

M006B4423

Sander CV 07/04/06

38.   Sander GE, Giles TD:  Carteolol.  In, <u>New Cardiovascular Drugs</u>, (A. Scriabine, ed.), Raven Press, New York, 1986, pp. 19-39.

39.   Thomas MG, Quiroz AC, Rice JC, Sander GE, Giles TD:  Antianginal effects of clonidine. **J Cardiovasc Pharmacol** 1986;8(Suppl 3):S69-S75.

40.   Sander GE, Thomas MG, Giles TD:  Hypocalcemic cardiomyopathy - a reversible form of heart muscle disease.  **Prac Cardiol** 1986;12:73-87.

41.   Sander GE, Lowe RD, Giles TD:  The effects of barbiturates upon the hemodynamic response to intravenous methionine-enkephalin in dogs:  modulation by the GABA complex. **Peptides** 1986;7:259-65.

42.   Thomas MG, Sander GE, Giles TD:  Antianginal efficacy of nitroglycerin patches - the jury is still out!  **Hospital Formulary** 1986;21:918-22.

43.   Giles TD, Sander GE, Thomas MG, Quiroz AC:  Alpha-adrenergic mechanisms in the pathophysiology of left ventricular heart failure - an analysis of their role in systolic and diastolic dysfunction.  **J Mol Cell Cardiol** 1986;18(Suppl 5):33-43.

44.   Sander GE, Lowe RF, Given MB, Wolf RH, Giles TD:  Hemodynamic responses to systemic methionine-enkephalin in conscious dogs are mediated by opiate receptors perfused by the vertebral artery.  **J Hypertension** 1986; 4(Suppl5):S34-6.

45.   Sander GE, Given MB, Shapse K, Roffidal LE, Thomas MG, Giles TD:  Efficacy of guanabenz and atenolol singly and in combination in the treatment of essential hypertension. **J Hypertension** 1986;4(Suppl 5):S488-90.

46.   Given MD, Sander GE, Giles TD:  Evidence for Des-Tyr$^1$-D-Ala$^2$-leucine$^5$-enkephalinamide calcium agonist activity in vascular smooth muscle.  **Can J Physiol Pharmacol** 1987;65: 120-3.

47.   O'Mailia JJ, Sander GE, Giles TD:  Nifedipine-associated myocardial ischemia or infarction in the treatment of hypertensive urgencies.  **Ann Int Med** 1987;107:185-6.

48.   Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC:  Comparison of nitrendipine and hydrochlorothiazide for systemic hypertension.  **Am J Cardiol** 1987;60:103-6.

49.   Giles TD, Thomas MG, Quiroz AC, Rice JC, Plauché W, Sander GE:  Acute and short-term effects of clonidine in heart failure.  **Angiology** 1987;38:537-48.

13

M006B4242

Sander CV 07/04/06

50.     Giles, TD, Sander GE, Rice JC, Quiroz AC:  Systemic methionine-enkephalin evokes cardiostimulatory responses in the human.  **Peptides** 1987;8:609-12.

51.     Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC:  A comparison of nitrendipine and hydrochlorothiazide on exercise in older patients with hypertension.  **J Cardiovasc Pharmacol** 1987;9(Suppl 4):S190-3.

52.     Quiroz AC, Sander GE, Giles TD:  Infectious cardiomyopathy.  In, <u>Cardiomyopathy</u> (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 213-254.

53.     Sander GE, Thomas MG, Giles TD:  Endocrine diseases associated with cardiomyopathy.  In, <u>Cardiomyopathy</u> (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 255-288.

54.     Sander GE:  Toxic cardiomyopathy.  In, <u>Cardiomyopathy</u> (TD Giles, GE sander, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 310-357.

55.     Thomas MG, Sander GE, Giles, TD:  Hyperergopathic cardiomyopathy.  In, <u>Cardiomyopathy</u> (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., 1988, pp 459-484.

56.     Giles TD, Sander GE:  Production by systemic enkephalins of hemodynamic effects by afferent modulation of autonomic nervous system tone.  In, <u>Opioid Peptides and Blood Pressure Control</u>, (Stumpe KO, Kraft K, Faden AI, eds), Springer- Verlag, New York, 1988, pp 212-218.

57.     Giles TD, Sander GE, Roffidal L, Thomas MG, Mersch DP, Moyer RR, Burris JO, Mroczek WJ, Brachfeld J:  Remission of mild to moderate hypertension after treatment with carteolol, a beta-adrenergic blocker with intrinsic sympathomimetic activity.  **Arch Int Med** 1988;148:1725-28.

58.     Sander GE, Given MB, Lowe RF, Wolf RH, Brizzee KR, Giles TD:  The effect of area postrema lesions on hemodynamic responses to systemic methionine-enkephalin in conscious dogs.  **Am J Hypertension** 1988;1:1S-3S.

59.     Rosales OR, Sander GE, Roffidal LE, Given MB Giles TD:Carteolol, an antihypertensive beta-blocker with intrinsic sympathomimetic activity, reduces ventricular hypertrophy.  **Chest** 1989;95:43-7.

60.     Given MB, Sander GE, Giles TD:  N-Allylnormetazocine:  Hemodynamic activity and inhibition of leucine-enkephalin hemodynamic activity in conscious dogs.  **J Pharmacol Exp Ther** 1989;247:850-6.

M006B4425

Sander CV 07/04/06

61.     Given MB, Lowe RF, Lippton H, Hyman AL, Sander GE, Giles TD:  Hemodynamic actions of endothelin in conscious and anesthetized dogs.  **Peptides** 1989;10:41-4.

62.     Sander GE, Lowe RF, Giles TD:  Interactions between circulating peptides and the central nervous system in hemodynamic regulation.  **Am J Cardiol** 1989;64:44C-50C.

63.     Sander GE and Giles TD:  The role of nitrendipine in the treatment of hypertension.  **Prac Cardiol** 1989;15:54-9.

64.     Giles TD, Sander GE, Roffidal R:  Remission of hypertension after treatment with the beta-blocking agent carteolol.  **Cardiol Board Review** 1989;6:93-7.

65.     Sander GE and Giles TD:  Long-acting agents in heart failure. In, Use of Longer Acting Agents in Cardiac Therapy: Recent Advances (TD Giles and SB Garbus eds) Oxford Health Care, Inc. Press, Clifton, NJ, 1989, pp 63-105.

