Exhibit H - 8-24-06 Weiner's Deposition Excerpts

- Mason - Motion Exclude Sander's Testimony

[1:] - [1:24]        8/24/2006     Wiener, Isaac (Mason)

```
page 1
   0001
1                        UNITED STATES DISTRICT COURT
2                        EASTERN DISTRICT OF LOUISIANA
3
4
5      _____
                                )
6      In re:  VIOXX PRODUCTS   )
       LIABILITY LITIGATION     )
7                               )
                                )
8                               ) Case No. 2:06-CV-00810
                                )
9      CHARLES MASON,           ) MDL DOCKET NO. 1657
                                ) SECTION L
10             Plaintiff,       )
                                )
11       vs.                    )
                                )
12     MERCK & CO., INC.,       )
                                )
13             Defendants.      )
                                )
14     _____   )
15
16
17
18           THE DEPOSITION OF ISAAC WIENER, M.D., F.A.C.C.
19                  VOLUME I, PAGES 1 THROUGH 243
20                     LOS ANGELES, CALIFORNIA
21                         AUGUST 24, 2006
22
23           Reported by Irene Nakamura, CSR No. 9478
                      PRS Job No. 118-343693
24
25
```

[154:5] - [155:5]     8/24/2006     Wiener, Isaac (Mason)

```
page 154
4        A    Clarify, please.
5        Q    Do you believe -- let me restate it yet
6    a different way.
7             Do you believe Vioxx increased
8    Mr. Mason's blood pressure?
9        A    Did Vioxx increase Mr. Mason's blood
10   pressure?  I --
11            MR. NABERS:  And before you -- can we
12   just clarify the time frame?
13            THE DEPONENT:  That's very different
14   than what you asked before, by the way.
15            MR. ISMAIL:  That's why I restated the
16   question.
17            THE DEPONENT:  Okay.
18   BY MR. ISMAIL:
19       Q    At any time between September 2002 and
20   July of 2003.
21       A    I did not see any outpatient blood
22   pressures during that time, so I -- I don't have
23   an opinion on that.  And I -- let me check what
24   was -- I think his blood pressure even when he
25   came in with his -- you know, when he came in
page 155
1    with his MI was 97 over 56, at least when he was
2    transferred.
3             So I don't have any -- I don't have any
4    evidence one way or the other, or I don't have any
```

**Exhibit H - 8-24-06 Weiner's Deposition Excerpts**

- **Mason - Motion Exclude Sander's Testimony**

```
                        5    evidence that Vioxx raises blood pressure, no.
                        6         Q    Now, Mr. Mason never had congestive
```

[242:1] - [242:25]         8/24/2006     Wiener, Isaac (Mason)

```
page 241
25
page 242
1    State of California  )
                          )ss
2    County of Los Angeles)
3
4        I, IRENE NAKAMURA, Certified Shorthand
5    Reporter, Certificate Number 9478, for the State
6    of California, hereby certify:
7        The foregoing proceedings were taken before me
8    at the time and place therein set forth, at which
9    time the deponent was placed under oath by me;
10       The testimony of the deponent and all
11   objections made at the time of the examination
12   were recorded stenographically by me and were
13   thereafter transcribed;
14       The foregoing transcript is a true and correct
15   transcript of my shorthand notes so taken;
16       I further certify that I am neither counsel
17   for nor related to any party to said action, nor
18   in any way interested in the outcome thereof.
19       In witness whereof, I have hereunto subscribed
20   my name this 25th day of August, 2006.
21
22
23                _____
24
25
page 243
1                     CORRECTION LIST
```