UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-0810 | * | |
| CHARLES L. MASON, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

MOTION OF MERCK & CO., INC. ("MERCK")
TO EXCLUDE TESTIMONY OF JOHN L. GUERIGUIAN, M.D.

(EXPERT CHALLENGE NO. 6)

Defendant Merck, through undersigned counsel, and pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), hereby moves to exclude the testimony of plaintiff's expert John L. Gueriguian, M.D. The facts and law supporting this motion are set forth in the accompanying memorandum, which is incorporated as if fully set forth herein.

Dated:  September 19, 2006                                    Respectfully submitted,


                                                              /s/ Dorothy H. Wimberly
                                                              Phillip A. Wittmann, 13625
                                                              Dorothy H. Wimberly, 18509
                                                              STONE PIGMAN WALTHER
                                                              WITTMANN L.L.C.
                                                              546 Carondelet Street
                                                              New Orleans, Louisiana  70130
                                                              Phone:  504-581-3200
                                                              Fax:     504-581-3361

                                                              Defendants' Liaison Counsel

                                                              Philip S. Beck
                                                              Tarek Ismail
                                                              Shayna Cook
                                                              BARTLIT BECK HERMAN PALENCHAR
                                                              & SCOTT LLP
                                                              54 West Hubbard Street, Suite 300
                                                              Chicago, Illinois  60610
                                                              Phone:  312-494-4400
                                                              Fax:     312-494-4440

                                                              Brian Currey
                                                              Catalina J. Vergara
                                                              O'MELVENY & MYERS LLP
                                                              400 South Hope Street
                                                              Los Angeles, CA 90071
                                                              Phone:  213-430-6000
                                                              Fax:     213-430-6407

                                                              And

                                                              Douglas Marvin
                                                              WILLIAMS & CONNOLLY LLP
                                                              725 Twelfth Street, N.W.
                                                              Washington, D.C.  20005
                                                              Phone:  202-434-5000
                                                              Fax:     202-434-5029

                                                              Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Exclude Testimony of John J. Gueriguian, M.D. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of September, 2006.

                                                              */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel