- *"Briefly, I think that I would say in the label that there was an excess of cardiovascular events in comparison to naproxen that it remains uncertain whether this is due to a beneficial cardioprotective effect of naproxen of prothrombotic effects of the agent, and leave it at that, that basically we do not know the reason. We do know that there is a difference. That awareness should be made available to the prescriber and to the consumer, but without necessarily a final judgment as to the reasons for that difference." (p.206)*

Very clearly, it was expected that a warning would occur.[5] At a minimum, the Committee voted unanimously that any label language should note the potential for Vioxx to be prothrombotic. Such language was never proposed by Merck, and indeed, was rejected by the company when proposed by the FDA. Ultimately, the language that was included in the label did not state that Vioxx could be prothrombotic, but that the significance of the VIGOR clinical findings was "unknown."

Rather than enact the recommendations of the Advisory Committee of the FDA medical officers, shortly after the February 2001 meeting, the Company submitted revised labeling that proposed a Precaution on Cardiovascular Effects. Specifically, Merck stated:

In the VIGOR study, patients were not permitted to use concomitant aspirin or other antiplatelet drugs. . . . The incidence of acute myocardial infarction was 0.5% in patients treated with 50 mg daily and 0.1% in patients treated with naproxen 500 mg twice daily (difference = 0.4; 95% C.I. = 0.1, 0.7). As noted in its product circular, naproxen may decrease platelet aggregation and prolong bleeding time. In other controlled trials in which patients were not permitted to use concomitant aspirin or other anti-platelet drugs, the incidence of myocardial infarction was similar between VIOXX, nonselective NSAID comparators (ibuprofen, diclofenac and nabumetone), and placebo.

Merck further proposed to state that "VIOXX can be used concomitantly with low dose aspirin."

3.    *FDA's Proposed Warning:* In October 2001, and in response to having received additional data from Merck on the ADVANTAGE and Alzheimer's studies, FDA

---

[5] I note that the ITT Alzheimer's mortality analysis was not provided to the Advisory committee either.

32

M006286027

submitted its proposed labeling to Merck in connection with Merck's request to eliminate the GI

warning from the label. The FDA proposal was notable for the following inclusion in the

WARNING section of the label:

> VIOXX should be used with caution in patients at risk of developing
> cardiovascular thrombotic events such as those with a history of myocardial
> infarction and angina and in patients with preexistent hypertension and
> congestive heart failure.

> The risk of developing myocardial infarction in the VIGOR study was five fold
> higher in patients treated with VIOXX 50 mg (0.5%) as compared to patients
> treated with naproxen (0.1%) (See Special studies, VIGOR). The finding was
> consistent in a smaller and shorter study using VIOXX 25 mg that allowed the
> use of low dose ASA (See Special Studies, ADVANTAGE). Prospective, well
> powered, long term studies required to compare the incidence of serious CV
> events in patients taking VIOXX versus NSAID comparators other than naproxen
> have not been performed.

The FDA's October 2001 proposal further deleted the Company's proposed statement about

aspirin use and proposed an amendment to the "Information for Patients" section to state that

"VIOXX should be used with caution in patients with prior history of hypertension and heart

disease."

I have reviewed Merck documents which describe Merck's unprofessional and

obstructive conduct with FDA during this period and its refusal to accept the FDA proposed

label. The FDA and its medical officers rely and depend upon a professional and collaborative

process in protecting the public health. It is my opinion that Merck's dealings with FDA, and its

outright rejection of a CV warning for Vioxx, was unreasonable and endangered the public

health.

4.    **The 2002 Vioxx Label.** In April 2002, following protracted discussions

33

M006236028

with FDA over the revised Vioxx label and Merck's rejection of a warning for Vioxx, Merck changed the label for Vioxx to incorporate certain information from the VIGOR trials and noted in the "PRECAUTIONS" section of the label that "caution should be used in patients with a medical history of ischemic heart disease." Based on my review of the available data, the 2002 label was inadequate. In particular, it failed to describe the frequency, character, and severity of the risk of serious cardiovascular events seen to that point in time in the Vioxx clinical trial program. Notably, and contrary to prior labels proposed by the FDA, it failed to warn doctors of the increased risk for patients *with pre-existing risk factors* for cardiovascular events. Instead, the language only provided a precaution to those with *a history of such events*.

Further, it failed to disclose the still worrisome risk of serious GI events, including the very real risk that use of Vioxx in combination with aspirin would eviscerate the GI benefit of the drug. Clinical trials conducted by the Company to assess this very issue, for which Merck had interim data during labeling negotiations (Protocol 136) and prior to the April 2002 label change, demonstrated comparable incidence of ulcers on Vioxx plus aspirin versus ibuprofen.

5.    *Timing of Label Change.* I am advised that Merck contends that, regardless of the adequacy of the label it implemented in 2002, it was unable to incorporate the cardiovascular data from VIGOR sooner due to delays by the FDA in considering its sNDA. Based on my review of the record, I cannot agree with that assertion. This is so for several reasons.

First, Merck failed to avail itself of the procedure that exists to promptly change labels when important safety information arises (and which Merck used in several other circumstances to update the Vioxx label). That procedure, known as CBE (Changes Being Effected) allows a

34

manufacturer to amend its label to warn of safety risks without prior FDA approval. Typically, unless the Agency objects to the label change within 30 days, the amendment is considered approved. The cardiovascular data from VIGOR and mortality data from the Alzheimer's trials were information highly relevant to potentially serious health risks. Updated labeling to reflect that information could and should have been submitted under the CBE procedure.

Second, Merck failed to timely and fully respond to FDA requests for information in connection with its review of Merck's sNDA. For example, FDA made repeated requests for data from Merck [November 2000 through the summer of 2001] concerning the ADVANTAGE trial. As noted above, ADVANTAGE was significant because it was a short term study at the most common dose (25mg) in osteoarthritis patients who were allowed to take aspirin. An imbalance of cardiac events was noted. It thus addressed several of Merck's initial explanations for the VIGOR CV event data (RA, 50mg dose, and absence of aspirin prophylaxis in those who needed it). Further, the FDA needed to assess these data to evaluate Merck's sought-after label change that Vioxx could be used safely with aspirin. Therefore, the FDA's insistence on receiving this data prior to approving Merck's sNDA was entirely reasonable. Merck cannot rightly complain about delayed consideration of its request when it failed to provide the data necessary for review. Emails from Merck's senior-most scientist, Edward Scolnick, reflect that Merck viewed the turning over of the ADVANTAGE data as a "mistake." FDA regulations and prudent drug development/marketing require candor, not delay and obfuscation.

Third, in response to Dr. Targum's review, which suggested a Warning for cardiac events, Merck submitted a watered down Precaution. Rather than accepting the FDA's recommendations in February 2001, it took another 14 months to supplement the label with

35

MDDC236030

VIGOR data.

Fourth, in response to FDA's proposed label in October 2001, which included a cardiac Warning, Merck resisted the label and entered into lengthy labeling "negotiations." Indeed, in emails laced with colorful language, Merck's senior most executives refused any label that included a CV Warning and vowed to fight the FDA. It took more than six months for Merck to agree with the FDA on labeling. As noted above, and as evidenced with Vioxx, after approval of a drug, the FDA is in a substantially weakened position when it comes to compelling labeling terms it believes are appropriate.

A further indication of the inadequacy of the Vioxx label during the time it was on the market can be found, ironically, in Merck's March 2005 proposal to the FDA for the reintroduction of Vioxx to market. In this proposal, Merck suggests new labeling for Vioxx that places significant limitations on use of the drug, including but not limited to:

- A black box warning for cardiovascular risk;
- A recommendation that the drug only be used at the lowest dosage and for the shortest duration; and
- Elimination of the 50 mg dose.

