**Exhibit D - 8/31/06 Smith Trial Transcripts Excerpts**

• **Mason - Motion to Exclude Gueriguian**

[1:1] - [1:25]            8/31/2006     Smith - Motions in Limine Hearing

```
                         page 1
                         1                       UNITED STATES DISTRICT COURT
                                                   EASTERN DISTRICT OF LOUISIANA
                         2
                         3   ****************************************************************
                         4   IN RE:  VIOXX PRODUCTS
                                 LIABILITY LITIGATION
                         5                                 MDL DOCKET NO. 1657
                                                           NEW ORLEANS, LOUISIANA
                         6                                 AUGUST 31, 2006, 10:50 A.M.
                         7
                                             _____
                         8
                         9   ROBERT G.  SMITH              CIVIL ACTION #05-4379
                                                           SECTION "L"
                        10
                                 VS
                        11
                             MERCK & COMPANY, INC.
                        12
                             ****************************************************************
                        13
                        14                   TRANSCRIPT OF MOTION PROCEEDINGS
                                       HEARD BEFORE THE HONORABLE ELDON E. FALLON
                        15                      UNITED STATES DISTRICT JUDGE
                        16
                        17   APPEARANCES:
                        18   FOR THE PLAINTIFF:     WILLIAMS BAILEY
                                                    BY:  STEVEN J. KHERKHER, ESQUIRE
                        19                               COLLYN A. PEDDIE, ESQUIRE
                                                         JOHN T. BOUNDAS, ESQUIRE
                        20                          8441 GULF FREEWAY, SUITE 600
                                                    HOUSTON TX 77017
                        21
                        22                          WATTS LAW FIRM
                                                    BY:  MIKAL C. WATTS, ESQUIRE
                        23                          TOWER II BUILDING, 14TH FLOOR
                                                    555 NORTH CARANCAHUA STREET
                        24                          CORPUS CHRISTI TX  78478
                        25
                             (APPEARANCES CONTINUED)
                         page 2
                         1
                         2
```

[28:18] - [29:13]            8/31/2006     Smith - Motions in Limine Hearing

```
                         page 28
                        15   were other impediments to its admissibility, it would be
                        16   admissible to make the picture complete.  So we don't think there
                        17   is a basis for excluding I.
                        18           THE COURT:  Okay.  I understand the issue.  I really
                        19   think that I would grant this motion under 407 and also 403.
                        20   Now, if the defendant takes the position that they could not have
                        21   done it, that it was impossible for them to do it, then I
                        22   reconsider whether or not it's admissible under that 407
                        23   situation when the ability and the capacity to do it is at issue.
                        24             But this, to me, is a 403 question, and also it's a 407
                        25   question, so to that extent, I'll grant the motion, with the
                         page 29
                         1   understanding that if the galaxy changes and the whole issue was
                         2   presented differently, then I'll deal with it in that fashion.
                         3           MS. PEDDIE:  Your Honor, if I understand your ruling
                         4   correctly, if Merck comes in and says that it was impossible for
                         5   them to change their label, then it comes in.
                         6           MR. GOLDMAN:  No.
                         7           THE COURT:  I'm not saying that.  What I'm saying is
                         8   that the 407 situation comes about when it's remedial measures
```

**Exhibit D - 8/31/06 Smith Trial Transcripts Excerpts**

• **Mason - Motion to Exclude Gueriguian**

```
                       9  that are taken.  Now, if the issue is that there is no way we
                      10  could have taken those remedial measures, that it's impossible to
                      11  take the remedial measures because there is no such thing, then
                      12  it's a different story.  It seems to me that it's admissible
                      13  under 407.
                      14          MS. PEDDIE:  Thank you, Your Honor.
                      15          THE COURT:  Anything further?  Anything further that we
                      16  need the cover?
```

[36:1] - [36:17]        8/31/2006     Smith - Motions in Limine Hearing

```
                      page 35
                      23
                      24
                      25
                      page 36
                       1                      REPORTER'S CERTIFICATE
                       2
                       3      I, Cathy Pepper, Certified Realtime Reporter, Registered
                       4  Professional Reporter, Certified Court Reporter, Official Court
                       5  Reporter, United States District Court, Eastern District of
                       6  Louisiana, do hereby certify that the foregoing is a true and
                       7  correct transcript, to the best of my ability and understanding,
                       8  from the record of the proceedings in the above-entitled and
                       9  numbered matter.
                      10
                      11
                      12
                      13                                  Cathy Pepper, CCR, RPR, CRR
                      14                                  Official Court Reporter
                      15                                  United States District Court
                      16
                      17
                      18
                      19
                      20
```