**Exhibit B - Barnett v. Merck Hearing Excerpts**

• Mason - Avorn Motion

| | |
|---|---|
| [1:] - [1:25] | 7/25/2006   Barnett v. Merck Hearing Transcript |

```
page 1
                                                                     1
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2
3   ****************************************************************
4   IN RE:  VIOXX PRODUCTS
        LIABILITY LITIGATION
5                                      MDL DOCKET NO. 1657
                                       NEW ORLEANS, LOUISIANA
6
    _____
7
8   GERALD D. BARNETT AND        CIVIL ACTION #06-485
    CORINNE BARNETT              SECTION "L"
9                                JULY 25, 2006, 2:00 P.M.
            VS
10
    MERCK & COMPANY, INC.
11
    ****************************************************************
12
13              TRANSCRIPT OF MOTION PROCEEDINGS
            HEARD BEFORE THE HONORABLE ELDON E. FALLON
14                UNITED STATES DISTRICT JUDGE
15
16  APPEARANCES:
17  FOR THE PLAINTIFF:
                                 ROBINSON CALCAGNIE & ROBINSON
18                               BY:  MARK P. ROBINSON, JR., ESQUIRE
                                      KEVIN CALCAGNIE, ESQUIRE
19                                    TED B. WACKER, ESQUIRE
                                      CARLOS A. PRIETTA, III, ESQUIRE
20                                    LEXI MYER, ESQUIRE
                                 620 NEWPORT CENTER DRIVE, 7TH FLOOR
21                               NEWPORT BEACH CA   92660
22
                                 BEASLEY ALLEN CROW METHVIN
23                               PORTIS & MILES
                                 BY:  ANDY D. BIRCHFELD, JR., ESQUIRE
24                                    P. LEIGH O'DELL, ESQUIRE
                                 234 COMMERCE STREET
25                               POST OFFICE BOX 4160
                                 MONTGOMERY, ALABAMA 36103
```

| | |
|---|---|
| [4:13] - [4:19] | 7/25/2006   Barnett v. Merck Hearing Transcript |

```
page 4
13         THE COURT:  I had several motions today, and I discussed
14  with the parties a number of them and resolved them, and I'll put
15  it out in a minute entry.  Basically Jerry Avorn, I will allow
16  him to testify.  The issue of some specificity, I asked the
17  parties to look at the deposition and then make the objections
18  that they have to the deposition, but basically, I think he could
19  and should be able to testify.
```

| | |
|---|---|
| [61:10] - [61:25] | 7/25/2006   Barnett v. Merck Hearing Transcript |

```
page 61
10                    REPORTER'S CERTIFICATE
11
12      I, Cathy Pepper, Certified Realtime Reporter, Registered
13  Professional Reporter, Certified Court Reporter, Official Court
14  Reporter, United States District Court, Eastern District of
```

**Exhibit B - Barnett v. Merck Hearing Excerpts**

- **Mason - Avorn Motion**

```
15  Louisiana, do hereby certify that the foregoing is a true and
16  correct transcript, to the best of my ability and understanding,
17  from the record of the proceedings in the above-entitled and
18  numbered matter.
19
20
21
22                              Cathy Pepper, CCR, RPR, CRR
23                              Official Court Reporter
24                              United States District Court
25
```