Exhibit C - Avorn Deposition Excerpts

• **Mason - Avorn Motion**

| | |
|---|---|
| [433:1] - [433:19] | 6/16/2006   Avorn, Jerry (Barnett) |

```
page 433
 1                            UNITED STATES DISTRICT COURT
                             EASTERN DISTRICT OF LOUISIANA
 2                              MDL DOCKET NUMBER:  1657
                                      SECTION L
 3
        In re:  VIOXX PRODUCTS LIABILITY LITIGATION
 4      GERALD BARNETT AND CORRINE BARNETT,
 5            Plaintiffs,
 6      VS                                    CIVIL ACTION NUMBER:
                                                  2:06cv485
 7      MERCK & CO., INC.,
 8            Defendant.
        ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 9
                              CONTINUING DEPOSITION OF
10
                                  JERRY AVORN, M.D.
11
                                     VOLUME II
12
                                   June 16, 2006
13                                   8:38 a.m.
14                               Sheraton Boston Hotel
                                   39 Dalton Street
15                              Boston, Massachusetts
16      Laurie J. Driggers, Notary Public, Certified Shorthand Reporter, Realtime
     Professional Reporter
17      and Certified Realtime Reporter within and for the Commonwealth of Massachuset
18
19
```

| | |
|---|---|
| [453:12] - [453:23] | 6/16/2006   Avorn, Jerry (Barnett) |

```
page 453
12   Q.   Dr. Avorn, you remember yesterday
13 we were talking about a number of
14 documents written by Dr. Scolnick or Dr.
15 Musliner or Dr. Reicin, internal Merck
16 documents that you're relying on for your
17 opinions, right?
18   A.   Yes.
19   Q.   Am I right, sir, that you don't
20 have any personal knowledge of the facts
21 described in those documents; you're just
22 relying on those documents, true?
23   A.   Correct.
```

| | |
|---|---|
| [678:5] - [678:10] | 6/16/2006   Avorn, Jerry (Barnett) |

```
page 678
 5   Q.   Have you ever approved a label as
 6 an FDA employee, sir?
 7   A.   No.
 8   Q.   Have you ever prepared a label as
 9 an employee of a pharmaceutical company?
10   A.   No.  Thank goodness.
```

| | |
|---|---|
| [696:8] - [696:18] | 6/16/2006   Avorn, Jerry (Barnett) |

```
page 696
 8   Q.   And you don't know the
 9 circumstances about why Merck decided that
10 the cardiovascular information is more
```

Exhibit C - Avorn Deposition Excerpts

- **Mason - Avorn Motion**

```
                        11  properly in the precaution section, right?
                        12   A.   Do I know why Merck made a given
                        13  decision?
                        14   Q.   Mm-hmm.
                        15   A.   I have my opinion about that, but I
                        16  do not have personal experience from
                        17  having been in the company when the
                        18  decision was made.
```

[758:13] - [759:7]      6/16/2006   Avorn, Jerry (Barnett)

```
                        page 758
                        13   Q.   Have you done any research studying
                        14  the reasons why doctors who prescribe
                        15  Vioxx made a decision to prescribe it?
                        16   A.   No.
                        17   Q.   And you can't say, sir, for any
                        18  given doctor in any of the Vioxx cases in
                        19  which your deposition might be played
                        20  whether the doctors who prescribed the
                        21  plaintiffs Vioxx did so because of
                        22  interactions they had with sales
                        23  representatives or advertisements that
                        24  Merck prepared, true?
                        page 759
                        1    A.   I have done research and published
                        2   a paper on doctors' influences in terms of
                        3   scientific versus commercial influences,
                        4   and demonstrated that commercial influences
                        5   are important drivers of what doctors
                        6   prescribe.  It did not involve Vioxx as a
                        7   drug.
```

[771:1] - [771:24]      6/16/2006   Avorn, Jerry (Barnett)

```
                        page 771
                        1         COMMONWEALTH OF MASSACHUSETTS
                        2
                        3    I, LAURIE J. DRIGGERS, a Certified
                        4   Shorthand Reporter and Notary Public in
                        5   and for the Commonwealth of Massachusetts,
                        6   do hereby certify that the witness whose
                        7   deposition is hereinbefore set forth, was
                        8   duly sworn and that such deposition is a
                        9   true record of the testimony given by the
                        10  witness.
                        11   I further certify that I am neither
                        12  related to or employed by any of the
                        13  parties in or counsel to this action, nor
                        14  am I financially interested in the outcome
                        15  of this action.
                        16   In witness whereof, I have hereunto set
                        17  my hand and seal this     day of
                        18  2006.
                        19
                        20
                        21
                        22     Laurie J. Driggers, CSR, RPR, CRR
                        23   Notary Public
                        24   My commission expires October 16, 2009
```