Exhibit F - Smith v. Merck Hearing Excerpt

• Mason - Avorn Motion

[1:] - [1:25]     9/6/2006    Smith - Daubert Hearings Day 1

```
page 1
   0001
1                       UNITED STATES DISTRICT COURT
2                       EASTERN DISTRICT OF LOUISIANA
3
4
5
6      In Re: VIOXX PRODUCTS         *    MDL Docket No. 1657
       LIABILITY LITIGATION          *
7                                    *
                                     *
8      This document relates to      *    September 6, 2006, 1:30 a.m.
                                     *
9                                    *
       Robert G. Smith v. Merck      *    Case No. 05-CV-4379-L
10       & Co., Inc.                 *
       * * * * * * * * * * * * * *
11
12
13                    PROCEEDINGS BEFORE THE
                    HONORABLE ELDON E. FALLON
14                  UNITED STATES DISTRICT JUDGE
15
16
       APPEARANCES:
17
18     For the Plaintiff:        Williams Bailey Law Firm
                                 BY:  STEVEN J. KHERKHER, ESQ.
19                                    COLLYN A. PEDDIE, ESQ.
                                      AMY M. CARTER, ESQ.
20                               8441 Gulf Freeway, Suite 600
                                 Houston, Texas  77017
21
22     For the Defendant:        Bartlit Beck Herman
                                   Palenchar & Scott
23                               BY:  PHILIP S. BECK, ESQ.
                                      ANDREW L. GOLDMAN, ESQ.
24                                    CARRIE A. JABLONSKI, ESQ.
                                 54 W. Hubbard Street, Suite 300
25                               Chicago, Illinois 60601
```

[11:3] - [11:10]    9/6/2006    Smith - Daubert Hearings Day 1

```
page 11
3          THE COURT:  Anything that's outside of the scope of
4    the report -- the reason for the report, folks, as you all
5    know, he can't put five hours of testimony into a 20 to 30-page
6    report.  We all know that.  By the same token, you have to put
7    in the areas that you are going to talk about; not the specific
8    questions, but the areas.  If he didn't talk about this or he
9    didn't bring it up in his report, then it's outside of the
10   scope of his testimony.
```

[58:4] - [58:14]    9/6/2006    Smith - Daubert Hearings Day 1

```
page 58
4                         CERTIFICATE
5          I, Toni Doyle Tusa, CCR, FCRR, Official Court
6    Reporter for the United States District Court, Eastern District
7    of Louisiana, do hereby certify that the foregoing is a true
8    and correct transcript, to the best of my ability and
9    understanding, from the record of the proceedings in the
10   above-entitled and numbered matter.
11
```

**Exhibit F - Smith v. Merck Hearing Excerpt**

• **Mason - Avorn Motion**

```
        12
        13                          _____
                                    Toni Doyle Tusa, CCR, FCRR
        14                          Official Court Reporter
```