Exhibit B - 6-9-06 Zipes Deposition Excerpts

• Mason - Motion to Exclude Zipes' Testimony

[1:] - [1:24]        6/9/2006      Zipes, Douglas (Barnett)

```
page 1
    0001
 1                UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
 4     In re:  VIOXX                 )
       PRODUCTS LIABILITY LITIGATION  ) MDL Docket No. 1657
 5                                   )
       This document relates to      ) Section L
 6                                   )
       GERALD BARNETT,               ) Judge Fallon
 7                                   )
                Plaintiff,           ) Civil Action No.
 8                                   ) 2:06cv485
            vs                       )
 9                                   )
       MERCK & CO., INC.,            )
10                                   )
                Defendant.           )
11     _____)
12
13
14
15          DEPOSITION OF DOUGLAS P. ZIPES, M.D.
16                 Newport Beach, California
17                   Friday, June 9, 2006
18
19
20
21
22     Reported by:
23     DIANA JANNIERE
       CSR NO. 10034
24     LA JOB No. 918528
       PHIL JOB No. 2211
25
```

[31:11] - [36:14]      6/9/2006      Zipes, Douglas (Barnett)

```
page 31
10 July of '05.
11     Q    Why did you meet with Dr. Popma in July, 2005?
12     A    To discuss the issues relating to Vioxx and its
13 potential role in producing cardiovascular adverse
14 effects.
15     Q    Where was that meeting?
16     A    Boston.
17     Q    Who attended?
18     A    There were six cardiologists:  Jeff Popma;
19 Martin LaWinter, who is chief of cardiology at the
20 University of Vermont.  Popma is head of interventional
21 cardiology at the Brigam at Boston.  Barry Marin, he is
22 a cardiologist at the Minnesota Heart Institute.  Wilson
23 Kalouchi, he is chief of cardiology at Boston University
24 and Paul Ruker, he is an epidemiologist from the Brigham
25 and Mark Haigney, he is the chief of cardiology at the
page 32
 1 Uniform Services University.
 2     Q    Did anyone attend this meeting with you on July
 3 of 2005 other than the individuals you just mentioned?
 4     A    Yes.  We met alone for the first day and I
 5 think briefly late that afternoon or briefly the
 6 following morning, John Thornton was there as well.
 7     Q    Why did you meet in July of 2005 with those
 8 cardiologists and then Mr. Thornton?
 9     A    I met with those cardiologists, who are all
10 highly respected individuals, to discuss the issues
11 relating to Vioxx and the role that it may play in
```

