

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| _____ | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Cooper v. Merck & Co., Inc.* | * | |
| | * | |
| CIVIL DOCKET No.: | * | |
| | * | |
| ~~SACV04-1478 CJC (RNBx)~~ | * | |
| EDLA # 05-1242 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Roger G. Cooper hereby moves the Court for an order dismissing without prejudice *Cooper v. Merck & Co., Inc.*, Docket No. SACV04-1478 CJC (RNBx) (MDL No. 05-1242), pursuant to Fed. R. Civ. Proc. 41(b). The grounds for this motion are that there is no plain legal prejudice to defendant, Merck & Co., Inc., to allow Mr. Cooper to dismiss his instant case, therefore a dismissal without prejudice is appropriate. *See Browne v. Baeke*, 413 F.3d

1

1121, 1123 (10th Cir. 2005); *Fisher v. Puerto Rico Marine Management, Inc.*, 940 F.2d 1502, 1503 (11th Cir. 1991); *Hamilton v. Firestone Tire & Rubber Co.*, 679 F.2d 143, 145 (9th Cir. 1982). The relief requested is an order dismissing Mr. Cooper's case without prejudice.

This motion will be based upon the following: 1) the instant Motion to Dismiss; 2) the Amended Notice of Hearing on Motion to Dismiss (served September 13, 2006); 3) the Memorandum In Support of Plaintiff Roger Cooper's Motion to Dismiss (served September 12, 2006); 4) the Affidavit of Stephen Terrell (served September 7, 2006); 5) all records and pleadings on file herein as may be relevant; and 6) such further oral and documentary evidence as may be presented at the hearing.

DATED:   September 13, 2006         Respectfully Submitted,

*/s/ Steph R. Terrell*
WALTER J. LACK (CA SBN 57550)
STEPHEN R. TERRELL (CA SBN 210004)
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
(310) 552-3800

THOMAS V. GIRARDI (CA SBN 36603)
**GIRARDI & KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211

THOMAS S. CHUN (CA SBN 132648)
2600 Michelson Drive, Suite 1120
Irvine, CA 92612
(949) 752-1211

**Attorneys for Plaintiff Roger Cooper**

2

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067.

On September 13, 2006, I served the following document described as:

### MOTION TO DISMISS

on the interested parties in this action by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

### SEE ATTACHED SERVICE LIST

__X__ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid to the offices of the addressee(s) noted on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled documents to be sent to the recipients noted via electronic transfer (FAX) at the respective telephone numbers indicated.

__X__ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 13, 2006, at Los Angeles, California.

MARY L. ZANGI

266047

1

**PROOF OF SERVICE**

**SERVICE LIST**
VIOXX © CASES
MDL Docket No. 1657
Section L

### PLAINTIFF'S LIAISON COUNSEL

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
phone: 504-581-4892
fax: 504-561-6024
email: rherman@hhkc.com

### DEFENDANT'S LIAISON COUNSEL

Phillip Wittmann
Stone Pigman Walther Wittman, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361
email: pwittmann@stonepigman.com

### PLAINTIFF'S STEERING COMMITTEE

Andy D. Birchfield, Jr. (Co-Lead Counsel)
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Post Office Box 4160
Montgomery, AL 36103
phone: (800) 898-2034
fax: (334) 451-0866
email: andy.birchfield@beasleyallen.com

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309
phone: (318) 452-5700
fax: (318) 561-2591
email: rarsenault@nbalawfirm.com

Thomas R. Kline
Kline & Specter, PC
1525 Locust St., Suite 1900
Philadelphia, PA 19102
phone: (215) 772-1000
fax: (215) 772-1371
email: tom.kline@klinespecter.com

