UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| _____ | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE JUDGE KNOWLES |
| *Cooper v. Merck & Co., Inc.* | * | |
| CIVIL DOCKET No.: | * | |
| SACV04-1478 CJC (RNBx) | * | |
| 05-1242 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED NOTICE OF HEARING ON MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Roger Cooper's Motion to Dismiss, previously noticed for September 28, 2006 at 9:30 a.m., is hereby **continued** to **October 11, 2006**, to be heard at **9:00 a.m.**, or as soon thereafter as Plaintiff may be heard by the Honorable Eldon E.

1

Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Section L, New Orleans, Louisiana 70130.

DATED:	September 13, 2006	Respectfully Submitted,

_____
WALTER J. LACK (CA SBN 57550)
STEPHEN R. TERRELL (CA SBN 210004)
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
(310) 552-3800

THOMAS V. GIRARDI (CA SBN 36603)
**GIRARDI & KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211

THOMAS S. CHUN (CA SBN 132648)
2600 Michelson Drive, Suite 1120
Irvine, CA 92612
(949) 752-1211

**Attorneys for Plaintiff Roger Cooper**

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067.

On September 13, 2006, I served the following document described as:

### AMENDED NOTICE OF HEARING ON MOTION TO DISMISS

on the interested parties in this action by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

### SEE ATTACHED SERVICE LIST

__X__  (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid to the offices of the addressee(s) noted on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__   (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled documents to be sent to the recipients noted via electronic transfer (FAX) at the respective telephone numbers indicated.

__X__  (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 13, 2006, at Los Angeles, California.

_____
MARY L. LANGI

266047

1

**PROOF OF SERVICE**

**SERVICE LIST**
VIOXX © CASES
MDL Docket No. 1657
Section L

### PLAINTIFF'S LIAISON COUNSEL

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
phone: 504-581-4892
fax: 504-561-6024
email: rherman@hhkc.com

### DEFENDANT'S LIAISON COUNSEL

Phillip Wittmann
Stone Pigman Walther Wittman, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361
email: pwittmann@stonepigman.com

### PLAINTIFF'S STEERING COMMITTEE

Andy D. Birchfield, Jr. (Co-Lead Counsel)
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Post Office Box 4160
Montgomery, AL 36103
phone: (800) 898-2034
fax: (334) 451-0866
email: andy.birchfield@beasleyallen.com

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309
phone: (318) 452-5700
fax: (318) 561-2591
email: rarsenault@nbalawfirm.com

Thomas R. Kline
Kline & Specter, PC
1525 Locust St., Suite 1900
Philadelphia, PA 19102
phone: (215) 772-1000
fax: (215) 772-1371
email: tom.kline@klinespecter.com

266047

2

**PROOF OF SERVICE**

```
 1  Carlene Rhodes Lewis
    Goforth & Lewis, LLP
 2  1111 Bagby, Suite 2200
    Houston, TX 77002
 3  phone: (713) 650-0022
    fax: (713) 650-1669
 4  email: carlenelewis@goforthlewis.com

 5
    Troy A. Rafferty
 6  Levin, Papantonio, et. al (MDL)
    P.O. Box 12308
 7  Pensacola, FL 32591
    phone: (850) 435-7101
 8  fax: (850) 435-7070
    email: trafferty@levinlaw.com
 9

10  Christopher A. Seeger (Co-Lead Counsel)
    Seeger Weiss, LLP
11  One William Street
    New York, NY 10004
12  phone: (212) 584-0700
    fax: (212) 584-0799
13  email: cseeger@seegerweiss.com

14
    Elizabeth J. Cabraser
15  Lieff, Cabraser, Heimann & Bernstein LLP
    Embarcadero Center West
16  275 Battery St., 30th Floor
    San Francisco, CA 94111
17  phone: (415) 956-1100
    fax: (415) 956-1008
18  email: ecabraser@lchb.com

19
    Arnold Levin
20  Levin, Fishbein, Sedrad & Berman
    510 Walnut Street, Suite 500
21  Philadelphia, PA 19106-3875
    phone: (215) 592-1500
22  fax: (215) 592-4663
    email: alevin@lfsblaw.com
23

24  Gerald E. Meunier
    Gainsburg, Benjamin, Davis, Meunier & Warshauer, L.L.C.
25  2800 Energy Centre
    1100 Poydras St.
26  New Orleans, LA 70163
    phone: (504) 522-2304
27  fax: (504) 528-9973
    email: gmeunier@gainsben.com
28
```

266047                                    3
                                 **PROOF OF SERVICE**

| | |
|---|---|
| 1 | Mark P. Robinson, Jr. |
| | Robinson, Calcagnie & Robinson |
| 2 | 620 Newport Center Dr., 7th Flr. |
| | Newport Beach, CA 92660 |
| 3 | phone: (949) 720-1288 |
| | fax: (949) 720-1292 |
| 4 | email: mrobinson@rcrlaw.net |
| 5 | |
| | Drew Ranier |
| 6 | Ranier Gayle & Elliot |
| | 1419 Ryan St. |
| 7 | Lake Charles, LA 70601 |
| | phone: (337) 494-7171 |
| 8 | fax: (337) 494-7218 |
| | email: dranier@rgelaw.com |
| 9 | |
| 10 | |
| | Christopher V. Tisi |
| 11 | Ashcraft & Gerel, LLP |
| | 2000 L St. NW, Suite 400 |
| 12 | Washington, DC 20036 |
| | phone: (202) 783-6400 |
| 13 | fax: (307) 733-0028 |
| | email: Cvtisi@aol.com |
| 14 | |
| 15 | **DEFENDANT'S STEERING COMMITTEE** |
| 16 | |
| | Douglas R. Marvin (Lead Counsel) |
| 17 | Williams & Connolly, LLP |
| | 725 Twelfth St., NW |
| 18 | Washington, DC 20005 |
| | phone: (202) 434-5400 |
| 19 | fax: (202) 434-5029 |
| | email: dmarvin@wc.com |
| 20 | |
| 21 | Theodore V.H. Mayer |
| | Hughes Hubbard & Reed LLP |
| 22 | One Battery Park Plaza |
| | New York, NY 10004 |
| 23 | phone: (212) 837-6888 |
| | fax: (212) 422-4726 |
| 24 | email: mayer@hugheshubbard.com |
| 25 | |
| | John H. Beisner |
| 26 | O'Melveny & Meyers LLP |
| | 1625 Eye St. |
| 27 | Washington, DC 20006 |
| | phone: (202) 383-5370 |
| 28 | fax: (202) 383-5414 |
| | email: jbeisner@omm.com |

266047

4

**PROOF OF SERVICE**

1 | Richard C. Stanley
  | Stanley, flanagan & Reuter, LLC
2 | LL&E Tower
  | 909 Poydras St., Suite 2500
3 | New Orleans, LA 70112
  | phone: (504) 523-1580
4 | fax: (504) 524-0069
  | email: rcs@sfr-lawfirm.com
5 |
6 | Dorothy Wimberly
  | Stone Pigman Walther Wittmann, LLC
7 | 546 Carondelet St.
  | New Orleans, LA 70130
8 | phone: (504) 581-3200
  | fax: (504) 581-3361
9 | email: dwimberly@stonepigman.com

266047

5

**PROOF OF SERVICE**