MINUTE ENTRY
FALLON, J.
SEPTEMBER 19, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS   LIABILITY LITIGATION | MDL 1657 |
| ROBERT G. SMITH | |
| | REF NO. 05-4379 |
| VERSUS | |
| | SECTION: L |
| MERCK & CO., INC. | |

before JUDGE ELDON E. FALLON          TUESDAY, SEPTEMBER 19, 2006, 8:30 am
Case Manager: Gaylyn Lambert                       (continued from 9-18-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
             Philip Beck, Esq.& Carrie Jablonski, Esq., for defendant

JURY TRIAL:
All present and ready.

Plaintiff's Witnesses:

Jan Weiner - by video deposition. Transcript filed into the record.

Dr. Steve Grefer - by video deposition. Transcript filed into the record.

Dr. Eric Topol - by video deposition. Transcript filed into the record.

Dr. James Franklin Fries - by video deposition. Transcript filed into the record.

Court adjourned at 4:50 pm until Wednesday, September 20, 2006, at 8:45 am

JS-10:    6:15