U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   9-19-06
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
    *Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

      The following deposition testimony was presented to the jury:   on 9-19-06

Videotaped deposition of Jan Weiner.

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep___
___ Doc. No._____

ID:          Jan Weiner

ID:              Weiner 1510
Page Range:      15:10-15:13

15:10       Q.     You're currently employed by Merck?
15:11       A.     Yes.
15:12       Q.     Okay.  When did you start with Merck?
15:13       A.     October of 1989.


ID:              Weiner 1812
Page Range:      18:12-20:24

18:12              Tell me, when you started with Merck
18:13 in 1989, what was your first job?
18:14       A.     My title was director of information
18:15 services and I worked in the public affairs
18:16 department for the US business.  And my job
18:17 generally was to work on communications related to
18:18 Merck's products.
18:19       Q.     How long did you have that direct --
18:20 what was your title?
18:21       A.     My title was director of information
18:22 services.
18:23       Q.     Okay.  How long did you have that
18:24 title?
18:25       A.     A couple of years.
19: Page 19
19: 1       Q.     Until about '91 or so?
19: 2       A.     '91, '92.
19: 3       Q.     Okay.  And did your job change after
19: 4 that?
19: 5       A.     My title changed to senior director,
19: 6 and some of the responsibilities -- the
19: 7 responsibilities were generally the same.
19: 8       Q.     Was it considered a promotion?
19: 9       A.     Yes, it was.
19:10       Q.     Okay.  And how long did you have that
19:11 job?
19:12       A.     I had that job for, I guess, about
19:13 five years.
19:14       Q.     Until like '97, '98, something like
19:15 that?
19:16       A.     Yeah.
19:17       Q.     Okay.  And in 1998, what job did you
19:18 take?
19:19       A.     At that point the title was executive
19:20 director, public affairs, for US -- for the US
19:21 business, and it was the -- it was a higher title,
19:22 more responsibility.  I had responsibility for all
19:23 of the products and some of the issues that were
19:24 current in the media at the time.
19:25       Q.     Okay.  For just domestic
20: Page 20
20: 1 responsibilities?
20: 2       A.     Yes, just -- just domestic.
20: 3       Q.     Okay.  And how long did you hold that
20: 4 title -- or that job?
20: 5       A.     That job where it was focused

20: 6  strictly on domestic was until somewhere 2000; 2000,
20: 7  2001.  I'm having some trouble with the dates,
20: 8  but --
20: 9        Q.       Your best estimate.
20:10        A.       Yes.  The job and how we organized
20:11  that work changed for one year about that time.
20:12        Q.       So around 2000, 2001, did your job --
20:13  job title change?
20:14        A.       Executive director, global product
20:15  communications.
20:16        Q.       Okay.  And how long did you hold that
20:17  job?
20:18        A.       Until April of 2003.
20:19        Q.       Then what job did you have?
20:20        A.       Executive director of public affairs
20:21  for Asia, Japan, Australia and New Zealand.
20:22        Q.       So you had no more domestic
20:23  responsibilities at that point?
20:24        A.       That is correct.


ID:            Weiner 2204
Page Range:    22:04-23:13

22: 4        Q.       Approximately when were your first
22: 5  responsibilities for Vioxx?  When did you first take
22: 6  on those responsibilities?
22: 7        A.       '97, '98.  That's -- that's the best
22: 8  I can do on timing.
22: 9        Q.       During the '97, 1998 time frame, what
22:10  were your responsibilities as it related to the drug
22:11  Vioxx?
22:12        A.       The responsibilities were primarily
22:13  to develop communications plans for -- for the drug
22:14  and then also to develop news releases and other
22:15  materials related to scientific presentations and
22:16  publications about the drug.
22:17        Q.       Did those responsibilities change at
22:18  all over time as it relates to the drug Vioxx?
22:19        A.       Those remained the primary
22:20  responsibilities.
22:21        Q.       Regardless of job title?
22:22        A.       Yes.
22:23        Q.       And were your responsibilities as
22:24  related to the drug Vioxx always focused on the US
22:25  market?
23: Page 23
23: 1        A.       They were until I -- I held the title
23: 2  of global product communications.
23: 3        Q.       And that was like 2000, executive
23: 4  director of global product communications?
23: 5        A.       If you give me a minute, I can
23: 6  reconstruct in my head the timing on that.
23: 7        Q.       Go ahead.  Take your time.
23: 8        A.       The global product communications job
23: 9  was during the calendar year of 2002.
23:10        Q.       So up to 2002, your responsibilities
23:11  as it related to the drug Vioxx were limited to the
23:12  United States?
23:13        A.       That is correct.

ID:              Weiner 3104
Page Range:      31:04-31:07

    31: 4      Q.      Okay.  And the press releases that
    31: 5 were issued to the news media, who -- what audience
    31: 6 was it that you -- you ultimately intended to reach
    31: 7 out to?


