UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    9-19-06
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

THIS DOCUMENT RELATES TO:
    *Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

The following deposition testimony was presented to the jury: on 9-19-06

Videotaped deposition of Michael A.Grefer, M.D.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No._____

ID:        GREFER

ID:        2MG00708
Page Range: 007:8-8:18

```
7: 8        Q.   Dr. Grefer.  My name is Larry Wright,
7: 9  and I represent Robert Garry Smith, and he -- he goes
7:10  by Garry.  I'll just tell you that.
7:11        A.   Okay.
7:12                          (Plaintiff's Exhibit 1
7:was marked for identi-
7:13                                  fication.)
7:14        Q.   And usually I'll refer to him as Mr.
7:15  Smith, but occasionally I may slip and refer to him
7:16  as Garry.
7:17             Let me hand you Exhibit Number 1, and
7:18  can you tell the jury what Exhibit Number 1 is?
7:19        A.   Yes.  It's my curriculum vitae.  It's
7:20  just a synopsis of my education, hospital affilia-
7:21  tions, licenses, and things like that.
7:22        Q.   All right.  Let me start and get you
7:23  to give the jury a -- a brief summary of your posi-
7:24  tion.  You're a -- a physician practicing here in
7:25  northern Kentucky?
8: Page 8
8: 1        A.   Correct.
8: 2        Q.   Tell the jury, if you would, about
8: 3  your educational background, please, sir.
8: 4        A.   Yes.  I graduated from Xavier Univer-
8: 5  sity.  From Xavier University I went to University of
8: 6  Cincinnati College of Medicine, finished in 1973.  So
8: 7  I've been a doctor since 1973.
8: 8             From 1973 to 1977 I trained with my
8: 9  internship year, my residency years, that's a
8:10  Cincinnati General Hospital complex, finishing my
8:11  chief year in 1977, and have been a practicing
8:12  physician in greater Cincinnati and northern Kentucky
8:13  since that time.
8:14        Q.   What is your specialty area of prac-
8:15  tice?
8:16        A.   Orthopedic surgery.
8:17        Q.   And have you seen Garry Smith before?
8:18        A.   Yes.
```

ID:        2MG00819
Page Range: 008:19-8:23

```
8:19        Q.   I think there were -- we have some
8:20  records that indicated that you actually did a
8:21  surgery on him several years ago.  Do you have any
8:22  recollection of that?
8:23        A.   Not that I recall, no, sir.
```

ID:        2MG00824

Page Range: 008:24-9:5

```
8:24            Q.   Okay.  And then you began seeing him
8:25 again in the early fall of 2002.  Do your records
9: Page 9
9: 1 reflect that?
9: 2            A.   It does.  September the 11th of 2002.
9: 3            Q.   Why were you seeing Mr. Smith?
9: 4            A.   Because of an injury that he sustained
9: 5 to his right knee.
```

ID:        2MG00909
Page Range: 009:9-9:20

```
9: 9            Q.   Is it fair to say you've seen thou-
9:10 sands of patients like Mr. Smith over the years?
9:11            A.   Yes, sir.
9:12            Q.   What specific treatment do you
9:13 normally give for patients with knee problems like
9:14 Mr. Smith?
9:15            A.   Well, when someone comes in with a
9:16 knee injury, usually I review the records and I
9:17 review the patient's history, do an examination, and
9:18 basically make a decision of what the appropriate
9:19 treatment is at that time and proceed with the
9:20 treatment.
```

ID:        2MG01125
Page Range: 011:25-12:7

```
11:25             When the patients fill out these forms
12: Page 12
12: 1 that give the history, are you or are you not count-
12: 2 ing on the patient to diagnose themselves with any of
12: 3 these conditions?
12: 4            A.   No, I'm not asking the patient to --
12: 5 to diagnose themselves.  I'm asking the patient to
12: 6 tell me if they've ever had any problems with those
12: 7 particular situations.
```

ID:        2MG01214
Page Range: 012:14-12:20

```
12:14             Based upon your many years of dealing
12:15 with patients who are not physicians, where do the
12:16 patient's knowledge about whether or not they have
12:17 any of these conditions come from?
12:18            A.   Well, whether they've been sick with
12:19 any of those conditions or whether they've been
12:20 treated for any of those conditions.
```

