**U. S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

**FILED** 9-19-06

**LORETTA G. WHYTE**
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
   *Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

   The following deposition testimony was presented to the jury: on 9-19-06

Videotaped deposition of Eric Jeffrey Topol.

___ Fee_____
___ Process____
X  Dktd____
___ CtRmDep___
___ Doc. No._____

                        Topol v2.txt

ID:           Topol Direct

        ID:           et 2511
        Page Range:   25:11-25:13

            25:11       Q.    Dr. Topol, good morning.
            25:12 Nice to meet you, sir.
            25:13       A.    Good morning.


        ID:           et 2606
        Page Range:   26:6-29:2

            26: 6                 I want to review very
            26: 7 briefly the highlights of your
            26: 8 background.
            26: 9                 You have a curriculum vitae.
            26:10 I'm marking it as Exhibit 1 for this
            26:11 deposition.
            26:12                   -  -  -
            26:13                 (Whereupon, Deposition
            26:14       Exhibit Topol-1, Curriculum Vitae
            26:15       Eric Jeffrey Topol, M.D., TOPOLE
            26:16       0000001 - TOPOLE 0000127, was
            26:17       marked for
            26:18       identification.)
            26:19                   -  -  -
            26:20 BY MR. KLINE:
            26:21       Q.    The version that I have is
            26:22 what I understand to be an abridged
            26:23 version of 127 pages.  Suffice it to say,
            26:24 you have a very substantial curriculum
            26:Confidential - Subject to Protective Order
            26:27
            27: Page 27
            27: 1 vitae outlining your background and
            27: 2 experience; correct?
            27: 3       A.    Yes.
            27: 4       Q.    You are -- what is your
            27: 5 current position, sir?
            27: 6       A.    I'm Provost of the Cleveland
            27: 7 Clinic Lerner College of Medicine, Chief
            27: 8 Academic Officer of the Cleveland Clinic,
            27: 9 and also the chairman of the Department
            27:10 of Cardiovascular Medicine of the
            27:11 Cleveland Clinic.
            27:12       Q.    Take them one at a time.
            27:13 Identify each one of those positions, and
            27:14 tell me very briefly what they entail.
            27:15       A.    The Provost of the medical
            27:16 college is providing the oversight of
            27:17 this college of medicine, which had its
            27:18 beginning just three years ago, and it's
            27:19 part of Case Western Reserve University.
            27:20             The chief academic officer
            27:21 responsibility is responsible for all
            27:22 research and education here at this
            27:23 academic medical center, and I've been
            27:24 chairman of the department of
            28: Page 28
            28: 1 cardiovascular medicine since 1991, and
            28: 2 this is a large department, one of the
                            Page 1

```
                        Topol v2.txt
28: 3 largest departments in cardiovascular
28: 4 medicine in the country.
28: 5          Q.    My understanding, sir, that
28: 6 this -- and you are a cardiologist; is
28: 7 that correct?
28: 8          A.    That's right.
28: 9          Q.    Trained as a cardiologist;
28:10 correct?
28:11          A.    That's exactly right.
28:12          Q.    You did your undergraduate
28:13 degree at the University of Virginia,
28:14 your medical school at the University of
28:15 Rochester, a residency at the University
28:16 of California, San Francisco, a
28:17 fellowship at Johns Hopkins in
28:18 cardiology, and then you became Board
28:19 Certified in internal medicine and in
28:20 cardiology.  All correct?
28:21          A.    That's all correct.
28:22          Q.    And then you practiced
28:23 medicine and eventually worked yourself
28:24 up to become the top person in the
29: Page 29
29: 1 department of cardiovascular medicine at
29: 2 the Cleveland Clinic; correct?


ID:           et 2905
Page Range:   29:5-31:20


29: 5               THE WITNESS:  That's
29: 6               correct, yes.  As of 1991, I came
29: 7               to Cleveland Clinic.
29: 8 BY MR. KLINE:
29: 9          Q.    And when did you become
29:10 chairman of the department of
29:11 cardiovascular medicine?
29:12          A.    On my arrival.
29:13          Q.    Oh, right on your arrival?
29:14          A.    Yes.  That was why I was
29:15 recruited here.
29:16          Q.    Where were you previously?
29:17          A.    University of Michigan,
29:18 where I directed the cardiocatherization
29:19 laboratory, and I was a professor of
29:20 medicine there.
29:21          Q.    And you've spent your entire
29:22 career as a practicing cardiologist, sir?
29:23          A.    Yes.  I continue to practice
29:24 cardiology with patients.
30: Page 30
30: 1          Q.    And how many years have you
30: 2 been a cardiologist?
30: 3          A.    20 years.
30: 4          Q.    You also -- it mentioned
30: 5 that you're the Provost of the Cleveland
30: 6 Clinic, and that involves overseeing the
30: 7 entire medical college?
30: 8          A.    The medical college, which I
30: 9 founded with Case Western Reserve
30:10 University back in 2001.
30:11          Q.    In addition -- oh, and I
30:12 might add, the Cleveland Clinic, sir,
                        Page 2
```

Topol v2.txt

```
30:13 give us a sentence or two on what is the
30:14 Cleveland Clinic, especially in heart
30:15 medicine.
30:16        A.    Well, in the field of heart
30:17 medicine, it's been ranked by the U.S.
30:18 News & World Report as the number one
30:19 center for the last 11 years
30:20 consecutively.
30:21        Q.    You have been a clinical
30:22 investigator on many clinical studies; is
30:23 that correct?
30:24        A.    That's right.
31: Page 31
31: 1        Q.    Tell us about it briefly, a
31: 2 few sentences.
31: 3        A.    Well, I've chaired a number
31: 4 of clinical trials over the past 20
31: 5 years.  The most widely known are the
31: 6 so-called GUSTO trials of heart attack.
31: 7 All these trials had something to do with
31: 8 heart attack prevention or better
31: 9 treatment.
31:10              The cumulative 200,000
31:11 patients were enrolled, the largest heart
31:12 attack trials ever performed in the
31:13 United States, coordinated.  I've been
31:14 the chair of all of those trials.
31:15 They've been multinational trials,
31:16 involving 40 different countries around
31:17 the world, and these trials have had, I
31:18 think, a substantial impact on clinical
31:19 practice in the field of cardiology and
31:20 for patients.
```

```
ID:           et 3124c
Page Range:   31:24-33:5
```

```
31:24        Q.    You hold two patents; is
32: Page 32
32: 1 that correct, sir?
32: 2        A.    I think the patents have
32: 3 been applied for.  I'm not -- yes, yes.
32: 4        Q.    Now, in addition, you are on
32: 5 the editorial board of a number of
32: 6 peer-review journals; is that correct?
32: 7        A.    Yes.
32: 8        Q.    Would you explain them?
32: 9 well, let me tick them off.  I think it
32:10 could be done more quickly.
32:11              Circulation, JACC, American
32:12 College -- American Journal of
32:13 Cardiology, American Journal of Medicine,
32:14 among others; is that correct?
32:15        A.    That's right.
32:16        Q.    And what does that involve,
32:17 sir, very briefly?
32:18        A.    Well, that means being a
32:19 peer reviewer for manuscripts, work,
32:20 research that's being conducted
32:21 elsewhere, and to provide reviews and
32:22 input and at times editorials, to help
32:23 advance the field insofar as biomedical
```

Page 3

```
                          Topol v2.txt
32:24 research and literature.
33: Page 33
33: 1           Q.    You have been an
33: 2 investigator, according to your vitae, on
33: 3 many NIH projects, National Institutes of
33: 4 Health.  Briefly, a few sentences, tell
33: 5 us about that.
```

```
ID:              et 3308
Page Range:      33:8-34:4
```

```
33: 8              THE WITNESS:  Well, the main
33: 9 one is at a specialized center of
33:10 clinically-oriented research,
33:11 which is the flagship grant of the
33:12 NIH, which I was awarded a year
33:13 ago.  It's a five-year grant for
33:14 nearly $18 million to support our
33:15 work in genetics and genomics of
33:16 coronary artery disease and heart
33:17 attack, and that's been the main
33:18 research interest that I've had
33:19 over the past five years, has been
33:20 in the genetics and genomics of
33:21 heart attack.
33:22 BY MR. KLINE:
33:23           Q.    You've been a manuscript
33:24 reviewer for a number of journals, peer
34: Page 34
34: 1 review, including Nature, Science, the
34: 2 New England Journal of Medicine, JAMA,
34: 3 Lancet and many other prestigious
34: 4 journals; correct?
```

```
ID:              et 3407
Page Range:      34:7-34:20
```

```
34: 7              THE WITNESS:  Yes.
34: 8 BY MR. KLINE:
34: 9           Q.    I have by count, and I'm
34:10 doing all of this, I might say, just to
34:11 save time, to get through all of this,
34:12 you have by my count, 909 original
34:13 publications in the scientific
34:14 literature.  Does that sound about right?
34:15           A.    That's about right.
34:16           Q.    You have 36 collaborative
34:17 group-authored papers, meaning papers
34:18 where a group is mentioned, not you, but
34:19 you really were a major contributor.  Is
34:20 that also correct?
```

```
ID:              et 3423
Page Range:      34:23-34:24
```

```
34:23              THE WITNESS:  That's
34:24 correct.
```

```
ID:              et 3502
```

Topol v2.txt

Page Range:      35:2-35:7

```
35: 2          Q.    You are -- you have 39
35: 3 articles submitted for publication at the
35: 4 time that the curriculum vitae you handed
35: 5 us was.  In other words, these are not
35: 6 even yet published, they're in the mill;
35: 7 is that correct?
```

ID:              et 3510
Page Range:      35:10-35:13

```
35:10               THE WITNESS:  Yes.
35:11 BY MR. KLINE:
35:12          Q.    Again, by my count, an
35:13 author or co-author on 30 books?
```

ID:              et 3516
Page Range:      35:16-35:19

```
35:16               THE WITNESS:  That's
35:17 correct.
35:18 BY MR. KLINE:
35:19          Q.    164 book chapters?
```

ID:              et 3522
Page Range:      35:22-36:15

```
35:22               THE WITNESS:  That's
35:23 correct.
35:24 BY MR. KLINE:
36: Page 36
36: 1          Q.    And these all deal in the
36: 2 field of cardiology, sir?
36: 3          A.    Virtually all are cardiology
36: 4 pieces of work, yes.
36: 5          Q.    And there was a recent
36: 6 article, and I'd like you to tell me if
36: 7 this is correct, it sort of pulls some
36: 8 things together, on November 11th in the
36: 9 Associated Press which says, "One medical
36:10 journal index service ranked Topol as the
36:11 eighth most cited medical researcher
36:12 among its index publications in the past
36:13 ten years with his 498 papers cited by
36:14 colleagues, 21,050 times."
36:15               Is that about correct?
```

ID:              et 3618
Page Range:      36:18-37:22

```
36:18               THE WITNESS:  That's
36:19 correct.  The ISI ranks medical
36:20 researchers, and in the last ten
36:21 years, I'm ranked number eight of
36:22 the most widely cited medical
36:23 researchers in the world.  So,
36:24 that's correct.
37: Page 37
```

```
                          Topol v2.txt
      37: 1 BY MR. KLINE:
      37: 2           Q.     Let me ask it in a different
      37: 3 way just to be sure.
      37: 4                  How does the -- what is the
      37: 5 ISI, and how does it rank you as someone
      37: 6 who is cited by others in the medical
      37: 7 field?
      37: 8           A.     That means that if you
      37: 9 publish a paper and that paper is cited
      37:10 by others, that's the cumulative tally of
      37:11 citations of your impact in the medical
      37:12 literature, in the medical community, and
      37:13 so that is the most highly regarded
      37:14 authority for collating that data.  And
      37:15 in the ten-year cumulative tally, as you
      37:16 mentioned, somewhere around 500
      37:17 manuscripts were published, and that was
      37:18 the eighth leading, I believe, citation
      37:19 tally in the rankings.
      37:20           Q.     Are you, sir, with this
      37:21 background, an expert in the field of
      37:22 cardiovascular medicine?


ID:           et 3801
Page Range:   38:1-38:2

      38: 1              THE WITNESS:  I believe I
      38: 2    am, yes.


ID:           et 3819
Page Range:   38:19-39:17

      38:19          Q.     Sir, at some point in time
      38:20 you became interested in the drug Vioxx;
      38:21 is that correct?
      38:22          A.     Yes.
      38:23          Q.     And that would have been
      38:24 sometime around what year?
      39: Page 39
      39: 1          A.     Well, it was February 2001.
      39: 2          Q.     Okay.
      39: 3                 Now, I want to fast forward
      39: 4 before going to February 2001, which I'll
      39: 5 go back.
      39: 6                 Between February 2001 and
      39: 7 today, sitting here today, which is
      39: 8 November --
      39: 9                 MS. VANCE:  22.
      39:10 BY MR. KLINE:
      39:11          Q.     -- 22nd of 2005, have you
      39:12 expressed certain opinions publicly and
      39:13 in the academic literature, as well as
      39:14 privately in e-mails and writings,
      39:15 relating to your beliefs and opinions
      39:16 regarding the drug Vioxx?
      39:17          A.     Yes, certainly.


ID:           et 4408
Page Range:   44:8-44:13
```

```
                         Topol v2.txt
    44: 8          Q.    Now, you also formed
    44: 9 opinions relating to the conduct of the
    44:10 pharmaceutical company, Merck, and its
    44:11 conduct of research and its marketing and
    44:12 its making available to the public the
    44:13 drug Vioxx; is that correct?


ID:           et 4416
Page Range:   44:16-44:17

    44:16               THE WITNESS:  That's
    44:17 correct.


ID:           et 4505
Page Range:   45:5-45:20

    45: 5          Q.    Now, what I'd like to do is
    45: 6 to show you a document which is from
    45: 7 November 24, '04, marked as Exhibit
    45: 8 Number 2.
    45: 9                     -  -  -
    45:10               (Whereupon, Deposition
    45:11          Exhibit Topol-2, E-mails, TOPOLE
    45:12          0000450, was marked for
    45:13          identification.)
    45:14                     -  -  -
    45:15 BY MR. KLINE:
    45:16          Q.    It's an e-mail from you to
    45:17 David Graham.  Who is David Graham?
    45:18          A.    David Graham is a safety
    45:19 officer at the Food & Drug
    45:20 Administration.


ID:           et 4623
Page Range:   46:23-47:6

    46:23          Q.    Does this e-mail reflect
    46:24 some of the opinions and conclusions that
    47: Page 47
    47: 1 you reached relating to Merck's conduct
    47: 2 of its scientific studies and its
    47: 3 marketing of the drug Vioxx over the past
    47: 4 four years since you have become involved
    47: 5 in the matter?
    47: 6          A.    Yes.


ID:           et 5001
Page Range:   50:1-51:1

    50: 1               Sir, I'm looking at the part
    50: 2 where you say, "I am bothered."  Do you
    50: 3 see where you say to David Graham -- is
    50: 4 Graham a physician?
    50: 5          A.    Yes.
    50: 6          Q.    So, you're saying to Dr.
    50: 7 Graham, "I am bothered."  Would you read
    50: 8 that for us, please?
    50: 9          A.    "I am bothered by the
    50:10 continued outrageous lies of Merck with
                         Page 7
```

