## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX  
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:  
Denise Whittaker, et al v. Merck & Co., Inc.  
(2:05-cv-01257-EEK-DEK)

Judge Fallon  
Mag. Judge Knowles

### NOTICE OF HEARING

Please take notice that the Motion to Transfer will be brought on for hearing on the 28th day of September, 2006, at 10:00 a.m., before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

 

THE PLAINTIFFS,

By_____  
MICHAEL A. STRATTON  
CT 08166  
STRATTON FAXON  
59 ELM STREET  
NEW HAVEN, CT 06510  
TEL: 203-624-9500  
FAX: 203-624-9100  
mstratton@strattonfaxon.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion to Remand and Incorporated Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of September, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz
Rachel Amankulor
Iris Gafni-Kane
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508

Michael A. Stratton