U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  9-19-06
LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
*Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

The following deposition testimony was presented to the jury: on 9-19-06

Videotaped deposition of James Franklin Fries.

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___

ID:         Fries Direct

ID:         Fries 1108
Page Range: 11:8-14:6

```
11: 8       Q.    Could you state your name
11: 9 for the jury, please, Doctor.
11:10       A.    James Franklin Fries.
11:11       Q.    You are a medical doctor,
11:12 correct?
11:13       A.    That's correct.
11:14       Q.    We're here at Stanford
11:15 University to take your deposition today.
11:16 Is this where you're currently employed?
11:17       A.    That's right.
11:18       Q.    And what is your current
11:19 position here?
11:20       A.    I'm a professor of medicine,
11:21 emeritus active.
11:22       Q.    Okay.
11:23             And how long have you been a
11:24 professor of medicine here at Stanford?
12: Page 12
12: 1       A.    At one grade or another, a
12: 2 professor since 1971.
12: 3       Q.    Okay.
12: 4             Do you have a particular
12: 5 specialty?
12: 6       A.    I'm a rheumatologist.  I
12: 7 also do work in clinical epidemiology, in
12: 8 aging research and health public policy
12: 9 and in information technology.
12:10       Q.    Okay.
12:11             In terms of your specialty,
12:12 rheumatology, have you done particular
12:13 research in regards to NSAIDs?
12:14       A.    Yes.  I should probably give
12:15 you a little bit of background because it
12:16 will be important probably for everything
12:17 that happens.
12:18       Q.    Sure.
12:19       A.    30 years ago, about 30 years
12:20 ago, I founded ARAMIS, that's
12:21 A-R-A-M-I-S, the Arthritis, Rheumatism &
12:22 Aging Medical Information System.  And
12:23 we've tracked some 17,000 people in total
12:24 from when we get ahold of them until they
13: Page 13
13: 1 die or just say good-bye to us in another
13: 2 way.  And we follow them for everything
13: 3 that happens to them medically.  We get
13: 4 their clinical information, we go to them
13: 5 with questionnaires about health status
13: 6 each six months.  We collect information
13: 7 at that time on the drugs that they've
13: 8 taken, the disability level that their
```

```
13: 9 arthritis has inflicted on them, the pain
13:10 they have, their use of medical care
13:11 services, the drugs they're taking and
13:12 any side effects that they've had for
13:13 those drugs, whether they're symptoms
13:14 side effects or side effects that cause
13:15 hospitalizations or that cause death.
13:16           We tally these and we write
13:17 papers with regard to the comparative
13:18 toxicity of different drugs.  So, this is
13:19 the first chronic disease databank system
13:20 that has existed.  It's also the longest
13:21 in duration.  There are about 1,000
13:22 papers that have emerged from it on a
13:23 series of different subjects.  Probably
13:24 my guesstimate would be around 20 on the
14: Page 14
14: 1 subject that we're discussing today,
14: 2 which are side effects of the -- side
14: 3 effects assessment in general and side
14: 4 effects of the nonsteroidal
14: 5 anti-inflammatory drugs in particular,
14: 6 so...


ID:         Fries 1704
Page Range: 17:4-17:11

    17: 4       Q.   I'm going to go ahead and
    17: 5 hand you what's been marked as
    17: 6 Plaintiff's Exhibit 1.0176, which is a
    17: 7 copy of the letter on Stanford University
    17: 8 letterhead addressed to Dr. -- or, I'm
    17: 9 sorry, Mr. Ray Gilmartin, and you can
    17:10 feel free to refer to this.
    17:11       A.   Yeah.  Thank you.


ID:         Fries 1803
Page Range: 18:3-18:15

    18: 3       Q.   So, getting back, on October
    18: 4 28, 2000, did you receive a call from Dr.
    18: 5 Sherwood?
    18: 6       A.   Yes.
    18: 7       Q.   Okay.
    18: 8            And at that time, did he
    18: 9 identify himself as being with Merck?
    18:10       A.   Yes, I believe so.
    18:11       Q.   And during that
    18:12 conversation, where did you -- where did
    18:13 you receive the phone call?
    18:14       A.   Well, I received that call
    18:15 at home.


ID:         Fries 1816
```

Page Range: 18:16-18:22

    18:16       Q.    Okay.
    18:17             Had you ever received a call
    18:18 from a pharmaceutical company like that
    18:19 at home before?
    18:20       A.    No.
    18:21       Q.    Did you find that unusual?
    18:22       A.    Yes.


