FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 19 PM 12: 17

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| CHARLES MASON | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:07cv00810 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Expedited Hearing on Motion of Merck & Co., Inc. ("Merck") to Compel the Deposition of Douglas P. Zipes, M.D. or, in the Alternative, to Exclude Him From Testifying at Trial,

IT IS ORDERED that the Motion of Merck & Co., Inc. ("Merck") to Compel the Deposition of Douglas P. Zipes, M.D. or, in the Alternative, to Exclude Him

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___828955v.1
___ Doc. No_____

From Testifying at Trial be brought on for hearing on the 28th day of September, 2006, at $10$ o'clock $a$.m.

        NEW ORLEANS, LOUISIANA, this 18th day of September, 2006.

                                                  _____
                                                         DISTRICT JUDGE