FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 19 PM 12: 16

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| CHARLES MASON | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:07cv00810 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Expedited Hearing on Motion of Merck & Co., Inc. ("Merck") to Compel the Deposition of Dr. Benedict Lucchesi or, in the Alternative, to Exclude Him From Testifying at Trial,

IT IS ORDERED that the Motion of Merck & Co., Inc. ("Merck") to Compel the Deposition of Dr. Benedict Lucchesi or, in the Alternative, to Exclude Him From Testifying at Trial be brought on for hearing on the 28th day of September, 2006, at  10  o'clock a.m.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc.No___

NEW ORLEANS, LOUISIANA, this 18th day of September, 2006.

_____
DISTRICT JUDGE

828955v.1