## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1657** |
| | **SECTION L** |
| **This document relates to:** | **JUDGE FALLON** |
| **VIRGINIA ADCOCK, Individually and Executrix of Estate of EDWARD ADCOCK, Deceased** | **AMENDED PARTIAL VOLUNTARY DISMISSAL BY STIPULATION** |
| **Case No.: 2:05 CV 5753** | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, by and through their designated counsel and pursuant to Fed. R. Civ. Pro. 41(a)(1) that the following actions be and hereby are dismissed without prejudice to the refiling of the actions in federal court: Judy Allen, Jerry Hulker, William Chandler, Orville Haire and William Freimuth. All other Plaintiffs' claims contained in this case are unaffected by this stipulation.

In accordance with Pretrial Order 8B, counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

Respectfully Submitted:

_____/s/ Melanie S. Bailey_____
Janet G. Abaray (OH 0002943)
Melanie S. Bailey (KY 86679)
Burg Simpson Eldredge Hersh & Jardine, P.C.
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600
(513) 852-5611
jabaray@burgsimpson.com
mbailey@burgsimpson.com
*Attorneys for Plaintiffs*

      /s/ Alissa J. Magenheim
Alissa J. Magenheim
O'Connor, Acciani & Levy
220 Kroger Building
1014 Vine Street
Cincinnati, Ohio 45202
Telephone: 513-241-7111
Fax: 513-241-7197
AJM@OAL-law.com
*Attorneys for Plaintiffs*


      /s/ Susan Pope
Frost Brown Todd, LLC
250 West Main Street, Suite 2700
Lexington, KY 40507-1749
(859) 231- 0000
(859) 231-0011 (fax)
*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Partial Voluntary Dismissal by Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of September, 2006.

s/*Melanie S. Bailey*
Melanie S. Bailey
KY-86679
Attorney for Plaintiffs
Burg Simpson Eldredge Hersh & Jardine, P.C
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600
(513) 852-5611 (Fax)
mbailey@burgsimpson.com