UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657 |
| | * |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAGISTRATE JUDGE |
| | *  DANIEL E. KNOWLES, III |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *  *

**THIS DOCUMENT RELATES TO:** *William Ball et al. v. Merck & Co., Inc.,* No. 05-4131 **(Viola Krank Only).**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Viola

Krank be and the same are hereby dismissed without prejudice to re-filing, subject to the

conditions stated in the Stipulation of Partial Dismissal Without Prejudice, each party to bear

their own costs.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____

UNITED STATES DISTRICT JUDGE

4