UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| Grisella López-Magobet, et al. v. Merck & Co., Inc., et als., MDL Docket No. 05-cv-06412 | MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Grisella López-Magobet ("López"), and Defendant, Merck & Co., Inc. (" Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1.   López agrees that in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in the United States District Court; and

2.   López further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re Vioxx Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by López, as though López had been a party and had an opportunity to participate in that discovery.

López agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. Apart from Merck, López agrees that the dismissal without prejudice includes the claims made against the following unserved defendants, to wit: Astra Merck, Inc.; Merck Sharp & Dohme P.R. LTD; Merck Sharp & Dohme Chemical; Merck & Company, Incorporated; Merck de P.R., Inc.; Merck Sharp & Dohme Química de P.R.   There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

**TRONCOSO & SCHELL**
PO Box 9023362
San Juan, PR 00902-3362
Telephone (787) 722-0741
Telefax (787) 724-2563

By: _/s/ Francisco M. Troncoso_
Francisco M. Troncoso
USDC-PR No.120007
ftroncoso@troncosolaw.com

Attorneys for Plaintiffs

**STONE PIGMAN WALTHER WITTMANN LLC**
Phillip A. Whittmann, 13625
~~Anthony M. DiLeo, 4942~~
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
546 Carondelet Street
New Orleans, LA 70130
Telephone (504) 581-3200
Telefax (504) 581-3361

By: _/s/ Dorothy H. Wimberly_
Defendants' Liaison Counsel

**McCONNELL VALDÉS**
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5640
Telefax: (787) 759-2794

By: _/s/ Manuel Moreda Toledo_
Manuel Moreda Toledo
USDC-PR No. 120913
mmt@mcvpr.com

Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel