UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br>Case No. 2:06-CV-00810;<br>CHARLES MASON v.<br>MERCK & CO., INC. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

## **ORDER**

Considering the Joint Stipulation Regarding Deposition Designations,

IT IS ORDERED that where deposition testimony of any non-case-specific witness was designated in *Smith*:

1. For the most part, the parties agree that they will abide by the designations from *Smith* and the Court's rulings therein. Neither side will add designations to the initial *Smith* designations (either in the form of affirmatives or counters) unless they specifically notify the other party of the page and line numbers of such additions, with the exception of Marilyn Krahe's deposition.

2. The parties reserve the right to raise issues and objections with the Court in this case concerning the *Smith* designations.

3. The parties preserve objections made in *Smith* for purposes of appeal.

IT IS FURTHER ORDERED that the parties will adhere to the following schedule for filings and exchanges of material:

1. The Parties agree to file final affirmative deposition designations with the Court on September 21, 2006. These depositions designations will be filed with the Court in a chart identifying the page/line of the designation.

2. Both Parties agree to exchange via email on September 21, 2006 Microsoft Word documents reflecting the page/line designation chart for both case-specific and non-case specific witnesses so that objections may be added.

830801v.1

3. Within two days of September 21, 2006, Defendant Merck will provide Plaintiff Mason electronic deposition designation transcripts in Excel format identical to those filed with the Court in Smith for those non-case-specific witnesses whose testimony Plaintiff Mason designates affirmatively (if such witnesses were designated in Smith).  Defendant Merck will input the rulings from Smith that are available prior to September 21 into the spreadsheet.

4. The Party that designates affirmatively from a non-case-specific deposition is responsible for preparing the Excel spreadsheet for that deponent that will be filed with the Court.  This responsibility includes inputting the opposing Party's objections, any changes to the opposing Party's designations from Smith, and any additional rulings from Smith into the spreadsheet.  Merck will be responsible for the Topol, Graham and Scolnick spreadsheets as well as any other witness Merck affirmatively designates.

5. The Parties agree to file counter designations and objections to designations with the Court on October 2, 2006.  The counter designations will be filed with the Court in a chart identifying the page/line of the designation.  The objections will be filed with the Court in a chart identifying the page/line of the designation and the corresponding objection.

6. The Parties agree to exchange via email on October 2, 2006 Microsoft Word documents reflecting the page/line designation charts for counter designations and objections for both case-specific and non-case specific witnesses so that responses to objections and objections to counter designations may be added.

7. Defendant Merck will provide plaintiff transcripts for all case-specific witnesses on October 4, 2006 with Defendant Merck's objections to plaintiff's affirmative and counter-designations handwritten onto the transcripts.  Plaintiff will write by hand his objections to Defendant Merck's affirmative and counter-designations, as well as any responses to Defendant Merck's objections, onto these case-specific transcripts and return them to Defendant Merck via email on October 6.  Defendant Merck will input any responses to plaintiff's objections and file the transcripts with the Court on October 10.

8. The Parties agree to file objections to counter designations with the Court on October 5, 2006.  These objections will be filed with the Court in a chart identifying the page/line of the designation and the corresponding objection.

9. The Parties agree to exchange via email case-specific and non-case-specific designation transcripts with all designations and objections entered into the Excel spreadsheet or written onto the transcript, as applicable, on October 7, 2006.  Defendant Merck may add responses to Plaintiff's objections prior to filing the transcripts with the Court.

2

3

10. The Parties agree to file final transcript versions of all affirmative designations, counter-designations, objections, and any responses to objections with the Court on October 10, 2006. Each Party is responsible for filing the transcript for the non-case-specific witnesses whose testimony the Party affirmatively designated. Defendant Merck will be responsible for filing the transcripts for all designated case-specific witnesses. The final transcripts will be delivered to the Court in binders that include any cover memos filed by the parties and deposition exhibits cited in both Parties' designations.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE