## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| **Case No. 05-6417** | * | |
| | * | **MAGISTRATE JUDGE** |
| **HECTOR B. RIVERA-RIVERA, et al.** | * | **KNOWLES** |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & CO., INC., et al.** | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Hector B. Rivera-Rivera against defendants

be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject

the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006

_____

DISTRICT JUDGE