# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX®<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to<br><br>CHARLES MASON<br><br>        Plaintiff,<br><br>V.<br><br>MERCK & CO., INC.,<br><br>        Defendant.<br><br>Civil Action No. 2:07cv00810 | § § § § § § § § § § § § § § § § § § § | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**DEFENDANT MERCK & CO.,<br>INC.'S PRELIMINARY LIST OF<br>EXHIBITS FOR TRIAL** |

## MERCK & CO., INC'S PRELIMINARY LIST OF EXHIBITS FOR TRIAL

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby attaches its Exhibit List (Attached as Appendix A).  Defendant reserves the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial or if Plaintiff alters or amends it's Exhibit List.  Defendant also reserves the right to offer at trial any exhibit, or portion thereof, (i) identified by Plaintiff, (ii) for which Plaintiff offers only a portion of said exhibit, (iii) which is identified hereafter through discovery, or (iv) as may be offered consistent with applicable law.  By identifying the exhibits in Appendix A, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument.

Dated:  September  21, 2006                Respectfully submitted,

                                           /s/ Dorothy H. Wimberly
                                           Phillip A. Wittman, 13625
                                           Dorothy H. Wimberly, 18509
                                           STONE PIGMAN WALTHER
                                           WITTMAN L.L.C.
                                           546 Carondelet Street
                                           New Orleans, LA 70130
                                           Phone:  504-581-3200
                                           Fax:     504-581-3361

                                           Defendants' Liaison Counsel
                                           Douglas R. Marvin
                                           M. Elaine Horn
                                           WILLIAMS & CONNOLLY LLP
                                           725 Twelfth Street, N.W.
                                           Washington, D.C. 20005
                                           Phone:  202-434-5000
                                           Fax:     202-434-5029

                                           Philip S. Beck
                                           Tarek Ismail
                                           Shayna S. Cook
                                           BARLIT BECK HERMAN PALENCHAR &
                                           SCOTT LLP
                                           54 W. Hubbard Street, Suite 300
                                           Chicago, IL 60610
                                           Phone:  312-494-4400
                                           Fax:     312-494-4440

                                           ATTORNEYS FOR MERCK & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Defendant Merck & Co., Inc.'s Preliminary List of Exhibits for Trial. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of September, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel