UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE<br>KNOWLES |
| CHARLES L. MASON, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

### MERCK'S PRE-ADMISSIBLE EXHIBIT LISTS

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, hereby submits its Pre-Admissible Exhibit List (Exhibit A) and its Conditional Pre-Admissible Exhibit list (Exhibit B).  Merck's introduction of the exhibits on the conditional list will depend upon the evidence that Plaintiff seeks to offer at trial.

Merck is filing its Exhibit List under separate cover.  The deposition exhibits Merck plans to offer into evidence are included within this Exhibit List, so Merck will not be filing a separate Deposition Exhibit List.

Merck reserves the right to add or withdraw exhibits on the lists included herein.

Dated:  September 21, 2006                              Respectfully submitted,


                                                        /s/ Dorothy H. Wimberly
                                                        Phillip A. Wittmann, 13625
                                                        Dorothy H. Wimberly, 18509
                                                        STONE PIGMAN WALTHER
                                                        WITTMANN L.L.C.
                                                        546 Carondelet Street
                                                        New Orleans, Louisiana  70130
                                                        Phone:  504-581-3200
                                                        Fax:    504-581-3361

                                                        Defendants' Liaison Counsel

                                                        Philip S. Beck
                                                        Tarek Ismail
                                                        Shayna Cook
                                                        BARTLIT BECK HERMAN PALENCHAR
                                                        & SCOTT LLP
                                                        54 West Hubbard Street, Suite 300
                                                        Chicago, Illinois  60610
                                                        Phone:  312-494-4400
                                                        Fax:    312-494-4440

                                                        Brian Currey
                                                        Catalina J. Vergara
                                                        O'MELVENY & MYERS LLP
                                                        400 South Hope Street
                                                        Los Angeles, CA 90071
                                                        Phone:  213-430-6000
                                                        Fax:    213-430-6407

                                                        And

                                                        Douglas Marvin
                                                        WILLIAMS & CONNOLLY LLP
                                                        725 Twelfth Street, N.W.
                                                        Washington, D.C.  20005
                                                        Phone:  202-434-5000
                                                        Fax:    202-434-5029

                                                        Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Pre-Admissible Exhibit Lists have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of September, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel