Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 0002 | 12/16/1994 | MRK-I8940000001 | MRK-I8940001902 | Letter from MRL to FDA re: Original IND: L-748,731 |
| DX 0004 | 3/1/1995 | | | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions |
| DX 0013 | 11/21/1996 | MRK-AAB0024016 | MRK-AAB0024023 | Memorandum from T. Musliner to B. Friedman, et al. |
| DX 0015 | 1/16/1997 | MRK-I8940015949 | MRK-I8940015964 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) |
| DX 0023 | 2/2/1998 | MRK-NJ0066804 | MRK-NJ0066827 | MRL Epidemiology Department Techinical Report No. EPP7006.005.08 |
| DX 0026 | 4/13/1998 | MRK-AAC0019509 | MRK-AAC0019519 | Project Team Meeting Minutes |
| DX 0027 | 5/3/1998 | MRK-AEI0002734 | MRK-AEI0002746 | Programmatic Review -- Vioxx Program |
| DX 0030 | 6/8/1998 | MRK-ABH0014141 | MRK-ABH0014192 | Minutes from May VIOXX project team |
| DX 0031 | 6/22/1998 | MRK-ABI0001204 | MRK-ABI0001204 | Email from Scolnick re: VIOXX strategy |
| DX 0038 | 10/22/1998 | MRK-AAC0041008 | MRK-AAC0041011 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser |
| DX 0040 | 10/26/1998 | MRK-OS420124072 | MRK-OS420124403 | 'E. Clinical Safety' Vioxx Clinical Documentation |
| DX 0043 | 11/23/1998 | MRK-OS420000001 | MRK-OS420166451 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets |
| DX 0050 | 12/16/1998 | MRK-I8940042881 | MRK-I8940042984 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment - New Protocol |
| DX 0058 | 10/24/1997 | MRK-AAA 0800014 | MRK-AAA 0800014 | Catella-Lawson Letter |
| DX 0059 | 3/8/1999 | MRK-AAC0013130 | MRK-AAC0013132 | Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors |
| DX 0060 | 3/8/1999 | MRK-ABC0006396 | MRK-ABC0006404 | Memo to Denis Riendeau, et al. re: 'Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib' |
| DX 0066 | 4/20/1999 | MRK-AFT0002227 | MRK-AFT0002430 | 'NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999' |
| DX 0067 | 5/20/1999 | MRK-LBL0000027 | MRK-LBL0000030 | PI 9183800 - Vioxx label |
| DX 0073 | 5/20/1999 | MRK-99420021411 | MRK-99420021434 | Letter from FDA to MRL re: NDA 21-042 |
| DX 0075 | 12/22/1999 | MRK-AFL0000899 | MRK-AFL0000903 | Memorandum from Weinblatt to Bjorkman et al. re VIGOR |
| DX 0079 | 8/30/1999 | MRK-AAB0029224 | MRK-AAB0029273 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors |
| DX 0080 | 9/1/1999 | MRK-LBL0000031 | MRK-LBL0000034 | PI 9183801 |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 0088 | 10/6/1999 | MRK-99420023355 | MRK-99420023462 | NDA 21-042: VIOXX (rofecoxib tablets) Special Supplement - Changes Being Effected |
| DX 0091 | 10/28/1999 | MRK-99420023527 | MRK-99420023528 | Letter from FDA to MRL re: NDA 21-042/S-003 |
| DX 0114 | 3/22/2000 | MRK-ABH0017550 | MRK-ABH0017551 | E-mail from Reicin to Scolnick et al. |
| DX 0116 | 3/23/2000 | MRK-I8940060171 | MRK-I8940060238 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application |
| DX 0117 | 3/26/2000 | MRK-ABH0017794 | MRK-ABH0017796 | Dear Investigator Letter |
| DX 0119 | 3/27/2000 | MRK-PRL0000114 | MRK-PRL0000115 | Press release re prliminary results of GI outcomes study |
| DX 0125 | 4/21/2000 | MRK-00420003972 | MRK-00420003973 | Fax from FDA to MRL |
| DX 0134 | 5/9/2000 | MRK-ERN0076919 | MRK-ERN0076920 | Memo re: MK-0966 Protocols -078 and -091 |
| DX 0145 | 6/29/2000 | MRK-00420008017 | MRK-00420019547 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) |
| DX 0147 | 7/15/2000 | MRK-ACR0011080 | MRK-ACR0011084 | Email from Scolnick to Greene et al. |
| DX 0148 | 8/3/2000 | MRK-00420021830 | MRK-00420021831 | Letter from FDA to MRL re: NDA 21-042/S-007 |
