Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List (Conditional)

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 0022 | 08/11/04 | FDACDER 011048 | FDACDER 011049 | Harvey E-mail re cox-2 ispe poster |
| DX 0082 | 08/12/04 | FDACDER 006056 | FDACDER 006058 | Hertz E-mail re cox-2 ispe poster |
| DX 0084 | 08/26/04 | FDACDER 021810 | FDACDER 021811 | Villalba E-mail re "interesting reading" |
| DX 0136 | 05/18/00 | MRK-ERN0252799 | MRK-ERN0252802 | Letter to Robert Utiger from Claire Bombardier |
| DX 0194 | 03/00/2001 | MRK-AAR0012290 | MRK-AAR0012309 | Selling Clinics Leader's Guide |
| DX 0236 | 10/01/01 | MRK-AAF0007803 | MRK-AAF0007853 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID No. 9456 |
| DX 0357 | 04/20/01 | MRK-ABA0009274 | MRK-ABA0009274 | Email re Follow up to meeting |
| DX 0359 | 01/02/02 | MRK-AAF0007894 | MRK-AAF0007895 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. |
| DX 0370 | 09/03/99 | MRK-00420014017 | MRK-00420014261 | MK-0966 - Protocol / Amendment No. 088-04 |
| DX 0372 | 11/19/01 | MRK-ACI0013233 | MRK-ACI0013246 | Letter from Casola to Abrams re: NDA No. 21-042 VIOXX (rofecoxib) tablets |
| DX 0373 | 05/02/01 | MRK-ABA0003235 | MRK-ABA0003244 | Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation |
| DX 0374 | 08/30/01 | MRK-ABA0011062 | MRK-ABA0011062 | Email re: Revisions in 6 month data |
| DX 0376 | 06/22/01 | TOP1PRO0000279 | TOP1PRO0000279 | Email re: Follow up |
| DX 0377 | 10/16/01 | EJT000323 | EJT000324 | Letter from Temple to Letters Editor JAMA |
| DX 0378 | 05/18/00 | 2000 NEMJ 000001 | 2000 NEMJ 000016 | Letter from Bombadier to Utiger with signature pages |
| DX 0380 | 06/30/00 | 2000 NEMJ 000025; 2000 NEMJ 000134 | 2000 NEMJ 000027; 2000 NEMJ 000138 | Letter from Kaplan to Bombardier |
| DX 0381 | 00/00/0000 | 2000 NEMJ 000005 | 2000 NEMJ 000017 | Author Signature Sheets |
| DX 0383 | 06/23/00 | 2000 NEMJ 000018 | 2000 NEMJ 000018 | Letter from Steinbrook to Bombardier |
| DX 0384 | 06/27/00 | 2000 NEJM 000022 | 2000 NEJM 000024 | Fax from Bombardier to Steinbrook re Manuscript No. 00-1401 |
| DX 0414 | 05/25/04 | KP 002153 | KP 002153 | Graham email re: analysis of cox2 data |
| DX 0416 | 07/17/00 | MRK-ABS0361865; MRK-ABS0361902 | MRK-ABS0361866; MRK-ABS0361911 | Letter from Claire Bombardier to Marshall Kaplan |
| DX 0418 | 08/15/00 | MRK-AAD0017914 | MRK-AAD0017915 | Fax from Robert Steinbrook to Claire Bombardier re: revision request |
| DX 0426 | 08/11/04 | FDACDER 006048 | FDACDER 006049 | Seligman E-mail re cox-2 ispe poster |
| DX 0434 | 05/03/01 | TOP1PRO0000282 | TOP1PRO0000283 | Email re: COX-2 Inhibitors in ACS |
| DX 0436 | 05/03/01 | MRK-AAZ0001594 | MRK-AAZ0001594 | Email re COX-2 Inhibitors in ACS |
| DX 0447 | 05/05/06 | | | Letter re: MDL-1657 Vioxx Product Liability Litigation |
| DX 0448 | 05/06/06 | | | Dagastino E-mail re "Part I" |
| DX 0470 | 10/25/04 | EJT 000191 | EJT 000191 | E-mail from Goormastic to Topol, RE: Help on stats |
| DX 0475 | 11/12/04 | EJT 000190 | EJT 000190 | E-mail from Goormastic to Topol re: one other comparison |
| DX 0486 | 05/18/00 | | | Comparison of Rofecoxib, a Highly Selective-Inhibitor of Cox-2 Manuscript |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List (Conditional)

