UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| This document relates to<br><br>CHARLES MASON<br><br>Plaintiff,<br><br>V.<br><br>MERCK & CO., INC.,<br><br>Defendant.<br><br>Civil Action No. 2:07cv00810 | § § § § § § § § § § § § § § § § | **DEFENDANT MERCK & CO., INC.'S PRELIMINARY DESIGNATION OF DEPOSITION TESTIMONY FOR TRIAL** |

TO:     Edward Blizzard
         Blizzard McCarthy & Naber
         440 Louisiana, Suite 1710
         Houston, Texas 77002

         and

         Russ Herman
         Herman, Herman, Katz & Cotlar
         910 Airport Road, Office 3-A
         Destin, Florida 32541

Defendant Merck & Co., Inc. ("Merck") hereby submits the following preliminary designation of deposition testimony it intends to use at trial.

Dated:  September  21, 2006                    Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel
Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone:  202-434-5000
Fax:     202-434-5029

Philip S. Beck
Tarek Ismail
Shayna S. Cook
BARLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone:  312-494-4400
Fax:     312-494-4440

ATTORNEYS FOR MERCK & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Defendant Merck & Co., Inc.'s Preliminary Designation of Deposition Testimony For Trial. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of September, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel