IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA

| | | |
|---|---|---|
| **BRENDA JONES,** | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 06-1537L |
| **MERCK & COMPANY, INC.** Defendant. | § § § | |

## ORDER FOR SUBSTITUTION OF COUNSEL

On the ___ day of _____, 2006 came on to be heard the Motion for Substitution of Counsel of Plaintiff, Brenda Jones. The Court, after reviewing the motions and noting agreement of counsel, finds that Plaintiff's motion is meritorious and should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that E. Todd Tracy, of Tracy & Carboy, 5473 Blair Road, Suite 200, Dallas, Texas 75231, shall be and is hereby substituted as attorney of record for Plaintiff, Brenda Jones.

SIGNED AND ORDER ENTERED this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE

AGREED:

**TRACY & CARBOY**

_____
E. Todd Tracy
State Bar No. 20178650
5473 Blair Road, Suite 200
Dallas, TX 75231
Telephone: (214) 324-9000
Facsimile: (972) 387-2205

**THE RODRIGUEZ LAW FIRM, P.C.**

_____
Adolfo R. Rodriguez, Jr.
State Bar No. 24007934
1700 Pacific Avenue, Suite 2340
Dallas, Texas 75201
Telephone: (214) 220-2929
Facsimile: (214) 220-2920