

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

### ORDER

The Court previously ruled on general objections to the deposition designations for Eric J. Topol, M.D. The Defendant made additional specific objections on the grounds that certain portions of Dr. Topol's proffered deposition testimony are cumulative of testimony from Dr. Avorn and Dr. Moye. In addition, the Defendant sought to introduce at trial portions of the deposition of A. Milachi Mixon and also offered its own counter-designations of Dr. Topol's testimony dealing with Mr. Mixon. The Plaintiff objected to these offerings on hearsay grounds. The Court ruled on all of these objections. The Court's rulings are noted on the attached pages, which have been entered into the record.

New Orleans, Louisiana, this __19th__ day of __September__, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

UNITED STATES DISTRICT JUDGE

-1-