The Defendant moves to exclude portions of Topol's testimony for redundancy or its cumulative nature. The Plaintiff opposed. Defendant says Avron & Moyee have already testified on many aspects covered by Topol.

Avron is a pharmacoepidemiologist.

Moyee is an epidemiologist & Biostatistician.

Both have been hired by the Ps. as Xpert witnesses. A considerable portion of the cross examination of each was devoted to attacking their credibility based on the fact that both were retained by Ps in this case & other cases as well as the amounts paid to each. Nothing wrong or improper with that approach. Credibility & bias are appropriate issues for expert witnesses under cross.

Topol, on the other hand, is a cardiologist, at the time he testified he was Provost of the Cleveland Clinic, & Chief academic officer of the Cleveland Clinic & chairman of the Dept. of Cardiovascular medicine. In the field of heart medicine the Cleveland Clinic has been rated number one for the last 11 years. He wasn't retained by anyone & was a reluctant witness – i.e. had to be subpoenaed...

He may say some of the same things but he testified from a different vantage point. His testimony bears both on substantive matters & credibility issues. I see nothing wrong with his testimony. It is relevant (401) & on balance its admission is more significant than excluding it for redundancy. (403)