As I understand it the witness Topol testified that he was told by a colleague, a Richard Rudick, that a Mr. Malachi Mixon, chairman of the Bd. of the Cleveland Clinic was contacted by Raymond Gilmartin & Gilmartin told Mixon, who was an old college chum, that Topol was out of line.

The D. initially objected & I held it was hearsay on top of hearsay. Now the D. wants it in so that Mixon can testify that he wasn't told anything by Gilmartin. This is still hearsay on top of hearsay. Moreover, if it is accurate it might mean that Rudick was lying because Topal doesn't say Mixon told him. He says that Rudick told him that Malachi told him. ... The point is its admission won't prove anything.

My first ruling was correct. It is hearsay on top of hearsay & is not admissible.