MINUTE ENTRY
FALLON, J.
SEPTEMBER 20, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| ROBERT G. SMITH | REF NO. 05-4379 |
| VERSUS | SECTION: L |
| MERCK & CO., INC. | |

before JUDGE ELDON E. FALLON　　　WEDNESDAY, SEPTEMBER 20, 2006, 8:45 am
Case Manager: Gaylyn Lambert　　　　　　　(continued from 9-19-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
　　　　　　　Philip Beck, Esq.& Andrew Goldman, Esq., Carrie Jablonski, Esq., for defendant

---

JURY TRIAL:
All present and ready.

Plaintiff's Witnesses:

Robert Garry Smith - sworn

Plaintiff rests. Motions are reserved.

Defendant's Witnesses:

Dr. Alise Reicin - sworn

Court adjourned at 5:30 pm until Thursday, September 21, 2006, at 8:30 am.

| JS-10: | 6:25 |
|---|---|