

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 21  PM 3: 06

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACOB LEWIS, ET AL. | * | CIVIL ACTION NO. 05-6621 |
| VERSUS | * | JUDGE FALLON |
| MERCK & CO., INC. AND DR. SOPHIA L. MORRIS | * | MAGISTRATE KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS OR STAY

Defendant, Dr. Sophia Morris, through her undersigned counsel, moves this Court for an order dismissing this action against her pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or in the alternative, staying further proceedings in this action against her pending medical panel review of plaintiff's claims.

Defendant's motion is based on the fact that all times pertinent hereto, Dr. Sophia Morris was a qualified health care providers pursuant to La. R.S. 40:1299.41 et seq., which requires that all medical malpractice actions brought against them be first submitted to a medical review panel.

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____

This motion is based on the pleadings, law, evidence, attached notice of motion, and the accompanying memorandum of law to which the Court is respectfully referred.

Respectfully submitted:

LEMLE & KELLEHER, L.L.P.

_[signature]_

MICHAEL S. SEPCICH (#24877)
ERICA L. BROWN (#29781)
601 Poydras Street, Suite 2100
New Orleans, LA 70130
Telephone: (504) 586-1241
Attorneys for Defendant, Dr. Sophia Morris

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleadings have been served on all known counsel for all parties to this litigation by United States Mail, properly addressed and postage prepaid, or hand-delivery, on this 21 day of September, 2006.

_[signature]_

ERICA L. BROWN (#29781)