UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACOB LEWIS, ET AL. | * | CIVIL ACTION NO. 05-6621 |
| VERSUS | * | JUDGE FALLON |
| MERCK & CO., INC. AND DR. SOPHIA L. MORRIS | * | MAGISTRATE KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO: Allan Berger
John D. Sileo
Allen Berger & Assoc., P.L.C.
4137 Canal Street
New Orleans, LA 70119

Richard C. Stanley
Bryan C. Reuter
Thomas P. Owen
Vicki A. Elmer
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street
New Orleans, Louisiana 70112

Phillip A. Whittmann
Dorothy H Wimberly
Carmelite M. Bertaut
Stone Pigman Walther Whittmann, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130

**PLEASE TAKE NOTICE** that defendant, Dr. Sophia Morris, will bring the foregoing Rule 12(B)(6) Motion to Dismiss or Stay on for hearing before the Honorable Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana on Wednesday, October 11, 2006 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted:

LEMLE & KELLEHER, L.L.P.

_____
MICHAEL S. SEPCICH (#24877)
ERICA L. BROWN (#29781)
601 Poydras Street, Suite 2100
New Orleans, LA 70130
Telephone: (504) 586-1241
Attorneys for Defendant, Dr. Sophia Morris

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleadings have been served on all known counsel for all parties to this litigation by United States Mail, properly addressed and postage prepaid, or hand-delivery, on this 21 day of September 2006.

_____
ERICA L. BROWN (#29781)