ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2006 SEP 21  PM 2: 09
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX<br>Products Liability Litigation | MDL Docket No. 1657<br><br>E. D. La. No.: 05-2067 |
| (This document relates to the following individual case:) | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| ROBERT BRADFORD PAUL,<br><br>       Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a corporation,<br><br>       Defendant. | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS

COMES NOW, STEVEN D. ARCHER, of the law firm of ROBINS, KAPLAN, MILLER & CIRESI, L.L.P., and hereby files his Notice of Appearance as Additional Counsel on behalf of the Plaintiff, ROBERT BRADFORD PAUL.   It is requested that copies of all future correspondence, pleadings, etc., be forwarded to the Plaintiff's attorneys of record, as follows:

Arthur Sherman (CA #24403)
Richard Salkow (CA #204572)
**SHERMAN & SALKOW**
11601 Wilshire Boulevard, Suite 675,
Los Angeles, CA 90025-1742
Telephone:     310-914-8484
Facsimile:     310-914-0079
Attorneys for Plaintiff

Steven D. Archer (CA #63834)
e-mail: sdarcher@rkmc.com
David Martinez (CA #193183)
e-mail: DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700,
Los Angeles, CA 90067-3211

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

LA1 60133327.1

1

2

Telephone:    310-552-0130
Facsimile:    310-229-5800
Attorneys for Plaintiff

3

4

Mitchell R. Jensen (UT #3724)
Joseph W. Steele (UT #9697)
**SIEGFRIED & JENSEN**
5664 South Green Street,
Salt Lake City, CA 84123
Telephone:    801-266-0999
Facsimile:    801-266-1338
Attorneys for Plaintiff

5

6

7

8

9

Dated this 19 day of September, 2006.

10

11

By: _____
       Steven D. Archer (CA #63834)
       e-mail: sdarcher@rkmc.com
       David Martinez (CA #193183)
       e-mail: DMartinez@rkmc.com
       **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
       2049 Century Park East, Suite 3700,
       Los Angeles, CA 90067-3211
       Telephone:    (310) 552-0130
       Facsimile:    (310) 229-5800
       Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA1 60133327.1

- 2 -

**NOTICE OF ASSOCIATION AND MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF APPEARANCE OF**

**ADDITIONAL COUNSEL FOR PLAINTIFF** has been served on Liaison Counsel, Russ,

Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon the Clerk of Court of the United

States District for the Eastern District of Louisiana by U.S. Mail.

Executed on September 19, 2006, at Los Angeles, California.

Steven D. Archer
(CA #63834)
Attorney for Plaintiff
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
**2049** Century Park East, Suite 3700,
Los Angeles, CA 90067-3211
Telephone:     310-552-0130
Facsimile:     310-229-5800
e-mail: sdarcher@rkmc.com

LA1 60133443.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

## SERVICE LIST

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, Florida  32541
Telephone:  866 855-5105
Fax:  850 837-8178
VIOXXMDL@ hhkc.com
Plaintiffs' Liaison Counsel


Phillip A. Wittmann for Defendants
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA  71030
Telephone:  504 581-3200
Fax:  504 581-3361
Pwittmann@stonepigman.com
Defendants' Liaison Counsel


Dena Guilbeau
U.S.D.C.
Eastern District of Louisiana
500 Poydras, No. C151
New Orleans, LA  70130
Telephone:  504 589-7704

LA1 60133443.1

- 2 -