IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX<br>Products Liability Litigation | MDL Docket No. 1657<br>E. D. La. No.: 05-4743 |
| (This document relates to the following individual case:) | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| MICHAEL BELLESS,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a corporation,<br><br>    Defendant. | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF

COMES NOW, STEVEN D. ARCHER, of the law firm of ROBINS, KAPLAN, MILLER & CIRESI, L.L.P., and hereby files his Notice of Appearance as Additional Counsel on behalf of the Plaintiff, MICHAEL BELLESS. It is requested that copies of all future correspondence, pleadings, etc., be forwarded to the Plaintiff's attorneys of record, as follows:

    Arthur Sherman (CA #24403)
    Richard Salkow (CA #204572)
    **SHERMAN & SALKOW**
    11601 Wilshire Boulevard, Suite 675,
    Los Angeles, CA 90025-1742
    Telephone:   310-914-8484
    Facsimile:    310-914-0079
    Attorneys for Plaintiff

    Steven D. Archer (CA #63834)
    e-mail: sdarcher@rkmc.com
    David Martinez (CA #193183)
    e-mail: DMartinez@rkmc.com
    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2049 Century Park East, Suite 3700,
    Los Angeles, CA 90067-3211

LA1 60133326.1

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF

Telephone: 310-552-0130
Facsimile: 310-229-5800
Attorneys for Plaintiff

Mitchell R. Jensen (UT #3724)
Joseph W. Steele (UT #9697)
**SIEGFRIED & JENSEN**
5664 South Green Street,
Salt Lake City, CA 84123
Telephone: 801-266-0999
Facsimile: 801-266-1338
Attorneys for Plaintiff

Dated this 19 day of September, 2006.

By: _____
Steven D. Archer (CA #63834)
e-mail: sdarcher@rkmc.com
David Martinez (CA #193183)
e-mail: DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700,
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Attorneys for Plaintiff

LA1 60133326.1

- 2 -

**NOTICE OF ASSOCIATION AND MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF** has been served on Liaison Counsel, Russ, Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon the Clerk of Court of the United States District for the Eastern District of Louisiana by U.S. Mail.

Executed on September 19, 2006, at Los Angeles, California.

*/s/ Steven D. Archer*
Steven D. Archer
(CA #63834)
Attorney for Plaintiff
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700,
Los Angeles, CA 90067-3211
Telephone:    310-552-0130
Facsimile:     310-229-5800
e-mail: sdarcher@rkmc.com

LA1 60133443.1

## SERVICE LIST

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, Florida 32541
Telephone: 866 855-5105
Fax: 850 837-8178
VIOXXMDL@hhkc.com
Plaintiffs' Liaison Counsel

Phillip A. Wittmann for Defendants
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 71030
Telephone: 504 581-3200
Fax: 504 581-3361
Pwittmann@stonepigman.com
Defendants' Liaison Counsel

Dena Guilbeau
U.S.D.C.
Eastern District of Louisiana
500 Poydras, No. C151
New Orleans, LA 70130
Telephone: 504 589-7704

LA1 60133443.1

- 2 -