UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-CV-04379<br><br>ROBERT G. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S NOTICE OF MANUAL ATTACHMENT TO NOTICE OF FILING OF THE COURT'S RULINGS ON DEPOSITION TESTIMONY FROM THE *BARNETT* CASE** |

   Merck & Co., Inc. hereby submits this Notice of Manual Attachment to its Notice of Filing of the Court's Rulings on Deposition Testimony from the *Barnett* case.  Exhibits A-J are the designations and rulings from *Barnett* for the following witnesses: Dr. Jerome Avorn, Ms. Mary Blake, Mr. Tom Cannell, Ms. Carolyn Cannuscio, Dr. Laura Demopoulos, Dr. James Fries, Dr. David Graham, Dr. Ed Scolnick, Dr. Eric Topol, and Ms. Jan Weiner.  Exhibit K is the August 1, 2006 Joint Stipulation of the parties.

| | |
|---|---|
| Exhibit A | Weiner Designations and Rulings |
| Exhibit B | Avorn Designations and Rulings |
| Exhibit C | Blake Designations and Rulings |
| Exhibit D | Cannell Designations and Rulings |
| Exhibit E | Cannuscio Designations and Rulings |
| Exhibit F | Demopoulos Designations and Rulings |
| Exhibit G | Fries Designations and Rulings |

831177v.1

Exhibit H        Graham Designations and Rulings

Exhibit I         Scolnick Designations and Rulings

Exhibit J         Topol Designations and Rulings

Exhibit K        August 1, 2006 Joint Stipulation


Dated:  September 22, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Carrie A. Jablonski
Hamilton H. Hill
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Richard B. Goetz
Ashley A. Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

And

2

831177v.1

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

831177v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Notice of Manual Attachment to Notice of Filing The Court's Rulings on Deposition Testimony from the *Barnett* case, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of September, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel