UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE |
| CHARLES L. MASON, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**JOINT STIPULATION REGARDING EXTENSION OF TIME FOR
RESPONDING TO PLAINTIFF'S REQUESTS FOR ADMISSIONS**

Plaintiff Mason and Defendant Merck ("the parties") hereby jointly stipulate that Merck shall have a one-week extension in which to respond to plaintiff's Requests For Admissions ("RFAs").

Under the terms of the PTO governing this proceeding, responses to the RFAs are due on September 25, 2006. The parties are currently negotiating a resolution to their remaining differences over the requests. In light of this fact, the parties have agreed that Merck shall have a one-week extension of time in which to respond to plaintiff's RFAs, pending the resolution of the parties' discussions.

825843v.1

Dated: September 22, 2006                     Respectfully submitted,

| */s/ Edward F. Blizzard* | */s/ Shayna S. Cook* |
|---|---|
| Edward F. Blizzard<br>J. Scott Nabers<br>Rebecca B. King<br>BLIZZARD, MCCARTHY & NABERS, LLP<br>440 Louisiana, Suite 1710<br>Houston, Texas 77002<br>Telephone: (713) 844-3750<br>Telecopier: ( 713) 844-3755 | Philip S. Beck, 147168<br>Tarek Ismail, 6225226<br>Shayna S. Cook, 6285959<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP<br>Courthouse Place<br>54 West Hubbard Street, Suite 300<br>Chicago, Illinois 60610<br>Telephone: (312) 494-4400<br>Telecopier: (312) 494-4440 |
| Attorneys for Charles Mason | Attorneys for Merck & Co., Inc. |

825843v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation Regarding Extension of Time for Responding to Plaintiff's Requests for Admission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

825843v.1