UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br>Case No. 2:06-CV-00810;<br>CHARLES MASON v.<br>MERCK & CO., INC. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

**ORDER**

Considering the Joint Stipulation Regarding Extension of Time for Responding to Plaintiff's Requests for Admissions,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted a one-week extension of time in which to respond to plaintiff's RFAs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

831206v.1