

Jul 17 2006
3:52PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: | Plaintiff: __Boyd Keith Edmonds__<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:
      Court: _____  Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®?_____

    b. When do you claim this injury occurred?_____

    c. Who diagnosed the condition?_____

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

    e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: _____

    b. To your understanding, condition for which treated: _____

    c. When treated: _____

    d. Medications prescribed or recommended by provider: _____

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: Boyd Keith Evans

B. Maiden or other names used or by which you have been known: Keith Edmonds

C. Social Security Number: 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

D. Address: 3392 Cedar Lane, Guntersville, AL 35976

Page 2 of 10

774182v.1

M007811680

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 3392 Cedar Lane, Guntersville, AL  35976 | 1992-present |
|  |  |
|  |  |

F. Driver's License Number and State Issuing License: <u>3451996, Alabama</u>

G. Date of Place and Birth: <u>07/24/1956, Guntersville, AL 35976</u>

H. Sex: Male __X__   Female _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Snead State Jr. College | 1974 | General | Incomplete |

J. Employment Information.

  1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| B. Keith Edmonds – self employed | 3392 Cedar Lane, Guntersville, AL | 08/2000-09/2001 | Truck Driver, heavy equipment operator |

  2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Lake City Properties | PO Box 152 Guntersville, AL | 1972-1999 | Truck Driver, heavy equipment operator |
|  |  |  |  |

  3. Are you making a wage loss claim for either your present or previous employment? Yes __X__ No ____

  *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): <u>Approximately $40,000.00 per year</u>

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No __X__

  *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes __X__   No ____   *If "yes,"* to the best of your knowledge please state:

    a. Year claim was filed: <u>1999 & 2001</u>

    b. Nature of disability: <u>torn rotator cuff and spinal stenosis (1999) & heart attack and spinal stenosis (2001)</u>

    c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes __X__   No ____   *If "yes,"* set forth when and the reason.  <u>1999 – spinal stenosis and torn rotator cuff</u>

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes __X__   No ____   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. <u>Lake City Properties – Jimmy Kennamer, torn rotator cuff, do not recall the court in which action was filed, Case was settled in mediation</u>

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ____   No __X__   *If "yes,"* set forth where, when and the felony and/or crime. _____

### III.  **FAMILY INFORMATION**

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): <u>Janet Marie Kennamer, 09/09/1966, Freight Specialist I, October 30, 1979</u>

B. Has your spouse filed a loss of consortium claim in this action?   Yes ____   No _X_

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?   Yes ____   No ____   Don't Know __X____   *If "yes,"* identify each such person below and provide the information requested.

    Name: _____

    Current Age (or Age at Death): _____

    Type of Problem: _____

    If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: N/A _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. N/A _____

### IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Dr. Steven Henderson

B. On which dates did you begin to take, and stop taking, VIOXX®? 09/1999-09/2004

C. Did you take VIOXX® continuously during that period?
Yes __X__   No _____   Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? Spinal stenosis and arthritis

E. Did you renew your prescription for VIOXX®? Yes __X__   No _____   Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
    __X_ 12.5 mg Tablet (round, cream, MRK 74)
    _____ 12.5 mg Oral Suspension
    __X__ 25 mg Tablet (round, yellow, MRK 110)
    _____ 25 mg Oral Suspension
    _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? ___1 possibly, 2 daily for a

time_____

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®?  Yes ____   No __X__   Don't Recall _

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it?  Yes __   No ____   Don't Recall _X_

   2. Did you receive any written or oral information about VIOXX® while you took it?  Yes _____   No _____   Don't Recall _X_

   3. *If "yes,"*
      a. When did you receive that information?_____
      b. From whom did you receive it?_____
      c. What information did you receive? _____
      _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®?  __None_____
   _____

## V. MEDICAL BACKGROUND

A. Height: __6'0"__

B. Current Weight: __220___
   Weight at the time of the injury, illness, or disability described in Section I(C):
   _Don't Know_____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
   ____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   _X__ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased:   March 27, 2001
      b. Amount smoked or used: on average_1 pack____ per day for _15_ years.
   _X__ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
      a. Amount smoked or used: on average __2 cans___ per week for _2__ years.
   ____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes __X__ No _____   *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

___42___ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): Quit in 1991 before heart attacks_____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No __X__ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Stent (1) | Heart Attack | 03/27/01 | Dr. Burns | Huntsville Hospital |
| Stent (2) | Heart Attack | 09/02/01 | Unknown | Huntsville Hospital |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| See above | | | |
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____ No _____ Don't Recall __X___ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VI.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes __X__  No ____

B. Decedent's death certificate (if applicable).  Yes ____  No ____

C. Report of autopsy of decedent (if applicable).  Yes ____  No ____

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.   Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Steven Henderson | 2308 Homer Clayton Dr., Guntersville AL 35976 |
|  |  |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Steven Henderson | 2308 Homer Clayton Dr. Guntersville, AL 35976 | 1986-present |
|  |  |  |
|  |  |  |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Jackson County | 380 Woods Cove, | 03/27/01 | Heart Attack |

| Hospital | Scottsboro, AL 35768 | | |
|---|---|---|---|
| Huntsville Hospital | 101 Sivley Rd., Huntsville, AL 35801 | 03/28/01 | Heart Attack |
| Marshall Medical Center | 8000 Hwy. 69, Huntsville, AL 35801 | 09/02/01 | Heart Attack |
| Huntsville Hospital | 101 Sivley Rd., Huntsville, AL 35801 | 09/04/01 | Heart Attack |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Marshall Medical Center North | 8000 Hwy. 69, Huntsville, AL 35801 | 09/02/01 | Heart Attack |
| Tennessee Valley Pain Clinic | 927 Franklin St., Huntsville, AL 35801 | 12/29/05 | Spinal Stenosis |
| Healthsouth | 4725 Whitesburg Dr. S., #201 Huntsville, AL 35802 | 02/99 | Rotator Cuff Surgery |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. James White | 100 Medical Center Dr., #401, Gadsden, AL  35903 | Don't Recall |
| Dr. Joseph Clark | 927 Franklin St. SE, Huntsville, AL 35801 | 02/99 |
| | | |
| | | |
| | | |
| | | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Bunch Pharmacy | 1800 Henry St., Guntersville, AL  35976 |
| CVS | 1445 Gunter Ave., Guntersville, AL 35976 |

Page 9 of 10

774182v.1

M007811687

|  |  |
|--|--|

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|--|--|
| T.J. Carnes | 104 N. Emmett St., Albertsville, AL 35950 |
|  |  |
|  |  |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|--|--|
| Don't Recall |  |
|  |  |

## CERTIFICATION

  I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____  _____  _____
Signature             Print Name           Date