10410677
Jan 24 2006
5:13PM

| IN RE:VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO:<br>Civil Action No: | Plaintiff TIMOTHY R. WATSON |

# PLAINTIFF PROFILE FORM

## I.
## CASE INFORMATION

A. Name of person completing this form: <u>Timothy Richard Watson</u>.

B. If you are completing this questionnaire in a representative capacity (e.g. on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: <u>N/A</u>.

   2. Maiden or other names or by which you have been known: <u>N/A</u>.

   3. Address: <u>N/A</u>.

   4. Sate which individual or estate you are representing, and in what capacity you are representing the individual or estate: <u>N/A</u>.

   5. If you were appointed by a court, state the:
      Court: <u>N/A</u>.    Date of Appointment: <u>N/A</u>.

   6. What is your relationship to the deceased or represented person claimed to be injured: <u>N/A</u>.

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: <u>N/A</u>.

M001591800

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes √  No ____. *If "yes;"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? <u>Stroke</u>.

   b. When do you claim this injury occurred? <u>Approximately August 23, 2002</u>.

   c. Who diagnosed the condition? <u>Dr. Paresh Sheth</u>.

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ____  No √. *If "yes;"* when and who diagnosed the condition at that time? <u>N/A</u>.

   e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ____  No √. *If "yes;"* set forth the injury or condition; whether or not you had already recovered from that injury before you took VIOXX®; and the date of recovery, if any. <u>N/A</u>

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes √  No ____.

   If "yes," for each provider, including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: <u>No treatment sought at this time.</u>

   b. To your understanding, condition treated: <u>No treatment sought at this time.</u>

   c. When treated: <u>No treatment sought at this time.</u>

M001591801

d. Medications Prescribed or recommended by provider: __N/A__.

## II.
## PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: <u>Timothy Richard Watson</u>.

B. Maiden or other names by which you have been known: __N/A__.

C. Social Security Number: <u>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</u>

D. Address: <u>385 Old Hopkinsville Road, Cadiz, Kentucky 42211</u>

E. Identify each address at which you have resided during the last ten years, and list when you started and stopped living at each residence

| ADDRESS | DATES OF RESIDENCE |
|---|---|
| 385 Old Hopkinsville Road, Cadiz, Kentucky 42211 | 1996 - present |

F. Driver's License Number and State: __W96-796-250 KY__

G. Date and Place of Birth: __3/9/1959 Flint, MI__

H. Sex: Male __√__  Female ___

I. Identify the highest level of education (high school, college university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued and diplomas or degrees awarded:

| NAME | DATES | STUDY | DEGREE |
|---|---|---|---|
| City Colleges of Chicago | 1982-1983 | Accounting | None |

J.  Employment Information

1.  Current employer (if not currently employed, last employer):

| NAME | ADDRESS | DATES | JOB TITLE |
|---|---|---|---|
| Bosch | 780 International Blvd., Clarksville, TN 37040 | 7/12/99 -present | Leadman |

2.  List the following for each employer you have had in the last 10 years

| NAME | ADDRESS | DATES | JOB TITLE |
|---|---|---|---|
| Pittsburgh Tube | Hopkinsville, KY | 8/29/98 -7/12/99 | Associate |
| United States Army | Fort Campbell, KY | 9/78 -10/98 | Soldier |

3.  Are you making a claim of lost wages for either you present or previous employment? Yes __√__ No ____.

    If yes, state your annual income at the time of the injury alleged in Section I(C): __Approximatley $35,000__

K.  Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes __√__ No ____.

    If yes, were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No __√__

L.  Insurance / Claim Information

1.  Have you ever filed a workers' compensation and/or social security disability (SSI or SSD) claim? Yes ____ No __√__.

    a.  Year claim was filed: N/A
    b.  Nature of disability: N/A
    c.  Approximate period of disability: N/A

PLAINTIFF'S PROFILE FORM                                                          PAGE 4

2. Have you ever been out of work for more than 30 days for reasons related to your health? Yes ____ No __✓__. If yes, set forth when and the reason: _N/A_.

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No __✓__. If yes, state to the best of your knowledge, the court in which such action was filed, case name, and/or names of adverse parties, and a brief description for the claims asserted: _N/A_.

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No __✓__. If yes, please set forth, when, where and the felony and/or crime: _N/A_.

