

Jan 9 2006
6:12PM

**Vioxx, Celebrex aim to profit from improved safety labels.**
By Ransdell Pierson
1363 words
21 May 2000
19:27
Reuters News
English
(c) 2000 Reuters Limited

NEW YORK, May 21 (Reuters) - Two new rival arthritis drugs that have already become blockbusters, Merck & Co.'s **Vioxx** and Pharmacia Corp.'s **Celebrex**, aim to propel sales into higher orbit by convincing U.S. regulators in coming months that their medicines are far safer than standard treatments.

A key step in that campaign comes this week, when the firms will unveil data from separate clinical trials they say prove their medicines are overwhelmingly safer than older ulcer-causing arthritis remedies known as nonsteroidal anti-inflammatory drugs (NSAIDs).

The New Jersey drugmakers will describe the safety trials at the annual Digestive Disease Week meeting being held in San Diego. By mid-year, the companies then plan to forward the data to the U.S. Food and Drug Administration, asking the agency to certify their medicines as members of a separate and safer class.

"**Vioxx** and **Celebrex** are expensive, so many managed care companies now refuse to pay for them unless patients have previously failed on cheaper, older medicines," said Peter Wen, co-portfolio manager of the Warburg Pincus Global Health Sciences Fund.

"But if the FDA agrees that **Vioxx** and **Celebrex** are indeed safer than NSAIDs and allows the drugs to say so on their labels, more insurers presumably would allow them on their formularies," or lists of approved medications, Wen added.

BOASTING RIGHTS FOR DIRECT-TO-CONSUMER ADS

A superior safety label would also allow **Vioxx** and **Celebrex**, for the first time, to boast in direct-to-consumer television and print advertisements that they are safer than NSAIDs such as aspirin, naproxen, diclofenac and ibuprofen, said Carl Seiden, an analyst with J.P. Morgan.

"If things go well, a year from now they can begin pitching their more-aggressive ads to consumers" and steal bigger chunks of business from NSAIDs, which now account annually for about 80 million U.S. prescriptions, Seiden said.

The FDA last year approved **Vioxx** (rofecoxib) and **Celebrex** (celecoxib) for treatment of osteoarthritis - the most common form of arthritis affecting about 21 million Americans in which joints are damaged by normal wear and tear.

In addition, **Vioxx** was approved for treatment of short-term pain, such as after surgery or dental work, while **Celebrex** was cleared for treatment of rheumatoid arthritis - the crippling less-common form of arthritis affecting 2.1 million Americans in which the body's immune system attacks joints.

Merck plans late this year to also seek marketing approval of **Vioxx** for rheumatoid arthritis, based on other safety and efficacy trials.

**Celebrex**, launched in January, 1999, garnered global sales of $1.5 billion the same year. **Vioxx**, which hit drugstores four months later, had 1999 global sales of $472 million.

They are the first in a new type of pain and arthritis medicines that work by selectively blocking the so-called Cox-2 enzyme which has been linked to inflammation. Thus, they have been nicknamed "Cox-2 inhibitors."

M005575039

Standard NSAIDs also block Cox-2, but are believed to cause a much higher number of ulcers and gastrointestinal problems because they also block the related Cox-1 enzyme, which protects the stomach lining. In fact, over 16,000 U.S. deaths each year are blamed on NSAIDs.

DRUGS NOW LUMPED INTO OLDER NSAIDS CLASS

Nevertheless, when the FDA approved **Vioxx** and **Celebrex** last year on the basis of placebo-controlled trials, it lumped them into the old NSAIDs class, pending completion of post-marketing safety trials showing they are indeed gentler on the gastrointestinal tract than leading NSAIDs.

Results of Pharmacia's 13-month "CLASS" trial, involving 5,800 patients with osteoarthritis and 2,200 with rheumatoid arthritis, will be presented Monday evening at the San Diego meeting. It will compare long-term safety of **Celebrex** with diclofenac and ibuprofen.

