Copyright 2001 The Washington Post

**The Washington Post**

**washingtonpost.com**

The Washington Post

**August** 22, 2001 Wednesday
Correction Appended
Final Edition

**SECTION:** A SECTION; Pg. A04

**LENGTH:** 915 words

**HEADLINE:** Heart **Risk** From Celebrex, **Vioxx?**;
'Super Aspirin' Makers Contest Analysis

**BYLINE:** David Brown, Washington Post Staff Writer

**BODY:**

The popular painkillers Celebrex and **Vioxx** may slightly increase a person's **risk** of having a heart attack, according to an analysis of clinical studies of the "super aspirin" drugs.

The analysis, which was strongly contested by the makers of the drugs, does not say the drugs unquestionably increase cardiovascular risk. It says only that it's possible.

"It's a cautionary flag that seems to say that something is going on that needs further exploration," said Eric J. Topol, a cardiologist at the Cleveland Clinic and one of the authors of the analysis, which appears in today's Journal of the American Medical Association.

Since their introduction in 1999, the drugs, which are known technically as COX-2 inhibitors, have been among the nation's best-selling prescription pharmaceuticals. One of them, celecoxib, sold as Celebrex, was the sixth-leading prescription drug in sales dollars last year and has been used by 14 million people. The other COX-2 inhibitor is rofecoxib, sold as Vioxx.

The drugs are popular because they provide the same pain-killing effects as aspirin and non-steroidal anti-inflammatory drugs (NSAIDs) such as ibuprofen, but with less chance of causing ulcers and intestinal bleeding. Aspirin inhibits two closely related enzymes, COX-1 and COX-2. The new drugs specifically inhibit only the second (which is involved in pain and inflammation) while not affecting the first (which, among other things, is involved in protecting the lining of the stomach).

COX-2 inhibitors illustrate the pharmaceutical industry's ability to tailor-make a drug with the same benefits as its predecessors, but with fewer hazards. However, the analysis suggests that even such highly specific compounds may have unexpected hazards.

Topol and two other Cleveland Clinic physicians looked at the rate of cardiovascular events -- such as heart attack, chest pain, sudden death and stroke -- in two big clinical trials of COX-2 inhibitors.

In one trial, about 8,000 people with rheumatoid arthritis were randomly assigned to get either Vioxx or naproxen, an NSAID. There were more than twice as many cardiovascular events in the Vioxx group as in the naproxen group -- 46 vs. 20.

The researchers then looked at the small number of people who had a history of heart disease going into the study. These people were supposed to be excluded from the trial, because most people with heart disease take daily aspirin, and aspirin use was not permitted in the study. As is usually the case in large studies, however, a retrospective review uncovered a small number of people -- 321 in this case -- who should have been excluded but

weren't. Among them, those taking Vioxx were four times as likely to have a cardiovascular event as the ones taking naproxen.

There are two explanations for those observations. Vioxx may have increased the risk of cardiovascular events. Alternatively, naproxen may have lowered it.

The second study the Cleveland Clinic researchers looked at involved Celebrex. About 8,000 arthritis patients were randomly assigned to get either Celebrex or one of two NSAIDs, ibuprofen or diclofenac. There was no difference in cardiovascular events among the groups.

In the Vioxx trial, however, people were allowed to take low-dose aspirin for heart disease, and about 20 percent did. Topol and his colleagues theorized that aspirin use may have counterbalanced Vioxx's possible risk to heart patients.

Data from the studies were presented to an advisory committee of the Food and Drug Administration in February. Two FDA officials said yesterday that the agency is continuing to review the cardiovascular safety of COX-2 inhibitors to determine whether new information needs to be added to the drugs' labels, which is the information that accompanies each prescription.

The makers of the drugs strongly defended their safety yesterday.

"Both Pharmacia and Pfizer [which co-market Celebrex] strongly support the cardiovascular safety profile of Celebrex," said John Fort, a vice president for medical affairs at Pharmacia. He added that the company had specifically looked at patients with cardiac risk factors in the Celebrex trial and found no increase in events among those on the COX-2 inhibitor.

A physician at Merck, which makes Vioxx, said that company has examined the rate of cardiovascular events in several other studies in which some people got a COX-2 inhibitor and some got a placebo. One is a study -- still ongoing -- in which Vioxx is being tested as a possible way of slowing the course of Alzheimer's disease in people with mild dementia.

There has been no excess of events in people on Vioxx, said Laura Demopoulos, senior director for cardiovascular clinical research. She added that over the next few years, more such comparisons will be available.

Testing COX-2 inhibitors' potential hazards in heart patients directly will be difficult, however. Aspirin is known to help heart patients, but there is unlikely to be a benefit from COX-2 inhibitors alone. Testing it in heart patients to see only if it is a hazard would not be ethical.

It's possible that COX-2 inhibitors plus aspirin might be better than aspirin alone. That's because in some people with heart disease, there seems to be inflammation in the coronary arteries, which supply blood to the heart muscle. COX-2 inhibitors might help suppress the inflammation.

Topol, in fact, has proposed to the makers of Vioxx and Celebrex that they help finance a study to test that idea.

**CORRECTION-DATE:** August 23, 2001

**CORRECTION:**

An Aug. 22 story incorrectly said that in a study of the painkiller Vioxx, patients were also allowed to take aspirin to help prevent heart attacks and strokes. It was a study of Celebrex, a painkiller similar to Vioxx, that permitted aspirin use.
The Vioxx study did not permit aspirin use.

**LOAD-DATE:** August 22, 2001