(Copyright (c) 2003, Dow Jones & Company, Inc.)
THE WALL STREET JOURNAL.
The Wall Street Journal

October 30, 2003 Thursday

**SECTION:** Corporate Focus; Pg. B2

**LENGTH:** 571 words

**HEADLINE:** Vioxx Study Sees Heart-Attack Risk --- Merck Funded Research After Concerns Were Raised About Its Painkilling Drug

**BYLINE:** By Thomas M. Burton and Patricia Callahan

**BODY:**

Research presented at a medical conference this week suggests that **Vioxx,** a popular painkiller made by Merck & Co., may increase the **risk** of heart attacks in patients taking the pill.

The study, from Harvard University-affiliated Brigham & Women's Hospital in Boston and funded by Merck, found an increased **risk** of heart attack, or acute myocardial infarction, compared with patients taking a competing painkiller, Celebrex, from Pfizer Inc. The researchers also found **Vioxx,** which has annual sales of $2.5 billion a year, was linked to an increased heart-attack **risk** compared with patients not taking any painkillers.

Merck, of Whitehouse Station, N.J., funded the research after a landmark medical-journal article by cardiologists at the Cleveland Clinic, who first raised the issue in August 2001 in the Journal of the American Medical Association. The more recent findings were presented this week at the American College of Rheumatology meeting in Orlando, Fla., and are laid out in detail in a medical abstract for that meeting.

Brigham & Women's Hospital rheumatologist and epidemiologist Daniel H. Solomon headed the study, which looked at records of 54,475 Medicare patients, all of them over 65.

Researchers found that the apparent cardiac risk was greatest in the first 90 days in which a patient is taking Vioxx, which generically is known as rofecoxib. In the first 30 days, the researchers found, Vioxx was linked to a 39% increased heart-attack risk compared with Celebrex. Between 30 and 90 days, that increased relative risk was 37%. After 90 days, there didn't appear to be any increased risk.

The absolute risk -- that is, what percent of Vioxx users in the study actually had heart attacks -- wasn't in the published abstract, and Dr. Solomon declined to comment.

Eric J. Topol, chairman of cardiovascular medicine at the Cleveland Clinic and one of the authors who first raised the issue two years ago, called the research "the best study to date."

Two years ago, Dr. Topol pointed out that "the risk is very low of inducing a heart attack." Even so, he noted, millions of people are taking these painkillers, and thus the issue is of great consequence.

The new study, Dr. Topol said, "greatly substantiates our concern about the cardiac side effects." He observed that the possible cardiac effects of Vioxx appear "worse with the higher doses."

Merck discounted the findings. "Randomized clinical trials are the gold standard" and this isn't such a trial, said Alise Reicin, Merck's executive director of clinical research. "In our placebo-controlled randomized trials, we have found no significant difference between Vioxx and placebo."

The Brigham & Women's researchers tried to see whether any confounding variables, such as smoking, obesity or aspirin use, might have altered the results. But they concluded this wasn't the case.

The conclusions are similar to those reached by researchers at Vanderbilt University last year, who examined records of 24,132 patients taking Vioxx and concluded there was an apparent increased risk of coronary heart disease for Vioxx patients compared with nonusers. Their findings were published in the British medical journal

Lancet. However, another study published this February in the Archives of Internal Medicine, on 12,156 Vioxx users, didn't find any increased risk.

(See related letter: "Letters to the Editor: Merck Stands Behind The Safety of Vioxx" -- WSJ Nov. 5, 2003)

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004