Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Merck & Co., Inc.
P.O. Box 4
West Point PA 19486
Fax 610 397 2516
Tel 610 397 2944
215 652 5000

December 16, 1998



**MERCK**
Research Laboratories

Robert DeLap, M.D., Ph.D. - Acting Director
Division of Anti-Inflammatory, Analgesic and
   Ophthalmic Drug Products, HFD-550, Room 2063
Office of Drug Evaluation V (CDER)
Food and Drug Administration
5600 Fishers Lane
Rockville, Maryland 20857

Serial No. 406

Dear Dr. DeLap:

## IND 46,894: VIOXX (Rofecoxib, MK-0966)

## PROTOCOL AMENDMENT - NEW PROTOCOL

Please refer to a submission of September 12, 1998 (Serial No. 370) of the draft "GI Outcomes" protocol and subsequent discussions with FDA representatives concerning this protocol, including a meeting held November 5, 1998. Please note the following revisions that have been incorporated into this final protocol based on those discussions:

- The final dose selection has been made. The dose of MK-0966 will be 50 mg.
- All reference to dose-titration of naproxen has been removed.
- The cardiovascular thrombotic and embolic adverse event adjudication has been added.
- Removal of secondary objective regarding NSAID type AEs.

Additional changes arising from discussions at the above mentioned meeting are still in development and will be handled through amendments to this protocol.

These changes include:
- The modified Health Assessment Questionnaire (HAQ) will be added as an efficacy endpoint at the randomization visit, the six week visit (visit 3) and discontinuation or end of study.
- Modifications to the criteria for confirmed PUBs and confirmed complicated PUBs will be included.

MRK-I8940042881

M007211449

Robert DeLap, M.D., Ph.D., Acting Director
IND 46,894: VIOXX (Rofecoxib, MK-0966)
Page 2

We are submitting the following information as an amendment to the subject Investigational New Drug Application:

1. Protocol Title/Number:

   "A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUBs During Chronic Treatment with MK-0966 or Naproxen in Patients with Rheumatoid Arthritis ("GI Outcomes" Trial or "VIGOR" Trial)/Protocol No. 088-00.

2. Clinical Monitor:

   Alise Reicin, M.D.
   Beth Seidenberg, M.D

3. Investigator information will be submitted by Covance, Inc., as it becomes available.

4. Description of most clinically significant differences between this protocol and previous protocols:

PRIMARY OBJECTIVES

1. To determine the incidence rate of PUBs in patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to patients taking naproxen, 1000 mg daily.

2. To study the safety and tolerability of MK-0966 in patients with rheumatoid arthritis.

SECONDARY OBJECTIVES

1. To assess the incidence confirmed and unconfirmed PUBs in patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to patients taking naproxen 1000 mg daily.

2. To assess the incidence of complicated PUBs in patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to patients taking naproxen 1000 mg daily.

3. To compare the efficacy of treatment of rheumatoid arthritis with MK-0966 or naproxen as evaluated by the Patient and Investigator Global Assessment of Disease Activity and the discontinuation rates due to lack of efficacy.

EXPLORATORY OBJECTIVES

1. To compare health-care resource utilization for GI-related adverse experiences (for example, the incidence of PUBs requiring hospitalizations; the proportion of patients requiring upper GI series or endoscopy) which are consistent with NSAID use in patients taking 50 mg MK-0966 daily, compared to patients taking naproxen 1000 mg daily.

MRK-I8940042882

M0072111450

Robert DeLap, M.D., Ph.D., Acting Director
IND 46,894: VIOXX (Rofecoxib, MK-0966)
Page 3

### EXPLORATORY OBJECTIVES (Continued)

2. To determine rates of occurrence of bleeding from any location in the GI tract in patients taking 50 mg MK-0966 daily, compared to patients taking naproxen 1000 mg daily.

5. Additionally, portions of the sponsor responsibilities of this study are being contracted to a Contract Research Organization (CRO). Covance, Inc. will be responsible for site start-up activities, document review and retention, drug shipment and resolution, site monitoring, data collection, and data clean up.

6. IND submissions of New Investigator information will be submitted by the following individual:

> Ms. Gail England
> Manager, Regulatory Affairs
> FDA Liaison Group
> Covance Clinical Services
> 210 Carnegie Center
> Princeton, NJ 08540-6233
> (609) 452-4565

Sincerely,

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Attachment:   Copy of subject protocol

Federal Express

Q:CAT\CDF\46894\088NP

MRK-I8940042883
M007211451