```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4

 5    IN RE: VIOXX PRODUCTS              *
      LIABILITY LITIGATION               *   MDL DOCKET NO. 1657
 6                                       *
                                         *
 7    THIS DOCUMENT RELATES TO           *   HOUSTON, TEXAS
      CASE NO. 05-4046:                  *
 8                                       *
      EVELYN IRVIN PLUNKETT, ET AL       *   DECEMBER 6, 2005
 9                                       *
      VERSUS                             *
10                                       *   8:30 A.M.
      MERCK & CO., INC.                  *
11    * * * * * * * * * * * * * * * * * *

12

13                             VOLUME VII
                         JURY TRIAL BEFORE THE
14                     HONORABLE ELDON E. FALLON
                      UNITED STATES DISTRICT JUDGE
15

16
      APPEARANCES:
17

18    FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                    PORTIS & MILES
19                                BY:  JERE LOCKE BEASLEY, ESQ.
                                       ANDY D. BIRCHFELD, JR., ESQ.
20                                     LEIGH O'DELL, ESQ.
                                       J. PAUL SIZEMORE, ESQ.
21                                     FRANK WOODSON, ESQ.
                                  234 COMMERCE STREET
22                                POST OFFICE BOX 4160
                                  MONTGOMERY, ALABAMA 36103
23

24    FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                  BY:  MARK P. ROBINSON, JR., ESQ.
25                                620 NEWPORT CENTER DRIVE
                                  NEWPORT BEACH, CALIFORNIA 92660
```

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M0055437O6

Page 1452

APPEARANCES, (CONTINUED):

FOR THE PLAINTIFF:   ABRAHAM, WATKINS, NICHOLS,
                        SORRELS, MATTHEWS & FRIEND
                     BY: DAVID P. MATTHEWS, ESQ.
                        800 COMMERCE STREET
                        HOUSTON, TEXAS 77002

FOR THE DEFENDANT:   BARTLIT BECK HERMAN
                        PALENCHAR & SCOTT
                     BY: PHILIP S. BECK, ESQ.
                        TAREK ISMAIL, ESQ.
                        54 W. HUBBARD STREET, SUITE 300
                        CHICAGO, ILLINOIS 60601

OFFICIAL COURT REPORTERS:   CATHY PEPPER, CCR, RPR, CRR
                            TONI DOYLE TUSA, CCR
                            500 POYDRAS STREET, ROOM HB-406
                            NEW ORLEANS, LOUISIANA 70130
                            (504) 589-7778

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER.

Page 1453

1  MORNING SESSION
2  (DECEMBER 6, 2005)
3  (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE
4  TRANSCRIBED BY CATHY PEPPER, OFFICIAL COURT REPORTER.)
5  THE MARSHAL: ALL RISE.
6  THE COURT: BE SEATED. GOOD MORNING, LADIES AND
7  GENTLEMEN. YOU WILL RECALL THAT WERE STILL WITH THE WITNESS.
8  YOU'RE STILL UNDER OATH, SIR. YOU MAY PROCEED, COUNSEL.
9  (WHEREUPON, DAVID SILVER, HAVING BEEN DULY SWORN,
10 TESTIFIED AS FOLLOWS.)
11 DIRECT EXAMINATION
12 BY MR. BECK:
13 Q. DOCTOR, I PUT UP A LITTLE BOARD THAT I'VE USED DURING
14 OPENING STATEMENT. YOU HAD DESCRIBED THE COX-1 ENZYME AND WHAT
15 IT DOES AND THE COX-2 ENZYME AND WHAT IT DOES. DOES THAT BOARD
16 ACCURATELY SUMMARIZE WHAT YOU HAD SAID YESTERDAY?
17 A. YES, IT DOES.
18 Q. YESTERDAY WHEN WE LEFT OFF, WE HAD BEGUN TALKING ABOUT THE
19 DEVELOPMENT OF COX-2 INHIBITORS AND VIOXX IN PARTICULAR, AND
20 YOU HAD DESCRIBED THE REACTION OF THE MEDICAL COMMUNITY TO THE
21 ARRIVAL OF THESE NEW MEDICINES. WHEN THESE MEDICINES BECOME
22 AVAILABLE, WHAT DID THE FDA SAY IN PARTICULAR ABOUT VIOXX?
23 A. WELL, IN TERMS OF VIOXX, WHEN IT WAS APPROVED IN 1999,
24 THEY SAID THAT IT WAS SAFE AND EFFECTIVE FOR THE TREATMENT OF
25 OSTEOARTHRITIS; DYSMENORRHEA, WHICH IS BASIC PAINFUL MENSTRUAL

Page 1454

1  CRAMPS, AS WELL AS FOR ACUTE PAIN.
2  Q. AND THIS HAS BEEN RECEIVED IN EVIDENCE ALREADY,
3  DEFENDANT'S EXHIBIT 73. DO YOU RECOGNIZE THIS AS A COPY OF THE
4  MAY 20, 1999, APPROVAL LETTER FROM THE FDA CONCERNING VIOXX?
5  A. YES, I DO.
6  Q. I WOULD LIKE TO FOCUS ON THE FOURTH PARAGRAPH. IF YOU
7  WOULD, PLEASE READ THIS PARAGRAPH FOR THE JURY; AND WHEN YOU'RE
8  DONE, DESCRIBE THE SIGNIFICANCE OF THIS TO TREATING PHYSICIANS
9  WHO HAVE TO DECIDE WHAT TO DO WITH PEOPLE WITH PAIN?
10 A. WHAT IT STATES IS: "WE HAVE COMPLETED THE REVIEW OF THIS
11 APPLICATION AS AMENDED AND HAVE CONCLUDED THAT ADEQUATE
12 INFORMATION HAS BEEN PRESENTED TO DEMONSTRATE THAT THE DRUG
13 PRODUCT IS SAFE AND EFFECTIVE FOR USE AS RECOMMENDED IN THE
14 ENCLOSED LABELING TEXT. ACCORDINGLY, THE APPLICATION IS
15 APPROVED EFFECTIVE ON THE DATE OF THIS LETTER, WHICH WAS, I
16 BELIEVE, MAY 1999.
17 Q. WITHIN THE MEDICAL COMMUNITY FOR THOSE TREATING PEOPLE
18 WITH CHRONIC PAIN, WHAT'S THE SIGNIFICANCE OF A DETERMINATION
19 BY THE FDA THAT THE MEDICATION IS SAFE AND EFFECTIVE?
20 A. WHAT IT TELLS US IS THAT THE FDA HAS TAKEN THE TIME TO
21 REVIEW ALL OF THE AVAILABLE DATA, ALL OF THE STUDIES THAT HAVE
22 BEEN DONE TO DATE, BE IT ANIMAL STUDIES OR HUMAN STUDIES, AND
23 LOOKED AT THAT DATA AND DETERMINED THAT THIS DRUG SHOULD BE ON
24 MARKET; AND THEY'VE DONE A RISK-BENEFIT ANALYSIS AND DETERMINED
25 THAT THEY BELIEVE THIS IS SOMETHING THAT IS TO BE OF BENEFIT TO

Page 1455

1  PEOPLE.
2  Q. AND HOW HAS YOUR CLINICAL EXPERIENCE COMPARED WITH THE
3  FDA'S CONCLUSION THAT VIOXX WAS SAFE AND EFFECTIVE?
4  THE COURT: WAIT JUST A MOMENT, DOCTOR.
5  MR. MATTHEWS: I OBJECT. MAY WE APPROACH, YOUR
6  HONOR.
7  (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT
8  THE BENCH.)
9  MR. MATTHEWS: JUDGE, WE'RE GOING TO OBJECT TO ANY
10 TESTIMONY CONCERNING HIS PATIENTS, HIS TREATMENTS OF PATIENTS
11 AND WHAT HE HAS FOUND IN HIS CLINICAL PRACTICE. IT'S
12 ANECDOTAL. HAS NOTHING TO DO WITH THE QUESTIONS IN THIS CASE.
13 AND THAT IS WHETHER THIS DRUG IS SAFE AND EFFECTIVE FOR ALL
14 USERS. THIS IS A DEFECTIVE PRODUCT CASE, AND WHAT WE HAVE HERE
15 IS JUST NOTHING MORE THAN TO ADD TO OLD TESTIMONY. HE WILL GO
16 ON AND ON ABOUT HIS PATIENTS, AND HE HAS HAD THIS GREAT
17 RESPONSE AND WE OBJECT.
18 MR. BECK: YOUR HONOR, THE -- A MEDICAL EXPERT IS
19 ENTITLED TO -- AND I WOULD THINK IS REQUIRED TO BASE HIS
20 OPINION ON HIS CLINICAL EXPERIENCE AS WELL AS ON REVIEW OF THE
21 LITERATURE. AND I'M NOT GOING TO BE ASKING HIM TO TELL STORIES
22 ABOUT POOR MRS. JONES AND MR. WILSON AND THAT SORT OF THING.
23 BUT I AM CLEARLY ENTITLED TO ASK WHETHER HIS CLINICAL
24 EXPERIENCE WITH THOUSANDS OF PATIENTS CONFIRMS THE CONCLUSIONS
25 THAT THE DRUG IS SAFE AND EFFECTIVE.

2 (Pages 1452 to 1455)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M0055437707

Page 1456

1  THE COURT: IT'S PART OF HIS 703 REQUIREMENTS. I'LL
2  ALLOW HIM TO DO IT, BUT LET'S NOT SPEND A LOT OF TIME ON IT.
3  OFF THE RECORD.
4  BY MR. BECK:
5  Q. DOCTOR, I'M NOT SURE I GOT AN ANSWER TO THE QUESTION. HOW
6  HAS YOUR CLINICAL EXPERIENCE PRESCRIBING VIOXX COMPARED WITH
7  THE FDA'S CONCLUSION THAT IT WAS SAFE AND EFFECTIVE?
8  A. IT HAS BEEN CONSISTENT THAT MY EXPERIENCE HAS BEEN
9  SIMILAR.
10 Q. I WOULD LIKE TO SHOW YOU NOW A QUESTION AND ANSWER FROM
11 MR. BEASLEY'S EXAMINATION OF DR. SCHIRMER. DO YOU KNOW WHO HE
12 IS IN THIS CASE?
13 A. YES.
14 Q. WOULD IT SURPRISE YOU TO LEARN THAT MERCK NOW TAKES THE
15 POSITION THAT VIOXX WAS MORE EFFECTIVE IN TREATING PAIN THAN
16 TRADITIONAL NSAIDS LIKE ALEVE OR IBUPROFEN?
17 A. I DIDN'T -- I'M NOT AWARE OF -- THAT IS THEIR POSITION.
18 Q. LET ME REPHRASE IT. ARE YOU AWARE THAT IS THEIR POSITION
19 NOW?
20 A. NO.
21 Q. THAT VIOXX IS REALLY NO MORE EFFECTIVE IN THE TREATMENT OF
22 PAIN THAN THESE OTHERS?
23 A. NO."
24 Q. NOW, DOCTOR, MR. BEASLEY TALKED ABOUT ALEVE. IS THAT THE
25 BRAND NAME OF NAPROXEN?

Page 1457

1  A. THAT'S THE OVER-THE-COUNTER VERSION OF NAPROXEN, YES.
2  Q. THE OVER-THE-COUNTER VERSION WOULD BE LIKE THESE BOXES OF
3  ALEVE THAT THEY'VE HAD PROPPED UP AND SHOWN TO THE JURY FOR THE
4  LAST SEVERAL DAYS?
5  A. YES.
6  Q. AND HOW DOES VIOXX, AS A PAIN RELIEVER, COMPARE TO THE
7  OVER-THE-COUNTER BOXES OF ALEVE THAT THEY'VE BEEN SHOWING TO
8  THE JURY?
9  A. WELL, YOU'RE COMPARING A PRESCRIPTION STRENGTH OF A
10 MEDICATION TO THE OVER-THE-COUNTER STRENGTH. WHEN ONE TALKS
11 ABOUT THAT, THE PRESCRIPTION STRENGTH ANTI-INFLAMMATORIES,
12 OBVIOUSLY VIOXX, DO TEND TO BE BETTER PAIN RELIEVERS THAN THE
13 OVER-THE-COUNTER VERSIONS BECAUSE YOU'RE NOT REALLY COMPARING
14 EQUIVALENT DOSING. SO IT'S REALLY A DIFFICULT COMPARISON TO
15 MAKE. BUT VIOXX WOULD BE MORE EFFECTIVE THAN AN
16 OVER-THE-COUNTER DOSE OF SOMETHING LIKE ALEVE.
17 Q. LET ME SHOW YOU SOMETHING THAT WE SAW THE ANOTHER DAY FROM
18 THE DEPOSITION OF DR. TOPOL:
19    "Q. THE VIGOR TRIAL SHOWED THAT VIOXX. WAS AN
20    EFFECTIVE TREATMENT FOR PAIN, CORRECT?"
21    "A. THE VIGOR TRIAL SHOWED THERE WAS NO DIFFERENCE
22    IN PAIN RELIEF BETWEEN NAPROXEN AND VIOXX."
23    NOW, AS TO THE PRESCRIPTION DOSE OF NAPROXEN, FOR
24 EXAMPLE, USED IN THE VIGOR TRIAL, DO YOU KNOW THE DOSE THEY
25 USED IN THE VIGOR TRIAL?

Page 1458

1  A. YES. THEY USED 1,000 MILLIGRAMS, WHICH, AS I DESCRIBED
2  EARLIER, WAS LIKE FIVE TABLETS OF THE OVER-THE-COUNTER VERSION.
3  Q. DO YOU AGREE WITH DR. TOPOL THAT VIOXX WAS SHOWN TO BE
4  EQUALLY EFFECTIVE WITH THE PRESCRIPTION DOSE OF NAPROXEN?
5  A. YES, I DO.
6  Q. NOW, WAS THE IDEA BEHIND VIOXX THAT IT WAS GOING TO BE
7  STRONGER PAIN MEDICATION THAN THE PRESCRIPTION DOSE OF NAPROXEN
8  OR THAT IT WAS GOING TO BE DOING SOMETHING ELSE THAT NAPROXEN
9  DIDN'T DO?
10    MR. MATTHEWS: I'M GOING TO OBJECT TO LEADING, JUDGE.
11    THE COURT: WELL, LET'S REPHRASE THAT.
12 BY MR. BECK:
13 Q. WAS THERE SOMETHING THAT VIOXX DID THAT NAPROXEN DID NOT
14 DO?
15 A. THE REASON -- THE REASON FOR THE COX-2 INHIBITORS IN
16 GENERAL IN VIOXX WAS THAT THEY WERE SUPPOSED TO BE SAFER ON THE
17 STOMACH, THAT THEY WOULD PREVENT OR WE WOULD SEE LESS OF THESE
18 TERRIBLE ULCERS THAT I WAS TALKING ABOUT YESTERDAY; THAT YOU
19 WOULDN'T SEE THESE HORRIBLE BLEEDING ULCERS, THE ONES THAT WAS
20 CAUSING OVER 100,000 PEOPLE TO BE HOSPITALIZED EACH YEAR,
21 16,000 PEOPLE -- 16,500 PEOPLE DYING EACH YEAR. THAT WAS THE
22 REASON FOR THE INVENTION OF THE DEVELOPMENT OF THE COX-2
23 INHIBITORS; AND VIOXX, SPECIFICALLY.
24 Q. FROM THE POINT OF VIEW OF A TREATING PHYSICIAN WHO TAKES
25 CARE OF PEOPLE WITH CHRONIC PAIN, IS IT A GOOD THING OR A BAD

Page 1459

1  THING, IF YOU CAN COME TO THE MARKET WITH A PAIN MEDICATION
2  JUST AS STRONG AS THE PRESCRIPTION NONSELECTIVE NSAIDS, BUT
3  WITHOUT -- WITH A LOWER RATE OF THESE STOMACH SIDE EFFECTS?
4  A. OH, NO. THIS IS CLEARLY A GOOD THING. I MEAN, SOMETIMES
5  WE HAVE TO PUT PERSPECTIVE ON THIS: THAT 16,500 PEOPLE A YEAR
6  WERE DIAGNOSED WAS EQUIVALENT APPROXIMATELY TO HOW MANY PEOPLE
7  WERE DYING FROM AIDS OR HIV. SO THIS WAS OBVIOUSLY A MAJOR
8  PROBLEM THAT WE SPECIFICALLY, AS RHEUMATOLOGISTS AND PRIMARY
9  CARE PHYSICIANS, WERE DEALING WITH ON A DAILY BASIS.
10 Q. WE MENTIONED THE VIGOR TRIAL. ARE YOU FAMILIAR WITH THE
11 VIGOR TRIAL?
12 A. YES, I AM.
13 Q. AND I'VE PUT UP ON THE BOARD DEFENDANT'S EXHIBIT 586.
14 IT'S BEEN MARKED FOR IDENTIFICATION. IS THIS THE PUBLICATION
15 IN THE NEW ENGLAND JOURNAL OF MEDICINE OF THE VIGOR RESULTS?
16 A. YES.
17 Q. AND TURNING OVER TO PAGE 5, AND THERE IS A GRAPH HERE,
18 DOES THIS GRAPH HAVE ANYTHING TO DO WITH THE SUBJECT THAT YOU
19 WERE JUST TALKING ABOUT?
20 A. YES.
21 Q. THESE, AS I BLOW THIS UP -- FIRST OF ALL, DOWN HERE AT THE
22 BOTTOM OF THE GRAPH, WHAT DO THEY DESCRIBE THIS GRAPH AS
23 SHOWING?
24 A. WHAT THEY ARE BASICALLY DOING IS TAKING THE PEOPLE WHO HAD
25 THESE CONFIRMED, WHAT THEY CALL UPPER GASTROINTESTINAL EVENTS,

Page 1460

1  THESE ULCERS, PERFORATIONS, WE WERE TALKING ABOUT THROUGHOUT
2  THE STUDY; AND IN PLOTTING IT, THEY ARE BASICALLY DOING A
3  GRAPH, LOOKING AT HOW MANY PEOPLE, THE PERCENT OF PEOPLE, HAD
4  THESE THINGS OCCUR VERSUS THE TIME AT WHAT POINT WHILE THEY
5  WERE ON MEDICATION THEY HAVE OCCURRED.
6  Q. AND WE'VE SEEN A COUPLE OF THESE GRAPHS, BUT JUST TO TAKE
7  A FEW MINUTES AND ORIENT THE JURY HOW THEY WORK, THIS THING
8  GOING UP AND DOWN, IS THAT CALLED THE VERTICAL AXIS IN GRAPH
9  LANGUAGE?
10 A. YES.
11 Q. AND WHAT DOES THE VERTICAL AXIS SHOW ON THIS GRAPH?
12 A. THIS IS WHAT THEY CALL CUMULATIVE INCIDENTS; IN OTHER
13 WORDS, THE PERCENT OF PEOPLE WHO WERE IN THE STUDY WHO HAD, IN
14 THIS CASE, ONE OF THESE SIGNIFICANT ULCERS OR PERFORATIONS.
15 Q. AND THEN THE LINE THAT RUNS ALONG THE BOTTOM, IS THAT
16 CALLED THE HORIZONTAL AXIS IN GRAPH TALK?
17 A. YES.
18 Q. AND WHAT DOES THAT SHOW?
19 A. THIS SHOWS HOW MANY MONTHS HAD PASSED WHEN THESE THINGS
20 HAD OCCURRED. SO, FOR INSTANCE, IF SOMEONE HAD A BLEEDING
21 ULCER IN THE FIRST MONTH, IT WOULD BE PLOTTED AT ABOUT ONE
22 MONTH, AND THEY WOULD ADD THOSE MONTHS UP AS TIME WENT ON.
23 Q. SO IF WE JUST FOCUS ON THE SECOND MONTH HERE, WE'VE GOT
24 THE LINE ON THE BOTTOM, AND WHICH DRUG IS THAT?
25 A. THAT WOULD BE VIOXX.

