Page 1520

1  BUREAU FOR PFIZER, PHARMACIA, MERCK AND BOEHRINGER INGELHEIM?
2  A. YES, RIGHT.
3  Q. ALTHOUGH YOU'RE A PAID CONSULTANT, ALTHOUGH NOT A NATIONAL
4  CONSULTANT, AND YOU ALSO SPEAK ON THE SPEAKERS BUREAU FOR
5  MERCK; IS THAT RIGHT?
6  A. THAT'S A DISCLAIMER SO THAT ANY POTENTIAL BIASES IN THE
7  STUDY WOULD AT LEAST BE MADE PUBLICLY AVAILABLE, YES.
8  Q. I'M JUST ASKING YOU A QUESTION, DOCTOR. ARE YOU A PAID
9  EXPERT FOR MERCK?
10  A. YES. I'VE DONE SPEAKING, BUT THAT HAS BEEN REIMBURSED BY
11  MERCK, YES.
12  Q. AND THEY PAY FOR YOUR TRAVELS AS WELL, CORRECT?
13  A. IF I WERE TO TRAVEL ANYWHERE, YES.
14  Q. WELL, YOU'VE TRAVELED OUTSIDE THE COUNTRY TO HAWAII AND
15  OTHER PLACES?
16  A. NOT ON BEHALF OF MERCK, NO.
17  Q. SO YOU'RE A PAID CONSULTANT AND YOU'RE ALSO ON THE
18  SPEAKERS BUREAU. WOULD YOU TELL THE JURY WHAT THE SPEAKERS
19  BUREAU IS?
20  A. IT'S PHYSICIANS WHO ARE DEEMED EXPERTS IN A PARTICULAR
21  THERAPEUTIC AREA TO GIVE LECTURES ON A PARTICULAR SUBJECT. IN
22  THE CASE OF MERCK, I HAVE GIVEN LECTURES THAT ARE SPONSORED BY
23  THEM ON THE SUBJECT SPECIFICALLY OF OSTEOPOROSIS TO LECTURE ON
24  THE DIAGNOSIS AND TREATMENT OF THAT CONDITION. OFTEN, IT'S
25  ALSO DONE THROUGH UNRESTRICTED GRANTS TO INSTITUTIONS TO

Page 1521

1  SPONSOR GIVING A GRAND ROUNDS LECTURE OR SOMETHING AS SUCH AS
2  WELL.
3  Q. ALL RIGHT. NOW, YOU'VE ALSO GIVEN LECTURES FOR MERCK ON
4  ANOTHER DRUG; IS THAT RIGHT?
5  A. ON MERCK FOR ANOTHER DRUG, OTHER THAN —
6  Q. VIOXX?
7  A. THAT'S — ACTUALLY, I'VE NEVER GIVEN A LECTURE FOR MERCK
8  ON REGARDS TO VIOXX.
9  Q. YOU'VE DONE CLINICAL TRIALS — YOU HAVE DONE A CLINICAL
10  TRIAL FOR ADVANTAGE; IS THAT RIGHT?
11  A. YES, CORRECT.
12  Q. AND THERE WERE FIVE PATIENTS IN THAT?
13  A. SIX.
14  Q. SIX PATIENTS OUT OF HOW MANY PATIENTS WERE IN THAT STUDY?
15  A. APPROXIMATELY 5,000.
16  Q. I THINK THERE WERE 5,500. DOES THAT SOUND CORRECT?
17  A. YEAH, THAT SOUNDS CORRECT.
18  Q. SO YOU HAD SIX PATIENTS OUT OF 5,500 FOR MERCK IN THAT
19  PARTICULAR MONTH?
20  A. YES.
21  Q. YOU'VE ALSO SPOKEN FOR MERCK FOR THEIR DRUG FOSAMAX; IS
22  THAT RIGHT?
23  A. CORRECT.
24  Q. AND YOU'RE PAID WHEN YOU SPEAK FOR MERCK IN THAT REGARD,
25  CORRECT?

Page 1522

1  A. YES.
2  Q. SO I'M GOING TO SUMMARIZE, IF WE COULD, YOUR INVOLVEMENT
3  WITH MERCK. DID IT START IN 1996?
4  A. APPROXIMATELY, I WOULD SAY THAT'S WHEN WE HAD — I WAS
5  INVOLVED WITH THE FIRST RESEARCH GRANT THAT WAS SPONSORED
6  THROUGH MERCK.
7  Q. SO YOU BELIEVE IT WAS 1996 THE FIRST TIME?
8  A. APPROXIMATELY, YES.
9  Q. I'M GOING TO TELL YOU WHAT I WRITE DOWN HERE BECAUSE I
10  KNOW IT'S HARD FOR EVERYBODY TO SEE. IT SAYS HERE THAT YOU
11  WERE A LECTURER FOR MERCK; IS THAT RIGHT?
12  A. YES.
13  Q. AND WERE YOU PAID MONEY FOR THAT?
14  A. YES, I HAVE BEEN.
15  Q. YOU WERE A PAID CONSULTANT FOR MERCK, AS WE SAW IN YOUR
16  ARTICLE?
17  A. YEAH. I DON'T BELIEVE I'VE EVER BEEN PAID TO BE A
18  CONSULTANT FOR MERCK, BUT...
19  Q. WELL, I'M READING FROM YOUR PAPER. IT SAYS, "PAID
20  CONSULTANT." ARE YOU OR ARE YOU NOT A PAID CONSULTANT FOR
21  MERCK AS YOU'VE WRITTEN IN YOUR PAPER?
22  A. I DO NOT BELIEVE SO. I HAVE EVER BEEN A PAID CONSULTANT
23  FOR MERCK.
24  Q. ALTHOUGH YOU WRITE IT DOWN, YOU DON'T KNOW?
25  A. I DON'T RECALL EVER BEING PAID OTHER THAN WITH REGARDS TO

Page 1523

1  THE OTHER ACTIVITIES THAT WE'VE ALREADY DISCUSSED.
2  Q. YOU'RE ON THE SPEAKERS BUREAU FOR MERCK?
3  A. YES.
4  Q. AND YOU'RE PAID WHEN YOU SPEAK FROM THAT BUREAU, CORRECT?
5  A. YES.
6  Q. THE NATIONAL CONSULTANT FOR MERCK. WE TALKED ABOUT IT
7  WAS ON YOUR WEBSITE, BUT YOU DON'T RECALL BEING PART OF THAT?
8  A. NO. I HAVE NOT BEEN.
9  Q. YOU RECEIVED RESEARCH GRANTS FROM MERCK?
10  A. YES.
11  Q. AND RECEIVED MONEY, CORRECT?
12  A. OUR NONPROFIT INSTITUTION HAS TO COVER THE COSTS AND
13  EXPENSES OF DOING THE STUDY, YES.
14  Q. WELL, IF YOU RECEIVED MONEY, IF THERE IS MONEY THERE, YOU
15  WOULD RECEIVE IT; CORRECT? PERSONALLY?
16  A. WELL, IF — IF THERE IS MONEY, WHEN WE'RE PAID TO DO A
17  STUDY, WHAT HAPPENS IS IT'S PAID THROUGH THE REGULATORY PEOPLE
18  WHO SUBMIT THE DOCUMENTS TO THE APPROPRIATE AGENCIES, LIKE THE
19  IRB, THERE ARE STUDY NURSES THAT ARE HEAVILY INVOLVED IN SEEING
20  PATIENTS, YOU KNOW, BLOOD DRAWING, ALL THOSE OTHER ACTIVITIES.
21  SO THAT'S PREDOMINANTLY WHAT THE MONEY IS GOING FOR.
22  Q. MY QUESTION, SIR, IS: IF THERE IS MONEY LEFT. WHAT YOU DO
23  AT THIS PARTICULAR PROGRAM IS YOU'RE PAID IF THERE IS MONEY
24  LEFT, ON A MONTHLY BASIS; CORRECT?
25  A. IF THERE IS MONEY LEFT AFTER COMPLETING ALL THE STUDIES

19  (Pages 1520 to 1523)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M0055437.24

## Page 1524

1  THAT WE WORK WITH, YES, THERE IS A SMALL SALARY.
2  Q.  WE DON'T HAVE ANY RECORD OF THAT, DO WE? DO YOU KEEP
3  RECORDS OF THAT, WHAT YOU'RE PAID?
4  A.  I'M SURE IT'S KEPT SOMEWHERE, YES.
5  Q.  NOW, I WANT TO TALK ABOUT YOUR EXPERT WITNESS FEES.
6  YOU'RE AN EXPERT WITNESS FOR MERCK, CORRECT?
7  A.  CORRECT.  FOR THE ATTORNEYS OF MERCK, YES.
8  Q.  WELL --
9  A.  YES.
10 Q.  -- I'M ASSUMING MERCK PAYS THE ATTORNEYS TO PAY YOU.
11 A.  I WOULD ASSUME SO.
12 Q.  SO YOU'RE AN EXPERT WITNESS FOR MERCK?
13 A.  YES.
14 Q.  AND WE KNOW THAT YOU RECEIVED MONEY THERE, CORRECT?
15 A.  YES.
16 Q.  AND I THINK YOUR TESTIMONY HAS BEEN $6500 A DAY FOR THIS
17 PARTICULAR TESTIMONY; IS THAT RIGHT?
18 A.  YES.
19 Q.  THAT'S SATURDAY, MONDAY, TUESDAY.
20 A.  WELL, SATURDAY WAS NOT A FULL DAY; BUT ESSENTIALLY YES.
21 Q.  SO THAT'S APPROXIMATELY -- 24 PLUS 2 -- $26,000 THAT
22 YOU'RE RECEIVING FOR THIS TESTIMONY?
23 A.  A LITTLE LESS THAN THAT, BUT YES.
24 Q.  AND DURING YOUR TESTIMONY DURING THE DEPOSITION, THAT WAS
25 $650 AN HOUR?

## Page 1525

1  A.  YES.
2  Q.  AND YOU'RE ALSO WORKING OTHER CASES FOR THEM. I
3  UNDERSTAND THAT YOU WERE RETAINED IN JANUARY OF THIS YEAR?
4  A.  SOMETIME AROUND THERE, YES.
5  Q.  WELL, CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY
6  HOW MANY CASES YOU'VE WORKED ON SINCE JANUARY OR FEBRUARY OF
7  THIS YEAR?
8  A.  I'VE BEEN RETAINED ON THREE SEPARATE CASES, INCLUDING --
9  INCLUDING THIS ONE.
10 Q.  DO YOU KNOW HOW MUCH YOU'VE CHARGED IN ADDITION TO YOUR
11 TESTIMONY HERE TODAY, AS WELL AS YOUR -- AT YOUR DEPOSITION?
12 A.  OFF THE TOP OF MY HEAD, NO, I DON'T.
13 Q.  WELL, IT'S IN YOUR DEPOSITION. I READ ANYWHERE FROM 100-
14 TO $130,000?
15 A.  YES, I THINK IT WAS 90- TO $130,000. INCLUDING THIS
16 LITIGATION, YES.
17 Q.  WELL, BASED ON RECEIVING MONEY FROM MERCK FOR ALMOST TEN
18 YEARS NOW, BASED ON BEING ONE OF THEIR LECTURERS, BEING ON
19 THEIR SPEAKERS BUREAU, SPEAKING FOR OTHER DRUGS, BEING IN THEIR
20 CLINICAL TRIALS, WOULDN'T YOU AGREE THAT YOU MAY BE A LITTLE
21 BIASED IN THIS CASE WHEN YOU TALK ABOUT ALL OF YOUR OPINIONS?
22 A.  NO, BECAUSE, AS I SAID, WHEN I TAKE -- GET DOWN TO THE
23 LEVEL OF TAKING CARE OF THE INDIVIDUAL PATIENT, WHAT DRIVES ME
24 IS WHAT'S BEST FOR THAT PATIENT, AND THAT'S WHAT'S MOST
25 IMPORTANT TO ME.

## Page 1526

1  Q.  NOW, DOCTOR, I WANT TO TALK ABOUT AGAIN YOUR OPINIONS, AND
2  I THINK YOUR OPINION WAS IN A RISK-BENEFIT ANALYSIS, THE
3  BENEFITS OUTWEIGH THE RISKS FOR THIS DRUG; IS THAT RIGHT?
4  A.  CORRECT.
5  Q.  I WANT TO LEARN ABOUT WHAT YOU DID SEE AND WHAT YOU DIDN'T
6  SEE IN ARRIVING AT THAT OPINION. NOW, IN ORDER TO DETERMINE
7  THIS ANALYSIS THAT YOU'VE DONE, YOU'VE GOT TO FIGURE OUT WHAT
8  THE RISKS ARE OF THAT DRUG; IS THAT RIGHT?
9  A.  CORRECT.
10 Q.  NOW, THIS DRUG WAS REMOVED FROM THE MARKET BECAUSE IT WAS
11 CAUSING HEART ATTACKS AND STROKES, AND IT WAS PULLED FROM THE
12 MARKET; ISN'T THAT RIGHT?
13 A.  I DON'T KNOW WHY IT WAS SPECIFICALLY PULLED FROM THE
14 MARKET. I DON'T THINK THAT WAS SPECIFICALLY STATED, BUT IT WAS
15 PULLED FROM THE MARKET, YES.
16 Q.  WELL, IT WAS PULLED FROM THE MARKET, YOU'VE NOT BEEN TOLD.
17 BECAUSE IT CAUSED HEART ATTACKS?
18 A.  I KNOW IT WAS PULLED AFTER THE APPROVE STUDY.
19 Q.  LET ME ASK YOU:  DO YOU KNOW WHO DR. TOPOL IS?
20 A.  YES.
21 Q.  AND DR. TOPOL'S TESTIFIED IN THIS CASE JUST A FEW DAYS
22 AGO.
23 A.  CORRECT.
24 Q.  THE LAWYERS FROM MERCK, HAVE THEY GIVEN YOU HIS TESTIMONY
25 EITHER IN HIS DEPOSITION OR HIS TRIAL TESTIMONY?

## Page 1527

1  A.  I GUESS IT WAS THE TRIAL TESTIMONY, WHAT WAS SHOWN, YES.
2  Q.  SO YOU READ THE TRIAL TESTIMONY OF DR. TOPOL. YOU
3  UNDERSTAND HE'S A CARDIOLOGIST, HE IS THE CHAIRMAN OF THE
4  DEPARTMENT OF CARDIOVASCULAR MEDICINE AT CLEVELAND CLINIC?
5  A.  YES, I DO.
6  Q.  DO YOU KNOW WHAT THE CLEVELAND CLINIC IS?
7  A.  YES.
8  Q.  A WELL-RESPECTED PLACE?
9  A.  YES.
10 Q.  TOP CARDIOLOGY CLINIC IN THE COUNTRY?
11 A.  IT'S A GOOD CENTER, YES.
12 Q.  DO YOU READ WHERE, 11 YEARS RUNNING, THE TOP CARDIOLOGY
13 CLINIC IN THE UNITED STATES OF AMERICA?
14 A.  I AM NOT AWARE OF THAT, BUT IT'S CERTAINLY POSSIBLE.
15 Q.  DO YOU KNOW HOW MANY TIMES HE HAS BEEN PUBLISHED?
16 A.  NOT SPECIFICALLY, BUT --
17 Q.  WELL, CARDIOVASCULAR DISEASE AS WELL AS THROMBOSIS, DO YOU
18 KNOW HE HAS A SUBSPECIALTY IN THROMBOSIS?
19 A.  I WOULDN'T KNOW THAT.
20 Q.  WELL, YOU KNOW THAT'S WHAT THIS CASE IS ABOUT, ISN'T IT,
21 THAT DICKY IRVIN HAD A BLOOD CLOT AND THAT KILLED HIM. DID YOU
22 KNOW THAT?
23 A.  YES.
24 Q.  AND THIS DOCTOR HAS A SUBSPECIALTY IN THROMBOSIS AT THE
25 CLEVELAND CLINIC, AND HE HAS RESEARCHED LITERALLY ALL THE

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M00554372S

Page 1528

1 CLINICAL TRIALS. HE HAS LOOKED AT EVERYTHING HE COULD, AND HE
2 DETERMINED THAT THIS DRUG --
3    MR. BECK: YOUR HONOR, I'M GOING TO OBJECT. THIS IS
4 ARGUMENT HERE RATHER THAN QUESTIONING.
5    THE COURT: WE'RE GETTING OVER THAT
6 CROSS-EXAMINATION. LET'S REPHRASE THE QUESTION. HE IS UNDER
7 CROSS AND I'LL GIVE YOU SOME LEEWAY THERE, BUT...
8 BY MR. MATTHEWS:
9 Q. YOU'VE LOOKED AT HIS OPINIONS, CORRECT?
10 A. CORRECT.
11 Q. IS IT FAIR TO SAY YOU DISAGREE WITH WHAT DR. TOPOL HAS TO
12 SAY?
13 A. YES.
14 Q. WHEN HE SAYS THAT THIS DRUG CAUSES HEART ATTACKS, YOU
15 DISAGREE WITH THAT?
16 A. YES.
17 Q. WHEN HE SAYS THAT THIS DRUG CAUSES HEART ATTACKS WITHIN
18 SHORTLY AFTER STARTING THERAPY WITH THIS DRUG, YOU DISAGREE
19 WITH THAT?
20 A. YES.
21 Q. YOU'RE NOT A CARDIOLOGIST?
22 A. NO.
23 Q. WOULD YOU NOT DEFER TO ONE OF THE LEADING AUTHORITIES IN
24 THE WORLD ON THE HEART?
25 A. NO.

Page 1529

1 Q. YOU'VE NEVER TREATED A THROMBOSIS IN THE HEART; IS THAT
2 RIGHT?
3 A. I'VE GIVEN BLOOD THINNERS TO PATIENTS, SO I GUESS IN THAT
4 SENSE I HAVE, YES.
5 Q. HAVE YOU EVER PHYSICALLY TREATED ONE?
6 A. YOU MEAN THROUGH AN ANGIOGRAM OR SOMETHING?
7 Q. THAT'S RIGHT.
8 A. NO, I HAVE NOT DONE THAT.
9 Q. NOW, I THINK IN YOUR DEPOSITION -- CORRECT ME IF I AM
10 WRONG -- YOU SAID THERE IS NO POSSIBILITY THAT THIS DRUG CAN
11 CAUSE A THROMBOSIS WHICH CAN CAUSE A HEART ATTACK OR STROKE.
12 DO YOU RECALL THAT TESTIMONY?
13 A. I DON'T RECALL SPECIFICALLY; BUT IN MY OPINION, BASED ON
14 THE AVAILABLE THEORIES, THAT THEY DON'T MAKE SENSE, NO.
15 Q. WELL, IF IT'S NOT POSSIBLE, THAT MEANS IT'S IMPOSSIBLE;
16 RIGHT. IS THAT YOUR OPINION?
17 A. YES.
18 Q. SO YOU WOULD AGREE THAT IT IS IMPOSSIBLE THAT A THROMBOSIS
19 CAUSES -- A THROMBOSIS FROM VIOXX CAUSES STROKE?
20 A. IT'S MY OPINION THAT VIOXX DOESN'T LEAD TO THROMBOSIS
21 BASED ON THE AVAILABLE THEORIES, SO YES.
22 Q. NOW, I WANT TO TALK ABOUT A COUPLE OF THINGS THAT WERE
23 BROUGHT UP BY MR. BECK. ONE OF THE THINGS THAT WAS BROUGHT UP
24 WAS THIS LABEL THAT DICKY HAD -- I'M SORRY, THIS LABEL THAT WAS
25 CHANGED IN 2002. DO YOU RECALL THAT TESTIMONY?

