UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * <br>      Products Liability Litigation * <br> * <br> This Document Relates to: * | MDL No. 1657 |
| BOYD EDMONDS and * <br>    JANET EDMONDS, Plaintiffs, * <br> * | SECTION L |
| versus * <br> * | JUDGE ELDON E. FALLON |
| MERCK & CO., INC., Defendant, * <br> * | MAGISTRATE JUDGE <br> KNOWLES |
| Case No. 05-5450, * | |
| & * | |
| DONALD STINSON, Plaintiff, * | |
| versus * | |
| MERCK & CO., INC., Defendant, * | |
| Case No. 05-5494, * | |
| & * | |
| TIMOTHY R. WATSON, Plaintiff, * | |
| versus * | |
| MERCK & CO., INC., Defendant, * | |
| Case No. 05-5545. * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Please take notice that the Merck & Co., Inc.'s Motion for Summary Judgment will be brought on for hearing on the 25th day of October, 2006, at 9:00 o'clock a.m., before the

1

831198v.1

Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana,

500 Poydras Street, New Orleans, Louisiana.

                                        Respectfully submitted,

                                        */s/ Dorothy H. Wimberly*
                                        Phillip A. Wittmann, 13625
                                        Dorothy H. Wimberly, 18509
                                        STONE PIGMAN WALTHER
                                        WITTMANN L.L.C.
                                        546 Carondelet Street
                                        New Orleans, LA 70130

                                        Defendants' Liaison Counsel

                                        And

                                        John H. Beisner
                                        Jessica Davidson Miller
                                        Geoffrey M. Wyatt
                                        O'MELVENY & MYERS LLP
                                        1625 Eye Street, NW
                                        Washington, DC 20006

                                        Douglas R. Marvin
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth St., N.W.
                                        Washington, DC 20005

                                        Attorneys for Merck & Co., Inc.

3

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Hearing on Merck & Co., Inc.'s Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of September, 2006.

                 */s/ Dorothy H. Wimberly*
                 Dorothy H. Wimberly, 18509
                 STONE PIGMAN WALTHER
                 WITTMANN L.L.C.
                 546 Carondelet Street
                 New Orleans, Louisiana  70130
                 Phone:  504-581-3200
                 Fax:     504-581-3361
                 dwimberly@stonepigman.com

                 Defendants' Liaison Counsel

831198v.1