UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-CV-04379<br><br>**ROBERT G. SMITH,**<br><br>                Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>                Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S NOTICE OF FILING<br>THE COURT'S RULINGS ON DEPOSITION<br>TESTIMONY FROM THE *BARNETT* CASE** |

TO:    Steve Kherkher
          Williams Bailey
          8441 Gulf Freeway, Suite 600
          Houston, TX 77017-5051

          Drew Ranier
          Ranier Gayle & Elliot L.L.C.
          1419 Ryan St.
          P.O. Box 1890
          Lake Charles, LA  70602-1890

        Merck hereby files the Court's rulings on certain deposition designations from the *Barnett* case (Ex. A - Ex. J), for witnesses whose deposition designations the Parties offered into evidence in the *Smith* case.

        The Parties have agreed that all of the objections made to these designations in *Barnett* are preserved for appeal purposes in *Smith*.  See August 1, 2006 Joint Stipulation, attached as Ex. K.  Merck hereby incorporates the Court's rulings from *Barnett* so that the record of the Court's rulings is complete for the *Smith* case.  While the Parties believe each of their objections

831150v.1

from *Barnett* are valid, in *Smith* the Parties highlighted certain objections that they asked the Court to pay special attention to. These objections are reflected in the deposition designation binders Merck filed on August 29, 2006, and certain deposition designations Merck filed on September 6, 2006.

These designations and rulings from *Barnett* are for the following witnesses: Dr. Jerome Avorn, Ms. Mary Blake, Mr. Tom Cannell, Ms. Carolyn Cannuscio, Dr. Laura Demopoulos, Dr. James Fries, Dr. David Graham, Dr. Ed Scolnick, Dr. Eric Topol, and Ms. Jan Weiner.

831150v.1

Dated:  September 22, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Carrie A. Jablonski
Hamilton H. Hill
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Richard B. Goetz
Ashley A. Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

And

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

3

831150v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Merck's Notice of Filing The Court's Rulings on Deposition Testimony from the *Barnett* case, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of September, 2006.

        */s/ Dorothy H. Wimberly*
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER
        WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130
        Phone:  504-581-3200
        Fax:     504-581-3361
        dwimberly@stonepigman.com

        Defendants' Liaison Counsel