**Exhibit C - Pechmann 9/14/06 Deposition**

[1:1] - [1:25]     9/14/2006     Pechmann, Cornelia (Mason)

```
page 1
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4        _____
                                        )
 5         In re: VIOXX                 )
           PRODUCTS LIABILITY LITIGATION ) MDL DOCKET NO. 1657
 6                                      ) SECTION L
                                        )
 7         This document relates to:    ) JUDGE FALLON
           Case No. 2:06-CV-00810;      ) MAGISTRATE
 8         CHARLES MASON v.             ) JUDGE KNOWLES
           MERCK & CO., INC.            )
 9                                      )
          _____)
10
11
12
13
14
15
                   DEPOSITION OF CORNELIA PECHMANN, PH.D.
16
                         NEWPORT BEACH, CALIFORNIA
17
                           SEPTEMBER 14, 2006
18
19
20
21
22
23
24           Reported by Gail Nesson, CSR No. 7010
                    PRS Job No. 116-347505
25
```

[13:12] - [13:24]     9/14/2006     Pechmann, Cornelia (Mason)

```
page 13
12      Q    What were you doing on the 12th?
13      A    I spoke to Dr. Olson Fields for about 45
14 minutes, wrote down some notes from that conversation,
15 and printed out some documents that I thought would be
16 useful for my meeting with Ed Blizzard yesterday.
17      Q    Did you speak with Nurse Olson Fields on the
18 phone?
19      A    Yes.
20      Q    Was anyone else on the phone?
21      A    No.
22      Q    What did you talk to her about?
23      A    Her recollection of the marketing messages that
24 she received from the Merck campaign.
```

[26:19] - [27:4]     9/14/2006     Pechmann, Cornelia (Mason)

```
page 26
19      Q    So the two messages that Nurse Olson volunteered
20 having heard prior to you asking about them were the one
21 about not affecting platelet aggregation and that the
22 competition's rumors were invalid; correct?
23      A    The competition's rumors about the CV risk,
24 yeah, but I didn't ask her the question whether there
25 were any other messages.  I wasn't treating it like a
page 27
 1 marketing research project, are there any more, are you
```

```
                                        2  sure, are there any more.  I basically asked her about
                                        3  these early on in the conversation.  I wasn't sure how
                                        4  much time we had.
```

[58:15] - [59:6]         9/14/2006     Pechmann, Cornelia (Mason)
```
                                      page 58
                                       15       Q    Is it your opinion that Nurse Olson was
                                       16  misled -- is the basis for that opinion contained within
                                       17  paragraphs A through D in Paragraph 23?
                                       18       A    Not completely, no.
                                       19       Q    What other information other than A through D
                                       20  supports your opinion that Nurse Olson was misled?
                                       21       A    Material in the rest of the case -- in the rest
                                       22  of my report.
                                       23       Q    But the specific material that pertains only to
                                       24  Nurse Olson that you rely on in support of your material
                                       25  is set forth in A through D?
                                      page 59
                                        1       A    No, because I've also talked to her.  So she
                                        2  identified some additional materials.
                                        3       Q    So your conversation with Nurse Olson identified
                                        4  additional materials that would be included in Paragraph
                                        5  23 to make it complete?
                                        6       A    Yes.
```

[149:1] - [149:25]       9/14/2006     Pechmann, Cornelia (Mason)
```
                                      page 149
                                        1                    REPORTER'S CERTIFICATION
                                        2
                                        3       I, Gail Nesson, Certified Shorthand Reporter, in and
                                        4  for the State of California, do hereby certify:
                                        5
                                        6       That the foregoing witness was by me duly sworn;
                                        7  that the deposition was then taken before me at the time
                                        8  and place herein set forth; that the testimony and
                                        9  proceedings were reported stenographically by me and
                                       10  later transcribed into typewriting under my direction;
                                       11  that the foregoing is a true record of the testimony and
                                       12  proceedings taken at that time.
                                       13
                                       14       IN WITNESS WHEREOF, I have subscribed my name this
                                       15  _____ day of _____, 2006.
                                       16
                                       17
                                       18
                                       19
                                       20
                                       21
                                       22
                                                              _____
                                       23                        Gail Nesson, CSR No. 7010
                                       24
                                       25
```