**Exhibit D - Pechmann 5/26/06 Deposition**

[1:1] - [1:25]        5/26/2006     Pechmann, Cornelia (Barnett)

```
page 1
 1              UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF LOUISIANA
 3
 4   In re:  VIOXX                    )
     PRODUCTS LIABILITY LITIGATION    ) MDL Docket No. 1657
 5                                    )
     This document relates to         ) Section L
 6                                    )
     GERALD BARNETT,                  ) Judge Fallon
 7                                    )
                    Plaintiff,        ) Civil Action No.
 8                                    ) 2:06cv485
             vs                       )
 9                                    )
     MERCK & CO., INC.,               )
10                                    )
                    Defendant.        )
11   _____)
12
13
14
15          DEPOSITION OF CORNELIA PECHMANN, Ph.D.
16                 Newport Beach, California
17                   Friday, May 26, 2006
18
19
20
21
22   Reported by:
23   DIANA JANNIERE
     CSR NO. 10034
24   LA JOB No. 918215
     PHIL JOB No. 2153
25
```

[295:20] - [296:17]      5/26/2006     Pechmann, Cornelia (Barnett)

```
page 295
20     Q    Okay.  Can you tell me what the six categories
21  of studies were that were performed by Merck in their
22  integrated marketing campaign?
23     A    Yes.  So there was tracking of the sales reps
24  visits to the physicians.
25          There was tracking of the perception -- the
page 296
 1  physicians' perceptions of Vioxx and Celebrex and their
 2  prescribing behavior.  That was a panel of physicians.
 3          And then there was tracking of overall sales
 4  data that was purchased from -- from pharmacies.  That
 5  was the complete data on prescriptions -- filled
 6  prescriptions at pharmacies.
 7          Then there was consumer tracking of their
 8  perception of the different brands and the different
 9  attributes and their behavior -- their stated behavior.
10          And let me say that the tracking of the sales
11  and the pharmacies was a combination of physicians
12  prescribing and the consumers filling it out.  You know
13  what I am saying?  So it is a combination of both.
14          And then the final study was -- let's see,
15  there is two more -- there is a copying testing of the
16  physician material and the copying testing of the
17  patient material.
```

[345:1] - [345:20]       5/26/2006     Pechmann, Cornelia (Barnett)

```
page 345
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were placed under oath; that a verbatim
 7   record of the proceedings was made by me using machine
 8   shorthand which was thereafter transcribed under my
 9   direction; further, that the foregoing is an accurate
10   transcription thereof.
11            I further certify that I am neither
12   financially interested in the action nor a relative or
13   employee of any attorney of any of the parties.
14            IN WITNESS WHEREOF, I have this date
15   subscribed my name.
16
17
                   Dated: _____
18
19                        _____
                          Diana Janniere
20                        CSR No. 10034
```