**Exhibit E - Pechmann 6/15/06 Deposition**

[1:1] - [1:24]          6/15/2006     Pechmann, Connie - Vol. 1

```
page 1
  1       SUPERIOR COURT OF THE STATE OF CALIFORNIA
  2            FOR THE COUNTY OF LOS ANGELES
  3
  4   -----------------------------------
  5   COORDINATION PROCEEDING           )
  6   SPECIAL TITLE (Rule 1550(b))      ) No. JCCP 4247
  7                                     ) VOLUME I
  8   This Document Applies to All      )
  9   Vioxx Cases                       )
 10   -----------------------------------
 11
 12
 13       Deposition of CONNIE PECHMANN, Ph.D.,
 14       at 660 Newport Center Drive, Newport
 15       Beach, California, commencing at 9:51 A.M.,
 16       Thursday, June 15, 2006, before Judith A.
 17       Mango, CSR No. 5584.
 18
 19
 20
 21
 22
 23
 24
```

[99:10] - [99:16]       6/15/2006     Pechmann, Connie - Vol. 1

```
page 99
 10        Q.   If I understand this testing, it's asking the
 11   doctors what they recalled.  That doesn't necessarily
 12   mean, Dr. Pechmann, that something was not said; it's
 13   simply what the doctor recalled, correct?
 14             MR. BRANDI:  Argumentative.
 15             MR. O'CALLAHAN:  Compound.
 16             THE WITNESS:  That is true.
```

[162:1] - [163:7]       6/15/2006     Pechmann, Connie - Vol. 1

```
page 162
  1   STATE OF CALIFORNIA      ) ss:
  2   COUNTY OF LOS ANGELES    )
  3
  4        I, JUDITH A. MANGO, CSR No. 5584, do hereby
  5   certify:
  6        That the foregoing deposition of CONNIE PECHMANN,
  7   Ph.D. was taken before me at the time and place therein
  8   set forth, at which time the witness was placed under
  9   oath and was sworn by me to tell the truth, the whole
 10   truth, and nothing but the truth;
 11        That the testimony of the witness and all objections
 12   made at the time of the examination were recorded
 13   stenographically by me and were thereafter transcribed
 14   under my direction and supervision, and that the
 15   foregoing pages contain a full, true and accurate record
 16   of all proceedings and testimony to the best of my skill
 17   and ability.
 18        I further certify that I am neither counsel for any
 19   party to said action, nor am I related to any party to
 20   said action, nor am I in any way interested in the
 21   outcome thereof.
 22
 23
 24
 25
page 163
```

```
1         IN WITNESS WHEREOF, I have subscribed my name
2    this 20th day of June, 2006.
3
4
5
6                    _____
7                         JUDITH A. MANGO, CSR No. 5584
```