ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 21  PM 2: 11
LORETTA G. WHYTE
CLERK

3

4

5

6

In re VIOXX
Products Liability Litigation

(This document relates to the following
individual case:)

MDL Docket No. 1657

E. D. La. No.: 06-3053

JUDGE FALLON
MAG. JUDGE KNOWLES

7

8

9

10

11

12

MARY SHRIVER and JOHN SHRIVER,

Plaintiffs,

vs.

MERCK & CO., INC., a corporation,

Defendant.

13

14

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS

15

16

17

18

COMES NOW, STEVEN D. ARCHER, of the law firm of ROBINS, KAPLAN, MILLER

& CIRESI, L.L.P., and hereby files his Notice of Appearance as Additional Counsel on behalf of

the Plaintiffs, MARY SHRIVER and JOHN SHRIVER. It is requested that copies of all future

correspondence, pleadings, etc., be forwarded to the Plaintiffs' attorneys of record, as follows:

19

20

21

22

23

Arthur Sherman (CA #24403)
Richard Salkow (CA #204572)
**SHERMAN & SALKOW**
11601 Wilshire Boulevard, Suite 675,
Los Angeles, CA 90025-1742
Telephone:     310-914-8484
Facsimile:      310-914-0079
Attorneys for Plaintiffs

24

25

26

27

28

Steven D. Archer (CA #63834)
e-mail: sdarcher@rkmc.com
David Martinez (CA #193183)
e-mail: DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700,
Los Angeles, CA 90067-3211

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____

LA1 60133313.1

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF



Telephone:     310-552-0130
Facsimile:     310-229-5800
Attorneys for Plaintiffs

Dated this /9 day of September, 2006.

By: _____

Steven D. Archer (CA #63834)
e-mail: sdarcher@rkmc.com
David Martinez (CA #193183)
e-mail: DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700,
Los Angeles, CA 90067-3211
Telephone:     (310) 552-0130
Facsimile:     (310) 229-5800
Attorneys for Plaintiffs

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA1 60133313.1

- 2 -

**NOTICE OF ASSOCIATION AND MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **NOTICE OF APPEARANCE OF**

**ADDITIONAL COUNSEL FOR PLAINTIFF** has been served on Liaison Counsel, Russ,

Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon the Clerk of Court of the United

States District for the Eastern District of Louisiana by U.S. Mail.

Executed on September 19, 2006, at Los Angeles, California.

Steven D. Archer
(CA #63834)
Attorney for Plaintiff
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700,
Los Angeles, CA 90067-3211
Telephone:    310-552-0130
Facsimile:    310-229-5800
e-mail: sdarcher@rkmc.com

LA1 60133443.1

**SERVICE LIST**

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, Florida 32541
Telephone: 866 855-5105
Fax: 850 837-8178
VIOXXMDL@ hhkc.com
Plaintiffs' Liaison Counsel


Phillip A. Wittmann for Defendants
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 71030
Telephone: 504 581-3200
Fax: 504 581-3361
Pwittmann@stonepigman.com
Defendants' Liaison Counsel


Dena Guilbeau
U.S.D.C.
Eastern District of Louisiana
500 Poydras, No. C151
New Orleans, LA 70130
Telephone: 504 589-7704

LA1 60133443.1

- 2 -