# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR
MEMORANDUM OF LAW IN SUPPORT OF RENEWED MOTION OF MERCK &
CO., INC. ("MERCK") FOR JUDGMENT AS A MATTER OF LAW**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel,

hereby moves the Court for an extension of the page length for its Memorandum of Law in

Support of Merck's Renewed Motion for Judgment as a Matter of Law.  The memorandum

addresses the facts and law supporting Merck's motion, including testimony from the ten days of

trial in this case.  Merck requests that it be granted nine (9) additional pages, for a total of thirty-

four (34) pages for its supporting memorandum.

830028v.1

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted nine

(9) additional pages, for a total of thirty-four (34) pages for its Memorandum of Law in Support

of Merck's Renewed Motion for Judgment as a Matter of Law.


Dated:  September 25, 2006                      Respectfully submitted,

                                               */s/ Dorothy H. Wimberly*
                                               Phillip A. Wittmann, 13625
                                               Dorothy H. Wimberly, 18509
                                               STONE PIGMAN WALTHER
                                               WITTMANN L.L.C.
                                               546 Carondelet Street
                                               New Orleans, Louisiana  70130
                                               Phone:  504-581-3200
                                               Fax:     504-581-3361

                                               Defendants' Liaison Counsel

                                               Philip S. Beck
                                               Andrew Goldman
                                               Carrie A. Jablonski
                                               BARTLIT BECK HERMAN PALENCHAR
                                               & SCOTT LLP
                                               54 West Hubbard Street, Suite 300
                                               Chicago, Illinois  60610
                                               Phone:  312-494-4400
                                               Fax:     312-494-4440

                                               Brian S. Currey
                                               Catalina J. Vergara
                                               Ashley A. Harrington
                                               O'MELVENY & MYERS LLP
                                               400 South Hope Street
                                               Los Angeles, CA 90071
                                               Phone:  213-430-6000
                                               Fax:     213-430-6407

                                               And

2

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

3

830028v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum of Law in Support of Renewed Motion of Merck & Co., Inc. for Judgment as a Matter of Law has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

830028v.1