- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MONTHLY STATUS CONFERENCE
SEPTEMBER 28, 2006
SUGGESTED AGENDA

I.   Lexis/Nexis File & Serve

II.  State Court Trial Settings

III. Selection of Cases for Early Federal Court Trial

IV.  Class Actions

V.   Discovery Directed to Merck

VI.  Discovery Directed to the FDA

VII. Discovery Directed to Third Parties

VIII. Deposition Scheduling

IX.  Plaintiff Profile Form and Merck Profile Form

X.   State/Federal Coordination -- State Liaison Committee

XI.  *Pro Se* Claimants

- 1 -

831270v.1

| | |
|---|---|
| XII. | Motion to Dismiss Foreign Class Action Complaints on Forum Non Conveniens Grounds |
| XIII. | Generic Trial Performance and Rule 702 and Motions *in Limine* Issues |
| XIV. | IMS Data |
| XV. | Merck's Motion for Summary Judgment |
| XVI. | Tolling Agreements |
| XVII. | Motion for Clarification of Pre-Trial Order No. 9 |
| XVIII. | Vioxx Suit Statistics |
| XIX. | Merck Insurance |
| XX. | Further Proceedings |
| XXI. | Mandatory Electronic Filing |
| XXII. | Merck's Statute of Limitations Motion |
| XXIII. | Next Status Conference |

831270v.1