- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
SEPTEMBER 28, 2006
<u>SUGGESTED AGENDA</u>

I. Lexis/Nexis File & Serve

II. State Court Trial Settings

III. Selection of Cases for Early Federal Court Trial

IV. Class Actions

V. Discovery Directed to Merck

VI. Discovery Directed to the FDA

VII. Discovery Directed to Third Parties

VIII. Deposition Scheduling

IX. Plaintiff Profile Form and Merck Profile Form

X. State/Federal Coordination -- State Liaison Committee

XI. *Pro Se* Claimants

- 1 -

831270v.1

XII.     Motion to Dismiss Foreign Class Action Complaints on Forum Non Conveniens Grounds

XIII.    Generic Trial Performance and Rule 702 and Motions *in Limine* Issues

XIV.     IMS Data

XV.      Merck's Motion for Summary Judgment

XVI.     Tolling Agreements

XVII.    Motion for Clarification of Pre-Trial Order No. 9

XVIII.   Vioxx Suit Statistics

XIX.     Merck Insurance

XX.      Further Proceedings

XXI.     Mandatory Electronic Filing

XXII.    Merck's Statute of Limitations Motion

XXIII.   Next Status Conference