UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-0810 | * | |
| CHARLES L. MASON, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum of Law in Support of Merck's Motion to Exclude Testimony of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A.,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted six (6) additional pages, for a total of thirty-one (31) pages for its supporting memorandum.

NEW ORLEANS, LOUISIANA, this 20th day of September, 2006.

_____
DISTRICT JUDGE