UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Barnett v. Merck & Co., Inc.*, 06-485

**ORDER**

IT IS ORDERED that the Defendant's Motion for a New Trial on All Issues (Rec. Doc. 6739) and Renewed Motion for Judgment as a Matter of Law (Rec. Doc. 7054), both currently set for hearing on September 28, 2006, are hereby CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this  22nd  day of  September , 2006.

                                                    UNITED STATES DISTRICT JUDGE