**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
   *Whittaker, et al. v. Merck & Co., Inc.*, 05-1257

**ORDER**

IT IS ORDERED that the Plaintiffs' Motion to Transfer (Rec. Doc. 7224) is DENIED.

New Orleans, Louisiana, this   22nd   day of   September  , 2006.

_____
UNITED STATES DISTRICT JUDGE