# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to | |
| Case No. 05-6406 | |
| | MAGISTRATE JUDGE KNOWLES |
| JOSE A. ALICEA-MERCADO, et al. | |
| Plaintiffs, | |
| v. | |
| MERCK & CO., INC., et al. | |
| Defendants. | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Jose A. Alicea-Mercado against defendants be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 22nd day of September, 2006.

_____
DISTRICT JUDGE

815588v.1