# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum of Law in Support of Motion of Merck & Co., Inc. ("Merck") for Judgment as a Matter of Law,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted nine (9) additional pages, for a total of thirty-four (34) pages, for its Memorandum of Law in Support of Motion of Merck & Co., Inc. for Judgment as a Matter of Law.

NEW ORLEANS, LOUISIANA, this 22nd day of ___September___, 2006.

_____
DISTRICT JUDGE