MINUTE ENTRY
FALLON, J.
SEPTEMBER 21, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION

MDL 1657

ROBERT G. SMITH

REF NO. 05-4379

VERSUS

SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON      THURSDAY, SEPTEMBER 21, 2006, 8:30 am
Case Manager: Gaylyn Lambert            (continued from 9-20-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
           Philip Beck, Esq., Andrew Goldman, Esq.& Carrie Jablonski, Esq., for defendant

---

JURY TRIAL:
All present and ready.

Defendant's Witnesses:

Dr. Alise Reicin - resumes testimony.

Dr. Janet Arrowsmith Lowe - sworn - accepted as expert.

Court adjourned at 4:35 pm until Friday, September 22, 2006, at 8:30 am.

```
JS-10:    6:05
```