MINUTE ENTRY
FALLON, J.
SEPTEMBER 22, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            MDL 1657
     LIABILITY LITIGATION

ROBERT G. SMITH

                                                REF NO. 05-4379

VERSUS

                                                SECTION:  L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON         FRIDAY, SEPTEMBER 22, 2006, 8:30 am
Case Manager: Gaylyn Lambert                    (continued from 9-21-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
               Philip Beck, Esq., Andrew Goldman, Esq.& Carrie Jablonski, Esq., for defendant

---

### JURY TRIAL:
All present and ready.

### Defendant's Witnesses:

Dr. Craig Pratt - sworn - accepted as expert.


Court adjourned at 5:08 pm until Monday, September 25, 2006, at 9:00 am.


JS-10:     6:02