U. S. DISTRICT COURT
Eastern District of Louisiana

FILED SEP 2 2 2006

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **Jamal Ali Bilal**, | ) Docket No. 2:06-cv-02364-EEF-DEK |
| Plaintiff, | ) MDL No. 1657 |
| v. | ) |
| **Merck Co., Inc. et al**, | ) |
| Defendants. | ) |

## MOTION FOR CONTINUATION TO FILE PLAINTIFF PROFILE FORM/ MOTIONFOR STATUS CHECK ON COURT'S PREVIOS ORDER REQUESTING CLASS COUNSEL TO LOCATE INDIVIDUAL COUNSEL/ NOTICE TO COURT THAT PLAINTIFF IS NOT IN RECEIPT OF PRETRIAL ORDER 18C OR PLAINTIFF PROFILE FORM

Comes Now plaintiff JamalAli Bilal, pro se, and would show the following:

1. Plaintiff is not in receipt of the court's pretrial order No. 18C and no such order was mailed to him at his address of record.

2. Plaintiff is not in receipt of a plaintiff profile form.

3. Plaintiff is aware that the court previously requested Phillip A. Wittman and/or Russ M.Herman to locate counsel to represent plaintiff but to this date plaintiff has not heard from either counsel. **See Exhibit A attached.**

**Repectfully submitted,**

*Jamaal Ali Bilal*

Jamaal Ali Bilal
FCCC, 13613 S.E. Hwy 70
Arcadia, Florida 34266

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc.No. _____

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to John N. Poulos, Esquire, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-9220 this 17th day of September 2006.

                                                                           *Jamal Ali Bilal*
                                                                              Jamal Ali Bilal