**JAMAL ALI BILAL**
FCCC, 99-0124
13613S.E.Hwy 70
Arcadia, Florida 34266

September 17, 2006

**JOHN N. POULOS, Equire**
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-9220

Re:   *In re Vioxx Products Liability Litigation*
      *MDL No. 1657*
      *Jamal Ali Bilal v. Merck & Co., Inc.*
      <u>*Docket No. 2 :06-cv-02364-EEF-DEK*</u>

Dear Mr. Poulos:

I am in receipt of your September 12, 2006 letter advising me that your firm represents Merck & Co., Inc.("Merck") in the action referenced above. Although I am currently pro se, as I understand it, the court has ordered Mr. Phillip A. Wittman, Esq. and Mr. Russ M. Herman to find counsel to represent me. To this date I have not heard from either  Mr. Wittman or Mr. Herman.

As you know, I am currently civilly detained in a mental institution. I am a honorably discharged Navy Vietnam era veteran,and I am currently awaiting a court ordered transfer to a Veteran Medical Center per 38 U.S.C. §§ 1712a. Such transfer is expected to materialize next month.  I will contact Mr.Wittmann and Mr. Herman in the near future  by letter in regards to the status of the counsel location and address relocation issues.  If you are willing to settle this matter without the involment of attorney fees please notify me in writing within ten (10) days of receipt of this letter. It is my belief that the court has no alternative but to appoint me counsel or guardian ad litem **per Rule 17(c) of the Federal Rules of Civil Procedure. <u>Yoder v. Patla</u>**, 234 F.3d 1275 (7th Cir. 2000); **<u>Thomas v. Humfield</u>**, 916 F.2d 1032, 1034-35 (5th Cir.1990).

Finally, please be advised that I have <u>not</u>  received any copies of **pretrial Order No. 18C.** Niether am I am in receipt of a plaintiff profile form ("PPF"). I will notify the court, Mr. Wittmann, and Mr. Herman, by forwarding them a copy of this letter today.

Thank you for the notification letter and I hope to hear again from you shortly.

Very truly yours,

*Jamaal Ali Bilal*

CC:    Phillip A. Wittman, Esq.
        Russ M. Herman, Esq.
        Clerk U.S. District Court, New Orleans



Jamaal ali Bilal 99-0134
GCCC, 13413 S.E. Hwy 70
Arcadia, Fl 34266

MANASOTA FL 342

19 SEP 2006 PM 3 L

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, Louisiana 70130

70130/5517

Legal Mail