MINUTE ENTRY
FALLON, J.
SEPTEMBER 25, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS             MDL 1657
     LIABILITY LITIGATION

ROBERT G. SMITH

                                              REF NO. 05-4379
VERSUS

                                              SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON       MONDAY, SEPTEMBER 25, 2006, 9:40 am
Case Manager: Gaylyn Lambert                      (continued from 9-22-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
             Philip Beck, Esq., Andrew Goldman, Esq.& Carrie Jablonski, Esq., and
             Brian Currey, Esq. For defendant

JURY TRIAL:
All present and ready.

Defendant's Witnesses:

Dr. Daniel Joseph Courtade - by video deposition. Transcript filed into the record.

Defendant rests. No rebuttal by plaintiff.
Jury excused for the day at 11:38 am.

Renewed motion of defendant, Merck, for Judgment as a Matter of Law - Taken Under Submission.
Motion of plaintiff, Robert G. Smith, for directed verdict - no evidence that plaintiff was negligent, and that Dr. Grefer was not negligent - Taken Under Submission.

Court adjourned at 2:10 pm until Tuesday, September 26, 2006, at 8:00 am.

JS-10:   1:55