UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 |
| | * |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAGISTRATE JUDGE |
| | * DANIEL E. KNOWLES, III |
| | * |
| | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:**     *Culberson, et al. v. Merck & Co., Inc.*
                                                          *Civil Action No. 06-2653*

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Francis Culp ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1.   Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2.   Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a

particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though

Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the

instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims.

Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have

in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff

Francis Culp in the above-styled lawsuit without prejudice to re-filing, subject to the conditions

stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE