

12189448

Aug 25 2006
6:06PM

August 25, 2006


Re:  Expert Report of Craig M. Pratt, M.D.

I am Craig M. Pratt, M.D. and I have reviewed the case of Charles Laron Mason.  My report follows.

I have been asked to address the question of previous Vioxx® use and whether there is any relationship to the myocardial infarction occurring on July 25, 2003.  I have reviewed the available medical records pertaining to Mr. Mason.  I have also reviewed relevant medical and scientific literature on Vioxx®.

My qualifications as an expert are outlined in my curriculum vitae, which is attached to this report.  I am currently a staff cardiologist with The Methodist DeBakey Cardiology Associates in affiliation with The Methodist Hospital Physician's Organization, Houston, Texas.  I am an American Board of Internal Medicine certified internist and clinical cardiologist.   My current responsibilities include:  1) Director of Research for the Methodist DeBakey Heart Center; 2) Medical Director of the Coronary Intensive Care Unit at The Methodist Hospital; and 3) Medical Director of the Ambulatory Electrocardiogram Monitoring and Exercise Stress Testing Laboratories at The Methodist Hospital, Houston, Texas.

My other responsibilities include direct patient care, supervision of staff physician and housestaff physician directed patient care, planning and conducting clinical cardiology research, and evaluating new cardiac drugs including the design and conduct of multi-center and multi-national trials.  Over the last 20 years I have been a consultant for the U.S. Food and Drug Administration (FDA), including seven years as Chairman of the Cardio-Renal Advisory Board to the FDA.  In these capacities, I have judged the risks and benefits of new cardiovascular therapies and made recommendations to the FDA regarding the approval of new cardiovascular drugs, as well as various issues relating to cardiac toxicity of non-cardiac drugs.

I am currently Professor of Medicine at Weill Medical College of Cornell University (July 2006 – Present) and was previously Professor of Medicine at Baylor College of Medicine from 1978 - 2005.  My responsibilities include training cardiology fellows, internal medicine housestaff, family practice residents, and medical students.  I am also the Director of the Housestaff Training Program for the Department of Cardiology, The Methodist Hospital.

I have been the Medical Director of The Methodist Hospital Coronary Intensive Care Unit for 26 years where I supervise the care of various heart related conditions, including sudden cardiac death, hundreds of myocardial infarctions, and 500-1000 patients annually with acute coronary syndrome.

**Charles Laron Mason**
**Page 2**

In formulating my opinion, I rely on my 28 years of experience as a cardiologist, with both an office consultation practice as well as extensive hospital experience in the management of cardiovascular disease. I also rely on the relevant medical literature. I rely on all these factors when considering prescribing drugs like COX-2 inhibitors such as Vioxx® and Celebrex®. In deciding to prescribe any medication, I feel it is important to verify that the patient has a medical condition that justifies a specific therapy. Based upon my medical experience, my understanding of the medical literature and appropriate guidelines, I consider both drug efficacy and drug safety. I make treatment decisions based on the overall risk-benefit assessment pertinent to the specific patient that I am treating.

I have reviewed the available records pertaining to Mr. Charles Laron Mason. He is a 65 year old male. There are a number of medical conditions and illnesses noted in the medical record. Non-cardiovascular conditions include: tonsillitis, appendicitis, gallstones, history of allergic rhinitis, lipoma, palsy, irritable bowel syndrome (IBS), gastroesophageal reflux disease (GERD), hearing loss, strained back, lumbar strain, joint degenerative disease, knee injury, anxiety disorder and depression. Relevant cardiovascular history, conditions and diagnoses include: family history of myocardial infarction, history of tobacco abuse, obesity, sleep apnea, erectile dysfunction, hyperlipidemia, angina, coronary artery disease, myocardial infarction, and coronary angioplasty and stenting. Stress, anxiety and depression are also important factors in the development of myocardial infarction.

His documented exposure to Vioxx® begins in September 2002, with subsequent prescriptions through June, 2003. The patient reported less pain on Vioxx®. Mr. Mason was seen at the Alta View Hospital emergency room on 7/25/03. His chief complaint was intermittent chest pain over the last 4 days. ECG evaluation revealed anterior T-wave changes and, subsequently, elevations of Troponin and MBCK cardiac enzymes. The patient was transferred to LDS Hospital for the purpose of cardiac catheterization. Coronary angiography revealed a 90% left anterior descending lesion and a 70% first diagonal lesion, dilated successfully to 0% and 10% stenoses, respectively. Left ventricular ejection fraction was reported to be 60%. The clinical sequence of events (few days of chest pain in a patient with advanced coronary artery blockage) is a very typical clinical story that occurred commonly before, during and after the availability of Vioxx®. There is no evidence that Vioxx® had any relationship to this myocardial infarction.

The patient was discharged home on 7/27/03 in good condition. The patient has done well subsequently. A hospitalization for recurrent chest pain occurred on 8/13/03 with no evidence of ischemia or injury and the suggestion of non-cardiac chest pain, and a gastroenterology consult. Subsequent clinic visits included nuclear perfusion stress exercise tests in October, 2003 and April, 2005. Both stress electrocardiograms and nuclear images revealed no evidence of ischemia and normal preserved ventricular function (LVEF = 55%). His cardiac medications have included carvedilol, aspirin, Plavix, nitroglycerin, simvastatin, amlodipine and metoprolol. Non-cardiac medications include Zoloft and Prilosec. I concur with Mr. Mason's treating cardiologists that he has normal exercise capacity without evidence of cardiac ischemia. His current cardiac status does not impose any activity restrictions. The last clinic visit record I reviewed was 10/22/05 where there were no cardiac symptoms, and a normal ECG. His cardiac

**Charles Laron Mason**
**Page 3**

prognosis is excellent and future therapy should focus on prevention of progression of coronary arteriosclerosis.

The impetus for the development of COX-2 inhibitors was important in part because the available NSAIDs were associated with a significant gastrointestinal (GI) risk including severe bleeding, obstruction, and perforation that could lead to death. The early hope that COX-2 inhibitors could reduce the risk of GI bleeding was subsequently confirmed using Vioxx® 50 mg (twice the recommended therapeutic dose vs. naproxen 500 mg bid) in the VIGOR trial (described below).

There have been theoretical concerns that COX-2 inhibitors might create an imbalance in which there was an increased risk of thrombosis. It was theorized that an imbalance between prostacyclin and thromboxane might increase the risk of thrombosis. This hypothesis was originally put forward by Garrett Fitzgerald, M.D., as published in 1999. In his later writings (publications), even Dr. Fitzgerald concluded that the VIGOR cardiovascular disparity could be explained by a combination of a cardioprotective effect of naproxen and the play of chance. As recently as 2004, Dr. Fitzgerald stated that while other mechanisms cannot be discounted, "there is currently little evidence in humans to support a prothrombotic effect of coxibs." Indeed, the totality of evidence from the controlled clinical trials does not support this hypothesis.

Objective assessment of the current literature regarding an alleged risk of coxibs for thrombotic cardiovascular events must be viewed based on the scientific quality of each study. Based upon my experience with the US Food and Drug Administration (FDA), as both Chairman and a member of the Cardio-Renal Advisory Board, I rely mostly on randomized placebo-controlled trials. This information would include an individual placebo-controlled trial, but also combined studies where all placebo-controlled data is considered in a meta-analysis. I put much less weight to randomized-positive control trials which do not include a placebo group. I should note that, at times, meta-analysis of controlled trials can increase the heterogeneity of the patient population and adds complexity to the interpretation. Because of their lack of controls and other limitations, I ascribe a minimal level of importance on retrospective or case-control data or individual case reports or testimonials.

In reviewing the placebo-controlled trials, there are a number of studies to evaluate. There is no consistent signal of Vioxx® cardiovascular thrombotic risk within these trials, and none for short-term use of Vioxx® 25 mg. Two long-term placebo-controlled studies were conducted in Alzheimer's disease, neither of which shows increased risk of thrombotic cardiovascular risk. Many placebo-controlled trials were conducted by Merck in preparation for submission of their new drug application and were pooled and analyzed at various points in time (first in the publication of the Konstam paper in 2001, and most recently in Merck's March 2004 submission to the FDA). On each occasion, the pooled placebo-control analysis did not indicate any significant increased cardiovascular risk against placebo or non-naproxen NSAIDs. The APPROVe trial was a study to determine the effect of using Vioxx® 25 mg vs. placebo on the risk of recurrent colon polyps. An indication of increased thrombotic cardiovascular risk was only noted after at least 18 months of continuous therapy. The relative risk of Vioxx® for adjudicated thrombotic adverse events in this study was less than 2.0. Data from the off-drug follow-up of the APPROVe study has recently become available. The off-drug thrombotic events occurring on persons initially randomized to Vioxx® and placebo are

not statistically different and do not alter my opinions regarding this trial. Companion studies to APPROVe include ViP and VICTOR, conducted in different patient populations. In VICTOR, I understand that there is a numerical difference in favor of placebo for thrombotic cardiovascular events, and final data will be forthcoming. The results of ViP indicate that there was no increased thrombotic cardiovascular risk associated with Vioxx® 25 mg compared to placebo.

In summary, there is no consistent signal regarding any cardiovascular risk of Vioxx®, when considered in light of the totality of the data of all randomized, placebo-controlled trials. One placebo-controlled trial which showed an increased relative risk was the APPROVe study, but not until after 18 months of continuous therapy. The current preliminary data from the VICTOR trial also shows a numerical imbalance in favor of placebo, but additional events are continuing to be evaluated and final data from this trial is not yet available. Contrary to these observations, both of the long-term placebo-controlled Alzheimer studies, the pooled meta-analysis of all placebo-controlled trials (excluding the polyp and cancer trials) and the ViP trial do not indicate an increased cardiovascular risk with the use of Vioxx® compared to placebo.

The VIGOR trial received a great deal of publicity when published in the *New England Journal of Medicine* in November, 2000. The results of the VIGOR trial demonstrated a lower rate of upper GI events, including perforation, obstruction, upper GI bleeding and symptomatic ulcers on Vioxx® (50 mg qd) versus naproxen (500 mg bid). While Vioxx® (50 mg qd) showed a GI benefit, a significant difference in myocardial infarctions favoring naproxen was noted. It is important to emphasize this was a positive-controlled trial with no placebo. The authors of the study suggested a potential naproxen benefit to account for the imbalance of myocardial infarction. Considering that the naproxen dose used in VIGOR has been shown to inhibit platelet aggregation in peer reviewed published studies, I believe that it is reasonable to conclude that the VIGOR results may represent a naproxen benefit and/or the play of chance, in the absence of evidence of a prothrombotic effect of Vioxx®. The inconsistency seen with naproxen in observational studies can be explained by the necessity of chronic dosing to achieve inhibition of platelet production over the entire dosing interval.

As referenced above, I believe that retrospective, case-controlled epidemiologic studies have much less validity than randomized placebo-controlled trials in assessing potential drug risk. A large number of case-controlled retrospective studies have been reported with respect to selective and non-selective NSAIDs. In short, the results of these studies are very inconsistent. In some of the studies, an increased risk of Vioxx® and thrombotic cardiovascular events was reported. Other studies have shown no increased risk. This inconsistency across retrospective case-matched studies renders this category of scientific evidence very inconclusive.

Thus, there is a large body of literature relative to cardiovascular risk and its relationship to NSAIDs, coxibs, and including Vioxx®. The totality of the evidence does not consistently show an increased thrombotic cardiovascular risk of Vioxx®. Specifically, there is no placebo-controlled evidence that the short-term use of Vioxx® 25 mg increases the risk of cardiovascular events. Further, there is no evidence for an increased risk of sudden cardiac death relative to Vioxx® throughout all controlled clinical trials.

Consistent with my conclusions, detailed analysis in a comprehensive report by the FDA (4/06/2005) concluded that all NSAIDs possess a small cardiovascular risk, but no rank ordering or differences between NSAIDs was possible. The FDA analysis notes a wide variability of results with naproxen being identified as possibly different than all comparators. Finally, the FDA concluded that there is no cardiovascular risk with short-term use of selective or non-selective NSAIDs (except for the valdecoxib issue).

As an additional matter, there has been a great deal of published criticism of Merck for not specifically conducting a long-term placebo-controlled trial with the goal of assessing cardiovascular risk in patients with acute coronary syndrome or coronary artery disease patients. My opinion is that the long-term trials that were performed by Merck (the Alzheimer trials, APPROVe, ViP, VICTOR) as well as Merck's own meta-analysis of its placebo-controlled randomized trials were the appropriate mechanism to investigate a potential cardiovascular risk. The above trials targeted specific patients in which specific benefits were anticipated (and some shown). It is difficult to plan and conduct an ethical study in humans in which the only purpose of the study is to assess possible toxicity. Based on my experience, I also agree with the notion that adjudication of events leads to more reliable results as it improves accuracy in diagnoses across investigators who may be in different countries and have different clinical specialties.

With respect to the significance of Study 090, there has been a suggestion made that the cardiovascular data in Study 090 should have been a so-called "red flag" to Merck regarding the cardiovascular safety of Vioxx®. Study 090 was a 6-week clinical trial involving Vioxx®, nabumetone, and placebo in patients with osteoarthritis of the knee. The specific cardiovascular (both thrombotic and non-thrombotic) events that occurred in Study 090 were specifically reported in the FDA's cardio-renal review dated February 1, 2001, which is available on the FDA's website. The FDA's cardio-renal review reports that 6, 2, and 1 (Vioxx®, nabumetone, and placebo, respectively) serious cardiovascular events occurred in Study 090. The thrombotic events were 5, 1, and 0, respectively. The cardiovascular events in Study 090 were also reported (and described as too few events for meaningful analysis) by Mukherjee et al in the *Journal of the American Medical Association* in August 2001. Despite the numerical imbalance of events in Study 090, it was but one of many clinical trials conducted with Vioxx® that, when viewed in the totality of the data, does not change the conclusion that there is no increased cardiovascular risk conferred with the short-term use of Vioxx®. Further, the FDA was aware of the data in Study 090 when it concluded there is no cardiovascular risk in the short-term use of Vioxx® or any other NSAID. Study 090 was recently published by Weaver et al in the *Journal Clinical Rheumatology*.

Next, I do not agree with the suggestion that the cardiovascular data was misleading in the original *New England Journal of Medicine* article reporting the results of the VIGOR study because three myocardial infarctions on Vioxx® (which was adjudicated after a pre-specified cutoff point), were not included in the paper. It is my understanding that, prior to the unblinding of the data, a pre-specified cutoff point for adverse cardiovascular events was established (February 10, 2000). Cardiovascular events after pre-specified adjudication cutoffs are included in regulatory updates. Pre-specified cutoff points for data analysis are common in large trials and there is nothing inappropriate regarding their use. More important from a practical standpoint, there was no real difference in the conclusions of the study with or without the inclusion of these three events (concluding that there was a statistically significant difference in myocardial infarction rates between

**Charles Laron Mason**
**Page 6**

the Vioxx® and naproxen treatment groups).  Moreover, based on Merck's public
statements regarding this issue, it is apparent that the three myocardial infarctions were
never included in the manuscript.  Finally, it should be noted that the final myocardial
infarction data (20 to4) was provided to the FDA on October 13, 2000, and was reported
to the public at least as of February of 2001 (see FDA cardio-renal review described
above) and thus prior to Mr. Mason's prescription of Vioxx®.  As referenced above, I do
not agree with the statement that the VIGOR cardiovascular data as originally published
in the *New England Journal of Medicine* was in any way misleading to the medical
community.

As a final issue of some debate, the suggestion has been made that Cox-2 inhibitors,
including Vioxx®, might promote or accelerate the development of atherosclerosis.
There is no human clinical trial addressing this hypothesis.  Genetically altered mice
models (low-density lipoprotein receptor (LDL-R) deficient and apolipoprotein-E (apo-E)
deficient knockout mice) with accelerated atherosclerosis have been subjected to
NSAIDs to test this hypothesis.  Only one trial (Rott 2003) found that a Cox-2 inhibitor
appeared to accelerate atherosclerosis.  The Cox-2 studied was MF-tricyclic.  This trial
stands alone and contrasted to eight other mouse model studies (Burleigh 2002 & 2005;
Paul 2000; Pratico 2000; Linton 2002; Oleson 2002; Bea 2003; Egan 2005; and Belton
2003), which have used the same mouse models and concluded Cox-2 inhibitors either
had no effect on atherogenesis or were associated with a reduction in atherosclerotic
lesion size.  Three of these studies specifically tested Vioxx® (Burleigh 2002 & 2005 and
Linton 2002) all of which demonstrated a regression of atherosclerosis.

In summary, the myocardial infarction of Mr. Charles Mason was due to his advanced
coronary atherosclerosis in his left anterior descending coronary artery.  These clinical
and pathological circumstances were commonly seen before and after the development
and use of Vioxx® or any NSAID.  Based upon my analysis of the case, there is no
justification to implicate Vioxx® in Mr. Mason's myocardial infarction of 7/25/03.  Given
his normal exercise capacity, normal left ventricular function and lack of any activity
restrictions, his prognosis is excellent.  His longevity will primarily be determined by
meticulous control of cardiovascular risk factors, exercise, weight, and diet management.

My opinions are based upon the medical records I have reviewed, my clinical experience
and my understanding of relevant medical literature.  These opinions are expressed to a
reasonable degree of medical certainty.  In formulating this general discussion of the
relevant aspects of the medical condition of Mr. Mason, I reserve the right to have
additional opinions pending the availability of additional information, such as depositions
or other information relevant to this case.

Respectfully submitted,

Craig M. Pratt, M.D.

# CURRICULUM VITAE

## Craig M. Pratt, M.D.

### GENERAL INFORMATION

| | |
|---|---|
| Academic Office Address: | The Methodist Hospital |
| | 6565 Fannin Street, F1001 |
| | Houston, Texas  77030-2707 |
| Office Telephone: | 713-441-2690 |
| Office Fax: | 713-793-1193 |
| Office Email: | cpratt@tmh.tmc.edu |
| | |
| Clinic Address: | Methodist DeBakey Cardiology Associates |
| | 6550 Fannin Street, SM1901 |
| | Houston, Texas  77030 |
| Clinic Telephone: | 713-441-1110 |
| | |
| Citizenship: | USA |
| | |
| Birthplace & Date: | Monterey Park, California, USA |
| | 07/18/1945 |

### EDUCATIONAL BACKGROUND

| Degree | Institution name, city and state | Dates Attended | Year Awarded |
|---|---|---|---|
| BA (Zoology) | University of California, Los Angeles | 1963-1967 | 1967 |
| MD | University of California, Irvine | 1967-1971 | 1971 |

### POST-DOCTORAL TRAINING (Residency / Fellowship)

| Title | Institution Name, city and state | Dates |
|---|---|---|
| Intern, IM | University of California, Davis | 7/1971-6/1972 |
| Resident, IM | University of California, Davis | 7/1972-6/1973 |
| Resident, IM | University of California, Davis | 7/1975-6/1976 |
| Fellow, Cardiology | University of California, Davis | 7/1976-6/1978 |

### MILITARY SERVICE

| Title | Institution Name, city and state | Dates |
|---|---|---|
| Lieutenant | US Naval Reserve, Camp Pendleton, CA | 7/1/1973-6/30/1975 |
| | Director, Hypertension Clinic | |
| | Director, Outpatient Medical Services | |
| | Medical Advisor to Base General on Marine Weight | |
| |   Loss and Fitness Program | |
| | Director, Medical Clinic Services for Vietnam Refugees | |

**Craig M. Pratt, M.D.**

## PROFESSIONAL POSITIONS

### Academic positions (teaching and research)

| Title | Institution Name, city and state | Dates |
|---|---|---|
| Assistant Professor of Medicine | University of California, Davis, CA | 7/1978-9/1978 |
| Assistant Professor of Medicine | Baylor College of Medicine, Houston, TX | 9/1978-6/1984 |
| Associate Professor of Medicine | Baylor College of Medicine, Houston, TX | 7/1984-4/1991 |
| Professor of Medicine | Baylor College of Medicine, Houston, TX | 5/1991-9/2005 |
| Professor of Medicine | Weill Medical College of Cornell, New York, NY | 7/1/2006-Present |

### Hospital positions

| Title | Institution Name, city and state | Date |
|---|---|---|
| Attending/Staff Physician | The Methodist Hospital, Houston, TX | 1978 – Present |
| Director, Coronary Intensive Care Unit | The Methodist Hospital, Houston, TX | 1978 – Present |
| Director, Ambulatory ECG Monitoring & Stress Testing | The Methodist Hospital, Houston, TX | 1978 – Present |
| Attending/Staff Physician | Ben Taub General Hospital, Houston, TX | 1979 – 9/2005 |
| Deputy Chief of Service | The Methodist Hospital, Houston, TX | 2002 – 2004 |
| Director, ECG Laboratory | The Methodist Hospital, Houston, TX | 2003 – Present |
| Director of Research | The Methodist DeBakey Heart Center The Methodist Hospital, Houston, TX | 2003 - Present |

## INSTITUTIONAL/HOSPITAL AFFILIATION (Current)

Primary Hospital Affiliation:       The Methodist Hospital, Houston, Texas
Academic Affiliation:                 Cornell Medical College, New York, New York

## LICENSURE AND BOARD CERTIFICATION

### Licensure

| State | Number | Date of Issue | Date of last registration |
|---|---|---|---|
| Texas | F3583 | 2/25/1979 | 11/30/2005-06 |
| California | A24777 | 07/01/1972 | 7/31/1979 |

### Board Certification

| Name of specialty | Board Certificate Number | Date of Certification |
|---|---|---|
| ABIM: Internal Medicine | 56796 | June 22, 1977 |
| ABIM: Cardiovascular Disease | 56796 | June 20, 1979 |

2

Craig M. Pratt, M.D.

### EXTRAMURAL PROFESSIONAL RESPONSIBILITIES

**United States Food & Drug Administration**
| | |
|---|---|
| **Consultant, US Food & Drug Administration** | **1986-Present** |
| **Chairman, Cardio-Renal Advisory Board** | **1987-1993** |
| Member, Cardio-Renal Advisory Board | 1986-1997 |
| Consultant, Center for Drug Evaluation and Research | 1986-Present |

### PROFESSIONAL MEMBERSHIPS *(medical and scientific societies)*

| Member/officer | Name of Organization | Dates |
|---|---|---|
| **Member** | **American Medical Association** | **1978-Present** |
| **Member** | **American College of Physicians** | **1978-Present** |
| **Member** | **Harris County Medical Society** | **1978-Present** |
| **Member** | **American Heart Association (Silver)**<br>Abstract Grader, 1988-91<br>Fellow, Council of Clinical Cardiology<br>Member of Houston Division of AHA Board of Directors | **1979-Present** |
| **Member** | **Texas Association of AHA** | **1979-Present** |
| **Member** | **American College of Cardiology (Fellow)**<br>Abstract Grader, 1984-92, 1996-2003<br>Member, Program Planning Committee for the Annual Meeting, 1988-89<br>Co-Chairman, Program Planning Committee for the Annual Meeting, 1990-91<br>Member, Program Planning Committee for the Annual Meeting, 1991-93<br>Chairman, Abstract Category, Electrophysiology/ Arrhythmias, 1994 Annual Meeting, 1993-94<br>Member, Program Committee, American College of Cardiology, 1994 Annual Meeting, 1993-94 | **1979-Present** |
| **Member** | **Heart Rhythm Society (formerly NASPE)**<br>Abstract Grader, 1994-95, 1995-2003<br>Member, Database Task Force, 1994-97<br>Member, NASPE *TAPES* Editorial Board<br>Co-Chairman and Member, Ethics Committee, 1992-97<br>Scientific Program and Tutorial Committee, 1989-90<br>Member, Ad Hoc Working Group on Clinical Trials, 2000-2001 | **1985-Present** |
| **Member** | **International Society of Heart Failure**<br>Abstract Grader, 5th World Congress on Heart Failure, 1997<br>Scientific Advisory Board of the 6th World Congress on Heart Failure, 1998 | **1995-Present** |

3

Craig M. Pratt, M.D.

