IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810<br><br>CHARLES LARON MASON v.<br>MERCK & CO., INC. | MDL DOCKET NO. 1657<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |

## ORDER GRANTING PLAINTIFF CHARLES LARON MASON'S MOTION TO EXCLUDE OPINION TESTIMONY THAT VIOXX® IS THE SAME AS ALL NSAIDS REGARDING CARDIOTOXIC EFFECTS

On this day, the Court considered Plaintiff Charles Laron Mason's Motion to Exclude Opinion Testimony that Vioxx® Is the Same as All NSAIDS Regarding Cardiotoxic Effects, and after reviewing the pleadings and evidence and hearing arguments of counsel, is of the opinion that said Motion should be GRANTED.

_____
Judge Eldon E. Fallon