Special Communication

# Analysis and Interpretation of Treatment Effects in Subgroups of Patients in Randomized Clinical Trials

Salim Yusuf, DPhil, MRCP; Janet Wittes, PhD; Jeffrey Probstfield, MD; Herman A. Tyroler, MD

A key principle for interpretation of subgroup results is that quantitative interactions (differences in degree) are much more likely than qualitative interactions (differences in kind). Quantitative interactions are likely to be truly present whether or not they are apparent, whereas apparent qualitative interactions should generally be disbelieved as they have usually not been replicated consistently. Therefore, the overall trial result is usually a better guide to the direction of effect in subgroups than the apparent effect observed within a subgroup. Failure to specify prior hypotheses, to account for multiple comparisons, or to correct P values increases the chance of finding spurious subgroup effects. Conversely, inadequate sample size, classification of patients into the wrong subgroup, and low power of tests of interaction make finding true subgroup effects difficult. We recommend examining the architecture of the entire set of subgroups within a trial, analyzing similar subgroups across independent trials, and interpreting the evidence in the context of known biologic mechanisms and patient prognosis.

(JAMA. 1991;266:93-98)

THE DILEMMA articulated by Bernard[1] in 1865 still haunts the clinician: the response of the "average" patient to therapy is not necessarily the response of the patient being treated. If all patients shared identical characteristics and equivalent risks, the overall analysis of a clinical trial would be sufficient to provide medical practitioners with an unambiguous guide to treatment. In practice, however, patients with a specific disease may differ greatly one from another. No analysis of data can predict with certainty the response of a newly presenting patient to therapy; therefore, investigators often analyze data from clinical trials by subgroups within which the responses to treatment are expected to be fairly similar, but between which the responses are suspected to differ. Unfortunately, interpreting the effects of treatment in subgroups of patients in clinical trials is fraught with inferential problems.[2,3] Anticipated differential effects of therapy in different subgroups are often absent or hard to establish. Conversely, unanticipated differences, when found, are difficult to interpret. We argue herein that the chief aim of subgroup analysis should be to identify either consistency of, or large differences in, the magnitude of treatment effects among different categories of patients. Properly performed, analysis of subgroups can yield useful insights into therapy; unfortunately, many commonly used approaches are often uninformative or misleading. We discuss several common pitfalls associated with analysis and interpretation of subgroups. We contrast *proper* with *improper* subgroups and distinguish conclusions concerning subgroups defined a priori to confirm a hypothesized effect from conclusions concerning subgroups defined a posteriori to generate new hypotheses. Most of our examples pertain to cardiovascular disease, but the considerations are applicable to clinical trials in general.

## DEFINITIONS

Randomized clinical trials measure the efficacy of a treatment by comparing outcomes after therapy of patients randomized to one of at least two treatments. One therapy is declared better than another if the overall results of the trial show a statistically significant difference between treatment on an outcome variable. The effect of treatment is then often compared within subgroups.

We define a *proper subgroup* as a group of patients characterized by a common set of "baseline" parameters. These parameters may include inherent patient characteristics that cannot be affected by treatment (eg, age, sex) or disease characteristics defined before randomization (eg, anterior or inferior myocardial infarction when the determination is made before randomization). In randomized clinical trials, each proper subgroup constitutes a smaller randomized, controlled trial. Sometimes the term *subgroup* refers to a set of outcomes, for example, cause-specific deaths or the number of events within a specific period of time. This article deals only with subgroups defined at baseline. Hereafter, when the context is clear, the term *subgroup* shall refer to a proper subgroup.

An *improper subgroup* is defined herein as a group of patients characterized by a variable measured after randomization *and* potentially affected by treatment, eg, separate examination of the prognosis of patients with a patent coronary artery in a trial of a thrombolytic agent when patency is determined after initiating the randomized treatment. (In such a case, a low mortality rate may reflect not only the effects of therapy, but also inherent favorable prognostic characteristics of the patients themselves, such as spontaneous recanalization, the presence of a nonocclusive thrombus, or the fact that the infarct was small.) Analysis of improper subgroups, though seductive, can be extremely misleading, because a particular treatment effect may influence classification to the subgroup. Thus, an apparent subgroup effect may not be a true effect of treatment but rather the result of inherent characteristics of patients that led to a particular response or to the development of side effects. Comparisons of responders to nonre-

From the Clinical Trials Branch, Division of Epidemiology and Clinical Applications, National Heart, Lung, and Blood Institute, Bethesda, Md (Drs Yusuf and Probstfield); New England Research Institute, Inc, Washington, DC (Dr Wittes); and Department of Epidemiology, School of Public Health, University of North Carolina, Chapel Hill (Dr Tyroler).
Reprint requests to Clinical Trials Branch, Division of Epidemiology and Clinical Applications, National Heart, Lung, and Blood Institute, Bethesda, MD 20892 (Dr Yusuf).

