Exhibit H – Pratt Deposition Excerpts

1:1-1:19

Page 1

```
 1   05-I-81968 eb
 2
 3       IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
 4
     IN RE:  VIOXX            * MDL DOCKET NO. 1657
 5   PRODUCTS LIABILITY LITIGATION * SECTION L
                                * JUDGE FALLON
 6   This document relates to:   * MAGISTRATE JUDGE KNOWLES
     Evelyn Irvin Plunkett      * CASE NO. 2:05CV4046
 7   VS.                *
     Merck & Co., Inc.         *
 8
 9
10
11       VIDEOTAPED DEPOSITION OF CRAIG PRATT, MD
12
         UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
13       DEPOSITION WILL BE IN THE CUSTODY OF:
14              Bradley D. Honnold, Esquire
                Goza & Honnold, LLC
15              2630 City Center Square
                1100 Main Street
16              P.O. Box 482355
                Kansas City, Missouri  64148-2355
17
18
19   Date         Edith A. Boggs, CSR
```

115:2-116:2

Page 115

```
 2     Q.  Do you believe APPROVe was adequately powered to
 3   say that there actually is a difference in
 4   cardiovascular events for usage that's less than 18
 5   months versus usage that's greater?
 6          MR. TOMASELLI:  Object to form.
 7          THE WITNESS:  Could you -- could you read
 8   that back?
 9   (Whereupon, the requested testimony was
10    read back as follows:
11   QUESTION:  Do you believe APPROVe was adequately
12    powered to say that there actually is a difference in
13    cardiovascular events for usage that's less than 18
```

14    months versus usage that's greater?)
15        MR. TOMASELLI: Object to form.
16    A. Well, I mean, certainly the trial wasn't powered
17  to answer that question. Trials get powered to answer
18  one question. We've already talked about what question
19  that is. So, any other question you ask me about
20  powering wouldn't be the same thing, anything.
21    Q. (BY MR. HONNOLD) APPROVe wasn't -- wasn't
22  powered to answer that question, correct?
23        MR. TOMASELLI: Asked and answered.
24    A. I thought I answered it. I mean -- I mean, I
25  told you what it was powered to, powered to one thing.

Page 116
1  You don't power to other things. So, in that
2  question -- in that sense, no.