d.      With regard to previous meta-analyses published by Merck that found no increase in risk for a combined Antiplatelet Trialists' Collaboration endpoint,[27][28] Juni, et al., stated, "Possible explanations for these discrepant results include: confounding by trial, analyses inadequately pooling individual patients' data; use of composite cardiovascular endpoints, which will have diluted any increase in risk of MI; and inclusion of safety data that had not undergone independent adjudication.    Pooled analyses of industry-sponsored drug trials, undertaken by the company manufacturing the drug in question, are becoming increasingly common.    To clarify the reasons behind the misleading results of Merck's meta-analyses of cardiovascular events in clinical trials of Rofecoxib will be important." The choice of the pooled endpoint by the Merck investigators, then, appears to have obscured the effect of Vioxx and MI. The danger of combined endpoints in stroke trials has been analyzed by Albers, who concludes that "unless all components of a composite endpoint are affected in the same direction and to a similar degree, their inclusion may not provide the anticipated increase in statistical power.  In fact, the use of a combined endpoint may lead to an underestimate of therapeutic benefits when patients at high risk for one particular endpoint are studied."[29]  Importantly, in October, 2000, Merck performed an analysis with MI as the endpoint, and found a significantly increased risk with Vioxx.[30]

e.      Juni, et al., published their meta-analysis without the benefit of the data from APPROVe.  This trial, discussed above, also found an increased RR of cardiac events (MI, SCD, or unstable angina) of 2.80 (1.44-5.45).[31]  In subjects with known atherosclerotic disease, the RR for a thrombotic event was reported to be 9.59, while for diabetics it was 6.10 (1.36 to 56.1).

f.      Juni, et al., also did not include the results of 3 trials performed in Alzheimer's disease, Protocols 091, 078, and 126, as noted above.    According to his published paper, the safety data were not available from the FDA for these trials, and only one had reported the incidence of MI, with 3 in the Vioxx arm versus one (1) in the placebo arm.  Furthermore, based on the analysis of Kronmal, the overall trend in these studies found a significant increase in a combined endpoint of MI and sudden death (see above).  Although MI alone was not significantly increased, the trend was consistent with Juni's other analyses and unlikely to change the analysis, particularly if APPROVe, ViP, and VICTOR were included.

8.      Given the above, there is no doubt that Vioxx significantly increases the risk for MI. In fact, the 32 voting members of the FDA advisory committee (February 18, 2005) unanimously agreed with that conclusion. Further, it is my conclusion that, to a reasonable degree of medical certainty, but for Vioxx exposure, Mr. Barnett would not have suffered MI on September 6, 2002. Indeed, even a RR of 2 for MI inflicted by Vioxx would be highly significant. Statin drugs, our most powerful agents for preventing MI, impart a beneficial RR of 0.7; therefore a RR of 0.5 would be needed to overcome the effect of Vioxx, even when considered in the most conservative assessment, to return Mr. Barnett's risk to baseline. In other words, the deleterious effects of Vioxx appear to be more potent than the beneficial effects of any of our proven drug therapies.   In Mr. Barnett, however, coronary artery disease had been previously demonstrated during a nuclear stress test. The effect of Vioxx in him would be expected to impart far greater effect than just doubling his risk. Furthermore, Mr. Barnett manifested "spikes" in his blood pressure while on Vioxx. As seen in APPROVe, a single episode of systolic blood pressure (SBP) >160 mmHg (such as those suffered by Mr. Barnett on January 19, 2000; October 24, 2000; and September 6, 2002) conferred a RR of 3.82. The presence of coronary artery disease on his January 24, 2000, nuclear stress test further identifies him as a subject at high risk for MI before he began taking Vioxx. Finally, the development in 32 months of extensive atherosclerosis in 6 coronary arteries is evidence of astonishingly aggressive acceleration of the usual progression of atherosclerosis.     This effect is clearly consistent with the pro-atherosclerotic properties of Vioxx and unexplainable based on any other risk factor.

9.      The Effect of Vioxx on Blood Pressure - A meta-analysis of the published RCTs with blood pressure data was published in the Archives in Internal Medicine, March 14, 2005 [32] which demonstrates a significantly greater effect of Vioxx on blood pressure than other NSAIDs. The investigators included a table listing the 19 trials meeting inclusion criteria. (Figure 11.) Importantly, the authors reached their conclusions in the absence of 2 key studies further documenting Vioxx's hypertension risks: (1) Protocol 112, which was completed by January 2001 and showed a statistically significant doubling of the risk of exceeding predefined limits of change in blood pressure for Vioxx versus both Celebrex and placebo; Merck failed to publish this study; and (2) APPROVe, which was published in February, 2005, approximately 9 months after the May, 2004 cutoff for publications to be included in the meta-analysis; APPROVe caused a highly statistically significant increased risk of hypertension in Vioxx patients versus placebo.



**Table. Characteristics of 19 Trials Meeting Inclusion Criteria for the Present Analysis**

| Source | No. of Subjects (N = 45451) | Mean Age, y | Sex, % Female | Patient Type | Design | Drug | Comparator | Study Duration, wk |
|---|---|---|---|---|---|---|---|---|
| Ehrich et al[15] | 219 | 64 | 71 | OA | R, C, B, D, MC, Par | Rofecoxib | Placebo | 6 |
| Hawkey et al[E] | 660 | 51.7 | 82 | RA | R, MC, DB, PC, Par | Rofecoxib | Placebo, naproxen | 12 |
| Schnitzer et al[22] | 658 | 65 | 77 | RA | R, PC | Rofecoxib, celecoxib | Placebo | 8 |
| Gabo[22] | 1082 | 62 | F>M | OA | R, C | Rofecoxib, celecoxib | Placebo | 6 |
| White et al[10] | 178 | 53 | 44 | HT | R, DB, PC, Par | Celecoxib | Placebo | 4 |
| Simon et al[11] | 1149 | 54 | 67 | RA | R, MC, PC, DB | Celecoxib | Placebo | 12 |
| Collantes et al[1] | 871 | 52 | 82 | RA | R, C, MC, DB | Etoricoxib | Placebo, naproxen | 12 |
| Bombardier et al (VIGOR)[2] | 8076 | 58 | 80 | RA | R, C, MC, B, Par | Rofecoxib | Naproxen | 36 |
| Cannon et al[24] | 784 | 64 | 68 | OA | R, C, DB, Par | Rofecoxib | Diclofenac | 52 |
| Lisse et al (ADVANTAGE)[21] | 5557 | 63 | 71 | OA | R, C, B, MC | Rofecoxib | Naproxen | 12 |
| Sowers et al[17] | 268 | NA | NA | OA, DM | R, C, BD | Rofecoxib, celecoxib | Naproxen | 6 |
| Silverstein et al (CLASS)[3] | 8059 | 60 | 68 | OA, RA | R, C, DB, MC | Celecoxib | Ibuprofen, diclofenac | 24 |
| Emery et al[25] | 665 | 55 | 73 | RA | R, C, DB, DD, Par | Celecoxib | Diclofenac | 24 |
| Whelton (SUCCESS I)[18] | 13274 | 62 | 67 | OA | R, C, DB, MC | Celecoxib | Diclofenac, naproxen | NA |
| Whelton et al SUCCESS VI[8] | 810 | 74 | 66 | OA, HT | R, C, BD, Par, MC | Rofecoxib | Celecoxib | 6 |
| Whelton et al (SUCCESS VII)[9] | 1092 | 73 | 62 | OA, HT | R, C, BD | Rofecoxib | Celecoxib | 6 |
| Leung et al[27] | 501 | 63 | 78 | OA | R, DB, PC | Etoricoxib | Naproxen | 12 |
| Matsumoto et al[29] | 816 | 56 | 77 | RA | R, DB, PC | Etoricoxib | Placebo, naproxen | 12 |
| Hunt et al[26] | 742 | 54 | 82 | OA, RA | R, DB, PC | Etoricoxib | Placebo, naproxen | 12 |

