[1:1] - [1:24]    Flavahan, Nicholas A., Ph.D

Page 1
1      SUPERIOR COURT OF THE STATE OF CALIFORNIA
                COUNTY OF LOS ANGELES
2   Coordination Proceeding Special Title (Rule 1550(b))
    ------------------------------------------------
3   This Document Applies to All
    VIOXX CASES        CASE NO. JCCP NO. 4247
4   ------------------------------------------------
5      IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
6   ------------------------------------------------
    In Re: VIOXX       MDL Docket No. 1657
7   PRODUCTS LIABILITY    Case: 2:06-cv-00485-EEF-DK
    LITIGATION
8
    THIS DOCUMENT RELATES TO:
9   GERALD BARNETT V. MERCK
    ------------------------------------------------
10
    ROBERT MCFARLAND,    SUPERIOR COURT OF NEW JERSEY
11             LAW DIVISION: ATLANTIC COUNTY
        Plaintiff,    DOCKET NO.: ATL-L-0199-04-MT
12   v.              VIOXX LITIGATION
    MERCK & CO., INC.,    CASE CODE NO. 619
13
        Defendant.
14  ------------------------------------------------
    PATRICIA HATCH,      SUPERIOR COURT OF NEW JERSEY
15   Administrator of the   LAW DIVISION: ATLANTIC COUNTY
    Estate of STEPHEN
16   HATCH, Deceased and   DOCKET NO.: ATL-L-0403-05-MT
    PATRICIA HATCH,      VIOXX LITIGATION
17   In Her Own Right,
                 CASE CODE NO. 619
18       Plaintiffs,
    v.
19  MERCK & CO., INC.
        Defendant.
20  ------------------------------------------------
            VIDEOTAPED DEPOSITION OF
21       NICHOLAS A. FLAVAHAN, Ph.D.
            Taken on June 7, 2006
22           Commencing at 9:39 a.m.
        REPORTED BY: NANCY G. GISCH, RMR
23       Golkow Litigation Technologies
         Four Penn Center, Suite 1210
24         Philadelphia, PA 19103
            877.DEPS.USA

| | |
|---|---|
| [8:15] – [8:22] | 6/7/06 Flavahan, Nicholas A., Ph.D |
| | Page 8 |
| | 15  Q. What is your current position there, sir? |
| | 16  A. Professor of cardiology and internal |
| | 17  medicine. |
| | 18  Q. Are you a medical doctor? |
| | 19  A. No. |
| | 20  Q. Do you diagnose or treat patients for any |
| | 21  medical condition, including heart conditions? |
| | 22  A. No. |
| [14:14] - [15:14] | 6/7/06 Flavahan, Nicholas A., Ph.D |
| | Page 14 |
| | 14  Q. Okay. In any of the papers that you have |
| | 15  identified as dealing with COX-1, COX-2 inhibition |
| | 16  in cardiovascular disease, have any of these papers |
| | 17  discussed the so-called imbalance theory that is |
| | 18  referenced in your report of -- concerning the |
| | 19  possible inhibition of prostacyclin by COX-2 in |
| | 20  cardiovascular disease states? |
| | 21      MR. KREPS: Object to the form of the |
| | 22  question. Misstates his -- misstates the witness's |
| | 23  testimony. |
| | 24      Go ahead. |
| | 25  A. (Continuing) None of them have analyzed the |
| | 0015 |
| | 1  imbalance there. |
| | 2  Q. Have any of your papers that you -- |
| | 3  A. Let me correct that. None -- none of them |
| | 4  have discussed the imbalance there. |
| | 5  Q. Have any of the papers you referenced as |
| | 6  involving COX-2 inhibition and cardiovascular states |
| | 7  discussed the source of prostacyclin, i.e., whether |
| | 8  it comes from a COX-1 or COX-2? |
| | 9  A. I don't think so, no. |
| | 10  Q. Okay. Have you ever published an abstract, |
| | 11  lectured, presented any scientific information on |
| | 12  the source of prostacyclin coming from COX-1 or |
| | 13  COX-2 in cardiovascular disease states? |
| | 14  A. I don't think so. |
| [22:2] – [22:19] | 6/7/06 Flavahan, Nicholas A., Ph.D |
| | Page 22 |
| | 2  Q. Okay. Have you ever been asked by any drug |
| | 3  company to provide research -- research for the |
| | 4  development of a specific COX-2 inhibitor? |
| | 5  A. No. |
| | 6  Q. Sir, in your -- your research is it |
| | 7  generally true that you develop a hypothesis and |
| | 8  then you go about attempting to test that |
| | 9  hypothesis? |
| | 10  A. Generally a lot of people think we -- we |
| | 11  generate hypotheses and then go and test them. |

