IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| | Section L |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v.<br>MERCK & CO., INC. | Mag. Judge Knowles |

### ORDER GRANTING PLAINTIFF CHARLES LARON MASON'S MOTION TO EXCLUDE THE OPINION TESTIMONY OF NICHOLAS FLAVAHAN, Ph.D.

On this day, the Court considered Plaintiff Charles Laron Mason's Motion to Exclude the Opinion Testimony of Nicholas Flavahan, Ph.D., and after reviewing the pleadings and evidence and hearing arguments of counsel, is of the opinion that said Motion should be GRANTED.

_____
Judge Eldon E. Fallon