```
 1     IN THE UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3  IN RE:  DIET DRUGS
    (Phentermine/Fenfluramine/
 4  Dexfenfluramine) PRODUCTS LIABILITY
    LITIGATION.
 5
 6             NO:  MDL NO. 1203
 7
 8
 9
10    DEPOSITION OF JANET BIXBY ARROWSMITH-LOWE, M.D.
                  March 12, 2004
11                  8:22 a.m.
              Montgomery & Andrews
12             325 Paseo de Peralta
              Santa Fe, New Mexico
13
14
          PURSUANT TO THE FEDERAL RULES OF CIVIL
15  PROCEDURE, this deposition was:
16  TAKEN BY:  MR. EDWARD F. BLIZZARD
          Attorney for Plaintiffs' Management
17          Committee
18  REPORTED BY:
          Mary Abernathy Seal, RDR, CRR, CCR 69
19          Bean & Associates, Inc.
          Professional Court Reporting Service
20          500 Marquette, Northwest, Suite 280
           Albuquerque, New Mexico 87102
21

22  (3156R) MAS
```

81

1     MR. BLEAKLEY: If you're going to change
2 to a new subject, why don't we take a short break?
3     MR. BLIZZARD: Sure.
4     THE WITNESS: That's a good idea.
5     MR. BLEAKLEY: I need one. I don't know
6 whether anyone else does.
7     (A recess was taken.)
8   Q   (By Mr. Blizzard) Dr. Arrowsmith-Lowe, we
9 took a short break. Are you ready to proceed?
10    A   Yes.
11    Q   I want to switch gears and talk to you
12 about the field of epidemiology. As I understand,
13 you consider yourself an expert in that field; is
14 that correct?
15    A   Yes.
16    Q   Are you aware of what the requirements are
17 for a Ph.D. in epidemiology?
18    A   In general terms, yes.
19    Q   What are those requirements?
20    A   Well, it's a two-or-three-year program,
21 and you generally need to produce a thesis and
22 defend a thesis, and the didactics can be in
23 whatever area of interest is your greatest area of
24 interest, whether it's infectious disease, chronic
25 disease, statistics, and so forth.

82

1    Q   Okay. Are there various prestigious
2 institutions around this country where you could
3 obtain such a degree?
4    A   A Ph.D., yes.
5    Q   Yes.
6    A   Uh-huh.
7    Q   And have you sought or obtained such a
8 degree in epidemiology?
9    A   No.
10   Q   Do you know what the requirements are for
11 a master's of science in epidemiology?
12   A   In general, yes.
13   Q   And what are those?
14   A   Well, it's, again, a program of didactic
15 teaching and informal classes. And again, it
16 depends upon the area of interest that a person
17 might have in pursuing a master's, either an MPH or
18 an MS in epidemiology. It's usually about a
19 two-year program.

20   Q   And are there institutions around the
21 country at which you can obtain a master of science
22 in epidemiology?
23   A   Yes, various types of master's degrees in
24 epidemiology.
25   Q   And you do not have such a degree, do you?

83

1   A   That's correct.
2   Q   Now, what formal classes or courses have
3 you taken in epidemiology at a university?
4   A   Well, I have taken two or three classes at
5 Johns Hopkins University in epidemiology and
6 clinical trials.
7   Q   Do you know the course number?
8   A   No.
9   Q   Do you know the title of the course?
10   A   Not specifically.  I mean, something like
11 "General Principles" was the first one, with George
12 Comstock.  And then I took another course in
13 clinical trials.  I don't remember the professor.
14   Q   Okay.
15   A   It may have just been those two at Johns
16 Hopkins.
17   Q   "General principles" taught by George
18 Comstock?
19   A   Yes.
20   Q   How many course hours?
21   A   I don't recall.  It was in the summer
22 program at Johns Hopkins.
23   Q   Did you receive credit hours for this
24 course?
25   A   I don't think so.  I think I -- I don't

84

1 think I applied for credit hours.  I was taking it
2 as part of my job training at FDA.
3   Q   Were there other people in the class who
4 were taking it as part of an organized degree
5 program at Johns Hopkins?
6   A   That I don't know.
7   Q   Okay.  How was your performance in the
8 course evaluated?
9   A   We had -- we were broken into groups and
10 each had -- each group had a -- I believe it was an
11 infectious disease problem to evaluate and to come
12 up with an appropriate -- what we thought would be
13 an appropriate means to evaluate the association

14  between -- or to determine what the exposure might
15  have been, as I recall. And so we -- each group
16  presented their findings or their consensus to the
17  class as a whole.
18      Q   Was there -- were there grades that were
19  assigned?
20      A   I don't remember that there were.
21      Q   Is there any certificate that you received
22  or diploma that you received for completing this
23  course?
24      A   Yes.
25      Q   Certificate or diploma?

