6/7/06 Arrowsmith-Lowe, Janet (Barnett)

```
1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2
      In re:  VIOXX                    *  MDL Docket No. 1657
3                                      *
      PRODUCTS LIABILITY LITIGATION    *  SECTION L
4                                      *
                                       *  JUDGE FALLON
5     This document relates to         *
                                       *  MAGISTRATE JUDGE
6     GERALD BARNETT and               *  KNOWLES
      CORRINE BARNETT                  *
7                                      *
                   Plaintiffs,         *  Civil Action No.
                                       *  2:06cv485
8                                      *
         vs.                           *
9                                      *
      MERCK & CO., INC.,               *
10                                     *
                   Defendant.          *
11
                         CONFIDENTIAL
12
       VIDEOTAPED DEPOSITION OF JANET ARROWSMITH-LOWE, M.D.
13                        June 7, 2006
                           9:43 a.m.
14                   Bean & Associates, Inc.
                    119 E. Marcy, Suite 110
15                 Santa Fe, New Mexico  87501
16
              PURSUANT TO THE FEDERAL RULES OF CIVIL
17   PROCEDURE, this deposition was:
18   TAKEN BY:  MR. BERT BLACK
                Attorney for the Plaintiff
19
20
21
22   REPORTED BY: Jan A. Williams, RPR, CCR 14
                  Bean & Associates, Inc.
23                Professional Court Reporting Service
                  500 Marquette, Northwest, Suite 280
24                Albuquerque, New Mexico  87102
25   (1266A)   JAW
```

1

6/7/06 Arrowsmith-Lowe, Janet (Barnett)

```
1                    A P P E A R A N C E S
2      For the Plaintiffs:
3              LOCKRIDGE GRINDAL NAUEN, PLLP
               100 Washington Avenue S., Suite 2200
4              Minneapolis, Minnesota   55401-2179
               612-339-6900
5              BY:  MR. BERT BLACK
6              THE BEASLEY FIRM
               The Beasley Building
7              1125 Walnut Street
               Philadelphia, Pennsylvania   19107
8              215-592-1000
               BY:  MR. JAMES J. McHUGH (by telephone)
9
       For the California State Plaintiffs, Stewart
10     Grossberg, and Rudolph Arrigale:
11             GIRARDI & KEESE
               1126 Wilshire Boulevard
12             Los Angeles, California   90017
               213-977-0211
13             BY:  MR. VINCENT J. CARTER (by telephone)
14     For the Defendant:
15             HUGHES HUBBARD & REED, LLP
               One Battery Park Plaza
16             New York, New York   10004-1482
               212-837-6872
17             BY:  MR. SETH D. ROTHMAN
                    MS. JENNIFER E. GRAHAM
18
       Also Present:
19
               TINZING ARTMANN
20             GLENN SHELTON, Videographer
21
22
23
24
25
```

6/7/06 Arrowsmith-Lowe, Janet (Barnett)

1   Q.  When did your practice of medicine stop?
2   A.  I think it was in November was the last time
3   I saw patients.
4   Q.  So shortly after the last deposition you gave
5   in the Vioxx MDL?
6   A.  It was in November, that's correct.
7   Q.  And the CME changes you referred to, that
8   would just refer to continuing medical education
9   courses that you've taken since October, would that be
10  correct?
11  A.  Correct.  But as I said I don't believe any
12  of those have, in fact, changed.  Maybe the poster
13  presentation actually, that may have been added since
14  October.
15  Q.  Now, when you were practicing medicine and
16  seeing patients, that went back to 1998 and 1999, did
17  it not?
18  A.  No, that went back to 1979.
19  Q.  All right.  It continued through the period
20  when Vioxx was on the market, correct?
21  A.  That's, yes, correct.
22  Q.  Did you ever prescribe Vioxx for any of your
23  patients?
24  A.  I know I've been asked that before.  I don't
25  recall that I have.  I may have refilled prescriptions

6/7/06 Arrowsmith-Lowe, Janet (Barnett)

1   for Vioxx.  I may have provided samples of Vioxx when
2   I was in practice.  I don't recall initiating a
3   Vioxx -- a course of Vioxx therapy.
4         Q.   What about Celebrex, did you ever prescribe
5   Celebrex to any of your patients?
6         A.   It would be under the same conditions.  I do
7   not recall initiating a prescription for Celebrex.
8   But I may have given out samples and I may have
9   refilled or renewed prescriptions for some of the
10  patients I was seeing.
11        Q.   Do you recall any specific -- not a good word
12  to use.  Any particular nonsteroidal anti-inflammatory
13  drug that you ever prescribed to your patients?
14             MR. ROTHMAN:  Objection to the form.
15             THE WITNESS:  Well, I have prescribed
16  prescription strength ibuprofen, I've prescribed
17  Relafen, Albuminar, I can never -- I get the
18  consonants mixed up.  No, I'm not sure that I have.  I
19  have given out samples.
20             I have prescribed naproxen, aspirin, and
21  those are the ones that come to mind.  I've been, you
22  know, prescribing for 25 years or more.  So those are
23  the ones that I can recall right off -- sort of right
24  off the bat.
25  BY MR. BLACK: