10/28/05 Arrowsmith-Lowe, Janet (Irvin-Plunkett)

```
1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2
     In re:  VIOXX                    *  MDL Docket No. 1657
3                                     *
     PRODUCTS LIABILITY LITIGATION    *  SECTION L
4                                     *
                                      *  JUDGE FALLON
5    EVELYN IRVIN PLUNKETT, as        *
     Personal Representative of the   *  MAGISTRATE JUDGE
6    Estate of RICHARD IRVIN, JR.,    *     KNOWLES
                                      *
7                  Plaintiff,         *  CASE NO. 2:05CV4046
                                      *
8         vs.                         *
                                      *
9    MERCK & CO., INC.,               *
                                      *
10                 Defendant.         *
11
12      VIDEOTAPED DEPOSITION OF JANET ARROWSMITH-LOWE, M.D.
                       October 28, 2005
13                        9:49 a.m.
                    Bean & Associates, Inc.
14                  119 E. Marcy, Suite 110
                  Santa Fe, New Mexico  87501
15
16         PURSUANT TO THE FEDERAL RULES OF CIVIL
     PROCEDURE, this deposition was:
17
     TAKEN BY:  MR. BERT BLACK
18              Attorney for the Plaintiff
19
20
21
22   REPORTED BY:  Jan A. Williams, RPR, CCR 14
                   Bean & Associates, Inc.
23                 Professional Court Reporting Service
                   500 Marquette, Northwest, Suite 280
24                 Albuquerque, New Mexico  87102
25   (3144M)  JAW
```

1

10/28/05  Arrowsmith-Lowe, Janet (Irvin-Plunkett)

```
1                 A P P E A R A N C E S
2      For the Plaintiff:
3               LOCKRIDGE GRINDAL NAUEN, PLLP
                100 Washington Avenue S., Suite 2200
4               Minneapolis, MN  55401-2179
                612-339-6900
5               BY:  MR. BERT BLACK
                     MS. ELIZABETH R. ODETTE
6
                REICH & BINSTOCK, LLP
7               4265 San Felipe, Suite 1000
                Houston, Texas  77027
8               713-622-7271
                BY:  MR. DENNIS C. REICH
9
                BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
10              MILES, PC
                218 Commerce Street
11              Montgomery, Alabama  36104
                334-269-2343
12              BY:  MR. J. PAUL SIZEMORE (by telephone)
13     For the Defendant:
14              HUGHES HUBBARD & REED, LLP
                One Battery Park Plaza
15              New York, New York  10004-1482
                212-837-6872
16              BY:  MR. SETH D. ROTHMAN
                     MS. JENNIFER E. GRAHAM
17
                MR. JOSEPH D. PIORKOWSKI, JR.
18              910 17th Street, N.W., Suite 800
                Washington, D.C.  20006
19              303-223-5535
20     Also Present:
21              DALE ALVERSON, Videographer
22
23
24
25
```

2

10/28/05 Arrowsmith-Lowe, Janet (Irvin-Plunkett)

1     A.    I reviewed the research reports which include
2     the power calculations.  And I have no reason to
3     disagree with the research report and its outline of
4     the power calculation knowing that particularly for
5     the pivotal trials those power calculations have been
6     reviewed by the statistical group at FDA.  I have no
7     reason to -- you know, I would not second-guess the
8     power calculations.
9         Q.    So your opinion is based on the fact that the
10    FDA looked at that work and you saw no complaints
11    about the power calculations from the FDA; is that
12    correct?
13            MR. ROTHMAN:  Objection to the form.
14            THE WITNESS:  No, no, that isn't what I said.
15    I am saying that, as far as I'm concerned, with the
16    power calculations, both the statistical group at the
17    company and the statistical group at FDA are learned
18    intermediaries.  And I trust that their judgments are
19    appropriate.
20    BY MR. BLACK:
21        Q.    And, when you say learned intermediary, what
22    do you mean by that term in this context?
23        A.    I mean these are people whose -- that's their
24    profession, is to evaluate a whole host of statistical
25    parameters.  And they're far better equipped to do