

12185246

Aug 25 2006
2:59PM

# Report of Donald S. David, M.D.

**PERSONAL BACKGROUND**: I am a physician and I currently hold the position of Director of the Department of Gastroenterology at the City of Hope Medical Center in Duarte, California. I graduated *summa cum laude* with a B.A. in biology from Occidental College in Los Angeles in 1984. I completed medical school with highest honors at the University of California, San Francisco in 1988. I completed an internship and residency in internal medicine at the UCLA Medical Center in 1991. I completed a fellowship in gastroenterology at the UCLA Medical Center in 1993 and I was the Administrative Chief Fellow from 1992-1993. I have been on staff as a gastroenterologist at the City of Hope since 1993 and I have been Chair of the Department since 1997. I currently hold the title of Chief of Staff and Patient Safety Officer at the City of Hope and serve on the Pharmacy and Therapeutics Committee of the Hospital. I hold a faculty position as an Associate Professor of Medicine at UCLA mentoring medical students and training residents and clinical fellows. I am Board certified in internal medicine and gastroenterology and my recertification has been issued until 2013. I have been elected as a Fellow of the American College of Gastroenterology and I am a member of the American Society of Gastrointestinal Endoscopy and the American Gastroenterologic Association. A copy of my current curriculum vitae is appended as Attachment A.

**MATERIALS REVIEWED**:  I have reviewed the published scientific literature,

materials from the FDA and other data for the purposes of preparing this report. A list of

materials reviewed is appended as Attachment B.


**CLINICAL PRACTICE**: I focus the majority of my time on direct patient care and I

commit much of my additional time to promoting the safety of the nearly 150,000

patients who come through our institution annually in the various administrative and

leadership roles that I have at the Hospital. I serve on advisory panels that relate to

patient safety and patient care guidelines for cancer patients for the National

Comprehensive Cancer Network and other national organizations. I participate in clinical

trials at our institution and I have been the principal investigator on two trials. I have

published scientific papers in the peer-reviewed literature, as detailed in the attached

curriculum vitae. I have served on the Institutional Review Board at my institution- that

is the regulatory body that monitors the safety of human subjects in clinical trials- and I

serve on the Data and Safety Monitoring Boards of several active trials. My scope of

practice includes adults and older children with often life-threatening diseases of the

gastrointestinal tract and the liver. In my capacity as attending physician, I personally

manage patients with complex internal medicine issues and frequently follow patients in

the Intensive Care Unit. I frequently consult on patients with chronic pain for my opinion

on the relative safety of pain relieving agents and to monitor patients at risk for

complications from these agents. I prescribe pain medications including non-steroidal

anti-inflammatory drugs (NSAIDs) for patients and I prescribed rofecoxib for patients

when it was on the market.

**TREATMENT OPTIONS FOR CHRONIC PAIN**: Chronic pain remains a significant treatment challenge in the United States and many would rank it as one of the most significant unmet needs in current clinical practice. State and national leaders have recognized the under-appreciation and frequent under-treatment of chronic pain. For example, California has instituted legislation mandating 12 hours of continuing medical education on the management of pain- largely as a response to the widely held perception that physicians do not adequately recognize the impact that chronic pain has on general health and well being. In addition to the physical effects of chronic pain- including tachycardia and hypertension, there are emotional effects that include chronic anxiety, depression and the potential for suicidality. Chronic pain can dramatically change personality and can significantly disrupt work and family life. Osteoarthritis and rheumatoid arthritis are prime examples of medical conditions that are characterized by chronic pain. The treatment of pain and inflammation are central to the treatment of these common disorders.

Drug treatment options for chronic pain are generally divided into three categories of compounds. Narcotics have traditionally been used to treat chronic pain. Although effective, narcotics carry significant disadvantages and are not favored in the treatment of chronic pain. The addiction potential of narcotics, particularly if used chronically, is well recognized. Dependence can occur in as short as two weeks and dose escalation is a common occurrence. Narcotics are closely regulated and the potential for abuse and diversion remain a concern. Narcotics can be heavily sedating, particularly at the doses

required to treat significant pain. Other side effects caused by the use of narcotics include respiratory depression, constipation and the potential for death in overdose. In general, narcotics are felt to have a relatively narrow "therapeutic index" (the relationship of a dose of a drug required to produce a desired effect to that which produces an undesired effect). Narcotics only act to block the perception of pain and do not treat inflammation and have no effect on modifying the progression of inflammatory diseases such as arthritis. Examples of commonly used narcotic pain medicines are Vicodin, Oxycontin, Percocet, Dilaudid and Morphine.

Steroids have been used to treat the pain and inflammation associated with rheumatoid arthritis and other inflammatory conditions. Although very effective, they cause unacceptable side effects. Side effects include weight gain, fluid retention, hypertension, diabetes, cataracts, osteoporosis and bone destruction, as well as labile mood swings, sleep disturbance and serious depression. These side effects occur predictably with chronic steroid use in virtually all patients exposed to them. Examples of commonly used steroids are Prednisone and hydrocortisone.

Non-steroidal anti-inflammatory drugs (NSAIDs) were a major advance in the treatment of pain and inflammation. They offered effective treatment of both pain and inflammation without the side effects of steroids or the addiction potential of narcotics. NSAIDs share the property of blocking the production of prostaglandins. This is accomplished by inhibiting the activity of the enzyme called cyclooxygenase (COX). It was further determined that there were two forms of the COX receptor that NSAIDs bind

to and inhibit. Inhibition of the COX-2 receptor is responsible for relief of pain and inflammation, while inhibition of the COX-1 receptor is responsible for the breakdown of the lining of the stomach that results in ulcers and gastrointestinal bleeding. COX-1 is also expressed on platelets and inhibition of COX-1 increases bleeding diathesis by disabling platelet function.

**COMPLICATIONS CAUSED BY NSAID USE**: NSAIDs cause a unique set of complications. Commonly observed side effects of NSAID use include peptic ulcer disease, gastritis, gastrointestinal blood loss and anemia. Other adverse effects include hypertension and kidney damage. Despite these adverse effects, NSAIDs have emerged as the most commonly used and favored treatment of pain and inflammation. These agents constitute one of the most widely-used classes of drugs, with more than 70 million prescriptions written annually and more than 30 billion over-the-counter tablets sold annually in the US[1]. NSAIDs, at full prescription strength, generally offer efficacy on par with prescription narcotics for the relief of most types of pain and may be more effective than narcotics for the treatment of joint and bone pain. Although NSAIDs are generally well tolerated, their use can cause significant adverse effects. It is estimated that between 5-15% of patients with RA can be expected to discontinue traditional NSAIDs because of gastrointestinal intolerance[1].

