10/14/05 Pratt, Craig (Irvin-Plunkett)

```
     0001
 1       05-I-81968 eb
 2
 3           IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF LOUISIANA
 4
         IN RE:  VIOXX                  * MDL DOCKET NO. 1657
 5       PRODUCTS LIABILITY LITIGATION  * SECTION L
                                        * JUDGE FALLON
 6       This document relates to:      * MAGISTRATE JUDGE KNOWLES
         Evelyn Irvin Plunkett          * CASE NO. 2:05CV4046
 7       VS.                            *
         Merck & Co., Inc.              *
 8
 9
10
11           VIDEOTAPED DEPOSITION OF CRAIG PRATT, MD
12
             UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
13                DEPOSITION WILL BE IN THE CUSTODY OF:
14                    Bradley D. Honnold, Esquire
                         Goza & Honnold, LLC
15                      2630 City Center Square
                           1100 Main Street
16                         P.O. Box 482355
                    Kansas City, Missouri  64148-2355
17
18
19       Date                    Edith A. Boggs, CSR
20
21       10-14-05                HOUSTON, TEXAS
22
23
24
25
```

1

10/14/05 Pratt, Craig (Irvin-Plunkett)

1     A.   I think I just answered you in my way.
2     Q.   And --
3     A.   I'm aware of no trial of any drug in any
4  condition in cardiology that reduces event rate 80
5  percent in a well conducted powered trial, not an
6  unpowered trial like VIGOR.  Small numbers can do crazy
7  things.
8     Q.   As you sit here today, do you believe Naproxen is
9  cardioprotective?
10    A.   Well, it's changed my clinical practice a little
11 bit.  If I have a patient that is -- that has coronary
12 disease that is taking Ibuprofen, I recommend they might
13 consider changing to Naproxen.
14    Q.   Okay.  As you sit here today, do you believe that
15 Naproxen is cardioprotective?
16    A.   Well, my actions probably speak louder than
17 words.  I don't know for sure because I totally agree
18 with you, there's no well controlled placebo trial that
19 establishes it.  So, believe is a strange word.  It's
20 not established, I grant you that.
21    Q.   We can agree today that it is not established
22 that Naproxen is cardioprotective, correct?
23    A.   I think that's perfectly put.
24    Q.   And in 2000 and 2001, it was not established that
25 Naproxen was cardioprotective, correct?

**10/14/05 Pratt, Craig (Irvin-Plunkett)**

1    A.   If it's not established now, it probably wasn't
2    established then.
3    Q.   Okay.  If it was not established in 2000 and 2001
4    that Naproxen was, in fact, cardioprotective, is it
5    sensible then to attribute the VIGOR data to the
6    cardioprotective effects of Naproxen?
7    A.   Well, I think what's sensible is to take that new
8    information and that imbalance and look at it in the
9    light of all other information available at the time.
10   And we've talked in great detail about the other
11   information that was available at the time.  There was
12   an unblinding of two placebo controlled trials.  There
13   was a meta-analysis of all the placebo controlled trials
14   in arthritis and other things that Merck had.  All of
15   those things didn't point to an increased risk.  So,
16   once one has that information, it's, to me, easier to
17   interpret the strength of the VIGOR data given that it's
18   a positive controlled trial.
19         MR. HONNOLD:  I'm going to move that being
20   stricken as nonresponsive.
21   Q.   (BY MR. HONNOLD)  Given in 2000 and 2001 that it
22   was not established that Naproxen was cardioprotective,
23   did it makes sense at that time to try to explain the
24   results of VIGOR with the cardioprotective effects of
25   Naproxen?