IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>**PRODUCTS LIABILITY**<br>**LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>CHARLES LARON MASON v.<br>MERCK & CO., INC. | **MDL DOCKET NO. 1657**<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |

## AMENDED NOTICE OF ORAL DEPOSITION OF DONALD S. DAVID, M.D.

TO:   ALL KNOWN COUNSEL OF RECORD

Pursuant to the Rule 30 of the Federal Rules of Civil Procedure, Plaintiff CHARLES LARON MASON will take the oral deposition of Donald S. David, M.D. as follows:

Date:   **Friday, September 15, 2006**

Time:   **10:00 a.m.**

Location:   **Reed Smith LLP**
**355 South Grand Avenue**
**Suite 2900**
**Los Angeles, CA  90071**

The deposition will be reported by a certified court reporter and will be videotaped for use at trial. The taking of this deposition will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed. You are invited to attend and examine the witness as provided by the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the deponent is requested to produce the documents listed on Exhibit A.

August 31, 2006                            Respectfully submitted,

                                                     BLIZZARD, McCARTHY & NABERS, LLP

*Holly M Wheeler / by permission*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar No. 24006035
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: (713) 844-3750
Fax:     (713) 844-3763

ATTORNEYS FOR PLAINTIFF
CHARLES LARON MASON

| | |
|---|---|
| Andy D. Birchfield, Esq.<br>P. O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Christopher Seeger, Esq.<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Leonard Davis<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70013<br>PH: (504) 581-4892<br>FAX: (504) 561-6024 | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70013<br>PH: (504) 581-4892<br>FAX: (504) 561-6024 |

**PLAINTIFFS' STEERING COMMITTEE**

## **EXHIBIT A**

1. All materials Dr. David has reviewed prior to or since he was retained as an expert in this litigation that relate to Vioxx.

2. All materials on which Dr. David relies as support for his opinions in the Vioxx litigation.

3. All work product (other than draft reports) that Dr. David has prepared in the Vioxx litigation.

4. All statements reflecting the time Dr. David has spent on Vioxx-related work, including invoices/bills he has submitted for payment. All notes or other memoranda Dr. David has prepared in the Vioxx litigation.

5. All communications Dr. David has had with any defense counsel or members of the defense teams in the Vioxx litigation.

6. All documents relating to the risk/benefit analysis performed by Dr. David and the other members of the Pharmacy and Therapeutics committee at the City of Hope in 2001 or any other year related to Vioxx.

7. All documents which support the following opinions which can be found on pages 15-16 of Dr. David's August 25, 2006 report:

"Since the introduction of COX-2 selective NSAIDs, and specifically after the addition of rofecoxib to our hospital formulary in 2001, I have noted a dramatic reduction in both the number and severity of serious gastrointestinal complications associated with NSAIDs. In fact, I do not recall seeing a single occurrence of a peptic ulcer or a significant gastrointestinal bleed in a patient treated with rofecoxib. Additionally, the gastrointestinal tolerability of rofecoxib was significantly better, in my clinical experience, than that of traditional NSAIDs. Patients who were previously unable to tolerate traditional NSAIDs because of gastrointestinal intolerance were able to tolerate rofecoxib without a problem. The efficacy of rofecoxib as a pain-reliever was impressive, and many patients found that this was the most effective pain medication that they had used. I have not seen a single case of a cardiovascular complication associated with rofecoxib use in my clinical practice. Based on my review of the scientific literature and my own clinical experience I have concluded that rofecoxib was safe both from a gastrointestinal and cardiovascular standpoint."

This request includes all information, including medical records, pertaining to patients who were treated with Vioxx in Dr. David's clinical practice. Patient identifying information can be redacted.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittman, Shayna S. Cook and Richard Krumholz by U.S. Mail, facsimile and/or e-mail; and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced, in accordance with Pretrial Order No. 9, on this 31st day of August, 2006.

Phillip Wittman
Stone, Pigman Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA  70130-3588
Phone:  (504) 581-3200
Fax:  (504) 581-3361

Shayna S. Cook
Bartlit, Beck, Herman, Palechar & Scott
Courthouse Place
54 West Hubbard Street
Chicago, IL  60610
Phone: (312) 494-4400
Fax:  (312) 494-4440

Richard Krumholz
Fulbright & Jaworski
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Phone: (214) 855-8000
Fax: (214) 855-8200

_Holly M. Wheeler / by permission_
Holly M. Wheeler