UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0810 | * | |
| CHARLES L. MASON, | * | MAGISTRATE JUDGE<br>KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF WITHDRAWAL OF:
(1) MERCK'S MOTIONS TO COMPEL DEPOSITIONS OF DRS. LUCCHESI AND ZIPES; AND (2) MERCK'S MOTIONS TO EXCLUDE TESTIMONY OF
<u>DR. LUCCHESI, PROFESSOR PLUNKETT, AND DR. ZIPES</u>

Based upon plaintiff's representation that he will no call Dr. Lucchesi, Professor Plunkett, or Dr. Zipes to testify at trial – either live or by video deposition – Merck hereby withdraws the following motions:

1. Merck's Motion to Compel the Deposition of Dr. Benedict Lucchesi or, in the Alternative, to Exclude Him from Testifying at Trial (Record Docket No. 7111);

2. Merck's Motion to Compel the Deposition of Douglas P. Zipes, M.D. or, in the Alternative, to Exclude Him from Testifying at Trial (Record Docket No. 7103);

3. Merck's Motion to Exclude Testimony of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A. (Expert Challenge No. 2) (Record Docket No. 7179);

4. Merck's Motion to Exclude Testimony of Laura Plunkett, Ph.D. (Expert Challenge No. 4) (Record Docket No. 7180); and,

5.  Merck's Motion to Exclude Testimony of Douglas P. Zipes, M.D. (Expert Challenge No. 8) (Record Docket No. 7200).

Dated: September 27, 2006　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Dorothy H. Wimberly
　　　　　　　　　　　　　　　　　　　　　　Phillip A. Wittmann, 13625
　　　　　　　　　　　　　　　　　　　　　　Dorothy H. Wimberly, 18509
　　　　　　　　　　　　　　　　　　　　　　STONE PIGMAN WALTHER
　　　　　　　　　　　　　　　　　　　　　　WITTMANN L.L.C.
　　　　　　　　　　　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130
　　　　　　　　　　　　　　　　　　　　　　Phone: 504-581-3200
　　　　　　　　　　　　　　　　　　　　　　Fax:　　504-581-3361

　　　　　　　　　　　　　　　　　　　　　　Defendants' Liaison Counsel

　　　　　　　　　　　　　　　　　　　　　　Philip S. Beck
　　　　　　　　　　　　　　　　　　　　　　Tarek Ismail
　　　　　　　　　　　　　　　　　　　　　　Shayna Cook
　　　　　　　　　　　　　　　　　　　　　　BARTLIT BECK HERMAN PALENCHAR
　　　　　　　　　　　　　　　　　　　　　　& SCOTT LLP
　　　　　　　　　　　　　　　　　　　　　　54 West Hubbard Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60610
　　　　　　　　　　　　　　　　　　　　　　Phone: 312-494-4400
　　　　　　　　　　　　　　　　　　　　　　Fax:　　312-494-4440

　　　　　　　　　　　　　　　　　　　　　　Brian Currey
　　　　　　　　　　　　　　　　　　　　　　Catalina J. Vergara
　　　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　　　400 South Hope Street
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　Phone: 213-430-6000
　　　　　　　　　　　　　　　　　　　　　　Fax:　　213-430-6407

　　　　　　　　　　　　　　　　　　　　　　Douglas Marvin
　　　　　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP
　　　　　　　　　　　　　　　　　　　　　　725 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　Phone: 202-434-5000
　　　　　　　　　　　　　　　　　　　　　　Fax:　　202-434-5029

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of September, 2006.

    /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

831713v.1