UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-6550 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| FRANCISCO MUNIZ-DOMENA, et al. | * | |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC., et al. | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Francisco Muniz-Domena against defendants be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 22nd day of September, 2006

_____
DISTRICT JUDGE

815588v.1