# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Vioxx** | **MDL DOCKET NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | Section L |
| THIS DOCUMENT RELATES TO: | |
| Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v. | Mag. Judge Knowles |
| MERCK & CO., INC. | |

---

## ORDER GRANTING PLAINTIFF CHARLES LARON MASON'S MOTION IN LIMINE TO PRECLUDE DEFENDANT MERCK FROM REFERRING TO MR. MASON'S LEFT ANTERIOR DESCENDING CORONARY ARTERY AS A "WIDOW-MAKER"

---

On this day, the court considered Plaintiff Charles Laron Mason's Motion to Preclude Defendant Merck from Referring to Mr. Mason's Left Anterior Descending Coronary Artery as a "Widow-Maker," and after reviewing the pleadings and evidence and hearing arguments of counsel, is of the opinion that said Motion should be GRANTED.

_____
Judge Eldon E. Fallon