UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation<br><br>This Document Relates to:<br><br>JIM HOOD, ATTORNEY GENERAL<br>*ex rel* STATE OF MISSISSIPPI<br>ATTORNEY GENERAL<br>　　　Plaintiff<br><br>versus<br><br>MERCK & CO., INC.,<br>　　　Defendant<br><br>Case No. 2:05-cv-06755-EEF-DEK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## MOTION TO ENROLL COUNSEL AND
## DESIGNATE TRIAL ATTORNEY

**COMES NOW,** Plaintiff, Jim Hood, Attorney General of the State of Mississippi *ex rel* State of Mississippi, by and through undersigned counsel, and moves this honorable Court to enroll Sheila M. Bossier as additional counsel of record for Plaintiff in this cause.

Further, pursuant to Local Rule 11.2, Plaintiff moves the Court to designate Sheila M. Bossier as trial attorney to be responsible for the case, and all notices and other communications with respect to it are requested to be directed to:

Sheila M. Bossier, Esq.
BOSSIER & ASSOCIATES, PLLC
P. O. Box 55567
Jackson, MS 39296
Telephone: (601) 352-5450
Facsimile:  (601) 352-5452
Email: sbossier@bossier-law.com

Respectfully Submitted,

**JIM HOOD, ATTORNEY GENERAL,** *ex rel*
**THE STATE OF MISSISSIPPI**

*/s/ Bossier/*

One Of The Attorneys for Plaintiff
Sheila M. Bossier (LA Bar No. 19491)
BOSSIER & ASSOCIATES, PLLC
P. O. Box 55567
Jackson, MS 39296
Telephone: (601) 352-5450
Facsimile:  (601) 352-5452
Email: sbossier@bossier-law.com

OF COUNSEL:

Rickey T. Moore   (MSB#3457)
Geoffrey C. Morgan   (MSB#3474)
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205
Telephone: (601) 359-3821

Richard A. Freese (MSB# 99885)
THE FREESE LAW FIRM, P.C.
The Morgan Keegan Building
2900 Highway 280, Suite 240
Birmingham, AL  35223
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

Shane F. Langston (MSB #1061)
Rebecca M. Langston (MSB #99608)
LANGSTON & LANGSTON, PLLC
201 N. President Street
Jackson, Mississippi 39201
Telephone: (601) 969-1356
Facsimile: (601) 968-3866

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the above and foregoing Plaintiff's Motion To Enroll Counsel and Designate Trial Attorney has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

    This the 27th day of September, 2006.

_____
OF COUNSEL