UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX ) | MDL NO. 1657 | |
| Products Liability Litigation ) | | |
| ) | SECTION: L | |
| This Document Relates to: ) | | |
| ) | HON. ELDON E. FALLON | |
| JIM HOOD, ATTORNEY GENERAL ) | | |
| *ex rel* STATE OF MISSISSIPPI ) | MAG. JUDGE KNOWLES | |
| ATTORNEY GENERAL ) | | |
| Plaintiff ) | | |
| ) | | |
| versus ) | | |
| ) | | |
| MERCK & CO., INC., ) | | |
| Defendant ) | | |
| ) | | |
| Case No. 2:05-cv-06755-EEF-DEK ) | | |

## ORDER GRANTING PLAINTIFF'S MOTION TO ENROLL COUNSEL AND TO DESIGNATE TRIAL ATTORNEY

THIS MATTER having come before the Court on Plaintiff's Motion to Enroll Counsel and to Designate Trial Attorney, and the Court having considered the Motion and being otherwise advised in the premises, finds that the Motion is well taken and should be GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Enroll Counsel and to Designate Trial Attorney be granted, and that Sheila M. Bossier is to be designated as Plaintiff's trial attorney, and that all notices given or required to be given, and all papers served or required to be served be given to and served upon Sheila M. Bossier, Esq. Bossier & Associates, PLLC, P.O. Box 55567, Jackson, MS 39296.

Dated this _____ day of _____ , 2006

_____
UNITED STATES DISTRICT JUDGE

Approved and Entry Requested:

*[signature]*
_____
Sheila M. Bossier
Attorney for Plaintiff