**Exhibit A - Graham Deposition Excerpts**

**• Mason - Motion to Exclude Graham**

[1:1] - [1:24]          5/9/2006     Graham, David - (MDL)

```
page 1
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2                     -  -  -
        IN RE:  VIOXX      :  MDL DOCKET NO.
3       LITIGATION         :  1657
4       ---------------------------------------
        SUPERIOR COURT OF THE STATE OF CALIFORNIA
5              COUNTY OF LOS ANGELES
                 CENTRAL CIVIL WEST
6
        VIOXX CASES           :  JCCP NO. 4247
7                             :  ASSIGNED TO HON
                              :  VICTORIA CHEYNEY
8                     -  -  -
                     CONFIDENTIAL
9          SUBJECT TO PROTECTIVE ORDER
                      -  -  -
10                  May 9, 2006
                      -  -  -
11          Videotape deposition of DAVID J.
12      GRAHAM, M.D., M.P.H, held at The
13      Renaissance Mayflower Hotel, 1127
14      Connecticut Avenue, N.W., Washington,
15      D.C. 20036, commencing at 9:23 a.m., on
16      the above date, before Linda L. Golkow, a
17      Federally-Approved Registered Diplomate
18      Reporter and Certified Shorthand
19      Reporter.
                          -  -  -
20
21          GOLKOW LITIGATION TECHNOLOGIES
                  Four Penn Center
22        1600 John F. Kennedy Boulevard
                    Suite 1210
23        Philadelphia, Pennsylvania 19103
                   877.DEPS.USA
24
```

[36:21] - [37:1]          5/9/2006     Graham, David - (MDL)

```
page 36
21              One you made on November 18,
22  2004 to the United States Senate Finance
23  Committee.  You said, to quote you,
24  "Vioxx is a terrible tragedy and a
page 37
1   profound regulatory failure.  I would
```

[37:8] - [37:14]          5/9/2006     Graham, David - (MDL)

```
page 37
8        Q.    You also made a statement on
9   November 18 before the United States
10  Senate where you said, "Vioxx is the
11  single greatest drug safety catastrophe
12  in the history of this country."  Did you
13  make that statement, sir?
14       A.    Yes, I did.
```

[37:18] - [37:22]          5/9/2006     Graham, David - (MDL)

```
page 37
18       Q.    You also said, "The FDA, its
```

**Exhibit A - Graham Deposition Excerpts**

• **Mason - Motion to Exclude Graham**

```
                    19  Center for Drug Evaluation and Research,
                    20  are broken."  Did you make that
                    21  statement, sir?
                    22         A.    Yes, I did.
```

[64:7] - [64:16]          5/9/2006    Graham, David - (MDL)

```
                    page 64
                    7          A.    It is my professional
                    8   opinion, based on the evidence that I've
                    9   looked at, that Vioxx should not have
                    10  been approved at the time that it was
                    11  approved, that there were substantial
                    12  areas of concern relating to
                    13  cardiovascular safety that should have
                    14  been explored more fully and more
                    15  thoroughly prior to consideration of an
                    16  approval.
```

[83:22] - [84:19]          5/9/2006    Graham, David - (MDL)

```
                    page 83
                    22         Q.    What has been the problems,
                    23  if any, with that kind of system and
                    24  situation?
                    page 84
                    1          A.    You're dependent on the
                    2   honesty, integrity and truthfulness of
                    3   the drug company, that it will provide
                    4   you with all information, that
                    5   information which helps their cause in
                    6   getting their drug approved, information
                    7   that may call into question the
                    8   effectiveness, the efficacy or the safety
                    9   of their drug.  But it's based on trust
                    10  and -- it's based on trust.
                    11         Q.    Is that trust on some
                    12  occasions violated?
                    13         A.    That's an area that I'm
                    14  probably not really competent to talk
                    15  about in sort of anything in any direct
                    16  detail because my experience is really
                    17  post-marketing.  I have heard examples
                    18  and rumors and the like, but it's not
                    19  something that I'm really expert in.
```

