UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation<br><br>This Document Relates to:<br><br>JIM HOOD, ATTORNEY GENERAL<br>*ex rel* STATE OF MISSISSIPPI<br>ATTORNEY GENERAL<br>　　　Plaintiff<br><br>versus<br><br>MERCK & CO., INC.,<br>　　　Defendant<br><br>Case No. 2:05-cv-06755-EEF-DEK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## NOTICE OF SERVICE

Notice is hereby given that Plaintiff, Jim Hood, Attorney General of the State of Mississippi *ex rel* State of Mississippi, by and through counsel, has this date served in the above entitled action the following:

1. Plaintiffs' First Set of Interrogatories; and

2. Plaintiffs' First Requests for Production.

The undersigned retains the original of the above documents as custodian thereof pursuant to the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　**JIM HOOD, ATTORNEY GENERAL,** *ex rel*
　　　　　　　　　　　　　　　　　　**THE STATE OF MISSISSIPPI**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　One Of The Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Sheila M. Bossier (LA Bar No. 19491)

BOSSIER & ASSOCIATES, PLLC
P. O. Box 55567
Jackson, MS 39296
Telephone: (601) 352-5450
Facsimile:   (601) 352-5452
Email: sbossier@bossier-law.com

OF COUNSEL:

Rickey T. Moore   (MSB#3457)
Geoffrey C. Morgan   (MSB#3474)
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205
Telephone: (601) 359-3821

Richard A. Freese (MSB# 99885)
THE FREESE LAW FIRM, P.C.
The Morgan Keegan Building
2900 Highway 280, Suite 240
Birmingham, AL  35223
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

Shane F. Langston (MSB #1061)
Rebecca M. Langston (MSB #99608)
LANGSTON & LANGSTON, PLLC
201 N. President Street
Jackson, Mississippi 39201
Telephone: (601) 969-1356
Facsimile: (601) 968-3866

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the above and foregoing Notice of Service has been served on Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 201 St. Charles Avenue, suite 4310, New Orleans, LA 70170 and Phillip Wittmann, Stone Pigman Walther Wittman, LLC, 546 Carondelet St., New Orleans, LA 70130-3588 and served on counsel for Defendant, Christy D. Jones, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Post Office Box 22567, Jackson, MS 39225 by U.S. Mail and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

    This the 27th day of September, 2006.

    _____
    OF COUNSEL