# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

In re:  VIOXX                    )
                                 )
PRODUCTS LIABILITY LITIGATION )
                    ) MDL DOCKET NO. 1657
 This document relates to:    )
Case No. 2:06-CV-00810      ) SECTION L
                    )
CHARLES MASON,              ) JUDGE FALLON
                    )
    Plaintiff,      ) MAGISTRATE JUDGE
                    ) KNOWLES
    vs.             )
                    ) Deposition of:
MERCK & CO., INC.,          ) CHARLES L. MASON
                    )
    Defendant.          )

_____

June 28, 2006
9:08 a.m.

Location:  Ray, Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, Utah

Reporter:  Rashell Garcia
Notary Public in and for the State of Utah

[94:6] – [94:15]        7/28/06    Mason, Charles L.

Page 94
6   Q.   And then you took Celebrex; true?
7       A.   I was just given Celebrex in 2005.  Karen
8   recommended it for my osteoarthritis on my knees.  It
9   didn't work.
10      Q.   Are you still on -- are you still on Celebrex?
11      A.   I don't take it.  No, I don't take Celebrex.
12      Q.   Why did you stop taking Celebrex?
13      A.   It wasn't working.
14      Q.   Okay.
15      A.   Made no difference at all.

[142:1] – [144:19]     7/28/06    Mason, Charles L.

Page 142
1       Q.   I hate to bring this up but it's yet another
2   topic in your medical records.
3       A.   Yes.
4       Q.   And I apologize for having to bring up things
5   that aren't pleasant to talk about, but I believe
6   you've also been diagnosed with ED.
7       A.   And that continues.
8       Q.   Which is erectile dysfunction; true?
9       A.   Yes, sir.
10      Q.   And you've had a long history of that?
11      A.   It started not that long ago.  Prior to, what,
12   about 2000, 2001, we discussed it.  I discussed it with
13   Doug and went through it.  He recommended Viagra.  I
14   took it a few times.  I wasn't that happy with Viagra.
15   We tried some -- what's that other one, the one where
16   the coach advertised that he tried that, Dickett or
17   Dickey or --
18      Q.   Mike Ditka?
19      A.   Mike Ditka tried that one.  And that was even
20   worse.  There's another one out but we never tried it
21   because it does have a -- it can -- he was pretty sure
22   that one was just out.  He said, we're not even going
23   to try it.
24      Q.   What was his concern about that one?
25      A.   Well, because of the heart.

7/28/06    Mason, Charles L.

Page 143
1    Q.   And had he told you there's some risks with
2  cardiovascular issues or heart attacks in connection
3  with --
4    A.   Yes, that was one of the -- yes.
5    Q.   Has Dr. Vogeler told you that there is a risk
6  in taking Viagra, for example, because of
7  cardiovascular risks?
8      MR. NABERS:  Objection to the form.
9    A.   Doug -- I can't recall specifics but there was
10  a mention of, you know, that these things -- that's why
11  he was watching me very close.  He watched me closely.
12  I trusted Doug.
13    Q.   Was it your understanding that Viagra and
14  other erectile dysfunction drugs carry a risk of
15  cardiovascular disease or heart attacks?
16    A.   I can't specifically recall it as to that
17  particular thing, saying that -- there were some risks
18  mentioned.  I never had that four hour thing, so I
19  never worried about it, you know.
20      MR. NABERS:  He read the package insert.
21    A.   I didn't think there was a risk there.
22      MR. NABERS:  I wouldn't know, by the way.
23    Q.   Were you taking Viagra at the same time that
24  you were taking VIOXX?
25    A.   I had a prescription to take it but I didn't

7/28/06    Mason, Charles L.

Page 144
1  take it.
2    Q.   You didn't take it at any time while you were
3  taking VIOXX?
4    A.   I didn't take it -- I think when I was taking
5  VIOXX, I actually seemed to be a little better than --
6  because I had no pain.  There was no -- so, I wasn't
7  taking any drugs at the time.
8    Q.   I know you don't understand -- you don't
9  remember what the risks were in connection with
10  Viagra --
11    A.   No.
12    Q.   -- but -- and similar drugs.  But you are sure
13  that Dr. Vogeler and Nurse Olson talked to you about
14  those risks, whatever they were?
15    A.   Oh, yes, they would have never ever
16  recommended that I take anything, even if I said I

17   want -- in fact, I'm the one that asked to take the
18   Viagra.  They didn't recommend it, I went in and talked
19   to them about taking it.


