# EXHIBIT B

[1:1] – [1:25]

7/26/06     Vogeler, Douglas, M.D. (Mason)
Page 1

```
1  UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2
   _____
3                          )
   IN RE:  VIOXX           )  MDL DOCKET NO. 1657
4  PRODUCTS LIABILITY      )  SECTION L
   LITIGATION              )
5                          )
   This document relates to: )  JUDGE FALLON
6  Case No. 2:06-CV-00810;  )  MAGISTRATE JUDGE KNOWLES
   CHARLES LARON MASON v.   )
7  MERCK & CO., INC.,       )
                            )  DEPOSITION OF:
8     Defendant.            )  DOUGLAS M. VOGELER, M.D.
   _____)
9
10
11
12              July 26, 2006
13              8:17 a.m.
14
15
16
17           Alta View Women's Center
18             9600 south 1300 East
19              Murray, UT  84094
20
21
22
23               Sharon Morgan
24       - Registered Professional Reporter -
25           Certified Realtime Reporter
```

| | | |
|---|---|---|
| [165:25-166:16] | 7/26/06 | Vogeler, Douglas, M.D. (Mason) |

Page 165
25  Q. (By Mr. Nabers) For potential causes of his

Page 166
1  heart attack.
2     A. Anything that -- all the risk factors we
3  talked about, hypertension, hypercholesterolemia,
4  obesity. In terms of him specifically?
5     Q. Specifically, yes.
6     A. Well, he was a male over 50 -- a male over
7  45, and he was overweight. His HDL was always a
8  little low. I don't know what his exercise regimen
9  was. He probably didn't exercise well enough. I
10 don't -- he was a smoker in the past, but he stopped
11 like 20 years ago. So I don't know when I wrote
12 this -- probably in '99, so he probably stopped
13 smoking in '79. But usually cardiovascular risks
14 decreases after like five or 10 years or sooner for a
15 lot of it. So probably that's not as big an issue
16 right now.

| | | |
|---|---|---|
| [201:10] – [202:1] | 7/26/06 | Vogeler, Douglas, M.D. (Mason) |

Page 201
10  Q. I want to talk, first of all, about your own
11 use. It's my understanding you have taken Vioxx
12 because of a surgery that you had as well as
13 osteoarthritis; is that right?
14     A. Yes.
15        MR. NABERS: Objection to the form.
16     Q. (By Mr. Krumholz) Is that true?
17     A. Yes.
18        MR. NABERS: Objection to the form.
19     Q. (By Mr. Krumholz) Was it effective?
20     A. Yes.
21        MR. NABERS: Objection to the form.
22     Q. (By Mr. Krumholz) Tell us how it was
23 effective.
24        MR. NABERS: Objection to the form.
25     A. It didn't upset my stomach and it got rid of

Page 202
1  my pain.

| | | |
|---|---|---|
| [205:13] – [206:20] | 7/26/06 | Vogeler, Douglas, M.D. (Mason) |

Page 205
13   Q.  You indicated in response to Mr. Nabers'
14 questions that you thought it was appropriate for
15 Nurse Olson to prescribe Vioxx for Mr. Mason given his
16 presentation.  Do you recall that?
17   A.  Yes.
18   Q.  Do you believe -- let me rephrase that.  For
19 patients who present with substantially the same
20 health issues that Mr. Mason faced in the fall of
21 2002, would Celebrex be an appropriate medication
22 today?
23   A.  Yes.
24   Q.  So you would have no problem prescribing
25 Celebrex for Mr. Mason in 2002 before his heart

Page 206
1 attack; is that right?
2   A.  Correct.
3   Q.  If he presented with the same issues that he
4 presented with back in September of 2002?
5       MR. NABERS:  Object to the form.
6   A.  Yes.
7   Q.  (By Mr. Krumholz)  Is that right?
8   A.  Yes.  I would give it to him today.
9   Q.  Let me ask you a different question.  If
10 Vioxx were still on the market, would you have --
11 would you still be prescribing it?
12       MR. NABERS:  Objection to the form.
13   A.  Yes.  Yes.
14   Q.  (By Mr. Krumholz)  You still believe it to be
15 a safe and effective drug --
16       MR. NABERS:  Objection to the form.
17   Q.  (By Mr. Krumholz) -- for appropriate
18 patients?
19       MR. NABERS:  Same objection.
20   A.  Yes.

| | | |
|---|---|---|
| [226:6] – [226:11] | 7/26/06 | Vogeler, Douglas, M.D. (Mason) |

Page 226
6   Q.  (By Mr. Krumholz)  To be clear, if Vioxx was
7 still on the market, you would prescribe it today to
8 someone with the same conditions that Mr. Mason
9 presented with in September of 2002?

10      MR. NABERS:  Objection to the form.
11   A.  Yes.