IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| | Section L |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v.<br>MERCK & CO., INC. | Mag. Judge Knowles |

**ORDER GRANTING PLAINTIFF CHARLES LARON MASON'S MISCELLANEOUS MOTION TO EXCLUDE OR,
IN THE ALTERNATIVE, MOTION IN LIMINE AND/OR
REQUEST FOR LIMITING INSTRUCTIONS**

On this day, the court considered Plaintiff Charles Laron Mason's Miscellaneous Motion to Exclude or, in the Alternative, Motion in Limine and/or Request for Limiting Instructions, and after reviewing the pleadings and evidence and hearing arguments of counsel, is of the opinion that said Motion should be GRANTED.

_____
Judge Eldon E. Fallon