Exhibit B - Vogeler Deposition Excerpts

- **Mason - Omnibus Motion**

[1:] - [1:25]         7/26/2006    Vogeler, Douglas (Mason)

```
page 1
   0001
1                         UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
2
     _____
3                                   )
     IN RE:  VIOXX                  )    MDL DOCKET NO. 1657
4    PRODUCTS LIABILITY             )    SECTION L
     LITIGATION                     )
5                                   )
     This document relates to:      )    JUDGE FALLON
6    Case No. 2:06-CV-00810;        )    MAGISTRATE JUDGE KNOWLES
     CHARLES LARON MASON v.         )
7    MERCK & CO., INC.,             )
                                    )    DEPOSITION OF:
8         Defendant.                )    DOUGLAS M. VOGELER, M.D.
     _____)
9
10
11
12                            July 26, 2006
13                              8:17 a.m.
14
15
16
17                       Alta View Women's Center
18                         9600 south 1300 East
19                          Murray, UT  84094
20
21
22
23                            Sharon Morgan
24                   - Registered Professional Reporter -
25                      Certified Realtime Reporter
```

[206:9] - [206:20]    7/26/2006    Vogeler, Douglas (Mason)

```
page 206
9       Q.   Let me ask you a different question.  If
10 Vioxx were still on the market, would you have --
11 would you still be prescribing it?
12           MR. NABERS:  Objection to the form.
13      A.   Yes.  Yes.
14      Q.   (By Mr. Krumholz)  You still believe it to be
15 a safe and effective drug --
16           MR. NABERS:  Objection to the form.
17      Q.   (By Mr. Krumholz) -- for appropriate
18 patients?
19           MR. NABERS:  Same objection.
20      A.   Yes.
```

[228:1] - [228:24]    7/26/2006    Vogeler, Douglas (Mason)

```
page 228
1                    C E R T I F I C A T E
2    STATE OF UTAH         )
                           :ss
3    COUNTY OF SALT LAKE   )
4            THIS IS TO CERTIFY that the deposition of
     DOUGLAS M. VOGELER, M.D., the witness in the foregoing
5    deposition named, was taken before me, Sharon Morgan,
     Certified Shorthand Reporter and Notary Public in and
6    for the State of Utah, residing in Salt Lake City.
```

**Exhibit B - Vogeler Deposition Excerpts**

- **Mason - Omnibus Motion**

```
 7              That the said witness was by me, before
    examination duly sworn to testify the truth, the whole
 8  truth, and nothing but the truth in said cause.
 9              That the testimony of said witness was by me
    reported in Stenotype, and thereafter caused to be
10  transcribed into typewriting, and that a full, true,
    and correct transcription of said testimony so taken
11  and transcribed is set forth in the foregoing pages,
    numbered from 4 to 226, inclusive, and said witness
12  deposed and said as in the foregoing annexed
    deposition.
13
                I further certify that the original
14  transcript of the same was delivered to Mr. Nabers,
    the witness having waived reading and signing before a
15  Notary Public.
16              I further certify that I am not of kin or
    otherwise associated with any of the parties to said
17  cause of action, and that I am not interested in the
    event thereof.
18
                WITNESS MY HAND and official seal at Salt
19  Lake City, Utah, this 27th day of July, 2006.
20
21                        _____
                          Sharon Morgan, CSR, RPR, CRR
22
23  My Commission Expires:
    6-16-2007
24
```