Exhibit C - Topol Deposition Excerpts

• **Mason - Omnibus Motion**

[1:1] - [1:24]       11/22/2005  Topol, Eric (MDL)

```
                     page 1
                     1          UNITED STATES DISTRICT COURT
                              EASTERN DISTRICT OF LOUISIANA
                     2
                        IN RE: VIOXX LITIGATION: MDL DOCKET
                     3                           NO. 1657
                        _____
                     4
                        SUPERIOR COURT OF THE STATE OF CALIFORNIA
                     5           COUNTY OF LOS ANGELES
                                       - - -
                     6
                        Coordination Proceeding: CASE NO.  JCCP
                     7  Special Title         : JCCP NO. 4247
                        (Rule 1550(b))        :
                     8                        :
                        This Document Applies :
                     9  To All                :
                        VIOXX CASES
                    10
                                       - - -
                    11
                                    CONFIDENTIAL
                    12
                            SUBJECT TO PROTECTIVE ORDER
                    13
                                       - - -
                    14
                                 November 22, 2005
                    15
                                       - - -
                    16
                    17       Videotape deposition of ERIC J.
                        TOPOL, M.D., held in the InterContinental
                    18  Hotel, 9801 Carnegie Place, Cleveland,
                        Ohio 44106, commencing at 9:41 a.m., on
                    19  the above date, before Linda L. Golkow, a
                        Federally-Approved Registered Diplomate
                    20  Reporter and Certified Shorthand Reporter.
                    21           - - -
                    22       GOLKOW LITIGATION TECHNOLOGIES
                              Four Penn Center - Suite 1210
                    23        1600 John F. Kennedy Boulevard
                              Philadelphia, Pennsylvania 19103
                    24             1.877.DEPS.USA
```

[27:4] - [28:4]      11/22/2005  Topol, Eric (MDL)

```
                     page 27
                     4        Q.    You are -- what is your
                     5   current position, sir?
                     6        A.    I'm Provost of the Cleveland
                     7   Clinic Lerner College of Medicine, Chief
                     8   Academic Officer of the Cleveland Clinic,
                     9   and also the chairman of the Department
                    10   of Cardiovascular Medicine of the
                    11   Cleveland Clinic.
                    12        Q.    Take them one at a time.
                    13   Identify each one of those positions, and
                    14   tell me very briefly what they entail.
                    15        A.    The Provost of the medical
                    16   college is providing the oversight of
                    17   this college of medicine, which had its
                    18   beginning just three years ago, and it's
                    19   part of Case Western Reserve University.
```

Exhibit C - Topol Deposition Excerpts

- **Mason - Omnibus Motion**

```
                    20           The chief academic officer
                    21   responsibility is responsible for all
                    22   research and education here at this
                    23   academic medical center, and I've been
                    24   chairman of the department of
                    page 28
                    1    cardiovascular medicine since 1991, and
                    2    this is a large department, one of the
                    3    largest departments in cardiovascular
                    4    medicine in the country.
```

[542:9] - [542:15]    11/22/2005  Topol, Eric (MDL)

```
                    page 542
                    9           Q.   You're not an expert in
                    10   warnings and labeling under the Food &
                    11   Drug Administration guidelines, are you,
                    12   sir?
                    13          A.   Well, I'm certainly familiar
                    14   with them.  I wouldn't call myself an
                    15   expert, no.
```

[643:1] - [643:24]    11/22/2005  Topol, Eric (MDL)

```
                    page 643
                    1               C E R T I F I C A T E
                    2
                    3
                    4           I, LINDA L. GOLKOW, a Notary
                         Public and Certified Shorthand Reporter
                    5    of the State of New Jersey, do hereby
                         certify that prior to the commencement of
                    6    the examination, ERIC J. TOPOL, M.D. was
                         duly sworn by me to testify to the truth,
                    7    the whole truth and nothing but the
                         truth.
                    8
                    9
                             I DO FURTHER CERTIFY that the
                    10   foregoing is a verbatim transcript of the
                         testimony as taken stenographically by
                    11   and before me at the time, place and on
                         the date hereinbefore set forth, to the
                    12   best of my ability.
                    13
                    14       I DO FURTHER CERTIFY that I am
                         neither a relative nor employee nor
                    15   attorney nor counsel of any of the
                         parties to this action, and that I am
                    16   neither a relative nor employee of such
                         attorney or counsel, and that I am not
                    17   financially interested in the action.
                    18
                    19
                    20   _____
                    21       LINDA L. GOLKOW, CSR
                             Notary Number:  1060147
                    22       Notary Expiration:  1-2-08
                             CSR Number:  30XI176200
                    23
                    24
```