## References

1 . Hippisley-Cox, J, Couplan C, Logan, R. (2006). Risk of adverse gastrointestinal outcomes in patients taking cycl-oxygenase-2 inhibitgors or conventional non-steroidal anti-inflamatory drugs: population based nested case-control analysis. British Medical Journal. 331:1310-1316.

2 . Cole ZP, MacMahon B.(1971) Atrtirbutable risk percent in case-control studies. Bri. J. prev. Sco. Med 25:242-244.

3 . Miettinen OS. (1974). Proportion of disease caused or prevented by a given exposure, trait or intervention. American Journal of Epidemiology:99:325-332.

4 . Wilson PWF, D'Agostino RD, Levy D, Belander AM, Silbershatz H, Kannel WB.(1998) Prediction of Coronary Heart Disease Using Risk Factor Categories. Circulation 97:1837-1847.

5 American Heart Association. Stroke Statistics. In: 2001 *Heart and Stroke Statistical Update.* Dallas: American Heart Association, 2000.

6 American Heart Association. *2001 Heart and Stroke Facts*, Dallas: American Heart Association, 2000.

7 Hennan JK< Huang J, Barrett TD et al. (2001). Effects of selective cyclooxygenase-2 inhibition on vasuclar responses and thrombosis in canine coronary arteries. Circulation 104:820-825.

8. Linder JD, Mondeullier KE, Davis JV, et. al. Cyclooxgyenase-2 (COX-2) inhibitor celecoxib; a possible cause of gastropopaqthy and hyperprothrombinemia *South Med J*; 93:930-2.

9 Crofford LJ, Oates JC, McCune WT. et al. Thrombosis in paients with connective tissue diseases treated with specific cyclooxyenase-2 (COX-2) inhibitors; a reposr of four ases . Arthritis Rheu;43:1891-1896.

10 Bombadier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. 2000;343:1520-1528.

11 Food and Drug Adminsitration Adviosry Committee. Cardivascular saftety revie of rofecoxib. Available from URL: http://www.fda.gove/ohrms/dockets/ac/01/briefing/3677b2_06-cardio.pdf.

12 . Curfman GD, Morissey S, Drazen JM (2005). Expression of concern; Bombardier et al., "Comparison of upper gastroentestinal toxcity of rofecoxib and naproxen in patients with

M007220408

rheumatoid arthritis *N Engl J Med* 2000;353:1520-8. *New England Journal of Medicine* 353:2813-2814.

13. Juni P, Rutjes AW, Dieppe PA.Are selective COX-2 inhibitors superior to traditional non steroidal anti-inflamatory drugs? BMJ 2002.324:1287-8).

14. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled clinical trials of rofecoxib. Circulation 2001. 104:2280-8.

15 Garcia Rodriguez LA. The effect of nonsteroidal anti-inflammatory drugs (NSAIDS) on the risk of coronary heart disease:fusion of clinical pharmacology and pharmacoepidemiolic data. Clin Exp Rheumatol 2001:19 (6 Suppl. 25):S41-4.

16 Ray WA, Stein CM, Hall K, et al. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease; an observational cohort study. Lancet 2002:359 118-23.

17 Breaslier RS, Sandler RS, Quan H, Bolognese JA, Qxenius B, Horgan K, et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005: 352:

18. FitzGerald GA. Coxibs and Cardiovascular Disease. New England Journal of Medicine.351: 1709- 1711.

19. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Leven R, Mogun H, Avorn J. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation* 2004:109:2068-2073.

20 Baneworth B. Treves R, Euller-Ziegler L, et al. Adverse events associated with rofecoxib therapy; results of a large study in community-derived osteoarthritic patients. Drug Safety; 2003; 26: 49-54

21 Reicia AD, Shapiro D, Sperling R.S. et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nebumtone). American J Cardiology 2002 89:204-9.

22 Weir MR, Sperling RS, Relcin A, e. al. Selective cyclooxygenase-2 (COX-2) inhibition and cardiovascular effects; a review of the rofecoxib development program. American Heart Journal (2003):146:591-604.

23 Ray W, Stein C, Daugherty J, et al. COX-2 selective nonsteroidal anti-inflamatory drugs and the risk of serious coronary heart disease. Lancet 2002. 360:1071-1073.

MID0722D409

24 Mandani M, Rochon P, Juorlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-lived risk of acute myocardial infarction in the elderly. Archives Internal Medicine 2004:163 481-6.

25 Layton D, Heeley E, Hughes K, et al. Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxican in general practice in England using prescription-event monitor in (PEM) data. Rheumatology (Oxford) 2003; 42:1342-53.

26 Layton D, Hughtes K, Harsris S, et. Al. Comparisons of the incidence rates of thromboembolic events reported for patients prescribed celecoxib and meloxican in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003;42:1354-1365

27 Zhao SZ, Reynold NW, Lejkowth J, et al. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib based on the World Health Organization/Uppsala Monitoring Centre safety database. Clin Ther 2001;23 1478-91.

28 Vu D, Murty M, McMorran M, Selective COX-2 inhibitors: suspected cardiovascular/cerebrovascular adverse reactions. Can Adv Reaction News 2002:12:1-3.

29 Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selected cyclooygenase-2 (COX-2) inhibitors. JAMA (2001):286:954-9

30. Fisher LD, Moyé LA. Carvedilol and the Food and Drug Administration Approval Process: An Introduction. Controlled Clin Trials 1999,20:1-15.

31. Moyé LA P-Value Interpretation in Clinical Trials. The Case for Discipline. Controlled Clin Trials 1999;20:40-49.

32. Bull JP. (1959) Historical development of clinical therapeutic trials. *Journal of Chronic Disease* 10:218–248.

33. Malgaigne LF. (1947) *Weuvres Completes d'Ambrosise Paré*, vol. 2. Paris, p. 127.

34. Connolly HM, Crary JL, McGoon MD, et al. (1997) Valvular heart disease associated with fenfluramine-Phentermine. *New England Journal of Medicine* 337:581–588.

35. Clark C. (1997) *Radium Girls: Women and Industrial Health Reform, 1910–1935* Chapel Hill, University of North Carolina Press.

36. Gehan EA, Lemak NA. (1994) *Statistics in Medical Research: Developments in Clinical Trials*. New York, Plenum Medical Book Company.

37. Hill B. (1953) Observation and experiment. *New England Journal of Medicine* 248:995–1001.

MID07220410

38. Kleinbaum DG, Kupper LL, Morgenstern H. (1982) *Epidemiologic Research: Principles and Quantitative Methods*. New York, Van Nostrand Reinhold Company.

39. Pepall J. (1997) *Methyl Mercury Poisoning: The Minamata Bay Disaster*. Copyright © International Development Research Centre, Ottawa, Canada .

40. Lenz W. (1962) Thalidomide and congenital abnormalities. *Lancet* 1:45.

41. Moore T{ XE "*Thomas Moore*" }{ XE "Moore, Thomas" }. (1995) *Deadly Medicine*. New York, Simon and Schuster.

42. The CAST Investigators. (1989) Preliminary Report: Effect of encainide and flecainide on mortality in a randomized trial of arrhythmia suppression after MI. *New England Journal of Medicine* 212:406–412.

43. Hill B. (1953) Observation and experiment. *New England Journal of Medicine* 248:995–1001.

44. Pfeffer, M.A., Braunwald, E., Moyé, L.A. et al. (1992). Effect of captopril on mortality and morbidity in patients with left ventricular dysfunction after myocardial infarction–results of the Survival and Ventricular Enlargement Trial. *New England Journal of Medicine* 327:669–677.

45. Sacks F.M. Pfeffer M.A., Moyé, L.A. (1996). The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *New England Journal of Medicine* 335:1001–1009.

46 The SHEP Cooperative Research Group (1991) Prevention of stroke by antihypertensive drug therapy in older persons with isolated systolic hypertension: final results of the systolic hypertension in the elderly program (SHEP). *Journal of the American Medical Association* 265:3255–3264

47. The Long-Term Intervention with Pravastatin in Ischemic Disease (LIPID) Study Group. (1998). Prevention of cardiovascular events and death with pravastatin in patients with CAD and a broad range of initial cholesterol levels. *New England Journal of Medicine* 339:1349–1357.

48. Moyé, L.A., Pfeffer, M.A., Wun, C.C., et. al (1994). Uniformity of captopril benefit in the post infarction population: Subgroup analysis in SAVE. *European Heart Journal.*15: Supplement B:2–8.

49. Lewis, S.J., Moyé, L.A., Sacks, F.M., et. al (1998). Effect of pravastatin on cardiovascular events in older patients with myocardial infarction and cholesterol levels in the average

MD07220411

range. Results of the Cholesterol and Recurrent Events (CARE) trial. *Annals of Internal Medicine* 129:681–689.

50. Lewis, S.J., Sacks, F.M., Mitchell, J.S., et. al (1998). Effect of pravastatin on cardiovascular events in women after myocardial infarction: the cholesterol and recurrent events (CARE) trial. *Journal of the American College of Cardiology* 32:140–146.

51. Peto, R., Collins, R., Gray, R. (1995). Large-scale randomized evidence: Large, simple trials and overviews of trials. *Journal of Clinical Epidemiology* 48:23–40.

52. MRFIT Investigators. (1982). Multiple risk factor intervention trial. Journal *of the American Medical Association* 248:1465–77.

53. ISIS-1 Collaborative Group (1986) Randomized trial of intravenous atenolol among 16027 cases of suspected acute myocardial infarction–ISIS-1. *Lancet* ii;57–66.

54. Lee, K.L., McNeer, F., Starmer, C.F., Harris, P.J., Rosari, R.A. (1980). Clinical judgment and statistics. Lessons from a simulated randomized trial in coronary artery disease. *Circulation* 61:508–515.

55. Assmann, S., Pocock, S., Enos, L., Kasten, L. (2000), Subgroup analysis and other (mis)uses of baseline data in clinical trials. *Lancet* 355:1064–69

56. Bulpitt, C. (1988). Subgroup Analysis. *Lancet*: 31–34.

57. Exner, D.V., Dreis, D.L., Domanski, M.J., Cohn, J.N. (2001), Lesser response to angiotensin–converting enzyme inhibitor therapy in black as compared to white patients with left ventricular dysfunction. *New England Journal of Medicine* 334:1351–7

58. Yancy, C.W., Fowler, M.B., Colucci, W.S., Gilber, E.M., Brsitow, M.R., Cohn, J.N., Luka, M.A., Young, S.T., Packer, M. for the US Carvedilol Heart Failure Study Group. 2001.Race and response to adrenergic blockade with carvedilol in patients with chronic heart failure. *New England Journal of Medicine* 334:1358–65.

59. Stolberg S.G. Should a pill be colorblind? *New York Times*. Week in Review. May 13, 2001.p 1.

60. Moyé, L. (2000) *Statistical Reasoning in Medicine: The Intuitive P-Value Primer*. New York. Springer.

61. Peduzzi, P.,Wittes, J., Deter, K., Holford, T. Analysis as-randomized and the problem of non-adherence; an example from the veterans affairs randomized trial of coronary artery bypass surgery. (1993). *Statistics in Medicine* 12:1185–1195.

M007220412

62. Yusuf, S, Wittes J., Probstfield, J., Tyroler, H.A. (1991). Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. *Journal of the American Medical Associatio* **266**:93–8.

63. Peterson, B., George, S.L. (1993). Sample size requirements and length of study for testing interaction in a 1 x *k* factorial design when time-to-failure is the outcome. *Controlled Clinical Trials* **14**:511–522.

64. Solomon DH.   Cardiovascular outcomes in new users of coxibs and nonsteroidal anti-inflammatory drugs: high-risk subgroups and time course of risk.   Arthritis Rheum. 2006 May;54(5):1378-89.

