Exhibit A - Graham Deposition Excerpts

- Mason - MIL #3

| | | |
|---|---|---|
| [1:] - [1:23] | 5/9/2006 | Graham, David - (MDL) |

```
page 1
    0001
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2                       - - -
        IN RE:  VIOXX       :  MDL DOCKET NO.
3       LITIGATION          :  1657
4       ----------------------------------------
        SUPERIOR COURT OF THE STATE OF CALIFORNIA
5                COUNTY OF LOS ANGELES
                   CENTRAL CIVIL WEST
6
        VIOXX CASES         :  JCCP NO. 4247
7                           :  ASSIGNED TO HON
                            :  VICTORIA CHEYNEY
8                       - - -
                       CONFIDENTIAL
9            SUBJECT TO PROTECTIVE ORDER
                        - - -
10                   May 9, 2006
                        - - -
11          Videotape deposition of DAVID J.
12      GRAHAM, M.D., M.P.H, held at The
13      Renaissance Mayflower Hotel, 1127
14      Connecticut Avenue, N.W., Washington,
15      D.C. 20036, commencing at 9:23 a.m., on
16      the above date, before Linda L. Golkow, a
17      Federally-Approved Registered Diplomate
18      Reporter and Certified Shorthand
19      Reporter.
                        - - -
20
21          GOLKOW LITIGATION TECHNOLOGIES
                  Four Penn Center
22         1600 John F. Kennedy Boulevard
                    Suite 1210
23         Philadelphia, Pennsylvania 19103
                   877.DEPS.USA
```

| | | |
|---|---|---|
| [152:21] - [154:1] | 5/9/2006 | Graham, David - (MDL) |

```
page 152
21          I want to go back to the
22  general question that was on the table at
23  the time, which was, as to your statement
24  about the Kaiser study, in the Kaiser
page 153
1   study that 88 to 140,000 excess cases of
2   serious coronary heart disease probably
3   occurred in the United States over the
4   life of the drug Vioxx.  And I had
5   interrupted you.
6          What is the answer to that
7   question as to why you make that
8   statement, if you haven't already
9   explained it?
10       A.    Right.
11       Q.    You started off saying it's
12  unsafe at any dose.  It starts at the
13  initial dose.  Are there other factors?
14       A.    Well, just that --
15       MR. BECK:  Object to form.
16  BY MR. KLINE:
17       Q.    Please, sir.
18       A.    Just that it has wide use;
```

**Exhibit A - Graham Deposition Excerpts**

• Mason - MIL #3

```
                        19  that lower doses and higher doses
                        20  increase the risk; that there's typical
                        21  patients who are going to get the drugs
                        22  have relatively high background rates for
                        23  heart disease.  And you take these
                        24  factors together and you multiply them
                        page 154
                        1   out, and you end up with large numbers.
```

[402:20] - [405:11]     5/9/2006     Graham, David - (MDL)

```
                        page 402
                        20          Q.   Before our break, Dr.
                        21  Graham, we started to discuss this
                        22  estimate of yours of excess heart attacks
                        23  and sudden cardiac deaths, your number of
                        24  88,000 to 139,000.
                        page 403
                        1                And I think we covered this,
                        2   but am I correct that even though you
                        3   published this in your Kaiser study, the
                        4   numbers did not come from the work that
                        5   you did with the Kaiser information?
                        6           A.   That's correct.
                        7           Q.   And did you say that they
                        8   came from the VIGOR study and the APPROVe
                        9   study?
                        10          A.   Correct.
                        11          Q.   In fact, you had to take
                        12  some numbers from VIGOR and APPROVe and
                        13  then apply them to other numbers from
                        14  still other studies in order to come up
                        15  with this estimate, didn't you?
                        16          A.   We took the numbers from
                        17  VIGOR and APPROVe, which were the risks,
                        18  the estimates of relative risk, the five
                        19  for the high dose and two for the low
                        20  dose, and we applied that to the
                        21  estimates of how many people had high
                        22  dose or low dose.  And in the formula
                        23  that you use, you also need background
                        24  rates for what is the background rate in
                        page 404
                        1   the population that you are dealing with.
                        2           Q.   When you did the background
                        3   rates, you took background rates from
                        4   still other studies, some of which didn't
                        5   have anything to do with Vioxx, right?
                        6           A.   We took background rates
                        7   from the CLASS study, using their control
                        8   group because they had an unexposed
                        9   control group, and so what we could do
                        10  is, is by doing that, we could get a
                        11  handle on the types of patients who might
                        12  be prescribed a COX-2 inhibitor and look
                        13  to see what their experience of heart
                        14  attacks were.
                        15               We didn't have that in the
                        16  VIGOR study, because the VIGOR study
                        17  compared two active treatments.
                        18               We also, because people who
                        19  get enrolled in clinical trial are, as a
                        20  rule, healthier than the patients who
                        21  ultimately get the drugs, we also took a
                        22  background incidence rate from another
                        23  study with a somewhat sicker population,
                        24  and so then we had a range.  And it was
                        page 405
```

