Exhibit B - Lucchesi Deposition Excerpts

• **Mason - Excess Event MIL**

[1:] - [1:24]          9/7/2006      Lucchesi, Benedict

```
                       page 1
                            0001
                       1                  UNITED STATES DISTRICT COURT
                       2                  EASTERN DISTRICT OF LOUISIANA
                       3         _____
                       4         IN RE:  VIOXX                  )      MDL DOCKET
                       5         PRODUCTS LIABILITY             )      NO. 1657
                       6         LITIGATION                     )      SECTION L
                       7         This document relates to:      )
                       8         Case No. 2:06-CV-00810;        )      JUDGE FALLON
                       9         CHARLES LARON MASON v.         )      MAG. KNOWLES
                      10         MERCK & CO., INC.,             )
                      11         _____
                      12
                      13            DEPONENT:    BENEDICT LUCCHESI, M.D., Ph.D.
                      14                DATE:    Thursday, September 7, 2006
                      15                TIME:    8:09 a.m.
                      16            LOCATION:    615 East Huron Street
                      17                CITY:    Ann Arbor, Michigan
                      18            REPORTER:    RENE L. TWEDT, RPR/CRR/CSR-2907
                      19
                      20
                      21
                      22
                      23
                      24
```

[116:6] - [116:20]     9/7/2006      Lucchesi, Benedict

```
                       page 116
                       6                Q.   Have you ever made a calculation of
                       7         excess events like Dr. Graham has done here?
                       8                A.   No, I rely on Dr. Graham's statements in
                       9         his paper.
                      10                Q.   Do you know how Dr. Graham made that
                      11         estimate of 27,000?
                      12                A.   Well, obviously, he did some
                      13         calculations.  I don't know the exact manner in
                      14         which he did it.  I recognize that the figure is
                      15         quite high.  Whether or not it's an accurate
                      16         figure or not, you know, I can't tell.  Neither
                      17         can anyone else, I guess.
                      18                Q.   Okay, but you're not --
                      19                A.   It's an estimate.  It's a guesstimate,
                      20         at best.
```

[240:1] - [240:24]     9/7/2006      Lucchesi, Benedict

```
                       page 240
                       1         STATE OF MICHIGAN      )
                       2                                ) SS
                       3         COUNTY OF OAKLAND      )
                       4                    CERTIFICATE OF NOTARY PUBLIC
                       5                    I do hereby certify, the witness
                       6         whose attached testimony was taken in the
                       7         above-entitled matter was first sworn to tell
                       8         the truth, the testimony contained herein was
                       9         reduced to writing in the presence of the witness
                      10         by means of stenography, afterwards transcribed,
                      11         and is a true and complete transcript of the
                      12         testimony given by the witness.
                      13                    I further certify I am not connected
                      14         by blood or marriage with any of the parties, nor
                      15         their attorneys or agents, and I am not financially
                      16         interested in the matter of controversy.
                      17                    In witness whereof, I have hereunto
                      18         set my hand this day at Bloomfield Hills, Michigan,
```

**Exhibit B - Lucchesi Deposition Excerpts**

- **Mason - Excess Event MIL**

```
19         County of Oakland, State of Michigan.
20
21         _____
22         RENE L. TWEDT, RPR/CRR/CSR-2907
23         Notary Public, Oakland County, Michigan
24         My Commission expires: 07/02/13
```