# Exhibit A

Page 1
UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF LOUISIANA

```
In re:  VIOXX              )
                           )
PRODUCTS LIABILITY LITIGATION )
                           ) MDL DOCKET NO. 1657
This document relates to:  )
Case No. 2:06-CV-00810     ) SECTION L
                           )
CHARLES MASON,             ) JUDGE FALLON
                           )
    Plaintiff,             ) MAGISTRATE JUDGE
                           ) KNOWLES
    vs.                    )
                           ) Deposition of:
MERCK & CO., INC.,         ) CHARLES L. MASON
                           )
    Defendant.             )
```

June 28, 2006
9:08 a.m.

Location:  Ray, Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, Utah

Reporter:  Rashell Garcia
Notary Public in and for the State of Utah


[69:6] – [69:25]        7/28/06        Mason, Charles L. (Mason)

Page 69
6    Q.  If you can turn -- and this was a

|  |  |
|---|---|
|  | 7 questionnaire that you yourself filled out; is that<br>8 right?<br>9  A. That's correct.<br>10  Q. This is your handwriting?<br>11  A. That is correct.<br>12  Q. Will you turn to page 3 of Exhibit 3? Do you<br>13 see where it talks about family history? Do you see<br>14 that?<br>15  A. Yes.<br>16  Q. And it says, sister? Sisters?<br>17  A. That's correct.<br>18  Q. And it says "heart attack," does it not?<br>19  A. It does.<br>20  Q. And so one of your sisters had a heart attack;<br>21 true?<br>22  A. That is -- that's an assumption on my part.<br>23  Q. Well that's what you believed?<br>24  A. I believed it was a heart attack. We never<br>25 received any definite as to what caused her death. |
| [70:1] – [70:10] | 7/28/06    Mason, Charles L. (Mason)<br><br>Page 70<br>1  Q. You were told it was a heart attack?<br>2  A. I was told by my nephew that it was a heart<br>3 attack.<br>4  Q. Your nephew being your sister's-<br>5  A. Son.<br>6  Q. -- son. Is that a yes?<br>7  A. That's a yes.<br>8  Q. And you have no reason to disbelieve that;<br>9 true?<br>10  A. That is correct. |
| [228:5] – [228:25] | 7/28/06    Mason, Charles L. (Mason)<br><br>Page 228<br>5 Mr. Mason, just by way of follow-up, we marked<br>6 previously Deposition Exhibit No. 3. Do you recall<br>7 that? Which was the Intermountain Sleep Disorder<br>8 Center medical record?<br>9  A. Yes.<br>10  Q. And I wanted to turn to page 3. And you were<br>11 asked a question with regard to your sister because you<br>12 had noted some family history information; correct?<br>13  A. That's correct. |

14   Q. And one of the things that you noted about one
15   of your sisters was that she had a heart attack; is
16   that correct?
17   A. That's correct.
18   Q. All right. Any doctor ever tell you your
19   sister had a heart attack when she passed away?
20   A. No, sir.
21   Q. Have you ever seen any medical record that
22   suggests that she had a heart attack when she passed
23   away?
24   A. No, sir.
25   Q. In fact, the only information that you have

[229:1] – [229:4]   7/28/06   Mason, Charles L. (Mason)

Page 229
1   would just be through something a family member related
2   to you?
3       MR. KRUMHOLZ: Objection, leading.
4   A. Through the nephew, yes.