1 of 2 DOCUMENTS

UTAH CODE ANNOTATED
Copyright 2006 by Matthew Bender & Company, Inc. a member of the LexisNexis Group.
All rights reserved.

\*\*\* STATUTES CURRENT THROUGH THE 2006 THIRD SPECIAL SESSION. \*\*\*
\*\*\* ANNOTATIONS CURRENT THROUGH 2006 UT 27 (5/4/2006); 2006 UT APP 180 (5/4/2006) AND MAY 17, 2006 (FEDERAL CASES). \*\*\*

TITLE 26. UTAH HEALTH CODE
CHAPTER 2. VITAL STATISTICS ACT

**GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION**

*Utah Code Ann. § 26-2-22* (2006)

§ 26-2-22. Inspection of vital records

(1) (a) The vital records shall be open to inspection, but only in compliance with the provisions of this chapter, department rules, and Section 78-30-18.

(b) It is unlawful for any state or local officer or employee to disclose data contained in vital records contrary to this chapter or department rule.

(c) A custodian of vital records may permit inspection of a vital record or issue a certified copy of a record or a part of a record when the custodian is satisfied that the applicant has demonstrated a direct, tangible, and legitimate interest.

(2) A direct, tangible, and legitimate interest in a vital record is present only if:

(a) the request is from the subject, a member of the subject's immediate family, the guardian of the subject, or a designated legal representative;

(b) the request involves a personal or property right of the subject of the record;

(c) the request is for official purposes of a state, local, or federal governmental agency;

(d) the request is for a statistical or medical research program and prior consent has been obtained from the state registrar; or

(e) the request is a certified copy of an order of a court of record specifying the record to be examined or copied.

(3) For purposes of Subsection (2):

(a) "immediate family member" means a spouse, child, parent, sibling, grandparent, or grandchild;

(b) a designated legal representative means an attorney, physician, funeral service director, genealogist, or other agent of the subject or the subject's immediate family who has been delegated the authority to access vital records;

(c) except as provided in Title 78, Chapter 30, Adoption, a parent, or the immediate family member of a parent, who does not have legal or physical custody of or visitation or parent-time rights for a child because of the termination of parental rights pursuant to Title 78, Chapter 3a, Juvenile Court Act of 1996, or by virtue of consenting to or relinquishing a child for adoption pursuant to Title 78, Chapter 30, Adoption, may not be considered as having a direct, tangible, and legitimate interest; and

(d) a commercial firm or agency requesting names, addresses, or similar information may not be considered as having a direct, tangible, and legitimate interest.



(4) Upon payment of a fee established in accordance with Section 63-38-3.2, the following records shall be available to the public:

(a) except as provided in Subsection 26-2-10(4)(b), a birth record, excluding confidential information collected for medical and health use, if 100 years or more have passed since the date of birth;

(b) a death record if 50 years or more have passed since the date of death; and

(c) a vital record not subject to Subsection (4)(a) or (b) if 75 years or more have passed since the date of the event upon which the record is based.

**HISTORY:** C. 1953, 26-2-22, enacted by L. 1981, ch. 126, § 3; 1995, ch. 202, § 22; 1998, ch. 84, § 1; 2001, ch. 255, § 1; 2006, ch. 55, § 2; 2006, ch. 56, § 6.

**NOTES:**
AMENDMENT NOTES. --The 1995 amendment, effective May 1, 1995, redesignated Subsections (1) through (3) as (1)(a), (1)(b), and (2), respectively; in the first sentence of Subsection (1)(a) substituted "records" for "statistics certificates and files" and "but only in compliance with" for "subject to" and added the reference to § 78-30-18; inserted "demonstrated" in Subsection (1)(b); rewrote the language of Subsection (2)(a), which had read "a personal or property right of the person whose record is on file is involved"; and made stylistic changes throughout.

The 1998 amendment, effective May 4, 1998, added Subsection (2)(a), redesignating former Subsections (2)(a) to (2)(d) as (2)(b) to (2)(e); and added Subsections (3) and (4).

The 2001 amendment, effective April 30, 2001, added "or parent-time" in Subsection (3)(c).

The 2006 amendment by ch. 55, effective May 1, 2006, substituted "Juvenile Court Act of 1996" for "Juvenile Courts" in Subsection (3)(c).

The 2006 amendment by ch. 56, effective May 1, 2006, made stylistic changes in Subsection (1) and substituted "funeral service director" for "funeral director" in Subsection (3)(b).

This section has been reconciled by the Office of Legislative Research and General Counsel.