IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810<br><br>CHARLES LARON MASON v.<br>MERCK & CO., INC. | MDL DOCKET NO. 1657<br><br>Section L<br><br><br>Judge Fallon<br>Mag. Judge Knowles |

### ORDER GRANTING PLAINTIFF CHARLES LARON MASON'S MOTION PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN LIMINE AND/OR REQUEST FOR LIMITING INSTRUCTIONS REGARDING THE CAUSE OF RETA MASON HURLEY'S DEATH

On this day, the court considered Plaintiff Charles Laron Mason's Motion to Exclude or, in the Alternative, Motion in Limine and/or Requesting for Limiting Instructions Regarding the Cause of Reta Mason Hurley's Death, and after reviewing the pleadings and evidence and hearing arguments of counsel, is of the opinion that said Motion should be GRANTED.

_____
Judge Eldon E. Fallon