

11497605

Jun 9 2006
5:36PM

# EXHIBIT "A"

10.06.05 morrison direct.txt

```
 1              (End of side-bar.)
 2  BY MR. RABER:
 3      Q.   Okay.  Dr. Morrison, without looking at the
 4  book can you tell us why you believed in February of
 5  1997 that VIOXX had had the potential to be such a
 6  great drug?
 7              MR. SEEGER:  Your Honor, I'm sorry to do
 8  this, I'm just going to object to the reference
 9  "without looking at the book" because the book is not
10  to be used for that, it shouldn't be referred to.  I
11  think the question should be what he knew.  It suggests
12  that he should be looking at the book.
13              MR. RABER:  I just didn't want him to pull
14  out the book, Your Honor.
15              THE COURT:  I think that the purpose of
16  counsel's question was to direct him not to use the
17  book, which is what the Court has ordered.
18              MR. SEEGER:  Okay.
19              THE COURT:  You can proceed, counselor.
20  BY MR. RABER:
21      Q.   Dr. Morrison, why do you believe in February
22  of 1997 when you wrote that e-mail that VIOXX had the
23  potential to be a great drug?
24  A.   As I said, I think in order to explain the
25  benefits of VIOXX it is important to understand the
```

page 3182
▢Morrison Direct
page 3183

```
 1  side effects that are known for nonsteroidal
 2  anti-inflammatory drugs.  At the time nonsteroidal
 3  anti-inflammatory drugs were widely used to treat pain
 4  and inflammation, and it was understood that those
 5  medications have a common set of side effects, and so
 6  what we mean by side effects is these are things that
 7  the drug does that the drug is not intended to.
 8              The drug is intended to treat pain and
 9  inflammation, but all of the nonsteroidal
10  anti-inflammatory drugs have a common set of side
11  effects that are detrimental to patients.  The most
12  important of those is the damage that it does to the
13  stomach.  So nonsteroidal anti-inflammatory drugs by
14  their mechanism of action damage the protective lining
15  of your stomach and so your stomach is filled with
16  acid, and, in fact, if you take stomach juice and put
17  it in a cup and put your finger in it you will get an
18  acid burn, it is an acid in your stomach.  The stomach
19  protects itself from that acid with a protective
20  lining.  Nonsteroidal anti-inflammatory drugs damage
21  that protective lining, so now patients get literally a
22  burn to their stomach.
23              As that burn progresses it can actually erode
24  into a blood vessel and you can get bleeding into your
25  stomach, and if that burn progresses even further it
```

page 3183
▢Morrison Direct
page 3184

```
 1  can actually put a hole completely through the stomach
 2  wall, and, so, now the acid pours out into your
```

10.06.05 morrison direct.txt
```
3   abdominal contents, and it was understood that that
4   side effect was common to all the NSAIDs, and it was
5   estimated that somewhere between two and 4 percent of
6   patients who take these medications on a chronic basis
7   would suffer one of these events.  And it was estimated
8   that probably in the United States alone on the order
9   of 20,000 people a year -- between 10 and 20,000 people
10  a year die from this complication of NSAIDs.
11        Based upon the biology, which we'll talk more
12  about later, we were excited that VIOXX would not do
13  this, so that side effect of the NSAIDs would not be
14  something that VIOXX did.
15        The second side effect of NSAIDs that we were
16  excited about that VIOXX would not have is that NSAIDs
17  affect your platelets, so it was understood that all
18  NSAIDs effect platelet function and increases your risk
19  of bleeding.  Now, there are certain clinical
20  situations where that risk is particularly harmful for
21  patients, so you can imagine patients who are already
22  at risk of bleeding if you now give them a nonsteroidal
23  anti-inflammatory drug which raises their risk even
24  higher that would be particularly bad for those
25  patients.  So those kinds of patients are patients who
```

page 3184
□Morrison Direct
page 3185

```
1   were on blood thinners, patients who have hemophilia,
2   cancer patients who their cancer therapy lowers their
3   platelet count, so you already have very few platelets
4   and they're at risk for bleeding, if you now give them
5   a nonsteroidal anti-inflammatory drug and turn off the
6   platelets it further raises their risk.
7         And in the surgical setting you generally
8   don't want patients to be on NSAIDs because it
9   increases their risk of bleeding in the operating room,
10  increases their risk of bleeding after the operation.
11  So this side effect of NSAIDs of inhibiting your
12  platelets was something we were very excited that VIOXX
13  would not do.  So it would not harm your stomach the
14  way NSAIDs did, and it wouldn't cause you to have an
15  increased tendency to bleed the way NSAIDs caused.  So
16  those were two of the things we were very excited about
17  that VIOXX would be a great medicine, there would be
18  clearly clinical situations where patients would be
19  much better off with a medication that doesn't damage
20  the stomach and doesn't inhibit your platelets.
21        Q.   Dr. Morrison, did Merck do any studies with
22  VIOXX to see whether it had any effect on platelets or
23  had any effect on bleeding time?
24  A.   Yes.  Actually, the second study that it is called
25  Protocol 2.  It is the second human study that Merck
```

page 3185
□Morrison Direct
page 3186

```
1   ever did and so just a little bit about when we do drug
2   development it is -- one of the hardest things is to
3   figure out exactly what the dose is that you should
4   give to people.  So early in the program you will often
5   see that the company studies a very wide range of
```
                              Page 13