EXHIBIT "B"

Annals of Internal Medicine
Established in 1927 by the American College of Physicians

Search Annals: [    ] GO
Advanced search

Home | Current Issue | Past Issues | Search | Collections | CME
PDA Services | Subscribe | Contact Us | Help | ACP Online

ARTICLE

# Unnecessary Prescribing of NSAIDs and the Management of NSAID-Related Gastropathy in Medical Practice

Robyn Tamblyn, PhD; Laeora Berkson, MD, MHPE, FRCPC; W. Dale Dauphinee, MD, FRCPC; David Gayton, MD, PhD, FRCPC; Roland Grad, MD, MSc; Allen Huang, MD, FRCPC; Lisa Isaac, PhD; Peter McLeod, MD, FRCPC; and Linda Snell, MD, MHPE, FRCPC

15 September 1997 | Volume 127 Issue 6 | Pages 429-438

**Background:** Use of nonsteroidal anti-inflammatory drugs (NSAIDs) increases the risk for hospitalization and death from gastrointestinal bleeding and perforation.

**Objectives:** To 1) estimate the extent to which NSAIDs are prescribed unnecessarily and NSAID-related side effects are inaccurately diagnosed and inappropriately managed and 2) identify the physician and visit characteristics associated with suboptimal use of NSAIDs.

**Design:** Prospective cohort study.

**Setting:** Montreal, Canada.

**Participants:** 112 physicians representing academically affiliated general practitioners, community-based general practitioners, and residents in family medicine and internal medicine.

**Interventions:** Blinded, office-based assessment of the management of two clinical cases (chronic hip pain due to early osteoarthritis and NSAID-related gastropathy) using elderly standardized patients.

**Measurements:** Quality of drug management and potential predictors of suboptimal drug management.

**Results:** Unnecessary prescriptions for NSAIDs or other drugs were written during 41.7% of visits. Gastropathy related to NSAID use was correctly diagnosed in 93.4% of visits and was acceptably managed in 77.4% of visits. The risk for an unnecessary NSAID prescription was greater when the contraindications to NSAID therapy were incompletely assessed (odds ratio, 2.3 [95% CI, 1.0 to 5.2]) and when the case was managed by residents in internal medicine (odds ratio, 4.1 [CI, 1.2 to 14.7]). The risk for suboptimal management of NSAID-related side effects was increased by incorrect diagnosis (odds ratio, 16.6 [CI, 3.6 to 76.5]) and shorter visits.

**Conclusions:** Unnecessary NSAID prescribing and suboptimal management of NSAID-related side effects were sufficiently common to raise questions about the appropriateness of NSAID use in the general population. If these results reflect current practice, prescribing patterns may contribute to avoidable gastrointestinal morbidity in elderly persons.

---

Each year, 70 million prescriptions for nonsteroidal anti-inflammatory drugs (NSAIDs) are dispensed in the United States [1], 20 million are dispensed in Great Britain [2], and 10 million are

dispensed in Canada [3]. The widespread use of NSAIDs has raised concerns because these drugs have substantial gastrointestinal side effects. Studies done in Canada, the United States, Australia, and Great Britain have shown that NSAID use increases the risk for hospitalization and death from gastrointestinal bleeding and perforation [4-16]. Each year, use of NSAIDs accounts for an estimated 7600 deaths and 76 000 hospitalizations in the United States [17] and 365 deaths and 3897 hospitalizations in Canada [12,18,19]. One percent to 3% of NSAID users will have gastrointestinal bleeding [20], and 26% will be prescribed antiulcer therapy [11,21]. Treatment of NSAID-related gastrointestinal side effects accounts for one third of the cost of arthritis therapy [11]. Older age, history of peptic ulcer disease, higher NSAID dose, and concurrent use of corticosteroids and anticoagulants increase the risk for serious gastrointestinal side effects [5]. Almost all deaths from NSAID-related gastrointestinal side effects occur in elderly persons [2]; elderly women seem particularly susceptible [10,12,13].

In the mid-1980s, physicians were advised to avoid prescribing NSAIDs to elderly persons and patients with a history of peptic ulcer disease and to use low-dose NSAIDs only when other treatments had failed [2,6]. In 1990, however, an estimated 58% of women and 53% of men 65 years of age and older in Quebec were prescribed NSAIDs [22]; in Alberta, NSAIDs accounted for 47% of prescriptions for antiulcer therapy in elderly persons [21].

The prevalence of the use of NSAIDs and antiulcer therapy raises questions about whether elderly persons are receiving NSAIDs unnecessarily and whether NSAID-related side effects are recognized and adequately managed. This question is of particular interest in elderly women because they are twice as likely as men to experience adverse NSAID-related gastrointestinal events [12]. In addition, women have been noted to be more likely than men to be prescribed therapy for the same condition [23] and to receive inappropriate therapy [24]. Physician surveys conducted in the United States and Great Britain indicate that 4% to 42% of physicians are unaware of the side effects of these drugs [25], that NSAIDs are frequently chosen as first-line treatment for osteoarthritis [25-27], and that treatment approaches to NSAID gastropathy vary greatly [25,28]. Less extensive drug knowledge and higher rates of inappropriate prescribing are more common among physicians who have been in practice longer [29,30] and among general practitioners [30,31], possibly because of the challenges of keeping up to date on drug therapy [32]. Practice style also seems to influence drug prescribing: Shorter visits are associated with higher prescribing rates [33] and more inappropriate prescribing [34]. Moreover, a controversial Canadian study [35-39] found that general practitioners who saw more patients per day and billed for more services per patient were more likely to prescribe NSAIDs and other drugs [35] and that higher rates of NSAID prescribing were associated with higher rates of hospitalization and death [36]. These researchers speculated that physicians who prescribed more medication spent less time with their patients and delivered worse quality of care; as a result, their patients were sicker.

Although the level of NSAID use in the population may be a cause for concern, it is difficult to determine whether elderly patients are actually receiving unnecessary prescriptions or whether NSAID-related problems are being adequately diagnosed. Indications for therapy are rarely documented in sufficient detail to permit retrospective evaluation of the appropriateness of drug treatment decisions [40], and responses to questionnaires that describe cases do not accurately reflect what physicians do in actual practice [41-43]. A physician's ability to diagnose drug-related side effects cannot be ascertained by clinical studies. Only problems that are diagnosed can be assessed; those that go unrecognized or are misdiagnosed cannot [44,45].

