EXHIBIT "E"

```
                MIL-8- EXHIBIT F-Laine Bogus Numbers Long Version

   40:24-47:2

40:24                 MALE SPEAKER:  Usually
41: Page 41
41: 1          (inaudible.)  because those
41: 2          numbers, by the way, are totally
41: 3          incorrect and they're based on
41: 4          just extreme totally incorrect
41: 5          data.  Everybody uses them because
41: 6          they sound good.  They sound good,
41: 7          but it's the same person that
41: 8          keeps putting them out.  I have
41: 9          recalculated (inaudible.)  so the
41:10          only way you can do it is subtract
41:11          those who do from those who don't,
41:12          and that number doesn't take into
41:13          account.  So to say it's due to
41:14          NSAID is also incorrect.
41:15               There's about five different
41:16          reasons why those numbers are
41:17          totally bogus, but I agree.  It's
41:18          out there in the common realm and
41:19          everybody uses those numbers.  I
41:20          know, because it's a very
41:21          impressive sound byte.
41:22               FEMALE SPEAKER:  Does it
41:23          help that we're using the word
41:24          associated with NSAIDs; does that
42: Page 42
42: 1          sort of water it down a little
42: 2          bit?
42: 3               MALE SPEAKER:  No. I mean
42: 4          because the issue is -- part of
42: 5          the issue is the -- you just don't
42: 6          have an idea.  I'm not saying it's
42: 7          actually wrong.  The death rate is
42: 8          probably wrong.  The
42: 9          hospitalizations may be right.
42:10          Just the death rate is probably
42:11          wrong, but anyway --
42:12               FEMALE SPEAKER:  All right.
42:13          Let's --
42:14               MALE SPEAKER:  As long as we
42:15          say it's estimated or reported,
42:16          it's not me saying it.
42:17               FEMALE SPEAKER:  So give me
42:18          the estimates, the estimates on
42:19          hospitalizations and death
42:20          rates --
42:21               MALE SPEAKER:  Okay.
42:22               FEMALE SPEAKER:  --
42:23          associated with NSAIDs.
42:24               MALE SPEAKER:  It's been
43: Page 43
43: 1          estimated by some that over
43: 2          100,000 patients in the United
43: 3          States are hospitalized, and over
43: 4          16,000 die due to the use of non
43: 5          steroidal antiinflammatory drugs
43: 6          called NSAID drugs, such as Advil,
43: 7          Aleve and Motrin.
43: 8               MALE SPEAKER:  Do it again.
                                                Page 1
```

```
              MIL-8- EXHIBIT F-Laine Bogus Numbers Long Version
43: 9           MALE SPEAKER:  Too much
43:10     noise?  I'm sorry.
43:11           FEMALE SPEAKER:  That was
43:12     great.  It was almost exactly
43:13     there, because we didn't mention
43:14     (inaudible.)
43:15           MALE SPEAKER:  It was
43:16     exactly what you have written.
43:17           FEMALE SPEAKER:  We'd love
43:18     to have the GI side effects,
43:19     so instead of saying these
43:20     problems --
43:21           MALE SPEAKER:  That's fine.
43:22           FEMALE SPEAKER:  We ready?
43:23     So give me the estimates again on
43:24     the hospitalizations and death
44: Page 44
44: 1     rates because of GI side effects
44: 2     associated with NSAIDs.
44: 3           MALE SPEAKER:  Okay.  In
44: 4     patients who take non steroidal
44: 5     antiinflammatory drugs such as
44: 6     Advil, motrin, Aleve, it's been
44: 7     estimated that over 100,000 people
44: 8     are hospitalized for stomach
44: 9     problems, such as bleeding, and
44:10     that over 16,000 die due to these
44:11     problems every year.
44:12           FEMALE SPEAKER:  I just want
44:13     it reversed.  I want the NSAIDs at
44:14     the end.
44:15           MALE SPEAKER:  I know you
44:16     do.
44:17           FEMALE SPEAKER:  Can we try
44:18     that one more time?
44:19           MALE SPEAKER:  I'll think
44:20     about it.  Okay.
44:21           FEMALE SPEAKER:  It's been
44:22     estimated, and leave that at the
44:23     end.  It's just -- I just don't
44:24     want to have legal problems.
45: Page 45
45: 1           MALE SPEAKER:  I don't think
45: 2     it's legal problems.  You just
45: 3     want the numbers up front to grab
45: 4     people.
45: 5           FEMALE SPEAKER:  Yeah.
45: 6           MALE SPEAKER:  There's no
45: 7     different legally --
45: 8           FEMALE SPEAKER:  No.
45: 9           MALE SPEAKER:  -- because it
45:10     says the same thing.  Let me see
45:11     if we can do it.
45:12           It's been estimated that
45:13     over 100,000 people in the United
45:14     States every year, and over 16,000
45:15     people -- excuse me.
45:16           It's been estimated that
45:17     over 100,000 people in the United
45:18     States are hospitalized every
45:19     year, and that over 16,000 people
45:20     die every year due to stomach
45:21     problems, such as bleeding, due to
```

```
         MIL-8- EXHIBIT F-Laine Bogus Numbers Long Version
45:22    the use of antiinflammatory -- no,
45:23    I don't like that.
45:24            FEMALE SPEAKER: It was
46: Page 46
46: 1    good.
46: 2            MALE SPEAKER: No, I don't
46: 3    like that. No. Okay.
46: 4            It's been estimated that
46: 5    over 100,000 people in the United
46: 6    States are hospitalized every
46: 7    year, and that over 16,000 die
46: 8    every year.
46: 9            See the problem is, it's
46:10    really that's saying due to
46:11    NSAIDs, and it really isn't due to
46:12    NSAIDs, so I feel more comfortable
46:13    saying in NSAID users, it's been
46:14    estimated that. That's really
46:15    what the numbers -- that's, to be
46:16    precise, what it is. So I feel
46:17    more comfortable saying it that
46:18    way. The other way says it's due
46:19    to NSAIDs, which isn't exactly
46:20    correct, while this says NSAID
46:21    users, this is why many people
46:22    die, which is really what the
46:23    study showed.
46:24            FEMALE SPEAKER: As long as
47: Page 47
47: 1    we get the GI side effects.
47: 2            MALE SPEAKER: That's fine.
```

Total Length - 00:03:30