# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Vioxx** | **MDL DOCKET NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | Section L |
| THIS DOCUMENT RELATES TO: | |
| Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v. | Mag. Judge Knowles |
| MERCK & CO., INC. | |

---

## ORDER GRANTING PLAINTIFF CHARLES LARON MASON'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN LIMINE CONCERNING ANNUAL DEATHS ATTRIBUTABLE TO NSAID GASTROPATHY

---

On this day, the court considered Plaintiff Charles Laron Mason's Motion to Exclude or, in the Alternative, Motion in Limine Concerning Annual Deaths Attributable to NSAID Gastropathy, and after reviewing the pleadings and evidence and hearing arguments of counsel, is of the opinion that said Motion should be GRANTED.

_____
Judge Eldon E. Fallon