66.     Lippton HL, Pellett A, Cairo J, Summer WR, Lowe RF, Sander GE, Giles TD, Cohen G, Levitzky MG:  Endothelin produces systemic vasodilation independent of the state of consciousness.  **Peptides** 1989;10:939-43.

67.     Giles TD, Sander GE:  Myocardial disease in hypertensive-diabetic patients.  **Am J Cardiol** 1989;87(6A):23S-8S.

68.     Ahmad S, Giles TD, Roffidal LE, Haney Y, Given MB, Sander GE:  Intravenous captopril in congestive heart failure.  **J Clin Pharmacol** 1990;30:609-14.

69.     Thomas MG, Sander GE, Given MB, Quiroz AC, Roffidal L, Giles TD:  Efficacy of nicardipine in angina pectoris.  **J Clin Pharmacol** 1990;30:24-8.

70.     Giles TD, Sander GE, Roffidal LE, Mazzu A:  Comparison of effects of nitrendipine-vs-hydrochlorthiazide on left ventricular structure and function and neurohumoral status in systemic hypertension.  **Am J Cardiol** 1990;65:1265-8.

71.     Giles TD, Quiroz AC, Roffidal LE, Marder H, Sander GE:  Prolonged hemodynamic benefits from high dose bolus injection of human atrial natriuretic factor in congestive heart failure.  **Clin Pharmacol.Ther.** 1991;50:557-63.

72.     Sander GE, Giles TD: Specific heart muscle disease. Current **Opin Cardiol** 1991;6:401-10.

73.     Sander GE, Giles TD. Antihypertensive therapy in diabetes mellitus. **Cardiovas Risk Factors** 1991;1:393-400.

M00B4426

Sander CV 07/04/06

74.  Given MB, Lowe RF, Williams D, Sander GE, Giles TD: Failure of interleukin-2 to alter systolic blood pressure in Dahl salt-sensitive rats.  **Am J Hypertension** 1992;5:203-4.

75.  Giles TD, Pina IL, Quiroz AC, Roffidal L, Zaleski R, Porter RS, Karalis DG, Sander, GE: Hemodynamic and neurohumoral responses to intravenous nicorandil in congestive heart failure in humans. **J Cardiovas Pharmacol** 1992;20:572-8.

76.  Giles TD, Sander GE, Roffidal LE, Mazzu AL: Comparative effects of nitrendipine and hydrochlorothiazide on calciotropic hormones and bone density in hypertensive patients. **Am J Hypertension** 1992;5:875-9.

77.  Given MB, Lowe RF, Sander GE, Giles TD:  Acute hypotension alters hemodynamic response to methionine-enkephalin in conscious dogs.  **Peptides** 1993;14:445-8.

78.  Giles TD, Sander GE: Aspects of the use of angiotensin-converting enzyme inhibitors and calcium antagonists in treatment of heart failure in the older patient.  **Am J Geriatric Cardiol** 1993;2:51-4.

79.  Giles TD, Sander GE. Heart failure: progress. Etiologies.  Physicians World Communications Group, 1993.

80.  Given MB, Lowe RF, Gelvin CR, Sander GE, Giles TD.  Preservation of left ventricular function and coronary flow by angiotensin I-converting enzyme inhibition in the hypertensive-diabetic Dahl rat. **Am J Hypertension** 1994;7:919-25.

81.  Giles TD, Roffidal LE, Quiroz AC, Sander GE, Tresznewsky OW. Circadian variation in blood pressure and heart rate in non-hypertensive congestive heart failure. **J Cardiovas Pharmacol** 1996;28:733-40.

82.  The EPILOG Investigators (. . G. Sander, A. Stevens, K. Delise).  Platelet glycoprotein IIb/IIIa receptor blockade and low-dose heparin during percutaneous coronary revascularization. **N. Engl J Med** 1997;336:1689-96.

83.  Sander GE, Giles TD. Angiotensin I converting enzyme and calcium channel blockers in left ventricular systolic heart failure - theory and reality.  **J Congestive Heart Failure** 1997;July/August:38-50.

84.  Sparti A, Delany JP, de la Bretonne JA, Sander GE, Bray GA. Relationship between resting metabolic rate and the composition of the fat-free mass.  **Metabolism: Clinical & Experimental** 1997;46:1225-30**.**

85.  Sander GE. Review questions in cardiology. **Resident & Staff Physician** 1998;44:78-81.

M006B4427

Sander CV 07/04/06

86.    The EPISTENT Investigators (. . Sander GE, Stevens A . .).  Randomised placebo-controlled and balloon-angioplasty-controlled trial to assess safety of coronary stenting with use platelet glycoprotein IIb/IIIa blockade. **Lancet** 1998;352:87-92.

87.    Ghaffari S, Kereiakes DJ, Lincoff AM, Kelly TA, Timmis GC, Kleiman NS, Ferguson JJ, Miller DP, Califf RA, Topol EJ, for the EPILOG Investigators (... Sander GE . . .).  Platelet glycoprotein IIb/IIIa receptor blockade with abciximab reduces ischemic complications in patients undergoing directional coronary atherectomy. **Am J Cardiol** 1998;82:7-12.

88.    The PURSUIT Trial Investigators (. . Sander G . .).  Inhibition of platelet glycoprotein IIb/IIIa with eptifibatide in patients with acute coronary syndromes. **N Eng J Med** 1998;339:436-43.

89.    Kleiman NS, Lincoff AM, Kereiakes DJ, Miller DP, Aguirre FV, Anderson KM, Weisman HF, Califf RM, Topol EJ, for the EPILOG Investigators (..Sander GE..).  Diabetes mellitus, glycoprotein IIb/IIIa blockade, and heparin: evidence for a complex interaction in a multicenter trial.  **Circulation** 1998;97:1912-20.

90.    Sander GE, McKinnie JJ, Greenberg S, Giles TD.  Angiotensin converting enzyme inhibitors and angiotensin II receptor antagonists in the treatment of heart failure caused by left ventricular systolic dysfunction.  **Prog Cardiovasc Dis** 1999;41:265-300.

91.    Sander GE.  Review questions in cardiology. **Resident & Staff Physician** 1999;45:77-87.

92.    Ryan DH, Bray GA, Helmcke F, Sander G, Volaufova J, Greenway F, Subramaniam P, Glancy DL.  Serial echocardiographic and clinical evaluation of valvular regurgitation before, during, and after treatment with fenfluramine or dexfenfluramine and mazindol or phentermine. **Obesity Research** 1999;7:313-22.