Notably, according to official FDA minutes of a June 2005 meeting with Merck to discuss its proposal to return Vioxx to market, Merck had decided to eliminate the 50 mg dose because it had demonstrated such a "strong CV signal" in the VIGOR trial. This language or similar warning language, proposed by Merck for the first time in 2005, should have been incorporated into the Vioxx label as early as June 2000.

        6.    *Summary of labeling opinions:* During the pre and post approval process,

36

M006236031

Merck, not the FDA, was primarily responsible for the content of the Vioxx labeling. The sponsor, not the FDA, is responsible for initializing, preparing, and drafting the original label and is expected to draft all additional or supplemental labels including revised warnings.

The FDA regulations expressly state that labeling shall be revised to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug; a causal relationship need not have been proved. 21 C.F.R. § 201.57(e). "Reasonable association" can be provided by evidence of a variety of sources including:   a) in vivo and in vitro evidence collected during the preclinical period; b)  well documented single case report (particularly, where there is evidence of challenge or rechallenge); c)   a case series;  d) adverse event analysis; e)  epidemiological studies (including observational studies); and  f) clinical trials. The collection and assessment of evidence at any point in time, of safety signals associating the use of a product with an adverse event or toxicity, should be assessed during the entire pre-marketing and  post-marketing phase  of the drug. When those signals are suggestive of a "reasonable association" between drug exposure and adverse event, it is the responsibility of the drug sponsor to initiate a labeling change.  Such labeling changes can be unilaterally initiated by the drug sponsor through a mechanism known as "Changes being Affected" (CBE).

It is my opinion that there was a reasonable association between Vioxx and cardiovascular events, hypertension and congestive heart failure by March 2000 at the latest when VIGOR was unblinded.  It is my opinion that a cardiovascular warning should have issued from Merck at that time and that this warning should have been reflected in all communication and promotions for Vioxx

It is my opinion that even the May 1999 label for Vioxx should have contained a

37

M008236032

thorough discussion of the drug's mechanism of action and the potential for selective COX-2 inhibition to result in adverse cardiovascular events.

It is my opinion that the April 2002 label does not accurately reflect the cardiovascular data and that physicians were not adequately warned of the risks of Vioxx until after it was removed from the Market in September of 2004.

It is my opinion that there was a reasonable association between Vioxx and all-cause mortality by April 2001 at the latest when the Alzheimer's studies were analyzed. It is my opinion that a reasonable and prudent drug manufacturer would have amended the Vioxx label and promotional materials to include data on all cause mortality and that it was unreasonable for Merck not to have done so.

It is my opinion that a reasonable and prudent manufacturer would not have resisted such warnings and promoted Vioxx in a manner that was contrary to the evidence and which minimized potential risks. Indeed, independent of, and in addition to the Vioxx label, Merck could have taken steps to warn the medical community of the drug's potential or known risks. For example, communication devices commonly used by pharmaceutical companies to disseminate new information about a drug include "Dear Doctor" letters and Physician Information Requests (PIRs).

It is my opinion that Merck's dealings with FDA, the FDA Advisory Committees, and the public was unreasonably combative, evasive, and/or inappropriate, and that this conduct endangered public health.

E.   **APPROVe and the Risk-Benefit of Vioxx**

       *1.*     *APPROVe:* APPROVe was a study in 2586 patients to test the potential

38

M00G296033

of Vioxx to reduce the recurrence of colon polyps. In this trial, patients were randomized to either Vioxx 25mg or placebo for three years. Low dose aspirin use was permitted. One year after completion of therapy, patients were to return for follow-up colonoscopies. The trial was terminated in September 2004 shortly before its scheduled completion date at the recommendation of the trial's ESMB (External Safety Monitoring Board). Based on concerns regarding the cardiovascular safety of Vioxx, the ESMB voted to terminate the study.

The trial revealed a statistically significant risk of cardiovascular events associated with use of Vioxx 25mg as compared to placebo. In particular, Merck reported 31 cardiac events on Vioxx versus 12 on placebo (RR=2.8, 1.44-5.45). For the combined endpoints reported by the company, there was a statistically significant increased risk of serious cardiovascular events on Vioxx versus placebo: adjudicated thrombotic endpoint, RR=1.92 (1.19, 3.11) (primary endpoint); adjudicated APTC endpoint, RR=2.06 (1.16, 3.64) (secondary endpoint); investigator reported events (secondary endpoint), RR=1.90 (1.31, 2.76). Notably, while hazard rates for the adjudicated thrombotic and APTC endpoints, when compared to placebo, did not appear to separate until after 18 months, this was not true of the investigator reported cardiovascular events, for which there was immediate separation. Serious risk was likewise confirmed for other cardiovascular events as well, such as serious and non-serious hypertension, edema, and congestive heart failure.

APPROVe also revealed a statistically significant increased risk on Vioxx of the serious gastrointestinal events that Vioxx was supposed to reduce and prevent. In the trial, the RR for confirmed PUBs was 4.90 (1.98, 14.52), suggesting that for long-term use, Vioxx had an incidence of serious adverse GI events that is comparable to traditional NSAIDs.

39

MO06236034

VIOXX was withdrawn from the market following the termination of the APPROVe study. The APPROVe results—including both the unfavorable cardiovascular and gastrointestinal adverse event data—and its ultimate withdrawal from market underscore the poor overall safety of rofecoxib, particularly when there are safer, less expensive NSAIDs available on the market. I note that as early as 2001, Dr. Targum noted that with respect to overall safety, naproxen would be the preferred drug over Vioxx. This is particularly true when traditional NSAIDs, which may cause adverse GI events, are used in combination with other medications which protect the stomach (e.g., proton pump inhibitors, (PPIs)).

      2.    *February 2005 Advisory Committee:* In February 2005, the FDA held a joint meeting of the Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee. This committee was asked to address several issues. The first question was "whether the available data supports a conclusion that rofecoxib significantly increases the risk of cardiovascular events." (Feb 17, 2005 TR at 328.). The committee unanimously concluded that the answer to that question is "yes". Based on my review of the literature, clinical study data, and other documents, I agree with the Advisory Committee. The second question was whether Vioxx should come back to market and, if it does, what restrictions should be placed on its use. Although the committee voted 17-15 to permit the reintroduction of Vioxx (a position that the FDA had rejected), *all but two* of the committee members placed significant restrictions on the availability of the drug. Limitations proposed by the panel included: 1) a black box warning for CV events; 2) a dose and duration restriction; 3) a requirement that a signed informed consent be obtained; and 4) a recommendation that the drug be limited to second or third line therapy. It is my opinion that Vioxx was an unreasonably dangerous drug, particularly

M00623035

given the other alternative NSAIDS available for use.

### F.    FDA Decision Memo of April 6, 2005

On April 6, 2005, in response to public concern over the Vioxx withdrawal, the FDA issued a memorandum concerning the safety profile of NSAIDs and labeling recommendations for such medications.  My review of the document finds that it has many contradictory and equivocal statements concerning the cardiovascular safety of prescription NSAIDs, including COX-2 inhibitors, such as Vioxx, Celebrex, and Bextra.  Further, the document makes many recommendations and/or assertions that do not appear to be supported by the published literature, clinical data, and FDA documents that I have reviewed.

For example, the authors suggest that the available data does not permit a ranking of NSAIDs with respect to cardiovascular risk and recommends a black-box warning for all prescription NSAIDs.  By contrast, I note that members of the advisory committee discussed the fact that Vioxx appears to have the worst safety profile of all NSAIDS, including other COX-2 inhibitors.  See, TR at 329 (Comments of Dr. Nissen).  Further, the Advisory Committee only recommended black-box warnings for COX-2 inhibitors.  I agree with these comments and do not believe that all NSAIDs carry a cardiovascular risk or the same cardiovascular risk as Vioxx.  There is only limited clinical data informing the cardiovascular safety of NSAIDs.  Additionally, I note that while the FDA has permitted another COX-2 inhibitor, Celebrex, to be marketed with a black-box warning for cardiovascular risk, it has not approved Merck's proposal to put Vioxx back on the market at any dose or for any duration.