Exhibit B - 6-9-06 Zipes Deposition Excerpts

**• Mason - Motion to Exclude Zipes' Testimony**

```
            12   creating cardio vascular adverse events.
            13          Mr. Thornton supplied us with a great deal of
            14   literature to look at.  We did our own literature
            15   searches as well.
            16          I asked these people, all of whom are experts
            17   and friends, to look at these data and come to their own
            18   independent conclusions about the role of Vioxx.  And
            19   then I wanted to meet with them to discuss what our
            20   views were arrived at independently, but to talk about
            21   it.  And that is what we did.
            22      Q   Was it your idea or Mr. Thornton's idea to set
            23   up this meeting with the cardiologists that you have
            24   identified in July of 2005?
            25      A   It was my idea.
page 33
             1      Q   Were you the person who identified the
             2   individuals who you wanted to attend the meeting?
             3      A   That is correct.
             4      Q   Have you formed any opinions prior to meeting
             5   with these cardiologists about whether Vioxx carries a
             6   increased risk of cardiovascular events?
             7      A   I did.
             8      Q   What was your opinion as of July of 2005?
             9      A   That it did.
            10      Q   When did you form your opinion that Vioxx has
            11   an increased risk of cardiovascular events?
            12      A   After spending many hours reading all of the
            13   literature in preparation for that first meeting.
            14      Q   Did you take any notes of the meeting that
            15   occurred with those cardiologists in July of 2005?
            16      A   I don't think I did in 2005, but we had a
            17   second meeting.  I remember the precise date because it
            18   was my birthday, February 27, 2006.  And there are some
            19   notes from that, a copy of which you have.
            20      Q   Did the same cardiologists attend the second
            21   meeting on February 27, 2006?
            22      A   I think Mark Haigney was tied up for that
            23   meeting and could not attend, but the others did.
            24      Q   Was Mr. Thornton also at that meeting in
            25   February of 2006?
page 34
             1      A   Mr. Thornton was there, yes.
             2      Q   I don't think I asked you about the second day
             3   of your meeting back in July of 2005.  What happened on
             4   the second day?
             5      A   It is vague in my mind.  I am not certain that
             6   there was a second day meeting.  Either -- as a matter
             7   of fact, I don't think there was because we had a late
             8   dinner that night.  And I think I left the next morning.
             9          And I think Mr. Thornton briefly put his --
            10   came in at the end of the first day.  I do want to
            11   emphasize, however, that this day-long meeting was to
            12   simply discuss the science involved.
            13      Q   Um-hmm.
            14      A   We had no knowledge of any patients.  This was
            15   simply to -- for each of us to form an independent
            16   conclusion.  So I came with my conclusion and I wanted
            17   to hear what the others said.
            18          At the end of the day, there was complete
            19   unanimity among the group.  That all of us reviewing all
            20   of the data, both the science and the biologic
            21   plausibility, providing the mechanistic foundation for
            22   Vioxx's effects, as well as the clinical studies, we
            23   were firmly convinced that Vioxx indeed does cause an
            24   increase in cardiovascular adverse events.
            25      Q   Did you and the other cardiologists July of
page 35
             1   2005 and February of 2006 talk about other COX-2
             2   inhibitors or just Vioxx?
             3      A   We may have talked briefly about Celebrex, but
             4   it was specifically focused on Vioxx.
             5      Q   Did you form an opinion about the
```

Exhibit B - 6-9-06 Zipes Deposition Excerpts

• **Mason - Motion to Exclude Zipes' Testimony**

```
         6  cardiovascular risks associated with Celebrex?
         7     A   I don't believe so.
         8     Q   You don't believe you formed an opinion?
         9     A   Well, we formed an opinion that in the sense
        10  that we know it is a COX-2 inhibitor and that it has
        11  less specific COX-2 inhibitory effects than does Vioxx.
        12  But we did not discuss the trials in depth and so,
        13  basically, the meeting was focused on Vioxx.
        14     Q   What were the unanimous views on the
        15  mechanistic effects of Vioxx concerning the potential
        16  increase of cardiovascular risk?
        17         And if you could state those generally, that
        18  would be great.
        19     A   It is hard to state it generally because the
        20  issue -- the mechanistic issues are quite complex, but
        21  the very broad issue is a decrease in prostacyclin and
        22  PGE-2 and leaving thromboxane A2 unopposed.
        23         That is the overall general effect, but as
        24  Fitzgerald and others point out, it is much more complex
        25  than that.
      page 36
         1         And indeed it is because it has to do with
         2  chemo-attractant affects.  It has to do with LDL
         3  oxidation.  It has to do with the development of
         4  hypertension.
         5         I'm sure we will get into that, but a plethora
         6  of mechanistic events that happen.
         7     Q   Are you planning on -- withdrawn.
         8         Do you rely on the discussion that you had with
         9  those various individuals you've mentioned before in
        10  July of 2005 and in February of 2006 for your opinions,
        11  sir?
        12     A   No.  As I said, I formed my opinion prior to
        13  meeting with them.  They simply reaffirmed my opinion by
        14  coming to the same independent conclusions.
        15         MR. ROBINSON:  I may ask him about that at
```