266047

2

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | Carlene Rhodes Lewis |
|   | Goforth & Lewis, LLP |
| 2 | 1111 Bagby, Suite 2200 |
|   | Houston, TX 77002 |
| 3 | phone: (713) 650-0022 |
|   | fax: (713) 650-1669 |
| 4 | email: carlenelewis@goforthlewis.com |
| 5 | |
|   | Troy A. Rafferty |
| 6 | Levin, Papantonio, et. al (MDL) |
|   | P.O. Box 12308 |
| 7 | Pensacola, FL 32591 |
|   | phone: (850) 435-7101 |
| 8 | fax: (850) 435-7070 |
|   | email: trafferty@levinlaw.com |
| 9 | |
| 10 | Christopher A. Seeger (Co-Lead Counsel) |
|   | Seeger Weiss, LLP |
| 11 | One William Street |
|   | New York, NY 10004 |
| 12 | phone: (212) 584-0700 |
|   | fax: (212) 584-0799 |
| 13 | email: cseeger@seegerweiss.com |
| 14 | |
|   | Elizabeth J. Cabraser |
| 15 | Lieff, Cabraser, Heimann & Bernstein LLP |
|   | Embarcadero Center West |
| 16 | 275 Battery St., 30th Floor |
|   | San Francisco, CA 94111 |
| 17 | phone: (415) 956-1100 |
|   | fax: (415) 956-1008 |
| 18 | email: ecabraser@lchb.com |
| 19 | |
|   | Arnold Levin |
| 20 | Levin, Fishbein, Sedrad & Berman |
|   | 510 Walnut Street, Suite 500 |
| 21 | Philadelphia, PA 19106-3875 |
|   | phone: (215) 592-1500 |
| 22 | fax: (215) 592-4663 |
|   | email: alevin@lfsblaw.com |
| 23 | |
| 24 | Gerald E. Meunier |
|   | Gainsburg, Benjamin, Davis, Meunier & Warshauer, L.L.C. |
| 25 | 2800 Energy Centre |
|   | 1100 Poydras St. |
| 26 | New Orleans, LA 70163 |
|   | phone: (504) 522-2304 |
| 27 | fax: (504) 528-9973 |
|   | email: gmeunier@gainsben.com |
| 28 | |

266047

3

**PROOF OF SERVICE**

1  Mark P. Robinson, Jr.
   Robinson, Calcagnie & Robinson
2  620 Newport Center Dr., 7th Flr.
   Newport Beach, CA 92660
3  phone: (949) 720-1288
   fax: (949) 720-1292
4  email: mrobinson@rcrlaw.net

5
   Drew Ranier
6  Ranier Gayle & Elliot
   1419 Ryan St.
7  Lake Charles, LA 70601
   phone: (337) 494-7171
8  fax: (337) 494-7218
   email: dranier@rgelaw.com
9

10
   Christopher V. Tisi
11 Ashcraft & Gerel, LLP
   2000 L St. NW, Suite 400
12 Washington, DC 20036
   phone: (202) 783-6400
13 fax: (307) 733-0028
   email: Cvtisi@aol.com
14

15            **DEFENDANT'S STEERING COMMITTEE**

16
   Douglas R. Marvin (Lead Counsel)
17 Williams & Connolly, LLP
   725 Twelfth St., NW
18 Washington, DC 20005
   phone: (202) 434-5400
19 fax: (202) 434-5029
   email: dmarvin@wc.com
20

21 Theodore V.H. Mayer
   Hughes Hubbard & Reed LLP
22 One Battery Park Plaza
   New York, NY 10004
23 phone: (212) 837-6888
   fax: (212) 422-4726
24 email: mayer@hugheshubbard.com

25
   John H. Beisner
26 O'Melveny & Meyers LLP
   1625 Eye St.
27 Washington, DC 20006
   phone: (202) 383-5370
28 fax: (202) 383-5414
   email: jbeisner@omm.com

266047                          4
                        **PROOF OF SERVICE**

1  Richard C. Stanley
   Stanley, flanagan & Reuter, LLC
2  LL&E Tower
   909 Poydras St., Suite 2500
3  New Orleans, LA 70112
   phone: (504) 523-1580
4  fax: (504) 524-0069
   email: rcs@sfr-lawfirm.com
5

6  Dorothy Wimberly
   Stone Pigman Walther Wittmann, LLC
7  546 Carondelet St.
   New Orleans, LA 70130
8  phone: (504) 581-3200
   fax: (504) 581-3361
9  email: dwimberly@stonepigman.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

266047