ID:              Weiner 3109
Page Range:      31:09-32:05

    31: 9              THE WITNESS:  The news releases were
    31:10 designed to be reviewed by news reporters who would
    31:11 make judgment as to whether the information was
    31:12 worthy of news coverage.  And then it would be a
    31:13 matter of who the audience is of any particular
    31:14 media organization.
    31:15 BY MR. PLACITELLA:
    31:16     Q.      Okay.  You understood when those
    31:17 press releases were issued that the information you
    31:18 supplied could eventually be read or seen by people
    31:19 taking Vioxx, correct?
    31:20     A.      Yes, we understood that.
    31:21     Q.      As well as doctors?
    31:22     A.      Yes.
    31:23     Q.      And as well as people who were not
    31:24 currently taking Vioxx but who might be candidates
    31:25 for taking Vioxx?
    32: Page 32
    32: 1     A.      You're really talking about the
    32: 2 audience for the general media in the country?
    32: 3     Q.      Correct.
    32: 4     A.      And that's the general population who
    32: 5 was consumers of news media.


ID:              Weiner 3209
Page Range:      32:09-32:17

    32: 9     Q.      How did public affairs integrate with
    32:10 marketing?
    32:11     A.      We -- we worked with marketing as one
    32:12 of the sources of information that -- that we had at
    32:13 our disposal and we worked with them.  They had the
    32:14 opportunity, like our scientists, like investor
    32:15 relations, to review the news release and the Q and
    32:16 A, and we worked with them side by side as -- as
    32:17 departments do within a company.


ID:              Weiner 3703
Page Range:      37:03-37:11

    37: 3     Q.      And what was Alise Reicin's primary
    37: 4 function as it related to Vioxx and public
    37: 5 relations?
    37: 6     A.      She -- she often was the person that

```
37: 7 we would go to either to obtain information or data
37: 8 on which we based our news releases and materials,
37: 9 and then she would often be the point person within
37:10 MRL clinical to whom we would submit our materials
37:11 for review and clearance.
```

```
ID:              Weiner 4309
Page Range:      43:09-43:21
```

```
43: 9      Q.      Okay.  The material that you used
43:10 to -- as tools for public relations, they would
43:11 include press releases, correct?
43:12      A.      Yes.
43:13      Q.      Would they include standby
43:14 statements?
43:15      A.      Yes.
43:16      Q.      What is a standby statement?
43:17      A.      A standby statement is the company's
43:18 position on an issue that is used by people in
43:19 public affairs, typically, to respond to questions
43:20 in cases where we are not going to be issuing a news
43:21 release.
```

```
ID:              Weiner 4507
Page Range:      45:07-45:14
```

```
45: 7      Q.      Okay.  What is the reason why some
45: 8 press releases were submitted to the FDA and others
45: 9 were not?
45:10      A.      Merck's practice had been to send to
45:11 the FDA news releases related to regulatory actions
45:12 as part of a launch campaign.  The FDA typically
45:13 likes to see launch campaigns, and so a news release
45:14 as part of a launch campaign was sent to the FDA.
```

```
ID:              Weiner 4523
Page Range:      45:23-46:11
```

```
45:23      Q.      I don't want to get anybody in
45:24 trouble here.  So you can just tell me what your
45:25 understanding was for the reason why some press
46: Page 46
46: 1 releases were sent to the FDA and others were not,
46: 2 your understanding?
46: 3      A.      That the FDA liked to see launch
46: 4 materials.  The news release was part of the launch.
46: 5 And on the basis of that, it was submitted to the
46: 6 FDA.
46: 7      Q.      Okay.  So other than that, generally
46: 8 speaking, the news releases were not submitted to
46: 9 the FDA?
46:10      A.      Generally speaking.  There were
46:11 exceptions.
```

```
ID:              Weiner 4703
Page Range:      47:03-47:12
```

```
50:14    A.     A video news release is prepared for
50:15 television stations, and it basically takes the
50:16 story in a print press release and puts it in a
50:17 format and form that television stations can choose
50:18 to use if they want to.  And there are several
50:19 different ways of preparing them.  And the way that
50:20 I thought about it was, you give a television
50:21 station the ingredients to do a story if they choose
50:22 to do it.  You give them additional background
50:23 footage.  You'll give them additional quotes so they
50:24 can tailor it, if they choose to do a story on that
50:25 particular subject.
```

ID:              Weiner 5508
Page Range:      55:08-55:10

```
55: 8            Did Merck distribute video news
55: 9 releases concerning Vioxx to the media without going
55:10 to the FDA first?
```

ID:              Weiner 5516
Page Range:      55:16-55:18

```
55:16            THE WITNESS:  I don't remember all of
55:17 the video news releases that we did on Vioxx, so I
55:18 really can't answer your question.
```

ID:              Weiner 6209
Page Range:      62:09-62:15

```
62: 9    Q.     Did you ever use the PR Newswire?
62:10    A.     We used PR Newswire and BusinessWire
62:11 for distribution of press releases.
62:12    Q.     And would you distribute those news
62:13 releases ever electronically over the PR Newswire on
62:14 the Internet?
62:15    A.     Oh, now I see.  Okay.  Yes.
```