ID:        2MG01221
Page Range: 12:21-16:1

```
12:21           Q.   Now, in this case you saw Mr. Smith,
12:22 and what did you do?
12:23           A.   Well, I saw Mr. Smith, and I'll review
12:24 my -- my records here.  And basically I did examine
12:25 him and found out my findings, and basically he --
13: Page 13
13: 1 I -- I told him to modify his activities.  I gave him
13: 2 a brace, started him on some therapy, and told him
13: 3 that I would like to see how things like that went
13: 4 and that I would see him back in three or four weeks.
13: 5           Q.   Was he on any medications when you saw
13: 6 him?
13: 7           A.   He was.
13: 8           Q.   What were the medications?
13: 9           A.   He was on diclofenac, and I believe he
13:10 was on gout medicine, too.
13:11           Q.   What's diclofenac?
13:12           A.   Diclofenac is -- is a nonsteroidal
13:13 anti-inflammatory pain medicine.
13:14           Q.   And were you aware that he'd been on
13:15 other nonsteroidal anti-inflammatory pain medications
13:16 over the years?
13:17           A.   I was not aware of the particulars,
13:18 but I do -- I -- I do know that he was on some, but I
13:19 don't know what the particular ones were.
13:20           Q.   All right.  Did he ever report any
13:21 problems with any other nonsteroidal anti-
13:22 inflammatories?
13:23           A.   Not that I'm aware of, no, sir.
13:24           Q.   Okay.  Specifically, did he report or
13:25 were you aware of any stomach problems that he'd ever
14: Page 14
14: 1 had on any other nonsteroidal anti-inflammatory, or
14: 2 aspirin for that matter?
14: 3           A.   No, sir.
14: 4           Q.   Okay.  When you saw him the first
14: 5 time, you've described what you did.  Did you see him
14: 6 again after that?
14: 7           A.   Yes, sir, I did.
14: 8           Q.   When did you see him the second time?
14: 9           A.   My second visit with him was on
14:10 October the 2nd of 2002.
14:11           Q.   And what did you do at that visit?
14:12           A.   Well, I talked to him and just kind of
14:13 examined things.  And he said he was doing fairly
14:14 well until the Monday prior, and he was kind of bend-
14:15 ing down and got under a piece of equipment, and he
14:16 had more signs of some damage to the knee on his
14:17 examination.  And the therapy did seem to help him.
14:18 I did change his medication at that time, and I sent
14:19 him to get an MRI test.
14:20           Q.   All right.  Now, before that he had
14:21 been on the diclofenac.  When you say you changed his
14:22 medication, what did you change it to?
14:23           A.   I changed it to Vioxx.
14:24           Q.   And this is what date?
```

```
14:25          A.   This is October the 2nd of 2002.
15: Page 15
15: 1          Q.   And why did you change him from the
15: 2 diclofenac to the Vioxx?
15: 3          A.   I changed him to Vioxx because he was
15: 4 not getting the relief that I would have liked him to
15: 5 have gotten from the diclofenac, and so I switched
15: 6 him to Vioxx.
15: 7          Q.   All right.  Is that customary, when
15: 8 you're trying a conservative course of treatment with
15: 9 a patient, to try a patient on different medications
15:10 to see if that particular medication might give some
15:11 relief?
15:12          A.   Yes, sir.
15:13          Q.   What happened -- well, at that visit
15:14 did you give Mr. Smith some samples?
15:15          A.   I did.
15:16          Q.   And is that recorded in your records
15:17 that you gave him samples?
15:18          A.   Yes, it is.
15:19          Q.   Do you know at this time how many
15:20 samples you gave Mr. Smith?
15:21          A.   No.
15:22                          (Plaintiff's Exhibit 2
15:was marked for identi-
15:23                          fication.)
15:24          Q.   Let me show you some records that were
15:25 provided to us by Merck, and I've marked as Exhibit
16: Page 16
16: 1 Number 2 a document --
```

ID:        2MG01618
Page Range: 016:18-16:23

```
16:18          Q.   Handing you a -- a document that is
16:19 entitled "Rep Contacts in Date Order," and I'll just
16:20 represent to you that it's information that was
16:21 produced to us by Merck that documents contacts with
16:22 you by Merck regarding Vioxx.  Okay?
16:23          A.   Uh-huh.
```

ID:        2MG01801
Page Range: 018:1-19:13

```
18: 1          Q.   Let's turn to -- well, page 10, for
18: 2 example.  It's in December of 2000.  There's a lady
18: 3 named Amy Block who was calling on you at that time.
18: 4 Do you remember Amy, by any chance?
18: 5          A.   I don't.
18: 6          Q.   All right.  Do you remember generally
18: 7 the Vioxx representatives that -- that called on you?
18: 8          A.   Yes, in general.
18: 9          Q.   Can you describe what your impres-
18:10 sions -- the impressions that stick in your mind from
18:11 when the Vioxx reps called on you.
```

```
18:12            A.   Well, they were very courteous.  They
18:13 were very informative, attractive individuals.
18:14 Whether they be male or female, they were very
18:15 presentable, and they were a pleasure to talk to.
18:16            Q.   Were the ones that called on you
18:17 mostly female, in your recollection?
18:18            A.   Yes.
18:19            Q.   Okay.  And if you'll see here, for
18:20 example, in December of 2000 there's a call summary
18:21 by Amy Block, and there's a notation "Vioxx, 25
18:22 milligrams, one by four," and then a number after
18:23 that.
18:24            A.   Right.
18:25            Q.   Do you see that?
19: Page 19
19: 1            A.   Right.
19: 2            Q.   Does that -- is that consistent with
19: 3 your recollection of the representative coming in and
19: 4 dropping off samples?
19: 5            A.   Yes.  It -- it -- it says there that
19: 6 they "Got a few seconds to talk to Dr. Grefer - he is
19: 7 a big threat with Celebrex, got a quick Vioxx message
19: 8 out - first time I've met him."
19: 9            Q.   All right.
19:10            A.   That's what it says.
19:11            Q.   So that was the first time that you
19:12 met with --
19:13            A.   Right.
```

```
ID:          2MG01920
Page Range: 019:20-20:14
```

```
19:20            Q.   Did you get Vioxx 25-milligram one by
19:21 four samples from time to time?
19:22            A.   Yes.
19:23            Q.   All right.  Then the next entry, for
19:24 example, is about two weeks later:  December the
19:25 19th.
20: Page 20
20: 1            A.   Correct.
20: 2            Q.   Again by Amy Block.
20: 3            A.   Right.
20: 4            Q.   And does it appear that she again
20: 5 dropped off 25-milligram one by four samples?
20: 6            A.   Yes.
20: 7            Q.   Did she make a note about that meeting
20: 8 with you?
20: 9            A.   Yes, she did.
20:10            Q.   Can you read that meeting?
20:11            A.   It says, "Am still having trouble
20:12 convincing Grefer about Vioxx versus Celebrex - he is
20:13 not buying into anything I say and his numbers are
20:14 killing us."
```

```
ID:          2MG02018
```

Page Range: 020:18-20:24

```
20:18           Q.   Okay.  Do you -- did you write a lot
20:19 of Celebrex prescriptions back in the 2000 time
20:20 period?
20:21           A.   I did.
20:22           Q.   Do you think you probably were writing
20:23 more Celebrex than Vioxx back in those days?
20:24           A.   A lot more, yes, sir.
```