Topol v2.txt
```
50:11 their fullpage multiple ads that 'they
50:12 published everything' and that they never
50:13 had a trial which showed any harm of
50:14 Vioxx until APPROVe, when, in fact, there
50:15 were two by May 2000."
50:16        Q.    Continue.
50:17        A.    "I am also upset that the
50:18 story of their scientific misconduct for
50:19 the VIGOR paper in" the New England
50:20 Journal of Medicine, that's "NEJM, with
50:21 errors of omission (deaths), erroneous
50:22 data (MIs)," or heart attacks, "and
50:23 incomplete data (more than 1/2 of the
50:24 thrombotic events) has not received any
51: Page 51
51: 1 attention whatsoever."
```

```
ID:            et 5323
Page Range:    53:23-54:14
```

```
53:23        Q.    Let me show you an article
53:24 which was in the Cleveland Clinic Journal
54: Page 54
54: 1 in December of 2004.  December of 2004,
54: 2 there's an article which was written,
54: 3 you'll have it in your hands in a moment,
54: 4 called "The sad story of Vioxx, and what
54: 5 we should learn from it."  Did you
54: 6 co-author that article?
54: 7        A.    Yes, I did.
54: 8        Q.    What is the Cleveland Clinic
54: 9 Journal of Medicine?
54:10        A.    That's the medical journal
54:11 of this institution, which is widely
54:12 circulated, has a circulation of nearly
54:13 100,000 physicians and paraprofessional
54:14 staff.
```

```
ID:            et 5420
Page Range:    54:20-54:23
```

```
54:20            Is this a road map to the
54:21 saga or the story of Vioxx, as you see it
54:22 as a researcher and prominent physician
54:23 in cardiology?
```

```
ID:            et 5506
Page Range:    55:6-55:9
```

```
55: 6        Q.    Please, sir.
55: 7        A.    I believe it's certainly
55: 8 part of trying to get the facts straight
55: 9 about this very sad story, yes.
```

```
ID:            et 5611
Page Range:    56:11-56:15
```

```
56:11        Q.    Tell us the story as you
56:12 understand it as it happened in 1999
```
                              Page 8

Topol v2.txt
56:13 based on what you know, and tell us how
56:14 you knew it and what you know and how the
56:15 story began.


ID:              et 5622
Page Range:      56:22-57:15

    56:22              THE WITNESS:  -- in May, the
    56:23         FDA approved Vioxx for commercial
    56:24         use, so, that is an important
    57: Page 57
    57: 1         time, timeline.  That was also at
    57: 2         the time when the FDA had a formal
    57: 3         review of the medicine, where the
    57: 4         primary reviewer already had
    57: 5         expressed in her document, Dr.
    57: 6         Villalba, that there was a concern
    57: 7         regarding clotting events with
    57: 8         Vioxx even at the time of approval
    57: 9         in May 1999.
    57:10 BY MR. KLINE:
    57:11         Q.    You write here that, "The
    57:12 approval was based on data from trials
    57:13 lasting 3 to 6 months and involving
    57:14 patients at low risk for cardiovascular
    57:15 illness."  Do you see that?


ID:              et 5718
Page Range:      57:18-57:21

    57:18              THE WITNESS:  That's right.
    57:19 BY MR. KLINE:
    57:20         Q.    What is the significance of
    57:21 that fact?


ID:              et 5724
Page Range:      57:24-58:12

    57:24              THE WITNESS:  Well, this is
    58: Page 58
    58: 1         one of the most significant parts
    58: 2         of the whole clinical development
    58: 3         of the Vioxx medicine, and that is
    58: 4         that patients with heart disease
    58: 5         were not tested in any meaningful
    58: 6         way, and we know from multiple
    58: 7         databases and surveys that at
    58: 8         least 40 to 50 percent of the
    58: 9         patients who actually took this
    58:10         medicine when it was in clinical
    58:11         use actually did have known heart
    58:12         disease.


ID:              et 5820
Page Range:      58:20-58:21

    58:20         Q.    Why, as you view it, is that
    58:21 an important fact?

Page 9

Topol v2.txt

```
ID:              et 5824
Page Range:      58:24-59:13

    58:24              THE WITNESS:  Well, it's
    59: Page 59
    59: 1    important because if the medicine
    59: 2    has a clotting risk in arteries
    59: 3    such that it could induce heart
    59: 4    attacks, strokes or death, the
    59: 5    patients who are most liable to
    59: 6    suffer as a consequence of that
    59: 7    would be patients with preexisting
    59: 8    or known atherosclerotic artery
    59: 9    disease.
    59:10 BY MR. KLINE:
    59:11         Q.    And did this medicine or
    59:12 does this medicine, in your opinion, have
    59:13 such a risk?


ID:              et 5916
Page Range:      59:16-59:23

    59:16              THE WITNESS:  There isn't
    59:17    any question about the medicine's
    59:18    risk in this regard.
    59:19 BY MR. KLINE:
    59:20         Q.    When you say there's no
    59:21 question, sir, can you give us broadly,
    59:22 and then I'll get into details with you
    59:23 later, broadly why you say that?


ID:              et 6002
Page Range:      60:2-60:11

    60: 2              THE WITNESS:  Well, the
    60: 3    medicine's risk, Vioxx's risk, has
    60: 4    been evident since trials
    60: 5    conducted in 1999 and all the way
    60: 6    through the time of withdrawal in
    60: 7    September 30, 2004.
    60: 8 BY MR. KLINE:
    60: 9         Q.    Have there been multiple
    60:10 tests and multiple studies that have, in
    60:11 your opinion, proven that fact?


ID:              et 6014
Page Range:      60:14-60:18

    60:14              THE WITNESS:  There's been
    60:15    replication of untoward
    60:16    significant excess of events of
    60:17    heart attack, death and stroke in
    60:18    multiple trials.  That's right.


ID:              et 6105
Page Range:      61:5-61:13

    61: 5         Q.    I didn't say in the
```
                              Page 10

```
                        Topol v2.txt
61: 6 beginning of this deposition.  You were
61: 7 subpoenaed for this deposition; is that
61: 8 correct, sir?
61: 9          A.    That's correct.
61:10          Q.    And you have not been -- you
61:11 are not serving here as an expert witness
61:12 for any party; is that correct?
61:13          A.    No, I'm not.


ID:            et 6203
Page Range:    62:3-62:22

62: 3          Q.    Now, there was a study
62: 4 called VIGOR; is that correct?
62: 5          A.    Yes.
62: 6          Q.    And you eventually became
62: 7 familiar with this study called VIGOR;
62: 8 correct?
62: 9          A.    Yes.
62:10          Q.    Did you participate in it?
62:11          A.    No, not at all.
62:12          Q.    who did that study?
62:13          A.    This study was done by
62:14 rheumatologists, the doctors looking
62:15 after patients with rheumatoid arthritis.
62:16 It was a large trial by a network of
62:17 rheumatologists and patients, about 8,000
62:18 patients with rheumatoid arthritis.
62:19          Q.    who funded the study?
62:20          A.    Merck.
62:21          Q.    who conducted the study?
62:22          A.    Merck.


ID:            et 6705
Page Range:    67:5-67:15

67: 5                Following our broad outline
67: 6 in the article that you wrote in the
67: 7 Cleveland Clinic Journal of Medicine in
67: 8 December of 2004, you indicate that
67: 9 "VIGOR's strong evidence that rofecoxib"
67:10 -- that's the name for Vioxx?
67:11          A.    Yes.
67:12          Q.    -- "increases the risk of
67:13 MIs," and it came out of that study;
67:14 correct?
67:15          A.    That's right.


ID:            et 6719
Page Range:    67:19-67:22

67:19          Q.    You also say that "The
67:20 incidence of MIs was higher in the
67:21 rofecoxib group than in the naproxen
67:22 group."  Is that correct?


ID:            et 6801-6802
Page Range:    68:1-68:2
```

```
                        Topol v2.txt
68: 1               THE WITNESS:  That's
68: 2          correct.


ID:            et 6824
Page Range:    68:24-69:3

68:24          Q.    What did the VIGOR trial
69: Page 69
69: 1 say?  What did Merck say that the VIGOR
69: 2 trial showed relating to cardiovascular
69: 3 risks?


ID:            et 6906
Page Range:    69:6-70:8

69: 6               THE WITNESS:  Right.  Well,
69: 7          I remember it very well, because
69: 8          the day that that panel had
69: 9          reviewed all the data, and one of
69:10          the panelists was my colleague,
69:11          Dr. Steven Nissen, I read -- I was
69:12          actually at the medical college of
69:13          Georgia, I was a visiting
69:14          professor, I was reading the USA
69:15          Today that morning, and it said
69:16          that this was due to naproxen,
69:17          that the VIGOR problems of heart
69:18          attack was an issue of naproxen
69:19          being beneficial rather than Vioxx
69:20          being detrimental.
69:21               So, I was a little puzzled
69:22          by that, but I didn't think too
69:23          much of it until I got back to
69:24          Cleveland, and the next day met
70: Page 70
70: 1          with Dr. Nissen and Dr. Mukherjee
70: 2          about the FDA proceedings.  And
70: 3          Dr. Nissen explained he didn't
70: 4          think it was just so simple as the
70: 5          naproxen hypothesis, as we later
70: 6          termed it, and we started to drill
70: 7          down on the data and concluded
70: 8          that it was quite concerning.


ID:            et 7013
Page Range:    70:13-72:8

70:13               What did you find was
70:14 concerning about the VIGOR data?
70:15          A.    Yes.  Well, there were
70:16 several things that were particularly
70:17 bothersome.  Number one, that if naproxen
70:18 was protective, it had not ever been
70:19 proven, that is, it didn't -- we didn't
70:20 know for sure it had an aspirin-like
70:21 effect.  And so even if we could give --
70:22 assign naproxen the same magnitude of
70:23 protection as aspirin, that would be at
70:24 maximum a 25 percent reduction in heart
71: Page 71
                        Page 12
```

Topol v2.txt

71: 1 attacks, which has been very carefully
71: 2 studied for aspirin.
71: 3            So, if naproxen was as good
71: 4 as aspirin, that could be 25 percent
71: 5 reduction.  But on the other hand, in
71: 6 VIGOR, we saw a 500 percent, that is, a
71: 7 20-fold increase in heart attacks.  So,
71: 8 the order of magnitude was greatly in
71: 9 excess of anything that aspirin could do.
71:10            Furthermore, the second
71:11 point, in that if you have a randomized
71:12 trial and you have an experimental arm,
71:13 which is a new drug which hasn't been
71:14 studied extensively, still a lot of
71:15 things that need to be discovered about
71:16 it, and you have an anchor drug,
71:17 naproxen, that had been available for 20
71:18 years, and if you then do a comparison
71:19 and you say, there's more than five-fold
71:20 heart attacks and two-fold excess of
71:21 cardiovascular serious events, how could
71:22 you possibly conclude that it was the
71:23 naproxen being beneficial?  The only
71:24 appropriate conclusion from that would be
72: Page 72
72: 1 that there's a problem with the
72: 2 experimental drug Vioxx.
72: 3            And beyond those concerns
72: 4 was that this trial was done in patients
72: 5 with rheumatoid arthritis without heart
72: 6 disease, and so whatever was being seen
72: 7 in the VIGOR trial could be far worse in
72: 8 patients with heart disease.