ID:         Fries 1902
Page Range: 19:2-19:23

    19: 2       Q.    Was it during the week or on
    19: 3 a weekend?
    19: 4       A.    It was on a Saturday.
    19: 5       Q.    On a Saturday.  Okay.
    19: 6             What was Dr. Sherwood
    19: 7 calling to discuss with you at that time?
    19: 8       A.    He was concerned that a
    19: 9 doctor, research associate on my staff,
    19:10 Gurkipal Singh, had been giving talks in
    19:11 public which were critical of Merck's
    19:12 Vioxx, and in particular, had emphasized
    19:13 the potential cardiovascular toxicity of
    19:14 Vioxx.
    19:15       Q.    In particular, what was he
    19:16 complaining about, Dr. Sherwood?
    19:17       A.    He believed that the talks
    19:18 in question were unbalanced and that this
    19:19 was something that I, as his immediate
    19:20 supervisor, should know about and take
    19:21 some action.  And he also contacted the
    19:22 chairman of the department and the
    19:23 chairman of our division.


ID:         Fries 2009
Page Range: 20:9-20:12

    20: 9             What did Dr. Sherwood say at
    20:10 that time?  Did he imply to you any
    20:11 consequences if -- or what did he want
    20:12 you to do in regards to Dr. Singh?


ID:         Fries 2018
Page Range: 20:18-20:20

    20:18       A.    Yeah.  He wanted Dr. Singh
    20:19 to stop making the kinds of statements
    20:20 that he had been making --