| DX 0150 | 8/7/2000 | MRK-00420021832 | MRK-00420021835 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) NDA 21-052/S-004 VIOXX (rofecoxib oral suspension) |
| DX 0155 | 10/13/2000 | MRK-00420027869 | MRK-00420027981 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) |
| DX 0157 | 11/27/2000 | MRK-00420028062 | MRK-00420028066 | Fax from FDA to MRL |
| DX 0173 | 1/8/2001 | MRK-I8940064922 | MRK-I8940065038 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information |
| DX 0186 | 2/4/2001 | MRK-ACT0009918 | MRK-ACT0009918 | Email from Harry Guess to Rhodes, Watson, et al. |
| DX 0187 | 2/8/2001 | MRK-AAP0000407 | MRK-AAP0000648 | FDA Advisory Committee Hearing, Transcript |
| DX 0188 | 2/8/2001 | MRK-ABR0000214 | MRK-ABR0000349 | Merck Slide Show Presentation to FDA Advisory Committee |
| DX 0189 | 2/8/2001 | MRK-PRL0000170 | MRK-PRL0000172 | Press Release |
| DX 0196 | 3/2/2001 | MRK-ACD0003158; MRK-N052006109 | MRK-ACD0003185; MRK-ACD0006163 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application |
| DX 0207 | 4/6/2001 | MRK-01420099056 | MRK-01420099059 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 |
| DX 0230 | 7/12/2001 | MRK-01420145843 | MRK-01420154245 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 0244 | 11/7/2001 | MRK-AAD0111414 | MRK-AAD0111414 | Email from E. Scolnick to A. Reicin |
| DX 0272 | 6/1/2002 | MRK-LBL0000067 | MRK-LBL0000070 | PI 9183811 |
| DX 0273 | 4/11/2002 | MRK-LBL0000063 | MRK-LBL0000066 | PI 9183810 |
| DX 0277 | 4/11/2002 | MRK-AAF0005922 | MRK-AAF0005942 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 |
| DX 0285 | 5/22/2002 | MRK-S0420000029 | MRK-S0420000074 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) |
| DX 0288 | 7/22/2002 | MRK-I2690005334 | MRK-I2690005969 | Letter from N. Braunstein to R. Katz re: IND 55,296: MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 |
| DX 0291 | 10/10/2002 | MRK-I8940074879 | MRK-I8940075347 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment |
| DX 0303 | 7/25/2003 | MRK-I8940077717 | MRK-I8940077883 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol |
| DX 0314 | 12/17/2003 | MRK-I2690007514 | MRK-I2690008935 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information |
| DX 0315 | 11/10/2000 | MRK-YNG0061569 | MRK-YNG0061570 | Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting Agenda |
| DX 0319 | 3/22/2004 | MRK-I8940080062 | MRK-I8940080133 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical |
| DX 0321 | 3/26/2004 | MRK-AAF0015434 | MRK-AAF0015436 | Letter from FDA to Merck |
| DX 0324 | 8/19/2004 | MRK-AAF0017139 | MRK-AAF0017168 | Letter from FDA to MRL re: NDA 21-042 |
| DX 0338 | 4/6/2005 | | | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 |
| DX 0339 | 12/20/1999 | MRK-AAX0002759 | MRK-AAX0002759 | Letter from Weinblatt to Reicin |
| DX 0341 | 6/15/2005 | | | FDA Release re: COX-2 and non-selective NSAIDs |
| DX 0350 | 2/25/1997 | MRK-NJ0315838, MRK-NJ0315784 | MRK-NJ0315837 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population |
| DX 0352 | 7/10/1998 | MRK-AEH0009025 | MRK-AEH0009093 | Memo attaching executive summary minutes of VIOXX Project Team Meeting for 6/9/98 |
| DX 0353 | 1/4/2001 | MRK-AFX0019242 | MRK-AFX0019402; MRK-00420029550 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure |
| DX 0356 | 10/30/2000 | OATES 001412 | OATES 001415 | Prostaglandins Consultants Meeting |
| DX 0358 | 6/20/2001 | TOP1PRO0000285 | TOP1PRO0000311 | Email re: COX-2 manuscript |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 0360 | 1/24/2000 | MRK-AAX0002760 | MRK-AAX0002760 | Letter from Weinblatt to Reicin |