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 0487 | 08/20/00 | 2000 NEMJ 000040 | 2000 NEMJ 000043 | Manuscript No. 00-1401 A Double-blind Comparison of Rofecoxib and Naproxen on the incidence of clinically important upper gastrointestinal events: the VIGOR trial |
| DX 0488 | 00/00/0000 | | | Floppy Disk |
| DX 0489 | 05/06/00 | 2000 NEJM 000235 | 2000 NEJM 000282 | VIGOR Manuscript |
| DX 0499 | 06/20/00 | MRK-AAB0003864 | MRK-AAB0003971 | VIGOR - Clinical and Statistical Documentation |
| DX 0900 | 00/00/0000 | NEJM 000376 | NEJM 000376 | NEJM Statement on the Expression of Concern |
| DX 0901 | 12/08/05 | NEJM 000040 | NEJM 000045 | Email re: Talking Points |
| DX 0902 | 12/12/05 | NEJM 000880 | NEJM 000881 | Expression of Concern Key Points and Q&A |
| DX 0903 | 12/08/05 | NEJM 000001 | NEJM 000001 | Email re Probable Early Releases Tomorrow PM |
| DX 0904 | 12/08/05 | NEJM 000661 | NEJM 000663 | Email re Vigor Editorial points from Merck |
| DX 0905 | 12/08/05 | NEJM 000533 | NEJM 000533 | Email re 'for talking points'. |
| DX 0906 | 10/00/2005 | | | International Committee of Medical Journal Editors, Uniform Requirements for Manuscripts Sutted to Biomedical Journals |
| DX 0907 | 12/07/05 | NEJM000108 | NEJM000109 | Email re: NEJM Expression of Concern |
| DX 0908 | 12/08/05 | NEJM000023 | NEJM000025 | Email re Release of Expression of Concern regarding the Vigor article |
| DX 0909 | 12/08/05 | NEJM000107 | NEJM000107 | Email re NEJM Article re Expression of Concern |
| DX 0910 | 12/12/05 | NEJM000011 | NEJM000014 | Email re NEJM Expression of Concern |
| DX 0911 | 01/16/06 | NEJM000033 | NEJM000039 | Email re: responses to the NEJM expression of concern |
| DX 0912 | 00/00/0000 | 2000NEMJ000136 | 2000NEMJ000136 | NEJM Memo re Suggestion for Transmittal to Authors |
| DX 0913 | 08/30/04 | FDACDER 010352 | FDACDER 010353 | Trontell E-mail re Vioxx/Merck update Monday August 30 |
| DX 0914 | 01/16/06 | NEJM001111 | NEJM001114 | Email re Submission of Response to Curfman et al |
| DX 0915 | 07/11/05 | NEJM001093 | NEJM001097 | Email re Clinical Trials |
| DX 0916 | 07/08/05 | NEJM000211 | NEJM000214 | Email re: VIGOR manuscript |
| DX 0917 | 10/29/04 | FDACDER 022462 | FDACDER 022470 | Review of reports of FDA/Kaiser Vioxx study: Questions about Inconsistencies and Bias |
| DX 0918 | 10/29/04 | FDACDER 022789 | FDACDER 022789 | Horton E-mail re need to talk |
| DX 0923 | 12/10/05 | NEJM 000849 | NEJM 000851 | Email from Cafasso re: Downloads for EOC |
| DX 0924 | 12/07/05 | NEJM 000531 | NEJM 000531 | Email from Pederson re: Update on Expression of Concern |
| DX 0925 | 01/03/06 | NEJM 000445 | NEJM 000445 | Email re: Washington Post editorial |
| DX 0926 | 12/09/05 | NEJM 000539 | NEJM 000540 | Email re: Next Steps |
| DX 0927 | 12/08/05 | NEJM 000303 | NEJM 000304 | Email re: Statement for the press |
| DX 0929 | 11/14/04 | KP 001136 | KP 001138 | Graham E-mail re "Paper" |

Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Pre-Admissible Exhibit List (Conditional)

| DX # | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX 0930 | 02/28/01 | MRK-AKT0720077 | MRK-AKT0720080 | Letter re: Request for Information to Dr. Robinette |
| DX 0935 | 11/15/04 | FDACDER 022247 | FDACDER 022249 | Graham E-mail re "response to Dr. Trontell's comments re: our COX-2 study" |
| DX 0936 | 11/01/04 | EJT 000207 | EJT 000207 | Graham E-mail re 60 Minutes |
| DX 0937 | 10/06/04 | FDACDER 022681 | FDACDER 022681 | Graham E-mail re COX-2 AMI study |
| DX 0938 | | FDACDER 005940 | FDACDER 005940 | Incidence rate chart |
| DX 0942 | 10/23/04 | KP 002315 | KP 002315 | Cheetham E-mail re Recoding Vioxx |
| DX 0946 | 10/22/04 | FDACDER 022409 | FDACDER 022409 | Graham E-mail re cox-2 manuscript |
| DX 0947 | 11/11/04 | KP 001133 | KP 001133X | Graham E-mail re revised cox-2 manuscript |
| DX 2125 | | | | Olson/Vogeler Call Notes |
| DX 2201 | 05/26/06 | MRK-S0420112195 | MRK-S0420112331 | Summary of tables re APPROVe study |
| DX 2202 | 06/01/06 | MRK-ARQ0006102 | MRK-ARQ0006103 | E-mail from Oxenius re NEJM |
| DX 2203 | 05/30/06 | MRK-AFN0110062 | MRK-AFN0110063 | Merck letter to NEJM |
| DX 2204 | | | | Kim letter to public re APPROVe |
| DX 2205 | | MRK-AIU0327775 | MRK-AIU0327778 | Bresalier letter to NEJM |
| DX 2206 | | MRK-AFN0159297 | MRK-AFN0159299 | Letter re APPROVe trial |
| DX 2207 | 05/30/06 | MRK-AFN0110054 | MRK-AFN0110055 | Cover e-mail to 5/30/06 APPROVe letter |