## III.
## FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date marriage ended, if applicable; and how the marriage ended:

  Spouse Name:       Cosma Watson
  Birth date:        5/22/59
  Occupation:        Accounts Receivable Clerk
  Date of Marriage:  4/1/87- present

B. Has your spouse filed a loss of consortium claim in this action? Yes ____ No _✓_

C. To the best of your knowledge did any child, parent, sibling or grandparent of yours suffer from any type of cardiovascular disease including, but not limited to, heart attack, abnormal rhythm, arteriosclerosis (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ____ No __✓__ Don't Know ____. If yes, identify each person below and provide the requested information.

  Name: _N/A_
  Current Age (or Age at Death): _N/A_
  Type of Problem: _N/A_
  If Applicable, Cause of Death: _N/A_

D.  If applicable, for each of your children, list her/her name, age and address: <u>N/A.</u>

E.  If you are claiming wrongful death of a family member, list any and all heirs of the decedent: <u>N/A.</u>

## IV.
## VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? <u>Dr. Grace Teal (deceased)</u>

B.  On what date did you begin to take, and stop taking VIOXX®?

   Start date: <u>Approximately 7/01</u>
   Stop date: <u>Approximately 8/02</u>

C.  Did you take VIOXX® continuously during that period? Yes <u>√</u>   No ____

D.  To your understanding, for what condition were you prescribed VIOXX®? <u>Ankylosing Spondylitis.</u>

E.  Did you renew your prescription for VIOXX®? Yes <u>√</u>   No ____ .

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: <u>N/A</u>.

G.  Which form of VIOXX® did you take (check all that apply)?

   ____ 12.5 mg Tablet (round, cream, MRK 74)
   ____ 12.5 mg Oral Suspension
   <u>√</u> 25 mg Tablet (round, yellow, MRK 110)
   ____ 25 mg Oral Suspension
   ____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®? <u>2 times per day</u>.

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ____   No <u>√</u>   Don't Recall ____.

J.  Instruction or Warnings:

1.  Did you receive any written or oral information for VIOXX® before you took it?
    Yes ____  No ____  Don't Recall __√__.

2.  Did you receive any written or oral information for VIOXX® while you took it?
    Yes ____  No ____  Don't Recall __√__.

3.  If yes,

    a.  When did you receive this information: __N/A__.
    b.  From whom did you receive it: __N/A__.
    c.  What information did you receive: __N/A__.

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®?  <u>Plaintiff does not recall any over the counter pain medication he was taking at the time of his Vioxx use. Plaintiff will supplement any additional information</u>.

## V.
## MEDICAL BACKGROUND

A.  Height: __6'0"__

B.  Current weight: __220 lbs__. Weight at the time of the injury, illness or disability in Section I(C): __210 lbs__.

C.  Smoking/Tobacco Use History: **Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.**

    ____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff
    ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff
        a.  Date on which use of tobacco was ceased: __
        b.  Amount smoked or used: on average ____ per day for _____ years
    _√_ Current user of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff
        a.  Amount smoked or used: on average __1 pack__ per day for __28__ years
    ____ Smoked different amount at different times.

M001591806

D.  Drinking History: Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc. . .)? Yes __√__ No ____ **If yes, fill in the appropriate blank** with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

> __2-3__ drinks per week;
> _____ drinks per month;
> _____ drinks per year; or
>
> Other (describe):_____

E.  Illicit Drugs: Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or anytime after, you first experienced your alleged VIOXX® related injury? Yes ____ No __√__ Don't Recall ____.

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter replacement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| SURGERY | CONDITION | WHEN | DOCTOR | HOSPITAL |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

2.  Treatments/interventions for heart attacks, agina (chest pain), or lung ailments:

| SURGERY | TREATMENT | WHEN | DOCTOR | HOSPITAL |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

M001591807

3. To your knowledge, have you had any of the following tests performed: chest x-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of te head, bubble/microbubble study, or Holter monitor?
Yes __√__ No ____ Don't Recall ____. If yes, answer the following:

| TEST | WHEN | DOCTOR | HOSPITAL | REASON |
|---|---|---|---|---|
| CT Scan | 8/02 | Dr. Paresh Sheth | Jennie Stuart Medical Center<br>320 West 18th Street, Hopkinsville, KY 42240<br>(800) 887-5762 | Stroke |
| MRI | 8/02 | Dr. Paresh Sheth | Jennie Stuart Medical Center<br>320 West 18th Street, Hopkinsville, KY 42240<br>(800) 887-5762 | Stroke |
| Cardio ultrasound | 8/02 | Dr. Paresh Sheth | Jennie Stuart Medical Center<br>320 West 18th Street, Hopkinsville, KY 42240<br>(800) 887-5762 | Stroke |

## VI.
## DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody or control, or in the possession of your lawyers by checking "yes" or "no." Where you have indicated "yes", please attach the documents or things to this profile form.