Merck's "VIGOR" trial, of 8,000 patients with rheumatoid arthritis, will be presented Wednesday afternoon. It compares the incidence of serious gastrointestinal events among **Vioxx** users with those in naproxen users over an average period of 9 months.

Both companies have previously given brief preliminary summaries of their safety trial results.

Pharmacia said last month that patients taking 800 milligrams daily of **Celebrex**, four times its recommended dose for osteoarthritis and twice its recommended daily dose for rheumatoid arthritis, had statistically meaningful fewer incidents of symptomatic ulcers and ulcer complications than the combined group of patients taking standard daily doses of ibuprofen and diclofenac.

**CELEBREX** TRIAL SHOWS CONFLICTING RESULTS

Specifically, 2.1 percent of those taking **Celebrex** had ulcers and complications, compared with 3.6 percent of the NSAID group, Pharmacia officials said late Sunday.

When considering ulcer complications alone, without also including symptomatic ulcers, the incidence among those taking **Celebrex** was 0.8 percent, versus 1.5 percent for those taking NSAIDs - a positive trend that failed to achieve statistical significance.

Pharmacia said **Celebrex** apparently failed that part of the study because about 22 percent of patients in the overall CLASS trial were also taking aspirin, typically in low doses, to protect against heart attacks and other cardiovascular problems.

Excluding the aspirin group, Pharmacia senior researcher Steven Geis said the rate of ulcer complications for **Celebrex** was 0.4 percent compared with 1.3 percent in the NSAIDs group - a reduction which he said was statistically significant.

"That's the purest view of what **Celebrex** really does. When you take away the influence of aspirin, you clearly see a 3-fold difference between **Celebrex** and the NSAIDs," Geis said in an interview.

**VIOXX** STUDY ALSO GIVES MIXED MESSAGE

Merck in late March said a preliminary analysis of its VIGOUR trial showed that rheumatoid arthritis patients treated with a daily 50 mg dose of **Vioxx** had a significantly relevant reduced incidence of serious gastrointestinal problems than those taking naproxen.

But Merck stirred controversy by disclosing that only one-fifth as many patients taking naproxen had heart attacks as those taking **Vioxx** (0.1 percent versus 0.5 percent).

Merck attributed the finding to naproxen's presumed ability to prevent platelets from clumping together to form blood clots, saying there was no reason to believe that **Vioxx** itself caused heart attacks.

M005575040

In fact, Merck said there was no statistical difference in heart attacks between patients who took **Vioxx** and those who took other NSAIDs in previous clinical trials involving treatment of osteoarthritis and acute pain.

"The FDA has a huge database from Merck, of 10,000 patients where there is no increased incidence of heart attacks" with **Vioxx**, Dr. Eve Slater, Merck's senior vice president of clinical and regulatory development, said in an interview.

"The FDA is not concerned about this issue to the best of my knowledge, to the extent they have seen the data we have," Slater said.

J.P. Morgan's Seiden speculated the FDA will allow **Celebrex** and **Vioxx** to put stronger safety claims on their labels because of very favourable overall trends in the CLASS and VIGOUR trials. But he predicted neither drug would be allowed to shake off its NSAID tag and become members of a separate "Cox-2 inhibitor" class, in part because of the partial failures in both trials.

"I think the **Celebrex** issue will be easier to deal with because although the total **Celebrex** group failed to show a lower rate of ulcer complications, there was clear statistical significance in those who took no aspirin," Seiden said.

By contrast, he said Merck has offered only a credible theory why fewer patients taking naproxen had heart attacks than those taking **Vioxx** in the VIGOUR trial.

"But it's only a theory. There's nothing in the trial to prove the supposedly beneficial effects of naproxen," Seiden said.

Another New York analyst, who asked to remain anonymous, said the FDA will be faced with a tough decision. "How can they keep one drug an NSAID and let the other one go free when both drugs had conflicting results? The Solomon-like decision would probably be for the FDA to do nothing and just keep them both as NSAIDs."

The FDA could not be reached for comment.

((Health Desk, 212 859-1736)).

(C) Reuters Limited 2000.

© 2006 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.