Page 1461

1  Q. AND WE'VE GOT THE LINE ON THE TOP. WHICH DRUG IS THAT?
2  A. THAT WOULD BE NAPROXEN, OR NAPROSYN.
3  Q. AND THAT WOULD BE THE PRESCRIPTION DOSE, NOT THE LITTLE
4  PACKAGES ON THE PLAINTIFFS TABLE; RIGHT?
5  A. YES.
6  Q. AND THEN I WROTE JUST -- DREW A LITTLE RED LINE IN THERE.
7  WHAT DOES THAT GAP REPRESENT?
8  A. THAT IS THE DIFFERENCE BETWEEN THE TWO. WHAT YOU SEE ON
9  THIS GRAPH IS STARTED VERY EARLY ON, THAT THERE ARE MORE PEOPLE
10 GETTING ULCERS OR THESE CONFIRMED EVENTS ON THE NAPROXEN VERSUS
11 THE PATIENTS TAKING VIOXX.
12 Q. THE JURY KNOWS ALREADY THAT VIGOR IS A CLINICAL TRIAL AND
13 ALL THAT, SO WE WON'T REPEAT THAT, AND ALSO THE JURY KNOWS
14 ABOUT THE TIMING OF IT. WERE THERE THINGS CALLED ENDOSCOPY OR
15 ENDOSCOPIC STUDIES CONCERNING GASTROINTESTINAL EFFECTS THAT
16 WERE CONDUCTED BY VIOXX OR BY MERCK BEFORE VIOXX WAS APPROVED
17 BY THE FDA?
18 A. YES, THERE WERE.
19 Q. AND DESCRIBE WHAT AN ENDOSCOPIC STUDY IS, PLEASE.
20 A. BASICALLY, AN ENDOSCOPIC STUDY, PATIENTS ARE EITHER GIVEN,
21 IN THIS CASE, VIOXX OR ONE OF THE TRADITIONAL
22 ANTI-INFLAMMATORIES, OR EVEN POTENTIALLY A PLACEBO, A SUGAR
23 PILL. WHAT HAPPENS IS THEY WILL TAKE A LOOK DOWN INTO THE
24 STOMACH WITH A SCOPE TO SEE IF THOSE PATIENTS HAVE DEVELOPED AN
25 ULCER. NOT NECESSARILY ONE OF THESE SYMPTOMATIC BLEEDING

Page 1462

1  ULCERS, BUT JUST LOOKING FOR THE PRESENCE OF ONE OF THESE
2  ULCERS.
3  Q. AND YESTERDAY THE INITIAL LABEL WAS RECEIVED IN EVIDENCE
4  IN A PLAINTIFFS EXHIBIT, WHICH I'VE FORGOTTEN, BUT IT'S BEEN
5  RECEIVED IN EVIDENCE. WHERE ON THE LABEL IS THERE INFORMATION
6  CONCERNING THE ENDOSCOPY STUDIES?
7  A. IT'S RIGHT IN THE BOTTOM CORNER.
8  Q. IS THIS A GRAPH DOWN HERE?
9  A. YES.
10 Q. SO IT'S A LITTLE FUZZY HERE. DO YOU KNOW WHICH OF THESE
11 BARS IS WHICH, OR DO YOU NEED A COPY OF THE LABEL TO HELP YOU
12 OUT ON THAT?
13 A. I'M FAMILIAR WITH THAT LABEL.
14 Q. SO WHAT'S SHOWN ON THIS GRAPH?
15 A. WHAT YOU SEE HERE IS -- AND THIS THE IS -- AGAIN, LOOK AT
16 THE INCIDENTS, HOW MANY PEOPLE WERE IN THE STUDY DEVELOPED AN
17 ULCER, THE PERCENT OF PEOPLE WHO DEVELOPED ULCERS, AND THE
18 AMOUNT OF TIME THEY HAD BEEN ON THE TREATMENT: SIX WEEKS, 12
19 WEEKS, OR 24 WEEKS.
20 Q. SO LET'S FOCUS OVER ON THE SIX WEEKS. THAT LITTLE BAR
21 THERE, WHAT'S THAT?
22 A. THAT'S THE PLACEBO GROUP. THOSE ARE THE PATIENTS WHO TOOK
23 THE SUGAR PILL.
24 Q. AND SO WHAT'S NEXT TO THE SUGAR PILL?
25 A. THAT'S VIOXX AT 25 MILLIGRAMS, WHICH IS THE MAXIMUM

Page 1463

1  RECOMMENDED DOSE FOR REGULAR USE.
2  Q. SO AT THE MAXIMUM DOSE OF RECOMMENDED USE IN TERMS OF
3  THESE GASTROINTESTINAL BLEEDS, HOW DID VIOXX COMPARE WITH A
4  SUGAR PILL?
5  A. VIOXX LOOKED VERY SIMILAR TO THE SUGAR PILL.
6  Q. WHAT'S NEXT TO THE 25 DOSE OF VIOXX?
7  A. THAT'S THE 50-MILLIGRAM DOSE.
8  Q. AND HOW DID THE 50-MILLIGRAM DOSE COMPARE?
9  A. LOOKED VERY SIMILAR TO THE SUGAR PILL AS WELL.
10 Q. WHAT'S THE TALLER DARK LINE?
11 A. THAT'S IBUPROFEN. AGAIN, THAT'S THE PRESCRIPTION STRENGTH
12 DOSE OF ADVIL.
13 Q. AND HOW DID IT COMPARE TO VIOXX AND THE SUGAR PILL?
14 A. THERE WERE SIGNIFICANTLY MORE ULCERS, CLOSE TO, I THINK,
15 20 PERCENT AT SIX WEEKS ON THOSE PATIENTS.
16 Q. AND THEN QUICKLY SUMMARIZE WHAT THE BARS SHOW AT 12 WEEKS.
17 A. AT 12 WEEKS WHAT WE SEE IS, AGAIN, THAT VIOXX, BOTH AT THE
18 25 AND THE 50, DOUBLE THE RECOMMENDED DOSE, LOOKED VERY SIMILAR
19 TO THE SUGAR PILL AND WE SAW SIGNIFICANTLY MORE ULCERS ON THE
20 PATIENTS TAKING IBUPROFEN.
21 Q. SO WHAT DO THESE ENDOSCOPY STUDIES TELL YOU AS TO WHETHER
22 VIOXX HAD BENEFITS OVER TRADITIONAL NSAIDS?
23 A. WHAT THEY SHOW US IS THAT THE PATIENTS TAKING VIOXX HAD
24 RATES OF ULCERS, AT LEAST IN THE FIRST THREE MONTHS, AT LEAST
25 WHILE LOOKING THROUGH A SCOPE, VERY SIMILAR TO THAT OF A SUGAR

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M0055437O9

Page 1464

1  PILL AND VERY DIFFERENT FROM THAT -- MUCH LOWER THAN ONE WOULD
2  SEE WITH ONE OF THESE TRADITIONAL NONSTEROIDAL DRUGS.
3  Q.  AND HOW DID YOUR CLINICAL EXPERIENCE OVER THE YEARS USING
4  VIOXX COMPARE WITH THE RESULTS THAT WERE SHOWN ON THE FDA
5  LABEL?
6  A.  IT WAS THE SAME.  I SAW VERY SIMILAR THINGS.
7  Q.  WE HAVE BEEN TALKING ABOUT ADVERSE SIDE EFFECTS.  IS THERE
8  A CONCEPT IN THE MEDICINE WORLD CALLED TOLERABILITY OF
9  MEDICINE?
10 A.  YES.
11 Q.  WHAT DOES THAT MEAN?
12 A.  IT BASICALLY MEANS ARE YOU ABLE TO TAKE THE MEDICINE OR IS
13 IT THAT YOU CAN'T TAKE IT OR TOLERATE IT BECAUSE OF SOME SORT
14 OF SIDE EFFECT THAT THE MEDICATION MIGHT HAVE.  IT'S VERY
15 IMPORTANT TO US AS TREATING PHYSICIANS, BECAUSE NO MATTER HOW
16 WELL A DRUG WORKS, IF A PATIENT GETS A SIDE EFFECT THAT MAKES
17 THEM NOT WANT TO TAKE THE DRUG OR, AT LEAST, TAKE IT
18 INCORRECTLY, LESS OFTEN THAN WE WOULD LIKE THEM TO, THEN
19 CLEARLY THE MEDICINE IS NOT GOING TO WORK AS WELL IF THEY ARE
20 NOT TAKING IT CORRECTLY.
21 Q.  AND WE HEARD YESTERDAY THAT MR. IRVIN, FOR EXAMPLE, THE
22 FIRST MEDICINE THAT HE WAS PRESCRIBED BY HIS SON-IN-LAW, HE
23 ACTUALLY THREW UP.  IS THAT AN ISSUE OF TOLERABILITY?
24 A.  YES, OBVIOUSLY -- I THINK IT WAS SAID YESTERDAY THAT HE
25 TOOK IT FOR ONE DAY, VOMITED, AND DIDN'T WANT TO TAKE IT AGAIN.

Page 1465

1  CLEARLY A MEDICINE IS NOT GOING TO WORK IF YOU DON'T TAKE IT.
2  Q.  ARE YOU FAMILIAR WITH THE ADVANTAGE CLINICAL TRIAL THAT
3  WAS DONE CONCERNING VIOXX?
4  A.  YES, I AM.
5  Q.  FOR IDENTIFICATION PURPOSES, DEFENDANT'S EXHIBIT 657 IS ON
6  THE SCREEN NOW.  IS THAT THE ARTICLE SUMMARIZING THE RESULTS OF
7  THE ADVANTAGE TRIAL?
8  A.  YES.
9  Q.  OVER ON PAGE 5, WE'VE GOT SOME MORE GRAPHS.  THIS TOP
10 GRAPH, DOES IT HAVE ANYTHING TO DO WITH THE SUBJECT YOU'VE JUST
11 BEEN DESCRIBING, TOLERABILITY?
12 A.  YES.
13 Q.  AND WHAT DOES THIS GRAPH SHOW ON THE SUBJECT OF
14 TOLERABILITY OF VIOXX, ROFECOXIB, VERSUS NAPROXEN?
15 A.  WHAT WE SEE HERE IS THAT PATIENTS -- THIS IS A GRAPH
16 THAT'S LOOKING AT PEOPLE WHO STOPPED TAKING THE MEDICATION
17 BECAUSE OF THESE STOMACH SIDE EFFECTS, NOT THE BLEEDING ULCERS,
18 BUT OTHER STOMACH SIDE EFFECTS.  THE MOST COMMON SIDE EFFECT WE
19 SEE THAT CAUSES PATIENTS TO STOP TAKING AN ANTI-INFLAMMATORY IS
20 SOMETHING CALLED DYSPEPSIA, WHICH IS BASICALLY -- WE THINK OF
21 IT AS AN UPSET STOMACH; A SOUR STOMACH; MAYBE HEARTBURN; YOU
22 KNOW, BLOATING, GAS, THINGS LIKE THAT.  AND IT'S VERY COMMON IN
23 PATIENTS TAKING THESE ANTI-INFLAMMATORY DRUGS.
24     WHAT THIS GRAPH SHOWS US -- AND THIS WAS LOOKING AT
25 PATIENTS WHO WOULD STOP TAKING THE ANTI-INFLAMMATORY BECAUSE OF

Page 1466

1  ONE OF THESE SIDE EFFECTS, AND WHAT WE SEE IS VERY EARLY ON,
2  THAT PATIENTS WHO WERE TAKING THE VIOXX BASICALLY WERE LESS
3  LIKELY TO STOP TAKING THE MEDICINE BECAUSE OF ONE OF THESE SIDE
4  EFFECTS.  IN OTHER WORDS, PATIENTS TAKING THE NAPROXEN, THE
5  TRADITIONAL ANTI-INFLAMMATORY, WERE MORE LIKELY TO GET SIDE
6  EFFECTS THAT MADE THEM STOP TAKING THE MEDICINE.
7  Q.  AND YOU SAID EARLY ON -- DOWN HERE AT THE BOTTOM, ON THE
8  HORIZONTAL AXIS, IT SAYS "TIME IN STUDY," AND THEN THE LETTER
9  "D."  WHAT DOES THAT MEAN?
10 A.  DAYS.
11 Q.  SO INSTEAD OF MONTHS, WE'RE TALKING ABOUT DAYS HERE?
12 A.  YES.
13 Q.  AND AFTER EVEN 30 DAYS, WAS THERE A DIFFERENCE BETWEEN THE
14 PERCENTAGE OF PEOPLE TAKING NAPROXEN WHO HAD STOPPED BECAUSE OF
15 STOMACH UPSET VERSUS THE PERCENTAGE OF PEOPLE ON VIOXX WHO HAD
16 STOPPED?
17 A.  YES.
18 Q.  DO YOU KNOW WHETHER, BEFORE THE ADVANTAGE TRIAL, THERE HAD
19 BEEN ANY OTHER CLINICAL TRIALS THAT COMPARES COX-2 INHIBITORS,
20 ANY OF THE COX-2 INHIBITORS, TO ANY OF THE NSAIDS FOR
21 TOLERABILITY?
22 A.  NOT IN A LARGE RANDOMIZED FASHION LIKE THIS, NO.
23 Q.  WAS THIS THE FIRST ONE TO SHOW GREAT TOLERABILITY?
24 A.  IN -- YES.  IN A LARGE RANDOMIZED TRIAL, YES.
25 Q.  WERE YOU AN INVESTIGATOR IN THE ADVANTAGE TRIAL?

Page 1467

1  A.  YES, I WAS ONE OF THE INVESTIGATORS OF THE STUDY.
2  Q.  AND SINCE THE ADVANTAGE TRIAL, HOW HAS YOUR CLINICAL
3  EXPERIENCE COMPARED WITH THE RESULTS OF THE ADVANTAGE TRIAL ON
4  GREATER TOLERABILITY FOR VIOXX?
5  A.  IT'S BEEN MY EXPERIENCE THAT PATIENTS TOLERATE VIOXX
6  BETTER THAN THE OLDER TRADITIONAL ANTI-INFLAMMATORY DRUGS.
7  Q.  WE'VE TALKED ABOUT THE SERIOUS STOMACH SIDE EFFECTS AS
8  WELL AS THE QUESTION OF TOLERABILITY.  ARE THERE ANY OTHER
9  BENEFITS OF VIOXX COMPARED TO THE TRADITIONAL NSAIDS THAT
10 INHIBITED BOTH COX-1 AND COX-2?
11 A.  WELL, THERE ARE A COUPLE OF OTHER THINGS WITH VIOXX,
12 SPECIFICALLY, THAT WERE NICE:  ONE, IT WAS A ONCE-A-DAY DRUG.
13 THE EFFECTS WOULD LAST, YOU KNOW, FOR THE FULL DAY.  SO YOU
14 WOULD GET PAIN RELIEF FOR THE ENTIRE DAY, WHICH, WHEN WE TALK
15 ABOUT AN ISSUE OF COMPLIANCE.  WE KNOW PATIENTS WHO HAVE TO TAKE
16 TWO, THREE, FOUR PILLS A DAY ARE MUCH LESS LIKELY TO REMEMBER
17 TO TAKE THEIR MEDICINE THAN TO TAKE ONE.  IT SEEMS SORT OF
18 OBVIOUS.  SO COMPLIANCE WAS MUCH HIGHER -- WAS KNOWN TO BE MUCH
19 HIGHER ON PATIENTS TAKING THE ONCE-A-DAY PILL VERSUS A TWO- OR
20 THREE-TIMES-A-DAY PILL.
21     THE OTHER ADVANTAGE WAS, IS THAT, UNLIKE CELEBREX,
22 THE OTHER COX-2 INHIBITOR THAT CAME OUT IN 1999, WHICH YOU
23 COULD NOT TAKE IF YOU WERE ALLERGIC TO SULFUR, VIOXX DID NOT
24 HAVE THAT PROBLEM.  SO IF YOU WERE A PATIENT THAT HAD AN
25 ALLERGY TO SULFUR, YOU COULD NOT TAKE CELEBREX.  AND ALLERGIES