Page 1530

1 A. YES.
2 Q. JUST SO WE'RE CLEAR ON THE LABEL. THE LABEL CHANGE
3 OCCURRED AGAIN IN 2002; IS THAT RIGHT?
4 A. I THINK IT WAS ACTUALLY EARLIER IN 2002; BUT IT WAS IN
5 2002, YES.
6 Q. IT WAS CERTAINLY AFTER DICKY DIED ON 5/15 OF 2001,
7 CORRECT?
8 A. YES.
9 Q. WE KNOW THAT VIGOR WAS COMPLETED BACK IN -- AT LEAST IT
10 WAS UNBLINDED, I BELIEVE, BACK IN MARCH OF 2000; IS THAT
11 CORRECT?
12 A. YES.
13 Q. SO WE KNOW ALMOST 15 MONTHS WENT BY AFTER IT WAS
14 UNBLINDED, BEFORE DICKY'S DEATH; CORRECT?
15 A. YES.
16 Q. SO, IN TERMS OF ANYTHING THAT WAS IN THAT LABEL, ANYTHING
17 THAT WAS IN THAT PRODUCT INSERT, ANYTHING THAT WAS IN THAT NEW
18 WARNING, DID NOT APPLY TO DICKY; ISN'T THAT RIGHT?
19 A. WELL, IT WAS NOT IN THERE UNTIL 2002, NO.
20 Q. THEREFORE, IT DIDN'T APPLY TO DICKY. WHEN YOU'RE DOING
21 YOUR BENEFIT RISK-BENEFIT ANALYSIS, AS YOU DO AS A DOCTOR WITH
22 YOUR PATIENTS, THAT DIDN'T HAVE ANYTHING TO DO WITH DICKY, DID
23 IT?
24 A. IT DID BECAUSE, AS I STATED BEFORE, THE VIGOR RESULTS WERE
25 WIDELY KNOWN THROUGH THE MEDICAL COMMUNITY, THROUGH LECTURES,

Page 1531

1 THROUGH PUBLICATIONS, YOU KNOW, THROUGH NUMEROUS OTHER SOURCES,
2 INCLUDING THE LAY MEDIA. I THINK, WE WERE ALL AWARE OF IT IN
3 THE MEDICAL COMMUNITY.
4 Q. DR. SILVER, THE DOCTOR IN THIS CASE, DR. SCHIRMER OR DICKY
5 COULD NEVER HAVE READ A PRODUCT INSERT OR WARNING BECAUSE IT
6 WASN'T IN THERE ON THE MONTH BEFORE HE DIED; CORRECT?
7 A. CORRECT.
8 Q. NOW, WE TALKED ABOUT THAT WARNING AND WE HEARD FROM
9 DR. SCOLNICK THE OTHER DAY, AND WE LEARNED FROM DR. SCOLNICK
10 THAT HE IN FACT FOUGHT VERY HARD HAD NOT TO HAVE THAT WARNING
11 PLACED IN THE WARNING SECTION. DID YOU GET INTERNAL E-MAILS
12 FROM MERCK ABOUT THIS?
13 A. NO.
14 Q. SO WHAT MERCK DIDN'T GIVE YOU AND THINGS THAT YOU DIDN'T
15 KNOW IN TERMS OF MAKING A RISK-BENEFIT ANALYSIS IS WHAT WAS
16 HAPPENING INSIDE OF MERCK; IS THAT FAIR?
17 A. I DIDN'T ASK FOR NOR WOULD I WANT TO LOOK AT THE INTERNAL
18 E-MAILS.
19 Q. IN TERMS OF WHAT THEY KNEW AND WHEN THEY KNEW IT. SO THEY
20 COULD GET THAT INFORMATION TO A DOCTOR OR PATIENT, YOU DON'T
21 HAVE ANY KNOWLEDGE OF THAT BECAUSE MERCK DIDN'T GIVE YOU ANY OF
22 THAT INFORMATION; IS THAT CORRECT?
23 A. I DO NOT HAVE THE INTERNAL E-MAILS NOR HAVE ANY NEED TO
24 LOOK AT THEM, IS MY OPINION.
25 Q. HAVE YOU EVER HEARD THAT DR. SCOLNICK DID NOT WANT THAT

21 (Pages 1528 to 1531)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543726

## Page 1532

1  WARNING AND HE SAID THAT, "IT'S GOING TO BE IMPOSSIBLE, BUT
2  WE'RE GOING TO HAVE TO GET THAT THROUGH WHERE IT'S NOT IN THE
3  WARNING SECTION"? HAVE YOU EVER HEARD THAT?
4  A.  I DON'T KNOW. NO, I HAVEN'T.
5  Q.  NOW, YOU'RE NOT A PHARMACOEPIDEMIOLOGIST, ARE YOU, EITHER?
6  A.  NO.
7  Q.  AND WE HEARD FROM DR. WAYNE RAY IN THIS CASE, AND DR. RAY
8  TESTIFIED THAT HE WAS ASKED BY MERCK TO COME IN AND DISCUSS
9  WHAT WAS GOING ON WITH THIS DRUG IN TERMS OF THE VIGOR DATA AND
10 WHAT HIS OPINION WAS. WHETHER -- AND WE HEARD THIS A LOT,
11 WHETHER NAPROXEN, ALEVE, WAS CARDIOPROTECTIVE. DID YOU KNOW
12 THAT DR. RAY WENT AND DISCUSSED THAT WITH MERCK?
13 A.  NO, I DO NOT.
14 Q.  NONE OF THAT WAS GIVEN TO YOU BY MERCK; IS THAT CORRECT?
15 A.  RIGHT.
16 Q.  NOW, DR. RAY HAS TESTIFIED THAT HE BELIEVES THAT VIOXX
17 CAUSES HEART ATTACKS. YOU DISAGREE WITH DR. RAY?
18 A.  YES.
19 Q.  DR. RAY IS THE HEAD PHARMACOECONOMICS AT VANDERBILT. HAVE
20 YOU SPOKEN WITH ANY PHARMACOEPIDEMIOLOGISTS?
21 A.  NO.
22 Q.  NOW, I WANT TO TALK BRIEFLY ABOUT YOUR ADVANTAGE STUDY,
23 THE STUDY THAT YOU WERE IN FOR MERCK.
24 A.  YES.
25 Q.  AND SO WE KIND OF GET A PICTURE OF WHAT WAS GOING ON AT

## Page 1533

1  THAT TIME, YOU STARTED THAT STUDY WHEN?
2  A.  MY RECOLLECTION WAS 1990 OR 2000, SOMETIME IN THAT TIME
3  FRAME.
4  Q.  SO IT WAS RIGHT ABOUT THE TIME THIS DRUG WAS GETTING
5  APPROVED OR SHORTLY THEREAFTER; IS THAT RIGHT?
6  A.  CORRECT.
7  Q.  AND DID YOU KNOW WHAT THE ADVANTAGE STUDY WAS --
8  A.  YES.
9  Q.  -- IN TERMS OF WHY THEY HAD THAT STUDY?
10 A.  IT WAS A STUDY TO LOOK AT THIS TOLERABILITY ISSUE, A
11 QUESTION THAT, ALTHOUGH HAD BEEN DISCUSSED WIDELY, THERE HAD
12 NEVER BEEN A LARGE RANDOMIZED TRIAL TO LOOK AT THIS ISSUE.
13 Q.  YOU HAD -- WAS IT SIX PATIENTS?
14 A.  SIX PATIENTS, YES.
15 Q.  OUT OF THE 5500 IN THE STUDY?
16 A.  CORRECT.
17 Q.  I UNDERSTOOD AT THAT TIME -- AND MAYBE YOU YOU'VE HEARD
18 THIS -- THERE WERE OVER 700 OR APPROXIMATELY 700 INVESTIGATORS
19 IN THAT CLINICAL TRIAL?
20 A.  THAT SOUNDS ABOUT RIGHT, YES.
21 Q.  THAT'S A LOT OF INVESTIGATORS FOR A TRIAL. DO YOU
22 DISAGREE WITH THAT?
23 A.  I'VE SEEN TRIALS THAT LARGE; BUT YES, IT'S A LARGE NUMBER.
24 Q.  SO YOUR SUM TOTAL INVOLVEMENT IN THE VIOXX CLINICAL TRIAL
25 WE'VE TALKED ABOUT, YOU HAD SIX IN THE 5500 TRIAL; IS THAT

## Page 1534

1  CORRECT?
2  A.  CORRECT.
3  Q.  HAVE YOU EVER HEARD THAT THAT WAS WHAT'S CALLED A C TRIAL,
4  THAT IS, THEY WERE TRYING TO GET AS MANY DOCTORS INVOLVED IN
5  THAT TRIAL SO THEY COULD EXPOSE THEM TO VIOXX?
6  A.  I'M NOT AWARE OF WHAT THAT TERM IS. I'M NOT AWARE OF
7  THAT, NO.
8  Q.  NOW, WITHIN THAT TRIAL, THEY HAD FIVE TIMES MORE
9  MYOCARDIAL INFARCTIONS ON THE DRUG THAN NOT; ISN'T THAT
10 CORRECT?
11 A.  I BELIEVE THEY HAD FIVE OUT OF FIVE VERSUS ONE, I THINK,
12 WERE THE NUMBERS IN THAT STUDY.
13 Q.  WELL, THE FDA RE-ADJUDICATED THAT. CAN YOU TELL THE
14 LADIES AND GENTLEMEN WHAT THAT MEANS, TO READJUDICATE THE
15 FINDINGS ON THE DATA IN THE VERY TRIAL THAT YOU WERE IN?
16 A.  THEY LOOKED AT THE DATA, EXAMINED IT, AND THEN REANALYZED
17 THE DATA, BASICALLY.
18 Q.  WELL, THE RE-ADJUDICATION FOUND THAT THERE WERE TEN, ALL
19 CARDIAC EVENTS, WHETHER IT WAS A HEART ATTACK OR A SUDDEN
20 CARDIAC DEATH VERSUS THREE IN THE VERY STUDY YOU WERE INVOLVED
21 IN; ISN'T THAT RIGHT?
22 A.  CORRECT.
23 Q.  AND THAT WAS DETERMINED BY THE YEAR 2000?
24 A.  2000, 2001, SOMETIME IN THAT FRAME. YES.
25 Q.  WELL, IT WAS BEFORE DICKY IRVIN DIED; ISN'T THAT RIGHT?

## Page 1535

1  A.  I BELIEVE SO. I DON'T REMEMBER THE SPECIFIC TIMING, BUT
2  SOMETIME IN 2001, I BELIEVE.
3  Q.  WELL, THEY HAD OVER A 300 PERCENT INCREASE IN TERMS OF THE
4  RISK, JUST IN THAT VERY STUDY THAT YOU WERE INVOLVED IN, ISN'T
5  THAT RIGHT, IN TERMS OF SERIOUS CARDIAC EVENTS, WHETHER IT BE A
6  HEART ATTACK OR WHETHER IT'S BEEN A SUDDEN CARDIAC DEATH?
7  A.  WHAT THEY LOOKED AT -- AND AGAIN, YOU SAID THIS WAS 5500
8  PATIENTS. I THINK IT'S TOTAL 13 EVENTS. ON THE FLIP SIDE.
9  AGAIN, IF SOMEONE IS LOOKING AT THIS SO-CALLED FITZGERALD
10 HYPOTHESIS ABOUT THROMBOSIS, ON THE OTHER SIDE THERE WERE MORE
11 STROKES ON THE PATIENTS ON NAPROXEN THAN THERE WERE IN THE
12 PATIENTS TAKING THE VIOXX. AND SO WHEN I LOOK AT THAT, IF
13 WERE LOOKING AT A POTENTIAL THEORY OF THROMBOSIS, YOU NEED TO
14 COMBINE THOSE TO MAKE A DETERMINATION.
15 Q.  WELL, WHEN WE LOOK AT HEART ATTACKS AND SUDDEN CARDIAC
16 DEATH, DOCTOR, WE SEE A TEN TO THREE PERCENT DIFFERENCE; ISN'T
17 THAT RIGHT?
18 A.  NUMERICALLY, YES.
19 Q.  ALTHOUGH YOU DON'T ONLY HAD SIX PATIENTS, THAT WAS WHAT
20 THE OVERALL STUDY HAD FOUND; ISN'T THAT RIGHT?
21 A.  AFTER THE FDA LOOKED AT IT, YES.
22 Q.  AND DO YOU HAVE KNOWLEDGE WHAT THEY FOUND IN TERMS OF THE
23 OVERALL SAFETY IN ADVANTAGE, THE VERY STUDY YOU WERE IN,
24 WHETHER IT WAS 25 OR 50 MILLIGRAMS?
25 A.  ADVANTAGE WAS ONLY 25 MILLIGRAMS.

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543727

Page 1536

1  Q.  IF YOU READ THIS, DR. SILVER, IT SAYS THE FOLLOWING
2  FINDINGS APPLY:
3       MR. BECK: EXCUSE ME. COULD YOU JUST TELL ME WHAT IT
4  IS THAT YOU'RE PUTTING UP THERE.
5       MR. MATTHEWS: EXHIBIT 1.1234. THIS IS FROM DR.
6  VILLALBA MEDICAL OFFICER REVIEW FROM DR. VILLALBA. EXHIBIT
7  1.1234.
8  BY MR. MATTHEWS:
9  Q.  IT SAYS. "ROFECOXIB SHOWED NO OVERALL SAFETY ADVANTAGE
10 OVER NAPROXEN AS MEASURED BY A TOTAL NUMBER OF DEATHS, SERIOUS
11 AES, HOSPITALIZATION, DISCONTINUATION DUE TO AES, AND COMMON
12 AES." AND AES IS ADVERSE EVENTS, RIGHT?
13 A.  CORRECT.
14 Q.  SO THIS THEORY THAT YOU HAVE THAT THERE WERE GOING TO BE A
15 GREAT -- THERE IS GOING TO BE A GREAT SAFETY PLUS IN TERMS OF
16 THIS -- I'M SORRY, IN TERMS OF THE GI BLEEDS, WAS NOT BORNE OUT
17 BY THE DATA IN THE ADVANTAGE TRIAL; IS THAT RIGHT?
18 A.  ACTUALLY, COULD I LOOK AT THE DOCUMENT YOU'RE REFERRING
19 TO? I JUST WANT TO MAKE SURE YOU'RE REFERRING TO
20 SPECIFICALLY -- I JUST WANT TO MAKE SURE. YEAH. THIS WAS A
21 REVIEW OF A MEDICAL OFFICER. THIS WAS NOT THE FINAL OPINION OF
22 THE FDA AND SO NO. IN FACT, THIS DOESN'T DISCUSS THE
23 IMPROVEMENT. AND IF YOU LOOK AT THE ADVANTAGE STUDY, YOU
24 CLEARLY SEE THAT IT WAS A LOWER RATE. A STATISTICALLY
25 SIGNIFICANT LOWER RATE OF DISCONTINUATION DUE TO GI EFFECTS IN

Page 1537

1  THE ADVANTAGE STUDY.
2  Q.  I WANT TO TALK ABOUT THAT BECAUSE, ISN'T IT TRUE, DOCTOR,
3  THAT, RECENTLY, IN TERMS OF THE GI BLEEDS THAT WE DISCUSSED
4  EARLIER, THAT THERE HAS BEEN A RECENT ARTICLE THAT DISCUSSES
5  THIS BASED ON THE STUDY IN ENGLAND? ARE YOU FAMILIAR WITH
6  THAT?
7  A.  IF YOU CAN SHOW ME THE STUDY.
8  Q.  FIRST OF ALL, I WANT TO ASK YOU: ARE YOU FAMILIAR WITH
9  DOCTORS JULIA LIPSLEY-COX AND TERRELL HOOKAN (SPELLED
10 PHONETICALLY)?
11 A.  HIPPISLEY-COX.
12 Q.  YES.
13 A.  I AM FAMILIAR WITH A PUBLICATION THEY HAD.
14 Q.  IN FACT, IN YOUR BIBLIOGRAPHY, I THINK YOU HAD TWO
15 ARTICLES FROM THESE VERY AUTHORS. THEY ARE FROM THE -- AT
16 LEAST THEY ARE PUBLISHING IN BRITISH PHYSICAL MEDICAL JOURNAL.
17 ARE YOU FAMILIAR WITH THAT?
18 A.  YES.
19 Q.  AND THAT'S A PEER JOURNAL.
20 A.  YES.
21 Q.  IT'S WELL RESPECTED?
22 A.  YES.
23 Q.  AND IT'S SOMETHING THAT YOU OBVIOUSLY READ BECAUSE YOU
24 HAVE IT IN YOUR OWN BIBLIOGRAPHY; IS THAT RIGHT?
25 A.  YES. I'VE SEEN PARTS OF IT, YES.

Page 1538

1  Q.  I SHOW A COPY OF THIS TO YOU. DOCTOR. HAVE YOU READ THIS
2  ARTICLE?
3  A.  NO. I DON'T BELIEVE I'VE READ THIS ARTICLE.
4  Q.  WELL, THIS ARTICLE JUST CAME OUT RECENTLY. AND IF WE
5  COULD, IF YOU COULD LOOK AT THIS, LOOK AT IT WITH ME. IT SAYS
6  "ABSTRACT." WHAT IS AN ABSTRACT?
7  A.  AN ABSTRACT IS A SUMMARY, BASICALLY, OF THE STUDY.
8  Q.  THE SUMMARY -- AND WE LOOKED AT THE FIRST LINE. IT SAYS.
9  "TO DETERMINE THE RISK OF ADVERSE UPPER GASTROINTESTINAL EVENT.
10 THE PATIENTS TAKING DIFFERENT COX-2 INHIBITORS COMPARED WITH
11 NONSELECTIVE NONSTEROIDAL ANTI-INFLAMMATORIES DRUGS, WHAT IT
12 WOULD MEAN HERE IS THAT WE'RE COMPARING THE COX-2S WITH
13 TRADITIONAL NSAIDS; CORRECT?
14 A.  CORRECT.
15 Q.  AND THAT COULD BE -- WHETHER IT'S ADVIL OR ALEVE. THAT'S
16 WHAT THIS IS DOING. WE'RE TRYING TO DETERMINE THE RISKS OF THE
17 GI BLEEDS THAT WE HAVE BEEN TALKING ABOUT -- YOU'VE BEEN
18 TALKING ABOUT THIS MORNING. CORRECT?
19 A.  CORRECT.
20 Q.  AND THIS IS -- THE SETTING IN THIS PARTICULAR STUDY WAS
21 367 GENERAL PRACTICE IN THE UNITED KINGDOM AND THE
22 PARTICIPANTS, PATIENTS AGE 25 OR MORE; CORRECT?
23 A.  YES.
24 Q.  THE MAIN OUTCOME MEASURES UNADJUSTED AND ADJUSTED ODDS
25 RATIOS FOR ADVERSE UPPER GASTROINTESTINAL EVENTS. LET ME STOP

Page 1539

1  THERE FOR A SECOND. WHAT THIS IS DOING IS MEASURING THE BLEEDS
2  THAT YOU TALKED ABOUT THAT WE'RE TRYING TO CORRECT WITH VIOXX.
3  CORRECT?
4  A.  THEY ARE TALKING ABOUT UPPER GI EVENTS. I'M NOT SURE
5  WITHOUT FULLY READING THE PAPER WHAT THEY ARE REFERRING TO.
6  Q.  WELL. UPPER GI BLEEDS IS WHAT YOU WERE TALKING ABOUT WHEN
7  YOU WERE TALKING ABOUT THE BLEEDS GUSHING OUT. IS THAT YOUR
8  TESTIMONY?
9  A.  YES.
10 Q.  THAT'S WHAT WE'RE TALKING ABOUT THIS VERY ARTICLE IS
11 DISCUSSING. RIGHT?
12 A.  AGAIN, I WOULD HAVE TO READ WHAT THEY WERE LOOKING AT, BUT
13 IT'S POSSIBLE.
14 Q.  AND THE RESULTS, IT SAYS, "THE INCIDENCES OF ADVERSE UI
15 EVENTS WAS 1.36 PER THOUSAND PERSON YEARS." SO WHAT THEY DID
16 IS THEY HAD DETERMINED WITH 9400 INCIDENCES, THEY LOOKED AT A
17 NUMBER OF PEOPLE TAKING REGULAR NSAIDS AND THEN A NUMBER OF
18 PEOPLE TAKING COX-2S. A VERY LARGE DATABASE. AND THEY COMPARED
19 THOSE TWO; CORRECT?
20 A.  CORRECT.
21 Q.  AND WE HAVE THE CONCLUSIONS DOWN IN THE ABSTRACT WHICH
22 SAYS IS THE SUMMARY.
23 A.  CORRECT.
24 Q.  WHAT THIS FOUND WAS, DOCTOR, THAT THERE WAS NO
25 CONSISTENT -- WHY DON'T YOU READ IT FOR US. IF YOU WOULD.

23   (Pages 1536 to 1539)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543728