## NATIONAL & INTERNATIONAL RESEARCH - COMMITTEE ACTIVITY

### Chairman or Member of Clinical Trial Committees (Current):

- Member, AGENT 3 Steering Committee (Berlex / Cardium)
- Co-Chairman, RSD1235 ACT I Steering Committee (Cardiome)
- Member, RSD1235 ACT II Steering Committee (Cardiome)
- Co-Chairman, RSD1235 ACT III Steering Committee (Cardiome)
- Chairman, RSD1235 SR  Steering Committee (Cardiome)
- Chairman, DRI5165: MAIA/CARIOS/CORYFEE Data Safety Monitoring Committee (Sanofi)
- Member, EFC2946 and EFC 2724 Data Safety Monitoring Committee (Sanofi)
- Chairman, LAF237A Cardiovascular & Cerebrovascular Safety Committee (Novartis)
- Co-Chairman, SHIELD Steering Committee (Procter & Gamble)
- Member, ACCLAIM Steering Committee (Vasogen)
- Member, Omacor® Steering Committee (Reliant Pharmaceuticals)
- Member, Laszarin® Steering Committee (Protemix)

## MANUSCRIPT REVIEWER

*American Journal of Cardiology*
*Circulation*
*Journal of the American College of Cardiology*
*Journal of the American Medical Association*
*Journal of Pacing and Cardiac Electrophysiology (PACE)*
*New England Journal of Medicine*
*American Heart Journal*

## EDITORIAL BOARDS

*American Heart Journal* (3/1/91-3/30/94)

## HONORS AND AWARDS

*June 2004: Award for Excellence in Teaching,* Department of Medicine, Baylor College of Medicine

*June 2000: Outstanding Faculty Award,* Baylor College of Medicine, Presented by Cardiology Fellows

*June 1998: Baylor Housestaff Teaching Faculty Award,* Methodist Hospital, Presented by Baylor Residents

*June 1995: Outstanding Faculty Award,* Baylor College of Medicine, Presented by Cardiology Fellows

## INSTITUTIONAL RESPONSIBILITIES (past and present)

| *Teaching* | *Dates* |
|---|---|
| Director, Department of Cardiology Housestaff Training Program | 2005-Present |
| Director, The Methodist Hospital CCU Housestaff Training Program | 1978-Present |
| Train medical students, residents, cardiology fellows: | 1978-Present |

Cardiology Inpatient Service (teaching rounds when on service)
Coronary Intensive Care Unit (daily teaching rounds)
Cardiology Research Conference (weekly)
Cardiology Journal Club (bi-monthly)
Advisory, Internal Medicine Residents

4

**Craig M. Pratt, M.D.**

| _Clinical Care_ | _Dates_ |
|---|---|
| Clinical Cardiology Practice | 1978-Present |
| Hospital Practice (In-Patient Cardiology Service, Inpatient Consult Service) | 1978-Present |

| _Administrative duties (including committees)_ | _Dates_ |
|---|---|
| _Current_ | |
| Director, Cardiology Housestaff Program | 2005-Present |
| Director of Research, Methodist DeBakey Heart Center (MDHC) | 2003-Present |
| Ad-Hoc Member, MDHC Governance Committee | 2003-Present |
| Member, TMH Research Institute Committee | 2005-Present |
| Member, The Methodist Hospital IRB Committee | 2005-Present |
| Member, Methodist DeBakey Heart Center | 2002-Present |
|     Member, MDHC Planning Committee | |
|     Chairman, MDHC Research Subgroup | |
|     Member, MDHC CME Subgroup | |
|     Member, MDHC Nominating Subgroup | |
| Director, Coronary Intensive Care Unit, The Methodist Hospital | 1980-Present |
|     Member, ICU/MICU Committee | |
| Director, Ambulatory ECG Monitoring and | |
|     Exercise Stress Testing Laboratories, The Methodist Hospital | 1978-Present |
| Director, ECG Laboratories, The Methodist Hospital | 2003-Present |
|     Chairman, ECG Quality Control Committee (2003-present) | |
| Member, Medication Usage and Formulary Committee, The Methodist Hosp. | 1998-Present |
| Member, CMPI Committee, The Methodist Hospital | 2004-Present |
| Member, Critical Care CMPI Committee, The Methodist Hospital | 2004-Present |
| Co-Chairman, MDHC Arrhythmia Strategic Planning Committee | 2004-Present |

| _Past_ | _Dates_ |
|---|---|
| Member, Chairman's Advisory Committee, Department of Medicine, | |
|     Baylor College of Medicine | 1999-2005 |
|     Member, Strategic Planning Subcommittee | |
|     Member, Patient Care and Clinical Service (Quality Task Force) | |
| Member, ER/ICU Committee, The Methodist Hospital | |
| Member, Baylor Internal Medicine Management Committee | 1999-2005 |
|     Chairman, BIMC Finance Subcommittee (2003-2005) | |
| Director of Clinical Cardiology Research, Baylor College of Medicine | 1984-2005 |
| Deputy Chief of Service, The Methodist Hospital | 2002-2004 |
| Chairman, Baylor/Methodist/MacGregor Committee | 1995-2002 |
| Director, Outpatient Cardiovascular Services, MacGregor Medical | |
|     Association (HMO Affiliation with Cardiology), Houston, TX | 1995-2002 |
| Member, Pharmacy and Therapeutics Committee, The Methodist Hospital | 1996-1998 |
| Member, Non-Invasive Cardiology Advisory Committee, The Methodist Hosp. | 1998-1999 |
| Member, Quality Panel for Peer Review (Cardiovascular Service), | |
|     Ben Taub General Hospitals (HCHD) | 1997-1999 |
| Member, Health Channel Faculty Advisory Committee, Baylor COM | 1997-1999 |
| Member, Continuing Medical Education Committee, Baylor COM | 1992-1996 |
| Member, Scientific Advisory Committee, Baylor College of Medicine | 1994-1996 |
| Member, Executive Faculty Committee, Baylor College of Medicine | 1994-1995 |
| Member, Subspecialty Fellowship Committee, Baylor College of Medicine | 1990-1991 |
| Chairman, Advanced Cardiac Life Support Training Program, Baylor & Affil. Hosp | 1985-1991 |
| Co-Director, Coronary Intensive Care Unit, The Methodist Hospital | 1978-1980 |
| Director, Ambulatory ECG Monitoring and Co-Director, HTN Clinic, UC Davis | 1977-1978 |

Craig M. Pratt, M.D.

## RESEARCH SUPPORT (Past and Present)

### Clinical Trials Supported by the National Heart, Lung and Blood Institute (NHLBI):

Principal Investigator, Beta Blocker Heart Attack Trial (BHAT/NHLBI), 1978-83.

Principal Investigator, Cardiac Arrhythmia Pilot Study (CAPS/NHLBI), 1983-86.

Principal Investigator, Thrombolysis in Myocardial Infarction I, (TIMI/NHLBI), 1983-87.

Principal Investigator, Comparison of Electrophysiologic Study to Electrocardiographic Monitoring (ESVEM/NHLBI), 1985-91.

Principal Investigator, Cardiac Arrhythmia Suppression Trial (CAST/NHLBI), 1987-92.

Principal Investigator, Program Project (NHLBI) Study #: Cerebral Correlates of Ventricular Arrhythmias in Man. (James Skinner, Ph.D. and Mark Entman, M.D., Ph.D., Co-Directors of Program Project), 1985-88.

Principal Investigator, Substudy on Sudden Cardiac Death, and Core Ambulatory ECG Laboratory for SOLVD/NHLBI, 1988-92.

Principal Investigator, Clinical Core, Specialized Centers of Research (SCOR) in Heart Failure (RFA-NIH-87-HL-26-H), Robert Roberts, M.D., Director of SCOR, 1988-92.

Principal Investigator, Asymptomatic Cardiac Ischemia Pilot (ACIP/NHLBI) study (RFP-NHLBI-HC-85-20), 1990-96.

Co-Investigator, Thrombolysis in Myocardial Infarction II, (TIMI/NHLBI), 1987-89

Co-Investigator, Thrombolysis in Myocardial Infarction III, (TIMI/NHLBI), 1989-91

Co-Investigator, Studies of Left Ventricular Dysfunction (SOLVD/NHLBI), 1985-91.

Co-Investigator:  Mode Selection Trial in Sinus Node Dysfunction (MOST).  NHLBI 1995-1998.

Principal Investigator:  H-4465 - Atrial Fibrillation Follow Up Investigation of Rhythm Management (AFFIRM).  NHLBI 1995-2002.

### Research Projects Supported by Industry, Private or Institutional Funding:
### (Principal Investigator 1977-2000; Co-Investigator & Principal Investigator 2001-Present)

Principal Investigator, Determination of the Efficacy and the Non-Invasive Cardiac Effects of the Antiarrhythmic Drug Ethmozine. Single-Blind Placebo-Controlled Trial.  (Endo Laboratories) 1977-1980.

Principal Investigator, Antiarrhythmic Efficacy of Metoprolol in Patients with Coronary Artery Disease Patients. (CIBA-GEIGY) 1979-1981.

Principal Investigator, Evaluation of the Chronic Efficacy and Tolerance of Ethmozine in Patients with Non-life Threatening Cardiac Arrhythmias Using a Single- Blind Placebo-Control Design. (Endo/Dupont) 1981-1988.

6

**Craig M. Pratt, M.D.**

Principal Investigator, Comparison of the Efficacy of Ethmozine with Disopyramide in Patients with Non-Life Threatening Ventricular Arrhythmias Using a Placebo Controlled Double-Blind Crossover Design. (Endo/Dupont) 1982-1983.

Principal Investigator, Long-Term Efficacy of Ethmozine in Patients with Life-Threatening Ventricular Arrhythmias.  (Dupont Pharmaceuticals) 1982-1988.

Principal Investigator, Double-Blind Crossover Design Comparing Ethmozine and Quinidine Gluconate in Patients Post Myocardial Infarction. (DuPont Pharmaceuticals) 1985-1988.

Principal Investigator, Indecainide vs Procainamide: Hemodynamic Effect and Antiarrhythmic Efficacy In Patients at High Risk for Sudden Cardiac Death. A Randomized, Double-Blind, Parallel Placebo-Controlled Trial. (Eli Lilly Pharmaceuticals) 1984-1986.

Principal Investigator, Antiarrhythmic Efficacy and Hemodynamic Effects of Cibenzoline In Patients at High Risk for Sudden Cardiac Death. (Hoffman-LaRoche Pharmaceuticals) 1984-1986.

Principal Investigator, Diltiazem Reinfarction Study:  A Multi-Center, Double-Blind, Placebo Controlled Trial of Diltiazem in Patients with Non-Q Wave Myocardial Infarction.  (Marion Laboratories) 1983-1985.

Principal Investigator, Efficacy and Safety of Sustained-Release Diltiazem as Replacement Therapy for Beta-Blockers and Diuretics in the Treatment of Patients with Stable Angina Pectoris and Coexisting Hypertension. (Marion Laboratories) 1985-1986.

Principal Investigator,  A Comparative Study of Sotalol and Quinidine in the Treatment of Patients with Ventricular Ectopic Activity.  (Bristol-Myers Pharmaceuticals) 1985-88.

Principal Investigator, Hemodynamic Assessment of Moricizine: Rest and Supine Bicycle Exercise During Right Heart Catheterization.  (DuPont Pharmaceuticals)  1984-85.

Principal Investigator, Outpatient Evaluation of the Safety and Efficacy of Oral Recainam Maintenance Therapy in Suppression of Chronic Ventricular Ectopy. (Wyeth Labs.) 1988-90.

Principal Investigator, Evaluation of the Effect of Recainam on Left Ventricular Function in Patients with High Frequency Ventricular Ectopy. (Wyeth Laboratories) 1988-90.

Principal Investigator,  Antiarrhythmic and Hemodynamic Assessment of Pirmenol in Patients with Ventricular Arrhythmias.  (Warner Lambert Pharmaceuticals) 1987-90.

Principal Investigator, A Comparison of D-Sotalol to Placebo in the Treatment of Patients with Frequent and Repetitive Ventricular Ectopic Activity (Bristol-Myers Inc.) 1990-91.

Principal Investigator:, Evaluation of the Effect of Transdermal Nitroglycerin Patches (Nitro-Dur,) on Exercise-Induced Myocardial Ischemia:  A Quantitative Evaluation Using SPECT Thallium Imaging (Schering-Plough Pharmaceuticals, Inc.) 1990-91.

Principal Investigator:  Comparison of the anti-ischemic activity of oral BMS 180291, atenolol and placebo in subjects with coronary artery disease experiencing episodes of ambulatory myocardial ischemia (Bristol Myers-Squibb). 1993-95.

Principal Investigator:  The effect of transdermal scopolamine on automatic neuro-cardiac reflex activity in survivors of an acute myocardial infarction, optimum dosing and long term efficacy and safety. 1993-94.

**Craig M. Pratt, M.D.**

Principal Investigator:  Efficacy and Safety of d-Sotalol versus Placebo in the Maintenance of Sinus Rhythm Following Pharmacological or Electrical Cardioversion in Subjects with Sustained Atrial Fibrillation or Atrial Flutter (Bristol Myers-Squibb).  1993-1995.

Principal Investigator:  H-3650 - A randomized double-blind, parallel, placebo-controlled evaluation of orally administered dofetilide in patients with symptomatic paroxysmal atrial fibrillation/flutter (PAF, PAFL) or paroxysmal supraventricular tachycardia (Pfizer).  (exact dates unknown).

Principal Investigator:  The Multicenter Automatic Defibrillator Implant Trial (MADIT) (CPI/Guidant).  1993-94.

Principal Investigator:  Randomized Double-blind, Placebo-controlled Multicenter Study of the Effects of Intermittent Therapy with Transdermal Nitroglycerin (NTG) on Left Ventricular Dilation and Function in Post Acute Myocardial Infarction Patients (Schering Plough). 1996-98.

Principal Investigator:  H-4934 - Assessment of the safety of sibutramine in obese patients after coronary artery bypass graft surgery (Knoll Pharmaceutical Co.) 1996-98.

Principal Investigator:  H-6250 - An investigation of the clinical relevance of ventricular rate control in patients with chronic atrial fibrillation in a health maintenance organization (HMO) setting.  (Procter & Gamble and Pfizer, Inc.) 1997-2000.

Co-Investigator:  H-7035 - Dose Finding Study and Hemodynamic Effects of RO 61-0612 in Congestive Heart Failure (NYHA Class IV) Patients (Actelion, Ltd.) 1998-2001.

Principal Investigator: H-6417:  A Double-Blind, Placebo-Controlled, Parallel Design Study to Determine the Effect of 75 or 100 mg of Orally Administered Azimilide Dihydrochloride versus Placebo on Survival in Recent Post-Myocardial Infarction Patients at Risk in Sudden Death (ALIVE).  (Procter & Gamble) 1998-2001

Principal Investigator: H-7851:  A randomized, prospective multicenter trial evaluating the role of adenosine TC-99M sestamibi single-photon emission computed tomography for assessing risk and therapeutic outcomes in survivors of acute myocardial infarction.  INSPIRE.  The Adenosine Sestamibi SPECT Post Infarction Evaluation Trial.  (Dupont, Schering-Plough, Fugisawa Healthcare, Inc.)  1999-2003

Co-Investigator:  H-10146:  A multi-center, randomized, double-blind, placebo controlled study to evaluate the efficacy and safety of AD5FGF-4 in patients with stable angina (AGENT 2). (Berlex) 2001-2003

Co-Investigator:  H10080:  A Multi-Center, 12 Month, Double-Blind, Placebo-controlled, Parallel Group to Evaluate the Efficacy and Safety of 75 and 125 mg Doses of Oral Azimilide Dihydrochloride in Patients with an Implantable Cardioverter Defibrillator for the Treatment of Ventricular Arrhythmias.  (Procter & Gamble).  2001-2004

Co-Investigator:  A Multi-center, Double-Blind, Randomized, Placebo Controlled, Parallel Group Study to Assess the Efficacy, Safety, and Tolerability of Tezosentan in patients with Acute Heart Failure (VERITAS 2).  2003-2004

Co-Investigator: H-9371.  A Multi-center, Randomized, Double-blind, Parallel Group, Placebo-Controlled Study to Assess the Effects of Immune Modulation Therapy (IMT) on Mortality and Morbidity in Patients with Chronic Heart Failure (ACCLAIM).  2003-2004

**Craig M. Pratt, M.D.**

Principal Investigator: H-9843:  A Multi-center, Six-month, Double-blind, Placebo-controlled, Parallel-Group Design Clinical Study to Assess the Efficacy and Safety of a Daily Oral Dose of 125 mg of Azimilide Dihydrochloride for the Prophylactic Treatment of  Atrial Fibrillation and An Open-label, Follow-up Clinical Phase to Assess the Long-Term Efficacy and Safety of a 125 mg Daily Oral Dose of Azimilide Dihydrochloride.  (Procter & Gamble Pharmaceuticals).  2001-2004

Principal Investigator: H-9870:   A Six Month Multi-Center, Double-Blind, Placebo-Controlled, Parallel-Group Design Clinical Study to Assess the Efficacy and Safety of a 125 mg Daily Oral Dose of Azimilide Dihydrochloride for the Treatment of Atrial Fibrillation in Patients who Require Electrical Cardioversion, with an Open-Label Follow-up Phase to Assess the Long-term Efficacy and Safety of a 125 mg Daily Oral Dose of Azimilide Dihydrochloride.  (Procter & Gamble Pharmaceuticals).  2001-2005

Principal Investigator: H-10139:  Cardiovascular Safety of Nicotine Transdermal System.  (Investigator Initiated study:  currently in data analysis phase).  (GlaxoSmithKline) 2001-2005

Co-Investigator:  H-16023:  Open-label, phase 2B study of the safety and efficacy of B-methyl-P-123-iodophenyl-pentadecanoic acid (123-BMIPP) for identification of ischemic myocardium using single photon emission computed tomography (SPECT) in adults admitted to the emergency department for evaluation of symptoms consistent with acute coronary syndrome (ACS).  2004-2005

Co-Investigator:  Short and Long-term Follow-up of Patients Admitted to the Chest Pain Unit Evaluated by Adenosine SPECT Sestimibi.  2005-2006

Craig M. Pratt, M.D.

## BIBLIOGRAPHY

### Peer Reviewed Articles

1.  Miller RR, Olson HG, *Pratt CM*, Amsterdam EA, Mason DT:  Efficacy of beta adrenergic blockade in coronary heart disease.  Propranolol in angina pectoris.  Clin Pharmacol Ther 18(5):598-605, 1975.

2.  Vismara LA, *Pratt CM*, Price JE, Miller RR, Amsterdam EA, Mason DT:  Correlation of the standard electrocardiogram and continuous ambulatory monitoring in the detection of ventricular arrhythmias in coronary patients. J Electrocardiol 10:299-304,1977.

3.  *Pratt CM*, Fong A, DeMaria AN, Amsterdam EA, Mason DT: Recent advances in the understanding of ambulatory electrocardiography.  Clinical Cardiology 1:217, 1979.

4.  *Pratt CM*, Miller RR:  Comparison of medical and surgical mortality in a high risk subset of coronary patients with extreme degrees of exercise induced ischemia.  In:  Proceedings of the Fifth International Symposium on Atherosclerosis.  47-51, 1980.

5.  *Pratt CM*, Welton D, Squires W, Kirby T, Hartung H, Miller RR:  Demonstration of training effect during chronic B-adrenergic blockade in patients with coronary artery disease. Circulation 64:1125-1129, 1981.

6.  Verani MS, Hartung GH, Hoepfel-Harris J, *Pratt CM*.  Effects of exercise training on left ventricular performance and myocardial perfusion in patients with coronary artery disease.  Am J Cardiol 47:797-803, 1981.

7.  The Beta-Blocker Heart Attack Study Group:  The Beta-Blocker Heart Attack Trial:  Design features.  Cont Clin Trials 2:275-285, 1981.

8.  Beta-Blocker Heart Attack Study Group:  The Beta-Blocker Heart Attack Trial.  JAMA  246: 2073-2074, 1981.

9.  Beta-Blocker Heart Attack Trial Research Group:  A randomized trial of propranolol in patients with acute myocardial infarction. I. Mortality results.  JAMA  247:1707-1714, 1982.

10.  Squires WG, Hartung GH, *Pratt CM*, Miller RR: Metabolic cost and electrocardiographic changes in cardiac patients during cardiopulmonary rescuscitation practice. J Cardiac Rehab 1:238-241, 1982.

11.  Frye W, *Pratt CM*, Herd JA:  Cardiac Rehabilitation Programs at The Methodist Hospital, Houston.  J Cardiac Rehab 2(6):464-467, 1982.

12.  *Pratt CM*, Lichstein E.  Ventricular antiarrhythmic effects of beta-adrenergic blocking drugs: A review of mechanisms and clinical studies.  J Clin Pharmacol 22:335-347, 1982.

13.  *Pratt CM*, Yepsen SC, Taylor AA, Mason DT, Miller RR, Quinones MA: Ethmozine Suppression of single and repetitive ventricular premature depolarizations during therapy:  Documentation of efficacy and long term safety.  Am Heart J  106:85-91, 1983.

14.  *Pratt CM*, Francis MF, Luck J, Wyndham C, Miller R, Quinones MA.  Analysis of ambulatory electrocardiograms in 15 patients during spontaneous ventricular fibrillation with special reference to preceding arrhythmic events.  J Am Coll Cardiol  2:789-797, 1983.

Craig M. Pratt, M.D.

15.   ***Pratt CM***, Yepsen SC, Bloom, MG, Taylor AA, Young JB, Quinones MA. Evaluation of metoprolol in suppressing complex ventricular arrhythmias: relationship to plasma metoprolol concentration, left ventricular and pulmonary function. Am J Cardiol 52:73-78, 1983.

16.   ***Pratt CM***, Roberts RR. Chronic beta-blockade therapy in patients after myocardial infarction. Am J Cardiol 52:661-664, 1983.

17.   Beta-Blocker Heart Attack Trial Research Group: A randomized trial of propranolol in patients with acute myocardial infarction. II. Morbidity results. JAMA 250:2814-2819, 1983.

18.   Beta-Blocker Heart Attack Trial Research Group: Beta-Blocker Heart Attack Trial: Design, Methods and Baseline Results. Cont Clin Trials 5:382-437, 1984.

19.   Fernandez GC, Chapman Jr AJ, O'Meara ME, ***Pratt CM***, Young JB. Gonococcal endocarditis: A case series demonstrating modern presentation of an old disease. Am Heart J 108:1326-1334, 1984.

20.   Mann DE, Luck JC, Herre JM, Magro SA, Yepsen SC, Griffin JC, ***Pratt CM***, Wyndham CRC. Electrophysiologic effects of ethmozine in patients with ventricular tachycardia. Am Heart J 107: 674-679, 1984.

21.   ***Pratt CM***, Francis MJ, Stone CL, Young JB, Griffin JC. Transtelephonic electrocardiographic monitoring: Reliability in detecting the ischemic ST segment response during exercise. Am Heart J 108: 967-974,1984.

22.   ***Pratt CM***, Young JB, Norton HJ, Taylor AA, Francis MJ, English L, Mann DE, Quinones MA, Roberts R. Comparative effect of disopyramide and ethmozine in suppressing complex ventricular arrhythmias using a double-blind, placebo-control longitudinal crossover design. Circulation 69: 288-297, 1984.

23.   Roberts R, ***Pratt CM***. Value of intravenous streptokinase in acute myocardial infarction. Int J Cardiol 5: 637-641, 1984.

24.   Sartori M, ***Pratt CM***, Young JB. Torsade de pointes: Malignant cardiac arrhythmia induced by amantadine poisoning. Am J Med 77:388-391, 1984.

25.   Noon GP, Zamora JL, Willingham I, ***Pratt CM***, Short HD. Popliteal vein pseudoaneurysm. Surgery 96: 942-945, 1984.

26.   ***Pratt CM***, Roberts R. The role of beta-blockers in the treatment of patients post-infarction. Cardiology Clinics 2: 13-20, 1984.

27.   ***Pratt CM***, Seals AA, Luck JC. The clinical significance of ventricular arrhythmias after acute myocardial infarction. Cardiology Clinics 2: 3-11, 1984.

28.   ***Pratt CM***, Luck JC, Mann DL, Wyndham CRC. Investigational antiarrhythmic drugs for the treatment of ventricular rhythm disturbances. Cardiology Clinics 2: 35-46, 1984.

29.   Roberts, R, ***Pratt CM***. The influence of the site and locus of myocardial damage on prognosis. Cardiology Clinics 2: 21-27, 1984.

30.   Young JB, ***Pratt CM***, Farmer JA, Luck JL, Fennell WH, Roberts R. Specialized delivery systems for intravenous nitroglycerin: Are they necessary? Am J Med 76: 27-37, 1984.

Craig M. Pratt, M.D.

31.   VanReet R, Quinones M, Poliner L, Nelson J, Waggoner A, Kanon D, Lubetkin S, *Pratt C*, Winters
      W.  Comparison of two-dimensional echocardiography with gated radionuclide ventriculography
      in the evaluation of global and regional left ventricular function in acute myocardial infarction.  J
      Am Coll Cardiol 3:243-252, 1984.

32.   Frye N, *__Pratt CM__*, Herd J.  Institute for Preventive Medicine, Methodist Hospital, Houston,
      Texas.  J Cardiovas Pulmon Med 12: 25-29, 1984.

33.   Raizner AE, Tortoledo FA, Verani MS, Van Reet RE, Young JB, Rickman FD,  Cashion WR,
      Samuels DA, *__Pratt CM__*, Attar M, Rubin HS, Lewis JM, Klein MS, Roberts R.  Intracoronary
      thrombolytic therapy in acute myocardial infarction: A prospective, randomized, controlled trial.
      Am J Cardiol 55:301-308, 1985.

34.   The TIMI Study Group:  The Thrombolysis in Myocardial Infarction (TIMI) Trial:  Phase I.
      Findings. N Engl J Med  312:932-936, 1985.

35.   *__Pratt CM__*, Slymen DJ, Wierman AM, Young JB, Francis MJ, Seals AA, Quinones MA, Roberts R.
      Analysis of the spontaneous variability of ventricular arrhythmias: Consecutive ambulatory
      electrocardiographic recordings of ventricular tachycardia.  Am J Cardiol  56:67-72, 1985.

36.   *__Pratt CM__*, Delclos G, Wierman AM, Mahler SA, Seals AA, Leon CA, Young JB, Quinones MA,
      Roberts R:  The changing baseline of complex ventricular arrhythmias:  A new consideration in
      assessing long-term antiarrhythmic drug therapy.  N Eng J Med 313:1444-1449, 1985.

37.   Young JB, Leon CA, *__Pratt CM__*, Suarez JM, Arnoff RD, Roberts R. Hemodynamic effects of an oral
      dopamine receptor against (Fenoldopam) in patients with congestive heart failure. J Am Coll
      Cardiol 6:(4)792-796, 1985.

38.   *__Pratt CM__*, Roberts R. Non-Q-wave myocardial infarction:  Recognition, pathogenesis, prognosis
      and management.  Baylor College of Medicine, Cardiology Series vol.8, (no.5), 1-23, 1985.

39.   Young JB, *__Pratt CM__*, Roberts R.  Intravenous nitroglycerin:  Its appropriate use.  Code Blue, ed.
      Thomas Giles. 1:1, 1-8, 1985.

40.   *__Pratt CM__*, Young JB, Wierman AM, Borland M, Seals AA, Leon CA, Raizner AE, Quinones MA,
      Roberts R. Complex ventricular arrhythmias associated with the mitral valve prolapse syndrome:
      Effectiveness of a new agent (moricizine) in patients resistant to conventional antiarrhythmics.
      Am J Med  80: 626-632,1986.