sponders or compliers to noncompliers based on information collected after randomization are particularly egregious forms of improper subgroup analysis[4] because response and adherence may be markers of good prognosis, not necessarily measures of therapeutic efficacy.[5]

*Magnitude of effect* shall refer to relative risk, relative odds, or change in absolute risk. A *subgroup effect* refers to a treatment effect in a specific proper subgroup. An *interaction*, or a differential subgroup effect, refers to treatment effects that differ by subgroup. When a treatment is beneficial or harmful in all subgroups but the magnitude of effect varies among subgroups, the interaction is termed a *quantitative interaction*.[6] (For example, "Although the new treatment is beneficial in both men and women, the benefit is greater in women.") Because differences inherent among patients may influence the degree of response to treatments, expected and unexpected quantitative interactions are quite likely to be present among different subgroups.

A *qualitative interaction*[4] is one in which treatment is truly beneficial in some subgroups but truly harmful in others. (For example, "A new treatment confers a 2-year increase in median survival time in men, but a 1-year decrease in women.") Although true qualitative subgroup interactions may be present in an *unselected* group of individuals with a specific disease, they are uncommon in clinical trials, especially when analysis is confined to specific end points, partly because patients within a trial share certain important characteristics. Moreover, patients susceptible to adverse effects, for example, patients with contraindications, are excluded from most clinical trials. We regard observed qualitative interactions with considerable skepticism, for they are often shown to be spurious when the same comparison is made in similar trials. We base this judgment on our observations from a large number of randomized trials in heart disease.[7,8] As an example, the section "An Example of Subgroup Analysis in Cardiovascular Trials" presents a discussion of apparent subgroup effects in the many trials of β-blockade after myocardial infarction (MI).

## SAMPLE SIZE FOR DETECTING EFFECTS IN PROPER SUBGROUPS

The sample size of a well-designed randomized clinical trial is large enough to ensure a high probability, or *power*, of detecting a clinically important *overall* difference between two treatment groups. A large sample size gives assurance that if no effect in treatment is truly present, the probability (ie, the significance level, or the "*P* value") of spuriously finding an effect is small. For example, suppose one wants to evaluate the effect on mortality of long-term use of β-blockers given after MI in a trial with significance level of 0.01 and power of 90%. Four thousand patients, divided equally between treatment and control groups, are needed to detect a 25% reduction in mortality from 10% to 7.5%. If the locations of the MIs are determined before randomization to have been half anterior and half inferior, the probability of detecting a 25% decrease in mortality for each location would be only about 50%. If treatment had a similar effect in both subgroups, and the control mortality rates were similar, demonstrating separate subgroup effects would require 4000 patients per subgroup (or 8000 patients in all). Suppose that among patients with prior anterior and inferior MI, β-blockade reduced mortality by 35% and 15%, respectively. A sample of 4000 patients would give a roughly 30% chance of detecting this differential reduction in mortality between the two subgroups. Generally, trials adequate for detecting an overall treatment effect cannot be expected to detect effects within even relatively large subgroups and are very unlikely to detect interactions. Since most currently performed clinical trials are barely large enough to detect overall effects, the numbers of patients in even the larger subgroups examined within these same trials would hardly be expected to provide reliable estimates of treatment effect. We believe the prudent stance is to rely more on the overall results to indicate the likely "true" effect in a particular subgroup, rather than on the actual observations, unless the trial was specifically designed to have sufficient power within subgroups of interest.

The following examples illustrate the importance of relying more on the overall results of a study in assessing the effect within a subgroup than on the apparent effect observed within that subgroup. The GISSI (Gruppo Italiano per lo Studio della Streptochinasi nell'Infarcto Miocardico) study[9] showed that streptokinase reduced overall mortality roughly 20%. Subgroup analyses suggested that benefit was confined to patients with anterior myocardial infarction, to those under the age of 65 years, and to those treated within 6 hours of the onset of symptoms. Although the overall results were highly significant, the power to detect benefit within each subgroup was low. Subsequent trials[10-12] and a review of subgroup effects from several trials[13] demonstrated benefit irrespective of site of infarction, age of patient, and time from onset of symptoms to treatment. Moreover, the size of effect within each subgroup was closer to the size of overall results than to the apparent effect seen in the analogous subgroup of GISSI. The Second International Study of Infarct Survival (ISIS-2)[10] presented results by the astrological sign under which patients were born. Aspirin was clearly beneficial overall and for persons born under all signs except Libra and Gemini, for which apparent harmful effects were observed.