Abbreviations: B, blind; C, controlled; DB, double blind; DD, double dummy; DM, diabetes mellitus; MC, multicenter; NA, not available; OA, osteoarthritis; Par, parallel; PC, placebo controlled; R, randomized; RA, rheumatoid arthritis.

**Figure 11. Characteristics of 19 Trials meeting inclusion criteria for the present analysis.**

Figure 12 shows the weighted mean difference (WMD) for systolic and diastolic blood pressure from the meta-analysis. The WMD increases for systolic blood pressure comparing Vioxx with placebo were 5.66 mmHg; when comparing Vioxx with nonselective NSAIDs, the WMD was 3.32 mmHg; and when Vioxx was compared with celecoxib the WMD was 2.60 mmHg. The WMD increases for diastolic blood pressure comparing Vioxx with nonselective NSAID were 1.59 mmHg. There was insufficient data to compare the diastolic blood pressure of Vioxx with placebo or celecoxib.

Figure 2. Weighted mean difference (WMD) for systolic and diastolic blood pressure (BP). Coxib indicates cyclooxygenase-2 inhibitor; NSAID, nonsteroidal anti-inflammatory drug.

**Figure 12. Weighted mean difference for systolic and diastolic blood pressure. COXIB indicates COX-2, NSAID,**

Additionally, and more importantly for cardiovascular risk, the authors found that Vioxx was more likely to cause patients to develop clinically important hypertension. Hypertension is defined in the meta-analysis, as it was in many of the studies, as a systolic blood pressure increase of 20 mmHg with an absolute value higher than 140 mmHg or for diastolic blood pressure as an increase of 15 mmHg with an absolute value higher than 90 mmHg.

Figure 13 shows a significant RR of 2.63 for Vioxx versus placebo of developing hypertension.



Figure 5. Breakdown of contribution for each individual cyclooxygenase-2 inhibitor (coxib) with respect to the Der Simonian and Laird relative risks (random effects) plot of developing hypertension for coxibs vs placebo. CI indicates confidence interval.

**Figure 13. Breakdown of contribution for each individual COX-2 inhibitor.**

Figure 14 shows a significant RR of 1.78 for Vioxx versus nonselective NSAIDs of developing hypertension.



Figure 6. Breakdown of contribution for each individual cyclooxygenase-2 inhibitor (coxib) with respect to the Der Simonian and Laird relative risks (random effects) plot of developing hypertension for coxibs vs nonselective nonsteroidal anti-inflammatory drugs (NSAIDs). CI indicates confidence interval.

**Figure 14. Breakdown of contribution for each individual COX-2 inhibitor.**

This meta-analysis includes data from the Merck sponsored RCTs. VIGOR and Hawkey, et al., (2003) both showed statistically significant increases in hypertension.

The authors of the meta-analysis noted the disproportionate rise in systolic blood pressure compared with diastolic blood pressure with Vioxx use. As they point out, systolic blood pressure has been shown to be of greater importance for increased cardiovascular risk. The NIH, The Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure, sets forth as a key finding of the report, the risk of elevations of systolic blood pressure: "in those older than age 50, systolic blood pressure (SBP) of >140 mmHg is a more important cardiovascular disease (CVD) risk factor than diastolic BP (DBP); beginning at 115/75 mmHg, CVD risk doubles for each increment of 20/10 mmHg..." The authors' further note the disproportionate rise in systolic blood pressure compared with diastolic blood pressure could result in increasing pulse pressure. There has been a recent recognition of the importance of the pulse pressure (the difference between systolic and diastolic pressures) on cardiovascular disease.[33]

From my review of studies and Merck internal documents, it is my opinion that Vioxx increases blood pressure to a higher degree than Celebrex and various other NSAIDs.

34

VI.     Vioxx Has Proven Risk for Heart Attacks Among the NSAIDs

        Largely as the result of the increased cardiovascular risk disclosed by the Vioxx trials, there has been increased attention on the possibility of all NSAIDs causing increased blood pressure and cardiovascular risk. Attempts have been made to examine whether all NSAIDs cause an increase in blood pressure and increased cardiovascular risk. The analysis of this issue is made more complicated by the recognition that different NSAIDs have different ratios of COX-1 and COX 2 selectivity.[34] There has yet to be evidence from RCTs which demonstrate that any other NSAID has comparable cardiovascular risk to Vioxx.[35] The osteoarthritis and rheumatoid arthritis trials, including VIGOR, contain solid data demonstrating that Vioxx has substantially greater cardiovascular risk than the NSAID naproxen. Two (2) recent observational studies which find increased risk of MI from other NSAIDs, though less than the risk demonstrated from the RCTs for Vioxx,[36][37] are of interest. However, in the absence of RCTs showing statistically significant increased risks of MI and/or other cardiovascular events, there is simply no reasonable comparison between the strong evidence of definite and substantial excess cardiovascular risk caused by Vioxx and the weak or nonexistent evidence of risks potentially associated with the various traditional NSAIDs, which have very different molecules and mechanisms of action. Observational studies that evaluate effects of therapeutic agents are widely acknowledged to be inferior to well-conducted randomized controlled trials. In a RCT, the users and non-users of NSAIDs (or Vioxx versus other NSAIDs) are essentially identical. In contrast, observational studies are subject to uncontrolled and uncontrollable biases that reduce the reliability of the results. Thus, for example, in an observational study, the users and non-users of NSAIDs may have substantially different underlying risks. Users of pain medicines are typically in worse health than non-users. Generally, users of NSAIDs have been found to have an increased disease burden relative to non-users of NSAIDs. Medical claims database studies often do not contain important information about risk factors outside the prescription medicines for which claims have been made, e.g., tobacco use, family history, and nonprescription medications. An observational study will attempt to adjust statistically for measured differences between users and non-users of NSAIDs, but they cannot adjust for unmeasured or unknown differences. These major, but immeasurable, differences between users and non-users of NSAIDs are called "residual confounding;" this confounding plagues all observational studies evaluating medication use. Since users of NSAIDs are in worse health, they would be expected to have greater risk for an MI. Since the statistical adjustment cannot completely account for their worse health status, they may have increased MI risk that cannot be reliably attributed to the drug as opposed to their health status. This confounding is why all experts agree that well-designed clinical trials are superior to observational studies.