|||
|---|---|
| | 12   Generally what we have are questions.  And so we go<br>13   and answer the questions.  And you get the answer to<br>14   the question you asked, but you generate more<br>15   questions.  And then you go and find answers to<br>16   them.<br>17       Q.  Have you ever participated in human clinical<br>18   trials?<br>19       A.  No. |
| [24:4] – [24:15] | 6/7/06 Flavahan, Nicholas A., Ph.D<br><br>Page 24<br>4        Q.  Were you ever consulted by Merck with regard<br>5   to the development of Vioxx?<br>6        A.  Attended a Merck consultant conference once,<br>7   but it wasn't specifically related to -- to Vioxx or<br>8   COX-2.<br>9        Q.  When was the conference in -- in which you<br>10   were invited to participate by Merck?<br>11       A.  I don't keep track of it in my -- my resume,<br>12   so I don't remember.<br>13       Q.  Would it be fair to say it was not within<br>14   the last five years?<br>15       A.  No.  Yeah.  It's fair to say that. |
| [27:2] – [27:6] | 6/7/06 Flavahan, Nicholas A., Ph.D<br><br>Page 27<br>2        Q.  When were you first contacted by either a<br>3   Merck employee or by lawyers for Merck and asked to<br>4   look at Vioxx as a specific COX-2 inhibitor?<br>5        A.  I was approached -- it would have been, I<br>6   think, December of 2005. |
| [28:22] – [31:17] | 6/7/06 Flavahan, Nicholas A., Ph.D<br><br>Page 28<br>22       Q.  Okay.  Did your role -- consulting role<br>23   change at all from the initial consultation question<br>24   of the role of COX-2 and the pharmacologic<br>25   metabolism of Vioxx?<br>0029<br>1             MR. KREPS:  Object to the form of the<br>2   question.<br>3        A.  (Continuing) That was the pharmacological<br>4   mechanism of action of Vioxx.<br>5        Q.  Sorry.<br>6        A.  It has stayed the same.<br>7        Q.  I'm sorry?<br>8        A.  It has stayed the same.<br>9        Q.  Okay.  Have you received from Merck the<br>10   results of their personal preclinical pharmacology?<br>11       A.  All I've reviewed are the published<br>12   literature, so I haven't received anything<br>13   from -- from Merck.<br>14       Q.  Did -- did you ask Merck if they had any |

```
15  reports of preclinical studies, results, and
16  opinions?
17     A. I haven't spoken directly to anyone from
18  Merck.
19     Q. Okay. Is the preclinical information
20  conducted by Merck that was not part of the
21  published literature something that you would be
22  interested in seeing to form opinions?
23     A. No.
24     Q. Okay. Have you ever asked Merck if they had
25  any preclinical information that raised the
0030
1   potential for cardiovascular risk with Vioxx?
2      A. No.
3      Q. Have you ever asked Merck if they had
4   outside consultants who raised with them the
5   potential for excess cardiovascular events with
6   Vioxx?
7      A. As I said, I haven't spoken to anyone from
8   Merck and I haven't asked them for any data.
9      Q. Well, when I say "Merck" I'm including their
10  attorneys, because under our system the attorneys
11  can be asked and they can go get company documents.
12  So my question would -- when I say "Merck," would
13  encompass the attorneys, as well.
14     A. Right.
15     Q. Is your answer the same?
16     A. The same.
17     Q. Were you ever given the record of the
18  meeting of the scientific advisors to Merck on Vioxx
19  in May 1998?
20     A. No.
21     Q. Do you know who were outside consultants for
22  Merck prior to the drug being approved in 1999?
23     A. No.
24     Q. Are you familiar by reputation with John
25  Oates?
0031
1      A. I've read some of his manuscripts.
2      Q. Is he a well-respected authority in COX-1,
3   COX-2 inhibition?
4      A. I this he's a very respected scientist, yes.
5      Q. Garrett FitzGerald, same question. Is he a
6   well-respected scientist in the area of COX-1, COX-2
7   inhibition?
8      A. I think he's considered a good scientist,
9   yes.
10     Q. Carlo Patrono. Do you know him?
11     A. Again, I know his manuscripts.
12     Q. Okay. Is he considered by reputation, in
13  your view, to be an expert in COX-1, COX-2
14  inhibition?
15     A. Again, he's written a lot of manuscripts in
16  the area and I think he would be considered an
17  expert, yes.
```