                              85
1       A   It's a certificate.
2       Q   Do you still have it?
3       A   Yes.
4       Q   And what does the certificate say?
5       A   That I completed the course in whatever
6   the name of the course was.
7       Q   Okay. You tell me there were two. One
8   was "General Principles of Epidemiology"?
9       A   You know what? I know it was taught by
10  George Comstock. I'm not going to say that that was
11  the actual title, but I know it was George Comstock
12  who taught the course.
13      Q   And you said there was a second course,
14  and I'm not remembering that.
15      A   Correct. That was in clinical trials.
16      Q   Okay. How long was that course?
17      A   Again, it was in the summer
18  epidemiology -- during the summer epidemiology
19  program at Johns Hopkins.
20      Q   Okay. So did you take it at the same time
21  as you took the other course?
22      A   No, I took it one or two summers after
23  that.
24      Q   So was it for the entire summer?
25      A   It was for however long that program

                              86
1   normally runs, which is several weeks.
2       Q   So would it be less than the entire
3   summer, then?
4       A   Yes. I'm sure.
5       Q   Okay. And did you receive a certificate
6   for the completion of that course?
7       A   Yes, I did.

8   Q   Did you receive any grade?
9   A   Not that I recall.
10   Q   Are there any academic records that would
11 be available that would show your participation in
12 those courses?
13   A   I have no idea.
14   Q   So if we went to Johns Hopkins to try to
15 find whether you attended courses there, you don't
16 know whether we would be able to find that?
17   A   Well, I don't know how they keep their
18 records.
19   Q   Okay. Have you taken any other formal
20 epidemiology --
21       THE VIDEOGRAPHER:  Can we go off for a
22 second?
23       (A discussion was held off the record.)
24   Q   You have told us about the formal courses
25 at Johns Hopkins. Have you had any other formal

87

1 courses in epidemiology at any university?
2   A   Universities, no. I have had them at CDC,
3 FDA.
4   Q   Now, you touched on that in other
5 depositions, and I want to make sure I understand
6 the details. What formal training in epidemiology
7 did you have at CDC?
8   A   Well, the first month or so that I was at
9 CDC in Atlanta, all 75 or so Epidemic Intelligence
10 Service officers in the 1984 class had formal
11 training of several weeks' duration on principles of
12 epidemiology, how to -- how to conduct an
13 investigation, statistical methods. There were a
14 number of courses. It was five days a week for
15 several weeks. And then throughout the two years of
16 my training program, I returned to CDC for specific
17 courses and to do presentations related to those
18 courses.
19   Q   Okay. So let me make sure I understand.
20 During the first month or so of your work at CDC,
21 you spent several weeks in the classroom.
22   A   Correct.
23   Q   Okay. And that was five days a week.
24   A   Right.
25   Q   So that was part of your initial training,

88

1 was classroom work.

2   A   That's correct.
3   Q   And those would be on general epidemiology
4 principles?
5   A   And on statistics and --
6   Q   And then after that, you said, during your
7 time at CDC and at FDA you would periodically attend
8 courses at the CDC?
9   A   Well, yeah. During the two years of my
10 fellowship or training program in the Epidemic
11 Intelligence Service, we went back to CDC several
12 times for specific courses.
13       And then at FDA the -- either the
14 continuing education college group or our division
15 of epidemiology organized specific courses taught by
16 people like Ken Rothman. That's the person I
17 remember specifically, and I know other people, both
18 in the department and from the outside, also came in
19 and gave us courses in epidemiology and statistics.
20   Q   Let me take this one at a time. During
21 the two years of fellowship at CDC, how many
22 different courses did you attend which were
23 classroom courses?
24   A   I don't remember. Two or three. And most
25 of those, as I recall, we had presentations to make,