More significantly, gastrointestinal damage caused by NSAID use is one of the most frequent and most severe drug side effects in the United States. According to data from the American Rheumatism Association Medical Information System (ARAMIS)

Donald S. David, M.D.

database, 13 of every 1000 patients with RA who take NSAIDs for one year have a serious gastrointestinal complication[1]. The risk of a serious gastrointestinal complication in NSAID users ranges from 2-20 fold with a mean of 6-fold compared to non-NSAID users[2]. These analyses are complicated by the fact that many (if not most) NSAID-induced ulcers are asymptomatic and can present with dramatic and life-threatening bleeding in the absence of warning symptoms.

It has been conservatively estimated that over 100,000 Americans are hospitalized each year for serious gastrointestinal complications caused by NSAIDs, leading to an annual death rate of 16,500 cases per year in the US[1]. This figure is similar to the annual death rate from AIDS and is greater than the number of deaths from cervical cancer, asthma and Hodgkin's disease combined. It is my opinion that this commonly referenced statistic significantly underestimates the burden of disease related to gastrointestinal complications of NSAIDs. It has been estimated that the direct costs related to these complications exceeds $2 billion annually[1].

NSAIDs potentially exert toxicity on the entire GI tract from mouth to anus. NSAID use is associated with esophagitis and esophageal stricturing. In addition to gastroduodenal ulcers, NSAID-induced ulcers can be found in the small bowel and colon where they can lead to bleeding, perforation, malabsorption and obstruction. NSAIDs can induce significant anemia that in some cases can lead to myocardial damage and high-output cardiac failure.

Significant research has gone into developing a safer NSAID and this directly led to the development of COX-2 specific inhibitors. Traditional NSAIDs block both the COX-1 and COX-2 receptor. Agents that block only the COX-2 receptor would offer the advantage of reducing pain and inflammation while preserving the integrity of the lining of the stomach and the gastrointestinal tract. In that light, the COX-2 inhibitors were highly anticipated and were welcomed by the medical community, particularly since the degree of relief of pain and inflammation appeared to be on par with traditional NSAIDs.

**RANDOMIZED-CONTROLLED TRIALS OF ROFECOXIB**: The first major randomized controlled trial of the safety of rofecoxib was published in November 2000 in the *New England Journal of Medicine*. Bombardier and others[3] reported on the safety of rofecoxib in the treatment of 8,076 patients with RA. Patients were randomized to receive either a full therapeutic dose of naproxen (500mg twice daily) or a dose double the traditional full therapeutic dose of rofecoxib (50mg daily). During a median follow-up of 9 months, the incidence of serious upper gastrointestinal events (perforations, ulcers and bleeding) was 60% lower in the group receiving rofecoxib as compared to the group receiving naproxen. In addition to measuring the relative gastrointestinal safety of the two compounds, the occurrence of significant cardiovascular events using a process of formal third party adjudication was also studied and reported. There were a total of 20 MIs in the group that received rofecoxib as compared to 4 MIs in the group treated with naproxen. Although a considerable number of the subjects had significant cardiovascular risk (in addition to the substantially increased risk of cardiovascular events seen in RA patients in general), aspirin use was prohibited in this study. 38% of the adverse

cardiovascular events occurred in the patients who would have traditionally been given aspirin for cardiovascular prophylaxis. As the comparator drug, naproxen, at full dose is associated with platelet-inhibitory effects comparable to aspirin[4]; the authors concluded that a plausible explanation for the increased number of cardiovascular events seen in the rofecoxib group was the anti-thrombotic effect of naproxen.

There are data in the published literature that support the conclusion that naproxen has antiplatelet and cardiovascular protective effects similar to aspirin. Rahme and others[5] examined the association of naproxen use and hospitalization for acute MI in a group of Canadian adults. They found that the risk of hospitalization for acute MI was 35% lower among long-term users of naproxen than among long-term users of other non-aspirin NSAIDs. Solomon and others[6] reported on the association between NSAID use and the occurrence of acute MI. They found that the use of one specific NSAID, naproxen, was associated with a reduced rate of acute MI. Specifically, the use of naproxen was associated with a 16-20% reduction in the risk of acute MI. Watson and others[7] reported a lower risk of thromboembolic cardiovascular events in RA patients who used naproxen. In this large British database, current naproxen use was associated with a 60% reduction in the risk of acute MI during the observation period. Current use of non-naproxen NSAIDs was not associated with a reduced risk of MI.

Controlled-clinical trials have been conducted on NSAIDs similar to naproxen. Brochier[8] reported in 1993 that the use of the NSAID flurbiprofen was associated with a significant reduction in the reinfarction rate when given to patients who had recently undergone

thrombolysis or angioplasty after acute MI. Fornaro and others[9] reported in 1994 that
subjects with a high risk for coronary heart disease had a reduced risk of stroke,
embolism and fatal MI when given the NSAID indobufen.

The ADVANTAGE trial[10] aimed to assess the relative gastrointestinal toxicity of
rofecoxib compared to naproxen in the treatment of OA. This trial included 5,557
patients with OA who were randomly assigned to receive either rofecoxib 25mg daily or
naproxen 500mg twice daily for 12 weeks. In this trial, the incidence of perforation, ulcer
and bleeding was reduced by 78% in the group receiving rofecoxib. Sixty percent of the
patients enrolled had a history of cardiovascular events and aspirin use was allowed.
There was no significant difference in the number of thrombotic cardiovascular events
observed in the trial. There were a total of 5 MIs in the rofecoxib group as compared to 1
MI in the naproxen group; however, there were no strokes in the rofecoxib group as
compared to 6 strokes in the naproxen group.

Reicin and others[11] reported on the cardiovascular safety data from a group of 8 phase
IIb/III trials conducted in 5,435 patients with OA. Similar rates of thrombotic
cardiovascular events were reported with rofecoxib, placebo and comparator nonselective
NSAIDs (naproxen was not studied).

The results of two smaller trials of rofecoxib versus the NSAID nabumetone have also
been reported. The first ("Protocol 085")[12] reported the experience of 1,042 OA patients
who received either 12.5mg daily of rofecoxib or 1000mg daily of nabumetone. There

were two MIs in both groups. A twin study in the same disease population ("Protocol 090")[13] has also been published using the same study drugs and methodology. Again, the number of cardiovascular events was small. There were three MIs in the rofecoxib group and one MI in the nabumetone group.