[129:18] - [129:22]        5/9/2006    Graham, David - (MDL)

```
                    page 129
                    18         A.    Yes.  I experienced threats,
                    19  intimidation and actually what in my view
                    20  appears to have been a very organized and
                    21  orchestrated campaign to smear and
                    22  discredit me.
```

[135:6] - [135:22]         5/9/2006    Graham, David - (MDL)

```
                    page 135
                    6   derived no benefit from it.  So, what you
                    7   want is, really, when you talk about
                    8   benefit/risk, is you want to look at what
                    9   is sort of the health benefits, the real
                    10  certifiable health benefit that you're
                    11  deriving from a drug versus what are the
                    12  real risks.
                    13            But what FDA frequently
                    14  does, almost always does, is it takes the
```

**Exhibit A - Graham Deposition Excerpts**

**• Mason - Motion to Exclude Graham**

```
15  efficacy -- when it says benefits exceed
16  the risks, what it's really saying is in
17  our estimation, the FDA's estimation, the
18  efficacy should lead to a benefit, and we
19  say that benefit exceeds the risk.  But
20  FDA has never done a formal benefit
21  analysis on any drug product to my
22  knowledge.  It certainly did not do one
```

[137:16] - [137:23]      5/9/2006      Graham, David - (MDL)

```
page 137
16            That risk/benefit analysis
17  was or was not done by FDA?
18        A.    It was not done by FDA.
19        Q.    In your opinion, had it been
20  done, it would have come out the way you
21  suggested if it had been correctly and
22  diligently and honestly done?
23        A.    Yes.
```

[140:13] - [140:17]      5/9/2006      Graham, David - (MDL)

```
page 140
13        A.    Right.  The fact that the
14  drug was going to be used widely and that
15  it was used widely means that the
16  exposure to potential harm was very large
17  at a population level.  So, at a
```

[175:11] - [175:19]      5/9/2006      Graham, David - (MDL)

```
page 175
11  about was trying to make a little joke
12  about Yogi Berra and deja vu, but what I
13  was trying to talk about here is the
14  evidence that was accruing on Vioxx and
15  heart attack risks and FDA's response,
16  which in my experience has been to
17  downplay or ignore those risks and to let
18  things get worse in a sense to, let the
19  problem continue unabated.  So, that's
```

[177:19] - [178:3]      5/9/2006      Graham, David - (MDL)

```
page 177
19            What I also said at this
20  meeting was that it resulted in a
21  two-year wild goose chase as people in
22  their research focused on addressing
23  naproxen and whether it affects the risk
24  of heart attack, rather than focusing on
page 178
1   Vioxx and on lower-dose Vioxx, which was
2   being used by increasing numbers of
3   patients.
```

[178:14] - [179:6]      5/9/2006      Graham, David - (MDL)

```
page 178
14        Q.    What was going on with
15  labeling in that same period of time,
16  sir?
17        A.    Nothing was happening with
18  labeling, at least nothing visible.
19        Q.    Was it your words when you
20  described it, those two years, as a wild
```

**Exhibit A - Graham Deposition Excerpts**

**• Mason - Motion to Exclude Graham**

```
21  goose chase?
22          MR. BECK:  Object to form.
23          THE WITNESS:  My reference
24      to wild goose chase was to the
page 179
1       efforts by the scientific
2       community to investigate what has
3       subsequently been shown, I think,
4       unequivocally to be an untruth,
5       which is that naproxen does not
6       protect against heart attack.
```

[194:17] - [194:22]     5/9/2006     Graham, David - (MDL)

```
page 194
17          Q.    Was that unusual, that it
18  was peer reviewed twice and by that many
19  people?
20          A.    It was unusual, but it was
21  necessitated by efforts by the FDA to
22  suppress publication of the paper.
```