[231:5] – [234:12]          7/28/06     Mason, Charles L.

Page 231
5    Q.  All right.  And I think it was represented
6    t this was a note out of Dr. Vogeler's chart.  But
7    in any event, those referenced Celebrex prescriptions
8    that you got; correct?
9       A.  Yes.
10      Q.  All right.  And the first Celebrex
11   prescription you got was June 22nd of 2005; is that
12   correct?
13      A.  That's correct.
14      Q.  And did you fill that prescription?
15      A.  No, I did not fill the prescriptions, either
16   one of them.
17      Q.  Okay.
18      A.  They had some samples.
19         MR. KRUMHOLZ:  And I'll object to the
20   nonresponsiveness of the answer and mischaracterizes
21   prior testimony.
22      Q.  Let's see if we can do it this way.  You got a
23   prescription for Celebrex June the 22nd of 2005?  At
24   least one was written for you; correct?
25      A.  Yes, it was written for me.


7/28/06     Mason, Charles L.

Page 232
1       Q.  Right.  Did you ever take that prescription
2    for Celebrex dated July 22nd of '05 and fill it that
3    you recall?
4       A.  That went up --
5          MR. KRUMHOLZ:  Objection, form.
6       A.  There was one of them I know I didn't.  I
7    might have filled it, but I only took it a few times
8    and I said, that's it.  I think she gave me samples,
9    two or three samples.
10         MR. KRUMHOLZ:  Objection, nonresponsive.
11      Q.  Is your best recollection as you sit here
12   today the fact that Ms. Karen Olson gave you samples of
13   Celebrex?

14      MR. KRUMHOLZ:  Objection, leading.
15      A.   I believe she gave me samples of Celebrex at
16   the time.
17      Q.   All right.  It also indicates that a
18   prescription was written for Celebrex July 5 of 2005;
19   correct?
20      A.   Yeah, there was one written but I don't --
21   there only could be one, they wouldn't write two.
22      MR. KRUMHOLZ:  Objection, nonresponsive.
23      Q.   Do you know if you ever filled a prescription
24   for Celebrex in July of 2005?
25      MR. KRUMHOLZ:  Objection, form.

7/28/06    Mason, Charles L.

Page 233
1      A.   I may have filled one of them.  I can't recall
2   that I -- I know I didn't fill both of them, but I may
3   have filled the first one.
4      Q.   Do you know if you did fill one of the
5   prescriptions if you took all of the pills that were
6   contained within the prescription?
7      A.   No.
8      MR. KRUMHOLZ:  Objection, form.  Objection,
9   leading.
10      A.   No, I did not take all of them.
11      Q.   All right.  You were also shown by counsel for
12   Merck Deposition Exhibit No. 7 which was represented as
13   a Celebrex package insert; correct?
14      A.   Yes, sir.
15      Q.   And if we turn over in the document
16   specifically to page 25, do you see that?
17      A.   Yes, sir.
18      Q.   And does it indicate there that this label was
19   revised, this Celebrex label was revised July of 2005?
20      A.   That's correct.
21      MR. KRUMHOLZ:  Objection, leading.
22      Q.   And July of 2005 would have been after the
23   time that your Celebrex prescriptions were written;
24   correct?
25      MR. KRUMHOLZ:  Objection, leading.

7/28/06    Mason, Charles L.
Page 234
1      A.   That's correct.
2      Q.   And as you sit here, do you have any idea when

3   this Celebrex label came into the Physicians' Desk
4   Reference?
5      A.   No, sir.
6      Q.   Do you know if your physicians ever even saw
7   this black box warning on Celebrex?
8      A.   I don't know, sir.
9      Q.   And as you sit here today, you don't know if
10   you saw this black box warning on Celebrex at that
11   time; correct?
12      A.   That is correct.