M007220413

LEXISNEXIS FILE & SERVE
12059618
E-SERVICE
Aug 11 2006
5:43PM

# Testimony of Lemuel A. Moyé, MD, PhD

1.  Moore v. American Home Products (deposition- 3/25/99)
2.  Burrough v. American Home Products (deposition-3/30/99)
3.  Smith v. American Home Products (deposition-5/28/99)
4.  Smith, et al. v. American Home Products Corp. et al. - Trial Testimony (6-9-99)
5.  Rocha v. American Home Products (deposition-9/23/99)
6.  Rocha v. American Home Products (deposition 10/6/99)
7.  Rocha v. American Home Products (trial-11/4/99 & 11/5/99)
8.  Washington v. American Home Products (trial-12/7/99)
9.  Brinkley v. American Home Products Corporation - Havner Hearing (2-7-00)
10. Hermineh Haroutounian v. Wyeth-Ayerst Laboratories, et al.- Daubert Hearing (2-10-00)
11. Region 1 Texas Diet Drug Litigation (deposition-2/26/00)
12. Dunlap v. American Home Products (deposition-3/23/00)
13. Batson v. Wyeth –Ayerst -Trial Testimony (6-8-00 & 6-9-00)
14. Glass vs. American Home Products, et al. - Havner Hearing (6-19-00 & 6-20-00)
15. Weiss vs. Wyeth-Ayerst Laboratories- Deposition (12-22-00)
16. Lopez vs American Home Products Corporation - Trial Testimony (3-14-01)
17. Williams vs. American Home Products Corporation - Deposition (3-27-01)
18. Shaw v. Warner-Lambert (deposition – 7/31/01)
19. Shaw v. Warner-Lambert (deposition – 8/23/01)
20. Shaw v. Warner-Lambert (deposition – 9/27/01)
21. Mercado v. Warner-Lambert (trial testimony – 12/5/01)
22. Sanchez v. Parke-Davis (trial testimony – 12/12/01)
23. Soto v. Warner-Lambert and Ernesto Aqui, M.D. (trial testimony – 1/8/02)
24. Smith vs. Wyeth Ayerst - Deposition (2-22-02)
25. Malonee vs. Wyeth Ayerst - Deposition (3-28-02)
26. Van Daley vs. American Home Products Corporation, et al. - Deposition (4-11-02)
27. Beck v. Pfizer Inc., Park-Davis (deposition – 4/25/02)
28. Crater vs. A.H. Robins Company, Inc - Deposition (5-14-02)
29. Whitmyer-Savannah vs. American Home Products Corporation, et al. - Deposition (5-30-02)
30. Seay v. Warner-Lamber (deposition – 7/16/02)
31. Malbin vs. American Home Products Corp - Deposition (8-23-02)

32. Henderson, et al v. GlaxoSmithKline Deposition (12-05-02)

33. Garcia vs. Wyeth-Ayerst Laboratories trial Testimony (1-21-03)

34. Eichmiller vs. American Home Products Corp – Deposition (8-21-03)

35. Hayes vs. American Home Products Corp – Trial Testimony (10/28/03 – 10/31/03)

36. Eichmiller vs. American Home Products Corp – Trial Testimony (11-14-03)

37. Coffey vs. Wyeth – Trial Testimony (3-23-04)

38. California Rezulin Trial (4-21-04)

39. Nustad vs. Wyeth – Trial Testimony (5-12-04)

40. Clepper vs. Wyeth; Istnick v. Wyeth – Trial Testimony (7-19-04 – 7-20-04)

41. Cannon vs. Wyeth – Trial Testimony (7-20-04)

42. Sidwell vs. Wyeth; Davis v. Wyeth; Roberts v. Wyeth; May v. Wyeth; Rogowski v. Wyeth – Trial Testimony (7-21-04)

43. Ford vs. Wyeth; Hargrove v. Wyeth; Steward v. Wyeth; Nixon v. Wyeth – Trial Testimony (7-27-04)

44. Hargrove vs. Wyeth – Trial Testimony (7-29-04)

45. Hansen vs. Wyeth – Frye Hearing (9-8-04)

46. Hansen vs. Wyeth – Trial Testimony (10-26-04)

47. Gibson vs. Wyeth – Trial Testimony (11-9-04)

48. Bejarano vs. Wyeth – Deposition MDL (12-10-04)

49. Philadelphia Deposition on Fees (2-11-05)

50. New Jersey Pre-trial Hearing (5-27-05)

51. Weston v. Wyeth Trial Testimony (1-10-06 & 1-11-06)

52. Tilmon v. Wyeth Trial Testimony (1-30-06)

53. Jenkins v. Wyeth & Hooper v. Wyeth Trial Testimony (2-15-06)

54. Geers v. Wyeth Trial Testimony (2-23-06)

55. Roork v. Wyeth Trial Testimony (3-9-06)

56. Townly v. Wyeth Trial Testimony (3-14-06)

57. Williams v. Wyeth Trial Testimony (3-15-06)

58. Philadelphia (Utah) Trial Testimony (3-21-06)

59. Barnett v. Merck MDL 1657 Deposition (6-2-06)

60. Barnett v. Merck MDL 1657 Deposition (6-16-06)

61. Grossberg v. Merck Trial Testimony (7-5-06 & 7-6-06)

62. Barnett v. Merck MDL 1657 Trial Testimony (8-3-06)

M007220415

# Curriculum Vitae
# Lemuel A. Moyé, M.D., Ph.D.
### February 4, 2006

**OFFICE ADDRESS**:   The University of Texas
Health Science Center at Houston
School of Public Health
The Coordinating Center for Clinical Trials
1200 Herman Pressler Street, Suite 801
Houston, Texas 77030
(713) 500-9518

## Education

| 1987 | Ph.D. | Community Health Sciences-Biometry | The University of Texas School of Public Health Houston, Texas |
| 1980 | M.S. | Statistics | Purdue University West Lafayette, Indiana |
| 1978 | M.D. | Medicine | Indiana University School of Medicine Indianapolis, Indiana Cornell University Medical College New York 9/74-6/76 |
| 1974 | B.A. | Mathematical Sciences(Honors) | The Johns Hopkins University |

### Professional Experience

**Professor of Biostatistics,** The University of Texas School of Public Health; Houston, Texas (2002- current)

**Secondary Appointment in Epidemiology,** The University of Texas School of Public Health; Houston, Texas (2004-)

**Associate Professor of Biometry.** The University of Texas School of Public Health; Houston, Texas (1995-2002)

**Assistant Professor of Biometry.** The University of Texas School of Public Health; Houston, Texas (1989-1995).

**Research Assistant Professor of Biometry.** The University of Texas School of Public Health; Houston, Texas (1987-1989).

**Consulting Clinical Biostatistician.** Baylor College of Medicine; Houston, Texas (1985-Present).

**Owner : MediClinic Physicians' Association:** Houston Texas 1986-87

**Physician.** MediClinic; 2473 South Braeswood; Houston, Texas 77030 (1984-Present).

M007220416

*Lemuel A. Moyé, M.D., Ph.D*
*Journal Reviewer*                                                                        *Page 2 of 25*

**Acting Medical Director.** Methodist Health Care Centers; 1919 North Capitol; Indianapolis,
    Indiana (1984).
**Clinical Biostatistician.** Regenstrief Institute for Health Care; 1001 West Tenth Street;
    Indianapolis, Indiana 46202 (1979-1984).
**Acting Medical Director Methodist Health Care Center;** 1919 North Capitol; Indianapolis,
    Indiana (1982-1984).
**Physician.** Methodist Health Care Center; 1919 North Capitol; Indianapolis, Indiana (1982-
    1984).
**Physician.** Industrial Medicine/Employee Health; Methodist Hospital Graduate Medical Center;
    Indianapolis, Indiana (1979-1982).
**Physician.** United States Steelworks; Gary, Indiana (1982-1983).

## HONORS

**Best Presentation**
    International Joint Statistical Meetings, Teaching Statistics to Health Science
    Professionals, Toronto, 2004
**Peer Recognition for Outstanding Scholarship, 2000**
    University of Texas Health Science Center at Houston
**Peer Recognition for Outstanding Scholarship, 1999**
    University of Texas Health Science Center at Houston
**Outstanding New Faculty Achievement Award, 1994.**
    University of Texas Health Science Center at Houston
**Outstanding New Faculty Achievement Award, 1992.**
    University of Texas Health Science Center at Houston
**Outstanding Scholarly Contribution Award, Systems Research Foundation;**
    Baden-Baden, West Germany, August 1988.
**Rudin Scholar, 1974.**
    Cornell University Medical College
**Departmental Honors, Mathematical Sciences, 1974.**
    The Johns Hopkins University
**Alpha Epsilon Delta Premedical Honorary Society, 1972.**
    The Johns Hopkins University

### Professional Certification and Licenses
Diplomate, National Board of Medical Examiners, 1979.
Physician, State of Indiana Licensing Board, 1979- present
Physician, State of Texas Board of Medical Examiners, 1984-present

### Journal Reviewer
Journal of Clinical Epidemiology
Journal of the American Statistical Association
Biometrics
Controlled Clinical Trials
Journal of Biopharmaceutical Statistics
Jouirnal of Applied Research
PharmacoEconomics

American Journal of Epidemiology
Statistics in Medicine
New England Journal of Medicine
Circulation
American Family Physician
Lancet
Atherosclerosis

M007220417

## Book Reviewer

Springer

## Current Funded Research

3P50NS04427-03S2 PI: Moyé          7/1/2002-6/30/2007          15%
NIH                                $16,212.00
University of Texas Program in Acute Stroke
Develop effective new stroke therapies; appication of more efficient stroke
treatment;development of clinical, statistical, and training cores to facilillate the aims of this
project.

5P20MD000170-03   PI McCormick      3/3/2003-2/29/2008          8%
NIH                                $988,798.00
EXPORT – Creation of a Hispanic Health Research Center in the Lower Rio Grande (LRGV)
Develop research capacity in a nucleus of individuals in partner minority serving academic
institutions in the LRGV; transfer of scientific technology and expertise to the LRGV; create
capacity for collecting, managing, and disseminating information on Hispanic Health locally,
regionally, and eventually globally; develop community participatory research and intervention
strategies specific for Hispanic (Mexicn American) cultures; develop the HHRC into a
collaborative center for Hispanic Health research with other institutions.

5R01HL069397-04   PI Taylor          9/1/2001-8/31/2005          5%
BCM                                $36,455.00
Lifestyle Adherence in High CVD Risk African-American
To improve adherence to lifestyle recommendations included in the clinical practice guidelines
for treatment of major cardiovascular disease risk factors, including hypertension,
hyperlipidemia, and Type 2 diabetes, in low-income African-Amcerican patients treated in a
public health care system.

Pending          PI Moyé            5/1/2005-4/30/2006          20%
Methodist                          $16,686.00
SPH-MH Collaborative Project for Biostatistical Endeavors
The purpose of this agreement is related to the biostatistical activities and support of Methodist
researchers.

5P50NS044227-04   PI Moyé            7/1/2002-6/30/2007          10%
NIH                                $119,002.00
University of Texas Program in Acute Stroke
Develop effective new acute stroke therapies; application of more efficient stroke treatment;
development of clinical, statistical, human, and training cores to facilitate this projects aims.

## Publications

1.   Moody MR, Morris MJ, Young VM, Moyé LA, Schimpff SC, Wiernik PM. Effect of
     two cancer chemotherapeutic agents on the antibacterial activity of three antimicrobial
     agents. *Antimicrobial Agents and Chemotherapy* 1978; 14:737-742.

M007220418

2.  Schreiner RL, Eitzen H, Gfell MA, Kress A, Gresham EL, French M, **Moyé L.**
    Environmental contamination of continuous drip feedings. *Pediatrics* 1979; 63:232-237.

3.  Meyer CL, Eitzen HE, Schreiner RL, Gfell MA, **Moyé L**, Kleiman MB. Should linen in
    newborn intensive care units be autoclaved? *Pediatrics* 1981; 67:362-364.

4.  Lemons JA, **Moyé LA**, Hall D, Simmons M. Differences in the composition of preterm
    and term human milk during early lactation. *Pediatric Research* 1982; 16:113-117.

5.  Meyer CL, Gresham EL, **Moyé LA**, Jansen RD, Lemons JA, Schreiner RL. Evaluation
    of a system for continuous neonatal blood pressure monitoring. *Critical Care Medicine*
    1982; 10:689-691.

6.  Rickard KA, Ernst JA, Brady MD, **Moyé LA**, Schreiner RI, Gresham EL, Lemons JA.
    Nutritional outcome of 207 very low-birth-weight infants in an intensive care unit.
    *Journal of the American Dietetic Association* 1982; 81:674-682.

7.  **Moyé LA**, and Roberts SD. Modeling the pharmacologic treatment of hypertension.
    *Management Science* 1982; 28:781-797.

8.  Green D, **Moyé L**, Schreiner RL, Lemons JA. The relative efficacy of four methods of
    human milk expression. *Early Human Development* 1982; 6:153-159.

9.  Lemons JA, Reyman D, **Moyé L.** Amino acid composition of preterm and term breast
    milk during lactation. *Early Human Development* 1983; 8:323-329.

10. Ernst JA, Bull MJ, **Moyé LA**, Brady BS, Rickard KA, Schreiner RL, Gresham EL,
    Lemons JA. Growth outcome of the very low birth weight (VLBW) infants at one year.
    *Journal of the American Dietetic Association* 1983; 82:44-49.

11. Scott PH, Eigen H, **Moyé LA**, Georgitis J, Laughlin JJ. Predictability and consequences
    of spontaneous extubation in a pediatric ICU. *Critical Care Medicine* 1985; 13:228-232.

12. The SHEP Cooperative Research Group. Rationale and design of a randomized clinical
    trial on prevention of stroke in isolated systolic hypertension. *J Clin Epidem.* Vol 41, No
    12 pp 1197-1208(1988).

13. **Moyé L**, Kapadia A, Cech I, Hardy R. The theory of runs with application for drought
    predictions. *J Hydrol.* 103(1988)127-137.

14. **Moyé LA**, Kapadia A, Cech I, Hardy R. A prediction model for outpatient visits and
    cash flow: Development in prospective run theory. *Statistics.* Vol. 39(1990) No 4. pp.
    399-414.

15. Pratt CM, **Moyé, LA** 'The Cardiac Arrhythmia Suppression Trial: Background, Interim
    Results and Implications. *Am J Card 65(4) B::20-B 29, Jan 16, 1990*

16. Pratt CM, **Moyé LA.** The cardiac arrhythmia suppression trial - implications for
    antiarrhythmic drug development. *J Clin Phar* 30(11):967-974, Nov 1990.