**Exhibit A - Graham Deposition Excerpts**

- **Mason - MIL #3**

```
 1   because of the range in those two
 2   background rates that we end up with
 3   ultimately the 88,000 and the 139 or the
 4   140,000, that they relate to those rates.
 5        Q.   At least one of the studies
 6   that you picked the background rate from
 7   didn't even involve Vioxx, right?
 8        A.   That's correct.  But it
 9   involved the types of patients who we had
10   every reason to believe would be
11   prescribed Vioxx in the real world.
```

[410:1] - [410:23]      5/9/2006     Graham, David - (MDL)

```
page 410
 1        Q.   You indicated before that
 2   there were two specific FDA employees
 3   that you had suggested as peer reviewers,
 4   right?
 5        A.   Correct.
 6        Q.   And I think it was Dr. Bruce
 7   Stadel and Dr. Bob O'Neill?
 8        A.   Stadel, yes.
 9        Q.   Stadel is how to pronounce
10   it?
11        A.   Yes.
12        Q.   And they, in fact, looked at
13   your manuscript, the one that had the
14   27,000 number in it, Vioxx versus
15   Celebrex, as part of their peer review,
16   right?
17        A.   Correct.
18        Q.   And they told you, as part
19   of the people that you suggested as peer
20   reviewers, they told you that they didn't
21   think you should include that comparison
22   as a matter of sound science, right?
23        A.   That's correct.  And in the
```

[419:12] - [422:11]     5/9/2006     Graham, David - (MDL)

```
page 419
12        Q.   And, in fact, by the time we
13   finally get to the published article in
14   Lancet, the only numbers that you include
15   were these 88 to 139,000 numbers that you
16   first came up with in the revised-revised
17   manuscript, right?
18        A.   That's correct.
19        Q.   Now, I want to see if we can
20   understand a little better how you came
21   up with them.  I think you said that you
22   used the relative risks from the VIGOR
23   study and the APPROVe study, right?
24        A.   That is correct.
page 420
 1        Q.   And the relative risk for
 2   VIGOR was 5, right?
 3        A.   Correct.
 4            MR. BECK:  Somebody on the
 5        phone is either going to have to
 6        stop making noise or we're going
 7        to hang up on you here.
 8            MR. KLINE:  And I support
 9        Mr. Beck.
10   BY MR. BECK:
11        Q.   And the relative risk from
12   APPROVe was 2.0, right?
```

**Exhibit A - Graham Deposition Excerpts**

• Mason - MIL #3

```
                    13        A.    Correct.
                    14        Q.    And then you took those
                    15  relative risks and applied them to
                    16  background rates that you got from other
                    17  studies, right?
                    18        A.    Yes.  Actually, if we refer
                    19  to the document in my report, the method
                    20  is described there.  The numbers are
                    21  different because we used different
                    22  background rates, but the method is
                    23  described there.
                    24        Q.    Well, it is a completely
                    page 421
                    1   different comparison, too.  It's --
                    2         A.    No.  But the underlying
                    3   method is described, so that I can tell
                    4   you accurately what it is that we did.
                    5         Q.    Well, in your article, you
                    6   state that "The background rate for acute
                    7   myocardial infarction among control
                    8   groups from studies of cardiovascular
                    9   risk and NSAID users varied from 7.9 per
                    10  1,000 person years in CLASS," one of the
                    11  studies you referred to, to 12.4 per
                    12  1,000 person years in what was called the
                    13  TennCare study, right?
                    14        A.    Correct.
                    15        Q.    So, the background rate that
                    16  you used when doing your calculation was
                    17  this range of 7.9 to 12.4, right?
                    18        A.    Correct.
                    19        Q.    And by "background rate,"
                    20  what we mean is people who aren't taking
                    21  any medicine at all.  For every 1,000
                    22  person years of people not taking
                    23  medicine, 7.9 to 12.4 people are going to
                    24  have an adverse cardiovascular event,
                    page 422
                    1   right?
                    2         A.    Right.  Within the age
                    3   groups that those populations came from,
                    4   right.
                    5         Q.    So, that's sort of what
                    6   you'd expect from someone taking no
                    7   medicine at all, is somewhere between 8
                    8   to 12 or so people per thousand are going
                    9   to have heart attacks just because that's
                    10  what happens in life, right?
                    11        A.    That's what happens.  Right.
```