In this study, we attempted to overcome these limitations by using standardized patients [43,46,47]. This allowed us to select cases that could be used to evaluate particular aspects of NSAID use and to conduct blinded evaluation of decision making for the same patient in physicians' usual practice environment. Our objectives were to estimate how often NSAIDs were unnecessarily prescribed; whether side effects from NSAID therapy were accurately diagnosed and managed; and whether NSAID treatment decisions were influenced by patient, physician, and visit characteristics. We hypothesized that inadequate recognition and management of NSAID-related problems and unnecessary NSAID prescriptions in elderly persons would be more likely to occur with shorter visits, female patients, and incomplete assessment of relative

contraindications. We also thought that these problems would occur more often with community-based general practitioners than with academically affiliated general practitioners and postgraduate trainees.

# Methods

## Design and Population

Management decisions for elderly patients with arthritis were assessed in a prospective follow-up study of 112 physicians. Each consenting physician saw two to four standardized elderly patients in his or her practice over a 6- to 8-month period. All physicians were blinded to the identity of the patient, the time of entry, and the nature of the problem being studied. Practices for NSAID prescribing were assessed in four populations of Canadian physicians: academically affiliated general practitioners, residents in family medicine, residents in internal medicine, and community-based general practitioners. To obtain representatives of all four groups, we invited the following to participate in our study: all general practitioners (n = 34) in one hospital-based family medicine residency program, all family medicine residents (n = 32) in a second hospital-based program at McGill University (Montreal, Quebec), all general internal medicine residents in the two hospital-based teaching programs at McGill University (n = 29), and a random sample of Montreal general practitioners listed in the College of Physicians registry (n = 82).

## Assessment of Medical Management

To assess physician management decisions for patients with arthritis, we selected two common clinical problems (Appendix). The first case was used to assess unnecessary NSAID prescribing for a patient with a recent exacerbation of chronic hip pain. In this case, the most likely diagnosis was osteoarthritis (not radiologically confirmed) and the treatment options were lifestyle modification, physiotherapy, and medication. The second case was used to assess the recognition and treatment of NSAID-related side effects in a patient with epigastric pain secondary to NSAID use. In both cases, the patients were 67 years of age, had a history of peptic ulcer disease, and had been prescribed medications for coexistent hypertension and type 2 diabetes mellitus.

Standardized patients were recruited from community-based senior citizen groups and screened for suitability by one of the geriatrician investigators. Eight elderly persons were selected, and two men and two women were trained for each case. In 7 to 15 two-hour sessions, standardized patients were trained to present the essential features of the case (history, physical findings, affect) and to record visit time and actions taken by the physician during the visit by using a structured questionnaire for visit documentation [48]. The accuracy of standardized patient presentation and recording was pretested and monitored thereafter by biweekly videotaped investigator-standardized patient visits as quality control assessments. We previously reported that the accuracy of the standardized patients' presentations in double-blinded visit assessments was 96.4% and that the accuracy of visit documentation recording was 77% (kappa = 0.71 [95% CI, 0.56 to 0.85]) [48]. The provincial health board gave the standardized patients temporary health insurance cards so that they could remain anonymous to participating physicians and so that costs of the study visits could be billed to the research office. Standardized patients arranged visit appointments with the study physicians according to prearranged schedules that allowed approximately one visit per physician per month. After each visit, the standardized patient completed the structured questionnaire to record actions taken by the physician during the visit

and returned the completed checklist, prescriptions, referrals, and test requisitions to the research office. To detect unblinding of standardized patients during the study period, we gave participating physicians postcards that were to be returned to the research office if the physicians suspected that a patient was a study patient. At the end of the study period, we retrieved medical charts for all standardized patient visits from physicians' offices.

Each physician was scheduled to see one standardized patient for each of the two cases. Academically affiliated and community-based general practitioners saw a male and a female patient for each case (four visits per physician), whereas residents saw one standardized patient per case (two visits per physician). Residents were randomly assigned to a visit from either a male or a female patient for each case. At the time of our study, clinical recommendations for NSAID use had been published [2,6,49-52], but no consensus guidelines had been produced. Thus, a consensus panel of eight academically affiliated physicians, representing the fields of rheumatology, geriatrics, clinical pharmacology, internal medicine, and family medicine, enumerated and classified drug management decisions for each case into four mutually exclusive categories: optimal, acceptable, suboptimal, and unsafe (Table 1). The panel also identified relative contraindications to NSAID therapy that should be assessed, including history of peptic ulcer disease [5,12,20,53] and hypertension [54,55]. The physicians' actions during the visits were ascertained by reviewing and coding the documentation questionnaires completed after each standardized patient visit, prescriptions, referrals and test requisitions, and the medical chart. Requisitions for investigations, consultations, drug prescriptions, the follow-up appointment card, and the standardized patients' reports of drug therapy that was stopped were used to document management decisions made during the visit. The diagnosis for the visit was determined from the medical chart. The physician's assessment of relative contraindications was determined from the visit documentation questionnaire.

View this table:
[in this window]
[in a new window]



Table 1. Academic Panel Classification of Management Decisions for Standardized Patient Cases*

## Statistical Analysis

The frequency of diagnostic and drug treatment decisions was calculated for each visit. Hypotheses about the relation between patient, physician, and visit characteristics and prescribing decisions were assessed by fitting multivariable logistic regression models using generalized estimating equations [56,57]. Dependencies in observations of visits to the same physician were considered by specifying, a priori, an exchangeable correlation structure for multiple visits for each physician. In these models, drug treatment decisions were collapsed into two groups (optimal/acceptable and suboptimal/unsafe). The association between physician and visit characteristics and the risk for suboptimal management was estimated for both cases combined and for each case individually. The analysis was done by using SAS version 6.11 with the SAS macro GEE (version 1.25) [58].

## Results

## Study Sample

One hundred twelve (63%) of the 177 physicians who were approached agreed to participate. Participation rates varied by cohort: Thirty-three of 82 (40%) community-based general practitioners, 24 of 34 (71%) academically affiliated general practitioners, 32 of 32 (100%) family medicine residents, and 23 of 29 (79%) internal medicine residents participated. General practitioners who participated were, on average, 4 years younger than nonparticipants, and male academic general practitioners were more likely to participate than their female counterparts (26% of participants and 36% of nonparticipants were female). No demographic differences were seen between residents who participated and those who did not.

The mean age (+/- SD) of the general practitioners was 47 +/- 13.2 years, and the mean duration of practice was 20 +/- 13.4 years. Until recently, Canadian training programs for primary care consisted of a 1-year internship or a 2-year family medicine training program. Specialists in internal medicine are required to complete a 4-year program, and 3 years of general internal medicine training is required for many medical subspecialties. In our study sample, 42.6% of general practitioners had completed a 2-year family medicine residency training program and were certified by the Canadian College of Family Physicians, 46.8% had completed a 1-year rotating internship, and 10.6% had postgraduate training in internal medicine or pediatrics but were not certified in these specialties. Most general practitioners (76%) worked in two or more settings (usually a hospital and private office), and 63% were in group practice. The most common health problems seen by general practitioners were chronic disease (particularly hypertension, asthma, ischemic heart disease, and diabetes), upper respiratory infections, and depression and anxiety [59]. All general practitioners were paid by the universal health insurance plan on a fee-for-service basis, a system in which the physician determines the number of patients seen per day. Physicians reported scheduling an average of 4.3 patients per hour (range, 2 to 9 per hour) and, on average, scheduled 35 minutes for a new patient (range, 15 to 90 minutes). Family medicine and internal medicine residents were in their first or second year of postgraduate training.