93.    Lincoff AM, Tcheng JE, Califf RM, Kereiakes DJ, Kelly TA, Timmis GC, Kleiman NS, Booth JE, Balog C, Cabot CF, Anderson KM, Weisman HF, Topol EJ, for the EPILOG Investigators (. . Sander G. .). Sustained suppression of ischemic complications of coronary intervention by platelet GP IIb/IIIa blockade with abciximab: one-year outcome in the EPILOG Trial. **Circulation** 1999;99:1951-8.

94.    The Symphony Investigators (. . Sander GE. .)  Comparison of sibrafiban with aspirin for prevention of cardiovascular events after acute coronary syndromes: a randomized trial. **Lancet** 2000;355:337-45.

17

M006B4428

Sander CV 07/04/06

95.  Lincoff AM, Harrington RA, Califf RM, Hochman JS, Guerci AD,  Ohman EM, Pepine CJ, Kopecky, SL, Kleiman NS, Pacchiana CM,  Berdan LG, Kitt ML, Simoons ML, Topol EJ, for the PURSUIT Investigators (. . Sander G . .)   Management of patients with acute coronary syndromes in the United States by platelet glycoprotein IIb/IIIa inhibition: insights from the platelet glycoprotein IIb/IIIa in unstable angina: receptor suppression using integrilin therapy (PURSUIT) trial. **Circulation** 2000;102:1093-1100.

96.  Sander GE. Diagnostic evaluation for coronary artery disease in the patient with diabetes mellitus. In, Diabetes & Cardiovascular Disease. A Practical Primer (T. Giles, ed.), IPE-LSUHSC, New Orleans, 2000, pp. 41-64,.

97.  Giles TD, Sander, GE.  Angiotensin II receptor (AT$_1$) antagonists in heart failure after Val-HeFT - Quo Vadis?  **Am J Ger Cardiol** 2001;10:60-3.

98.  Thakur V, Sander G, Rab ST. Hodgkin's disease and lactic acidosis. **Nephron**  2001;88:276-7.

99.  Giles TD, Sander GE.  Reawakening of interest in aldosterone and aldosterone antagonists: implications for treatment of cardiovascular disease. **Am J Ger Cardiol** 2001;10:166-9.

100.  Giles TD, Sander GE.  Atrial fibrillation in the elderly – an increasing problem that mandates aggressive management. **Am J Ger Cardiol** 2001;10: 289-92.

101.  Giles TD, Sander GE.  Beyond the usual strategies for blood pressure reduction: therapeutic considerations and combination therapies.  **J Clin Hypertens** 2001;3:346-53.

102.  Sander GE. Diagnostic Approaches to Symptomatic and Asymptomatic Coronary Artery in the Diabetic Patient.  **CVR&R**; 2001;XXII:710-7.

103.  Giles TD, Sander GE.  Angiotensin II (AT$_1$) receptor antagonists, diabetes, and nephropathy: do differences between the renal and systemic circulations explain the outcomes observed with ARBs and ACE inhibitors?  **Am J Ger Cardiol** 2002;11:62-5.

104.  Sander GE, Giles TD.  Cardiovascular complications of collagen vascular disease.  **Current Treat Opt Cardiovasc Med.** 2002;4;151-9.

18

M00B4242

Sander CV 07/04/06

105.  Sander GE, Guillory GS, Giles TD.  Non-cardiac drugs and QTc interval prolongation: an often unrecognized risk factor for adverse cardiovascular outcomes. **Am J Ger Cardiol** 2002:11:197-202.

106.  Sander GE.  High blood pressure in the geriatric population: treatment considerations. **Am J Ger Cardiol** 2002:11:223-32**.**

107.  Sander GE, Giles TD.  Hypertension and lipids: lipid factors in the hypertension syndrome. **Curr Hyperten Rep**. 2002;4:458-63.

108.  Sander GE, Giles TD.  HOPE in PROGRESS - A Tale of Two Trials:  Blood Pressure Reduction or Drug Mechanism? **Am J Ger Cardiol**  2002:11:332-3.

109.  Sander GE, Giles TD.  Statin therapy in the elderly – the evidence mounts.  **Am J Ger Cardiol** 2003;12:65-7.

110.  Sander GE, Giles TD. ALLHAT and ANBP2: What have we learned from recent mega-trials **Am J Ger Cardiol** 2003;12:267-71**.**

111.  Topol EJ, Easton D, Harrington RA, Amarenco P, Califf RM, Graffagnino C, Davis S, Diener H-C, Ferguson J, Fitzgerald D, Granett J, Shuaib A, Koudstaal PJ, Theroux P, Van de Werf F, Sigmon K, Pieper K, Vallee M, Willerson JT, on Behalf of the Blockade of the Glycoprotein IIb/IIIa Receptor to Avoid Vascular Occlusion  (BRAVO) Trial Investigators ( . . Sander G . . ). Randomized, double-blind, placebo-controlled, international trial of the oral IIb/IIIa antagonist lotrafiban in coronary and cerebrovascular disease.  **Circulation** 2003;08:399-406.

112.  Sander GE, Giles TD.  Diabetes mellitus and heart failure. **Am Heart Hosp J** 2003;1**:**273-80.

113.  Sander GE, Giles TD. Ximelagatran: Light at the end of the tunnel or the next tunnel? **Am J Ger Cardiol** 2004;13:221-4.

114.  Sander, GE, Wilklow FE, Giles TD. Heart failure in diabetes mellitus: Causal and treatment considerations.  **Minerva Cardiol** 2004;52:491-503.

115.  Giles TD, Sander GE. Diabetes mellitus and heart failure: basic mechanisms, clinical features and therapeutic considerations. **Cardiol Clin** 2004;22:553-68.

19

M006B4243O

Sander CV 07/04/06

116.    Sander, GE.  Hypertension in the elderly. **Curr Hypertens Rep** 2004;6:469-76.

117.    Agarwal P, Sander GE, Giles TD. Pharmacologic update: treatment of erectile
        dysfunction in the elderly with phosphodiesterase type 5 inhibitors: cardiovascular
        implications.  **Am J Ger Cardiol** 2004;13:332-5.

118.    Giles TG, Sander GE.  Alcohol – A Cardiovascular Drug?  **Am J Ger Cardiol**
        2005;14:154-8.

119.    Sander GE, Giles TD.  Medical management of myocardial ischemia. **Am J Ger Cardiol**
        2005;14:669-78.

120.    Giles TD, Sander GE.  Pathophysiological, diagnostic, and therapeutic aspects of the
        metabolic syndrome. **J Clin Hypertens** 2005;7:669-78.