My review of the April 6, 2005 FDA memorandum has led me to conclude that it does not reflect final conclusions or a mandate of the Agency with respect to cardiovascular safety and

41

M006236036

appropriate labeling for NSAIDs. Rather, it seems designed to assuage public concern that the Agency has failed to diligently monitor the safety of NSAIDs. Notably, while the FDA had suggested in the memorandum that all prescription NSAIDS carry a black-box warning for cardiovascular risk, I note that to my knowledge, at the present time—more than one year after the FDA issued its memorandum—only two NSAIDs carry such warnings: Celebrex, a selective COX-2 inhibitor, and Flurbiprofen, an NSAID once claimed by Merck to be cardioprotective. Indeed, if the FDA memorandum had actually reflected a final Agency position, the apparent refusal of the pharmaceutical industry to follow FDA labeling recommendations only underscores the inability of the FDA to force label changes for marketed pharmaceuticals. The responsibility for labeling and promotion lies with the sponsors.

42

M00G236037

## CONCLUSION

The opinions expressed are based upon my training, research, and expertise in the fields of pharmacology and drug safety, my review of peer reviewed medical scientific and regulatory literature and relevant documents and testimony produced during the discovery process. I will continue my education throughout the discovery process and I am not limiting my opinions to the above. I may supplement this report if necessary based upon additional receipt of information received during the cause of the litigation. My consulting fee is $400.00 per hour for review and consultation.

On this _____ day of March, 2006.

_____
John L. Gueriguian, M.D.

43

M00G29G038

# Exhibit 1

MDL0296039

Exhibit 1

*John L. Gueriguian, M.D.*

------------------------------------------------------------------------

*PharmaGenesis, Inc., 14513 Woodcrest Drive, Rockville, MD 20853-2371*
*USA : Tel & Fax +1-301-460-0353*
*Europe: Tel & Fax + 33 -(0)1-5560-9142*
*. Email: pharmagenesis@hotmail.com*

### SUMMARY

- Created PharmaGenesis, Inc., a novel concept in pharmaceutical consultancy[*]
- Leads a growing team of some thirty  worldwide pharmaceutical experts
- Member, Scientific Board, Eudipharm (Claude Bernard University, Medical School, Lyon, France)[**]
- Helped the discovery, development , and/or market introduction of a number of important drugs[***]
- Organized several international medical/pharmaceutical  meetings
- Edited several scientific volumes
- Ended academic career  with a tenured Associate Professorship in Pharmacology
- Co-discovered the sex hormone-binding globulin[****]
- Discovered, a ligand-ligand partition assay  methodology.

[*] See accompanying Brochure
[**] European Diploma of Pharmaceutical Medicine, a European Union Initiative
[***] Biotechnologicals as well as xenobiotics ·
[****] As a Research Fellow, Harvard Medical School

### ACCOMPLISHMENTS

Role in the development and worldwide introduction of the first recombinant DNA drugs: Initiating early interactions with industry, defining the minimal requirements for approval, and approval of submitted NDAs in record time.

Contributions to the development of LHRH analogues for the treatment of prostatic cancer, benign prostatic hypertrophy, endometriosis, and precocious puberty: Guiding industry towards viable clinical indications, defining for each indication the safety and efficacy parameters, and recommending approval of submitted NDAs expeditiously.

Initiatives in the development of Growth Hormone Releasing Factor (GRF): Early interaction with discoverers, approving initial IND in record time, informing industry of the discovery, defining safety and criteria parameters.

Introduction of metformin (Glucophage) in the United States: early interactions with industry,  defining protocols to confirm hypothesized synergism with sulfonylureas, and recommending expeditious approval of the submitted NDA.

. Organizing and convening two international conferences for the purpose of developping an expert consensus around  novel efficacy  criteria for all antidiabetic drugs, particularly those tested to retard or prevent the advent of the various diabetic complications.

Organizing and convening several international conferences to aid the development of biotechnological products.

Successful recommendation of non-approval of Ayerst's aldose reductase inhibitor: An unsafe and inefficacious drug. Success in convinging  various pharmaceutical companies to withdraw  unsafe drugs from FDA consideration.

Creutzfeld-Jacob disease and pituitary growth hormone: affirming causality between the two events and obtaining the voluntary withdrawal by industry of such preparations.

Original scientific discoveries: Discovery of the Sex-hormone Binding Globulin; development of a novel generalized analytical methodology, termed solid-liquid ligand partition;development of micromethods for the measurement of minute amounts of serum albumin in cerebrospinal fluid and urine.

M006236040

Exhibit 1

## EDUCATION AND WORK EXPERIENCE

### Positions Held

| | |
|---|---|
| 1998-present | President, and General Manager, PharmaGenesis, Inc. |
| 1978-1998 | Medical Officer, Food and Drug Administration. |
| 1976-1978 | Tenured Associate Professor, Pharmacology, Univ of Minnesota, Medical School, Duluth, Minnesota. |
| 1973-1976 | Assistant Professor, Pharmacology, Univ of Minnesota, Medical School, Duluth, Minnesota. |
| 1973-1976 | Assistant Professor, Pharmacology, Univ of North Carolina, Medical School, Chapel Hill, North Carolina. |
| 1969-1971 | Instructor, Pharmacology, Univ of North Carolina, Medical School, Chapel Hill, North Carolina. |
| 1967-1969 | Research Associate, INSERM (French National Institutes of Health) & Head of Laboratory, Dept of Biochemistry, Medical School, Paris. |
| 1965-1967 | Associate Staff, Endocrinology, Peter Bent Brigham Hospital, Boston, Massachusetts. |
| 1961-1965 | Teaching Assistant, Biochemistry, University of Paris, Medical School. |

### Education & Training

| | |
|---|---|
| 1956 | Diplomate, French Baccalaureate, series M (Experimental Sciences) |
| 1956-1957 | University of Paris, Faculty of Sciences, Premed courses |
| 1957 | University of Paris, Faculty of Sciences, PCB degree* |
| 1959 | University of Paris, Faculty of Sciences, SPCN degree** |
| 1965 | University of Paris, School of Medicine, Doctoral Thesis |
| 1965 | University of Paris, School of Medicine, MD (State Diploma) |
| 1959 | University of Paris, Faculty of Sciences, BS in Biology |
| 1960-1965 | University of Paris, Faculty of Sciences, graduate education |
| 1964 | University of Paris, Faculty of Sciences, Licencié-es-Sciences*** |
| 1962-1965 | Internship & Residency, Hospital of Mantes-la-Jolie, Internal Medicine & Pediatrics. |
| 1965-1967 | Post-doctoral Fellow, Biochemistry, Harvard Medical School, Boston |
| 1966 | Diplomate, Biochemical Technology - a Graduate Course, Harvard Medical School, Boston, Massachusetts |
| 1978 | ECFMG certification of Medical Doctorate degree in the United States |

\* French Medical School entrance qualifying examination
** Equivalent to the BS degree, Biology
*** Equivalent to the MS degree, Chemistry & Endocrinology

### Awards & Grants

Commendable Service Award, Food and Drug Administration, Rockville, Maryland.
Principal Investigator, NIH, USPHS grant HD0849.
Co-principal awardee, Media Production Fund Grant 5050, Univ of Minnesota, Minneapolis.
Co-principal awardee, Media Production Fund Grant 7126, Univ of Minnesota, Minneapolis. Principal Investigator, Miller Dwan Medical Fndn, Duluth, Minnesota.
Principal Investogator, Minnesota Medical Fndn grants DMRF-5-76 and DMRF-78.
Principal Investigator, Am Cancer Soc Institutional Research Grant 2917.