[41:15] - [41:21]        6/9/2006      Zipes, Douglas (Barnett)

```
      page 41
        14  epidemiology.
        15     Q   Do you hold yourself out as an expert in
        16  biostatistics?
        17     A   I don't, but I have a knowledge of
        18  biostatistics as it relates to epidemiology, as it
        19  relates to statistical validation of many of the studies
        20  that I have published.  That is part and parcel of all
        21  of the work that I do.
        22     Q   Do you consider yourself an expert in FDA
```

[41:22] - [42:13]        6/9/2006      Zipes, Douglas (Barnett)

```
      page 41
        21  of the work that I do.
        22     Q   Do you consider yourself an expert in FDA
        23  regulations?
        24     A   I dealt with the FDA on numerous occasions.
        25  Again, I have expertise in that area.  I have presented
      page 42
         1  to the FDA on numerous occasions.
         2         They have asked me to join their panel on
         3  numerous occasions, which I have not done.  So, in that
         4  sense, yes, I have helped write drug labeling on several
         5  occasions.  So I do have knowledge of FDA concepts,
         6  proceedings, and so forth.
         7     Q   You are not expressing an opinion in your
         8  report, sir, about drug labeling; right?
         9     A   It depends upon what you -- oh, was it in the
        10  report?
        11     Q   No.
        12     A   It is not in the report, but if you ask me
```

Exhibit B - 6-9-06 Zipes Deposition Excerpts

• **Mason - Motion to Exclude Zipes' Testimony**

```
                         13   questions about it, I plan to give you opinions.
                         14      Q    I see that you have written quite a bit over
```

[44:11] - [44:19]        6/9/2006        Zipes, Douglas (Barnett)

```
page 44
10      A    I have not.
11      Q    Have you ever prescribed Vioxx for any of your
12 patients, sir?
13      A    I have tried to answer that question in my own
14 mind and I can't cite a specific patient but that
15 doesn't mean that I didn't do it at such point prior to
16 forming my opinions about the harm of Vioxx.
17      Q    Have you prescribed other NSAIDs or COX-2
18 inhibitors to patients?
19      A    I have to give you the same answer.
20      Q    Is it true that traditional NSAIDs have caused
```

[45:16] - [45:24]        6/9/2006        Zipes, Douglas (Barnett)

```
page 45
15 to quantify serious, it is an important issue.
16      Q    Have you ever diagnosed a patient, sir, with a
17 heart attack and said that the cause of that heart
18 attack was Vioxx?
19      A    Not to my knowledge, with the exception of
20 Mr. Barnett.
21      Q    Other than with Mr. Barnett, have you ever
22 diagnosed a patient with a heart attack that you
23 believed was caused by Vioxx?
24      A    Not to my knowledge.
25      Q    Can you tell me when you were first contacted
```

[68:21] - [69:1]         6/9/2006        Zipes, Douglas (Barnett)

```
page 68
20 disclosed or discovered?
21      A    You are asking me to interpret what Merck's
22 thinking was and I cannot do that.
23      Q    You are not going to come to trial and state
24 what is Merck's state of mind or motivation; right?
25      A    I don't know.  It would depend on the questions
page 69
1  that I am asked.
2       Q    Other than 078 and APPROVe, are there any other
```

[76:20] - [76:24]        6/9/2006        Zipes, Douglas (Barnett)

```
page 76
19      A    Yes.
20      Q    Did you read the E-mail from Dr. Scolnick to
21 others on March 9th of 2000?
22      A    I read many of Dr. Scolnick's E-mails and I
23 read his -- one of the depositions.  You would have to
24 tell me which one or show it to me.
25           MR. ROBINSON:  Why don't you give him the
```

[79:13] - [80:9]         6/9/2006        Zipes, Douglas (Barnett)

```
page 79
12 BY MR. GOLDMAN:
13      Q    Have you reviewed both of Dr. Kronmal's expert
14 reports?
15      A    Yes.
16      Q    Have you identified in your report what you
17 intend to rely on from Dr. Kronmal's reports?
18      A    I believe so.
19      Q    Have you spoken with Dr. Kronmal at all?
20      A    You asked me that before.  No.
```