ID:              Weiner 6307
Page Range:      63:07-63:11

```
63: 7    Q.     Okay.  Did you understand that when
63: 8 you distributed press releases on the PR Newswire or
63: 9 BusinessWire over the Internet that those press
63:10 releases were likely to appear on various web sites
63:11 throughout the Internet?
```

ID:              Weiner 6313
Page Range:      63:13-63:13

```
63:13            THE WITNESS:  Yes.
```

ID:              Weiner 7423
Page Range:      74:23-75:01

47: 3        Q.        So every press release or video news
47: 4 release was submitted to the FDA after it was
47: 5 issued?
47: 6        A.        Those releases related to products,
47: 7 yes.
47: 8        Q.        When you say "related to products,"
47: 9 what do you mean by that?
47:10        A.        Well, news releases that the company
47:11 would issue about sales and earnings, for instance,
47:12 would not be submitted to the FDA.


ID:              Weiner 4713
Page Range:      47:13-47:15

47:13        Q.        Okay. Were you aware, as executive
47:14 director of public affairs, that the press releases
47:15 were governed by the FDA labeling requirements?


ID:              Weiner 4717
Page Range:      47:17-47:21

47:17              THE WITNESS:  Yes.
47:18 BY MR. PLACITELLA:
47:19        Q.        Were standby statements ever reviewed
47:20 by the FDA?
47:21        A.        I don't recall that.


ID:              Weiner 4916
Page Range:      49:16-50:10

49:16        Q.        Okay. I think I left off with Q and
49:17 As, questions and answers. Did public affairs
49:18 prepare Q and As as they related to Vioxx?
49:19        A.        Yes.
49:20        Q.        Can you tell us what a Q and A is and
49:21 what its function was related to Vioxx?
49:22        A.        A Q and A is prepared to answer
49:23 questions that we may receive from reporters that
49:24 would not be covered in a news release. Sometimes
49:25 you can't put absolutely everything in a news
50: Page 50
50: 1 release and you know there are going to be
50: 2 additional questions, and so that's where you put
50: 3 the questions that you expect to receive and what
50: 4 the answers would be.
50: 5        Q.        Okay. Were Q and As reviewed by the
50: 6 FDA at any point in time concerning Vioxx?
50: 7        A.        To the best of my knowledge, no.
50: 8        Q.        Okay. Before you mentioned video
50: 9 news releases. Can you tell us what a video news
50:10 release is?