ID:       2MG02118
Page Range: 021:18-22:14

```
21:18           Q.   In your meetings with the Vioxx sales
21:19 representatives what did they generally try to do
21:20 with regard to your writing Celebrex as opposed to
21:21 Vioxx?
21:22           A.   They encouraged me to -- the -- the --
21:23 the -- the -- the Vioxx representatives encouraged me
21:24 to write more Vioxx prescriptions, period.
21:25           Q.   All right.  Now, with regard to the
22: Page 22
22: 1 samples again, because I'm going to come back in a
22: 2 little bit and talk more about the representatives,
22: 3 but let me just -- just kind of leaf through there
22: 4 and -- and you'll see every -- every couple weeks if
22: 5 the reps were dropping off samples during the 2001-
22: 6 2002 time frame.
22: 7           A.   In general.  Sometimes quicker.  Like
22: 8 one, for example, was 9/12, and the next one was
22: 9 9/17.  Basically.  So, you know, much of those things
22:10 are there.
22:11           Q.   During that period of time are most of
22:12 the samples the one by four packets?
22:13           A.   That's what it says, yes, sir.
22:14           Q.   All right.  And then in -- let me ask
```

ID:       2MG02214
Page Range: 22:14-22:25

```
22:14           Q.   All right.  And then in -- let me ask
22:15 you, I don't want to go through every one, every
22:16 single one of these sales notes, but let's start in
22:17 October of 2001.  Did -- did Amy Block see you again?
22:18           A.   She did.
22:19           Q.   All right.  And at that time what does
22:20 her note reflect occurred?
22:21           A.   Basically on 10/15/2001 the note --
22:22 did you say the note?
22:23           Q.   Yes, sir.
22:24           A.   It reflected she had "Lunch at Dr.
22:25 Grefer's office" --
```

ID:       2MG02302

Page Range: 023:2-23:8

```
23: 2        A.   -- "with HM.  Had a great talk with
23: 3 doctor (Redacted)," whatever that means, "and he
23: 4 said" that "he's been using more Vioxx postopera-
23: 5 tively.  We discussed both the Reicen with him and
23: 6 Greenberg, and presented the Percocet data" to -- "to
23: 7 all.  They seemed impressed, but cautious at the same
23: 8 time."
```

ID:        2MG02311
Page Range: 023:11-23:16

```
23:11        Q.   And then on the next was -- what's the
23:12 next note?
23:13        A.   The next -- the next note is dated
23:14 10/19 --
23:15        Q.   So --
23:16        A.   -- four days later.
```