ID:          et 7213
Page Range:  72:13-72:19

72:13            Q.    Now, what you've described
72:14 to us in the previous answer, is that
72:15 something that -- is that a capsule of
72:16 what you were thinking, you and your
72:17 colleagues were thinking, but you in
72:18 particular, when you saw the VIGOR trial
72:19 published in the New England Journal?


ID:          et 7222
Page Range:  72:22-73:16

72:22            THE WITNESS:  Well, I didn't
72:23            even take notice of the VIGOR
72:24            trial when it was in the New
73: Page 73
73: 1            England Journal.  It wasn't on my
73: 2            radar screen, and it didn't really
73: 3            catch, I believe, the cardiology
73: 4            community, because the heart
73: 5            attack part of that publication
73: 6            was not -- it was not featured, it
73: 7            was the protection from the
73: 8            gastrointestinal side effects that
73: 9            was the main conclusion, but only

Page 13

```
                              Topol v2.txt
     73:10        looked back at that paper after
     73:11        the FDA review of the VIGOR data
     73:12        and also of the celecoxib data.
     73:13        There were two days of FDA
     73:14        reviews.  One day was devoted to
     73:15        Celebrex, and one day was
     73:16        dedicated to Vioxx.


ID:              et 7410
Page Range:      74:10-74:22

     74:10        Q.    And it was after the
     74:11 hearings in '01 where this, would it be
     74:12 fair to say -- I hope there's not an
     74:13 objection -- got on your radar screen?
     74:14        A.    Yes.  It was only after the
     74:15 FDA hearing and Dr. Nissen coming back
     74:16 and Dr. Mukherjee going through the data,
     74:17 getting it all collated and three of us
     74:18 meeting, did this become something of an
     74:19 area of interest.  It certainly was
     74:20 nothing in medicine that I had any
     74:21 interest in.  It wasn't in my field of
     74:22 research up until that point in time.


ID:              et 7503
Page Range:      75:3-75:4

     75: 3        Q.    Was it something that
     75: 4 concerned you?


ID:              et 7507
Page Range:      75:7-75:18

     75: 7              THE WITNESS:  As soon as we
     75: 8        looked at -- well, as soon as I
     75: 9        read about the FDA panel, as I
     75:10        said, that morning, in the
     75:11        newspaper, I was concerned.  But
     75:12        that concern was magnified after
     75:13        starting to review the data with
     75:14        my colleagues at the Cleveland
     75:15        Clinic.
     75:16 BY MR. KLINE:
     75:17        Q.    Okay.
     75:18              Were you alarmed?


ID:              et 7521
Page Range:      75:21-75:22

     75:21              THE WITNESS:  I don't
     75:22        know --


ID:              et 7601
Page Range:      76:1-76:24

     76: 1              THE WITNESS:  -- if I would
     76: 2        use the word "alarmed," but I was
                          Page 14
```

```
                              Topol v2.txt
76: 3          significantly concerned that there
76: 4          was a medicine that was gaining
76: 5          increased wide scale use.  There
76: 6          already was, of course, extensive
76: 7          advertisements and popularity of
76: 8          the medicine, and could something
76: 9          be wrong.  That was a concern.  I
76:10          would say it was a significant
76:11          concern.
76:12 BY MR. KLINE:
76:13          Q.    Okay.
76:14                What did you decide to do?
76:15          A.    So, we decided we would put
76:16 together a manuscript to pull all the
76:17 data that we could together, because
76:18 there had not yet been one, there had not
76:19 yet been a registration in the medical
76:20 literature to the medical community that
76:21 this was potentially a big deal.
76:22          Q.    Is that the kind of thing
76:23 that you do as an independent academic
76:24 physician and scientist?
```

ID:           et 7703
Page Range:   77:3-77:15

```
77: 3                THE WITNESS:  That's an
77: 4          obligation that we have, is to
77: 5          process data that's out there, try
77: 6          to make it available to our
77: 7          colleagues in the medical
77: 8          community, and in the interest of
77: 9          patients and caring for patients
77:10          in the optimal way.  This is the
77:11          sort of thing that is critical.
77:12 BY MR. KLINE:
77:13          Q.    Did you undertake what you
77:14 did with any axe to grind towards Merck
77:15 or towards the drug Vioxx?
```

ID:           et 7718
Page Range:   77:18-78:7

```
77:18                THE WITNESS:  I had
77:19          absolutely no axe to grind.  I had
77:20          an excellent relationship with
77:21          Merck.  I had done clinical trials
77:22          with Merck.  In fact, I had just
77:23          completed a very large trial
77:24          called TARGET of over 6,000
78: Page 78
78: 1          patients published in the New
78: 2          England Journal of Medicine.  And
78: 3          so I actually, for many years,
78: 4          enjoyed a very good relationship
78: 5          with Merck.  So, I do not believe
78: 6          there was any axe to grind
78: 7          whatsoever.
```

ID:           et 7911

```
                              Topol v2.txt
Page Range:        79:11-80:9

    79:11                    Tell me what you did then.
    79:12 I mean, what process did you follow,
    79:13 briefly?
    79:14       A.   Well, we culled all the data
    79:15 together, which did appear in the JAMA.
    79:16 It didn't have much in the way of changes
    79:17 from our initial submission to the actual
    79:18 publication in August.  But the one
    79:19 concern that came up along the way was
    79:20 that the data were different in the New
    79:21 England Journal of Medicine paper
    79:22 published in November 2000 and the FDA
    79:23 database that was available in February
    79:24 2001.
    80: Page 80
    80: 1                    So, at that point, while we
    80: 2 were ready to submit and did submit the
    80: 3 paper to JAMA for consideration, I sent
    80: 4 the paper to Merck, my colleague, Dr.
    80: 5 Laura Demopoulos, who I had worked on
    80: 6 this so-called TARGET trial, to see why
    80: 7 there were discrepancies in the data
    80: 8 between the published paper and the FDA
    80: 9 database.


ID:                et 8014
Page Range:        80:14-81:2

    80:14        Q.   You actually went through
    80:15 the process of getting the information
    80:16 together and then drafting the paper; is
    80:17 that correct?
    80:18        A.   That's correct.
    80:19        Q.   And did the papers represent
    80:20 largely your findings and your
    80:21 conclusions?
    80:22        A.   Yes.
    80:23        Q.   And were those findings and
    80:24 conclusions critical of the VIGOR trial,
    81: Page 81
    81: 1 as well as raising some concerns relating
    81: 2 to the drug Vioxx?


ID:                et 8105
Page Range:        81:5-82:6

    81: 5                    THE WITNESS:  There is no
    81: 6 question they were critical of the
    81: 7 concern about the safety.  But I
    81: 8 think the most important statement
    81: 9 that we made, which appears in the
    81:10 article, was about how there's a
    81:11 mandate to do the appropriate
    81:12 clinical trials which had not been
    81:13 done and wrote, "definitive
    81:14 evidence of such an adverse effect
    81:15 will require a prospective
    81:16 randomized clinical trial."  "It
    81:17 is mandatory to conduct a trial
                              Page 16
```

```
                         Topol v2.txt
    81:18        specifically assessing
    81:19        cardiovascular risk and benefit of
    81:20        these agents.  Until then, we urge
    81:21        caution in prescribing these
    81:22        agents to patients at risk for
    81:23        cardiovascular morbidity."
    81:24 BY MR. KLINE:
    82: Page 82
    82: 1        Q.    Okay.
    82: 2              And I'm going to mark a copy
    82: 3 of your JAMA article as the next exhibit
    82: 4 number.  While it's being marked, let me
    82: 5 save time so we can keep the ball
    82: 6 rolling.  I'll mark it.


ID:            et 8307
Page Range:    83:7-83:13

    83: 7        Q.    Now, along the way, I want
    83: 8 to go through with you a couple of steps
    83: 9 along the way.  I don't want to spend a
    83:10 lot of time on it, but I do want to get
    83:11 the process.  Before you published it,
    83:12 you said to me, and I'm just recapping,
    83:13 that you talked to Dr. Demopoulos?


ID:            et 8316
Page Range:    83:16-85:6

    83:16              THE WITNESS:  Yes.
    83:17 BY MR. KLINE:
    83:18        Q.    You actually -- and I have a
    83:19 copy of this.  You actually sent to her
    83:20 the manuscript; correct?
    83:21        A.    Yes.
    83:22        Q.    In advance?
    83:23        A.    Yes.
    83:24        Q.    And what was the purpose of
    84: Page 84
    84: 1 sending her the manuscript, as you viewed
    84: 2 it?
    84: 3        A.    The main purpose was to
    84: 4 reconcile the differences in data that
    84: 5 had been published in the New England
    84: 6 Journal of Medicine and what was
    84: 7 appearing in the FDA database.  There
    84: 8 were some significant discrepancies.
    84: 9        Q.    The FDA database was made
    84:10 available after the February 2001 hearing
    84:11 to the public; is that correct?
    84:12        A.    That's right.
    84:13        Q.    Posted on the website?
    84:14        A.    Posted on their website.
    84:15        Q.    Available to anyone to see?
    84:16        A.    Absolutely.
    84:17        Q.    And Merck, did you have
    84:18 access to their internal data?
    84:19        A.    No, we did not.
    84:20        Q.    Did you want to get it?
    84:21        A.    Well, that's one of the
    84:22 reasons that I tried to reach out to Dr.
                         Page 17
```

```
                         Topol v2.txt
84:23 Demopoulos.  Since I had worked with her,
84:24 we had a very good relationship in our
85: Page 85
85: 1 other trial that we had done, I know she
85: 2 did not do research in this area of COX-2
85: 3 inhibitors, but I thought she could be
85: 4 helpful to get these concerns about data
85: 5 inconsistencies straightened out.
85: 6        Q.    Was the data forthcoming?
```

ID:                 et 8511
Page Range:         85:11-85:17

```
    85:11              THE WITNESS:  We never
    85:12    received any revisions from anyone
    85:13    from Merck.  That was never sent
    85:14    to us, any suggestions, changes of
    85:15    data.  There was never anything
    85:16    sent back to me or to my
    85:17    colleagues.
```

ID:                 et 8706
Page Range:         87:6-87:11

```
    87: 6        Q.    I'm going to show you an
    87: 7 e-mail.  I will mark it as the next
    87: 8 exhibit number.  I'm going to put it in
    87: 9 the record, it's brief, to save some --
    87:10 you know what, I can put it right in
    87:11 front of you.  Exhibit Number 5.
```

ID:                 et 9005
Page Range:         90:5-90:11

```
    90: 5        Q.    Now, it's a copy of -- I
    90: 6 would like you to identify it, the front
    90: 7 page of it.  There's an e-mail that says
    90: 8 it's from Alise Reicin to Laura
    90: 9 Demopoulos.  It says, "Did this in the
    90:10 middle of the night -- not sure it makes
    90:11 sense."
```

ID:                 et 9021
Page Range:         90:21-90:24

```
    90:21              And it says here, it
    90:22 basically transmits back Alise Reicin's
    90:23 markup, electronic markup of your
    90:24 document.  Are you familiar with it?
```

ID:                 et 9103
Page Range:         91:3-91:14

```
    91: 3              THE WITNESS:  I've never
    91: 4 seen this.
    91: 5 BY MR. KLINE:
    91: 6        Q.    Okay.
    91: 7              I want you to turn to Page
                         Page 18
```

```
                        Topol v2.txt
91: 8 8, sir.  I want to find out if this is
91: 9 something that was ever suggested to you.
91:10                  If you'd look at the front
91:11 page, please, first.  Front page.
91:12          A.    Oh, yes.
91:13          Q.    Sorry.
91:14          A.    Yes.


ID:              et 9121
Page Range:      91:21-91:23

   91:21                 "Selective COX-2 Inhibitors
   91:22 Are Associated with an Increased Risk of
   91:23 Cardiovascular Events."


ID:              et 9210
Page Range:      92:10-92:11

   92:10          Q.    Do you see it?
   92:11          A.    Yes.


ID:              et 9218
Page Range:      92:18-92:24

   92:18          Q.    This is your paper; correct?
   92:19          A.    Yes.  Well, I mean, this was
   92:20 the one that apparently was worked over.
   92:21          Q.    Correct.
   92:22          A.    This is not our paper.
   92:23          Q.    Were you aware of the fact
   92:24 that Merck was working over your paper?


ID:              et 9303
Page Range:      93:3-93:23

   93: 3                 THE WITNESS:  I had no idea
   93: 4          until this very moment.
   93: 5 BY MR. KLINE:
   93: 6          Q.    Look under "Results" on Page
   93: 7 8.  Do you see -- I'd like you to look at
   93: 8 the -- don't look at the underlined
   93: 9 sentence yet.  Look at the last -- the
   93:10 sentence that begins, "The results of the
   93:11 event-free survival analysis on the 66
   93:12 cases showed that the relative risk of
   93:13 developing a cardiovascular event in
   93:14 rofecoxib treatment arm was 2.37"
   93:15 percent.
   93:16                 That's something you
   93:17 eventually told people in your JAMA
   93:18 paper; correct?
   93:19          A.    Yes.
   93:20          Q.    Did you know or did they
   93:21 suggest it directly to you that according
   93:22 to Dr. Reicin, "we prefer to flip the
   93:23 data and say it was reduced on naproxen"?


ID:              et 9402
```