ID:         Fries 2022
Page Range: 20:22-21:11

```
20:22      A.    -- and he wanted, you know,
20:23 me to assist him in that task.
20:24      Q.    Okay.
21: Page 21
21: 1            And did he indicate to you
21: 2 that there would be any kind of
21: 3 consequences if you didn't or if Dr.
21: 4 Singh did not?
21: 5      A.    Well, he did, and I wrote
21: 6 up, when I was much closer to the time,
21: 7 some of the things that he said, that Dr.
21: 8 Singh would flame out if he didn't change
21: 9 his behavior and that there would be
21:10 consequences for Stanford, and he implied
21:11 that there might be consequences for me.


ID:          Fries 2113
Page Range:  21:13-21:23

21:13            At that time, did you take
21:14 that to mean that Stanford or yourself
21:15 would not be receiving research funds if
21:16 that didn't stop?
21:17      A.    Well, that was never stated.
21:18      Q.    Is that what you --
21:19      A.    And it's always a question,
21:20 sort of an implied thing.  When you say
21:21 how would it be bad for Stanford, I guess
21:22 it would be bad for Stanford if the
21:23 research funding dried up.


ID:          Fries 2212
Page Range:  22:12-23:21

22:12            After that conversation with
22:13 Dr. Sherwood, did you contact Dr. Singh?
22:14      A.    Yes.  I took this the same
22:15 way that I think anybody should who hears
22:16 about it.  You want to determine if it's
22:17 true or not.  And so I did ask Dr. Singh,
22:18 and I told Dr. Sherwood that I would do
22:19 this, that I would ask Dr. Singh what had
22:20 transpired and I would check out.  And if
22:21 there was action that was required, I
22:22 would take the action.  And I did that.
22:23      Q.    When you say you "did that,"
22:24 did you actually review the -- or did you
23: Page 23
23: 1 talk to Dr. Singh specifically about his
23: 2 presentation?
23: 3      A.    I talked with him about the
23: 4 presentation.  He felt that it was a
23: 5 balanced presentation.  That's what he
23: 6 maintained.  And I said, well, can I see
```

```
23: 7 the slides?  And so I looked at the
23: 8 PowerPoint slides that he had.  There
23: 9 were, I don't remember, maybe 30 of them.
23:10 I counted up the ones which were pro --
23:11 much of the talk was on -- much of his
23:12 talks were on GI NSAID safety in general
23:13 not connected with a particular product.
23:14 But there was mention of both the VIGOR
23:15 trial and the CLASS trial and of
23:16 celecoxib and of rofecoxib during that
23:17 talk.  And I counted the slides for
23:18 rofecoxib and for celecoxib, and there
23:19 were the same number, and they were both
23:20 from similar studies and were really
23:21 quite parallel.


ID:           Fries 2409
Page Range: 24:9-25:8

    24: 9         Q.   Did you find the
    24:10 presentation to be balanced?
    24:11         A.   It looked to me to be
    24:12 reasonably balanced.  You can't tell by
    24:13 looking at a set of slides what someone
    24:14 is saying when they have those slides on.
    24:15 So, I went a little bit further and I
    24:16 checked with three people who had been in
    24:17 the audience of the most offending of
    24:18 these, and none of them were particularly
    24:19 offended or thought it particularly
    24:20 unbalanced.
    24:21              So, it was a funny
    24:22 situation, because the data that were of
    24:23 interest were on something that would
    24:24 almost automatically unbalance a balanced
    25: Page 25
    25: 1 presentation, because there was negative
    25: 2 information on one product of different
    25: 3 degrees of certainty, and there wasn't
    25: 4 any balancing information.  So, if you
    25: 5 really were explaining things at that
    25: 6 point, one would tend to probably
    25: 7 overemphasize or emphasize more the Vioxx
    25: 8 data.


ID:           Fries 2622
Page Range: 26:22-27:2

    26:22              When you say the American
    26:23 College of Rheumatology or ACR, when was
    26:24 that?  Was that in November of 2000,
    27: Page 27
    27: 1 approximately?
    27: 2         A.   It must have been, yes.
```

```
ID:        Fries 3405
Page Range: 34:5-34:11

   34: 5                You also reference in these
   34: 6 -- or during that time of the ACR
   34: 7 meeting, did it also come to your
   34: 8 attention that other doctors had
   34: 9 complaints of Merck contacting either
   34:10 themselves or their bosses in an effort
   34:11 to intimidate them?


ID:        Fries 3414
Page Range: 34:14-35:1

   34:14              THE WITNESS:  Yes.  It was
   34:15         kind of at that time that the
   34:16         rumor mill was going, and once
   34:17         people started talking about this,
   34:18         there were other people that had
   34:19         similar experiences.  And they
   34:20         reported them, and a number of
   34:21         them had the same reaction that I
   34:22         did, that this was a way of
   34:23         influencing academic debate, which
   34:24         was not appropriate and could not
   35: Page 35
   35: 1         continue.


ID:        Fries 3520
Page Range: 35:20-36:1

   35:20              Did you actually talk with
   35:21 Dr. Sherwood about these different
   35:22 allegations prior to writing your letter?
   35:23      A.    Yes.  But my recollection is
   35:24 that was a telephone call after the
   36: Page 36
   36: 1 meetings.


ID:        Fries 3603
Page Range: 36:3-36:20

   36: 3              Tell me about that telephone
   36: 4 call.
   36: 5      A.    We'd gone backwards and
   36: 6 forwards and got a connection, and then
   36: 7 we discussed these issues much as they're
   36: 8 laid out there.  I put some quotes in
   36: 9 that letter that were not recorded
   36:10 quotes, but they were ones that I had
   36:11 remembered from the -- from one
   36:12 discussion.
   36:13              One ironic one was that he
```

```
       36:14 had said that the side effects didn't