| DX 0361 | 2/7/2000 | MRK-AAX0002761 | MRK-AAX0002766 | Letter from Reicin to Weinblatt |
| DX 0362 | 3/2/2000 | MRK-AAX0002768 | MRK-AAX0002850 | Statistical Data Analysis Plan |
| DX 0363 | 4/27/2000 | MRK-ABC0022825 | MRK-ABC0022878 | Board of Advisors -- Alan S. Nies, MD |
| DX 0364 | 2/1/2001 | MRK-ABX0002367 | MRK-ABX0002404 | Targum Memo to Cook re: Review of Cardiovascular Safety Database |
| DX 0368 | 10/20/1997 | MRK-AHR0009546 | MRK-AHR0009546 | Memo re P023 Data |
| DX 0371 | 6/21/2000 | MRK-00420013554 | MRK-00420013669 | CV Events Analysis |
| DX 0372 | 11/19/2001 | MRK-ACI0013233 | MRK-ACI0013246 | Letter from Casola to Abrams re: NDA No. 21-042 VIOXX (rofecoxib) tablets |
| DX 0389 | 1/24/2000 | MRK-AAB-0059566 | MRK-AAB-0059567, MRK-AAB-0033543 | Email chain from Capizzi to Reicin et al., 're: Clean File: VIGOR adjudicated CV events analysis procedures' |
| DX 0409 | 1/24/2000 | MRK-AAB0000518 | MRK-AAB0000518 | Letter from Weinblatt to Reicin |
| DX 0479 | 3/24/2000 | MRK-00420018274 | MRK-00420018279 | Memo to RIBL from D. Watson: Plan for the Adjudication and Analysis of Cardiovascular events in VIGOR (MK-0966 Protocols 088/089) |
| DX 0481 | 00/00/2004 | | | Naproxen label |
| DX 0491 | 7/17/2000 | 2000 NEJM 000028 | 2000 NEJM 000038 | Manuscript No. 00-1401 |
| DX 0940 | 3/15/2000 | MRK-00420014517 | MRK-00420014603 | Statistical Data Analysis Plan - Amendment No. 1 |
| DX 0941 | 4/11/2001 | MRK-AFI0153487 | MRK-AFI0153503 | Email re: market Research Report |
| DX 0945 | 00/00/2006 | | | Vioxx Label |
| DX 0948 | 2/21/1999 | MRK-ABC0006432 | MRK-ABC0006435 | Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary |
| DX 0949 | 10/1/2001 | MRK-AAF0007803 | MRK-AAF0007810 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 |
| DX 0950 | 10/6/2004 | MRK-AHC0008096 | MRK-AHC0008096 | Baron E-mail re APPROVe Safety Paper |
| DX 0951 | 6/6/2005 | MRK-S0420050996 | MRK-S0420053185 | Submission of Protocol 122 CSR |
| DX 0952 | 2/1/2000 | FRI0000023 | FRI0000024 | Letter from Dr. Naides to Dr. Sherwood re faculty appointment of Dr. McMillen at The Pennylvania State University College of Medicine |
| DX 0953 | 6/5/2005 | M007701502 | M007701504 | Newspaper article from The Philadelphia Inquirer entitled, "Threats to Critics of Vioxx Alleged" |
| DX 0954 | 10/20/2000 | MRK-ABO0002861 | MRK-ABO000262 | E-mail from Dr. Harris to Louis Sherwood re comments made by Dr. Singh |
| DX 0955 | 11/9/2000 | FRI0000033 | FRI0000033 | Letter from Dr. Louis Sherwood to Dr. James Fries re ACR Meeting in Philadelphia |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 0956 | 01/00/0000 | FRI0000015 | FRI0000015 | Telephone message re following up on letter to Gilmartin |
| DX 0957 | 7/19/2001 | 2000 NEJM 000317 | 2000 NEJM 000318 | Letter from the Editor of the New England Journal of Medicine declining to print Dr. Hrachovec's letter re the Bombardier article |
| DX 0958 | 6/20/2001 | 2000 NEJM 000320 | 2000 NEJM 000324 | Letter to the NEJM Editor |
| DX 0959 | 5/5/1999 | Public | Public | Division of Gastrointestinal and Coagulation Drug Products - Medical Officer's Consult Review |
| DX 0960 | 4/11/2002 | MRK-AAK0006209 | MRK-AAX0006210 | FDA Approves New Indication and Label Changes for the Arthritis Drug, Vioxx |
| DX 0961 | 3/15/2005 | MRK-S0420051232 | MRK-S0420051330 | APPROVe Trial Cardiovascular Safety Report |
| DX 0962 | 5/20/1999 | MRK-ACD0078494 | MRK-ACD0078517 | Letter re new drug application |