A. Records of physicians, hospitals, pharmacies and other healthcare providers identified in response to this profile form. Yes __√__ No ____. (pharmacy)

B. Decedent's death certificate (if applicable). Yes ____ No ____. (N/A)

M001591808

C.  Report of autopsy of decedent (if applicable). Yes ____ No ____. (N/A)

## VII.
## LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the names and address of each of the following:*

A.  Your current family and/or primary care physician:

| NAME | ADDRESS |
|---|---|
| Dr. Barbara Newell | 212 West 18th Street Suite A, Hopkinsville, KY 42240 (270) 889-0036 |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years:

| NAME | ADDRESS | DATES OF TREATMENT |
|---|---|---|
| Dr. Barbara Newell | 212 West 18th Street Suite A, Hopkinsville, KY 42240 (270) 889-0036 | 11/98 - to present |
| Military Clinics | Ft. Campbell, KY | 9/78 - 10/98 |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| NAME | ADDRESS | ADMISSION DATE | REASON |
|---|---|---|---|
| Jennie Stuart Medical Center | 320 West 18th Street, Hopkinsville, KY 42240 (800) 887-5762 | 8/23/02 - 8/26/02 | Stroke |

M001591809

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment or been admitted as a patient during the last ten (10) years.

| NAME | ADDRESS | ADMISSION DATE | REASON |
|---|---|---|---|
| Jennie Stuart Medical Center | 320 West 18th Street, Hopkinsville, KY 42240 (800) 887-5762 | 6/8/05 | Sprained ankle |
| Jennie Stuart Medical Center | 320 West 18th Street, Hopkinsville, KY 42240 (800) 887-5762 | 6/10/05 | Sprained ankle |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| NAME | ADDRESS | DATES |
|---|---|---|
| Dr. Paresh Sheth | 1610 S. Main Street Suite 103 Hopkinsville, KY 42240 (270) 885-5003 | 8/02 - present |
| Dr. Kishorkumar A. Desai | 1910 South Virginia Street Suite 101 Hopkinsville, KY 42240 | 10/05 - present |
| Dr. Hillary R. Kaplan | 2002 Richard Jones Road Suite B300 Nashville, TN 37215 (615) 386-6220 | 8/03-10/03 |
| Dr. Grace Teal (deceased) | 3601 The Vanderbilt Clinic Nashville, TN 37232 | 2/00-7/03 |
| Dr. Anne T. Neff | 2665 The Vanderbilt Clinic 1301 22nd Avenue South Nashville, TN 37232 (615) 322-4967 | Jan-Mar 2003 |

M001591810

| | | |
|---|---|---|
| Dr. Barbara Newell | 212 West 18th Street Suite A, Hopkinsville, KY 42240 (270) 889-0036 | 11/98 - present |
| Hospital physician | Trover Regional Medical Center of Hopkins County 900 Hospital Drive Madisonville, KY 42431 (270) 825-5100 | 98 - 99 |
| Hospital physician | Blanchfield Army Community Hospital Ft. Campbell, KY 42223 | 78 - 98 |
| Hospital physician | Walter Reed Army Medical Center Washington DC | 78 -98 |

F.   For each pharmacy that has dispensed medication to you in the last ten years.

| NAME | ADDRESS |
|---|---|
| Bach Pharmacy | Blanchfield Army Community Hospital 650 Joel Drive Ft. Campbell, KY 42223 (270) 798-8075 |
| Wal-mart Pharmacy | 300 Clinic Drive Hopkinsville, KY 42240 (270) 886-9863 |
| Caremark | 7034 Alamo Downs Pkwy San Antonio, TX 78238 (210) 680-1077 |

G.   If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| NAME | ADDRESS |
|---|---|
| N/A | N/A |

H. If you have submitted a claim for workers' compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| NAME | ADDRESS |
|---|---|
| N/A | N/A |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____        Timothy R. Watson        Jan 18, 2006
Signature                      Print Name               Date