Page 1468

1  TO SULFUR MAY BE ANYWHERE FROM 1 TO 10 PERCENT OF THE
2  POPULATION. THEY ARE FAIRLY COMMON. BUT VIOXX, YOU WERE ABLE
3  TO TAKE. SO THAT WAS ANOTHER ADVANTAGE AS WELL.
4  Q. LET ME ASK, SINCE WE HAVE BEEN COMPARING VIOXX TO
5  TRADITIONAL NSAIDS, AND YOU POINTED OUT ONE DIFFERENCE WITH
6  CELEBREX: FROM A TREATING PHYSICIAN'S POINT OF VIEW, IS THERE
7  AN ADVANTAGE TO HAVING MORE THAN ONE OR EVEN MORE THAN TWO
8  MEDICINES IN A PARTICULAR CLASS BECAUSE OF INDIVIDUAL PATIENT
9  DIFFERENCES?
10 A. YES, THERE IS. WE KNOW THAT HISTORICALLY, THAT MANY
11 PATIENTS WHO MAY EVENTUALLY RESPOND TO AN NSAID MAY NOT RESPOND
12 TO THE FIRST ONE YOU GIVE THEM. IN FACT, WHEN I WAS A FELLOW
13 IN RHEUMATOLOGY BACK IN THE 1990, WE WERE TAUGHT THE RULE OF
14 THREES. THIS WAS BEFORE -- EVEN BEFORE COX-2 INHIBITORS. BUT
15 YOU BETTER KNOW THE NAMES OF THREE NONSTEROIDAL DRUGS BECAUSE,
16 NO MATTER WHICH ONE YOU GAVE FIRST, THERE WAS PROBABLY ABOUT A
17 THIRD OF A CHANCE THAT THE PATIENT WOULDN'T RESPOND TO THE
18 FIRST ONE AND A THIRD OF A CHANCE THEY WOULDN'T RESPOND TO THE
19 SECOND. AND IF AFTER THREE IT WASN'T WORKING, THEN PROBABLY
20 YOU COULD SAY THAT AN ANTI-INFLAMMATORY NONSTEROIDAL WOULDN'T
21 WORK. THAT WOULD HOLD FOR COX-2 INHIBITORS AS WELL.
22     REALLY, HAVING A FEW OF THESE WOULD HAVE THE PATIENTS
23 TO HAVE AN OPPORTUNITY: IF THEY DIDN'T RESPOND TO ONE, THEY
24 MAY RESPOND TO ANOTHER. WE DON'T KNOW WHY THAT IS, WHY ONE
25 PATIENT RESPONDS TO ONE ANTI-INFLAMMATORY AND ANOTHER PATIENT

Page 1469

1  RESPONDS TO ANOTHER, BUT IT'S SOMETHING WE COMMONLY SEE IN
2  CLINICAL PRACTICE, IN MY PRACTICE.
3  Q. WE HAVE BEEN TALKING ABOUT THE BENEFITS SIDE OF THE
4  RISK-BENEFIT. NOW, I WOULD LIKE TO TURN TO THE RISK SIDE.
5     AS BOTH AN INTERNIST AND A RHEUMATOLOGIST IN TREATING
6  PATIENTS, DID YOU FAMILIARIZE YOURSELF WITH THE CARDIOVASCULAR
7  RISKS OF VIOXX AND OTHER COX-2 INHIBITORS BOTH WHEN THEY FIRST
8  CAME OUT IN '99 AND CONTINUING THROUGH TODAY?
9  A. YES.
10 Q. YOU TALKED ABOUT HOW YOU SOMETIMES LECTURE OTHER DOCTORS
11 AND MEDICAL STUDENTS. DID YOU FAMILIARIZE YOURSELF WITH THE
12 LITERATURE ON THE SUBJECT OF THE CARDIOVASCULAR RISKS IN ORDER
13 TO TEACH MEDICAL STUDENTS AND OTHER DOCTORS?
14 A. YES.
15 Q. DID YOU TAKE INTO ACCOUNT THE INFORMATION THAT YOU
16 GATHERED WHEN DECIDING WHETHER TO DESCRIBE COX-2 INHIBITORS?
17 A. YES.
18 Q. WHAT DID YOU DO TO FAMILIARIZE YOURSELF WITH THE
19 CARDIOVASCULAR RISKS OF COX-2 INHIBITORS?
20 A. I WOULD OBVIOUSLY READ THE AVAILABLE LITERATURE, THE
21 PAPERS THAT WERE PUBLISHED ON THE SUBJECT, INFORMATION FROM THE
22 FDA AS WELL. BECAUSE, OBVIOUSLY, THAT'S IMPORTANT TO THOSE OF
23 US IN PRACTICE. THEY LOOK AT ALL OF THE DATA AND MAKE -- MAKE
24 AN INFORMED DECISION. THEY ARE OUR REGULATORY AGENCY THAT
25 MAKES THOSE DECISIONS.

Page 1470

1     SO I WOULD LOOK AT ALL THAT DATA THAT WAS AVAILABLE
2  BECAUSE, FOR AN INDIVIDUAL PATIENT, I NEED TO MAKE DECISIONS
3  EVERY DAY: IS THIS MEDICATION APPROPRIATE FOR MY PATIENT? DO
4  THE BENEFITS OUTWEIGH THE RISKS?
5  Q. AND WHEN YOU GATHER THE DATA ABOUT THE CARDIOVASCULAR
6  RISKS AND MADE THIS ASSESSMENT, IS THIS SOMETHING THAT YOU ONLY
7  DID TO PREPARE TO COME IN HERE AND TESTIFY IN COURT?
8  A. NO. IT'S SOMETHING I DO EVERY DAY WITH MY PATIENTS. YES.
9  Q. HAVE YOU HEARD OF THE -- SOMETHING CALLED THE FITZGERALD
10 HYPOTHESIS?
11 A. YES.
12 Q. THAT COX-2 INHIBITORS MAY CAUSE SOME SORT OF AN IMBALANCE
13 BETWEEN THROMBOXANE AND PROSTACYCLIN?
14 A. YES.
15 Q. WHEN DID YOU FIRST BECOME AWARE OF THE FITZGERALD
16 HYPOTHESIS?
17 A. IN THE LATE 1990S.
18 Q. HOW DID YOU BECOME AWARE OF IT?
19 A. IT WAS TALKED ABOUT IN THE LITERATURE, IN PUBLISHED
20 PAPERS, I BELIEVE STARTING BACK IN 1999, AS WELL AS IT WAS
21 DISCUSSED AT, YOU KNOW, SCIENTIFIC MEETINGS AND OTHER VENUES.
22 Q. IN THE WORLD OF MEDICINE, WHAT DOES THE WORD "HYPOTHESIS"
23 MEAN?
24 A. HYPOTHESIS IS BASICALLY A THEORY THAT SOMEONE -- WE HEAR
25 ABOUT THESE ALL THE TIME -- THAT SOMEBODY WILL SAY, "I BELIEVE

Page 1471

1  BASED ON WHAT I'M LOOKING AT THAT THIS MAY OCCUR." WE HEAR
2  THEORIES ALL OVER THE PLACE. THERE ARE THEORIES THAT COX-2
3  ACTUALLY, BECAUSE OF THEIR ANTI-INFLAMMATORY EFFECTS, LOWER THE
4  RATE OF HEART ATTACK. WE HEARD ABOUT THE FITZGERALD HYPOTHESIS
5  AND A NUMBER OF OTHER THINGS THAT WERE FLOATING AROUND.
6  Q. DOES THE FACT THAT SOMETHING IS OUT THERE WITH THE PHRASE
7  "HYPOTHESIS" ATTACHED TO IT, DOES THAT MEAN THAT IT'S BEEN
8  PROVEN OR SUPPORTED BY ANY ACTUAL MEDICAL DATA?
9  A. NOT NECESSARILY, NO.
10 Q. DOES AN UNPROVEN HYPOTHESIS AFFECT HOW YOU PRACTICE
11 MEDICINE?
12 A. ABSOLUTELY NOT. I MEAN, THE PROBLEM IS, IF WE LOOKED AT
13 EVERY HYPOTHESIS THAT WAS AVAILABLE AND JUST ACCEPTED IT, OUR
14 HANDS WOULD BE TIED AS A DOCTOR. WE WOULD NEVER BE ABLE TO
15 PRACTICE MEDICINE. WE HAVE TO LOOK AT ALL THE CLINICAL DATA,
16 WHAT ALL THE CLINICAL DATA IS, AND MAKE A DECISION WHETHER OR
17 NOT THIS HYPOTHESIS APPLIES TO MY PATIENTS WHEN I'M LOOKING AT
18 THE INDIVIDUAL PATIENT IN MY OFFICE.
19 Q. DID YOUR KNOWLEDGE OF THE EXISTENCE OF THE HYPOTHESIS, OF
20 THE FITZGERALD HYPOTHESIS, CAUSE YOU NOT TO PRESCRIBE VIOXX OR
21 CELEBREX TO THE PATIENTS WHO NEEDED PAIN RELIEF?
22 A. NO.
23 Q. WE'VE HEARD A LOT ABOUT VIGOR. RATHER THAN ASK YOU TO
24 WALK THROUGH IT AND REPEAT, IS IT TRUE THAT THE VIGOR DATA,
25 WHEN IT CAME OUT IN THE SPRING OF 2000, SHOWED A DIFFERENCE IN

Page 1472

1  CARDIOVASCULAR EVENTS BETWEEN VIOXX, ON THE ONE HAND, AND
2  PRESCRIPTION STRENGTH NAPROXEN, ON THE OTHER?
3  A. YES.
4  Q. AND JUST REMIND THE JURY WHAT THE DOSES WERE. THEY'VE
5  HEARD THIS BEFORE.
6  A. IT WAS VIOXX AT 50 MILLIGRAMS, WHICH WAS DOUBLE THE
7  RECOMMENDED MAXIMUM DAILY DOSE, VERSUS NAPROXEN, 1,000
8  MILLIGRAMS, THE RECOMMENDED DAILY DOSE.
9  Q. AND WHEN DID YOU HEAR ABOUT THE DATA FROM THE VIGOR TRIAL
10 CONCERNING THE DIFFERENCE IN CARDIOVASCULAR EVENT BETWEEN
11 NAPROXEN PRESCRIPTION DOSE AND DOUBLE THE NORMAL DOZE OF VIOXX?
12 A. I HEARD IT PROBABLY MARCH, APRIL, MAY 2000, RIGHT AFTER
13 THE RESULTS WERE ANNOUNCED.
14 Q. WITHIN THE MEDICAL COMMUNITY, WAS THIS DATA WIDELY
15 AVAILABLE AND DISCUSSED?
16 A. OH, ABSOLUTELY.
17 Q. WHAT SOURCES WERE THERE FOR PEOPLE TO GET THIS DATA AND
18 HEAR ABOUT IT?
19 A. IT WAS TALKED ABOUT AT LECTURES, AT SCIENTIFIC MEETINGS.
20 THE FIRST BIG RHEUMATOLOGY MEETING AFTER THE RESULTS WERE MADE
21 PUBLIC, I THINK WAS IN JUNE OF 2000, SOMETHING CALLED EULAR,
22 WHICH IS THE LARGEST EUROPEAN MEETING OF RHEUMATOLOGISTS.
23 THERE WERE PRESENTATIONS THERE ON IT. AGAIN, THERE WERE
24 DISCUSSIONS AND LECTURES. AND SOMEHOW IF YOU WEREN'T THERE, IT
25 WAS ALL OVER THE LAY PRESS AS WELL. ALL THE MAJOR NEWSPAPERS

Page 1473

1  AND MEDIA OUTLETS WERE REPORTING IT ALSO.
2  Q. PAPERS LIKE THE USA TODAY AND PAPERS LIKE THAT?
3  A. YES.
4  Q. DID MERCK PUBLISH THE VIGOR DATA IN A MEDICAL JOURNAL?
5  A. YES. IT WAS PUBLISHED IN THE NEW ENGLAND JOURNAL OF
6  MEDICINE.
7  Q. WERE THERE DISCUSSIONS WITHIN THE MEDICAL COMMUNITY
8  CONCERNING POSSIBLE EXPLANATION OF THIS DIFFERENCE? AND WHEN
9  WE TALK ABOUT THE DIFFERENCE, I THINK EVERYBODY KNOWS THIS
10 ALREADY, BUT THERE WAS NAPROXEN HAD LOWER INCIDENCE OF
11 CARDIOVASCULAR EVENTS THAN THE DOUBLE-STRENGTH VIOXX; RIGHT?
12     MR. MATTHEWS: JUDGE, I'M GOING TO OBJECT TO THIS
13 LINE OF QUESTIONING TO THE EXTENT OF THE MEDICAL COMMUNITY --
14 HE COULD ASK HIM WHAT HE KNEW AT THE TIME, BUT HE'S ASKING
15 ABOUT WHAT THE MEDICAL COMMUNITY KNEW. I'M NOT SURE WHAT THAT
16 INCLUDES.
17     THE COURT: THAT'S FAIR. I'LL SUSTAIN THAT
18 OBJECTION. LET'S ASK HIM WHAT HE KNEW AND HOW HE KNEW IT AND
19 WHAT IS GENERALLY KNOWN.
20     MR. BECK: SURE.
21 BY MR. BECK:
22 Q. FIRST OF ALL, LET ME ASK: DID YOU KNOW FROM THAT THERE
23 WERE DIFFERENT EXPLANATIONS GIVEN FOR THE DATA?
24 A. YES.
25 Q. AND HOW DID YOU KNOW THAT?

Page 1474

1  A. OTHER THAN, AGAIN, DISCUSSIONS WITH COLLEAGUES, ATTENDING
2  LECTURES ON THE SUBJECT, YOU KNOW, IN THE MEDICAL JOURNALS AS
3  WELL, IT WAS VERY WIDELY DISSEMINATED, SO...
4  Q. AND WHAT WERE THE EXPLANATIONS THAT YOU HAD HEARD AND THAT
5  YOU HAD SEEN IN THE MEDICAL LITERATURE AND HEARD AT THE MEDICAL
6  CONFERENCES?
7  A. THERE WERE REALLY THREE MAJOR POSSIBILITIES DISCUSSED:
8  ONE WAS THAT VIOXX WAS INCREASING THE RATE OF THESE EVENTS,
9  THAT NAPROXEN WAS SOMEHOW PROTECTING AGAINST THESE EVENTS, OR
10 IT WAS CHANCE, THAT THIS JUST HAPPENED BY CHANCE.
11 Q. WERE THERE DISCUSSIONS SUGGESTING THAT MAYBE IT WAS A
12 COMBINATION OF THINGS AS WELL?
13 A. YES.
14 Q. ARE YOU FAMILIAR WITH THE REVISED LABEL? WE'VE TALKED
15 ABOUT THE ORIGINAL LABEL OF VIOXX. ARE YOU FAMILIAR WITH THE
16 REVISED LABEL?
17 A. YES.
18     MR. BECK: YOUR HONOR, WE'VE MARKED AS DEFENDANT'S
19 EXHIBIT 272 THE REVISED LABEL THAT CAME OUT, I BELIEVE, IN THE
20 YEAR 2002, AND I UNDERSTAND THERE IS NO OBJECTION TO THAT.
21     THE COURT: OKAY. LET IT BE RECEIVED AND MARKED.
22 BY MR. BECK:
23 Q. ARE THE VIGOR RESULTS DISCUSSED IN THE REVISED LABEL?
24 A. YES.
25 Q. ARE THEY DISCUSSED ON PAGE 1 IN THE REVISED LABEL?

Page 1475

1  A. YES.
2  Q. WHERE SHOULD I BE ZOOMING IN ON PAGE 1?
3  A. ON THE RIGHT-HAND COLUMN. THEY START DISCUSSING THE VIGOR
4  RESULTS ABOUT A QUARTER OF THE WAY DOWN.
5  Q. ABOUT A QUARTER OF THE WAY DOWN?
6  A. YEAH. THAT'S WHERE IT STARTS.
7  Q. I'LL TRY THIS FEATURE. OKAY. SO THIS IS THE FRONT PAGE
8  OF THE LABEL; IS THAT RIGHT?
9  A. YES.
10 Q. AND JUST IN THE INTEREST OF TIME AND EVERYONES SANITY,
11 I'M NOT GOING TO ASK YOU TO READ THE WHOLE LABEL, BUT WHAT
12 INFORMATION IS CONTAINED ON PAGE 1 OF THE LABEL?
13 A. WHAT THIS IS IS A DESCRIPTION OF THE VIGOR STUDY
14 DESCRIBING WHAT -- YOU KNOW, WHAT ITS INTENTION WAS, AND THEN
15 IT GOES ON LATER, JUST ABOUT A ONE- OR TWO-PARAGRAPH DISCUSSION
16 OF WHAT THE STUDY WAS, AS WELL AS THEN GOES ON BELOW THAT TO
17 TALK ABOUT THE RESULTS.
18 Q. OKAY. AND THEN YOU SEE BELOW THAT THERE IS A DISCUSSION
19 OF THE STUDY RESULTS AND THE GASTROINTESTINAL SAFETY FEATURES,
20 RIGHT?
21 A. YES.
22 Q. WE TALKED ABOUT -- WELL, JUST BRIEFLY -- I'M NOT SURE WE
23 DID TALK ABOUT, BRIEFLY, HOW DID VIOXX COMPARE WITH
24 PRESCRIPTION-STRENGTH NAPROXEN IN TERMS OF THESE PERFORATIONS,
25 ULCERS, AND BLEEDS?