Page 1540

1 PLEASE.

2 A. THEIR CONCLUSION WAS, "NO CONSISTENT EVIDENCE WAS FOUND

3 FOR ENHANCED SAFETY AGAINST GASTROINTESTINAL EVENTS WITH ANY OF

4 THE NEW CYCLO-OXYGENASE TWO INHIBITORS COMPARED WITH THE

5 NONSELECTIVE, NONSTEROIDAL ANTI-INFLAMMATORY DRUGS."

6 Q. IT SAYS THAT THERE WAS NO CONSISTENT EVIDENCE, NO

7 CONSISTENT EVIDENCE WAS FOUND OF ENHANCED SAFETY AGAINST

8 GASTROINTESTINAL EVENTS WITH ANY OF THE NEW CYCLO-OXYGENASE TWO

9 INHIBITORS COMPARED WITH NONSELECTIVE, NONSTEROIDAL

10 ANTI-INFLAMMATORY DRUGS. THIS SAYS SUCCINCTLY THERE IS NO GI

11 BENEFIT COMPARED WITH TRADITIONAL NSAIDS, NONE. DO I READ THAT

12 RIGHT? DO I SUMMARIZE THAT RIGHT?

13 A. YEAH. YOU'RE READING WHAT THEY SAID, YES.

14 Q. THIS COMES FROM THE BRITISH — THE BRITISH MEDICAL

15 JOURNAL, WHICH YOU SAID IS A RESPECTED JOURNAL. AND THIS IS MY

16 QUESTION, DOCTOR: IF THESE DOCTORS ARE RIGHT, THAT THERE IS NO

17 BENEFIT WITH VIOXX PROTECTING THE STOMACH, COMPARED TO

18 TRADITIONAL NSAIDS, THESE DOCTORS THAT ARE RESPECTED AT THE —

19 THAT PRINT IN THE BRITISH MEDICAL JOURNAL, YOUR ENTIRE THEORY

20 OF THE BENEFIT-RISK ANALYSIS IS WRONG?

21 A. WELL, IF THAT'S ASSUMING SOMETHING. THIS IS AN

22 EPIDEMIOLOGY STUDY, WHICH DIFFERS THAN WHAT WAS FOUND IN THE

23 CLINICAL TRIAL DATA SO OBVIOUSLY IN THE HIERARCHY OF STUDIES WE

24 BELIEVE CLINICAL TRIAL DATA FIRST, AND THAT'S WHAT WE RELY ON

25 AS SCIENTISTS AND PHYSICIANS FIRST.

Page 1541

1 Q. HAVE YOU EVER TALKED TO DR. JULIA HIPSLEY-COX?

2 A. NO.

3 Q. HAVE YOU EVER TALKED TO DR. CAROL COUPLAND.

4 A. NO.

5 Q. DR. RICHARD LOGAN?

6 A. NO.

7 Q. DO YOU HAVE ANY REASON TO BELIEVE THEY'VE EVER BEEN ON THE

8 SPEAKERS BUREAU OF MERCK?

9 A. MERCK? I WOULD HAVE NO IDEA.

10 Q. DO YOU EVER BELIEVE THAT THEY HAVE BEEN A PAID CONSULTANT

11 FOR MERCK?

12 A. I HAVE NO IDEA.

13 Q. DO YOU THINK THEY HAVE ANY REASON WHATSOEVER TO DO A

14 FAULTY STUDY THAT NOW IS PEER-REVIEWED THAT'S IN THE BRITISH

15 MEDICAL JOURNAL? DO YOU HAVE ANY REASON TO DOUBT THAT?

16 A. I HAVE NO IDEA.

17 Q. SO IF THEY ARE RIGHT, YOUR ENTIRE ANALYSIS IN, REGARDLESS

18 OF THE RISKS, YOUR ENTIRE ANALYSIS WILL FALL FLAT ON ITS FACE

19 IF THERE IS NO GI BENEFIT, BECAUSE THAT IS WHAT VIOXX WAS

20 PROPOSED TO HELP; ISN'T THAT RIGHT?

21 A. IT WAS PROPOSED TO HELP THEM PREVENT GI EVENTS, AND THAT'S

22 WHAT THE CLINICAL TRIAL DATA HAS SHOWN, YES.

23 Q. NOW, IF THEY ARE RIGHT AND DR. TOPOL'S RIGHT AND DR. RAY

24 IS RIGHT AND DR. LUCCHESI IS RIGHT THAT THIS CAUSES A HEART

25 ATTACK, A STROKE, THAT'S THE RISK, AND THE BENEFIT IS GONE, NOT

Page 1542

1 ONLY ARE YOU WRONG, YOU ARE TERRIBLY WRONG IN YOUR ANALYSIS,

2 CERTAINTY; AREN'T YOU?

3 A. IF I WERE TO ASSUME THOSE WOULD BE CORRECT, WHICH I DON'T

4 ASSUME THEM TO BE CORRECT, THEN, OF COURSE, IT WOULD RAISE RISK

5 BENEFITS; BUT, AS I SAID, THAT'S NOT WHAT THE CLINICAL TRIAL

6 DATA SHOWS.

7 Q. THESE ARE MEDICAL RESEARCHERS PRINTING A MEDICAL JOURNAL,

8 AND THE DOCTORS I'VE TALKED ABOUT ARE SPECIALISTS IN THEIR

9 FIELD THAT WE'VE HAD IN FRONT OF THIS JURY.

10     MR. BECK: YOUR HONOR, THIS IS ARGUMENT NOW.

11     THE COURT: I SUSTAIN THAT OBJECTION.

12 BY MR. MATTHEWS:

13 Q. I'LL ASK A QUESTION. IF YOU'RE GOING TO DO A RISK-BENEFIT

14 ANALYSIS, YOU HAVE TO GET THE BEST INFORMATION. DO YOU NOT?

15 A. YES.

16 Q. YOU HAVE TO GET UNBIASED INFORMATION, DO YOU NOT?

17 A. CORRECT.

18     THE COURT: ANYTHING FURTHER FROM THIS WITNESS?

19     MR. MATTHEWS: I'M SORRY. YES, JUST A FEW THINGS.

20 BY MR. MATTHEWS:

21 Q. YOU TALKED ABOUT BACK IN YOUR TREATMENT IN 1999 AND 2000,

22 YOU TALKED ABOUT PPI'S AND PROTON PUMP INHIBITORS, CORRECT?

23 A. YES. CORRECT.

24 Q. DO YOU AGREE WITH ME, DR. SILVER, YOU PRESCRIBED THOSE

25 WITH TRADITIONAL NSAIDS BACK IN YOUR PRACTICE; RIGHT?

Page 1543

1 A. I HAVE PRESCRIBED THEM, YES.

2 Q. AND THOSE PPI'S DO PREVENT ULCERS, GASTRIC AND DUODENAL;

3 CORRECT?

4 A. YES.

5 Q. AND THEY DO HEAL NSAID-INDUCED ULCERS?

6 A. YES.

7 Q. AND THEY DO PREVENT RECURRENCE IN PATIENTS WITH BLEEDING

8 DUODENAL AND GASTROINTESTINAL ULCERS, CORRECT? AND THEY —

9 THEY HAVE AN EXCELLENT SAFETY PROFILE?

10 A. YES.

11 Q. AND THEY WERE BACK IN 1999 AND 2000?

12 A. YES. BUT THEY WERE NOT YET STUDIED ENOUGH OR PROVED

13 CONCOMITANTLY WITH NONSELECTIVE NSAIDS AT THAT TIME.

14 Q. THEY WERE PRESCRIBED REGULARLY WITH TRADITIONAL NSAIDS;

15 THAT IS, PPI'S AND TRADITIONAL NSAIDS WERE PRESCRIBED

16 REGULARLY, WERE THEY NOT?

17 A. BOTH THE DRUGS WERE PRESCRIBED REGULARLY, YES.

18 Q. IN FACT, PRILOSEC, WHO MADE PRILOSEC?

19 A. I THINK IT WAS ASTRAZENECA, IF I REMEMBER BUT I'M NOT

20 RIGHT.

21 Q. WE KNOW THAT AS "THE PURPLE PILL"?

22 A. YES, THAT'S THE SAME COMPANY.

23 Q. WE TALKED ABOUT THE FDA, DOCTOR. I'M GOING TO ASK YOU

24 BRIEFLY, WE TALKED ABOUT THE 2005 ADVISORY COMMITTEE?

25 A. YES.

24 (Pages 1540 to 1543)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543729

Page 1544

1  Q. AND THAT ADVISORY COMMITTEE IS MADE UP OF EXPERTS IN THEIR
2  FIELD, CORRECT?
3  A. CORRECT.
4  Q. AND THEIR SPECIFIC SPECIALTIES. AND IT SAYS HERE, AND I
5  WANT TO ASK YOU IF THIS IS CORRECT -- THAT ON FEBRUARY 18,
6  2005. IS IT TRUE THAT ALL THE SCIENTISTS FOUND VIOXX
7  CARDIOTOXIC BY A VOTE OF 32 TO 0 AT THE FDA HEARING?
8  A. I DON'T RECALL, BUT I WOULD HAVE TO LOOK AT THAT.
9  Q. WELL, YOU SAID YOU READ THE FDA, BOTH THE ADVISORY
10 COMMITTEE HEARING, THE MINUTES FROM THAT MEETING, AS WELL AS
11 THE FINDINGS; RIGHT?
12 A. YES.
13 Q. ABRAMSON, NISSEN, WOOD, MALONE, BATHON, CUSH, CROFFORD.
14 DOMANSKI, MORRIS, D'AGOSTINO, GARDNER, HOFFMAN, FURBERG,
15 FLEMING, BOULWARE, MANI -- THESE WERE ALL THE DOCTORS THAT WERE
16 THERE. AND THEY ALL FOUND THAT THIS DRUG TO BE CARDIOTOXIC.
17 DID YOU KNOW THAT TO BE TRUE?
18 A. I THINK IN THE CONTEXT AS WAS SUMMARIZED IN THE EXECUTIVE
19 MEMO ON APRIL 6, 2005. YES.
20 Q. WELL, DID THAT PLAY IN YOUR ROLE IN TERMS OF DETERMINING
21 BENEFIT AND RISK THAT ALL THOSE DOCTORS BELIEVED THAT IT WAS
22 CARDIOTOXIC, CARDIOTOXIC MEANING HEART POISON. TOXIC IS
23 POISON, CORRECT?
24 A. AS THEY STATED IN THE APRIL 6 MEMO THAT THEY BELIEVED THAT
25 THEIR CONCLUSION OF THE FDA IS THAT THERE IS NO DIFFERENCE

Page 1545

1  BETWEEN VIOXX AND THE OTHER COX-2 INHIBITORS WITH THE
2  TRADITIONAL NSAIDS, YES.
3  Q. CARDIOTOXIC MEANS HEART; CARDIO TOXIC IS POISON, CORRECT?
4  A. YES.
5  Q. NOW, IN TERMS OF THE 2005 MEETING -- STRIKE THAT. I WANT
6  TO TALKING SPECIFICALLY ABOUT DICKY JUST FOR A MINUTE. WHEN
7  YOU TALK ABOUT RISK-BENEFIT ANALYSIS AND YOU SAY YOU DO THAT
8  FOR YOUR PATIENTS REGULARLY?
9  A. YES.
10 Q. A DOCTOR NEEDS TO KNOW WHAT THE RISKS ARE, RIGHT?
11 A. CORRECT.
12 Q. AND A DOCTOR NEEDS TO KNOW THAT BECAUSE, UNLESS YOU KNOW
13 THE RISKS, YOU DON'T KNOW -- YOU CAN'T COMPARE IT TO THE
14 BENEFIT; RIGHT?
15 A. CORRECT.
16 Q. DICKY HAD A SORE BACK. CAN WE AGREE THAT IF THE EVIDENCE
17 IN THIS CASE -- IF THE JURY BELIEVES THAT VIOXX CAUSED HIS
18 HEART ATTACK, AT LEAST FOR DICKY, WITH HIS SORE BACK, THAT RISK
19 OUTWEIGHED ANY BENEFIT THAT THAT DRUG BROUGHT TO HIM?
20 A. SINCE I DON'T ACCEPT, YOU KNOW, THE SUPPOSITION YOU'RE
21 GIVING, I CAN'T ANSWER THAT QUESTION.
22 Q. WELL, I'M ASKING YOU A HYPOTHETICAL QUESTION BECAUSE THIS
23 JURY MAY BELIEVE THAT THIS DRUG DOES CAUSE HEART ATTACKS,
24 THROMBOSIS.
25 A. YES.

Page 1546

1  Q. AND IF THEY DO BELIEVE THAT, WOULD YOU AGREE WITH ME THAT
2  THE RISKS OF THAT HEART ATTACK IN DICKY, WHO HAD JUST A SORE
3  BACK, DIDN'T HAVE A GASTRIC ULCER AND DIDN'T HAVE
4  OSTEOARTHRITIS AND DIDN'T HAVE RHEUMATOID ARTHRITIS AND DIDN'T
5  HAVE ANY OF THE THINGS YOU TALKED ABOUT FOR A COUPLE OF HOURS,
6  THAT THAT RISK OUTWEIGHED ANY BENEFIT HE GOT FROM THAT DRUG?
7  A. NO, BECAUSE THAT'S NOT WHAT THE SCIENCE SAYS, NOR THE FDA.
8  Q. DR. SILVER, HAVE YOU EVER BEEN PUBLISHED IN RISK-BENEFIT
9  ANALYSIS?
10 A. NO.
11 Q. SO THIS IS THE FIRST TIME YOU'VE COME DOWN HERE, OUTSIDE
12 OF TALKING WITH YOUR PATIENTS, AND GAVE AN OPINION ABOUT
13 RISK-BENEFIT ANALYSIS?
14 A. ACTUALLY, I DO IT WHEN I TEACH MY MEDICAL STUDENTS,
15 RESIDENTS, OTHER PHYSICIANS, AND WHEN I TREAT MY PATIENTS AS
16 WELL. SO IT'S SOMETHING I DO BASICALLY EVERY DAY.
17 Q. YOU'VE NEVER BEEN RETAINED TO DO THIS. YOU'VE NEVER BEEN
18 PUBLISHED IN THIS AREA. YOU'VE BEEN ASKED TO DO THIS BY MERCK
19 AS A RHEUMATOLOGIST, CORRECT?
20 A. CORRECT.
21 Q. WOULD YOU AGREE WITH ME, DOCTOR, THAT IN ORDER TO DO THAT
22 RISK-BENEFIT ANALYSIS, YOU'VE GOT TO KNOW WHAT THE RISKS ARE,
23 AND A DRUG COMPANY SHOULD NEVER EVER, NEVER MINIMIZE A RISK
24 THAT IT FINDS IN ITS CLINICAL TRIALS OR ANYWHERE, FOR THAT
25 MATTER?

Page 1547

1  A. OBVIOUSLY, ALL THE RISKS SHOULD BE DISCUSSED. YES.
2  Q. WELL, NOT JUST RISKS DISCUSSED; THEY SHOULD NEVER MINIMIZE
3  THE RISKS. DO YOU AGREE WITH THAT?
4  A. IT DEPENDS ON THE CIRCUMSTANCES AND WHAT IT REFERS TO.
5  Q. SO THERE IS A TIME IN YOUR MIND THAT A DRUG COMPANY, IT'S
6  ALL RIGHT FOR THEM TO MINIMIZE A RISK?
7  A. I SAID -- I DON'T WANT TO MISINTERPRET WHAT I'M SAYING,
8  WHAT I'M SAYING IS, OBVIOUSLY, IT DEPENDS ON THE IMPORTANCE AND
9  WHAT THAT RISK IS.
10 Q. WOULD YOU AGREE WITH ME THAT HEART ATTACKS AND STROKES AND
11 SUDDEN CARDIAC DEATHS ARE IMPORTANT?
12 A. YES.
13 Q. AND WE FOUND OUT. DID WE NOT, WHEN WE TALK ABOUT THE FDA,
14 THAT THEY FOUND THAT MERCK HAD ENGAGED IN A PROMOTIONAL
15 CAMPAIGN THAT MINIMIZED THE POTENTIAL SERIOUS CARDIOVASCULAR --
16        MR. BECK: YOUR HONOR. I OBJECT. MAY I APPROACH?
17        THE COURT: YES.
18        (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT
19 THE BENCH.)
20        MR. BECK: YOUR HONOR. THIS IS BEYOND THE SCOPE OF
21 DIRECT EXAMINATION. NUMBER ONE; AND NUMBER TWO, HE'S NOW
22 GETTING INTO MARKETING INFORMATION. HE'S NEVER SEEN BY
23 DR. SCHIRMER OR DICKY, AND SO IT'S VERY FAR AFIELD.
24        MR. MATTHEWS: HE HAD ASKED A SERIES OF QUESTIONS
25 ABOUT THE FDA AND HOW HE BELIEVED THAT THE FDA. I THINK I'M

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543730

Page 1548

1  ENTITLED TO ASK HIM ALSO ABOUT THE RISK-BENEFIT ANALYSIS OF HIS
2  PATIENTS AND IF THEY WERE NOT WARNING THE DOCTORS IN THAT RISK
3  ANALYSIS, I'M ASKING HIS OPINION REGARDING WHETHER THEY WERE
4  PROPERLY WARNED AFTER THE FDA TOLD THEM THAT THEY WERE NOT.
5        MR. BECK: AND THEN WE HAD ENDED UP WITH A RESPONSE
6  FROM MERCK AND THE FDA'S LETTER BACK, AND IT'S WAY OUTSIDE THE
7  DIRECT TESTIMONY.
8        THE COURT: LET'S DO IT IN A DIFFERENT WAY. I THINK,
9  COUNSEL IS RIGHT ABOUT THE FACT THAT YOU'RE INTRODUCING
10 SOMETHING ELSE. YOU'RE GETTING OUTSIDE THE SCOPE, BUT THERE IS
11 SOME OVERLAP THERE THAT YOU CAN MOVE INTO IT, BUT YOU HAVE TO
12 RESTATE THE QUESTION.
13       MR. MATTHEWS: ALL RIGHT.
14       (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
15 OPEN COURT.)
16 BY MR. MATTHEWS:
17 Q.  DOCTOR, IN YOUR PRACTICE EVERY DAY, DO YOU RELY ON DRUG
18 COMPANIES TO BE FORTHRIGHT; THAT IS, TO GIVE YOU THE RISKS AND
19 THE BENEFITS OF A DRUG?
20 A.  YES.
21 Q.  AND DID YOU DETERMINE IN THE LITIGATION THAT, IN, FACT,
22 MERCK HAD NOT BEEN FORTHRIGHT AND DID MINIMIZE RISKS AT TIMES
23 WITH THIS DRUG?
24 A.  I WASN'T ASKED TO DO THAT. I DIDN'T IN MY OWN PERSONAL
25 PRACTICE, AND THAT'S WHAT I CAN SPEAK TO.

Page 1549

1  Q.  PREVIOUSLY ADMITTED INTO EVIDENCE IS THE WARNING LETTER
2  OF —
3        MR. BECK: YOUR HONOR, I OBJECT. SAME OBJECTION.
4        THE COURT: I SUSTAIN THE OBJECTION. IT'S OUTSIDE
5  THE SCOPE OF THE DIRECT. HE DIDN'T GO INTO THAT AT THE TIME.
6        HOPEFULLY YOU'RE ABOUT FINISHED WITH YOUR CROSS.
7        MR. MATTHEWS: YES, I AM, JUDGE.
8  BY MR. MATTHEWS:
9  Q.  DID YOU HAVE DRUG REPS CALL ON YOU FROM TIME TO TIME?
10 A.  YES.
11 Q.  AND WERE ANY OF THOSE VIOXX DRUG REPS —
12 A.  YES.
13 Q.  — SALESPEOPLE?
14 A.  YES.
15 Q.  WERE YOU PRESENTED WITH DOCUMENTS THAT THEY BROUGHT TO
16 MARKET THAT DRUG?
17       MR. BECK: I OBJECT, YOUR HONOR. BEYOND THE SCOPE.
18       THE COURT: I DIDN'T HEAR THAT TALKED ABOUT, SO I
19 SUSTAIN THAT OBJECTION.
20 BY MR. MATTHEWS:
21 Q.  TO FINISH, DR. SILVER, IS IT FAIR TO SAY YOU DISAGREE WITH
22 ALL THE EXPERTS THAT I TALKED ABOUT: DR. RAY, DR. TOPOL,
23 DR. LUCCHESI?
24 A.  YES.
25 Q.  YOU'VE BEEN PAID HANDSOMELY FOR THIS TESTIMONY IN THIS

Page 1550

1  CASE, CORRECT?
2  A.  I'VE BEEN PAID FOR MY TESTIMONY, CORRECT.
3  Q.  DO YOU KNOW HOW MUCH DR. TOPOL GOT PAID, THE PREEMINENT
4  AUTHORITY IN CARDIOVASCULAR DISEASE IN THIS COUNTRY?
5        MR. BECK: I OBJECT, YOUR HONOR. ARGUING NOW.
6        THE COURT: I'LL LET IT GO. 611, 607, CROSS.
7  BY MR. MATTHEWS:
8  Q.  DO YOU KNOW WHAT HE WAS PAID IN THIS CASE?
9  A.  I HAVE NO IDEA.
10       MR. MATTHEWS: I PASS THE WITNESS.
11       THE WITNESS: ANY BRIEF REDIRECT?
12       MR. BECK: YES, YOUR HONOR.
13                REDIRECT EXAMINATION
14 BY MR. BECK:
15 Q.  ON THESE QUESTIONS ABOUT WHEN COUNSEL SAID THE CASE IS ALL
16 ABOUT MR. IRVIN AND WHETHER HE HAD OSTEOARTHRITIS, IN ORDER TO
17 KNOW WHETHER HE HAD OSTEOARTHRITIS, WOULD A DOCTOR ACTUALLY
18 HAVE TO EXAMINE HIM?
19 A.  YES.
20 Q.  WOULD A DOCTOR HAVE TO TAKE A MEDICAL HISTORY FROM HIM?
21 A.  YES.
22 Q.  WOULD A DOCTOR HAVE TO TALK TO HIM ON THE TELEPHONE?
23 A.  OR IN PERSON, YES.
24 Q.  IN ORDER TO DETERMINE WHETHER HIS BACKACHE WAS CHRONIC
25 PAIN, FIRST OF ALL, HOW IS CHRONIC PAIN DEFINED?

Page 1551

1  A.  IT'S BASED ON DURATION. AT LEAST LASTING THREE TO SIX
2  MONTHS.
3  Q.  WOULD A DOCTOR HAVE TO AT LEAST TALK TO THE PATIENT IN
4  ORDER TO KNOW THE DURATION OF THE PAIN?
5  A.  YES.
6  Q.  COUNSEL SAID THAT THE CASE IS ALL ABOUT MR. IRVIN, AND YOU
7  HADN'T REALLY TALKED MUCH ABOUT HIM. WHEN YOU REVIEWED
8  DR. TOPOL'S TESTIMONY, DID HE EVER MENTION DICKY IRVIN ONCE IN
9  THE FIVE OR SIX HOURS OF QUESTIONS THAT THE FIVE OR SIX
10 DIFFERENT PLAINTIFFS LAWYERS ASKED HIM IN THAT DEPOSITION?
11 A.  NO.
12 Q.  DID HE EVER INDICATE WHETHER MR. IRVIN HAD A PLAQUE
13 RUPTURE IN HIS CORONARY ARTERY?
14 A.  NO.
15 Q.  DID HE GIVE ANY OPINION AT ALL ABOUT WHETHER VIOXX COULD
16 CAUSE A PLAQUE RUPTURE IN A CORONARY ARTERY?
17 A.  NO.
18 Q.  DID HE GIVE ANY OPINION AT ALL ABOUT WHETHER, IF, IN FACT,
19 THERE IS PLAQUE RUPTURE, WHETHER VIOXX COULD POSSIBLY HAVE
20 PLAYED ANY ROLE IN DICKY IRVIN'S DEATH?
21 A.  NO.
22 Q.  IN CONTRAST, DR. BLOOR, ONE OF THE EXPERTS YOU WERE ASKED
23 ABOUT, DID YOU SEE THAT DR. BLOOR ACTUALLY SAID THAT, IF THERE
24 WAS PLAQUE RUPTURE, VIOXX PLAYED NO ROLE? DID YOU SEE THAT?
25       MR. MATTHEWS: I OBJECT AS LEADING.

26  (Pages 1548 to 1551)

DAILY COPY

## Page 1552

1    THE COURT: I SUSTAIN THE OBJECTION. IT'S LEADING.
2  BY MR. BECK:
3  Q.  DID YOU SEE WHAT DR. BLOOR SAID ABOUT WHETHER VIOXX COULD
4  HAVE PLAYED WHAT ROLE IN THE EVENT THERE WAS, IN FACT, PLAQUE
5  RUPTURE?
6  A.  YES, I DID.
7  Q.  AND WHAT DID DR. BLOOR SAY ABOUT THAT?
8  A.  WHAT DR. BLOOR SAID WAS THAT IF THERE WAS PLAQUE RUPTURE,
9  THEN THE VIOXX WAS --
10      MR. MATTHEWS: JUDGE, I OBJECT. THIS IS WAY OUTSIDE
11  OF CROSS.
12      THE COURT: YOU BROUGHT UP THE BLOOR. I'LL OVERRULE
13  THE OBJECTION.
14  BY MR. BECK:
15  Q.  COULD YOU PLEASE COMPLETE YOUR ANSWER?
16  A.  THAT IF PLAQUE RUPTURE WAS INVOLVED, THEN VIOXX WAS NOT
17  THE CAUSE. THAT'S WHAT DR. BLOOR STATED.
18  Q.  AND YOU WERE ALSO ASKED ABOUT DR. LUCCHESI. DID
19  DR. LUCCHESI TESTIFY ABOUT WHETHER A CLOT LIKE THAT IS A
20  NATURAL BODY REACTION TO PLAQUE RUPTURE? DID YOU TESTIFY ON
21  THAT SUBJECT?
22  A.  YES.
23  Q.  AND WHAT DID DR. LUCCHESI SAY ABOUT WHETHER YOU COULD
24  EXPECT A CLOT LIKE DICKY IRVIN GOT IN THE FACE OF PLAQUE
25  RUPTURE WHETHER SOMEBODY TOOK VIOXX OR NOT?