41.   *__Pratt CM__*, Wierman A, Seals AA, English L, Leon C, Young JB, Quinones MA, Roberts R.  Efficacy
      and Safety of Moricizine in patients with ventricular tachycardia:  Results of a placebo controlled
      prospective long-term clinical trial.  Circulation 73, 718-726, 1986.

42.   *__Pratt CM__*, Gibson R, Boden W, Theroux P, Strauss H, Gheorghiade M, Capone R, Crawford M,
      Schlant R, Arensberg D, Young P, Roberts R, and the Diltiazem Reinfarction Study (DRS) Group.
      Design of a multicentered, double-blind study to assess the effects of prophylactic diltiazem on
      early reinfarction after non-Q-wave acute myocardial infarction:  Diltiazem Reinfarction Study.
      Am J Cardiol 58:906-910, 1986.

43.   Gibson R, Boden W, Theroux P, Strauss H, *__Pratt C__*, Gheorghaide M, Capone R, Crawford M,
      Schlant R, Kleiger R, Young P, Schechtman K, Perryman B, Roberts R and the Diltiazem
      Reinfarction Study Group.  Diltiazem and reinfarction in patients with non-Q-wave myocardial
      infarction.  N Engl J Med 1986; 315:423-9.

Craig M. Pratt, M.D.

44.    Seals AA, English L, Leon C, Wierman A, Young J, Zoghbi W, Quinones M, Mahler S, Roberts R,
       ***Pratt C***:  Hemodynamic effects of moricizine at rest and exercise:  Results in patients with
       ventricular tachycardia and left ventricular dysfunction.  Am Heart J 112:36-43, 1986.

45.    CAPS Investigators.  The Cardiac Arrhythmia Pilot Study (CAPS). Am J Cardiol  57:91-95, 1986.

46.    ***Pratt CM***, Slymen DJ, Wierman AM, Francis M. Thornton B, Young JB, English L, Stone C,
       Sarnoff JJ, Roberts R.  Asymptomatic telephone ECG transmissions as an outpatient surveillance
       system of ventricular arrhythmias:  Relationship to quantitative ambulatory ECG recordings.   Am
       Heart J 112:1-7, 1987.

47.    ***Pratt CM***, Theroux P, Slymen D, Riordan-Bennett A, Morisette D, Galloway A, Seals AA,
       Hallstrom A.  Spontaneous variability of ventricular arrhythmias in patients at increased risk for
       sudden death after myocardial infarction:  Consecutive ambulatory electrocardiographic
       recordings of 88 patients.  Am J Cardiol 59:278-283, 1987.

48.    Kleiman NS, Lehane DE, Geyer CE, ***Pratt CM***, Young JB:  Prinzmetal's angina during 5-fluoricil
       chemotherapy.  Am J Med 82(3):566-568, 1987.

49.    Seals AA, Haider R, Leon C, Francis M, Young JB, Roberts R, ***Pratt CM***:  Cibenzoline:
       Antiarrhythmic efficacy and hemodynamic effects in patients with nonsustained ventricular
       tachycardia and left ventricular dysfunction. Circulation 75(4):800-808, 1987.

50.    Young JB, Leon C, ***Pratt CM***:  Potentially Deleterious Effects of Long-term Vasodilator Therapy
       in Patients with Heart Failure. Chest 91(5):737-744, 1987.

51.    Young JB, Short HD, Noon GP, Lawrence EC, Whisennand HH, ***Pratt CM***, Goodman DA,
       Weilbaecher D, Quinones MA, DeBakey ME: The evolution of hemodynamics after orthotopic
       cardiac and cardiopulmonary transplantation: Early restrictive patterns persisting in occult
       fashion. J Heart Trans 6(1):34-43, 1987.

52.    Young JB, Vandermolen LA, ***Pratt CM***: Torsade de pointes: An unusual manifestation of chloral
       hydrate poisoning. Am Heart J 112(1):181-184, 1986.

53.    Puleo RR, Perryman MB, Bresser MS, Rokey R, ***Pratt CM***, Roberts R: Creatine kinase isoform
       analysis in the detection and assessment of thrombolysis in man. Circulation 75:1162-1169,
       1987.

54.    ***Pratt CM***, Thornton B, Margo S, Roberts R, Wyndham CRC:  Spontaneous ventricular
       arrhythmias during ambulatory ECG recordings fail to predict which patients have inducible
       ventricular tachycardia during electrophysiologic testing.  J Am Coll Cardiol 10(1):97-104, 1987.

55.    ***Pratt CM***: Telephone and Holter Recording Compared. Cardiology Today: p. 4, March, 1987.

56.    ***Pratt CM***, Deitch M.: Heart Attack Survival: The Race Against Time. Rx Being Well 5(1):22-25,
       1987.

57.    ***Pratt CM***, Roberts R: Diltiazem in patients after acute myocardial infarction: Background and
       study results. In: Angina, Silent Ischemia and Unrecognized Myocardial Infarction. Proceedings
       of a Conference of the Council on Silent Myocardial Ischemia and Infarction. Cardiology Board
       Review 4, No. 3 (Suppl): 55-58, 1987.

Craig M. Pratt, M.D.

58.    *Pratt CM*, Roberts R:  Non-Q-wave myocardial infarction. Complicated Cardiovascular Patient
       1(4):4-9, 1987.

59.    *Pratt CM*, Francis MJ, Slymen DJ. Correlation between telephone electrocardiographic
       transmissions and ambulatory electrocardiographic recordings. Cardiology Board Review 4(7):78-
       89, 1987.

60.    Mahmarian JJ, Verani MS, Hohmann T, Hill R, Thornton BC, Bolli R, Young JB, Roberts R, *Pratt
       CM*. The hemodynamic effects of sotalol and quinidine: Analysis using rest and exercise gated
       radionuclide angiography. Circulation 76(2):324-331, 1987.

61.    *Pratt CM*, Podrid PJ, Seals AA, Young JB, Hession M, Lampert S, Quinones M, Lown B:  Effect of
       Ethmozine, (Moricizine HCL) on ventricular function using echocardiographic, hemodynamic and
       radionuclide assessments.  Am J Cardiol 60(11):73F-78F, 1987.

62.    *Pratt CM*, Butman SN, Young JB, Knoll M, English L:  Antiarrhythmic efficacy of ethmozine,
       (moricizine HCL) compared with disopyramide and propranolol.  Am J Cardiol 60(11):52F-58F,
       1987.

63.    Wyndham CRC, *Pratt CM*, Mann DE, Winkle RA, Somberg J, DeMaria AN, Josephson ME:
       Electrophysiology of ethmozine, (Moricizine HCl) for ventricular tachycardia.  Am J Cardiol
       60(11):67F-72F, 1987.

64.    Morganroth J, *Pratt CM*, Kennedy HL, Singh SN, Platt ML, Baker BJ, Mason DR. Efficacy and
       tolerance of Ethmozine, (moricizine HCl) in placebo-controlled trials. Am J Cardiol 60(11):48F-
       51F, 1987.

65.    Rao A, *Pratt CM*, Berke A, Jaffe A, Ockene I, Schreiber TL, Bell WR, Terrin M.  The
       Thrombolysis in Myocardial Infarction (TIMI) Trial - Phase I: Hemorrhagic Manifestations and
       Changes in Plasma Fibrinogen and Fibrinolytic System in Patients Treated with Recombinant
       Tissue Plasminogen Activator and Streptokinase.  J Am Coll Cardiol 11(11):1-11, 1988.

66.    *Pratt CM*, O'Rourke R. Application and interpretation of submaximal exercise testing and
       ambulatory ECG recordings in patients with acute myocardial infarction. Chest. 93(1 Suppl):29S-
       32S, 1988.

67.    CAPS Investigators. The Effect of Encainide, Flecainide, Imipramine, and Moricizine on
       Ventricular Arrhythmias During the Year after Acute Myocardial Infarction. The CAPS. Am J
       Cardiol 61:501-509, 1988.

68.    The Cardiac Arrhythmia Pilot Study (CAPS) Investigators: Recruitment and Baseline Description
       of Patients in The Cardiac Arrhythmia Pilot Study. Am J Cardiol 61:704-713, 1988.

69.    Young JB, Leon CA, *Pratt CM*, Kingry C, Taylor AA, Roberts R.  Intravenous Fenoldopam in
       heart failure: comparing the hemodynamic effects of pure Dopamine-1 receptor agonism with
       Nitroprusside. Am Heart J 115:378, 1988.

70.    Seals AA, *Pratt CM*, Mahmarian JJ, Tadros S, Kleiman N, Roberts R, Verani MS. Left ventricular
       dilatation during acute myocardial infarction: Relationship to systolic performance, diastolic
       dysfunction, infarct size and location. Am J Card 61:224, 1988.

14

Craig M. Pratt, M.D.

71.    Kawanishi DT, Leman RB, Hollenberg M, *Pratt CM*, O'Rourke RA. Efficacy and safety of
       sustained-release diltiazem as replacement therapy for beta blockers and diuretics for stable
       angina pectoris and coexisting essential hypertension: A multicenter trial. Am J Card 60:291-351,
       1987.

72.    Mahmarian JJ, *Pratt CM*, Borges-Neto S, Cashion WR, Roberts R, Verani MS. Quantification of
       infarct size by thallium-201 single-photon emission computed tomography during acute
       myocardial infarction in man: Comparison with enzymatic estimates. Circulation 78:831-839,
       1988.

73.    *Pratt CM*, Francis MJ, Young JB: Exercise testing in females with chest pain: Are there
       additional exercise characteristics which predict "true positive" tests? Chest 95:139-144, 1989.

74.    *Pratt CM*, Francis M, Mahler S, Aogaichi K, Keus P, Young JB: The natural history of benign and
       potentially malignant ventricular arrhythmias with special reference to nonsustained ventricular
       tachycardia. Am Heart J 116:897-903, 1988.

75.    Kowey PR, Fisher L, Giardina E, Leier CV, Lowenthal DT, Messerli FH, *Pratt CM*.  The TPA
       controversey and the drug approval process: The View of the  Cardiovascular and Renal Drugs
       Advisory Committee. JAMA 206(15):2250-2252, 1988.

76.    *Pratt CM*: Asymptomatic Ventricular Arrhythmias in Patients with Obstructive Lung Disease:
       Should They Be Treated? (Editorial) Chest 94(1):2-3, 1988.

77.    Ostojc M, Young JB, Nedeljkovic S, Spencer WH, Winters W, *Pratt CM*, Quinones MA, Milosevic
       M. Prediction of ejection fraction using routine chest x-ray and ECG: A practical method based on
       the concept of volume/mass relationship. Am Heart J 117:590-598, 1989.

78.    Bennett WR, Yawn KH, Migliore PJ, Young JB, *Pratt CM*, Raizner AE, Roberts R, Bolli T.
       Activation of the complement system by recombinant tissue plasminogen activator. J Am Coll
       Cardiol 10:627-632, 1987.

79.    Rodgers G, Ruplinger J, Spencer W, Cronin L, Nelson J, Roberts R, *Pratt CM*: The
       Implementation and Initial Performance of a Helicopter System Designed to Transport Patients
       with Acute Myocardial Infarction. Texas Medicine  84:35-37, 1988.

80.    Kleiman N, Roberts R, *Pratt CM*: Benefits of thrombolytic therapy in acute myocardial infarction:
       A practical approach to patient selection and therapy. Texas Medicine 84:27-32, 1988.

81.    *Pratt CM*: An evolving approach to the treatment of acute myocardial infarction. Texas Medicine
       (Editorial), 84:6-7, 1988.

82.    TIMI Research Group:  Immediate versus delayed catheterization and angioplasty following
       thrombolytic therapy for acute myocardial infarction: TIMI IIA Results. JAMA 260:2849-2858,
       1988.

83.    TIMI Study Group:  Comparison of invasive and conservative strategies after treatment with
       intravenous tissue plasminogen activator in acute myocardial infarction. Results of the
       Thrombolysis in Myocardial Infarction (TIMI) Phase II Trial. N Engl J Med 320:618-627, 1989.

84.    The ESVEM Investigators. The ESVEM Trial: Electrophysiologic Study Versus Electrocardiographic
       Monitoring for Selection of Antiarrhythmic Therapy of Ventricular Tachyarrhythmias. Circulation
       79:1354-1360, 1989.

Craig M. Pratt, M.D.

85.   Morganroth J, *Pratt CM*: Prevalence and characteristics of proarrhythmia from Moricizine (Ethmozine). Am J Cardiol 63:172-176, 1989.

86.   The Cardiac Arrhythmia Suppression Trial (CAST) Investigators: Effect of encainide and flecainide on mortality in a randomized trial of arrhythmia suppression after myocardial infarction. N Engl J Med 321:406-412, 1989.

87.   *Pratt CM*, Eaton T, Francis M, Woolbert S, Mahmarian J, Roberts R, Young JB. The inverse relationship between baseline left ventricular ejection fraction and outcome of antiarrhythmic therapy: A dangerous imbalance in the risk-benefit ratio. Am Heart J 118:433-440, 1989.

88.   Zoghbi WA, Desir RM, Rosen L, Lawrie GM, *Pratt CM*, Quinones MA: Doppler Echocardiography: Application to the assessment of successful thrombolysis of prosthetic valve thrombosis. J Am Soc Echo, 2:98-101, 1989.

89.   *Pratt CM*, Francis MJ. Spontaneous changes in patients with "potentially lethal" arrhythmias. Cardiovascular Reviews and Reports 10:36-41, 1989.

90.   *Pratt CM*, Mahmarian JJ. Management of heart failure and arrhythmias following acute myocardial infarction. Choices in Cardiology, 3:17-19, 1989.

91.   *Pratt CM*, Francis MJ. Moricizine HCI:  mechanism of action, safety, and effectiveness.  Int Med for the Specialist, 11:82-92, 1990.

92.   Kleiman NS, *Pratt CM*, Roberts R. Choosing an agent following myocardial infarction. Consultant 30:29-36, 1990.

93.   *Pratt CM*, Kleiman NS, Roberts R. Selecting patients for treatment. Consultant 30:39-44, 1990.

94.   Roberts R, Kleiman NS, *Pratt CM*. Pharmacologic regimens following thrombolytic therapy. Consultant 30:49-54, 1990.

95.   Woolbert S, Rodgers G, Roberts R, *Pratt CM*, Fromm RE. Transport and Support of Cardiac Patients. Problems in Critical Care 4:599-612, 1990.

96.   *Pratt CM*, Podrid P, Geatrix B, Borland M, Mahler S. Efficacy and safety of moricizine (Ethmozine,) in patients with congestive heart failure: A summary of the experience in the United States. Am Heart J 119:1-7, 1990.

97.   Mahmarian JJ, *Pratt CM*. Silent myocardial ischemia in patients with coronary artery disease: Possible links with diastolic left ventricular dysfunction. Circulation 81:III-33-III-40, 1990.

98.   *Pratt CM*, Moye LA. The Cardiac Arrhythmia Suppression Trial: Background, interim results and implications. Am J Cardiol  65:20B-29B, 1990.

99.   The SOLVD Investigators:  Studies of Left Ventricular Dysfunction (SOLVD) - rationale, design and methods: two trials that evaluate the effect of enalapril in patients with reduced ejection fraction. Am J Cardiol 66:315-322, 1990.

100.  *Pratt CM*. The aftermath of CAST: A reconsideration of traditional concepts. (Editorial) Am J Cardiol 65:1B-2B, 1990.

101.  *Pratt CM*. The proarrhythmic potential of moricizine (Ethmozine,): Strengths and limitations of a database analysis. Am J Cardiol 65:51D-55D, 1990.

Craig M. Pratt, M.D.

102. Kleiman NS, Schectman KB, Young PM, Goodman DA, Boden WE, *Pratt CM*, Roberts R. and the Diltiazem Reinfarction Study Investigators. Lack of diurnal variation in the onset of non-Q wave infarction. Circulation 81:548-555, 1990.

103. *Pratt CM*, Brater CD, Harrell FE, Kowey PR, Leier CV, Lowenthal DT, Messerli FH, Packer M, Pritchett ELC, Ruskin JN. Clinical and regulatory implications of the Cardiac Arrhythmia Suppression Trial (CAST) (Am J Cardiol 65:103-105, 1990.

104. Mahmarian JJ, Verani MS, *Pratt CM*. Hemodynamic effects of intravenous and oral sotalol. Am J Cardiol 65:28A-34A, 1990.

105. Eaton T, *Pratt CM*. A clinic's perspective on screening, recruitment and data collection. Stat in Med 9:137-144, 1990.

106. *Pratt CM*, Moye L. The Cardiac Arrhythmia Suppression Trial: Implications for antiarrhythmic drug development. J Clin Pharmac 30:967-974, 1990.

107. Mahmarian JJ, *Pratt CM*, Boyce T, Verani M. The variable extent of jeopardized myocardium in patients with single vessel coronary artery disease: Quantification by Thallium-201 single-photon tomography. J Am Coll Cardiol 17:355-362, 1991.

108. *Pratt CM*, Hallstrom A, Theroux P, Romhilt D, Coromilas J, Myles J for the CAPS Investigators: Avoiding interpretive pitfalls when assessing arrhythmia suppression after myocardial infarction: Insights from the placebo patients of the Cardiac Arrhythmia Pilot Study (CAPS). J Am Coll Cardiol 17:1-8, 1991.

109. Mahmarian JJ, Moye L, Verani MS, Eaton T, Francis M, *Pratt CM*. Criteria for the accurate interpretation of changes in left ventricular ejection fraction and cardiac volumes as assessed by rest and exercise gated radionuclide angiography. J Am Coll Cardiol 18:112-119, 1990.

110. Rowe SK, Kleiman NS, Cocanougher B, Minor ST, Raizner AE, Henry PD, Roberts R, *Pratt CM*, Young JB. Effects of intracoronary acetylcholine infusion early versus late after heart transplant. Transplant Proc 23:1193-1197, 1991.

111. Mahmarian JJ, *Pratt CM*, Cocanougher MK, Verani MS. Altered myocardial perfusion in patients with angina pectoris or silent ischemia during exercise as assessed by quantitative thallium-201 single-photon tomography.  Circulation  82:1305-1315, 1990.

112. Mahmarian JJ, *Pratt CM*, Verani MS. The variable extent of jeopardized myocardium in single vessel coronary artery disease. Cardiology Board Review 8:63-67, 1991.

113. Bovill E, Terrin M, Stump DC, Berke A, Bryant M, Collen D, Feit F, Gore J, Hillis LD, Lambrew C, Leiboff R, Mann KG, Markis J, *Pratt C*, Sharkey S, Sopko G, Tracy R, Chesebro J for the TIMI Investigators.  Hemorrhagic events during treatment with intravenous recombinant tissue-type plasminogen activator in acute myocardial infarction: Results of the Thrombolysis in Myocardial Infarction (TIMI) Phase II Trial.  Annals of Internal Med 115:257-265, 1991.

114. *Pratt CM*, Francis MJ, Seals AA, Zoghbi WA, Young JB: Antiarrhythmic and hemodynamic evaluation of indecainide and procainamide in nonsustained ventricular tachycardia. Am J Cardiol 66:68-74, 1990.

**Craig M. Pratt, M.D.**

115.  Kotliar C, Smart FW, Sekela ME, Pacifico A, **_Pratt CM_**, Noon GP, DeBakey ME, Young JB.
Heterotopic heart transplantation and native heart ventricular arrhythmias. Annals of Thorac
Surgery 51:987-991, 1991.

116.  Grinstead WC, Smart FW, **_Pratt CM_**, Sekela ME, Noon GP, Young JB. Detection of asymptomatic
myocardial ischemia in a heart transplant patient prior to sudden death. J Heart Lung Trans
10:1026-1028, 1991.

117.  Grinstead GC, Smart FW, **_Pratt CM_**, Weilbaecher DG, Sekela ME, Noon GP, Young JB.  Sudden
death caused by bradycardia and asystole in a heart transplant patient with coronary
arteriopathy. J Heart Lung Trans 10:931-936, 1991.

118.  Fromm RE Jr, Hoskins E, Cronin L, **_Pratt CM_**, Spencer WH, Roberts R. Bleeding complications
following initiation of thrombolytic therapy for acute myocardial infarction: A comparison of
helicopter-transported and nontransported patients. Annals of Emergency Medicine 20:892-895,
1991.

119.  The Cardiac Arrhythmia Suppression Trial II Investigators.  Effect of the antiarrhythmic agent
moricizine on survival after myocardial infarction.  N Engl J Med 327:227-233, 1992.

120.  The SOLVD Investigators: Effect of enalapril on mortality and the development of heart failure in
asymptomatic patients with reduced left ventricular ejection fraction. N Engl J Med 327:685-691,
1992.

121.  Hallstrom AP, Bigger JT, Roden D, Friedman L, Akiyama T, Richardson DW, Rogers WJ, Waldo
AL, **_Pratt CM_**, Capone RJ, Griffith L, Theroux PA, Barkers AH, Woosley RL. Prognostic
significance of ventricular premature depolarizations measured one year after myocardial
infarction in patients with early post-infarct asymptomatic ventricular arrhythmia. J Am Coll
Cardiol 20:259-264, 1992.

122.  Skinner JE, **_Pratt CM_**, Vybiral T: A reduction in the correlation dimension of heartbeat intervals
precedes imminent ventricular fibrillation in human subjects. Am Heart J 125:731-742, 1993.

123.  The ESVEM Investigators:  Determinants of predicted efficacy of antiarrhythmic drugs in the
Electrophysiologic Study Versus Electrocardiographic Monitoring Trial.  Circulation 87:323-329,
1993.

124.  The ESVEM Investigators:  A comparison of electrophysiologic testing with Holter monitoring to
predict antiarrhythmic-drug efficacy for ventricular tachyarrhythmias.  N Engl J Med 329:445-
451, 1993.

125.  Vybiral T, Glaeser DH, Goldberger AL, Rigney DR, Hess KR, Mietus J, Skinner JE, Francis M and
**_Pratt CM_**:  Conventional  heart rate variability analysis of ambulatory electrocardiographic
recordings fails to predict imminent ventricular fibrillation.  J Am Coll Cardiol 22:566-568 1993.

126.  Vybiral T, Glaeser DH, Morris G, Hess KR, Yang K, Francis M, **_Pratt CM_**: Effects of low-dose
transdermal scopolamine on heart rate variability in acute myocardial infarction. J Am Coll Cardiol
22:1320-1326, 1993.

127.  Mahmarian JJ, **_Pratt CM_**, Nishimura S, Abreu A, Verani MS. Quantitative adenosine 201TI single-
photon emission computed tomography for the early assessment of patients surviving acute
myocardial infarction.  Circulation 87:1197-1210, 1993.

18

**Craig M. Pratt, M.D.**

128. Mahmarian JJ, Smart FW, Moye L, Young JB,  Francis MJ, Kingry CL, Verani MS, and *__Pratt CM__*. Exploring the minimal dose of amiodarone with antiarrhythmic and hemodynamic activity. Am J Cardiol 74:681-686, 1994.

129. *__Pratt CM__*, Hertz RP, Ellis BE, Shaw M, Crowell SP, Louv W, Moyé : Risk of developing life-threatening ventricular arrhythmia associated with *terfenadine* in comparison with over-the-counter antihistamines, *ibuprofen* and clemastine. Am J Cardiol 73:346-352, 1994.

130. Pepine CJ, Geller NL, Knatterud GL, Bourassa MG, Chaitman BR, Davies RJ, Day P, Deanfield JE, Goldberg AD, McMahon RP, Mueller H, Ouyang P, *__Pratt C__*, Proschan M, Rogers WJ, Selwyn AP, Sharaf B, Sopko G, Stone PH, Conti CR. The Asymptomatic Cardiac Ischemia Pilot (ACIP) Study: Design of a randomized clinical trial, baseline data and implications for a long-term outcome trial. J Am Coll Cardiol 24:1-10, 1994.

131. Knatterud GL, Bourassa MG, Pepine CJ, Geller NL, Sopko G, Chaitman BR, *__Pratt C__*, Stone PH, Davies RJ, Rogers WJ, Deanfield JE, Goldberg AD, Ouyang P, Mueller H, Sharaf B, Day P, Selwyn AP, Conti CR. Effects of treatment strategies to suppress ischemia in patients with coronary artery disease: 12-week results of the Asymptomatic Cardiac Ischemia PIlot (ACIP) Study.  J Am Coll Cardiol 24:11-20, 1994.

132. Mahmarian JJ, Fenimore NL, Francis MJ, Marks GF, Morales-Ballejo H, Verani MS, and *__Pratt CM__*. Transdermal niroglycerin patch therapy reduces the extent of exercise-induced myocardial ischemia:  Results of a double-blind, placebo-controlled trial using quantitative thallium-201 tomography. J Am Coll Cardiol 24:25-32, 1994.

133. *__Pratt CM__*, Moye', LA.  The cardiac arrhythmia suppression trial:  casting suppression in a different light.  Editorial.  Circulation 1995;91:245-247.

134. *__Pratt CM__*.  Risk-benefit ratio of antiarrhythmic drugs:  implications of the cardiac arrhythmia suppression trial (CAST).  Kardiologija 1992;13:97-104.

135. Young JB, Weiner DH, Yusuf S, *__Pratt CM__*, Kostis JB, Weiss MB, Schroeder E, Guillote M, for the SOLVD Investigators.  Patterns of medication use in patients with heart faiure:  A report from the registry of Studies of Left Ventricular Dysfunction (SOLVD). Southern Med J 1995;88:514-23.

136. *__Pratt CM__*. The FDA guidelines for antiarrhythmic drug development:  Selected clinical aspects. Choices in Cardiology, 1991.