## MULTIPLE COMPARISONS, ORDERED SUBGROUPS, AND STRUCTURED HYPOTHESES

The more questions asked of a set of data, the more likely it will yield some statistically significant difference even if the treatments are in fact equivalent. In such situations, the significance levels usually reported bear little relationship to the true probability of finding an effect of chance alone. Consider a trial comparing a worthless treatment with a control. Dividing the subjects into 10 mutually exclusive subgroups produces a 20% chance that treatment will appear significantly ($P<.05$) better than control in at least one subgroup, as well as a 20% chance that control will appear significantly better than treatment in at least one subgroup. Partitioning the data into many small subsets will almost ensure the discovery of a suggestive, though not necessarily statistically significant, treatment effect. The following numerical example provides some flavor of the magnitude of the distortion arising from incautious analysis of subgroups. Suppose 1000 patients with a mortality rate of 10% are allocated at random to two equally efficacious treatments. If the data are then divided at random into 10 equally sized subgroups and the relative risk calculated for each, the chance is roughly 99% that, in at least one subgroup, the relative risk will be at least 2; the chance is over 80% of observing a relative risk of at least 3; the chance is 5% of observing a relative risk of at least 10. Sometimes investigators seek to demonstrate that a treatment has a uniform effect across all the subgroups. Proving uniformity is extremely difficult. Even when treatments truly have similar effects in different subgroups, the play of chance may well exaggerate, dilute, or occasionally reverse the results in a particular subgroup. Curiously, even when no large difference truly exists, the observed difference sometimes appears to be concentrated in a few subgroups.[8] Several methods are available to adjust $P$ values to account for multiple compar-

isons[14] or to provide subgroup estimates that relate explicitly to the overall estimated treatment effect.[15] A simple convative approach divides the overall _nificance level by the number of comparisons actually made. Thus, in a study with significance level of .05 and 20 statistical tests, a P value of .0025 is needed to declare significance. Correcting the P value for multiple comparisons is, we believe, especially useful in a trial that has shown little overall benefit. Examination of multiple subgroups is likely to unearth one or more with apparent interesting, statistically significant results. Adjusting for multiple comparisons can help clarify whether the results are credible enough to deserve further exploration.

Simply correcting for multiplicity in a trial that shows an overall treatment effect leads to comparisons concerning individual subgroups that are often woefully lacking in power. Moreover, the conclusions may suffer from logical inconsistencies.[16] For coherent inference about treatment effects, we believe that hypotheses concerning subgroup effects should have strong biological rationale. Hypotheses in ordered subgroups should generally reflect the natural ordering. Consider, for example, the hypothesis that thrombolytic therapy reduces mortality in pants with acute MI. Pathophysiologi_.t arguments and data from experiments in animals lead to the reasonable hypothesis that thrombolytic therapy is generally effective and that its benefit is likely to increase with earlier administration. Suppose a clinical trial with equal-size subgroups yielded the hypothetical data in Table 1. How should the observed differential subgroup effects be interpreted if one is operating at a significance level of .01? Correcting for multiplicity would denote as significant only those comparisons with P values less than .01/6. A naive reading is, "Thrombolytic therapy is effective in the treatment of acute MI, but its efficacy is confined to cases treated within 2 hours of the event; if the time of administration is over 2 hours after onset of pain, the therapy is no more effective than control." Therefore, the conclusion would be that therapy, though effective overall, is not effective in any subgroup. A more coherent interpretation would be, "Thrombolytic therapy is effective in the treatment of acute MI; on average, it reduces the risk of 14-day mortality by about 33%. Its relative efficacy is directly related to the time of administration; the earlier it is administered, .e more benefit is achieved." Appropriate statistical analysis would capture this graded effect.

Table 1.—Hypothetical Example of Ordered Subgroups: Relative Risk as a Function of Time of Administration of Thrombolytic Therapy

| Hours After Pain | 14-d Mortality (%) | | Relative Risk | P |
| --- | --- | --- | --- | --- |
| | Treated | Control | | |
| ≤2 | 10 | 20 | .50 | .01 |
| >2-4 | 11 | 16 | .70 | Not significant |
| >4-8 | 17 | 22 | .77 | NS |
| >8-12 | 20 | 25 | .80 | NS |
| >12 | 23 | 24 | .95 | NS |
| Overall | 14 | 21 | .67 | .001 |