        Based on the damage to the public health caused by the sale of Vioxx, the FDA has taken a very cautious approach with all NSAIDs. It has placed a black box warning on all prescription NSAIDs. However, the agency concedes that the evidence linking NSAIDs other than Vioxx to cardiovascular risks is weak and lacks scientific rigor according to an April 6, 2005, memo placed on the FDA website by an FDA employee, John K. Jenkins:[38]

        "Long-term placebo-controlled clinical trial data are not available to adequately assess the potential for the non-selective NSAIDs to increase the risk of serious adverse events." (Page 2)

"Long-term placebo and active-controlled trials are generally not available for the non-selective NSAIDs, with the exception of the studies noted above where certain non-selective NSAIDs were used as active controls in studies of COX-2 selective drugs." (Page 7.)

"...The available data for the non-selective NSAIDs from the observational studies are limited, and no consistent signals were observed." (Page 7-8)

"The absence of long-term controlled clinical trial data for the non-selective NSAIDs significantly limits our ability to assess whether these drugs may also increase the risk of serious adverse CV events..." (Page 11)

Whereas there are RCTs showing increased cardiovascular risk with Vioxx, there appear to be only questionable observational studies regarding these issues with many of the other NSAIDs. For example, the VIGOR study, as noted above, definitively showed that though there were 4 heart attacks associated with naproxen, there were 20 heart attacks associated with Vioxx. So, while some heart attacks were associated with naproxen, the Vioxx risk of heart attacks was 5 times that of naproxen.

VII.    Vioxx Causes Accelerated Plaque Build-Up in the Coronary Arteries

      A.    Overview

To understand how Vioxx impacts on the generation of atherosclerosis, it is best to understand how coronary atherosclerosis develops. Coronary atherosclerosis, or deposition of cholesterol in the wall of the coronary artery, is almost ubiquitous in the United States and other developed countries and is found even in healthy teenagers.[39] In a study of 760 autopsies in 17-35 year-olds, over 40% of the females aged 25-30 had some degree of atherosclerosis.[40] As our understanding of atherosclerosis has evolved, so has the complexity of the models, yet the process can be described generally as proceeding through roughly four main stages.[41]

      1.    The first stage for the development of atherosclerosis is that of endothelial injury, or damage to the inner cellular lining of the blood vessel wall (by hypertension, shear stress, toxins like nicotine, diabetes, etc.). The damaged inner lining attracts the adherence of white blood cells to its surface.

      2.    The second stage is one of fatty streak formation. The LDL cholesterol ("bad" cholesterol) penetrates the endothelium and accumulates in the vessel wall. When this LDL is oxidized, it sets up an inflammatory reaction in the endothelium, attracting more white blood cells that ingest the oxidized LDL. These white blood cells called monocytes become "foam cells," the hallmark of the fatty streak. As noted, fatty streaks are found in the coronary arteries of young, healthy Americans who are unlikely to have an event for many decades. These cells also elaborate inflammatory mediators that promote inflammation in the fatty streak and contribute to the progression of the lesion and formation of a plaque.

36

3. The third stage is one of fibrous cap formation, which is probably the first step in the development of a complex lesion that can cause an acute thrombosis (blood clot) that can close off an artery. Smooth muscle cells divide and proliferate in the intima and secrete collagen and other scar-like tissue components. This fibrous cap prevents the lipid core that has accumulated beneath it from contacting the blood pool. But the cap is susceptible to damage from activated white blood cells that secrete enzymes which weaken the collagen in the cap. Inflammation, occurring for reasons that are poorly understood, appears to play an important role in the activation of white blood cells that later undermine the fibrous cap.

4. The final stage is the development of a complicated atheroma, which typically occurs when rupture of the weakened fibrous cap causes the blood to come into contact with the lipid core, causing the formation of a thrombus. Physical disruption of the atherosclerotic plaque, due to fracture of the fibrous cap or superficial erosion of the intima, commonly causes acute thrombosis. Thrombus formation occludes the blood vessel, interrupting blood flow to the perfused organ, in this case the heart. If the thrombus dissolves spontaneously, it may cause a healing response that thickens the fibrous cap, making it bulge into the lumen of the artery and further restricting blood flow by the atheroma. If the thrombus persists and completely occludes the vessel, the downstream myocardium dies due to lack of blood flow, which is the definition of an MI.

In the 1998 memorandum to Merck, the Scientific Advisors pointed to 3 main areas of cardiovascular pathophysiology that could be affected by Vioxx:

1. The development of lipid-rich coronary plaques,

2. The destabilization of the fibrous cap of these plaques by inflammatory cells, thereby making them "rupture-prone," and

3. The thrombotic occlusion of the vessel at the site of the plaque rupture with the ensuing consequences of ischemia.[42]

These 3 hypotheses signal potential interactions between Vioxx and 3 of the 4 stages of atherosclerosis outlined above. Subsequent data showed that Vioxx adversely affected each stage of atherosclerosis, with the end result being an increase in cardiovascular thrombotic events. These observations have been demonstrated in both RCTs and animal studies, as will be discussed below.

Dr. FitzGerald in his 2004 NEJM opinion piece stated: "Thus, a single mechanism, depression of prostaglandin $I_2$ formation might be expected to elevate blood pressure, accelerate atherogenesis, and predispose patients receiving COXIBs to an exaggerated thrombotic response to the rupture of an atherosclerotic plaque. The higher a patient's intrinsic risk of cardiovascular disease, the more likely it would be that such a

hazard would manifest itself rapidly in the form of a clinical event."[43]  Suppression of $PGI_2$ augments the response to thrombogenic stimuli, while increasing blood pressure and response to hypertensive stimuli. In animals, the effect of $PGI_2$ suppression by COX-2 inhibitors was modeled through elimination of the $PGI_2$ receptor.   Initiation and acceleration of early atherogenesis was greatly enhanced, as Dr. FitzGerald explained to the FDA.[44]   Therefore the hazard from COXIBs is particularly increased in those otherwise predisposed to thrombosis through a single mechanism but multiple effects.