| | |
|---|---|
| [34:4] – [34:8] | 6/7/06 Flavahan, Nicholas A., Ph.D |

Page 34
4    Q. Have you seen any documents relating to the
5   internal research by Merck into whether or not Vioxx
6   can initiate or accelerate the development of
7   atherosclerotic disease?
8      A. I have seen no internal documents.

| | |
|---|---|
| [45:11] – [46:16] | 6/7/06 Flavahan, Nicholas A., Ph.D |

Page 45
11    Q. Okay. And there's no mention of any of the
12   published literature on clinical trials in --
13   involving Vioxx in your report. Is that also true?
14      A. I'm not sure if any of the clinical trials
15   actually are referenced in the report, no.
16    Q. Did you reference the publication of the
17   VIGOR report in your expert opinions?
18      A. I don't think it's in there, no.
19    Q. Did you reference the APPROVe publication in
20   your report?
21      A. I don't think it's in there.
22    Q. Did you reference the intention to treat
23   data that has recently been submitted by Merck
24   within the last couple of weeks regarding the
25   approved trial patients?
0046
1      A. I don't think that's in there, no.
2    Q. Have you reviewed any of the
3   intention-to-treat data that has been released by
4   Merck in the last two weeks?
5      A. No.
6    Q. Do you know what is meant by intention to
7   treat?
8      A. No.
9    Q. Sir, do you -- strike that.
10          You have not commented in your report about
11   statistically significant excess cardiovascular
12   events, including heart attacks, in any of the
13   randomized clinical trials involving Vioxx. Is that
14   true?
15       A. I have not commented on the results of any
16   of the clinical trials, that's right.

| | |
|---|---|
| [47:2] – [49:8] | 6/7/06 Flavahan, Nicholas A., Ph.D |

Page 47
2    Q. Sir, do you have the expertise to deny that
3   Vioxx has caused statistically significant increased
4   cardiovascular events, including MIs, in several of
5   their randomized clinical trials?
6           MR. KREPS: Object to the form of the
7   question.
8      A. (Continuing) I've looked at the clinical
9   trials. Actually scanned them early on in this

10  process. And my participation in these events is
11  actually to look at mechanisms, pharmacological
12  action of Vioxx, the role of COX-2 within the blood
13  vessel wall. So I -- I have the ability to discuss
14  what may be happening in the blood vessel with
15  regard to atherosclerosis. I am not involved in the
16  design or assessment or analysis of clinical trials.
17  And so I will not be discussing the clinical trials.
18  But I will be discussing the action of these agents
19  in the blood vessel wall and the role of COX-2 in
20  the blood vessel wall.
21      Q. Sir, do you disagree that randomized
22  clinical trials involving Vioxx, including VIGOR and
23  APPROVe, produced a statistically significant
24  increase of cardiovascular events including heart
25  attacks?
6/7/06 Flavahan, Nicholas A., Ph.D