                              89
1 and there were other -- so two or three, maybe four,
2 during the two years, and that would have been after
3 the initial training.
4   Q   How long did they last, each one of them?
5   A   That's what I'm trying to remember. Maybe
6 up to five days. I don't really -- I don't remember
7 specifically.
8   Q   So they would have been up to five days of
9 classroom work; correct?
10   A   Yes.
11   Q   Were some of them one day long?
12   A   I don't remember. I don't believe there
13 were any that were just one day long.
14   Q   Did you receive any sort of university
15 credit for any of these courses?
16   A   I don't believe so.
17   Q   Was your performance evaluated in terms of
18 a grading system?
19   A   No, I don't believe so.
20   Q   Did you receive any certificate or
21 diplomas upon completion of any of these courses?

22  A   Well, I received a certificate after
23  completing the two years at the Epidemic
24  Intelligence Services, and those courses were part
25  of the requirements of the EIS training program.

                            90

1   Q   Okay. So in order to complete the
2  fellowship, there are specific course requirements;
3  correct?
4   A   That's my understanding, yes.
5   Q   So I should be able to go to the EIS and
6  find out at the time that you were there what were
7  the specific course requirements that had to be
8  completed in order to successfully get a certificate
9  from the fellowship.
10   A   I don't know. I went to the ones that I
11  was told I needed to go to. I really don't know how
12  it's structured, but if they keep records, they
13  should have records of my attendance.
14   Q   Was there a specific curriculum that you
15  were aware of?
16   A   Yes. We had to do -- I remember
17  specifically a course on surveillance and presenting
18  the postmarket drug surveillance safety system as an
19  example of public health surveillance.
20   Q   Okay.
21   A   And I recall a course in writing reports.
22   Q   Would this be among the two, three, or
23  four courses that you mentioned that you
24  successfully completed during your fellowship after
25  your initial training?

                            91

1   A   Yes.
2   Q   And now you also say that once you went to
3  FDA, there were some classroom courses that were
4  organized there.
5   A   Yes.
6   Q   And you specifically remember one taught
7  by Ken Rothman.
8   A   That's correct.
9   Q   How long was that course?
10   A   I don't recall that. I think it was two
11  or three days.
12   Q   Do you remember the subject?
13   A   It had to do with epidemiology, and I
14  don't remember the title of the course.
15   Q   Can you identify any other specific course

16 that you can recall attending while you were at FDA
17 that involved classroom work?
18     A    Well, I recall attending a course in the
19 use of the Medicaid database that actually was
20 conducted offsite at the COMPASS headquarters in
21 Rosslyn, Virginia, and I think that was a
22 two-or-three-day course and I think we got a
23 certificate upon successful completion of that
24 course.
25         I have taken clinical trial -- something

                              92

1 like -- it was a seminar that was conducted, I
2 believe, on a weekly basis by Dr. Robert Temple and
3 Bob O'Neill, and it had to do with issues in
4 clinical trials. And I know I have taken other
5 courses. I just don't remember the titles.
6     Q    Do you have a record of them anywhere?
7     A    I may have somewhere in some old files,
8 you know, because with the Public Health Service, we
9 basically had to account for any absence from our
10 duty stations. So I may have some of those travel
11 vouchers or whatever.
12    Q    You said there was a weekly seminar
13 conducted by Bob Temple and someone else?
14    A    Robert O'Neill.
15    Q    How long did that last?
16    A    I think that was an ongoing -- I know I
17 attended it throughout most of one year, and I
18 believe it had been organized prior to that and
19 continued on. I don't know if it's still ongoing or
20 not.
21    Q    Have you had any formal training in the
22 design of epidemiologic studies?
23    A    Yes.
24    Q    Tell me the courses and who taught them.
25    A    Well, the courses that -- the first

                              93

1 several weeks at CDC would have been on the design
2 of clinical trials -- of epidemiologic trials.
3     Q    What kinds of epidemiologic trials were
4 you -- did you receive formal training in the design
5 of?
6     A    Well, case control, cohort, clinical
7 trials, prospective epidemiology trials intended to
8 look at chronic diseases. We had courses in setting
9 up surveillance systems, which are a form of