The APPROVe trial[14] aimed to study the effects of 25mg of rofecoxib versus placebo on the formation of colonic polyps. 30 % of the 2,586 patients were determined to be of high cardiovascular risk. The risk of significant cardiovascular events that was observed in the study was approximately two-fold higher for the group that received rofecoxib versus the group that received placebo; however, the difference between the groups did not appear until after18 months of continuous use. This study was terminated two months early and at that point Merck withdrew rofecoxib from the market. The APPROVe trial was the first randomized-controlled trial that showed a potential association between rofecoxib and an increased risk of cardiovascular events. This was a relatively weak association in one study in a specific patient population. Similar results were reported in trials of other NSAIDs given to a similar population for polyp prevention: in the APC trial[15] the study drug was celecoxib and in a trial reported by Baron and others[16] the study drug was aspirin.

The analyses of two additional randomized-controlled trials that have not yet been reported in the literature are available in preliminary form. The VICTOR trial[17] was a polyp prevention study conducted in England that compared the use of 25mg of rofecoxib against placebo in 2,400 subjects. This trial was stopped early when rofecoxib was

withdrawn from the market. Based on a small total number of cardiovascular events, there was a numerical difference in the rate of cardiovascular thrombotic events in favor of placebo (4 cardiovascular serious adverse events in the placebo group versus 14 in the rofecoxib group). The ViP trial[18] was a randomized controlled trial of rofecoxib 25mg versus placebo for the prevention of prostate cancer in men. This was also designed as a long-term safety study. A total of 4,700 men were enrolled and received treatment for an average of 5 months (the longest treatment period was 16 months). The trial was prematurely halted when rofecoxib was removed from the market. Preliminary data analysis indicates no difference in the incidence of either cardiovascular thrombotic events (15 in the placebo group versus 14 in the rofecoxib group) or acute MIs (4 in the placebo group and 5 in the rofecoxib group).

Patients with Alzheimer's disease are generally older and are considered to have an increased risk for coronary heart disease. There is a basis in the basic science literature for the hypothesis that COX-2 inhibitors could potentially slow the progression of Alzheimer's disease. Indeed, rofecoxib has been studied in this population. Although rofecoxib was found not to be effective in slowing the progression of dementia, these studies afford an opportunity to assess cardiovascular risk in a high-risk group with long-term exposure to the drug. Reines and others[19] studied the effect of rofecoxib 25mg daily versus placebo given to 692 subjects with Alzheimer's disease for a period of 1 year. Four patients in the rofecoxib-treated group had confirmed serious vascular events versus 11 in the group treated with placebo. Aisen and others[20] studied the effects of rofecoxib 25mg daily versus naproxen 220mg daily or placebo given for 1 year to 351 patients with

Alzheimer's disease studied at 40 centers. The total number of serious adverse events in the 3 treatment groups did not differ significantly. There was 1 MI in the placebo-treated group, no MIs in the naproxen-treated group, and 3 MIs in the rofecoxib-treated group. Thal and others[21] conducted a randomized, double blind study of rofecoxib in patients with mild Alzheimer's disease. Rofecoxib or placebo was given to a total of 1,480 subjects for a period of up to 4 years. The mean exposure period was 2 years. Overall, there was no significant difference in the occurrence of serious thrombotic events in the 2 treatment groups (36 events in the placebo-treated group versus 38 events in the rofecoxib-treated group). As a group, these studies provide important placebo-controlled data on the safety of rofecoxib use over periods of up to 4 years in patients with a high baseline risk of coronary heart disease.

**RESULTS OF POOLED ANALYSES AND CONCLUSIONS OF THE FDA:** A number of pooled safety analyses have been published to help better comprehend the totality of data presented on the cardiovascular safety of rofecoxib. Konstam and others[22] provided a comparative analysis of all cardiovascular thrombotic events reported in controlled, clinical trials available from 23 phase IIb to V rofecoxib studies. Data was reported on over 28,000 patients that were studied. The major outcome measure was the combined cardiovascular complications endpoint used by the Antiplatelet Trialists' Collaboration (APTC), which includes cardiovascular and unknown deaths, MIs and strokes. Overall, there was no significant difference in the occurrence of serious cardiovascular events in the rofecoxib-treated group versus placebo (RR=0.84) or the use of non-naproxen NSAIDs (RR=0.79). There was, however, a higher risk of

cardiovascular events when comparing rofecoxib to naproxen (RR=1.69). A larger analysis was reported by Weir and others[23] in 2003. This analysis combined the patient results included in the Konstam analysis[22] and additional data that was submitted from these trials and the placebo-controlled studies in Alzheimer's disease. A total of 26 randomized-controlled trials involving over 30,000 patients were included. Overall, there was no evidence that rofecoxib was associated with excess cardiovascular events when compared with either placebo (RR=0.93) or non-naproxen NSAIDs (RR=0.84). There were an increased number of events when compared to naproxen (RR=1.69). Juni and others[24] presented a meta-analysis of randomized-controlled clinical trials comparing rofecoxib with other NSAIDs and placebo and a selection of observational studies in 2004. The data from the placebo-controlled trials in Alzheimer's disease patients was not included. Overall, the relative risk of MI was 2.24 and the relative risk of stroke was 1.02. This largely reflected the results of the VIGOR study. When the control group was placebo, the relative risk of MI was 1.04. When the control group was non-naproxen NSAID use, the relative risk of MI was 1.55. When the control group was naproxen, the relative risk of MI was 2.93. In addition to the methodological flaws in this analysis, the failure to include the Alzheimer's disease data in the analysis renders it unreliable.

In April of 2005, following an Advisory Committee meeting that occurred in February of 2005, the FDA issued a Pubic Health Advisory regarding the potential cardiovascular risk associated with the use of NSAIDs[25]. The FDA concluded, based on the available scientific data, that short-term use of NSAIDs (including rofecoxib) does not confer an increased risk of adverse cardiovascular events (with the exception of valdecoxib given to

patients after coronary artery bypass grafting surgery). Additionally, any cardiovascular risk associated with COX-2 inhibitors would be a class effect of all NSAIDs. The FDA also concluded that only rofecoxib has been shown to reduce the risk of serious gastrointestinal bleeding events caused by NSAIDs with chronic use.