[222:22] - [223:24]     5/9/2006     Graham, David - (MDL)

```
page 222
22          THE WITNESS:  This drug was
23      risky.  And the benefits that one
24      gained at a population level for
page 223
1       the risks just weren't worth it.
2       The juice wasn't worth the
3       squeeze, and in my view, as I said
4       before, I think that Vioxx was
5       approved prematurely, and clearly
6       if more work had been done,
7       certainly the high dose shouldn't
8       have been approved.  And if it had
9       been approved, it should have been
10      withdrawn with the VIGOR study.
11      And at that point, intensive study
12      at the lower doses should have
13      been enacted with a very large
14      clinical trial done in a very
15      short space of time to nail down
16      the question.  And I'm not talking
17      about an APPROVe-like study that
18      takes four or five years to do and
19      has only five or six heart attacks
20      in six months.  I'm talking about
21      a really huge study that gives you
22      the opportunity, the power, to
23      answer the question definitively.
24      And that was not done.
```

[274:7] - [274:14]     5/9/2006     Graham, David - (MDL)

```
page 274
7           A.    It's my view that warnings
8   as implemented by FDA have been very
9   ineffective.  There are means, I believe,
10  whereby labeling could be constructed in
11  a fashion that it actually would
12  potentially influence physician behavior
13  and perhaps then find its way into
14  patient behavior.
```

**Exhibit A - Graham Deposition Excerpts**

**• Mason - Motion to Exclude Graham**

[274:18] - [275:10]     5/9/2006    Graham, David - (MDL)

```
page 274
18         A.    It would actually just be
19  more straightforward about what the
20  problems are, using very bold and frank
21  and plain language, not sort of using
22  adjectives that kind of downplay it and
23  not burying it in tremendous amounts of
24  text so that when a physician looks at
page 275
1   the label, they're confronted by three
2   paragraphs of warnings, and the warning
3   that really matters is kind of buried in
4   the midst of it.  I think that there's a
5   lot of room for experimentation where
6   these labeling interventions might
7   actually have an effect.  But as
8   practiced, the way FDA implements them,
9   they are not -- have not been, until now,
10  effective, in my view.
```

[325:8] - [325:21]     5/9/2006    Graham, David - (MDL)

```
page 325
8   pulmonologist.  I think that he has broad
9   responsibilities for the approval of
10  drugs, and that it's his office, Office
11  of New Drugs, that approved Vioxx, and
12  that going back to the conflict of
13  interest that we talked about before,
14  that FDA has a vested interest in
15  maintaining the decisions that it's made
16  previously.  And that their biggest
17  concern here was that they had, in
18  quotes, done a labeling change in 2002,
19  and that solved the problem.  But I
20  contend that it didn't really accomplish
21  very much at all.
```

[566:1] - [566:22]     5/9/2006    Graham, David - (MDL)

```
page 566
1           C E R T I F I C A T E
2
3       I, LINDA L. GOLKOW, a Notary
    Public and Certified Shorthand Reporter
4   of the State of New Jersey, do hereby
    certify that prior to the commencement of
5   the examination, DAVID J. GRAHAM, M.D.,
    MPH was duly sworn by me to testify to
6   the truth, the whole truth and nothing
    but the truth.
7
8       I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
9   testimony as taken stenographically by
    and before me at the time, place and on
10  the date hereinbefore set forth, to the
    best of my ability.
11
12      I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor
13  attorney nor counsel of any of the
    parties to this action, and that I am
14  neither a relative nor employee of such
    attorney or counsel, and that I am not
15  financially interested in the action.
```

**Exhibit A - Graham Deposition Excerpts**

**• Mason - Motion to Exclude Graham**

```
            16
            17
            18
            19          _____
                        LINDA L. GOLKOW, CSR
            20          Notary Number:  1060147
                        Notary Expiration:  1-2-08
            21          CSR Number:  30XI176200
                        Dated:  May 16, 2006
            22
```