17. The SHEP Cooperative Research Group. Monograph of the Baseline Findings in SHEP.
    *Hypertension*, Vol 17, No 3, March 1991.

18. The SHEP Cooperative Research Group. Prevention of Stroke by Antihypertensive Drug
    Therapy in Older Persons with Isolated Systolic Hypertension: Final Results of the
    Systolic Hypertension in the Elderly Program (SHEP). *Journal of the American Medical
    Association.* June 26, 1991: Vol 265, No. 24.

19. Mahmarian JJ, **Moyé LA** et al. Development of Algorithms for Accurate Interpretation
    on Changes in Left Ventricular Ejection Fraction and Cardiac Volumes as Assessed by
    Rest and Exercise Radionuclide Angiography. *Journal of the American College of
    Cardiology*, Vol 18, No. 1, July 1991: 112-9.

M007220419

20. Steingart RM, Packer M, Hamm P, Coglianese ME, Gersh B, Geltman E, Sallano J, Katz S, Moyé L, et al. "Sex Bias in the Management of Coronary Artery Disease". *New England Journal of Medicine*. July 25, 1991: Vol 325, 226-230.

21. Pfeffer MA, Moyé LA, et al. Selection Bias in the Use of Thrombolytic Therapy in Acute Myocardial Infarction. *J Am Med A* 266(4):528-532, Jul 24, 1991.

22. Moyé LA for the SAVE Cooperative Group. Rationale and Design of a Trial to Assess Patient Survival and Ventricular Enlargement after Myocardial Infarction. *Am J Cardiol* 1991;68:70D-79D.

23. Sacks FM, Pfeffer MA, Moyé, LA, et. al. The Cholesterol and Recurrent Events Trial (*Cholesterol and Recurrent Events Clinical Trial*): Rationale, Design and Baseline Characteristics of Secondary Prevention Trial of Lowering Serum Cholesterol and Myocardial Infarction. *Am J Card* 68(15):1436-1446, Dec 1, 1991.

24. Moyé LA. Central Laboratory Sampling Plans and Quality Control in Clinical Trials. *Controlled Clinical Trials* 12:761-767 (1991).

25. Rouleau JL, Moyé LA, de Champlain J, Klein M, Bichet D, Packer M, Dagenais G, Sussex B, Arnold JM, Sestier F, et al. Activation of neurohumoral systems following acute myocardial infarction.Am J Cardiol. 1991 Nov 18;68(14):80D-86D. Review

26. Goff DC, Shekelle RB, Moyé, LA, Katan MB, Gotto AN, Stamler J. Does body fatness modify the effect of dietary cholesterol on serum cholesterol: Results for the Chicago Western Electric Study. *Am J of Epidemiol;1993;137:171-7.*

27. Pfeffer MA, Braunwald, E, Moyé LA et al. Effect of Captopril on mortality and morbidity in patients with left ventricular dysfunction after myocardial infarction - results of the Survival and Ventricular Enlargement Trial. *N Eng J Med* 327(10):669-677, Sep 3, 1992.

28. Rouleau JL, Moyé, LA, et al. A Comparison of management patterns after acute myocardial infarction in Canada and the United States. US vs. Canada. *N Eng J Med;328:779-784.*

29. Moyé LA, Davis BR, Hawkins CM. Analysis of a Clinical Trial Involving a Combined Mortality and Adherence Dependent Interval Censored Endpoint. *Statistics in Medicine*. Vol. 11, 1705-1717 (1992).

30. Davis BR, Wittes J, Pressel S, Berge KG, Hawkins CM, Lakatos E, Moyé LA, Probstfield JL. Statistical Considerations in the Monitoring of Systolic Hypertension in the Elderly Program (SHEP). *Controlled Clinical Trials*. Vo 14. No 5. Oct 1993 350-361.

31. Rouleau JL, de Champlain J, Klein M, Bichet D, Moyé L, Packer M, Dagenais GR, Sussex B, Arnold JM, Sestier F, et al.Activation of neurohumoral systems in postinfarction left ventricular dysfunction. *J Am Coll Cardiol*. 1993 Aug;22(2):390-8.

32. The Systolic Hypertension in the Elderly Program Cooperative Research Group. Implications of the Systolic Hypertension in the Elderly Program. *Hypertension*. 1993;21:335-343.

33. Moyé LA, Davis BR, Hawkins CM. Conclusions and Implications of the Systolic Hypertension in the Elderly Program. *Clinical and Experimental Hypertension*. 15(6),911-924(1993).

34. Mahmarian JJ, Smart FW, Moyé L,Kingry CL, Young JB, Francis MJ, et al. Exploring the minimal dose of amiodarone with antiarrhythmic and hemodynamic activity. *Am. J. Cardiol* 1994;74:681-686. Oct, 1994.

M007220420

Case 2:05-md-01657-EEF-DEK   Document 7463-5   Filed 09/27/06   Page 14 of 36

35. Hall CH, Rouleau JL, Moyé LA, et al. N-Terminal Proatrial Natriuretic Factor - An Independent Predictor of Long Term Prognosis After Myocardial Infarction. *Circulation* 1994;89:1934-1942.

36. Sutton, St JS, Pfeffer, MA, Plappert T, Rouleau JL, Moyé LA. Quantititative two dimensional echocardiographic measurements are major predictors of adverse cardiovascular events following acute myocardial infarction. *Circulation*;1994;89:68-75.

37. Pratt CM, Ruberg S, Morganroth J, McNutt B, Woodward J, Harris S, Ruskin J, Moyé L. The dose-response relationship between terfenadine (SELDANE) and the QTc interval on the scalar electrocardiogram: distinguishing a drug effect from spontaneous variability. *American Heart Journal*. Vol 73. February 15, 1994.346-352.

38. Pratt CM, Hertz RP, Ellis BE, Crowell SP, Louv W, Moyé LA. Risk of developing life threatening ventricular arrhythmia associated with terfenadine (SELDANE) in comparison with over the counter antihistamines, Ibuprofen, and Clemastin". *Am J. Cardiol;1994;73:346-352*.

39. Moyé LA, Pfeffer MA, Wun CC, Davis BR, et al. Uniformity of Captopril Benefit in the Post Infarction Population: Subgroup Analysis in SAVE. *European Heart Journal(1994)* 15; Supplement B;2-8.

40. Rutherford JD, Pfeffer MA, Moyé LA, Davis BR, et. al. Effects of Captopril on Ischemic Events After Myocardial Infarction. *Circulation*.1994;90:1731-1738.

41. Pratt CM, Mahmarian J, Moyé LA. Exploring the Minimal Dose of Amiodarone with Antiarrhythmic and Hemodynamic Activity. *Am J Cardiol* 1994;74:681-686.

42. Applegate WB, Presel S, Wittes J. Luhr J, Shekelle RB, Camel GH, Greenlick MR, Hadley E, Moyé L, et al. Impact of the Treatment of Isolated Systolic Hypertension on Behavioral Variables: Results from the Systolic Hypertension in the Elderly (SHEP) Study. *Archives of Internal Medicine*. 154(19):2154-60, 1994 Oct 10.

43. Rouleau, JL, Packer M., Moyé LA., et al. "Prognostic value of neurohumoral activation in patients with an acute myocardial infarction: effect of captopril". *J. Am Coll Cardiol* 1994;24:583-91.

44. Pfeffer MA, Sacks FM, Moyé LA et. al. for the Cholesterol and Recurrent Events Clinical Trial Investigators. Cholesterol and Recurrent Events (Cholesterol and Recurrent Events Clinical Trial) trial: A secondary prevention trial for normolipidemic patients. *Am J. Cardiol*. 1995;76:98C-106C.

45. Mahmarian JJ, Smart FW, Moyé LA, Young JB. et al. Exploring the minimal dose of Amiodarone with antiarrhythmic and hemodynamic activity. *Am. J. Cardiology* 1994;74:681-686.

46. Moyé, LA, Richardson MA, Post-White J, Justice B. Research Methodology in Psychoneuroimmunology: Rationale and Design of the IMAGES-P (Imagery and Group Emotional Support Study-Pilot) Clinical Trial. . *Alternative Therapy in Medicine*, May, 1995.

47. Moyé, LA, Kapadia AS. Predictions of drought length extreme order statistics using run theory. *Journal of Hydrology*, 169(1995) 95-110.

48. Lamas GA, Flaker GC, Mitchell G, Smith SC, Gersh, BJ, Wun CC, Moyé LA, et al. The Effect of Infarct Artery Patency on Prognosis Following Acute Myocardial Infarction. *Circulation*. 1995;92:1101-1109.

49. Hartley LH. Flaker G. Basta L. Menapace F. Goldman S. Davis B. Hamm P. Lamas G. Moyé L. Wun CC. et al. Physical working capacity after acute myocardial infarction in

patients with low ejection fraction and effect of captopril. *American Journal of Cardiology.* 76(12):857-60, 1995 Nov 1.

50. Simes RJ on behalf of the PPP and CTT Investigators. Cholestorol and recurrent events: A secondary prevention trial for normolipidemic patients. *American Journal of Cardiology* 76:98C-106C, 1995.

51. The PPP Project Investigators. Design, rationale, and baseline characteristics of the Prospective Pravastatin Pooiling (PPP ) Project. A combined analysis of three large scale randomized trials LIPID, CARE, and WOSCOPS. *American Journal of Cardiology* 76:899-905,1995.

52. Pratt C, Moyé LA, et. al. The dose-response relationship between Terfenadine (Seldane) and the QTc interval on the scalar electrocardiogram: Distinquishing a drug efect from spontaneous variability. *American Heart Journal.* 31(3):472-480.

53. Mahmarian JJ, Moyé LA, et.al. High reproducibility of myocardial perfusion defects in patients undergoing serial exercise thallium-201 Tomagraphy. *Am Jour. Cardiol* 1995;75:1116-1119.

54. Moyé LA, Davis BR, Sacks F, Cole T, Brown L, Crawford B, Hawkins CM. "Decision Rules for Predicting Future Lipid Values in a Cholesterol Reduction Clinical Trial" *Controlled Clinical Trials*(1996)17;536-546.

55. Sacks FM. Pfeffer MA, Moyé, LA. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *N Engl J Med* 1996;335:1001-9.

56. Moyé LA. Sizing Clinical Trials with Variable Endpoint Event Rates. *Statist in Med.*,16,2267-2282(1997).

57. Mahmarian JJ, Moyé LA, Nasser GA, et al. A strategy of smoking cessation combined with nicotine patch therapy reduces the extent of exercise-induced myocardial ischemia. , *J Am Coll Cardiol* 1997;30:125-30.

58. Loh E, Sutton MST, Wun CC, Rouleau JL, Flaker GC, Gottlieb SS, Lamas GA, Moyé, LA, Goldhaber SZ, Pfeffer MA. "Ventricular Dysfunction and the risk of stroke after myocardial infarction. *N Engl J Med* 1997;356;251-7.

59. Mitchell GF, Moyé LA, Braunwald E, Rouleau JL, Berstein V, Geltman EM, Flaker GC, Pfeffer MA. Sphygmomanometrically determined pulse pressure is a powerful independent predictor of recurrent events after myocardial infarction in patients with impaired left ventricular function. SAVE investigators. Survival and Ventricular Enlargement. *Circulation.* 1997 Dec 16;96(12):4254-60.

60. Vantrimpont P, Rouleau JL, Wun CC, Ciampi A, Klein M, Sussex B, Arnold JM, Moyé L, Pfeffer M. Additive beneficial effects of beta-blockers to angiotensin-converting enzyme inhibitors in the Survival and Ventricular Enlargement (SAVE) Study. SAVE Investigators. *J Am Coll Cardiol* 1997;29:229-236.

61. Sutton MSJ, Pfeffer MA, Moyé, LA. Et.al. Cardiovascular death and left ventricular remodeling two years after myocardial infarction; baseline predictors and impact of long term use of aptopril;information from the survival and ventricular enlargement (SAVE) *Circulation.* 1997;96:3294-3299.

62. Richardson MA, Post-White J, Grimm E, Moyé LA, Singletary E, Justice B. Coping, Life attitudes, and immune responses to imagery and group support after breast cancer treatment. *Alternative Therapies in Health and Medicine. 1997*;3(5);62-70.

M007220422

63. Lamas GA, Mitchell FG, Glaker GC, Smith SC, Gersh BJ, Basta L, **Moyé, L,** Braunwald E, Pfeffer, MA. "Clinical significance of mitral regurgitation after acute myocardial infarction". *Circulation.*1997;96:827-833.

64. Mahmarian JJ, **Moyé, LA** Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Jain A, Chaitman BR, Weng CSW, Morales-Ballejo H, Pratt CM. Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling after acute myocardial infarction: results of a multicenter prospective randomized double-blind placebo controlled trial. *Circulation.* 1998;97:2017-2024.

65. Hager WD, Davis BR, Riba A, **Moyé LA,** Wun CC, Rouleau JR. Lamas GA. Pfeffer MA, for the SAVE Investigators. Absence of a deleterious effect of calcium channel blockers in patients with left ventricular dysfunction following myocardial infarction: The SAVE study experience. *Am Heart J* 1998;135:406-413.