[421:5] - [421:18]        5/9/2006    Graham, David - (MDL)

```
                    page 421
                    5         Q.    Well, in your article, you
                    6   state that "The background rate for acute
                    7   myocardial infarction among control
                    8   groups from studies of cardiovascular
                    9   risk and NSAID users varied from 7.9 per
                    10  1,000 person years in CLASS," one of the
                    11  studies you referred to, to 12.4 per
                    12  1,000 person years in what was called the
                    13  TennCare study, right?
                    14        A.    Correct.
                    15        Q.    So, the background rate that
                    16  you used when doing your calculation was
                    17  this range of 7.9 to 12.4, right?
                    18        A.    Correct.
```

**Exhibit A - Graham Deposition Excerpts**

- **Mason - MIL #3**

[423:17] - [424:24]    5/9/2006    Graham, David - (MDL)

```
page 423
17        Q.    And if you would go to, it
18   looks like Page 13, if I'm reading that
19   right.  13 of 37.
20        A.    Uh-huh.
21        Q.    In this FDA report, and this
22   is a memorandum about the VIGOR analysis,
23   right, about the VIGOR study?
24        A.    I believe it is.  Yes, it
page 424
1    is.
2         Q.    Okay.
3               And does it say on this page
4    that the MI rate for Vioxx was .74?
5         A.    Yes, but I don't know what
6    the units are.
7         Q.    Okay.
8               If you go to the next page,
9    you'll see under the second footnote,
10   under the --
11        A.    Okay.
12              "Per 100 person years."
13        Q.    Okay.
14              And --
15        A.    So, that would be equivalent
16   to 7.4 per thousand person years.
17        Q.    So, the rate for myocardial
18   infarctions, heart attacks --
19        A.    Uh-huh.
20        Q.    -- for people who were
21   taking the high-dose Vioxx in the VIGOR
22   study was 7.4 per hundred -- per thousand
23   person years, right?
24        A.    Yes.
```

[428:13] - [428:19]    5/9/2006    Graham, David - (MDL)

```
page 428
13        Q.    And, again, the real life
14   heart attack rate in both VIGOR and
15   APPROVe was lower than what you say is
16   the normal background rate for people who
17   are not taking any medicine at all,
18   right?
19        A.    That's correct.  But
```

[430:6] - [430:15]    5/9/2006    Graham, David - (MDL)

```
page 430
6    of affected bodies.  And we put a number
7    in our paper, and what we were more
8    concerned with was the public health
9    impact of Vioxx exposure than we were
10   with what were the particular numbers,
11   recognizing that the particular numbers
12   could be different than the range that we
13   gave, but that was our best estimate at
14   what we thought was likely to be the
15   case.
```

[432:22] - [433:1]    5/9/2006    Graham, David - (MDL)

```
page 432
22        Q.    But even with all of that,
23   VIGOR and APPROVe both had lower rates
24   than your background rates, correct?
```

**Exhibit A - Graham Deposition Excerpts**

- **Mason - MIL #3**

```
                        page 433
                        1       A.      Yes.
```

[463:5] - [463:10]      5/9/2006    Graham, David - (MDL)
```
                        page 463
                        5       Q.      First of all, are they lower
                        6    than some other folks' estimates of the
                        7    number of increased cardiovascular, both
                        8    deaths and incidents, that have occurred
                        9    as a result of the drug Vioxx?
                        10      A.      Yes, they are.
```

[566:1] - [566:22]      5/9/2006    Graham, David - (MDL)
```
                        page 566
                        1           C E R T I F I C A T E
                        2
                        3           I, LINDA L. GOLKOW, a Notary
                             Public and Certified Shorthand Reporter
                        4    of the State of New Jersey, do hereby
                             certify that prior to the commencement of
                        5    the examination, DAVID J. GRAHAM, M.D.,
                             MPH was duly sworn by me to testify to
                        6    the truth, the whole truth and nothing
                             but the truth.
                        7
                        8           I DO FURTHER CERTIFY that the
                             foregoing is a verbatim transcript of the
                        9    testimony as taken stenographically by
                             and before me at the time, place and on
                        10   the date hereinbefore set forth, to the
                             best of my ability.
                        11
                        12          I DO FURTHER CERTIFY that I am
                             neither a relative nor employee nor
                        13   attorney nor counsel of any of the
                             parties to this action, and that I am
                        14   neither a relative nor employee of such
                             attorney or counsel, and that I am not
                        15   financially interested in the action.
                        16
                        17
                        18
                        19   _____
                             LINDA L. GOLKOW, CSR
                        20   Notary Number:  1060147
                             Notary Expiration:  1-2-08
                        21   CSR Number:  30XI176200
                             Dated:  May 16, 2006
                        22
```