## Unblinding

During the 312 visits conducted, physicians detected the standardized patient 36 times (11.5%); on two occasions, a real patient was suspected of being a standardized patient. Unblinding tended to occur in office practices that accepted few new patients. Optimal treatment decisions were more likely to be made in unblinded visits (50%) than in blinded visits (35%). Although the differences were not statistically significant, unblinding seemed to systematically influence performance; unblinded visits were therefore excluded from further analysis.

## Management of Chronic Hip Pain

For the case of chronic hip pain, 139 blinded visits were completed. The average visit length was 27 +/- 14.3 minutes. Osteoarthritis was the most common diagnosis for the hip pain (90.6% of visits), followed by trochanteric bursitis (9.4% of visits). Histories of peptic ulcer disease and hypertension were elicited in 67.6% and 62.6% of visits, respectively, and a history of both risk factors was elicited in 44.6% of visits. Management decisions were optimal or acceptable in 58.3% of visits, suboptimal in 19.4%, and unsafe in 22.3% (Table 2). Unnecessary NSAID prescriptions were written in 52 (37.4%) visits. The four most commonly prescribed NSAIDs were naproxen (25% of NSAID prescriptions), diclofenac (20.8%), ketoprofen (16.7%), and tiaprofenic acid (12.5%). Most patients (68.5%) who were prescribed NSAID therapy were prescribed 75% to 100% of the maximum recommended adult dose [60]. Slightly more than half of patients (51.9%) who were prescribed an NSAID were not prescribed gastroprotective therapy, despite the history of peptic ulcer disease and intolerance of acetylsalicylic acid.

View this table:
[in this window]
[in a new window]

Table 2. Physicians' Treatment Decisions in 139 Blinded Visits with Standardized Patients-Case 1: Chronic Hip Pain*

In four visits, physicians prescribed other medications (such as steroids and benzodiazepines) that were judged inappropriate by the academic panel. Nonpharmacologic therapy was recommended in 34.5% of visits; the most commonly recommended therapies were physiotherapy and non-weight-bearing exercise. Nonpharmacologic therapy was less likely to be recommended in visits during which an NSAID was prescribed (nondrug therapy was recommended in 21% of visits) than in visits during which either acetaminophen (nondrug therapy was recommended in 48.9% of visits) or no drug (nondrug therapy was recommended in 33.3% of visits) was prescribed (P = 0.02; chi-square test). In 24 visits, no treatment was recommended. In all of these visits, the physician requested investigations or consultations.

## Management of NSAID-Related Gastropathy

A total of 137 blinded visits were completed for the case of NSAID-related gastropathy. The average visit length was 33 +/- 16.1 minutes. In 128 visits (93.4%), NSAID-related gastropathy was correctly diagnosed. Histories of peptic ulcer disease and hypertension were elicited in 87.6% and 65.7% of visits, respectively, and a history of both risk factors was elicited in 57.7% of visits. Management was optimal in 11.7% of visits, acceptable in 65.7%, suboptimal in 13.1%, and unsafe in 9.5% (Table 3). Antiulcer therapy was prescribed in 82.5% of visits. A total of 133 prescriptions for antiulcer drugs were written in the 117 visits during which antiulcer therapy was prescribed. Histamine-2 antagonists were the most frequently prescribed class of antiulcer therapy (51.2% of all prescriptions), followed by antacids (24.8%) and misoprostol (15.5%). In the 16 visits during which two antiulcer drugs were prescribed, the most common combination was an antacid plus another class of gastroprotective therapy (14 visits).

View this table:
[in this window]
[in a new window]

Table 3. Physicians' Treatment Decisions in 137 Blinded Standardized Patient Visits-Case 2: NSAID-Related Gastropathy*

## Predictors of Suboptimal Management

The analysis of all visits showed that suboptimal management occurred more frequently for the standardized patients with chronic hip pain. When NSAID-related gastrointestinal side effects occurred, there was a greater risk that NSAID therapy would be started unnecessarily (chronic hip pain case) than that it would be stopped or modified (NSAID-related gastropathy case) (odds ratio [OR], 2.2 [CI, 1.2 to 3.9]) (Table 4). Certain physician and visit characteristics were associated with the risk for suboptimal management; however, except for the assessment of relative contraindications, these associations seemed to be case specific.

View this table:
[in this window]
[in a new window]

Table 4. Physician and Visit Characteristics Associated with Quality of Drug Management Decisions: Adjusted Odds Ratios Estimated by Multivariable Logistic Regression*

For the chronic hip pain case, unnecessary prescriptions for NSAIDs were more likely when the physicians did not elicit histories of hypertension and peptic ulcer disease (OR, 2.3 [CI, 1.0 to 5.2]) and when an internal medicine resident (in comparison to an academic general practitioner) saw the main difference between academic general practitioners and internal medicine residents was in the likelihood that they would prescribe an NSAID (residents, 58% of visits; academic physicians, 25% of visits), not in whether they would prescribe gastroprotective therapy with an NSAID. Community-based general practitioners were also more likely to prescribe NSAIDs (OR, 2.1 [CI, 0.8 to 6.5]) than were academic general practitioners, but these differences were not statistically significant. Neither patient sex nor visit length was associated with risk for suboptimal management. However, visit length was related to the likelihood that contraindications to NSAID therapy would be assessed. Visits during which the physician elicited histories of peptic ulcer and hypertension were, on average, 9 minutes longer than visits during which the physician did not elicit these histories. The likelihood of obtaining a relevant history was increased by threefold to fourfold during visits that lasted longer than 15 minutes (visit length, 16 to 30 minutes: OR, 3.7 [P = 0.01]; 31 to 45 minutes: OR, 4.5 [P = 0.01]; >45 minutes: OR, 2.8 [P = 0.15]).