121.    Giles TD, Sander GE. The need for defining, and re-defining, hypertension.  Beyond the
        numbers.  **Postgraduate Med.** December 2005:21-5.

122.    Sander GE, Giles TD. The endocannabinoid system and cardiovascular risk:
        pathophysiological role and developing therapeutic interventions. Am J Ger Cardiol
        2006;15: **In Press**


## ABSTRACTS

1.    Corcoran RJ, Henry HW, Sander GE, Huggins CG:  The angiotensin converting enzyme from
      plasma and lung.  **Fed Proc** 29:281, 1970.

2.    Sander GE, Huggins CG: Subcellular distribution of angiotensin I converting enzyme in rabbit
      lung.  **Fed Proc** 30:449, 1971.  (Presented)

3.    Sander GE, West DW, Huggins CG: Inhibitors of angiotensin I converting enzyme.  **Fed Proc**
      31:512, 1972.  (Presented).

4.    Huggins CG, Sander GE:   Differentiation of converting enzyme and bradykininase
      activities in lung.  Abstracts of the Fifth Internat Congr of Pharmacology (1972). 109.

20

M00B42431

Sander CV 07/04/06

4.  Sander GE, Alstatt LB:  Biochemistry of the pulmonary capillary endothelial cell.  Thirteenth Annual Symposium on Pulmonary Diseases (1977) (Presented).

5.  Ferguson EW, Sander GE:  Acceleration of fibrin crosslinking by erythrocytes.  **Fed Proc** 37:2426, 1978.

6.  Verma PS, Lorenz PE, Sander GE:  An improved radio-immunoassay for bradykinin in human plasma.  **Fed Proc** 1980/;39: 3088.

7.  Sander GE, Verma PS, Jaeger JJ, Lorenz PE, Hess JL:  Activation of the kallikrein-kinin system during oleic acid induced acute hemorrhagic pulmonary edema in the dog.  **Fed Proc** 39:1892A, 1980.

8.  Sander GE, Verma PS, Jaeger JJ:  13, 14-Dihydro-15-keto-prosta-glandin $E_2$ and $F_2$ alpha levels in arterial blood as  indicators of acute hemorrhagic lung injury.  **Am Rev Resp Disease** 121:400S, 1980.  (Presented).

9.  Sander GE, Verma PS, Lorenz PE, Giles TD:  Clonidine interactions with canine lung angiotensin I converting enzyme in vitro.  **Clin Res** 28:880A, 1980.

10. Moore J, Verma P, Sander G, Gagnon J:  Acute renovascular hypertension:  comparison of kinin, prostaglandin E, and plasma renin activity following renal artery constriction.  **Fed Proc** 1981;40:515.

11. Moore J, Gagnon J, Sander G, Verma P:  The endogenous vasodilators bradykinin (BK) and prostaglandin E (PGE) in renovascular hypertension.  **Kidney Int** 1981;19:172.

12. Sander GE, Giles TD, Kaneish A, Coy DH, Kastin AJ:  Differential effects of clonidine and naloxone on the cardiovascular response to leucine-enkephalin in the unanesthetized dog.  **Clin Res** 1981;29:815A.

14.  Sander GE, Giles TD, Quiroz AC, Coy DH, Kastin AJ:  Reversal of the intrinsic cardiostimulatory activity of the enkephalins by pentobarbital anesthesia.  **Clin Res** 29:856A, 1981.

15.  Giles TD, Sander GE:  Mechanisms of leucine-enkephalin-induced increases in heart rate and systemic blood pressure in conscious dogs.  **Fed Proc** 41:1468, 1982.

16.  Sander GE, Giles TD:  N-allyl-N-normetazocine and leucine-enkephalin interactions suggest that leucine-enkephalin is a sigma receptor agonist.  **Fed Proc** 41:1470, 1982. (Presented)

M006B4432

Sander CV 07/04/06

17.     Verma PS, Sander G, Miller RL, Taylor RE, O'Donohue TL, Adams RG:  In vitro inhibition of partially purified canine angiotensin I-converting enzyme by substance P. **Fed Proc** 41:7375, 1981.

18.     Sander G, Kaneish A, Quiroz A, Giles T:   Dose-ranging study of carteolol, a beta-adrenoceptor blocker with intrinsic sympathomimetic activity, in hypertensive patients. **Clin Res** 30:258A, 1982.

19.     Sander GE, Giles TD:  The structure-activity relationships of enkephalins and dermorphin in the conscious dog.  **Circulation** 66(Suppl II):II-307, 1982. (Presented)

20.     Sander GE, Giles TD:  Quaternary narcotic antagonists lower blood pressure and inhibit leucine-enkephalin in the conscious dog.  **Clin Res** 30:873A, 1982.  (Presented)

21.     Giles TD, Sander GE:   The influence of the time interval between successive methionine-enkephalin (ME) doses on the cardiovascular response in the conscious dog. **Fed Proc** 42:654, 1983.

22.     Sander GE, Giles TD:  Interactions of leucine-enkephalin (LE) and morphine (M) with naloxone methylbromide (MNAL) suggest excitatory peripheral opiate responses. **Fed Proc** 654, 1983.  (Presented)

23.     Plauché W, Sander G, Quiroz A, Thomas G, Giles T:  Radionuclide assessment of ventricular function following intravenous clonidine in chronic congestive heart failure. **Clin Nucl Med** 8(3S):P13, 1983.

24.     Sander GE, Thomas MG, Quiroz AC, Plauché W, Giles TD:  Acute effects of clonidine hydrochloride upon ventricular function in congestive heart failure.  **Clin Res** 31:216A, 1983.

25.     Sander GE, Giles TD:   Facilatory effect of methionine- enkephalin upon epinephrine-induced cardiovascular responses.   **Circulation** 68(Suppl): III-79, 1983. (Presented)

26.     Sander GE, Giles TD, Rice JC: Cardiovascular reflex activity of leucine-enkephalin (LE): Modulation via Bezold-Jarisch reflex but not pulmonary J receptors.  **Clin Res** 31:829A, 1983.  (Presented)

27.     Sander GE, Giles TD:  The clinical efficacy of oral cibenzoline in the suppression of ventricular ectopy.  **Clin Res** 31:829A, 1983. (Presented)

M006B42433

Sander CV 07/04/06

28.   Sander GE, Giles TD:  Cardiovascular activities of endogenous enkephalins.  **Clin Res** 31:877A, 1983.

29.   Thomas MG, Plauché WE, Quiroz AC, Sander GE, Rice JC, Giles TD:  Clonidine in severe heart failure - a long-term study.  **Clin Res** 31:868A, 1983.