Exhibit 1

Exhibit 1

*Recognitions*

| | | |
|---|---|---|
| Memberships: | Am Assoc for the Advancement of Sciences (current) | |
| | Am Soc Pharmacology & Experimental Therapeutics (past) | |
| | New York Academy of Sciences (past) | |
| | World Population Society (past) | |
| | The Endocrine Society (past) | |
| | Am Assoc of University Professors (past) | |
| | Am Soc of Clinical Pharmacology & Therapeutics (past) | |
| | The American Management Association (past) | |
| Directories | American Men & Women of Science | |
| | Who's Who in Frontier Science & Technology | |
| Committees | Panel of Biological Standardization, WHO, Geneva, Switzerland. | |
| | Human Research Committee, St Luke's Hospital, Duluth, Minnesota. | |
| | AAUP Executive Cmte, Univ of Minneapolis, Duluth Chapter. | |
| | Task Group on NDA Regulations, Food & Drug Administration. | |
| | Task Group on Drug Experience, Food & Drug Administration. | |
| | Task Group on IND/NDA Rewrite Cmte, Food & Drug | |

Administration.

**HOBBIES**

| | |
|---|---|
| Physical: | Hiking, jogging, swimming, cycling |
| Mental: | History (medicine, Armenia, Armenian diasporas), Medieval poetry* |
| Cooking: | French, Chinese, New California, Italian, Indian, Moroccan |
| Wines: | France (Chablis, Bordeaux, Beaujolais); American (Napa & Sonoma) |
| Other: | Translating medieval pharmacopeias, amateur botanist and zoologist* |

* Published articles, for all these subjects, in refereed journals

*BIBLIOGRAPHY (A representative sampling)*

*Pharmacogenetic principles & practices*

Chiu YYH & Gueriguian JL, eds., Drug Biotechnology Regulation: Scientific Basis and Practices (New York: Marcel Dekker, 1991)

Gueriguian JL et al., "Regulatory perspective of peptide and protein drug development," in VHL Lee et al., eds., Peptide and Protein Drug Delivery (New York: Marcel Dekker, 1991), pp. 865-80

Gueriguian JL et al. eds., Biotechnologically-derived Medical Agents (New York: Raven Press, 1988)

Gueriguian JL & Chiu YYH, "A few thoughts on the the development and regulation of neuropeptides," in RS Rapaka & RL Hawks, eds., Opioid Peptides: Molecular Pharmacology, Biosynthesis and Analysis (Bethesda, MD: NIDA, 1986), pp. 405-14

Gueriguian JL et al., "Trends in drug development with special reference to the testing of LHRH analogues," in F Labrie et al. eds., LHRH and its Analogues (New York: Elsevier, 1984), pp. 507-16

Schaffenburgh CA, Gregoire AT & Gueriguian JL, "Guidelines for the development of male contraceptive drugs, " J Androl 2:225-8, 1981

Exhibit 1

M00G236042

Exhibit 1

*Efficacy and safety of new drugs, & clinical trials*

Gueriguian JL et al., "Efficacy of metformin in non-insulin-dependent diabetes mellitus," N Engl J Med 334:269, 1996

Misbin RI, Gueriguian JL et al., "Lactic acidosis in patients with diabetes treated with metformin," N Engl J Med 338: 265-6, 1996

Stabel O, Gueriguian JL et al., "Metformin-associated mortality in US studies," N Eng J Med 334: 1613, 1996

Gueriguian JL et al., "A scenario for the future: Biotechnology & pharmacogenesis," in Chiu YYH, Gueriguian JL et al., Drug Biotechnology Regulation: Scientific Basis and Practices (New York: Marcel Dekker, 1991), pp. 513-23

Andreani D, Gueriguian JL et al. (eds), Diabetic Complications, New York: Raven Press, 1991)

Freedle G, Gueriguian JL et al., "Probucol and the QT interval," The Lancet i:1179, 1982

Gueriguian JL et al. (eds): Insulins, Growth Hormone and Recombinant DNA Technology (New York: Raven Press, 1981)

Sobel S, Gueriguian JL et al., "Vitamin E in retrolental fibroplasia," N Eng J Med 306:867, 1981

*Biochemical definition of drugs & related molecules*

Gueriguian JL & Smith JA, "Measurement of human serum albumin in microgram amounts by solid-liquid ligand partition," Anal Biochem 80: 513-30, 1977.

Cotton GE & Gueriguian JL, "Determination of albumin in human cerebrospinal fluid by a novel micromethod," Fed Proc 37: 441, 1978.

Gueriguian JL et al. (eds): Hormone Drugs (Rockville, MD: United States Pharmacopeia, 1982)

Chiu YYH & Gueriguian JL, "Radioimmunoassays for determination of proinsulin content in purified crystalline insulins," in JL Gueriguian et al. eds., Hormone Drugs (Rockville, MD: USP, 1982), pp. 216-25

*Endocrinology & reproductive physio-pharmacology*

Gueriguian JL, Measurements of urinary HCG, Pregnanediol and Estrogens: Their use in the diagnosis and prognosis of hydatiform mole and male & female chorioepithelioma (Paris: University of Paris Medical School, 1965) -- doctoral thesis.

Gueriguian JL & Pearlman WH, "Separation of testosterone binding protein of human pregnancy serum from C.B.G.," Fed Proc, 26: 757, 1967.

Gueriguian JL & Pearlman WH, "Some properties of a testosterone binding component from human pregnancy serum," J Biol Chem, 243: 5226-33, 1968.

Gueriguian JL et al., "Affinité de liaison du serum de femme enceinte pour l'aldosterone," Annal Endocr (Paris), 30: 211-6, 1969.

Leymarie P & Gueriguian JL, "Etude de liaison de la progesterone et du cortisol par la fraction cellulaire soluble du corps jaune de vache gravide," CR Acad Sci (Paris), 269: 1342-5, 1969.

Crépy O & Gueriguian JL, "Méthode de dosage de la protéine sérique liant la testostérone," CR Acad Sci (Paris), 269: 1457-9, 1969.

Crépy O & Gueriguian JL, "Transport of steroids by proteins," in Finkelstein M et al. (eds), Research on Steroids, v. 4 (New York: Pergamon), pp. 61-81, 1971.

Gueriguian JL et al., "A comparative study of progesterone- and cortisol-binding activity in the uterus and serum of pregnant and non-pregnant women," J Endocr, 61: 331-45, 1974.

Gueriguian JL, "Prostaglandin-macromolecule interactions. I. Non-covalent binding of Prostaglandins A1, E1, F2α, and E2 by human and bovine serum albumin," J Pharmacol Exp Therap, 197: 391-401, 1976.

Exhibit 1

MOD0236043

Exhibit 1

*Educational materials, miscellaneous media*

Gueriguian JL, "The endocrine function of the ovary during an ovulatory cycle in sexually mature woman," A self-instructional program, Health Sciences Consortium Catalogue, 29 pp., Chapel Hill, NC, 1973.

Gueriguian JL, "The fate of secreted and administered estrogens and progestins," A self-instructional program, Health Sciences Consortium Catalogue, 17 pp., Chapel Hill, NC, 1973.

Gueriguian JL, "Introduction to the pharmacology of estrogens" A self-instructional program, Health Sciences Consortium Catalogue, 17 pp., Chapel Hill, NC, 1973.

Burford H & Gueriguian JL, "Oral Contraceptives: Hormonal control of ovulation and menstrual cycles," Medical Television Ctr, Chapel Hill, NC, 10 min movie, color & sound, 1973.

Gueriguian JL, "Immunosuppressive agents and human therapy," A self-instructional program, Health Sciences Consortium Catalogue, 13pp., Chapel Hill, NC, 1974.