Exhibit B - 6-9-06 Zipes Deposition Excerpts

• **Mason - Motion to Exclude Zipes' Testimony**

```
                    21      Q    Have you read Dr. Kronmal's deposition
                    22 testimony?
                    23      A    I believe I have.
                    24      Q    Have you read any of Dr. Kronmal's trial
                    25 testimony?
                    page 80
                    1       A    I don't think so.
                    2       Q    Did you attempt to confirm the accuracy of
                    3  Dr. Kronmal's analysis?
                    4       A    I did not do statistical analysis myself.
                    5       Q    Am I right that you are accepting Dr. Kronmal's
                    6  conclusions about his interpretations of the Alzheimer's
                    7  and APPROVe studies without independently verifying
                    8  those findings?
                    9       A    That is correct.
                    10           MR. ROBINSON:  He also read Chen.
```

[89:3] - [90:12]         6/9/2006    Zipes, Douglas (Barnett)

```
                    page 89
                    2  BY MR. GOLDMAN:
                    3       Q    Tell me all of the mechanisms, without getting
                    4  into all of the details, about how they do it.  Tell me
                    5  the mechanisms that you think show that Vioxx causes
                    6  heart attacks.
                    7            MR. ROBINSON:  We are not in a hurry here and
                    8  take your time.
                    9            THE WITNESS:  It is quite complex and very
                    10 involved.
                    11           Atherosclerosis appears to begin with some sort
                    12 of insult to the vascular wall.  This certainly can be
                    13 done by hypertension.  So Vioxx unquestionably causes
                    14 hypertension and that may be an initial insult to the
                    15 vascular wall.
                    16           In addition, Vioxx or COX-2 plays a major role
                    17 in the chemoattractant mechanism by which white blood
                    18 cells primarily monocytes then become attracted to that
                    19 damaged endothelium.
                    20           COX-2 plays a major role with the migration of
                    21 the white blood cells into the intima.  COX-2 plays a
                    22 major role in the oxidation of low density lipoprotein,
                    23 LDL, which then becomes ingested by the monocytes which
                    24 becomes macrophages and then forms cells.
                    25           This then is all the beginnings of the atheroma
                    page 90
                    1  or the lipid-laden plaque on the inside of the vessel.
                    2  Vioxx plays a major role in destabilizing the fibrous
                    3  cap of this atheroma and it can cause the cap to be --
                    4  to become unstable and rupture.
                    5            The rupturing of the plaque then releases
                    6  activated platelets and other cholesterol debris that
                    7  attract platelets to the thrombose area.  And we know
                    8  prostacyclin is -- is the most powerful antiplatelet
                    9  clumping factor in the body.  And by inhibiting it, it
                    10 then increases the development for thrombosis.
                    11           We know that the development of atherosclerosis
                    12 is, in essence, by fits and starts.  And by that I mean,
                    13 there is the process that I have just described to you.
```

[103:5] - [104:14]        6/9/2006    Zipes, Douglas (Barnett)

```
                    page 103
                    4  BY MR. GOLDMAN:
                    5       Q    Dr. Zipes, what relative risk are you going to
                    6  tell the jury applies to Mr. Barnett in his use of Vioxx
                    7  when it comes to an increased risk of heart attack?
                    8       A    I will tell the jury based on the APPROVe data
                    9  those patients who had blood pressure spikes similar to
                    10 Mr. Barnett's after taking Vioxx had a relative risk of
                    11 3.82 and -- and that is what I will tell the jury.
                    12           So he has almost a fourfold increased risk of
```