ID:              Weiner 5014
Page Range:      50:14-50:25

```
74:23        Q.       Okay.  Can you tell me the physicians
74:24 that you recall that were charged with
74:25 responsibility of reviewing Vioxx press -- press
75: Page 75
75: 1 releases?
```

```
ID:              Weiner 7507
Page Range:      75:07-75:13
```

```
75: 7                 THE WITNESS:  I can remember Dr.
75: 8 Reicin reviewing releases.  I know that Ed Scolnick
75: 9 in one case reviewed a news release.  I know that
75:10 there were other people on Dr. Reicin's staff who
75:11 reviewed news releases related to their
75:12 presentations and publications, but those would be
75:13 names I don't recall at this point.
```

```
ID:              Weiner 7918
Page Range:      79:18-79:21
```

```
79:18        Q.       Sure.  When is the first time you
79:19 learned that there were respected scientists that
79:20 were concerned that Vioxx might have a role in
79:21 causing heart attacks?
```

```
ID:              Weiner 7923
Page Range:      79:23-80:11
```

```
79:23                 THE WITNESS:  I remember that there
79:24 was a publication from Garret FitzGerald that raised
79:25 questions about COX-2 inhibitors.  That's what I
80: Page 80
80: 1 remember.
80: 2 BY MR. PLACITELLA:
80: 3        Q.       And when was that -- when was that
80: 4 publication, before or after VIGOR?
80: 5        A.       I believe it was before.
80: 6        Q.       Before.  Okay.  And what were the
80: 7 circumstances that -- well, strike that.
80: 8                 Garret FitzGerald was an occasional
80: 9 paid advisor to -- medical advisor, to Merck.  Were
80:10 you aware of that?
80:11        A.       No, I was not.
```

```
ID:              Weiner 8016
Page Range:      80:16-80:18
```

```
80:16        Q.       Okay.  What were the circumstances
80:17 under which you learned about the Garret FitzGerald
80:18 publication related to heart attacks and COX-2s?
```

```
ID:              Weiner 8020
Page Range:      80:20-81:04
```

```
80:20                    THE WITNESS:  We received a question
80:21 from a reporter based upon that publication, and
80:22 through the question we learned about the
80:23 publication and prepared a standby statement and a Q
80:24 and A.
80:25 BY MR. PLACITELLA:
81: Page 81
81: 1       Q.       Okay.  So the question that was asked
81: 2 by the reporter concerning the publication of Garret
81: 3 FitzGerald was what?
81: 4       A.       I don't remember.
```

```
ID:              Weiner 8109
Page Range:      81:09-81:11
```

```
81: 9       Q.       Who decided that a stand boy -- a
81:10 standby statement and Q and A was necessary in
81:11 relation to the Garret FitzGerald publication?
```

```
ID:              Weiner 8113
Page Range:      81:13-81:17
```

```
81:13                    THE WITNESS:  I don't know who
81:14 specifically made that decision, but if you have a
81:15 question from a reporter and you need to develop an
81:16 answer, the usual mechanism is to develop a quick
81:17 standby statement and Q and A.
```

```
ID:              Weiner 8222
Page Range:      82:22-83:05
```

```
82:22       Q.       Okay.  And, for the record, you were
82:23 concerned about the question as it related to COX-2
82:24 because Vioxx was a COX-2, correct?
82:25       A.       That is correct.
83: Page 83
83: 1       Q.       Now, do you recall what Merck was
83: 2 prepared to tell the press in response to the
83: 3 FitzGerald article that was incorporated into the
83: 4 standby statement and Q and A at that point in time?
83: 5       A.       I don't recall.
```

```
ID:              Weiner 10215
Page Range:      102:15-103:15
```

```
102:15                    I think you had it marked.  Her
102:16 personnel file, December 31, 1997, is the cover
102:17 page.
102:18                    I'm going to show you what has been
102:19 marked Weiner Exhibit 2, and I'll make sure that
102:20 we're on the same page, so I'm going to give you the
102:21 page 3.  Take a look, see where it says under Vioxx,
102:22 and the third or fourth sentence down, it says,
102:23 "Strong media outreach contributed to the most
102:24 successful launch in Merck history."  Do you see
102:25 that?
```

```
103: Page 103
103: 1        A.      Yes, I see that.
103: 2        Q.      Okay.  "Vioxx was highlighted in
103: 3 articles reaching a total of more than two
103: 4 billion-almost ten times per person."  Did I read
103: 5 that correctly?
103: 6        A.      Yes, you did.
103: 7        Q.      Okay.  Does that refresh your
103: 8 recollection as to what the reach was of your media
103: 9 campaign in the year 1999?
103:10        A.      Somewhat.
103:11        Q.      Okay.  "Of this total, there were 1.4
103:12 billion impressions for Vioxx alone and an
103:13 additional 700 million highlighting both agents."
103:14 That meaning -- that is Celebrex, correct?
103:15        A.      Yes.
```

```
ID:              Weiner 10404
Page Range:      104:04-104:08
```

```
104: 4        Q.      Would you agree with me, generating
104: 5 enough stories to reach ten times per person all the
104: 6 people in the United States is an extraordinary
104: 7 media outreach?
104: 8        A.      I would say it was very successful.
```

```
ID:              Weiner 10617
Page Range:      106:17-106:20
```

```
106:17               So the two billion impressions means
106:18 that, based on Merck's calculations, their message
106:19 would have reached people in the United States two
106:20 billion times?
```

```
ID:              Weiner 10623
Page Range:      106:23-107:07
```

```
106:23               THE WITNESS:  It would have meant
106:24 that two -- two billion people over the course of
106:25 the year potentially would have seen the message.
107: Page 107
107: 1 BY MR. PLACITELLA:
107: 2        Q.      Okay.  But we don't have two billion
107: 3 people in the United States?
107: 4        A.      That is correct.
107: 5        Q.      So to break down the math, it would
107: 6 mean that every person in the United States would
107: 7 have seen your message at least ten times?
```

```
ID:              Weiner 10710
Page Range:      107:10-107:16
```

```
107:10        Q.      Correct?
107:11        A.      That is the way the math would work.
107:12        Q.      So if every person in the United
107:13 States would have seen your message ten times in a
```

```
107:14 given year, it would be extremely important to be
107:15 sure that the information contained in the message
107:16 was accurate and truthful in every respect?
```

```
ID:              Weiner 10721