ID:        2MG02325
Page Range: 023:25-25:4

```
23:25        Q.   On October 19th, so four days later
24: Page 24
24: 1 another rep?
24: 2        A.   Yes.
24: 3        Q.   Who was this rep?
24: 4        A.   Holly Biss.
24: 5        Q.   Do you remember her, by any chance?
24: 6        A.   No.
24: 7        Q.   All right.  And did she leave a note?
24: 8        A.   Yes.
24: 9        Q.   What did her note say?
24:10        A.   Grefer, colon, Hopefully we're on our
24:11 way.  He agreed to meet with Dr. Kelly on November
24:12 the 9th.  He just doesn't want to go to dinner, just
24:13 a business meeting in his office.  I hope we can get
24:14 this one.
24:15        Q.   All right.  And then on October
24:16 22nd --
24:17        A.   October 22nd.
24:18        Q.   -- a gentleman --
24:19        A.   Tom Schatz-- Schatzman.
24:20        Q.   Yes.  What did he write?
24:21        A.   His notes are:  "Stressed the impor-
24:22 tance of winning Dr. Grefer over with Kelly.  This
24:23 will be" out -- "This will be one of his talks."
24:24        Q.   Do you remember a Dr. Kelly?
24:25        A.   I do.
25: Page 25
25: 1        Q.   Okay.  And who is Dr. Kelly?
25: 2        A.   Dr. Kelly is a -- a neurologist, I
25: 3 believe, who works with a lot of rheumatologic
25: 4 problems in chronic pain people.
```

```
ID:          2MG02512
Page Range: 025;12-25:13
```

```
25:12              Q.   All right.  Then are there more
25:13 samples dropped off, on page 16?
```

```
ID:          2MG02515
Page Range: 025:15-25:15
```

```
25:15              A.   Yes, there are.
```

```
ID:          2MG02516
Page Range: 25:16-28:19
```

```
25:16              Q.   On page -- page 17 what date does the
25:17 first note relate to?
25:18              A.   November the 19th of 2001.
25:19              Q.   And what does the note reflect
25:20 happened at that meeting?
25:21              A.   Basically it says that we were able to
25:22 get to -- well, first of all, they said that there
25:23 were some Vioxx samples given and that --
25:24              Q.   What kind -- what kind were they?
25:25              A.   25 milligrams, one by four.
26: Page 26
26: 1              Q.   All right.
26: 2              A.   "We were able to get" to see -- "in to
26: 3 see Dr. Grefer... new VIP information as well as"
26: 4 reinterated (sic) the -- "reiterated the Percocet
26: 5 data.  I did not get much time, however, Bill was a
26: 6 good resource to help me think of ideas for next time
26: 7 to extend the call.  I have found that Mondays around
26: 8 10:30 is a good time to get in to see him.  I will
26: 9 communicate this with the rest of the cluster and
26:10 hopefully we can build a stronger relationship with
26:11 him."
26:12              Q.   Doctor, is all of this consistent with
26:13 your recollection of the way the Merck representa-
26:14 tives were working with you during that time period?
26:15              A.   It -- it -- it reflects meetings.  I
26:16 do not spend a lot of my time having meetings with
26:17 the representatives.  I do meet with them and I do
26:18 discuss things, but basically I really don't remember
26:19 what I discuss or what's -- what -- what -- what --
26:20 what the meetings pan out to be.
26:21              Q.   How would you describe the intensity
26:22 of the representative's efforts to convince you to
26:23 use Vioxx?
26:24              A.   They're very intense.  They are
26:25 extremely competitive, and they really do their job
27: Page 27
27: 1 and -- and -- and try to get me to spend time with
27: 2 them and for them to convince me to use their med--
```

```
27: 3  their medicines.
27: 4          Q.   Did the Merck Vioxx representatives
27: 5  present you information from time to time in these
27: 6  meetings?
27: 7          A.   Yes.
27: 8          Q.   What forms did that information take?
27: 9  For example, was it verbal, was it written, was it a
27:10  combination?
27:11          A.   All kinds, yes, sir.
27:12          Q.   What kinds do you recall?
27:13          A.   I re-- I -- I recall all kinds.  Basi-
27:14  cally you would meet them in the hall.  Most of the
27:15  times it's an attractive woman.  And they sit there
27:16  and they smile and ask how the medications are
27:17  working.  I tell them about my complaints, about my
27:18  problems, about whether I'm doing it or not.  They
27:19  always suggest I do more, and they always give me
27:20  some sort of response to my questions.
27:21          Q.   Did they give you responses to ques-
27:22  tions about the efficacy of the drug, the safety of
27:23  the drug, and other things like that?
27:24          A.   Yes.
27:25          Q.   Did they do that on more than one
28: Page 28
28: 1  occasion?
28: 2          A.   Almost every occasion.
28: 3          Q.   All right.  And is there any way for
28: 4  you to -- to estimate how many meetings you had with
28: 5  Merck Vioxx representatives over the four or five
28: 6  years that you were prescribing Vioxx?
28: 7          A.   No.  I -- I could guess, but I -- I
28: 8  can't estimate the number, no, sir.
28: 9          Q.   Do you believe it would be more than
28:10  50?
28:11          A.   Oh, yes.
28:12          Q.   Do you believe it would probably be
28:13  more than a hundred?
28:14          A.   Well, I don't know how -- I don't
28:15  remember the dates that you're talking about, but I
28:16  can almost say back then when the competition,
28:17  frankly, between Celebrex and Vioxx was so intense, I
28:18  would see a representative at least, I would say,
28:19  once a week.


ID:        2MG03515
Page Range: 035:15-37:20

35:15          Q.   All right.  Doctor, let me turn you
35:16  now to February of 2002.  Did you meet with Merck
35:17  reps in February of 2002?
35:18          A.   February, yes, sir.
35:19          Q.   Did you meet -- does it appear that
35:20  you met with a Merck rep on February the 12th, 2002?
35:21          A.   Yes.
35:22          Q.   Who was that rep?
35:23          A.   Amy Block.
```

```
35:24          Q.   Did she drop samples off again?
35:25          A.   She did.
36: Page 36
36: 1          Q.   What kind of samples were they this
36: 2 time?
36: 3          A.   Basically let -- let -- let me go
36: 4 back.  I -- I -- I may -- at least according to this,
36: 5 she was in the office and she dropped off Vioxx
36: 6 samples.  I don't know if I met with her.
36: 7          Q.   All right.  And what kind of samples
36: 8 does it reflect that she dropped off?
36: 9          A.   25 milligrams, one by four.
36:10          Q.   All right.  Did she meet with you, or
36:11 does the record reflect another call on February
36:12 19th?
36:13          A.   Yes, by two representatives.
36:14          Q.   All right.  What's the next call
36:15 that's referenced?
36:16          A.   On the 19th or the -- or the one after
36:17 that?
36:18          Q.   The next one after that.
36:19          A.   The 27th, 2/27.
36:20          Q.   All right.  Is there a note referenc-
36:21 ing a discussion in that --
36:22          A.   Yes.
36:23          Q.   -- meeting?  What does the note
36:24 referencing a discussion on the 27th of February of
36:25 2002 indicate?
37: Page 37
37: 1          A.   Said "I called on Dr. Grefer and we
37: 2 discussed Vioxx and (Redacted, dash, OP)."
37: 3          Q.   All right.  Let me have you skip down
37: 4 to the note from April of 2002.
37: 5          A.   Uh-huh.
37: 6          Q.   And what does the record seem to
37: 7 reflect occurred in April of 2002?
37: 8          A.   It says there that "Dr. Grefer does
37: 9 not see reps - per office in Southgate; will not
37:10 attend lunches either.  Working with 'Annie' at" the
37:11 "Crestview Hills office to see if we can get a lunch
37:12 with Dr. Grefer/discussing samples with signature as
37:13 well."
37:14          Q.   All right.  And is there a reference
37:15 to samples being dropped off in that visit?
37:16          A.   Yes.
37:17          Q.   What kind of samples were dropped off
37:18 in that visit, according to this record?
37:19          A.   That was Vioxx, 25 milligrams, one by
37:20 30.
```

```
ID:         2MG03807
Page Range: 038:7-38:14
```

```
38: 7               Do you or do you not recall getting
38: 8 Vioxx samples of 30 tablets in a bottle for 25 milli-
38: 9 gram from time to time?
```

```
38:10          A.   I remember getting bottles of Vioxx
38:11 from time to time, whether they be 25 milligrams,
38:12 12.5 milligrams, or 50 milligrams.  And the number in
38:13 each bottle I don't absolutely recall, but I do
38:14 remember getting Vioxx sample bottles.
```

ID:        2MG03815
Page Range: 38:15-38:22

```
38:15          Q.   All right.  Can you tell me anything
38:16 about the quantity of samples that Merck was giving
38:17 you back in the 2002 time frame?  What was your
38:18 impression of the volume of samples that you were
38:19 getting?
38:20          A.   A -- a lot.  We -- we -- we could get,
38:21 certainly, whatever we needed, and the closet was
38:22 always stocked with samples.
```

ID:        2MG03825c
Page Range: 038:25-39:7

```
38:25                We left off when we started talking
39: Page 39
39: 1 about the meetings with the sales reps and the -- the
39: 2 samples.  We were talking about your October 2nd
39: 3 meeting with Garry Smith.
39: 4          A.   Yes, sir.
39: 5          Q.   And your records do reflect that you
39: 6 gave him two kinds of samples that day?
39: 7          A.   Yes, it does.
```