Page 19

```
                         Topol v2.txt
Page Range:    94:2-94:5

   94: 2                THE WITNESS:  It's amazing.
   94: 3        Yes, I see it here, but it's
   94: 4        amazing.  It certainly didn't
   94: 5        appear in our manuscript.


ID:            et 9515
Page Range:    95:15-97:2

   95:15                Q.    Sir, your JAMA article, I
   95:16 think you read to me that your conclusion
   95:17 was to call for a full large-scale study;
   95:18 correct?
   95:19                A.    That's right.
   95:20                Q.    Did you want a primary
   95:21 cardiovascular endpoint study performed?
   95:22                A.    Not only did it need to have
   95:23 cardiovascular endpoints, but it had to
   95:24 have cardiovascular patients.  Patients
   96: Page 96
   96: 1 had been excluded essentially from all of
   96: 2 these studies, and so that was a patient
   96: 3 group that we were most worried about,
   96: 4 because they would have the highest
   96: 5 predisposition to life-threatening
   96: 6 events.
   96: 7                Q.    Why was it important to
   96: 8 study patients who were at high risk for
   96: 9 cardiovascular events when taking the
   96:10 drug Vioxx and COX-2s generally?
   96:11                A.    Well, we already knew that a
   96:12 large proportion of patients who have
   96:13 heart disease have concomitant arthritis.
   96:14 And, in fact, in my practice, the vast
   96:15 majority of patients who have come to see
   96:16 me with heart disease, they also have
   96:17 arthritis.  But there was the Ray paper
   96:18 in Lancet, the Tennessee Medicaid
   96:19 database, there was the other papers that
   96:20 I have referred to where 45, 50 percent
   96:21 or higher percent of patients taking
   96:22 Vioxx or other medicines in this class
   96:23 had established known coronary heart
   96:24 disease.  So, these patients were
   97: Page 97
   97: 1 essentially the highest risk for having a
   97: 2 life-threatening event.


ID:            et 9707
Page Range:    97:7-97:17

   97: 7                Q.    So, did your study, what you
   97: 8 were proposing, was it to study the drug
   97: 9 in those people who were the logical
   97:10 people who were going to take the drug?
   97:11                A.    Yes.  The only way we could
   97:12 get to the answer here, was it safe for
   97:13 people with heart disease who have
   97:14 arthritis to take the medicine, was to do
   97:15 a trial in these particular patients who
                         Page 20
```

```
                         Topol v2.txt
      97:16 had been completely neglected in the
      97:17 development of Vioxx.


ID:                 et 9916
Page Range:         99:16- 100:6

      99:16        Q.     Look at Page 18.
      99:17        A.     Yes.
      99:18        Q.     "Until then," and this ended
      99:19 up in your paper, "we urge caution in
      99:20 prescribing these agents to patients at
      99:21 risk for cardiovascular morbidity."  Your
      99:22 words?
      99:23        A.     That's the words that's here
      99:24 in the paper that are published, yes.
     100: Page 100
     100: 1        Q.     The underlined words are Dr.
     100: 2 Reicin's, according to her e-mail which
     100: 3 she wrote.  Did you see what she said?
     100: 4        A.     Yes.
     100: 5        Q.     "Conclusion needs to be
     100: 6 toned down."


ID:                 et 10118
Page Range:         101:18-101:21

     101:18        Q.     And when she came to see
     101:19 you, sir, did you believe that one of the
     101:20 purposes was to neutralize you and your
     101:21 opinion?


ID:                 et 10203c
Page Range:         102:3-105:2

     102: 3        with that.  I mean, she basically
     102: 4        said that -- I remember the
     102: 5        conversation.  It actually was
     102: 6        supposed to be three people coming
     102: 7        to visit, which was unusual, to
     102: 8        discuss a manuscript, but because
     102: 9        of our prior relationship with
     102:10        Merck and Dr. Demopoulos and Dr.
     102:11        DiBattiste, I had reluctantly
     102:12        agreed to this meeting.  But Dr.
     102:13        DiBattiste didn't show up, it was
     102:14        supposed to be the three of them,
     102:15        and the meeting started out with
     102:16        that we got it wrong, that we
     102:17        would be embarrassed.
     102:18 BY MR. KLINE:
     102:19        Q.     "We" meaning?
     102:20        A.     Dr. Nissen, Dr. Mukherjee
     102:21 and I.
     102:22        Q.     Three physicians at the
     102:23 Cleveland Clinic?
     102:24        A.     Right.
     103: Page 103
     103: 1        Q.     Got it wrong?
     103: 2        A.     Got it wrong, that we would
     103: 3 be embarrassed if we published this
                         Page 21
```

```
                        Topol v2.txt
103: 4 paper.
103: 5          Q.     Her word?
103: 6          A.     That's the word.  The word
103: 7 is "embarrassed."  And I thought that was
103: 8 harsh.  And she came across as kind of
103: 9 arrogant, I thought.  But we talked it
103:10 through, and I explained to her that, you
103:11 know, we don't feel that way at all, and
103:12 we will stand by our data.  We only
103:13 wanted the input on inconsistencies of
103:14 data.  We did not ask to them -- for Dr.
103:15 Reicin or colleagues to opine about our
103:16 perspective.
103:17          But the discussion ended up
103:18 okay.  You know, she came about the
103:19 naproxen hypothesis, which I dismissed as
103:20 the explanation.  She came with the
103:21 rheumatoid arthritis -- that patients
103:22 with rheumatoid arthritis, you know, Dr.
103:23 Topol, have much higher rates of heart
103:24 attack.  And I said, well, that doesn't
104: Page 104
104: 1 explain it, because all the patients had
104: 2 rheumatoid arthritis.  So, if there's a
104: 3 gradient of heart attack, it can't just
104: 4 be from that explanation.
104: 5          She also came with the
104: 6 notion that there were lots of data that
104: 7 we didn't know about, Dr. Nissen, Dr.
104: 8 Mukherjee and I, that was in the Merck
104: 9 files that the FDA had, but we didn't
104:10 have access.  And I said, well, we can't
104:11 comment on data we don't have access to,
104:12 and I'm sorry.
104:13          So, the meeting probably
104:14 went on about an hour-and-a-half.  It
104:15 ended cordially.  And at times she said
104:16 that Merck was considering doing a trial
104:17 in heart patients, and if we had any
104:18 ideas, she welcomed us to forward a
104:19 proposal, protocol, and that seemed to
104:20 be -- I got the sense it was a gesture.
104:21 I didn't really think that Dr. Reicin was
104:22 serious about it, but nonetheless, I
104:23 thought that we probably should at least
104:24 send some type of protocol sketch if they
105: Page 105
105: 1 would like to see what our ideas were for
105: 2 pursuing this question.


ID:            et 10614
Page Range:    106:14-107:12

106:14          Q.     Let me just briefly show you
106:15 another document.  It's a Merck document,
106:16 Exhibit Number 7.
106:17                    -   -   -
106:18                 (Whereupon, Deposition
106:19          Exhibit Topol-7, E-mails, with
106:20          attachment, "Selective COX-2
106:21          Inhibitors are Associated with An
106:22          Increased Risk of Cardiovascular
                        Page 22
```

```
                        Topol v2.txt
106:23          Events," (Mukherjee, et al) draft
106:24          manuscript, MRK-ABA0009661 -
107: Page 107
107: 1          MRK-ABA0009693, was marked for
107: 2          identification.)
107: 3               -  -  -
107: 4 BY MR. KLINE:
107: 5          Q.    Very briefly.  And, again, I
107: 6 don't have the time to have you sit and
107: 7 read the whole thing, but I want you to
107: 8 look at the front page.
107: 9               Apparently the manuscript
107:10 was further worked on internally at
107:11 Merck.  Are you aware of that fact?
107:12          A.    No.


ID:             et 10715
Page Range:     107:15-108:10

107:15               THE WITNESS:  I had no
107:16          knowledge of that.
107:17 BY MR. KLINE:
107:18          Q.    And there's an e-mail from
107:19 Dr. Demopoulos to a number of people,
107:20 including Alise Reicin.  And they took a
107:21 crack at revising it, and if you look at
107:22 the last sentence of the e-mail, "We
107:23 recognize that the revised" transcript
107:24 "does not completely neutralize the
108: Page 108
108: 1 potential negative impact of the
108: 2 publication, but...it is substantially
108: 3 removed from the original.  We" feel
108: 4 "that revising it further to more
108: 5 completely present a Merck perspective
108: 6 might alienate the authors and" thus
108: 7 "jeopardize our opportunity to contribute
108: 8 at all."
108: 9               Did you know that's what was
108:10 going on?


ID:             et 10813
Page Range:     108:13-108:14

108:13               THE WITNESS:  This is
108:14          remarkable.  I didn't know --


ID:             et 10817
Page Range:     108:17-108:18

108:17               THE WITNESS:  -- this was
108:18          going on at all.


ID:             et 10921
Page Range:     109:21-110:6

109:21          Q.    Is part of the academic
109:22 process -- you've worked --
109:23               You've done studies for
                        Page 23
```

Topol v2.txt
109:24 large pharmaceutical companies, Merck?
110: Page 110
110: 1          A.    Yes.
110: 2          Q.    Is part of the process to
110: 3 get the scientific facts in the medical
110: 4 literature, or is the real objective, or
110: 5 is part of the objective to get the,
110: 6 quote, drug company perspective?


ID:              et 11008
Page Range:      110:8-110:20

110: 8               THE WITNESS:  well, you
110: 9 know, I had been trying to have an
110:10 intellectually fulfilling and
110:11 collaborative relationship with
110:12 people at Merck, and that was
110:13 something that I think we enjoyed
110:14 up until this sort of thing, which
110:15 is obviously a departure from
110:16 that, but --
110:17 BY MR. KLINE:
110:18          Q.    Is it --
110:19          A.    -- it's unfortunate.
110:20          Q.    Is it a departure --


ID:              et 11024
Page Range:      110:24-111:4

110:24          Q.    -- from sound academic and
111: Page 111
111: 1 scientific practice to attempt to
111: 2 neutralize papers and try to inject a
111: 3 particular perspective, rather than what
111: 4 is the down the middle truth?


ID:              et 11108
Page Range:      111:8-111:14

111: 8               THE WITNESS:  Yes.  I mean,
111: 9 I think that the role of academic
111:10 medicine is to publish a highly
111:11 objective independent processing
111:12 of data and perspective, and
111:13 anything to try to warp that or
111:14 twist it is unacceptable.


ID:              et 11511
Page Range:      115:11-115:18

115:11          Q.    I'm marking, and those who
115:12 see this will be familiar with this, the
115:13 February 1, 2001 memo of Shari L. Targum
115:14 of the Division of Cardiorenal Drug
115:15 Products at the FDA --
115:16          A.    Yes --
115:17          Q.    -- correct?
115:18          A.    Yes.

Page 24

Topol v2.txt

```
ID:              et 11622
Page Range:      116:22-117:1
```

    116:22        Q.    What are the concerning
    116:23 parts to you that were known and flagged
    116:24 in the Targum report dated February 1,
    117: Page 117
    117: 1 2001?


```
ID:              et 11704
Page Range:      117:4-117:6
```

    117: 4                THE WITNESS:  On Page 5 it
    117: 5 talks about the DSMB, which is the
    117: 6 data and safety monitoring board.


```
ID:              et 11711
Page Range:      117:11-118:5
```

    117:11        Q.    Yes.
    117:12        A.    And the first thing it says
    117:13 is during -- this is at the bottom of the
    117:14 page, the last paragraph, "During the
    117:15 November 18, 1999 meeting, discussion and
    117:16 focus on the 'excess deaths and
    117:17 cardiovascular adverse experiences in
    117:18 group A compared to group B'...In this
    117:19 report, there were 40 and 17 patients
    117:20 that discontinued the study because of
    117:21 cardiovascular adverse events," and then
    117:22 there's a blood pressure.  And it's
    117:23 pretty easy to tell which is group A and
    117:24 group B.
    118: Page 118
    118: 1                This is November 18, 1999.
    118: 2 This is highly concerning, that there's
    118: 3 excess deaths in a trial and the DSMB is
    118: 4 noting in the course of the VIGOR trial.
    118: 5        Q.    You said November 18, 1999?


```
ID:              et 11808
Page Range:      118:8-118:22
```

    118: 8                THE WITNESS:  Yes.  This
    118: 9 would be a time when any concerns
    118:10 about the drug, and, of course,
    118:11 now already the 090 trial, which I
    118:12 presume we'll get into, that
    118:13 already was known in May of 1999.
    118:14                So, now we have the largest
    118:15 trial ever of the drug, and it's
    118:16 causing, in the midst of the
    118:17 trial, excess deaths and serious
    118:18 cardiovascular events.  So, this
    118:19 did not apparently lead to the
    118:20 alert that I would have thought in
    118:21 the course of a large scale trial
    118:22 of 8,000 patients.