       36:15 occur at all, they had internal data to
       36:16 indicate that they didn't occur, but that
       36:17 anyway it was only at high doses.  I
       36:18 thought that that was an interesting way
       36:19 to put an affirmation and a denial into
       36:20 the same sentence.


ID:          Fries 3709
Page Range:  37:9-37:17

       37: 9              So, after having the phone
       37:10 conversation on October 28, 2000, seeing
       37:11 Dr. Sherwood at the ACR meeting, seeing
       37:12 the VIGOR posters at the ACR meeting,
       37:13 talking with Dr. Sherwood again on the
       37:14 phone, you then wrote this letter on
       37:15 January -- or sent the letter on January
       37:16 9, 2001, correct?
       37:17       A.    Yes.


ID:          Fries 3719
Page Range:  37:19-38:9

       37:19              And you wrote this letter to
       37:20 Mr. Raymond Gilmartin, correct?
       37:21       A.    Yes.
       37:22       Q.    Had you ever met Mr.
       37:23 Gilmartin before?
       37:24       A.    No.
       38: Page 38
       38: 1       Q.    He is the -- or at the time
       38: 2 was the Chief Executive Officer of Merck,
       38: 3 correct?
       38: 4       A.    Yes.
       38: 5       Q.    Okay.
       38: 6              Had you ever written a
       38: 7 letter to the CEO of a pharmaceutical
       38: 8 company before?
       38: 9       A.    No.


ID:          Fries 3811
Page Range:  38:11-38:14

       38:11              Had you ever written a
       38:12 letter with these kind of allegations in
       38:13 them to a pharmaceutical company before?
       38:14       A.    No.


ID:          Fries 5421
Page Range:  54:21-54:24

       54:21              The contact that you had
```

```
    54:22 from Dr. Sherwood and from Merck in
    54:23 regards to Vioxx, did you feel that was
    54:24 at all appropriate?


ID:            Fries 5503
Page Range: 55:3-55:21

    55: 3               THE WITNESS:  I felt that
    55: 4        belief in the scientific
    55: 5        marketplace where you have freedom
    55: 6        of expression on all sides without
    55: 7        overt intimidation, let alone this
    55: 8        kind of thing, really was a threat
    55: 9        to academic freedom.  And I saw it
    55:10        and phrased my position in terms
    55:11        of the academic freedom issues,
    55:12        not in terms of is it toxic or is
    55:13        it not toxic issues.  That was
    55:14        irrelevant to the question that
    55:15        they would come down on people
    55:16        that said something they didn't
    55:17        like.  And if everybody did that,
    55:18        we would not have a scientific
    55:19        process.  So, I became incensed on
    55:20        academic freedom issues, and that
    55:21        was my real motivating factor.


ID:            Fries 5917
Page Range: 59:17-59:23

    59:17               Let me just very quickly ask
    59:18 you one question backing up.
    59:19               During the conversation of
    59:20 October 28, 2000 with Dr. Sherwood, did
    59:21 he ever tell you that the data that Dr.
    59:22 Singh was relying upon or presented by
    59:23 Dr. Singh was incorrect?


ID:            Fries 6001
Page Range: 60:1-60:2

    60: 1               THE WITNESS:  No, I don't
    60: 2        believe so.


ID:            Fries 6819
Page Range: 68:19-69:15

    68:19               Why did you write Ray
    68:20 Gilmartin a letter?
    68:21        A.    I was concerned with some
    68:22 internal practices at Merck which I felt
    68:23 infringed on academic freedom, and I felt
    68:24 it was not in Merck's interest to
```

```
69: Page 69
69: 1 continue those.  I attempted to make that
69: 2 case to them, and it concerned, in
69: 3 particular, a lot of allegations around
69: 4 the Vioxx drug.
69: 5          Q.   Had you had some
69: 6 interactions with Merck at this point?
69: 7          A.   No.  Prior to the Sherwood
69: 8 call, I had no interactions whatsoever
69: 9 with Merck.
69:10          Q.   Now, by "Sherwood call," are
69:11 you talking about Louis Sherwood?
69:12          A.   Yes.
69:13          Q.   The Merck vice president?
69:14          A.   Yes.  He was vice president
69:15 for medical affairs or some such title.


ID:          Fries 8012
Page Range:  80:12-81:2

    80:12          Q.   Did you go to a lot of care
    80:13 to make sure it was accurate?
    80:14          A.   Yes.
    80:15          Q.   Did you write it and rewrite
    80:16 it and rewrite it?
    80:17          A.   Yes.
    80:18          Q.   How long did it take you to
    80:19 finally get that in final form?
    80:20          A.   Well, we saw a draft a
    80:21 little while ago which was back in
    80:22 November I think, and then it came out on
    80:23 January 9.
    80:24          Q.   About six weeks?
    81: Page 81
    81: 1          A.   So, I'd say six weeks or so,
    81: 2 yes.


ID:          Fries 8109
Page Range:  81:9-82:5

    81: 9          Q.   I want you to focus on that
    81:10 for a minute because I want to ask you,
    81:11 did you get a followup phone call or two
    81:12 from people at Merck after you sent your
    81:13 letter?
    81:14          A.   Yes.
    81:15          Q.   Do you remember anything at
    81:16 all about those conversations and what
    81:17 was said?
    81:18          A.   Yes, a little bit.  One was
    81:19 from a vice president who offered to show
    81:20 me any data that I wanted to see.  That
    81:21 wasn't my major thing.  I knew the data
    81:22 would come out, so, I had other things to
    81:23 do, so, I declined that.
```

```
    81:24          A second one was from Dr.
    82: Page 82
    82: 1 Anstice, and he told the -- of a
    82: 2 four-part plan that Merck had to remedy
    82: 3 the problem and that they were taking
    82: 4 action in terms of changing their
    82: 5 internal operations --
```