| DX 0966 | | MRK-AAF0017702 | MRK-AAF0017703 | 2253 Form |
| DX 0968 | | MRK-AAR0021300 | MRK-AAR0021304 | Dear Healthcare Provider Letter |
| DX 2001 | 10/29/1990 | Vogeler DDr 00090 | Vogeler DDr 00091 | Vogeler Office Visit |
| DX 2002 | 1/27/1994 | Vogeler DDr 00003 | Vogeler DDr 00004 | Vogeler History and Physical |
| DX 2003 | 7/8/1994 | Vogeler DDr 00231 | Vogeler DDr 00231 | Letter from Dr. Dennis Avner to Dr. Vogeler re C. Mason's consultation for abdominal pain, bloating and diarrhea |
| DX 2004 | 11/21/1996; 1/1/1997 | Vogeler DDr 00007 | Vogeler DDr 00007 | Vogeler Office Visit |
| DX 2005 | 11/23/1996 | Alta View Hosp 00002-00003; 00024; 00027 | | Alta View Hospital, History and Physical |
| DX 2006 | 1/15/1997 | LDS Hosp 00007 | LDS Hosp 000017 | LDS Hospital Intermountain Sleep Disorders Center Questionnaire |
| DX 2007 | 1/15/1997 | LDS Hosp 00054 | LDS Hosp 00056 | Farney Letter to Dr. Vogeler Regarding Sleep Study for C. Mason |
| DX 2008 | 2/28/1997 | LDS Hosp 00024 | LDS Hosp 00026 | Farney Sleep Study evaluating C. Mason for obstructive sleep apnea |
| DX 2009 | 4/10/1997 | LDS Hosp 00057 | LDS Hosp 00059 | Farney Letter to Dr. Vogeler Regarding Sleep Study |
| DX 2010 | 1/9/1998 | Vogeler DDr 00050 | Vogeler DDr 00050 | Lumbar Spine Radiology Report |
| DX 2011 | 01/17/1998; 4/1/1998; 4/13/1998 | Vogeler DDr 00010 | Vogeler DDr 00010 | Olson Office Visit |
| DX 2012 | 4/8/1998 | Vogeler DDr 00012 | Vogeler DDr 00013 | Vogeler History and Physical |
| DX 2013 | 4/8/1998 | Vogeler DDr 00053 | Vogeler DDr 00053 | Lab Results |
| DX 2014 | 5/12/1998 | PPR 00501 | PPR 00501 | Vogeler Office Note |
| DX 2015 | 5/12/1998 | Vogeler DDr 00104 | Vogeler DDr 00104 | Upper Right Leg Cyst Biopsy Results |
| DX 2016 | 5/11/1999 | Vogeler DDr 00020 | Vogeler DDr 00021 | Vogeler History and Physical |
| DX 2017 | 5/11/1999 | SandyFamPract 00022 | SandyFamPract 00023 | Vogeler Office Visit |
| DX 2018 | 6/2/1999 | PPR 00220-00221; PPR 00493 | PPR 00220-00221; PPR 00493 | Cutler Pre-Op History and Physical for Endoscopy |
| DX 2019 | 6/18/1999 | PPR 00501 | PPR 00501 | Vogeler Office Note |
| DX 2020 | 3/28/2000 | Alta View Hosp 00044 | Alta View Hosp 00045 | Alta View Hospital, Preoperative Information |
| DX 2021 | 3/28/2000 | Alta View Hosp 00058 | Alta View Hosp 00059 | Alta View Hospital Patient Information |
| DX 2022 | 10/2000; 8/4/2 | Vogeler DDr 00269 | Vogeler DDr 00269 | Vogeler Office Visit |
| DX 2023 | 4/25/2001 | Vogeler DDr 00270 | Vogeler DDr 00270 | Vogeler Progress Notes |
| DX 2024 | 7/25/2001 | PPR 00248 | PPR 00249 | Olson History and Physical |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 2025 | 8/1/2001 | PPR 00239 | PPR 00239 | Olson Office Visit |
| DX 2027 | 6/21/2002 | SandyFamPract 00105 | SandyFamPract 00105 | Vogeler M.D. Patient Information Sheet |
| DX 2028 | 06/21/2002; 9/10/2002 | Vogeler DDr 00271 | Vogeler DDr 00271 | Olson Office Visit |
| DX 2029 | 9/10/2002 | Vogeler DDr 00027 | Vogeler DDr 00028 | Vogeler History and Physical |
| DX 2030 | 9/10/2002 | Vogeler DDr 00063 | Vogeler DDr 00064 | Quest Diagnostics Lab Results |
| DX 2031 | 9/10/2002 | Vogeler DDr 00066 | Vogeler DDr 00066 | EKG Interpretation |
| DX 2032 | 9/16/2002 | PPR 00238 | PPR 00238 | Vogeler Office Note |
| DX 2033 | 9/17/2002 | Symkoviak 00004; Heart Lung InstUT 00062 | Heart Lung InstUT 00064 | Exercise Stress Test Report |
| DX 2034 | 10/6/2002 | AhlersGMD 0001 | AhlersGMD 0001 | Ahlers Office Note |
| DX 2035 | 7/25/2003 | Alta View Hosp 00067 | Alta View Hosp00068 | Transfer Summary |