7 (Pages 1472 to 1475)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543712

Page 1476

1  A. WHAT IT BASICALLY SHOWED WAS GREATER THAN A 50 PERCENT
2  REDUCTION IN THESE SERIOUS EVENTS.
3  Q. AND WE SAW THAT IN ONE OF THE GRAPHS, RIGHT?
4  A. YES.
5  Q. SO LET'S NOT SPEND MORE TIME ON THAT. ON PAGE 1 OF THE
6  LABEL, IS THERE A DISCUSSION OF THE DATA FROM THE VIGOR STUDY
7  CONCERNING CARDIOVASCULAR SAFETY?
8  A. YES, THERE IS.
9  Q. AND WHAT IS DISCLOSED ON PAGE 1 OF THE LABEL IN THAT
10 REGARD?
11 A. WHAT IT SHOWS IS THAT PATIENTS WHO ARE TAKING DOUBLE THE
12 DOSE OF THE VIOXX VERSUS THE PATIENTS TAKING NAPROXEN, THAT
13 THERE WAS A SIGNIFICANT DIFFERENCE IN THE AMOUNT OF WHAT THEY
14 DESCRIBED AS SERIOUS CARDIOVASCULAR THROMBOTIC EVENTS.
15 Q. AND THE VERY FIRST THING IN THIS SECTION ON PAGE 1 OF THE
16 LABEL, IN SUMMARIZING THE CV RISKS, WHAT IS DISCLOSED IN THE
17 SENTENCE I'VE HIGHLIGHTED?
18 A. BASICALLY, WHAT IT STATES IS THAT THE VIGOR STUDY SHOWED A
19 HIGHER INCIDENCE OF ADJUDICATED SERIOUS CARDIOVASCULAR
20 THROMBOTIC EVENTS IN PATIENTS WHO TOOK VIOXX, 50 MILLIGRAMS,
21 ONCE DAILY, AS A COMPARED WITH PATIENTS TREATED WITH NAPROXEN,
22 500 MILLIGRAMS, TWICE DAILY.
23 Q. AND THEN THERE IS A TABLE. IT REFERENCES TABLE 2 AT THE
24 END OF THAT SENTENCE, RIGHT?
25 A. YES.

Page 1477

1  Q. AND WHAT DOES TABLE 2 SHOW?
2  A. IT'S ACTUALLY A NUMERICAL SUMMARY OF WHAT THOSE RESULTS
3  WERE.
4  Q. AND SO WE'VE GOT VIOXX AT 50-MILLIGRAM AND NAPROXEN AT THE
5  PRESCRIPTION STRENGTH, RIGHT?
6  A. YES.
7  Q. AND IT LOOKS LIKE THEY HAD A NUMBER OF PATIENTS PRETTY
8  CLOSE, RIGHT?
9  A. YES.
10 Q. AND THEN DID THEY DISCLOSE THE TOTAL NUMBER OF EVENTS?
11 A. YES, THEY DID.
12 Q. AND DO THEY DISCLOSE THE PERCENTAGE THEN?
13 A. YES.
14 Q. LET'S TURN TO THE NEXT PAGE OF THE LABEL, PAGE 2. ARE THE
15 CARDIOVASCULAR EVENTS, THE RISKS OF VIOXX COMPARED TO
16 PRESCRIPTION-STRENGTH NAPROXEN, ARE THEY DISCUSSED ON PAGE 2 OF
17 THE LABEL ALSO?
18 A. YES, THEY ARE.
19 Q. AND WHERE ARE THEY DISCUSSED ON PAGE 2?
20 A. RIGHT UP AT THE TOP, IN THE LEFT-HAND CORNER, IS WHERE IT
21 STARTS.
22 Q. THIS TABLE?
23 A. YES.
24 Q. NOT THAT BLANK SPOT?
25 A. NO.

Page 1478

1  Q. THE TABLE. AND WHAT IS DISCLOSED HERE CONCERNING THE
2  POTENTIAL CARDIOVASCULAR RISKS OF VIOXX IN THIS TABLE?
3  A. WHAT IT BASICALLY LOOKS AT IS THEY BREAK DOWN WHAT THESE
4  CARDIOVASCULAR EVENTS WERE, LOOKING AT HEART ATTACK, LOOKING AT
5  STROKE AND OTHER THINGS AS WELL.
6  Q. SO IF SOMEBODY WAS INTERESTED NOT JUST IN THE OVERALL
7  NUMBER OF CARDIOVASCULAR EVENTS BUT PARTICULAR ONES, THEY COULD
8  LOOK HERE?
9  A. YES. IT'S ALL LAID OUT THERE, YES.
10 Q. NOW, SO WHAT WE HAVE HERE -- JUST TO SPEND A FEW MINUTES
11 ON SOME OF THE ITEMS THERE -- IS CARDIAC EVENTS, THAT'S SORT
12 OF A SUBTOTAL, IS IT?
13 A. YES.
14 Q. AND THERE IS 28 VERSUS 10, VIOXX VERSUS NAPROXEN. AND
15 THAT'S DISCLOSED?
16 A. YES.
17 Q. INCIDENTALLY, WE ALL KNOW HERE THAT MR. IRVIN DIED OF
18 SUDDEN CARDIAC DEATH?
19 A. YES.
20 Q. AND HOW DID THOSE NUMBERS ACTUALLY COMPARE?
21 A. ACTUALLY, THOSE NUMBERS WERE COMPARABLE. IT WAS FIVE OUT
22 OF 4,000 -- OVER OF 4,000 OF THE VIOXX GROUP, OUT OF FOUR OUT
23 OF 4,000 IN THE NAPROXEN GROUP.
24 Q. AND SO WITHOUT ME PULLING OUT BOARDS AND SHOWING ALL SORTS
25 OF THINGS ABOUT STATISTICAL SIGNIFICANCE, TO A TREATING

Page 1479

1  PHYSICIAN, IS THE DIFFERENCE BETWEEN FIVE AND FOUR OUT OF A
2  GROUP OF 4,000, IS THAT STATISTICALLY OR MEDICALLY SIGNIFICANT?
3       THE COURT: JUST A MOMENT.
4       MR. MATTHEWS: JUDGE, I'M GOING TO OBJECT TO THIS
5  LINE OF QUESTIONING AS IRRELEVANT. THIS WAS AFTER DICKY
6  IRVIN'S DEATH, NUMBER ONE; NUMBER 2, THIS MAN IS NOT A
7  CARDIOLOGIST AND NOT AN EPIDEMIOLOGIST. THIS IS COMPLETE
8  SPECULATION REGARDING HIS TESTIMONY.
9       THE COURT: I UNDERSTAND THE OBJECTION. I'LL
10 OVERRULE IT.
11 BY MR. BECK:
12 Q. I BELIEVE MY QUESTION WAS: TO A TREATING PHYSICIAN, IS
13 THE DIFFERENCE BETWEEN FIVE SUDDEN CARDIAC DEATHS OUT OF
14 4,000-SOMETHING PATIENTS AND FOUR SUDDEN CARDIAC DEATHS OUT OF
15 4,000-SOMETHING PATIENTS, DOES THAT HAVE ANY SCIENTIFIC OR
16 MEDICAL SIGNIFICANCE?
17 A. THEY BASICALLY ARE NOT SIGNIFICANTLY DIFFERENT.
18 Q. WE HAVE BEEN TO PAGE 1, PAGE 2. PAGE 3 OF THE LABEL, ARE
19 THE CARDIOVASCULAR RISKS SHOWN FROM THE VIGOR TRIAL ALSO
20 DISCUSSED ON PAGE 3 OF THE LABEL?
21 A. YES. THEY ARE IN THE FIRST COLUMN OF JUST ABOUT THE THIRD
22 PARAGRAPH, I BELIEVE.
23 Q. THE THIRD PARAGRAPH?
24 A. YES. CLOSER TO THE TOP.
25 Q. WHERE SHOULD MY CURSOR BE?

8 (Pages 1476 to 1479)

Page 1480

1  A. ABOUT ANOTHER -- YOU KNOW, TO THE TOP OF THAT PARAGRAPH,
2  ACTUALLY.
3  Q. UP HERE?
4  A. YES, STARTING THERE.
5  Q. OKAY. WHERE IT SAYS "CARDIOVASCULAR"?
6  A. YES.
7  Q. AND ACTUALLY, WE NEED TO SCROLL A LITTLE FURTHER. THERE
8  IS A SECTION, WHAT'S THIS IS SECTION CALLED THAT THE
9  CARDIOVASCULAR EFFECTS ARE FURTHER DISCUSSED ON PAGE 3?
10 A. PRECAUTIONS.
11 Q. AND WITHOUT GOING THROUGH ALL OF THE INFORMATION IN THE
12 DISCUSSION AND THE PRECAUTION SECTION, CAN YOU SUMMARIZE FOR
13 US, PLEASE, WHAT IS DISCLOSED CONCERNING THE CARDIOVASCULAR
14 RISK EFFECTS IN THE PRECAUTION SECTION?
15 A. WHAT IT BASICALLY DOES, IT REVIEWS THE DATA AGAIN FROM THE
16 VIGOR STUDY, AND THEN BASICALLY SAYS, WHAT THE CONCLUSION THAT
17 WAS DRAWN, YOU KNOW, FROM THE FDA WHEN APPROVING THIS LABEL IS
18 BASICALLY THE SIGNIFICANCE OF THESE FINDINGS WERE UNKNOWN.
19 Q. WHERE IS THAT?
20 A. IT'S ABOUT TWO SENTENCES UP FROM WHERE THE CURSOR IS RIGHT
21 NOW.
22 Q. SHOULD I START ABOUT HERE OR AM I IN THE WRONG PLACE?
23 A. ONE MORE SENTENCE DOWN.
24 Q. ONE MORE SENTENCE THERE. HERE?
25 A. YEAH, RIGHT THERE.

Page 1481

1  Q. "THE SIGNIFICANCE OF THE CARDIOVASCULAR FINDINGS FROM
2  THESE THREE STUDIES, VIGOR AND TWO PLACEBO-CONTROLLED STUDIES,
3  IS UNKNOWN."
4  A. YES.
5  Q. DOES THE PRECAUTION SECTION GO ON TO TALK ABOUT VIOXX IS
6  NOT A SUBSTITUTE FOR ASPIRIN WHEN IT COMES TO HELPING THE
7  HEART?
8  A. YES.
9  Q. IS THAT THE BOLD LANGUAGE THAT'S DOWN HERE?
10 A. YES.
11 Q. AS A TREATING PHYSICIAN, A MEDICAL RESEARCHER, AND A
12 PROFESSOR WHO TEACHES BOTH DOCTORS AND MEDICAL STUDENTS, DO YOU
13 HAVE AN OPINION AS TO WHETHER THE DISCLOSURE OF THE
14 CARDIOVASCULAR RISKS WAS ADEQUATE FOR FOLKS LIKE YOU TO MAKE
15 THE RISK-BENEFIT ANALYSIS?
16       THE COURT: JUST A MOMENT.
17       MR. MATTHEWS: I OBJECT, YOUR HONOR. MAY WE
18 APPROACH?
19       THE COURT: SURE.
20       MR. MATTHEWS: I OBJECT TO THIS. THIS MAN IS
21 UNQUALIFIED. HE'S TALKING ABOUT NOT JUST CARDIOLOGY; HE'S
22 TALKING ABOUT LABELING. I ASKED HIM IN PREVIOUS VOIR DIRE
23 WHETHER HE'S AN EXPERT IN LABELING. HE SAID NO. REGULATORY
24 AFFAIRS? NO. HE'S NOW GOING TO GIVE AN OPINION. HE'S BEEN
25 ASKED ABOUT AN OPINION WHETHER THE LABELING WAS ADEQUATE BASED

Page 1482

1  ON STUDIES OF WHICH HE'S NOT AN EPIDEMIOLOGIST.
2       MR. BECK: YOUR HONOR, I'M NOT ASKING WHETHER
3  ANYTHING COMPLIES WITH FDA REGULATIONS, BUT I'M ASKING HIM
4  WHETHER THE DISCLOSURE IS ADEQUATE FOR THE RISK-BENEFIT
5  ANALYSIS. WE HAD MR. TOPOL COME IN --
6       THE COURT: I DO UNDERSTAND THE ISSUE. YOU SEE, HE'S
7  LIMITING THE QUESTION TO DOCTORS. THAT LIMITATION IS
8  ALLOWABLE. NOW, YOU CAN -- YOU CAN TAKE HIM TO CROSS AND BRING
9  OUT THE FACT THAT HE'S NOT AN EXPERT IN LABELING, BUT HIS
10 QUESTION IS NOT DIRECTED AT LABELING PER SE. HE'S LIMITED IT
11 TO DOCTORS LIKE THIS PERSON. SO I OVERRULE THE OBJECTION AND
12 ALLOW YOU TO CROSS-EXAMINE HIM TO FURTHER SHOW THAT HE'S NOT
13 GOING INTO ANY BROADER THING. MAKE SURE THE JURY UNDERSTANDS
14 THAT, IF YOU FEEL IT'S APPROPRIATE, BUT HIS LIMITATION IS
15 APPROPRIATE.
16       MR. MATTHEWS: I FURTHER OBJECT IT'S IRRELEVANT BASED
17 ON FACT THAT HE ALREADY DIED BEFORE THIS LABEL WAS IN PLACE.
18       THE COURT: I UNDERSTAND THAT. IT'S RELEVANT AND 401
19 AND 403 IS SATISFIED. THANK YOU.
20 BY MR. BECK:
21 Q. AS A TREATING PHYSICIAN, A MEDICAL RESEARCHER, AND A
22 PROFESSOR WHO TEACHES BOTH DOCTORS AND MEDICAL STUDENTS, DO YOU
23 HAVE AN OPINION AS TO WHETHER THE DISCLOSURE OF THE
24 CARDIOVASCULAR RISKS WAS ADEQUATE FOR FOLKS LIKE YOU TO MAKE
25 THE RISK-BENEFIT ANALYSIS?

Page 1483

1  A. YES, I DO BELIEVE IT WAS APPROPRIATE.
2  Q. WHY IS THAT?
3  A. BECAUSE IT SUMS UP WHAT THE OPINIONS WERE AT THAT TIME.
4  IT BASICALLY STATES, HERE IS THE RESULTS, YOU KNOW, YOU CAN
5  MAKE YOUR INTERPRETATION, BUT THAT THE FEELING AT THAT TIME IN
6  THE MEDICAL COMMUNITY IS THAT THE SIGNIFICANCE OF THOSE RESULTS
7  WAS UNKNOWN.
8  Q. ARE YOU AWARE OF WHETHER THE FDA CONVENED AN ADVISORY
9  COMMITTEE IN 2005 TO CONSIDER THE WHOLE QUESTION OF SAFETY
10 PROFILE OF COX-2 INHIBITORS AND INCLUDING VIOXX?
11 A. YES.
12 Q. I'M GOING TO COME BACK TO THAT. I JUMPED AHEAD OF MYSELF
13 A LITTLE BIT. I MEANT TO ASK YOU WHETHER -- BEFORE THE LABEL
14 CHANGE WAS MADE, WHETHER THE FDA CONVENED AN ADVISORY COMMITTEE
15 IN YEAR 2000 TO LOOK AT THE VIGOR DATA AND TO ADVISE THE FDA ON
16 WHAT THE SIGNIFICANCE OF THAT DATA WAS?
17 A. ACTUALLY, I THINK IT WAS IN FEBRUARY OF 2001 THEY DID
18 THAT.
19 Q. AND HAVE YOU LOOKED AT THE ADVISORY COMMITTEE CONCLUSIONS
20 AND THE MATERIAL THAT THEY CONSIDERED?
21 A. YES.
22 Q. AND THEN JUST BRIEFLY, WHAT DID THE ADVISORY COMMITTEE
23 TELL THE FDA ABOUT THE SIGNIFICANCE OF THIS DATA THAT WAS SHOWN
24 IN VIGOR AS TO THE DIFFERENCE IN THE CARDIOVASCULAR RISKS?
25 A. WELL, BASICALLY, IT'S WHAT'S REFLECTED IN THIS LABEL HERE,

Page 1484

1  THAT THE SIGNIFICANCE WAS UNKNOWN BECAUSE, AGAIN, OF THESE,
2  THERE WERE SEVERAL REASONS THAT -- THERE WAS QUESTIONS ABOUT
3  WHAT THESE -- WHAT THESE RESULTS MEANT, DOUBLE THE DOSE AND
4  SOME OTHER FACTORS AS WELL.
5  Q. WE TALKED ABOUT HOW ALL MEDICINE HAS SOME SIDE EFFECTS AND
6  THE RISK-BENEFIT ANALYSIS THAT YOU NEED TO GO THROUGH. WHEN
7  YOU DO THAT, WHEN YOU MAKE YOUR RISK-BENEFIT ANALYSIS, WHAT
8  KIND OF SOURCES DO YOU LOOK TO TO HELP YOU DECIDE WHETHER A
9  MEDICINE OUGHT TO BE PRESCRIBED FOR ONE OF YOUR PATIENTS?
10 A. WELL, OBVIOUSLY, WE LOOK TO LITERATURE, THE PUBLISHED
11 STUDIES ON THE SUBJECT. WE LOOK TO THE FDA, WHO HAS REVIEWED
12 ALL THIS DATA WITH THE EXPERTS, OFTEN WITH THE HELP OF EXPERTS.
13 WE LOOK TO OUR MAJOR TEXTBOOKS, WHO DISCUSS AND DESCRIBE WHAT'S
14 GOING ON; ALONG WITH TALKING TO COLLEAGUES, ATTENDING LECTURES,
15 THINGS AS SUCH.
16 Q. YOU MENTIONED READING TEXTBOOKS. IS THERE A PARTICULAR
17 TEXTBOOK IN THE WORLD OF RHEUMATOLOGY THAT'S CONSIDERED TO BE
18 PARTICULARLY AUTHORITATIVE?
19 A. THE ONE WE MOST COMMONLY USE IS SOMETHING CALLED KELLEY'S
20 TEXTBOOK OF RHEUMATOLOGY.
21 Q. AND IS THIS BIG BOOK HERE THAT I'VE GOT, THE 2005 EDITION
22 OF KELLEY'S TEXTBOOK OF RHEUMATOLOGY?
23 A. YES. THAT'S VOLUME I OF II, ACTUALLY. GOOD FOR
24 WEIGHT-LIFTING.
25 Q. IS THERE A CHAPTER IN VOLUME I OF THE KELLEY'S