## Page 1553

1  A.  THAT IT HAPPENS. THAT'S ACTUALLY THE MECHANISM OF HEART
2  ATTACK, YES, OR ONE OF THE MECHANISMS.
3  Q.  YOU WERE ASKED ABOUT WHAT DR. RAY SAID ON THE STAND ABOUT
4  THE SAFETY OF VIOXX. DID YOU ALSO REVIEW HIS TESTIMONY ABOUT
5  WHAT HE WROTE IN TWO SEPARATE ARTICLES ABOUT WHETHER
6  25 MILLIGRAMS OF VIOXX POSES ANY INCREASED RISK AT ALL?
7  A.  YES, I DID.
8  Q.  WHAT DID HE SAY ABOUT -- IN HIS ARTICLES, IN CONTRAST TO
9  WHEN HE WAS ON THE STAND, ABOUT WHETHER 25 MILLIGRAMS OF VIOXX,
10  LIKE DICKY IRVIN TOOK, POSES ANY INCREASED RISK FOR
11  CARDIOVASCULAR EVENTS?
12  A.  THE STUDIES THAT DR. RAY PUBLISHED IN THE LANCET SAID
13  THERE WAS NO INCREASED RISK AT 25 MILLIGRAMS WITH HEART ATTACK.
14  Q.  AND FINALLY. YOU WERE ASKED ABOUT THIS BRITISH JOURNAL OF
15  EPIDEMIOLOGY. QUICKLY LOOKING AT THE ABSTRACT. WAS THE VIOXX
16  INCIDENTS OF GASTROINTESTINAL PROBLEMS HIGHER OR LOWER THAN
17  NAPROXEN?
18  A.  LET ME JUST LOOK AT THIS. I'M SORRY. IT WAS LOWER.
19  Q.  WAS THE GASTROINTESTINAL PROBLEMS WITH VIOXX HIGHER OR
20  LOWER THAN WITH DICLO -- HOW DO YOU?
21  A.  DICLOFENAC.
22  Q.  DICLOFENAC. IS THAT ANOTHER TRADITIONAL NSAID?
23  A.  VOLTAREN. BETTER KNOWN. YES.
24  Q.  WAS IT HIGHER OR LOWER THAN THE GASTROINTESTINAL PROBLEMS
25  WITH DICLOFENAC?

## Page 1554

1  A.  IT WAS LOWER.
2  Q.  AND COUNSEL EMPHASIZED THAT THIS ARTICLE SAYS, WELL, GEE
3  WHIZ, THERE IS NO BENEFIT OF COX-2'S IN THE GASTROINTESTINAL
4  AREA, AND HE ASKED YOU ABOUT ALL OF THEIR EXPERTS. DID YOU
5  HEAR DR. TOPOL TESTIFY ABOUT WHETHER IN FACT VIOXX AND THE
6  COX-2'S HAVE BENEFITS FOR THE GASTROINTESTINAL TRACT?
7  A.  YES, I DID.
8  Q.  WHAT DID DR. TOPOL SAY?
9  A.  DR. TOPOL SAID THERE IS A SIGNIFICANT BENEFIT TO THE
10  COX-2'S ON THE GASTROINTESTINAL TRACT.
11  Q.  WHAT DID DR. LUCCHESI SAY?
12  A.  THAT THERE IS A BENEFIT FOR THE GASTROINTESTINAL TRACT FOR
13  THE COX-2'S.
14  Q.  WHAT DID DR. BLOOR SAY?
15  A.  I'M TRYING TO RECALL. I BELIEVE HE SAID THE SAME THING.
16  Q.  AND DR. RAY TALKED ABOUT THAT SAME ARTICLE BY WOLFE. WHAT
17  DID HE SAY?
18  A.  HE SAID THE SAME THING. THAT THE COX-2'S HAVE A BENEFIT
19  ON THE GASTROINTESTINAL TRACT, INCLUDING VIOXX.
20  Q.  WHEN HE TALKED ABOUT THE 50 PERCENT REDUCTION, HOW MANY
21  LIVES DID HE SAY WERE SAVED A YEAR BECAUSE OF THE USE OF COX-2
22  INHIBITORS RATHER THAN TRADITIONAL NSAIDS?
23  A.  IN THE THOUSANDS.
24      MR. BECK: THAT'S ALL I HAVE, YOUR HONOR.
25      THE COURT: YOU'RE EXCUSED, SIR. THANK YOU. LET'S

## Page 1555

1  CALL YOUR NEXT WITNESS, PLEASE.
2      MR. ISMAIL: YOUR HONOR, WE'LL CALL BRIGGS MORRIS TO
3  THE STAND, PLEASE. YOUR HONOR, CAN I HAVE A MOMENT?
4      THE DEPUTY CLERK: PLEASE RAISE YOUR RIGHT HAND.
5      (WHEREUPON, BRIGGS WILLIAMS MORRISON, HAVING BEEN
6  DULY SWORN, TESTIFIED AS FOLLOWS.)
7      THE DEPUTY CLERK: PLEASE BE SEATED AND IF YOU WOULD
8  USE MICROPHONE THERE, WOULD YOU STATE YOUR FULL NAME FOR THE
9  RECORD.
10      THE WITNESS: I'M BRIGGS WILLIAMS MORRISON.
11  M-O-R-R-I-S-O-N.
12      DIRECT EXAMINATION
13  BY MR. ISMAIL:
14  Q.  DOCTOR, I'M GOING TO HAND YOU A BINDER OF EXHIBITS WE MAY
15  REFER TO THROUGHOUT THE DAY.
16      MR. ISMAIL: MR. BEASLEY, DO YOU STILL HAVE YOUR
17  COPY? IF YOU'RE INTERESTED, YOUR HONOR, WE HAVE ONE FOR YOU AS
18  WELL. COULD YOU SWITCH BACK ON THE COMPUTER.
19  BY MR. ISMAIL:
20  Q.  GOOD MORNING, DOCTOR.
21  A.  GOOD MORNING.
22  Q.  COULD YOU INTRODUCE YOURSELF TO THE JURY, PLEASE.
23  A.  MY NAME IS BRIGGS MORRISON. I'M A PHYSICIAN.
24  Q.  AND WHERE DO YOU WORK, SIR?
25  A.  I WORK FOR MERCK & COMPANY.

27 (Pages 1552 to 1555)

DAILY COPY

M005543732

Page 1556

1 Q. WHAT'S YOUR CURRENT JOB TITLE?
2 A. I'M VICE-PRESIDENT IN THE RESEARCH DIVISION OF THE
3 COMPANY.
4 Q. LET ME CLEAR UP SOME OF THE -- WE'RE GOING TO BARRICADE
5 THE JURY EVENTUALLY. SIR, WHAT DO YOU DO FOR MERCK?
6 A. AS I SAID, I'M A VICE-PRESIDENT IN THE RESEARCH DIVISION.
7 I HAVE TWO PRIMARY ROLES RIGHT NOW: ONE, I'M LEADING A TEAM
8 THAT'S DEVELOPING -- TRYING TO DEVELOP A NEW CANCER DRUG AND
9 THE OTHER JOB I HAVE IS HELPING TO IMPROVE THE WAY THAT THE
10 WHOLE RESEARCH DIVISION WORKS, THE WAY THAT WE DO RESEARCH AND
11 DEVELOPMENT.
12 Q. WHO DO YOU REPORT TO, SIR?
13 A. I REPORT TO PETER KIM.
14 Q. AND WHAT IS HIS TITLE?
15 A. HE'S THE PRESIDENT OF THE RESEARCH DIVISION.
16 Q. SIR, ARE YOU MARRIED?
17 A. YES, I AM.
18 Q. AND DO YOU HAVE CHILDREN?
19 A. I HAVE THREE BOYS.
20 Q. AND WHERE DO YOU LIVE?
21 A. I LIVE IN NEW JERSEY; SUMMIT, NEW JERSEY.
22 Q. DOCTOR, CAN YOU PLEASE BRIEFLY REVIEW FOR THE JURY YOUR
23 EDUCATIONAL BACKGROUND AND YOUR MEDICAL TRAINING?
24 A. SURE. I GREW UP IN CONNECTICUT. WENT TO HIGH SCHOOL IN
25 CONNECTICUT. WAS ALWAYS INTERESTED IN MATH AND SCIENCE.

Page 1557

1 ACTUALLY. BY THE TIME I FINISHED MY JUNIOR YEAR OF HIGH SCHOOL,
2 I HAD TAKEN ALL THE MATH AND SCIENCE COURSES IN THE SCHOOL
3 BECAUSE I JUST LOVED MATH AND SCIENCE. I WENT TO GEORGETOWN
4 UNIVERSITY IN WASHINGTON, DC. I WAS A BIOLOGY MAJOR. WHILE I
5 WAS IN COLLEGE, I DID LABORATORY RESEARCH, BOTH AT THE COLLEGE
6 AND AT THE MEDICAL SCHOOL. I GRADUATED FROM COLLEGE IN 1981,
7 AND THEN I WENT TO THE UNIVERSITY OF CONNECTICUT MEDICAL SCHOOL
8 IN CONNECTICUT. SUMMERS. WHILE I WAS IN MEDICAL SCHOOL, I DID
9 AGAIN LABORATORY RESEARCH AT THE NATIONAL CANCER INSTITUTE, WAS
10 ACTUALLY IN THE SAME BUILDING OF DR. SCOLNICK WHILE HE WAS
11 THERE.
12    MR. BEASLEY: DOCTOR, MAY I APPROACH?
13    THE COURT: YES.
14    MR. BEASLEY: HE IS NOT BEING GIVEN AS AN EXPERT
15 WITNESS AND ANY CANCER RESEARCH HAS NOTHING TO DO WITH THIS
16 CASE AND THAT'S WHERE HE'S HEADED AND WE OBJECT TO THAT. HE'S
17 STRICTLY A VICE PRESIDENT OF THIS COMPANY. HE IS HERE AS A
18 CORPORATE REPRESENTATIVE. HE'S NOT AN EXPERT AND THAT'S BEEN
19 ESTABLISHED.
20    MR. ISMAIL: AS TO WHAT HIS MEDICAL TRAINING WAS,
21 THAT'S ALL THE QUESTION THAT WAS PENDING.
22    MR. BECK: HE'S GOING TO BE TESTIFYING, JUDGE, ABOUT
23 HIS INVOLVEMENT IN THE VIOXX --
24    MR. ISMAIL: WE'RE NOT TALKING ABOUT GOING INTO GREAT
25 DEPTH --

Page 1558

1    MR. BEASLEY: HE'S GOING TO BE TALKING ABOUT HIS
2 DEPARTMENT OF CANCER RESEARCH. THAT'S WHAT HE'S DONE EVERY
3 TIME HE'S TESTIFIED.
4    THE COURT: LET'S MOVE ON WITH IT. I'LL OVERRULE THE
5 OBJECTION AT THIS TIME.
6    Mr. Beasley: I HATE TO ASK FOR THIS BUT I REALLY
7 WOULD LIKE A SECOND TO GO TO THE BATHROOM.
8    THE COURT: OKAY. WE'LL TAKE A 10-MINUTE BREAK.
9 OKAY. ALL RIGHT. WE HAVE TO TAKE A 10-MINUTE BREAK AT THIS
10 TIME. THE COURT WILL STAND IN RECESS FOR TEN MINUTES.
11    (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)
12    THE MARSHAL: ALL RISE.
13    THE COURT: BE SEATED, PLEASE. PROCEED, COUNSEL.
14    MR. ISMAIL: YES, YOUR HONOR.
15 BY MR. ISMAIL:
16 Q. BEFORE THE BREAK, DOCTOR. I BELIEVE YOU WERE IN MEDICAL
17 SCHOOL. AND DID YOU GRADUATE?
18 A. IN MEDICAL SCHOOL BEFORE THE BREAK.
19 Q. AND YOU GRADUATED FROM THE UNIVERSITY OF CONNECTICUT
20 MEDICAL SCHOOL; THAT'S RIGHT?
21 A. YES, I DID. IN 1985.
22 Q. AND THEN, THEREAFTER, DID YOU DO A RESIDENCY AND
23 FELLOWSHIP?
24 A. I DID AN INTERNSHIP AND A RESIDENCY IN INTERNAL MEDICINE,
25 WHICH IS A GENERAL ADULT MEDICINE AT THE MASSACHUSETTS GENERAL

Page 1559

1 HOSPITAL IN BOSTON. AND THEN I DID A FELLOWSHIP IN MEDICAL
2 ONCOLOGY, WHICH IS THE MEDICAL TREATMENT OF CANCER PATIENTS
3 THAT WAS AT THE CANCER INSTITUTE OF BOSTON. THEN AS PART OF
4 THE FELLOWSHIP AND AFTER THE FELLOWSHIP I DID BASIC RESEARCH.
5 LABORATORY RESEARCH, INTO THE CAUSES OF BREAST CANCER, AND THAT
6 WAS AT THE HARVARD MEDICAL SCHOOL AND HOWARD HUGHES MEDICAL
7 INSTITUTE.
8 Q. DID YOU TREAT PATIENTS FOLLOWING YOUR GRADUATION FROM
9 MEDICAL SCHOOL --
10 A. YES. I DID MY INTERNSHIP AND RESIDENCY FELLOWSHIP,
11 THROUGHOUT ALL THAT TIME.
12 Q. AND DID YOU HAVE -- IN WHAT CLINICAL SETTINGS DID YOU
13 TREAT PATIENTS?
14 A. WELL, AS AN INTERN AND RESIDENT, I'M IN THE HOSPITAL
15 SEEING PATIENTS IN THE EMERGENCY ROOM. PATIENTS IN THE
16 HOSPITAL, IN THE INTENSIVE CARE UNIT, CORONARY CARE UNIT, JUST
17 GENERAL MEDICINE. STARTING AROUND THE THIRD YEAR OUT OF
18 MEDICAL SCHOOL, I WOULD WORK IN EMERGENCY ROOMS IN THE GREATER
19 BOSTON AREA AND COVER THE PRACTICE OF THE INTERNIST, SO IF THE
20 INTERNIST WANTED TO HAVE THE NIGHT OFF, I WOULD BE THE PERSON
21 ON CALL FOR HIS PRACTICE.
22 Q. DID YOU TREAT PATIENTS IN YOUR ONCOLOGY PRACTICE?
23 A. YES. SO STARTING AS AN ONCOLOGY FELLOW, I TREATED
24 PATIENTS WITH ALL TYPES OF CANCERS, AND THEN AT THE CANCER
25 INSTITUTE, I CONTINUED DOING THAT WHILE I WAS IN THE

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543733

## Page 1560

1 LABORATORY, DOING LABORATORY RESEARCH. SO I TREATED BOTH
2 GENERAL INTERNAL PATIENTS AND CANCER PATIENTS.
3 Q. ON THIS QUESTION THAT WE WERE ON WITH THE PRIOR
4 EXAMINATIONS, DID YOU EVER HAVE OCCASION TO TREAT A PATIENT WHO
5 WAS SUFFERING FROM A PERFORATION OR AN ULCER DUE TO A
6 TRADITIONAL NSAID?
7 A. WELL, IN THE EMERGENCY ROOM, BOTH AT THE MASS GENERAL AND
8 WHEN I WOULD WORK THE ERS IN THE BOSTON AREA, IT WAS NOT
9 UNCOMMON THAT WE SEE PEOPLE COME IN WITH GASTROINTESTINAL
10 BLEEDS OR PERFORATIONS. IN THE EMERGENCY ROOM, YOU DON'T
11 REALLY KNOW WHAT CAUSED IT. THEY JUST CAME IN BLEEDING. THE
12 JOB IN THE EMERGENCY ROOM IS JUST TO STABILIZE THE PATIENT AND
13 STOP THE BLEEDING. WHENEVER I ADMITTED SOMEONE TO THE
14 HOSPITAL, I WOULD FOLLOW UP AND FIND OUT WHAT HAPPENED TO THEM
15 BY THE TIME THEY GOT DISCHARGED. SO THROUGH THAT IT WAS CLEAR
16 TO ME THAT SOME OF THOSE PATIENTS I HAD ADMITTED DID HAVE GI
17 BLEEDING DUE TO THE TRADITIONAL NSAIDS.
18 Q. AND, DOCTOR, FOR YOUR CANCER PATIENTS -- LET ME BACK UP
19 ONE SECOND. SO DID YOU OBSERVE CLINICALLY THIS PROBLEM OF
20 GASTROINTESTINAL SIDE EFFECTS WITH TRADITIONAL NSAIDS?
21 A. OH. ABSOLUTELY. YES, MA'AM.
22 Q. WAS THAT A PARTICULAR PROBLEM FOR YOUR CANCER PATIENTS AS
23 WELL?
24 A. WELL, THE UNIQUE THING ABOUT CANCER PATIENTS -- AND I
25 THINK YOU'VE HEARD A LITTLE BIT IN THIS TRIAL ABOUT THE

## Page 1561

1 INHIBITION OF PLATELET FUNCTION, SO THE INHIBITION OF PLATELET
2 FUNCTION BY THE NSAIDS IS THE SIDE EFFECT. IT'S NOT WHAT THE
3 MEDICATION WAS INTENDED TO DO. THE MEDICATION WAS INTENDED TO
4 TREAT PAIN OR INFLAMMATION.
5 SO CANCER PATIENTS, AS I THINK PEOPLE ARE PROBABLY
6 KNOW, HAVE PAIN. AND SO IT WAS -- BUT THEY ALSO RECEIVE
7 CHEMOTHERAPY. WHAT CHEMOTHERAPY DOES, IT LOWERS YOUR BLOOD
8 COUNTS SO IT LOWERS YOUR PLATELET COUNT. SO CANCER PATIENTS,
9 BECAUSE OF THEIR THERAPY ARE ALREADY AT RISK FOR BLEEDING
10 BECAUSE THEIR PLATELET COUNTS ARE LOW. SO WE GENERALLY -- IT
11 WAS VERY DIFFICULT FOR US TO GIVE THEM A TRADITIONAL NSAID
12 BECAUSE THAT WILL THIN THEIR BLOOD EVEN FURTHER, AND IF THEY
13 DEVELOP A GI BLEED AND THEY HAVE IF A DECREASED AMOUNT OF
14 PLATELETS, THAT'S GOING TO BE A TERRIBLE GI BLEED. SO NSAIDS
15 WERE VERY PROBLEMATIC FOR US IN TREATING OUR CANCER PATIENTS
16 BECAUSE OF THE EFFECT IT HAS ON YOUR CANCER PATIENTS.
17 Q. WHAT EFFECT DID THAT HAVE ON YOUR PATIENTS FOR WHOM YOU
18 NEEDED TO PROVIDE PAIN RELIEF?
19 A. OFTEN WHEN THEY ARE GETTING THEIR THERAPY AND THE BLOOD
20 COUNTS WERE LOW, WE DID NOT USE NSAIDS BECAUSE OF THE ABILITY
21 TO THIN THE BLOOD. YOU TRY TO USE TYLENOL. THAT'S NOT GOING
22 TO WORK FOR CANCER PAIN. IN GENERAL, THEY ENDED UP ON OPIATE
23 TYPE OF PAIN MEDICATIONS WITH THE SIDE EFFECTS THAT COME FROM
24 THAT.
25 Q. DOCTOR, WHEN DID YOU JOIN MERCK?

## Page 1562

1 A. A LITTLE OVER TEN YEARS AGO, NOVEMBER OF 1995.
2 Q. AND AT THAT TIME, HOW MANY YEARS OF CLINICAL PRACTICE HAD
3 YOU HAD SINCE MEDICAL SCHOOL? TREATED PATIENTS?
4 A. ABOUT TEN YEARS.
5 Q. AND PRIOR TO JOINING MERCK, DID YOU HAVE EXPERIENCE WITH
6 CLINICAL TRIALS AND BASIC RESEARCH AS WELL?
7 A. WELL, I HAD DONE A LOT OF LABORATORY RESEARCH, BOTH AT THE
8 NATIONAL CANCER INSTITUTE AND AT THE HARVARD MEDICAL SCHOOL.
9 AND CLINICAL TRIALS, THE DANA FARBER IS VERY MUCH LIKE THE M.D.
10 ANDERSON DOWN HERE IN HOUSTON. IT'S THE INSTITUTE DEDICATED TO
11 CANCER RESEARCH. SO ALMOST EVERY PATIENT THAT CAME INTO THE
12 DANA FARBER WAS PUT ON A CLINICAL TRIAL. THE VAST MAJORITY OF
13 MY PATIENTS ARE ON CLINICAL TRIALS.
14 Q. WHY DID YOU JOIN MERCK, SIR?
15 A. WELL, I LEFT ACADEMIA BECAUSE I REALLY FELT -- AS YOU CAN
16 TELL FROM MY BACKGROUND, I WAS IN LABORATORY RESEARCH AND I'VE
17 DONE CLINICAL CARE, AND I REALLY FELT THAT THE EXCITING PART
18 ABOUT -- WHAT I WAS EXCITED ABOUT WAS SORT OF THE BRIDGE
19 BETWEEN THOSE: WHAT HAPPENS IN THE LABORATORY AND HOW CAN YOU
20 BRING THAT OUT TO PATIENTS.
21 AND THE PHARMACEUTICAL INDUSTRY SEEMS TO BE THE PLACE
22 WHERE THAT'S DONE, WHERE YOU TAKE THESE LABORATORY FINDINGS,
23 CONVERT THEM INTO MEDICINE, AND DO THE PROGRAMS THAT THEN BRING
24 THESE MEDICINES TO PATIENTS. I WAS EXCITED ABOUT THAT.
25 I SPECIFICALLY CHOSE MERCK BECAUSE OF THE SCIENCE THAT -- THE

## Page 1563

1 WAY THEY DO SCIENCE AT MERCK. THE SCIENTIFIC APPROACH TO DRUG
2 DEVELOPMENT IS REALLY EXTRAORDINARY AT MERCK, AND IT SEEMED TO
3 BE THE PLACE THAT BEST FIT WITH MY BACKGROUND AND MY INTERESTS.
4 Q. WHAT DID YOU DO WHEN YOU ARRIVED AT THE COMPANY IN
5 NOVEMBER 1995?
6 A. I HAD, MY -- PRIMARY RESPONSIBILITY WAS TO WORK ON THE
7 VIOXX DEVELOPMENT PROGRAM. I WOULD SAY ABOUT 20 PERCENT OF MY
8 ACTIVITY WAS WORKING WITH CANCER RESEARCHERS AT MERCK WHO WERE
9 ALSO TRYING TO DEVELOP CANCER MEDICINES.
10 Q. THE JURY HAS HEARD FROM DR. NIES, WHO WAS THE HEAD OF THE
11 PROJECT TEAM THROUGHOUT THE DEVELOPMENT PROGRAM FOR VIOXX.
12 WERE YOU ALSO A MEMBER OF THE PROJECT TEAM?
13 A. YES, I WAS.
14 Q. AND HOW LONG WERE YOU ON THE PROJECT?
15 A. I WAS FORMERLY ON THE PROJECT TEAM UNTIL ABOUT THE TIME
16 THE DRUG WAS LAUNCHED, WHICH WAS JUNE OF 1999. I THEN HAD SOME
17 CONTINUED ACTIVITY WITH BOTH GIVING SCIENTIFIC TALKS ABOUT
18 VIOXX AND PLANNING SOME OF THE CANCER STUDIES, WHICH I THINK
19 WELL TALK ABOUT. BUT I WASN'T FORMERLY A MEMBER OF THE
20 PROJECT TEAM.
21 Q. WHAT WERE YOUR PRIMARY RESPONSIBILITY WITH RESPECT TO THE
22 VIOXX PROJECT TEAM?
23 A. WHEN I FIRST GOT THERE, MY RESPONSIBILITIES WERE TO DESIGN
24 AND CONDUCT STUDIES TO ASSESS THE USE OF VIOXX FOR THE
25 TREATMENT OF ACUTE PAIN. AND I ALSO DID ONE OF THE STUDIES

29  (Pages 1560 to 1563)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543734

Page 1564

1  LOOKING AT THE USE OF VIOXX IN PATIENTS WITH OSTEOARTHRITIS.
2  Q.  DOCTOR, THE JURY HAS HEARD A LOT ABOUT A STUDY THAT WAS
3  DONE BY A DR. FITZGERALD.  DID YOU HAVE ANY CONNECTION WITH
4  THAT STUDY?
5  A.  YES.  I WAS WHAT'S KNOWN AS THE CLINICAL MONITOR FOR THAT
6  STUDY.  SO ANYTIME WE DID A STUDY, THERE IS A PHYSICIAN WHO IS
7  INVOLVED IN DESIGNING THE STUDY AND CONDUCTING THE STUDY AND
8  WHAT WE CALL MONITORING THE STUDY, WHICH IS MONITORING PATIENTS
9  IN THE TRIAL, BOTH FOR SAFETY AND FOR EFFICACY.
10     THEN WHEN THE STUDY IS DONE AND IT GETS UNBLINDED, I
11  WAS THE PERSON WHO WROTE THE STUDY REPORT THAT MERCK SUBMITTED
12  TO THE FDA. AND I ALSO WORKED WITH OTHER OF THE AUTHORS TO
13  WRITE THE MANUSCRIPT THAT REPORTS THE RESULTS OF THE STUDY.
14  Q.  DOCTOR, GO AHEAD AND TAKE A LOOK IN YOUR BINDER TO
15  EXHIBIT 565.  WOULD YOU FIRST TELL US WHETHER YOU RECOGNIZE
16  THAT, DOCTOR?
17  A.  YEAH, THIS IS THE -- I DO RECOGNIZE THE DOCUMENT.
18  Q.  AND WHAT IS IT, SIR?
19  A.  IT'S THE PUBLICATION OF THE STUDY THAT WE DID WITH
20  GARRETT.
21  Q.  AND SO IS THIS THE PEER REVIEWED-PUBLICATION OF THE
22  FITZGERALD EXPERIMENT WE'VE HEARD SO MUCH ABOUT?
23  A.  YES.
24  Q.  AND I THINK I CAN FIND YOUR NAME RIGHT HERE.  IS THAT
25  RIGHT?