137. *__Pratt CM__*, Gardner M, Pepine C, Kohn R, Young JB, Greenberg B, Capone R, Kostis J, Hanzlova M, Gosselin G, Weiss M, Nicklas J, Francis M, Stewart D, Davis E, Yusuf S. Lack of long-term ventricular arrhythmia reduction by enalapril in heart failure patients: a double-blind, parallel placebo controlled trial.  Am J Cardiol;1995;75:1244-1249.

138. Hallstrom A, *__Pratt CM__*, Greene HL, Huther M, Gottlieb S, DeMaria A, Young JB. The interrelationships between heart failure, ejection fraction, arrhythmia suppression and mortality: Analysis of the Cardiac Arrhythmia Suppression Trial (The CAST).  J Am Coll Cardiol 1995;25:1250-1257

139. Mahmarian JJ, Mahmarian AC, Marks GF, *__Pratt CM__*, Verani MS.  The role of adenosine thallium-201 tomography for precisely defining long-term risk in patients following acute myocardial infarction. J Am Coll Cardiol 1995;25:1333-1340.

Craig M. Pratt, M.D.

140. Mahmarian JJ, Moyé LA, Verani MS, Francis MJ, **_Pratt CM_**. High reproducibility of myocardial perfusion defects in patients undergoing serial exercise thallium-201 tomography. Am J Cardiology 1995;75:1116-1119.

141. Chaitman BR, Stone PH, Knatterud GL, Forman SA, Sopko G, Bourassa MG, **_Pratt C_**, Rogers WJ, Pepine CJ, Conti CR for the ACIP Investigators. Asymptomatic cardiac ischemia pilot (ACIP) study: Impact of anti-ischemia therapy on 12-week resting ECG and exercise test outcomes. J Am Coll Cardiol 1995;26:585-593.

142. **_Pratt CM_**, Greenway PS, Schoenfeld MH, Hibben ML, Reiffel JA:  An exploration of the precision of classifying sudden cardiac death:  Implications for the interpretation of clinical trials. Circulation 1996; 93:519-524.

143. Waldo AL, Camm AJ, Friedman PL, MacNeil DJ, Pitt B, **_Pratt CM_**, Rodda BE, Schwart PJ.  The SWORD Trial:  Survival with Oral d-Sotalol in patients with left ventricular dysfunction after myocardial infarction: Rationale, design and methods. Am J Cardiol 1995;75:1023-1027.

144. **_Pratt CM_**, Ruberg S, Morganroth J, McNutt B, Woodward J, Harris S, Ruskin J, Moyé:  The dose-response relationship between terfenadine (Seldane®) and the QTc interval on the scalar electrocardiogram: Distinguishing a drug effect from spontaneous variability.  Am Heart J 1996;131:472-480.

145. **_Pratt CM_**, McMahon RP, Goldstein S, Pepine CJ, Andrews TC, Dyrda I, Frishman WH, Geller NL, Hill JA, Morgan NA, Stone PH, Knatterud GL, Sopko G, Conti CR, for the ACIP Investigators.  The asymptomatic cardiac ischemia pilot (ACIP) study:  comparison of subgroups assigned to medical regimens used to suppress cardiac ischemia.  Am J Cardiol 1996;77:1302-1309.

146. Waldo AL, Camm AJ, deRuyter H, Friedman PL, MacNeil DJ, Pauls JF, Pitt B, **_Pratt CM_**, Schwartz PJ, Veltri EP, for the SWORD Investigators.  Effect of d-sotalol on mortality in patients with left ventricular dysfunction after myocardial infarction. Lancet 1996;348:7-12.

147. Pepine CJ, Andrews T, Deanfield JE, Forman S, Geller N, Hill JA, **_Pratt C_**, Rogers WJ, Sopko G, Steingart R, Stone PH, Conti CR.  Relationship of patient characteristics to cardiac ischemia during daily life activity:  An ACIP Data Bank Study.  Am J Cardiol 1996;77:1267-1272.

148. Conti CR, Bourassa MG, Chaitman BR, Geller NL, Knatterud GL, Pepine CJ, **_Pratt C_**, Sopko G. Asymptomatic cardiac ischemia pilot (ACIP).  Am Clin Clima Assoc 1995;106:77-84.

149. Koilpillai C, Quinones MA, Greenberg B, Limacher MC, Shindler D, **_Pratt CM_**, Benedict CR, Kopelen H, Shelton B, for the SOLVD Investigators.  Relation of ventricular size and function to heart failure status and ventricular dysrhythmia in patients with severe left ventricular dysfunction. Am J Cardiol 1996;77:606-611

150. Pepine CJ, Bourassa MG, Chaitman BR, Conti CR, Geller NL, Knatterud GL, **_Pratt CM_**, Rogers WJ, Sopko G for the Asymptomatic Cardiac Ischemia Pilot study investigators.  Letters to the Editor: Reply.  JACC 1996; 27:1315-1318.

151. Stone PH, Chaitman BR, McMahon RP, Andrews TC, MacCallum G, Sharaf B, Frishman W, Deanfield JE, Sopko G, **_Pratt C_**, Goldberg AD, Rogers WJ, Hill J, Proschan M, Pepine CJ, Bourassa MG, Conti CR; for the ACIP Investigators.  Asymptomatic cardiac ischemia pilot (ACIP) study: relationship between exercise-induced and ambulatory ischemia in patients with stable coronary disease.  Circulation 1996; 94:1537-1544.

20

**Craig M. Pratt, M.D.**

152.   Waldo AL, ***Pratt CM***. Introduction. In: Waldo AL, Pratt CM, eds. Acute Treatment of Atrial Fibrillation and Flutter - Ibutilide in Perspective. Am J Cardiol 1996;78:1-2.

153.   ***Pratt CM***. Introduction. In: Pratt CM, ed. Calcium Antagonists - Class Distinctions, Current Controversies, and Future Trends. Am J Cardiol 1996;78:1.

154.   Mahmarian JJ, Steingart RM, Forman S, Sharaf BL, Coglianese ME, Miller DD, Pepine CL, Goldberg AD, Bloom MF, Byers S, Dvorak L, ***Pratt CM***, for the ACIP Investigators. Relationship between ambulatory electrocardiographic monitoring and myocardial perfusion imaging to detect coronary artery disease and myocardial ischemia: An ACIP ancillary study. J Am Coll Cardiol 1997;29:764-769.

155.   Buhler FR, Cohn JN, Hermsmeyer K, Menard J, Abernethy DR, Kobrin I, ***Pratt CM***. New strategies in cardiovascular disease management: summary of round table discussion. J Hypertens 1997;15:S1-S3.

156.   ***Pratt CM***. A personal view of the controversy regarding the use of calcium channel blockers in hypertension. J Hypertens 1997;15:S41-S46.

157.   Mahmarian JJ, Moye LA, Nasser G, Nagueh S, Bloom MF, Benowitz NL, Verani MS, Byrd WG, ***Pratt CM***. A strategy of smoking cessation combined with nicotine patch therapy reduces the extent of exercise-induced myocardial ischemia. J Am Coll Cardiol 1997; 30:125-130.

158.   Davies RF, Goldberg AD, Forman S, Pepine CJ, Knatterud GL, Geller N, Sopko G, ***Pratt C***, Deanfield J, Conti CR, for the ACIP Investigators. Asymptomatic cardiac ischemia pilot (ACIP) study two year follow up: Outcomes of patients randomized to initial strategies of medical therapy versus revascularization. Circulation 1997;95:2037-2034.

159.   Anderson JL, ***Pratt CM***, Waldo AL, Karagounis LA. Impact of the Food and Drug Administration approval of flecainide and encainide on coronary artery disease mortality: putting *Deadly Medicine* to test. Am J Cardiol 1997;79:43-47.

160.   Stone PH, Chaitman BR, Forman S, Andrews TC, Bittner V, Bourassa MG, Davies RF, Deanfield JE, Frishman W, Goldberg AD, MacCallum G, Ouyang P, Pepine CJ, ***Pratt CM***, Sharaf B, Steingart R, Knatterud GL, Sopko G, Conti CR. Prognostic significance of myocardial ischemia detected by ambulatory electrocardiography, exercise treadmill testing, and electrocardiogram at rest to predict cardiac events by one year (the Asymptomatic Cardiac Ischemia Pilot (ACIP) Study). Am J Cardiol 1997;80:1396-1401.

161.   ***Pratt CM***, Mahmarian JJ, Morales-Ballejo H, Casareto R, Moye LA, for the Transdermal Nitroglycerin Investigators Group. Design of a randomized, placebo controlled multicenter trial on the long-term effects of intermittent transdermal nitroglycerin on left ventricular remodeling after acute myocardial infarction. Am J Cardio 1998;81:719-724.

162.   ***Pratt CM***, Waldo AL. Introduction. A Symposium: Treatment of atrial fibrillation in the era of managed care. Am J Cardiol 1998;81:1C-2C.

163.   ***Pratt CM***. Impact of managed care on the treatment of atrial fibrillation. Am J Cardiol 1998;81:30C-34C.

Craig M. Pratt, M.D.

164. Mahmarian JJ, Moye LA, Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Jain A, Chaitman BR, Weng CSW, Morales-Ballejo H, *Pratt CM*. Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling after acute myocardial infarction: Results of a multicenter prospective randomized, double-blind, placebo-controlled trial. Circulation 1998;97:2017-2024.

165. *Pratt CM*, Camm AJ, Cooper W, Friedman PL MacNeil DJ, Moulton KM, Pitt B, Schwartz PJ, Veltri EP, Waldo AL, for the SWORD Investigators. Mortality in the survival with oral d-sotalol (SWORD) trial: Why did patients die? Am J Cardiol 1998;81:869-876.

166. *Pratt CM*. Clinical implications of the survival with oral d-sotalol (SWORD) trial: an investigation of patients with left ventricular dysfunction after myocardial infarction. Cardiac Electrophys Review, 1998;2:28-29.

167. Dakik HA, Kleiman NS, Farmer JA, He ZX, Wendt JA, *Pratt CM*, Verani MS, Mahmarian JJ. Intensive medical therapy versus coronary angioplasty for suppression of myocardial ischemia in survivors of acute myocardial infarction: a prospective, randomization pilot study. Circulation 1998;98:2017-2023.

168. *Pratt CM*, Camm AJ. Introduction. A Symposium: Can antiarrhythmic drugs survive survival trials. Am J Cardiol 1998;81:1D-2D.

169. *Pratt CM*, Waldo AL, Camm AJ. Can antiarrhythmic drugs survive survival trials. Am J Cardiol 1998; 81:D24-D34.

170. Camm AJ, Karam R, *Pratt CM*. The azimilide post-infarct survival evaluation (ALIVE) trial. Am J Cardiol 1998;81:35D-46D.

171. *Pratt CM*, Mahmarian JJ, Morales-Ballejo H, Casareto R, Moye LA for the Transdermal Nitroglycerin Investigators Group. Design of a randomized, placebo-controlled multicenter trial on the long-term effects of intermittent transdermal nitroglycerin on left ventricular remodeling after acute myocardial infarction. Am J Cardiol 1998;81:719-724.

172. Vardan S, *Pratt CM*. Combination drug therapy in patients with heart failure: Tenets of rational polypharmacy. Cardiology Rev 1998; 6:267-271.

173. Members of the Sicilian Gambet. The search for novel antiarrhythmic strategies. Jpn Circ J 1998;62:633-648.

174. Members of the Sicilian Gambet. The search for novel antiarrhythmic strategies. Eur heart J 1998;19:1178-1196.

175. *Pratt C*, Mason J, Russell T, Reynold R, Ahlbrandt R. Cardiovascular Safety of Fexofenadine HCl. Am J Cardiol 1999;83:1451-1454.

176. *Pratt CM*. Predicting antiarrhythmic performance. J Cardiovasc Electrophysiology 1999;10:303-306.

177. Steering Committee and Membership of the Advisory Council to Improve Outcomes Nationwide in Heart Failure. Consensus recommendations for the management of chronic heart failure. Am J Cardiol 1999;83(2A) Suppl.

Craig M. Pratt, M.D.

178.  *Pratt CM*, Camm AJ, Bigger JT, Breithardt G, Campbell R, Epstein AE, Kappenberger LJ, Kuck K-H, Pocock S, Saksena S, Waldo AL.  The evaluation of antiarrhythmic drug efficacy in patients with an ICD: Unlimited potential or replete with complexity and problems?  J Cardiovasc Electrophysiol 1999;10:1534-1549.

179.  *Pratt CM*, Camm AJ, Bigger JT, Breithardt G, Campbell R, Epstein AE, Kappenberger LJ, Kuck K-H, Pocock S, Saksena S, Waldo AL.  The evaluation of antiarrhythmic drug efficacy in patients with an ICD: Unlimited potential or replete with complexity and problems? Eur Heart J 1999; 20:1538-1552.

180.  The AVID Investigators.  Causes of death in the antiarrhythmics versus implantable defibrillators (AVID) trial.  J Am Coll of Cardiol 1999; 34:1552-1559.

181.  Pepine CJ, Mark DB, Bourassa MG, Chaitman BR, Davies RF, Knatterud GL, Forman S, *Pratt CM*, Sopko G, Conti CR, for the ACIP study group.  Cost estimates for treatment of cardiac ischemia from the asymptomatic cardiac ischemia pilot (ACIP) study.  Am J Cardiol 1999; 84:1311-1316.

182.  Pepine CJ, Bourassa MG, Chaitman BR, Davies RF, Kerensky RA, Sharaf B, Knatterud GL, Forman SA, *Pratt CM*, Staples ED, Sopko G, Conti CR.  Factors influencing clinical outcomes after revascularization in the asumptomatic cardiac ischemia pilot (ACIP).  ACIP Study Group.  J Card Surg 1999; 14:1-8.

183.  He Z-X, Hedrick TD, *Pratt CM*, Verani MS, Aquino V, Roberts R, Mahmarian JJ. The severity of coronary artery calcification by electron beam computed tomography predicts silent myocardial ischemia. Circulation 2000;101:244-251.

184.  Torre-Amione G, Young JB, Durand JB, Bozkurt B, Mann DL, Kobrin, *Pratt CM*.  Hemodynamic effects of tezosentan, an intravenous dual endothelin receptor antagonist, in patients with class III to IV congestive heart failure.  Circulation 2001;103:973-980.

185.  *Pratt CM*, Comerota AJ.  Introduction.  New therapeutic options in the management of claudication.  *Pratt CM*, Comerota AJ (eds).  Am J Cardiol 2001; 87 (12A):1D-2D.

186.  *Pratt CM*.  Analysis of the cilostazol safety database.  *Pratt CM*, Comerota AJ (eds).  Am J Cardiol 2001; 87 (12A):28D-33D.

187.  Torre-Amione G, Durand J-B, Nagueh S, Vooletich M T, Kobrin I, *Pratt C*. A Pilot Safety Trial of Prolonged (48 h) Infusion of the Dual Endothelin-Receptor Antagonist Tezosentan in Patients With Advanced Heart Failure. Chest 2001;120:460-466.

188.  Domanski MJ, Zipes DP, Benditt DG, Camm AJ, Exner DV, Ezekowitz MD, Greene HL, Lesh MD, Miller JM, *Pratt CM*, Saksena S, Scheinman MM, Singh BN, Tracy CM, Waldo AL; North American Society of Pacing and Electrophysiology.  Central clinical research issues in electrophysiology: report of the NASPE Committee.  Pacing Clin Electrophysiol 2001; 4 (Pt1):526-534.

189.  *Pratt CM*, Waldo AL.  All that glitters is not gold.  Editorial.  Euro Heart J 2002; 24:219-220.

190.  Torre-Amione G, Young JB, Colucci WS, Lewis BS, *Pratt C*, Cotter G, Stangl K, Elkayam U, Teerlink JR, Frey A, Rainisio M, Kobrin I.  Hemodynamic and clinical effects of tezosentan, an intravenous dual endothelin receptor antagonist, in patients hospitalized for acute decompensated heart failure.  JACC 2003; 42:140-147.

191.  *Pratt CM*.  Pure class III agents for the prevention of sudden death.  J Cardiovasc Electrophysiology 2003; 14:S82-6.

Craig M. Pratt, M.D.

192.  Grines CL, Watkins MW, Mahmarian JJ, Iskandrian AE, Rade JJ, Marrott P, *Pratt C*, Kleiman N, for the Angiogenic GENe Therapy (AGENT-2) Study Group.  A randomized double-blind, placebo-controlled trial of Ad5FGF-4 gene therapy and its effect on myocardial perfusion in patients with stable angina.  JACC 2003; 42:1339-47.

193.  *Pratt CM*, Singh SN, Al-Khalidi HR, Brum JM, Holroyd MJ, Marcello SR, Camm AJ, on behalf of the AzimiLide Post Infarct surVival Evaluation (ALIVE) Investigators.  The efficacy of azimilide in the treatment of atrial fibrillation in the presence of left ventricular systolic dysfunction: Results from the ALIVE trial.  JACC 2004; 43:1211-1216.

194.  Camm AJ, *Pratt CM*, Schwartz PJ, Al-Khalidi HR, Spyt MJ, Holroyde MJ, Karam R, Sonnenblick EH, Brum JMG, on Behalf of the AzimiLide Post Infarct surVival Evaluation (ALIVE) Investigators.  Mortality in patients following a recent myocardial infarction: A randomized, placebo-controlled trial of azimilide using heart rate variability for risk stratification.  Circulation 2004;109:990-996.

195.  Mahmarian JJ, Shaw LJ, Olszewski GH, Pounds BK, Frias ME, *Pratt CM*, INSPIRE Investigators.  Adenosine sestamibi SPECT post-infarction evaluation (INSPIRE) trial: A randomized, prospective multicenter trial evaluating the role of adenosine Tc-99m sestamibi SPECT for assessing risk and therapeutic outcomes in survivors of acute myocardial infarction.  J Nucl Cardiol. 2004 Jul-Aug;11(4):458-69.

196.  Dorian P, Borggrefe M, Al-Khalidi H, Hohnlosewr SH, Brum J, Tatla D, Brachmann J, Myerburg R, Cannom D, van der Laan M, Holroyde M, Singer I, *Pratt C*, on Behalf of the SHock Inhibition Evaluation with AzimiLiDe (SHIELD) Investigators.  A placebo-controlled randomized clinical trial of azimilide for the prevention of ventricular arrhythmias in patients with an implantable cardioverter defibrillator.  Circulation 2004; 110: 3646-54.

197.  *Pratt CM*, Dorian P, Al-Khalidi HR, Brum JMG, Borggrefe M, Tatla D, Brachmann J, Myerburg R, Cannom D, Holroyde MJ, VanderLaan M, Hohnloser S; on behalf of the SHIELD Investigators.  Design of the shock inhibition evaluation with azimilide (SHIELD) study:  A novel method to assess antiarrhythmic drug effect in patients with an implantable cardioverter defibrillator.  Am J Cardiol 2005;95:274-276.

198.  *Pratt CM*.  Three decades of clinical trials with beta-blockers.  The contribution of the CAPRICORN trial and the effect of carvedilol on serious arrhythmias.  Circulation 2005;45:531-532.

199.  Joshi AK, Kowey PR, Prystowsky EN, Benditt DG, Cannom DS, *Pratt CM*, McNamara A, Sangrigoli RM.  First experience with a Mobile Cardiac Outpatient Telemetry (MCOT) system for the diagnosis and management of cardiac arrhythmia.  Am J Cardiol 2005;95:878-881.

200.  *Pratt CM*, Torre-Amione G.  Introduction.  *In.*  A Symposium: Immune activation and inflammation in chronic heart failure:  a review of potential treatment strategies.  *Pratt CM*, Torre-Amione G, eds..  Am J Cardiol 2005;95 (suppl. 11):1C-2C.

201.  *Pratt CM*.  Panel Discussion: Craig M. Pratt, MD, Moderator.  *In.*  A Symposium: Immune activation and inflammation in chronic heart failure:  a review of potential treatment strategies.  *Pratt CM*, Torre-Amione G, eds.  Am J Cardiol 2005;95 (suppl. 11):38C-40C.

202.  Dakik HA, Wendt JA, Kimball K, *Pratt CM*, Mahmarian JJ.  Prognostic value of adenosine T1-201 myocardial perfusion imaging after acute myocardial infarction: results of a prospective clinical trial.  J Nucl Cardiol 2005;12:276-83.

24

**Craig M. Pratt, M.D.**

203.   O'Hara GE, Charbonneau L, Chandler M, Vidaillet HJ Jr, Philippon F, Sami M, Rocco TA Jr, Padder FA, Champagne J, *Pratt CM*, Coutu B, Wyse DG; AFFIRM Investigators.  Comparison of management patterns and clinical outcomes in patients with atrial fibrillation in Canada and the United States (from the analysis of the Atrial Fibrillation Follow-up Investigation of Rhythm Management [AFFIRM] database).  Am J Cardiol 2005;96:815-21.

204.   *Pratt CM*, Al-Khalidi HR, Brum JM, Holroyde MJ, Schwartz PJ, Marcello SR, Borggrefe M, Dorian P, Camm AJ on behalf of the Azimilide Trials Investigators. Cumulative experience of azimilide-associated torsades de pointes ventricular tachycardia in the 19 clinical studies comprising the azimilide database.  JACC 2006;48(3):471-477.

205.   Mahmarian JJ, Shaw LJ, Filipchuk NG, Dakik MJ, Keng F, Allam A, Moye LA, *Pratt CM*.  A multinational study to establish the value of early adenosine technetium-99m sestimibi myocardial perfusion imaging in identifying a low-risk group for early hospital discharge following acute myocardial infarction.  JACC 2006; accepted for publication.

206.   Mahmarian JJ, Shaw LJ, Flipchuk NG, Dakik MJ, Keng F, Allam A, Moye LA, *Pratt, CM*.  An initial strategy of intensive medical therapy is comparable to that of coronary revascularization for suppression of scintigraphic ischemia in high risk but stable survivors of acute myocardial infarction.  JACC 2006; accepted for publication.

Craig M. Pratt, M.D.

## Books and Book Chapters

1. Mason DT, Vera Z, Miller RR, Amsterdam EA, Vismara LA, DeMaria AN, Price JE, Lee G, **Pratt CM**, Awan AN, Massumi RA: Treatment of cardiac tachyarrhythmias. In: Cardiac Emergencies (ed. D.T. Mason), Williams and Wilkens Co, Baltimore, 1977.

2. Vismara LA, Miller RR, Price JE, **Pratt CM**, Awan NA, DeMaria AN, Mason DT: Reduction of coronary sudden death by aorto-coronary bypass surgery. In: Results and Evaluation of New Methodology in Cardiology. (Ed.JHK Vogel), S.Karger, Medical and Scientific Publishers, Basel, Switzerland, 1977.

3. Vismara LA, Vera Z, Foerster JM, **Pratt CM**, Ikeda R, Amsterdam EA, Mason DT: Ambulatory electrocardiography: Value in detection of ventricular arrhythmias and sudden death risk factors. In: Advances In Heart Disease, Vol.II. (Ed. D.T. Mason), Grune and Stratton, Inc., NYC, 1977.

4. Miller RR, **Pratt CM**, Fennell W, Chahine R, Awan N. Clinical application of prazosin in the therapy of chronic congestive heart failure. Futura Publishing Co, Gould and Reddy Ed. 247-265, 1979.

5. **Pratt CM**. Procainamide, Quinidine, Disopyramide, Cibenzoline, Pirmenol - Efficacy in the treatment of ventricular arrhythmias: Current status and controversies. In: Cardiac Arrhythmias: New Therapeutic Drugs and Devices, Martinus Nijhofl Publishing, 51-67, 1984.

6. **Pratt CM**, Roberts R: Ventricular arrhythmia after acute myocardial infarction: Consideration of arrhythmia frequency, complexity and variability in assessing risk of sudden cardiac death. In: Acute Coronary Care 1987 (ed. R.M. Cliff and G.S. Wagner), Martinus Nijhoff Publishing, Boston, 1987.

7. **Pratt CM**: Silent Ischemia. In: Current Perspectives in Coronary Care, (ed. R. Roberts), Excerpta Medica Publishers, Lawrenceville, NJ, 1987.

8. Roberts R, **Pratt CM**: The management of Q-wave versus non-Q-wave infarction. In: Acute Coronary Care 1987 (ed. R.M. Cliff and G.S. Wagner), Martinus Nijhoff Publishing, Boston, 1987.

9. **Pratt CM**, Mahmarian JJ, Young JB. Changing trends in the approach to acute myocardial infarction. In: Critical Care (ed. J. Civetta, R. Kirby, and R. Taylor), J.B. Lippincott Company, Philadelphia, PA, 1988.

10. **Pratt CM**, Francis M, Eaton T, Pacifico A: Ambulatory ECG Recordings. Current Problems in Cardiology, (ed. Robert O'Rourke, M.D.), Yearbook Medical Publishers, Chicago, IL, Vol. XIII, August, 1988.

11. **Pratt CM**, Roberts R: Pharmacologic Therapy of Atherosclerotic Coronary Heart Disease. In: The Heart, (Hurst JW, ed.) Seventh Edition, 1989, p1019-1028.

12. Young JB, Leon CA, **Pratt CM**. The cardiogenic shock syndrome: An overview. In: Critical Care Review for Internal Medicine-Based Intensivists. (Taylor RW, Dellinger RP, eds.), The Society of Critical Care Medicine, Publishers, Fullerton, California, First Edition, August, 1989.

Craig M. Pratt, M.D.

13. Young JB, **_Pratt CM_**. Heart failure: Today's therapeutic approach. In: Critical Care
    Review for Internal Medicine-Based Intensivists. (Taylor RW, Dellinger RP, eds.), The
    Society of Critical Care Medicine, Publishers, Fullerton, California, First Edition, August,
    1989.

14. Young JB, **_Pratt CM_**, Luchi RJ. Coronary Heart Disease. In: Internal Medicine for
    Dentistry. (Rose LF, Kaye D, eds.), The C.V. Mosby Company, Publishers, St. Louis,
    Missouri, Second Edition, January, 1990.