## SUBGROUP EFFECTS DEFINED A PRIORI AND A POSTERIORI

Investigators initiating a trial often use physiological arguments to predict in which categories of patients the treatment is likely to be most effective. For example, interventions designed primarily to limit infarct size, such as thrombolytic therapy, may be expected to be most effective if administered in the critical early hours of infarction when ischemic myocardium progresses to necrosis.[10] Suggestive differential subgroup effects that have emerged in previous trials may be incorporated as a priori subgroup hypotheses in the design of a new trial or be tested in other already completed studies. Strong medical reasons supporting a hypothesis that appears plausible should be explicitly stated in the protocol as well as in formal publications concerning the respective trials.[17] Such an approach usually limits the number of subgroups, which, in turn, decreases problems arising from multiplicity and helps design valid statistical tests. Further, a possible subgroup effect can be tested by selective oversampling of certain types of patients to increase statistical power.[18] While postulating subgroup effects a priori allows formal statistical hypothesis testing, much less credence is due to formulating hypotheses after examining the data. Such analysis smacks of betting on a horse after the race is over. Subgroups defined a posteriori are grist for formulating hypotheses, not for testing them. At the end of the trial, some subgroup may show apparent benefit and a medical "explanation" can be tailored to the observation. Most protocols omit explicit statements of subgroup hypotheses so that when a long trial ends, the investigators often cannot recall precisely which hypotheses were truly postulated in advance and which were data derived, which were considered plausible and which unlikely. Readers of completed study reports are even more in the dark, for they cannot discern whether all subgroup analyses performed or explored were reported, or even whether the same analyses were performed repeatedly during the follow-up (eg, at 5, 7, and 10 years) but reported only when a subgroup at a particular time achieved "statistical significance."

Some subgroup hypotheses examined at the end of a trial are clearly stated to be data derived, while others may be modifications of prior hypotheses. For example, the protocol may state a particular definition of a subgroup but the results only become statistically significant when an alternative definition of the subgroup is used. Such analyses should be considered to test data-derived hypotheses rather than hypotheses stated a priori. Corrections for such complex multiplicity are only possible if a scrupulous and detailed record of all such analyses is maintained by the investigators and such information is fully divulged to the reader. Moreover, mechanical corrections for multiplicity may not be intellectually satisfying if this type of analysis simply yields a list of subgroup results lacking biological coherence. Further, analysis of individual subgroups does not test whether the effect observed in a particular subgroup is significantly different either from the average results or from the result of another specific subgroup.

One might test for statistical interaction by formally comparing the treatment effect in a subgroup of interest with the overall treatment effect.[19] A differential subgroup effect is declared only if a subgroup effect is shown to differ significantly from the overall treatment effect. Correction for multiplicity and tests of interactions lead to stringent statistical procedures. If applied to results already published, these methods would render many reported subgroup effects in clinical trials statistically nonsignificant (Table 2[20-30]).

We recommend that medically interesting data-derived subgroup effects be reported clearly as post hoc analyses so that the resulting hypotheses can be tested in other studies. Estimates of effects and associated confidence limits should also be presented. A strategy sometimes used is to refrain from quoting significance levels for post hoc analyses.

Table 2.—Claims of Subgroup Effects on Mortality in the 65 Randomized Trials of β-Blockers in Acute Myocardial Infarction*

| Study | Subgroup Benefit Claimed | Prior Hypothesis | Confirmed in Other Trials | Overall P Value | Test for Heterogeneity | Correction for Multiplicity | P |
|---|---|---|---|---|---|---|---|
| | | | Early Initiation of Treatment | | | | |
| 1. Barber et al[20] | Tachycardia at entry >100 beats per min | No | No | Not significant | — | — | — |
| 2. MIAMI[21] | "High-risk" patients | No | No | NS | — | — | — |
| | | | Late Initiation of Treatment | | | | |
| 3. Anderson et al[22] | Treatment beneficial in patients <65 y and harmful in those >65 y | Unclear | No, most trials show similar reductions in relative risk among younger and older patients.[23] | NS | — | — | — |
| 4. Hjalmarson et al[24] | Benefit observed only in patients with HR >65 beats per min (never formally published) | No | No, the MIAMI trial included only this group. Overall results were not significant. The impact of HR on effect of treatment was tested in ISIS-1.[25] No differential was found. | <.03 | — | — | — |
| 5. Wilhelmsson et al[26] | Benefit only in patients with "electrical" or "mechanical" complications | No | No, although one other study[27] observed a similar result. Many other studies and the Beta-Blocker Pooling Project[28] failed to identify this subgroup as benefiting preferentially. | NS | — | — | — |
| 6. Multicenter International[29] | Benefit only in patients with anterior MI before entry | No | No | <.08 | — | — | — |
| 7. Taylor et al[30] | Benefit only among those with treatment initiated within 6 mo of MI, while those treated later appeared harmed | No | No | NS | — | — | — |
| 8. Beta-blocker Heart Attack Trial[27] | Benefit only in patients with "electrical" or "mechanical" complications prior to randomization | No | Not consistently | <.003 | — | — | + |
| 9. Yusuf et al[28] (pooled data) | β-blockers without ISA more effective than those with ISA | No | Uncertain. Three new trials appear to contradict this conclusion. A trial of metoprolol was unpromising. Two studies, one of acebutolol and one of oxprenolol, both with ISA, were favorable. | <.0001 | +(P<.02) | — | — |

*Only subgroups that are "proper" are included. HR indicates, heart rate; MI, myocardial infarction; and ISA, intrinsic sympathomimetic activity.