        B.       Follow Up Data From Alzheimer Studies and APPROVe

        The simplest model suggests that Vioxx causes an increase in thrombotic events in patients with established atherosclerosis by altering the balance between prostacyclin and thromboxane in order to favor the production of a thrombus, as suggested by figure 4 from Antman. Since the suppression of $PGI_2$ occurs almost immediately after starting the drug, if Vioxx caused MI simply by increasing the thrombogenicity of the blood, one would anticipate that events should become immediately manifested in those individuals with a clotting diathesis. Those lacking a pro-thrombotic tendency would be left in the trial, resulting in a reduction in events over time. In such susceptible individuals, the highest risk period is during the initial exposure to the drug. After the drug has reached steady state, the individuals who are "susceptible" would have had an event, and the remaining individuals are considered to be at low risk, representing in effect the "survival of the fittest." When the drug is stopped, one would expect that the curves would remain parallel since the drug does not alter the underlying vulnerability of the subjects, so there would be no change in the rate of events in either limb after removing the drug. The Kaplan-Meier curve seen in the VIGOR and APPROVe subset, however, shows that the events continue to accumulate over time, consistent with a "continuing-hazard." Protocol 203, combined with APPROVe, VICTOR and ViP, found no decline in the RR over time. Such a continuing effect is strong evidence of a progressive vulnerability of patients in the Vioxx cohort rather than a fixed susceptibility. Additionally, if the cardiovascular events were caused solely by altering the balance between prostacyclin and thromboxane, since the imbalance will be restored shortly after discontinuance of the drug, the events would cease shortly after withdrawal of the drug. An analogous case would be the effect of drugs such as Propulsid (cisapride) that can prolong the QT interval in certain subjects susceptible to developing long QT syndrome. The event curves separating active drug, Propulsid, from placebo would deviate early (as drug levels increase) and then flatten. Once Propulsid is discontinued, it ends its potential action.

        As FitzGerald pointed out in his NEJM opinion piece, "Patients in the APPROVe study should continue to be followed. This will allow some estimate of how quickly the developed risk may dissipate. Given the relatively short half-lives of these compounds, such a dissipation may occur rapidly. On the other hand, if treatment has accelerated atherosclerosis, the offset of risk may be more gradual." [45]   Therefore, if there is continued accumulation of events after drug discontinuation, it must be concluded that Vioxx alters the underlying substrate in order to increase the vulnerability to MI, and that implies an increase in atherosclerosis. Two (2) follow-up studies support that conclusion.

1.      Protocol 078 found an increase in mortality in the subjects randomized to Vioxx.  Of 39 deaths, 24 occurred in the Vioxx group.  Of note however, the sponsor continued to accrue data on a significant number of subjects after discontinuation of the study, i.e., 356 in the Vioxx arm and 307 in placebo.  Over a median follow up of 29 and 20 weeks respectively, 17 deaths occurred in the Vioxx arm versus only 5 in placebo.  The authors do not offer statistical analysis, although it is clearly very significant.  Indeed, this is a disturbing signal, consistent with long-term toxic effects.  As reported by Thal, et al., (March, 2005) there was a substantial excess of cardiovascular deaths in the Vioxx group versus placebo.  The fact that off-drug cardiovascular mortality during the trials was increased significantly strengthens the interpretation of these events as being caused by persistent damage by Vioxx.

2.      APPROVe subjects were followed off-drug after the termination of APPROVe and Merck has recently released the data from this study.  According to Merck's analysis, there were 31 versus 15 MIs for Vioxx and placebo, respectively, for the on-drug study plus one (1) year of follow-up, a statistically significant difference (p=0.017).  For the same period, there were 17 versus 6 ischemic strokes for Vioxx and placebo, respectively also statistically significant (p=0.024).  Thus, the "Intention to Treat" analysis confirmed the cardiovascular hazard demonstrated by the previously available data.

In addition, Merck reported that there were 28 Vioxx versus 16 placebo confirmed thrombotic events for the off-drug period, RR=1.64.  It is my opinion that the absence of statistical significance of this RR is due to the smaller number of events in the extension study, resulting in a lack of power.  A 64% increase likely indicates that the risk of Vioxx continues after exposure ends.  This finding is most likely explained by the acceleration of atherosclerosis among susceptible individuals on Vioxx, which does not dissipate immediately upon removal of the toxic agent that caused the damage.

These data represent a confirmation of the signal seen in Protocol 078. Clearly, Vioxx increases the subject's vulnerability and predisposition to cardiovascular disease, powerful evidence that this compound does more than simply provoke thrombosis.  As suggested by Dr. FitzGerald, the continued accumulation of events is consistent with acceleration of atherosclerosis by the drug.

Additional evidence for atherogenesis are the known effects of hypertension on the vessels.  A major source of endothelial injury is increased shear stress due to hypertension.  Vioxx has been demonstrated to have powerful hypertensive effects in RCTs. In APPROVe, a mean increase in systolic blood pressure of $3.4 \pm 0.4$ mmHg and diastolic blood pressure of $0.9 \pm 0.2$ mmHg were seen, compared to a reduction of $0.5 \pm 0.2$ and $0.8 \pm 0.3$ mmHg in the placebo groups (p<0.01).  This effect is quite significant, in that it represents an average change in 1287 individuals.  Effects of this size are similar to what is seen with the addition of an antihypertensive drug,[46] but in the

39

opposite direction. It is therefore similar in effect to removing an antihypertensive drug, and would be expected to cause an increase in stroke and MI. More importantly, however, this increase in the group mean is consistent with much larger increases in blood pressure in susceptible individuals, greatly increasing their risk for cardiovascular complications. In APPROVe, there was a significant doubling of the incidence of hypertension (RR 2.02; 1.71-2.38). In those subjects who experienced a "spike" in blood pressure, defined as a single reading of systolic blood pressure >160 or diastolic blood pressure >100 mmHg, the RR for a thrombotic event was 3.85 (CI 1.57-11.4, see figure below).[47] The effect of Vioxx on blood pressure therefore was significant across the population, but in the subpopulation at near-term increased risk for atherothrombotic events, it clearly exposed them to alarming rates of complications. Through its promotion of hypertension, Vioxx contributes to the progression of atherosclerosis both in its earliest (endothelial injury) and latest stages (complicated atheroma).