Page 48
1           MR. KREPS: Objection, form of the
2  question.
3      A. (Continuing) My primary concern in looking
4  at the manuscripts and those clinical trial
5  transcripts was to look at the mechanisms that were
6  being discussed within the papers. I did not
7  address the statistical significance or the actual
8  interpretation of the data.
9      Q. My question was: Do you deny that there
10  were statistically significant excess of CV events
11  including MIs in randomized clinical trials
12  involving Vioxx, including VIGOR and APPROVe?
13      A. As I said, I'm not here to discuss the
14  results or interpretation of the clinical trials.
15      Q. And I take it by that, sir, you -- you do
16  not disagree with the proposition that there were
17  statistically significant excess cardiovascular
18  events, including MIs, in randomized clinical trials
19  involving Vioxx?
20          MR. KREPS: Objection, form of the
21  question.
22      A. (Continuing) I'm not here to discuss or
23  interpret the clinical trials.
24      Q. You have no opinion one way or the other,
25  based on randomized clinical trials of Vioxx,
0049
1  whether or not Vioxx causes excess cardiovascular
2  events, including MIs. Is that your testimony?
3          MR. KREPS: Objection, form of the
4  question.
5      A. (Continuing) I have opinions with regard
6  to -- Vioxx does within humans and within blood
7  vessels. I have no opinions regarding the con --
8  conduct or interpretation of the clinical trials.

| | |
|---|---|
| [53:9] – [54:4] | 6/7/06 Flavahan, Nicholas A., Ph.D |

Page 53
9    Q. Isn't the gold standard for the effects of a
10   drug, beneficial or adverse, a randomized
11   placebo-controlled clinical trial?
12       A. Everything has its place. One of the most
13   important things to do is understand the mechanisms
14   of how key mediators work within the body and how
15   pharmacological agents interfere with those
16   mechanisms.
17       Q. My question, Doctor, is: In the hierarchy
18   of science-based evidence for the beneficial or
19   adverse effects of a drug, is the placebo-randomized
20   clinical trial the gold standard for determining
21   that question?
22             MR. KREPS: Objection to form of the
23   question.
24       A. (Continuing) As I said, everything has its
25   place. Placebo-controlled trials, if conducted
0054
1    correctly, give important information.
2        It is also important to understand, as I
3    said, the mechanisms actually happening within the
4    human body.

| | |
|---|---|
| [57:13] – [60:11] | Flavahan, Nicholas A., Ph.D |

Page 57
13       Q. Doctor, in your opinion of Vioxx, do you
14   consider at all the results of the randomized
15   clinical trials involving Vioxx?
16       A. As I said, I am not involved in the design
17   or the interpretation of clinical trials. My role
18   in these proceedings is to discuss the mechanisms of
19   COX-2 action within the blood vessel wall and the
20   pharmacological action of Vioxx and other COX-2
21   inhibitors.
22       Q. I understand. What my question is -- is
23   your opinion or opinions regarding the plausible
24   mechanisms of Vioxx mechanism of action entirely
25   independent of any evidence produced in the

6/7/06 Flavahan, Nicholas A., Ph.D

Page 58
1    randomized clinical trials involving Vioxx?
2        A. As far as I'm aware, the randomized clinical
3    trials were not getting at mechanism. Now, I have
4    not analyzed the results of the clinical trials.
5    It's not what I do. That -- my role in these
6    proceedings is to look at the mechanisms of COX
7    activity within the blood vessel wall in the action
8    of the -- of the inhibitors.
9        Q. I understand that, Doctor.
10   My question is a simple one. In forming