10 epidemiology. Infectious disease. Looking at
11 developing a study to evaluate potential outbreaks
12 of infectious diseases, of toxic exposures.
13     We had a whole host of courses and small
14 seminars in the design of epidemiologic studies.
15   Q   Okay. Tell me the specifics of each of
16 those. When, where?
17   A   Again --
18   Q   For how long?
19   A   Again, at the beginning of my training
20 program at CDC for several weeks we had a number of
21 courses related to the design of epi studies, how to
22 administer a questionnaire, how to devise a
23 random-number-generating table. We actually did a
24 mock survey for an outbreak of water-borne illness,
25 gastroenteritis. I mean, the Rothman course was --

                              94
1   Q   Wait a minute. I'm sorry to interrupt
2 you. I was -- before you get over into another
3 setting, I was asking the when and where of each
4 course. So you told me -- I was asking you, when
5 did you take formal training --
6   A   Uh-huh.
7   Q   -- in the classroom on the design of case
8 control studies. When was that?
9   A   That would have been in the first few
10 weeks of my EIS training.
11   Q   Okay. How about on the design of cohort
12 studies?
13   A   Again, specifically that would have been
14 in the EIS training. I know that the Comstock
15 course also involved case control, as I recall.
16   Q   And how to design one; right?
17   A   Correct. And how to analyze the data.
18 And how to account for biases and how to develop --
19 how to randomize or develop controls. And what are
20 the issues that you match on. What are the
21 limitations of matching, and so forth. And strength
22 and limitations of matching.
23     And part of my training at -- in terms of
24 formal courses, the Hopkins course, the EIS training
25 courses, the beginning of the program, I believe

                              95
1 Rothman talked about the design and analysis of epi
2 studies. I don't remember whether it was just case
3 control or cohort.

    4    Q   Okay.
    5    A   Restricted to one or the other.
    6    Q   Okay. So when was it that you
    7  specifically studied about the design of clinical
    8  trials?
    9    A   That would have been in the course work at
   10  Johns Hopkins and during the seminar with Drs.
   11  Temple and O'Neill.
   12    Q   Okay. And the Johns Hopkins work is the
   13  course that you -- courses that you described
   14  previously?
   15    A   If we're talking about clinical trials,
   16  there was one course I took at Hopkins that
   17  specifically addressed clinical trials.
   18    Q   All right.
   19    A   While I was -- as part of my orientation
   20  at FDA, when I went to the review division, the
   21  premarket review division, as I recall, we also -- I
   22  also had orientation sessions addressing some issues
   23  in clinical trials.
   24    Q   Okay. Have you had any formal training in
   25  the statistical analysis and interpretation of data
                                96
    1  from epidemiologic research?
    2    A   That's basically -- yes, I have.
    3    Q   Is it the same courses you have told us
    4  about previously?
    5    A   Yes. And then the training that I had on
    6  the job at FDA, particularly in the premarket review
    7  division.
    8    Q   Okay. Now, are you a member of the
    9  American College of Epidemiology?
   10    A   Yes, I am.
   11    Q   And when did you become a member?
   12    A   In April of 2002.
   13    Q   As I recall your testimony in Beaumont was
   14  that you were invited to be a member?
   15    A   Yes, I received an e-mail asking if I
   16  would be interested in applying to the American
   17  College of Epidemiology.
   18    Q   And who issued the invitation?
   19    A   It came as a result of my rejoining the
   20  American Public Health Association.
   21    Q   Okay. So when you joined the American --
   22  or rejoined the American Public Health Association,
   23  you received an e-mail invitation from the American

24  College of Epidemiology; correct?
25      A    Well, I don't remember whether it was from

                                97

1   the American College of Epidemiology, but it was
2   recommending that I might be a candidate for
3   membership based on the qualifications and my CV
4   that I had submitted to APHA.
5       Q    And do you know what the criteria were for
6   membership?
7       A    Yes. You know, a paraphrase would be a
8   doctoral degree in epidemiology or some other
9   related scientific area, including an MD.
10  Specifically the additional training under the
11  supervision -- with supervision by an
12  epidemiologist. And it had to do with contribution
13  to -- scientific contribution to the field of
14  epidemiology. That's just a paraphrase. I don't
15  know if there were other specifics.
16      Q    Your CDC work is what qualified you to
17  become a member; correct?
18      A    Well, my FDA and CDC work and the
19  publications that I was involved with both during my
20  tenure and subsequently.
21      Q    Are you a member of the American College
22  of Epidemiology or a fellow?
23      A    I'm a member.
24      Q    Okay. There are specific criteria for
25  becoming a fellow, aren't there?