**OBSERVATIONAL STUDIES**: The results of observational studies on rofecoxib have provided inconsistent and at times conflicting results. Observational studies are, by their nature, less reliable than randomized controlled trials and are subject to inherent biases. Mamdani and others[26] reported on the short-term cardiovascular risk of both selective and traditional NSAID use in a group of elderly adults in Ontario, Canada. They examined the incidence of acute MI in more than 70,000 patients in this cohort treated with NSAIDs. There was no increased risk of MI in any of the NSAID-treated subsets. The relative risk (RR) for acute MI was 1.0 in the rofecoxib-treated group. Bannwarth and others[27] reported the results of a large community-based observational study in a group of patients with OA treated with rofecoxib. A total of 2,896 patients received the drug for an average of 5 months. There was a lack of excess cardiovascular events (1 MI and 5 strokes in total) in the observation period. Solomon and others[28] studied the relationship between the use of selective COX-2 inhibitors and the risk of MI in older adults. In a cohort of 54,475 patients with an average age of 81, current use of rofecoxib was associated with a small but statistically significant increased risk of MI only in comparison to celecoxib, but not when compared to ibuprofen, naproxen, NSAIDS in general or non-NSAID use. The risk appeared to be elevated in the first 90 days of use but not thereafter. In a study of 6,250 NSAID users, Shaya and others[29] reported that the

Donald S. David, M.D.

use of rofecoxib was not associated with an increased risk of cardiovascular events compared with the use of other NSAIDs (odds ratio=0.99). Levesque and others[30] reported on the risk for MI in a population of elderly adults in Quebec who used COX-2 inhibitors. Current use of rofecoxib was associated with a modestly increased risk for acute MI (RR=1.24) The concomitant use of low-dose aspirin appeared to mitigate the observed increased risk. Hippisley-Cox and Coupland[31] reported on the risk of MI in patients taking conventional NSAIDs or COX-2 inhibitors in a British database. In a cohort of 9,218 cases, they found an increased risk of acute MI associated with current use of the traditional NSAIDs diclofenac (RR=1.55) and ibuprofen (RR=1.24) and current use of rofecoxib (RR=1.32). Concurrent aspirin use was not adequately controlled for and the authors, themselves, raised the possibility of channeling bias that may have affected the results. Helin-Salmivaara[32] recently reported on the risk of first MI in a large case-control study from Finland. Current use of all NSAIDs was associated with a modest increase in the risk of first MI. The risk was similar for traditional NSAIDs (RR=1.34) and COX-2 inhibitors (RR=1.31) compared to non-users.


**RISK-BENEFIT ANALYSIS:** Since the introduction of COX-2 selective NSAIDs, and specifically after the addition of rofecoxib to our hospital formulary in 2001, I have noted a dramatic reduction in both the number and severity of serious gastrointestinal complications associated with NSAIDs. In fact, I do not recall seeing a single occurrence of a peptic ulcer or a significant gastrointestinal bleed in a patient treated with rofecoxib. Additionally, the gastrointestinal tolerability of rofecoxib was significantly better, in my clinical experience, than that of traditional NSAIDs. Patients who were previously unable

to tolerate traditional NSAIDs because of gastrointestinal intolerance were able to tolerate rofecoxib without a problem. The efficacy of rofecoxib as a pain-reliever was impressive, and many patients found that this was the most effective pain medication that they had used. I have not seen a single case of a cardiovascular complication associated with rofecoxib use in my clinical practice. Based on my review of the scientific literature and my own clinical experience I have concluded that rofecoxib was safe both from a gastrointestinal and cardiovascular standpoint.

I first performed a risk-benefit analysis on the use of rofecoxib as a member of the Pharmacy and Therapeutics committee at the City of Hope in 2001. It was my conclusion (and the conclusion of other committee members) at that time that rofecoxib was safe and effective and would be a useful addition to the Hospital Formulary. The data from the VIGOR study was available to us at that time and was fully considered when this decision was made. As part of routine formulary review, rofecoxib was re-reviewed annually and in each instance the consensus was that rofecoxib was safe and that the benefits outweighed any potential risks. Rofecoxib remained on formulary as the exclusive COX-2 inhibitor until its withdrawal in 2004.

For the purposes of this matter, and considering all of the currently available data, I have again performed a risk-benefit analysis for rofecoxib. Overall, the risk of serious gastrointestinal complications is significantly reduced with the use of rofecoxib compared to traditional NSAIDs. Given the overall magnitude of reduction of gastrointestinal perforations, ulcers and bleeds of approximately 70% in randomized-controlled clinical

Donald S. David, M.D.

trials, rofecoxib use would be associated with the prevention of approximately 12,000 deaths annually in the US related to this complication. The available cardiovascular risk data from randomized-controlled clinical trials does not suggest an increased risk with rofecoxib. Some observational studies point to the possibility of an increased risk of cardiovascular events while other studies do not. In an elderly population with multiple associated confounding risks, it is difficult to provide meaningful analysis of observational data. The data from the placebo-controlled trials continues to be analyzed. There was a weak association between rofecoxib use and cardiovascular events in one study for prevention of colonic polyps beginning after 18 months of continuous use, but no such risk was seen for shorter treatment durations or in placebo-controlled trials in other study populations. The annualized MI rates in patients treated with rofecoxib in the studies presented to date compare favorably with the placebo arms in many primary cardiovascular disease prevention trials and in some cases are significantly lower than prevailing estimates of annual MI incidence. The totality of the clinical trial data do not support an increased risk of cardiovascular events with the use of rofecoxib. It is my conclusion that the benefit of rofecoxib, particularly when viewed in light of its unquestioned efficacy in the treatment of serious pain and inflammation and its impressive gastrointestinal safety record, far outweighs any potential risk.

Donald S. David, M.D.

The opinions expressed in this report are based on my thorough review of the available scientific literature, my education and my clinical experience as a practicing physician, and are held to a reasonable degree of medical certainty.

I am compensated for the time spent reviewing the relevant literature and for consulting in this matter. My hourly rate for literature review and document preparation is $250/hour. My hourly rate for in-person consultation is $350/hour. My hourly rate for deposition and trial testimony is $750/hour.

I have given expert testimony in only one legal matter in the last four years. I provided deposition and trial testimony in the matter of *Grossberg v. Merck* (Los Angeles Superior Court) in 2006.

Donald S. David, M.D.

August 25, 2006

Donald S. David, M.D.