66. **Moyé, LA.** P-Value Interpretation and Alpha Allocation in Clinical Trials. *Ann Epidemiol* 1998;8:351-357.

67. Pratt CM, MD, Mahmarian JJ, Morales-Ballejo H,Casareto R and **Moyé, LA** for the Transdermal Nitroglycerin Investigators Group. The long-term effects of Intermittent transdermal nitroglycerin on left ventircular remodeling after acute myocardial infaction: Design of a randomized, placebo controlled mulitcenter trial. . *American Journal of Cardiology*;1998:81-719-724.

68. Wittes J, Lakatos E, Black D Geraci B, Davis B, **Moyé L,** Probstfield J. Selecting Screening Criteria for Clinical Trials: An Example for the Systolic Hypertension in the Elderly Program (SHEP). *Control Clin Trials.* 1999 Apr;20(2):121-32.

69. Sacks FM, **Moyé LA,** Davis BR, Cole TB, Rouleau JL, Nash D, Pfeffer M, Braunwald E. Relationship between plama LDL concentrations during treatment with pravastatin and recurrent coronary events in the Cholesterol and Recurrent Events trial. *Circulation,* 1998;97:1446-1452.

70. Vantrimpont P, Rouleau J, Ciampi A, Harel F, de Champlain J, Bicher D, **Moyé L,** Pfeffer M for the SAVE Investigators. Two-year Time Course and Significance of Neurohumoral Activation in the survival and Ventricular Enlargement (SAVE) Study. *Eur Heart J* 1998;19:1552-1563.

71. Lewis SJ, **Moye' LA,** Sacks FM, Johnstone DE, Timmis G, Mitchell J, Limacher M, Kell S, Glasser SP, Grant J, Davis BR, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in older patients with myocardial infarction and cholesterol levels in the average range. Results of the Cholesterol and Recurrent Events (CARE) trial. *Ann Intern Med* 1998;129:681-689.

72. Lewis SJ, Sacks FM, Mitchell JS, East C, Glasser S, Kell S, Letterer R, Limacher M, **Moyé LA,** Rouleau JL, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in women after myocardial infarction: the cholesterol and recurrent events (CARE) trial. *J Am Coll Cardiol* 1998;32:140-6.

73. Ridker PM, Ritai, N, Pfeffer MA, Sacks FM, **Moyé LA,** Goldman S, Flaker GC, Braunwald E for the Cholesterol and recurrent events (CARE) ivestigators. 'Inflammation, pravastatin, and the risk of coronary events after myocardial infarction in patients with average cholesterol levels. *Circulation* 1998;98:839-44.

74. Mahmarian JJ, **Moyé LA,** Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Avanindra J, Chaitman BR, Weng CSW, Morales-Ballejo Hugo, Pratt CM. "Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling after acute myocardial infarction" *Circulation.* 1998;97:2017-2024.

75.  Wittes J, Lakatoes I, Black E, Black D, Garaci B, Davis B, Moyé L, Probstfield J. .
     "Selecting blood pressure entry criteria for the Systolic Hypertension in the Elderly
     Program (SHEP). *Controlled Clinical Trials;1999;20:121-132.*

76.  Plehn JF, Davis BR, Rouleau, JL, Pfeffer MA, Bernstein V, Cuddy TE, Moyé L, Piller L,
     Rutherford J, Simpson L, Braunwald E, Sacks F for the CARE Investigators. Reduction
     of stroke incidence following myocardial infarction with the pravastatin: The Cholesterol
     and recurrent events (CARE) study. *Circulation* 1999;99:216-223.

77.  Fisher LD, Moyé LA. Carvedilol and the Food and Drug Administration Approval
     Process: An Introduction. *Controlled  Clin Trials* 1999,20:1-15.

78.  Moyé  LA P-Value Interpretation in Clinical Trials. The Case for Discipline. *Controlled
     Clin Trials* 1999;20:40-49.

79.  Pfeffer MA,, Sacks FM, Moyé LA, East C, Goldman S, Nash DT, Rouleau JR, Rouleau
     LJ, Sussex BA, Theroux P, Vanden Belt RJ, Braunwald E. Influence of baseline lipids on
     effectiveness of pravastatin in the CARE trial. *J Am Coll Cardiol* 1999;33:125-130.

80.  Goldberg RB, Mellies M, Sacks F, Moyé LA, Howard B, Howard WJ, Davis B. Cole
     TG, Pfeffer MA, Braunwald E for the CARE Investigators. Cardiovascular Events and
     their reduction with pravastatin in diabetic and glucose intolerant myocardial infarction
     survivors with average cholesterol levels:observations in the CARE trial. *Circulation*
     1998;98:2513-2519.

81.  Moyé LA. Alpha Calculus in Clinical Trials: Considerations and Commentary for the
     New Millenium. *Statist. Med.*2000;19:767-779.

82.  Richardson MA, Ramirez T, Russell N, Moyé, LA. Coley toxins immunotherapy: A
     retrospective review. Altern Ther Health Med. 1999;5(3):42-47.

83.  Kapadia AS, Chan W, Sachdeva R, Moyé LA, Jefferson LS. Predicting Duration of Stay
     in a Pediatric Intensive CARE Unit: A Markovian Approach. *European Journal of
     Operations Research* 124 (2000) 353-359.

84.  Moyé LA. Alpha Calculus in Clinical Trials: Considerations and Commentary for the
     New Millenium. Rejoinder *Statist. Med.*2000;19:795-99.

85.  Mikhail OI, Brinker MR Swint JM, Moyé LA, Sabino M.Technology Evolution: The
     technology spectrum and its appliation to orthopaedic technologies. *Int J Technol Assess
     Health Care.* 1999 Winter;15(1):254-63.

86.  Flaker GC, Warnica J W, Moyé LA, Sacks FM for the Cholesterol and recrurent events
     CARE investigators. 'Pravastatin prevents clinical events in PTCA patients with normal
     cholesterol levels". *J Am Coll Cardiol* 1999;34:106-112.

87.  Gorlick et. al. Moyé L et. al. Therapeutic benefit. Aspirin revisited in light of the
     introduction of clopidogrel. *Stroke.* 1999 Aug;30(8):1716-21.

88.  Plehn JF, Davis BR, Sacks FM, Rouleau JL, Pfeffer MA, Bernstein V, Cuddy
     E, Moyé LA, Piller LB, Rutherford J, Simpson LM, Braunwald E. Reduction of Stoke
     Incidence after myocardial infarction with pravastatin; The CARE Study.
     *Circulation.*1999;99:216-223.

89.  Morgenstern L, Wein T, Smith M, Moyé L, Pandey D, Labarthe D. Comparison of
     stroke hospitalization rates among Mexican Americans and non Hispanic whites.
     *Neurology* 2000;54:2000-2002.

90.  Flather MO, Yusuf S, Kaber L, Pfeffer M, Hall A, Murray G, Torp-Pedersen C, Ball S,
     Pogue J, Moyé L, Braunwald E, for the ACE inhibitor Mycardial Infarction
     Collaborative Group. Long-term ACE-inhibitor therapy in patients with heart failure or

left-ventricular dysfunction: a systematic overview of data from individual patients. *Lancet* 2000;355:1575-81.

91.    Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. Very Low Density Lipoproteins, Apolipoproteins B, CIII, and E and Risk of Recurrent Coronary Events in the Cholesterol and Recurrent Events (CARE) Trial. *Circulation* 2000;102:1886-1892.

92.    Lai D. Moyé LA, Davis BM. Brownian Motion and Long-Term Clinical Trial Recruitment.". *Journal of Statistical Planning and Inference*. 93(2001)239-246.

93.    Morgenstern LB, Steffen-Batey L, Smith MA, Moyé LA. Barriers to stroke prevention and acute stroke treatment in Mexican Americans. *Stroke* 2001;32:1360-1364.

94.    Moyé LA. Random Research. *Circulation*.2001;103:3150-3.

95.    Campos, H,. Moyé LA, Glasser S. Stampfer M, Sacks FM. Low Density Lipoprotein Particle Size, Cholesterol and Apolipoprotein B concentration and Coronary Events. The Cholesterol and Recurrent Events (CARE) Trial. J. Am. Med. Ass. 286(12):1468-74.

96.    Bray P, Cannon CP, Goldschmidt-Clermont, Moyé LA, Pfeffer MA, Sacks FM, Braunwald E. The platelet $Pl^{A2}$ and angiotensin-converting enzyme (ACE) D allele Polymorphisms and the risk of recurrent events after acute myocardial infarction. *Am J Cardiol* 2000;88:347-352.

97.    Moyé LA. The perils of nonprospectively planned research. Part1: Drawing conlcusions from sample-baesed research. *American Clinical Laboratory*. April 2001. pp34-36.

98.    Moyé LA. The perils of nonprospectively planned research. Part 2: Guidelines for reviewing the results of sample-based research. *American Clinical Laboratories*.May 2001. pp20-22.

99.    Moyé LA, Power JH. Evaluation of Ethnic Minorities and Gender Effects in Clinical Trials:Opportunities Lost and Rediscovered.. *J Natl Med Assoc.2001;93(suppl):1-6.*.

100.   Moyé LA, Deswal, A. Trials with trials: confirmatory subgroup analyses in controlled clinical experiments. *Controlled Clinical Trials* 2001;22:605-619.

101.   Morgenstern LB, Steffen-Batey L, Smith MA, Moyé LA. Barriers to stroke prevention and acute stroke treatment in Mexican Americans. *Stroke* 2001;32:1360-1364.

102.   Piriyawat P, Smajsova M, Smith MA, Pallegar S, Al-Wabil A, Garcia N, Risser JM, Moyé LA, Morgenstern LB. Comparison of active and passive surveillance for cerebrovascular disease: The Brain Attack Surveillance in Corpus Christi (BASIC) Project.. *Am J Epidemiol* 2002;156:1062-1069.

103.   Lai D, King T, Moyé LA, Wei Q. Sample size for biomarker studies. More subjects or more measurements per subject. Accepted. 2002.. *Annals of Epidemiology*.

104.   Zornoff LA, Sutton MSJ, Rouleau ML, Lamas GA, Plattert T, Rouleau J, Moyé LA, Lewis, S. Right ventricular dysfunction and risk of heart failure and mortality folliwng myocardial infaction. Accepted. *Journal of the American College of Cardiology*. February, 2002.

105.   Moyé LA, Tita, A. Defending the Rationale for the Two-Tailed Test in Clinical Research. *Circulation*, 2002;105:3062-3065. June, 2002.

106.   Moyé LA, Deswal A. The Perils of the Random Experiment. *J Card Failure:* 2002; 8: 247-253.

107.   Solomon S, Rouleau J, Sutten, MStJ. Moyé LA. Ventricular remodeling does not accompany the development of heart failure in diabetic patients. Accepted. *Circulation*. June 2002.

108. Tonelli M, **Moyé LA**. Sacks FM, Kiberg B, Curham G for the Cholesterol and Clinical Event (CARE) Trial Investigators. Pravastatin for Secondary Prevention of Cardiovascular Events in Mild Chronic Renal Insufficiency. Analysis of CARE Randomized Trial. *Ann Intern Med*, 2003; 138:98-104.

109. Piriyawat P, Smajsova M, Smith M, Pellagar S, Al-Wabil A, Garcia NM, Risser JM, **Moyé LA**, Morgenstern LB. Comparison of Active and Passive Surveillance for Cerebrovascular Disease. The BASIC Project. Am J. Epidemiol 2002:156:1062-1069.

110. Al-Wabil A, Smith MA, **Moyé LA**, Burgin WS. Morgenstern LB. Improving efficiency of stroke research. The Brain Attack Surveillance in Corpus Christi (BASIC) Study. *Journal of Clinical Epidemiology*. 56 (2003) 351-357.

111. **Moyé LA**, Deswal A. Perils of the random experiment. *Am J Ther*. 2003 Mar-Apr;10(2):112-21.

112. Lai DJ, King TM, **Moyé LA**. Sample size for biomarker studies: More subjects or more meassurements per subject? *Ann Epidemiol* (2003) 13 (3):204-208.

113. Lewis EF, **Moyé LA**, Rouleau JL, Sacks FM, Arnold MO, Warnica JW, Flaker GC, Braunwald E, Pfeffer MA. Predictors of Late Development of Heart Failure in Stable Survivors of Myocardial Infarction. The CARE Study. *J Am Coll Cardiol* 2003;42:1446-53.

114. Al-Wabil A, Cox MA, **Moyé LA**, Burgin WS, Morgenstern LB. Improving efficiency of stroke research: The Brain Attack Surveillance In Corpus Christi (BASIC) Study. *J Clin Epid* 2003;56:351-357.

115. Smith MA, Risser JMH, Lisabeth LD, **Moyé LA**, Morgenstern LB. Access to care, acculturation and risk factors for stroke in Mexican Americans: The Brain Attack Surveillance in Corpus Christi Project. *Stroke* 2003;34:2671-2675.

116. Aguilar D, Skali H, **Moyé LA**, Lewis EF. Gazianzo M, Rutherford JD, Hartley H, Randall OS, Geltman EM, Lamas GA, Rouleau JL, Pfeffer MA, Solomon SD. Alchohol Consumption and Prognosis in Patients with Left Ventricular Systolic Dysfunction After a Myocardial Infarction. Accepted. *Journal of the American College of Cardiology*. January, 2004.