In the case of NSAID-related gastropathy, incorrect diagnosis was the strongest predictor of suboptimal or unsafe management (OR, 16.6 [CI, 3.6 to 76.5]). Gastropathy related to NSAID use was diagnosed in only 6 (46.2%) of the 13 visits in which therapy with both NSAIDs was continued; the correct diagnosis was made in 122 (98.4%) of the 124 visits in which NSAID therapy was modified. The risk for suboptimal management was also reduced when the visit lasted longer than 15 minutes and when the patient's history of hypertension or peptic ulcer disease had been elicited; the latter difference, however, was not statistically significant (P = 0.10). Longer visits were associated with a greater likelihood that relative contraindications would be assessed, but significant differences were seen only for visits that lasted longer than 30 minutes compared with visits that lasted 15 minutes or less (visit length, 31 to 45 minutes: OR, 3.9 [P = 0.01]; >45 minutes: OR, 3.9 [P = 0.05]). Physician group and the sex of the patient and physician were not significantly associated with the risk for suboptimal management of NSAID-related gastropathy.

## Discussion

Using blinded assessment with known standardized cases, we found that unnecessary NSAID prescriptions were written in more than one third of visits. Contrary to recommended guidelines [20,53], NSAIDs were prescribed even when patients were elderly and had relative contraindications to NSAID therapy. Persons who are the age of our standardized patients (60 to 69 years) have a threefold increase in the relative risk for serious gastrointestinal side effects

relative to persons 25 to 49 years of age; those with a history of peptic ulcer disease have a sixfold increase in risk [61]. Furthermore, therapy with most NSAIDs was started at or close to the maximum adult dose. Low doses have been recommended because the relative risk for serious gastrointestinal side effects increases from 2.8 with half the standard dose to 8.0 with the highest dose [12].

The existing evidence suggests that when NSAID therapy is required for patients with a history of peptic ulcer disease, misoprostol should be prescribed simultaneously [1,50,51,62,63]. Nonetheless, gastroprotective therapy was prescribed in only 48% of the visits during which NSAIDs were prescribed; misoprostol was prescribed in only 12% of visits. Although the cost-effectiveness of using misoprostol as preventive therapy for NSAID-related gastropathy in unselected populations has recently been debated [1,49,64], it seems to be agreed that misoprostol should be used in the higher-risk populations that were represented by our standardized patients (elderly persons and patients with a history of peptic ulcer disease) [1,49,64].

We explored possible reasons why NSAIDs may be prescribed unnecessarily. Although other researchers have found that shorter visits and higher practice volume were associated with greater prescribing rates [33,35,65], we observed that visit length played an indirect role in NSAID prescribing. Relative contraindications to NSAID therapy were less likely to be assessed during shorter visits, and the failure to assess contraindications was associated with unnecessary NSAID prescribing. The observation that risk factors were assessed in only 19 of the 57 visits during which NSAIDs were prescribed is in itself disturbing. Physicians may have failed to assess contraindications for NSAID use because they lacked knowledge of the relevant risks, underestimated the importance of these risks for NSAID treatment, or simply forgot to assess these risks. In a previously reported investigation (done in a subset of the general practitioners included in the present study), we found no association between knowledge of NSAID therapy and suboptimal management [66]. Differences in knowledge of relative contraindications may explain the differences in NSAID prescribing between physician groups. However, residents in internal medicine, who were at greatest risk for prescribing unnecessary NSAIDs, elicited relative contraindications to NSAID therapy in more visits (63%) than any other physician group (other groups, 42%). A more likely explanation is that physicians differ in their perceptions of the importance of treatment risks or in the expected benefits of drug therapy [67]. This possibility should be studied because it may explain some of the variation seen in prescribing patterns [33,68,69]. Finally, the link between visit length and risk assessment suggests that time constraints may play an important role in suboptimal prescribing. Computerized reminders and therapy guidelines may be one practical way to handle this problem [70]. At a more basic level, some contend that the root of the problem is the fee-for-service system, which creates incentives for high patient volume, short visits, and suboptimal care [35,36]. However, the reimbursement method does not explain the variation in visit lengths in our study because all general practitioners were paid by fee-for-service. Neither does it explain why similar problems are reported in settings in which physicians are paid on a capitation or salaried basis [33,71]. Alternate explanations need to be pursued.

Antiulcer therapy among NSAID users is costly [6,49], and it was unclear whether excess costs were being created by inaccurate diagnosis and management of NSAID gastropathy. We found that NSAID gastropathy was correctly diagnosed in almost all visits; when it was not, however, the risk for suboptimal management was considerable. In contrast, optimal management, which was defined as stopping therapy with both NSAIDs, was seen in only 11.7% of visits. This finding primarily occurred because in most visits, some form of antiulcer therapy was prescribed. Our findings probably reflect the absence of consensus on the appropriate treatment of NSAID-related gastrointestinal side effects [51,62,72]. Thus, our classification of optimal versus acceptable treatment could be debated. What is evident from our findings is the tendency for the side effects of one medication to be treated with another medication, even when therapy with the problematic medication is stopped. This "cascade effect," in which side effects of one treatment lead to another treatment, has been seen in other areas of medical practice [73-75]. The possibility that

cascade effects exist in drug treatment needs to be investigated because these effects are relevant to the assessment of the cost of drug treatment and possibly to the problem of polypharmacy in elderly patients.

Appropriate management of adverse drug effects in elderly persons takes time. This was evidenced by the difference in average visit length between the two cases (the average visit for the NSAID-related gastropathy case lasted 5.4 minutes longer than the average visit for the case of chronic hip pain) and in the association between visit length and risk for suboptimal management. Management of drug-related problems may be particularly time-consuming in older patients because physicians must rule out competing causes related to coexisting disease for the patient's symptoms. Physicians must also take the time to counsel the patient on changes needed in therapy. Giving physicians adequate remuneration for the time taken to manage drug-related problems may be an important policy issue that must be addressed to reduce the risk for drug-related illness in elderly patients.

Our study had several limitations that could affect the interpretation of our findings. First, high rates of nonparticipation in community-based and academic physicians may have biased our estimate of management practices. Our results probably underestimate the extent of unnecessary NSAID prescribing because physicians who refuse to participate in studies of medical practice have been shown to have lower examination scores than those who agree to participate [76], and lower examination scores have been linked to higher rates of NSAID prescribing [77]. Second, residents included in our study were from a single university program in one country, and the number of visits conducted for residents in internal medicine was small. Caution should be exercised in drawing conclusions about practices in countries other than Canada and about internal medicine compared with family practice on the basis of the data presented. Third, physician performance was studied for only two cases, and our results may or may not be generalizable to other aspects of the management of osteoarthritis and NSAID-related side-effects.

We conclude that unnecessary NSAID prescribing and suboptimal management of NSAID-related side effects were sufficiently common in our study to raise questions about the appropriateness of NSAID use in the general population. Moreover, shorter visits and inaccurate diagnosis seem to compromise physician performance. If these results reflect current practice, prescribing patterns may be contributing to avoidable gastrointestinal morbidity in elderly persons. The implementation of computerized reminders and decision-making support for drug therapy decisions in practice may provide a short-term practical solution to forgetfulness or lack of knowledge. Policies that would provide adequate reimbursement for drug management in elderly patients must be considered. In the long term, better methods of providing education on drug management in training programs need to be developed and evaluated, and the health care system and physician-related factors that contribute to suboptimal prescribing in practice should be further elucidated.