30.   Given MB, Sander GE, Giles TD:   Non-opiate actions of des-tyr$^1$-D-Ala$^2$-leucine enkephalinamide on rat vascular smooth muscle in vitro.  **Fed Proc** 43:651, 1984.

31.   Evanich MJ, Sander G, Giles T:  Ventilatory response to intravenous enkephalin in awake dogs.  **Fed Proc** 43:1006, 1984.

32.   Giles TD, Sander GE:  Interaction of cardiovascular reflexes peripherally activated by leucine-enkephalin and veratrum alkaloids.  **Fed Proc** 43:1101, 1984.

33.   Sander G, Giles T, Rice J:  Cardiovascular interactions of methionine-enkephalin with substance P in the conscious dog.  **Fed Proc** 43:1042, 1984.  (Presented)

34.   Sander GE, Giles TD:  Enkephalin interaction with norepinephrine, histamine, and angiotensin II.  **Clin Res** 32:203A, 1984.  (Presented)

35.   O'Mailia JJ, Sander GE, Rice JC, Giles TD:  Suppression of complex ventricular ectopy by oral cibenzoline.  **Clin Res** 32:831A, 1984.

36.   Given MB, Sander GE, Giles TD:  Effect of enkephalins and related analogs on vascular smooth muscle.  **Clin Res** 32:844A, 1984.

37.   Sander GE, Giles TD:  Hemodynamic effects of intravenous methionine-enkephalin-arg-phe and methionine-enkephalin-arg-gly-leu in conscious dogs.  **Clin Res** 32:862A, 1984.

38.   Thomas MG, Quiroz AC, Sander GE, Giles TD:  Anti-anginal effects of clonidine.  **Clin Res** 32:862A, 1984.

39.   Sander GE, Giles TD:  Picrotoxin (P) reverses the vasodepressor response to intravenous (IV) methionine-enkephalin (ME) in anesthetized dogs.   **Fed Proc** 44:1343, 1985. (Presented)

40.   Sander GE, Giles TD:   Similar hemodynamic responses to intravenous (IV) methionine-enkephalin (ME) and gamma-aminobutyric acid (GABA) in conscious dogs.  **Clin Res** 33:224A, 1985.

M006B42434

Sander CV 07/04/06

41.  Giles TD, Sander GE, Quiroz AC:  Systemic methionine- enkephalin (ME) evokes cardiostimulatory responses in the human.  **Clin Res** 33:518A, 1985.

42.  O'Maillia JJ, Sander GE, Giles TD:  Severe systemic hypotension and myocardial ischemia resulting from the use of sublingual nifedipine in the treatment of hypertensive emergencies.  **Clin Res** 34:179A, 1986.

43.  Given MB, Sander GE, Giles TD:  Evidence for enkephalin-analog calcium ionophore activity in vascular smooth muscle.  **Clin Res** 34:189A, 1986.

44.  Rosales OR, Sander GE, Given MB, Giles TD:  Carteolol, a beta-adrenoceptor antagonist with intrinsic sympathomimetic activity, reduces blood pressure and left ventricular hypertrophy.  **Clin Res** 34: 190A, 1986.

45.  Thomas MG, Quiroz AC, Given MB, Sander GE, Giles TD:  Efficacy of a new calcium antagonist - nicardipine - in effort angina pectoris.  **Clin Res** 34:212A, 1986.

46.  Thomas MG, Quiroz AC, Given MB, Sander GE, Giles TD:  Nicardipine - a new calcium channel antagonist: efficacy in stable effort angina pectoris.  **J Am Coll Cardiol** 7(Suppl A) 181A, 1986.

47.  Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC:  Comparative effects of nitrendipine (N) and hydrochlorothiazide (HCTZ) on left ventricular (LV) function in the treatment of hypertension.  **J Hypertension** 4(Suppl 5):S574, 1986.

48.  Rosales OR, Sander GE, Given MB, Giles TD:  Beta-adrenoceptor antagonists (BB) with partial agonist activity may cause regression on left ventricular hypertrophy (LVH) in hypertension.  **J Hypertension** 4(Suppl 5):S555, 1986.

49.  Ahmad S, Bex F, Given MB, Sander GE, Giles TD:  Intravenous captopril produces rapid and favorable hemodynamic changes in congestive heart failure.  **Clin Res** 35:8A, 1987.

50.  Rosales OR, Thomas MG, Given MB, Roffidal L, Sander GE, Giles TD:  Comparison of lisinopril and captopril in congestive heart failure.  **Clin Res** 35:36A, 1987.

51.  Quiroz AC, Sander GE, Given MB, Roffidal L, Ahmad S, Marder H, Giles TD:  Atrial natriuretic peptide produces favorable hemodynamic changes and increases sodium excretion in congestive heart failure (CHF).  **J Am Coll Cardiol** 9:119A, 1987.

52.  Sander GE, Given MB, Roffidal LE, Marder H, Giles TD:  The effect of sodium balance upon responses to atrial natriuretic factor (ANF) in hypertensive humans.  **Clin Res** 36:38A, 1988.  (Presented)

24

M006B42435

Sander CV 07/04/06

53.    Giles TD, Campeau RJ, Roffidal LE, Given MB, Sander GE:  Isolated systolic hypertension is associated with similar abnormalities in left ventricular function as is diastolic hypertension.  **Am J Hypertension** 1(3):10A, 1988.

54.    Given MB, Sander GE, Lowe RF, Giles TD:  N-Allylnormetazocine: Hemodynamic actions and inhibition of leucine-enkephalin hemodynamic activity in conscious dogs.  **Circulation** 78(Suppl II):II-36, 1988. (Presented)

55.    Giles TD, Sander GE, Roffidal LE, Given MB, Quiroz AC:  Nitrendipine (NTP) & hydrochlorothiazide (HCTZ) in hypertension-A comparative neuroendocrine and echocardiographic study.  **So Med J** 81(9):S28, 1988.