Gueriguian JL, "Antiprotozoal and antimetazoal drugs, Pt 1" A self-instructional program, Health Sciences Consortium Catalogue, 15pp., Chapel Hill, NC, 1974.

Gueriguian JL, "Antiprotozoal and antimetazoal drugs, Pt 2" A self-instructional program, Health Sciences Consortium Catalogue, 15pp., Chapel Hill, NC, 1974.

Gueriguian JL, "Antiprotozoal and antimetazoal drugs, Pt 2" A self-instructional program, Health Sciences Consortium Catalogue, 15pp., Chapel Hill, NC, 1974.

Gueriguian JL, "The androgens, Pt 1" A self-instructional program, Health Sciences Consortium Catalogue, 29pp., Chapel Hill, NC, 1975.

Gueriguian JL, "The androgens, Pt 2" A self-instructional program, Health Sciences Consortium Catalogue, 25pp., Chapel Hill, NC, 1975.

Gueriguian JL et al., "Audiovisual Self-Instructional Programs: Introduction to Male Reproductive Pharmacology," Media Resources Center, University of Minnesota, Minneapolis, 40 slides, 1977.

Gueriguian JL et al., "Audiovisual Self-Instructional Parograms: Antibiotics versus Germs," Media Resources Center, University of Minnesota, Minneapolis, 80 slides, 1977.

Gueriguian JL & Petry R, "A Computerized Database on the Clinical Use of Antibiotics," Computer Center, University of Minnesota, Minneapolis, 1977.

*History of medicine*

Greppin JAC, Savage-Smith E & Gueriguian J L (eds): ⬜The Diffusion of Greco-Roman medicine into the Middle East and the Caucasus," (Delmar, NY: Caravan Books, 1999).

Gueriguian JL, "An algorithm for the rediscovery of old yet effective medications of botanical origin with special reference to Armenian pharmacology," in Greppin JAC et al., (eds): The Diffusion of Greco-Roman medicine into the Middle East and the Caucasus," (Delmar, NY: Caravan Books), 1999, pp. 265-85. ⬜

Gueriguian JL, "The language of Amirdovlat Amasiatsi," in Greppin J (ed): Proceedings of the 4th International Conference on Armenian Linguistics (Delmar, NY: Caravan Books, 1992), pp. 77-100.

Gueriguian JL, "Amirdovlat' Amasiats'i: His life and contributions," J Soc for Armenian Stud 3: 63-91, 1987.

Greppin, JAC, Savage-Smith, E, and Gueriguian, JL, *The Diffusion of Greco-Roman Medicine into the Middle East and the Caucasus* (Delmar, NY: Caravan Books), 1999, 304 pp.

Gueriguian, JL, "An algorithm for the rediscovery of old yet effective medications of botanical origin with Special reference to Armenian pharmacology, in Greppin JAC et al., *The Diffusion of Greco-Roman Medicine into the Middle East and the Caucasus* (Delmar, NY: Caravan Books), 1999, pp. 265-86.

Exhibit 1

M00623604

Exhibit 1

*INVITED LECTURESHIPS & CONSULTANCIES (a representative sampling)*

Opening address, Session 2, 4th Meeting of the International Study Group for Steroid Hormones, Rome, 1969.

Invited speaker, "Progesterone-binding Proteins," Dept. of Obstetrics & Gynecology, University of Michigan, School of Medicine, Ann Arbor, Michigan, 1971.

Consultant , IVth Regional Meeting on Family Health, Dakar, Senegal, 1973.

Invited speaker, "Prostaglandin interactions with Plasma Proteins," Univ of Saskatchewan, Dept. of Pharmacology, Saskatoon, Canada, 1978.

Visiting Lectureship, Univ of Santo Tomas, Faculty of Medicine & Surgery, Manila, the Philippines, 1979.

Adjunct Professorship, Univ of Minnesota, Medical School, Dept of Pharmacology, Duluth, Minnesota, 1979.

Invited speaker, " Amirdovlat': His life and contributions to Medieval Armenian Medicine," University of Chicago, Humanities Division, 1986.

Invited speaker, "Regulatory categorization of drugs in the USA," Droit et Pharmacie, Paris, 1990.

*DEPOSITIONS*

For Plaintiff, versus Lariam, by Defendant's Counsel.
For Plaintiff, versus Fenfluramines, by Defendant's Counsel.
For Plaintiff, versus Loestrin, by Defendant;s Counsel.
For Plaintiff versus Cylert, by Defendant's Counsel.

September 27, 2000

Exhibit 1

MD06236045

# Exhibit 2

M006236046

Reliance Material of Dr. Guerigian:

1. (Draft) Comparison of the Effects of Rofecoxib, a Highly Selective-Inhibitor of COX 2, and Naproxen (a dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: Results from the VIGOR Trial by Claire Bombardier, et al., - MRK-AAB0109412 - MRK-AAB0109447

2. Letter from Claire Bombardier to NEJM attaching the manuscript entitled "Comparison of the Effects of Rofecoxib, a Highly Selective-Inhibitor of COX 2, and Naproxen (a dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: Results from the VIGOR Trial," dated 5/18/00 - MRK-NJ0245555 - MRK-NJ0245604

3. NDA 21-042 Background Material – MRK-NJ0265346 - MRK-NJ0265362

4. Alise Reicin 10/11/05 Deposition Transcript, pages 3522-3526

5. David Anstice 9/26/05 Deposition Transcript, pages 2016-2017

6. Folkendt Report, dated 11/27/00 - MRK-NJ0069724- MRK-NJ0069726

7. GI Label Change for Vioxx Public Affairs Plan, dated 3/23/01 - MRK-ADJ0020162 - MRK-ADJ0020183

8. Letter from L. Goldkind to Silverman, dated 2/28/01 - MRK-01420031266 - MRK-01420031268

9. Letter from R. Silverman to Bull, dated 6/14/01 - MRK-AAF0004013 - MRK-AAF0004014

10. VIGOR Label Proposal, dated 3/2/01 – MRK-ACD0043569 - MRK-ACD0043574

11. Vioxx Preliminary CV Meta-Analysis – MRK-NJ0070364 - MRK-NJ0070397 (P1.0017)

12. Long Range Operating Plan: 2002-2007, dated 7/15/02 – MRK-ABI0011027 - MRK-ABI0011081 (P1.0166)

13. E. Clinical Safety - MK-0966 Clinical Documentation - MRK-ABS0066396 - ABS0067019 (P1.0200)

14. FDA Medical Officer Review of NDA - MRK-ADI0005375 - MRK-ADI0005375 (P1.0353)

15. Draft Manuscript entitled "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Adenoma Chemoprevention Trial" – MRK-AGO0076955 - MRK-AGO0076990 (P1.0973)

16. APPROVe CSR - MRK-S0420051001 - MRK-S0420053185 (P1.1034)

17. APPROVe Trial CV Safety Report – MRK-S0420051232 - MRK-S0420051330 (P1.1117)

18. U.S. Long Range Operating Plan, dated 7/12/01 – MRK-ABI0008659 - MRK-ABI0008683 (P1.1135)

19. COX-2 FDA Advisory Committee Meeting 2005 Presentation – MRK-AFK0232972 - MRK-AFK0233029 (P1.1238)

20. FDA review of NDA 21-042 and NDA 21-052 – MRK-AFV0341732 - MRK-AFV0341794 (P1.1245)

21. VIGOR sNDA Reviews – MRK-AFV0341795 - MRK-AFV0341881 (P1.1246)

22. Edward Scolnick to David Anstice, dated 10/18/01 – MRK-ABW0004799 (1.0002)

M00623S047

23. Brian F. Daniels to Thomas Simon, et al., dated 2/26/97 – MRK-NJ0315892 – MRK-NJ0315894 (P1.0004)

24. VICTOR KM Plot--Confirmed Thrombotic CV events, dated 2/1/05 – MRK-AFK0190651 (P1.0015)

25. VICTOR KM Plot--APTC event, dated 2/1/05 – MRK-AFK0190652 (P1.0016)

26. Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro, dated 10/18/00 – MRK-NJ0070364 - MRK-NJ0070397 (P1.0017)