Exhibit B - 6-9-06 Zipes Deposition Excerpts

**• Mason - Motion to Exclude Zipes' Testimony**

```
        13  myocardial infarction.
        14      Q   Have you looked at the clinical safety -- CSR's
        15  for -- withdrawn.
        16          Have you looked at the CSR's for the APPROVe
        17  study?
        18      A   Tell me what CSR is again.
        19      Q   Clinical Study Results -- reports?
        20      A   I have looked at a lot of the aspects of that
        21  study.  Tell me what you --
        22          MR. ROBINSON:  Can you show him that document?
        23  Show him that document because he did not -- he does not
        24  know the terms like you and I do.
        25  BY MR. GOLDMAN:
     page 104
         1      Q   Dr. Zipes, is it your testimony and your
         2  opinion that there were patients in the APPROVe study
         3  that had the same number of blood pressure spikes as
         4  Mr. Barnett and that the results of the APPROVe study
         5  showed that they had a 3.82 increase in relative risk?
         6      A   Yes -- well, the same degree of blood pressure
         7  changes.  In other words, I didn't count the number of
         8  spikes, but to my knowledge, the APPROVe trial
         9  demonstrated that if the patient had the blood pressure
        10  spike, which was a systolic greater than 140 millimeters
        11  of mercury and 20 millimeter absolute increase, that
        12  they had a relative risk of 3.82.
        13          And it would be my testimony that Mr. Barnett
        14  indeed had those kinds of blood pressure changes.
        15      Q   Is it your opinion that Vioxx continued to
```

[104:15] - [108:8]    6/9/2006    Zipes, Douglas (Barnett)

```
     page 104
        14  indeed had those kinds of blood pressure changes.
        15      Q   Is it your opinion that Vioxx continued to
        16  accelerate the plaque in Mr. Barnett's arteries after he
        17  had his heart attack?
        18      A   Absolutely.
        19      Q   What is your basis for that?
        20      A   At the July '03 stress test, Mr. Barnett had no
        21  fixed lesion, no wall motion abnormality, and an area of
        22  apical or mild lateral decrease in the fusion.
        23          On May 2nd, 2006, Mr. Barnett now has an area
        24  of fixed defect with anterior wall ischemia, wall motion
        25  abnormalities.  And by echo -- which is the first echo
     page 105
         1  that he has had, so we don't have comparisons -- he has
         2  got significant scar and wall motion abnormalities.
         3          He has got left atrial enlargement.  He has got
         4  a right ventricular pressure that is borderline
         5  elevated.  He has got right ventricular systolic
         6  dysfunction.  And by the CT angiogram and occluded
         7  graft -- vein graft and new lesions in his right
         8  coronary artery, that were not seen in the
         9  catheterization on September 9, 2002, so he has
        10  significantly advanced coronary atherosclerosis with
        11  mild cardial scar since his heart attack -- since his Q
        12  wave heart attack.
        13      Q   Have you finished telling me the basis for why
        14  you think Mr. Barnett -- Mr. Barnett's atherosclerosis
        15  progressed because of Vioxx after his heart attack?
        16      A   No, I am not finished.
        17          He has reduced exercise tolerance in that he
        18  walks 9 1/2 minutes versus the 14 and 15 minutes he was
        19  able to do on prior stress tests.
        20          He has abnormal left ventricular relaxation
        21  which is diastolic dysfunction by echo.  So the echo
        22  report shows left circumflex wall motion abnormalities,
        23  right coronary wall motion abnormalities; abnormal left
        24  ventricular diastolic dysfunction; left atrial
        25  enlargement; right ventricular systolic pressure 30- to
```