Page Range:      107:21-107:21
```

```
107:21      A.      I would agree with that.
```

```
ID:              Weiner 14816
Page Range:      148:16-148:23
```

```
148:16      Q.      And this press release says, in its
148:17 headline, "Merck confirms favorable cardiovascular
148:18 safety profile of Vioxx." Did I read that
148:19 correctly?
148:20      A.      Yes, you did.
148:21      Q.      Would the reader reading that
148:22 headline believe that Vioxx had the potential to
148:23 hurt your heart?
```

```
ID:              Weiner 14825
Page Range:      148:25 - 149:02
```

```
148:25            THE WITNESS:  I don't know what the
149: Page 149
149: 1 average person reading that would necessarily take
149: 2 away from the headline.
```

```
ID:              Weiner 14912
Page Range:      149:12-149:21
```

```
149:12      Q.      Okay.  It says in the first sentence,
149:13 "In response to speculative news reports, Merck &
149:14 Company, Inc., today confirmed the favorable
149:15 cardiovascular safety profile of Vioxx, its medicine
149:16 that selectively inhibits COX-2." Did I read that
149:17 correctly?
149:18      A.      Yes, you did.
149:19      Q.      What did Merck do on April 28, 2000,
149:20 to confirm that Vioxx was safe from a cardiovascular
149:21 standpoint?
```

```
ID:              Weiner 14923
Page Range:      149:23-150:8
```

```
149:23            THE WITNESS:  The word "confirm"
149:24 there is used in a news release context.  You could
149:25 have said today commented on, today announced, today
150: Page 150
150: 1 said.  It's -- it's used in terms of -- it's a news
150: 2 release type term as opposed to some other type
150: 3 meaning.
150: 4 BY MR. PLACITELLA:
150: 5      Q.      Well, doesn't the average person,
```

```
150: 6 when they hear "confirm," think that that means that
150: 7 somebody checked something and now stands behind it?
150: 8 Isn't that what "confirms" means?
```

```
ID:              Weiner 15010
Page Range:      150:10-150:13
```

```
150:10                    THE WITNESS:  That is another way in
150:11 which the -- the word is used.  But, again, you look
150:12 at the total of the news release, not just the one
150:13 sentence.
```

```
ID:              Weiner 15509
Page Range:      155:09-155:21
```

```
155: 9      Q.      Okay.  Is there any mention in this
155:10 press release concerning an alternate explanation
155:11 for the heart attack findings in VIGOR, i.e., that
155:12 Vioxx could be the cause of the heart attack
155:13 imbalance in the VIGOR study?
155:14      A.      The specific language that you
155:15 suggested is not in this particular news release.
155:16      Q.      Is there any indication whatsoever
155:17 anywhere in this press release by Merck that one of
155:18 the explanations for the VIGOR results is that Vioxx
155:19 was causing the heart attacks?
155:20      A.      That specific language is not in the
155:21 news release.
```

```
ID:              Weiner 29119
Page Range:      291:19-292:04
```

```
291:19      Q.      Now, on -- in the next month,
291:20 November 2000, the VIGOR study was published in the
291:21 Journal of the American Medical Association.  Do you
291:22 recall that?
291:23      A.      I believe it was published in the New
291:24 England Journal of Medicine.
291:25      Q.      You're right.  You're correct.
292: Page 292
292: 1                    And did you have press activities
292: 2 around that publication?
292: 3      A.      We issued a news release around that
292: 4 publication.
```

```
ID:              Weiner 29216
Page Range:      292:16-292:19
```

```
292:16      Q.      Okay.  And you also issued a video
292:17 news release, correct?
292:18      A.      I don't -- I don't recall whether we
292:19 did or not.
```

```
ID:              Weiner 29223
Page Range:      292:23-293:01
```

```
292:23      Q.      I'm going to show you a video news
292:24 release and then we'll talk about it.
292:25      A.      Okay.
293: Page 293
293: 1              (Video clip shown.)


ID:          Weiner 29303
Page Range:  293:3-293:13

293: 3      Q.      Now, I've stopped the video news
293: 4 release in the beginning.  It says, "In a study of
293: 5 Vioxx published in the New England Journal of
293: 6 Medicine, Vioxx significantly reduced the risk of
293: 7 serious gastrointestinal side effects by half
293: 8 compared to naproxen.  TV news feed:  DWJ
293: 9 Television."
293:10              Have you ever seen this video news
293:11 release before?
293:12      A.      I'm certain that I saw it at the
293:13 time.


ID:          Weiner 29322
Page Range:  293:22-293:22

293:22              (Video clip shown as follows:


ID:          Weiner 29417
Page Range:  294:17-295:5

294:17      Q.      Do you recognize the individual on
294:18 this news release, the doctor?
294:19      A.      I recognize the name.  I have never
294:20 met the man, so seeing him, I assume that that's who
294:21 it is.
294:22      Q.      And who is that?
294:23      A.      His name is Dr. Loren Laine.
294:24      Q.      And what was his relationship with
294:25 Merck?
295: Page 295
295: 1      A.      He was involved in the VIGOR study.
295: 2 I do not know his specific role in that study.
295: 3      Q.      Okay.  Was he paid by Merck?
295: 4      A.      If he was an investigator in the
295: 5 study, there would have been a contract.


ID:          Weiner 29623
Page Range:  296:23-296:25

296:23      Q.      Okay.  Now, in that video news
296:24 release, was there any mention of the heart attack
296:25 findings of VIGOR?


ID:          Weiner 29703
Page Range:  297:03-297:21
```

```
297: 3              THE WITNESS:  In the cut piece that
297: 4 we just saw, there was no mention of cardiovascular.
297: 5 BY MR. PLACITELLA:
297: 6         Q.      Now, when you say "cut piece," what
297: 7 do you mean by that?
297: 8         A.      The video package, as we typically
297: 9 put them together, had several different elements.
297:10 At the beginning you had the full news release, then
297:11 you have what we call, and the term in television is
297:12 cut piece, and that is the part that's put together
297:13 that we just saw, then you have the additional
297:14 background footage and other choices that the
297:15 television editors can use in putting together their
297:16 own pieces, and then we had full labeling at the
297:17 end.
297:18         Q.      Okay.  And any of the video connected
297:19 to this video news release, including the B-roll
297:20 portions, was there ever any mention of the heart
297:21 attack findings in VIGOR?
```