ID:        2MG04020
Page Range: 40:20-41:12

```
40:20          Q.   All right.  Now, with regard to what
40:21 happened next, after Mr. Smith left with the samples
40:22 and the prescription, what happened next?
40:23          A.   I sent him to get an MRI examination
40:24 to see in a little bit better fashion what was going
40:25 on inside the knee, and he came back to see me on
41: Page 41
41: 1 10/14 of 2002 with an MRI that did show significant
41: 2 problems and problems that I thought needed an
41: 3 operation, so I referred him to my partner Dr. Heis.
41: 4          Q.   All right.  Had you tried to treat him
41: 5 conservatively?
41: 6          A.   I did, yes, sir.
41: 7          Q.   Is that your ordinary practice?
41: 8          A.   Yes, it is.
41: 9          Q.   And after you referred him to Dr.
41:10 Heis, did you see Mr. Smith again?
41:11          A.   No, not that I recall.  At least I
41:12 didn't see him in the office at all.
```

ID:        2MG04122
Page Range: 041:22-42:21

```
41:22          Q.    All right.  Doctor, I'm handing you
41:23 what we've marked as Exhibit Number 3, and I'll rep-
41:24 resent to you that that is a -- a document that Merck
41:25 produced to us documenting calls upon you.  And can
42: Page 42
42: 1 you tell me the dates that this particular document
42: 2 reflects calls?
42: 3          A.    This particular document reflects
42: 4 calls that are made on 6/30 of '99, 8/29 of 2001
42: 5 twice, April the 1st of 2002, and July the 31st of
42: 6 2002.
42: 7          Q.    All right.  And let's turn to the July
42: 8 2002 meeting.  And what is the date of that meeting?
42: 9          A.    July 31st of 2002.
42:10          Q.    And who was the representative at the
42:11 meeting, according to that document?
42:12          A.    I -- I see Amy Block.
42:13          Q.    And what does the note say was
42:14 discussed at that meeting?
42:15          A.    That "Went over VIGOR with him.  He
42:16 agrees there is better pain relief with Vioxx" and
42:17 "was concerned about cardiovascular events."
42:18          Q.    All right.  Is that consistent with
42:19 your recollection that the sales representatives
42:20 would discuss the VIGOR article with you?
42:21          A.    Absolutely.
```

ID:        2MG04223
Page Range: 042:23-43:10

```
42:23          A.    Yes, sir.
42:24          Q.    Now, do you subscribe to the New
42:25 England Journal of Medicine?
43: Page 43
43: 1          A.    I -- I -- I -- I believe we get it at
43: 2 the office, yes, sir.
43: 3          Q.    All right.  Do you usually read it --
43: 4          A.    No.
43: 5          Q.    -- regularly?
43: 6          A.    No, sir.
43: 7          Q.    Did -- before the VIGOR article was
43: 8 brought to your attention by the Merck representa-
43: 9 tives, had you studied that article?
43:10          A.    Before the VIGOR was -- no, I had not.
```

ID:        2MG04315
Page Range: 043:15-44:7

```
43:15          Q.    All right.  Did or did not most of the
43:16 information that you have about the VIGOR article
43:17 come during your meetings with the Merck sales repre-
```

```
43:18  sentatives?
43:19            A.    Either from the Merck sales represen-
43:20  tatives or from possibly correspondence from Merck,
43:21  which came usually via the sales representatives.  So
43:22  yes, sir.
43:23            Q.    Okay.  Did you or did you not have
43:24  discussions with the sales representatives of the
43:25  information contained in the VIGOR article in the New
44:  Page 44
44: 1  England Journal of Medicine?
44: 2            A.    I did.
44: 3            Q.    Did that occur on more than one occa-
44: 4  sion?
44: 5            A.    It did.
44: 6            Q.    Did it occur on many occasions?
44: 7            A.    As I recall, yes.
```

ID:         2MG04412
Page Range:  044:12-45:21

```
44:12              What do you recall the Merck sales
44:13  representatives telling you about the excess cardio-
44:14  vascular events in the Vioxx group in the VIGOR
44:15  article?
44:16            A.    In general, they told me -- and --
44:17  and -- and it -- it -- it didn't come from one
44:18  particular representative.  In general, they -- they
44:19  told me that it wasn't fair or something that -- that
44:20  it -- it -- that -- that the study was flawed and --
44:21  and it was unfair to make decisions because there was
44:22  still controversy over the fact that -- that these
44:23  people were not in -- that the group did not include
44:24  people that maintained or were on their aspirin
44:25  dosage, that the naproxen may have had a protective
45:  Page 45
45: 1  effect on it, and that, in essence, the study was
45: 2  flawed and it wasn't conclusive.  And they kind of
45: 3  told me that there were ongoing studies and that
45: 4  hopefully they would be able to tell me something at
45: 5  a later date but that -- that -- that it wasn't fair
45: 6  to draw a conclusion because the study was flawed.
45: 7              In general, that's what they said, and
45: 8  that's kind of in a synopsis kind of a situation.
45: 9            Q.    Did you go out on your own and try to
45:10  verify all of these things that the Merck sales
45:11  representatives told you?
45:12            A.    No.
45:13            Q.    Do you have time to independently and
45:14  exhaustively research all of the drugs that you have
45:15  to prescribe as a physician?
45:16            A.    The fact of the matter is is that
45:17  it's -- it's almost impossible to exhaustively
45:18  evaluate one drug.  All you can do is get the best
45:19  information you know, and when you put that informa-
45:20  tion and times it times 40 to 50 drugs currently
45:21  being discussed by these drug reps, it's impossible.
```

```
ID:          2MG04524
Page Range: 045:24-46:20

    45:24                    Did you rely on the Merck drug repre-
    45:25  sentatives to give you accurate and complete informa-
    46:  Page 46
    46: 1  tion in these meetings when they're discussing Vioxx
    46: 2  with you?
    46: 3            A.   Like I say, I -- I -- I don't think
    46: 4  there's any way they could have given me complete
    46: 5  information, but I relied upon them to give me an
    46: 6  accurate reflection of what their information about
    46: 7  the drug was.
    46: 8            Q.   All right.  And if there was signifi-
    46: 9  cant information that Merck had that was not in the
    46:10  VIGOR article, for example, that affected the
    46:11  cardiovascular risk profile of the drug, would you
    46:12  have expected them to bring that to your attention
    46:13  sometime during the two years between when the
    46:14  article came out and when you prescribed it to Mr.
    46:15  Smith?
    46:16            A.   Yes.
    46:17            Q.   When you're trying to decide to
    46:18  prescribe a drug like Vioxx to a man like Mr. Smith,
    46:19  do you do a risk benefit analysis?
    46:20            A.   In my mind I do, yes, sir.


ID:          2MG04709
Page Range: 047:9-47:12

    47: 9            Q.   With regard to the benefits of the
    47:10  drug, was or was not Merck very emphatic in their
    47:11  presentation of the benefits of the drug to you?
    47:12            A.   They were.


ID:          2MG05009c
Page Range: 50:9-50:13

    50: 9                    Do you remember them discussing that
    50:10  there was a difference in the groups between those
    50:11  who were aspirin indicated, i.e., a prior myocardial
    50:12  history, or patients that were not aspirin indicated,
    50:13  i.e., not having that same kind of a history?


ID:          2MG05016
Page Range: 50:16-50:17

    50:16            A.   I remember them referring to that,
    50:17  yes, sir.


ID:          2MG05106
```