Topol v2.txt

```
ID:             et 11902
Page Range:     119:2-119:5

    119: 2          Q.    What are you saying to us?
    119: 3 Are you saying that in the period by the
    119: 4 year 2001 that there were a series of
    119: 5 things that were known to Merck?


ID:             et 11909
Page Range:     119:9-119:19

    119: 9              THE WITNESS:  Well, what's
    119:10 evident here is it calls out the
    119:11 53 versus 29 serious excess deaths
    119:12 in cardiovascular events as early
    119:13 as November of 1999.  In the wake
    119:14 of another trial, they had a 760
    119:15 percent excess of heart attacks.
    119:16 BY MR. KLINE:
    119:17          Q.    What study was the 53
    119:18 deaths, for instance?
    119:19          A.    That's the VIGOR trial.


ID:             et 12023
Page Range:     120:23-121:11

    120:23          Q.    Is what you're saying that
    120:24 the Targum memo, to put it in
    121: Page 121
    121: 1 perspective --
    121: 2              Is what you're saying is
    121: 3 that the VIGOR -- you learned from seeing
    121: 4 this document that the VIGOR data had
    121: 5 been analyzed, as you would expect, going
    121: 6 along at various stages?
    121: 7          A.    Yes.
    121: 8          Q.    And that at various stages,
    121: 9 were there red flags that you can see in
    121:10 this data?
    121:11          A.    Exactly.


ID:             et 12114
Page Range:     121:14-121:22

    121:14              THE WITNESS:  Exactly.  And
    121:15 the point is, is that later we're
    121:16 told that the first time they ever
    121:17 knew about any problem was well
    121:18 into 2000, which couldn't possibly
    121:19 be true.  Someone of the sponsor
    121:20 had to be alerted by this DSMB
    121:21 concern of excess deaths and
    121:22 serious cardiovascular events.


ID:             et 12203
Page Range:     122:3-122:14

    122: 3          Q.    Now, let's talk about VIGOR,
                            Page 26
```

```
                        Topol v2.txt
122: 4 because that was some focus of what you
122: 5 were doing when you retrospectively
122: 6 looked at VIGOR and also a number of
122: 7 other studies including 090.
122: 8          A.    Yes.
122: 9          Q.    Okay.
122:10                You looked at, I think, a
122:11 study called 085, 090, VIGOR.  Any other?
122:12          A.    Those are the principal
122:13 ones.  I think all the studies, but those
122:14 are the ones that we focused on the most.


ID:            et 12417
Page Range:    124:17-125:4

124:17                You looked at the VIGOR
124:18 trial, and you made some determinations
124:19 there; correct?
124:20          A.    That's right.
124:21          Q.    Okay.
124:22                What did you -- I would like
124:23 you to list out sequentially.  If you've
124:24 covered it already, list it so we have it
125: Page 125
125: 1 in a list.
125: 2                What were your major
125: 3 findings as you looked independently back
125: 4 at the VIGOR trial?


ID:            et 12507
Page Range:    125:7-126:6

125: 7                THE WITNESS:  I think the
125: 8                most important finding is
125: 9                summarized in Figure 1 of that
125:10                paper, which comes right from the
125:11                FDA Targum report.  And basically
125:12                what that figure, first time now
125:13                published to the medical
125:14                community, it shows that there's a
125:15                divergence of the heart attack and
125:16                serious event curves.  The event
125:17                curves is Figure 1, whereby
125:18                starting at four to six weeks
125:19                after the start of the medicine,
125:20                Vioxx compared to naproxen, there
125:21                is an over two-fold risk of
125:22                serious events.
125:23 BY MR. KLINE:
125:24          Q.    That Kaplan-Meier curve,
126: Page 126
126: 1 which will be marked -- we don't have to
126: 2 display it right now, but I want to mark
126: 3 it so that it's part of an exhibit to be
126: 4 displayed as part of this transcript.  We
126: 5 will put a number 9 on table -- on Figure
126: 6 1 of the Topol JAMA article.


ID:            et 12623
Page Range:    126:23-127:4
```

Topol v2.txt

126:23        Q.    That Figure 1, which is the
126:24 Kaplan-Meier curve showing the time to
127: Page 127
127: 1 cardiovascular adverse events, the line
127: 2 separated how many days?
127: 3        A.    Between four and six weeks
127: 4 these curves diverge.


ID:              et 12708
Page Range:      127:8-127:10

127: 8        Q.    Is this, by the way,
127: 9 something that has been replicated in
127:10 other studies?


ID:              et 12713
Page Range:      127:13-127:18

127:13             THE WITNESS:  It's been
127:14             replicated in four randomized
127:15             trials.
127:16 BY MR. KLINE:
127:17        Q.    That it separates at an
127:18 early time?


ID:              et 12720
Page Range:      127:20-128:17

127:20             THE WITNESS:  That's right.
127:21 BY MR. KLINE:
127:22        Q.    Okay.
127:23             And what are those studies?
127:24        A.    Study 090, which was a
128: Page 128
128: 1 six-week trial, which had a 760 percent
128: 2 excess within the six weeks.
128: 3        Q.    Yes.
128: 4        A.    The VIGOR trial I just
128: 5 mentioned.
128: 6        Q.    Yes.
128: 7        A.    The ADVANTAGE trial, which
128: 8 was a 12-week trial that showed a
128: 9 significant excess in the 12-week time
128:10 frame.
128:11             And the VICTOR trial, which
128:12 has not yet been published, which is a
128:13 colon cancer trial of 2,300 patients
128:14 coordinated out of Oxford, which has been
128:15 at least commented on by the
128:16 investigators having immediate excess in
128:17 heart attack risk.


ID:              et 12903
Page Range:      129:3-129:7

129: 3             What conclusion have you
129: 4 reached, Dr. Topol, relating to the
129: 5 increased risk of cardiovascular events,
                    Page 28

```
                         Topol v2.txt
    129: 6 heart attacks and strokes relating to
    129: 7 short-term usage of the drug?


ID:              et 12910
Page Range:      129:10-130:3

    129:10              THE WITNESS:  Well, there is
    129:11          -- I should also add the four
    129:12          randomized trials, there's the
    129:13          cumulative analysis by Dr. Juni
    129:14          published in the Lancet which
    129:15          shows no relationship between
    129:16          duration of therapy and heart
    129:17          attack excess.
    129:18              But interestingly, all four
    129:19          of these trials, and the
    129:20          cumulative Juni analysis, was on
    129:21          patients without heart disease.
    129:22          So, the risk of it being immediate
    129:23          and early could actually be much
    129:24          more exaggerated in patients with
    130: Page 130
    130: 1          heart disease.
    130: 2 BY MR. KLINE:
    130: 3          Q.    Any doubt --


ID:              et 13008
Page Range:      130:8-130:13

    130: 8          Q.    -- about it in your mind?
    130: 9          A.    There isn't any question
    130:10 about this.  To see it replicated across
    130:11 four trials in patients who don't even
    130:12 have heart disease is quite an important
    130:13 finding.


ID:              et 13018
Page Range:      130:18-131:5

    130:18          Q.    In this particular
    130:19 Kaplan-Meier curve for the VIGOR trial,
    130:20 that was not published in the New England
    130:21 Journal of Medicine; is that correct?
    130:22          A.    No.  As I mentioned earlier,
    130:23 the New England Journal of Medicine paper
    130:24 featured the gastrointestinal side
    131: Page 131
    131: 1 effects and benefit, but it did not show
    131: 2 in any graphic form, and there are other
    131: 3 irregularities of this paper, but it
    131: 4 certainly did not highlight the heart
    131: 5 attack problems.


ID:              et 13120
Page Range:      131:20-132:2

    131:20              You mentioned already that
    131:21 there was an increased risk of
    131:22 cardiovascular events starting at the
                         Page 29
```

```
                        Topol v2.txt
131:23 six-week period in this study; correct?
131:24        A.    Yes.
132: Page 132
132: 1        Q.    Replicated by other studies
132: 2 we now know later?


ID:           et 13205
Page Range:   132:5-132:22

132: 5              THE WITNESS:  Three other
132: 6        randomized trials.
132: 7 BY MR. KLINE:
132: 8        Q.    Yes.
132: 9        A.    Yes.
132:10        Q.    And by the way, I'm going to
132:11 get to naproxen.  On this naproxen
132:12 theory, has there ever been a randomized
132:13 clinical trial demonstrating that
132:14 naproxen is cardioprotective?
132:15        A.    There is no -- there are no
132:16 data that I am aware of to show that
132:17 naproxen in any randomized trial is
132:18 cardioprotective.
132:19        Q.    Do you think that if there
132:20 were such a study, you would know about
132:21 it?
132:22        A.    I would think so.


ID:           et 13301
Page Range:   133:1-133:4

133: 1        Q.    So, what do you think of
133: 2 this naproxen hypothesis that was put
133: 3 forward by Merck to justify the results
133: 4 in VIGOR?


ID:           et 13307
Page Range:   133:7-133:16

133: 7              THE WITNESS:  It doesn't
133: 8        justify -- I mean, as I mentioned
133: 9        earlier, the problem is you have
133:10        an experimental drug which is not
133:11        fully defined, and you compare it
133:12        to a drug that's been known for 20
133:13        years.  To all of a sudden to
133:14        ascribe some type of magical
133:15        protective effect without any
133:16        basis is not acceptable.


ID:           et 13605
Page Range:   136:5-136:11

136: 5        Q.    Tell me, Dr. Topol, as you
136: 6 wrote it in JAMA and as you believed it
136: 7 then and today, the significance of 090,
136: 8 the study 090.  What was that study?
136: 9 When was it performed?  Just tell me what
136:10 it was and what its significance was to
                        Page 30
```

Topol v2.txt

136:11 you.

ID:              et 13614
Page Range:      136:14-138:10

136:14               THE WITNESS:  To me, that
136:15          study has been overlooked.  It
136:16          has, in many ways, extraordinary
136:17          significance in the clinical
136:18          development of Vioxx.  And the
136:19          reason is is that this study had
136:20          978 patients.  And within the 978
136:21          patients, they were randomly
136:22          assigned, they had the typical
136:23          arthritis, osteoarthritis
136:24          so-called, they were randomly
137: Page 137
137: 1          assigned to Vioxx, a medicine
137: 2          called nabumetone or known as
137: 3          Relafen, which isn't used very
137: 4          much, or placebo.
137: 5               And so what they had were
137: 6          these three arms tested with only
137: 7          12-and-a-half milligrams of Vioxx.
137: 8          So, it's a very low dose of Vioxx
137: 9          relative to these other trials
137:10          that we've been discussing.
137:11 BY MR. KLINE:
137:12          Q.    090 being a 12.5 milligram,
137:13 as opposed to VIGOR, which was 50?
137:14          A.    That's right.
137:15          Q.    Okay.
137:16          A.    And what is so striking
137:17 about this trial is that it has, at the
137:18 end of six weeks of therapy, a
137:19 statistically significant 760 percent
137:20 excess of heart attacks.  Now, it's not
137:21 quite 1,000 patient trial, but certainly
137:22 that can't be minimized.  And the point
137:23 being is that if you see that trial in
137:24 replication with the problems with VIGOR,
138: Page 138
138: 1 you have a very serious problem.
138: 2               But moreover, what is the
138: 3 misleading statements that have been
138: 4 made, is that there have been no trials
138: 5 ever done with Vioxx, before APPROVe,
138: 6 comparing the drug except for naproxen,
138: 7 in which there was a risk.  In fact,
138: 8 there was study 090, which compared to
138: 9 placebo or nabumetone, which showed a
138:10 highly significant excess risk.

ID:              et 13821
Page Range:      138:21-138:24

138:21          Q.    Was there, as you view this
138:22 and as you viewed it back then in 2001, a
138:23 real public health threat out there in
138:24 the form of the drug Vioxx?