ID:        Fries 8209
Page Range: 82:9-83:13

```
    82: 9        Q.    -- first of all, there is a
    82:10 David Anstice who is the head at the time
    82:11 of Merck health, the whole Merck health
    82:12 end.
    82:13        A.    Yes.
    82:14        Q.    He's not actually a doctor,
    82:15 though, so when you say Dr. Anstice, you
    82:16 may have assumed he was a doctor --
    82:17        A.    I may have assumed that --
    82:18        Q.    All right.
    82:19              That's the same David
    82:20 Anstice?
    82:21        A.    It is the same person.
    82:22        Q.    Okay.
    82:23              Now, David Anstice has
    82:24 testified in this case, and David Anstice
    83: Page 83
    83: 1 has said that he was charged with
    83: 2 investigating your letter by Ray
    83: 3 Gilmartin.
    83: 4        A.    Yes.
    83: 5        Q.    Are you aware of that?
    83: 6        A.    Well, Dr. Gilmartin said
    83: 7 that he was going to do that in his
    83: 8 letter to me.
    83: 9        Q.    I don't mean to interrupt
    83:10 you, but you call him Dr. Gilmartin, and
    83:11 I know he's the head of all of Merck, but
    83:12 he wasn't a doctor, either.  He's an
    83:13 M.B.A. from Harvard in the business --
```