| DX 2036 | 7/25/2003 | GoldCrossAmb 00001 | GoldCrossAmb 00001 | Gold Cross Ambulance Patient Assessment |
| DX 2037 | 7/25/2003 | HeartLungInstUT 00095 | HeartLungInstUT 00097 | Intermountain Healthcare Cardiac Catheterization Report |
| DX 2038 | 7/25/2003 | LDS Hosp 00071 | LDS Hosp 00072 | LDS Hospital Emergency Department Record |
| DX 2039 | 7/25/2003 | LDS Hosp 00074 | LDS Hosp 00075 | LDS Hospital History and Physical |
| DX 2040 | 7/25/2003 | LDS Hosp 00080 | LDS Hosp 00080 | Cardiac Rehabilitation Education Note |
| DX 2041 | 7/25/2003 | LDS Hosp 00087 | LDS Hosp 00088 | LDS Hospital Patient History |
| DX 2042 | 7/25/2003 | LDS Hosp 00092 | LDS Hosp 00092 | Diagram of Cath Report |
| DX 2043 | 7/25/2003 | LDS Hosp 00094-00100; 00054-00056; 00094-00095 | | LDS Hospital Cardiac Cath Reports (Edward Ganellan, MD), |
| DX 2044 | 7/25/2003 | | | Compact Disc of Cardiac Catheterization Scan |
| DX 2045 | 7/25/2003 | PPR 00043 | PPR 00044 | LDS Hospital Admission History and Physical |
| DX 2046 | 7/26/2003 | LDS Hosp 00156 | LDS Hosp 00157 | Lab Results |
| DX 2047 | 7/27/2003 | LDS Hosp 00085 | LDS Hosp 00085 | Cardiac Rehabilitation Initial Note |
| DX 2048 | 7/27/2003 | PPR 00196 | PPR 00196 | Discharge Instruction |
| DX 2049 | 8/6/2003 | CottonwoodCR 00008 | CottonwoodCR 00008 | Referral from James Zebrack M.D. Heart Center |
| DX 2050 | 8/6/2003 | CottonwoodCR 00010 | CottonwoodCR 00010 | Initial Assessment Note |
| DX 2051 | 8/6/2003 | CottonwoodCR 00078 | CottonwoodCR 00078 | Cottonwood Hospital Medical Center Cardiac Rehabilitation - Current Medical Information Sheet |
| DX 2052 | 8/6/2003 | CottonwoodCR 00098 | CottonwoodCR 00099 | Patient Health Survey |
| DX 2053 | 8/8/2003 | CottonwoodCR 00013 | CottonwoodCR 00013 | Cardiac/Pulmonary Rehabilitation Report |
| DX 2054 | 8/13/2003 | PPR 00419 | PPR 00420 | Cottonwood Hospital Medical History & Physical (James Quan, M.D.) |
| DX 2055 | 8/13/2003 | PPR 00490; Symkoviak 00008-00013 | Symkoviak 00013 | Cottonwood Hospital Cardiac Catheterization Report (Gary Symkoviak, M.D.) |
| DX 2056 | 8/13/2003 | PPR 00887 | PPR 00887 | Symkoviak Progress Note |
| DX 2057 | 8/13/2003 | | | Compact Disc of Cardiac Catheterization Scan |
| DX 2058 | 8/14/2003 - 10/27/2003 | CottonwoodCR 00015 | CottonwoodCR 00015 | Rehabilitation Note |
| DX 2059 | 8/20/2003 | CottonwoodCR 00019 | CottonwoodCR 00019 | Cardiac/Pulmonary Rehabilitation Report |
| DX 2060 | 8/22/2003 | CottonwoodCR 00020 | CottonwoodCR 00020 | Cardiac/Pulmonary Rehabilitation Report |
| DX 2061 | 8/25/2003 | CottonwoodCR 00021 | CottonwoodCR 00021 | Cardiac/Pulmonary Rehabilitation Report |
| DX 2062 | 8/27/2003 | CottonwoodCR 00023 | CottonwoodCR 00023 | Cardiac/Pulmonary Rehabilitation Report |
| DX 2063 | 8/29/2003 | CottonwoodCR 00025 | CottonwoodCR 00025 | Cardiac/Pulmonary Rehabilitation Report |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 2064 | 9/5/2003 | CottonwoodCR 00110 | CottonwoodCR 00110 | Cardiac/Pulmonary Rehabilitation Report |
| DX 2065 | 9/30/2003 - 11/7/2003 | Vogeler DDr 00029 | Vogeler DDr 00029 | Vogeler Office Note |
| DX 2066 | 10/10/2003 | Symkoviak 00001 | Symkoviak 00003 | Heart & Lung Institute of Utah, Cardiac History and Physical (Mark Keep, M.D.) |
| DX 2067 | 10/22/2003 | SymkoviakG Dr 00014; Heart Lung Inst. 00001-00002; 00007-00023 | | Heart and Lung Institute of Utah, Cardiolite Spect Myocardial Perfusion Scintigraphy Stress Test (Mark Keep, M.D.) |
| DX 2068 | 11/10/2003 | HeartLungInstUT 00067 | HeartLungInstUT 00068 | Lab Results |
| DX 2069 | 11/10/2003 | PPR 00244 | PPR 00245 | Vogeler Office Note |