Page 1485

1  RHEUMATOLOGY BOOK THAT DEALS WITH NSAIDS, INCLUDING BOTH COX-2
2  INHIBITORS AS WELL AS TRADITIONAL NSAIDS?
3  A. YES, THERE IS.
4  Q. WHO IS THE AUTHOR OF THAT CHAPTER?
5  A. IT'S DR. LESLIE CROFFORD, WHO WAS AT THE UNIVERSITY OF
6  MICHIGAN. I BELIEVE IT WAS THAT DR. LUCCHESI WAS SPEAKING
7  ABOUT, WHO RECENTLY, NOW, JUST MOVED TO THE UNIVERSITY OF
8  KENTUCKY.
9  Q. ARE YOU FAMILIAR WITH WHAT DR. CROFFORD SAID IN KELLEY'S
10 TEXTBOOK CONCERNING NSAIDS AND COX-2 INHIBITORS?
11 A. YES.
12 Q. LET ME READ YOU FROM PAGE 853, WHERE SHE SAYS, "IT IS NOW
13 CLEAR THAT COX-2 SPECIFIC NSAIDS ARE NOT LIKELY TO BE
14 ASSOCIATED WITH ADVERSE VASCULAR EVENTS IN OTHERWISE HEALTHY
15 LOW-RISK PATIENTS. IN PATIENTS AT A HIGH-RISK FOR THROMBOSIS,
16 SPECIFIC INHIBITION OF COX-2 DERIVED PROSTACYCLIN REPRESENTS A
17 THEORETICAL HAZARD." NOW, WHAT DOES THAT LANGUAGE MEAN TO A
18 TREATING PHYSICIAN MAKING A RISK-BENEFIT ANALYSIS?
19 A. WHAT IT BASICALLY MEANS IN OUR PATIENTS WHO ARE LOW RISK,
20 THAT WE REALLY HAVE NOTHING TO BE CONCERNED ABOUT, EVEN IN OUR,
21 QUOTE, HIGHER-RISK CARDIOVASCULAR PATIENTS. IT'S ONLY THEORY AT
22 BEST; THAT THE SCIENCE DOES NOT SUPPORT THAT THERE IS AN
23 INCREASED RISK. IN OTHER WORDS, ONLY A THEORY, NOTHING MORE
24 THAN THAT.
25 Q. LATER ON, PROFESSOR AND DR. CRAWFORD SAYS, "AT USUAL

Page 1486

1  DOSES, ROFECOXIB" -- WHICH IS VIOXX, RIGHT?
2  A. YES.
3  Q. "AT USUAL DOSES, ROFECOXIB, 25 MILLIGRAMS A DAY OR LESS,
4  NO INCREASE IN CARDIOVASCULAR EVENTS HAS BEEN RECORDED." NOW,
5  WHAT DOES THAT STATEMENT THAT THE NORMAL VIOXX DOSE, NO
6  INCREASE IN CARDIOVASCULAR EVENTS HAS BEEN REPORTED, WHAT DOES
7  THAT MEAN TO YOU AS A TREATING PHYSICIAN WHEN MAKING THE
8  RISK-BENEFIT ANALYSIS?
9  A. THAT FOR MY PATIENTS IS GIVING THEM THE REGULAR
10 RECOMMENDED DOSE OF VIOXX, 25 MILLIGRAMS, THAT THAT IS A SAFE
11 THING TO DO.
12 Q. AND SHE GOES ON IN HER CHAPTER TO SAY, "IF COST WERE NOT A
13 CONSIDERATION, AN ARGUMENT COULD BE MADE THAT THERE IS NO
14 SITUATION IN WHICH NONSPECIFIC NSAIDS, OTHER THAN ASPIRIN FOR
15 CARDIOVASCULAR PROPHYLAXIS HAVE AN ADVANTAGE OVER COX-2
16 SPECIFIC NSAIDS." NOW, WHAT -- AS A TREATING PHYSICIAN, MAKING
17 THE RISK-BENEFIT ANALYSIS, WHAT SIGNIFICANCE DOES THAT
18 STATEMENT HAVE FROM DR. CRAWFORD THAT AN ARGUMENT COULD BE MADE
19 THERE IS NO SITUATION IN WHICH YOU USE THE
20 PRESCRIPTION-STRENGTH NONSPECIFIC INSTEAD OF A COX-2 INHIBITOR?
21      MR. MATTHEWS: IT'S IMPROPER. I OBJECT. IT'S
22 LEADING. IN ADDITION TO THAT, HE'S ASKED TO SPECULATE
23 CONCERNING THIS AUTHOR.
24      THE COURT: 80418 ALLOWS THE USE OF LEARNED TREATISES
25 COULD BE READ INTO EVIDENCE AND QUESTIONED ON THAT. MAY NOT BE

Page 1487

1  INTRODUCED INTO EVIDENCE BUT MAY BE USED. I OVERRULE THE
2  OBJECTION. 80418.
3      THE WITNESS: BASICALLY, DR. CRAWFORD IS SAYING
4  LOOKING AT THIS RISK-BENEFIT ANALYSIS THAT THE -- COMPARING THE
5  TRADITIONAL ANTI-INFLAMMATORIES LIKE THE NAPROXEN, ET CETERA,
6  VERSUS THE COX-2S, THAT SHE DID NOT BELIEVE -- AND OBVIOUSLY AS
7  WELL AS THE EDITORS OF THIS TEXTBOOK -- THAT THERE IS ANY
8  REASON TO CHOOSE, OTHER THAN COST, TO PRESCRIBE ONE OF THE
9  OLDER TRADITIONAL NSAIDS?
10 BY MR. BECK:
11 Q. NOW, ARE YOU AWARE, SIR, THAT PROFESSOR LUCCHESI, A
12 PHARMACOLOGIST FROM THE UNIVERSITY OF MICHIGAN, DISAGREES WITH
13 THAT CONCLUSION?
14 A. YES.
15 Q. AND BASED ON YOUR CLINICAL EXPERIENCE AND REVIEW OF THE
16 LITERATURE, DO YOU AGREE WITH DR. CRAWFORD OR DR. LUCCHESI?
17 A. DR. CRAWFORD.
18 Q. YOU MENTIONED CLINICAL TRIALS AS SOMETHING THAT YOU LOOKED
19 AT IN DOING YOUR RISK-BENEFIT ANALYSIS; IS THAT RIGHT?
20 A. YES.
21 Q. DID YOU LOOK AT SOMETHING CALLED THE WEIR META-ANALYSIS?
22 A. YES.
23 Q. AND FOR IDENTIFICATION PURPOSES, THAT HAS BEEN MARKED AS
24 DEFENDANT'S EXHIBIT 656. IS THIS THE WEIR META-ANALYSIS THAT
25 WAS PUBLISHED IN 2003, YOU KNOW, SUMMARIZING ALL THE CLINICAL

10 (Pages 1484 to 1487)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M00554371S

## Page 1488

1  TRIALS UP UNTIL 2003?
2  A. YES.
3  Q. HOW MANY PATIENTS WERE INCLUDED IN ALL THE CLINICAL TRIALS
4  THAT ARE SUMMARIZED IN THIS META-ANALYSIS?
5  A. IT'S CLOSE TO ABOUT 30,000 PATIENTS WERE SUMMARIZED IN
6  THIS STUDY, IN THIS META-ANALYSIS.
7  Q. AND THEN LOOKING OVER AT PAGE 9, WE HAVE ANOTHER TABLE,
8  TABLE 2. AND THE JURY BY NOW UNDERSTANDS ALL OF THE
9  STATISTICAL CONCEPTS COMPLETELY, SO WE DON'T NEED TO EXPLAIN
10 THOSE, BUT CAN YOU EXPLAIN WHAT'S SHOWN HERE ON TABLE 2 IN
11 GENERAL TERMS?
12 A. WELL, BASICALLY, WHAT DR. WEIR DOES HERE IS BREAKS DOWN
13 THE DATA, BASED ON VIOXX, LOOKING AT IT COMPARED TO A PLACEBO
14 OR SUGAR PILL.
15 Q. IS THAT THIS TOP SECTION HERE?
16 A. YES. AND HE LOOKS AT ALL THE STUDIES DONE AT THAT TIME
17 LOOKING AT THAT ISSUE.
18 Q. SO ALL THE STUDIES DONE, WE'VE HEARD ABOUT RHEUMATOID
19 ARTHRITIS STUDIES, OSTEOARTHRITIS STUDIES, ALZHEIMER STUDIES,
20 SO HE COLLECTS ALL OF THOSE?
21 A. YES.
22 Q. ALL THE RANDOMIZED TRIAL DATA?
23 A. YES.
24 Q. ANY CLINICAL TRIAL UP TO THEN THAT COMPARED VIOXX TO A
25 PLACEBO?

## Page 1489

1  A. YES.
2  Q. THEN WHAT'S THE BOTTOM LINE CONCLUSION ON ALL OF THESE
3  TRIALS? I GUESS HERE WE HAVE ABOUT 7,000 PATIENTS OR SO?
4  A. YES. THAT BASICALLY THERE WAS NO DIFFERENCE AT ALL. THE
5  RELATIVE RISK COMPARING VIOXX TO PLACEBOS WAS .94, SLIGHTLY
6  LESS THAN 1.
7  Q. .94. SO IF I HAD A CHART THAT HAD THE GREEN LINE THAT
8  REPRESENTED THE COMPARATOR GROUP OR THE PLACEBO, IT WOULD BE ON
9  THE LEFT SIDE OF THE GREEN LINE?
10 A. YES.
11 Q. NOW, DOES THAT MEAN THAT VIOXX ARE BETTER THAN THE
12 PLACEBO?
13 A. NO, ABSOLUTELY NOT.
14 Q. AND WE KNOW THAT IN PART BECAUSE OF OUR OLD FRIEND THE
15 CONFIDENCE INTERVAL?
16 A. YES.
17 Q. YOU WEREN'T HERE, BUT WE'VE TALKED ABOUT THAT.
18 A. OKAY.
19 Q. SO I DON'T WANT YOU TO GO THROUGH IT. WHAT'S THE NEXT
20 HEADING?
21 A. IT WOULD BE THAT'S COMPARING VIOXX TO THE TRADITIONAL
22 NONSTEROIDAL ANTI-INFLAMMATORY DRUGS OTHER THAN NAPROXEN.
23 Q. OKAY. SO NON-NAPROXEN?
24 A. YES.
25 Q. BECAUSE WE HAD THE DATA FROM VIGOR ON NAPROXEN, BUT THEN

## Page 1490

1  THERE WERE A BUNCH OF STUDIES THAT -- OR LEAST A COUPLE STUDIES
2  THAT COMPARED IT TO NSAIDS OTHER THAN NAPROXEN; IS THAT RIGHT?
3  A. YES.
4  Q. AND IF YOU'RE TALKING ABOUT NSAIDS OTHER THAN NAPROXEN,
5  WHAT WAS THE BOTTOM LINE CONCLUSION?
6  A. AGAIN, THAT THERE WAS NO DIFFERENCE. NO STATISTICAL
7  DIFFERENCE, BETWEEN VIOXX AND THE NAPROXEN ANTI-INFLAMMATORY
8  DRUGS, ACTUALLY, AGAIN .87, A LITTLE LESS THAN 1.
9  Q. BUT AGAIN, IN FAIRNESS, THE FACT THAT IT'S .87 AND ON THE
10 LEFT SIDE OF THE GREEN LINE, DOES THAT MEAN THAT VIOXX IS SAFER
11 THAN THE IBUPROFEN WHEN IT COMES TO CARDIOVASCULAR RISKS?
12 A. NO.
13 Q. THEN WE HAVE VIOXX VERSUS NAPROXEN. IS THIS CATEGORY
14 DRIVEN LARGELY BY THE RESULTS OF VIGOR THAT WE ALREADY TALKED
15 ABOUT?
16 A. YES.
17 Q. AND THEN WHAT'S SHOWN ON VIOXX VERSUS
18 PRESCRIPTION-STRENGTH NAPROXEN?
19 A. THAT THE RISK WAS HIGHER ON THE PATIENTS TAKING VIOXX
20 VERSUS THE PATIENTS TAKING NAPROXEN.
21 Q. AND HAD THAT BEEN KNOWN FOR SOME TIME?
22 A. YES.
23 Q. SO THIS SORT OF TAKES US THROUGH 2003, WITH ALL THE
24 CLINICAL TRIALS; RIGHT?
25 A. YES.

## Page 1491

1  Q. INCLUDING BOTH PLACEBO AS WELL AS THESE COMPARATOR ONES
2  WITH THE VARIOUS NSAIDS?
3  A. YES.
4  Q. AND OTHER THAN NAPROXEN, WHAT DID THE DATA SHOW IN THESE
5  TRIALS AS TO VIOXX COMPARED TO PLACEBO AS WELL AS VIOXX
6  COMPARED TO THE OTHER NSAIDS?
7  A. THAT THERE WAS NO DIFFERENCE IN TERMS OF RISKS OF
8  CARDIOVASCULAR EVENTS.
9  Q. AND ARE YOU FAMILIAR WITH THE APPROVE CLINICAL TRIAL
10 WHERE THE RESULTS CAME OUT IN 2004?
11 A. YES, I AM.
12 Q. AND REMIND THE JURY, PLEASE, WHAT WAS THE PRINCIPAL FOCUS
13 OF THE APPROVE STUDY?
14 A. WHAT THE APPROVE STUDY WAS WAS A STUDY TO LOOK AT PATIENTS
15 WHO WERE CONSIDERED HIGH RISK FOR COLON CANCER, THAT HAD
16 PRECANCEROUS POLYPS REMOVED. BECAUSE WE KNEW THAT THERE WAS
17 EVIDENCE TO SUGGEST THAT COX-2, THAT ENZYME ALSO WAS
18 CONTRIBUTING TO THE DEVELOPMENT OF COLON CANCER; IT WAS
19 UNREGULATED. AND SO THE THEORY WAS, BASED ON SOME PREVIOUS
20 DATA, THAT IF YOU GAVE PEOPLE A COX-2 INHIBITOR, YOU MAY
21 PREVENT THESE POLYPS FROM RECURRING AND, THEREFORE, INDIRECTLY
22 PREVENT COLON CANCER.
23 Q. AND I THINK YOU MAY HAVE MENTIONED YESTERDAY THAT, IN
24 FACT, VIOXX LOOKED PRETTY PROMISING?
25 A. YES. THE STUDY DID SHOW THAT THERE WERE LOWER RATES OF

Page 1492

1 THESE CANCEROUS POLYPS.
2 Q. AND IN THE PROCESS OF LOOKING AT WHETHER VIOXX COULD HELP
3 PREVENT CANCER, DID THEY ALSO COLLECT DATA ON CARDIOVASCULAR
4 EVENTS?
5 A. YES, THEY DID.
6 Q. AND FOR IDENTIFICATION PURPOSES, WE'VE MARKED THE APPROVE
7 STUDY AS DEFENDANT'S EXHIBIT 686. DO YOU RECOGNIZE THIS AS THE
8 PUBLICATION THAT SET FORTH THE APPROVE DATA?
9 A. YES.
10 Q. ON PAGE 6, DO WE HAVE ANOTHER GRAPH?
11 A. YES.
12 Q. DOES THIS GRAPH SHOW ANYTHING CONCERNING THE INFORMATION
13 THEY COLLECTED ON CARDIOVASCULAR EVENTS, COMPARING VIOXX USED
14 OVER AN EXTENDED PERIOD OF TIME WITH A PLACEBO LIKE A SUGAR
15 PILL?
16 A. YES.
17 Q. AND WHAT DOES THIS GRAPH SHOW?
18 A. WHAT IT BASICALLY SHOWS, THAT IN THE FIRST 18 MONTHS,
19 THINGS LOOK SIMILAR; HOWEVER, AFTER 18 MONTHS, WE BEGIN TO SEE
20 A DIFFERENCE: MORE EVENTS ON THE PATIENTS TAKING VIOXX VERSUS
21 THE SUGAR PILL.
22 Q. AND THEN AT WHAT POINT -- SO THE LINES START TO SEPARATE
23 AFTER PEOPLE HAVE TAKEN THIS FOR HOW LONG?
24 A. EIGHTEEN MONTHS.
25 Q. AND IN THIS CLINICAL TRIAL TO LOOK AT CANCER, WERE PEOPLE

Page 1493

1 TAKING VIOXX EVERY DAY?
2 A. YES, THEY WERE.
3 Q. SO EVERY DAY. AND THEN THE LINES START TO SEPARATE AFTER
4 18 MONTHS?
5 A. YES.
6 Q. CAN YOU TELL FROM THIS GRAPH WHEN THE DIFFERENCE BECOMES
7 SUCH THAT A DOCTOR OR SCIENTIST WOULD SAY THAT IT'S ACTUALLY
8 REACHED THE POINT OF STATISTICAL SIGNIFICANCE?
9 A. IT REACHES THAT POINT. YOU CAN TELL BY THOSE BARS THAT
10 THOSE ARE THE CONFIDENCE INTERVALS THAT WE TALK ABOUT, AND WEE
11 THEY BASICALLY AT 36 MONTHS OR THREE YEARS IS WHERE THE
12 DIFFERENCE BECOMES STATISTICALLY SIGNIFICANT.
13 Q. I'M JUST GOING TO TRY TO SEE IF WE CAN ILLUSTRATE THAT
14 POINT. I'M JUST GOING TO TAKE THE 24TH MONTH AS AN EXAMPLE.
15 WE GOT THIS BAR HERE THAT I'M GOING TO HIGHLIGHT IN RED. IS
16 THAT THE CONFIDENCE INTERVAL FOR THE PLACEBO?
17 A. YES.
18 Q. AND WE'VE HAD SOMEBODY ELSE TESTIFY TO THIS, SO LET ME ASK
19 IF YOU AGREE THAT WHAT THAT BAR MEANS IS THAT WE'RE 95 PERCENT
20 SURE THAT THE TRUE RISK FALLS SOMEWHERE ALONG THAT RED BAR?
21 A. YES.
22 Q. AND THEN, IF I CHANGE THAT TO BLUE FOR VIOXX, IS THE BLUE
23 BAR THE CONFIDENCE INTERVAL FOR VIOXX?
24 A. YES.
25 Q. AND DOES THAT MEAN THAT WE'RE 95 PERCENT SURE THAT THE

Page 1494

1 TRUE RISK OF VIOXX FALLS SOMEWHERE IN THE BLUE BAR?
2 A. YES.
3 Q. NOW, WHEN YOU HAVE A SITUATION WHERE THE CONFIDENCE
4 INTERVALS OVERLAP, WHERE THE BARS OVERLAP, LIKE I PUT IN THE
5 BLUE BOX, WHAT DOES THAT MEAN IN TERMS OF WHETHER THE
6 DIFFERENCES BETWEEN THOSE LINES ARE STATISTICALLY SIGNIFICANT?
7 A. IT MEANS THEY ARE NOT, BECAUSE THE CONFIDENCE LEVELS
8 OVERLAP, SO WE DON'T KNOW IF THEY ARE DIFFERENT OR NOT.
9 Q. NOW, FINALLY, AFTER 30 MONTHS, DO YOU SEE THAT THE BLUE
10 BAR FOR VIOXX AND THE RED BAR FOR THE PLACEBO -- ACTUALLY, I
11 STRETCHED THE BLUE BAR A LITTLE BIT TOO MUCH HERE. THERE WE
12 GO. DO YOU SEE THAT THE BLUE BAR FOR VIOXX AND THE RED BAR FOR
13 THE PLACEBO FINALLY GOT TO THE POINT WHERE THEY DON'T OVERLAP?
14 A. YES.
15 Q. AND IS THAT THE FIRST TIME WHERE A SCIENTIST OR DOCTOR
16 WOULD SAY THAT THERE IS A STATISTICAL SIGNIFICANCE BETWEEN
17 THOSE RISKS?
18 A. YES.
19 Q. NOW, WHEN LOOKING AT THE APPROVE STUDY, WAS THAT THE FIRST
20 PLACEBO RANDOMIZED CONTROL STUDY THAT ACTUALLY SHOWED A
21 STATISTICAL SIGNIFICANT RISK DIFFERENCE AT ANY LENGTH OF TIME
22 OF USING VIOXX COMPARED TO A SUGAR PILL?
23     MR. MATTHEWS: I OBJECT.
24     THE COURT: I SUSTAIN THAT OBJECTION. THAT'S A
25 LITTLE FAR AFIELD FROM HIS STANDPOINT.