Page 1565

1  A.  YES, THAT'S MY NAME.
2  Q.  DOES THAT MEAN YOU WERE AN AUTHOR OR COAUTHOR OF THIS
3  STUDY AS WELL?
4  A.  YES, I WAS.
5  Q.  AND CAN YOU DESCRIBE WHAT YOUR CONTRIBUTION WAS TO THE
6  PEER-REVIEWED PUBLICATION?
7  A.  I DESCRIBED TO YOU WHAT I DID DURING THE STUDY, AND THE
8  MANUSCRIPT -- ACTUALLY, THE FIRST AUTHOR FRANCESCA AND I
9  ESPECIALLY AUTHORED THE MANUSCRIPT.  SHE WROTE SOME SECTIONS, I
10  WROTE SOME SECTIONS, AND THEN ALL OF THE AUTHORS WORKED
11  TOGETHER TO FINALIZE THE MANUSCRIPT.
12  Q.  WHO IS DR. CATELLA LAWSON?
13  A.  SHE WAS A -- AS I RECALL, SHE WAS A RESEARCH FELLOW
14  WORKING WITH GARRETT AT THE UNIVERSITY OF PENNSYLVANIA.
15  Q.  AND "GARRETT," YOU'RE REFERRING TO DR. FITZGERALD?
16  A.  YES.
17  Q.  AND HE'S A PHARMACOLOGIST AT THE UNIVERSITY OF
18  PENNSYLVANIA?
19  A.  YES, THAT'S CORRECT.
20  Q.  CAN YOU DESCRIBE TO THE JURY, SIR, WHAT THE PURPOSE WAS
21  FOR THE FITZGERALD EXPERIMENT?
22  A.  YEAH.  I THINK YOU HEARD THIS BRIEFLY FROM DR. NIES, AND I
23  WON'T GO INTO A LOT OF DETAIL.  ESSENTIALLY WE WANTED -- AS YOU
24  CAN TELL FROM THE TITLE OF THE PAPER, WE WANTED TO KNOW WHAT
25  EFFECT VIOXX WOULD HAVE ON THE ABILITY OF THE KIDNEY TO HANDLE

Page 1566

1  SALT AND WATER.
2     IT WAS KNOWN THAT TRADITIONAL NONSTEROIDALS WILL
3  BLOCK THE ABILITY OF THE KIDNEY TO ELIMINATE SALT AND WATER.
4  AND THAT'S WHY SOME PEOPLE HAD SWELLING IN THEIR HANDS OR FEET.
5  WHAT WE CALL EDEMA.  AND WHEN WE DID THE STUDY, NOBODY KNEW OF
6  WHAT EFFECT ON THE KIDNEYS WAS TO COX-EXHIBIT OR COX-2, SO WE
7  DID THE STUDY WITH VIOXX TO SEE IF IT WAS DUE TO COX-EXHIBIT OR
8  COX-2.
9  Q.  CAN YOU BASICALLY DESCRIBE THE PROTOCOL THAT WAS USED TO
10  STUDY THE SCIENTIFIC QUESTION YOU JUST POSED?
11  A.  SURE.  SO THE PATIENTS IN THE STUDY WERE BETWEEN THE AGES
12  OF 60 AND 80 YEARS OF AGE, AND WE CHOSE THOSE PATIENTS BECAUSE
13  THAT'S -- YOU KNOW, WE KNOW THAT PEOPLE WITH OSTEOARTHRITIS
14  TEND TO BE OLDER.  THEY WERE GENERALLY HEALTHY, AND THERE WERE
15  THINGS WE LOOKED FOR TO EXCLUDE THEM FROM THE STUDY; BUT ONCE
16  THEY WERE QUALIFIED, BECAUSE WERE LOOKING AT HOW THE BODY
17  HANDLES SALT AND WATER, WE HAD TO FIRST CONTROL THEIR DIET.
18     SO THAT THEY TOOK A FIXED AMOUNT OF SALT.  SO BEFORE
19  THEY CAME INTO THE STUDY, THEY WERE PUT ON A FIXED DIET.  WE
20  WOULD MEASURE THE AMOUNT OF SALT THAT THEY WERE TAKING IN BY
21  MEASURING THE AMOUNT OF SALT THAT THEY PUT OUT IN THEIR URINE
22  EACH DAY.  ONCE WE KNEW THAT THEY WERE ON A STABLE AMOUNT OF
23  SALT INTAKE, THEY WOULD GET RANDOMIZED TO EITHER A PLACEBO OR
24  50 MILLIGRAMS OF VIOXX OR THE COMPARATOR NSAID WHICH IN THIS
25  CASE WAS INDOMETHACIN, KNOWN AS INDOCIN.

Page 1567

1     WHEN THEY WERE RANDOMIZED, THEY STAYED IN A CLINICAL
2  RESEARCH UNIT EITHER AT THE UNIVERSITY OF PENNSYLVANIA OR
3  ANOTHER CLINICAL RESEARCH UNIT DOWN IN FLORIDA.  THEY WOULD
4  STAY THERE FOR 14 DAYS.  AGAIN STAYED ON THE CONTROL DIET,
5  STAYED ON THE TEST MEDICATION, AND ALL OF THEIR URINE WAS
6  COLLECTED FOR THOSE 14 DAYS.  WE WOULD MEASURE HOW MUCH URINE
7  THEY PRODUCED.  WE WOULD MEASURE HOW MUCH SALT WAS IN THE URINE
8  THEY PRODUCED.
9  Q.  DID YOU PERSONALLY VISIT ANY OF THE CLINICAL SITES THAT
10  WERE USED FOR THE EXPERIMENT?
11  A.  YES.  SO AS THE CLINICAL MONITOR, MY ROLE WAS TO SET UP
12  THE STUDY.  SO WHEN THE STUDY STARTED, I WOULD -- I WENT BOTH
13  TO THE FLORIDA SITE AND TO THE UNIVERSITY OF PENNSYLVANIA SITE
14  TO MAKE SURE THAT EVERYTHING WAS IN PLACE; THAT THE PEOPLE
15  THERE KNEW HOW TO CONDUCT THE STUDY, THEY KNEW WHAT THE
16  PROCEDURES WERE, AND THAT I WOULD GO PERIODICALLY DURING THE
17  STUDY TO BOTH SITES TO MAKE SURE THAT THEY WERE CONDUCTING THE
18  STUDY APPROPRIATELY.
19  Q.  WAS THE FITZGERALD URINE EXPERIMENT A NECESSARY PART OF
20  THE DEVELOPMENT OF THE DRUG?
21  A.  NO, FROM A REGULATORY POINT OF VIEW, IT'S NOT A REQUIRED
22  STUDY.  WE THOUGHT IT WAS A FASCINATING SCIENTIFIC STUDY
23  BECAUSE, AS I SAID, NOBODY KNEW WHETHER IT WAS COX-1 OR COX-2
24  THAT WAS RESPONSIBLE FOR THE EFFECT ON THE KIDNEYS.  AND SO IT
25  WAS REALLY A SCIENTIFIC STUDY TO ADDRESS THAT SCIENTIFIC

30  (Pages 1564 to 1567)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543735