15. **_Pratt CM_**. Moricizine (Ethmozine,). In: Current Management of Arrhythmias. (Horowitz
    L, ed.), 1990.

16. **_Pratt CM_**, Roberts R. Clinical Approach to the Management of Unstable Angina.  In:
    Current Therapy in Cardiovascular Disease, (Hurst JW, ed.), 3rd Edition, 1991.

17. Roberts R, **_Pratt CM_**. Medical Treatment of Coronary Artery Disease. In: Coronary Heart
    Disease, (ed. Roberts R), Clinical Cardiovascular Therapeutics (Punzi HA, ed.), Mount
    Kisco, NY, Futura Publishing Co, 1991.

18. **_Pratt CM_**. Clinical Implications of The Cardiac Arrhythmia Suppression Trial (CAST).  In:
    Progress in Cardiology (Zipes DP, Rowlands DJ,  eds.), Lea & Febiger, 1991.

19. **_Pratt CM_**. Thrombolytic therapy for acute myocardial infarction. In: Coronary Heart
    Disease, (ed. Roberts R), Clinical Cardiovascular Therapeutics (Punzi HA and
    Flamenbaum W, eds.), Mount Kisco, NY, Futura Publishing Co, 1991.

20. **_Pratt CM_**. Class 1C Antiarrhythmic Agents:  Propafenone, Flecainide and Ethmozine.
    In: Cardiac Arrhythmia:  Mechanism, Diagnosis and Management (Podrid PJ, Kowey PR,
    eds.), Baltimore, MD, Williams & Wilkins, 1994.

21. Young JB, **_Pratt C_**. Hemodynamic and hormonal alterations in patients with heart
    failure:  Toward a contemporary definition of heart failure.  In: Suki WN, ed, Seminars in
    Nephrology:  The Kidney in Congestive Heart Failure. Philadelphia: W.B. Saunders Co.,
    1994; 14:427-440.

22. Roberts R, Morris D, **_Pratt CM_**, Alexander RW.  Pathophysiology, recognition, and
    treatment of acute myocardial infarction and its complications.  In: The Heart (Hurst JW,
    ed), 8th Edition, Chapter 60, p 1107-1184, 1994.

23. **_Pratt CM_**, Roberts R. Angina Pectoris. In: Current Therapy in Adult Medicine (Kassirer
    J, Greene HL, eds.), Philadelphia, PA, Mosby-Yearbook, Inc., p 153-157, 1997.

24. Alexander RW, **_Pratt CM_**, Roberts R.  Diagnosis and management of patients with acute
    myocardial infarction.  In:  The Heart (Alexander RW, Schlant RC, Fuster V, eds), 9th
    Edition, Chapter 47, p 1345-1433, 1998.

25. Waldo AL, **_Pratt CM_**.  The survival with oral d-sotalol (SWORD) trial.  In: Clinical Trials
    on the Treatment of Arrhythmia (Woosley RL, Singh SN, eds.).  New York: Macel Dekker,
    Inc., 2000.

26. **_Pratt CM_**.  Diamond study critique. In: Clinical Trials on the Treatment of Arrhythmia
    (Woosley RL, Singh SN, eds.).  New York: Macel Dekker, Inc., 2000.

**Craig M. Pratt, M.D.**

27. Alexander RW, **_Pratt CM_**, Ryan TJ, Roberts R.  Diagnosis and management of patients with acute myocardial infarction.  In:  The Heart (Fuster V, Alexander RW, O'Rourke, Roberts R, eds), 10th Edition, Chapter 42, p 1275-1359, 2001.

28. Alexander RW, **_Pratt CM_**, Ryan TJ, Roberts R.  ST Elevation Myocardial Infarction: Clinical Presentation, Diagnostic Evaluation, and Medical Management.  In:  The Heart (Fuster V, Alexander RW, O'Rourke, Roberts R, eds), 11th Edition, Chapter 52, p 1277-1349, 2004.

29. Waldo AL, **_Pratt CM_**.  Interpretation of clinical trials: How mortality trials relate to the therapy of atrial fibrillation.  In:  Electrophysiological Disorders of the Heart (Saksena S, Camm AJ, eds.), 1st Edition, Chapter 11, p 189-206, 2005.

Craig M. Pratt, M.D.

## Abstracts: Presented and Published

1.  Price JE, Vismara LA, Amsterdam EA, Miller RR, **_Pratt CM_**, DeMaria AN, Swenson RD, Mason DT:  Evaluation of ventricular arrhythmias post-coronary bypass surgery: Decreased prevalence following hospital discharge determined by ambulatory ECG monitoring.  Am J Cardiol 39:269, 1977.

2.  Amsterdam EA, Price JE, DeMaria AN, Miller RR, **_Pratt CM_**, Vismara LA, Salmon D, Miller MP, Mason DT: Ventricular ectopy in valvular heart disease:  Evaluation by continuous ambulatory electrocardiographic monitoring and relation to coronary angiography.  Clinical Research 25(3):205A, 1977.

3.  **_Pratt CM_**, Price JE, Senson RD, Awan NA, Amsterdam EA, Mason DT:  Assessment of syncope and recurrent dizziness in 100 patients: Specific etiologic diagnosis by 24-hour continuous ambulatory electrocardiographic monitoring.  Clinical Research 25(3):245A, 1977.

4.  **_Pratt CM_**, Price JE, Vismara LA, Amsterdam EA, Miller RR, Swenson RD, DeMaria AN, Berman DS, Mason DT: Importance of myocardial segmental dyssynergy as a determinant of ventricular arrhythmias post-aorto-coronary bypass.  Clinical Research 25(3):245A, 1977.

5.  **_Pratt CM_**, Swenson RD, Price JE, Mason DT, Fashinell TR, Amsterdam EA, DeMaria AN:  Comparison of the prevalence and nature of ectopic ventricular activity detected by exercise stress and ambulatory monitoring. Clinical Research 26(3):261A:, 1978.

6.  **_Pratt CM,_** Swenson RD, Price J, Vismara LA, Mason DT, DeMaria AN:  Prevalence and nature of ventricular ectopy in hypertrophic obstructive cardiomyopathy: Evaluation by ambulatory monitoring.  Am J Cardiol 41(2):381, 1978.

7.  **_Pratt CM_**, Whitcomb C, Neumann A, Mason DT, Amsterdam, EA, DeMaria AN: Relationship of vegetations on Echogram to the clinical course and systemic emboli in bacterial endocarditis. Am J Cardiol 41 (2): 384, 1978.

8.  Amsterdam EA, Price JE, Chin R, Swenson R, Kaku R, Lee G, **_Pratt CM_**, Miller M, DeMaria AN, Mason DT: Exercise stress testing in patients with angiographically normal coronary arteries:  Similar frequency of false positive ischemic responses in males and females.  Am J Cardiol 41(2):378, 1978.

9.  **_Pratt CM,_** Fong A, Mason DT, Amsterdam EA, DeMaria AN: Quantitative variability of ventricular ectopic activity detected by consecutive 24-hour ambulatory monitoring. Clinical Research 26 (3):260A, 1978.

10.  **_Pratt CM,_** Swenson RD, Price JE, Fashinell TR, Amsterdam EA, Mason DT, DeMaria AN: Evaluation of the reproducibility of serial 24-hour ambulatory electrocardiographic monitoring.  Clinical Research 26(3):261A, 1978.

11.  **_Pratt CM_**, Swenson RD, Price JE, Vismara LA, Amsterdam EA, Fashinell TR, Miller RR, Mason DT, DeMaria AN: Prevalence and nature of ventricular ectopy in coronary disease: Relation to extent of atherosclerosis and ventricular dysfunction.  Clinical Research 26(3):261A, 1978.

Craig M. Pratt, M.D.

12.   ***Pratt CM,*** Swenson RD, Price JE, Fashinell TR, Amsterdam EA, Mason DT, DeMaria
      AN: High prevalence of cardiac dysarrhythmias in the etiology of syncope and
      dizziness: Value of assessment and documentation by ambulatory monitoring. Clinical
      Research 26(3):261A, 1978.

13.   Amsterdam EA, Wood M, ***Pratt CM,*** DeMaria AN, Salmon D, Mason DT:  Relationship
      of ventricular tachycardia to ventricular ectopic beats during portable
      electrocardiographic monitoring. Clinical Research 26(3):214A, 1978.

14.   Klein RC, Amsterdam EA, ***Pratt CM,*** Laslett L, Miller M, Lee G, DeMaria AN, Mason DT:
      Sustained reduction of elevated left ventricular filling pressure in cardiac failure by oral,
      long-acting nitrate therapy.  Clinical Research 26(3):243A, 1978.

15.   Kumpuris A, Miller, RR, Quinones MA, Hoffman P, ***Pratt CM.***  Salutory effects of
      cardiac unloading on ventricular ectopy in congestive cardiomyopathy.  Am J Cardiol
      43:360, 1979.

16.   Hopkins D, ***Pratt CM,*** Ribeiro L, Miller RR.  Predictions of cardiac mortality in patients
      with severe ST segment depression on treadmill stress testing.  Circulation 59-60
      (Suppl II) 266, 1979. )

17.   Fuller C, ***Pratt CM,*** Nussey G, Ribeiro L, Taylor AA, Miller RR.  Antiarrhythmic effect of
      propranolol immediately following bypass surgery.  Circulation 59(Suppl II):184, 1979.

18.   Verani M, Hartung H, ***Pratt CM,*** Welton D, Miller RR.  Effects of exercise training on
      left ventricular performance, perfusion and ventricular arrhythmias in coronary artery
      disease.  Circulation 59,60(Suppl II) 22, 1979.

19.   Rosenfeld S, Carney S, Waggoner A, Poliner L, Quinones M, ***Pratt CM,*** Farmer J, Miller
      RR.  Comparative individual effects of digitalis and vasodilators during rest and exercise
      in extreme left ventricular dysfunction.  Circulation 62(II):299, 1980.

20.   ***Pratt CM,*** Matlock J, Carney S, Waggoner A, Wickemeyer W, Martin F, Miller RR.
      Efficacy of metoprolol in suppressing ventricular ectopic beats.  Circulation 62(III) 180,
      1980.

21.   ***Pratt CM,*** Nussey G, Kanon D, Hopkins G, Miller RR.  Long term followup of patients
      manifesting severe ST depression during maximal bruce exercise testing and having
      angiographically normal coronary arteries.  Am J Cardiol 45:419, 1980.

22.   Rosenfeld S, Carney S, Waggoner A, Poliner L, Quinones M, ***Pratt C,*** Miller RR.
      Maximal improvement in ventricular performance during rest and exercise in chronic
      severe cardiac failure by combined inotropic and vasodilation therapy compared to
      either modality alone.  Am J Cardiol 47:391, 1981.

23.   Francis M, ***Pratt CM,*** Martin F, Andriescu V, Miller R. Are there criteria in addition to
      the ischemic ST segment response during treadmill exercise in females predicting
      coronary artery disease? Circulation 64(IV):184, 1981.

24.   Yepsen SC, ***Pratt CM,*** English LJ, Quinones MA, Feldman GA.  Ethmozine: A unique
      antiarrhythmic drug with combined efficacy and excellent tolerance.  Clin Res 30:836 A,
      1982.

**Craig M. Pratt, M.D.**

25. ***Pratt CM***, Francis MJ, Luck JC, Griffin JC, Wyndham CR, Quinones MA.  Observations on sudden death recorded during ambulatory electrocardiographic monitoring.  Circulation 66(IV): II-26, 1982.

26. Skinner JE, Montaron MF, ***Pratt CM.***  Ethmozine reduces the amplitude of the cerebral event-related slow potential in patients with ischemic heart disease.  Circulation 66(IV);II-372, 1982.

27. ***Pratt CM***, Frye WM, Francis MJ, Herd JA  Clinical benefits of transtelephonic ECG transmission to monitor home exercise programs in coronary heart disease patients.  Medicine and Science in Sports and Exercise 15(2):120, 1983.

28. Saldivar M, Frye WM, ***Pratt CM***, Herd JA  Safety of a low-weight, low-repetition strength training program in patients with heart disease.  Medicine and Science in Sports and Exercise (15)2:120, 1983.

29. Mann DE, Luck JC, ***Pratt CM***, Griffin JC, Herre JM, Fernandez G.C., Magro SA, Yepsen SC, Miller RR, Wyndham CRC.  Clinical and electrophysiologic effects of ethmozine in man. Clin Res 30:203A, 1983.

30. Francis MJ, Stone CL, McAllister GK, ***Pratt CM***.  Documentation of the ability of transtelephonic ECG transmission to reliably detect the ischemic ST segment response to exercise.  Circulation 68(Suppl III) 149, 1983.

31. ***Pratt CM***, English LJ, Yepsen SC, Mann DE, Taylor AA, Quinones MA, Roberts R.  Double-blind placebo-control crossover trial of ethmozine and disopyramide in the suppression of complex ventricular arrhythmias.  Circulation 68(Suppl III) 415, 1983.

32. Seals AA, English L, Wierman A, Mann D, Luck JC, Wyndham CR, Roberts R, ***Pratt CM***.  Ambulatory electrocardiographic evaluation of the efficacy of ethmozine in patients with ventricular tachycardia.  J Am Coll Cardiol 3:(No.2) 474, 1984.

33. ***Pratt CM***, Wierman A, Young JB, Roberts R, Slymen D.  Variability of non-sustained ventricular tachycardia on ambulatory ECG recording: Results of three days of ambulatory ECG in 113 patients with ventricular tachycardia. J Am Coll Cardiol 3: (No.2) 619, 1984.

34. Mann DE, Luck JC, ***Pratt CM***, Magro S, Sakun V, Katz S, Wyndham C.  Electrophysiologic evaluation of the efficacy of ethmozine in patients with ventricular tachycardia.  J Am Coll Cardiol 3: (No.2) 537, 1984.

35. Seals AA, Francis M, Hust RG, Akers S, Raizner AE, ***Pratt CM***. Ambulatory ECG monitoring:  Comparison of arrhythmia frequency and ST changes before, during and after coronary angioplasty.  Circulation (Suppl II) 70: 295, 1984.

36. Leon CA, Suarez JM, Aranoff RD, Murray MJ, ***Pratt CM***, Young JB.  Fenoldopam: Efficacy of a new orally active dopamine analog in heart failure.  Circulation (Suppl II) 70: 307, 1984.

37. ***Pratt CM***, Wierman AM, Delclos G, English L, Feldman G, Leon C, Seals A, Roberts R.  Is it valid to assume baseline arrhythmia frequency remains stable during long-term drug therapy?  J Am Coll Cardiol 5:(no.2) 463, 1985.

31

**Craig M. Pratt, M.D.**

38. ***Pratt CM***, Wierman AM, English L, Seals A, Francis M, Young JB, Roberts R.  Changing arrhythmia baseline during 18 months of therapy:  In which patients is arrhythmia likely to disappear?  Circulation (Suppl III) 72: 476, 1985.

39. ***Pratt CM***,, Slymen JD, Wierman AM, Francis MJ, English L, Thornton Beth, Stone Cindy, Young JB, Roberts Robert.  Can Asymptomatic Telephone Electrocardiographic Transmissions Serve As A Surveillance System To Detect Unsuspected Increases In Complex Ventricular Arrhythmias?   J Am Coll Cardiol. 7:190A, 1986.

40. Leon C, Taylor A, Kingry C, Norton J, ***Pratt CM***, Roberts R, Young, JB.  Hemodynamic Effects of Selective Dopamine-1 Receptor Stimulation:  Comparison of Intravenous Fenoldopam and Nitroprusside In Heart Failure Patients.  J Am Coll Cardiol. 7:70A, 1986.

41. ***Pratt CM***,, Thornton B, Magro S, Roberts R, Wyndham RC.  Spontaneous Ventricular Arrhythmia on Ambulatory Electrocardiographic Recordings Fail to Predict Which Patients Have Inducible Ventricular Tachycardia During Electrophysiologic Testing.  J Am Coll Cardiol. 7:72A, 1986.

42. Seals A, Tadros S, ***Pratt CM***, Roberts R, Verani M.  Ventricular Volumes, Systolic and Diastolic Function In Acute Myocardial Infarction:  Relation To Infarct Size and Location.  J Am Coll Cardiol. 7:147A, 1986.

43. Ostojic M, Young JB, Nedeljkovic S, Spencer W, Winters W, ***Pratt CM***, Quinones MA, Milosevic M.  Prediction of Ejection Fraction Using Routine Chest X-Ray And ECG:  A Practical Non-Invasive Method Based On The Concept Of Volume/Mass Relationship.  J Am Coll Cardiol. 7:248A, 1986.

44. Roberts R, Gibson RS, Boden WE, Theroux P, Strauss HD, ***Pratt CM***, Gheorghiade M, Capone RJ, Crawford MH, Schlant RC, Kleiger RE, Perryman MB, and the DRS Group.  Prophylactic Therapy With Diltiazem Prevents Early Reinfarction:  A Multicenter Randomized Double-Blind Trial In patients Recovering From Non-Q-Wave Infarction.  J Am Coll Cardiol. 7:68A, 1986.

45. Leon CA, Kingry C, ***Pratt CM***:  Selective dopamine-1 receptor stimulation in heart failure:  Demonstration of preferential afterload reduction.  Chest 89(Suppl):440S, 1986.

46. Leon CA, ***Pratt CM***:  Pre- and afterload reducing effects of intravenous nitroglycerin:  Dose dependent in heart failure?  Chest 89(Suppl):440S, 1986.

47. Leon CA, ***Pratt CM***, Short HD, Noon GP, DeBakey ME:  Evolution of post-heart transplant hemodynamics:  Restrictive patterns that persist in occult fashion.  Chest 89(Suppl):525S, 1986.

48. Young JB, Leon CA, ***Pratt CM***:  Pre- and afterload reducing effects of intravenous nitroglycerin:  Dose dependent in heart failure? Circulation 74:II-447, 1986.

49. ***Pratt CM***, Wierman A, Slymen D, Delclos G, English L, Francis MJ, Seals AA, Young JB: Routine transtelephonic ECG vs Holter monitoring in arrhythmia:  Follow-up.  Chest 89(Suppl):476S, 1986.

32

Craig M. Pratt, M.D.

50.  ***Pratt CM,*** Seals A, Haider R, Leon C, Young J.  Does Cibenzoline Adversely Affect Left Ventricular Function in Patients with Ventricular Tachycardia?  Chest 89(Suppl):476S, 1986.

51.  ***Pratt CM***, *Theroux P, Hallstrom A, Bennett A, Morissette D, Seals A, Galloway A, Slymen D:  Spontaneous variability of ventricular arrhythmias in patients at increased risk for sudden death after post myocardial infarction.  Chest 89(Suppl):473S, 1986.

52.  Bennett WR, Bolli R, Raizner A, ***Pratt CM***, Migliore P, Young JB: Recombinant tissue plasminogen activator induces complement activation. Clin Res 34:282A, 1986.

53.  ***Pratt CM***, Hallstrom AP, Coromilas J, Romhilt DW, and the CAPS Investigators: Apparent "Arrhythmia Reduction" by Antiarrhythmic Therapy in Post-Infarction Patients:  A Natural History of the Placebo Group in the Cardiac Arrhythmia Pilot Study (CAPS). Circulation 74:857, 1986.

54.  ***Pratt CM,***  Francis M, Hohmann T, Leon C, Young JB: Hemodynamic measurements prior to arrhythmic therapy are predictive of clinical outcome.  Circulation 76: IV-522, 1987.

55.  Mahmarian JJ, Verani MS, ***Pratt CM***, Neto SB, Roberts R:  Quantification of acute myocardial infarct size using thallium-201 single photon emission computed tomography: Comparison with CK-MB sizing. J Am Coll Cardiol 9:190A, 1987.

56.  Mahmarian JJ, ***Pratt CM***, Thornton B, Roberts R, Verani MS: Reproducibility of sequential rest and exercise nuclear angiograms: Analysis of consecutive placebo periods during a double-blind crossover trial. J Nucl Med 28:578,1987.

57.  Reid P, Akiyama T, Anderson J, Bough E, Campbell B, Coromilas J, Greene L, Henthorn R, ***Pratt C***, Romhilt D, Roy D, Stein I for the CAPS Investigators:  Accuracy and reproducibility of Holter recordings in the Cardiac Arrhythmia Pilot Study.  J Am Coll Cardiol 9:207A, 1987.

58.  Magro S, Levine D, Pacifico A, Lin H, ***Pratt CM***, Wyndham C: Combined ambulatory ECG and electrophysiologic approach to the patients on amiodarone for ventricular tachycardia. J Am Coll Cardiol 11:66A, 1988.

59.  Pacifico A, ***Pratt CM***, Keus P, Levine D, Magro S, Faitelson L, Lin H, Roberts R, Wyndham C: Ventricular function predicts drug response of ventricular tachycardia. J Am Coll Cardiol 11:168A, 1988.

60.  ***Pratt CM***, Podrid P:  Safety and efficacy of moricizine in patients with congestive heart failure.  Circulation 80: II-428, 1989.

61.  Harris S, Hill R, Varaghese A, Taylor A, Rosene C, Francis M, ***Pratt CM***: Caffeine is proarrhythmic in patients with organic heart disease. J Am Coll Cardiol 13:32A, 1989.

62.  Vybiral T, Skinner JE, Glaeser DH, Shapiro CT, Francis M, ***Pratt C***: Low dimensional chaos in heart beat dynamics heralds sudden cardiac death in human subjects. Circulation 84: II-319, 1991.

Craig M. Pratt, M.D.

63.   **_Pratt CM_**, Gardner M, Pepine C, Kohn R, Greenberg B, Capone R, Kostis J, Hanzlova M, Gosselin G, Weiss M, Francis M, Yusuf S, and Davis E. for the SOLVD Investigators. Lack of long-term ventricular arrhythmia reduction by enalapril in heart failure patients: A double-blind parallel placebo controlled trial.  Circulation 84 II-348, 1991.

64.   **_Pratt CM_**, Hallstrom A, Huther M, DeMaria A, Gottlieb S, Young J for the CAST Investigators:  Relationship of heart failure and ejection fraction to arrhythmia suppression and prognosis in the CAST.  Circulation 84: II-349, 1991.

65.   Schmidt G, **_Pratt C_**, Hallstrom A, Ulm K, Goedel-Meinen L, Barthel P: Spontaneous variability of ventricular ectopy after myocardial infarction complicates antiarrhythmic therapy control.  J Am Coll Cardiol 17:190A, 1991.

66.   Vybiral T, Glaeser DH, Skinner JE, Francis M, **_Pratt C_**:  Time domain measures in heart rate variability do not change immediately preceding ventricular fibrillation.  Circulation 84: II-649, 1991.

67.   _Pratt CM_, Moye L, Francis M, Young JB:  Does ejection fraction predict the likelihood of ventricular tachycardia suppression as well as invasive hemodynamic measurements?  J Am Coll Cardiol 19: 220A, 1992.

68.   Smart FW, Kingry C, Young JB, Mahmarian JJ, Francis M, **_Pratt CM_**:  Exploration of the "minimal dose" of amiodarone to suppress ventricular tachycardia in patients with congestive heart failure.  Circulation 86:I-809, 1992.

69.   Mahmarian JJ, Morales-Ballejo H, Fenimore NL, Francis MJ, Casareto R, Verani MS, **_Pratt CM_**:  Nitroglycerin patches reduces the extent of jeopardized myocardium: results of a double blind placebo-controlled trial using quantitative exercise thallium-201 tomography.  J Am Coll Cardiol 21:252A, 1993.

70.   Stone P, Chaitman B, McMahon R, Andrews T, Sopko G, **_Pratt C_**, Rogers W, Raby K, Frishman W, Hill J, Conti CR for the ACIP Investigators.  A comparison of exercise-induced and ambulatory ischemia in patients with stable coronary disease:  An ACIP data bank study.  Circulation 1994;90(Part 2):I-559.

71.   **_Pratt C_**, Goldstein S, McMahon RP, Andrews T, Dyrad I, Frishman W, Geller NL, Hill J, Morgan N, Pepine C, Stone P, Knatterud G, Sopko G, Conti CR for the ACIP Investigators.  Suppression of Cardiac Ischemia: A comparison of the randomized medical regimens in the Asymptomatic Cardiac Ischemia Pilot (ACIP) study.  Circulation 1994;90(Part 2):I-28.

72.   Conti CR, **_Pratt C_**, Pepine C, Sopko G, Knatterud G for the ACIP Investigators.  Asymptomatic cardiac ischemia (ACI) in patients with coronary artery disease: Are we all studying the same thing? Circulation 1994;90(Part 2):I-560.

73.   Waldo AL, Camm AJ, deRuyter H, Friedman PL, MacNeil DJ, Pitt B, **_Pratt CM_**, Schwartz PJ, Veltri EP, SWORD Investigators.  Preliminary mortality results from the survival with oral d-Sotolol (SWORD) trial.  J Am Coll Cardiol 1995;25 (Suppl A):15A.

74.   **_Pratt CM_**, Greenway PS, Schoenfeld MH, Hibben ML, Reiffel JA.  Implications of alternative classifications of sudden cardiac death:  A prospective analysis of 109 deaths in defibrillator trials.  J Am Coll Cardiol 1995;25 (Suppl A):213A

Craig M. Pratt, M.D.

75. Pepine CJ, Chaitman BR, *Pratt C*, Bourassa MG, Stone PH, Knatterud GL, Forman S, Sopko G, Conti CR for the ACIP Investigators. Absence of ischemia on ambulatory ECG monitoring during treatment as a predictor of outcome. A report from the ACIP study. J Am Coll Cardiol 1995;25(Suppl A):312A.

76. Anderson JL, *Pratt CM*, Waldo AL. The impact of the approval of flecainide and encainide on coronary heart disease (CHD) mortality: putting "Deadly Medicine" to the test. Circulation 1995;92(Suppl):I-97.