To minimize the number of spuriously significant subgroup results generated by examination of the data, we recommend stringent statistical procedures (eg, tests for interaction and adjustments for multiplicity) for data-derived hypotheses. Because correcting for multiplicity "protects" the significance level of statistical tests, differential effects detected by statistical methods that correct for multiplicity or that test for interactions are much more likely to be true than those suggested by a naive approach but not confirmed by more careful and sophisticated analyses. Unfortunately, because most current clinical trials are small, the very stringency of the methods implies that true differential effects are unlikely to be detected. The real lesson is that if we are seriously interested in detecting subgroup effects reliably, very large trials with high power to provide answers for the most important subgroups are required.

## SUBGROUPS AND THEIR RELATIONSHIP TO THE MONITORING OF TRIALS

At some time during the course of a trial, an apparent extreme treatment effect, favorable or unfavorable, often arises in one or more subgroups. If the effect within a subgroup is consistent with a prior hypothesis, one should use a statistically sound monitoring method[31,32] to assess how extreme the results are. In practice, the chance is very small that a valid statistical approach that accounts for multiplicity, interactions, and the interim nature of the analysis will identify a subgroup effect strong enough to lead to early termination. The investigator should weigh any additional extraneous evidence, the plausibility of the result, and the impact that early termination of a subgroup would have on the remaining subjects in a trial. Unexpected subgroup trends arising during the course of a study, even if fairly extreme, should be dealt with more cautiously. One prudent course of action is to use the available data to formulate a hypothesis and test it formally during the remaining part of the trial.[33]

A different kind of problem may arise during the monitoring of a "mega-trial" in which a large number of end points is expected. Sometimes measuring the effect of treatment separately within a specific subgroup is of particular interest because there may be important differences in pathophysiology. Consequently, marked differences in treatment effects are considered likely. For example, ISIS-2[10] aimed to detect an effect of treatment separately among subgroups of patients with acute MI treated with a thrombolytic agent early and late after onset of symptoms. Similarly, among patients with low ejection fraction, one might want to detect separately an effect of an angiotensin converting enzyme inhibitor in patients with and without heart failure. In very large trials designed to provide separate answers within specific subgroups, each subgroup may be monitored as a separate trial. Although an appropriate analysis at the end of the trial would report the overall results, viewing the subgroups separately during the course of the trial prevents termination of the trial if the overall trial shows clear results but no component is persuasive by itself. Such an approach is clinically sensible. It is ethically justified when practicing physicians are reluctant to extrapolate the results observed in one subgroup of patients to another. Another advantage of very large trials is that they increase the power to examine other subgroups. The large sample size of ISIS-2[10] permitted examination of the effects of thrombolytic therapy by age, site of MI, and electrocardiographic presentation.

## MISCLASSIFICATION AND MISSING DATA

Thus far, we have tacitly implied that all patients are categorized into the cor-

rect subgroup. Usually, however, many baseline data are measured with error so that the observed subgroups include misclassified persons. When the entry criteria are related to the measurements, regression toward the mean[34] will cloud classification. Even when baseline data are measured precisely, other factors may blur distinctions among subgroups. For example, changes in characteristics of patients during the course of a long-term study may render the interpretation of subgroup effects problematic. If measurement error and misclassification are independent of prognosis, the estimated subgroup effects remain unbiased, but their precision is compromised. Far more serious to valid inference is the common situation in which measurement error or missingness is in fact related to prognosis. For example, in a trial of coronary artery bypass graft surgery, patients might be classified as having normal or abnormal exercise test results to assess differential effects of an intervention on the two subgroups. Patients with severe heart failure, claudication, or severe angina, however, may be unable to perform a satisfactory exercise test. Excluding such patients from analyses because their baseline data are missing could bias the resulting estimated subgroup effects. In trials using surrogate end points, the sickest patients are often those with missing baseline and endpoint data.[15]

Sensitivity analysis provides one simple approach to missing data. Suppose a subgroup analysis shows a treatment effect among patients with an ejection fraction of less than 50% that is different from the effect in patients with an ejection fraction of greater than 50%, but 5% of the baseline ejection fractions are missing. A sensitivity analysis might assign all unknown patients to each subgroup in turn and estimate effects under each assignment. If the inference concerning the differential subgroup effect remains essentially unchanged no matter to which subgroup the unknowns are assigned, the subgroup effect is likely to be real. If, however, recategorizing the unknowns erases the subgroup effect or renders it nonsignificant, the observed effect is then in doubt.