**Table 27**
**Post-Randomization Blood Pressure Subgroup Analysis of Confirmed Thrombotic Events**
**(Blood Pressure Measurements during the Entire Treatment Period were Included)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Subgroup | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison |
|---|---|---|---|---|---|
| | N, Events/PYs | Rate[†] (95% CI) | N, Events/PYs | Rate[†] (95% CI) | Relative Risk(95% CI) |
| At Least One Occurrence of DBP>=100 mmHg (0.752[#]) | | | Subgroup-by-Treatment Interaction p-value: 0.817 | | |
| No | 1100, 40/2636 | 1.52(1.08, 2.07) | 1168, 24/3001 | 0.80(0.51, 1.19) | 1.89 (1.14, 3.14) |
| Yes | 168, 6/421 | 1.42(0.52, 3.10) | 118, 2/324 | 0.62(0.07, 2.23) | 2.31 (0.41, 23.40) |
| At Least One Occurrence of SBP>=160 mmHg (0.000[#]) | | | Subgroup-by-Treatment Interaction p-value: 0.030 | | |
| No | 884, 18/2129 | 0.85(0.50, 1.34) | 1024, 20/2594 | 0.77(0.47, 1.19) | 1.09 (0.58, 2.06) |
| Yes | 384, 28/929 | 3.01(2.00, 4.36) | 262, 6/732 | 0.82(0.30, 1.79) | 3.68 (1.49, 10.86) |
| At Least One Occurrence of DBP>=100 or SBP>=160 mmHg (0.003[#]) Subgroup-by-Treatment Interaction p-value: 0.024 | | | | | |
| No | 849, 18/2035 | 0.88(0.52, 1.40) | 981, 20/2481 | 0.81(0.49, 1.24) | 1.09 (0.58, 2.06) |
| Yes | 419, 28/1022 | 2.74(1.82, 3.96) | 305, 6/845 | 0.71(0.26, 1.55) | 3.85 (1.57, 11.39) |
| With hypertension related AE (0.543[#]) Subgroup-by-Treatment Interaction p-value: 0.842 | | | | | |
| No | 910, 30/2126 | 1.41(0.95, 2.01) | 1080, 21/2726 | 0.77(0.48, 1.18) | 1.83 (1.05, 3.19) |
| Yes | 377, 16/933 | 1.72(0.98, 2.79) | 219, 5/600 | 0.83(0.27, 1.94) | 2.06 (0.72, 7.19) |

[†] Events per 100 Patient-Years (PY)
[#] p-value for testing whether the factor is a significant risk factor

Data Source: [4.4.1; 4.1; 4.2]

**Figure 15.** Table from page 52 of the APPROVe study safety report showing a dramatically increased incidence of thrombotic events in subjects manifesting spikes in their systolic blood pressure >160 mmHg.

Dr. FitzGerald, member of the Merck Scientific Advisory board, has publicly stated his conviction that COX-2 inhibition accelerates the development of atherosclerosis through mechanisms including but not limited to accelerated hypertension. In his February, 2005, presentation to the FDA, Dr. FitzGerald stated that "Selective inhibitors of COX-2 depress PGI$_2$ without concomitant inhibition of TXA$_2$. This can result in an augmented response to thrombotic and hypertensive stimuli and

40

acceleration of atherogenesis in mice." This conclusion is supported by extensive basic data from his and other laboratories.

I also rely on the Rott-Epstein article which showed that Cox-2 inhibitors accelerated plaque build-up in apo E knockout mice. Apo E knockout mice are considered excellent study animals to predict the effects of COX-2 inhibitors, including Vioxx on atherosclerosis in the coronary vessels. Rott, et al., using the MF-tricyclic provided by Merck as a surrogate for Vioxx, demonstrated that selective inhibition of COX-2 in vivo increased the viral load in mice infected with cytomegalovirus and also increased atherosclerosis development.    This suggested that COX-2 exerted antiatherosclerosis activity in this model.

Fatty streak formation is a relatively early event in development of an atheroma, and depends on movement of LDL cholesterol into the vessel wall. If it is oxidized, it then is ingested by white blood cells to form foam cells. Walters, et al., found that Vioxx increased the rate and extent of oxidation of human LDL through a non-enzymatic means. This effect was not seen when other COXIBs were used, and the authors concluded that the molecular structure of Vioxx was responsible for this pro-atherosclerotic action rather than the inhibition of COX-2.[48]

COX-2 may exert different results when it is used in early versus later atherogenesis.    For example, work co-authored by Merck Advisor John Oates demonstrated that, because early atherosclerotic lesion formation induced COX-2 that promoted inflammation, COX-2 inhibition (as well as the nonspecific COX inhibitor indomethacin) decreased atheroma size when given for 6 weeks to LDL receptor deficient mice.[49] Of note, they also found that COX-2 deficient LDL receptor deficient mice given an 8 week Western diet had less atherosclerosis than those mice with COX-2. Opposite results were found by the Epstein group who noted a significant increase in early lesion formation in apo E deficient mice infected with cytomegalovirus. They concluded that COX-2 had a role in both initiating as well as suppressing inflammation in the vessel wall.[50] Further support for the concept that COX-2 plays a role in lesion stabilization comes from the FitzGerald group.   They studied a model of intense atherogenesis, combining apobec-1 deficient and LDL receptor deficient mice to mimic human atherosclerosis.   In this model, antagonism of the thromboxane receptor significantly retarded the development of atherosclerotic lesions, but when combined with a congener of Vioxx, significant evidence of plaque destabilization was seen, a critical step in the progression to plaque ulceration, thrombosis, and infarction (see figure).[51] The relevance of this model to clinical practice is explained in a summary statement from the authors: "Indeed, because TP antagonism may mimic the effect of low-dose aspirin, these studies suggest that coincidental treatment with a COX-2 inhibitor may undermine the benefit of aspirin by predisposing atherosclerotic plaques to destabilization with subsequent vasoocclusive thrombosis. Given the clinical experience with Rofecoxib[52] and Valdecoxib,[53] the impact of low-dose aspirin on gastroprotection in patients taking COX-2 inhibitors,[54] and our present findings on plaque morphology, the wisdom of conducting trials to seek a cardiovascular benefit from selective inhibitors of COX-2 in atherothrombotic disease appears questionable." This work complements

41

previous findings by Narumiya and colleagues, who found that the combination of the apo E deficient mice with homozygous deletion of the TP retards atherosclerosis, while deletion of the prostacyclin receptor (analogous to inhibition of $PGI_2$ production by COXIBs) significantly accelerates atherosclerosis.[55]   This project was funded by Grants-in-Aid for Scientific Research from the Ministry of Education, Science, Sports and Culture of Japan, and by grants from the Organization for Pharmaceutical Safety and Research and the Kowa Life Science Foundation.



Figure 6. Combination of COX 2 inhibitor with TP antagonist inhibits luminal α-actin smooth muscle staining. Representative aortic root sections from each treatment group are shown. Lesions of similar size were chosen to compare morphological complexity from mice in vehicle (A and B), COX 2 (MF tricyclic, 15 mg/kg; C and D), TP (S18886, 5 mg/kg; E and F), and COX-2/TP (G and H) groups. Antilaminin staining demarcates endothelium (EC) and extracellular matrix-rich regions of lesions while sparing areas rich in inflammatory cells and necrotic cores (NC). Anti-α-SM actin staining identifies medial (M) smooth muscle cells and luminal differentiated smooth muscle cells in fibrotic caps (FC), which are notably absent in combination regimen group (•). Also indicated are lumen (L), intima (I), and adventitia (Adv). Regions of media that have been largely depleted of α-SM actin-positive cells are indicated by asterisks. Scale bar=200 μm.