11  your opinions that are contained in the expert
12  report of May 31, 2006 did you look at, consider in
13  any way the results of the randomized clinical
14  trials involve -- involving Vioxx?
15      A. I looked to the clinical trials manuscripts
16  to see what mechanisms they were discussing within
17  the studies. I did not analyze them. I did not
18  review the interpretations of the studies.
19      Q. Doctor, did the statistically significant
20  excess of cardiovascular events, including MIs,
21  found in VIGOR and APPROVe form any part of your
22  consideration of the plausible biological mechanism
23  of action of Vioxx?
24          MR. KREPS: Objection to form of the
25  question.
0059
1       A. (Continuing) As I said, I did not review or
2   assess the interpretation of those clinical trials.
3       Q. So would the answer be yes, those clinical
4   trials were not part -- or considered by you
5   in -- in developing an opinion about the plausible
6   biological mechanism of action of Vioxx?
7       A. My answer is that I looked to the -- the
8   clinical trials to look at them with regard to
9   mechanisms. I did not review the design of the
10  clinical trials or the interpretations contained
11  within the clinical trials.
12      Q. Doctor --
13      A. It's not what I do.
14      Q. I --
15      A. As I said -- is on the mechanisms.
16      Q. I understand that, Doctor.
17          MR. WEISS: The answer is not
18  responsive to the question.
19      Q. (By Mr. Hornbeck, continuing) Doctor, I
20  understand your answer. What I'm simply trying to
21  get is a "yes" or "no" as to whether or not the
22  randomized clinical trials including VIGOR and
23  APPROVe were considered by you at all in reaching
24  any opinions as to the biological mechanism of
25  Vioxx, those opinions contained in Exhibit 2?

Flavahan, Nicholas A., Ph.D

Page 60
1           MR. KREPS: Objection to form. It's
2   been asked and answered about four times.
3       Q. (By Mr. Hornbeck, continuing) "Yes" or "no"?
4       A. I look at the clinical trial manuscripts
5   from a mechanism standpoint to try and understand
6   that aspect of the studies. I did not review the
7   design or the interpretation of the studies.
8       Q. Did you look at the results of VIGOR, the
9   results of APPROVe?
10      A. As I said, I did not review how they were
11  designed and the interpretation of the results, no.

22  Q. Sir, my -- my understanding of your
23  testimony before was that you looked at the
24  New England Journal publication of the VIGOR study,
25  correct?
0061
1   A. As I said, I read the papers.
2   Q. Okay. When you looked at it did you notice
3  that there was a five-fold excess of MIs with Vioxx
4  versus Naproxen?
5   A. To be honest with you, I concentrated on the
6  introduction and the discussion. I was looking at
7  it from a mechanism-based standpoint. I did not
8  review carefully the design, the results, or the
9  interpretation of the studies.

[81:22] – [83:4]      6/7/06 Flavahan, Nicholas A., Ph.D

Page 81
1  NSAIDs, Naproxen and indobufen, for long-term
2  effective inhibition of platelet COX-1, correct?
3   A. Correct.
4   Q. And is it your view that indobufen inhibits
5  platelet-derived thromboxane by 95 percent or
6  better?
7   A. I reviewed the specific pharmacology and
8  actions of Naproxen in -- in human volunteers.
9       The indobufen -- I got that information from
10  Patrono's review.
11   Q. Okay. Do you know anything about the
12  biologic mechanism of action of indobufen compared
13  to aspirin?
14   A. I think indobufen and Naproxen are both
15  reversible inhibitors, whereas aspirin is an
16  irreversible inhibitor.
17   Q. Is the action of indobufen, even though
18  reversible, similar in nature to the biologic
19  neck -- mechanism of action of low-dose aspirin?
20   A. The mechanism, by virtue of how they act
21  with the enzyme, is going to be different.
22   Q. Okay. With regard to Naproxen, what study
23  or studies did you look at to determine whether or
24  not Naproxen has an aspirin-like cardioprotective
25  effect?
0082
1   A. The -- the data that's contained in the
2  references there includes analysis of the inhibitory
3  effects of Naproxen on platelet aggregation and --
4  as well as the release of thromboxane from the
5  platelets at various times during its therapeutic
6  administration. And it -- it basically provides the
7  same degree or similar degree of inhibition as
8  low-dose aspirin.
9   Q. Is the -- there any study, other than --
10  than the Van Hecken study, that attempts to measure
11  the platelet-derived thromboxane inhibition by
12  Naproxen?