                                98

1       A    Well, the criterion that I'm aware of is
2   that you are invited to become a fellow.
3       Q    Right. And you're invited if you are
4   distinguished by a significant and sustained
5   contribution to the profession through research or
6   through a leadership role; correct?
7       A    I don't recall. If you have read that off
8   of the web site, then that's probably accurate.
9       Q    Okay. And you do not meet those criteria,
10  do you?
11      A    I haven't been invited to join.
12      Q    You have talked about your publications in
13  the field.
14      A    Uh-huh.
15      Q    Have you ever designed a controlled
16  epidemiologic study that has been in a peer-reviewed
17  journal?

18   A   Yes.
19   Q   Okay. Tell me which of your publications
20 was a controlled epidemiologic study that was
21 published in a peer-reviewed journal.
22   A   Let's see. The Spengler-Arrowsmith-
23 Kilarski study was a controlled study, case
24 controlled study. I believe --
25   Q   So that was a case-controlled study and

99

1 not a case series?
2   A   That's correct.
3   Q   Okay.
4   A   And I have a number of cohort studies, as
5 well.
6   Q   What are -- what other case-controlled
7 studies do you have that you designed that are
8 published in peer-reviewed journals?
9   A   I believe that's the -- that is the
10 case-controlled study that I was involved with and
11 in the design and administration of the study.
12   Q   Were you involved in any -- have you been
13 involved in cohort studies that have been published?
14   A   Yes.
15   Q   And could you please identify the cohort
16 studies for me?
17   A   The Arrowsmith-Faich-Tomita, et al.,
18 morbidity and mortality among low-birth-weight
19 infants exposed to E-Ferol, and the ASGE FDA
20 collaborative study on complication rates and drug
21 use during endoscopy.
22   Q   Okay. Any others?
23   A   No. Those are the -- I believe that's
24 correct.
25   Q   Is there any other epidemiologic study

100

1 which you have had published in a peer-reviewed
2 medical journal?
3   A   I have had some case reports and the
4 Trends in Aspirin Use in Reye's Syndrome Reporting
5 is considered an epidemiologic study.
6   Q   Okay.
7   A   It's a trend analysis.
8   Q   How about the case report?
9   A   Well, a case report would be the New
10 England Journal article on thrombocytopenic purpura.
11 And there were others. Let's see.

12   Q   Before you go to the others, do you
13 consider case reports or case series to be
14 epidemiologic studies?
15   A   They're not, strictly speaking, studies,
16 but they are epidemiologic data. A trend analysis
17 would be considered an epidemiologic study.
18   Q   Okay. So case reports you would not say
19 would be an epidemiologic study, but you would say
20 they were epidemiologic data; correct?
21   A   They are -- yes.
22   Q   Okay.
23   A   They're not -- yes, they're a form of
24 epidemiologic data or evidence, yes.
25   Q   Okay. I'm sorry. I didn't mean to

                              101

1 interrupt you. You were continuing with review of
2 your publications or wanting to add something.
3   A   Pardon?
4   Q   I thought you were continuing with your
5 review and wanting to add something after you talked
6 about your case reports.
7   A   No. I have a couple of case series.
8   Q   Okay. When -- have you ever had any study
9 that you have been involved in published in an
10 epidemiology journal?
11   A   Well, the PHS statement on HIV management
12 of HIV exposure, occupational exposure, was
13 published in MMWR, which is considered to be a --
14 basically the epidemiologic reporting tool of the
15 Centers for Disease Control. And other than the two
16 book chapters that were in epidemiologic texts, I
17 think that -- I think that's how I would answer
18 that.
19   Q   Of course. Okay, but specifically you
20 have not had any studies, epidemiologic studies,
21 published in any epidemiologic journal; correct?
22   A   Not in a peer-reviewed journal; that's
23 correct.
24   Q   Okay. Now, since 1985, I count four
25 papers that you have published in peer-reviewed

                              102

1 journals; is that accurate?
2   A   I haven't counted them up.
3   Q   Okay. Well --
4   A   Since 1985?
5   Q   Yes.