# FOOTNOTE REFERENCES

1. MM Wolfe, DR Lichtenstein and G Singh: Gastrointestinal toxicity of NSAIDs. *NEJM* 1999;340 (24): 1888-99.
2. MJS Langman: Adverse events of conventional NSAIDs on the upper gastrointestinal tract. *Fundamental and Clinical Pharmacology* 2003;17:393-403.
3. C Bombardier et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *NEJM* 2000; 343 (21):1520-1528.
4. ML Capone et al. Clinical pharmacology of platelet, monocyte, and vascular cyclooygenase inhibition by naproxen and low dose aspirin in healthy subjects. *Circulation* 2004;109: 1468-71.
5. E Rahme et al. Association between naproxen use and protection against acute MI. *Arch Intern Med* 2002;162:1111-15.
6. DH Solomon et al. NSAID use and acute myocardial infarction. *Arch Intern Med* 2002;162:1099-1104.
7. DJ Watson et al. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. *Arch Intern Med* 2002;162:1105-1110.
8. ML Brochier. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute MI. *European Heart Journal* 1993;14:951-7.
9. G Fornaro et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. *Circulation* 1993;87:162-4.
10. JR Lisse et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis. *Ann Intern Med* 2003;139:539-46.
11. AS Reicin et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac and nabumetone). *Am J Cardiol* 2002;89:204-9
12. AJ Kivitz et al. Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1000 mg in patients with osteoarthritis of the knee: a randomized controlled trial. *J Am Geriatr Soc* 2004;52:666-74
13. AL Weaver et al. Treatment of patients with osteoarthritis with rofecoxib compared with nabumetone. *J Clin Rheumatol* 2006;12:17-25
14. RS Bresalier et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma prevention trial. *NEJM* 2005;352:1092-102
15. SD Solomon et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. *NEJM* 2005;352:1071-80
16. JA Baron et al. A randomized trial of aspirin to prevent colorectal adenomas. *NEJM* 2003;348:891-9
17. Merck Protocol 145 (VICTOR) Memo- unpublished
18. Merck Reference P201 (ViP Study) A Double-blind, randomized, placebo-controlled, multicenter study to evaluate the effects of rofecoxib in decreasing the risk of prostate cancer- unpublished

Donald S. David, M.D.

19. SA Reines et al. Rofecoxib- no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. *Neurology* 2004;62:66-71

20. PS Aisen et al.  Effects of rofecoxib or naproxen vs placebo on Alzheimer's disease progression. *JAMA* 2003;289:2819-26

21. LJ Thal et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. *Neuropsychopharmacology* 2005;30:1204-15

22. MA Konstam et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation* 2001;104:2280-8

23. MR Weir et al. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. *Am Heart J* 2003;146:591-604

24. P Juni et al. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. *Lancet* 2004;364:2021-9

25. FDA Public Health Advisory: April 2005 http://www.fda.gov/cder/drug/advisory/COX2.htm

26. M Mamdani. Effect of selective cyclooygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. *Arch Intern Med* 2003;163:481-6

27. B Bannwarth et al. Adverse events associated with rofecoxib therapy. *Drug Safety* 2003;26:49-64

28. DH Solomon. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation* 2004;109:2068-73

29. FT Shaya and others. Selective COX-2 inhibitors and cardiovascular effects. *Arch Intern Med* 2005;165: 181-6

30. L Levesque, JM Brophy and B Zhang. The risk for myocardial infarction with cyclooygenase-2 inhibitors: a population study of elderly adults. *Ann Intern Med* 2005;142

31. J Hippisley-Cox and C Coupland. Risk of myocardial infarction in patients taking cyclooygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. *BMJ* 2005;350

32. A Helin-Salmivaara et al. NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control from Finland. *European Heart Journal* 2006;27:1657-63

# EXHIBIT A

# Curriculum Vitae
## DONALD SCOTT DAVID, M.D., F.A.C.G.
Director, Department of Gastroenterology
City of Hope National Medical Center
1500 East Duarte Road
Duarte, California 91010
(626) 471-7103
FAX: (626) 256-8643
e-mail: ddavid @coh.org

**Personal Data:**
Date of Birth: August 28, 1963      Place of Birth: Los Angeles, CA

**Current Affiliation:** Director, Department of Gastroenterology: City of Hope

**Hospital Affiliations:**
City of Hope National Medical Center: Active Staff, President of the Medical Staff
and Patient Safety Officer

Olive View-UCLA Medical Center: Active Staff (voluntary)

**Teaching Appointment:** Associate Clinical Professor, UCLA School of Medicine

**Education:**
Occidental College (Los Angeles, California): A.B., Biology, *Summa Cum Laude*, 1984
University of California San Francisco School of Medicine: M.D., Highest Honors, 1988

**Postgraduate Training:**
Intern (Internal Medicine), UCLA Medical Center 1988-1989
Resident (Internal Medicine), UCLA Medical Center 1989-1991
Fellow (Gastroenterology), UCLA Medical Center 1991-1993
Administrative Chief Fellow (Gastroenterology), UCLA Medical Center 1992-1993

**Board Certification:**
National Board of Medical Examiners, Certified 7/89
American Board of Internal Medicine, Certified in Internal Medicine- expires 2013
American Board of Internal Medicine, Certified in Gastroenterology- expires 2013

**Licensure:** California G 66286

**Honors:**
Phi Beta Kappa, Alpha Omega Alpha, Medical School Class Valedictorian,
Fellow Research Award, American Gastroenterological Association (1991)

**Society Memberships**: American College of Gastroenterology (Fellow), American
Gastroenterological Association, American Society of Gastrointestinal Endoscopy

Member of the National Hepatitis Advisory Panel of the American Liver Foundation

**Publications:**

**D.S. David**, M.C. Chen and A.H. Soll: Transferrin is an autocrine factor governing growth of canine mucosal cells in culture. **Gastroenterology** 1991; **100**:105-116.

**D.S. David**, P. Guth and A.H. Soll: Interferon alpha-2b for the treatment of chronic hepatitis B and C: Clinical experience from a large VA Medical Center treatment program. **Seminars in Hepatology** 1992;**18**(2): 104-111.

**D. David**, H. Mertz et al.: Sleep and duodenal motor activity in patients with severe non-ulcer dyspepsia. **Gut** 1994; **35**: 916-925.

**D.S. David** (contributor) : The Clinician's Companion: Expert Perspectives on Contemporary Clinical Issues in Hepatitis C, The  Education Initiative in Gastroenterology, 1997.