117. Morgenstern LB, Smith MA, Lisabeth LD, Risser JMH, Uchino K, Garcia N, Longwell PJ, McFarling DA, Akuwumi O, Al-Wabil A, Al-Senani F, Brown DL, **Moyé LA**. Excess stroke in Mexican Americans compared with non-Hispanic whites: The Brain Attack Surveillance in Corpus Christi (BASIC) Project. *Am J Epidemiol*, in press.

118. Uchino K, Risser JMH, Smith MA, **Moyé LA**, Morgenstern LB. Ischemic Stroke sub-types among Mexican Americans and non Hispanic whites: The Brain Attack Surveillance in Corpus Christi (BASIC) project. *Neurology*, in press.

119. Alexandrov AV, Molina CA, Grotta JC, Garami Z, Ford SR, Alvarez-Sabin J, Montaner J, Saqqur M, Demchuk A.M., **Moyé LA**. Hill M.D., Wogner A.W. for the CLOTBUST Investigators. Ultrasound-enhanced systemc thrombolysis for acute ischemic stroke. *New England Journal of Medicine*;251:2170-2178.

120. Tokmakova M.P., Skali H, Kenchaiah, Braunwald E, Rouleau J.L, Packer M, Chertow G.M. **Moyé L.A.**, Pfeffer M.A., Solomon S.D. Chronic kidney disease, cardiovascular risk, and response to angiotensin-converting enzyme inhibition after myocardial infarction. *Circulation*:110;3667-3673.

121. Kass-Hout TA. **Moyé LA**, Smith MA. Morgenstern LB. (2005) Simple Scoring Scheme for Ascertainment of Acute Stroke; the Risk Index Score. Methods of Information in Medicine 45: 27-36 In Press.

M007220426

122. Sugg RM, Pary JK, Shaltoni HM, Baraniuk MS, Gonzales NR, Garami Z, Shaw SG, Matherne DE, Moyé LA, Alexandrov AV, Grotta JC. TPA argatroban stroke study (TARTS): study design and results in the first treated cohort. Accepted. *Archives of Neurology.*

123. Lisabeth LD, Risser JMH, Brown D, Al-Senami F, Uchino K, Smith M, Garcia N, Longwell PG, McFarling DA, Al-Wabil A, Akuwumi O, Moyé LA, Morgenstern L. (2006) Stroke Burden in Mexican-Americans: The Impact of Mortality Following Stroke. *Annals of Epidemiology* 16;33-40.

124.

## Submitted Manuscripts

1. Moyé, LA. Baraniuk S. Dependence, Hyperdependence, and Hypothesis Testing in Clinical Trials. Submitted. *Controlled Clinical Trials.* January 2006.

2. Boake C, Noser, EA, Ro T, Baraniuk S, Gager M, Johnson R, Salmeron ET, Tran TM, Lai JM, Taub E, Moyé LA, Grotta JC, Levin HS. Effectivness of constraint-induced movement therapy in early stroke rehabilitation. Neurorehabilitation and Neural Repair. Submitted January 2006.

3. Mahmarian JJ, Shaw LJ, Filipchuk NG, Dakik HA, Iskander SS, Ruddy TD, Henzlova MJ, Keng F, Allam A, Moyé LA, Pratt CM. A multinational study to establish the value of early adenosine technetium-99m sestamibi myocardial perfusion imaging in identifying a low-risk group for early hospital discharge following acute myocardial infarction. Submitted Journal of the American Cardiology Society. January 2006.

## Editorials

Pratt CM, Moyé LA. The Cardiac Arrhythmia Suppression Trial. Casting Ventricular Arrhythmia Suppression in a New Light. *Circulation.* Vol 91, No 1, January 1, 1995.

## Published Correspondence

1. Moyé L, The theory of runs with application for drought predictions - reply. *J Hydrol.* 110(3-4):391, Oct 1989.

2. Pfeffer MA, Moyé, LA, et al. Reply to Correspondence. *N Engl J Med* 1993;329:

3. Moyé LA, Abernethy D. Carvedilol in Patients with Chronic Heart Failure. *N Engl J. Med.* Vo., 335  October 24, 1996 pp 1318-1319.

4. Moyé LA, Annegers JA. Anorexigen and Valvulopathy. *N Engl J. Med.* February 11, 1999.

5. Moyé LA, Annegers JA. Underestimation of Valvulopathy Effect of Fenfluramines. *J Am Col Car;*36:1434-1435.

6. Moyé LA, Tita ATN, Hypothesis Testing Complexity in the Name of Ethics. *American Journal of Clinical Epidemiology.* July 2001.

## Books

1. Moyé LA.(2000) *Statistical Reasoning in Medicine – The P value Primer.* New York. Springer.

2. Moyé LA, Kapadia AS(2000). *Difference Equations with Public Health Applications.* New York. Marcel Dekker.

3. **Moyé LA** (2003) *Multiple Analyses in Clinical Trials: Fundamentals for Investigators* New York. Springer. .
4. **Moyé LA.** (2004) *Finding Your Way in Science: How to Combine Character, Compassion, and Productivity in Your Research Career.* Vancouver, Canada. Trafford.
5. Kapadia AS. Chen W. **Moyé LA.** (2005) *Mathematical Statistics with Applications:.* New York. Taylor Francis.
6. **Moyé LA.** (2005) *Statistical Monitoring of Clinical Research: Fundmentals for Investigators.* New York. Spinger. October 2005.
7. **Moyé LA.**(2006) *Statistical Reasoning in Medicine – The P value Primer.* 2nd Edition New York. Springer (to appear Summer 2006).
8. **Moyé LA** (2006) Elemenary Bayesian Biostatistics. Francis and Taylor. (to appear Fall, 2007.

## Book Chapters

1. Lewis RA and **Moyé, LA** Basic and Clinical Science Course- Section 1. Fundamentals and Principles of Ophthalmology. 1986-87. American Academy of Ophthalmology. San Francisco, California.
2. Sacks F, Pfeffer MA, **Moyé LA** . Clinical Trials in Atherosclerotic Disease. Marcel Dekker. May 2000.
3. **Moyé LA,** and Pfeffer MA. Attenuation of Ventricular Enlargement: The SAVE Study. Invited Chapter for Clinical Trials in Hypertension. Henry Black, editor. Marcel Dekker 2000.
4. **MoyéLA.** (2003)Adjustment The SAGE Encyclopedia of Social Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim Futing Liao.
5. **Moyé LA.** (2003)Aggregation (see Ecological Fallacy)The SAGE Encyclopedia of Social Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim Futing Liao.
6. **Moyé LA.** (2003)Alpha Significance Level of a Test. The SAGE Encyclopedia of Social Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim Futing Liao
7. **Moyé LA.** Modern Issues in Multiple Analyses. Invited Chapter. Handbook of Epidemiology and Medical Statistics. Edited by C.R.Rao, J. Philip Miller, and D.C. Rao. To appear in 2006.

## Teaching Experience

| | | | |
|---|---|---|---|
| 1. | Spring 1987 | PH1910 | Statistical Theory of Biometry -50% responsibility |
| 2. | Fall 1988 | PH1910 | Statistical Theory of Biometry -10% responsibility |
| 3. | Fall 1988 | PH1998 | Theoretical Statistics with Applications -80% responsibility |
| 4. | Spring 1988 | PH1911 | Statistical Theory of Biometry-20% responsibility |
| 5. | Fall 1989 | PH1970 | Multivariate Analysis - 100% responsibility |
| 6. | Spring 1989 | PH1911 | Statistical Theory of Biometry- 20% responsibility |
| 7. | Spring 1990 | PH1971 | Multivariate Analysis - 100% responsibility |
| 8. | Spring 1990 | PH1998 | Bayesian Analysis - 15% responsibility |
| 9. | Fall 1990 | PH1998 | Theoretical Statistics with Applications -80% responsibility |

| 10. | Fall 1990 | PH1725 | Intermediate Biometry - 100% responsibility |
| 11. | Fall 1991 | PH1970 | Multivariate Analysis - 100% responsibility |
| 12. | Spring 1992 | PH1971 | Multivariate Analysis - 100% responsibility |
| 13. | Fall 1992 | PH1725 | Intermediate Biometry - 100% responsibility |
| 14. | Spring 1993 | PH1726 | Intermediate Biometry - 100% responsibility |
| 15. | Fall 1993 | PH1725 | Intermediate Biometry - 100% responsibility |
| 16. | Spring 1994 | PH1726 | Intermediate Biometry - 100% responsibility |
| 17. | Fall 1994 | PH1725 | Intermediate Biometry - 100% responsibility |
| 18. | Spring 1995 | PH1821 | Statistical Analysis - 100% responsibility |
| 19. | Fall 1995 | PH1820 | Statistical Analysis - 100% responsibility |
| 20. | Spring 1996 | PH1821 | Statistical Analysis - 100% responsibility |
| 21. | Fall 1996 | PH1820 | Statistical Analysis - 100% responsibility |
| 22. | Spring 1997 | PH1821 | Statistical Analysis - 100% responsibility |
| 23. | Fall 1997 | PH1820 | Statistical Analysis - 100% responsibility |
| 24. | Spring 1998 | PH1821 | Statistical Analysis - 100% responsibility |
| 25. | Fall 1998 | PH1820 | Statistical Analysis - 100% responsibility |
| 26. | Spring 1999 | PH1821 | Statistical Analysis - 100% responsibility |
| 27. | Fall 1999 | PH1820 | Statistical Analysis - 100% responsibility |
| 28. | Spring 2000 | PH1821 | Statistical Analysis - 100% responsibility |
| 29. | Fall 2000 | PH1820 | Statistical Analysis - 100% responsibility |
| 30. | Fall 2000 | PH1998 | Difference Equations in Public Health – 50% resp. |
| 31. | Spring 2001 | PH1998 | Overview of Clinical Trials -100% responsibility |
| 32. | Fall 2001 | PH1820 | Statistical Analysis – 100 % responsibility |
| 33. | Fall 2001 | PH2712 | Experimental Methods in Epidemiology 25% |
| 34. | Spring 2002 | PH1998 | Statistical Methodology In Clinical Trials – 100% |
| 35. | Fall 2002 | PH1820 | Statistical Analysis – 100% responsibility |
| 36. | Fall 2002 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 37. | Spring 2003 | PH1998 | Statistical Methodology in Clinical Trials – 100% |
| 38. | Fall 2003 | PH1820 | Statistical Analysis – 100% responsibility |
| 39. | Fall 2003 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 40. | Spring 2004 | PH1821 | Statistical Methods in Clinical Trials – 100% |
| 41. | Fall 2004 | PH1725 | Intermediate Biostatistics – 100% |
| 42. | Spring 2005 | PH1726 | Intermediate Biostatistics – 100% |
| 43. | Fall 2005 | PH1820 | Statistical Analysis – 100% |
| 44. | Fall 2005 | PH2712 | Experimental Methods in Epidemiology – 25% |

## Student supervision

- **Thesis and Dissertation Committee**
- Susana Halabi-Boussard. "Optimal Time Point Selection in Cox Proportional Hazard Analysis. June, 1994.
- Ken Hess, Ph.D. Use of Cubic Splines in Cox Regression Analysis. August, 1992.
- Jean Hoepfel, Ph.D.(Epidemiology) Behavioral Risk Profile of Marathon Runners. November, 1994.
- Renuka Trividi. Prospective Run Theory for Multinomial Outcomes. May, 1994.
- Dillip Pandey, Ph,.D. in Epidemiology 1995
- Barbara Kimmel MS in Biometry, 1996.

M007220429

- Cristina Sanders M.S. "Alternative Approach to Time-Dependent Covariates in Survival Analysis" May 2000
- Anita Deswal M.P.H. "Impact of Race on Health Care Utilization and Outcomes in Veterans with Congestive Heart Failure" December 2002.
- Yumei Cao M.S. "Application of Run Theory Analysis to Visit Adherence in Clinical Trials" May 2003.
- Alubumi Akiwumi M.S. Epidemiology"Comparison Between Mexican-Americans and Non-Hispanic Whites of Destimationa and Disability at Hospital Discharge Among First Ischemic Stroke Survivors. The Brain Attack Surveillance in Corpus Christi (BASIC). May 2004
- Tracie Gardner Ph.D. (Epidemiology). Evaulation of Mycobacterium Avium Complex Lung Disease in Women. May 2004
- Janet Sterner PhD (Epidemiology). Expressive Writing as a Presurgical Stress Management Intervention in Breast Cancer. May 2004.
- Jennifer Jean Wood PhD (Epidemiology). Are Functional and Genetic Components of Platelets Linked to Coronary Artery Disease: A Case-Control Study. May 2004.
- Benjamin-Garner, PhD(Epidemiology). Effect of Maternal Weight Status on the Relationship Between Prenatal Smoking and Infant Birth Weight. May 2005.
- Kymberlie Sterling. PhD (Community Health Sciences) Predicting Adolescent Intention to Continue Smoking. May 2005.