# Appendix

## Case 1: Chronic Hip Pain

A 67-year-old woman or man presents with a 5-year history of episodic stiffness and pain of the right hip that radiates to the groin. The pain has become worse in the past 3 weeks after an episode of strenuous physical exertion. The pain is aggravated by wet weather and exercise; stiffness and soreness occur after the patient walks a half mile or climbs approximately two flights of stairs. Over-the-counter acetaminophen (< or = to 2600 mg/d) had worked well to control the pain until the past few weeks. In the past week, the patient added an over-the-counter

acetylsalicylic acid (325 mg)-codeine (8 mg) combination product to acetaminophen (variably taken at 500 to 2600 mg/d). This medication produced upset stomach. Radiography of the hip and lumbosacral spine done 6 months before presentation was normal. Medical history includes peptic ulcer disease that was diagnosed radiologically and treated successfully 10 years ago. Current medical problems include a 10-year history of hypertension, currently treated with hydrochlorothiazide, 25 mg/d; methyldopa, 250 mg three times daily; and potassium supplement, 1 tablet twice daily. The patient also has a 5-year history of diabetes that was detected during routine screening and has been well controlled with glyburide, 5 mg twice daily, and diet. Findings on physical examination include restricted range of motion of the right hip and pain on abduction.

## Case 2: Gastropathy Related to Nonsteroidal Anti-Inflammatory Drug

A 67-year-old woman or man presents with a 3-week history of intermittent midepigastric pain. The pain is gnawing in character and is sometimes precipitated by missed meals, coffee, and stress. The patient has no nausea, vomiting, or history of black stools. The patient had a similar problem 10 years ago that was diagnosed radiologically as peptic ulcer disease and then treated. The patient has a 5-year history of pain and stiffness in the right hip that was diagnosed (by radiography of the hip) as osteoarthritis 6 months before presentation. Naproxen, 250 mg four times daily, was prescribed at that time. The patient had used naproxen on an as-needed basis until 1 month before presentation, when he or she started taking the full prescribed dose. In the past week, the patient added an over-the-counter ibuprofen product to better control the pain and has been taking half of the recommended maximum adult dose. The patient has a 10-year history of hypertension, currently treated with hydrochlorothiazide, 25 mg/d; methyldopa, 250 mg three times daily; and potassium supplement, 1 tablet twice daily. The patient also has a 5-year history of diabetes that was detected during routine screening and has been well controlled with glyburide, 5 mg twice daily, and diet. Findings on physical examination include midepigastric tenderness with no rebound tenderness or radiation and restricted motion of the right hip with pain on abduction.

Acknowledgements: The authors thank the persons who participated as standardized patients; Mrs. Tracey Reid, who coordinated training, study visits, and data management; and the Regie de l'assurance maladie du Quebec, which provided standardized patients with temporary health insurance cards.

Grant Support: In part by grant 6605-3752-57P from the National Health Research and Development Program of Health Canada. Dr. Tamblyn is funded as a National Health Scholar by National Health Research and Development Program of Health Canada (no. 6605-5130-48).

Requests for Reprints: Robyn Tamblyn, PhD, Division of Clinical Epidemiology, Room R4.11, Royal Victoria Hospital, 687 Pine Avenue West, Montreal, Quebec H3A 1A1, Canada.

Current Author Addresses: Dr. Tamblyn: Division of Clinical Epidemiology, Room R4.11, Royal Victoria Hospital, 687 Pine Avenue West, Montreal, Quebec H3A 1A1, Canada.

Dr. Berkson: Jewish General Hospital, Department of Rheumatology, 3755 Cote Ste. Catherine, Montreal, Quebec H3T 1E2, Canada.

Dr. Dauphinee: Medical Council of Canada, PO Box 8234 Station T, Ottawa, Ontario K1G 3H7, Canada.

Dr. Gayton: Peace Arch Hospital, Russell Unit, 15521 Russell Avenue, White Rock, British Columbia V4B 2R4, Canada.

Dr. Grad: Herzl Family Practice Center, Department of Family Medicine, McGill University, 3755 Cote Ste Catherine Road, Montreal, Quebec H3T 1E2, Canada.

Dr. Huang: Royal Victoria Hospital, Department of Geriatrics, 687 Pine Avenue West, Montreal, Quebec H3A 1A1, Canada.

Dr. Isaac: 1993 Fallen Leaf Lane, Los Altos, CA 94024.

Dr. McLeod: Montreal General Hospital, Department of Medicine, Room B2-118, 1650 Cedar Avenue, Montreal, Quebec, H3G 1A4, Canada.

Dr. Snell: 89 Durham Road, Lambton, New South Wales 2299, Australia.

## Author and Article Information

Ann Intern Med. 1997;127:429-438.
From McGill University, Montreal, Quebec, Canada; Medical Council of Canada, Ottawa, Ontario, Canada; and Kaiser Permanente, San Francisco, California.

▲Top
▲Methods
▲Results
▲Discussion
▲Author & Article Info
• References

## References

1. Gabriel SE, Jaakkimainen RL, Bombardier C. The cost-effectiveness of misoprostol for nonsteroidal antiinflammatory drug-associated adverse gastrointestinal events. Arthritis Rheum. 1993;36:447-59.[Medline]

2. Non-steroidal anti-inflammatory drugs and serious gastrointestinal adverse reactions-2. Br Med J (Clin Res Ed). 1986;292:1190-1.

3. National Totals for Prescriptions of Antiarthritic Drug Therapies in Canada. Montreal: IMS Canada; 1997.

4. Hochberg MC. Association of nonsteroidal anti-inflammatory drugs with upper gastrointestinal disease: epidemiologic and economic considerations. J Rheumatol. 1992;19:63-7.

5. Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med. 1991;115:787-96.[Medline]

6. Greene JM, Winickoff RN. Cost-conscious prescribing of nonsteroidal anti-inflammatory drugs for adults with arthritis. A review and suggestions. Arch Intern Med. 1992;152:1995-2002.[Abstract]

7. Smalley WE, Ray WA, Daugherty JR, Griffin MR. Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. Am J Epidemiol. 1995;141:539-45.[Abstract]

8. Laporte JR, Carne X, Vidal X, Moreno V, Juan J. Upper gastrointestinal bleeding in relation to previous use of analgesics and non-steroidal anti-inflammatory drugs. Catalan Countries Study on Upper Gastrointestinal Bleeding. Lancet. 1991;337:85-9.[Medline]

9. Langman MJ, Weil J, Wainwright P, Lawson DH, Rawlins MD, Logan RF, et al. Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs. Lancet. 1994;343:1075-8.[Medline]

10. Bloom BS. Cross-national changes in the effects of peptic ulcer disease. Ann Intern Med. 1991;114:558-62.

11. Bloom BS. Direct medical costs of disease and gastrointestinal side effects during treatment of arthritis. Am J Med. 1988;84:20-4.

12. Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med. 1991;114:257-63.[Medline]

13. Garcia Rodriguez LA, Walker AM, Perez Gutthann S. Nonsteroidal anti-inflammatory drugs and gastrointestinal hospitalizations in Saskatchewan: a cohort study. Epidemiology. 1992;3:337-42.[Medline]

14. Henry D, Lim LL, Garcia Rodriguez LA, Perez Gutthann S, Carson JL, Savage R, et al. Variability in risk of gastrointestinal complications with individual non-steriodal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ. 1996;312:1563-6.[Abstract/Free Full Text]

15. Guess HA, West R, Strand LM, Helston D, Lydick EG, Bergman U, et al. Fatal upper gastrointestinal hemorrhage or perforation among users and nonusers of nonsteroidal anti-inflammatory drugs in Saskatchewan, Canada, 1983. J Clin Epidemiol. 1988;41:35-45.[Medline]

16. Henry DA, Johnston A, Dobson A, Duggan J. Fatal peptic ulcer complications and the use of non-steroidal anti-inflammatory drugs, aspirin, and coticosteroids. Br Med J (Clin Red Ed). 1987;295:1227-9.[Medline]

17. Fries JF. Assessing and understanding patient risk. Scand J Rheumatol Suppl. 1992;92:21-4.

18. Statistics Canada. Catalogue 82-003S1. Hospital Morbidity, 1989-90. Health Reports. 1992;4(Suppl 1):34.

19. Statistics Canada. Catalogue 82-003S12. Mortality Summary List of Causes, 1989. Health Reports. 1991;3(Suppl 12):40-41.

20. Tannenbaum H, Davis P, Russell AS, Atkinson MH, Maksymowych W, Huang SH, et al. An evidence-based approach to prescribing NSAIDS in musculoskeletal disease: a Canadian consensus. Canadian NSAID Consensus Participants. Can Med Assoc J. 1996;155:77-88.[Abstract]

21. Hogan DB, Campbell NR, Crutcher R, Jennett P, MacLeod N. Prescription of nonsteroidal anti-inflammatory drugs for elderly people in Alberta. Can Med Assoc J. 1994;151:315-22.[Abstract]

22. Tamblyn RM, McLeod P, Abrahamowicz M, Monette J, Gayton DC, Berkson L, et al. Questionable prescribing for elderly patients in Quebec. Can Med Assoc J. 1994;150:1801-9.[Abstract]

23. Cafferata GL, Meyers SM. Pathways to psychotropic drugs. Understanding the basis of gender differences. Med Care. 1990;28:285-300.[Medline]

24. Beers MH, Ouslander JG, Fingold SF, Morgenstern H, Reuben DB, Rogers W, et al. Inappropriate medication prescribing in skilled-nursing facilities. Ann Intern Med. 1992;117:684-9.[Medline]

25. Keys J, Beardon PH, Lau C, Lang CC, McDevitt DG. General practitioners' use of non-steroidal anti-inflammatory drugs in Tayside and Fife regions. J R Soc Med. 1992;85:442-5.[Abstract]

26. Mazzuca SA, Brandt KD, Anderson SL, Musick BS, Katz BP. The therapeutic approaches of community based primary care practitioners to osteoarthritis of the hip in an elderly patient. J Rheumatol. 1991;181593-600.

27. Holt WS Jr, Mazzuca SA. Prescribing behaviors of family physicians in the treatment of osteoarthritis. Fam Med. 1992;24:524-7.[Medline]

28. Hardo PG, Chalmers DM, Jakeways M, Wright V, Axon AT. Management of NSAIDs-related dyspepsia in the community. Br J Clin Pract. 1993;47:241-2.[Medline]

29. Ferry ME, Lamy PP, Becker LA. Physicians' knowledge of prescribing for the elderly. A study of primary care physicians in Pennsylvania. J Am Geriatr Soc. 1985;33:616-25.[Medline]

30. Monette J, Tamblyn RM, McLeod PJ, Gayton DC. Characteristics of physicians who frequently prescribe long-acting benzodiazepines for the elderly. Eval Health Prof. 1997;20:115-30.[Medline]

31. Ferguson JA. Patient age as a factor in drug prescribing practices. Canadian Journal on Aging. 1990;9:278-95.

32. Tamblyn R. Medication use in the seniors population: optimization of physician prescribing as a means of preventing drug-related illness. Canadian Journal on Aging/Canadian Public Policy Supplement. 1997.

33. Hartzema AG, Christensen DB. Nonmedical factors associated with the prescribing volume among family practitioners in an HMO. Med Care. 1983;21:990-1000.[Medline]

34. Miles DL. Multiple prescriptions and drug appropriateness. Health Serv Res. 1977;12:3-10.

35. Davidson W, Malloy W, Somers G, Bedard M. Relation between physician characteristics and prescribing for elderly people in New Brunswick. Can Med Assoc J. 1994;150:917-21.[Abstract]

36. Davidson W, Malloy DW, Bedard M. Physician characteristics and prescribing for elderly people in New Brunswick: relation to patient outcomes. Can Med Assoc J. 1995;152:1227-34.[Abstract]

37. Wheeler B. Prescribing practices [Letter]. Can Med Assoc J. 1994;151:139.

38. Soucie J. Prescribing practices [Letter]. Can Med Assoc J. 1994;151:139-40.

39. Davidson W, Molloy DW, Somers G, Bedard M. Prescribing practices [Letter]. Can Med Assoc J. 1994;151:142-4.

40. Cox J, Mulholland H. An instrument for assessment of videotapes of general practitioners' performance. BMJ. 1993;306:1043-6.[Medline]

41. Jones TV, Gerrity MS, Earp J. Written case simulations: do they predict physicians' behavior? J Clin Epidemiol. 1990;43:805-15.

42. Kopelow ML, Schnabl GK, Hassard TH, Tamblyn RM, Klass DJ, Beazley G, et al. Assessing practicing physicians in two settings using standardized patients. Acad Med. 1992;67:S19-21.

43. Rethans JJ, van Boven CP. Simulated patients in general practice: a different look at the consultation. Br Med J (Clin Res Ed). 1987;294:809-12.[Medline]

44. Demlo LK. Assuring quality of health care. An overview. Eval Health Prof. 1983;6:161-96.

45. Tugwell P. A methodological perspective on process measures of the quality of medical care. Clin Invest Med. 1979;2:113-21.