56.    Giles TD, Roffidal L, Mazzu A, Burkholder D, Quiroz A, Sander G:  Nitrendipine (NTP) in hypertension:  Effect of treatment for one year on left ventricular (LV) function and neurohumoral mechanisms.  **Am J Hypertension** 2:65A, 1989.

57.    Giles TD, Sander GE, Roffidal LE, Ursprung JJ:  Comparative effects of nicorandil and captopril in treatment of chronic heart failure.  **Circulation** 80:II-630, 1989.

58.    Quiroz AC, Giles TD, Roffidal L, Sander GE, Haney Y, Given MB: Hemodynamic responses to intravenous nicorandil in congestive heart failure.  **Clin Res** 38:4A, 1990 (Presented)

59.    Giles T, Given M, Lowe R, Levy L, Ferrans V, Sander G:  Streptozotocin (STZ)-induced diabetes mellitus (DM) in the Dahl salt sensitive (DSS) and salt resistant (DSR) rat - A model for diabetic/hypertensive (DM/H) cardiomyopathy.  **Am J Hypertension**. 3(part 2):14A, 1990.

60.    Giles T, Feghali C, Levy L, Lowe RF, Sander GE. Expression of ventricular atrial natriuretic factor mRNA in diabetic Dahl rats with (DM/H) cardiomyopathy.  **Am J Hypertension**. 4(part 2):91A, 1991.

61.    Sander GE, Giles TD, Roffidal LE, Mazzu AL:  Endocrinologic outcomes of antihypertensive therapy: the comparative effects of nitrendipine and hydrochlorothiazide on plasma calciotropic hormones and bone density.  **Am J Hypertension** 5:17A, 1992 (presented).

62.    Given MB, Lowe RF, Sander GE, Giles TD:  Effect of benazepril on cardiac performance in diabetic Dahl rats.  **Am J Hypertension** 5:30A, 1992 (presented).

M00B42436

Sander CV 07/04/06

63.  Sander GE, Schreiter S, Roffidal LE, Giles TD. Efficacy of metoprolol relative to placebo in the suppression of supraventricular arrhythmias. **Clin Res** 40:776A, 1992 (presented).

64.  Given MB, Lowe RF, Sander GE, Giles TD.  Acute hypotension alters the hemodynamic response to methionine-enkephalin in conscious dogs. **Clin Res** 40:776A, 1992.

65.  Giles TD, Sander GE, Roffidal LE, Kineish E.  Circadian variations in blood pressure and heart rate in patients with systolic congestive heart failure ; effects of long- and short-acting angiotensin converting enzyme inhibitors. **Clin Res** 40:807A, 1992.

66.  Given MB, Lowe RF, Sander GE, Giles TD.  Effect of benazepril on Dahl salt-resistant rats with and without streptozocin-induced diabetes. **Clin Res** 40:857A, 1992.

67.  Giles TD, Sander GE, Roffidal LE. Circadian variation in blood pressure and heart rate in congestive heart failure - neurohumoral associations and effects of long- and short-acting angiotensin I-converting enzyme inhibitors. **Am J Hypertension** 6:33A(1271), 1993.

68.  Given MB, Lowe RF, Sander GE, Giles TD. Effect of angiotensin converting enzyme inhibition on cardiac function in diabetic Dahl salt-resistant rats.  **Am J Hypertension** 6:33A, 1993.

69.  Kerut EK, Winterton J, Roffidal L, Sander GE, Jones R, Given M, Giles TG.  Congestive Heart Failure (CHF): Influence of Hypertension With and Without Diabetes Mellitus on Circadian Variation in Autonomic Balance.  **J Invest. Medicine** 43:27A, 1995.

70.  Kerut EK, Winterton J, Roffidal L, Sander GE, Jones R, Given M, Giles TG.  Congestive Heart Failure (CHF): Influence of Hypertension With and Without Diabetes Mellitus on Circadian Variation in Autonomic Balance.  **Am J Hypertension** 8:174A, 1995.

71.  Shah A, Abourahma A, Sander GE. Coronary artery disease in women younger than age 45 years. A longitudinal descriptive study. **J Invest Med** 45:4A, 1997.

72.  Hallak OK, Aasar O, Alkiek R, Sander, G.  Is acute coronary syndrome triggered by infectious agent? **Chest** 112(suppl):65S, 1997.

73.  Sander GE, Ryan DH, Bray GA, Greenway FC, Kerut EK, Giles TD.  Fenfluramine Combination Therapy for Obesity: the Appearance Rate of Aortic Regurgitation on Serial Echoes Parallels the Incidence in a Larger Cohort Population. **J Am Coll Cardiol** 31(Suppl A):151A, 1998 (presented).

74.  Sander GE, Ryan DH, Bray GA, Greenway FC, Kerut EK, Giles TD.

26

M006B42437

Sander CV 07/04/06

Fenfluramine Combination Therapy for Obesity: the Appearance Rate of Aortic Regurgitation on Serial Echocardiograms Parallels the Incidence in a Larger Cohort Population. **J Invest Med** 46:31A, 1998 (presented).

M006B42438



11777733

Jul 12 2006
10:16PM

## MATERIALS USED IN REVIEW

**Depositions**

Gregory D Kurfman, MD. November 21, 2005

Eric J Topol, MD, November 22, 2005

Hui Quan, PhD, March 14, 2006

**References**

Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005;112(5):759 - 70.

Aw TJ, Haas SJ, Liew D, Krum H.  Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. Arch Intern Med. 2005;165(5):490-6.

Andersohn F, Suissa S, Garbe E.  Use of first- and second-generation Cyclooxygenase-2-selective nonsteroidal anti-inflammatory drugs and risk of acute myocardial infarction. Circulation 2006;113:1950-7.

Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation. 2000; 22;102(8):840-5.

Belton O, Fitzgerald D. Cyclooxygenase-2 inhibitors and atherosclerosis. J Am Coll Cardiol. 2003;41(10):1820-2

Bennett, JS, Daugherty A, Herrington D, Greenland P, Roberts H, Taubert KA. The Use of Nonsteroidal Anti-Inflammatory Drugs (NSAIDs): A Science Advisory From the American Heart Association. Circulation 2005;111: 1713-16

Bishop-Bailey D, Mitchell JA, Warner TD.   COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol. 2006;26(5):956-8

Bombardier C, Laine L, Reicin A, Shapiro D, Ruben Burgos-Varga PH, Davis B,   Day R,   Bosi Ferraz M, Hawke CJ, Hochberg MC, Kvien TK, Schnitzer TJ for The VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. 2000;343:1520-8.