27. Analyses of Unadjudicated and Adjudicated Thromboembolic Adverse Experiences – MRK-AAB0108912 – MRK-AAB0108932 (P1.0029)

28. Deaths in MK-0966 Studies 078, 091, 126 – MRK-AAX0000696 - MRK-AAX0000705 (P1.0076)

29. Memo from G. Block and S. Reines to Edward Scolnick, dated 4/8/01 – MRK-AAX0000752 - MRK-AAX0000776 (P1.0079)

30. Draft VIOXX Label, dated 10/15/01 – MRK-AAX0008561 - MRK-AAX0008581 (P1.0091)

31. Letter from Carlos Patrono to Martino Laurenzi, dated 9/9/98 – MRK-ABC0002199 - MRK-ABC0002200 (P1.0108)

32. Memo on protocol 136 results, dated 11/20/01 – MRK-ABC0035654 - MRK-ABC0035657 (P1.0120)

33. A. Nies email to Stone, dated 11/20/01 – MRK-ABC0035680 (P1.0121)

34. Email from Edward Scolnick to Deborah Shapiro et al., dated 3/9/00 – MRK-ABH0016219 (P1.0132)

35. Nies Handwritten Memo Re: Carlo Patrono, dated 9/29/98 – MRK-ABK0311068 (P1.0167)

36. Email from Lawson to Reines, dated 3/1/02 – MRK-ABS0344100 (P1.0211)

37. Original Label Submission For VIGOR – MRK-ABX0002309 - MRK-ABX0002332 (P1.0234)

38. Dear Doctor letter from John Yates, dated 10/30/03 – MRK-ABX0071232 – MRK-ABX0071233 (P1.0243)

39. Email from Edward Scolnick to Douglas Greene, dated 4/9/01 – MRK-ACR0009151 - MRK-ACR0009152 (P1.0300)

40. Bulletin for Vioxx / Background and obstacle responses on retrospective observational analysis - / Solomon article No. COX 04-023, dated 4/21/04 – MRK-ADB0046424 - MRK-ADB0046427 (P1.0340)

41. Email from Adam Schechter to Thomas Cannell, et al., dated 11/22/01 – MRK-ADG0035340 P1.0352

42. Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program, dated 5/6/98 – MRK-AEI0002734 - MRK-AEI0002746 (P1.0386)

43. Email from Barry J. Gertz to Peter S. Kim, et al., dated 4/30/03 – MRK-AFJ0003506 - MRK-AFJ0003510 (P1.0425)

44. A. Reicin email to E. Barr, dated 11/8/00 – MRK-NJ0124427 - MRK-NJ0124428 (P1.0502)

45. Email from Robert E. Silverman to David W. Blois, et al., dated 10/15/01 – MRK-NJ0209457 (P1.0519)

46. MRL Epidemiology Department Technical Report No. EP07006.005.98 Final Results of an Analysis of the Incidence of Cardiovascular SAEs in the Phase

IIb/III VIOXX Osteoarthritis Clinical Trials, dated 2/2/98 – MRK-NJ0272249 - MRK-NJ0272272 (P1.0532)

47. Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx, dated 3/27/00 – MRK-PRL0000114 (P1.0581)

48. Email from Edward Scolnick to Karen Grosser, dated 11/1/01 – MRK-AFO0128716 (P1.0729)

49. Transcript of the Arthritis Advisory Committee Meeting, dated 2/8/01 – MRK-NJ0174804 - MRK-NJ0175048 (P1.1085)

50. Email from Edward Scolnick to Douglas Greene, dated 11/8/01 – MRK-AFJ0001537 (P1.1098)

51. Letter from Dennis Erb to Central Document Room of the FDA, dated 6/29/00 – MRK-AFK0232972 - MRK-AFK0233029 (P1.1238)

52. Memo from Deborah Shapiro to Alise Reicin et al., dated 7/5/00 – MRK-NJ0071320 - MRK-NJ0071332 (P1.1231)

53. Draft Vioxx Label, dated 10/1/01 – MRK-AAX0008561 - MRK-AAX0008581 (P1.1236)

54. Memo from Lourdes Villalba to Brian Harvey – (P1.1253)

55. Version 2 Standby Statement 0 Vioxx and Cardiovascular Events in VIGOR, dated 3/1/00 – MRK-NJ0362784 - MRK-NJ0362790 (P1.1256)

56. SA Reines, et al., Rofecoxib/No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study, Neurology, Vol. 62, Pgs 66-71 – MRK-ADY0006485 - MRK-ADY0006490 (P2.0021)

57. BJ Gertz et al. , Selective COX-2 inhibition and cardiovascular effects: A Review of the rofecoxib development program, American Heart Journal, Vol 146, Issue 4, Pgs 591-604 – MRK-ADY0006153 - MRK-ADY0006166 (P2.0022)

58. Robert Bresalier, et al., Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial, The New England Journal of Medicine, Pg. 1-11, (February 15, 2005) – (P2.0167)

59. Bombardier, C. et. al, Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis, N. Eng. J. Med, Vol 343, No. 21, 1520 (Nov. 23, 2000) – MRK-ABA0001301 - MRK-ABA0001309 (P2.0146)

60. Thal, LJ, Ferris, SH et al., A Randomized, Double-Bind, Study of Rofecoxib with Mild Cognitive Impairment, Neuropsychopharmacology, Vol 30, 1204-1215, advance online publication, (March 2 2005) http://www.nature.com/npp/journal/v30/n6/abs/1300690a.html – (P2.0202)

61. Lisse, J., et al, Gastrointestinal Tolerability and Effectiveness of rofecoxib verses Naproxen in the Treatment of Osteoarthritis, Ann. Inter. Med 2003; 139:539-546 (October 7, 2003)

62. Advisory Committee Briefing Packet :VIGOR (February 8, 2001) – 'MRK-ABW0000581 - MRK-ABW0000607 (P1.1084)

63. FDA Medical Officer review by Lourdes Villalba, dated 3/31/01 – MRK-AFV0341574 - MRK-AFV0341594 (P1.1243)

64. VIGOR/RA SNDA Reviews, dated 7/21/01 – MRK-AFV0341732 - MRK-AFV0341794 (P1.1245)

65. Reviewer Comments: New England Journal of Medicine, dated 2/9/05 – 2005 NEJM 000013

66. NEJM Manuscript 05-0493-Author's responses to Reviewer's Comments – MRK-AFN0052502 - MRK-AFN0052523 (P1.0755)

67. APPROVe CV Report – MRK-AHD0075757 - MRK-AHD0075824

68. E-mail from Marvin Konstam to C. Lines, dated 2/2/05 – MRK-AHD0075697

69. Memo from J. Chen to R. Bain, dated 4/4/01 – MRK-AAX0000725 - MRK-AAX0000751 (P1.0078)

70. Author's Responses to Reviewer's Comments – MRK-AAC0146909

71. Protocol 145 (VICTOR) Memo – MRK-I8940096438

72. CSR 201 – MRK-I89400096448

73. Brochier, M.L., Evaluation of Flurbuprofen for Prevention of Reinfarction and Reocculusion after Successful Thrombosis or Angioplasty in Acute Myocardial Infarction, Eur. Heat J. (1993) 14, 951-957 – MRK-NJ0146547 - MRK-NJ0146553 (P2.0208)

74. Fornaro, G., Induprofen in the Prevention of Thromboembolic Complications in Patients with Heart Disease, Circulation, 1993:87:167-169