Exhibit B - 6-9-06 Zipes Deposition Excerpts

• Mason - Motion to Exclude Zipes' Testimony

```
page 106
 1   35, that I mentioned earlier; and then the significant
 2   wall motion abnormalities of hypokinesia in the
 3   mid-lateral and basal lateral left ventricle, severe
 4   hypokinesia in the basal posterior and basal anterior
 5   walls of his ventricle.
 6           So he has significant myocardial and coronary
 7   disease that has advanced from his myocardial infarction
 8   in September of '02.
 9   Q    Are you finished now telling me the basis?
10   A    I think so.
11   Q    Why do you think that Vioxx caused all of what
12   you just described and how is it that Vioxx would have
13   done that between July of 2003 and May of 2006?
14   A    We need to start back in January of 2000.
15   Because in January of 2000 -- January 24 -- Mr. Barnett
16   has a stress test and he walked 15 minutes on that
17   stress test.  He has by Cardiolite a mild area of
18   lateral ischemia.
19           And that is his only abnormality.  He has no
20   chest pain.  He has no ECG changes.  He has excellent
21   exercise tolerance.  He has normal blood pressure and
22   heart rate response, which tells me that he has mild
23   atherosclerosis and a risk assessment at that time by
24   multiple parameters.
25           And there are several equations that I actually
page 107
 1   plugged him into, which showed that he has a risk of
 2   myocardial infarction of 4 to 6 percent over 10 years.
 3   So, at that time, he has got mild coronary disease
 4   probably affecting one vessel.
 5           In 32 months, he ends up with six vessel
 6   coronary atherosclerosis and mild cardial infarction.
 7   And from that time until May of '06, he now has
 8   significant wall motion abnormalities -- all of the
 9   things that I just told you -- and that is accelerated
10   atherosclerosis.
11           In an individual, who has total lipid control
12   from the time he starts Lipitor, which is his major risk
13   factor -- we can argue about family history and whether
14   it played a role or not -- but his major risk factor is
15   elevated lipids and that is under total control.  There
16   is no other explanation for his accelerated
17   atherosclerosis than Vioxx.
18           Now, he stops Vioxx in September of '04.  We
19   now know from the APPROVe trial follow-up and from 078,
20   that article, that individuals exposed to Vioxx continue
21   to be at risk following cessation of Vioxx.
22           The only way to explain that which was
23   suggested by Merck's consultant Fitzgerald, who said you
24   ought to look at the follow up of the APPROVe trial, is
25   to say that Vioxx has anatomically altered the coronary
page 108
 1   arteries by causing atherosclerosis.
 2           And therefore, even stopping the drug, if it
 3   indeed does do what Fitzgerald suggested, would show
 4   increased risk following stopping the drug.
 5           And then, in addition, Mr. Barnett takes Vioxx
 6   for two years after his mild cardioinfarction.  This, to
 7   me, is absolute proof that Vioxx has caused the
 8   accelerated atherosclerosis.
 9   Q    Did Mr. Barnett during the time he took Vioxx
```

[211:5] - [213:20]         6/9/2006         Zipes, Douglas (Barnett)

```
page 211
 4   A    Most probably.
 5   Q    Let's talk about the Alzheimer's study or
 6   studies.  Okay?
 7   A    Yes.
 8   Q    And your reliance on Dr. Kronmal Kronmal.
```