ID:           Weiner 29724
Page Range:   297:24-298:05

```
297:24              THE WITNESS:  We have not reviewed
297:25 the full package.  We haven't looked at the
298: Page 298
298: 1 background footage.
298: 2 BY MR. PLACITELLA:
298: 3         Q.      Okay.
298: 4         A.      So I don't -- I can't answer your
298: 5 question.
```

ID:           Weiner 29809
Page Range:   298:09-298:17

```
298: 9              (Video clip shown.)
298:10 BY MR. PLACITELLA:
298:11         Q.      This is a section without ambient
298:12 sound, meaning it's just photos, correct?
298:13         A.      It's just visuals.
298:14         Q.      Okay.  And you use this in case
298:15 somebody wants to do a lead-in or a fade-out or
298:16 something like that when they're doing the story?
298:17              (Video clip shown as follows:
```

ID:           Weiner 29904
Page Range:   299:4-299:7

```
299: 4         Q.      So far, have you seen anything from
299: 5 Dr. Laine to indicate that he was telling the
299: 6 viewers that one of the findings in VIGOR was that
299: 7 people on Vioxx had more heart attacks?
```

ID:           Weiner 29909
Page Range:   299:9-299:11

```
299: 9                    THE WITNESS:  There's no -- there's
299:10 no information that I have heard related to
299:11 cardiovascular.
```

```
ID:              Weiner 29922
Page Range:      299:22-299:25
```

```
299:22      Q.      Do you see any language on this part
299:23 of the video news release telling people that one of
299:24 the findings in VIGOR was that the people on Vioxx
299:25 had more heart attacks?
```

```
ID:              Weiner 30006
Page Range:      300:6-300:7
```

```
300: 6                    THE WITNESS:  I have not seen the
300: 7 information related to cardiovascular.
```

```
ID:              Weiner 30025
Page Range:      300:25-301:09
```

```
300:25      Q.      Now, what we're watching now is a
301: Page 301
301: 1 B-roll and a B-roll is typically silent, correct?
301: 2      A.      It can be either way, with ambient
301: 3 sound or without.
301: 4      Q.      But it's really there just as
301: 5 background, filler material, for people running the
301: 6 story, right?
301: 7      A.      They have a visual to accompany
301: 8 whatever sound they wish to add to it.
301: 9      Q.      Okay.
```

```
ID:              Weiner 30112
Page Range:      301:12-301:15
```

```
301:12      Q.      While we're watching this silent
301:13 part, can you tell us whether this video news
301:14 release was submitted to the FDA before it was
301:15 issued?
```

```
ID:              Weiner 30119
Page Range:      301:19-302:1
```

```
301:19      Q.      Do you know whether this was ever
301:20 submitted to the FDA before November 23rd, 2000?
301:21      A.      It would -- it is unlikely that it
301:22 would have been submitted because our practice was
301:23 to submit for pre-clearance those items generally
301:24 that related to regulatory actions.  This is a
301:25 study -- this is a study publication.  Again, I
302: Page 302
302: 1 don't -- I don't know if this was ever issued.
```

ID:               Weiner 30203
Page Range:       302:03-302:08

302: 3                    (Video clip shown.)
302: 4 BY MR. PLACITELLA:
302: 5        Q.      Anywhere on this video news release
302: 6 did you hear mentioned that one of the findings in
302: 7 VIGOR was that the people on Vioxx had more heart
302: 8 attacks than the people on naproxen?


ID:               Weiner 30211
Page Range:       302:11-302:18

302:11                    THE WITNESS:  I did not hear that in
302:12 the video news release.
302:13 BY MR. PLACITELLA:
302:14        Q.      Did the -- any of the spokespeople in
302:15 this video news release tell the audience that one
302:16 of the significant findings in VIGOR was that people
302:17 on Vioxx had more heart attacks than people on
302:18 naproxen?


ID:               Weiner 30220
Page Range:       302:20-303:10

302:20                    THE WITNESS:  There was no verbal
302:21 statement given related to the cardiovascular
302:22 findings in VIGOR.
302:23 BY MR. PLACITELLA:
302:24        Q.      Why not?
302:25        A.      I don't know.
303: Page 303
303: 1        Q.      Did medical/legal clear these -- this
303: 2 video news release?
303: 3        A.      If this video news release were
303: 4 issued, it would have gone through the Merck review
303: 5 process, and it would have been seen and reviewed by
303: 6 a number of people.
303: 7        Q.      When is it proper to issue press
303: 8 materials, including a video news release, that
303: 9 includes some significant findings of a study but
303:10 not others?


ID:               Weiner 30312
Page Range:       303:12-303:16

303:12                    THE WITNESS:  When a video news
303:13 release is prepared, there will be decisions about
303:14 what is included and not included.  I do not know
303:15 the discussions or the decisions that were made in
303:16 this case.  I don't recall.