Page Range: 051:6-51:22

```
51: 6          Q.   Doctor, let me hand you the VIGOR
51: 7 article.  And turning to the general safety section,
51: 8 you'll see a sentence there where it says, after it
51: 9 discusses the aspirin indicated group --
51:10          A.   Uh-huh.
51:11          Q.   -- where it says:  These patients,
51:12 referring to the aspirin indicated group, accounted
51:13 for 38 percent of the patients in the study who had
51:14 myocardial infarctions.
51:15          A.   Yes.
51:16          Q.   All right?  That they were only four
51:17 percent of the patient group, but they accounted for
51:18 38 percent of the myocardial infarctions.  Do you see
51:19 that in the article?
51:20          A.   I see that in the article.
51:21          Q.   All right.
51:22          A.   I believe I -- yes.
```

ID:          2MG05317
Page Range: 053:17-53:20

```
53:17                After you raised a CV concern with
53:18 them in July of 2002, what is your impression of what
53:19 they said and what they did regarding your question
53:20 of CV risks and how --
```

ID:          2MG05323
Page Range: 053:23-54:4

```
53:23          A.   I was always told that the study was
53:24 not conclusive, that there was no definite evidence
53:25 that showed there was increased cardiovascular events
54: Page 54
54: 1 with this, given a study with people on aspirin, plus
54: 2 or minus naproxen, et cetera, so that basically the
54: 3 evidence was inconclusive.
54: 4          Q.   What -- if you had known that Vioxx
```

ID:          2MG05404
Page Range: 54:4-54:12

```
54: 4          Q.   What -- if you had known that Vioxx
54: 5 increased the risk of heart attacks in patients like
54: 6 Garry Smith who had never had a problem with an
54: 7 NSAID, had never had a stomach problem with an NSAID,
54: 8 and did not have a myocardial history that put him in
54: 9 the aspirin indicated group, if you had known that in
54:10 patients like that Vioxx increased the risk of heart
54:11 attacks, would you have prescribed that drug to Garry
54:12 back in October of 2002?
```

ID:          2MG05415
Page Range: 054:15-54:15

    54:15          A.   The answer's no.


ID:          2MG05416
Page Range: 54:16-55:2

    54:16          Q.   Okay.  Do you remember the Merck rep-
    54:17  resentatives talking to you about the theory that
    54:18  naproxen is somehow cardioprotective and that that
    54:19  explained the results in the VIGOR article?
    54:20          A.   Well, the fact of the matter is is
    54:21  that -- the answer to your question is yes, they --
    54:22  that that was the thing that they keep -- kept bring-
    54:23  ing up, that these people were not on a protective
    54:24  heart medicine, and so that you couldn't draw any
    54:25  conclusions from the study --
    55: Page 55
    55: 1          Q.   All right.
    55: 2          A.   -- at that stage.


ID:          2MG05616
Page Range: 056:16-56:20

    56:16          Q.   Was it ever brought to your attention
    56:17  by the Merck representatives that the FDA had sent a
    56:18  warning letter to Merck in September of 2001 regard-
    56:19  ing its marketing of Vioxx?
    56:20          A.   No.


ID:          2MG05623
Page Range: 056:23-57:1

    56:23          Q.   Let me hand you Exhibit Number 4, and
    56:24  I'll represent to you that Exhibit Number 4 is a copy
    56:25  of the warning letter that was sent to Merck in
    57: Page 57
    57: 1 September of 2001.


ID:          2MG05717
Page Range: 057:17-58:11

    57:17          Q.   Did the Merck sales representatives
    57:18  advise you that in September of 2001 that the FDA
    57:19  stated that there are no -- quote, there are no
    57:20  adequate and well-controlled studies of naproxen that
    57:21  support your assertion that naproxen's --
    57:22               What is that next word, Doctor?  Why
    57:23  don't you just read the rest of the sentence.
    57:24          A.   It says -- it says, "In fact... there
    57:25  are no adequate and well-controlled studies of
    58: Page 58

58: 1 naproxen that support your assertion that naproxyn's
58: 2 transient inhibition of platelet aggregation is
58: 3 pharmocodynamically comparable to aspirin or
58: 4 clinically effective in decreasing the risk of MIs.
58: 5 Therefore, your" misrepresentation -- I'm sorry.
58: 6 "Therefore your representation that naproxen
58: 7 prolongs" beating time -- "bleeding time and inhibits
58: 8 platelet" incidentally -- "identically to aspirin is
58: 9 misleading, and it minimizes the potential" serious--
58:10 "seriousness of this finding."
58:11                    I was not told that, no.