Page 31

Topol v2.txt

```
ID:            et 13903
Page Range:    139:3-139:18
```

```
139: 3                THE WITNESS:  Yes.  When we
139: 4        published our article in August
139: 5        2001, there was an accompanying
139: 6        article in the Wall Street
139: 7        Journal, an A1 article, in which I
139: 8        stated just precisely that, that
139: 9        we're staring a public health -- I
139:10        don't know if I used the word
139:11        "disaster," but it was a
139:12        significant word, that this is a
139:13        major public health issue, yes.
139:14 BY MR. KLINE:
139:15        Q.    Why did you state it in
139:16 those blunt terms, sir?
139:17        A.    Because it obviously was a
139:18 public --
```

```
ID:            et 13921
Page Range:    139:21-140:11
```

```
139:21                THE WITNESS:  Here you have
139:22        a possible five-fold increase in
139:23        heart attacks in patients without
139:24        heart disease; you have a drug
140: Page 140
140: 1        that's being given to -- tens of
140: 2        millions of prescriptions,
140: 3        millions of people are taking it,
140: 4        and it could be much worse in
140: 5        patients with heart disease; we've
140: 6        got direct-to-consumer advertising
140: 7        unleashed with the most successful
140: 8        launch of prescription medicines
140: 9        in the history of pharmaceutical
140:10        development; we have a major
140:11        significant jeopardy, yes.
```

```
ID:            et 14105
Page Range:    141:5-141:21
```

```
141: 5                As of August 22, 2001, all
141: 6 you were asking Merck to do was what?
141: 7        A.    To do an appropriate trial,
141: 8 to acknowledge that there may be risks,
141: 9 and that didn't occur, but to also do an
141:10 appropriate trial in patients with heart
141:11 disease.
141:12        Q.    You made a big point in your
141:13 paper about the fact that the trials that
141:14 were done, I think you already told us,
141:15 weren't done in patients who were at risk
141:16 for cardiovascular disease.  Correct so
141:17 far?
141:18        A.    Yes.
141:19        Q.    Those would be the real
141:20 patients you'd have to really worry
141:21 about; correct?
```

Page 32

Topol v2.txt

```
ID:             et 14124
Page Range:     141:24-142:3

    141:24              THE WITNESS:  Exactly.  The
    142: Page 142
    142: 1       patients with heart disease had
    142: 2       been completely excluded from
    142: 3       these trials.


ID:             et 14207
Page Range:     142:7-142:8

    142: 7       Q.    You needed to study them;
    142: 8 correct?


ID:             et 14211
Page Range:     142:11-142:12

    142:11              THE WITNESS:  That's
    142:12       correct.


ID:             et 14316
Page Range:     143:16-143:21

    143:16       Q.    Had anything that is called
    143:17 a prespecified cardiovascular endpoint
    143:18 study, has it ever been done by Merck?
    143:19       A.    It has never been done in my
    143:20 mind to this day.
    143:21       Q.    Did it need to be done?


ID:             et 14324
Page Range:     143:24-144:9

    143:24              THE WITNESS:  Absolutely.
    144: Page 144
    144: 1       And we called for it innumerable
    144: 2       times.
    144: 3 BY MR. KLINE:
    144: 4       Q.    And here's the question.
    144: 5 Why?  And why is that different than what
    144: 6 we've heard -- we hear from Merck that,
    144: 7 well, we studied, and we went back and we
    144: 8 looked at the end points.  Why, sir --
    144: 9 you can tell us, why?


ID:             et 14418
Page Range:     144:18-145:9

    144:18       A.    Yeah.  The main thing is
    144:19 that Merck was saying that they were
    144:20 doing trials to look at cardiovascular
    144:21 endpoints like APPROVe, like VICTOR and a
    144:22 prostate cancer trial.  These were not
    144:23 being done for a cardiovascular endpoint.
    144:24 They were done in patients without heart
```

Page 33

```
                              Topol v2.txt
145: Page 145
145: 1 disease.
145: 2               These were trials being done
145: 3 to extend the indications for the drug to
145: 4 new areas, such as prevention of colon
145: 5 polyps or prevention of prostate cancer.
145: 6 They had nothing to do with assuring
145: 7 safety from a cardiovascular standpoint.
145: 8 That could only be done in trials of
145: 9 patients with heart disease.


ID:              et 14519
Page Range:      145:19-145:20

  145:19        Q.   Did they do what they should
  145:20 have done here?


ID:              et 14523
Page Range:      145:23-146:2

  145:23             THE WITNESS:  They did not
  145:24        do what was needed to be done,
  146: Page 146
  146: 1        which we called for in our JAMA
  146: 2        paper.


ID:              et 15007
Page Range:      150:7-150:7

  150: 7        Q.    Why was --


ID:              et 15011
Page Range:      150:11-150:15

  150:11        Q.    -- as you saw it, the
  150:12 incremental risk of increased risk of
  150:13 heart attacks and strokes so important,
  150:14 and how did it relate to the numbers of
  150:15 people who were taking it?


ID:              et 15018
Page Range:      150:18-151:4

  150:18             THE WITNESS:  Well, if one
  150:19        thinks about the risk here, if
  150:20        it's -- if we use the APPROVe data
  150:21        in colon cancer patients without
  150:22        heart disease, it's 16 per
  150:23        thousand patients, and you can
  150:24        just do the math about -- if you
  151: Page 151
  151: 1        have millions of people, 16 per
  151: 2        thousand having a heart attack,
  151: 3        that's an extraordinary risk for
  151: 4        the population.


ID:              et 16605
```

Topol v2.txt

Page Range:        166:5-166:7

166: 5                      The warnings on this drug,
166: 6 were there adequate warnings on this
166: 7 drug, sir, in the '99 and 2002 labels?


ID:                et 16610
Page Range:        166:10-166:21

166:10          Q.    As to cardiovascular risks?
166:11               THE WITNESS:  In my opinion,
166:12 both the original label and then
166:13 the revision in April 2002 did not
166:14 show adequate safety concerns
166:15 about heart attacks, strokes and
166:16 death that could occur from the
166:17 medicine.  So, it wasn't present
166:18 at all in the first iteration in
166:19 1999, and it certainly was not
166:20 adequately flagged in the 2002
166:21 revision.


ID:                et 17516
Page Range:        175:16-175:23

175:16               We were talking about
175:17 naproxen and this whole thing, its
175:18 cardioprotective effect.  In VIGOR, Merck
175:19 had made the point, as you well know,
175:20 that they had no long-term randomized
175:21 clinical trial to show that naproxen was
175:22 cardioprotective.  We've covered that
175:23 point; correct?


ID:                et 17601
Page Range:        176:1-176:8

176: 1               THE WITNESS:  Yes, yes.
176: 2 BY MR. KLINE:
176: 3          Q.    I'm just putting it in
176: 4 context.
176: 5          A.    No.  There are no data to
176: 6 support in any definitive fashion or
176: 7 meaningful way that naproxen has a
176: 8 cardioprotective effect.


ID:                et 17711
Page Range:        177:11-177:18

177:11          Q.    And, therefore, when you
177:12 were writing here that "lack of
177:13 cardioprotective effect of naproxen,"
177:14 were you saying that there was definitely
177:15 no at all cardioprotective effect, or
177:16 were you saying that a cardioprotective
177:17 effect of naproxen could not explain the
177:18 results in VIGOR?


Page 35

Topol v2.txt

ID:              et 17721
Page Range:      177:21-177:21

    177:21       Q.    Or something else?


ID:              et 17723
Page Range:      177:23-178:4

    177:23             THE WITNESS:  No.  It was
    177:24       the latter.  That if there was a
    178: Page 178
    178: 1       cardioprotective effect, it was
    178: 2       modest at best, and it could not
    178: 3       explain the five-fold increase in
    178: 4       heart attacks in the VIGOR trial.


ID:              et 19704
Page Range:      197:4-197:6

    197: 4       Q.    And you did believe at that
    197: 5       time that the drug needed a black box
    197: 6       warning; correct?


ID:              et 19708
Page Range:      197:8-197:20

    197: 8             THE WITNESS:  Yes.  We're
    197: 9       now in August of 2004 publishing
    197:10       this.
    197:11 BY MR. KLINE:
    197:12       Q.    Yes, sir.
    197:13       A.    And the extraordinary amount
    197:14 of evidence, not just from VIGOR, but
    197:15 from various other trials and studies,
    197:16 was really quite excessive in my opinion,
    197:17 and that's why the black box warning was
    197:18 long overdue in August 2004.
    197:19       Q.    Do you have a sense of when
    197:20 it was due by?


ID:              et 19722
Page Range:      197:22-198:18

    197:22             THE WITNESS:  It could have
    197:23       easily been imposed as of February
    197:24       2001, or if we go back to the Juni
    198: Page 198
    198: 1       analysis in the Lancet, also
    198: 2       published in the Lancet, it could
    198: 3       have been back in year 2000.  So,
    198: 4       somewhere between 2000 and 2001
    198: 5       there was more than adequate
    198: 6       confirmation.
    198: 7             Essentially all you need is
    198: 8       VIGOR and study 090 together, and
    198: 9       I could take you through the Juni
    198:10       analysis in the Lancet, but that
    198:11       basically crosses the line for
    198:12       proven hazard of heart attacks.
                         Page 36

```
                          Topol v2.txt
198:13 BY MR. KLINE:
198:14          Q.    Did you observe any pattern
198:15 of conduct by Merck every time or any
198:16 time an investigator like yourself or
198:17 Juni did a critical analysis and
198:18 questioned the safety of the drug Vioxx?


ID:          et 19820
Page Range:  198:20-199:7

198:20              THE WITNESS:  Each time we
198:21 published a paper or a study was
198:22 also published by other
198:23 investigators questioning the
198:24 safety of Vioxx, there would be
199: Page 199
199: 1 immediately a PR attack on the
199: 2 report.  Merck would refute the
199: 3 findings and/or they would have
199: 4 consultants of theirs refute the
199: 5 findings.  So, there was a
199: 6 published and then anti force that
199: 7 would occur without any question.


ID:          et 20405
Page Range:  204:5-204:12

204: 5          Q.    Now, this was published in
204: 6 the Lancet?
204: 7          A.    Yes, in November of 2004.
204: 8          Q.    So, not only could
204: 9 physicians see it, but Merck could see it
204:10 as well; correct?
204:11          A.    Yes.
204:12          Q.    Okay.


ID:          et 21407
Page Range:  214:7-214:14

214: 7              One thing that Merck said
214: 8 from the APPROVe study was that there was
214: 9 an increased risk after 18 months.  Do
214:10 you recall that claim?
214:11          A.    Yes.
214:12          Q.    How did you see that in the
214:13 context of the full picture of the
214:14 articles?


ID:          et 21416
Page Range:  214:16-216:5

214:16              THE WITNESS:  This was
214:17 another extremely concerning part
214:18 of that dissemination on the day
214:19 of withdrawal, that it took 18
214:20 months for there to be any risk,
214:21 because that's not true.
214:22              In fact, as I reviewed
214:23 earlier in this deposition, there
                          Page 37
```

```
                              Topol v2.txt
214:24            were four trials that showed that
215: Page 215
215: 1            the timeline for that was
215: 2            considerably quicker.  In VIGOR,
215: 3            with four to six weeks, there was
215: 4            separation.  In ADVANTAGE, within
215: 5            12 weeks.  In VICTOR, this was
215: 6            immediate.  And in study 090,
215: 7            within six weeks.
215: 8                And in all of these trials,
215: 9            there were no heart disease
215:10            patients.  So, it could have been
215:11            much worse than -- in the days or
215:12            weeks.  And beyond all that,
215:13            there's the issue of a problem of
215:14            statistical power, that is, you
215:15            have to do a very large trial if
215:16            you're not expecting adequate
215:17            number of events, and so none of
215:18            the trials were adequately powered
215:19            from a time perspective.
215:20                But, given all those things,
215:21            that is, statistical power, lack
215:22            of cardiovascular patients, and
215:23            four randomized trials, in
215:24            addition to the Juni analysis,
216: Page 216
216: 1            there's a pretty strong case that
216: 2            the risk of Vioxx for heart
216: 3            attacks can occur at any time
216: 4            after the initiation of the
216: 5            medicine.


ID:               et 21617
Page Range:       216:17-217:4

216:17            Q.    By that time or by the
216:18 time -- by today, by today there were
216:19 studies done by -- let's see, there was a
216:20 study done by Ray, correct, in Lancet, in
216:21 '02, the Ray study?
216:22            A.    Yes.
216:23            Q.    I'm talking epidemiology
216:24 studies.
217: Page 217
217: 1            A.    There were two Ray studies
217: 2 in the Lancet.
217: 3            Q.    Did that show an increased
217: 4 risk of heart attacks?


ID:               et 21706
Page Range:       217:6-217:11

217: 6                THE WITNESS:  Yes.
217: 7 BY MR. KLINE:
217: 8            Q.    There was a study by Solomon
217: 9 in Circulation in 2004.  I'm talking just
217:10 the epidemiological studies.  Did that
217:11 show an increased risk of heart attacks?
```

```
                     Topol v2.txt
ID:           et 21713
Page Range:   217:13-217:18

  217:13              THE WITNESS:  Yes.
  217:14 BY MR. KLINE:
  217:15       Q.    There was a study by Graham
  217:16 in Lancet in 2005, which we'll get to.
  217:17 Did that show an increased risk of heart
  217:18 attacks?


ID:           et 21720
Page Range:   217:20-218:1

  217:20              THE WITNESS:  Yes.
  217:21 BY MR. KLINE:
  217:22       Q.    There was a study by Kimmel
  217:23 in the Annals of Internal Medicine
  217:24 published, I'm not sure when.  Did that
  218: Page 218
  218: 1 show an increased risk of heart attacks?


ID:           et 21803
Page Range:   218:3-218:7

  218: 3              THE WITNESS:  Yes.
  218: 4 BY MR. KLINE:
  218: 5       Q.    There was a study by
  218: 6 Levesque, L-E-V-E-S-Q-U-E.  Did that show
  218: 7 an increased risk of heart attacks?


ID:           et 21809
Page Range:   218:9-218:9

  218: 9              THE WITNESS:  Yes.


ID:           et 22122
Page Range:   221:22-222:3

  221:22       Q.    All right.
  221:23              Now, my purpose is to go
  221:24 through your criticisms of the VIGOR
  222: Page 222
  222: 1 trial and what you think Merck did that
  222: 2 constitutes scientific misconduct.  Can
  222: 3 you do so, sir?


ID:           et 22209
Page Range:   222:9-223:24

  222: 9              THE WITNESS:  Okay.
  222:10              So, what I cited here in
  222:11 this correspondence is how the
  222:12 article in the New England
  222:13 Journal -- this goes back to what
  222:14 we discussed earlier today, which
  222:15 is when the paper was published in
  222:16 November 2000 as compared to the
  222:17 FDA documents that we have a
                     Page 39
```

```
                           Topol V2.txt
222:18       chance to review in February of
222:19       2001, there was -- there were
222:20       gross discrepancies, which is why
222:21       we had contacted Merck in the
222:22       first place about this manuscript.
222:23              Then, finally, we had the
222:24       ability to work with the New
223: Page 223
223: 1       England Journal of Medicine
223: 2       editors, Dr. Curfman, Dr. Drazen,
223: 3       and to figure out what was going
223: 4       on.
223: 5              Now, as it turns out, in the
223: 6       VIGOR manuscript, in the New
223: 7       England Journal in 2000, in three
223: 8       times in the paper, this is first
223: 9       authored by Bombardier, and three
223:10       times it says that the mortality
223:11       was the same between naproxen and
223:12       Vioxx.  And that was untrue.
223:13              In fact, there was a 46
223:14       percent difference.  There were 22
223:15       deaths in the Vioxx arm versus 15
223:16       deaths in the naproxen arm.  And
223:17       so instead of presenting the
223:18       deaths as they should, the authors
223:19       only used percentages, rounded
223:20       them off, but moreover, they
223:21       asserted strongly in three
223:22       different places that the
223:23       mortality was the same.  So,
223:24       that's issue number one.


ID:          et 22422c
Page Range:  224:22-225:8

224:22       A.    The second issue was the
224:23 false data regarding heart attacks.  So,
224:24 instead of a five-fold increase, which we
225: Page 225
225: 1 know is true at the bare minimum, because
225: 2 there wasn't the right adjudication in
225: 3 this trial as we learned and I reviewed
225: 4 earlier from the Targum report, but now
225: 5 we're talking about that the authors knew
225: 6 the correct number of heart attacks.
225: 7              They could have fixed the
225: 8 galley proofs, and this is told to me by


ID:          et 22522
Page Range:  225:22-227:13

225:22       Q.    And the third?
225:23       A.    The third is, rather than
225:24 report any of the other clotting events,
226: Page 226
226: 1 like strokes, like transient ischemic
226: 2 attacks, like unstable angina, like
226: 3 peripheral arterial thrombosis, like
226: 4 venous thrombosis, like pulmonary
226: 5 embolism, none of these were reported in
                          Page 40
```