ID:        Fries 8316
Page Range: 83:16-83:17

```
    83:16              THE WITNESS:  Yes, I am
    83:17        positive you are correct.
```

ID:        Fries 8901
Page Range: 89:1-89:9

```
    89: 1        Q.    Well, by the way, are you
    89: 2 the Dr. Fries who is behind the longest
    89: 3 running, largest arthritis study there
```

```
    89: 4 is, the ARAMIS study?
    89: 5        A.     Yes.
    89: 6        Q.     How many people in that
    89: 7 study?
    89: 8        A.     In the various data banks,
    89: 9 about 17,000.


ID:          Fries 8912
Page Range: 89:12-89:14

    89:12        Q.     How long has that been going
    89:13 on?
    89:14        A.     30 years.


ID:          Fries 8915
Page Range: 89:15-89:23

    89:15        Q.     30 years.  A lot of those
    89:16 people take naproxen?
    89:17        A.     Yes.
    89:18        Q.     Have you written up any
    89:19 papers or anybody else written up any
    89:20 papers from the largest, longest running
    89:21 study that says naproxen is five times
    89:22 better than aspirin at stopping heart
    89:23 attacks?


ID:          Fries 9001
Page Range: 90:1-92:8

    90: 1               THE WITNESS:  Our research
    90: 2          is not -- the data banks aren't
    90: 3          set to answer that specific
    90: 4          question.  But we have studied the
    90: 5          general overall toxicities, and
    90: 6          certainly nothing jumped out with
    90: 7          regard to cardiovascular events
    90: 8          being protective.  Internally at
    90: 9          what was then Syntex, who had
    90:10          developed naproxen --
    90:11 BY MR. LANIER:
    90:12        Q.     Syntex is a company?
    90:13        A.     Syntex was a company which
    90:14 is now, if I'm correct, it has, in a
    90:15 series of big fish eating littler fish,
    90:16 arrived as a part of Pfizer.
    90:17        Q.     Oh, okay.  All right.
    90:18               So, the company that started
    90:19 naproxen, go ahead.
    90:20        A.     Yes, yes.
    90:21        Q.     What happened with them and
    90:22 naproxen?
    90:23        A.     Well, Syntex.  Well, they
    90:24 were looking for indications of it, and
```

```
91: Page 91
91: 1 one obvious indication was that you could
91: 2 prevent heart attacks, because the then
91: 3 theory of how aspirin prevented heart
91: 4 attacks, which was known, was that it was
91: 5 an action on the platelets.  And the
91: 6 action of the platelets by aspirin is
91: 7 irreversible, so that for the entire life
91: 8 of the platelet, it --
91: 9         Q.     Will never clump.
91:10         A.     -- will never clump.  Okay.
91:11 And naproxen has a similar effect on the
91:12 platelet, but it lasts only while the
91:13 drug is still circulating in the
91:14 bloodstream, not for the life of the
91:15 platelet.  So, it's called reversible
91:16 inhibition of cyclooxygenase in the
91:17 platelets.  Okay.
91:18                But nevertheless, because
91:19 it's longer acting, one could make the
91:20 case that it would prevent heart attacks,
91:21 and so they did a lot of internal
91:22 speculation because it would be a big
91:23 market if they could make the case that
91:24 it prevented heart attacks, and they
92: Page 92
92: 1 never could make that case.  And the
92: 2 studies both before and after, if you
92: 3 take them in the aggregate, indicate that
92: 4 this is not the case.
92: 5         Q.     Naproxen is not the --
92: 6         A.     It does not prevent heart
92: 7 attacks to any degree which is measurable
92: 8 in any studies.


ID:         Fries 9421
Page Range: 94:21-95:10

    94:21         Q.     In fact, when he said --
    94:22 when you specifically told him -- or did
    94:23 you specifically tell him that you had
    94:24 never heard of harassment of
    95: Page 95
    95: 1 investigators through their institutions
    95: 2 before this, what was his response to
    95: 3 you?
    95: 4         A.     Well, it was clear that his
    95: 5 response was that he believed this to be
    95: 6 an appropriate action.  And at the
    95: 7 closing sentence of that telephone
    95: 8 conversation, I said, "Lou, you ought to
    95: 9 be ashamed of yourself," and then hung
    95:10 up.


ID:         Fries Redirect
```

```
ID:           Fries 16813
Page Range: 168:13-168:22

   168:13       Q.   Are you familiar, just in
   168:14 your 40 years of medicine, with the idea
   168:15 of drug companies choosing to neutralize
   168:16 and discredit doctors?
   168:17       A.   I was amazed earlier when we
   168:18 saw something that said somebody was
   168:19 going to control me as part of -- that's
   168:20 hard to do.  So, no, I've never seen
   168:21 anything like this.  This is really
   168:22 unprecedented in my experience.


ID:           Fries 17023
Page Range: 170:23-171:6

   170:23       Q.   You believe in safety first?
   170:24       A.   No.  I believe that you have
   171: Page 171
   171: 1 a balance with pharmaceutical treatments
   171: 2 between the good and the harm that they
   171: 3 do.  Things that do a whole lot of good,
   171: 4 they can do quite a bit of harm.  And you
   171: 5 still would say that on balance, they're
   171: 6 good drugs.  So, it's a balance issue.


Total Length - 00:17:10
```