| DX 2070 | 03/19/2004; 5/14/2004 | PPR 00236 | PPR 00236 | Vogeler Office Visit |
| DX 2071 | 9/17/2004 | Vogeler DDr 00034 | Vogeler DDr 00035 | Douglas Vogeler MD History & Physical |
| DX 2072 | 9/17/2004 | Vogeler DDr 00200 | Vogeler DDr 00201 | Lab Results |
| DX 2073 | 9/20/2004 | Vogeler DDr 00033 | Vogeler DDr 00033 | Vogeler Office Visit (physical) |
| DX 2074 | 04/04/2005; 6/22/2005; 7/5/2005 | Vogeler DDr 00036 | Vogeler DDr 00036 | Vogeler Office Visit |
| DX 2075 | 4/12/2005 | Heart Lung Inst. 00004-00005; 00065-00066 | | Heart & Lung Institute of Utah Cardiology Patient Health Questionairre |
| DX 2076 | 4/12/2005 | Symkoviak 00015 | Symkoviak 00015 | SPECT Myocardial Perfusion Scintigraphy Stress Test (Mark Keep, M.D.) |
| DX 2077 | 6/10/2005 | PPR 00271 | PPR 00271 | Utah Radiology Associates Radiology Report |
| DX 2078 | 6/10/2005 | Vogeler DDr 00236 | Vogeler DDr 00236 | Vogeler Office Note |
| DX 2079 | 8/1/2005 | CottonwoodCR 00034 | CottonwoodCR 00034 | Exercise Therapy Note |
| DX 2080 | 9/30/2005 | AhlersGMD 00006 | AhlersGMD 00007 | Office Visit for Injury to Right Heel |
| DX 2081 | 10/14/2005 | Vogeler DDr 00040 | Vogeler DDr 00041 | Vogeler Office Visit |
| DX 2082 | 10/14/2005 | Vogeler DDr 00079 | Vogeler DDr 00079 | EKG Interpretation |
| DX 2083 | 10/14/2005-6/15/06 | VogelerDDr 00143 | VogelerDDr 00143 | Vogeler Progress Notes |
| DX 2084 | 11/29/2005 | Vogeler DDr 00039 | Vogeler DDr 00039 | Vogeler Office Note - No Show |
| DX 2085 | 8/30/2006 | | | Color photographs of Charles Mason's left-over Vioxx prescription bottle |
| DX 2086 | NO DATE | Vogeler DDr 00218 | Vogeler DDr 00218 | Sandy Family Practice Updated Patient Problem List |
| DX 2087 | NO DATE | | | Sandy Family Pratice Patient Problem List |
| DX 2089 | | | | Douglas Vogeler M.D. Medical Records |
| DX 2090 | | | | Save-On/Albertson Pharmacy Records |
| DX 2091 | | LDSHosp 00001 | LDSHosp 00163 | LDS Hospital Records for Charles Mason |
| DX 2092 | | | | Death Certificate for Reta Mason Hurley |
| DX 2093 | | MAS-BOT-001 | MAS-BOT-007 | Copies of Charles Mason's left-over Vioxx prescription bottles produced by Plaintiff |
| DX 2094 | 2/17/2006 | | | Plaintiff's Original Complaint |
| DX 2095 | 2/24/2006 | Pl Profile Form 00001 | Pl Profile Form 00017 | Plaintiff Profile Form |
| DX 2096 | 4/13/2006 | SuppPlProForm-00001 | SuppPlProForm-00002 | Plaintiff's Supplemental Profile Form |
| DX 2097 | 4/18/2006 | First Am Pl Profile 00001 | First Am Pl Profile 00011 | Plaintiff's First Amended and Supplemental Plaintiff Profile Form |
| DX 2098 | 6/15/2006 | | | Plaintiff Charles Mason's Responses and Objections to Merck & Co., Inc.'s First Set of Interrogatories |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 2099 | 6/15/2006 | | | Plaintiff's Charles Mason's Responses and Objections to Merck & Co., Inc.'s First Set of Requests for Production |
| DX 2100 | 7/10/2006 | | | Plaintiff Charles Mason's Supplemental Responses and Objections to Merck & Co., Inc.'s First Set of Interrogatories |
| DX 2101 | | | | Ganellen CV |
| DX 2102 | 6/30/2006 | | | Grove CV |
| DX 2103 | 5/4/2004 | | | Keep CV |
| DX 2104 | 5/00/2003 | | | Madsen CV |
| DX 2117 | 3/22/2000 | MRK-AKT 4162144 | MRK-AKT 4162152 | PIR to Olson re: dose-response effect for Vioxx |
| DX 2119 | 11/19/2001 | MRK-AKT 0025045 | MRK-AKT 0025056 | PIR to Olson-Fields re: cardiovascular effects of Vioxx |
| DX 2122 | 9/30/2004 | MRK-P 0011253 | MRK-P 0011259 | DHCP Letter re: Withdrawal (sent to Olson & Vogeler) |