Page 1495

1 BY MR. BECK:
2 Q. WELL, LET ME ASK: AS A TREATING PHYSICIAN, AS SOMEONE WHO
3 TEACHES DOCTORS AND MEDICAL STUDENTS, IN TERMS OF THE
4 RISK-BENEFIT ANALYSIS IN PRESCRIBING VIOXX TO A PATIENT, WHAT
5 IMPACT DID THIS INFORMATION HAVE?
6 A. WELL, BASICALLY WHAT IT SHOWS IS THAT, IN THE SHORT-TERM,
7 THERE IS NO DIFFERENCE. SO FOR PATIENTS TAKING SHORT-TERM USE,
8 IT'S CONSISTENT WITH THE DATA THAT WAS PREVIOUSLY AVAILABLE:
9 THAT THE SHORT-TERM USE, THAT THERE IS NO DIFFERENCE, AND AT
10 LEAST RAISES A QUESTION -- A QUESTION IS RAISED ABOUT LONG-TERM
11 USE, ALTHOUGH THERE WAS SIGNIFICANT CONFLICTING DATA ON THAT
12 ISSUE AS WELL.
13 Q. NOW, THE LAST THING I WANT TO TURN TO IN THIS RISK-BENEFIT
14 ANALYSIS, YOU SAID YOU WOULD LOOK AT TEXTBOOKS LIKE
15 DR. CRAWFORD; YOU LOOK AT CLINICAL STUDIES THAT WE JUST WENT
16 THROUGH. THEN THE LAST ONE YOU MENTIONED WAS YOU LOOKED AT
17 GUIDANCE FROM THE FDA; THAT IS RIGHT?
18 A. YES.
19 Q. AND NOW LET ME ASK YOU WHAT I ASKED YOU EARLIER BY
20 MISTAKE. ARE YOU AWARE OF THE FACT THAT IN 2005, THIS YEAR,
21 THE FDA CONVENED AN ADVISORY COMMITTEE TO LOOK AT THESE SAME
22 SUBJECTS OF THE RISKS OF TRADITIONAL NSAIDS AND THE RISK OF
23 COX-2 INHIBITORS?
24 A. YES.
25 Q. AND I'M GOING TO PUT ON THE SCREEN EXHIBIT -- DEFENDANT'S

12 (Pages 1492 to 1495)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M0055437717

Page 1496

1  EXHIBIT 339, WHICH WAS -- I'M SORRY, 338, WHICH WAS RECEIVED IN
2  EVIDENCE THE OTHER DAY. IS THIS A COPY OF THE MEMORANDUM
3  WRITTEN BY THE FDA OFFICIALS FOLLOWING THE ADVISORY COMMITTEE
4  MEETING?
5  A. YES.
6  Q. AND ARE YOU FAMILIAR WITH THIS MEMORANDUM?
7  A. YES, I AM.
8  Q. DOES IT DISCUSS BOTH COX-2 INHIBITORS, INCLUDING VIOXX; AS
9  WELL AS THE NONSELECTIVE NSAIDS, SUCH AS NAPROXEN, IBUPROFEN?
10 A. YES.
11 Q. WHEN MAKING YOUR OWN RISK-BENEFIT ANALYSIS AND TEACHING
12 DOCTORS AND MEDICAL STUDENTS HOW TO MAKE THEIRS, IS THIS
13 SOMETHING THAT YOU TAKE INTO ACCOUNT?
14 A. YES, IT'S IMPORTANT.
15 Q. LET'S LOOK AT SOME OF THE DISCUSSION IN THE MEMORANDUM ON
16 PAGE 11. I'VE BLOWN UP THE SECOND PARAGRAPH. COULD YOU PLEASE
17 READ THAT FOR THE JURY AND THEN DESCRIBE ITS SIGNIFICANCE.
18 A. WHAT IT STATES IS: "GIVEN OUR INABILITY TO CONCLUDE BASED
19 ON THE AVAILABLE DATA THAT COX-2 SELECTIVE AGENTS CONFER AN
20 INCREASED RISK OF SERIOUS ADVERSE CV EVENTS COMPARED TO
21 NONSELECTIVE NSAIDS, WE BELIEVE THAT IT IS REASONABLE TO
22 CONCLUDE THAT THERE IS A, QUOTE, "CLASS EFFECT," UNQUOTE, FOR
23 INCREASED CV RISK FOR ALL NSAIDS PENDING THE AVAILABILITY OF
24 DATA FROM LONG-TERM CONTROLLED CLINICAL TRIALS THAT MORE
25 CLEARLY DELINEATE THE TRUE RELATIONSHIPS. THIS INTERPRETATION

Page 1497

1  OF THE AVAILABLE DATA WILL SERVE TO PROMOTE PUBLIC HEALTH BY
2  LEARNED PHYSICIANS AND PATIENTS TO THIS CLASS CONCERN AND WILL
3  MAKE IT CLEAR THAT SIMPLY SWITCHING FROM A COX-2 SELECTIVE
4  AGENT TO A NONSELECTIVE NSAID DOES NOT MEAN THAT THE POTENTIAL
5  FOR INCREASED RISK OF SERIOUS ADVERSE CV EVENTS HAS BEEN FULLY
6  OR EVEN PARTIALLY MITIGATED.
7  Q. NOW, THAT LAST LANGUAGE THAT I HIGHLIGHTED, AS WELL AS THE
8  LANGUAGE AT THE VERY BEGINNING CONCERNING THE INABILITY TO
9  CONCLUDE THAT COX-2 SELECTIVE AGENTS CONFER AN INCREASED RISK
10 OF SERIOUS ADVERSE EVENTS COMPARED TO NONSELECTIVE NSAIDS, WHAT
11 DOES THAT MEAN TO YOU AS A TREATING PHYSICIAN?
12 A. WELL, BASICALLY, IT'S TELLING US THAT BASED ON THE REVIEW
13 OF THE DATA FROM THE FDA, THEIR PANEL OF EXPERTS, THAT WE CAN'T
14 TELL THAT THERE IS ANY DIFFERENCE BETWEEN THE OLDER NSAID
15 DRUGS, WITH THE POSSIBLE EXCEPTION OF NAPROXEN, AND THESE NEWER
16 DRUGS: THE COX-2 INHIBITORS, VIOXX, CELEBREX; THAT YOU CAN'T
17 TELL THAT THERE IS ANY DIFFERENCES.
18     SO THAT IF ONE WERE TRYING TO MAKE A DECISION ON A
19 PATIENT OF WHAT DRUG YOU SHOULD PRESCRIBE, A PATIENT NEEDS AN
20 ANTI-INFLAMMATORY FOR THEIR PAIN AND INFLAMMATION, THEN THE
21 DECISION CAN'T BE -- SHOULD NOT BE BASED ON THE DIFFERENCE IN
22 CARDIOVASCULAR RISKS BECAUSE, BASICALLY, THERE IS NOTHING TO
23 DIFFERENTIATE, DETERMINE ANY DIFFERENCES BETWEEN THE OLDER
24 DRUGS AND THE NEWER COX-2S LIKE VIOXX AND CELEBREX.
25 Q. NOW, LET'S TURN TO GO PAGE 8, AND WE'LL HIGHLIGHT THE

Page 1498

1  SECOND FULL PARAGRAPH UNDER THE HEADING "ANALYSIS AND
2  CONCLUSIONS." AND PLEASE READ THIS FOR THE JURY, AND THEN
3  DESCRIBE WHAT IT MEANS TO A PHYSICIAN SUCH AS YOURSELF.
4  A. "THE DATA FROM CONTROLLED CLINICAL TRIAL COMPARISONS OF
5  COX-2 SELECTIVE AND NONSELECTIVE NSAIDS DO NOT CLEARLY
6  DEMONSTRATE AN INCREASED RELATIVE RISK FOR THE COX-2 SELECTIVE
7  DRUGS, DESPITE THE SUBSTANTIAL SIZE OF THESE STUDIES. ONLY
8  VIGOR CLEARLY INDICATES SUCH A DIFFERENCE WITH CLASS AND EDGE
9  GIVING NO SUGGESTION OF A DIFFERENCE AND TARGET GIVING ANALYSIS
10 DEPENDENT RESULTS.
11     "THESE FINDINGS, AND THE ABSENCE OF ANY LONG-TERM
12 PLACEBO OR ACTIVE CONTROLLED CLINICAL TRIALS FOR MOST OF THE
13 NONSELECTIVE NSAIDS MAKE IT DIFFICULT TO CONCLUDE THAT THE
14 COX-2 SELECTIVE DRUGS AS A CLASS HAVE GREATER CV RISKS THAN THE
15 NONSELECTIVE NSAIDS. THE DATA FROM THE WELL-CONTROLLED
16 OBSERVATIONAL TRIALS HAVE NOT PROVIDED CONSISTENT ASSESSMENTS
17 OF RISK WHEN COMPARING COX-2 SELECTIVE NSAIDS AND NONSELECTIVE
18 NSAIDS.
19     "THE POINT ESTIMATES OF RELATIVE RISK COMPARISONS
20 FROM THESE DATA ARE MOSTLY IN A RANGE WHERE INTERPRETATION MAY
21 BE DIFFICULT AND INFLUENCED BY UNCONTROLLED RESIDUAL
22 CONFOUNDING OR BIASES OFTEN INHERENT IN THE DESIGN AND DATA
23 LIMITATIONS OF THESE STUDIES."
24 Q. AND WHAT DOES THAT MEAN TO YOU AS A TREATING PHYSICIAN WHO
25 IS MAKING RISK-BENEFIT ANALYSES?

Page 1499

1  A. AGAIN, SIMILAR TO WHAT I TALKED ABOUT, THAT THERE IS
2  REALLY NOTHING NEAR THE RANDOMIZED DATA OR THE OBSERVATIONAL
3  STUDIES AS THEY DESCRIBED THEM, TO SHOW A DIFFERENCE, TO
4  DETERMINE THAT THERE IS A DIFFERENCE BETWEEN THE OLDER
5  TRADITIONAL NSAIDS AND THESE NEWER COX-2 AGENTS, THE OLDER ONE
6  LIKE IBUPROFEN, DICLOFENAC, ET CETERA, AND THESE NEW AGENTS
7  LIKE CELEBREX AND VIOXX. AND THEY ARE ALSO TALKING ABOUT THESE
8  OBSERVATIONAL STUDIES, THESE ANALYSES OF DATABASES AND OTHER
9  THINGS, WHICH BASICALLY SAID THERE IS NO CONSISTENCY AND YOU
10 CAN'T REALLY INTERPRET THE RESULTS AS SHOWING AN INCREASED
11 RISK.
12 Q. AND WE'RE ALMOST DONE WITH THIS, WHICH IS OUR LAST POINT,
13 BUT I WOULD LIKE YOU -- I'VE GOT ONE MORE LENGTHY PARAGRAPH I
14 WANT YOU TO GO THROUGH, AND THEN WE'LL GO THROUGH SOME VERY
15 SHORT ONES AND WE'LL BE DONE. SO WHAT DOES THIS NEXT PARAGRAPH
16 FROM PAGE 8 SAY?
17 A. "DESPITE THE LIMITATIONS OF THE AVAILABLE DATA, OVERALL,
18 THERE IS EVIDENCE, PRINCIPALLY FROM A SMALL NUMBER OF
19 PLACEBO-CONTROLLED TRIALS, THAT THE APPROVED COX-2 SELECTIVE
20 NSAIDS, I.E., CELEBREX, CELECOXIB, ROFECOXIB, AND VALDECOXIB,
21 ARE ASSOCIATED WITH AN INCREASED RISK OF SERIOUS ADVERSE CV
22 EVENTS, E.G., MI STROKE AND DEATH. IT REMAINS UNCLEAR,
23 HOWEVER, THAT IT IS THE PRESENCE OF OR THE DEGREE OF COX-2
24 SELECTIVITY THAT ACCOUNTS FOR THESE OBSERVATIONS, AS SOME HAVE
25 HYPOTHESIZED. AS NOTED IN VARIOUS CONTROLLED CLINICAL TRIALS,

13 (Pages 1496 to 1499)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543718

### Page 1500

1  COX-2 SELECTIVE DRUGS HAVE BEEN INDISTINGUISHABLE FROM
2  NONSELECTIVE NSAIDS, I.E., IBUPROFEN, DICLOFENAC, IN SUCH A
3  SUBSTANTIAL SIZE AND DURATION.
4       "FURTHER, ALTHOUGH ON THEORETICAL GROUNDS, THE
5  ADDITION OF LOW-DOSE ASPIRIN, A COX-1 INHIBITOR TO A COX-2
6  SELECTIVE DRUG SHOULD RESOLVE ANY INCREASED CV RISK CAUSED BY
7  COX-2 SELECTIVITY. THIS EFFECT HAS NOT, IN FACT, BEEN OBSERVED
8  IN SEVERAL STUDIES IN WHICH SUCH COMPARISONS ARE POSSIBLE.
9  TAKEN TOGETHER, THESE OBSERVATIONS RAISE SERIOUS QUESTIONS
10 ABOUT THE SO-CALLED COX-2 HYPOTHESIS, THE FITZGERALD
11 HYPOTHESIS, WHICH SUGGESTS THAT COX-2 SELECTIVITY CONTRIBUTES
12 TO INCREASED RISK. IT, THEREFORE, REMAINS UNCLEAR TO WHAT
13 EXTENT THE COX-2 SELECTIVITY OF AN INDIVIDUAL DRUG PREDICTS THE
14 DRUG'S POTENTIAL FOR AN INCREASED RISK OF ADVERSE CV EVENTS
15 COMPARED TO DRUGS THAT ARE LESS COX-2 SELECTIVE."
16 Q. YOU REFERRED TO THIS PHRASE THAT THEY USED: "THE COX-2
17 HYPOTHESIS." AND I THINK THAT YOU'VE SAID THAT WAS -- WHAT'S
18 THAT THE SAME AS?
19 A. THE FITZGERALD THEORY.
20 Q. AND WE HEARD PLENTY OF THE FITZGERALD THEORY FROM
21 DR. LUCCHESI ABOUT THIS IMBALANCE BETWEEN THROMBOXANE AND
22 PROSTACYCLIN.
23 A. YES.
24 Q. WHAT IS THE FDA HERE TELLING PRESCRIBING PHYSICIANS LIKE
25 YOU ABOUT WHETHER THERE IS SCIENTIFIC SUPPORT FOR THE

### Page 1501

1  FITZGERALD HYPOTHESIS THAT DR. LUCCHESI ENDORSED?
2  A. BASICALLY, THEY ARE SAYING THEY HAVE SIGNIFICANT DOUBT,
3  THEY DOUBT THE VALIDITY OF THAT HYPOTHESIS. THAT'S HOW I WOULD
4  INTERPRET IT.
5  Q. AND DO YOU AGREE WITH DR. LUCCHESI OR WITH THE FDA ON
6  THIS?
7  A. WITH THE FDA.
8  Q. ON PAGE 1, IS THERE A SECTION CALLED "THE EXECUTIVE
9  SUMMARY"?
10 A. YES.
11 Q. AND I'VE GOT ABOUT THREE OR FOUR OF THESE LITTLE BULLET
12 POINTS, AND THEN WE CAN WIND THIS UP. I WANT TO MAKE SURE WE
13 COVER THE ONES ON PAGE 1, NOT THE ONES THAT WERE DESCRIBED AS
14 HIDDEN ON PAGE 2. SO LET'S LOOK AT THE FIRST BULLET POINT.
15 WHAT'S THE FDA SAY IN THE FIRST BULLET POINT OF THE EXECUTIVE
16 SUMMARY?
17 A. THE THREE APPROVED COX-2 SELECTIVE NSAIDS, I.E.,
18 CELECOXIB, ROFECOXIB, AND VALDECOXIB, ARE ASSOCIATED WITH AN
19 INCREASED RISK OF SERIOUS ADVERSE CV EVENTS COMPARED TO
20 PLACEBO. THE AVAILABLE DATA DO NOT PERMIT A RANK ORDERING OF
21 THESE DRUGS WITH REGARDS TO CV SAFETY."
22 Q. NOW, THAT LAST SENTENCE ABOUT THE AVAILABLE DATA DO NOT
23 PERMIT A RANK ORDERING OF THESE DRUGS WITH REGARD TO CV RISK.
24 DOES THAT REFER TO CELEBREX AND VIOXX AND BEXTRA?
25 A. YES.