1  QUESTION.

2  Q.  NOW, YOU MENTIONED THAT THE SCIENTISTS RUNNING THE STUDY

3  MEASURED THE SALT, THE AMOUNT OF SALT IN THE PATIENT'S URINE

4  THROUGHOUT THE COURSE OF THE STUDY. WERE THERE ANY OTHER

5  COMPOUNDS IN THE URINE THAT WERE ALSO MEASURED?

6  A.  YES. THERE ARE -- YOU'VE HEARD ALL ABOUT THROMBOXANE AND

7  PROSTACYCLIN. SO IN THIS STUDY, WE MEASURED THE BREAKDOWN

8  PRODUCTS OF BOTH THROMBOXANE AND PROSTACYCLIN IN THE URINE.

9  Q.  IS THAT BREAKDOWN PRODUCT CALLED A METABOLITE?

10 A.  YES.

11 Q.  AND SO HOW DOES THE BODY MAKE A METABOLITE FROM AN ENZYME

12 LIKE PROSTACYCLIN?

13 A.  PROSTACYCLIN IS NOT AN ENZYME. PROSTACYCLIN IS A

14 PROSTAGLANDIN. SO THE BODY MAKES PROSTACYCLIN. IT TURNS OUT

15 THE BODY MAKES PROSTACYCLIN IN MANY DIFFERENT PLACES. YOU'VE

16 HEARD A LOT OF IT BEING MADE IN THE BLOOD VESSELS. IT'S ALSO

17 MADE IN THE LUNG; IT'S MADE THE BRAIN; IT'S MADE IN KIDNEYS;

18 IT'S MADE IN THE STOMACH.

19       SO THERE ARE MANY PLACES THAT THE BODY MAKES

20 PROSTACYCLIN. WHEN IT MAKES PROSTACYCLIN, IT'S A -- WHEREVER

21 IT'S MADE, WHATEVER THE ROLE IT HAS IN THAT ORGAN, IT'S A

22 POTENT COMPOUND. SO IT ACTUALLY TURNS ITSELF OFF ALMOST

23 AUTOMATICALLY. IT ALMOST -- IF YOU MAKE PROSTACYCLIN, IT WILL

24 AUTOMATICALLY CONVERT TO AN INACTIVE CHEMICAL. ONCE THAT'S

25 DONE, THEN THE BODY CAN FURTHER BREAK DOWN THE PROSTACYCLIN AND

1  THEN IT GETS EXCRETED. THE BREAKDOWN PRODUCT GET SECRETED IN

2  THE URINE.

3  Q.  DID THE STUDY EVEN ATTEMPT TO MEASURE PROSTACYCLIN ITSELF?

4  A.  NO. IT DID NOT.

5  Q.  JUST ITS BREAKDOWN PRODUCT?

6  A.  JUST THE BREAKDOWN PRODUCT IN THE URINE.  AND IT WAS SORT

7  OF, WELL. WE'LL GET INTO THIS, THE FIRST TIME PEOPLE WERE

8  TRYING TO UNDERSTAND THE ROLE OF COX-1 AND COX-2 IN

9  PROSTACYCLIN PRODUCTION. THEY HAD ALREADY DONE STUDIES LOOKING

10 AT ITS EFFECT ON THROMBOXANE. SO THIS WAS THE FIRST

11 EXPERIMENT. AND THE ONLY ASSAY WE HAD TO USE REALLY WAS THE

12 URINE AND THE BREAKDOWN PRODUCT.

13 Q.  DID THE STUDY EVEN PURPORT TO ADDRESS THE AMOUNT OF

14 PROSTACYCLIN IN THE BLOOD SYSTEM?

15 A.  NO.

16 Q.  WHAT WAS THE HYPOTHESIS OF YOU AND YOUR COAUTHORS GOING

17 INTO THE STUDY TO THE QUESTION OF WHETHER COX-1 OR COX-2 WOULD

18 BE RESPONSIBLE FOR THIS BREAKDOWN PRODUCT IN THE URINE?

19 A.  WELL. THE QUESTION IS, WHEN WE WENT INTO THE STUDY, DID WE

20 THINK COX-1 OR COX-2 WAS MAKING THE PROSTACYCLIN, AND WE ALL

21 THOUGHT THAT IT WAS GOING TO BE COX-1 THAT MAKES PROSTACYCLIN.

22 Q.  WHEN YOU SAY YOU-ALL THOUGHT, WAS THAT ALSO TRUE OF THE

23 GENERALLY ACCEPTED VIEW IN SCIENCE GOING INTO THE FITZGERALD

24 EXPERIMENT?

25 A.  YES.  I THINK YOU'VE HEARD ABOUT COX-1 IS THE MACHINERY

1  THAT'S PRESENT IN NORMAL PEOPLE. COX-2 GETS TURNED ON WHEN YOU

2  HAVE INJURY OR INFLAMMATION. AND SO IN NORMAL HEALTHY PEOPLE,

3  IT WAS ASSUMED, SINCE PROSTACYCLIN IS MADE IN NORMAL HEALTHY

4  PEOPLE, THAT MUST COME FROM COX-1, BECAUSE GENERALLY THERE

5  ISN'T AT LOT OF COX-2 IN THE NORMAL PERSON.

6  Q.  SO LET'S SEE IF I CAN PUT UP HERE ON THE FLIP CHART, SIR,

7  WHAT ACCURATELY REFLECTS YOUR VIEW GOING INTO THE FITZGERALD

8  EXPERIMENT.  SO IF WE SAY BEFORE FITZGERALD, WHERE DO YOU

9  BELIEVE PROSTACYCLIN TO COME FROM?

10 A.  WELL. WHERE DID IT COME FROM?  IT'S MADE IN MANY PARTS OF

11 THE BODY. SO IT'S MADE CLEARLY IN THE BLOOD VESSELS; IT'S MADE

12 IN THE LUNGS; IT'S MADE IN THE BRAIN; IT'S MADE IN THE STOMACH;

13 IT'S MADE IN THE UTERUS: IT'S MADE IN UTERUS, IN THE PROSTATE

14 GLAND.

15 Q.  AND COX-1 OR COX-2, WHAT DID YOU BELIEVE GOING INTO

16 EXPERIMENT?

17 A.  THAT IT WAS COX-1.

18 Q.  WHAT WERE THE RESULTS OF THE STUDY, SIR?

19 A.  WE TALKED ABOUT THE SALT AND WATER -- WELL, I GUESS WE

20 A -- THE SALT AND WATER RESULTS SHOWED THAT WE SAW THE SAME

21 EFFECTS ON THE KIDNEYS' ABILITY TO HANDLE SALT AND WATER WITH

22 VIOXX THAT WE SAW WITH THE TRADITIONAL NSAID SO THAT TOLD US

23 FOR THE FIRST TIME THAT THAT EFFECT IS DUE TO COX-2. THAT

24 THERE IS COX-2 IN THE KIDNEYS NORMAL OF HEALTHY 60- TO

25 80-YEAR-OLDS. AND WHEN THEY ARE ON THIS PARTICULAR SALT DIET,

1  THE HANDLING OF SALT AND WATER IS METED BY COX-2.

2       WE SAW THE THROMBOXANE METABOLITE WAS UNAFFECTED BY

3  VIOXX, AND WE HAD SEEN THAT IN OTHER STUDIES AS WELL.  THAT

4  CONFIRMED THAT VIOXX DOESN'T AFFECT PLATELET FUNCTION.  AND

5  THEN WE SAW THAT THE PROSTACYCLIN METABOLITE IS DECREASED BY

6  BOTH VIOXX AND THE TRADITIONAL NSAID MORE THAN YOU WOULD SEE

7  WITH PLACEBO.

8  Q.  WHAT WAS YOUR REACTION TO THE RESULTS ONCE YOU LEARNED

9  THEM?

10 A.  WELL. THE HYPOTHESIS GOING IN FOR SALT AND WATER, THE WAY

11 THE PROTOCOL WAS WRITTEN, THE HYPOTHESIS WAS THAT VIOXX WOULD

12 BE THE SAME AS THE TRADITIONAL NSAIDS, AND IT WAS.  THE

13 THROMBOXANE WAS EXACTLY WHAT WE HAD SEEN IN OTHER STUDIES.

14       THE NEW RESULT THAT WAS REALLY QUITE SURPRISING TO

15 YOU-ALL WAS THE PGIM WAS AFFECTED BY VIOXX.  I REMEMBER THAT

16 THE METABOLITE, THE URINE ASSAYS FOR THE METABOLITES WERE DONE

17 IN DR. FITZGERALD'S LAB, SO I REMEMBER WHEN FRANCESCA CALLED ME

18 AND SAID, "WE HAVE THE RESULTS NOW FROM ALL THE URINALYSIS."

19 THROMBOXANE IS JUST AS WE EXPECTED, BUT VERY SURPRISING WE SEE

20 THAT THE PGIM HAS GONE DOWN AS WELL.

21 Q.  AND WAS PGIM, THE BREAKDOWN PRODUCT IN THE URINE, FROM

22 PROSTACYCLIN?

23 A.  YES.

24 Q.  DID YOU AND THE FOLKS AT MERCK SUBMIT THE FITZGERALD DATA

25 TO THE FDA?

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543736

Page 1572

1 A. YES, WE DID.

2 Q. AND DID YOU HAVE ANY HAND IN THE WRITING UP OF THE RESULTS

3 THAT WERE SENT TO THE FOOD AND DRUG ADMINISTRATION?

4 A. YES. SO EVERY STUDY THAT WE DO, WE WRITE WHAT'S KNOWN AS

5 A CLINICAL STUDY REPORT, OR "CSR" IS HOW IT'S ABBREVIATED,

6 WHICH IS A VERY LONG VERSION OF A PAPER, OF A MANUSCRIPT LIKE

7 YOU'VE SEEN. SO IN THAT WE SUMMARIZE THE EXPERIMENT, WE

8 SUMMARIZE HOW THE STUDY WAS CONDUCTED, ALL THE RESULTS, AND WE

9 GIVE TO THE FDA THE LISTINGS OF ALL THE RAW DATA FROM THE

10 STUDY. SO I WAS THE AUTHOR FOR THE CLINICAL STUDY REPORT FOR

11 THAT STUDY.

12 Q. COULD YOU TURN IN YOUR BINDER, SIR, TO EXHIBIT 434. IS

13 THERE ANYTHING IN THERE THAT LOOKS LIKE THAT?

14 A. OH. 434. OKAY.

15 Q. CAN YOU TELL US WHAT THAT IS?

16 A. YEAH. THIS IS THE CLINICAL STUDY REPORT THAT WAS

17 SUBMITTED TO THE FDA.

18      MR. ISMAIL: YOUR HONOR, I OFFER THE ADMISSION OF

19 EXHIBIT 434.

20      THE COURT: ANY OBJECTION?

21      MR. BEASLEY: NO OBJECTION.

22      THE COURT: LET IT BE RECEIVED AND MARKED.

23 BY MR. ISMAIL:

24 Q. AND YOU SAY THIS DOCUMENT WAS SENT TO THE FOOD AND DRUG

25 ADMINISTRATION; IS THAT RIGHT, DOCTOR?

Page 1573

1 A. YEAH. IT WAS SENT AS PART OF THE NEW DRUG APPLICATION.

2 Q. I WOULD ASK YOU TO JUST LOOK ON THE SCREEN. AND YOU SEE

3 YOUR SIGNATURE ANYWHERE HERE?

4 A. YES.

5 Q. ON THE, I GUESS, FAR RIGHT OF THE TOP ONE THERE.

6 A. THAT'S, UNFORTUNATELY, MY SIGNATURE. I DON'T WRITE VERY

7 CLEARLY.

8 Q. AND DOES THAT REFLECT YOUR SUBMISSION OF THIS STUDY REPORT

9 TO THE FOOD AND DRUG ADMINISTRATION?

10 A. YES, IT DOES.

11 Q. NOW, DID YOUR INVOLVEMENT WITH THE METABOLITE DATA END

12 UPON THE WRITING UP OF THE STUDY RESULTS?

13 A. NO. THE -- MAYBE I COULD JUST EXPLAIN A LITTLE BIT FOR THE

14 JURY WHAT MY ROLE WAS AS A SCIENTIST AT MERCK. SO I'VE TOLD

15 YOU I'VE DONE LABORATORY RESEARCH AND CLINICAL RESEARCH BEFORE

16 I CAME TO MERCK. ONCE I CAME TO MERCK, I WAS STILL A PHYSICIAN

17 SCIENTIST. SO I HAD BEEN ASKED ON NUMEROUS OCCASIONS TO GIVE

18 SCIENTIFIC TALKS ABOUT THE PHARMACOLOGY OF VIOXX AND THE

19 CLINICAL STUDIES THAT WE WERE DOING.

20      SO AS I CONTINUED TO DO THAT, THIS STUDY OBVIOUSLY

21 WAS ONE OF THE ONES THAT WE WOULD TALK ABOUT. AND AS PART OF

22 THAT JOB ROLE, I WOULD CONTINUE TO TALK WITH OTHER PEOPLE,

23 ACTUALLY ONE OF THE OTHER AUTHORS ON HERE, BARRY GERTZ, ABOUT

24 THE STUDIES THAT WERE GOING ON AT MERCK AND STUDIES GOING ON

25 ELSEWHERE.

Page 1574

1      GARRETT PUBLISHED ANOTHER STUDY IN WHICH HE DID THE

2 EXACT SAME EXPERIMENT WITH CELECOXIB, AND SO ALL OF US WHO HAD

3 WORKED ON THIS STUDY WERE QUITE INTERESTED TO FIGURE OUT WHY WE

4 SAW THE RESULT BECAUSE, AS I SAID, IT WAS VERY UNEXPECTED. WE

5 THOUGHT THAT COX-1 WAS THE SOURCE OF PROSTACYCLIN. SO AS PART

6 OF MY ONGOING DUTIES, I WAS STAYING INVOLVED AND UNDERSTANDING

7 THE EVOLVING SCIENCE IN THIS AREA.

8 Q. YOU SAY THAT DR. FITZGERALD DID A SIMILAR STUDY WITH

9 CELECOXIB. IS THAT CELEBREX?

10 A. YES, THAT'S RIGHT.

11 Q. AND AS PART OF YOUR RESPONSIBILITIES AT MERCK, DID YOU

12 CONTINUE TO DISCUSS WITH THE FOLKS IN THE PHARMACOLOGY GROUP

13 THE ONGOING RESEARCH INTO THE AREA OF THIS URINARY METABOLITE

14 STUDY?

15 A. WITH THE GROUP IN THE PHARMACOLOGY GROUP, WITH FRANCESCA,

16 AT SCIENTIFIC MEETINGS, YES.

17 Q. THE JURY HAS HEARD ABOUT SIR JOHN VANE?

18 A. YES.

19 Q. WHO WAS A PROMINENT PHARMACOLOGIST IN THE AREA OF

20 PROSTACYCLIN; IS THAT RIGHT?

21 A. THAT'S CORRECT.

22 Q. DID YOU EVER SPEAK AT SCIENTIFIC CONFERENCES ORGANIZED BY

23 DR. VANE?

24 A. I DID. DR. VANE HAD AN ANNUAL -- HE WAS AN EXPERT IN

25 PROSTACYCLINS -- AND USUALLY, AT LEAST ONCE A YEAR, SCIENTIFIC

Page 1575

1 SYMPOSIUM THAT HE WOULD ORGANIZE. AND I WAS INVITED THERE TO

2 TALK ABOUT, AGAIN, THE PRECLINICAL WORK, THE EARLY CLINICAL

3 WORK. AND THE -- I THINK AT THAT POINT WE WERE PROBABLY JUST

4 STARTING PHASE III WHEN I SPOKE AT THAT SYMPOSIUM.

5 Q. NOW, GOING BACK TO YOUR STATE OF MIND UPON LEARNING THE

6 RESULTS OF THE URINE DATA ON PROSTACYCLIN METABOLITE, DID YOU

7 BELIEVE THAT THERE WERE ANY OPEN QUESTIONS REGARDING THE

8 SIGNIFICANCE OF THAT DATA?

9 A. I THINK THERE WERE ONLY OPEN QUESTIONS. ALL WE HAD WAS

10 THAT THIS METABOLITE WAS DECREASED IN THE URINE. AND WHY THAT

11 HAPPENED, WE DIDN'T KNOW. IF IT WAS RELATED TO THE PRODUCTION

12 OF THE PROSTACYCLIN IN THE BODY, WE DIDN'T KNOW WHERE THAT WAS.

13 AND SO TO EXTRAPOLATE FROM THIS TO ANY CLINICAL IMPLICATIONS

14 WAS REALLY QUITE DIFFICULT AT THAT POINT. ALL WE HAD WAS THE

15 URINE METABOLITE.

16 Q. DID YOU AND YOUR COAUTHORS WRITE INTO THE PEER-REVIEWED

17 ARTICLE SOME OF THE OPEN QUESTIONS THAT YOU BELIEVED TO BE PART

18 OF THE STUDY ITSELF?

19 A. YES, WE DID. SO MAYBE YOU WANT TO START AT THE BEGINNING

20 OF THAT PARAGRAPH JUST TO AGAIN EMPHASIZE THAT ALL OF US, AS WE

21 WROTE THE PAPER, WE NOTED THE ADDITIONAL FINDING, AND WE SAID

22 THIS WAS UNEXPECTED BECAUSE COX-1, NOT COX-2, IS EXPRESSED BY

23 ENDOTHELIA AND VASCULAR --

24 Q. DOCTOR, DOES THAT POINT ABOUT IT BEING UNEXPECTED REFLECT

25 YOUR STATE OF MIND GOING INTO THE STUDY THAT IT WAS COX-1 THAT

32  (Pages 1572 to 1575)

DAILY COPY

M005543737

Page 1576

1 WAS GOING TO BE RESPONSIBLE FOR THE PROSTACYCLIN?
2 A. ABSOLUTELY.
3 Q. PLEASE CONTINUE.
4 A. THEN IF YOU GO DOWN TO THE END OF THAT PARAGRAPH, WE TALK
5 ABOUT SOME OF THE POTENTIAL EXPLANATIONS FOR THIS. SO ONE, THE
6 FIRST ONE, AS WE SAY, IT IS FORMALLY POSSIBLE THAT THE
7 INHIBITIONS OF URINARY PGIM REFLECTS THE PROPERTY OF MK966 IN
8 ADDITION TO BUT DISTINCT FROM ITS CAPACITY TO INHIBIT COX-2.
9 Q. WHAT DOES THAT REFLECT?
10 A. LET ME PUT WHAT IN SIMPLE LANGUAGE. YOU'VE HEARD ABOUT
11 MECHANISM-BASE EFFECTS, THE WAY THE DRUG WORKS. NOW, IT'S,
12 WHEN YOU DO THIS ONE STUDY, THE ONLY STUDY YOU HAVE IS, AS WE
13 SAY FORMALLY POSSIBLE FROM A SCIENTIFIC POINT OF VIEW THAT THIS
14 IS NOT DUE TO THE FACT THAT VIOXX INHIBITS COX-2 AT ALL. BUT
15 IT IS ON THE OTHER PROPERTY.
16      THE BEST EXAMPLE IS IF YOU GET A RASH FROM A
17 MEDICATION, THAT'S NOT BECAUSE OF THE WAY THE MEDICATION WORKS;
18 IT'S BECAUSE OF THE SOME CHEMICAL PROPERTIES OF THE DRUG. SO
19 THAT WAS ONE FORMAL POSSIBILITY.
20 Q. DID THE SCIENTISTS AT MERCK, FOLLOWING UP ON THE OPEN
21 QUESTION LEFT IN YOUR ARTICLE, EXAMINE THAT QUESTION THERE?
22 A. THEY DID. AND A SIMPLE WAY TO ADDRESS THIS IS JUST TO
23 TEST OTHER CHEMICALS THAT ALSO INHIBIT COX-2, LIKE VIOXX. AND
24 ASK DO THEY THE SAME THING. SO THEY DID EXPERIMENTS IN DOGS,
25 WHERE THEY GAVE OTHER COX-2 INHIBITORS AND ASKED: DO YOU SEE

Page 1577

1 THE SAME EFFECT? AND THE ANSWER WAS: YOU DO. SO THAT TOLD US
2 TWO THINGS: NUMBER ONE, THE SAME THING HAPPENS IN DOGS THAT
3 HAPPENS IN PEOPLE, SO NOW WE CAN USE DOGS TO FURTHER STUDY
4 THIS; AND THE SECOND THING IT TELLS YOU IS THAT THIS IS DUE TO
5 THE INHIBITION OF COX-2.
6 Q. AND WERE YOU EXPOSED TO THAT DATA THROUGH CONVERSATIONS
7 WITH YOUR COLLEAGUES AND LECTURING AT SCIENTIFIC CONFERENCE
8 FOLLOWING THE COMPLETION OF THIS STUDY?
9 A. YES.
10 Q. AND THEN YOU GO ON, WERE THERE OTHER OPEN QUESTIONS LEFT
11 IN THIS?
12 A. RIGHT. SO THE NEXT SENTENCE IS: I'LL READ IT AND THEN
13 I'LL EXPLAIN IT. "MK966 MIGHT INHIBIT BETA OXIDATION OF
14 PROSTANOIDS; THEREFORE SHIFTING THE PROSTACYCLIN TO TOWARD OUR
15 PRODUCTS. DATA OXIDATION IS, REMEMBER I TOLD YOU THAT
16 PROSTACYCLIN AUTOMATICALLY CONVERTS INTO ITSELF SOMETHING
17 THAT'S INACTIVE AND THEN THE LIVER BREAKS IT DOWN. BETA
18 OXIDATION IS WHAT ACTUALLY HAPPENS IN THE LIVER.
19      SO YOU COULD ASK, WELL, WE DIDN'T SEE THE METABOLITE
20 IN THE URINE. IF WE HAD INHIBITED THE LIVER'S ABILITY TO MAKE
21 METABOLITE, THEN THAT WOULD EXPLAIN WHY YOU DON'T SEE IT. THE
22 BODY IS NOT MAKING IT. SO THAT WAS AGAIN A QUESTION. AND
23 MERCK'S SCIENTISTS DID EXPERIMENTS TO ADDRESS THAT ONE.
24 Q. WHAT WAS THE RESULTS OF THOSE EXPERIMENTS?
25 A. THE WAY THOSE EXPERIMENTS WERE DONE. AGAIN JUST TO GET THE

Page 1578

1 APPRECIATION OF THE SCIENCE THAT'S DONE IN MERCK, FROM RATS,
2 DOGS, AND HUMANS, THEY TOOK SECTIONS OF THE LIVER, WHICH IS
3 WHERE THIS REACTION OCCURS, AND THEY WORKED OUT A WAY THAT THEY
4 COULD MEASURE THIS BETA OXIDATION IN LIVER EXTRACTS AND THEN
5 NEXT ADD COX-2 INHIBITORS AND SEE IF IT AFFECTS THIS, AND THE
6 ANSWER IS IT DOESN'T. SO THE EXPLANATION FOR THIS IS NOT THAT
7 WERE AFFECTING THE BODY'S ABILITY TO MAKE THE BREAKDOWN
8 PRODUCT.
9 Q. AND THE FINAL SENTENCE HERE, SIR?
10 A. THE FINAL ONE IS THAT MK966 MIGHT DIRECTLY REDUCE THE
11 RENAL CLEARANCE. SO THIS IS -- REMEMBER I TOLD YOU THAT VIOXX
12 DECREASED THE ABILITY OF THE KIDNEY TO PUT SALT AND WATER INTO
13 THE URINE. SO ITS SORT OF BLOCKING THAT PATHWAY. YOU COULD
14 HYPOTHESIZE THAT MAYBE THAT'S THE EXACT SAME THING FOR THE
15 BREAKDOWN PRODUCT. SO ITS AFFECTING THE KIDNEY SO THE KIDNEY
16 CAN'T PASS THE BREAKDOWN PRODUCT INTO THE URINE. AND AGAIN,
17 YOU WOULD SEE LESS OF IT IN THE URINE SIMPLY BECAUSE IT'S
18 AFFECTING THE KIDNEY. AND SO MERCK SCIENTISTS DID ADDRESS THAT
19 QUESTION AS WELL, AND THAT'S NOT THE EXPLANATION.
20 Q. SO AFTER MERCK SCIENTISTS HAD FOLLOWED UP ON THE OPEN
21 QUESTIONS THAT WERE ARTICULATED IN THE ARTICLE, WHAT ELSE,
22 GOING BACK TO YOUR STATE OF MIND BACK AT THE TIME, DID YOU
23 BELIEVE WERE THE REMAINING OPEN QUESTIONS THAT NEEDED TO BE
24 ADDRESSED?
25 A. SO AT THIS POINT, I THINK WE HAD GONE THROUGH A LOT OF THE

Page 1579

1 POTENTIAL EXPLANATIONS, AND WE ALL AGREED THAT NOW IT IS PRETTY
2 CLEAR THAT, SOMEWHERE IN THE BODY, VIOXX IS INHIBITING THE
3 PRODUCTION OF PROSTACYCLIN. AND THE QUESTION THEN IS, WELL,
4 WHERE IN THE BODY IS THAT HAPPENING?
5      SO I TOLD YOU THAT THE PROSTACYCLIN IS MADE IN MANY
6 PLACES: THE BLOOD VESSELS, THE LUNGS, THE BRAIN, THE STOMACH,
7 THE UTERUS, THE PROSTATE GLAND. WHEN WE LOOKED AT THIS
8 PARTICULAR STUDY. WE HAD BOTH MEN AND A WOMAN IN THE STUDY.
9 AND YOU SEE THE EFFECT IN BOTH MEN AND WOMEN.
10      SO THAT TELLS YOU ITS NOT THE UTERUS AND ITS NOT
11 THE PROSTATE GLAND BECAUSE ITS HAPPENING IN SOME ORGAN THAT
12 BOTH MEN AND WOMEN HAVE. SO THAT SEEMED TO RULE THAT OUT. THE
13 NEXT OBVIOUS PLACE THAT PEOPLE WANTED TO DIRECTLY LOOK AT WAS
14 THE BLOOD VESSELS.
15 Q. AND GOING BACK, ARE YOU AWARE OF ANIMAL TESTING THAT WAS
16 DONE TO INVESTIGATE THIS QUESTION OF WHETHER COX-2 INHIBITION
17 EFFECTS PROSTACYCLIN IN THE BLOOD SYSTEM?
18 A. YES.
19 Q. AND DO YOU KNOW WHEN THOSE STUDIES WERE DONE AT MERCK?
20 A. THEY WERE DONE IN 1998, PROBABLY THE BEGINNING OF 1999.
21 Q. AND DID YOU HAVE CONVERSATIONS WITH YOUR COLLEAGUES AT
22 MERCK TO DISCUSS THE RESULTS OF THOSE STUDIES?
23 A. YES, I DID.
24 Q. AND DID YOU PRESENT THE RESULTS OF THOSE STUDIES AT
25 SCIENTIFIC CONFERENCES AS PART OF YOUR JOB DUTIES AS MERCK?

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543738

1  A.  LATER, AFTER I WAS OFF THE VIOXX PROJECT TEAM: BUT, AS
2  PART OF MY DUTIES I DID PRESENT.
3  Q.  I WOULD ASK YOU TO TURN YOUR BINDER TO EXHIBIT.
4  PLAINTIFF'S EXHIBIT 2.0231, 2.0231.
5  A.  YES.
6  Q.  DO YOU RECOGNIZE THAT ARTICLE, SIR?
7  A.  YES.  THIS IS A REPORT OF THE EXPERIMENTS I WAS TALKING
8  ABOUT, LOOKING DIRECTLY AT BLOOD VESSELS AND ASK WHETHER VIOXX
9  AFFECTS THE PROTECTION OF PROSTACYCLIN IN BLOOD VESSELS.
10 Q.  HAVE I SHOWN ON THE SCREEN THE SCIENTIFIC ARTICLE THAT
11 YOU'RE REFERRING TO?
12 A.  YES.  THIS IS ONE.
13 Q.  CAN YOU EXPLAIN WHAT THIS EXPERIMENT LOOKED INTO?
14 A.  SURE.  CAN I DRAW HERE?
15     SO THAT THE MODEL THAT'S USED HERE ARE RABBITS.  AND
16 YOU CAN SEE FROM THE TITLE HERE THEY ARE CALLED
17 "CHOLESTEROL-FED RABBITS."  SO THE WAY THE EXPERIMENT IS DONE
18 IS THERE ARE TWO GROUPS OF RABBITS IN THE STUDY.  SO HALF THE
19 RABBITS GET A NORMAL RABBIT DIET, WHICH IS HIGH FIBER; AND THE
20 OTHER HALF OF THE RABBITS GET A HIGH-CHOLESTEROL DIET.
21     AND THE REASON THIS IS DONE IS THE RABBITS WHO GET
22 FED HIGH-CHOLESTEROL DIETS DEVELOP ATHEROSCLEROSIS, JUST LIKE
23 PEOPLE DO, SO YOU CAN USE THIS AS A MODEL TO LOOK AT BLOOD
24 VESSELS FROM BOTH NORMAL AND ATHEROSCLEROTIC PLAQUE.  AFTER
25 THEY FEED THE RABBITS, THEY TAKE A BLOOD VESSEL FROM THE

1  RABBIT.  AND I'M JUST GOING TO -- THE WAY I'M GOING TO DRAW IS
2  THIS:  IF YOU THINK ABOUT GOING TO THE DELI AND THEY MAKE
3  SECTIONS OF THE BALONEY OR THE SALAMI, YOU TAKE ONE OF THOSE
4  SECTIONS AND LIE IT DOWN ON A SLIDE, AND YOU CAN TAKE A VERY
5  THIN SECTION AND LOOK AT THE BLOOD VESSEL.
6      SO THIS IS A PICTURE OF A BLOOD VESSEL.  JUST THINK
7  OF IT LIKE A GARDEN HOSE.  IF YOU CUT A GARDEN HOSE AND LAY IT
8  DOWN, THIS IS THE CENTER PART WHERE THE BLOOD FLOWS THROUGH AND
9  THIS IS THE MUSCLE AND ALL THE OTHER STUFF.  YOU TAKE ONE FROM
10 NORMAL AND YOU TAKE ONE FROM THE RABBITS THAT GOT FED
11 CHOLESTEROL.  THEN WHAT THEY DO IS THERE IS A TOOL THAT YOU CAN
12 USE TO LOOK AT THE BLOOD VESSEL AND ASK DOES IT HAVE COX-1 OR
13 DOES IT HAVE COX-2.
14     WHEN YOU LOOK IN THE NORMAL BLOOD VESSELS, JUST AS WE
15 HAD THOUGHT WHEN WE DID THE THING HERE, THE ONLY THING YOU SEE
16 HERE IS COX-1.  THE NORMAL BLOOD VESSEL ONLY HAS COX-1.  AND
17 THAT'S WHAT WE HAD SAID IN OUR PAPER WHEN WE HAD DONE THE
18 EXPERIMENT WITH GARRETT.  AND THIS STUDY CONFIRMED THAT.  IF
19 YOU NOW LOOK AT THE CHOLESTEROL-FED RABBITS, THE REASON I MADE
20 THIS SORT OF -- THESE RABBITS HAVE PLAQUE.  THE STUFF THAT
21 YOU'VE HEARD ABOUT.  THEY HAVE ATHEROSCLEROSIS.  AND IN THE
22 ATHEROSCLEROSIS, ATHEROSCLEROTIC PLAQUE, YOU SEE COX-2.  BUT IN
23 THE REST OF THE NORMAL PART OF THE VESSEL, YOU SEE COX-1.  AND
24 IF YOU TRY TO ESTIMATE WHICH ONE IS MORE OR LESS, MOST OF THE
25 BLOOD VESSEL COX -- IS COX-1, BUT THERE IS SOME THAT COMES FROM

1  COX-2.  THERE IS SOME COX-2 IN THE ATHEROSCLEROSIS PART.
2      THEN WHAT THESE SCIENTISTS DID IS HAVE A LITTLE PIECE
3  OF A BLOOD VESSEL.  VERY SIMPLE EXPERIMENT.  I JUST PUT THAT
4  BLOOD VESSEL INTO A TEST TUBE.  I COULD DO THAT IN BOTH CASES.
5  YOU PUT THE BLOOD VESSEL IN THE TEST TUBE WITH A LITTLE BIT OF
6  SOLUTION, AND THEN YOU CAN TAKE FROM THE SOLUTION AND MEASURE,
7  IS THERE PROSTACYCLIN BEING MADE IN THE RABBIT'S BLOOD VESSEL.
8      ONCE YOU HAVE THIS SYSTEM SET UP, NOW WHAT YOU CAN DO
9  IS SIMPLY ADD TO THE TEST TUBE WHATEVER CHEMICAL, WHATEVER DRUG
10 YOU WANT AND ASK: DOES IT AFFECT THE PRODUCTION OF
11 PROSTACYCLIN?  SO THEY DID THAT BOTH FOR THE NORMAL BLOOD
12 VESSELS AND FOR THE BLOOD VESSELS THAT HAVE PLAQUE.  THEY
13 BASICALLY ASKED:  DOES VIOXX AFFECT THE PRODUCTION OF
14 PROSTACYCLIN IN BLOOD VESSELS?  WHICH IS REALLY THE ESSENTIAL
15 QUESTION THAT WAS RAISED BY THE GARRETT PAPER.
16 Q.  AND, SIR, WAS THIS EXPERIMENT DONE BY LABORATORY
17 SCIENTISTS AT MERCK?
18 A.  YES, IT WAS.
19 Q.  AND DID YOU DISCUSS WITH YOUR COLLEAGUES THE RESULTS OF
20 THE STUDY?
21 A.  YES, I DID.
22 Q.  AND DID YOU PRESENT AT SCIENTIFIC CONFERENCES THE RESULTS
23 OF THE STUDY?
24 A.  LATER IN MY TIME AT MERCK, YES, I DID.
25 Q.  AND CAN YOU PLEASE TELL THE JURY WHAT THE RESULTS OF THE

1  STUDY RESULTS WERE?
2  A.  DO YOU WANT TO ACTUALLY SHOW SOME OF THE DATA?
3  Q.  YOU WANT TO GO WITH ONE OF THE GRAPHS?
4  A.  YEAH.  LET ME SEE.  GO TO FIGURE 6.  AND JUST BLOW UP THE
5  PANEL A.  SO DOES ANYBODY HAVE A POINTER?  OR A -- SO THIS
6  EXPERIMENT, THIS IS THE EXPERIMENT I WAS TALKING ABOUT WITH THE
7  TEST TUBES.  SO THESE ARE NORMAL BLOOD VESSELS.  YOU PUT THEM
8  IN THE TEST TUBE AND YOU MEASURE HOW MUCH PROSTACYCLIN.  NOW,
9  WHAT YOU SEE HERE OVER THE SIDE IS THEY CALL IT SIX KETO PGF1
10 ALPHA, WHICH PROSTACYCLIN AUTOMATICALLY CONVERTS ITSELF INTO,
11 SO THAT'S THE CLOSEST YOU CAN GET TO MEASURE --
12 Q.  THAT'S THE -- ON THE VERTICAL AXIS?
13 A.  SO THE HEIGHT OF THE BAR IS HOW MUCH PROSTACYCLIN IS MADE
14 BY THE BLOOD VESSEL.  AND SO THE CONTROL HERE -- I'M GOING TO
15 WALK OVER HERE.  IS THAT OKAY?
16 Q.  SURE.
17 A.  SO THE CONTROL IS THIS BAR HERE.  PLUS ARACHIDONIC ACID.
18 THAT'S HOW THEY GET THE REACTION TO.  THEY ADD ROFECOXIB, TO
19 THE TEST TUBE, AND THEY ASK WHAT EFFECT DOES IT HAVE ON THE
20 PRODUCTION OF PROSTACYCLIN.  AND IT'S ADDED IN TWO DIFFERENT
21 CONCENTRATIONS.  SO THE ONE, WHICH IS ONE MICA (SPELLED
22 PHONETICALLY) THAT'S THE CONCENTRATION THAT YOU WOULD SEE IN
23 THE BLOOD OF A PERSON WHO TAKES 25 MILLIGRAMS OF VIOXX.  AND
24 THE 10, WHICH IS TEN MICA (SPELLED PHONETICALLY) IS AN
25 CONCENTRATION OF THE BLOOD OF SOMEONE WHO TOOK 250 MILLIGRAMS.