77. *Pratt CM*, Camm AJ, Cooper W, Friedman PL, MacNeil DJ, Moulton KM, Pitt B, Schwartz PJ, Veltri EP, Waldo AL for the SWORD Investigators. Mortality in the survival with oral d-sotalol (SWORD) trial: Why did patients die? J Am Coll Cardiol 1996; 27:173A.

78. Pepine CJ, Mark D, Bourassa M, Chaitman B, Knatterud G, Forman S, *Pratt C*, Sopko G, Conti CR. Cost implications for treatment of cardiac ischemia: An ancillary asymptomatic cardiac ischemia pilot (ACIP) study. J Am Coll Cardiol 1996; 27:186A.

79. Davies RF, Goldberg AD, *Pratt C*, Deanfield J, Forman S, Knatterud G, Conti CR. Outcomes of patients with asymptomatic ischemia randomization to initial strategy of revascularization versus medical therapy. Circulation 1996;94:I-206.

80. Mahmarian JJ, Moye LA, Nasser GA, Nagueh SF, Bloom MF, Benowitz NL, Verani MA, Byrd WG, *Pratt CM*. A strategy of smoking cessation combined with nicotine patch therapy reduces the extent of exercise-induced myocardial ischemia. Circulation 1996;94:I-503.

81. Mahmarian JJ, Moye LA, Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Jain A, Chaitman BR, Weng W, Morales-Bellejo H, *Pratt CM*. Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling afer acute myocardial infarction: results of a multicenter randomized double-blind placebo controlled trial. Circulation 1996;94:I-504.

82. Dakik HA, Farmer JA, Kleiman NS, He ZX, Wendt JA, *Pratt CM*, Verani MS, Mahmarian JJ. A strategy of aggressive anti-ischemic drug therapy versus coronary revascularization in high risk patients after myocardial infarction: Results of a prospective, randomized trial. J Am Coll Cardiol 1997; 29.

83. *Pratt CM*, Greene L, Anderson JL, Cobb LA, Ehlert F, Epstein AE, Flynn D, Kim S, Richardson DW, Schron E, Moore R. Causes of death in the antiarrhythmics versus implantable defibrillators (AVID) trial. Circulation 1998; 98:I-494-495.

84. Torre-Amione G, Durand J-B, Bozkurt B, Vooletich MT, Young JB, *Pratt CM*, Charlon V, Widman T. Results of a randomized, placebo-controlled, hemodynamic trial with an intravenous endothelin-1 receptor antagonist in patients with congestive heart failure. Circulation 1999; 100:I-646.

85. *Pratt CM*, Ruskin JN, Friedrich T. Dofetilide use in atrial fibrillation: a treatment strategy to minimize proarrhythmic risk. J Am Coll Cardiol 2000; 35.

86. Iskander SS, *Pratt CM*, Filipchuk NG, Ruddy TD, Dakik HA, Henzlova MJ, Verani MS, Shaw LJ, Mahmarian JJ. Medical and resvascularization therapies for suppression of

Craig M. Pratt, M.D.

post-infarction myocardial ischemia.  Preliminary results from the adenosine sestamibi post-infarction evaluation (INSPIRE) trial.  J Am Coll Cardiol 2001; 38.

87.   Camm AJ, *Pratt CM*, Schwartz PJ, Al-Khalidi HR, Spyt M, Holroyde MJ, Karam R, Sonnenblick EH, Brum JM:  Azmilide Post Infarct Survival Evaluation (ALIVE): Azimilide does not affect mortality in post-myocardial infarction patients.  Circulation 2001;104:1B.

88.   *Pratt CM*, Al-Khalidi HR, Brum JM, Camm AJ, Schwartz PJ, Holroyde MJ:  Baseline characteristics that identify patients at high risk of death following myocardial infarction. Preliminary findings from the ALIVE trial. European Heart Journal 2001;22:700

89.   Torre-Amione G, Sestier F, *Pratt CM*, Young JB.  Immune modulation therapy reduces deaths and hospitalization in class III/IV heart failure patients:  Results of a randomized clinical trial. Circulation 2002; 106: II-469.

90.   *Pratt CM*, Singh SN, Al-Khalidi H, Brum JM, Holroyde MJ, de Ferrari GM, Schwartz PJ, Camm JA.  Efficacy of azimilide in the treatment of atrial fibrillation in a high-risk post-myocardial infarction population.  Circulation 2002; 106: II-634.

91.   Dakik HA, Filipchuk NG, *Pratt CM*, Ruddy TD, Iskander SS, Shaw LJ, Mahmarian JJ.  Suppression of post-infarction myocardial ischemia with medical and revascularization therapies:  results from the adenosine sestamibi post-infarction evaluation (INSPIRE) trial.  Circulation 2003; 108:IV-635.

92.   *Pratt C*, Garnick M, Campion M, Shipley J.  Hormonal Therapies of Prostate Cancer that Induce Androgen Deficiency:  The Impact of Testosterone on the QT Interval of the Electrocardiogram (ECG) – A Potential Unrecognized Cardioprotective Effect. European J Cardiol 9/2004.

93.   Hohnloser SH, Dorian P, Al-Khalidi HR, Brum JM, Tatla DS, *Pratt CM*, on behalf of the SHIELD Investigators.  Electrical storms in patients with implantable defibrillators: Results from the Shock Inhibition Evaluation with AzimiLiDe (SHIELD) trial.  (HRS May 2005)

94.   Dorian P, Al-Khalidi HR, Hohnloser Sh, Brum JM, Tatla DS, van der Lann M, *Pratt CM*, on behalf of the SHIELD Investigators.  Analysis of all recurrent events is superior to the time-to-first event in assessment of drug therapy to prevent ICD therapies. (European Heart J 2005 (Aug)

95.   *Pratt C*, Al-Khalidi H, Brum J, Holroyde M, Ramsey D, Schwartz P, Marcello S, Mesue R, Broggrefe M, Mannheim K, Dorian P, Camm AJ.  Cumulative experience of torsades de pointes ventricular tachycardia in 19 azimilide clinical studies:  similarities and differences in proarrhythmic profile compared to other IK blockers.  Circulation 2005;112:II-330.

96.   Thohan V, Koerner MM, *Pratt CM*, Torre GA.  Improvements in diastolic function among patients with advanced systolic heart failure utilizing alagebrium (an oral advanced glycation end-product crosslink breaker).  Circulation 2005;112:II558.

**Craig M. Pratt, M.D.**

97.  Hohnloser S, Goethe-Univ JW, Dorian P, Al-Khalidid H, Brum J, Tatla D, ***Pratt C***. Electrical storms in patients withi implantable defibrillators: results from Shock Inhibition Evaluation with Azimilide (SHIELD) Trial.  Circulation 2005;112:II-492.

98.  ***Pratt CM***, Roy D, Juul-Moller S, Torp-Pedersen C, Toft E, Wyse G, Nielsen T, Rasmussen S, on Behalf of the ACT III Investigators.  Efficacy and tolerance of RSD1235 in the treatment of atrial fibrillation or atrial flutter: results of a phase III, randomized, placebo-controlled, multicenter trial.  JACC 2006;47(4A):804.

Craig M. Pratt, M.D.

## ABSTRACTS – PUBLISHED AND PRESENTED AT NATIONAL AND INTERTIONAL MEETINGS

79.   Price JE, Vismara LA, Amsterdam EA, Miller RR, **Pratt CM**, DeMaria AN, Swenson RD, Mason DT:  Evaluation of ventricular arrhythmias post-coronary bypass surgery: Decreased prevalence following hospital discharge determined by ambulatory ECG monitoring.  Am J Cardiol 39:269, 1977.

80.   Amsterdam EA, Price JE, DeMaria AN, Miller RR, **Pratt CM**, Vismara LA, Salmon D, Miller MP, Mason DT: Ventricular ectopy in valvular heart disease:  Evaluation by continuous ambulatory electrocardiographic monitoring and relation to coronary angiography.  Clinical Research 25(3):205A, 1977.

81.   **Pratt CM**, Price JE, Senson RD, Awan NA, Amsterdam EA, Mason DT:  Assessment of syncope and recurrent dizziness in 100 patients: Specific etiologic diagnosis by 24-hour continuous ambulatory electrocardiographic monitoring.  Clinical Research 25(3):245A, 1977.

82.   **Pratt CM**, Price JE, Vismara LA, Amsterdam EA, Miller RR, Swenson RD, DeMaria AN, Berman DS, Mason DT: Importance of myocardial segmental dyssynergy as a determinant of ventricular arrhythmias post-aorto-coronary bypass.  Clinical Research 25(3):245A, 1977.

83.   **Pratt CM**, Swenson RD, Price JE, Mason DT, Fashinell TR, Amsterdam EA, DeMaria AN:  Comparison of the prevalence and nature of ectopic ventricular activity detected by exercise stress and ambulatory monitoring. Clinical Research 26(3):261A:, 1978.

84.   **Pratt CM**, Swenson RD, Price J, Vismara LA, Mason DT, DeMaria AN:  Prevalence and nature of ventricular ectopy in hypertrophic obstructive cardiomyopathy: Evaluation by ambulatory monitoring.  Am J Cardiol 41(2):381, 1978.

85.   **Pratt CM**, Whitcomb C, Neumann A, Mason DT, Amsterdam, EA, DeMaria AN: Relationship of vegetations on Echogram to the clinical course and systemic emboli in bacterial endocarditis. Am J Cardiol 41 (2): 384, 1978.

86.   Amsterdam EA, Price JE, Chin R, Swenson R, Kaku R, Lee G, **Pratt CM**, Miller M, DeMaria AN, Mason DT: Exercise stress testing in patients with angiographically normal coronary arteries:  Similar frequency of false positive ischemic responses in males and females.  Am J Cardiol 41(2):378, 1978.

87.   **Pratt CM**, Fong A, Mason DT, Amsterdam EA, DeMaria AN: Quantitative variability of ventricular ectopic activity detected by consecutive 24-hour ambulatory monitoring. Clinical Research 26 (3):260A, 1978.

88.   **Pratt CM**, Swenson RD, Price JE, Fashinell TR, Amsterdam EA, Mason DT, DeMaria AN: Evaluation of the reproducibility of serial 24-hour ambulatory electrocardiographic monitoring.  Clinical Research 26(3):261A, 1978.

89.   **Pratt CM**, Swenson RD, Price JE, Vismara LA, Amsterdam EA, Fashinell TR, Miller RR, Mason DT, DeMaria AN: Prevalence and nature of ventricular ectopy in coronary disease: Relation to extent of atherosclerosis and ventricular dysfunction. Clinical Research 26(3):261A, 1978.

Craig M. Pratt, M.D.

90.  **_Pratt CM,_** Swenson RD, Price JE, Fashinell TR, Amsterdam EA, Mason DT, DeMaria AN: High prevalence of cardiac dysarrhythmias in the etiology of syncope and dizziness: Value of assessment and documentation by ambulatory monitoring. Clinical Research 26(3):261A, 1978.

91.  Amsterdam EA, Wood M, **_Pratt CM_**, DeMaria AN, Salmon D, Mason DT:  Relationship of ventricular tachycardia to ventricular ectopic beats during portable electrocardiographic monitoring. Clinical Research 26(3):214A, 1978.

92.  Klein RC, Amsterdam EA, **_Pratt CM_**, Laslett L, Miller M, Lee G, DeMaria AN, Mason DT: Sustained reduction of elevated left ventricular filling pressure in cardiac failure by oral, long-acting nitrate therapy.  Clinical Research 26(3):243A, 1978.

93.  Kumpuris A, Miller, RR, Quinones MA, Hoffman P, **_Pratt CM_**.  Salutory effects of cardiac unloading on ventricular ectopy in congestive cardiomyopathy.  Am J Cardiol 43:360, 1979.

94.  Hopkins D, **_Pratt CM,_** Ribeiro L, Miller RR.  Predictions of cardiac mortality in patients with severe ST segment depression on treadmill stress testing.  Circulation 59-60 (Suppl II) 266, 1979. )

95.  Fuller C, **_Pratt CM,_** Nussey G, Ribeiro L, Taylor AA, Miller RR.  Antiarrhythmic effect of propranolol immediately following bypass surgery.  Circulation 59(Suppl II):184, 1979.

96.  Verani M, Hartung H, **_Pratt CM_**, Welton D, Miller RR.  Effects of exercise training on left ventricular performance, perfusion and ventricular arrhythmias in coronary artery disease.  Circulation 59,60(Suppl II) 22, 1979.

97.  Rosenfeld S, Carney S, Waggoner A, Poliner L, Quinones M, **_Pratt CM,_** Farmer J, Miller RR.  Comparative individual effects of digitalis and vasodilators during rest and exercise in extreme left ventricular dysfunction.  Circulation 62(II):299, 1980.

98.  **_Pratt CM_**, Matlock J, Carney S, Waggoner A, Wickemeyer W, Martin F, Miller RR.  Efficacy of metoprolol in suppressing ventricular ectopic beats.  Circulation 62(III) 180, 1980.

99.  **_Pratt CM_**, Nussey G, Kanon D, Hopkins G, Miller RR.  Long term followup of patients manifesting severe ST depression during maximal bruce exercise testing and having angiographically normal coronary arteries.  Am J Cardiol 45:419, 1980.

100. Rosenfeld S, Carney S, Waggoner A, Poliner L, Quinones M, **_Pratt C_**, Miller RR.  Maximal improvement in ventricular performance during rest and exercise in chronic severe cardiac failure by combined inotropic and vasodilation therapy compared to either modality alone.  Am J Cardiol 47:391, 1981.

101. Francis M, **_Pratt CM,_** Martin F, Andriescu V, Miller R.  Are there criteria in addition to the ischemic ST segment response during treadmill exercise in females predicting coronary artery disease? Circulation 64(IV):184, 1981.

102. Yepsen SC, **_Pratt CM_**, English LJ, Quinones MA, Feldman GA.  Ethmozine: A unique antiarrhythmic drug with combined efficacy and excellent tolerance.  Clin Res 30:836 A, 1982.

**Craig M. Pratt, M.D.**

103. ***Pratt CM***, Francis MJ, Luck JC, Griffin JC, Wyndham CR, Quinones MA.  Observations on sudden death recorded during ambulatory electrocardiographic monitoring.  Circulation 66(IV): II-26, 1982.

104. Skinner JE, Montaron MF, ***Pratt CM.***  Ethmozine reduces the amplitude of the cerebral event-related slow potential in patients with ischemic heart disease.  Circulation 66(IV);II-372, 1982.

105. ***Pratt CM***, Frye WM, Francis MJ, Herd JA  Clinical benefits of transtelephonic ECG transmission to monitor home exercise programs in coronary heart disease patients.  Medicine and Science in Sports and Exercise 15(2):120, 1983.

106. Saldivar M, Frye WM, ***Pratt CM***, Herd JA  Safety of a low-weight, low-repetition strength training program in patients with heart disease.  Medicine and Science in Sports and Exercise (15)2:120, 1983.

107. Mann DE, Luck JC, ***Pratt CM***, Griffin JC, Herre JM, Fernandez G.C., Magro SA, Yepsen SC, Miller RR, Wyndham CRC.  Clinical and electrophysiologic effects of ethmozine in man. Clin Res 30:203A, 1983.

108. Francis MJ, Stone CL, McAllister GK, ***Pratt CM***.  Documentation of the ability of transtelephonic ECG transmission to reliably detect the ischemic ST segment response to exercise.  Circulation 68(Suppl III) 149, 1983.

109. ***Pratt CM***, English LJ, Yepsen SC, Mann DE, Taylor AA, Quinones MA, Roberts R.  Double-blind placebo-control crossover trial of ethmozine and disopyramide in the suppression of complex ventricular arrhythmias.  Circulation 68(Suppl III) 415, 1983.

110. Seals AA, English L, Wierman A, Mann D, Luck JC, Wyndham CR, Roberts R, ***Pratt CM***.  Ambulatory electrocardiographic evaluation of the efficacy of ethmozine in patients with ventricular tachycardia.  J Am Coll Cardiol 3:(No.2) 474, 1984.

111. ***Pratt CM***, Wierman A, Young JB, Roberts R, Slymen D.  Variability of non-sustained ventricular tachycardia on ambulatory ECG recording: Results of three days of ambulatory ECG in 113 patients with ventriclar tachycardia. J Am Coll Cardiol 3: (No.2) 619, 1984.

112. Mann DE, Luck JC, ***Pratt CM***, Magro S, Sakun V, Katz S, Wyndham C.  Electrophysiologic evaluation of the efficacy of ethmozine in patients with ventricular tachycardia.  J Am Coll Cardiol 3: (No.2) 537, 1984.

113. Seals AA, Francis M, Hust RG, Akers S, Raizner AE, ***Pratt CM***. Ambulatory ECG monitoring:  Comparison of arrhythmia frequency and ST changes before, during and after coronary angioplasty.  Circulation (Suppl II) 70: 295, 1984.

114. Leon CA, Suarez JM, Aranoff RD, Murray MJ, ***Pratt CM***, Young JB.  Fenoldopam: Efficacy of a new orally active dopamine analog in heart failure.  Circulation (Suppl II) 70: 307, 1984.

115. ***Pratt CM***, Wierman AM, Delclos G, English L, Feldman G, Leon C, Seals A, Roberts R.  Is it valid to assume baseline arrhythmia frequency remains stable during long-term drug therapy?  J Am Coll Cardiol 5:(no.2) 463, 1985.

Craig M. Pratt, M.D.

116.  **_Pratt CM_**, Wierman AM, English L, Seals A, Francis M, Young JB, Roberts R.  Changing arrhythmia baseline during 18 months of therapy:  In which patients is arrhythmia likely to disappear?  Circulation (Suppl III) 72: 476, 1985.

117.  **_Pratt CM_**,, Slymen JD, Wierman AM, Francis MJ, English L, Thornton Beth, Stone Cindy, Young JB, Roberts Robert.  Can Asymptomatic Telephone Electrocardiographic Transmissions Serve As A Surveillance System To Detect Unsuspected Increases In Complex Ventricular Arrhythmias?   J Am Coll Cardiol. 7:190A, 1986.

118.  Leon C, Taylor A, Kingry C, Norton J, **_Pratt CM_**, Roberts R, Young, JB.  Hemodynamic Effects of Selective Dopamine-1 Receptor Stimulation:  Comparison of Intravenous Fenoldopam and Nitroprusside In Heart Failure Patients.  J Am Coll Cardiol. 7:70A, 1986.

119.  **_Pratt CM_**,, Thornton B, Magro S, Roberts R, Wyndham RC.  Spontaneous Ventricular Arrhythmia on Ambulatory Electrocardiographic Recordings Fail to Predict Which Patients Have Inducible Ventricular Tachycardia During Electrophysiologic Testing. J Am Coll Cardiol.  7:72A, 1986.

120.  Seals A, Tadros S, **_Pratt CM_**, Roberts R, Verani M.  Ventricular Volumes, Systolic and Diastolic Function In Acute Myocardial Infarction:  Relation To Infarct Size and Location.  J Am Coll Cardiol.  7:147A, 1986.

121.  Ostojic M, Young JB, Nedeljkovic S, Spencer W, Winters W, **_Pratt CM_**, Quinones MA, Milosevic M.  Prediction of Ejection Fraction Using Routine Chest X-Ray And ECG:  A Practical Non-Invasive Method Based On The Concept Of Volume/Mass Relationship.  J Am Coll Cardiol.  7:248A, 1986.

122.  Roberts R, Gibson RS, Boden WE, Theroux P, Strauss HD, **_Pratt CM_**, Gheorghiade M, Capone RJ, Crawford MH, Schlant RC, Kleiger RE, Perryman MB, and the DRS Group. Prophylactic Therapy With Diltiazem Prevents Early Reinfarction:  A Multicenter Randomized Double-Blind Trial In patients Recovering From Non-Q-Wave Infarction.  J Am Coll Cardiol.  7:68A, 1986.

123.  Leon CA, Kingry C, **_Pratt CM_**:  Selective dopamine-1 receptor stimulation in heart failure:  Demonstration of preferential afterload reduction.  Chest 89(Suppl):440S, 1986.

124.  Leon CA, **_Pratt CM_**:  Pre- and afterload reducing effects of intravenous nitroglycerin: Dose dependent in heart failure?  Chest 89(Suppl):440S, 1986.

125.  Leon CA, **_Pratt CM_**, Short HD, Noon GP, DeBakey ME:  Evolution of post-heart transplant hemodynamics:  Restrictive patterns that persist in occult fashion.  Chest 89(Suppl):525S, 1986.

126.  Young JB, Leon CA, **_Pratt CM_**:  Pre- and afterload reducing effects of intravenous nitroglycerin:  Dose dependent in heart failure? Circulation 74:II-447, 1986.

127.  **_Pratt CM_**, Wierman A, Slymen D, Delclos G, English L, Francis MJ, Seals AA, Young JB: Routine transtelephonic ECG vs Holter monitoring in arrhythmia:  Follow-up. Chest 89(Suppl):476S, 1986.

Craig M. Pratt, M.D.

128. *__Pratt CM__,* Seals A, Haider R, Leon C, Young J. Does Cibenzoline Adversely Affect Left Ventricular Function in Patients with Ventricular Tachycardia? Chest 89(Suppl):476S, 1986.

129. *__Pratt CM__,* *Theroux P, Hallstrom A, Bennett A, Morissette D, Seals A, Galloway A, Slymen D: Spontaneous variability of ventricular arrhythmias in patients at increased risk for sudden death after post myocardial infarction. Chest 89(Suppl):473S, 1986.

130. Bennett WR, Bolli R, Raizner A, *__Pratt CM__,* Migliore P, Young JB: Recombinant tissue plasminogen activator induces complement activation. Clin Res 34:282A, 1986.

131. *__Pratt CM__,* Hallstrom AP, Coromilas J, Romhilt DW, and the CAPS Investigators: Apparent "Arrhythmia Reduction" by Antiarrhythmic Therapy in Post-Infarction Patients: A Natural History of the Placebo Group in the Cardiac Arrhythmia Pilot Study (CAPS). Circulation 74:857, 1986.

132. *__Pratt CM__,* Francis M, Hohmann T, Leon C, Young JB: Hemodynamic measurements prior to arrhythmic therapy are predictive of clinical outcome. Circulation 76: IV-522, 1987.

133. Mahmarian JJ, Verani MS, *__Pratt CM__,* Neto SB, Roberts R: Quantification of acute myocardial infarct size using thallium-201 single photon emission computed tomography: Comparison with CK-MB sizing. J Am Coll Cardiol 9:190A, 1987.

134. Mahmarian JJ, *__Pratt CM__,* Thornton B, Roberts R, Verani MS: Reproducibility of sequential rest and exercise nuclear angiograms: Analysis of consecutive placebo periods during a double-blind crossover trial. J Nucl Med 28:578,1987.

135. Reid P, Akiyama T, Anderson J, Bough E, Campbell B, Coromilas J, Greene L, Henthorn R, *__Pratt C__,* Romhilt D, Roy D, Stein I for the CAPS Investigators: Accuracy and reproducibility of Holter recordings in the Cardiac Arrhythmia Pilot Study. J Am Coll Cardiol 9:207A, 1987.

136. Magro S, Levine D, Pacifico A, Lin H, *__Pratt CM__,* Wyndham C: Combined ambulatory ECG and electrophysiologic approach to the patients on amiodarone for ventricular tachycardia. J Am Coll Cardiol 11:66A, 1988.

137. Pacifico A, *__Pratt CM__,* Keus P, Levine D, Magro S, Faitelson L, Lin H, Roberts R, Wyndham C: Ventricular function predicts drug response of ventricular tachycardia. J Am Coll Cardiol 11:168A, 1988.

138. *__Pratt CM__,* Podrid P: Safety and efficacy of moricizine in patients with congestive heart failure. Circulation 80: II-428, 1989.

139. Harris S, Hill R, Varaghese A, Taylor A, Rosene C, Francis M, *__Pratt CM__:* Caffeine is proarrhythmic in patients with organic heart disease. J Am Coll Cardiol 13:32A, 1989.

140. Vybiral T, Skinner JE, Glaeser DH, Shapiro CT, Francis M, *__Pratt C__:* Low dimensional chaos in heart beat dynamics heralds sudden cardiac death in human subjects. Circulation 84: II-319, 1991.

Craig M. Pratt, M.D.

141. *Pratt CM*, Gardner M, Pepine C, Kohn R, Greenberg B, Capone R, Kostis J, Hanzlova M, Gosselin G, Weiss M, Francis M, Yusuf S, and Davis E. for the SOLVD Investigators. Lack of long-term ventricular arrhythmia reduction by enalapril in heart failure patients: A double-blind parallel placebo controlled trial.  Circulation 84 II-348, 1991.

142. *Pratt CM*, Hallstrom A, Huther M, DeMaria A, Gottlieb S, Young J for the CAST Investigators:  Relationship of heart failure and ejection fraction to arrhythmia suppression and prognosis in the CAST.  Circulation 84: II-349, 1991.

143. Schmidt G, *Pratt C*, Hallstrom A, Ulm K, Goedel-Meinen L, Barthel P: Spontaneous variability of ventricular ectopy after myocardial infarction complicates antiarrhythmic therapy control.  J Am Coll Cardiol 17:190A, 1991.

144. Vybiral T, Glaeser DH, Skinner JE, Francis M, *Pratt C*.  Time domain measures in heart rate variability do not change immediately preceding ventricular fibrillation.  Circulation 84: II-649, 1991.

145. *Pratt CM*, Moye L, Francis M, Young JB:  Does ejection fraction predict the likelihood of ventricular tachycardia suppression as well as invasive hemodynamic measurements?  J Am Coll Cardiol 19: 220A, 1992.

146. Smart FW, Kingry C, Young JB, Mahmarian JJ, Francis M, *Pratt CM*:  Exploration of the "minimal dose" of amiodarone to suppress ventricular tachycardia in patients with congestive heart failure.  Circulation 86:I-809, 1992.