Some trials report the efficacy of treatment only among those who complete the study. Bias arises in this type of analysis because the reasons for withdrawal of treated and control patients may differ substantially from each other. Consequently, the remaining groups of patients are no longer directly comparable either to each other or to those withdrawn. For example, in a trial comparing β-blockers, patients with severe ventricular dysfunction may be more likely to develop such side effects as fatigue and heart failure, which cause intolerance to β-blockers. These very sick patients are likely to withdraw from the treatment arm. On the other hand, patients in the control group who develop angina or hypertension may be withdrawn from placebo and given β-blockers. Since different types of patients are withdrawn from the two groups, the patients remaining are clearly not comparable to each other.

## SUBGROUP EFFECTS OBTAINED FROM SEVERAL DIFFERENT TRIALS

Suppose a study reports an effect for a particular subgroup. One approach to determining if this observation represents a true subgroup effect is to obtain data about similarly constituted subgroups from other completed trials. The statistical significance of a real subgroup effect should be enhanced by pooling data; on the other hand, a spurious result is unlikely to be replicated. Sometimes one can use published data to assess informally if the "trend" of the data is similar in all the relevant subgroups from the different trials. Alternatively, one may often pool the relevant information in a formal overview, or "meta-analysis."[36] In that case, clear definitions of the subgroups are essential. For example, subgroups defined by a specific ejection fraction for all trials, say 35%, are preferable to vague categorizations of patients, say "high risk," the definition of which may vary greatly between trials. (Indeed, at times the definitions might be influenced by which classification provides the most interesting answer.) When reasonably uniform data are pooled from many studies, the statistical power to detect a subgroup effect may be high enough to establish the likely existence of differential subgroup effects when the individual trials did not. (For example, the pooled data imply that the beneficial effect of tamoxifen citrate in women over 50 years with breast cancer is greater than in younger women; $P<.0001$.[37]) Conversely, the pooled data from many trials may refute the claim of a subgroup effect from a single trial (see the following section).

## AN EXAMPLE OF SUBGROUP ANALYSIS IN CARDIOVASCULAR TRIALS: β-BLOCKERS IN PATIENTS WITH SUSPECTED OR ESTABLISHED ACUTE MI

About 65 randomized trials have compared β-blockers with control following an acute MI. Some trials instituted treatment in the early hours of an MI; others started treatment some weeks after the infarct. Several trials stated specific prior subgroup hypotheses, but in no instance did the results of the trial support the hypothesis. At least nine different proper subgroup effects were claimed or reported, including several "qualitative interactions" (Table 2). None of these hypotheses had been clearly stated a priori in its respective trial; none of the reported subgroup hypotheses has been consistently supported by other trials. Only one analysis used tests for interactions; most of the others used uncorrected P values. Only in the subgroup analyses reported from the Beta-blocker Heart Attack Trial[27] was a P value not assigned to the data-derived analyses. The Table notes the method used to relate the quoted P value to the true probability of finding the result. A careful analysis should, we believe, have at least one "+" in the Table.

Even a very conservative analysis may yield subgroup effects that cannot be replicated. Example 9 in Table 2, which deals with β-blockers with and without intrinsic sympathomimetic activity (ISA),[23] represents a situation analogous to subgroups. Relevant data from all trials were used and a statistical test of interaction applied. Despite the significant P value ($P<.02$) indicative of a quantitative interaction (β-blockers without ISA apparently being more effective than those with ISA), the results were not replicated in three more recent trials.

The Beta-Blocker Pooling Project,[28] which used uniform definitions to examine subgroups from several trials, showed some quantitative interactions, but none that were statistically significant. None of the subgroups showed qualitative interactions.

All these results support the general observation, stated in the "Definitions" section, that qualitative interactions are improbable in randomized clinical trials. Overviews of the trials of thrombolytic agents in acute MI[11] and antiplatelet agents in vascular disease (R. Peto, FRS, written communication, February 1990) have reported similar findings.

## RECOMMENDATIONS

This article recommends a stance regarding analysis and interpretation of data from clinical trials that encourages skepticism toward most reported subgroup effects. We believe that the overall "average" result of a randomized clinical trial is usually a more reliable estimate of treatment effect in the various subgroups examined than are the observed effects in individual subgroups. Interesting and compelling subgroup effects should be regarded seriously if they arise from appropriate

Table 3.—Key Points in Subgroup Analyses and Interpretation

**Design**
1. State clearly a few important and plausible subgroup hypotheses in advance. Include the direction of the expected effect.
2. Rank the subgroup hypotheses in order of plausibility.
3. Calculate power to detect key subgroup effects. If it is inadequate, consider building adequate power to detect key subgroup effects.
4. State whether the trial will be continued even after the overall results are convincing but the subgroup effects are not significant. Decide whether the primary method of monitoring will focus on the subgroups or on the overall trial.
5. State primary analytical methods in advance.