**Figure 16.  COX-2 inhibition combined with TXA2 receptor blockade leads to de-stabilization of the fibrous plaque, increasing the risk for ulceration and thrombosis of the artery.     From Circulation 2003.**

The final stage of atherosclerosis is development of the complicated atheroma with atherothrombosis.  The data from the clinical trials, by demonstrating an increase in the incidence of MI, support the conclusion that Vioxx increases the development of atherothrombosis.  It appears, then, that Vioxx contributes to all stages of atherosclerosis progression: endothelial injury is accelerated through increased exposure to hypertension; formation of the fatty streak is promoted by oxidation of LDL; the formation of the fibrous plaque is impaired leading to less stable lesions with more necrotic cores; and thrombosis of the atherosclerotic lesion is encouraged both by alteration of the balance between $PGI_2$ and $TXA_2$ as well as by "spikes" in blood pressure imparting increased shear stress on the atheroma.

42

VIII.   Mr. Barnett's Prognosis

Unfortunately, Mr. Barnett has experienced a number of events associated with undesirable prognostic implications.  He has suffered a myocardial infarction which has left him with evidence of residual regional left ventricular dysfunction, specifically severe hypokinesis in the basal posterior and inferior walls and less severe hypokinesis in the mid and basal lateral walls.  These findings confirm what is suggested by his electrocardiogram that he has had transmural injury to the inferior wall of his heart.  The significance of this injury is profound.  Mr. Barnett was only able to exercise 9 minutes and 30 seconds when I examined him, a very significant reduction compared to his performance only 6 years ago.  As important, however, is the presence of myocardial scar in his inferior and posterior walls.  These areas will never be repaired and are subject to long term disadvantageous remodeling that put him at increased risk for heart failure and sudden death.  In the circumstance of a future MI (probable given the extent of his coronary atherosclerosis) he will have significant less "reserve" and will fare less well.  While few data are available tracking post-infarction patients for more than 5 years, some studies have been performed in very young populations.  They find 15 year mortality rates 15 [56] to 50% [57] in subjects having a first MI before 40.  Since age clearly consigns a worse prognosis post infarct, I expect Mr. Barnett's prognosis to fall at the worse end of the spectrum.

Although CABG was the only acceptable option for Mr. Barnett (and doubtlessly prolonged his life relative to medical treatment), this procedure is not a panacea and has a number of inherent problems.  First, most of the grafted vessels are made of saphenous veins harvested from his leg.  Vein tissue is not as tolerant of the blood pressures seen in the arterial system.  As a result, venous grafts degenerate much faster than the native coronary arteries.  In a recent longitudinal study of bypass patients, 42% of subjects post-bypass died by 10 years; of those alive, survival of vein grafts was only 61% at 10 years, while arterial conduits (such as Mr. Barnett's internal mammary graft) had only an 85% survival. [58]  Typically, subjects post bypass will experience return of their anginal symptoms when the grafts stenose or occlude.  Medical treatment followed by percutaneous coronary interventions (PCI) is generally performed.  While PCI approaches to stenosed and occluded vein grafts have improved, the fact that these grafts are not arterial conduits makes them much less amenable to intervention with increased incidence of peri-procedural MI, re-occlusion, and death compared to native vessels. [59]  The reduced effectiveness and safety of PCI means that repeat bypass surgery may be the only option for treating refractory symptoms.  Indeed, a recent review of this subject finds that MI-free survival post-PCI is about 30% at 15 years in the absence of repeat bypass surgery. [60]  The second CABG is technically more challenging than the first due to the residual scar tissue, the progression in the native coronary atherosclerosis over time, as well as the effects of advanced age. [61]



Figure 2. Adjusted cumulative survival without repeat coronary artery bypass graft surgery during follow-up after percutaneous intervention ($P < 0.0001$).

**Figure 17.** Survival in patients needing PCI after CABG, from Maven, et al. AJM 2000.  Note almost 50% mortality at 15 years.

As seen above, CABG is associated with approximately 58% survival at 10 years.  Mr. Barnett's life expectancy in 1999, prior to taking Vioxx, can be estimated from life tables published by the Centers for Disease Control.[62]  Based on their information, individuals similar to Mr. Barnett, i.e., white males born in 1944, had on average a nearly 24 year life expectancy.  It is my opinion that Mr. Barnett has lost approximately 9-10 years off his life expectancy.

Table A. Expectation of life by age, race, and sex: United States, 1999

| Age | All races | | | White | | | Black | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| 0 | 76.7 | 73.9 | 79.4 | 77.3 | 74.6 | 79.9 | 71.4 | 67.8 | 74.7 |
| 1 | 76.3 | 73.5 | 78.9 | 76.8 | 74.1 | 79.3 | 71.5 | 67.9 | 74.7 |
| 5 | 72.4 | 69.6 | 75.0 | 72.9 | 70.2 | 75.4 | 67.6 | 64.1 | 70.9 |
| 10 | 67.4 | 64.7 | 70.1 | 67.9 | 65.3 | 70.5 | 62.7 | 59.2 | 66.0 |
| 15 | 62.5 | 59.8 | 65.1 | 63.0 | 60.3 | 65.5 | 57.8 | 54.3 | 61.0 |
| 20 | 57.7 | 55.0 | 60.2 | 58.2 | 55.6 | 60.7 | 53.1 | 49.6 | 56.2 |
| 25 | 53.0 | 50.4 | 55.4 | 53.4 | 50.9 | 55.8 | 48.5 | 45.2 | 51.4 |
| 30 | 48.2 | 45.7 | 50.5 | 48.6 | 46.2 | 50.9 | 43.9 | 40.7 | 46.6 |
| 35 | 43.5 | 41.1 | 45.7 | 43.9 | 41.5 | 46.1 | 39.3 | 36.3 | 41.9 |
| 40 | 38.8 | 36.5 | 41.0 | 39.2 | 36.9 | 41.3 | 34.8 | 31.9 | 37.4 |
| 45 | 34.3 | 32.0 | 36.3 | 34.6 | 32.4 | 36.6 | 30.6 | 27.8 | 33.0 |
| 50 | 29.8 | 27.7 | 31.7 | 30.1 | 28.0 | 32.0 | 26.6 | 24.0 | 28.7 |
| 55 | 25.5 | 23.6 | 27.3 | 25.7 | 23.8 | 27.5 | 22.8 | 20.4 | 24.7 |
| 60 | 21.5 | 19.8 | 23.1 | 21.6 | 19.9 | 23.2 | 19.3 | 17.2 | 20.9 |
| 65 | 17.7 | 16.1 | 19.1 | 17.8 | 16.1 | 19.2 | 16.0 | 14.3 | 17.3 |
| 70 | 14.3 | 12.8 | 15.4 | 14.4 | 12.9 | 15.5 | 13.0 | 11.8 | 14.0 |
| 75 | 11.2 | 10.0 | 12.1 | 11.2 | 10.0 | 12.1 | 10.4 | 9.2 | 11.1 |
| 80 | 8.5 | 7.5 | 9.1 | 8.5 | 7.5 | 9.1 | 8.2 | 7.3 | 8.6 |
| 85 | 6.3 | 5.5 | 6.6 | 6.2 | 5.5 | 6.8 | 6.2 | 5.6 | 6.5 |
| 90 | 4.8 | 4.1 | 4.8 | 4.5 | 4.0 | 4.7 | 4.8 | 4.4 | 4.8 |
| 95 | 3.4 | 3.0 | 3.5 | 3.2 | 2.9 | 3.3 | 3.8 | 3.5 | 3.8 |
| 100 | 2.6 | 2.4 | 2.7 | 2.3 | 2.2 | 2.4 | 2.8 | 2.6 | 2.7 |