|   |   |
|---|---|
|   | 13   A. Yeah, there's a few there. We can go<br>14   through the references, if you want me to find them.<br>15      Q. Okay. Did you review the Van Hecken study?<br>16   A. I read the Van Hecken study, yeah.<br>17      Q. Okay. Did the Van Hecken study describe a<br>18   mean of platelet inhibition or did -- or did they<br>19   describe individual patients?<br>20   A. We'd have to look at the paper.<br>21      Q. I'm wondering if you can recall that, as we<br>22   sit here now.<br>23   A. I can't recall.<br>24      Q. Okay. Do you recall any subsequent studies<br>25   to Van Hecken in which there was individual patient<br>0083<br>1   variability in terms of the Naproxen effect of<br>2   inhibiting platelets at whatever percentage it did?<br>3   A. It may be contained within the references I<br>4   have in the report, but I can't recall that here. |
| [194:23] – [195:1] | 6/7/06 Flavahan, Nicholas A., Ph.D<br><br>Page 194<br>23      Q. Yeah. If -- your -- your -- your position<br>24   now, today, is that Vioxx is not cardiotoxic,<br>25   correct?<br>0195<br>1   A. That's correct. |
| [213:24] – [214:2] | 6/7/06 Flavahan, Nicholas A., Ph.D<br><br>Page 213<br>24      Q. Okay. Just so I'm clear then, it's your<br>25   testimony that Vioxx has been demonstrated not to<br>0214<br>1   increase vascular thrombotic events, correct?<br>2   A. That's correct. |
| [215:9] – [215:16] | 6/7/06 Flavahan, Nicholas A., Ph.D<br><br>Page 215<br>9      Doctor, aside from the specific term of<br>10   vascular thrombotic events, do you have any opinions<br>11   whether Vioxx increases cardiovascular adverse<br>12   events, in general?<br>13   A. It's my opinion that based on the data<br>14   that -- I have reviewed for the report, that there's<br>15   no evidence that a Vioxx increases or causes adverse<br>16   cardiovascular events. |
| [252:2] – [252:16] | 6/7/06 Flavahan, Nicholas A., Ph.D<br><br>Page 252<br>2   Q. Is -- is it true that you have never been<br>3   asked by Merck to serve as a consultant to either<br>4   Vioxx or any of its other COX-2 inhibitors?<br>5   A. Apart from these proceedings, no. |

```
6    Q. Okay. You only became involved with Vioxx
7  when you were asked to serve as a paid Merck expert,
8  correct?
9    A. That's -- well, I read about it in the
10 world's literature, but personally involved in it
11 with regard to Merck, you're correct.
12   Q. Okay. And -- and you've never published any
13 research or -- or medical literature specifically in
14 reference to Vioxx, have you?
15   A. We've used other COX inhibitors in our
16 publications. We haven't used Vioxx.
```

[263:2] – [263:14]    6/7/06 Flavahan, Nicholas A., Ph.D

```
Page 263
2       Did you formulate your opinion that the use
3  of Vioxx did not increase atherogenesis or
4  atherosclerotic progression before December of 2005
5  or after December 2005, when you were hired by
6  Merck?
7    A. I had been looking at data manuscripts
8  dealing with cyclooxygenase and prostaglandin E
9  activity within atherosclerotic blood vessels. So I
10 already had some concept and some understanding of
11 what was going on.
12      Specifically with regard to Vioxx, I
13 probably didn't focus on Vioxx until after
14 December 2005.
```

[264:20] – [265:9]    6/7/06 Flavahan, Nicholas A., Ph.D

```
Page 264
20   Q. (By Mr. Sizemore, continuing) Okay. Doctor,
21 is it fair to say that you have never published in a
22 peer reviewed medical journal your conclusions that
23 Vioxx is not proatherogenetic and does not increase
24 atherosclerotic lesion formation?
25   A. That is a double negative in there.
0265
1  That -- I have not published any manuscripts that
2  addresses the actions of Vioxx on the cardiovascular
3  system.
4       Does that cover it? That means you don't
5  need --
6    Q. Excluding atherogenesis?
7    A. Specifically with -- specifically with
8  regard to Vioxx and atherogenesis I have not
9  published anything.
```