 6    A    No. There are nine.
 7    Q    Okay. I miscounted. Since -- and how
 8  many of those nine are epidemiologic studies?
 9    A    Well, one is the silicon breast implant
10  review where we did basically a literature review.
11    Q    Right. That's not an epidemiologic study,
12  though, is it?
13    A    It's considered an epidemiologic analysis.
14  The ASGE FDA study, E-Ferol. You're asking me which
15  ones are studies.
16    Q    Epidemiologic studies.
17    A    Correct. The Spengler-Arrowsmith Archives
18  of Internal Medicine. "Trends in Aspirin Use" that
19  was published in Pediatrics. I would say those are
20  the ones that are studies.
21    Q    Now, would you agree that publishing the
22  results of epidemiologic research has not been a
23  major activity of yours?
24    A    Not since I left FDA; that's correct. Or
25  left the Public Health Service; that's correct.

                                103
 1    Q    Well, even when you were at the Public
 2  Health Service, the publication of results of
 3  epidemiologic studies during that 12 years was not
 4  one of your major activities, was it?
 5    A    When I -- overall, no.
 6    Q    Now, you're not a member of the Society
 7  for Epidemiologic Research; is that correct?
 8    A    That's correct.
 9    Q    And are you a member of the American
10  Epidemiology Society?
11    A    No.
12    Q    Is that the premier society in this
13  country for epidemiologists?
14    A    I don't know that I would say that.
15    Q    Okay. Which would you say would be the
16  premier epidemiology society?
17    A    Well, I would say the American College is
18  an important epidemiologic society. SER is an
19  important epi society. In my sort of subspecialty
20  of pharmacoepidemiology, the International Society
21  is considered to be probably the most important
22  professional society.
23    Q    And you joined that this past year;
24  correct?
25    A    This past year, yes.

104

1  Q   And were you invited to join?
2  A   No. I basically decided to join it.
3  Q   Is there any criteria that you must meet
4  in order to be a member?
5  A   Not that I'm aware of.
6  Q   Have you ever presented a paper at any
7  epidemiological society meeting?
8  A   Well, I have presented papers at the
9  American Public Health Association and at the CDC
10 annual Epidemic Intelligence Service convention,
11 conference. I have presented at the -- I don't
12 remember whether the Hospital Epidemiology Society.
13 I don't remember -- I think it's SHER or something
14 like that.
15 Q   Okay. So have you presented any study
16 results at the Society for Epidemiologic Research?
17 A   No.
18 Q   Or at the American Epidemiology Society?
19 A   No.
20 Q   Or at the International Society of
21 Pharmacoepidemiology?
22 A   No.
23 Q   Or the American College of Epidemiology?
24 A   No.
25 Q   Now, let me ask you a little bit about

105

1  your experience as a litigation expert. You have
2  worked for a number of pharmaceutical companies as
3  an expert in connection with litigation against
4  them?
5  A   Yes, I have served as a consultant, and
6  most of it has ended up as expert witness work,
7  that's correct.
8  Q   You have been retained by Wyeth in the
9  diet drug litigation; correct?
10 A   Yes.
11 Q   And have worked continuously for Arnold &
12 Porter in connection with that litigation since
13 1999; correct?
14 A   Well, off and on, but yes.
15 Q   You have also been retained by Wyeth to
16 work as an expert for them in phenylpropanolamine
17 cases; correct?
18 A   American Home, yes, that's correct.
19 Q   Oh, you worked for American Home Products

20  on that?
21     A   That's what I understand. The litigation
22  is to do with American Home.
23     Q   I thought they changed their name to
24  Wyeth.
25     A   I don't know. All of the cases are versus

                              106

1   American Home. American Home.
2      Q   And how long --
3      A   That I'm aware of.
4      Q   I'm sorry. How long have you been an
5   expert for them?
6      A   I think I have worked for them for two or
7   three years. I don't recall exactly.
8      Q   And then you have worked for the Bayer
9   Corporation on litigation involving the drug Baycol;
10  correct?
11     A   Yes, that's correct.
12     Q   And for how long have you worked for
13  Bayer?
14     A   I don't remember exactly when I started
15  working for them. It was the summer of 2002 or
16  2001. I don't remember.
17     Q   And then you have worked for Pfizer or
18  Warner Lambert or Parke-Davis in connection with the
19  Rezulin litigation; correct?
20     A   Yes, I have been retained by them or their
21  lawyers, yes.
22     Q   Well, have you actually testified in some
23  of the lawsuits?
24     A   Yes, I have.
25     Q   And when were you first retained by them?