**D.S. David** (senior contributor): The Clinician's Companion II: Expert Perspectives on Contemporary Clinical Issues in Hepatitis C, The Education Initiative in Gastroenterology, 1998.

**D.S. David**, B.R. Tegtmeier et al.: Visceral varicella-zoster after bone  marrow transplantation: Report of a case series and review of the literature. **American Journal of Gastroenterology** 1998; **93** (5): 810-813.

C.S. Murakami, W. Louie, G.S. Chan, M. O'Donnell, **D. S. David**, S.J. Forman and G.B. McDonald: Biliary obstruction in hematopoietic cell transplant recipients: an uncommon diagnosis with specific causes. **Bone Marrow Transplantation** 1999; **23**:921-927.

W Qui, **D. David**, B Zhou et al. Down-regulation of Growth Arrest DNA Damage-Inducible Gene 45β Expression is Associated with Human Hepatocellular Carcinoma. **American Journal of Pathology** 2003; **162(6)** 1961-1973

**D.S. David**: Interferon alpha-2b and ribavirin for the treatment of chronic hepatitis C in long-term survivors of bone marrow transplantation. **Digestive Diseases and Sciences** 2004; **49 (3)** 466-472.

**D.S. David**, F.W. Grannis: The utility of PET scanning in the evaluation of gastrointestinal neoplasia. **Digestive Diseases and Sciences** 2005; **50 (3)** 458-462.

M. Mattar, P Frankel, **D David** et al. Clinicopathologic Significance of Synchronous and Metachronous Adenomas in Colorectal Cancer. **Clinical Colorectal Cancer** 2005; **5 (4)** 274-278.

# EXHIBIT B

# MATERIALS REVIEWED

1.  A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study to Evaluate the Effects of Rofecoxib in Decreasing the Risk of Prostrate Cancer (ViP Study)

2.  Aisen P, et al., "Effects of Rofecoxib or Naproxen vs Placebo on Alzheimer Disease Progression: A Randomized Controlled Trial," *JAMA.* 2003;289:2819-2826.

3.  Araki E, et al., "Cyclooxygenase-2 inhibitor ns-398 protects neuronal cultures from lipopolysaccharide-induced neurotoxicity," *Stroke.* 2001 Oct;32(10):2370-5.

4.  Baigent C, Patrono C, "Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal," *Arthritis Rheum* 2003 Jan;48(1):12-20.

5.  Bannwarth B, et al., "Adverse Events Associated with Rofecoxib Therapy: Results of a Large Study in Community-Derived Osteoarthritic Patients," *Drug Safety* 2003;26(1):49-54.

6.  Baron JA, et al., "A randomized trial of aspirin to prevent colorectal adenomas," *N Engl J Med.* 2003 Mar 6;348(10):891-9.

7.  Bogaty P, et al., "Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study," *Circulation.* 2004 Aug 24;110(8):934-9.

8.  Bombardier C, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," *N Engl J Med* 2000 Nov.;343:1520-1528.

9.  Bresalier, Robert S., MD et al, for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators, " Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," *The New England Journal of Medicine,* February 15, 2005.

10. Brochier ML, "Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. The Flurbiprofen French Trial," *Eur Heart J.* 1993 Jul;14(7):951-7.

11. Burleigh ME, et al., "Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice," *J Mol Cell Cardiol.* 2005 Sep;39(3):443-52.

12. Burleigh ME, et al., "Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice," *Circulation.* 2002 Apr 16;105(15):1816-23.

13. Burnakis TG, "Cardiovascular events and COX-2 inhibitors," (letter) *JAMA* 2001 Dec;286(22):2808; author reply 2811-12.

14. Capone ML, et al., "Clinical Pharmacology of Platelet, Monocyte, and Vascular Cyclooxygenase Inhibition by Naproxen and Low-Dose Aspirin in Healthy Subjects," *Circulation* 2004 Feb; 109: 1468-1471.

15. Catella-Lawson F, et al., "Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin," *N Engl J Med 2001* Dec;345:1809-1817.

16. Catella-Lawson F, et al., "Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids." *J Pharmacol Exp Ther.* 1999 May;289(2):735-41.

Donald S. David, M.D.

17. Chan AT, et al., "Nonsteroidal antiinflammatory drugs, acetaminophen, and the risk of cardiovascular events," *Circulation.* 2006 Mar 28;113(12):1578-87.

18. Chenevard R, et al., "Selective COX-2 inhibition improves endothelial function in coronary artery disease," *Circulation.* 2003 Jan 28;107(3):405-9.

19. Cipollone F, et al., "Cyclooxygenase-2 expression and inhibition in atherothrombosis," *Arterioscler Thromb Vasc Biol.* 2004 Feb;24(2):246-55.

20. Cipollone F, et al., "Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability," *Circulation.* 2001 Aug 21;104(8):921-7.

21. Crofford LJ, et al., "Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase  2 inhibitors: A report of four cases," *Arthritis Rheum.* 2000 Aug;43(8):1891-6.

22. Dalen JE, "Selective COX-2 Inhibitors, NSAIDs, aspirin, and myocardial infarction," *Arch Intern Med.* 2002 May 27;162(10):1091-2.

23. Deposition of David J. Graham, M.D., M.P.H., dated May 9, 2006.

24. Deposition of Eric Topol, M.D, dated November 22, 2005.

25. Dore S, et al., "Neuronal overexpression of cyclooxygenase-2 increases cerebral infarction,"*Ann Neurol.* 2003 Aug;54(2):155-62.

26. Drvota V, et al., "Effects of non-steroidal anti-inflammatory drugs on the in vivo synthesis of thromboxane and prostacyclin in humans," *Adv Prostagland in Thromboxane Leukot Res.* 1991;21A:153-6.

27. Farkouh ME, et al., "Comparison of lumaricoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial," *Lancet* 2004 Aug 21;364:675-684.

28. FDA Public Health Advisory, "FDA Announces Important Changes and Additional Warnings for COX-2 Selective and Non-Selective Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)" 4/7/05.

29. FitzGerald GA, "Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations," *Am J Cardiol.* 2002 Mar 21;89(6A):26D-32D.

30. Fitzgerald GA, "Coxibs and cardiovascular disease," *N Engl J Med.* 2004 Oct 21;351(17):1709-11.

31. Fornaro G, et al., "Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study," *Circulation.* 1993 Jan;87(1):162-4.

32. Garcia Rodriguez LA, "The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data," *Clin Exp Rheumatol.* 2001 Nov-Dec;19(6 Suppl 25):S41-4.