## Guest Lectures

1.  **"Contrasting Community Trials - A Comparison of MRFIT and HDFP":** Baylor Cardiology Research Program (1 lecture in May, 1988)
2.  **"Multicenter Clinical Trials - Topics in Epidemiology Course"** (Dr. Labarthe) (2 lectures in March, 1988)
3.  **"Brownian Motion and Clinical Trials":**Brownbag lecture: January 20, 1989
4.  **"General Linear Model and Hypothesis Testing":** Baylor Cardiology Research Program (1 lecture in May, 1988)
5.  **"Bayesian Analysis of the Reproductive Cycle"** University of Texas School of Medicine (1 lecture, February 28, 1989)
6.  **"Multicenter Clinical Trials"** Topics in Epidemiology Course (Dr. Labarthe) (1 lectures in May, 1989)
7.  **"Significance Testing - Statistics in Medicine Course"** (Dr. Glasner) (1 lecture in October, 1989)
8.  **"Cardiovascular Disease"** The Natural History of Disease Course (1 lecture in October, 1989)
9.  **"Repeated Measure Designs with Missing Observations"** Biometry Seminar (1 lecture, October, 1989).
10. **"Biostatistics: Uses and Abuses in Clinical Trials":** Cardiology Department, Baylor College of Medicine (5 lectures, October 1990 - December 1990)
11. **"Physician Quality Control":** Behavioral Sciences Lecture (July 1991)
12. **"Run Theory and the Prediction of Droughts":** Environmental Sciences Lecture (September 1991)
13. **Host for Joint Clinical Coordinating Center Meeting:** UTSPH -November 18-20, 1991

M007220430

14. **"Design Aspects of the NitroDur Trial"** Cardiology Fellow Research Forum Baylor College of Medicine (2 lectures, December, 1993).
15. **"Statistical Theory, Bayesian Analysis and Public Health"** UTSPH (June, 1993)
16. **"Design Aspects of the SAVE Trial"** Cardiology Fellow Research Forum Baylor College of Medicine (2 lectures, April, 1994)
17. **"The Trouble with Terfenedine - Seldane, Safeguarding the Population, and the Policy Maker's Dilemma"** Opportunities in Biostatistics Workshop 1994.
18. **"Advances in Stochastic Run Theory"** Rice University, February, 1995
19. **"The Carvedilol Controversy"**Baylor University School of Medicine, June, 1996
20. **"Clinical Trial Fundamentals"** National Institute of Aging Summer Institiute for Research July 21, 1996.
21. **"Results of the CARE Trial"**Invited Lecture International Meeting of Internists Bogota, Columbia October 14, 1996.
22. **"Results of the CARE Trial"**Invited Lecture Cardiology Spanish Society Annual Congress Tenerife, Spain October 30, 1996.
23. **"Advances in Stochastic Run Theory"** UTSPH December, 1996.
24. **"Clinical Trial Methodology.** UTSPH, February, 1997.
25. **IMDUR II- Congestive Heart Failure** New York City, New York Schering-Plough Pharmaceuticals March 24-25, 1997.
26. **Clinical Trial Design Innovations –ALIVE** Invited Discussant Baylor College of Medicine March 31, 1997.
27. **IMDUR II- Angina Pectoris** New York City, New York Schering-Plough harmaceuticals May 22-23, 1997. Calcium Channel Blockers – The State of the Science Invited Discussant San Francisco. May 28, 1997.
28. **Sample Size Guidelines Invited Lectures.** Texas Southern University. November 14, 21, 1997
29. **F.D.A. and Research Issues** Nobel Laureate Lectureship. McMurray University September 10, 1998
30. **Keynote Address. Evidence Based Medicine** Conference Texas A & M Medical School March 23, 1999.
31. **Anorexigens and Health Outcomes.** Baylor Noon Research Conference. April 7  - April 14  1999. The Legal System and Medicine – Panel Discussion UT School of Public Health April 14 1999.
32. **Keynote Address Biostatistics and Evidence Based Medicine.** Alpha One Foundation June 20, 1999.
33. **Lecture – Statistical Reasoning in Medicine.** University of Texas Medical School February 23,  2000.
34. **Keynote Address –Midwest Biopharmaceutical Statistics Workshop.** Muncie Indiana May, 2000
35. **Lecture – Clinical Trial Methodology** Baylor Medical School August, 2000.
36. **Type I Error Allocations.** Drug Information Agency. March 14, 2001. Savannah, Ga.
37. **Allocating Alpha for Dependent Hypothesis Testing.** Joint Statistical Meeting.August 8, 2001. Atlanta, Ga.
38. **Introduction to Probability.** University of Texas at Brownsville. January 2002.
39. **Multiple Selection Process in Regression Analysis –** University of Texas at El Paso. February 2002.

M0072220431

40. **The Drug Approval Process. Perspective of an F.D.A. Advisory Committee Member.** HCASA. Rice University. Houston. March 2002.
41. **Guidelines for Clinical Trial Design and Execution.** The Society of Gynecologic Oncologists. Miami. March 2002.
42. **Multiple Analyses Issues in Clinical Trials.** COTS. Houston, Texas, April 2002.
43. **Clinical Trial Methodology and Interpretation:** Research Fellow Graduate Program. Houston. August 2002.
44. **Cardiology Grand Rounds.** Brigham and Womens Hospital, Harvard University, October 2002.
45. **MD Anderson Cardiology Grand Rounds.** MD Anderson Cancer Center. February 2003.
46. **Introduction to Clinical Trials.** UTSPH Houston. July 2002.
47. **Heart Teaching Day Lecture.** "Simple Interpretation of Complex Clinical Trials, Plattsburgh, New York, March, 2003.
48. **Clinical Trial Methodology and Interpretation:** Research Fellow Graduate Program. Houston. July 2003.
49. **Introduction to Clinical Trials.** UTSPH Houston. July 2003
50. **Alpha Allocation in the Analysis of Combined Endpoints in Clinical Trials.** Joint Statistical Meetings. San Francisco. August 7, 2003.
51. **Lecture in Research Principles.** UTSPH. July 2004.
52. **Professionalism for the Junior Statistician,** JSM. Toronto August 11, 2004.
53. **Ximelogatran. Introduction.** Baylor College of Medicine, September 23, 2004
54. **Ximelogatran. Efficacy.** Baylor College of Medicine, September 29, 2004
55. **Ximelogatran. Adverse Events.** Baylor College of Medicine, October 7 2004
56. **Dependence in Subgroup Analyses.** Pfizer Corporation, November 11, 2004.
57. **Hyperdependence in Clinical Trial Analyses:** Pfizer Corporation, November 11, 2004
58. **Professionalism in Science:** Pfizer Corporation, November 12, 2004
59. **Professionalism in Science:** Texas A&M Rural School of Public Health, November 19, 2004.
60. **Professionalism in Science:** Lousiana State University , New Orleans, Louisiana, January 2005.
61. **Professionalism in Science:**MD Anderson Cancer Center, Houston, Texas, February 2005.
62. **Statistical Reasoning in Medicine.** UTSPH. Houston, Texas, March 31, 2005.
63. **Multiple Analyses in Clinical Trials:** The IMPAACT Meetings. May 31, 2005
64. **Statistical Reasoning in Medicine** UBAylor College of Medicine: Cardiology Division June, 2005.
65. **Finding Your Way in Science:**MD Anderson Cancer Center, Houston, Texas, February 2005.
66. **An Honor to Treat:** Biostatistics Seminar. September 13, 2005.
67. **Public Health versus Mathematical Modeling:** Dangerous Asynchrony. University of Southern Florida. October 4, 2005.
68. **Public Health** – Mathematical Modeling Asynchrony: University of Houston. November 2, 2005.
69. **Sample Size Considerations in Phase II Clinical Studies:** Methodist Hospital.January 13, 2006
70. **FDA – A House Divided:** Biostatistics Seminar: UTSPH – January 17, 2006

M007220432

## Community Service
### Government

1.   **National Heart, Lung, and Blood Institute SCOR Site Visit Renin-Angiotensin System in Hypertension:** New York City, New York October 25-27, 1989.

2.   **National Heart, Lung, and Blood Institute SCOR Site Visit Myocardial Remodeling in Ventricular Enlargement** Chicago Illinois January 25-28, 1989.

3.   **National Heart, Lung, and Blood Institute SCOR Site Visit Review of Coordinating Center Proposals in the Cooperative Sickle Cell Trial** Bethesda, Maryland September 29-30, 1988.

4.   **National Heart, Lung, and Blood Institute SCOR Site Visit** Coronary and Vascular Disease Baltimore Maryland December 21-23, 1988.

5.   **National Heart, Lung, and Blood Institute SCOR Pulmonary Disease Site Review** Chicago: January 1988.

6.   **National Heart, Lung, and Blood Institute Grant Review** PEPI Program Bethesda, Maryland July, 1987.

7.   **National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review** Boston, Massachusetts:May, 1987.

8.   **National Heart, Lung, and Blood Institute Application Review.** Ischemia Prevention Trial: Bethesda, Maryland June, 1990.

9.   **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit** Atherosclerotic SCOR Program for The Johns Hopkins University Bethesda, Maryland June, 1991.

10.  **National Heart, Lung, and Blood Institute SCOR Parent Review Committee** Sickle Cell SCOR Program Bethesda, Maryland November, 1991.

11.  **National Institutes of Health Superfund Grant Review** Research Triangle Raleigh, North Carolina October, 1991

12.  **National Heart, Lung, and Blood Institute SCOR Parent Review Committee Atherosclerotic SCOR Program** Bethesda, Maryland August, 1991

13.  **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit Atherosclerotic SCOR Program for University of Washington** Portland, Oregon July, 1991.

14.  **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit - Atherosclerotic SCOR Program for University of San Francisco** Portland, Oregon July, 1991.

15.  **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit** Atherosclerotic SCOR Program for Washington University Bethesda, Maryland June, 1991.

16.  **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit** Atherosclerotic SCOR Program for Columbia University Bethesda, Maryland June, 1991.

17.  **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit**

18.  Atherosclerotic SCOR Program for University of Chicago Bethesda, Maryland June, 1991.

19.  **National Heart, Lung, and Blood Institute Application Review** Psychophysiology of Ischemia The Asymptomatic Ischemia Prevention Trial:Bethesda, Maryland May, 1991.

20.  **National Heart, Lung, and Blood Institute SCOR Parent Committee** Atherosclerosis SCOR Program Bethesda Maryland April, 1991

21.  **National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review** National Institutes of Health - Emory University, Atlanta May 1992.

M007220433

22. **National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review** National Institutes of Health Columbia University, New York CityMarch 1992.
23. **National Institutes of Health for Emory University**Emory University, Bethesda; October, 1993.National Institute of Aging Study Section- Reverse Site Visit of the ACTIVE ProtocolBethesda MarylandJune 1-2, 1993.
24. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandNovember, 1994
25. **National Institutes of Health Superfund Grant Review**Research TriangleRaleigh, North CarolinaOctober, 1994.
26. **National Institutes of Health Research Center in Minority Institutions Site Visit** Charles R. Drew Medical Center  Los Angeles, California August 21-24, 1994
27. **National Institute of Aging Study Section** Bethesda, Maryland June 6-7, 1994
28. **National Heart, Lung, and Blood Institute Coordinating Center Review** Bethesda, Maryland March 9-10, 1994.
29. **National Institute of Aging Study Section**Bethesda, MarylandMarch 6-7, 1994.**Member, Data, Safety and Monitoring Board**Toxicity of Lead in Children Trial 1993-1995 - National Institute of Environmental Health Sciences
30. **National Heart, Lung, and Blood Institute SCOR Contract Review - Pediatric Component of the Cooperative Sickle Cell Disease Center Program Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandOctober, 1995.
31. **National Institute of Aging Study Section**Bethesda, Maryland October, 1995.
32. **CardioRenal Advisory Board Member 1995-present.Ibutilide for Treatment of Atrial FibLabeling Criteria for Antihypertensive Agents** Bethesda, MarylandOctober, 1995.
33. **CardioRenal Advisory Board Member 1995-present.Nitric Oxide Therapy and PPHN Syndrome.** Bethesda, MarylandAugust, 1995
34. **National Institute of Aging Study Section** Bethesda, MarylandJune, 1995.
35. **Member, Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences**Research Triangle, North CarolinaMay, 1995
36. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandMay, 1995.
37. **National Institute of Aging Study Section**Bethesda, MarylandMarch, 1995.
38. **Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences**Newark,  New JerseyFebruary, 1995
39. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandNovember, 1995
40. **FDA CardioRenal Advisory Board Member** Calcium Channel Blocking AgentsBethesda, MarylandJanuray, 1996
41. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandApril, 1996.
42. **National Institute of Aging Study Section**Bethesda, MarylandMarch, 1996
43. **National Institute of Aging Site Visit - Temple University**Philadelphia, Pa.April, 1996
44. **FDA CardioRenal Advisory Board Meeting** Carvedilol - Digoxin LabellingBethesda, MarylandMay, 1996