46. Van Der Vleuten CP, Swanson DB. Assessment of clinical skills with standardized patients: state of the art. Teaching and Learning in Medicine. 1990;2:58-76.

47. Woodward CA, McConvey GA, Neufeld V, Norman GR. Measurement of physician performance by standardized patients. Refining techniques for undetected entry in physicians' offices. Med Care. 1985;23:1019-27.[Medline]

48. Tamblyn RM, Grad R, Gayton D, Petrella L, Reid T. Impact of inaccuracies in standardized patient portrayal and reporting on physician performance during blinded clinic visits. Teaching and Learning in Medicine. 1997;9:25-38.

49. Greene JM, Winickoff RN. Cost-conscious prescribing of NSAIDs [Abstract and Commentary]. Internal Medicine Alert. 1992;179-80.

50. Numo R. Prevention of NSAID-induced ulcers by the coadministration of misoprostol: implications in clinical practice. Scand J Rheumatol Suppl. 1992;92:25-9.

51. Walt RP. Misoprostol for the treatment of peptic ulcer and antiinflammatory-drug-induced gastroduodenal ulceration. N Engl J Med. 1992;327:1575-80.

52. Fenner H. Nonsteroidal antiinflammatory drugs: benefit/risk evaluation in rheumatic diseases. J Rheumatol Suppl. 1992;19:98-9.

53. Committee on Safety of Medicines. Non-steroidal anti-inflammatory drugs and serious gastrointestinal adverse reactions 1. Br Med J. 1986;292:614.

54. Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med. 1994;121:289-300.[Abstract/Free Full Text]

55. Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA. 1994;272:781-6.[Abstract]

56. Liang KY, Zeger SL. Longitudinal data analysis using generalized linear models. Biometrics. 1986;73:13-22.

57. Zeger SL, Liang KY. Longitudinal data analysis for discrete and continuous outcomes. Biometrics. 1986;42:121-30.[Medline]

58. Groemping U. SAS Macro GEE: A SAS macro for longitudinal data analysis. Cary, NC: SAS Institute, Inc.; 1995.

59. Strengthening the foundation: the role of the physician in primary health care in Canada. Ottawa: Can Med Assoc; 1994.

60. Physicians' Desk Reference. Montvale, NJ: Med Econ; 1996:2879.

61. Garcia Rodriguez LA, Jick H. Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs. Lancet. 1994;343:769-72.[Medline]

62. Hawkey CJ. Healing and prevention of NSAID-induced peptic ulcers. Scand J Gastroenterol Suppl. 1994;29:42-7.

63. Silverstone FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. Ann Intern Med. 1996;123:241-9.

64. Levine JS. Misoprostol and nonsteroidal anti-inflammatory drugs: a tale of effects, outcomes, and costs [Editorial]. Ann Intern Med. 1995;123:309-10.

65. Renaud M, Beuchemin J, Lalonde C, Poirier H, Berthiaume S. Practice settings and prescribing profiles: the simulation of tension headaches to general practitioners working in different practice settings in the Montreal area. Am J Public Health. 1980;70:1068-73.[Abstract]

66. Grad R, Tamblyn R. Does knowledge of drug prescribing predict drug management of standardized patients in office practice? Med Educ. 1997;31:132-7.

67. Baumann AO, Deber RB, Thompson GG. Overconfidence among physicians and nurses: the 'micro-certainty, macro-uncertainty' phenomenon. Soc Sci Med. 1991;32:167-74.[Medline]

68. Pitts J, Vincent S. What influences doctors' prescribing? Sore throats revisited. J R Coll Gen Pract. 1989;39:65-6.[Medline]

69. McGavock H, Wilson-Davis K, Niblock RW. Unsuspected patterns of drug utilization revealed by interrogation of a regional general practitioner prescribing database. Pharmacoepidemiology and Drug Safety. 1992;1:73-80.

70. Tamblyn RM, Jacques A, Laprise R, Huang A, Perreault R. The Office of the Future Project: the integration of new technology into office practice. Academic detailing through the super highway. Quebec Research Group on Medication Use in the Elderly. Clin Perform Qual Health Care. 1997;5:104-8.[Medline]

71. Gilley J. Towards rational prescribing [Editorial]. BMJ. 1994;308:731-2.

72. Lichtenstein DR, Syngal S, Wolfe MM. Nonsteroidal antiinflammatory drugs and the gastrointestinal tract. The double-edged sword. Arthritis Rheum. 1994;38:5-18.

73. Pel M, Heres MH, Hart AA, van der Veen H, Treffers PE. Provider-associated factors in obstetric interventions. Eur J Obstet Gynecol Reprod Biol. 1995;61:129-34.[Medline]

74. Alflrevic Z, Walkinshaw SA. A randomized controlled trial of simple compared with complex antenatal fetal monitoring after 42 weeks of gestation. Br J Obstet Gynecol. 1995;102:638-43.[Medline]

75. Goeree R, Hannah M, Hewson S. Cost-effectiveness of induction of labour versus serial antenatal monitoring in the Canadian Multicentre Postterm Pregnancy Trial. Can Med Assoc J. 1995;152:1445-50.[Abstract]

76. Verhulst SJ, Distlehorst LH. Examination of nonresponse bias in a major residency follow-up study. Acad Med. 1993;68:S61-3.

77. Tamblyn RM, Abrahamowicz M, Brallovsky C, Grand'Maison P, Lescop J, Norcini J, et al. Final Report: The Prediction of Practice Profile by Licensure Examination. National Health Research and Development Program, Project Reference no 6605-4101-57E; 1996.

Table 1. **Academic Panel Classification of Management Decisions for Standardized Patient Cases***

| Quality of Management | Case 1: Chronic Episodic Hip Pain | Case 2: NSAID-Related Gastropathy |
|---|---|---|
| Optimal | Increase dose of acetaminophen (4 mg/d) or nonpharmacologic therapy | Stop therapy with both NSAIDS |
| Acceptable | Prescribe acetaminophen with codeine (≤15 mg) or codeine (≤15 mg 3-4 times/d) | Stop therapy with both NSAIDs and prescribe antiulcer therapy or reduce NSAID dose by ≥50% and prescribe antiulcer therapy |
| Suboptimal | Prescribe NSAID with a gastroprotective agent or codeine (>15 mg 3-4 times/d) | Reduce current NSAID dose by <50% with or without prescribing a gastroprotective agent |
| Unsafe | Prescribe NSAID without gastroprotection | Continue therapy with current dose of NSAIDs |