Bombardier C, Laine L, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ, Weaver A.  Response to expression of concern regarding VIGOR study. N Engl J Med. 2006;354(11):1196-9.

M006B42439

Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA. Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial (Adenomatous Polyp Prevention Trial on Vioxx (APPROVe) Trial). N Engl J Med. 2005;352:1092-1102.

Chenevard R, Hurlimann D, Bechir M, Enseleit F, Spieker L, Hermann M, Riesen W, Gay S, Gay RE, Neidhart M, Michel B, Luscher TF, Noll G, Ruschitzka F. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation. 2003;107(3):405-9

Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, Lawson JA, FitzGerald GA. Role of prostacyclin in the cardiovascular response to thromboxane $A_2$. Science. 2002; 296: 539–541.

Cho J, Cooke CE, Proveaux W. A retrospective review of the effect of Cox-2 inhibitors on blood pressure change. Am J Therapeut 2003;10:311-7

Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8.

Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med. 2006;354(11):1193.

Dieppe PA, Ebrahim S, Martin RM, Jüni P. Lessons from the withdrawal of rofecoxib. Patients would be safer if drug companies disclosed adverse events before licensing. BMJ 2004;329: 867-8.

Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA, FitzGerald GA. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation. 2005;111:334–42.

Farkouh ME, Kirshner H, Harrington RA, Ruland S, Verheugt FW, Schnitzer TJ, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. Am J Cardiol. 2002;89(6A):26D-32D.

FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med. 2004; 351: 1709–1.

M006B442440

Fosslien E, Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs. Ann. Clin. Lab. Sci. 2005;35(4):347-85.

Fries S, Grosser T. The cardiovascular pharmacology of COX-2 inhibition. Hematology 2005 (1):445-451.

Furberg CD, Psaty BM, FitzGerald GA Parecoxib, valdecoxib, and cardiovascular risk. Circulation. 2005;111(3):249.

Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. Circulation. 2004;109(24):3000-6.

Gislason GH, Jacobsen S, Rasmussen JN, Rasmussen S, Buch P, Friberg J, Schramm TK, Abildstrom SZ, Kober L, Madsen M, Torp-Pedersen C.  Risk of death or reinfarction associated with the use of selective cyclooxygenase-2 inhibitors and nonselective nonsteroidal antiinflammatory drugs after acute myocardial infarction. Circulation 2006;113(25):2906-13.

Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G, Shoor S, Ray WA. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet. 2005;365(9458):475-81.

Graham DJ. Risk of acute myocardial infarction and sudden cardiac death in patients treated with COX-2 selective and non-selective NSAIDs.   FDA Memorandum. September 30, 2004.

Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest 2006;116:4-15.

Harris RC. COX-2 and the Kidney. J Cardiovasc Pharmacol 2006;47 Suppl 1:S37-42

Hippisley-Cox J, Coupland C. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis BMJ 2005;330(7504):1366-72.

Hudson M, Richard H, Pilote L.  Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study. BMJ. 2005;330(7504):1342-3

Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis.  Ann Intern Med 1994;121(4):289-300.

M00B42441

Johnsen SP, Larsson H, Tarone RE, McLaughlin JK, Norgard B, Friis S, Sorensen HT. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study. Arch Intern Med. 2005;165(9):978-84.

Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet. 2004;364(9450):2021-9.

Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials.  BMJ 2006; 332(7553):1302-8.

Kim PS, Reicin AS.  Rofecoxib, Merck, and the FDA. N Engl J Med. 2004;51(27):2875-8

Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J, Strom BL.  Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med. 2005;142(3):157-64.

Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104(19):2280-8.

Konstam MA, Weir MR. Current perspective on the cardiovascular effects of coxibs. Cleve Clin J Med 2002;69 Suppl 1:SI47-52.

Lagakos SW.  Time-to-Event Analyses for Long-Term Treatments -- The APPROVe Trial. N Engl J Med 2006;355:113-17.

Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. Can Med Assoc J 2006;174(11):1581-2.

Mamdani M, Juurlink DN, Lee DS, Rochon PA, Kopp A, Naglie G, Austin PC, Laupacis A, Stukel TA. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363(9423):1751-6.

McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999; 96: 272–7.

Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA. 2001;286(8):954-9.

**4**

M006B4442

Nissen SE, Furberg CD, Bresalier RS, and Baron JA. Adverse Cardiovascular Effects of Rofecoxib. N Engl J Med 2006;355:203-5.

Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM. Complications of the COX-2 Inhibitors parecoxib and valdecoxib after cardiac Surgery. N Engl J Med 2005;352:1081-91.

Pitt B, Pepine C, Willerson JT. Cyclooxygenase-2 Inhibition and Cardiovascular Events. Circulation 2002;106:167-9.

Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993;153(4):477-84.

Pratico D, Dogne J-M. Selective cyclooxygenase-2 inhibitors development in cardiovascular disease. Circulation 2005;112(7): 1073-9.

Psaty BM, Furberg CD.COX-2 inhibitors--lessons in drug safety. N Engl J Med. 2005 Mar 17;352(11):1133-5.

Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR.  Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet. 2002;359(9301):118-23.

Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet. 2002;360(9339):1071-3

Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal antiinflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol. 2002;89:204-209.

Rudic RD, Brinster D, Cheng Y, Fries S, Song W-L, Austin S, Coffman TM, FitzGerald GA. COX-2-Derived Prostacyclin Modulates Vascular Remodeling Circ Research 2005;96(12):1240-7.

Schror K, Mehta P, Mehta JL.Cardiovascular risk of selective cyclooxygenase-2 inhibitors. J Cardiovasc Pharmacol Ther. 2005;10(2):95-101.

Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD. Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population. Arch Intern Med. 2005;165:181-6

Shinmura K, Bolli R.The risk for myocardial infarction with cyclooxygenase-2 inhibitors. Ann Intern Med. 2005;18;143(8):617.

MOO6B42443

Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal antiinflammatory drug use and acute myocardial infarction. Arch Intern Med. 2002;162:1099-1104.

Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation. 2004;109(17):2068-73

Solomon SD, McMurray JJ, Pfeffer MA, Wittes J, Fowler R, Finn P, Anderson WF, Zauber A, Hawk E, Bertagnolli M, for the Adenoma Prevention with Celecoxib (APC) Study Investigators.  Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention.  N Engl J Med. 2005;352:1071-80.