75. Konstam, M. A. et al. Cardiovascular Thrombotic Events in Controlled Clinical Trials of Rofecoxib, Circulation 2001: 104: 2280-2288 – MRK-ABA0004431 - MRK-ABA0004440 (P2.0133)

76. E-Mail String, Morrison, Shapiro, Bolognase, et al. – MRK-ACF0005697 - MRK-ACF0005699 (P1.0281)

77. Mukhergee, et al, Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors, JAMA, Vol 286, No 8, 954-959 (August 2002) – MRK-ADJ0035003 - MRK-ADJ0035008 (P2.0032)

78. Reicin, AS, et al, Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated with Rofecoxib Verses Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Docofenac and Nabumatone), Am. J. Cardiol. 2002; 89: 204-209 – MRK-ABT0018283 - MRK-ABT0018288 (P2.0104)

79. E-mail from Reicin to Sperling, dated 4/20/01 – MRK-ABK0156786 - MRK-ABK0156808 (P1.1225)

80. Juni, P., et al, Risk of cardiovascular Events and Rofecoxib: Cumulative Meta-Analysis, Lancet, Vol 364, 2021 (Dec. 4 , 2004) – MRK-ABI0013854 - MRK-ABI0013862 (P2.0126)

81. FDA Medical Officer Review (Villalba)(Cardiovascular Data in Alzheimer's Studies–078, 091 and 126, dated 3/12/02

82. FDA Medical Officer Review in Alzheimer's Studies 078 and 091 (Villalba), dated 12/18/04

83. Memo from Joshua Chen to Raymond Bain, dated 5/1/01 – MRK-ABY0030000 - MRK-ABY0030030 (P1.0255)

84. Ray, W. et al. COX 2 Selective Non-Steroidal Anti-Inflammatory Drugs and Risk of Serious Coronary Heart Disease, Lancet, Vol. 360, 1071-73 (October 5, 2002) – MRK-ADY0004478 - MRK-ADY0004480 (P2.0025)

85. Mamdami, M., et al., Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short Term Risk of Acute Myocardial Infarction in the Elderly,

Arch. Intern. Med., 2003; 163; 481-486 – MRK-ABT0081722 - MRK-ABT0081727 (P2.0103)

86.    Solomon, et al, Relationship Between Selective Cyclooxigenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults, Circulation, 2004; 109: 2068-2073 – MRK-ADY0006986 - MRK-ADY0006991 (P2.0017)

87.    Graham, D.J, Risk of Acute Myocardial Infarction and Sudden cardiac Death in Patients Treated with Cyclo-0xygenase 2 selective and Non-selective Non-Steroidal Anti Inflammatory Drugs: Nested Case Control Study, Lancet Vol, 365, 475 (Feb 2, 2005) – MRK-ACO0144158 - MRK-ACO0144164 (P2.0050)

88.    Levesque, L., et al, The Risk of Myocardial Infarction with Cyclooxyegenase-2 Inhibitors: A Population Study in Healthy Adults, Ann. Inter. Med. 2005, 142(7) MRK-AHD0004828 - MRK-AHD0004837 (P2.0007)

89.    Kimmel, S.E., The effects of non-Selective Non-Aspirin Non-Steroidal Anti-Inflammatory Medications on the risk of Nonfatal Myocardial Infarction and their Interaction with Aspirin, J. Am. Cardiol 2004; 43: 985-990 – MRK-ABY0089726 - MRK-ABY0089731 (P2.0064)

90.    Walker, et al (IGENIX), Cardiovascular Risk of COX-2 Inhibitors and Other NSAIDS (Draft Final Report–Nov. 25, 2003)(Unpublished)

91.    Solomon, D., Nonsteroidal Anti-inflammatory Drug Use and Acute Myocardial Infarction, Archives in Inter. Med. Vol. 162, 1099 (May 27, 2002) – MRK-ADY0003732 - MRK-ADY0003737 (P2.0026)

92.    Ray, W., et al, Non-Steroidal Anti-Inflammatory Drugs and Risk of Serious Coronary Heart Disease: An Observational Cohort Study, Lancet, Vol. 359, 118 (January 12, 2002) – MRK-ABT0015857 - MRK-ABT0015862 (P2.0105)

93.    Watson, D.J., Lower Risk of Thromboembolic Cardiovascular Events with Naproxen Among Patients with Rheumatoid Arthritis, Arch, Intern. Med. Vol 162, 1105 (May 27, 2002) – MRK-AEF0000847 - MRK-AEF0000851 (P2.0016)

94.    Garcia Rodriguez, L, et al, Differential Effects of Aspirin and Non-Aspirin Nonsteroidal Anti-inflammatory Drugs in the Primary Prevention of Myocardial Infarction in Postmenopausal Women, Epidemiology, Vol 11(4), 382-387 (July 2000) – (P2.0185)

95.    Garcia Rodriguez, L, et al, Nonsteroidal Anti-inflammatory Drugs and the Risk of Myocardial Infarction in the General Population, Circulation, 2004: 109: 30-00-3006 – (P2.0191)

96.    Rahme E. Association between Naproxen Use and Protection against Acute Myocardial Infarction, Arch., Int. Med., 2002:162; 1111-1115 – 'MRK-ABS0386560 - MRK-ABS0386564 (P2.0111)

97.    Van Hecken, A, et al Comparative Inhibitory Activity of rofecoxib, Meloxicam, Diclofinac, Ibuprofen and Naproxen on COX 2 verses COX-1 in Healthy Volunteers, J. Clin Pharm, 2000; 40; 1109-1120 – MRK-ABA0002280 - MRK-ABA0002291 (P2.0138)

98.    Catella-Lawson, et al. Effects of Specific Inhibition of Cyclooxigenase-2 on Sodium Balance, Hemodynamics and Vasoactive Ecosanoids, J. Pharm. Exper. Ther 289(2): 735-742 (May 1999) – (P2.0189)

99. Tuleja, E. Effects of Cyclooxenases Inhibitors on Vasoactive Prostanoids and Thrombin Generation at the Site of Microvasculare Injury in Healthy Men, Arterioscler. Thromb. Vasc. Biol., 2003; 23; 1111-1115 – (P2.0213)

100. Study to Evaluate he Thrombotic Potential of COX 2 Inhibition in an Animal Model (African Green Monkey)(unpublished) - MRK-NJ0221477-89

101. E-mail String on African Green Monkey data, dated 7/10/01 - MRK-NJ0198045-7

102. Slide on African Green Monkey Study - MRK-ABH0019277-99

103. Slide Presentation: Mechanism Based Adverse Cardiovascular Events and Specific Inhibitors of COX-2, Garret FitzGerald, MD (Presentation to 2005 Advisory Committee)

104. Verna, et al, Cyclooxegenase-2 Blockade does Not Impair Endothelial Vasodilator Function in Healthy Volunteers, Circulation, 2002: 104: 2879-82

105. McAdam, B., et al., Contribution of Cyclooxegenase-2 to Elevate Biosynthesis of Thromboxane A2 and Prostacyclin in Cigarette Smokers, Circulation, 2005, 112:1024-1029

106. Capone, et al., Clinical Pharmacology of Platelet Monocyte and Vascular Cyclooxegenase Inhibition by Naproxen and low-Does Aspirin in Health Subjects

107. Fitzgerald and Patrono, The Coxibs, Selective Inhibitors of Cyclooxegenase-2, N. Eng. J. Med Vol 345, No. 6 (Aug. 9.2001) – MRK-ABI0003298 - MRK-ABI0003307 (P2.0127)

108. Peter Kim, et al., Rofecoxib, Merck, and the FDA, The New England Journal of Medicine, Vol. 351, Issue 27, Pgs. 2875-2878 – (P2.0171)