Exhibit B - 6-9-06 Zipes Deposition Excerpts

- **Mason - Motion to Exclude Zipes' Testimony**

```
             9   A   Yes.
            10   Q   Can you tell me what you're relying on from
            11   Dr. Kronmal Kronmal's analysis to support your view that
            12   there is an increased cardiovascular risk shown in the
            13   Alzheimer's trials?
            14   A   Yes.
            15   Q   Are you looking at the first five pages of
            16   Exhibit 2, again?
            17   A   I am.  Those are three studies that were
            18   analyzed by Dr. Kronmal:  078, 091, and 126.
            19   Q   And can you show me what page you are on?
            20   A   I am on Page 2.
            21   Q   Okay.
            22   A   And as you see on the bottom right, I have put
            23   down numbers that -- to the best of my recollection, I
            24   have taken from Dr. Kronmal's report.
            25       And as you see, there was certainly an increase
       page 212
         1   in mortality.  I don't think anybody argues that.  The
         2   relative risk of myocardial infarct was 1.52 and not
         3   statistically significant.
         4       However, Dr. Kronmal makes the very important
         5   point that in studies such as this, where someone may
         6   have a sudden death due to infarct, but not be called an
         7   infarct, they just had sudden death, that you lose that
         8   population that might have had infarct.
         9       So that the hard cardiovascular endpoint is MI,
        10   plus sudden cardiac death.  And, indeed, he makes the
        11   point that in the 4S trial done by Merck, that was the
        12   endpoint that they used, so --
        13   Q   Go ahead.
        14   A   So the second line then is the combined
        15   endpoint of myocardial infarction and sudden cardiac
        16   death with a relative risk of 1.89, which was
        17   statistically significant.
        18   Q   Did you combine heart attacks and sudden
        19   cardiac death events when you were analyzing the VIGOR
        20   study?
        21   A   I did not.  I mean, the VIGOR study, I think,
        22   stands alone with infarct versus noninfarct.  It is a
        23   different population.
        24       One of the issues with the Alzheimer's
        25   population is patients having an infarct chest pain or
       page 213
         1   whatever, and not being able to recognize it because of
         2   the obvious unsettling CNS, central nervous system,
         3   issues with the Alzheimer's population.
         4   Q   Why would that be expected to occur anymore
         5   frequently in the Vioxx group than in the placebo group
         6   in the Alzheimer's trials?
         7   A   I'm sorry.  Why would what occur more
         8   frequently?
         9   Q   You said it is important to include sudden
        10   cardiac death as part of your endpoint in analyzing the
        11   Alzheimer's trials because there might be people who
        12   don't recognize that they are having a heart attack?
        13   A   Right.  But I think you can make that argument
        14   for any trial.
        15       That the combination might show more
        16   statistically significant data in VIGOR.  It was clear
        17   that the number of infarcts, which were readily
        18   identified in VIGOR, were so much greater than placebo
        19   that Naproxen that the 5 to 1 difference then was
        20   clearly statistically significant.
        21   Q   Do you know what the relative risk would be in
```

[231:22] - [232:6]        6/9/2006    Zipes, Douglas (Barnett)

```
       page 231
        21   A   No.
        22   Q   Do you know if Dr. Kronmal made any errors in
```

Exhibit B - 6-9-06 Zipes Deposition Excerpts

• **Mason - Motion to Exclude Zipes' Testimony**

```
                        23  his analysis of the APPROVe off-drug events?
                        24      A    I think there was a miscalculation of 16 versus
                        25  17. I read it quite some time ago, and I don't remember
                        page 232
                        1   precisely, but I think there was one error that I saw in
                        2   total numbers, but I am very hazy about that.
                        3       Q    Is it fair to say that you did not assess
                        4   Dr. Kronmal's analysis to see whether or not he made any
                        5   errors; true?
                        6       A    That's absolutely true.
                        7       Q    Let's talk about the -- wait a second.
```

[268:1] - [268:20]           6/9/2006        Zipes, Douglas (Barnett)

```
                        page 267
                        25
                        page 268
                        1            I, the undersigned, a Certified Shorthand
                        2   Reporter of the State of California, do hereby certify:
                        3            That the foregoing proceedings were taken
                        4   before me at the time and place herein set forth; that
                        5   any witnesses in the foregoing proceedings, prior to
                        6   testifying, were placed under oath; that a verbatim
                        7   record of the proceedings was made by me using machine
                        8   shorthand which was thereafter transcribed under my
                        9   direction; further, that the foregoing is an accurate
                        10  transcription thereof.
                        11           I further certify that I am neither
                        12  financially interested in the action nor a relative or
                        13  employee of any attorney of any of the parties.
                        14           IN WITNESS WHEREOF, I have this date
                        15  subscribed my name.
                        16
                        17
                                            Dated: _____
                        18
                        19                         _____
                                                   Diana Janniere
                        20                         CSR No. 10034
                        21
```