ID:               Weiner 30407
Page Range:       304:07-304:09

```
304: 7        Q.        Do you recall you or any of your
304: 8 staff raising objection to this news release on not
304: 9 including all of the significant findings of VIGOR?
```

ID:              Weiner 30411
Page Range:      304:11-304:15

```
304:11                THE WITNESS:  I don't recall.
304:12 BY MR. PLACITELLA:
304:13        Q.        Okay.  This video news release did
304:14 not include any information from the heart attack
304:15 meta-analysis done by Merck a month before, correct?
```

ID:              Weiner 30417
Page Range:      304:17-304:20

```
304:17                THE WITNESS:  It -- it did not
304:18 include cardiovascular information.  It did not
304:19 include cardiovascular information in the spoken
304:20 part of the video news release.
```

ID:              Weiner 42703
Page Range:      427:03-427:09

```
427: 3        Q.        Now, in conjunction with the press
427: 4 release that you issued concerning the Topol
427: 5 article, you also constructed and issued a video
427: 6 news release, correct?
427: 7        A.        My recollection is that we put
427: 8 together a video package but not a video news
427: 9 release per se.
```

ID:              D Weiner 42710
Page Range:      427:10-427:21

```
427:10        Q.        What's the difference?
427:11        A.        The difference is a video package
427:12 gives just the elements, and that is it will be
427:13 soundbites, if you will, and that is all.  It does
427:14 not present what is called a cut piece or a
427:15 pre-prepared total story --
427:16        Q.        Okay.
427:17        A.        -- which means that if a television
427:18 station wants to use it, they're going to have to go
427:19 in, construct their own story, and pull elements or
427:20 ingredients from the package that we have prepared
427:21 for them.
```

ID:              Weiner 42802
Page Range:      428:2-428:13

```
428: 2        Q.        Okay.  And they could cut and paste
428: 3 whatever they wanted and stick it in their news
428: 4 story, correct?
428: 5        A.        Essentially, yes.
```

```
428: 6      Q.      Was the video package presented to
428: 7 the FDA before it was aired?
428: 8      A.      I don't believe so.  That would not
428: 9 have been normal practice.
428:10      Q.      Okay.  Now I'm going to show you
428:11 what's been produced to us by Merck's counsel
428:12 concerning the Topol article in August 2001.
428:13      A.      Okay.
```

```
ID:              Weiner 42815
Page Range:      428:15-428:20
```

```
428:15              (Video clip shown.)
428:16 BY MR. PLACITELLA:
428:17      Q.      All right.  Before we move forward,
428:18 did you see that was from August 21, 2001?
428:19      A.      I glanced at it.
428:20      Q.      All right.  Let me go back.
```

```
ID:              Weiner 42822
Page Range:      428:22-428:22
```

```
428:22              THE WITNESS:  I see August 21.
```

```
ID:              Weiner 42903
Page Range:      429:03-429:10
```

```
429: 3      Q.      Okay.  And this material, according
429: 4 to this, includes source disclosure, news release,
429: 5 super information.  What's super information?
429: 6      A.      It's the name and title of the people
429: 7 who are on the screen.
429: 8      Q.      Okay.  Soundbites, B-roll and
429: 9 prescribing information, correct?
429:10      A.      That is correct.
```

```
ID:              Weiner 43024
Page Range:      430:24-431:06
```

```
430:24              THE TAPE:  ...the kind of extensive
430:25 data that...suggests that patients receiving Vioxx
431: Page 431
431: 1 are not at an increased risk for heart attack or
431: 2 other cardiovascular event.)
431: 3 BY MR. PLACITELLA:
431: 4      Q.      What is it that Laura Demopoulos just
431: 5 told the world about Vioxx and cardiovascular
431: 6 events?
```

```
ID:              Weiner 43114
Page Range:      431:14-431:17
```

```
431:14              THE WITNESS:  That there is -- that
431:15 there is an extensive body of evidence that would
431:16 tend to suggest that patients receiving.  Vioxx are
```

431:17 not at an increased risk of cardiovascular events.


ID:              Weiner 43411
Page Range:      434:11-434:15

   434:11        Q.       Okay.  To be fair, in the fullest
   434:12 sense, what I'm going to do is play the entire thing
   434:13 through, and then we'll go back and take pieces,
   434:14 rather than have you guess what's coming.  Okay?
   434:15 Because that may not be a fair way to approach this.


ID:              Weiner 43617
Page Range:      436:17-436:21

   436:17        Q.       Does Dr. Demopoulos tell people who
   436:18 are watching this video that Merck ran a study
   436:19 called VIGOR, that one of the theories was that
   436:20 there was at least four times as many heart attacks
   436:21 for people on Vioxx versus naproxen?


ID:              Weiner 43623
Page Range:      436:23-437:02

   436:23             THE WITNESS:  That particular sound
   436:24 bite does not make reference to that statement.
   436:25 BY MR. PLACITELLA:
   437: Page 437
   437: 1        Q.       In fact, her statement is that Vioxx
   437: 2 does not cause heart attacks, correct?


ID:              Weiner 43705
Page Range:      437:05-437:06

   437: 5             THE WITNESS:  I think -- I think her
   437: 6 statement -- her statement is quite clear.