ID:        2MG05812
Page Range: 058:12-59:14

58:12             Q.   If you had been told that, would it
58:13 have affected your decision to prescribe Vioxx to a
58:14 patient like Garry Smith who had not had a problem
58:15 with using other NSAIDs other than Vioxx?
58:16             A.   I'm -- I'm not so sure that would have
58:17 affected it.  The reason being, again, because there
58:18 was -- there -- there's no definite evidence one way
58:19 or another as far as that's concerned, you know.
58:20 And, again, you know, and that still does not reflect
58:21 the people that were -- that were aspirin indicated,
58:22 also.
58:23             So basically that type of thing -- I
58:24 was not told that to begin with, and I'm not so sure,
58:25 having been told that, because there's really nothing
59: Page 59
59: 1 definitive there, it would have changed my prescrib-
59: 2 ing situation.
59: 3             Q.   If you had been told that and been
59: 4 told that Merck's own researchers were concerned
59: 5 about Merck making statements that Vioxx is cardio-
59: 6 protective -- I mean that naproxyn is cardioprotec-
59: 7 tive, if you'd been told several similar things like
59: 8 that, would that have affected your decision, pre-
59: 9 scribing decision, for patients like Garry who had
59:10 not ever had a problem with other NSAIDs?
59:11             A.   About whether naproxen is cardiopro-
59:12 tective or not?
59:13             Q.   Yes, sir.
59:14             A.   I don't think so.


ID:        2MG06106
Page Range: 061:6-61:22

61: 6             Q.   If you had known what I just said?
61: 7             A.   If -- if -- if indeed what you just
61: 8 said --
61: 9             Q.   Had been disclosed.
61:10             A.   -- had been disclosed to me, I prob-
61:11 ably would not have prescribed it.
61:12             Q.   All right.  With regard to the issue

```
61:13 of -- let me show you a graph.  You're aware that
61:14 there was -- that the New England Journal of Medicine
61:15 issued an expression of concern regarding the VIGOR
61:16 article.  Correct?
61:17            A.  I was.
61:18            Q.  Was the fact that the VIGOR article
61:19 was published in the New England Journal of Medicine
61:20 a factor in your giving credibility to the Merck
61:21 sales representatives' discussions of the VIGOR
61:22 article with you?
```

ID:        2MG06124
Page Range: 061:24-61:24

```
   61:24            A.  No.
```

ID:        2MG06216
Page Range: 062:16-62:24

```
   62:16            Q.  Let me hand you the VIGOR article that
   62:17 we've now marked as Exhibit Number 5.  Just -- just
   62:18 keep that there in front of you for the moment.
   62:19            If you -- going back to this risk
   62:20 benefit analysis, if you look in the VIGOR article,
   62:21 they have a chart that shows the difference between
   62:22 Vioxx and naproxen in the events of gastrointestinal
   62:23 problems.  Correct?
   62:24            A.  Yes.
```

ID:        2MG06303
Page Range: 063:3-63:11

```
   63: 3            Q.  And it shows a -- a big separation
   63: 4 between naproxen on the top and Vioxx on the bottom.
   63: 5 Correct?
   63: 6            A.  Yes.
   63: 7            Q.  Okay.  Was that somewhat impressive to
   63: 8 you, as a physician, for patients who might have a
   63: 9 problem with -- a stomach problem with naproxen or
   63:10 other NSAIDs and Vioxx's benefit over them?
   63:11            A.  Yes.
```

ID:        2MG06319
Page Range: 063:19-63:21

```
   63:19            Q.  Do you see a similar chart in there
   63:20 for showing the difference in the cardiovascular
   63:21 experience?
```

ID:        2MG06322
Page Range: 63:22-63:22

63:22          A.   No.


ID:          2MG06323
Page Range: 63:23-64:21

    63:23            Q.   All right.  Do you think it might have
    63:24 been helpful to you in comparing the risk benefit
    63:25 analysis of patients like Garry who have not had a
    64: Page 64
    64: 1 problem, a prior problem with NSAIDs and stomach
    64: 2 problems, to have seen a similar chart for the
    64: 3 cardiovascular risk separation between the two
    64: 4 groups?
    64: 5            A.   Yes.
    64: 6            Q.   In the New England Journal reaffir-
    64: 7 mation they include such a chart that -- do you see
    64: 8 that?  Can you hold it up for the -- for the jury.
    64: 9            A.   (Witness complies with request.)
    64:10            Q.   Does it show a significant separation
    64:11 between the Vioxx group on the top for cardiovascular
    64:12 events and the naproxen group on the bottom?
    64:13            A.   Yes.
    64:14            Q.   If you had seen a chart like that
    64:15 showing that kind of separation back in October of
    64:16 2002, if you had been shown that by the Merck
    64:17 representatives, would it have affected or could it
    64:18 have affected your decision to prescribe Vioxx in a
    64:19 patient like Garry who did not have the risk of or
    64:20 did not appear to have the risk of stomach bleeding?
    64:21            A.   Yes.


ID:          2MG06517
Page Range: 065:17-65:24

    65:17                Is it or is it not fair to say,
    65:18 Doctor, that you were influenced to some extent by
    65:19 the entire Vioxx sales campaign, in print, in tele-
    65:20 vision, in sales representatives' meetings, in other
    65:21 physicians being asked by Merck to come talk to you?
    65:22 Is it fair to say that that entire campaign
    65:23 influenced your decision to start prescribing more
    65:24 Vioxx to patients like Garry Smith?


ID:          2MG06601
Page Range: 066:1-66:1

    66: 1          A.   It did influence me, yes, sir.


ID:          3MG08324
Page Range: 083:24-84:5

    83:24                Doctor, I'm handing you Exhibit
    83:25 Number 2, which I'll represent to you is a compilation

```
84: Page 84
84: 1 of several Merck documents that were produced to us in
84: 2 response to a request for documents relating to you and
84: 3 this office.  And it goes for three or four years,
84: 4 starting in 1999.  Do you see that?
84: 5          A.  Yes.
```

ID:        3MG08408
Page Range: 084:8-84:12

```
84: 8          Q.  And I'll just represent to you that this
84: 9 compilation was -- was put together by somebody in my
84:10 office from those various different Merck documents.
84:11 Okay?
84:12          A.  Okay.
```

ID:        3MG08413
Page Range: 84:13-84:17

```
84:13          Q.  All right.  Now, we left off -- we left
84:14 off when we were talking about the -- the entire
84:15 campaign for Vioxx.  Do you remember seeing television
84:16 ads for Vioxx, for example?
84:17          A.  Yes.
```