Topol v2.txt

226: 6 the New England Journal of Medicine
226: 7 paper.
226: 8            Q.    You also state on the top of
226: 9 a column on Page 2878 of your
226:10 correspondence, which is now marked as
226:11 exhibit --
226:12            MR. HAMELINE:   16.
226:13                 - - -
226:14            (Whereupon, Deposition
226:15       Exhibit Topol-16, "Rofecoxib,
226:16       Merck, and the FDA," (Kim et al),
226:17       N Engl J Med 351;27 December 30,
226:18       2004, 2875 - 2878, was marked for
226:19       identification.)
226:20                 - - -
226:21 BY MR. KLINE:
226:22            Q.    -- 16, thank you.
226:23            You state here, something we
226:24 talked about earlier, which is, "We
227: Page 227
227: 1 indeed" -- top of the second column,
227: 2 2878.
227: 3            "We indeed acknowledged that
227: 4 naproxen may have a cardioprotective
227: 5 effect, but the magnitude of the effect
227: 6 would be unlikely to exceed that of
227: 7 aspirin, at a 25 percent reduction of
227: 8 heart attacks.  Instead, in the VIGOR
227: 9 trial, there was a 500 percent increase
227:10 in heart attacks.  This makes any
227:11 'naproxen hypothesis' of cardioprotection
227:12 mathematically indefensible."  Correct?
227:13 Your words?


ID:           et 22719
Page Range:   227:19-228:11

227:19            THE WITNESS:  I wrote this.
227:20       These are my words, absolutely.
227:21 BY MR. KLINE:
227:22            Q.    And you said in this article
227:23 or this correspondence, putting out there
227:24 for the public, for the medical
228: Page 228
228: 1 community, a little further down, "There
228: 2 were no differences in the rate of
228: 3 perforation (0.1 percent in...rofecoxib
228: 4 and naproxen groups)."
228: 5            Your words, "It is hard to
228: 6 imagine that the small protection from
228: 7 gastric or duodenal ulcers in the VIGOR
228: 8 trial is an acceptable trade-off as
228: 9 compared with twice the incidence of
228:10 death, heart attacks, and strokes."
228:11            Did you write those words?


ID:           et 22813
Page Range:   228:13-228:17

228:13            THE WITNESS:  Yes, I
228:14       certainly did.
                    Page 41

```
                            Topol v2.txt
      228:15 BY MR. KLINE:
      228:16          Q.   And were you doing a
      228:17 risk/benefit analysis there in your mind?


ID:             et 22819
Page Range:     228:19-229:2

      228:19               THE WITNESS:  Yes.
      228:20 BY MR. KLINE:
      228:21          Q.   And were you weighing the
      228:22 risk of pain medication versus the risk
      228:23 of dying from a disease that -- let me
      228:24 start again.
      229: Page 229
      229: 1               Were you weighing the risk
      229: 2 of pain relief versus death?


ID:             et 22904
Page Range:     229:4-229:9

      229: 4               THE WITNESS:  We were
      229: 5 weighing -- I was weighing, when I
      229: 6 wrote that statement, the risk of
      229: 7 heart attacks principally versus
      229: 8 the small protection from
      229: 9 significant stomach complications.


ID:             et 24020c
Page Range:     240:20-240:24

      240:20          Q.   You then cited the Graham
      240:21 study.  Now, I started this deposition by
      240:22 some discussion that you had with David
      240:23 Graham, who was at the FDA; correct?
      240:24          A.   Yes.


ID:             et 27923
Page Range:     279:23-279:23

      279:23               What was the VALOR study?


ID:             et 28002
Page Range:     280:2-281:22

      280: 2               THE WITNESS:  I only learned
      280: 3 about that trial through the New
      280: 4 York Times, but Bryan Myers, the
      280: 5 reporter, called Dr. Bhatt, who
      280: 6 actually had authored a protocol.
      280: 7 That was the one, remember when
      280: 8 Dr. Reicin and Dr. Demopoulos
      280: 9 visited in April of 2001?
      280:10 BY MR. KLINE:
      280:11          Q.   Yes.
      280:12          A.   And she said, well, why
      280:13 don't you send us a protocol?
      280:14          Q.   Yes.
      280:15          A.   So, I spoke to my colleague,
                            Page 42
```

                              Topol v2.txt
280:16 Dr. Bhatt, and just a couple of weeks
280:17 later, around the 2nd of May, we
280:18 submitted a protocol, actually Dr. Bhatt
280:19 did, to Dr. Reicin and Dr. Demopoulos.
280:20          That protocol was testing in
280:21 patients with so-called acute coronary
280:22 syndrome, unstable angina, or heart
280:23 attack, who had abnormal inflammation
280:24 blood protein markers to test a study of
281: Page 281
281: 1 Vioxx versus placebo on top of the other
281: 2 normal medicines.  So, that was a
281: 3 proposal.  It was a mini proposal, but
281: 4 that was sent.
281: 5          And then what we found out
281: 6 later was that there was a trial called
281: 7 VALOR reported in the New York Times, a
281: 8 70-page protocol, had extensive network
281: 9 development, and somewhere along the
281:10 line, the trial that we initially had
281:11 proposed, apparently, didn't get very
281:12 far, we never heard back about that, but
281:13 that trial was, indeed, being planned by
281:14 Merck, and at some point the plug was
281:15 pulled, and that's what that New York
281:16 Times article was about.
281:17          Q.    You proposed to them to do a
281:18 study in the people that were high risk
281:19 patients who had cardiovascular disease
281:20 who were susceptible.  Do I have it
281:21 right?
281:22          A.    Yes.


ID:                et 28306
Page Range:        283:6-283:9

  283: 6          Q.    But it wasn't done?
  283: 7          A.    It wasn't done.
  283: 8          Q.    And it should have been
  283: 9 done?


ID:                et 28312
Page Range:        283:12-283:15

  283:12          Q.    Should it have been done?
  283:13          A.    Any trial to establish the
  283:14 risk in patients with heart disease
  283:15 should have been done.


ID:                et 28409
Page Range:        284:9-284:12

  284: 9          Now, was it an adequate
  284:10 substitute to look at CV events in
  284:11 studies to which the primary endpoint was
  284:12 something else?


ID:                et 28414
Page Range:        284:14-285:6
                              Page 43

Topol v2.txt

```
284:14              THE WITNESS:  It's more the
284:15    population of patients.  It's not
284:16    about patients of population who
284:17    had colon polyps with no heart
284:18    disease.  It's about the
284:19    population of patients who have
284:20    one of the most common diseases of
284:21    American society, which is
284:22    coronary disease, established
284:23    coronary disease.  That's where
284:24    there was a gap, that's where 40
285: Page 285
285: 1    to 50 percent of patients taking
285: 2    the drug of the 20 million
285: 3    estimated had never been studied
285: 4    as to what would happen, would
285: 5    they derive a benefit, or would
285: 6    they incur harm?  Unknown.


ID:             et 29201c
Page Range:     292:1-292:20

292: 1              You mentioned that you had
292: 2    done a study for Merck; correct?
292: 3              A.    With Merck, yes, the TARGET
292: 4    trial, yes.
292: 5              Q.    Yes.
292: 6              And what drug was that, by
292: 7    the way?
292: 8              A.    That was a drug, the
292: 9    commercial name is known as Aggrastat,
292:10    tirofiban.
292:11             Q.    Were you actually paid by
292:12    Merck?
292:13             A.    No.  I was not paid.  I did
292:14    do the trial.
292:15             Q.    Was there funding provided
292:16    to the institution here, the Cleveland
292:17    Clinic, by Merck?
292:18             A.    There was funding to the
292:19    Cleveland Clinic and to the 60 sites that
292:20    participated in the trial, yes.


ID:            Topol Redirect


ID:             Topol_RD_555.15-555.17
Page Range:     555:15-555:17

555:15             Q.    Dr. Topol, nice to see you
555:16    again.
555:17             A.    Yes.


ID:             Topol_RD_555.18-556.04
Page Range:     555:18-556:4

555:18             Q.    And I want to ask you a
555:19    couple of questions that the Merck lawyer
555:20    may not have -- in fact, I know didn't
555:21    ask you.
```

```
                              Topol v2.txt
555:22                First of all, I didn't know
555:23 that he was making a chart of the CV
555:24 event analysis.  Apparently he was
556: Page 556
556: 1 writing numbers.  Do you recall when he
556: 2 was writing numbers and you were
556: 3 disagreeing that those numbers were
556: 4 comparing apples and apples?


ID:             Topol 55606-55611
Page Range:     556:6-556:11


556: 6                THE WITNESS:  Yes.
556: 7 BY MR. KLINE:
556: 8        Q.    Well, no, he was
556: 9 disagreeing, that it was comparing apples
556:10 and apples.  You are saying it was like
556:11 comparing two different fruits?


ID:             Topol 55613-55720
Page Range:     556:13-557:20


556:13                THE WITNESS:  Yes.
556:14 BY MR. KLINE:
556:15        Q.    All right.
556:16              I see here that he prepared
556:17 and marked something called Exhibit 48,
556:18 and what he says here, I'll put it in
556:19 front of us, that in August of '01, JAMA,
556:20 he says Vioxx -- help me with that.
556:21        A.    Nabumetone.
556:22        Q.    -- nabumetone, placebo.
556:23        A.    Right.
556:24        Q.    And he has August, '91,
557: Page 557
557: 1 JAMA, 6, 2, 1?
557: 2        A.    Right.
557: 3        Q.    Vioxx, nabumetone, placebo
557: 4 for October 25th, 7, 1, 1?
557: 5        A.    Those are Dr. Targum's
557: 6 numbers, but the basis of them was
557: 7 uncertain.  So, that's what we were going
557: 8 on, until we could zoom in on each and
557: 9 every patient and figure out whether they
557:10 had a heart attack, a death or a stroke.
557:11        Q.    Understood.
557:12              And then in November 12,
557:13 it's 5, 1, 0?
557:14        A.    That was after the final
557:15 review of each patient's detailed
557:16 clinical history.
557:17        Q.    This is 090; correct?
557:18        A.    That's 090.
557:19        Q.    That study for Merck was
557:20 bad; correct?


ID:             Topol 55722-55807
Page Range:     557:22-558:7


557:22                THE WITNESS:  Well, let's
                              Page 45
```

```
                        Topol v2.txt
557:23        put it this way.  I only learned,
557:24        you know, back in November of '04
558: Page 558
558: 1        that it was finished in 1999.  So,
558: 2        now it's 2005, it's six years
558: 3        later, it hasn't been published,
558: 4        and as far as I know, it's the
558: 5        only significant large trial in
558: 6        nearly 1,000 patients that has not
558: 7        been published in the Vioxx trial.


ID:           Topol 56204-56206
Page Range:   562:4-562:6

562: 4                Do you consider in looking
562: 5 at the Vioxx safety, do you consider
562: 6 yourself to be independent, sir?


ID:           Topol 56208-56218
Page Range:   562:8-562:18

562: 8                THE WITNESS:  I don't know
562: 9        how I could be more independent.
562:10        I certainly wasn't involved in the
562:11        trials, but on the other hand, I'm
562:12        looking at it as a seasoned
562:13        clinical trialist, so, yes, I
562:14        believe I'm an independent viewer.
562:15 BY MR. KLINE:
562:16        Q.   Which of the two studies, if
562:17 they had to pick one, should have been
562:18 published, and why?


ID:           Topol 56220-56318
Page Range:   562:20-563:18

562:20                THE WITNESS:  Well, study
562:21        090 should have been published as
562:22        soon as possible, and that was the
562:23        concern that I registered.  And,
562:24        of course, that was that Mr.
563: Page 563
563: 1        Goldman's e-mail that I first saw,
563: 2        internal FDA, they talked about,
563: 3        should they have done something
563: 4        with that data much earlier.  But
563: 5        that one was the one of concern.
563: 6        And just because there's another
563: 7        trial of similar size and design
563: 8        that doesn't show the problem,
563: 9        doesn't negate, it doesn't make
563:10        you in any way not seriously
563:11        concerned about 090.
563:12 BY MR. KLINE:
563:13        Q.    These data, even looking at
563:14 them the way he compares them, 6 Vioxx to
563:15 3 when you combined nabumetone and
563:16 placebo, or 7 versus 2 or 5 versus 1, are
563:17 any of those numbers, sir, reassuring
563:18 that Vioxx is safe?
                        Page 46
```

Topol v2.txt

ID:                 Topol 56320-56411
Page Range:         563:20-564:11

563:20              THE WITNESS:  They're not at
563:21     all reassuring.  We're running on
563:22     a relatively low event, but they
563:23     are an imbalance of events no
563:24     matter how you look at study 090.
564: Page 564
564: 1     And then in the wake of VIGOR, or,
564: 2     actually, it preceded VIGOR by
564: 3     many months, but when you put the
564: 4     two together, you have a large
564: 5     trial of 8,000 patients, you have
564: 6     a trial of 1,000 patients, which
564: 7     is a respectable number, it's not
564: 8     so small, you see the same problem
564: 9     in both trials, that's when you
564:10     have to make a conclusion that
564:11     there's a significant problem.