| DX 2126 | 09/11/2002 - 6/23/2003 | Albertson 00016; PPR 00294 | | Sav-On (Alberston) Pharmacy Record; Vioxx Prescription; Vioxx 25 mg (30 quantity) filled; ordered by Karen Olson FNP |
| DX 2127 | 9/11/02 - forward | Albertson 00005 | Albertson 00006 | Albertson Pharmacy Record showing Vioxx prescriptions |
| DX 2222 | | | | 2005 PDR label for Celebrex |
| DX 2223 | 7/1/2005 | | | 2005 Celebrex Package Insert |
| DX 2224 | | | | Information card, Cross Section of Artery with Athero. National Cholesterol Education Program |
| DX 2225 | | | | American College of Sports Medicine, Guidelines for Exercise Testing and Prescription, 6th Edition |
| DX 2228 | | | | American Heart Association brochure, "Controlling Your Risk Factors" |
| DX 2229 | | | | Predicted METS Table |
| DX 2230 | | AhlersGMD-00001 | AhlersGMD-0010 | Gordon Ahlers, M.D. Records for Charles Mason |
| DX 2231 | | Albertson-00001 | Albertson-00001-00023 | Albertsons Records for Charles Mason |
| DX 2232 | | AltaViewHosp-00001 | AltaViewHosp-00086 | Alta View Hospital Records for Charles Mason |
| DX 2233 | | AltaViewHospRad-00001 | AltaViewHospRad-00004 | Alta View Hospital Radioloy Records for Charles Mason |
| DX 2234 | | AncillaryCareMR-0001 | AncillaryCareMR-0003 | Ancillary Care Patient Billing Records for Charles Mason |
| DX 2235 | | AsscCommerCorp-00001 | AsscCommerCorp-00171 | Associate Commercial Corp. Records for Charles Mason |
| DX 2236 | | AvnerDennisMD-00001 | AvnerDennisMD-00003 | Dennis Avner, M.D. Records for Charles Mason |
| DX 2237 | | BBBDentistry-00019 | BBBDentistry-00001 | BBB Dentistry Records for Charles Mason |
| DX 2238 | | BlackRDDS-00001 | BlackRDDS-00003 | Randy Black, DDS, Records for Charles Mason |
| DX 2239 | | BryantDrRobert-00001 | BryantDrRobert-00005 | Dr. Robert Bryant Records for Charles Mason |
| DX 2240 | | CottonwoodCR-00001 | CottonwoodCR-00227 | Cottonwood Hospital Cardiac Rehabilitation Department Records for Charles Mason |
| DX 2241 | 4/4/2006 | DefResp-00001 | DefResp-00003 | Plaintiff's Defiency Response |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 2242 | | FirstHealth-00001 | FirstHealth-00002 | First Health Records for Charles Mason |
| DX 2243 | | FtSteilaComC-00001 | FtSteilaComC-00001 | Ft. Steilacoom Community College Records for Charles Mason |
| DX 2244 | | GoldCrossAmb-00001 | GoldCrossAmb-00010 | Gold Cross Ambulance Records for Charles Mason |
| DX 2245 | | HeartLungInstUT-00001 | HeartLungInstUT-00171 | Heart and Lung Institute of Utah, Inc. Records for Charles Mason |
| DX 2246 | | IHCSHomeCare-00001 | IHCSHomeCare-00001 | IHC Home Care Services Records for Charles Mason |
| DX 2247 | | IHCSelectmed-00001 | IHCSelectmed-00055 | IHC Selectmed Records for Charles Mason |
| DX 2248 | | LabcorpBurlLab-00001 | LabcorpBurlLab-00001 | Lab Corp Burlington Records for Charles Mason |
| DX 2249 | | LabCorpSLC-00001 | LabCorpSLC-00008 | Lab Corp Salt Lake City Records for Charles Mason |
| DX 2250 | | LarsenCDr-00001 | LarsenCDr-00002 | Charles Larsen, M.D. Records for Charles Mason |
| DX 2251 | | LDSHosp-00001 | LDSHosp-00198 | LDS Hospital Records for Charles Mason |
| DX 2252 | | LDSHospRad-00001 | LDSHospRad-00005 | LDS Hospital Radiology Records for Charles Mason |
| DX 2253 | | LifeHeatlhInsNA-00001 | LifeHeatlhInsNA00141 | Life & Health Insurance North American Co. Records for Charles Mason |
| DX 2254 | | LoeserMDr-00001 | LoeserMDr-00021 | Michael Loeser, M.D. Records for Charles Mason |
| DX 2255 | | MedcoPhar-00001 | MedcoPhar-00008 | Medco Pharmacy Records for Charles Mason |
| DX 2256 | | MountainMedImag-00001 | MountainMedImag-00008 | Mountain Medical Imaging Center Records for Charles Mason |