### Page 1502

1  Q. SOME OF THE PLAINTIFF'S EXPERTS HAVE SAID THAT THEY THINK
2  THERE IS A DIFFERENCE BETWEEN CELEBREX AND VIOXX. DO YOU AGREE
3  WITH THEM OR WITH THE FDA?
4  A. WITH THE FDA.
5  Q. LET'S GO TO THE SECOND BULLET. YOU READ IT.
6  A. "DATA FROM LARGE LONG-TERM CONTROLLED CLINICAL TRIALS THAT
7  HAVE INCLUDED A COMPARISON OF COX-2 SELECTIVE AND NONSELECTIVE
8  NSAIDS DO NOT CLEARLY DEMONSTRATE THAT THE COX-2 SELECTIVE
9  AGENTS CONFER A GREATER RISK OF SERIOUS ADVERSE CV EVENTS THAN
10 NONSELECTIVE NSAIDS."
11 Q. NOW, FIRST, JUST GIVE US A TRANSLATION. WHAT'S THE BOTTOM
12 LINE CONFUSION THERE AS TO THE CARDIOVASCULAR RISKS OF
13 PRESCRIPTION-STRENGTH TRADITIONAL NSAIDS VERSUS COX-2
14 INHIBITORS?
15 A. BASICALLY, THEY ARE SAYING THAT THEY ARE THE SAME. THERE
16 IS NO DIFFERENCE.
17 Q. AND ARE YOU AWARE THAT PLAINTIFF'S EXPERTS HAVE SAID THAT
18 THERE IS A DIFFERENCE?
19 A. YES, I'M AWARE OF THAT.
20 Q. AND DO YOU AGREE WITH THE PLAINTIFF'S EXPERTS OR THE FOOD
21 AND DRUG ADMINISTRATION?
22 A. THE FDA.
23 Q. ON TO PAGE 2. FOCUSING ON THE SECOND BULLET POINT, WOULD
24 YOU READ THAT, PLEASE, FOR THE JURY.
25 A. "PENDING THE AVAILABILITY OF ADDITIONAL LONG-TERM

### Page 1503

1  CONTROLLED CLINICAL TRIAL DATA, THE AVAILABLE DATA ARE BEST
2  INTERPRETED AS BEING CONSISTENT WITH A CLASS EFFECT OF AN
3  INCREASED RISK OF SERIOUS ADVERSE CV EVENTS FOR COX-2 SELECTIVE
4  AND NONSELECTIVE NSAIDS."
5  Q. NOW, WHEN THEY TALK ABOUT A CLASS EFFECT OF COX-2
6  SELECTIVE AND NONSELECTIVE NSAIDS, WHAT DOES THAT MEAN TO A
7  TREATING PHYSICIAN?
8  A. THAT BASICALLY THAT, AGAIN, YOU CANNOT DIFFERENTIATE --
9  YOU CAN'T TELL ANY DIFFERENCE IN TERMS OF THE RISK OF THESE
10 CARDIOVASCULAR EVENTS BETWEEN THE TRADITIONAL OLDER NSAIDS AND
11 THESE NEWER COX-2 INHIBITORS.
12 Q. AGAIN, PLAINTIFF'S EXPERTS HAVE SAID THAT THEY THINK THERE
13 IS A DIFFERENCE. DO YOU AGREE WITH THE PLAINTIFF'S EXPERTS OR
14 THE FDA?
15 A. THE FDA.
16 Q. AND THEN THE LAST BULLET POINT THAT I WANT TO SHARE WITH
17 YOU, WOULD YOU PLEASE READ THIS FOR THE JURY.
18 A. "SHORT-TERM USE OF NSAIDS TO RELIEVE ACUTE PAIN,
19 PARTICULARLY AT LOW DOSE" --
20 Q. LET ME JUST STOP YOU HERE. THE NSAIDS THAT ARE BEING
21 DESCRIBED HERE, ARE THESE NONSELECTIVE, THE COX-2, OR BOTH?
22 A. BASED ON THE FACT THEY TALK ABOUT VALDECOXIB WITH BEXTRA
23 SPECIFICALLY IN THE PARAGRAPH MEANS THEY ARE DISCUSSING ALL OF
24 THEM, BOTH OF THEM.
25 Q. SO GO AHEAD. "SHORT" --

14 (Pages 1500 to 1503)

ff147213-239a-4359-81c3-ecc5412a5939

M005543719

Page 1504

1  A. "SHORT-TERM USE OF NSAIDS TO RELIEVE ACUTE PAIN,
2  PARTICULARLY AT LOW DOES, DOES NOT APPEAR TO CONFER AN
3  INCREASED RISK OF SERIOUS ADVERSE EVENTS, WITH THE EXCEPTION OF
4  VALDECOXIB AND BEXTRA IN HOSPITALIZED PATIENTS IMMEDIATELY
5  POSTOPERATIVE FROM CORONARY ARTERY BYPASS SURGERY."
6  Q. WOULD YOU CONSIDER THE USE OF VIOXX FOR 28 DAYS OR SO TO
7  BE SHORT-TERM USE OF A NSAID?
8  A. YES, I WOULD.
9  Q. AND WHAT DID THE FDA CONCLUDE ABOUT WHETHER THAT KIND OF
10 USE APPEARS TO POSE ANY SORT OF CARDIOVASCULAR RISKS?
11 A. THE FDA SAYS IT DOES NOT INCREASE RISKS AT ALL.
12 Q. ARE YOU AWARE THAT THERE ARE PLAINTIFF'S EXPERTS WHO SAY,
13 NO, IT CREATES A RISK RIGHT AWAY?
14 A. YES.
15 Q. AND DO YOU AGREE WITH THE PLAINTIFF EXPERTS, OR DO YOU
16 AGREE WITH THE FOOD AND DRUG ADMINISTRATION?
17 A. THE FDA.
18 Q. NOW, KNOWING ALL THE INFORMATION THAT IS AVAILABLE TODAY,
19 HAVE YOU REACHED A PROFESSIONAL CONCLUSION ABOUT WHETHER THE
20 BENEFITS OF VIOXX OUTWEIGH THE RISKS?
21 A. YES, I HAVE.
22 Q. WHAT IS THAT CONCLUSION?
23 A. THAT OVERALL, THE BENEFITS OF VIOXX DO OUTWEIGH THE RISKS.
24 Q. AND THAT'S FINE. THAT'S -- WE'LL STOP THERE. THANK YOU
25 VERY MUCH, DOCTOR.

Page 1505

1       THE COURT: WE'LL TAKE A 15-MINUTE BREAK AT THIS
2  TIME. THE COURT WILL STAND IN RECESS.
3       THE MARSHAL: ALL RISE.
4       (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)
5       THE MARSHAL: ALL RISE.
6       THE COURT: BE SEATED, PLEASE. YOU MAY
7  CROSS-EXAMINE, COUNSEL.
8            CROSS-EXAMINATION
9  BY MR. MATTHEWS:
10 Q. THANK YOU, YOUR HONOR. DR. SILVER, YOU JUST GAVE US A
11 WHOLE LOT OF OPINION, AND I WANT TO KIND OF BREAK SOME OF THOSE
12 DOWN. YOU WERE LAST TALKING ABOUT THE FDA, CORRECT?
13 A. YES.
14 Q. BEFORE THAT YOU WERE ALSO TALKING ABOUT THE EPIDEMIOLOGY
15 WITHIN THE FDA?
16 A. YES.
17 Q. AND YOU HAD SOME OPINIONS ABOUT PHARMACOLOGY?
18 A. I'M NOT SURE. WHATEVER THE FDA STATED ABOUT IT, YES.
19 Q. WELL, YOU TALKED ABOUT WHETHER THIS DRUG IN PARTICULAR
20 CAUSES A HEART ATTACK?
21 A. YES.
22 Q. THAT'S WHAT WE'RE TALKING ABOUT. THE EFFECTS OF THE DRUG
23 ON THE HUMAN BODY IS PHARMACOLOGY, AND YOU HAVE OPINIONS ABOUT
24 WHETHER THAT DRUG CAUSED AN INJURY; RIGHT?
25 A. YES.

Page 1506

1  Q. YOU GAVE US SOME OPINIONS ABOUT GASTROLOGY; IS THAT RIGHT?
2  A. YES.
3  Q. ABOUT BLEEDING ULCERS AND THINGS LIKE THAT, ABOUT PUBS,
4  PERFORATION, ULCERS?
5  A. YES.
6  Q. AND CONTINUALLY YOU GAVE US SOME INFORMATION ABOUT
7  PHARMACOEPIDEMIOLOGY; THAT IS, THE DRUG'S EFFECT ON POPULATION.
8  IN TERMS OF HOW A DRUG EFFECTS AN OVERALL POPULATION, YOU
9  UNDERSTAND THAT TO BE PHARMACOEPIDEMIOLOGY?
10 A. YES.
11 Q. BUT BEFORE WE EVER STARTED ANY OF THIS, I ASKED YOU IF
12 YOU'RE AN EXPERT IN ANY ONE OF THOSE FIELDS: FDA,
13 EPIDEMIOLOGY, PHARMACOLOGY, CARDIOLOGY, GASTROENTEROLOGY,
14 PHARMACOEPIDEMIOLOGY, AND YOU TOLD ME AND THIS JURY YOU'RE NOT
15 AN EXPERT IN ANY OF THOSE FIELDS; ISN'T THAT RIGHT?
16 A. CORRECT.
17 Q. SO NOW YOU'RE DOWN HERE FOR A COUPLE HOURS GIVING THIS
18 JURY OPINIONS ABOUT FIELDS IN WHICH YOU'RE NOT AN EXPERT; IS
19 THAT ABOUT RIGHT?
20 A. WELL, EXCEPT IN MY EVERYDAY TREATING PATIENTS, DOING
21 RESEARCH AND ET CETERA.
22 Q. WELL, LET'S TALK ABOUT WHAT YOU DO ON A DAY-TO-DAY BASIS
23 BECAUSE THAT'S WHAT I WANT TO TALK ABOUT. THAT IS, YOU'RE A
24 RHEUMATOLOGIST; RIGHT?
25 A. CORRECT.

Page 1507

1  Q. AND RHEUMATOLOGY, IN YOUR PRACTICE, YOU TREAT PEOPLE WITH
2  OSTEOARTHRITIS?
3  A. YES.
4  Q. YOU TREAT PEOPLE WITH RHEUMATOID ARTHRITIS?
5  A. YES.
6  Q. YOU TREAT PEOPLE WITH CHRONIC PAIN?
7  A. YES.
8  Q. AND YOU TREAT PEOPLE WITH AUTOIMMUNE DISORDERS?
9  A. YES.
10 Q. HAVE I SUMMED UP PRETTY MUCH WHAT YOU DO AND WHAT YOUR
11 SPECIALTY IS?
12 A. WELL, THAT'S THE -- THAT'S A GENERAL SUMMARY OF MY
13 RHEUMATOLOGY PRACTICE. I ALSO DO PRIMARY CARE WORK, WHICH
14 COVERS SORT OF THE WHOLE BODY SYSTEM, ANYTHING FROM A COLD OR
15 FLU TO TREATING HIGH BLOOD PRESSURE, HEART DISEASE, HIGH
16 CHOLESTEROL, ET CETERA. I DO THAT AS WELL.
17 Q. FOR EXAMPLE, IF SOMEBODY IS HAVING CHEST PAINS AND THEY
18 ARE GOING TO NEED TO SEE A CARDIOLOGIST, YOU'RE GOING TO REFER
19 THEM OUT TO SEE A CARDIOLOGIST?
20 A. DEPENDING ON THE CIRCUMSTANCES.
21 Q. YOU DON'T DIAGNOSE AND TREAT PEOPLE WITH HEART ATTACK, DO
22 YOU?
23 A. YES, I DO THAT AS A PRIMARY CARE DOCTOR; BUT OFTEN,
24 DEPENDING ON THE SITUATION, I WILL CALL A CARDIOLOGIST IN AS
25 WELL.

## Page 1508

1  Q. DO YOU DIAGNOSE AND TREAT PEOPLE WITH HEART ATTACKS,
2  DOCTOR?
3  A. I DO.
4  Q. DO YOU DIAGNOSE AND TREAT PEOPLE WITH HEART ATTACKS?
5  A. YES, I DO.
6  Q. SO YOU TREAT PEOPLE WITH HEART ATTACKS? YOU ACTUALLY
7  TREAT THEM AS A CARDIOLOGIST?
8  A. NO. AS A PRIMARY CARE DOCTOR. AS PART OF WHAT PRIMARY CARE
9  DOCTORS DO EVERY DAY, WE TREAT PATIENTS WHO ARE HAVING OR HAVE
10 HAD HEART ATTACKS.
11 Q. DO YOU TREAT PEOPLE WITH A STOMACH BLEEDING; THAT IS, YOU
12 DO SOMETHING TO CORRECT THAT STOMACH BLEED?
13 A. WITH MEDICATIONS; AND THEN, IF A PROCEDURE IS DONE, THEN
14 WE WILL CALL IN A SPECIALIST.
15 Q. IF THERE IS PROCEDURES, YOU NEED TO CALL SPECIALISTS IN
16 THE FIELD?
17 A. YES.
18 Q. IF SOMEBODY NEEDS AN ANGIOGRAPHY, SOMEBODY THAT NEEDS AN
19 ANGIOCARDIOGRAM, SOMETHING WITH THE HEART, IF THEY ARE
20 CATHETERIZED, YOU HAVE TO CALL AN EXPERT?
21 A. YES.
22 Q. YOU'RE NOT AN EXPERT IN THAT FIELD?
23 A. IN CATEGORIZATION, NO, I'M NOT.
24 Q. YOU'RE NOT AN EXPERT IN CARING FOR HEART PATIENTS?
25 A. EXCEPT IN MY ROLE AS A PRIMARY CARE DOCTOR AND AS A

## Page 1509

1  RHEUMATOLOGIST.
2  Q. GETTING BACK TO WHAT YOU DO, YOU DO RHEUMATOLOGY; YOU
3  TREAT PEOPLE WITH THOSE DISORDERS THAT WE TALKED ABOUT EARLIER,
4  RIGHT?
5  A. CORRECT.
6  Q. NOW, MAY I APPROACH THE EASEL? I WANT TO TALK ABOUT DICKY
7  IRVIN BECAUSE THAT'S WHAT WE'RE HERE FOR, DICKY IRVIN'S CASE.
8  THE FIRST THING I HAVE UP FOR DICKY IRVIN IS THE DIAGNOSIS OF
9  OSTEOARTHRITIS. WAS DICKY IRVIN DIAGNOSED WITH OSTEOARTHRITIS?
10 A. NO. I APOLOGIZE, COUNSELOR, I CAN'T SEE.
11 Q. DO YOU WANT HIM DOWN THERE TO SEE IT?
12    MR. MATTHEWS: NO, I CAN ASK HIM. IT'S KIND OF HARD
13 TO GET BOTH SIDES TO SEE IT.
14 BY MR. MATTHEWS:
15 Q. I'M GOING TO READ YOU WHAT'S ON HERE. I'LL SUBMIT TO YOU
16 I'LL TELL YOU EVERY WORD THAT'S ON HERE.
17    MR. BECK: MAY I STAND OVER HERE JUST TO WATCH THIS?
18    THE COURT: YES.
19 BY MR. MATTHEWS:
20 Q. WAS DICKY IRVIN DIAGNOSED WITH OSTEOARTHRITIS?
21 A. NO. HE WAS NOT.
22 Q. AND WHAT'S THE ONLY WAY TO DIAGNOSE OSTEOARTHRITIS?
23 A. WELL, SEEING A PHYSICIAN TO MAKE A DIAGNOSIS. IT MAY
24 INVOLVE X-RAYS; IT MAY INVOLVE BLOOD TESTS AS WELL.
25 Q. THE GOLD STANDARD IS BY RADIOGRAPHIC X-RAY, I MEAN, X-RAYS

## Page 1510

1  RIGHT OR MAYBE AN MRI?
2  A. CAN BE, BUT THERE IS ALSO, BASED ON THE RHEUMATOLOGY, THE
3  AMERICAN COLLEGE OF RHEUMATOLOGY ARE CRITERIA. THERE WAS A
4  CLINICAL OR THERE IS AN EXAMINATION, HISTORY AND EXAMINATION
5  BASIS AS WELL.
6  Q. SO WE'RE CLEAR, DICKY HAS NO DIAGNOSIS -- WAS NOT
7  DIAGNOSED AT ANY TIME WITH OSTEOARTHRITIS; CORRECT?
8  A. CORRECT.
9  Q. AND YOU HAVE A SUBSPECIALTY IN TREATING PEOPLE WITH
10 RHEUMATOID ARTHRITIS; IS THAT RIGHT?
11 A. YES, I DO.
12 Q. IS THERE ANY EVIDENCE WHATSOEVER THAT DICKY HAD RHEUMATOID
13 ARTHRITIS?
14 A. NO.
15 Q. ANYTHING ON AUTOPSY, ANYTHING ON THE MEDICAL RECORD, THAT
16 YOU'VE EVER SEEN THAT HE HAS RHEUMATOID ARTHRITIS?
17 A. NO.
18 Q. NOW, YOU SPENT A LOT OF TIME ON DIRECT EXAMINATION TALKING
19 ABOUT GI BLEEDS.
20 A. YES.
21 Q. "PUBS," AS YOU CALLED THEM?
22 A. YES.
23 Q. PERFORATIONS, ULCERS, AND BLEEDS; RIGHT?
24 A. YES.
25 Q. IS THERE ANY EVIDENCE THAT DICKY IRVIN HAD ANY OF THE

## Page 1511

1  ISSUES WE'RE TALKING ABOUT OF PUB?
2  A. NO.
3  Q. YOU SAW THE AUTOPSY REPORT, RIGHT?
4  A. YES.
5  Q. ANY EVIDENCE IN THE AUTOPSY REPORT THAT HE HAD A GI BLEED?
6  A. NO.
7  Q. CHRONIC PAIN IS SOMETHING THAT RHEUMATOLOGISTS ALSO TREAT,
8  CORRECT?
9  A. YES.
10 Q. IS THERE ANY EVIDENCE THAT DICKY IRVIN HAD CHRONIC PAIN?
11 A. THERE IS EVIDENCE HE HAD PAIN. THE DURATION OF THAT, I
12 CAN'T COMMENT ON.
13 Q. LET ME ASK THE QUESTION AGAIN, DOCTOR. IS THERE ANY
14 EVIDENCE THAT DICKY IRVIN HAD CHRONIC PAIN?
15 A. NO.
16 Q. FINALLY, THE LAST THING I HAVE DOWN HERE, THAT YOU ARE AN
17 EXPERT IN RHEUMATOLOGY, IN TREATING AUTOIMMUNE DISORDERS. CAN
18 YOU TELL US WHAT THAT IS, PLEASE?
19 A. IT'S DISORDERS WHERE BASICALLY THE BODY ATTACKS ITSELF.
20 IT WILL ATTACK, IN THE CASE OF RHEUMATOID ARTHRITIS, THE
21 JOINTS. RHEUMATOID ARTHRITIS, IT CAN ATTACK THE HEART AND
22 OTHER ORGANS AS WELL, OR OTHER DISEASES LIKE LUPUS, WHICH WE
23 HEARD A LITTLE BIT ABOUT. AND THERE IS A NUMBER OF OTHER
24 DISEASES, SO BASICALLY THE BODY ATTACKING ITSELF.
25 Q. DICKY IRVIN, AND THOSE MIGHT INCLUDE SCLERODERMA?