DAILY COPY

Page 1584

1 SO THEY ARE TESTING BOTH 25 AND 250.

2     SO WHAT YOU CAN SEE IS AT THE HEIGHT OF THE BAR

3 DOESN'T CHANGE WHEN YOU ADD VIOXX TO THE TEST TUBE. IF YOU

4 LOOK UP LITTLE BIT, THAT STATISTICALLY IS NO DIFFERENT. SO

5 WHAT THIS TELLS YOU IS THAT, IN THESE BLOOD VESSELS, FROM

6 THE -- THESE ARE THE NORMAL RABBITS -- THE AMOUNT OF

7 PROSTACYCLIN MADE BY THE BLOOD VESSELS IS UNAFFECTED BY VIOXX.

8 Q. WAS THERE AN ACTIVE CONTROL IN THE EXPERIMENT SO THAT YOU

9 KNEW THAT THE EXPERIMENT ACTUALLY TESTS THE PRODUCTION OF

10 PROSTACYCLIN?

11 A. RIGHT. THE ACTIVE CONTROL IS DOWN HERE, THE VERY END ONE

12 IS CALLED IT'S INDOMETHACIN, THE SAME TRADITIONAL NSAID THAT WE

13 HAD USED IN THE EXPERIMENT WITH DR. FITZGERALD AND THAT CLEARLY

14 BRINGS DOWN THE PROSTACYCLIN. SO IF YOU COMPARE THE HEIGHT OF

15 THAT BAR TO THE CONTROL, YOU CAN SEE IT'S DRAMATICALLY

16 DECREASED. WHY DID THAT BRING IT DOWN? BECAUSE IT INHIBITS

17 COX-1. SO THIS SHOWS YOU COX-1 IS THE SOURCE OF PROSTACYCLIN

18 IN BLOOD VESSELS. AND MOST IMPORTANTLY, VIOXX DOES NOT AFFECT

19 PROSTACYCLIN AT ALL IN THE BLOOD VESSEL, WHICH IS EXACTLY WHAT

20 WE WOULD HAVE EXPECTED, BECAUSE YOU DON'T EVEN HAVE COX-2

21 MACHINERY IN THE BLOOD VESSELS.

22 Q. THAT EXPLANATION YOU JUST GAVE, SIR, THAT REFLECTS YOUR

23 STATE OF MIND BACK IN TIME WHEN YOU WERE DELIVERING THE RESULTS

24 OF THE STUDY AT SCIENTIFIC CONFERENCES?

25 A. YES.

Page 1585

1 Q. NOW, DOES THIS EXPERIMENT ALSO TEST WHAT HAPPENED IN A

2 BLOOD VESSEL THAT HAD PLAQUE IN IT?

3 A. YES, IT DOES. SO I THINK IT'S FIGURE 7.

4     THE COURT: CAN HE GET BACK ON THE MICROPHONE.

5 BY MR. ISMAIL:

6 Q. AND JUST TO ORIENT, WE AGAIN HAVE THE CONTROL PLUS A

7 ROFECOXIB, THAT'S VIOXX. AND OFF TO THE FAR RIGHT, WE HAVE AN

8 ACTIVE CONTROL, AND THAT'S THE COX-1 INHIBITOR; IS THAT RIGHT?

9 A. RIGHT. SO WHAT YOU SEE HERE, THESE ARE THE BLOOD VESSELS

10 THAT CAME FROM THE RABBITS THAT HAVE ATHEROSCLEROSIS. AS I

11 TOLD YOU, THERE IS COX-2 IN THAT BLOOD VESSEL. THAT'S PRETTY

12 CLEAR WHEN YOU LOOK FOR IT. BUT WHEN YOU'VE ASKED IS IT

13 CONTRIBUTING TO THE PRODUCTION OF PROSTACYCLIN, IT REALLY ISN'T

14 BECAUSE WHEN YOU ADD VIOXX, AGAIN, BOTH AT THE 25-MILLIGRAM

15 DOSE OR THE 250-MILLIGRAM, THE EQUIVALENT OF THOSE DOSES, YOU

16 SEE NO EFFECT OF THE PROSTACYCLIN PRODUCTION BY THE BLOOD

17 VESSEL --

18 Q. GOING BACK TO YOUR STATE OF MIND AND YOUR CONVERSATIONS

19 WITH YOUR COLLEAGUES, WHAT DID IT TELL YOU, THEN, WAS THE

20 SOURCE OF PROSTACYCLIN PRODUCTION IN THE BLOOD?

21 A. WELL, IT DIDN'T TELL US WHAT IT WAS. IT CERTAINLY

22 STRONGLY SUGGESTED THAT IT WAS NOT THE BLOOD VESSEL. AND THERE

23 WERE, AGAIN, AS I SAID, GARRETT HAD DONE THIS SAME EXPERIMENT

24 HE DID WITH US. HE DID WITH CELECOXIB, AND SAW A SIMILAR

25 RESULT. THAT WAS DONE IN YOUNG, HEALTHY, NORMAL VOLUNTEERS.

Page 1586

1 OUR STUDY WAS DONE IN 60- TO 80-YEARS-OLDS. HIS WAS DONE IN

2 NORMAL, HEALTHY VOLUNTEERS, AND HE SAW THE SAME THING.

3     SO AGAIN, IN HEALTHY VOLUNTEERS WHERE THERE IS NO

4 COX-2 IN THEIR BLOOD VESSELS, YOU'RE SEEING THE DECREASE IN

5 PGIM. THAT PLUS THIS DATA, PLUS OTHER DATA, I THINK, REALLY

6 LED TO THE CONCLUSION THAT, YES, VIOXX DOES AFFECT PROSTACYCLIN

7 PRODUCTION. IT DOESN'T AFFECT PROSTACYCLIN PRODUCTION IN BLOOD

8 VESSELS.

9 Q. WOULD YOU PLEASE TURN YOUR BINDER TO TAB 546, PLEASE.

10 A. YES.

11 Q. DOCTOR, DID YOU, BACK AT THE TIME THAT YOU RECEIVED THE

12 RESULTS OF THE URINARY METABOLITE STUDY, LEARN WHETHER THERE

13 WERE ANY OTHER DRUGS THAT ALSO REDUCED THE METABOLITES OF

14 PROSTACYCLIN IN THE URINE?

15 A. YES, I DID.

16 Q. AND IF YOU LOOK AT EXHIBIT 546, DO YOU RECOGNIZE THAT

17 DOCUMENT, SIR?

18 A. YES. THIS IS A COPY OF A PUBLISHED ARTICLE THAT WAS SENT

19 TO ME BY BARRY GERTZ. I MENTIONED BARRY WAS ONE OF THE OTHER

20 PEOPLE ON THE STUDY REPORT THAT WE HAD DONE WITH GARRETT. SO I

21 WAS HAVING ONGOING CONVERSATIONS WITH BARRY. HE SENT ME THIS

22 PAPER.

23 Q. AND SO IF WE LOOK ON THIS COPY OF THE ARTICLE, WE SEE THE

24 HANDWRITTEN NOTATION THERE.

25 A. YEAH. IT SAYS, "BM, FYI BARRY." "BM" IS ME, BRIGGS

Page 1587

1 MORRISON.

2 Q. AND HE IS BARRY GERTZ?

3 A. YES.

4 Q. WHAT WAS HIS ROLE AT THE TIME?

5 A. HE WAS THE HEAD OF CLINICAL PHARMACOLOGY AT MERCK AT THE

6 TIME.

7 Q. AND, SIR, BRIEFLY, WHAT DID THIS SCIENTIFIC ARTICLE

8 ADDRESS?

9 A. WELL, IT WAS QUITE STRIKING WHEN WE FOUND THIS ARTICLE

10 BECAUSE IT'S EXACTLY THE SAME EXPERIMENT THAT WE HAD DONE IN

11 COLLABORATION WITH GARRET AND A GROUP IN FLORIDA, WHERE THEY

12 ESSENTIALLY ADMINISTERED IN THIS CASE TYLENOL, ACETAMINOPHEN,

13 AND DID THE SAME EXACT THING WE DID: THEY MEASURED URINARY

14 METABOLITES OF THROMBOXANE AND URINARY METABOLITES OF

15 PROSTACYCLIN, THIS PGIM.

16 Q. AND, SIR, ARE YOU AWARE OR WERE YOU AWARE AT THE TIME OF

17 ANY DATA OR THEORY OR ARTICLE THAT SUGGESTS THAT TYLENOL

18 INCREASES THE RISK OF CARDIOVASCULAR EVENTS?

19 A. NO.

20 Q. WHAT IMPACT, IF ANY, DID THIS ARTICLE HAVE ON YOUR

21 THINKING AS TO THE CLINICAL RELEVANCE OF THE URINE STUDY THAT

22 YOU WERE PART OF WITH DR. FITZGERALD?

23 A. WELL, AGAIN, SO HERE YOU HAVE ANOTHER DRUG THAT GIVES YOU

24 THE EXACT SAME URINE METABOLITE RESULT THAT VIOXX DOES; THAT

25 IS, IT DOESN'T AFFECT THE THROMBOXANE METABOLITE; IT DOES

35  (Pages 1584 to 1587)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543740

Page 1588

1  AFFECT THE PROSTACYCLIN METABOLITE. AND YET TYLENOL, THERE IS
2  NO SUGGESTION THAT TYLENOL HAS -- THERE IS ANY CLINICAL
3  IMPLICATIONS OF TYLENOL. SO THAT WAS REASSURING TO US AND AT
4  LEAST RAISED THE QUESTION OF WHETHER THERE WAS ANY CLINICAL
5  SIGNIFICANCE TO THE RESULT THAT WE HAD GOTTEN WITH GARRETT.
6  Q. DID YOU AND YOUR COLLEAGUES AT MERCK LOOK INTO THE
7  QUESTION AT THE TIME WHETHER THE ROLE OF VIOXX COULD HAVE ANY
8  IMPACT ON THE CARDIOVASCULAR SYSTEM? DID YOU LOOK AT ANY
9  EXISTING CLINICAL DATA THAT YOU HAD?
10 A. YES. SO WHEN -- SO I'VE SORT OF JUMPED A LITTLE AHEAD
11 HERE ON THE TIME LINE. SO WHEN WE GOT THE RESULT, CLEARLY THE
12 RESULT WAS UNEXPECTED. BUT IT WAS IN 60- TO 80-YEAR-OLDS.
13 THERE WAS A POTENTIAL THAT THIS PROSTACYCLIN WAS COMING FROM
14 BLOOD VESSELS. I THINK NOW WE KNOW THAT'S NOT THE CASE. BUT
15 AT THE TIME WE WERE CERTAINLY CONCERNED THAT IF THAT WAS THE
16 CASE, WOULD THIS HAVE ANY EFFECT.
17      AND SO THE PROJECT TEAM DISCUSSED THIS, AND WE DID A
18 SORT OF QUICK CHECK OF THE DATA THAT WE ALREADY HAD IN HAND ON
19 PATIENTS ON VIOXX TO SEE WAS THERE ANY EVIDENCE AT ALL IN
20 CLINICAL TRIALS WE HAD DONE SO FAR THAT VIOXX WAS ASSOCIATED
21 WITH AN INCREASED RISK OF CARDIOVASCULAR DISEASE ADVERSE
22 EVENTS.
23 Q. UP THROUGH THE DEVELOPMENT OF THE DRUG, HAD MERCK BEEN
24 COLLECTING CARDIOVASCULAR DATA ON THE PATIENTS IN THE VIOXX
25 DEVELOPMENT PROGRAM?

Page 1589

1  A. YES. WE COLLECT -- YOU'VE HEARD PEOPLE TALK ABOUT SAFETY
2  DATA AND ADVERSE EXPERIENCES. ANY PATIENT IN ANY TRIAL WHO HAD
3  AN ADVERSE EXPERIENCE, LET ME JUST BE REAL CLEAR, IS ANYTHING,
4  ANYTHING AT ALL THAT HAPPENS TO A PATIENT IN A TRIAL. SO IF
5  YOU DEVELOP A COLD, THAT'S REPORTED AS ADVERSE RESPONSE. IF
6  YOU DEVELOP A COUGH, THAT'S REPORTED AS ADVERSE EXPERIENCE.
7  ANYTHING AT ALL THAT HAPPENS TO YOU. YOU KNOW, PEOPLE LIKE
8  DR. SILVER REPORT TO US.
9      SO WE HAVE BEEN COLLECTING ADVERSE EXPERIENCES IN ALL
10 OF THE TRIALS. THERE IS A GROUP OF ADVERSE EXPERIENCES THAT WE
11 CALLED SERIOUS. SERIOUS HAS A REGULATORY DEFINITION. SERIOUS
12 ADVERSE EXPERIENCES ARE PEOPLE WHO ARE HOSPITALIZED, DIE, OR
13 HAVE A PERMANENT DISABILITY. SO IF ANYTHING LIKE THAT HAPPENS
14 TO A PATIENT, THOSE HAVE TO BE REPORTED TO US IMMEDIATELY, AND
15 WE REPORT THOSE TO THE FDA IMMEDIATELY.
16      SO IN EVERY TRIAL WE HAD DONE, WE'VE -- COLLECTING
17 ADVERSE EXPERIENCES, WE HAVE BEEN COLLECTING SERIOUS ADVERSE
18 EXPERIENCES. SO IF SOMEBODY WAS HOSPITALIZED FOR A
19 CARDIOVASCULAR EVENT OR DIED FROM A CARDIOVASCULAR EVENT, THAT
20 WOULD BE REPORTED TO US AND WE WOULD HAVE THAT INFORMATION.
21 Q. AND DID YOU AND THE OTHERS AT MERCK GO BACK AND LOOK AT
22 THAT DATA TO SEE WHETHER VIOXX HAD ANY IMPACT ON BLOOD CLOTS IN
23 THE CARDIOVASCULAR SYSTEM?
24 A. YES. SO AT THE TIME THAT THIS -- THAT WE GOT THE RESULTS
25 FROM FRANCESCA AND GARRETT, IN THE FALL OF '97, SO AT THAT TIME

Page 1590

1  THERE WAS NOT A LOT OF WHAT WE CALL UNBLINDED DATA. THE
2  STUDIES WERE STILL ONGOING, SO WE COULDN'T LOOK AT WHICH GROUP
3  GOT WHAT.
4      SO WHAT THE ANALYSIS THAT -- ONE OF THE
5  EPIDEMIOLOGISTS AT MERCK DID IS TRY TO JUST DO, AS I SAY, SORT
6  OF A CHECK. HE WOULD TAKE THE ENTIRE GROUP OF PEOPLE WHO WERE
7  IN THE VIOXX TRIALS, SOME WERE ON PLACEBO, SOME WERE ON VIOXX,
8  SOME WERE ON COMPARE NSAIDS, AND TAKE THAT ENTIRE GROUP AND
9  COMPARE IT TO PLACEBO GROUPS OF OTHER STUDIES THAT MERCK HAD
10 WORKED ON TO TRY TO GET A GENERAL SENSE: IS THERE ANY SIGNAL
11 AT ALL THAT THERE IS CARDIOVASCULAR?
12 Q. AND ULTIMATELY, THAT DATA BASE BECAME UNBLINDED TO ALLOW
13 MERCK SCIENTISTS TO EXAMINE WHETHER OR NOT VIOXX HAD AN
14 INCREASED RATE OF BLOOD CLOTTING EVENTS IN THE SERVICE SYSTEM?
15 A. SO THE QUICK CHECK IS NOT REALLY -- IT'S HARD TO INTERPRET
16 BECAUSE THE STUDY IS STILL BLINDED. WHAT HAPPENED, OBVIOUSLY,
17 QUITE QUICKLY, IN THE SPRING OF '98, ALL THE STUDIES GOT
18 UNBLINDED. I THINK YOU SAW FROM DR. NIES THAT PART OF THE NDA
19 WHERE WE TALK ABOUT WE ANALYZED THE RATES OF CARDIOVASCULAR
20 EVENTS, PEOPLE ON PLACEBO OR VIOXX OR THE COMPARATOR NSAIDS
21 FROM ALL OF THESE TRIALS, NOW ALL UNBLINDED, WE KNOW WHAT
22 PEOPLE WERE ON, AND WE CAN LOOK AT THAT DATA.
23 Q. AND WE HEARD DR. NIES DESCRIBE A DOCUMENT CALLED THE
24 INTEGRATED SUMMARY OF SAFETY. ARE YOU FAMILIAR WITH THAT
25 DOCUMENT?

Page 1591

1  A. YES, I AM.
2  Q. IS THAT PART OF THE NEW DRUG APPLICATION THAT'S FILED WITH
3  A NEW DRUG?
4  A. THE NEW DRUG APPLICATION CONSISTS OF ALL OF THE CLINICAL
5  STUDY REPORTS, SO EVERY STUDY WE DO, WE WRITE AN INDIVIDUAL
6  REPORT. THEN, WE DO THIS INTEGRATED REPORT WHERE WE TAKE THE
7  RESULTS FROM ALL OF THE STUDIES AND COMBINE THEM. SO I WAS ONE
8  OF THE AUTHORS OF THE INTEGRATED SUMMARY OF SAFETY.
9  Q. AND REFERRING TO EXHIBIT 40, SIR, DO YOU RECOGNIZE THAT AS
10 A SECTION OF THE INTEGRATED SUMMARY OF SAFETY?
11 A. YEAH. THIS IS THE CLINICAL SAFETY -- OR WE REFERRED TO IT
12 AS THE "INTEGRATED SUMMARY OF SAFETY."
13 Q. WITHIN THE DOCUMENT, DID MERCK ANALYZE THE EXISTING
14 CLINICAL DATA TO DETERMINE WHETHER VIOXX WAS ASSOCIATED WITH AN
15 INCREASED RISK OF CARDIOVASCULAR EVENTS?
16 A. YES, WE DID.
17 Q. CAN YOU EXPLAIN TO THE JURY WHAT THIS SECTION OF THE ISS
18 LOOKS INTO?
19 A. YES. SO THIS IS -- AGAIN, WE TAKE ALL OF THE DATA FROM
20 ALL OF THE CLINICAL STUDIES THAT HAD BEEN DONE AT THE TIME THAT
21 WE SUBMITTED THIS, THE APPLICATION TO THE FDA, WE LOOKED AT
22 WHAT ARE CALLED THROMBOSIS -- THAT'S THE STROKES, THE HEART
23 ATTACKS. WE COMBINED ALL THAT AND LOOKED AT THE INCIDENTS OF
24 THOSE ADVERSE EXPERIENCES ON PEOPLE ON PLACEBO OR COMPARED TO
25 VIOXX, COMPARED TO THE TRADITIONAL NSAIDS WHICH WERE PART OF