147. Mahmarian JJ, Morales-Ballejo H, Fenimore NL, Francis MJ, Casareto R, Verani MS, *Pratt CM*:  Nitroglycerin patches reduces the extent of jeopardized myocardium: results of a double blind placebo-controlled trial using quantitative exercise thallium-201 tomography.  J Am Coll Cardiol 21:252A, 1993.

148. Stone P, Chaitman B, McMahon R, Andrews T, Sopko G, *Pratt C*, Rogers W, Raby K, Frishman W, Hill J, Conti CR for the ACIP Investigators.  A comparison of exercise-induced and ambulatory ischemia in patients with stable coronary disease:  An ACIP data bank study.  Circulation 1994;90(Part 2):I-559.

149. *Pratt C*, Goldstein S, McMahon RP, Andrews T, Dyrad I, Frishman W, Geller NL, Hill J, Morgan N, Pepine C, Stone P, Knatterud G, Sopko G, Conti CR for the ACIP Investigators.  Suppression of Cardiac Ischemia: A comparison of the randomized medical regimens in the Asymptomatic Cardiac Ischemia Pilot (ACIP) study.  Circulation 1994;90(Part 2):I-28.

150. Conti CR, *Pratt C*, Pepine C, Sopko G, Knatterud G for the ACIP Investigators.  Asymptomatic cardiac ischemia (ACI) in patients with coronary artery disease: Are we all studying the same thing?  Circulation 1994;90(Part 2):I-560.

151. Waldo AL, Camm AJ, deRuyter H, Friedman PL, MacNeil DJ, Pitt B, *Pratt CM*, Schwartz PJ, Veltri EP, SWORD Investigators.  Preliminary mortality results from the survival with oral d-Sotolol (SWORD) trial.  J Am Coll Cardiol 1995;25 (Suppl A):15A.

152. *Pratt CM*, Greenway PS, Schoenfeld MH, Hibben ML, Reiffel JA.  Implications of alternative classifications of sudden cardiac death: A prospective analysis of 109 deaths in defibrillator trials.  J Am Coll Cardiol 1995;25 (Suppl A):213A

Craig M. Pratt, M.D.

153. Pepine CJ, Chaitman BR, *Pratt C,* Bourassa MG, Stone PH, Knatterud GL, Forman S, Sopko G, Conti CR for the ACIP Investigators.  Absence of ischemia on ambulatory ECG monitoring during treatment as a predictor of outcome.  A report from the ACIP study.  J Am Coll Cardiol 1995;25(Suppl A):312A.

154. Anderson JL, *Pratt CM,* Waldo AL.  The impact of the approval of flecainide and encainide on coronary heart disease (CHD) mortality: putting "Deadly Medicine" to the test.  Circulation 1995;92(Suppl):I-97.

155. *Pratt CM*, Camm AJ, Cooper W, Friedman PL, MacNeil DJ, Moulton KM, Pitt B, Schwartz PJ, Veltri EP, Waldo AL for the SWORD Investigators.  Mortality in the survival with oral d-sotalol (SWORD) trial:  Why did patients die?  J Am Coll Cardiol 1996; 27:173A.

156. Pepine CJ, Mark D, Bourassa M, Chaitman B, Knatterud G, Forman S, *Pratt C,* Sopko G, Conti CR.  Cost implications for treatment of cardiac ischemia:  An ancillary asymptomatic cardiac ischemia pilot (ACIP) study.  J Am Coll Cardiol 1996; 27:186A.

99. Davies RF, Goldberg AD, *Pratt C,* Deanfield J, Forman S, Knatterud G, Conti CR.  Outcomes of patients with asymptomatic ischemia randomization to initial strategy of revascularization versus medical therapy.  Circulation 1996;94:I-206.

100. Mahmarian JJ, Moye LA, Nasser GA, Nagueh SF, Bloom MF, Benowitz NL, Verani MA, Byrd WG, *Pratt CM*.  A strategy of smoking cessation combined with nicotine patch therapy reduces the extent of exercise-induced myocardial ischemia.  Circulation 1996;94:I-503.

101. Mahmarian JJ, Moye LA, Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Jain A, Chaitman BR, Weng W, Morales-Bellejo H, *Pratt CM*.  Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling afer acute myocardial infarction:  results of a multicenter randomized double-blind placebo controlled trial.  Circulation 1996;94:I-504.

102. Dakik HA, Farmer JA, Kleiman NS, He ZX, Wendt JA, *Pratt CM*, Verani MS, Mahmarian JJ.  A strategy of aggressive anti-ischemic drug therapy versus coronary revascularization in high risk patients after myocardial infarction:  Results of a prospective, randomized trial.  J Am Coll Cardiol 1997; 29.

103. *Pratt CM*, Greene L, Anderson JL, Cobb LA, Ehlert F, Epstein AE, Flynn D, Kim S, Richardson DW, Schron E, Moore R.  Causes of death in the antiarrhythmics versus implantable defibrillators (AVID) trial.  Circulation 1998; 98:I-494-495.

104. Torre-Amione G, Durand J-B, Bozkurt B, Vooletich MT, Young JB, *Pratt CM*, Charlon V, Widman T.  Results of a randomized, placebo-controlled, hemodynamic trial with an intravenous endothelin-1 receptor antagonist in patients with congestive heart failure.  Circulation 1999; 100:I-646.

105. *Pratt CM*, Ruskin JN, Friedrich T.  Dofetilide use in atrial fibrillation: a treatment strategy to minimize proarrhythmic risk.  J Am Coll Cardiol 2000; 35.

106. Iskander SS, *Pratt CM*, Filipchuk NG, Ruddy TD, Dakik HA, Henzlova MJ, Verani MS, Shaw LJ, Mahmarian JJ.  Medical and resvascularization therapies for suppression of

Craig M. Pratt, M.D.

post-infarction myocardial ischemia.  Preliminary results from the adenosine sestamibi post-infarction evaluation (INSPIRE) trial.  J Am Coll Cardiol 2001; 38.

107.  Camm AJ, *Pratt CM*, Schwartz PJ, Al-Khalidi HR, Spyt M, Holroyde MJ, Karam R, Sonnenblick EH, Brum JM:  Azmilide Post Infarct Survival Evaluation (ALIVE):  Azimilide does not affect mortality in post-myocardial infarction patients.  Circulation 2001;104:1B.

108.  *Pratt CM*, Al-Khalidi HR, Brum JM, Camm AJ, Schwartz PJ, Holroyde MJ:  Baseline characteristics that identify patients at high risk of death following myocardial infarction. Preliminary findings from the ALIVE trial. European Heart Journal 2001;22:700

109.  Torre-Amione G, Sestier F, *Pratt CM*, Young JB.  Immune modulation therapy reduces deaths and hospitalization in class III/IV heart failure patients:  Results of a randomized clinical trial.  Circulation 2002; 106: II-469.

110.  *Pratt CM*, Singh SN, Al-Khalidi H, Brum JM, Holroyde MJ, de Ferrari GM, Schwartz PJ, Camm JA.  Efficacy of azimilide in the treatment of atrial fibrillation in a high-risk post-myocardial infarction population.  Circulation 2002; 106: II-634.

111.  Dakik HA, Filipchuk NG, *Pratt CM*, Ruddy TD, Iskander SS, Shaw LJ, Mahmarian JJ. Suppression of post-infarction myocardial ischemia with medical and revascularization therapies:  results from the adenosine sestamibi post-infarction evaluation (INSPIRE) trial.  Circulation 2003; 108:IV-635.

112.  *Pratt C*, Garnick M, Campion M, Shipley J.  Hormonal Therapies of Prostate Cancer that Induce Androgen Deficiency:  The Impact of Testosterone on the QT Interval of the Electrocardiogram (ECG) – A Potential Unrecognized Cardioprotective Effect. European J Cardiol 9/2004.

113.  Hohnloser SH, Dorian P, Al-Khalidi HR, Brum JM, Tatla DS, *Pratt CM*, on behalf of the SHIELD Investigators.  Electrical storms in patients with implantable defibrillators: Results from the Shock Inhibition Evaluation with AzimiLiDe (SHIELD) trial.  (HRS May 2005)

114.  Dorian P, Al-Khalidi HR, Hohnloser Sh, Brum JM, Tatla DS, van der Lann M, *Pratt CM*, on behalf of the SHIELD Investigators.  Analysis of all recurrent events is superior to the time-to-first event in assessment of drug therapy to prevent ICD therapies. (European Heart J 2005 (Aug)

115.  *Pratt C*, Al-Khalidi H, Brum J, Holroyde M, Ramsey D, Schwartz P, Marcello S, Mesue R, Broggrefe M, Mannheim K, Dorian P, Camm AJ.  Cumulative experience of torsades de pointes ventricular tachycardia in 19 azimilide clinical studies:  similarities and differences in proarrhythmic profile compared to other IK blockers.  Circulation 2005;112:II-330.

116.  Thohan V, Koerner MM, *Pratt CM*, Torre GA.  Improvements in diastolic function among patients with advanced systolic heart failure utilizing alagebrium (an oral advanced glycation end-product crosslink breaker).  Circulation 2005;112:II-558.

**Craig M. Pratt, M.D.**

117. Hohnloser S, Goethe-Univ JW, Dorian P, Al-Khalidid H, Brum J, Tatla D, **_Pratt C_**. Electrical storms in patients withi implantable defibrillators: results from Shock Inhibition Evaluation with Azimilide (SHIELD) Trial.  Circulation 2005;112:II-492.

118. **_Pratt CM_**, Roy D, Juul-Moller S, Torp-Pedersen C, Toft E, Wyse G, Nielsen T, Rasmussen S, on Behalf of the ACT III Investigators.  Efficacy and tolerance of RSD1235 in the treatment of atrial fibrillation or atrial flutter: results of a phase III, randomized, placebo-controlled, multicenter trial.  JACC 2006;47(4A):804.

**Craig S. Pratt, MD**
**Materials Reviewed – *Charles L. Mason v. Merck***

## Medical Records and/or Reports

Albertson's Pharmacy

Alta View Hospital

Alta View Hospital Radiology

Cottonwood Hospital Cardiac Rehabilitation

Douglas Vogeler, MD

Gary Symkoviak, MD

Gold Cross Ambulance

Gordon Ahlers, MD

Heart & Lung Institute of Utah

Heart & Lung Institute of Utah, Cardiolite Spect Myocardial Perfusion Scintigraphy, 10/22/03

Heart & Lung Institute of Utah, Sestamibi/Tetraphosmin Spect Myocardial Perfusion Scintigraphy, 4/12/05

James Zebrack, MD

LDS Hospital

LDS Hospital, Cardiac Catheterization, 7/25/03

Medco Pharmacy

Michael Loeser, MD

Military (medical)

Pathology Services

Quest Diagnostics

Randy Black, DDS

Salt Lake Clinic

Salt Lake Clinic - Sandy

Selectmed Plus

Plaintiff Provided Records

## Discovery Responses and Expert Reports

Plaintiff Profile Form

Expert Witness Report and Declaration of Gary Sander, MD, dated August 7, 2006
*Charles L. Mason v. Merck*; Eastern District of Louisiana, MDL Docket No. 1657.

Expert Witness Report and Declaration of Isaac Wiener, MD, dated August 10, 2006
*Charles Mason v. Merck*; Eastern District of Louisiana, MDL Docket No. 1657.

Death Certificate of Reta Mason Hurley, Charles Mason's sister.

## Testimony

Pages 1024-1155 of the Daily Copy containing Dr. Topol's testimony.

Arthritis Advisory Committee Transcripts, February 7 – 8, 2001.

Bard Madsen, MD Deposition Testimony, including exhibits, taken July 12, 2006
*Charles L. Mason v. Merck*, Eastern District of Louisiana, MDL Docket No. 1657.

Charles Mason, Deposition Testimony, including exhibits, taken June 28, 2006
*Charles L. Mason v. Merck*, Eastern District of Louisiana, MDL Docket No. 1657.

Doug Vogeler, MD, Deposition Testimony, including exhibits, taken July 26, 2006
*Charles L. Mason v. Merck*, Eastern District of Louisiana, MDL Docket No. 1657.

Edward Ganellan, MD, Deposition Testimony, including exhibits, taken July 25, 2006
*Charles L. Mason v. Merck*, Eastern District of Louisiana, MDL Docket No. 1657.

Gary Symkoviak, MD, Deposition Testimony, including exhibits, taken July 10, 2006
*Charles L. Mason v. Merck*, Eastern District of Louisiana, MDL Docket No. 1657.

Jay Grove, MD, Deposition Testimony, including exhibits, taken July 26, 2006
*Charles L. Mason v. Merck*, Eastern District of Louisiana, MDL Docket No. 1657.

Karen Olson-Fields, Deposition Testimony, including exhibits, taken July 27, 2006
*Charles L. Mason v. Merck*, Eastern District of Louisiana, MDL Docket No. 1657.

Mark Keep, MD, Deposition Testiomony taken August 17, 2006
*Charles L. Mason v. Merck*, Eastern District of Louisiana, MDL Docket No. 1657.

## Literature

APPROVe Extension Data, Merck submission to FDA.

Chan AT et al., "Nonsteroidal Antiinflammatory Drugs, Acetaminophen, and the Risk of Cardiovascular Events," Circulation 2006;113:1-10.

Huang WF et al., "Cardiovascular Events Associated with Long-Term Use of Celecoxib, Rofecoxib and Meloxicam in Taiwan: An Observational Study," Drug Safety 2006;29(3):261-272.

Kasliwal R et al, "A Comparison of Reported Gastrointestinal and Thromboembolic Events Between Rofecoxib and Celecoxib Using Observational Data," Drug Safety 2005;28(9):803-816.

Levesque LE et al., "Time Variations in the Risk of Myocardial Infarction Among Elderly Users in COX-2 Inhibitors," CMAJ 2006;174(11):online-1 – online-8.

Solomon DH et al., "Cardiovascular Outcomes in New Users of Coxibs and Nonsteroidal Antiinflammatory Drugs," Arth & Rheum 2006;54(5):1378-1389.

Andersohn F et al., "Use of First- and Second-Generation Cyclooxgenase-2—Selective Nonsteroidal Antiinflammatory Drugs and Risk of Acute Myocardial Infarction," Circulation 2006;113:1950-1957.

Bader S et al., "Comparison of Ramp Versus Step Protocols for Exercise Testing in Patients > 60 Years of Age," Am J Cardiol 1999;83:11-14.

Balady GJ et al., "Usefulness of Exercise Testing in the Prediction of Coronary Disease Risk Among Asymptomatic Persons as a Function of the Framingham Risk Score," Circulation 2004;110:1920-1925.

Fletcher GF et al., "Exercise Standards for Testing and Training," Circulation 2001;104:1694-1740.

Lear SA ct al., "Exercise Stress Testing: An Overview of Current Guidelines," Sports Med 1999 May;27(5):295-312.

Myers J et al., "Exercise Capacity and Mortality Among Men Referred for Exercise Testing," NEJM 2002;346(11):793-801.

Ciruzi M et al., "Frequency of Family History of Acute Myocardial Infarction in Patients with Acute Myocardial Infarction," Am J Cardiol 1997;80:122-127.

Colditz GA et al., "A Prospective Study of Parental History of Myocardial Infarction and Coronary Artery Disease in Men," Am J Cardiol 1991;67:933-938.

Friedlander Y et al., "Family History as a Risk Factor for Primary Cardiac Arrest," Circulation 1998;97:155-160.

Grech ED et al., "Family History as an Independent Risk Factor of Coronary Artery Disease," Eur Heart J 1992;13:1311-1315.

Hopkins PN et al., "Family History as an Independent Risk Factor for Incident Coronary Artery Disease in a High-Risk Cohort in Utah," Am J Cardiol 1988;62:703-707.

Jouven X et al., "Predicting Sudden Death in the Population: The Paris Prospective Study I," Circulation 1999;99:1978-1983.

Lloyd-Jones DM et al., "Parental Cardiovascular Disease as a Risk Factor for Cardiovascular Disease in Middle-Aged Adults: A Prospective Study of Parents and Offspring," JAMA 2004;291:2204-2211.

Marenberg ME et al., "Genetic Susceptibility to Death from Coronary Heart Disease in a Study of Twins," N Engl J Med 1994;330:1041-1046.

Murabito JM et al., "Sibling Cardiovascular Disease as a Risk Factor for Cardiovascular Disease in Middle-Aged Adults," JAMA 2005;294(24):3117-3123.

Nilsson PM et al., "Family Burden of Cardiovascular Mortality: Risk Implications for Offspring in a National Register Linkage Study Based Upon the Malmo Preventive Project," J Intern Med 2004;255:229-235.

Nora JJ et al., "Genetic-Epidemiologic Study of Early-Onset Ischemic Heart Disease," Circulation 1980;61:503-508.

Rissanen AM, "Familial Occurrence of Coronary Heart Disease: Effect of Age at Diagnosis," Am J Cardiol 1979;44:60-66.

Roncaglioni MC et al., "Role of Family History in Patients with Myocardial Infarction. An Italian Case-Control Study. GISSI-EFRIM Investigators," Circulation 1992;85:2065-2072.

Sesso HD et al., "Maternal and Paternal History of Myocardial Infarction and Risk of Cardiovascular Disease in Men and Women," Circulation 2001;104:393-398.

Shea S et al., "Family History as an Independent Risk Factor for Coronary Artery Disease," JACC1984;4(4):793-801.

Zdravkovic S et al., "Heritability of Death from Coronary Heart Disease: a 36-year Follow-up of 20 966 Swedish Twins," J Intern Med 2002;252:247-254.

Editorial entitled "Expression of Concern:  Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," NEJM 2000; 343:1520-8 by Gregory D. Curfman, M.D., et al.

"An Open Letter from Merck" from Peter S. Kim dated 12-15-2005.

Deposition of Gregory D. Curfman, M.D. dated 11-21-2005 (marked CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER).

Editorial entitled "Expression of Concern Reaffirmed," by Gregory D. Curfman, M.D., et al., NEJM 2006 Feb 22.

Exhibit 10 to Curfman 11-21-05.  "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events:  The VIGOR Trial."  Authors:  Claire Bombardier, M.D. et al.

Exhibit 12 to Curfman 11-21-05 – Letter to Robert Steinbrook, M.D. from Claire Bombardier, M.D. dated 08-20-2000 regarding Manuscript 00-1401 regarding changes made to manuscript.

Exhibit 17 to Curfman 11-21-05 "Comparison of the Effects of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events:  Results from the VIGOR Trial."  Authors:  Claire Bombardier, M.D. et al.

Exhibit 20 to Curfman 11-21-05 – Letter to Marshall M. Kaplan, M.D. to Claire Bombardier, M.D. FRCP dated 07-17-2000 regarding extensive revisions having been done to Manuscript No. 00-1401 in accordance with Dr. Kaplan's letter and comments from the reviewers.

Exhibit 21 to Curfman 11-21-05 – Letter to Robert Steinbrook, M.D. from Claire Bombardier, M.D. dated 08-30-2000 regarding changes made.

Letter to Alise Reicin, M.D. from Michael Weinblatt, M.D. dated 01-24-2000 regarding Merck management's position on plans for analysis and adjudication of serious thrombotic and embolic cardiovascular adverse experiences.

Letter to Claire Bombardier, M.D. from Marshall M. Kaplan, M.D. dated 06-30-2000 regarding Manuscript No. 00-1401.

Letter to Claire Bombardier, M.D. from Robert Steinbrook, M.D. dated 08-16-2000 regarding Manuscript No. 00-1401 – further work needed before acceptable for publication.

Letter to Michael Weinblatt, M.D. from Alise S. Reicin, M.D. dated 02-07-2000 regarding Merck's plan for analyzing serious thrombolic and embolic cardiovascular adverse experiences from the VIGOR study.

Letters to the editor entitled "Response to Express of Concern Regarding VIGOR Study," by non-Merck authors, Bombardier, C, et al.; by Merck authors, Reicin A, M.D., et al., NEJM 2006 Feb 22.

Memo to Alice S. Reicin et al. from Thomas Capizzi dated 01-24-2000 referencing "Clean File: VIGOR adjudicated CV events analysis procedures."

Memo to Dr. Alise Reicin et al. from Dr. Deborah Shapiro dated 07-05-2000 regarding "Cardiovascular Update – VIGOR."

Memo to Peter Brooks et al. from Claire Bombardier dated 06-12-2000 regarding "New England Journal of Medicine Manuscript."

Memo to RIBL from Doug Watson regarding Reference 117: 1. (Plan for the adjudication and analysis of serious vascular events in VIGOR (MK-0966 Protocols 088/089): 2. signature pages of approval, 2000.

Memo to Sandra Cook et al. from Shari L. Targum, M.D. dated 02-01-2001 referencing "Consultation NDA 21-042, S-007 – Review of cardiovascular safety database."

Merck Report dated 02-08-2001 presented to Arthritis Advisory Committee regarding FDA Advisory Committee Background Information on NDA 21-042 VIOXX™ Tablets, NDA 21-052: VIOXX™ Oral Suspension (Rofecoxib) VIOXX™ Gastrointestinal Outcomes Research Study (VIGOR).

Safety Update Report from Robert E. Silverman to Central Document Room of the FDA referencing NDA 21-052/S-004: VIOXX™ (rofecoxib oral suspension) VIOXX™ Gastrointestinal Outcomes Research Study (VIGOR).

Videotaped Deposition of Gregory D. Curfman, M.D.; dated 1-24-06; Vioxx MDL (marked CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER).

Abraham WT and Hayes DL, "Cardiac Resynchronization Therapy for Heart Failure," Circulation 2003;108:2596-2603.

Antiplatelet Trialists' Collaboration, "Secondary Prevention of Vascular Disease by Prolonged Antiplatelet Treatment," BMJ 1988 Jan 30;296:320-331.

Antiplatelet Trialists' Collaboration, "Collaborative Overview of Randomised Trials of Antiplatelet Therapy – 1: Prevention of Death, Myocardial Infarction, and Stroke by Prolonged Antiplatelet Therapy in Various Categories of Patients," BMJ 1994;308:81-106.

Antithrombotic Trialists' Collaboration, "Collaborative Meta-Analysis of Randomised Trials of Antiplatelet Therapy for Prevention of Death, Myocardial Infarction, and Stroke in High Risk Patients," BMJ 2002;324:71-86.

Awtry EH and Loscalzo J, "Cardiovascular Drugs: Aspirin," Circulation 2000:101:1206-1218.

Belton O et al., "Cyclooxygenase-1 and -2—Dependent Prostacyclin Formation in Patients with Atherosclerosis," Circulation 2000;102:840-845.

Catella-Lawson F et al., "Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin," N Engl J Med 2001;345(25):1809-1817.

Cheng Y et al., "Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2," Science 2002;296:539-541.

FitzGerald GA and Patrono C, "The Coxibs, Selective Inhibitors of Cyclooxgenase-2," N Engl J Med 2001;345(6):433-442.

Furberg CD et al., "Parecoxib, Valdecoxib, and Cardiovascular Risk," Circulation 2005;111:249.

Garcia Rodriguez LA et al., "Nonsteroidal Antiinflammatory Drugs and the Risk of Myocardial Infarction in the General Population," Circulation 2004;109:3000-3006.

Jaffe EA and Weksler BB, "Recovery of Endothelial Cell Prostacyclin Production after Inhibition by Low Doses of Aspirin," J Clin Invest 1979;63:532-535.

Kharbanda RK et al., "Prevention of Inflammation-Induced Endothelial Dysfunction: A Novel Vasculo-Protective Action of Aspirin," Circulation 2002;105:2600-2604.

Kurth T et al., "Inhibition of Clinical Benefits of Aspirin on First Myocardial Infarction by Nonsteroidal Antiinflammatory Drugs," Circulation 2003;108:1191-1195.

Libby P et al., "Inflammation and Atherosclerosis," Circulation 2002;105:1135-1143.

McAdam BF et al., "Systemic Biosynthesis of Prostacyclin by Cyclooxygenase (COX)-2: The Human Pharmacology of a Selective Inhibitor of COX-2," Proc Natl Acad Sci USA 1999;96:272-277.

Pasceri V and Yeh E, "A Tale of Two Diseases: Atherosclerosis and Rheumatoid Arthritis," Circulation 1999;100:2124-2126.

Pearson TA et al., "Markers of Inflammation and Cardiovascular Disease: Application to Clinical and Public Health Practice: A Statement for Healthcare Professionals from the Centers for Disease Control and Prevention and the American Heart Association," Circulation 2003;107:499-511.

Ridker PM et al., "C-Reactive Protein and Other Markers of Inflammation in the Prediction of Cardiovascular Disease in Women," N Engl J Med 2000;342:836-843.

Ross R, "Atherosclerosis – An Inflammatory Disease," N Engl J Med 1999;340(2):115-126.

Shinmura K et al., "Cyclooxygenase-2 Mediates the Cardioprotective Effects of the Late Phase of Ischemic Preconditioning in Conscious Rabbits," PNAS 2000;97(18):10197-10202.

Taketo MM, "Cyclooxygenase-2 Inhibitors in Tumorigenesis (Part I)," J Natl Cancer Inst 1998;90:1529-1536.

Tischler MD and Rothfeld J, "Papillary Muscle Fractional Shortening is a Determinant of Heart Shape in Patients with Prior Myocardial Infarction," Am J Cardio 1997;80:204-206.

Topol EJ, "Failing the Public Health – Rofecoxib, Merck, and the FDA," N Engl J Med 2004;351(17):1707-1709.

Topol EJ, "Arthritis Medicines and Cardiovascular Events – House of Coxibs," JAMA 2005;293(3):366-368.

Wilson PWF et al., "Prediction of Coronary Heart Disease Using Risk Factor Categories," Circulation 1998;97:1837-1847.