**Monitoring a trial**
1. Rigorous evidence of benefit or harm in subgroups postulated a priori: consider selective discontinuation of that subgroup.
2. Evidence of benefit or harm in unexpected subgroups: postulate a hypothesis to be tested in the remaining part of the study.

**Analyses and Interpretation**
1. Use statistical methods that capture the framework of the prior hypotheses.
2. Place greater emphasis on the overall result than on what may be apparent within a particular subgroup.
3. Distinguish between prior and data-derived hypotheses. Do not calculate P values for data-derived hypotheses because such P values usually bear little resemblance to what could occur if the hypothesis were tested independently in another study.
4. Use tests of "interactions" and/or correct for multiplicity of statistical comparisons. ("Nominal" P values are usually misleading.)
5. Interpret the results in the context of similar data from other trials, from the architecture of the entire set of data on all patients, and from principles of biological coherence.

**Improper subgroups and analyses**
1. Avoid analyses of subgroups based on postrandomization response, compliance, etc.
2. Avoid emphasizing nominal P values.
3. Do not emphasize data-derived analyses or analyses based on post-hoc definitions of subgroups.

---

analytic methods. We urge extreme caution, however, in interpreting striking results that are data derived even for the generation of hypotheses. On the other hand, if no clear subgroup effects are apparent after rigorous analysis of the data, we do not recommend that clinicians treat every patient identically. In making clinical decisions, the physician must weigh the overall evidence from clinical trials with other data. Patient prognosis, risks of side effects, and known pathophysiological mechanisms all bear on decisions concerning treatment. For example, in assessing the benefits of simple treatments such as long-term use of β-blockers, many physicians might consider that for high-risk patients a 25% reduction in risk is worthwhile, whereas they might choose not to prescribe a β-blocker in low-risk patients because a similar reduction in risk translates into a small absolute benefit that may not outweigh the risk of developing adverse effects. Conversely, a physician may decide to extrapolate the result of a trial to types of patients not studied. For example, sound clinical and pathophysiological principles suggest that patients with angina or hypertension are likely to benefit from β-blocker therapy even though such patients have usually been excluded from post-MI trials.

We urge interpreting an observed subgroup effect in the context of other available information about the disease and the pharmacologic mechanisms of the treatment. Table 3 summarizes our recommendations. Results from even properly conducted subgroup analyses should not be accepted until confirmatory evidence is available from other similar studies.