**Figure 18.** Life expectancy tables from the CDC.  Mr. Barnett would have had an average expectation of 23.8 years more life in 1999, prior to Vioxx.

44

IX.    Conclusions

       The extraordinary pace of Mr. Barnett's accelerated atherosclerosis and the development
of a coronary thrombosis cannot be attributed to any conventional risk factor, leaving his
exposure to Vioxx as the only plausible cause.

       It is my opinion that but for Vioxx, Mr. Barnett would not have had his heart attack
onSeptember 6, 2002. Also, it is my opinion that 32 months on Vioxx accelerated the plaque
buildup in Mr. Barnett's coronary arteries and necessitated the CABG surgery on September 10,
2002. It is my opinion that Vioxx continued to accelerate plaque build-up in Mr. Barnett's
arteries from September 2002 until September 2004 when Mr. Barnett finally discontinued
Vioxx. As described in the report above, the APPROVe follow-up study data clearly support
this opinion. To a reasonable degree of medical certainty I conclude that Vioxx was the most
significant cause of Mr. Barnett's coronary thrombosis and the underlying accelerated
atherosclerosis that made CABG necessary. These events will significantly shorten his life
expectancy, which otherwise would have been excellent.

       Mr. Barnett has been permanently damaged due to Vioxx. Further, he will suffer
additional injuries in the future including, but not limited to, increasing fatigue and exercise
intolerance, increased risk of heart failure and/or sudden death, repeat CABG surgery and/or
PCI, angina, MI, and shortening of his life expectancy.

       As I would with regard to any scientific issue, I reserve the right to amend my opinions
based on new data as it becomes available.

Date    5/22/06                          Douglas P. Zipes, M.D.

45

1 Beller GA, Zaret BL: Contributions of nuclear cardiology to diagnosis and prognosis of patients with coronary artery disease. Circulation 101:1465, 2000.

2 Caracciolo EA, Davis KB, Sopko G, Kaiser GC, Corley SD, Schaff H, et al. Comparison of surgical and medical group survival in patients with left main coronary artery disease. Long-term CASS experience. Circulation 1995;91:2325-34.

3 Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest. 2006 Jan; 16(1):4-15.

4 Murata, T., et al., 1997. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature. 388:678-682.

5 Goulet, J.L., et al., 2004. E-prostanoid-3 receptors mediate the proinflammatory actions of prostaglandin E2 in acute cutaneous inflammation. J. Immunol 173:1321-1326.

6 Tsujii, M. & DuBois, R. N. (1995) Cell 83, 493-501.

7 Patrono, C, Garcia Rodriguez, L.A., Landolfi, R., and Baigent, C. 2005. Low dose aspirin for the prevention of atherothrombosis. N. Engl. J. Med. 353:49-59.

8 FitzGerald GA, Oates JA, Hawiger J, et al. Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during chronic administration of aspirin in man. J Clin Invest 1983;71:678-688.

9 McAdam, B.F., et al., 1999. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc. Natl. Acad. Sci. U. S. A. 96:272-277.

10 I.A. Reilly, J.B. Doran, B. Smith and G.A. FitzGerald, Increased thromboxane biosynthesis in a human preparation of platelet activation: biochemical and functional consequences of selective inhibition of thromboxane synthase. Circulation 73 (1986), pp. 1300-1309.

11 G.A. FitzGerald, B. Smith, A.K. Pedersen and A.R. Brash, Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. N Engl J Med 310 (1984), pp. 1065-1068.

12 Scientific Advisors Meeting, May 1998, page 13.

13 Scientific Advisors Meeting, May 1998, pages 14-17.

14 Freiman JA, Chalmers TC, Smith H Jr, Kuebler RR. The importance of beta, the type II error and sample size in the design and interpretation of the randomized control trial. Survey of 71 "negative" trials. N Engl J Med. 1978 Sep28;299(13):690-4.

15 Gibaldi M., Sullivan S. Intention-to-treat analysis in randomized trials: who gets counted? J Clin Pharmacol 1997; 37:667-672

16 Ibid.

17 Curfman, Morrissey, Drazen. Expression of Concern reaffirmed.

18 Email from E. Scolnick to Deborah Shapiro 3/9/2000

19 Kronmal Report, page 21.

20 Scandinavian Simvistatin Survival Study Group. Randomized trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvistatin Survival Study (4S). Lancet 1994:344:1383-1389.

21 Kronmal Report, page 26

22 MK-0966 Combined Mortality Analysis, April 8, 2001

23 Kim PS, Reicin AS. Discontinuation of Vioxx. Lancet. 2005 Jan l-7;365(9453):23;

24 Statistical DAP, A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib (Study 203)

25 Kronmal Report, pp. 38-39

26 Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and Rofecoxib: cumulative meta-analysis. Lancet. 2004 Dec 4-10;364(9450):2021-9.

27 AS Reicin, D Shapiro, RS Sperling, E Barr and Q Yu, Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with Rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (Ibuprofen, diclofenac, and nabumetone), Am J Cardiol 89 (2002), pp. 204-209.

28 MA Konstam, MR Weir and A Reicin et al., Cardiovascular thrombotic events in controlled, clinical trials of Rofecoxib, Circulation 104 (2001), pp. 2280-2288.

29 Albers GW. Choice of endpoints in- antiplatelet trials: which outcomes are most relevant to stroke patients? Neurology. 2000 Mar 14;54(5): 1022-8.

30 Vioxx Preliminary Cardiovascular Meta-Analysis, Dr. Deborah Shapiro, October 18, 2000; MRK-NJ 007-0364-0395

31 Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular events associated with Rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med. 2005; 352: 1092-102.