                              107

1      A   Maybe the summer of 2000. I don't
2   remember specifically.
3      Q   And then you have been retained by
4   SmithKline or GlaxoSmithKline in connection with
5   Lotronex litigation; correct?
6      A   Yes, that's correct.
7      Q   And when were you first retained by
8   GlaxoSmithKline in connection with that litigation?
9      A   Oh, a couple of years ago.
10     Q   So you have worked on Redux, Fen-Phen,
11  PPA, Rezulin, Lotronex, and Baycol litigation;
12  correct?
13     A   That's correct.

14     Q   Each of those drugs has been removed from
15 the market; correct?
16     A   Lotronex has been reintroduced, but yes.
17     Q   Okay, but was removed from the market at
18 one time?
19     A   Yes.
20     Q   And on each of those occasions where you
21 have been retained, have you charged between $350
22 and $400 per hour to act as an expert for those
23 companies?
24     A   Well, to do consultation work for them. I
25 mean, some of it involves being an expert witness
                              108
1     Q   Well, let me make sure I'm clear on this.
2 Have you done any work for Bayer, Pfizer, Wyeth,
3 American Home Products, or GlaxoSmithKline outside
4 of the litigation arena?
5     A   Oh, outside of the litigation?  No.  I
6 just -- not all of it involves, you know,
7 testifying, is all I was trying to make clear.
8     Q   Okay.  But it's all litigation-related;
9 correct?
10    A   Yes, I think that's right.
11    Q   Have you done work for any pharmaceutical
12 company that is not in a litigation context?
13    A   I don't think for pharmaceutical company,
14 not that I can recall.
15    Q   Now, each -- so when you do the work in
16 the litigation context, you charge for a period of
17 time $350 an hour; correct?
18    A   Yes.
19    Q   And then as I understand it, you at one
20 point raised your rate to $400 per hour; correct?
21    A   That's correct.
22    Q   And how much of your income is derived
23 from your work on these various litigations?
24    A   Well, the consulting work is basically my
25 entire income, and most of it has to do with -- is
                              109
1 in the arena of pharmaceutical products and
2 liability associated with them.  And both my husband
3 and I do device work, and we have done some
4 biologics works, but the bulk of our income comes
5 from the pharmaceutical consulting work that I do.
6     Q   For litigation purposes.
7     A   Yes.

8   Q   Would you say 90 percent?
9   A   Yes.
10  Q   95 percent?
11  A   90, 95 percent, yes.
12  Q   And does it also occupy 90 to 95 percent
13 of your time?
14  A   Well, I work basically part-time, and of
15 the time that I spend working, it occupies the bulk
16 of it, yes.
17  Q   Again, would it be 90 percent of your
18 time?
19  A   Probably about 90 percent of the time that
20 I work, yes.
21  Q   Now, you say that you work part-time.
22  A   Right.
23  Q   About how many hours per week?
24  A   Well, it varies considerably, but 10, 15,
25 20 hours a week. I mean, it increases considerably

                              110
1 when I travel. But absent traveling, it's 10 or 20
2 hours a week.
3   Q   Do you receive 1099s for your work that
4 you do for the various pharmaceutical companies?
5   A   I believe we get something like a 1099, if
6 not a 1099.
7   Q   Okay. And I assume that you bill the
8 companies specifically for the work that you do?
9   A   Yes.
10  Q   And retain copies of the bills?
11  A   Yes.
12  Q   And retain copies of the 1099s?
13  A   Well, I think my husband does, or the
14 accountant does. I don't personally.
15  Q   As part of the consulting firm that you
16 and your husband have?
17  A   Yes.
18      MR. BLIZZARD: Okay. Rather than having
19 the witness guess about this information, I'd just
20 ask that those documents be supplied and attached to
21 the deposition? Is there going to be any problems
22 with that?
23      MR. BLEAKLEY: Which documents
24 specifically?
25      MR. BLIZZARD: 1099s received from Wyeth,