33. Govoni S, et al., "The Cycloxygenase-2 inhibitor SC58236 is neuroprotective in an in vivo model of focal ischemia in the rat," *Neurosci Lett. 2001* May 4;303(2):91-4.

Donald S. David, M.D.

34. Graham DJ, et al., "Risk of acute myocardial infarction and sudden cardiac death in patients treated with COX-2 selective and non-selective NSAIDs," Sep. 30, 2004 (memorandum to Paul Seligman at FDA).

35. Green K, et al., "Pronounced reduction of in vivo prostacyclin synthesis in humans by acetaminophen (paracetamol)," *Prostaglandins*. 1989 Mar;37(3):311-5.

36. Gross GJ, Moore J, "Effect of COX-1/COX-2 inhibition versus selective COX-2 inhibition on coronary vasodilator responses to arachidonic acid and acetylcholine," *Pharmacology*. 2004 Jul;71(3):135-42.

37. Hennan JK, et al., "Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries," *Circulation*. 2001 Aug 14;104(7):820-5.

38. Hewett SJ, et al., "Cyclooxygenase-2 contributes to N-methyl-D-aspartate-mediated neuronal cell death in primary cortical cell culture," *J Pharmacol Exp Ther*. 2000 May;293(2):417-25.

39. Hippisley-Cox J, et al., "Risk of myocardial infarction in patients takingcyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis," *BMJ*. 2005 Jun 11;330(7504):1366.

40. Hippisley-Cox J, et al., "Risk of adverse gastrointestinal outcomes in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis," *BMJ*. 2005 Dec 3;331(7528):1310-6.

41. Howard PA, et al., "Nonsteroidal anti-inflammatory drugs and cardiovascular risk," *J Am Coll Cardiol*. 2004 Feb 18;43(4):519-25.

42. Iadecola C, et al., "Cyclooxygenase-2 immunoreactivity in the human brain following cerebral ischemia," *Acta Neuropathol (Berl)*. 1999 Jul;98(1):9-14.

43. Iadecola C, et al., "Reduced susceptibility to ischemic brain injury and N-methyl-D-aspartate-mediated neurotoxicity in cyclooxygenase-2-deficient mice," *Proc Natl Acad Sci U S A*. 2001 Jan 30;98(3):1294-9.

44. Jenkins, John & Seligman, Paul FDA Memorandum, "Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular events" 4/6/05.

45. Juni P, et al., "Risk of cardiovascular events and rofecoxib: cumulative meta analysis," *Lancet* 2004 Dec 4;364(9450):2021-9.

46. Kim PS, Reicin AS; Villalba L, Witter J (FDA), "Rofecoxib, Merck, and the FDA" (correspondence) *N Engl J Med* 2004 Dec 30;351(27):2875-78.

47. Kimmel SE, et al., "The effects of nonselective non-aspirin non-steroidal anti inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin," *J Am Coll Cardiol*. 2004 Mar 17;43(6):985-90.

48. Knijff-Dutmer EA, et al., "Effects of nabumetone compared with naproxen on platelet aggregation in patients with rheumatoid arthritis," *Ann Rheum Dis*. 1999 Apr;58(4):257-59.

49. Konstam MA, et al., "Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib," *Circulation* 2001 Nov;104(19):2280-8

Donald S. David, M.D.

50. Laine L, Reicin A, et al., "Serious Lower Gastrointestinal Clinical Events With Nonselective NSAID or Coxib Use," *Gastroenterology* 2003 Feb;124:288-292.

51. Langman MJS, "Adverse events of conventional NSAIDs on the upper GI tract," *Fundamental and Clinical Pharmacology* 2003;17:393-403.

52. Leese PT, et al., "Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial," *J Clin Pharmacol.* 2000 Feb;40(2):124-32.

53. Leese PT, et al., "Valdecoxib does not impair platelet function," *Am J Emerg Med.* 2002 Jul;20(4):275-81.

54. Levesque LE et al., "The Risk for Myocardial Infarction withCyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults," *Ann Intern Med.* 2005 Feb 8;142.

55. Levesque LE, et al., "Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors," *CMAJ.* 2006 May 2;174 (11).

56. Linton M, "Cyclooxygenase-2 and atherosclerosis,"*Current Opinion  in Lipidology.* 13(5):497-504, October 2002.

57. Lisse RJ et al. (ADVANTAGE Study Group), "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis," *Ann Intern Med.* 2003 Oct 7;139(7):539-46.

58. Mamdani M, et al., "Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly," *Arch Intern Med* 2003; 163:481-486.

59. McAdam BF, et al., "Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2," *Proc Natl Acad Sci* U S A. 1999 Jan 5;96(1):272-7.

60. Merck & Co., Inc., "Rofecoxib: FDA Advisory Committee Background Information," dated Jan. 21, 2005.

61. Miettinen S, et al., "Spreading depression and focal brain ischemia induce cyclooxygenase-2 in cortical neurons through N-methyl-D-aspartic acid-receptors and phospholipase A2," *Proc Natl Acad Sci U S A.* 1997 Jun 10;94(12):6500-5.

62. Monakier D, et al., "Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. *Chest.* 2004 May;125(5):1610-5.

63. Mukherjee D, et al., "Risk of cardiovascular events associated with selective COX-2 inhibitors," *JAMA* 2001 Aug;286(8):954-9;

64. Murata T, et al, "Altered Pain Perception and Inflammatory Response in Mice Lacking a Prostacyclin Receptor," *Nature* 1997 Aug;388:678-682.

65. Nakayama M, et al., "Cyclooxygenase-2 inhibition prevents delayed death of CA1 hippocampal neurons following global ischemia," *Proc Natl Acad Sci U S A.* 1998 Sep 1;95(18):10954-9.

66. NDA 21-042/21-052 APPROVe Extension Preliminary Analyses

67. Nogawa S, et al., "Cyclo-oxygenase-2 gene expression in neurons contributes to ischemic brain damage," *J Neurosci.* 1997 Apr 15;17(8):2746-55.

68. Nussmeier NA, et al., "Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery," *N Engl J Med*. 2005 Mar 17;352(11):1081-91.

69. Patrono C, "Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs," *J Clin Invest*. 2001 Jul;108(1):7-13.

70. Patrono C, "Efficacy and safety of aspirin in the long-term management of atherothrombosis," *Haematologica*. 2001 Nov;86(11 Suppl 2):19-21.

71. Patrono C, et al., "Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy," *Chest*. 2004 Sep;126(3 Suppl):234S-264S.