M007220434

45.   National Institute of Aging Study SectionBethesda, MarylandJune, 1996
46.   FDA CardioRenal Advisory Board Meeting Training Sessions Bethesda, MarylandAugust, 1996
47.   National Institute of Health Grant ReviewLung Volume Reduction Clinial Trial for EmphysemaBethesda, Maryland September, 1996
48.   National Institute of Aging Study SectionBethesda, Maryland October,  1996
49.   FDA CardioRenal Advisory Board Meeting Rockville, Maryland Recommendations for FDA decisions based on drug safety and efficacy October, 1996
50.   National Institute of Aging Study SectionBethesda, Maryland October, 1996.
51.   Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, MarylandNovember, 1996
52.   Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health SciencesCincinnati, Ohio December, 1996
53.   TLC Data Safety and Monitoring Board Meeting with Director National Institutes of Enviromental Health ServicesResearch Triangle, North CarolinaFebruary, 1997
54.   FDA CardioRenal Advisory Board Meeting Extending the Professional Indications for Aspirin UseBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary, 1997
55.   FDA Statisticians Meeting  Bethesda, MarylandFebruary, 1997
56.   FDA CardioRenal Advisory Board Meeting Professional Approval Considerations for Bidil, Carvedilol, Mebipridil, and Integrelin Bethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyFebruary 27-28, 1997
57.   National Institute of Aging Study Section Bethesda, Maryland March 4, 1997
58.   Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences Research Triangle, North Carolina March, 24, 1997
59.   NIH Protocol Review Committee – DASH 2Bethesda, MarylandApril 16, 1997.
60.   NHLBI Sickle Cell SCORE Parent CommitteeBethesda, MarylandMay 14-16, 1997
61.   Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, Maryland May, 1997
62.   National Instiute of Aging Study Section Meeting Bethesda, MarylandJune, 1997
63.   CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJune 26-27, 1997
64.   Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, Maryland August, 1997
65.   CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacy October 22-23, 1997
66.   CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary, 1998
67.   CardioRenal Advisory Panel Meeting – Food and Drug Administration Bethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyApril 1998
68.   Guess Member  - Blood Products Advisory Panel Meeting – Food and Drug AdminstrationBethesda, Maryland

M007220435

69. **Recommendations for FDA decisions** based on drug safety and efficacyJune, 1998
70. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJuly 1998.
71. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland – Recommendations for FDA decisions based on drug safety and efficacyOctober 1998
72. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary 1999
73. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland – Recommendations for FDA decisions based on drug safety and efficacyApril 1999
74. **DSMB Member** ACTION Clinical Trial.
75. **Duke Clinical Research Center Research in Acute Coronary Syndrome** College Park,MarylandAugust, 1999
76. **TLC Data Safety and Monitoring Board Meeting** Boston, MassachusettsJanuary, 2000
77. **TLC Data Safety and Monitoring Board Meeting** with Director National Institutes of Enviromental Health ServicesResearch Triangle, North Carolina May, 2000
78. **NHLBI Grant Review**Bethesda, MarylandNovember, 2000
79. **NIA Grant Review.**Washington DCAugust, 2001
80. **Statistical Consultant to Advisory Committee FDA** Bethesda, Maryland – Scheduled September 11, 2001.
81. **Nomination: F.D.A.** Advisory Committee on Pharmaceutical Science
82. **Statistical Consultant to Oncology Advisory Committee FDA** Silver Springs Maryland. December 6, 2001.
83. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. November 28-29, 2001.
84. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. May, 2002.
85. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. October 22-23, 2002.
86. **NHLBI DSMB** –ACTION Clinical Trials; February 2003
87. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. March, 2003.
88. **FDA Advisory Committee** – Pharmaceutical Sciences. April 2003.
89. **FDA Statisticians Meeting** – Bethesda, May 2003.
90. **National Youth Leadership Forum** – Houston, July 2003
91. **Clinical Scientist Training Program Lecture** – Houston, July 2003
92. **FDA Advisory Committee** – Pharmaceutical Sciences. October 2003
93. **NHLBI DSMB Meeting** – Sickle Cell Consortium. Bethesda. November 2003.
94. **NHLBI ATION DSMB Meeting** – Rockville MD, December, 2003
95. **Presentation-** 60th Deming Conference – December 2005..
96. **Caffeinol DSMB Meeting** – Houston, Tx February 2004
97. **Argatroban DSMB Meeting** – Houston, Tx February 2004
98. **National Youth Leadership Forum** – Houston, July 2004
99. **Clinical Scientist Training Program Lecture** – Houston, July 2004
100. **ACTION DSMB Meeting** – Bethesda Maryland – December 2004.
101. **Data Safety and Monitoring Meeting** – Berlex Pharmaceuticals – December 2004.
102. **Cooperative Program for Sickle Cell Disease DMC Meeting** ; Bethesday, June 2005.
103. **ACTION DSMB Meeting** – Bethesda Maryland – June 2005.

M007220436

104.   **Clinical Scientist Training Program Lecture** – Houston, July 2005
105.   **National Youth Leadership Forum** – Houston, July 2005.
106.   **ODDIS Clinical Trial DMC:** 2005

## Community Service
### Nongovernment

1. **Publications Studies Committee** Cholesterol and Recurrent Events Clinical Trial 1989-present.
2. **Ancillary Studies Committee** Cholesterol and Recurrent Events Clinical Trial 1989-present.
3. **Publications Committee** Survival And Ventricular Enlargement Clinical Trial 1987-present.
4. **Behavioral Assessment Subcommittee Member:**Systolic Hypertension in the Elderly Program National Heart, Lung, and Blood Institute sponsored clinical trial: June 1987-1993.
5. **Statistical Analysis of Reproductive Cycle:**Texas Foundation for Research in Reproductive Medicine, Nov 1988.
6. **Yag Laser and Retinal Detachments** Department of Ophthalmology, Baylor College of Medicine Spring, 1989.
7. **Incidence Rate of Lesch Nodules in Neurofibromatosis** Department of Ophthalmology, Baylor College of Medicine Fall, 1989.
8. **CHAIR: Quality Control Session of Society of Clinical Trials meeting:** Minneapolis, Minn,May 16-May 18, 1989.
9. **Development of Sampling Frame for Ophthalmologist Survey** Department of Ophthalmology, Baylor College of Medicine Fall, 1989.
10. **Design of the PREFER Trial:** Cornell University Medical College,New York City, NY September 1990.
11. **Design of the HEART Trial:** Upjohn Pharmaceutical Boston, MA October,1991.
12. **Design of the PREFER Trial**Bristol Meyer Squibb Princeton, New Jersey October, 1991.
13. **Protocol Design Committee** The NitroDur Study 1991.
14. **Protocol Design Committee**HEART Clinical Trial 1991.
15. **Publications Committee** *Cholesterol and Recurrent Events Clinical Trial* Clinical Trial 1991-present.
16. **Executive Committee –Cholesterol and Recurrent Events Clinical Trial Clinical Trial** 1990-1996.
17. **Ancillary Studies Committee** Cholesterol and Recurrent Events Clinical Trial Clinical Trial 1990-1996.
18. **Publications Committee** Cholesterol and Recurrent Events Clinical Trial Clinical Trial 1990-1996.
19. **Seldane and Arrhythmias:**Marion Merrell DowAugust 1992-March, 1994.
20. **Consultant** Schering Plough Pharmaceutical - NitroDur Study January 1993 – 1996.
21. **Consultant Biostatistician Research Centers in Minority Institutions** (RCMI). Texas Southern University.
22. **Chairman NRAC RCMI Committee.** Texas Southern University.
23. **Consultant Proctor and Gamble** Review of SupraVentricular Arrhythmia Studies.

M007220437

24. **Consultant Pfizer Review of Zaprasidone** –QTc IssuesMemberHuman Safety Board for the Kansas Claude D. Pepper Oder AmericansIndependence Center,

25. **Consultant - Osuta Pharmaceutical:-** Efficacy and Safety of Vesnarinone March, 1994.

26. **Consultant - Marrion Merrel Dow**The NICODERM StudySeptember, 1995 - February 1996.

27. **Advisory Board Member.** UTHSC Center for Research and Evaluation of Alternative Medicine (1995-present).

28. **Consultant - 3M Pharmaceuticals** Causality in Clinical Research May, 1995 – present.

29. **Consultant -Searle Pharmaceuticals** Clinical Trial Design for Calcium Channel Blockers May, 1995.

30. **Consultation: Endpoint Ascertainment in Raynaud's Phenomena Study**Berlix Pharmaceutical New Jersey April, 1996.

31. **Consultation: Clinical Trial Event Rates and Stochastic Curtailment** Schering A.G.Berlin, Germany April 1996.

32. **Consultation: Clinical Trial Event Rates and Stochastic Curtailmen t**Schering A.G.Budapest, Hungary May 1996.

33. **Chairman - Data and Safety Monitoring Board Committee 92045 European Study**Berlix Pharmaceuticals.

34. **Consultation: Independence of Clinical Trials with Overlapping Investigator Sets** Cytogen Pharameuticals Summer, 1996.

35. **Consultant-Schering-Plough Pharmaceuticals IMDUR II in Heart Failure**New York City, New York March, 1997.

36. **Consultant-Schering-Plough Pharmaceuticals IMDUR II in Ischemic Heart Disease** New York City, New York May, 1997.

37. **Consultant-AVCO Corporation Consensus Statement on Calcium Channel Blockers** San Francisco, California May, 1997 CARE presentation:

38. **Results of CARE** Cadiz, Spain, December, 1997.

39. **Consultant - Zaprasidone and QTc prolongation** Pfizer January, 1998.

40. **Consultant - Antiarrhythmic Agents and Study Design** Proctor and Gamble February, 1998.

41. **Consultant - Interpretation of the *CAPRIE* Trial** The Weinberg GroupMarch, 1998.

42. **Consultant – Interpretation of QTC Data for Antibiotic**Hoerst – Marion –Rousel December 1998.

43. **Consultant – QTC Data and Ziprasidone** Pfizer 1998

44. **Consultant – Interpretation of QTC Data for Antibiotic.**Hoerst – Marion –Rousel December 1998

45. **Consultant – Interpretation of QTC Data for Antibiotic** Hoerst – Marion –RouselJune 1999

46. **Consultant – QTC Data and Ziprasidone**Pfizer - ChicagoJune 1999

47. **Consultant – Orion-Abbott Levosimedrin** – New York City June 1999

48. **Consultant – Orion-Abbott Levosimedrin** – London September 1999

49. **Consultant – Pfizer Zeldox** – New York City March 2000

50. **Chairman – Data and Safety Monitoring Board** –INSPIRE 2000

51. **Consultant – FDA Advisory Committee Preparation** AdvantisJune 2000

52. **Consultant – Coronary Ischemia** Berlex Industries August 2000

53. **Consultant – FDA Advisory Committee Preparation** Adventis New York City, September, 2000

54. **Consultant – FDA Advisory Committee Preparation** Aventis New York City October, 2000
55. **INSPIRE Data and Safety Monitoring Committee Meeting** New Orleans November, 2000
56. **Consultant – Approvability and Labeling Issues**Astra Zeneca Philadelphia November, 2000
57. **INSPIRE Data and Safety Monitoring Committee Meeting** New Orleans March, 2001.
58. **Angina Data Safety and Monitoring Board** MeetingBerlex Pharmaceuticals New Jersey May, 2001.
59. **Consultant –** Angioedema in Clinical TrialsAventis New Jersey April, 2001.
60. **Consultant –** Advisory Committee – Diovan, New Jersey, September, 2001
61. **Medtronics- Steering Committee Membership** Define AF Trial June – Aug 2001.
62. **Chair DSMB Meeeting –** INSPIRE Clinical Trial. Houston, December 11, 2001
63. **Chair DSMB Meeeting –** INSPIRE Clinical Trial. Houston, June, 2002.
64. **University of Alabama Site Visit –** October 25, 2002
65. **Berlex Consultancy –** Chicago, IL November 19, 2002.
66. **ACRI Coordinating Center Site Visit for INSPIRE –** November 26, 2002
67. **Data Safety and Monitoring Board Committee Meeting –**INSPIRE February 20, 2003
68. **Berlex Data and Safety Monitoring Board Meedint –** New Jersey – May 12, 2003.
69. **Multi-Cultural Ethics Panel –** Moderation. April 25, 2003.
70. **National Youth Leadership Speaker :** July 2003.
71. **Consultant _ IMPACT Survey:** National Medical Association: November 2003.
72. **Consultant –**Defibrillator Registry: November 2003.
73. **Consultant –** Sankyo ACAT Study: Boston: November 2003.
74. **DSMB Meeting –** Berlex Pharmaceuticals. New Jersey, November 2003.
75. **DSMB Meeting –** Berlex Pharamceurticals. New Jersey, Janauary 2004.
76. **Study Planning Meeting–** Berlex Pharamceurticals. New Jersey, January 2004.
77. **Principles of Clinical Research:** MD Anderson Houston, April 2004.
78. **National Youth Leadership Speaker :** July 2004..
79. **Consultant –** Astra Zenica. Mock Advisory Committee Meeting – August 2004.
80. **Neurodiagnostic Proteomics –** Consultant Power 3 Medical, September 2004-2005
81. **CHAIR:** National RCMI Advisory Committee Meeting May 19, 2005
82. **Consultant –** Fujisawa. 2005.
83. **National Youth Leadership Speaker :** July 2005.
84. **CSCC DSMB Sickle Cell Disease:** Washington DC. July 13, 2005
85. **Treating Physician:** Houston AstroDome-Reliant Arena. Hurricane Katrina Evacuees. September 2005.
86. **CHAIR:** National RCMI Advisory Committee Meeting – November 1, 2005
87. **Consultant Vasogen:** ACCLAIM Closeout Meeting – November 2005
88. **CHAIR:** National RCMI Advisory Committee Meeting – January 2006
89. **Consultant:** Astellas Pharmaceuticals: Post INSPIRE Work – August 2005-March 2006.