* NSAID = nonsteroidal anti-inflammatory drug

Table 2. **Physicians' Treatment Decisions in 139 Blinded Visits with Standardized Patients- Case 1: Chronic Hip Pain***

| Quality of Management | Visits | Treatment Decisions | Frequency | Nonpharmacologic Treatment† |
|---|---|---|---|---|
| | | | n (%)‡ | |
| Optimal | 55 3 | No drug prescribed | 36 (25.9) | 12 (33.3) |
| | | Prescribe acetaminophen | 45 (32.4) | 22 (48.9) |
| Acceptable | 0 | Prescribe acetaminophen with codeine ≤ 15 mg | ~5 | -- |
| | | Prescribe codeine ≤ 15 mg | 0 | -- |
| Suboptimal | 19 4 | Prescribe NSAID with a gastroprotective agent§ | 25 (18.0) | 5 (20.0) |
| | | Prescribe codeine > 15 mg | 2 (1.4) | 2 (100) |
| Unsafe | 22 3 | Prescribe NSAID without gastroprotection | 27 (19.4) | 6 (22.2) |
| | | Inappropriate prescription¶ | 4 (2.9) | 1 (25.0) |

* NSAID = nonsteroidal anti-inflammatory drug
† Nonpharmacologic treatment recommendations included physiotherapy (n=18), non-weight bearing exercise (n=3), thermal therapy (n=2), walking cane (n=3), weight reduction (n=1), and acupuncture (n=1).
‡ Visits are the number (percentage) of visits.
§ In one visit, an NSAID plus acetaminophen and codeine were prescribed. This visit was classified as an NSAID prescribing visit.
∥ Drugs prescribed with NSAIDs for gastroprotection were misoprostol (n=9), ranitidine/H2 blockers (n=6), sucralfate (n=2), and omeprazole (n=1).
¶ Inappropriate prescriptions were for corticosteroids (n=1), cyclobenzaprine (n=1), diazepam (n=1), and methocarbamol (ativan) (n=1).

Table 3. Physicians' Treatment Decisions in 137 Blinded Standardized Patient Visits-Case 2: NSAID-Related Gastropathy*

| Quality of Management | Visits % | Treatment Decisions | Frequency† n (%) |
|---|---|---|---|
| Optimal | 11.7 | Stop therapy with both NSAIDs | 16 (11.7) |
| Acceptable | 65.7 | Stop therapy with both NSAIDs and prescribe antiulcer therapy | 75 (54.7) |
|  |  | Reduce dose by ≥50% and prescribe antiulcer therapy | 15 (10.9) |
| Suboptimal | 13.1 | Reduce NSAID dose by ≤50% | 0 – |
|  |  | Reduce NSAID dose by ≤50% and prescribe antiulcer therapy | 18 (13.1) |
| Unsafe | 9.5 | Keep both NSAIDs and prescribe antiulcer therapy | 9 (6.6) |
|  |  | Keep both NSAIDs | 4 (2.9) |

* NSAID = nonsteroidal anti-inflammatory drug
† Values are the number (percentage) of visits.

Table 4. Physician and Visit Characteristics Associated with Quality of Drug Management Decisions: Adjusted Odds Ratios Estimated by Multivariable Logistic Regression*

| Characteristics | Frequency by Quality of Management for All Visits | | Odds Ratio for All Visits (95% CI) | Risk for Suboptimal or Unsafe Drug Management | |
|---|---|---|---|---|---|
|  | Visits | Optimal or Acceptable Management | Suboptimal or Unsafe Management |  | Odds Ratio for Chronic Hip Pain (95% CI) | Odds Ratio for NSAID-Related Gastropathy (95% CI) |
|  | n | % | % |  |  |  |
| **Visit characteristics** |  |  |  |  |  |  |
| Case |  |  |  |  |  |  |
| NSAID-related gastropathy | 137 | 77.4 | 22.6 | 1 |  |  |
| Hip pain | 139 | 59.0 | 41.0 | 2.7 (1.2–3.9) |  |  |
| Correct diagnosis |  |  |  |  |  |  |
| Yes | 128 | 81.3 | 18.7 |  |  | 1 |
| No | 9 | 22.2 | 77.8 |  |  | 16.6 (3.6–76.5) |
| Relative contraindications assessed |  |  |  |  |  |  |
| Yes | 141 | 78.0 | 22.0 | 1 | 1 | 1 |
| No | 135 | 57.8 | 42.2 | 2.0 (1.1–3.7) | 2.3 (1.0–5.2) | 2.4 (0.9–6.7) |
| Visit length‡ |  |  |  |  |  |  |
| ≤15 minutes | 75 | 61.8 | 38.2 | 1 | 1 | 1 |
| 16–30 minutes | 100 | 67.0 | 33.0 | 0.9 (0.4–1.8) | 1.6 (0.6–4.2) | 0.3 (0.1–0.9) |
| 31–45 minutes | 59 | 76.6 | 23.4 | 0.8 (0.3–2.0) | 1.0 (0.3–3.2) | 0.3 (0.1–1.2) |
| >45 minutes | 42 | 64.9 | 35.1 | 1.4 (0.5–3.9) | 1.4 (0.3–6.2) | 0.6 (0.2–3.7) |
| Patient sex |  |  |  |  |  |  |
| Male | 124 | 74.2 | 25.8 | 1 | 1 | 1 |
| Female | 152 | 63.2 | 36.8 | 1.5 (0.9–2.6) | 1.8 (0.9–3.7) | 1.3 (0.6–3.0) |
| **Physician characteristics** |  |  |  |  |  |  |
| Group |  |  |  |  |  |  |
| Academic general practitioner | 63 | 77.8 | 22.2 | 1 | 1 | 1 |
| Community general practitioner | 115 | 62.6 | 37.4 | 2.1 (0.9–5.0) | 2.3 (0.8–6.5) | 1.5 (0.3–5.1) |
| Resident in family medicine | 62 | 74.2 | 25.8 | 1.9 (0.5–3.5) | 1.9 (0.6–6.0) | 0.6 (0.2–3.0) |
| Resident in internal medicine | 36 | 59.3 | 41.7 | 2.8 (1.1–7.9) | 4.1 (1.2–14.7) | 1.0 (0.3–5.0) |
| Physician sex |  |  |  |  |  |  |
| Male | 179 | 69.8 | 30.2 | 1 | 1 | 1 |
| Female | 97 | 65.0 | 35.0 | 1.6 (0.9–2.9) | 1.9 (0.8–4.9) | 1.1 (0.4–3.2) |

* Odds ratios were estimated by using generalized estimating equations with an exchangeable correlation structure in the model. The comparison of outcomes for visits to the same physician was estimated from the data, assuming an exchangeable correlation structure. NSAID = nonsteroidal antiinflammatory drug.
† Correct diagnosis of NSAID-related gastropathy was included in the model for NSAID-related gastropathy visits only.
‡ The relation between visit time and risk for suboptimal management was nonlinear. An ordinal classification of 15-minute intervals was used to model this variable.