Sowers JR, White WB, Pitt B, Whelton A, Simon LS, Winer N, Kivitz A, van Ingen H, Brabant T, Fort JG; Celecoxib Rofecoxib Efficacy and Safety in Comorbidities Evaluation Trial (CRESCENT) Investigators.  The Effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus Arch Intern Med. 2005;165(2):161-8.

Thom T et al. Heart Disease and Stroke Statistics—2006 Update.  Accessed at http://circ.ahajournals.org/cgi/ content/short/113/6/e85 on June 15, 2006

Topol EJ, Falk GW. A coxib a day won't keep the doctor away. *Lancet.* 2004;364:639-640.

Velentgas P, West W, Cannuscio CC, Watson DJ, Walker AM. Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications. Pharmacoepidemiol Drug Saf. 2006 Jan 4; [Epub ahead of print]

Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. SUCCESS VI Study Group. Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Therapeut. 2001;8(2):85-95.

Willerson JT.  Stable angina pectoris: recent advances in predicting prognosis and treatment.  Adv Intern Med 1998;43:175-202.

Willerson JT, Golino P, Eidt J, Campbell WB, Buja LM. Specific platelet mediators and unstable coronary artery lesions. Experimental evidence and potential clinical implications. Circulation. 1989;80(1):198-205.

Wright JM, The double-edged sword of COX-2 selective NSAIDs. Can Med Assoc J. 2002 12;167(10):1131-7.

MOO6B42444

LEXISNEXIS® FILE & SERVE
E-SERVICE
11777733
Jul 12 2006
10:16PM

| Date | Attorney | Case | Role | |
|------|----------|------|------|---|
| 04/21/94 | Kennedy | Jessup v Synder 24th JDC, Parish of Jefferson, LA., Division D #409-593 | Defense | Standard of Care |
| 07/17/95 | Hone | Pyonk v Henry Ford Circuit Court for the County of Macomb, MI No: 94-1025-NH | Plaintiff | Causation |
| 03/08/1996 | Cummings | Cabot v Ochsner et al 24th JDC, No. 458-831, Division "I" | | Panel Member |
| 04/04/97 | Hone | Mashrah v Dettloff Eastern District Court of MI No 96-72978 | Plaintiff | Causation |
| 01/29/98 | Hone | Saïd v Oakwood Circuit Court of Wayne County, MI Case No. 96-642859-NM | Plaintiff | Standard of Care |
| 02/26/98 | Hone | Ahmed v Fares Circuit Court of Wayne County, MI Case No. 96-602503-NM | Plaintiff | Standard of Care |
| 03/25/99 | Carnes | Glenn v Williamson et al Circuit Court, Jefferson County, AL Civil Action Number: CV-97-02202 | Plaintiff | Causation* |
| 04/20/99 | Davis & Davis | Landry v FINA Oil 118th Judicial District of Howard County, TX Cause No. 98-07-39911 | Disability | Treating Physician |
| 09/01/00 | Deas | Poninski v Allstate CDC. No. 97-22386, Division "B" | Injury | Extent of Injury |
| 09/07/01 | Davis | Economou v Hill et al 155th Judicial District, Austin County TX No 2222V-0012 | Plaintiff | Causation* |
| 11/20/01 | Davis & Davis | Toombs v Ball et al 105th Judicial District of Neuces County, TX DC TX, NO. 01-00100-00-0-D | Plaintiff | Standard of Care |
| 11/06/02 | Manning (McGlinchey) | Dampf v Pennington (Fen-Phen) Ref. 00222.0590 | Defense | Cardiology expert-treating Dr |
| 11/08/02 | Manning (McGlinchey) | Adcock v Pennington (Fen-Phen) Ref: 00222.0578 | Defense | Cardiology expert-treating Dr |
| 11/08/02 | Manning (McGlinchey) | Lagaututa v Pennington (Fen-Phen) Ref: 00222.0568 | Defense | Cardiology expert-treating Dr |
| 05/15/03 | David | Falgout v LAMMICO 22nd JDC, NO. 2000-14999, Division "T" | Plaintiff | Standard of care* |
| 07/26/03 | Hammons | Evelyn Fitzgerald v. N Louisiana Rehab Hosp 3rd JDC, Parish of Lincoln, LA Consolidation No 42,392 and No 44,670 | Plaintiff | Causation |

M006B42445

| | | | Plaintiff | Standard of Care |
|---|---|---|---|---|
| 08/01/03 | Marie | Schuessler v Chandler et al Circuit Court of Jefferson County, AL Civil Action Number, CV-02-3155 | Plaintiff | |
| 10/29/03 | Pansler | Cagle v Jain Case No.: G-01-3556; Polk County, FL | Plaintiff | Causation |
| 11/06/03 | Moody | Hastings v Giliberto et al Case No. 02-378 CA-G (Div K) 5th Judicial Court, Marion County, FL | Plaintiff | Causation |
| 12/03/03 | Parker | Comeaux v Dugal et al Docket No. 20031973 15th Judicial District Court, Lafayette, LA | Plaintiff | Causation |
| 06/28/04 | Aversano | Cause No: 2003-133-4; Gray v. Guess et al 170th Judicial District Court McLennan County, Texas | Plaintiff | Causation |
| 08/31/04 | Davis | Gonzales v Rodriguez | Plaintiff | Causation |
| 10/28/04 | Hammons | Gregory Franklin, et al. v. Rapides Regional Medical Center No. 217,156, 9th Judicial Court, Rapides Parish, Louisiana | Plaintiff | Causation |
| 11/14/05 | Davis | Cause No 03-8-60, 128-B; Adam Garcia et al v Boniface S. Gbalazeh, MD, et al. 135th JDC, Victoria County, TX | Plaintiff | Causation/Standard of Care |
| 12/05/05 | Moody | Deborah Wilson v Krishanavadan Shroff, MD, et al 10th JDC, Polk County, FL | Plaintiff | Causation |
| 01/17/06 | Carter | Ann Hutchinson v Dr. Michael Thomas File P-02-2939-W | Plaintiff | Causation |
| 02/13/06 | Branan/Vital | Earnheart v McCurtain Memorial Medical Management, Inc et al. District Court of McCurtain County Case No. CJ-02-736 | Plaintiff | Causation |

*Court Appearance

M00GB42446



Jul 12 2006
10:16PM

Gary E. Sander, M.D.
Compensation Structure:

July 12, 2006

420.00 Consulting
600.00 Deposition
780.00 Trial up to ten hours.