109. FitzGerald, G, Coxibs and Cardiovascular Disease, N. Eng J. Med 35:117 (October 21, 2004) – (P2.0174)

110. EJ Topol, Failing the Public Health - Rofecoxib, Merck, and the FDA, New England Journal of Medicine by EJ Topol, Vol. 341, Issure 17, pp. 1707-1709 – MRK-ABY0087807 - MRK-ABY0087808 (P2.0073)

111. GA FitzGerald, Cardiovascular Pharmacology of Nonselective Nonsteroidal Anti-Inflammatory Drugs and Coxibs: Clinical Considerations, American Journal of Cardiology, Volume 89, Issue 6A, Pgs. 26D-32D, dated 3/21/02 – MRK-ACT0026006 - MRK-ACT0026012 (P2.0042)

112. M. Weir et al., Selective COX-2 inhibition and cardiovascular effects: A review of the rofecoxib development program, American Heart Journal, Vol. 146, Pgs. 591-604 – MRK-AHD0018247 - MRK-AHD0018260 (P2.0199)

113. D. Watson, et al., The upper gastrointestinal Safety of rofecoxib vs. NSAIDs: An updated combined analysis, Current Medical Research and Opinion, Vol. 20, No.10, Pg. 1539-1548 – P2.0172

114. Sequence of Events with Vioxx Since Opening IND

115. FDA Review of cardiovascular and renal Safety by Pelayo, dated 4/30/99

116. Primary Review of NDA 21-042-Osteoarthritis by Villalba, dated May 1999

117. FDA Advisory Committee Meeting Transcripts for 2/16 – 2/18/05.

118. Memorandum from J. Jenkins to Galson, dated 4/6/05

119. http://www/fda/gov/cder

120. http://www.fda.gov

121.  Excerpts from 6/29/00 sNDA – MRK–00420008087 – MRK–00420008117 (P1.1132)

122.  Memo from Deborah Shapiro to Alise Reicin, dated 7/5/00 – MRK–NJ0071320 – MRK–NJ0071332 (P1.1232)

123.  Excerpts of 10/13/00 sNDA for VIGOR – MRK–N0520004121 – MRK–N0520004172 (P1.1133)

124.  Interim Cardiovascular Meta-Analysis – MRK–01420019426 – MRK–01420019486 (P1.1023)

125.  Letter from Robert Silverman to the FDA, dated 2/14/01 – MRK–AAF0003697 – MRK–AAF0003698 (P1.1161)

126.  Letter from L. Goldkind to Silverman, dated 2/28/01 – MRK–01420031266 – MRK–01420031268

127.  Letter from R. Silverman to Bull, dated 3/16/01 – MRK–NJ0265338 – MRK–NJ0265362

128.  Letter from R. Silverman to Bull, dated 3/15/01 – MRK–AAF0003775 – MRK–AAF0003776

129.  Email from Edward Scolnick to Douglas Greene, dated 3/22/01 – MRK–ACR0014502 – MRK–ACR0014503 (P1.0309)

130.  Memo from G. Block to Scolnick, dated 3/21/01 – MRK–NJ0333225 – MRK–NJ0333235

131.  Email from Deborah Shapiro to Eliav Barr, et al., dated 1/29/02 – MRK–ACF0004015 – MRK–ACF0004016 (P1.0278)

132.  Memo from G. Block and S. Reines to Edward Scolnick, dated 4/8/01 – MRK–AAX0000752 – MRK–AAX0000776 (P1.0079)

133.  FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes, dated 4/11/01 – MRK–01420099060 – MRK–01420099061 (P1.0021)

134.  Letter from Jonca Bull to Robert Silverman, dated 4/6/01 – MRK–NJ0274184 – MRK–NJ0274187 (P1.1209)

135.  Letter from R. Silverman to Bull, dated 8/30/01 – MRK–AAF0003926 – MRK–AAF0003927

136.  Letter from R. Silverman to Bull, dated 5/25/01 – MRK–AAF0003986 – MRK–AAF0003988

137.  Fax from S. Folkendt to R. Silverman, dated 6/6/01 – MRK–AAF0003997 – MRK–AAF0003998

138.  Letter from R. Silverman to Bull, dated 6/14/01 – MRK–AAF0004013 – MRK–AAF0004014

139.  Fax from B. Gould to R. Silverman, dated 6/22/01 – MRK–AAF0004045

140.  Fax from the FDA to R. Silverman, dated 7/13/01 – MRK–ACD0075472 – MRK–ACD0075473

141.  Letter from R. Silverman to Bull, dated 7/26/01 – MRK–AAF0004126 – MRK–AAF0004129

142.  Fax from B. Gould to R. Silverman, dated 9/7/01 – MRK–ABW0008489

143.  Fax from B. Gould to R. Silverman, dated 9/28/01 – MRK–AAF0004250

144.  Fax from B. Gould to R. Silverman, dated 9/26/01 – MRK–AAF0004251

145.  Email from L. Villalba to D. Throckmorton, dated 9/30/01 – FDACDER010143 – FDACDER010149

M006286053

146.  Amendment to NDA 21-042 - MRK-01420163696 - MRK-01420163721

147.  Highlights of Vioxx Labeling Changes Proposed by HFD-550 -
      FDACDER034122 - HFD-550 - FDACDER034128

148.  Email from E. Russo to A. Schechter, et al., dated 12/21/01 - MRK-AAX0009235
      - MRK-AAX0009257

149.  Fax from B. Gould to N. Braunstein, dated 6/7/02 - MRK-AAF0008508 - MRK-
      AAF0008512

150.  FDA Teleconference Minutes for 3/20/02 - MRK-AAF0008519 - MRK-
      AAF0008529

151.  Email from J. Bull to J. Jenkins, et al., dated 4/11/02 - FDACDER007813 -
      FDACDER007844

152.  Research Management Committee No. 96-10 -- Blue Bell, dated 10/10/96 -
      MRK-ABC0048699 - MRK-ABC0048706 (P1.0122)

153.  Vioxx Label for May 1999 - MRK-ACZ0026530 - MRK-ACZ0026533 (P1.1070)

154.  Vioxx Label April 2002 - MRK-LBL0000063 - MRK-LBL0000066 (P1.0466)

155.  Background Package for FDA Meeting on the Potential Reintroduction of vioxx
      to the US Market, dated 3/15/05 - MRK-AJJ0001929 - MRK-AJJ0002047
      (P1.1220)

156.  Memo of Type A Face to Face Meeting of NDA 21-042, dated 5/3/05 - MRK-
      S0420111979 - MRK-S0420111985 (P1.1219)

157.  Targum Review of Cardiovascular Safety Database - MRK-NJ0265620 - MRK-
      NJ0265658 (P1.0717)

158.  FDA Decision Memorandum sent from Jenkins, dated 4/6/05

159.  ICH Harmonised Tripartite Guideline - MRK-PUBLIC0000152 - MRK-
      PUBLIC0000155 (P1.1293)

160.  Selections from the NDA for Vioxx

M00623605 4

# Exhibit 3

M006236055

**Exhibit 3**

To the best of my knowledge, I have testified as an expert at trials or by deposition within the past four years in the following matters:

1. Expert witness/consultant in In Re: Rezulin Products Liability Litigation MDL No. 1348

2. Andrea Shaw, Individually, and, Executor, and Trustee of the Decedent, et al. vs. Warner-Lambert Company, et al.

3. Dana Leon Lefler, et al. vs. Warner-Lambert Company, et al.

4. Shirley Griggs, et al. vs. Warner-Lambert Company, et al.

5. Mary Rose Wakefield, Representative, Trustee, Michael Holmes vs. Warner-Lambert Company, et al.

6. Concepcion Morgado vs. Warner-Lambert Company, Parke-Davis Company and Pfizer, Inc.

M006236056