ID:              D Weiner 44401
Page Range:      444:1-444:4

   444: 1        Q.       And what she tells the world is that
   444: 2 it's Merck's position, even as of August 2001,
   444: 3 despite whatever Merck knew internally, that Vioxx
   444: 4 can't cause heart attacks, true?


ID:              D Weiner 44407
Page Range:      444:7-444:12

   444: 7             THE WITNESS:  Again, I think what Dr.
   444: 8 Demopoulos said on the videotape is -- was quite
   444: 9 clear, that -- and, you know, we've talked about it
   444:10 previously, that the data tended to suggest that
   444:11 patients taking Vioxx did not have an increased
   444:12 risk.

```
ID:              Weiner 44414
Page Range:      444:14-444:15

   444:14       Q.      But Merck knew there was a lot of
   444:15 data to the contrary, true?


ID:              Weiner 44417
Page Range:      444:17-444:18

   444:17               THE WITNESS:  Again, her statements
   444:18 went through the Merck review process.


ID:              Weiner 44422
Page Range:      444:22-444:23

   444:22               One, Merck had the information from
   444:23 the VIGOR study at this point, true?


ID:              Weiner 44503
Page Range:      445:03-445:10

   445: 3       A.      Yes, Merck had the VIGOR results at
   445: 4 that time.
   445: 5       Q.      Merck had the results of the
   445: 6 ADVANTAGE trial as of this point, true?
   445: 7       A.      I believe that's the case.
   445: 8       Q.      Merck had the results of the low back
   445: 9 pain study, true?
   445:10       A.      I don't know that to be a fact.


ID:              Weiner 44601
Page Range:      446:1-446:4

   446: 1       Q.      Okay.  And Merck had in its
   446: 2 possession the study -- the analysis that Dr.
   446: 3 Shapiro did in October of 2000 concerning heart
   446: 4 attacks and Vioxx, true?


ID:              Weiner 44606
Page Range:      446:06-446:11

   446: 6               THE WITNESS:  We certainly had Dr.
   446: 7 Shapiro's analysis.
   446: 8 BY MR. PLACITELLA:
   446: 9       Q.      And Laura Demopoulos mentioned none
   446:10 of that on national television in response to Dr.
   446:11 Topol's article, true?


ID:              Weiner 44613
Page Range:      446:13-446:14

   446:13               THE WITNESS:  Her comments do not
   446:14 include specific references to those things.
```

```
ID:              D Weiner 52521
Page Range:      525:21-525:23
```

525:21    Q.      I'm going to show you a document that
525:22 we'll mark as Weiner-78 and ask if you can identify
525:23 it.


```
ID:              D Weiner 52604
Page Range:      526:4-527:3
```

526: 4               THE WITNESS:  This is the news
526: 5 release that was issued to announce the preliminary
526: 6 results of the VIGOR study.
526: 7 BY MR. MAYER:
526: 8    Q.      Was there media coverage in response
526: 9 to this news release?
526:10    A.      There was a small amount of media
526:11 coverage on the day that this particular news
526:12 release was issued.  But over the coming months,
526:13 there was a great deal of media coverage about this
526:14 topic.
526:15    Q.      Did this news release say anything
526:16 about the cardiovascular results of the VIGOR study,
526:17 in particular, the difference in event rates between
526:18 Vioxx and naproxen?
526:19    A.      Yes, it does.
526:20    Q.      What does it say about that?
526:21    A.      Reading from the release at the
526:22 beginning of the second paragraph, "In addition,
526:23 significantly fewer thromboembolic events were
526:24 observed in patients taking naproxen in this GI
526:25 outcomes study, which is consistent with naproxen's
527: Page 527
527: 1 ability to block platelet aggregation.  This effect
527: 2 on these events has not been observed previously in
527: 3 any clinical studies for naproxen."


```
ID:              D Weiner 54216
Page Range:      542:16-543:3
```

542:16    Q.      Ms. Weiner, what is an impression?
542:17 From a public affairs point of view, what does that
542:18 word mean?
542:19    A.      An impression is a calculation of the
542:20 potential reach of a news media story.  It is -- in
542:21 the case of a newspaper, it's not just the
542:22 circulation, recognizing that a newspaper can go
542:23 into an office or a home and be seen by other
542:24 people, and so in the case of a newspaper, we will
542:25 obtain from that organization their best estimate of
543: Page 543
543: 1 the number of people on average who see each issue.
543: 2 And so an impression would be the circulation times
543: 3 whatever the pass-along factor is.

```
ID:              D Weiner 54306
Page Range:      543:6-543:15
```

```
543: 6               THE WITNESS:  That covers print.  And
543: 7 then an impression as it relates to broadcast will
543: 8 be their best estimate of the number of people who
543: 9 are viewing a program.  The data is much better for
543:10 broadcast than it is for print.
543:11 BY MR. MAYER:
543:12      Q.       Does the calculation of impression,
543:13 for purposes of newspapers mean a person actually
543:14 saw or read a particular item?
543:15      A.       No.
```

```
Total Length - 00:41:13
```