ID:        3MG08505
Page Range: 085:5-85:11

```
85: 5          Q.  Is it or is it not fair to say that the
85: 6 entire Merck campaign for Vioxx over the years, your
85: 7 contacts with the Merck representatives, the
85: 8 advertisements both to doctors and to the public that
85: 9 you saw, is it or is it not fair to say that all of
85:10 that had an influence on your prescribing of Vioxx
85:11 during the time that you prescribed it to Garry Smith?
```

ID:        3MG08513
Page Range: 85:13-86:12

```
85:13          A.  Well, I think that -- that all of the
85:14 information that I knew as well as the response I was
85:15 getting affected my prescribing it for Mr. Smith.
85:16          Q.  Okay.  I want to ask you some specific
85:17 things about the Merck representatives.  We talked
85:18 about the Merck representatives coming and providing
85:19 you information from time to time.  Do you recall that?
85:20          A.  Yes.
85:21          Q.  Okay.  Do you recall the Merck sales
85:22 representatives telling you about a study numbered 090
85:23 that showed an increase in heart attacks in patients
85:24 taking Vioxx as compared to another drug?
85:25          A.  No.
86: Page 86
```

```
86: 1            Q.    Did the Merck representatives ever tell
86: 2 you that there were other Merck studies that showed
86: 3 that Vioxx increased the risk of heart attack or
86: 4 cardiovascular events over other place-- over other
86: 5 NSAIDs or placebos?
86: 6            A.    No.
86: 7            Q.    Did the Merck sales representatives ever
86: 8 tell you that a Merck statistician had done a
86: 9 meta-analysis of many Merck studies comparing Vioxx to
86:10 other NSAIDs and found that the Vioxx group had more
86:11 than twice as many heart attacks as the group comprised
86:12 of other NSAID users?
```

ID:        3MG08615
Page Range: 86:15-86:15

```
86:15            A.    No.
```

ID:        3MG08624c
Page Range: 86:24-87:4

```
86:24            Q.    Did the Merck sales representatives
86:25 disclose to you that the results of the VIGOR trial
87: Page 87
87: 1 showed that for every 100 patients treated for a year
87: 2 with Vioxx, instead of being treated with naproxen,
87: 3 that there were two and a half additional serious
87: 4 adverse events in the Vioxx group?
```

ID:        3MG08707c
Page Range: 87:7-87:7

```
87: 7            A.    No.
```

ID:        3MG08723
Page Range: 087:23-87:25

```
87:23            What was your general impression, from
87:24 the Merck sales representative contacts, about the
87:25 safety of Vioxx as it relates to naproxen?
```

ID:        3MG08801
Page Range: 88:1-88:8

```
88: 1            A.    The -- the -- the general pitch
88: 2 throughout all those years that -- that the -- that the
88: 3 Vioxx representatives made was that their drug was
88: 4 better because it -- it worked better to begin with,
88: 5 and it was safer on the gastrointestinal tract, and
88: 6 that there did not seem to be any significant other
88: 7 factors when compared to naproxen that would make it a
88: 8 poor choice -- or a poor choice of the drug.
```

ID:        3MG08809
Page Range: 88:9-88:19

    88: 9            Q.   Okay.  If the Merck sales
    88:10 representatives had disclosed to you that the results
    88:11 of the VIGOR trial showed that for every 100 patients
    88:12 treated for a year with Vioxx as -- as opposed to the
    88:13 same number of patients treated for a year with
    88:14 naproxen, that there were two and a half additional
    88:15 serious adverse events in the Vioxx group, if they had
    88:16 disclosed that to you prior to the time that you gave
    88:17 the drug to Garry Smith, would you or would you not
    88:18 have probably given the drug to patients like Garry
    88:19 Smith?


ID:        3MG08822
Page Range: 088:22-89:5

    88:22            A.   Well, I -- I would have had to have
    88:23 known the particulars of the situation and I would have
    88:24 had to have known the definite concrete evidence that
    88:25 was there, but it certainly would have made me less
    89: Page 89
    89: 1 likely to prescribe the medication to Mr. Smith.
    89: 2            Q.   Is that information that you would have
    89: 3 liked to have had given to you by the Merck
    89: 4 representatives if it existed?
    89: 5            A.   Yes.


ID:        3MG08909
Page Range: 089:9-89:18

    89: 9            Would you or would you not like to have
    89:10 that kind of information so that you can make educated
    89:11 decisions to care for your patients?
    89:12            A.   I would like to have as much education
    89:13 and information as possible when I make a decision.
    89:14            Q.   Would you or would you not specifically
    89:15 like to have information about hazards that may relate
    89:16 to the use of the drug that the sales representative is
    89:17 talking to you about?
    89:18            A.   I would.


ID:        3MG09213
Page Range: 092:13-92:17

    92:13            Q.   Did the Merck representatives ever tell
    92:14 you or show you information that indicated that their
    92:15 biostatistician had determined in a summary of these
    92:16 studies a relative risk of more than two for the Vioxx
    92:17 group over the NSAIDs group for myocardial infarctions?

ID:          3MG09218
Page Range: 092:18-92:20

    92:18          A.   What was that?
    92:19          Q.   Did they ever --
    92:20          A.   Did they --


ID:          3MG09221
Page Range: 092:21-92:22

    92:21          Q.   -- tell you that or show you that,
    92:22 either one?


ID:          3MG09224
Page Range: 092:24-92:24

    92:24          A.   Not -- not that I recall, no, sir.


ID:          3MG09225
Page Range: 92:25-93:5

    92:25          Q.   Doctor, if information had been brought
    93: Page 93
    93: 1 to your attention before October of 2002 that Vioxx
    93: 2 increased the risk of myocardial infarction or other
    93: 3 cardiovascular events in patients like Garry Smith,
    93: 4 would you or would you not have prescribed Vioxx to him
    93: 5 in October of 2002?


ID:          3MG09308
Page Range: 093:8-93:8

    93: 8          A.   Probably not.


Total Length - 00:51:01