ID:                 Topol 58013-58103
Page Range:         580:13-581:3

580:13              Now, let's move right along.
580:14     Let's talk about statistical
580:15 analysis.
580:16              As far as your statistical
580:17 analysis is concerned, did you at all
580:18 times, sir, conduct a statistical
580:19 analysis consistent with good and sound
580:20 scientific practice?
580:21     A.    That's the only way I would
580:22 know how to do, is to do the best we can
580:23 with the data and the statistics and the
580:24 analysis, yes.
581: Page 581
581: 1     Q.    Okay.
581: 2              Was that also Merck's
581: 3 obligation, to do the same thing?


ID:                 Topol 58105-58119
Page Range:         581:5-581:19

581: 5              THE WITNESS:  Any medical
581: 6     research should be done in that
581: 7     way, yes.
581: 8 BY MR. KLINE:
581: 9     Q.    Okay.
581:10              Now, have you had a chance
581:11 now to explain adequately what you wanted
581:12 explained to the jury about the Targum
581:13 memo and what you did in terms of
581:14 drilling down the data and what you were
581:15 after?
581:16     A.    I believe so.
581:17     Q.    Anything else that you think
581:18 has to be covered to get the full import
581:19 of it out?

Page 47

Topol v2.txt

ID:              Topol 58121-58212c
Page Range:      581:21-582:12

    581:21               THE WITNESS:  Well, I mean,
    581:22          I think the other points that Dr.
    581:23          Targum made in her conclusion of
    581:24          her report about the fact that
    582: Page 582
    582: 1          the --
    582: 2 BY MR. KLINE:
    582: 3          Q.    Page?
    582: 4          A.    Page 34, "The sponsor claims
    582: 5 that the difference in heart attacks
    582: 6 between the groups is primarily due to
    582: 7 the anti-platelet effects of naproxen."
    582: 8          Q.    Yes.
    582: 9          A.    I've already discussed that,
    582:10 that that was an untenable conclusion.
    582:11          Q.    Well, wait.  But what does
    582:12 she say?


ID:              Topol 58216-58308
Page Range:      582:16-583:8

    582:16          Q.    Does she say something that
    582:17 disagrees with you?
    582:18          A.    Yes.  She says, "The
    582:19 hypothesis is not supported by any
    582:20 prospective placebo-controlled trials
    582:21 with naproxen."
    582:22          Q.    It's the same thing you told
    582:23 us earlier?
    582:24          A.    That's right.
    583: Page 583
    583: 1          Q.    And she says here, and you
    583: 2 highlighted this next point or put an
    583: 3 asterisk next to it, "The sponsor claims
    583: 4 that the majority of cardiovascular
    583: 5 events in the VIGOR study occurred in
    583: 6 those patients who should have been on
    583: 7 aspirin for cardioprotection."
    583: 8                And what does she say?


ID:              Topol 58310-58321
Page Range:      583:10-583:21

    583:10               THE WITNESS:  Well, this
    583:11          claim has not convinced this
    583:12          medical reviewer, it certainly did
    583:13          not convince me, and so this is
    583:14          not a reasonable conclusion from
    583:15          the data.
    583:16 BY MR. KLINE:
    583:17          Q.    She notes that "The sponsor
    583:18 claims that the patients with rheumatoid
    583:19 arthritis are at increased risk for
    583:20 cardiovascular events."
    583:21                What does she say?

Page 48

Topol v2.txt

ID:                Topol 58323-58409
Page Range:        583:23-584:9

583:23                 THE WITNESS:  Well, there's
583:24         some literature.  She agrees with
584: Page 584
584: 1         it, I agree with it, there's some
584: 2         literature, but it is actually a
584: 3         very modest amount of literature.
584: 4         And actually, the most recent data
584: 5         from 2005, which we didn't have
584: 6         back then, would suggest that
584: 7         there is an increased incidence of
584: 8         heart attacks, but it's not
584: 9         particularly striking.


ID:                Topol 58414-58420
Page Range:        584:14-584:20

584:14             Q.   And does it explain, does
584:15 that point explain the results of VIGOR?
584:16             A.   Not in any way.
584:17             Q.   VIGOR, when combined with
584:18 090, combined now with all the
584:19 epidemiologic studies, where does VIGOR
584:20 fit into the scheme of things?


ID:                Topol 58422-58522
Page Range:        584:22-585:22

584:22                 THE WITNESS:  The VIGOR was
584:23         in many ways the front runner.
584:24         That one is the one that really
585: Page 585
585: 1         predicted what was going to
585: 2         happen, not only in the
585: 3         epidemiologic studies, but, of
585: 4         course, in the subsequent
585: 5         randomized trials.
585: 6                 There was one last point in
585: 7         this report that I think deserves
585: 8         to be underscored, and it says,
585: 9         "The sponsor recommends use of
585:10         low-dose aspirin in conjunction
585:11         with rofecoxib in those at risk
585:12         for cardiovascular events."
585:13                 There are no data whatsoever
585:14         to substantiate that.  Dr. Targum
585:15         agrees with that and, again, we're
585:16         talking about millions of patients
585:17         in the United States and beyond,
585:18         and to recommend taking aspirin
585:19         without having any proof of that,
585:20         without any data, without any
585:21         meaningful trial, is really, I
585:22         believe, unacceptable.


ID:                Topol_RD_597.03-598.03
Page Range:        597:3-598:3

Topol v2.txt

```
597: 3          Q.     They asked you questions
597: 4 about whether you, sir, took Vioxx?
597: 5          A.     Yes.
597: 6          Q.     First of all, did you take
597: 7 Vioxx regularly or did you just take it
597: 8 intermittently?
597: 9          A.     I took it once a week or
597:10 every couple, few weeks.  It was very
597:11 sporadic.  A single dose as needed for
597:12 knee pain.
597:13          Q.     Did you have any special
597:14 circumstances that you thought that you
597:15 could tolerate the risk?
597:16          A.     Well, I mean, I started
597:17 taking it when I was -- in '99, so, that
597:18 was -- I was 45.  I had had an exercise
597:19 stress test.  I had no risk factors for
597:20 coronary disease or heart disease.  I'm
597:21 fit, so, I didn't think that,
597:22 particularly as we learned more about the
597:23 risk profile of the drug, that I was one
597:24 of the people who would, I think, be
598: Page 598
598: 1 worried about the risk of the drug
598: 2 relative to an older person with any risk
598: 3 factors for heart disease.
```

```
ID:              Topol_RD_602.02-602.04
Page Range:      602:2-602:4
```

```
602: 2          Q.     You were asked about this
602: 3 Alastair Wood memo?
602: 4          A.     Yes, yes.
```

```
ID:              Topol 60210-60216
Page Range:      602:10-602:16
```

```
602:10          Q.     There is this Alastair Wood
602:11 thing, and let me just put my hand on
602:12 what I want to point out to you.  You may
602:13 know other stuff.
602:14                 What was the discussion you
602:15 were having with defense counsel about,
602:16 as you understood it?
```

```
ID:              Topol 60218-60320
Page Range:      602:18-603:20
```

```
602:18                 THE WITNESS:  Yeah, I wanted
602:19 to bring out the point that one of
602:20 the highest regarded trialists,
602:21 and in this field in particular,
602:22 Dr. Wood, probably the most
602:23 revered pharmacologist and
602:24 trialists in the country, he
603: Page 603
603: 1 completely agreed and said that --
603: 2 about the fact that we needed a
603: 3 trial and the fact that his
```

```
                              Topol v2.txt
603: 4        statement he had was really quite
603: 5        perfect.
603: 6              Basically he's saying it was
603: 7        unethical not to do a trial, and
603: 8        the statement here, he says, "Such
603: 9        a study would have been undoable
603:10        because of the size and time
603:11        requirements."  This is what Merck
603:12        has been saying.  And "I am
603:13        surprised that gets repeated so
603:14        frequently without challenge from
603:15        the data."  And he basically in
603:16        this back and forth e-mail agrees
603:17        that there's so many patients that
603:18        are getting the therapy today,
603:19        Vioxx, with heart disease, that we
603:20        have to resolve this problem.


ID:           Topol 60322-60401
Page Range:   603:22-604:1

603:22              THE WITNESS:  And it was
603:23        only -- the irony is that it's
603:24        only ethical to do the trial, not
604: Page 604
604: 1        to back off from not doing it.


ID:           Topol 61113-61119
Page Range:   611:13-611:19

611:13        Q.    Next, the Konstam paper.
611:14              You told the Merck lawyer
611:15 that you could review the Konstam paper,
611:16 you didn't get to talk about it.  I have
611:17 it here.  Is there a minute or two way
611:18 through it?
611:19        A.    Yeah.  Well, this --


ID:           Topol 61121-61309
Page Range:   611:21-613:9

611:21              THE WITNESS:  This paper,
611:22        the actual reprint I have, this
611:23        has very significant problems in
611:24        trying to interpret it.  So, for
612: Page 612
612: 1        example, here, study 090, the data
612: 2        are included in this amalgamation
612: 3        --
612: 4              MR. KLINE:  I've marked it
612: 5        as the next exhibit.  Number?
612: 6        What is it?
612: 7              MR. HAMELINE:  52, 52.
612: 8              MR. KLINE:  52.
612: 9              -  -  -
612:10              (Whereupon, Deposition
612:11        Exhibit Topol-52, "Cardiovascular
612:12        Thrombotic Events in Controlled,
612:13        Clinical Trials of Rofecoxib,"
612:14        (Konstam, et al), Circulation
```

Page 51

```
                              Topol v2.txt
612:15       2001;104:r15-r23, was marked for
612:16       identification.)
612:17                       -   -   -
612:18            THE WITNESS:  Yes.  This was
612:19       published shortly after our --
612:20       there's a lot of interesting
612:21       things about this paper.  It was
612:22       received on October 2nd and
612:23       accepted the next day and
612:24       published very rapidly.  But the
613:  Page 613
613: 1       paper includes the trials of Vioxx
613: 2       that were available, and what it
613: 3       does is it never reports the
613: 4       actual individualized data of the
613: 5       trial.
613: 6            So, for example, here's a
613: 7       chance that since Merck hadn't
613: 8       published the data for study 090,
613: 9       why not present it here.
```

ID:              Topol 61313-61314
Page Range:      613:13-613:14

```
613:13       Q.   They're his consultant, he's
613:14 their consultant; right?
```

ID:              Topol 61318-61418
Page Range:      613:18-614:18

```
613:18            THE WITNESS:  All the other
613:19       doctors are Merck employees on the
613:20       paper except for Dr. Konstam, who
613:21       is a consultant.  But the
613:22       important thing is, they don't
613:23       present the individual trial data.
613:24       And this is the thing that's
614:  Page 614
614: 1       grossly overlooked.
614: 2            They present, just as Mr.
614: 3       Goldman reviewed earlier, that
614: 4       1.69 risk, that's 169 percent,
614: 5       comparing Vioxx with naproxen.
614: 6       So, what's striking here is that
614: 7       they show statistical
614: 8       significance, they basically
614: 9       confirm the VIGOR paper, they
614:10       confirm study 090, and they
614:11       basically are then trying to
614:12       conclude that there isn't a
614:13       problem, when it's statistically
614:14       significant, 169 percent excess of
614:15       risk.
614:16 BY MR. KLINE:
614:17       Q.   How do you do that?  How do
614:18 you do tat?
                           .
```

ID:              Topol 61421-61422
Page Range:      614:21-614:22

```
                            Topol v2.txt
614:21           Q.     How do you get to that
614:22 result?


ID:              Topol 61424-61501
Page Range:      614:24-615:1

614:24                   THE WITNESS:  I just can't
615: Page 615
615: 1           imagine.
```

Total Length - 01:16:44