| DX 2257 | | MtOlymRadGrp-00001 | MtOlymRadGrp-00008 | Mount Olympus Radiology Group Records for Charles Mason |
| DX 2258 | | NtlPrslRecCtr-00001 | NtlPrslRecCtr-00028 | National Personnel Records Center Records for Charles Mason |
| DX 2259 | | OgioIntl-00001 | OgioIntl-00025 | Ogio International Records for Charles Mason |
| DX 2260 | | PathAssocMedLab-00001 | PathAssocMedLab-00012 | Pathology Associates Medical Laboratories Records for Charles Mason |
| DX 2261 | | PathologySvcs-00001 | PathologySvcs-00003 | Pathology Services Records for Charles Mason |
| DX 2262 | | PPR-00001 | PPR-01986 | Plaintiff Provided Records for Charles Mason |
| DX 2263 | | QuanJMD-00001 | QuanJMD-00001 | James Quan, M.D. Records for Charles Mason |
| DX 2264 | | QuestDiag-00001 | QuestDiag-00006 | Quest Diagnostics Houston Records for Charles Mason |
| DX 2265 | | QuestDiagInc-00001 | QuestDiagInc-00009 | Quest Diagnostics West Valley Records for Charles Mason |
| DX 2266 | | QuestDiagLab-00001 | QuestDiagLab-00014 | Quest Diagnostics Denver Records for Charles Mason |
| DX 2267 | | ResourcMgt-00001 | ResourcMgt-00006 | Resource Management Records for Charles Mason |
| DX 2268 | | SaltLakeCl-00001 | SaltLakeCl-00008 | Salt Lake Clinic Records for Charles Mason |
| DX 2269 | | SaltLakeClinic-00001 | SaltLakeClinic-00009 | Salt Lake Clinic Records for Charles Mason |
| DX 2270 | | SaltLakeClSandy-00001 | SaltLakeClSandy-00019 | Salt Lake Clinic - Sandy Records for Charles Mason |
| DX 2271 | | SaltLakeCSandyO-00001 | SaltLakeCSandyO-00025 | Salt Lake Clinic - Sandy Office Records for Charles Mason |
| DX 2272 | | SandyFamPract-00120 | SandyFamPract-00120 | Sandy Family Practice Records for Charles Mason |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 2273 | | SelectmedPlus-00001 | SelectmedPlus-00055 | Selectmed Plus (PPO) Records for Charles Mason |
| DX 2274 | | SierraInsGrp-00001 | SierraInsGrp-0002 | Sierra Insurance Group Records for Charles Mason |
| DX 2275 | | SLCSOSmithSMD-00001 | SLCSOSmithSMD-00002 | Salt Lake Clinic - Sandy Office; Stephen Smith, M.D. Records for Charles Mason |
| DX 2276 | | SouthDavisCommH-00001 | SouthDavisCommH-00001 | South Davis Community Hopital Records for Charles Mason |
| DX 2277 | | StMarksHosp-00001 | StMarksHosp-0004 | St. Marks Hospital Records for Charles Mason |
| DX 2278 | 4/13/2006 | SuppPlProForm-00001 | SuppPlProForm-00002 | Plaintiff's Supplemental Profile Form |
| DX 2279 | | SValSurgAssoc-00001 | SValSurgAssoc-00003 | South Valley Surgical Associates Records for Charles Mason |
| DX 2280 | | SymkoviakGDr-00001 | SymkoviakGDr-00020 | Gary Symkoviak Records for Charles Mason |
| DX 2281 | | ThiokolChemCEmp-00001 | ThiokolChemCEmp-000054 | Thiokol Chemical Corp. Records for Charles Mason |
| DX 2282 | | UnitedHlhtCare-00001 | UnitedHlhtCare-00007 | United Healthcare Records for Charles Mason |
| DX 2283 | | UT1stCredtUnion-00001 | UT1stCredtUnion--00003 | Utah First Credit Union Records for Charles Mason |
| DX 2284 | | UT1stCredtUnion-00004 | UT1stCredtUnion-00104 | Utah First Credit Union Records for Charles Mason |
| DX 2285 | | UtahWildlifeRes-00001 | UtahWildlifeRes-00022 | Utah Division of Wildlife Resources Records for Charles Mason |
| DX 2286 | | VogelerDDr-00001 | VogelerDDr-00374 | Douglas Vogeler, M.D. Records for Charles Mason |
| DX 2287 | | WrightDrLarryJ-00001 | WrightDrLarryJ-00002 | Dr. Larry Wright Records for Charles Mason |
| DX 2288 | | ZebrackJDr-00001 | ZebrackJDr-00012 | James Zebrack, M.D. Records for Charles Mason |