Page 1512

1  A. SCLERODERMA. YES.
2  Q. LUPUS, OTHER TYPES OF AUTOIMMUNE DISORDERS?
3  A. YES.
4  Q. IS THERE ANY EVIDENCE THAT DICKY IRVIN HAD AUTOIMMUNE
5  DISORDER?
6  A. NO.
7  Q. NOW, THERE IS EVIDENCE THAT DICKY IRVIN HAD A HEART
8  ATTACK, AND THAT'S WHY WE'RE HERE; ISN'T THAT CORRECT?
9  A. YES.
10 Q. AND I THINK YOU'VE TOLD US YOU DON'T DIAGNOSE AND TREAT
11 HEART ATTACK VICTIMS, CORRECT? YOU DON'T DO ANYTHING
12 PHYSICALLY OTHER THAN GIVE THEM SOME MEDICATION. YOU DON'T DO
13 ANYTHING FOR THE HEART.
14 A. THAT'S ACTUALLY NOT WHAT I SAID. I SAID, IF THERE IS AN
15 INVASIVE PROCEDURE SUCH AS AN ECHOCARDIOGRAM NEEDED, WE MAY
16 CALL A CARDIOLOGIST IN, BUT TO MAKE A DIAGNOSIS OFF AN EKG,
17 INTERPRET BLOOD TESTS, ET CETERA, YES, I DO DO THAT.
18 Q. HAVE YOU EVER BEEN PUBLISHED IN THE AREA OF THROMBOSIS?
19 A. NO, I HAVE NOT.
20 Q. HAVE YOU EVER BEEN PUBLISHED IN THE AREA OF TREATING HEART
21 PATIENTS IN ANY WAY, SHAPE, OR FORM?
22 A. NO, I HAVE NOT.
23 Q. BUT WE DO KNOW THAT DICKY HAD A HEART ATTACK. THIS WOULD
24 BE A YES, THE LAST THING, RIGHT?
25 A. YES.

Page 1513

1  Q. SIR, ISN'T IT TRUE THAT OSTEOARTHRITIS, RHEUMATOID
2  ARTHRITIS, GI BLEEDS, AUTOIMMUNE DISORDERS, CHRONIC PAIN,
3  THINGS WHICH DICKY DIDN'T HAVE, AND YOU'RE AN EXPERT, ARE
4  COMPLETELY UNRELATED TO THIS VERY CASE?
5  A. EXCEPT IN THE SENSE OF HIS USE OF THE AGENTS THAT WERE
6  USED TO TREAT SUCH CONDITIONS.
7  Q. BUT, SIR, YOUR EXPERTISE IS REALLY UNRELATED TO DICKY;
8  ISN'T THAT RIGHT?
9  A. WELL, EXCEPT IN THE USE OF -- THAT HE DID HAVE PAIN AND
10 THAT HE WAS USING AGENTS THAT RHEUMATOLOGISTS, MORE THAN ANY
11 OTHER SPECIALTY OF MEDICINE, USE TO TREAT THESE CONDITIONS ARE
12 THE MOST FAMILIAR WITH.
13 Q. LET'S TALK BRIEFLY ABOUT HIS PAIN. THERE IS EVIDENCE IN
14 THIS CASE THAT HE HAD A SORE BACK; ISN'T THAT RIGHT?
15 A. YES.
16 Q. AND HE WAS GIVEN VICOPROFEN, AND VICOPROFEN IS FOR ACUTE
17 PAIN, IS IT NOT?
18 A. YES.
19 Q. SO VICOPROFEN WAS FOR ACUTE PAIN, OF WHICH HE TOOK FOR A
20 DAY AND GOT SICK. JUST SO WE'RE CLEAR, VICOPROFEN IS A
21 COMBINATION OF VICODIN AND IBUPROFEN; RIGHT?
22 A. YES, IT IS.
23 Q. AND THE VICODIN ASPECT OF THAT IS HYDROCODONE?
24 A. YES.
25 Q. IT'S A HYDROCODONE-BASED ANALGESIC THAT'S ALSO A NARCOTIC?

Page 1514

1  A. YES.
2  Q. THAT CAN CAUSE A STOMACH PROBLEM; ISN'T THAT RIGHT?
3  A. YES, IT CAN.
4  Q. VERY COMMON FOR A NARCOTIC AND/OR ANALGESIC TO CAUSE
5  NAUSEA AND VOMITING, POTENTIALLY?
6  A. YES.
7  Q. CORRECT. SO IN TERMS OF TRADITIONAL NSAIDS, THERE IS NO
8  WAY YOU CAN SAY THAT HE HAD ANY PROBLEM WITH TRADITIONAL NSAID
9  BECAUSE HE WAS TAKING VICOPROFEN WHEN HE WAS SICK; CORRECT?
10 A. CORRECT.
11 Q. HAVE YOU SEEN ANY EVIDENCE, READ ANY TESTIMONY, TALKED TO
12 YOUR LAWYERS, OR TALKED TO ANYBODY THAT SAID THAT DICKY HAD
13 THIS BACK PAIN WHERE IT WAS SO TREMENDOUS AND HE WAS HAVING
14 STOMACH PROBLEMS, HE NEEDED A COX-2 INHIBITOR?
15 A. NO, NOT THAT I'M AWARE OF, NO.
16 Q. YOU'RE NOT SAYING IT'S CONTRAINDICATED FOR HIM. HE COULD
17 HAVE A COX-2 FIRST EDITION?
18 A. YES.
19 Q. IT WAS APPROPRIATE FOR HIM, FOR DR. SCHIRMER, TO PRESCRIBE
20 IT; RIGHT?
21 A. WELL, I CAN'T SPEAK. HE DID NOT HAVE AN EXAMINATION
22 BEFORE HE WAS TAKING THE MEDICATION. NORMALLY, IN THE PROCESS
23 OF DECIDING WHAT PRESCRIPTION TO GIVE SOMEONE, ONE WOULD TAKE A
24 THOROUGH HISTORY, GET VITAL SIGNS, DO AN EXAMINATION, MAYBE
25 LABORATORY WORK AS WELL, BEFORE DECIDING WHAT MEDICINE TO GIVE

Page 1515

1  A PATIENT.
2  Q. MY POINT IS, DOCTOR, THAT IT'S NOT CONTRAINDICATED IN
3  DICKY IRVIN AT THE TIME. THAT WAS AN OKAY DRUG FOR HIM; IS
4  THAT RIGHT?
5  A. AS FAR AS WE KNOW; BUT, AGAIN, HE REALLY HAD NO
6  EXAMINATION BY A PHYSICIAN, WHICH OBVIOUSLY IS USUALLY
7  APPROPRIATE AND WHAT IS DONE BEFORE PRESCRIBING ANY MEDICATION.
8  Q. WELL, HAD HE BEEN EXAMINED AND HAD ANY TYPE OF ISSUES
9  CONCERNING THE HEART, THERE WAS NOTHING IN THE WARNING OF THAT
10 MEDICATION THAT WOULD HAVE SAID HE WAS NOT APPROPRIATE FOR THAT
11 MEDICATION; CORRECT?
12 A. CORRECT.
13 Q. SO REGARDLESS OF HIS HEART, REGARDLESS OF HIS CONDITION,
14 IT WAS APPROPRIATE FOR HIM TO HAVE THAT MEDICATION AND
15 CONCERNING HIS HEART BECAUSE THERE WAS NOTHING IN ANY PRODUCT
16 INSERT OR THE PDR AT THAT TIME IN MAY OF '01 THAT WOULD LEAD
17 ONE TO BELIEVE THAT THERE WAS A HEART ISSUE WITH THIS DRUG;
18 CORRECT?
19 A. NOTHING IN THE PRODUCT INSERT, NO.
20 Q. NOW, YOU JUST TOLD US A LOT OF OPINIONS AGAIN CONCERNING
21 THESE AREAS OF SPECIALTY. WOULD YOU AGREE WITH ME, DR. SILVER,
22 THAT YOU HAVE A BIAS IN THIS CASE IN MERCK'S FAVOR?
23 A. THIS IS DECISIONS I GO THROUGH EVERY DAY, SO NO, I DON'T
24 THINK I DO HAVE A BIAS, NO.
25 Q. WELL, LET'S GO THROUGH YOUR BACKGROUND WITH MERCK, BECAUSE

17 (Pages 1512 to 1515)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543722

Page 1516

1  IT'S EXTENSIVE, IS IT NOT?
2  A. THERE IS SOME BACKGROUND, YES.
3  Q. I WANT TO GO THROUGH -- BEFORE I DO THAT, LET ME JUST ASK:
4  HAVE YOU PRODUCED A CV IN THIS CASE THAT TOLD US WHAT YOUR
5  GROUND WAS, WHAT YOUR PROFESSIONAL QUALIFICATIONS WAS, YOUR
6  EDUCATION --
7  A. YES, I HAVE.
8  Q. -- IN PERSONAL MATTERS?
9  A. YES, I HAVE.
10 Q. AND THAT'S BEEN MARKED AS DEFENDANT'S EXHIBIT 844; AND AS
11 I LOOKED ON THERE, I DIDN'T SEE MERCK AT ALL IN TERMS OF THE
12 RESEARCH GRANTS THAT YOU'VE RECEIVED.
13 A. THOSE LIST BASICALLY -- IT WAS A SLIGHTLY BIT OUTDATED, I
14 FOUND OUT, BUT INCLUDES RESEARCH GRANTS BASICALLY THAT
15 PRESENTLY THAT WE WERE INVOLVED IN AT THAT TIME.
16 Q. DIDN'T YOU KNOW THAT SOMEBODY WAS GOING TO BE LOOKING AT
17 THAT IN THIS CASE AND SAY YOU'RE HERE TO TALK FOR MERCK, WOULD
18 YOU NOT WANT TO HAVE LISTED YOUR MERCK AFFILIATIONS ON THIS?
19 A. WELL, THIS IS THE CV THAT I USE FOR ANY PURPOSE. IF I'M
20 GOING TO GIVE AN ACADEMIC LECTURE, I DON'T CHANGE IT BASED ON
21 ANY PROCESS THAT I'M DOING. IT'S THE SAME CV I HAVE THAT I
22 GIVE TO ANYONE.
23 Q. WELL, I HAVE A CV THAT'S DATED 1999 FROM YOU. MAY I
24 APPROACH THE WITNESS, YOUR HONOR?
25     THE COURT: YES.

Page 1517

1  BY MR. MATTHEWS:
2  Q. LET ME HAND YOU THAT AND AN OLDER CV -- THAT'S A
3  CURRICULUM VITAE, CORRECT?
4  A. CORRECT.
5  Q. WHEN WE LOOK AT RESEARCH GRANTS, WE HAVE A GRANT FROM
6  MERCK; IS THAT CORRECT?
7  A. YES.
8  Q. WE HAVE TWO GRANTS FROM MERCK; IS THAT RIGHT?
9  A. GIVE ME A SECOND TO LOOK THROUGH.
10 Q. WHEN IS THE FIRST TIME THAT YOU HAD WORK FOR MERCK IN A
11 CLINICAL TRIAL SETTING?
12 A. WELL, WE ALSO WORKED FOR AN INDEPENDENT ORGANIZATION THAT
13 GETS HIRED BY THE COMPANY. IT'S NOT ME WORKING SPECIFICALLY.
14 IT'S GRANTS THAT ARE GIVEN TO OUR NONPROFIT INSTITUTION; BUT
15 THIS STUDY, I BELIEVE, STARTED IN 1996. I WAS A
16 COINVESTIGATOR. AND THEY, THE OTHERS -- ACTUALLY, ON BOTH
17 THESE STUDIES, I WAS A CO-PI, AS THEY CALL IT.
18 Q. SO YOU WERE A COPRINCIPAL INVESTIGATOR IN A CLINICAL TRIAL
19 FROM MERCK WHERE THEY HIRED THIS COMPANY THAT YOU WERE INVOLVED
20 WITH, RIGHT?
21 A. WELL, THEY HIRED A COMPANY THAT WOULD ADMINISTER THE
22 STUDY, AND OUR NONPROFIT CENTER WAS ASKED TO BE ONE OF THE
23 TRIAL SITES FOR THOSE STUDIES, YES.
24 Q. WHAT'S YOUR POSITION IN THAT COMPANY?
25 A. I'M THE ASSOCIATE MEDICAL DIRECTOR.

Page 1518

1  Q. SO THE DIRECTOR OF A COMPANY THAT RECEIVED THIS RESEARCH
2  GRANT FROM MERCK TO DO THESE CLINICAL RELATIONSHIP TRIALS?
3  A. ASSOCIATE DIRECTOR.
4  Q. ASSOCIATE DIRECTOR. THERE WAS ALSO ONE FROM A
5  MULTICENTER -- I'M SORRY -- MULTICENTER RANDOMIZED STUDY TO
6  DETERMINE THE EFFECTS OF INTENSIVE EDUCATION. THAT'S UNDER 23.
7  THAT'S ALSO A MERCK & COMPANY RESEARCH GRANT; IS THAT RIGHT?
8  A. YES.
9  Q. THE FIRST ONE THAT YOU DISCUSSED, NUMBER 18, THAT'S THE 24
10 MONTH THAT STARTED IN 1996; CORRECT?
11 A. YES.
12 Q. SO FOR ALMOST TEN YEARS NOW, YOU HAVE WORKED AND RECEIVED,
13 EITHER THROUGH YOUR ORGANIZATION OR YOU PERSONALLY, MONIES FROM
14 MERCK FOR GRANTS; CORRECT?
15 A. I DO NOT RECEIVE MONEY PERSONALLY FOR THESE GRANTS. IT'S
16 GOES TO OUR NONPROFIT INSTITUTION.
17 Q. AND THE NONPROFIT PAYS YOU MONEY IF THERE IS MONEY THERE?
18 A. YEAH. WHICH, UNFORTUNATELY, IS NOT THAT COMMON. BUT,
19 YES, IN THEORY, WE ARE SUPPOSED TO GET A SALARY.
20 Q. WELL, WE DON'T HAVE THAT HERE WHAT YOU, IN FACT, MADE FROM
21 THE NONPROFIT, FROM THE ORGANIZATION WHETHER THEY PAY YOU. DO
22 THEY PAY YOU MONTHLY?
23 A. THEORETICALLY, I'M SUPPOSED TO GET A $1,000-A-MONTH
24 MONTHLY SALARY, BUT I HAVEN'T BEEN PAID THAT IN A LONG TIME.
25 Q. SO IS IT FAIR TO SAY THAT, EITHER THROUGH THE ORGANIZATION

Page 1519

1  OR TO YOU PERSONALLY, YOU HAVE RECEIVED MONEY THROUGH THE
2  GRANTS?
3  A. THE ORGANIZATION HAS, YES.
4  Q. LET ME SHOW YOU WHAT IS ALSO IN YOUR FILE. MARKED AS
5  SILVER 8, AND IT SAYS HERE THAT YOU ARE A CONSULTANT FOR MERCK.
6  THIS WAS ON YOUR WEBSITE. YOUR OMC WEBSITE. IT SAYS
7  DR. SILVER IS THE PRINCIPAL INVESTIGATOR FOR MOST OF THE
8  CENTER'S CLINICAL TRIALS IN OSTEOARTHRITIS. HE HAS AN ACTIVE
9  PRIVATE PRACTICE AND IS A NATIONAL CONSULTANT TO MERCK; IS THAT
10 RIGHT?
11 A. IT SAYS THAT -- THAT WAS ACTUALLY, AS I STATED IN MY
12 DEPOSITION, I WASN'T EVEN AWARE THAT WE HAD A WEBSITE AND THIS
13 WAS INACCURATE, AND SO THAT HAS SUBSEQUENTLY BEEN REMOVED.
14 Q. SO IT SAYS YOU'RE A NATIONAL CONSULTANT FOR MERCK ON THE
15 WEBSITE, BUT YOU'RE NOT?
16 A. NO, I HAVE NOT BEEN A NATIONAL CONSULTANT TO MERCK.
17 Q. LET ME SHOW YOU AN ARTICLE ON THE USE OF COX-1 SPARING
18 AGENTS, MARKED SILVER 11. NOW, THIS IS AN ARTICLE AUTHORED BY
19 YOU IN, I'M SORRY, IN 2004; IS THAT CORRECT?
20 A. YES.
21 Q. AND THIS IS AN ARTICLE THAT WAS PUBLISHED IN THAT YEAR,
22 CORRECT?
23 A. YES.
24 Q. AND IF WE LOOK TO THE LAST PAGE OF THAT ARTICLE, IT SAYS
25 DR. SILVER IS A PAID CONSULTANT AND PARTICIPANT ON THE SPEAKERS

18 (Pages 1516 to 1519)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M0055437:23