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543741

Page 1592

1 THE PROGRAM.

2 Q. AND WHAT WAS THE RESULT OF THAT ANALYSIS?

3 A. I MEAN, THE RESULT WAS CLEAR, THAT THE INCIDENCE WAS

4 PRETTY MUCH THE SAME BETWEEN ALL OF THE GROUPS. IT WAS NOT

5 STATISTICALLY DIFFERENT BETWEEN THE GROUPS. AND THERE WAS

6 REALLY NO SIGNAL HERE AT ALL THAT THERE WAS AN INCREASED

7 LIKELIHOOD.

8 Q. DOCTOR, DID THE INTEGRATED SUMMARY OF SAFETY ALSO ANALYZE

9 DATA THAT HAD BEEN COLLECTED ON BLEEDING TIME IN THE

10 DEVELOPMENT PROGRAM FOR VIOXX?

11 A. IT'S ACTUALLY NOT IN THE ISS. IT'S IN THE SECTION OF THE

12 SUMMARIZED CLINICAL PHARMACOLOGY. IN THAT SECTION, REMEMBER I

13 TOLD YOU WHEN WE DID THE EXPERIMENT WITH GARRETT, WE ALREADY

14 KNEW ABOUT PLATELETS. SO IN THE -- SOME OF THE VERY EARLY

15 STUDIES THAT WERE DONE, WE HAD TESTED THE ABILITY OF VIOXX TO

16 AFFECT PLATELET FUNCTION.

17     THERE IS TWO WAYS YOU CAN DO THAT. ONE IS YOU TAKE

18 BLOOD AND ASK WILL PLATELETS STICK TO EACH OTHER. AND THE

19 OTHER IS CALLED BLEEDING TIME, SO WE HAD STUDIED THE BLEEDING

20 TIME WITH VIOXX HE -- EVEN AT VERY, VERY HIGH DOSES, UP TO A

21 THOUSAND MILLIGRAMS.

22 Q. AND DID YOU REVIEW THOSE DATA AT THE TIME PRIOR TO THIS

23 SUBMISSION OF THE NEW DRUG APPLICATION FOR VIOXX?

24 A. WELL, AS I SAID, THAT'S WHEN I GAVE SCIENTIFIC TALKS TO

25 ANIMAL DATA, THE PHARMACOLOGY. THE EFFECT ON PLATELETS AND

Page 1593

1 BLEEDING TIME WAS A CRITICAL TEST FOR US TO BE ABLE TO CONCLUDE

2 THAT VIOXX ONLY INHIBITS COX-2. WE NEEDED TO SHOW THAT -- SO I

3 WAS VERY FAMILIAR WITH THAT DATA.

4 Q. WHAT WERE THE RESULTS OF THOSE EXPERIMENTS THAT MERCK

5 CONDUCTED ON VIOXX'S IMPACT ON WHETHER BLEEDING TIME OR

6 CLOTTING TIME WAS AFFECTED?

7 A. BLEEDING TIME IS COMPLETELY UNAFFECTED BY COX-2. THE WAY

8 YOU DO A BLEEDING TIME IS YOU PUT A BLOOD PRESSURE CUFF ON

9 SOMEONE'S ARM AND YOU PUT IT TO A SPECIFIC PRESSURE, SO THE

10 AMOUNT OF PRESSURE IN THEIR FOREARM IS CONTROLLED. AND YOU

11 ESSENTIALLY USE A LITTLE RAZOR BLADE AND MADE A CUT. AND YOU

12 WOULD LET THE BLOOD CLOT SPONTANEOUSLY. THE WAY YOU KNOW THAT

13 THEY'VE STOPPED BLEEDING IS, YOU KNOW, YOU COULD USE A TISSUE;

14 BUT WE USE FILTER PAPER AND YOU JUST KEEP TOUCHING THE, WHERE

15 THEY ARE BLEEDING AND SEE IF THERE IS ANY NEW BLOOD COMING OUT.

16 WHEN THERE IS NO, NO NEW BLOOD COMING OUT, THAT MEANS THAT THEY

17 HAVE STOPPED BLEEDING AND YOU CAN MEASURE THE STOP WITH A

18 LITTLE STOPWATCH, HOW LONG DOES IT TAKE. VIOXX DOESN'T AFFECT

19 BLEEDING UP AT DOSES UP TO A THOUSAND MILLIGRAMS. NO EFFECT AT

20 ALL ON THE BLEEDING TIME.

21 Q. AND DID MERCK SHARE THAT INFORMATION WITH THE FOOD AND

22 DRUG ADMINISTRATION?

23 A. YES.

24     MR. ISMAIL: YOUR HONOR, I DON'T KNOW WHAT YOUR PLANS

25 ARE. I CAN STOP NOW. IT'S A GOOD STOPPING POINT OR I CAN

Page 1594

1 CONTINUE.

2     THE COURT: WHY DON'T WE CONTINUE A LITTLE BIT AND

3 WE'LL STOP AROUND TWENTY TO 1:00.

4 BY MR. ISMAIL:

5 Q. DOCTOR, YOU, OF COURSE, HAVE HEARD ABOUT A CLINICAL TRIAL

6 CALLED VIGOR; IS THAT RIGHT?

7 A. YES.

8 Q. AND THE -- JUST BASICALLY, THE VIGOR STUDY WAS A GI

9 OUTCOME STUDY, CORRECT?

10 A. YES.

11 Q. AND WAS THERE A GI OUTCOME STUDY THAT WAS UNDER

12 CONSIDERATION BACK IN THE 1996-1997 TIME FRAME?

13 A. YES.

14 Q. DID YOU HAVE ANY ROLE IN LOOKING AT THE PROTOCOL FOR THE

15 GI OUTCOME STUDY AT MERCK?

16 A. YES. THERE WAS -- FOR THESE STUDIES THAT WE DO, ONE

17 CLINICAL MONITOR IS ASSIGNED TO WRITE THE STUDY, THE PROTOCOL,

18 BUT THE WHOLE GROUP OF US WOULD REVIEW EACH OTHER'S PROTOCOLS.

19 SO IN, I THINK, '97, MY COLLEAGUE ALISE RIECIN WAS ASSIGNED TO

20 WRITE THE PROTOCOL. BUT THERE WERE A GROUP OF US WORKING WHO

21 REVIEWED THAT AT THAT TIME.

22 Q. WHAT IS THE PROTOCOL FOR A CLINICAL TRIAL?

23 A. A PROTOCOL IS ESSENTIALLY LIKE A RECIPE CARD. IT TELLS

24 YOU AT THE BEGINNING OF THE PROTOCOL. IT GIVES YOU-ALL ABOUT

25 THE DRUG STUDY AND TELLS YOU WHY YOU'RE GOING TO DO THE STUDY,

Page 1595

1 AND THEN IT GOES THROUGH ALL OF THE DETAILED METHOD OF WHAT

2 YOU'RE SUPPOSED TO DO IN THE STUDY.

3 Q. WHAT WERE THE ISSUES UNDER CONSIDERATION FOR HOW TO DESIGN

4 THE GI OUTCOME STUDY FOR VIOXX BACK IN THE '96-'97 TIME FRAME?

5 A. THERE WERE MANY ISSUES UNDER DISCUSSION. I THINK THE ONE

6 THAT'S PROBABLY MOST RELEVANT HERE WAS THE QUESTION OF WHETHER

7 WE ALLOW ASPIRIN INTO THE TRIAL OR NOT.

8 Q. AND WHY WAS THAT A POINT OF DISCUSSION IN THAT TIME FRAME?

9 A. IT WAS A POINT OF DISCUSSION BECAUSE, I THINK YOU'VE ALL

10 NOW HEARD, ASPIRIN, THE LOW DOSES OF ASPIRIN, WILL INHIBIT YOUR

11 PLATELETS, THIN YOUR BLOOD, AND PROTECT YOU FROM GETTING

12 CARDIOVASCULAR EVENTS. I THINK EVERYBODY KNOWS THAT. ASPIRIN

13 ALSO DAMAGES THE STOMACH. SO IT WILL CAUSE ULCERS AND BLEEDS

14 JUST LIKE ANY OTHER NONSTEROIDAL ANTI-INFLAMMATORY DRUG.

15     THE QUESTION, THEN, IN THIS OUTCOMES TRIAL: IF YOU

16 ALLOW ASPIRIN IN, YOU'RE GOING TO HAVE A HIGHER BACKGROUND RATE

17 OF ULCERS BECAUSE ASPIRIN IS BROUGHT IN. IF YOU LEAVE ASPIRIN

18 OUT, AND YOU'RE DOING A STUDY WHERE YOU COMPARE VIOXX TO AN

19 NSAID, IT WOULD CLEAR FROM THE PHARMACOLOGY THAT THE NSAID

20 GROUP IS GOING TO GET SOME PROTECTIVE EFFECT, CARDIOVASCULAR

21 PROTECTIVE EFFECT.

22 Q. WAS THE GI OUTCOME STUDY THAT WAS UNDER CONSIDERATION A

23 PLACEBO-CONTROLLED TRIAL OR ONE THAT COMPARED VIOXX TO AN

24 ACTIVE TRADITIONAL NSAID?

25 A. IT WAS COMPARED TO A TRADITIONAL NSAID. AND LET ME JUST

37 (Pages 1592 to 1595)

DAILY COPY

## Page 1596

1 CLARIFY FOR YOU WHAT WE MEAN BY "OUTCOMES TRIAL." I'VE TALKED
2 A LOT ABOUT THIS STUDY THAT WE DID WITH DR. FITZGERALD. AS YOU
3 CAN TELL, VERY, VERY WELL-CONTROLLED. THE PATIENTS ARE IN A
4 CLINICAL RESEARCH CENTER FOR TWO WEEKS, AND EVERYTHING IS
5 CONTROLLED. AN OUTCOMES TRIAL IS MEANT TO TRY TO MIMIC THE
6 GENERAL PRACTICE OF MEDICINE. SO THAT THE PATIENTS DON'T COME
7 IN AS OFTEN FOR REGULARLY SCHEDULED VISITS. THEY DON'T HAVE A
8 LOT OF PROCEDURES. THE IDEA IS LET'S TRY TO MIMIC WHAT WOULD
9 HAPPEN IN THE -- IN THE GENERAL PRACTICE OF MEDICINE IF SOMEONE
10 TOOK VIOXX VERSUS A COMPARATOR NSAID.
11        AND SO THE WHOLE IDEA WAS THE REAL QUESTION IS THEY
12 WANTED TO KNOW IS IT BETTER TO GIVE THEM VIOXX, OR IS IT BETTER
13 TO GIVE THEM A TRADITIONAL NSAID? THERE IS NO PLACEBO IN THERE
14 BECAUSE THAT'S NOT REALLY THE OPTION IN THE TRADITIONAL.
15 MEDICINE. THE DOCTOR WANTS TO KNOW WHICH OF THESE MEDICATIONS
16 SHOULD I GIVE SO THERE IS NO PLACEBO ARM.
17 Q. DID ANYONE AT MERCK LOOK INTO AND ANALYZE THE QUESTION OF
18 WHETHER OR NOT TO ALLOW ASPIRIN IN THE GI OUTCOMES TRIAL?
19 A. YES.
20 Q. WHO WAS THAT?
21 A. IT'S A COLLEAGUE OF MINE, DR. TOM MUSLINER. HE HAD DONE A
22 VERY NICE ANALYSIS OF WHAT POTENTIALLY COULD HAPPEN AND LOOKED
23 AT A NUMBER OF DIFFERENT STUDY DESIGNS WHILE ALL OF US ARE
24 TRYING TO FIGURE OUT SHOULD WE NOT ALLOW ASPIRIN.
25 Q. I BELIEVE DR. MUSLINER'S MEMOS ARE ALREADY IN EVIDENCE,

## Page 1597

1 AND ASK IF YOU COULD LOOK AT DEFENDANT'S EXHIBIT 13 AND TELL ME
2 WHETHER YOU RECOGNIZE IT AS DR. MUSLINER'S ANALYSIS OF WHETHER
3 OR THE IMPACT OF LOW-DOSE ASPIRIN IN THE VIOXX TRIAL?
4 A. YES. THIS IS THE MEMO FROM TOM MUSLINER.
5 Q. AND DID YOU REVIEW THIS MEMO, SIR, BACK AT THE TIME?
6 A. YEAH. I WAS ONE OF THE PEOPLE. I WAS COPIED, BUT I GOT A
7 COPY OF THE MEMO AND DID REVIEW IT AT THE TIME. I THOUGHT IT
8 WAS VERY WELL WRITTEN AND VERY COMPREHENSIVE ANALYSIS OF THE
9 QUESTION.
10 Q. AND ARE YOU THE B. MORRISON THAT IS REFLECTED AS RECEIVING
11 THIS MEMO?
12 A. YES, I AM.
13 Q. NOW, THERE HAS BEEN SOME SUGGESTIONS IN THIS LITIGATION,
14 SIR, THAT DR. MUSLINER'S MEMO SOMEHOW ANTICIPATED FUTURE
15 CARDIOVASCULAR EVENTS WITH VIOXX. HAVE YOU HEARD THAT WITH
16 MR. BIRCHFIELD'S OPENING STATEMENT? I BELIEVE THEY HAVE IT ON
17 ONE OF THEIR BIG BOARDS LEANING AGAINST THE WALL OVER THERE.
18 HAVE YOU HEARD THAT?
19 A. YES.
20 Q. IS THAT TRUE OR FALSE, SIR?
21 A. IT ANTICIPATED THE RESULTS THAT YOU MIGHT GET IN THE TRIAL
22 WHEN YOU COMPARE VIOXX, WHICH HAS NO EFFECT ON PLATELETS, TO AN
23 NSAID, WHICH INHIBITS PLATELETS. SO IT ANTICIPATED THAT KIND
24 OF A RESULT. THERE IS NOTHING IN TOM'S MEMO THAT -- IN FACT
25 WELL GO THROUGH. I THINK, SOME OF THE ASSUMPTIONS. THERE WAS

## Page 1598

1 NO ASSUMPTION THAT VIOXX WAS GOING TO CAUSE ANYTHING, BUT WE
2 ALL UNDERSTOOD THE PHARMACOLOGY ENOUGH TO UNDERSTAND THAT THE
3 TRADITIONAL NSAIDS WOULD -- THERE WAS A GOOD CHANCE THAT WE
4 WOULD PROTECT YOU FROM CARDIOVASCULAR EVENTS.
5 Q. LET'S GO TO THOSE ASSUMPTION, SIR, THAT YOU'VE REFERENCED.
6 WHAT WERE THE ASSUMPTIONS THAT WERE PART OF DR. MUSLINER'S
7 ANALYSIS OF WHETHER OR NOT TO ALLOW LOW-DOSE ASPIRIN IN THE
8 VIOXX GI OUTCOME TRIAL?
9 A. HE LISTS A FEW ASSUMPTIONS HERE. THE FIRST ONE IS THE ONE
10 THAT WE'VE TALKED ABOUT: "PATIENTS TREATED WITH STANDARD
11 NSAIDS WILL EXPERIENCE ANTIPLATELET EFFECTS AND RESULT IN
12 CARDIOVASCULAR PROTECTION SIMILAR TO THAT PRODUCED BY ASPIRIN."
13 SO, AGAIN, THIS GOES TO WHAT I TALKED ABOUT WHEN I TALKED ABOUT
14 USING NSAIDS, FOR EXAMPLE, IN ONCOLOGY PATIENTS, THE STANDARD
15 STATE OF THE ART AT THE TIME, I THINK -- AT LEAST I WAS
16 TAUGHT -- THAT NSAIDS INHIBIT PLATELETS AND THAT YOU WOULD
17 LIKELY GET -- HIS ASSUMPTION WAS THAT YOU WOULD GET THE SAME
18 CARDIOPROTECTIVE EFFECT THAT YOU WOULD SEE WITH ASPIRIN.
19 Q. AND I WOULD LIKE TO SKIP DOWN TO PART C HERE AND ASK THAT
20 YOU REREAD THAT TO THE JURY AND EXPLAIN WHAT IT MEANT.
21 A. C SAYS, "PATIENTS TREATED WITH A SELECTIVE COX-2
22 INHIBITOR" -- YOU KNOW, THIS WAS AN OUTCOMES TRIAL ASSUMED TO
23 BE VIOXX. "PATIENTS TREATED WITH A SELECTIVE COX-2 INHIBITOR
24 WILL EXPERIENCE NEITHER A REDUCTION NOR AN INCREASE IN CV
25 EVENTS ASSOCIATED WITH THIS THERAPY."

## Page 1599

1 Q. IS THAT ASSUMPTION IN DR. MUSLINER'S MEMO ONE THAT VIOXX
2 WILL BE NEUTRAL OR AN INCREASED RISK TO THE HEART?
3 A. VIOXX WOULD BE NEUTRAL. AT THIS TIME WE KNEW THAT VIOXX
4 DIDN'T AFFECT PLATELETS THE WAY NSAIDS DO. THERE IS ABSOLUTELY
5 NO REASON TO THINK THAT THERE COULD BE AN INCREASE SO HIS
6 ASSUMPTION WAS IT WOULD BE NEUTRAL.
7 Q. SO WITH THOSE ASSUMPTIONS IN MIND, DR. MUSLINER WRITES IN
8 HIS CONCLUSION, "IF ASPIRIN PROPHYLAXIS" -- WHAT IS PROPHYLAXIS
9 FOR ASPIRIN?
10 A. PREVENTIVE. WE USE ASPIRIN TO PREVENT.
11 Q. -- "IS NOT PERMITTED, THERE IS SUBSTANTIAL CHANCE THAT
12 SIGNIFICANTLY HIGHER RATE OF CV AE EVENTS WILL BE OBSERVED IN
13 THE SELECTIVE COX-2 INHIBITOR GROUP COMPARED TO THE STANDARD
14 NSAID GROUP." DO YOU SEE THAT?
15 A. YES.
16 Q. DOES THAT IN ANY WAY, SIR, SUGGEST THAT VIOXX INCREASES
17 THE RISK OF CARDIOVASCULAR EVENTS?
18 A. NO, ABSOLUTELY NOT.
19 Q. SIR, REMEMBER GOING INTO YOUR EXPERIMENT WITH
20 DR. FITZGERALD? THE WORKING HYPOTHESIS WAS THAT PROSTACYCLIN
21 COMES FROM COX-1?
22 A. THAT'S CORRECT.
23 Q. WAS DR. MUSLINER'S ANALYSIS BEFORE OR AFTER THE FITZGERALD
24 EXPERIMENT?
25 A. BEFORE.

38 (Pages 1596 to 1599)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543743

Page 1600

1  Q.  WAS THERE EVEN A THEORETICAL CARDIOVASCULAR RISK THAT HAD
2  BEEN TALKED ABOUT IN MEDICAL LITERATURE AT THE TIME THAT
3  DR. MUSLINER DID HIS ANALYSIS?
4  A.  NOT FOR A COX-2 INHIBITOR. NO.
5  Q.  DID YOU CONTINUE TO WORK WITH YOUR COLLEAGUES ON THE
6  QUESTION OF HOW TO DESIGN A GI OUTCOMES TRIAL FOR VIOXX?
7  A.  YES.
8  Q.  YOU MENTIONED A DR. REICIN. I'M GOING TO ASK YOU THAT
9  TURN TO, OR JUST FOLLOW ALONG, EXHIBIT P1.0004.
10  A.  I'VE GOT IT.
11       MR. ISMAIL:  THIS IS ALREADY IN EVIDENCE, YOUR HONOR.
12       THE COURT:  YES.
13  BY MR. ISMAIL:
14  Q.  AND I'M GOING TO SHOW YOU AN E-MAIL FROM DR. REICIN TO YOU
15  AND OTHERS.  FIRST OF ALL, DO YOU SEE THAT THIS IS AN E-MAIL
16  FROM DR. REICIN IN FEBRUARY 1997?
17  A.  YES, I DO.
18  Q.  SO IT'S AFTER DR. MUSLINER'S MEMO OF NOVEMBER '96?
19  A.  AFTER DR. MUSLINER'S MEMO AND BEFORE WE HAD GOTTEN THE
20  RESULTS FROM GARRETT.
21  Q.  AND THERE YOU ARE AGAIN AS A RECIPIENT OF THIS E-MAIL; IS
22  THAT RIGHT?
23  A.  CORRECT.
24  Q.  AND THEN DR. REICIN SAYS, "ATTACHED IS A PRELIMINARY DRAFT
25  OF THE GIOT PROTOCOL."  DO YOU SEE THAT?

Page 1601

1  A.  YES.
2  Q.  WHAT DOES GIOT STAND FOR?
3  A.  GI OUTCOMES TRIAL.
4  Q.  AND, IN FACT, DID DR. REICIN SUBMIT A PROTOCOL, A DRAFT
5  PROTOCOL, FOR THAT GI TRIAL?
6  A.  YES.  SHE HAD AN EARLY VERSION SHE WAS SENDING AROUND TO
7  MEMBERS OF THE TEAM TO ASK FOR OUR COMMENTS.
8  Q.  I'M GOING TO ASK THAT YOU TURN TO EXHIBIT P1 -- I'M SORRY.
9  P1.0538.
10  A.  YES.
11  Q.  NOW, DO YOU RECOGNIZE THAT AS A VERSION OF THE GI
12  PROTOCOL, GI OUTCOME TRIAL PROTOCOL THAT DR. REICIN WAS WORKING
13  ON?
14  A.  YES, I DO.
15       MR. ISMAIL:  YOUR HONOR, WE MOVE FOR THE ADMISSION OF
16  P1.0538?
17       THE COURT:  ANY OBJECTION?
18       MR. BEASLEY:  NO OBJECTION.
19       THE COURT:  LET IT BE RECEIVED AND MARKED.  WHEN YOU
20  GET TO A STOPPING POINT, COUNSEL, WE'LL TAKE A BREAK.
21       MR. ISMAIL:  WE CAN DO IT NOW OR CONTINUE.
22       THE COURT:  WHENEVER.  YOU TELL ME.
23       MR. ISMAIL:  I'M GOING TO CURRY FAVOR WITH THE JURY
24  AND SAY WE'LL STOP NOW, YOUR HONOR.
25       THE COURT:  ALL RIGHT.  WE'LL STOP NOW AND COME BACK

Page 1602

1  AT 1:45.  WE'LL STAND IN RECESS.
2                  (LUNCHEON RECESS)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 1603

1            AFTERNOON SESSION
2            (DECEMBER 6, 2005)
3       (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE
4  TRANSCRIBED BY TONI DOYLE TUSA.)
5       THE DEPUTY CLERK:  EVERYONE RISE.
6       THE COURT:  BE SEATED, PLEASE.  YOU ARE STILL UNDER
7  OATH.
8       MR. ISMAIL:  I LEARNED OVER LUNCH THAT WE HAD NOT
9  PREVIOUSLY OFFERED DEFENDANT'S EXHIBIT 13.  IF THERE IS NO
10  OBJECTION, WE OFFER IT NOW.
11       MR. BEASLEY:  NO OBJECTION.
12       THE COURT:  LET IT BE RECEIVED AND MARKED.
13       (WHEREUPON, BRIGGS W. MORRISON, HAVING BEEN DULY
14  SWORN, TESTIFIED AS FOLLOWS.)
15            DIRECT EXAMINATION
16  BY MR. ISMAIL:
17  Q.  DOCTOR, WHERE WE WERE BEFORE THE BREAK WAS AN E-MAIL FROM
18  YOUR COLLEAGUE, DR. REICIN, TO YOU AND OTHERS REGARDING THE
19  DRAFTING OF A PROTOCOL FOR A GI OUTCOME TRIAL; IS THAT RIGHT?
20  A.  THAT'S CORRECT.
21  Q.  AS WE SEE IN THIS E-MAIL, DR. REICIN ATTACHES A DRAFT OF A
22  PROTOCOL, AND WE HAD A VERSION OF THAT DRAFT THAT WE WERE
23  LOOKING AT.  DO YOU STILL HAVE THAT IN FRONT OF YOU?
24  A.  YES, I DO.
25  Q.  THE QUESTION THAT WE WERE DISCUSSING BEFORE THE LUNCH

39  (Pages 1600 to 1603)

DAILY COPY

ff147213-239a-4359-81c3-ecc5412a5939

M005543744