Xu XM et al., "Suppression of Inducible Cyclooxygenase 2 Gene Transcription by Aspirin and Sodium Salicylate," Proc Natl Acad Sci USA 1999;96:5292-5297.

Altman R et al., "Efficacy Assessment of Meloxicam, a Preferential Cyclooxygenase-2 Inhibitor, in Acute Coronary Syndromes Without ST-Segment Elevation: The Nonsteroidal Anti-Inflammatory Drugs in Unstable Angina Treatment-2 (NUT-2) Pilot Study," Circulation 2005;106:191-195.

Gerrard JM et al., "In Vivo Measurement of Thromboxane B2 and 6-Keto-Prostaglandin in F1 Alpha in Humans in Response to a Standardized Vascular Injury and the Influence of Aspirin," Circulation 1989;79:29-38.

Halushka MK et al., "Why are Some Individuals Resistant to the Cardioprotective Effects of Aspirin," Circulation 2002;105:1620-1622.

Huang WF et al., "Cardiovascular Events Associated with Long-Term Use of Celecoxib, Rofecoxib and Meloxicam in Taiwan: An Observational Study," Drug Safety 2006;29(3):261-272.

Kyrle PA et al., "Inhibition of Prostacyclin and Thromboxane A2 Generation by Low-Dose Aspirin at the Site of Plug Formation in Man In Vivo," Circulation 1987;75(5):1025-1029.

Pitt B et al., "Cyclooxygenase-2 Inhibition and Cardiovascular Events," Circulation 2002;106:167-169.

Sattar N et al., "Explaining How 'High-Grade' Systemic Inflammation Accelerates Vascular Risk in Rheumatoid Arthritis," Circulation 2003;108:2957-2963.

Schmedtje JF et al., "Hypoxia Induces Cyclooxygenase-2 Via the NF-kB p65 Transcription Factor in Human Vascular Endothelial Cells," J Bio Chem 1997;272(1):601-608.

Bresalier RS, et al., "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," N Engl J Med. 2005 Feb 15;352.

Capone ML, et al., "Clinical Pharmacology of Platelet, Monocyte and Vascular Cyclooxygenase Inhibition by Naproxen and Low-Dose Aspirin in Healthy Subjects," Circulation 2004 Mar 30;109(12):1468-71.

Catella-Lawson F, et al., "Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics and Vasoactive Eicosanoids," J Pharmacol. Exp. There. 1999 May; 289(2):735-41.

Merck & Co., Inc., "Rofecoxib: FDA Advisory Committee Background Information," dated Jan. 21, 2005.

John Jenkins & Paul Seligman (FDA), "Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk" (memo dated April 6, 2005).

Graham DJ, et al., "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study," Lancet. 2005 Feb 5;365(9458):475-81.

Harrison-Woolrych M, et al., "Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib : interim results from the New Zealand intensive medicines monitoring programme," Drug Saf. 2005;28(5):435-42.

Hippisley-Cox, J et al., "Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis," BMJ 2005 330:1366.

Johnsen, S et al., "Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, Celecoxib, and Other NSAIDs, A Population-Based Case-Control Study, Arch. Int. Med. 2005 165:978-84.

Juni P, et al., "Risk of cardiovascular events and rofecoxib: cumulative meta-analysis," Lancet 2004 Dec 4;364(9450):2021-9.3.

Kim, P, et al., Letters to editor regarding "Discontinuation of Vioxx" Lancet 2005 Jan 365:23-28.

Kimmel SE, et al., "The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin," J Am Coll. Cardiol. 2004 Mar 17;43(6):985-90.

Konstam MA, et al., "Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib," Circulation 2001 Nov;104(19):2280-8.

VIOXX Physicians' Desk Reference (May 1999).

VIOXX Physicians' Desk Reference (April 2002).

Levesque LE et al., "The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults," Ann Intern Med. 2005 Feb 8;142.

Lisse J., et al., "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis," Annals of Internal Medicine 2003; 139:539-546.

Mamdani M, et al., "Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly," Arch Intern Med. 2003 Feb 24;163(4):481-6.

Mukherjee D, et al., "Risk of cardiovascular events associated with selective COX-2 inhibitors," JAMA 2001 Aug;286(8):954-9.

Patrono C., et al., "Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy," Chest 2004 Sep;126(3 Suppl.):234S-264S.

Ray WA, et al., "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease," Lancet. 2002 Oct 5;360(9339):1071-73.

Reicin AS, et al., "Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone)," Am J Cardiol. 2002 Jan 15;89(2):204-9.

Reines SA, et al., "Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study," Neurology. 2004 Jan 13;62(1):66-71.

Shaya FT, et al., "Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population," Arch Intern Med 2005 Jan 24;165(2):181-6.

Solomon DH, et al., "Relationship Between Selective Cyclooxygenase 2 Inhibitors and Acute Myocardial Infarction in Older Adults," Circulation 2004 May 4;109(17):2068-73.

Thal LJ, et al., "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment," Neuropsychopharmacology. 2005 Mar 2.

Tuleja E, et al., "Effects of Cyclooxygenase -1 and -2 Inhibitors on the Balance of Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men," Arteriosclerosis Thromb Vasc Biol 2003 Jun 1;23(6):1111-15.

Van Hecken A, et al., "Comparative inhibitory activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2 versus COX-1 in healthy volunteers," J Clin Pharmacol 2000;40:1109-1120.

Velentgas, P, et al., "Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications," Pharmacoepidemiology and Drug Safety 2005.

Bombardier C, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343:1520-1528.

Merck & Co., Inc., "Submission of Protocol 201 (ViP) Clinical Study Report (CSR) and Overview of Cardiovascular Events in Protocol 145 (VICTOR), dated August 22, 2005.

Weir MR, et al., "Selective COX-2 Inhibition and Cardiovascular effects: A review of the rofecoxib development program," Am Heart J 2003 Oct;146(4):591-604.

Wong, E, et al., "Effects of Cox-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits," Atheroslerosis 2001; 393-402.

Baigent C & Patrono C, "Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal," *Arthritis Rheum* 2003 Jan;48(1):12-20.

Bannwarth B, et al., "Adverse Events Associated with Rofecoxib Therapy:  Results of a Large Study in Community-Derived Osteoarthritic Patients," *Drug Saf.* 2003;26(1):49-54.

Baron JA, et al., "A Randomized Trial of Aspirin to Prevent Colorectal Ademonas," *N Engl J. Med.* 2003 Mar 6; 348(10):891-899.

Bea F, et al., "Chronic Inhibition of Cyclooxygenase-2 Does Not Alter Plaque Composition in a Mouse Model of Advanced Unstable Atherosclerosis," *Cardiovascular Research* 2003; 60:198-204.

Belton O., et al., "Cyclooxygenase Isoform and Platelet Vessel Wall Interactitons in the Apolipoprotein E Knockout Mouse Model of Atherosclerosis," *Circulation* 2003; 108:3017-3023.

Bogaty, P, "Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein, a randomized placebo-controlled study," *Circulation* 2004 Aug 24; 110:934-39.

Brochier ML, "Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. The Flurbiprofen French Trial," Eur Heart J. 1993 Jul;14(7):951-7.

Burleigh ME, et al., "Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice," *Circulation*. 2002 Apr 16;105(15):1816-23.

Burleigh M., et al., "Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in ApoE-Deficient and C57BL/6 Mice," *J Mol Cell Cardiol* 2005;39:443-452.

Chenevard R, et al., "Selective COX-2 inhibition improves endothelial function in coronary artery disease," *Circulation*. 2003 Jan 28;107(3):405-9.

Cipollone F, et al., "Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability," *Circulation*. 2001 Aug 21;104(8):921-7.

Cipollone F, et al., "Cyclooxygenase-2 expression and inhibition in atherothrombosis," *Arterioscler Thromb Vasc Biol*. 2004 Feb;24(2):246-55.

Cipollone F, et al., "Novel Determinants of Plague Instability," *J Thromb Haemost* 2005; 3:1962-1975.

Crofford LJ, et al., "Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors: A report of four cases," *Arthritis Rheum*. 2000 Aug;43(8):1891-6.

Dalen JE, "Selective COX-2 Inhibitors, NSAIDs, aspirin, and myocardial infarction," *Arch Intern Med*. 2002 May 27;162(10):1091-2.

Egan K, et al., "Cyclooxygenases, Thromboxane and Atherosclerosis: Plaque destabilization by cycloxygenase-2 inhibition combined with thromboxane receptor antagonism," *Circulation* 2005 Jan; 111:334-42.

FitzGerald GA, "Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations," *Am J Cardiol*. 2002 Mar 21;89(6A):26D-32D.

FitzGerald G, "Coxibs and Cardiovascular Disease," *N Engl J Med* 2004 Oct 21; 351(17):1709-1711.

Fornaro G, et al., "Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study," Circulation. 1993 Jan;87(1):162-4.

Garcia Rodriguez LA, "The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data," *Clin Exp Rheumatol*. 2001 Nov-Dec;19(6 Suppl 25):S41-4.

Green K, et al., "Pronounced Reduction of In Vivo Prostacyclin Synthesis in Humans By Acetaminophen (Paracetamol)," *Prostaglandins* 1989 Mar; 37(3):311-315.

Gross GJ, Moore J, "Effect of COX-1/COX-2 inhibition versus selective COX-2 inhibition on coronary vasodilator responses to arachidonic acid and acetylcholine," *Pharmacology*. 2004 Jul;71(3):135-42.

Grosser T, et al., "Biological basis for cardiovascular consequences of Cox-2 inhibition: therapeutic challenges and opportunities," *Journal of Clinical Investigation* 2006 Jan; 116:4-15.

Hennan J., et al., "Effects of Selective Cyclooxygenase-2 Inhibition on Vascular Responses and Thrombosis in Canine Coronary Arteries," *Circulation* 2001; 104:820-825.

Howard PA, et al., "Nonsteroidal anti-inflammatory drugs and cardiovascular risk," *J Am Coll Cardiol*. 2004 Feb 18;43(4):519-25.

Knijff-Dutmer EA, et al., "Effects of nabumetone compared with naproxen on platelet aggregation in patients with rheumatoid arthritis," *Ann Rheum Dis*. 1999 Apr;58(4):257-59.

Leese PT, et al., "Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial," *J Clin Pharmacol*. 2000 Feb;40(2):124-32.

Leese PT, et al., "Valdecoxib does not impair platelet function," *Am J Emerg Med*. 2002 Jul;20(4):275-81.

Linton M., et al., "Cycloxygenase-2 and Atherosclerosis," *Curr Opin Lipodol* 2002;13:497-504.

McAdam B, et al., "Contribution of Cyclooxygenase-2 to Elevated Biosynthesis of Thromboxane $A_2$ and Prostacyclin in Cigarette Smokers," *Circulation* 2005; 112:1024-1029.

Mitchell J A and Warner T D, "COX Isoforms in the Cardiovascular System: Understanding the Activities of Non-Steroidal Anti-Inflammatory Drugs," *Nature* 2006 Jan; 5:75-85.

Monakier D, et al., "Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes," *Chest*. 2004 May;125(5):1610-5.

Nussmeier NA, et al., "Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery," *N Engl J Med*. 2005 Mar 17;352(11):1081-91.

Patrono C, "Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs," *J Clin Invest*. 2001 Jul;108(1):7-13.

Patrono C, "Efficacy and safety of aspirin in the long-term management of atherothrombosis," *Haematologica*. 2001 Nov;86(11 Suppl 2):19-21.

Practico D., et al., "Acceleration of Atherogenesis by COX-1 Dependent Prostanoid Formation in Low Density Lipoprotein Receptor Knockout Mice," *PNAS* 2001 Mar 13; 98(6):3358-3363.

Rahme E, et al., "Association Between Naproxen Use and Protection Against Acute Myocardial Infarction," *Arch Intern Med.* 2002 May;162:1111-1115.

Ray WA, et al., "Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study," *Lancet* 2002 Jan 12;359(9301):118-23.

Ridker PM, et al., "Inflammation, Aspirin, and the Risk of Cardiovascular Disease in Apparently Healthy Men," NEJM 1997 Apr; 336:973-979.

Saito T, et al., "Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction," *Biochem Biophys Res Commun.* 2000 Jul 5;273(2):772-5.

Saito T, et al., "Cyclooxygenase-2 (COX-2) in Acute Myocardial Infarction: Cellular Expression and Use of Selective COX-2 Inhibitor," *Can. J. Physiol.* 2003; 81:14-119.

Saito T, et al., "Inhibition of COX Pathway in Experimental Myocardial Infarction," *J Mol Cell Cardiol* 2004; 37:71-77.

Edward M. Scolnick, "VIOXX: A Scientific Review" (Merck Internet posting).

Silverstein FE, et al., "Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study," *JAMA* 2000 Sep 13;284(10):1247-55.

Singh G, "Recent Considerations in Nonsteroidal Anti-Inflammatory Drug Gastrotherapy," *Am Journ of Med* 1998 Jul; 105(1B)31S-35S.

Smith EF, et al., "Stabilization of cardiac lysosomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion:efficacy of the nonsteroidal anti-inflammatory agent, naproxen," Am Heart J. 1981 Apr;101(4):394-402.

Solomon DH, et al., "Nonsteroidal Antiinflammatory Drug Use and Acute Myocardial Infarction," *Arch Intern Med.* 2002 May;162:1099-1104.

Solomon DH, et al., "Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis," *Circulation.* 2003 Mar 11;107(9):1303-7.

Solomon SD, et al., "Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention," *N Engl J Med.* 2005 Mar 17;352(11):1071-80.

Targum, S, FDA Review of cardiovascular safety database (dated February 1, 2001).

Taubes GM, et al., "Epidemiology Faces Its Limits," *Science* 1995 Jul; 269:164-169.

Tikiz, C, et al., "Selective Cox-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease," *Acta Medica Okayama* 2005 Feb; 59:11-17.

Title, L et al., "Effect of Cyclooxygenase-2 Inhibition With Rofecoxib on Endothelial Dysfunction and Inflammatory Markers in Patients with Coronary Artery Disease," *Journal of Am. College of Cardiology,* 2003 Nov 1747:53.

Vane J and Botting R M, "Mechanism of Action of Nonsteroidal Anti-Inflammatory Drugs," *Am J Med* 1998; 104(3A):2S-8S.

Verma S, et al., "Cyclooxygenase-2 Blockade Does Not Impair Endothelial Vasodilator Function in Healthy Volunteers," *Circulation.* 2001 Dec 11;104:2879-2882.

Walter MF, et al., "Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs," *Atherosclerosis.* 2004 Dec;177(2):235-43.

Watson DJ, et al., "Lower Risk of Thromboembolic Cardiovascular Events With Naproxen Among Patients With Rheumatoid Arthritis," *Arch Intern Med.* 2002 May;162:1105-1110.

Merck News Release, Merck announces voluntary worldwide withdrawal of VIOXX (September 30, 2004).

Wolfe MM, et al., "Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs," *N Engl J Med* 1999 Jun 17;340(24):1888-99.

Davies MJ, "Stability and instability:  Two faces of coronary artherosclerosis."  Circ 1996; 94:2013-2020.

Kolodgie FD,  Virmani R, et al, "Pathologic assessment of the vulnerable human coronary plaque."  BMJ 2004; 90:1385-1391.

Naghavi M, Libby P, et al, "From vulnerable plaque to vulnerable patient:  a call for new definitions and risk assessment strategies:  Part II," Circ 2003; 108:1772-1778.

Naghavi M, Libby P, et al, "From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies:  Part I."  Circ 2003; 108:1664-1672.

Ruberg, FL, Leopold JA and Loscalzo J, "Atherothrombosis:  Plaque instability and thrombogenesis."  Prog in Cardiovasc Dis 2002; 44:381-394.

Shah PK, "Plaque disruption and thrombosis – Potential role of inflammation and infection." Cardiol Clinics 1999; 17:271-281.

Memorandum from Shari L. Targum, M.D. to Sandra Cook dated February 1 2001 regarding Consultation NDA 21-042, S-007; Review of cardiovascular safety database.

Virmani R, Burke AP, et al, "Pathology of the unstable plaque." Prog in Cardiovasc Dis 2002; 44:349-356.

Zaman AG, Helft G, et al, "The role of plaque rupture and thrombosis in coronary artery disease." Atherosclerosis 2000; 149:251-266.

Peker Y et al., "An Independent Association Between Obstructive Sleep Apnoea and Coronary Artery Disease," Eur Respir J 1999:13:179-184.

Schäfer H et al., "Obstructive Sleep Apnea as a Risk Marker in Coronary Artery Disease," Cardiology 1999;92:79-84.

Peker Y et al., "Increased Incidence of Cardiovascular Disease in Middle-Aged Men with Obstructive Sleep Apnea," Am J Respir Crit Care Med 2002;166:159-165.

Hayashi M et al., "Nocturnal Oxygen Desaturation Correlates with the Severity of Coronary Atherosclerosis in Coronary Artery Disease," Chest 2003;124:936-941.

Ford D et al., "Depression is a Risk Factor for Coronary Artery Disease in Men," Arch Intern Med 1998;158:1422-1426.

Rozanski A et al., "Impact of Psychological Factors on the Pathogenesis of Cardiovascular Disease and Implications for Therapy," Circulation 1999;99:2192-2217.

Rugulies R, "Depression as a Predictor for Coronary Heart Disease," *Am J Prev Med* 2002;23(1):51-61.

Wulsin L and Singal B, "Do Depressive Symptoms Increase the Risk for the Onset of Coronary Disease? A Systematic Quantitative Review," Psychosom Med 2003;65:201-210.

Öhlin B et al., "Chronic Psychosocial Stress Predicts Long-Term Cardiovascular Morbidity and Mortality in Middle-Aged Men," Eur Heart J 2004;25:867-873.

Rosengren A et al., "Association of Psychosocial Risk Factors with Risk of Acute Myocardial Infarction in 11 119 Cases and 13 648 Controls From 52 Countries (The INTERHEART Study): Case-Control Study," Lancet 2004;364:953-962.

M ̄ller J et al., "Work Related Stressful Life Events and the Risk of Myocardial Infarction. Case-Control and Case-Crossover Analyses within the Stockholm Heart Epidemiology Programme (SHEEP)," J Epidemiol Community Health 2005;59:23-30.

Rafanelli R et al., "Stressful Life Events, Depression and Demoralization as Risk Factors for Acute Coronary Heart Disease," Psychotherapy and Pyschosom 2005;74:179-184.

Rowan P et al., "Depressive Symptoms Have an Independent, Gradient Risk for Coronary Heart Disease Incidence in a Random, Population-based Sample," Ann Epidemiol 2005;15:316-320.

Montorsi P et al., "Association Between Erectile Dysfunction and Coronary Artery Disease. Role of Coronary Clinical Presentation and Extent of Coronary Vessels Involvement: the COBRA Trial," *Eur Heart J* July 19, 2006.

Thompson IM et al., "Erectile Dysfunction and Subsequent Cardiovascular Disease," *JAMA* 2005;294:2996-3002.

Tofler GH et al., "Analysis of Possible Triggers of Acute Myocardial Infarction (the MILIS Study)," *Am J Cardiol* 1990;66:22-27.

APPROVe Trial Cardiovascular Safety Report, March 15, 2005.

Clinical Study Report, Protocol 078.

Memorandum from Maria Villalba, Medical Officer (FDA) regarding cardiovascular data in Alzheimer's studies, March 12, 2002.

Villalba L, Interim Review of NDA 21042/s030 (Update of Cardiovascular thrombotic evens in Alzheimer's studies 078 and 091, December 18, 2004.

Merck & Co., Inc., "Updated Cardiovascular Pooled Analysis," dated March 22, 2004.

Daniels B et al., "Cardiovascular Safety Profile of Rofecoxib in Controlled Clinical Trials," Arthritis & Rheum 1999;42(9 Supp):S143.

Hanley SP and Bevan J, "Inhibition by Aspirin of Human Arterial and Venous Prostacyclin Synthesis," Prostaglandins Leukotrienes and Medicine 1985;20:141-149.

Jacob RG et al., "Ambulatory Blood Pressure Responses and the Circumplex Model of Mood: A 4 Day Study," *Psychosomatic Medicine* 1999;61:319-333.

James MJ et al., "Inhibition of Human Endothelial Prostacyclin Synthesis by Different Aspirin Formulations," Aust N J Z Surg 1991;61:849-852.

Kamark TW et al., "Psychosocial Demands and Ambulatory Blood Pressure: A Field Assessment Approach," *Physiology and Behavior* 2002;77:699-704.

Kearney PM et al., "Do Selective Cyclo-oxygenase-2 Inhibitors and Traditional Non-Steroidal Anti-inflammatory Drugs Increase the Risk of Atherothrombosis? Meta-analysis of Randomised Trials," BMJ 2006;332:1302-1308.

Lanas A et al., "Risk of upper gastrointestinal ulcer bleeding associated with select cox-2 inhibitors, traditional non-aspirin NSAIDS, aspirin and combinations," gut.bmfjournals.com; 2006.

Olesen M et al., "No Effect of Cyclooxygenase Inhibition on Plaque Size in Atherosclerosis-Prone Mice," Scand Cardiovasc J 2002;36:362-367.

Preston FE et al., "Inhibition of Prostacyclin and Platelet Thromboxane A2 After Low-Dose Aspirin," N Engl J Med 1981;304:76-79.

Preston FE et al., "Low-Dose Aspirin Inhibits Platelet and Venous Cyclo-Oxygenase in Man," Thrombosis Research 1982;27:477-484.

Rott D et al., "Effects of MF-Tricyclic, a Selective Cyclooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apolipoprotein-E Knockout Mice," J Am Coll Cardiol 2003;41:1812-1819.

U.S. Department of Health and Human Services, *The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General - Executive Summary,"* U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, Coordinating Center for Health Promotion, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health, 2006.

Tsang V et al., "Release of Prostacyclin from the Human Aorta," Cardiovascular Research 1988;22:489-493.

Weksler BB et al., "Cumulative Inhibitory Effect of Low-Dose Aspirin on Vascular Prostacyclin and Platelet Thromboxane Production in Patients with Atherosclerosis," Circulation 1985; 71:332-340.

Esch, Tobias, and George B. Stefano, Gregory L. Fricchione, Herbert Benson. "Stress in cardiovascular diseases." Med Sci Monit, 2002; 8(5): RA93-101.

Jiang, W., et al., "Depression and Heart Disease Evidence of a Link, and its Therapeutic Implications", CNS Drugs 2002: 16 (2): 111-127.

Zellweger, M.J., et al. "Coronary Artery Disease and Depression," European Heart Journal (2004) 25, 3-9.

Thomas, A.J., et al. "Depression and Vascular Disease: what is the relationship?", Journal of Affective Disorders 79 (2004) 81-95.

Shimbo, D., et al., "Negative Impact of Depression on Outcomes in Patients with Coronary Artery Disease: Mechanisms, Treatment, Considerations and Future Directions," Journal of Thrombosis and Haemostasis, 3: 897-908.

Papademetriou, V., MD., et al., "Transient Coronary Occlusion with Mental Stress", AM Heart J 1996;132:1299-1301.

Januzzi, J., MD; et al, "The Influence of Anxiety and Depression on Outcomes of Patients with Coronary Artery Disease," Arch Intern Med/Vol. 160, July 10, 2000.

Strike, P, MRCP and Steptoe, A., DPhh, "Behavioral and Emotional Triggers of Acute Coronary Syndromes: A Systematic Review and Critique," Psychosomatic Medicine 67:179-186 (2005).

Tofler, G., MB, et al., "Analysis of Possible Triggers of Acute Myocardial Infarction (The MILIS Study), The American Journal of Cardiology, Volume 66.

Vitaliano, P., Ph.D., et al., "A Path Model of Chronic Stress, the Metabolic Syndrome, and Coronary Heart Disease," Pscyhosomatic Medicine 64:418-435 (2002).

**Craig M. Pratt, M.D.**

<u>**Trial Testimony and Depositions**</u>
**October, 2000 – August 2006**

*Kathy Sturgill v. Johnson & Johnson*, (Deposition: July 24, 2002 and August 2, 2002) on behalf of Defendant

*Linda Smart v. American Home Products, et al.*, (Deposition: December 9, 2002) on behalf of Defendant

*Judy Bauman v. American Home Products, et al.*, (Deposition: January 3, 2003) on behalf of Defendant

*Hollis W. Haltom v. Bayer Corp., et al.*, (Deposition: February 6, 2003) on behalf of Defendant

*Ella L. Harleaux v. Wyeth, et al.*, (Deposition: January 14, 2004) on behalf of Defendant

*Pete Chumley v. Sreeman Jampana*, (Trial Testimony: September 21, 2004) on behalf of Plaintiff

*Felicia Garza v. Heart Clinic PA, et al. and Merck & Company, Inc.*, (Deposition: January 12, 2005) on behalf of Defendant

*Carol Ernst v. Merck & Company, Inc.*, (Deposition: June 24, 2005) on behalf of Defendant

*Carol Ernst v. Merck & Company, Inc.*, (Trial Testimony: August 12, 2005) on behalf of Defendant

*Evelyn Irvin Plunkett v. Merck & Company, Inc.* (Deposition: October 14, 2005 and November 2, 2005) on behalf of Defendant

*Evelyn Irvin Plunkett v. Merck & Company, Inc.* (Deposition: January 31, 2006) on behalf of Defendant

*Felicia Garza v. Heart Clinic PA, et al. and Merck & Company, Inc.*, (Trial Testimony: April 12, 2006) on behalf of Defendant

*In Re California Coordinated Vioxx Proceedings*, (Deposition: June 9, 2006) on behalf of Defendant

*In Re California Coordinated Vioxx Proceedings*, (Trial Testimony: July 25, 2006) on behalf of Defendant

*Robert G. Smith v. Merck & Company, Inc.* (Deposition Testimony: August 18, 2006) on behalf of Defendant

My hourly rate for literature review, record review and preparation of my expert report is $400.00. My hourly rate for deposition and trial testimony is $600.00