**References**

1. Bernard C; Green HC, trans. *An Introduction to the Study of Experimental Medicine*. New York, NY: Dover Publications Inc; 1957.
2. Simon R. Patient subsets and variation in therapeutic efficacy. *Br J Clin Pharmacol*. 1982;14:473-482.
3. Bulpitt CJ. Subgroup analysis. *Lancet*. 1988;2:31-34.
4. Simon R, Wittes R. Methodologic guidelines for reports of clinical trials. *Cancer Treat Rep*. 1985;69:1-3.
5. The Coronary Drug Project Research Group. Influence of adherence to treatment and response of cholesterol on mortality in the Coronary Drug Project. *N Engl J Med*. 1980;303:1038-1041.
6. Yusuf S, Held P, Teo KK, Toretsky ER. Selection of patients for randomized controlled trials: implications of wide or narrow eligibility criteria. *Stat Med*. 1990;9:73-86.
7. Yusuf S, Wittes J, Friedman L. Overview of results of randomized clinical trials in heart disease, I: treatments following myocardial infarction. *JAMA*. 1988;260:2088-2093.
8. Yusuf S, Wittes J, Friedman L. Overview of results of randomized clinical trials in heart disease, II: unstable angina, heart failure, primary prevention with aspirin, and risk factor modification. *JAMA*. 1988;260:2259-2263.
9. Gruppo Italiano per lo Studio della Streptochinasi nell'Infarcto Miocardico (GISSI): Effectiveness of intravenous thrombolytic treatment in acute myocardial infarction. *Lancet*. 1986;1:397-401.
10. ISIS-2 Collaborative Group. Randomized trial of IV streptokinase, oral aspirin, both, or neither among 17,187 cases of suspected acute myocardial infarction. *Lancet*. 1988;2:349-360.
11. Wilcox RG, von der Lippe G, Olsson CG, et al. Trials of tissue plasminogen activator for mortality reduction in acute myocardial infarction: Anglo-Scandinavian Study of Early Thrombolysis (AS-SET). *Lancet*. 1988;2:525-530.
12. AIMS Trial Study Group. Effect of intravenous ASPAC on mortality after acute myocardial infarction: preliminary report of a placebo-controlled clinical trial. *Lancet*. 1985;1:545-549.
13. Yusuf S, Sleight P, Held P, MacMahon S. Routine medical management of acute myocardial infarction: lessons from overviews of recent randomized controlled trials. *Circulation*. 1990;82:117-134.
14. Miller RG Jr. *Simultaneous Statistical Inference*. 2nd ed. New York, NY: Springer-Verlag NY Inc; 1985.
15. Davis CE, Leffingwell DP. Empirical Bayes estimates of subgroup effects in clinical trials. *Controlled Clin Trials*. 1990;11:37-42.
16. Nelder JA. Discussion on papers by Wynn, Bloomfield, O'Neill, and Wetherill. *J Royal Stat Soc Series B*. 1971;33:244-246.
17. Systolic Hypertension in the Elderly Cooperative Research Group. Rationale and design of a randomized clinical trial on prevention of stroke in isolated systolic hypertension. *J Clin Epidemiol*. 1989;41:1197-1208.
18. The SOLVD Investigators. Studies of left ventricular dysfunction (SOLVD)—rationale, design, and methods: two trials that evaluate the effect of enalapril in patients with reduced ejection fraction. *Am J Cardiol*. 1990;66:315-322.
19. Furberg CD, Hawkins CM, Lichstein E. Effect of propranolol in post infarction patients with mechanical or electrical complications. *Circulation*. 1984;69:761-765.
20. Barber JM, Boyle DM, Chaturvedi NC, et al. Practolol in acute myocardial infarction. *Acta Med Scand*. 1976;587(suppl):213-219.
21. The MIAMI Trial Research Group. Metoprolol in acute myocardial infarction (MIAMI): a randomized placebo-controlled international trial. *Eur Heart J*. 1985;6:199-226.
22. Andersen MP, Bechsgaard P, Frederiksen J, et al. Effect of alprenolol on mortality among patients with definite or suspected acute myocardial infarction: preliminary results. *Lancet*. 1979;2:865-868.
23. Yusuf S, Peto R, Lewis J, Collins R, Sleight P. Betablockade during and after myocardial infarction: an overview of the randomized trials. *Prog Cardiovasc Dis*. 1985;27:335-371.
24. Hjalmarson A, Elmfeldt D, Herlitz J, et al. Effect on mortality of metoprolol in acute myocardial infarction: a double-blind randomised trial. *Lancet*. 1981;2:823-827.
25. ISIS-1 Collaborative Group. Randomised trial of intravenous atenolol among 16,027 cases of acute myocardial infarction: ISIS-1. *Lancet*. 1986;2:57-66.
26. Wilhelmsson C, Vedin JA, Wilhelmsen I, et al. Reduction of sudden deaths after myocardial infarction by treatment with alprenolol. *Lancet*. 1974;92:1157-1160.
27. Beta-blocker Heart Attack Trial Research Group. A randomized trial of propranolol in patients with acute myocardial infarction, II: morbidity results. *JAMA*. 1983;250:2814-2819.
28. The Beta-Blocker Pooling Research Group. The Beta-Blocker Pooling Project (BBPP): subgroup findings from randomized trials in post infarction patients. *Eur Heart J*. 1988;9:8-16.
29. Multicenter International Study. Supplementary report: reduction in mortality after myocardial infarction with long-term beta-adrenoreceptor blockade. *BMJ*. 1977;2:419-421.
30. Taylor SH, Silke B, Ebutt A, et al. A long-term prevention study with oxprenolol in coronary heart disease. *N Engl J Med*. 1982;307:1293-1301.
31. Lan KKG, Simon R, Halperin M. Stochastically curtailed tests in long-term clinical trials. *Communications Stat*. 1982;35:207-219.
32. Lan KKG; DeMets DL. Discrete sequential boundaries for clinical trials. *Biometrika*. 1983;70:659-663.
33. The Coronary Drug Project. Findings leading to further modifications of its protocol with respect to dextrothyroxine. *JAMA*. 1972;219:990-1008.
34. Knoke JD, Hawkins DL. Estimating baseline values of the variable of intervention in a clinical trial. *Cont Clin Trials*. 1985;6:136-145.
35. Wittes J, Lakatos E, Probstfield J. Surrogate endpoints in clinical trials: cardiovascular disease. *Stat Med*. 1989;8:415-425.
36. Collins R; Gray R, Godwin J, Peto R. Avoidance of large biases and large random errors in the assessment of moderate treatment effects: the need for systematic overviews. *Stat Med*. 1987;6:245-250.
37. Early Breast Cancer Trialists' Collaborative Group. Effects of adjuvant tamoxifen and of cytotoxic therapy on mortality in early breast cancer. *N Engl J Med*. 1988;319:1681-1692.