32 Tai-Juan Aw, MBBS, FRACP; Steven Joseph Hass, BPharmSci (hons), MSHPA; Danny Liew, Mbbs (Hons); Henry Krum, MBBS, PhD, FRACP Arch Internal Med, Vol 165, March 14, 2005.

33 WB Kannel, Fifty years of Framingham Study contributions to understanding hypertension, Journal of human hypertension (2000) 14 83-90.

34 Van Hecken, et al Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2 verses COX-1 in Healthy Volunteers, 2000;40: 1109-1120

35 Antman, Cyhclooxhenase Inhibition and Cardiovascular Risk, Circulation, 2005;112:759-770.

36 Johnsen, et al, Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, CeleCOXib and Other NSAIDS, Arcives of Internal Medicine Vol 165 May 9, 2005 The Danish study is typical of most observational studies of Vioxx. The investigators rely on healthcare administrative records for information about the subjects in their study, so the researchers have relatively little information about the individual subjects. They do have good prescription data, but cannot discern whether subjects consumed their medication. The findings of increased risk for high-dose aspirin (a cardioprotective drug) in addition to the various NSAIDS, casts further doubt on the findings.

37 Chan, Andrew, T, et al. Nonsteroidal Anti-inflammatory Drugs, Acetamiophen, and the Risk of Cardiovascular Events, Circulation (2006). The Nurse's Health Study (NHS) is a well-respected cohort that is quite different from studies that relied on administrative healthcare records. The NHS is an active cohort, so the participants have been well-characterized by the investigators over decades of follow-up, in contrast to studies like the Danish Registry. Nonetheless, as an observational study, the NHS investigators still cannot eliminate confounding in their analyses of drug effects. Confounding effects of users/non-users of drugs can be either "healthy user" effects or "unhealthy user" effects. The NHS was unable to distinguish the "healthy user" effect of post-menopausal estrogen therapy in many papers the group published over several decades. The investigators were convinced – and they convinced many others – that estrogen therapy prevented cardiovascular disease. Several clinical trials have proven that estrogen is not cardio-protective.

38 http://www.fda.gov/cder/drug/infopage/COX2/NSAIDdecisionMemo.pdf

39 McNamara JJ, Molot MA, Stremple JF, Cutting RT. Coronary artery disease in combat casualties in Vietnam. JAMA. 1971 May 17;216(7): 1185-7.

40 McGill HC Jr, McMahan CA, Zieske AW, Tracy RE, Malcom GT, Herderick EE, Strong JP. Association of Coronary Heart Disease Risk Factors with microscopic qualities of coronary atherosclerosis in youth. Circulation. 2000 Jul 25; 102(4):374-9.

41 Libby P. The vascular biology of atherosclerosis. In Braunwald's Heart Disease. 7th edition, 2005, pages 921-937.

42 Merck Scientific Advisors Meeting, May 3-6 1998.

43 Ibid.

44 Presentation to FDA by G.A. FitzGerald, April 9 2005.

45 FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med. 2004 Oct 21 ;351(17): 1709-11.

46 Dahlof, B, Cardiovascular Morbidity and Mortality in the Losartan Intervention for Endpoint Reduction in Hypertension Study (LIFE): a randomized trial against atenolol. Lancet 2002; 359:995-1003.

47 MK-0966 APPROVe study safety report, page 52.

48 Walter MF, Jacob RF, Day CA, Dahlborg R, Weng Y, Mason RP. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors andNSAIDs. Atherosclerosis. 2004 Dec; 177(2):235-43.

49 M.E. Burleigh, V.R. Babaev, J.A. Oates, R.C. Harris, S. Gautam and D. Riendeau et al.,Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice,Circulation 105 (2002), pp. 1816-1823.

50 D. Rott, J. Zhu, M.S. Burnett, Y.F. Zhou, A. Zalles-Ganley and J. Ogunmakinwa et al, Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice, J. Am. Coll. Cardiol. 41 (2003), pp. 1812-1819.

51 K.M. Egan, M. Wang, M.B. Lucitt, A.M. Zukas, E. Pure and J.A. Lawson et al., Cyclooxygenases,thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined withthromboxane receptor antagonism, Circulation 111 (2005) (3), pp. 334-342.

52 Fitzgerald GA. Coxibs and cardiovascular disease. N Engl J Med. 2004; 351: 1709-1711.

53 Furburg CD, Psaty BM, FitzGerald GA. Parecoxib, valdecoxib, and cardiovascular risk. Circulation. 2005; 111:249.

54 Schnitzer TJ, Burmester GR, Mysler E, Hochberg MC, Doherty M, Ehrsam E, Gitton X, Krammer G, Mellein B, Matchaba P, Gimona A, Hawkey CJ. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet. 2004; 364: 665-674.

55 Kobayashi T, Tahara Y, Matsumoto M, Iguchi M, Sano H, Murayama T, Arai H, Oida H, Yurugi- Kobayashi T, Yamashita JK, Katagiri H, Majima M, Yokode M, Kita T, Narumiya S. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest. 2004 Sep;1 14(6):784-94.

56 Fournier JA, Cabezon S, Cayuela A, Ballesteros SM, Cortacero JA, Diaz De La Llera LS. Long-term prognosis of patients having acute myocardial infarction when </=40 years of age. Am J Cardiol. 2004;94(8):989-92.

57 W.K. Ng, M. Vedder, R.M. Whitlock et al., Coronary revascularisation in young adults. Eur J Cardiothorac Surg 11 (1997), pp. 732–738.

58 Goldman S, Zadina K, Moritz T, Ovitt T, Sethi G, Copeland JG, Thottapurathu L, Krasnicka B, Ellis N, Anderson RJ, Henderson W; VA Cooperative Study Group #207/297/364. Long-term patency of saphenous vein and left internal mammary artery grafts after coronary artery bypass surgery: results from a Department of Veterans Affairs Cooperative Study. J Am Coll Cardiol. 2004 Dec 7;44(11):2149-56.

59 Brodie BR, VerSteeg DS, Brodie MM, Hansen C, Richter SJ, Stuckey TD, Gupta N, Pulsipher M, Downey W. Poor long-term patient and graft survival after primary percutaneous coronary intervention for acute myocardial infarction due to saphenous vein graft occlusion. Catheter Cardiovasc Interv. 2005 (4):504-9.

60 Mathew V, Clavell AL, Lennon RJ, et al: Percutaneous coronary interventions in patients with prior coronary artery bypass surgery: Changes in patient characteristics and outcome during two decades. Am J Med 108:127-135, 2000.

61 Braunwald's Heart Disease, 7th Edition, pages 1311-1328.

62 http://www.cdc.gov/nchs/data/nvsr/nvsr50/nvsr50_06.pdf