72. Pitt B, et al., "Cyclooxygenase-2 inhibition and cardiovascular events," *Circulation*. 2002 Jul 9;106(2):167-9.

73. Pratico D, et al., "Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice," *Proc Natl Acad Sci U S A*. 2001 Mar 13;98(6):3358-63.

74. Press Release from the "REDUCE Campaign" of the American Gastroenterological Association- 12-10-2003.

75. Rahme E, et al., "Association Between Naproxen Use and Protection Against Acute Myocardial Infarction," *Arch Intern Med*. 2002 May;162:1111-1115.

76. Ray WA, et al., "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease," *Lancet*. 2002 Oct 5;360(9339):1071-3.

77. Ray WA, et al., "Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study, " *Lancet* 2002 Jan 12;359(9301):118-23; ["Ray naproxen study"]

78. Reicin A, et al., "Efficacy of single-dose and multidose rofecoxib in the treatment of post-orthopedic surgery pain," *Am J Orthop*. 2001 Jan;30(1):40-8.

79. Reicin AS, et al., "Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone)," *Am J Cardiol*. 2002 Jan 15;89(2):204-9.

80. Reines SA, et al., "Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study," *Neurology*. 2004 Jan 13;62(1):66-71.

81. Report of the American College of Emergency Physicians - "2004 Survey on NSAID use in the US."

82. Response to Article by Juni *et al*. Published in *The Lancet* on Nov. 5

83. Rothschild BM. "Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease" (letter) *Lancet*. 2002 Jul6;360(9326):89-90.

84. Rott D, et al., "Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice," *J Am Coll Cardiol*. 2003 May 21;41(10):1812-9.

85. Sairanen T, et al., "Cyclooxygenase-2 is induced globally in infarcted human brain," *Ann Neurol*. 1998 Jun;43(6):738-47.

86. Saito T, et al., "Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction," *Biochem Biophys Res Commun*. 2000 Jul 5;273(2):772-5.

Donald S. David, M.D.

87. Sandler RS, et al., "A randomized trial of aspirin to prevent colorectal adenomas in patients with previous colorectal cancer," *N Engl J Med.* 2003 Mar 6;348(10):883-90.

88. Schnitzer TJ, "Cyclooxygenase-2--specific inhibitors: are they safe?" *Am J Med.* 2001 Jan 8;110(1A):46S-49S.

89. Smith EF, et al., "Stabilization of cardiac lysosomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion:efficacy of the nonsteroidal anti-inflammatory agent, naproxen," *Am Heart J.* 1981 Apr;101(4):394-402.

90. Solomon DH, et al., "Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis," *Circulation.* 2003 Mar 11;107(9):1303-7.

91. Solomon DH, et al., "Nonsteroidal Antiinflammatory Drug Use and Acute Myocardial Infarction," *Arch Intern Med.* 2002 May;162:1099-1104.

92. Solomon DH, et al., "Relationship Between Selective Cyclooxygenase 2 Inhibitors and Acute Myocardial Infarction in Older Adults," *Circulation* 2004 May 4;109(17):2068 73.

93. Solomon DH, et al., "Relationships between COX-2 inhibitors and hypertension," *Hypertension.* 2004 Aug;44(2):140-5.

94. Solomon SD, et al., "Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention," *N Engl J Med.* 2005 Mar 17;352(11):1071-80.

95. Strand V, et al., "The Risk of Cardiovascular Thrombotic Events With Selective Cyclooxygenase-2 Inhibitors," *Arthritis Rheum* 2002 Aug;47(4):349-355.

96. Sugimoto K, et al., "Delayed effect of administration of COX-2 inhibitor in mice with acute cerebral ischemia," *Brain Res.* 2003 Jan 17;960(1-2):273-6.

97. Summary of Cardiovascular Events in the VIOXX Study (VIOXX Protocol 145)

98. Thal LJ, et al., "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment," *Neuropsychopharmacology.* 2005 Mar 2; [Epub ahead of print]

99. Tikiz C, et al., "Selective COX-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease," *Acta Med Okayama.* 2005 Feb;59(1):11-17.

100. Title LM, et al., "Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease," *J Am Coll Cardiol.* 2003 Nov 19;42(10):1747-53.

101. Topol E, "Failing the Public Health — Rofecoxib, Merck, and the FDA," *N Engl J Med 2004* Oct 21;351(17):1709-11.

102. Tuleja E, et al., "Effects of Cyclooxygenase -1 and -2 Inhibitors on the Balance of Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men," *Arterioscler Thromb Vasc Biol* 2003 Jun 1;23(6):1111-15.

103. Van Hecken A, et al., "Comparative inhibitory activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2 versus COX-1 in healthy volunteers," *J Clin Pharmacol* 2000 Oct;40:1109-1120.

104. Van Hecken A, et al., "Comparative inhibitory activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2 versus COX-1 in healthy volunteers," *J Clin Pharmacol* 2000;40:1109-1120.

Donald S. David, M.D.

105. Verma S, et al., "Cyclooxygenase-2 Blockade Does Not Impair Endoth elial Vasodilator Function in Healthy Volunteers: Randomized Evaluation of Rofecoxib Versus Naproxen on Endothelium-Dependent Vasodilatation,"*Circulation* 2001 104: 2879 – 2882.

106. Walter MF, et al., "Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs," *Atherosclerosis*. 2004 Dec;177(2):235-43.

107. Watson DJ, et al., "Lower Risk of Thromboembolic Cardiovascular Events With Naproxen Among Patients With Rheumatoid Arthritis," *Arch Intern Med.* 2002 May;162:1105-1110.

108. Weir MR, et al., "Selective COX-2 Inhibition and Cardiovascular effects: A review of the rofecoxib development program," *Am Heart* J 2003 Oct;146(4):591-604.

109. Wolfe MM, et al., "Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs," *N Engl J Med* 1999 Jun 17;340(24):1888-99.

110. Wolfe MM, et al., "Gastrointestinal toxicity of NSAIDs," *NEJM* 1999;340 (24): 1888-99.

111. Wong E, et al., "Effects of COX-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits," *Atherosclerosis*. 2001 Aug;157(2):393-402.

112. Zhao SA, Whelton A, et al., "A Comparison of Renal-Related Adverse Drug Reactions Between Rofecoxib and Celecoxib, Based on the World Health Organization/ Uppsala Monitoring Centre Safety Database," *Clin Ther* 2001;23:1478-1491.