## Programming Technologies

ACCESS Database Development
.NET database development using ASP.Net, VB.NET, ADO.NET and Microsoft SQL 2000 Server

## School Activities

**Internal Service to School of Public Health**
SPH Biometry Convener 2002-2004.
SPH Financial Aid Committee - Chairman 1992-1995.
SPH Admissions Committee- 1990-present.
SPH Minority Action Committee (1987-1991).
SPH Biometry Student Financial Aid (1987-1991).
SPH Biometry Department Student Recruiting (1987-1988).
SPH Strategic Planning Committee (1988).
SPH Biometry Convener 2001-2003.
SPH Faculty Affairs Committee 2001-2003.
SPH Faculty Search Committee - Quantitative Behavioralist – 1994.
SPH Faculty Search Committee - Epidemiologist – 1994.
UT Dental Branch Dean Search – 1995.
SPH Faculty Search Committee - Biometrist – 1996.
SPH Facullty Search Committee – Dallas MPH Program – 1998-2000.
SPH Faculty Search Committee – Cardiovascular Epidemiology 2001.
SPH Regional Campus Search Committee – Biometry.
SPH Information Technology Manger Search Committee – 2002.
SPH Faculty Self Study Reaccreditation Team – 2002-2004.
SPH Faculty Chair-Elect 2003-2004.
SPH Faculty Council 2004-2006.
SPH Faculty Search Committee Biostatistics 2004-2005.
SPH Faculty Chair 2005
SPH Faculty Search Committee Epidemiology 2005
SPH Faculty Peer Review Redesign Committee 2005
SPH Six Year Review Committee 2005
SPH Tenure and Promotion Coordinator 2005.
SPH Immediate Past Faculty Chair 2005
HSC InterFaculty Council 2005-2006

**Other**
**Medical Quality Control Review.** *MediClinic* Incorporated 1990-1991
**Physician.** *MediClinic* Incorporated 1984-1992.
Expert Witness Activity 1999-2005:

12059618

## Documents Reviewed by Dr. Lemuel A. Moye

Aug 11 2006
5:43PM

| |
|---|
| Vioxx Science Committee 08-19-05 |
| "Exhibit A " |
| "Report I" |
| 01-vioxxseligman.pdf |
| 093004 0905 22604118 300 (wmr).asf |
| 093004 1110 22609057 300 (wmr).asf |
| 093004 1140 22609614 300 (wmr).asf |
| 1.0133 13-Mar-00 Email from Alise Reicin to Edward Scolnick Re: An Article Stating the Potential Cardioprotective Effects of an NSAID. |
| 1.0219 12-Mar-00 Email from Helen Hantonl Re: Brochier Article on Evaluation for Flurbiprofen for Prevention of Reinfarcation and Reocclusion After Sucessful Thrombolysis or Angioplasty in Acute Myocardial Infarction |
| 1.0497 01-Apr-00 Email from Edward Scolnick to Deborah Shapiro Re: Update to thromboembolic CVD cases VIGOR |
| 1.1518 30-Jan-02 Email from Andrew Plump to Barry Gertz |
| 101304 1700 23123162 300 (wmr).asf |
| 111504 1300 24343607 300 (wmr).asf |
| 12-14-04 FDA survey |
| 2-7-01 Arthritis Advisory Committee NDA 20-988/S009, Celebrex (celecoxib, Searle) pp 100-199 |
| 2-7-01 Arthritis Advisory Committee NDA 20-988/S009, Celebrex (celecoxib, Searle) pp 1-99 |
| 2-7-01 Arthritis Advisory Committee NDA 20-988/S009, Celebrex (celecoxib, Searle) pp 200-236 |
| 2-8-01 Arthritis Advisory Committee NDA 21-042/S007, Vioxx (Rofecoxib, Merck) pp 101-200 |
| 2-8-01 Arthritis Advisory Committee NDA 21-042/S007, Vioxx (Rofecoxib, Merck) pp 1-100 |
| 2-8-01 Arthritis Advisory Committee NDA 21-042/S007, Vioxx (Rofecoxib, Merck) pp 201-242 |
| 5-99 final printed Vioxx label |
| 9-30-04 healthcare prof letter.pdf |
| Access Success |
| Advisory - e-mail information |
| AERS reports and analysis - FDA - Adverse Event Reporting System (AERS) |
| Alan Nies 03-02-05 Deposition |
| Alan Nies 08-23-05 Deposition |
| Anstice, David ? Exhibits 1-129 with some omissions |
| Anstice, David 03/16/05 |
| Anstice, David 03/17/05 |
| Anstice, David 03/18/05 Exhibits 111-153, with some omissions |
| Anstice, David 04/12/05 |
| Anstice, David 04/12/05 Exhibits 127-156 with many omissions; Exhibits 1001-1024 with some omissions |
| Anstice, David 05/20/05 |
| APPROVe data presentatin by Merck 8-04 |
| APPROVe study – BA |
| April 20, 2001 Bulletin for Vioxx: ACTION REQUIRED – "Project A & A Xxceleration": Top 50 Targeting To: Office Based Representatives with Responsibility for Vioxx |
| April 28, 2000 Bulletin for Vioxx: NEW RESOURCE: Cardiovascular Card To: All Field Personnel with Responsibility for VIOXX |
| April 4, 2003 Bulletin for Vioxx: "Project Power Play" Teleconferences To: Office Based Representatives with Responsibility for Vioxx |

M007220441

**Documents Reviewed by Dr. Lemuel A. Moye**

| |
|---|
| April 5, 2000 Bulletin for Vioxx: The 2000 Field Incentive Plan for Vioxx To: Group 1-6 Representatives, Hospital Representatives, A&A Specialty Representatives |
| Arcoxia safety review - 2005-4090B1 31 AA-FDA-Taf |
| Arrowsmith-Lowe ? Exhibits 1-44 |
| Arrowsmith-Lowe, Janet 10/28/05 |
| |
| ARTHRITIS ADVISORY COMMITTEE CENTER FOR DRUG EVALUATION AND RESEARCH ROSTER |
| |
| ARTHRITIS ADVISORY COMMITTEE Food and Drug Administration CENTER FOR DRUG EVALUATION AND RESEARCH April 20, 1999 NDA #21-042 Vioxx (refecoxib) Merck Research Laboratories AGENDA |
| |
| August 26, 2004 Bulletin for VIOXX: Action Required: Observational Analysis by Graham, et. al. Office Based Representatives with Responsibility for VIOXX, To:  Primary Care Representatives with Responsibility for VIOXX, A&A Specialty Representatives, A&A HSAs, Hospital Representatives with Responsibility for VIOXX, Neurology/Urology Specialty Representatives, HIV Speciality Representatives, Cardiovascular Specialty Representatives and Managed Care NAEs and Customer Managers |
| Baldwin 10/05/05 Exhibits 1-5, 7 |
| Baldwin, Thomas 10/06/05 |
| Barr, Eliav 01/28/05 Exhibits 1-20 |
| Barr, Eliav 09/21/05 |
| Barr, Eliav 09/21/05 Exhibits 1.0235 - 2.0401, with many omissions |
| Barry Gertz 8-15-05 Exhibits |
| Barry Gertz 8-16-05 Exhibits |
| Barry Gertz 9-1-05 Deposition & Exhibits |
| Barry Gertz 9-28-05 Deposition |
| Barry Rayburn 10-12-05 Deposition Volume I |
| Barry Rayburn 10-12-05 Deposition Volume II |
| Basic Training, Participant Guide 2002 |
| Baumgartner, ? Exhibits 1-35 |
| Baumgartner, 03/11/05 Exhibits 36-61 |
| Baumgartner, 09/30/05 Exhibits P1.0003- P2.0167 with many omissions |
| Baumgartner, S 09/30/05 |
| Benedict Lucchesi 10-18-05 Deposition |
| Bextra - FDA posting 12-9-04 |
| Bextra - inject - exec summary - 2005-4090B1 28 f |
| Bextra label - updated 11-04 - 2005-4090B1 27 BBf |
| Bextra original label 2005-4090B1 25 Z-FDA-Tab-Pf |
| Bextra timeline |
| Bextra updated - 2005-4090B1 26 AA-FDA-Tab-P-2.pf |
| Bextra-Orig NDA Review-exec summary |
| Bloor, Colin 10/05/05 |
| Briggs Morrison 12-18-03 Deposition |
| Briggs Morrison 2-16-05 Deposition & Exhibits |
| Briggs Morrison 2-18-05 Deposition & Exhibits |
| Bruce M. Psaty, MD, PhD Written Statement Senate Hearings 11-8-04 |
| Burton, Joseph 10/04/05 |
| Burton, Joseph 10/04/05 |
| Captivating the Customer, Milestone 1 Selling Skills |
| |
| CAROL A. ERNST, ET AL. VS. MERCK & CO., INC. - HEARING ON EXHIBITS JULY 26, 2005 |
| CAROL A. ERNST, ET AL. VS. MERCK & CO., INC. - HEARING REGARDING DR. ARANETA'S TESTIMONY JULY 25, 2005 |
| Celebrex - CLASS label June 02 |
| Celebrex - clin pharmacology review |

M007220442

**Documents Reviewed by Dr. Lemuel A. Moye**

| |
|---|
| Celebrex - comparative safety review |
| Celebrex - Gastro review 3677b1 05 gl |
| Celebrex - label - Jan 99 |
| Celebrex - MOR - 3677b1 03 med |
| Celebrex - original renal review 2005-4090B1 18 f |
| Celebrex statistical review |
| Celebrex time line |
| CENTER FOR DRUG EVALUATION AND RESEARCH |
| Application Number: 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and 21-052/S-004, S-005, S-006, S-007, S-008, S-009 |
| FINAL PRINTED LABELING |
| |
| CENTER FOR DRUG EVALUATION AND RESEARCH |
| Approval Package for: Application Number: 021042 and 021052 |
| Trade Name:VIOXX TABLETS 12.5 MG and 25 MG, VIOXX ORAL SUSPENSION 12.5 MG/mL and 25MG/mL |
| Generic Name: ROFECOXIB TABLETS AND ORAL SUSPENSION |
| Sponsor: MERCK RESEARCH LABORATORIES |
| Approval Date: 05/20/99 |
| Champion Selling Merck Sales Training & Professional Development |
| Charolette McKines 08-03-05 Deposition Transcript |
| Charolette McKines 09-09-05 Deposition Transcript |
| CLASS - cardio renal review - 3677b1 07 |
| CLASS - clinical review Witter |
| CLASS - exec summary 2005-4090B1 19 T-FDA-Tab-L-f |
| CLASS Advisory Committee Briefing Document 7 Feb 2001 |
| Colin Bloor 10-5-05 Deposition |
| Complete response to 4-01 approvable review |
| Copy of FDA Postmarketing Safety Review |
| Copy of FDA Review of cardiovascular database 2-1-01 |
| Copy of FDAWarningLetter 12-16-99 |
| Craig Pratt 10-14-05 Deposition |
| Craig Pratt 11-02-05 Deposition |
| Curfman, Gregory-NEJM 11/21/05 |
| David Anstice 3-16-05 Deposition |
| David Anstice 3-17-05 Deposition |
| David Anstice 3-18-05 Deposition & Exhibits |
| David Anstice 4-12-05 Deposition & Exhibits |
| David Anstice 5-20-05 Deposition |
| David Egilman Report & Exhibits |
| David Silver 10-10-05 Deposition |
| DIVISION OF GASTROINTESTINAL AND COAGULATION DRUG PRODUCTS MEDICAL OFFICER'S CONSULT REVIEW Reviewer: Ann Farrell pp 1-8 |
| DIVISION OF GASTROINTESTINAL AND COAGULATION DRUG PRODUCTS MEDICAL OFFICER'S CONSULT REVIEW Reviewer: Ann Farrell pp 21-38 |
| DIVISION OF GASTROINTESTINAL AND COAGULATION DRUG PRODUCTS MEDICAL OFFICER'S CONSULT REVIEW Reviewer: Ann Farrell pp 39-57 |
| DIVISION OF GASTROINTESTINAL AND COAGULATION DRUG PRODUCTS MEDICAL OFFICER'S CONSULT REVIEW Reviewer: Ann Farrell pp 39-70 |
| DIVISION OF GASTROINTESTINAL AND COAGULATION DRUG PRODUCTS MEDICAL OFFICER'S CONSULT REVIEW Reviewer: Ann Farrell pp 9-20 |
| Dixon, Wendy 01/19/05 |
| Dixon, Wendy 01/19/05 |
| Dixon, Wendy 01/20/05 |
| Dixon, Wendy 01/20/05 |
| Dixon, Wendy 02/18/05 |

M007220443