Shea S et al., "Family History as an Independent Risk Factor for Coronary Artery Disease," JACC1984;4(4):793-801.

Editorial entitled "Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," NEJM 2000; 343:1520-8 by Gregory D. Curfman, M.D., et al.

"An Open Letter from Merck" from Peter S. Kim dated 12-15-2005.

Memo to Alice S. Reicin et al. from Thomas Capizzi dated 01-24-2000 referencing "Clean File: VIGOR adjudicated CV events analysis procedures."

Letter to Alise Reicin, M.D. from Michael Weinblatt, M.D. dated 01-24-2000 regarding Merck management's position on plans for analysis and adjudication of serious thrombotic and embolic cardiovascular adverse experiences.

Letter to Michael Weinblatt, M.D. from Alise S. Reicin, M.D. dated 02-07-2000 regarding Merck's plan for analyzing serious thrombotic and embolic cardiovascular adverse experiences from the VIGOR study.

Memo to RIBL from Doug Watson regarding Reference 117: 1. (Plan for the adjudication and analysis of serious vascular events in VIGOR (MK-0966 Protocols 088/089): 2. signature pages of approval, 2000.

Exhibit 17 to Curfman 11-21-05 "Comparison of the Effects of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: Results from the VIGOR Trial." Authors: Claire Bombardier, M.D. et al.

Exhibit 10 to Curfman 11-21-05. "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR1 Trial." Authors: Claire Bombardier, M.D. et al.

Memo to Peter Brooks et al. from Claire Bombardier dated 06-12-2000 regarding "New England Journal of Medicine Manuscript."

Letter to Claire Bombardier, M.D. from Marshall M. Kaplan, M.D. dated 06-30-2000 regarding Manuscript No. 00-1401.

Memo to Dr. Alise Reicin et al. from Dr. Deborah Shapiro dated 07-05-2000 regarding "Cardiovascular Update – VIGOR."

Exhibit 20 to Curfman 11-21-05 – Letter to Marshall M. Kaplan, M.D. to Claire Bombardier, M.D. FRCP dated 07-17-2000 regarding extensive revisions having been done to Manuscript No. 00-1401 in accordance with Dr. Kaplan's letter and comments from the reviewers.

Letter to Claire Bombardier, M.D. from Robert Steinbrook, M.D. dated 08-16-2000 regarding Manuscript No. 00-1401 – further work needed before acceptable for publication.

Exhibit 12 to Curfman 11-21-05 – Letter to Robert Steinbrook, M.D. from Claire Bombardier, M.D. dated 08-20-2000 regarding Manuscript 00-1401 regarding changes made to manuscript.

Exhibit 21 to Curfman 11-21-05 – Letter to Robert Steinbrook, M.D. from Claire Bombardier, M.D. dated 08-30-2000 regarding changes made.

Safety Update Report from Robert E. Silverman to Central Document Room of the FDA referencing NDA 21-052/S-004: VIOXX™ (rofecoxib oral suspension) VIOXX™ Gastrointestinal Outcomes Research Study (VIGOR).

Merck Report dated 02-08-2001 presented to Arthritis Advisory Committee regarding FDA Advisory Committee Background Information on NDA 21-042 VIOXX™ Tablets, NDA 21-052: VIOXX™ Oral Suspension (Rofecoxib) VIOXX™ Gastrointestinal Outcomes Research Study (VIGOR).

Memo to Sandra Cook et al. from Shari L. Targum, M.D. dated 02-01-2001 referencing "Consultation NDA 21-042, S-007 – Review of cardiovascular safety database."

Deposition of Gregory D. Curfman, M.D. dated 11-21-2005 (marked CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER).

Videotaped Deposition of Gregory D. Curfman, M.D.; dated 1-24-06; Vioxx MDL (marked CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER).

Editorial entitled "Expression of Concern Reaffirmed," by Gregory D. Curfman, M.D., et al., NEJM 2006 Feb 22.

Letters to the editor entitled "Response to Express of Concern Regarding VIGOR Study," by non-Merck authors, Bombardier, C, et al.; by Merck authors, Reicin A, M.D., et al., NEJM 2006 Feb 22.

Belton O et al., "Cyclooxygenase-1 and -2—Dependent Prostacyclin Formation in Patients with Atherosclerosis," Circulation 2000;102:840-845.

Catella-Lawson F et al., "Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin," N Engl J Med 2001;345(25):1809-1817.

Cheng Y et al., "Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2," Science 2002;296:539-541.

FitzGerald GA and Patrono C, "The Coxibs, Selective Inhibitors of Cyclooxgenase-2," N Engl J Med 2001;345(6):433-442.

Furberg CD et al., "Parecoxib, Valdecoxib, and Cardiovascular Risk," Circulation 2005;111:249.

Garcia Rodriguez LA et al., "Nonsteroidal Antiinflammatory Drugs and the Risk of Myocardial Infarction in the General Population," Circulation 2004;109:3000-3006.

Libby P et al., "Inflammation and Atherosclerosis," Circulation 2002;105:1135-1143.

McAdam BF et al., "Systemic Biosynthesis of Prostacyclin by Cyclooxygenase (COX)-2: The Human Pharmacology of a Selective Inhibitor of COX-2," Proc Natl Acad Sci USA 1999;96:272-277.

Ridker PM et al., "C-Reactive Protein and Other Markers of Inflammation in the Prediction of Cardiovascular Disease in Women," N Engl J Med 2000;342:836-843.

Solomon DH et al., "Cardiovascular Outcomes in New Users of Coxibs and Nonsteroidal Antiinflammatory Drugs," Arth & Rheum 2006;54(5):1378-1389.

Bombardier C, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343:1520-1528.

Bresalier RS, et al., "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," N Engl J Med. 2005 Feb 15;352.

Capone ML, et al., "Clinical Pharmacology of Platelet, Monocyte and Vascular Cyclooxygenase Inhibition by Naproxen and Low-Dose Aspirin in Healthy Subjects," Circulation 2004 Mar 30;109(12):1468-71.

Catella-Lawson F, et al., "Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics and Vasoactive Eicosanoids," J Pharmacol. Exp. There. 1999 May; 289(2):735-41.

Graham DJ, et al., "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study," Lancet. 2005 Feb 5;365(9458):475-81.

Harrison-Woolrych M, et al., "Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib : interim results from the New Zealand intensive medicines monitoring programme," Drug Saf. 2005;28(5):435-42.

Hippisley-Cox, J et al., "Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis," BMJ 2005 330:1366.

John Jenkins & Paul Seligman (FDA), "Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk" (memo dated April 6, 2005).

Johnsen, S et al., "Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, Celecoxib, and Other NSAIDs, A Population-Based Case-Control Study, Arch. Int. Med. 2005 165:978-84.

Juni P, et al., "Risk of cardiovascular events and rofecoxib: cumulative meta-analysis," Lancet 2004 Dec 4;364(9450):2021-9.3.

Kim, P, et al., Letters to editor regarding "Discontinuation of Vioxx" Lancet 2005 Jan 365:23-28.

Kimmel SE, et al., "The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin," J Am Coll. Cardiol. 2004 Mar 17;43(6):985-90.

Konstam MA, et al., "Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib," Circulation 2001 Nov;104(19):2280-8.

Levesque LE et al., "The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults," Ann Intern Med. 2005 Feb 8;142.

Lisse J., et al., "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis," Annals of Internal Medicine 2003; 139:539-546.

Mamdani M, et al., "Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly," Arch Intern Med. 2003 Feb 24;163(4):481-6.

Merck & Co., Inc., "Rofecoxib: FDA Advisory Committee Background Information," dated Jan. 21, 2005.

Merck & Co., Inc., "Submission of Protocol 201 (ViP) Clinical Study Report (CSR) and Overview of Cardiovascular Events in Protocol 145 (VICTOR), dated August 22, 2005.

Mukherjee D, et al., "Risk of cardiovascular events associated with selective COX-2 inhibitors," JAMA 2001 Aug;286(8):954-9.

Patrono C., et al., "Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy," Chest 2004 Sep;126(3 Suppl.):234S-264S.

Ray WA, et al., "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease," Lancet. 2002 Oct 5;360(9339):1071-73.

Reicin AS, et al., "Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone)," Am J Cardiol. 2002 Jan 15;89(2):204-9.

Reines SA, et al., "Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study," Neurology. 2004 Jan 13;62(1):66-71.

Shaya FT, et al., "Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population," Arch Intern Med 2005 Jan 24;165(2):181-6.

Solomon DH, et al., "Relationship Between Selective Cyclooxygenase 2 Inhibitors and Acute Myocardial Infarction in Older Adults," Circulation 2004 May 4;109(17):2068-73.

Thal LJ, et al., "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment," Neuropsychopharmacology. 2005 Mar 2.

Tuleja E, et al., "Effects of Cyclooxygenase -1 and -2 Inhibitors on the Balance of Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men," Arteriosclerosis Thromb Vasc Biol 2003 Jun 1;23(6):1111-15.

Van Hecken A, et al., "Comparative inhibitory activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2 versus COX-1 in healthy volunteers," J Clin Pharmacol 2000;40:1109-1120.

Velentgas, P, et al., "Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications," Pharmacoepidemiology and Drug Safety 2005.

VIOXX Physicians' Desk Reference (April 2002).

VIOXX Physicians' Desk Reference (May 1999).

Weir MR, et al., "Selective COX-2 Inhibition and Cardiovascular effects: A review of the rofecoxib development program," Am Heart J 2003 Oct;146(4):591-604.

Wong, E, et al., "Effects of Cox-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits," Atheroslerosis 2001; 393-402.

Baigent C & Patrono C, "Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal," *Arthritis Rheum* 2003 Jan;48(1):12-20.

Bannwarth B, et al., "Adverse Events Associated with Rofecoxib Therapy: Results of a Large Study in Community-Derived Osteoarthritic Patients," *Drug Saf.* 2003;26(1):49-54.

Baron JA, et al., "A Randomized Trial of Aspirin to Prevent Colorectal Ademonas," *N Engl J. Med.* 2003 Mar 6; 348(10):891-899.

Bea F, et al., "Chronic Inhibition of Cyclooxygenase-2 Does Not Alter Plaque Composition in a Mouse Model of Advanced Unstable Atherosclerosis," *Cardiovascular Research* 2003; 60:198-204.

Belton O., et al., "Cyclooxygenase Isoform and Platelet Vessel Wall Interactitons in the Apolipoprotein E Knockout Mouse Model of Atherosclerosis," *Circulation* 2003; 108:3017-3023.

Bogaty, P, "Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein, a randomized placebo-controlled study," *Circulation* 2004 Aug 24; 110:934-39.

Brochier ML, "Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. The Flurbiprofen French Trial," Eur Heart J. 1993 Jul;14(7):951-7.

Burleigh M., et al., "Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in ApoE-Deficient and C57BL/6 Mice," *J Mol Cell Cardiol* 2005;39:443-452.

Burleigh ME, et al., "Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice," *Circulation*. 2002 Apr 16;105(15):1816-23.

Chenevard R, et al., "Selective COX-2 inhibition improves endothelial function in coronary artery disease," *Circulation*. 2003 Jan 28;107(3):405-9.

Cipollone F, et al., "Cyclooxygenase-2 expression and inhibition in atherothrombosis," *Arterioscler Thromb Vasc Biol*. 2004 Feb;24(2):246-55.

Cipollone F, et al., "Novel Determinants of Plague Instability," *J Thromb Haemost* 2005; 3:1962-1975.

Cipollone F, et al., "Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability," *Circulation*. 2001 Aug 21;104(8):921-7.

Crofford LJ, et al., "Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors: A report of four cases," *Arthritis Rheum*. 2000 Aug;43(8):1891-6.

Dalen JE, "Selective COX-2 Inhibitors, NSAIDs, aspirin, and myocardial infarction," *Arch Intern Med*. 2002 May 27;162(10):1091-2.

Edward M. Scolnick, "VIOXX: A Scientific Review" (Merck Internet posting).

Egan K, et al., "Cyclooxygenases, Thromboxane and Atherosclerosis: Plaque destabilization by cycloxygenase-2 inhibition combined with thromboxane receptor antagonism," *Circulation* 2005 Jan; 111:334-42.

FitzGerald G, "Coxibs and Cardiovascular Disease," *N Engl J Med* 2004 Oct 21; 351(17):1709-1711.

FitzGerald GA, "Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations," *Am J Cardiol.* 2002 Mar 21;89(6A):26D-32D.

Fornaro G, et al., "Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study," Circulation. 1993 Jan;87(1):162-4.

Garcia Rodriguez LA, "The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data," *Clin Exp Rheumatol.* 2001 Nov-Dec;19(6 Suppl 25):S41-4.

Green K, et al., "Pronounced Reduction of In Vivo Prostacyclin Synthesis in Humans By Acetaminophen (Paracetamol)," *Prostaglandins* 1989 Mar; 37(3):311-315.

Gross GJ, Moore J, "Effect of COX-1/COX-2 inhibition versus selective COX-2 inhibition on coronary vasodilator responses to arachidonic acid and acetylcholine," *Pharmacology.* 2004 Jul;71(3):135-42.

Grosser T, et al., "Biological basis for cardiovascular consequences of Cox-2 inhibition: therapeutic challenges and opportunities," *Journal of Clinical Investigation* 2006 Jan; 116:4-15.

Hennan J., et al., "Effects of Selective Cyclooxygenase-2 Inhibition on Vascular Responses and Thrombosis in Canine Coronary Arteries," *Circulation* 2001; 104:820-825.

Howard PA, et al., "Nonsteroidal anti-inflammatory drugs and cardiovascular risk," *J Am Coll Cardiol.* 2004 Feb 18;43(4):519-25.

Knijff-Dutmer EA, et al., "Effects of nabumetone compared with naproxen on platelet aggregation in patients with rheumatoid arthritis," *Ann Rheum Dis.* 1999 Apr;58(4):257-59.

Leese PT, et al., "Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial," *J Clin Pharmacol.* 2000 Feb;40(2):124-32.

Leese PT, et al., "Valdecoxib does not impair platelet function," *Am J Emerg Med.* 2002 Jul;20(4):275-81.

Linton M., et al., "Cycloxygenase-2 and Atherosclerosis," *Curr Opin Lipodol* 2002;13:497-504.

McAdam B, et al., "Contribution of Cyclooxgenase-2 to Elevated Biosynthesis of Thromboxane $A_2$ and Prostacyclin in Cigarette Smokers," *Circulation* 2005; 112:1024-1029.

Merck News Release, Merck announces voluntary worldwide withdrawal of VIOXX (September 30, 2004).

Mitchell J A and Warner T D, "COX Isoforms in the Cardiovascular System: Understanding the Activities of Non-Steroidal Anti-Inflammatory Drugs," *Nature* 2006 Jan; 5:75-85.

Monakier D, et al., "Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes," *Chest*. 2004 May;125(5):1610-5.

Nussmeier NA, et al., "Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery," *N Engl J Med*. 2005 Mar 17;352(11):1081-91.

Patrono C, "Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs," *J Clin Invest*. 2001 Jul;108(1):7-13.

Patrono C, "Efficacy and safety of aspirin in the long-term management of atherothrombosis," *Haematologica*. 2001 Nov;86(11 Suppl 2):19-21.

Practico D., et al., "Acceleration of Atherogenesis by COX-1 Dependent Prostanoid Formation in Low Density Lipoprotein Receptor Knockout Mice," *PNAS* 2001 Mar 13; 98(6):3358-3363.

Rahme E, et al., "Association Between Naproxen Use and Protection Against Acute Myocardial Infarction," *Arch Intern Med.* 2002 May;162:1111-1115.

Ray WA, et al., "Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study," *Lancet* 2002 Jan 12;359(9301):118-23.

Ridker PM, et al., "Inflammation, Aspirin, and the Risk of Cardiovascular Disease in Apparently Healthy Men," NEJM 1997 Apr; 336:973-979.

Saito T, et al., "Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction," *Biochem Biophys Res Commun*. 2000 Jul 5;273(2):772-5.

Saito T, et al., "Cyclooxygenase-2 (COX-2) in Acute Myocardial Infarction: Cellular Expression and Use of Selective COX-2 Inhibitor," *Can. J. Physiol.* 2003; 81:14-119.

Saito T, et al., "Inhibition of COX Pathway in Experimental Myocardial Infarction," *J Mol Cell Cardiol* 2004; 37:71-77.

Silverstein FE, et al., "Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study," *JAMA* 2000 Sep 13;284(10):1247-55.

Singh G, "Recent Considerations in Nonsteroidal Anti-Inflammatory Drug Gastrotherapy," *Am Journ of Med* 1998 Jul; 105(1B)31S-35S.

Smith EF, et al., "Stabilization of cardiac lysosomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion:efficacy of the nonsteroidal anti-inflammatory agent, naproxen," Am Heart J. 1981 Apr;101(4):394-402.

Solomon DH, et al., "Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis," *Circulation*. 2003 Mar 11;107(9):1303-7.

Solomon DH, et al., "Nonsteroidal Antiinflammatory Drug Use and Acute Myocardial Infarction," *Arch Intern Med.* 2002 May;162:1099-1104.

Solomon SD, et al., "Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention," *N Engl J Med.* 2005 Mar 17;352(11):1071-80.

Targum, S, FDA Review of cardiovascular safety database (dated February 1, 2001).

Taubes GM, et al., "Epidemiology Faces Its Limits," *Science* 1995 Jul; 269:164-169.

Tikiz, C, et al., "Selective Cox-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease," *Acta Medica Okayama* 2005 Feb; 59:11-17.

Title, L et al., "Effect of Cyclooxygenase-2 Inhibition With Rofecoxib on Endothelial Dysfunction and Inflammatory Markers in Patients with Coronary Artery Disease," *Journal of Am. College of Cardiology,* 2003 Nov 1747:53.

Vane J and Botting R M, "Mechanism of Action of Nonsteroidal Anti-Inflammatory Drugs," *Am J Med* 1998; 104(3A):2S-8S.

Verma S, et al., "Cyclooxygenase-2 Blockade Does Not Impair Endothelial Vasodilator Function in Healthy Volunteers," *Circulation.* 2001 Dec 11;104:2879-2882.

Walter MF, et al., "Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs," *Atherosclerosis.* 2004 Dec;177(2):235-43.

Watson DJ, et al., "Lower Risk of Thromboembolic Cardiovascular Events With Naproxen Among Patients With Rheumatoid Arthritis," *Arch Intern Med.* 2002 May;162:1105-1110.

Wolfe MM, et al., "Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs," *N Engl J Med* 1999 Jun 17;340(24):1888-99.

"Lessons to learn from the cox-2 saga. Yes, FDA reforms are needed. And marketing distorts how medications are used. But one moral to the story is all drugs have risks." *Harv Health Lett* 2005 March 30(5) 1-3.

American Journal of Cardiology, "May 8, 2006 Clinical Implications of Concomitant Nonopioid Analgesia in Patients with or at Risk for Cardiovascular Disease," *Am J Cardiol* 2006; supplement to vol 97(9).

Arellano FM, "The Withdrawal of Rofecoxib," *Pharmacoepidemiol Drug Saf* 2005;14(3):213-217.

Braunstein N and Polis A, "Report of Specific Cardiovascular Outcomes of the ADVANTAGE Trial," A*nn Intern Med* 2005;143(2):158-9.

Burnier M, "The Safety of Rofecoxib," *Expert Opin Drug Saf* 2005;4(3):491-9.

Catheritization and Cardiovascular Interventions. 2006 June 67(6).

Couzin J, "FDA Panel Urges Caution on Many Anti-Inflammatory Drugs," *Science* 2005;307(5713):1183-4.

Couzin J, "Scientific publishing. Echoing other cases, NEJM says Vioxx safety data withheld," SCIENCE 2005;310(5755)1755.

Daikh DI, "Letter to the Editor Regarding Vioxx Debacle," by *Am J Med* 2005;118(9):1057.

Davies NM and Janali F, "COX-2 Selecive Inhibitors Cardiac Toxicity: Getting to the Heart of the Matter," *J Pharm Pharmaceut Sci* 2004;73:332-6.

Editorial entitled "Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," NEJM 2000; 343:1520-8 by Gregory D. Curfman, M.D., et al.

Heart Outcomes Prevention Evaluation Study Investigators, "Effects of an Angiotensin-Converting-Enzyme Inhibitor, Ramipril, on Cardiovascular Events in High-Risk Patients," N Engl J Med 2000;342:145-153.

Eisenberg RS, "Learning the Value of Drugs - Is Rofecoxib a Regulatory Success Story," *NEJM* 2005;352(13):1285-7.

Frazier KC, "The Lessons of Vioxx," *NEJM* 2005;353(13):1420-21.

Fries et al , "Marked enter individual variability in the response to selective inhibitors of cyclooxygenase-2," *Gastroenterology* 2006 130(1) 55-64.

Gandey A, 'Studies Shows CV Risk Dose Dependent Class Effect of Coxibs," Heartwire www.theheart.org\viewArticle.do?primaryKey=689879&from=\index.do. April 21, 2006.

Hakansson J and Rosenberg P, "The case of vioxx requires consideration," *Lakartidningen* 2004;101(45): 3494-5.

Hawker GA et al., "The Patient's Perspective on the Recall of Vioxx," *J Rheumatol* 2006;336:1082-1088.

Helin-Salmivaara A et al., "NSAID Use and the Risk of Hospitalization for First Myocardial Infarction in the General Population: a Nationwide Case-Control Study from Finland," *Eur Heart J* 2006;epub ahead of print.

Horton R, "Vioxx, the Implosion of Merck, and Aftershocks at the FDA," *Lancet* 2004;364(9450):1995-6.

Jacobs A et al "AHA Consensus Statement. Recommendation to Develop Strategies to Increase the Number of ST-Segment-Elevation Myocardial Infarction Patients with Timely Access to Primary Percutataneus Coronary Intervention: the American Heart Association Acute Myocardial (AMI) Working Group," Circulation 2006;113:2152-2163.

James MJ and Cleland LG, "Applying a Research Ethics Committee Approach to a Medical Practice Controversy: The Case of the Selective COX-2 Inhibitor Rofecoxib," *J Med Ethics* 2004;30(2):182-4.

James MJ, Cleland LG, "Cyclooxgenase-2 inhibitors: What Went Wrong?" *Curr Opin Clin Nutr Metab Care* 2006;92:89-94.

Jerie P, Caslekcesk, "Vioxx written off - and what next? Cox 2 Inhibitors and Cardiovascular Diseases," *Cas Lek Cesk* 2005;1441:4.

Kelly J, "More VIGOR conflict at the New England Journal of Medicine," *Heartwire*, www.webmd.com, Feb. 24, 2006.

Langton PE, et al., "Cardiovascular Safety of Rofecoxib (Vioxx): Lessons Learned and Unanswered Questions," *Med J Aust* 2004;181(10):524-5.

Lekais JP "Divergent Effects of Rofecoxib on Endothelial Function and Inflammation and Acute Coronary Syndromes," *Ent J Cardiol* Dec 2005; epub ahead of print.

Letters to the editor entitled "Response to Express of Concern Regarding VIGOR Study," by non-Merck authors, Bombardier, C, et al.; by Merck authors, Reicin A, M.D., et al., NEJM 2006 Feb 22.

Levesque LE et al., "Time Variations in the Risk of Myocardial Infarction Among Elderly Users in COX-2 Inhibitors," CMAJ 2006;174(11):online-1 – online-8.

Manthous CA, "Vioxx Redux," *Am J Med* 2005;118(9):1056-1057.

Merck & Co., Inc., "Updated Cardiovascular Pooled Analysis," dated March 22, 2004.

NEJM July 13, 2006; 355(2).

Nissen SE et al, "Statin Therapy, LDL Cholesterol, C-Reactive Protein, and Coronary Artery Disease," NEJM 2005;352(1):29-38.

Okie S, "Raising the Safety Bar - the FDA's Coxib Meeting," *NEJM* 2005;352(13):1283-5.

Rainsford KD, "Introduction - The Coxib Controversies," *Inflammopharmacology* 2005 13(4)4 331-41.

Ravaud P, Tubachf, "Methodology of Therapeutic Trials: Lessons from the Last Evidence of the Cardiovascular Toxicity of Some Coxibs," *Joint Bone Spine*2005;72(6):451-5.

Ridker PM et al, "C-Reactive Protein Levels and Outcomes After Statin Therapy," NEJM 2005;352(1):20-28.

Rogenstad S and Straandj, "The Withdrawal of Vioxx: How Did the Patients React," *Tidsskr Nor Laegeforen* 2006;126(10):1326-7.

Saper J et al., "Rofexocib in the Acute Treatment of Migraine: a Randomized Controlled Clinical Trial," *Headache* 2006;46:264-75.

Scirica B, Morrow D, "Controversies in Cardiovascular Medicine.  Is C-Reactive Protein an Innocent Bystander or Pro-Atherogenic Culprit?  The Verdict is Still Out," Circulation 2006; 113:2128-2151.

Smith ER, "Cyclooxygenase-2 Inhibitors and Cardiovascular Risk," *Can J Cardiol* 2005;21(3):307-8.

Spektorg and Fursterv, "Drug Insight:  Cyclo-oxygenase 2 Inhibitors and Cardiovascular Risk - Where are We Now?" *Nat Clin Pract Cardiovas Med* 2005; 26:290-300.

Tesoriero H, "Vioxx Jury Holds Merck Liable for Heart Attack," Wall Street Journal April 6, 06:A3.

Tesoriero H, "Vioxx Trial in a Box Cuts Cost of Filing Suit" Wall Street Journal April 17, 2006 B6 (continue).

van der Veen WJ, van der Worf GT, "Use of Rofexocib in Family Practice in the North of Netherlands 2000-2004 Background and Consequences, " *NED Tijd Schr Geneeskd* 2006 May 6;150(18):1016-1021.

Van Way CW, "The Great Rofecoxib Feeding Frenzy," *J Parenter Enteral Nutr*2005;29(2):136-38.

Velentgas, P, et al., "Cardiovascular Risk of Selective Cyclooxygenase-2 Inhibitors and Other Non-aspirin Non-steroidal Anti-inflammatory Medications," Pharmacoepidemiology and Drug Safety 2005.

Verma S et al, "C-Reactive Protein Promote Atherothrombosis," Circulation 2006;113:2135-2148.

Wallace T et al., "Prevalance and determinants of TROPONIN T elevation in the general population," Circulation 2006;113:1958-1965.

Watson DJ, Santanello N, "Observational Studies and the Withdrawal of Rofecoxib," *Pharmacoepidemiol Drug Saf* 2006; 15(3):199-201.

Weaver AL et al., "Treatment of patients with osteoarthritis with nabumetone," *J Clin Rheumatol* 2006;12(1):17-25.

Wolfe M et al., "Letter to the Editor: Rofecoxib, Merck and the FDA," NEJM 2004;351(27): 2875-8.

Yusuf S, "Editorial: Prevention of Vascular Events Due to Elevated Blood Pressure," *Circulation* 2006;113:2166-2168.

Peker Y et al., "An Independent Association Between Obstructive Sleep Apnoea and Coronary Artery Disease," Eur Respir J 1999:13:179-184.

Schäfer H et al., "Obstructive Sleep Apnea as a Risk Marker in Coronary Artery Disease," Cardiology 1999;92:79-84.

Peker Y et al., "Increased Incidence of Cardiovascular Disease in Middle-Aged Men with Obstructive Sleep Apnea," Am J Respir Crit Care Med 2002;166:159-165.

Hayashi M et al., "Nocturnal Oxygen Desaturation Correlates with the Severity of Coronary Atherosclerosis in Coronary Artery Disease," Chest 2003;124:936-941.

Ford D et al., "Depression is a Risk Factor for Coronary Artery Disease in Men," Arch Intern Med 1998;158:1422-1426.

Rozanski A et al., "Impact of Psychological Factors on the Pathogenesis of Cardiovascular Disease and Implications for Therapy," Circulation 1999;99:2192-2217.

Rugulies R, "Depression as a Predictor for Coronary Heart Disease," *Am J Prev Med* 2002;23(1):51-61.

Wulsin L and Singal B, "Do Depressive Symptoms Increase the Risk for the Onset of Coronary Disease? A Systematic Quantitative Review," Psychosom Med 2003;65:201-210.

Öhlin B et al., "Chronic Psychosocial Stress Predicts Long-Term Cardiovascular Morbidity and Mortality in Middle-Aged Men," Eur Heart J 2004;25:867-873.

Rosengren A et al., "Association of Psychosocial Risk Factors with Risk of Acute Myocardial Infarction in 11 119 Cases and 13 648 Controls From 52 Countries (The INTERHEART Study): Case-Control Study," Lancet 2004;364:953-962.

Müler J et al., "Work Related Stressful Life Events and the Risk of Myocardial Infarction. Case-Control and Case-Crossover Analyses within the Stockholm Heart Epidemiology Programme (SHEEP)," J Epidemiol Community Health 2005;59:23-30.

Rafanelli R et al., "Stressful Life Events, Depression and Demoralization as Risk Factors for Acute Coronary Heart Disease," Psychotherapy and Pyschosom 2005;74:179-184.

Rowan P et al., "Depressive Symptoms Have an Independent, Gradient Risk for Coronary Heart Disease Incidence in a Random, Population-based Sample," Ann Epidemiol 2005;15:316-320.

Andersohn F et al., "Use of First- and Second-Generation Cyclooxygenase-2—Selective Nonsteroidal Antiinflammatory Drugs and Risk of Acute Myocardial Infarction," Circulation 2006;113:1950-1957.

Bremmer MA et al., "Depression in Older Age is a Risk Factor for First Ischemic Cardiac Events," *Am J Geriatr Psychiatry* 2006 Jun; 14(6):523-30.

Chan A et al., "Nonsteroidal Antiinflammatory Drugs, Acetaminophen, and the Risk of Cardiovascular Events," Circulation 2006;113:1-10.

Clarke R et al., "Underestimation of Risk Associations Due to Regression Dilution in Long-term Follow-up of Prospective Studies," *Am J Epidemiol* 1999;150:341-353.

Collins R et al., "Blood Pressure, Stroke, and Coronary Artery Disease. Part 2, Short-Term Reductions in Blood Pressure: Overview of Randomised Drug Trials in their Epidemiological Context," *Lancet* 1990;335:827-838.

Dincer HE, O'Neill W, "Deleterious Effects of Sleep-Disordered Breathing on the Heart and Vascular System," *Respiration* 2006;73(1):124-30.

Hernandez-Diaz S et al., "Non-steroidal Antiinflammatory Drugs and the Risk of Acute Myocardial Infarction," Basic Clin Pharmacol 2006;98:266-274.

Huang W et al., "Cardiovascular Events Associated with Long-Term Use of Celecoxib, Rofecoxib and Meloxicam in Taiwan," Drug Safety 2006;29:261-272.

Kasliwal R et al., "A Comparison of Reported Gastrointestinal and Thromboembolic Events Between Rofecoxib and Celecoxib Using Observational Data," Drug Safety 2005;28:803-816.

Kearney P et al., "Do Selective Cyclo-oxygenase-2 Inhibitors and Traditional Non- Steroidal Anti-inflammatory Drugs Increase the Risk of Atherothrombosis? Meta- analysis of Randomised Trials," BMJ 2006;332:1302-1305.

Merck & Company Inc. Letter from PL Huang, APPROVe Data.

Muscara MN et al., "Selective Cyclo-Oxygenase-2 Inhibition with Celecoxib Elevates Blood Pressure and Promotes Leukocyte Adherence," *British Journal of Pharmacology* 2000;129:1423-1430.

Parish JM, Somers VK, "Obstructive Sleep Apnea and Cardiovascular Disease," *Mayo Clin Proc* 2004 Aug;79(8):1036-1046.

Parissis JT et al., "Depression in Coronary Artery Disease: Novel Pathophysiologic Mechanisms and Therapeutic Implications," *Int J Cardiol* 2006 Jul 3; epub ahead of print.

Rawson N et al., "Factors Associated with Celecoxib and Rofecoxib Utilization," Ann Pharmacother 2005;39:597-602.

Ridker P et al., "Inflammation, Aspirin, and the Risk of Cardiovascular Disease in Apparently Healthy Men," N Engl J Med 1997;336:973-979.

Rott D et al., "Effects of MF-Tricyclic, a Selective Cyclooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apolipoprotein-E Knockout Mice," J Am Coll Cardiol 2003;41:1812-1819.

Shaughnessy A and Gordon A, "Life Without COX 2 Inhibitors: Doctors Need to Broaden Their Approach to Pain in Older Patients," BMJ 2006;332:1287-1288.

The Heart Outcomes Prevention Evaluation Study Investigatores, "Effects of an Angiotensin-Converting-Enzyme Inhibitor, Ramipril, on Cardiovascular Events in High-Risk Patients," *NEJM* 2000;342:145-53.

Merck & Co., Inc., "Updated Cardiovascular Pooled Analysis," dated March 22, 2004.

Merck & Co., Inc., "Submission of Protocol 201 (ViP) Clinical Study Report (CSR) and Overview of Cardiovascular Events in Protocol 145 (VICTOR)," dated August 22, 2005.

APPROVe Trial Cardiovascular Safety Report, March 15, 2005.

APPROVe Extension Data, Merck submission to FDA.

Memorandum from Maria Villalba, Medical Officer (FDA) regarding cardiovascular data in Alzheimer's studies, March 12, 2002.

Villalba L, Interim Review of NDA 21042/s030 (Update of Cardiovascular thrombotic events in Alzheimer's studies 078 and 091, December 18, 2004.

Lagakos, S, "The Challenges of Subgroup Analyses—Reporting without Distorting," N Engl J Med 2006;354;1667-1669.

Braunwald E et al., <u>Heart Disease: A Textbook of Cardiovascular Medicine</u>, 6th Edition: 996.

Esch, Tobias, and George B. Stefano, Gregory L. Fricchione, Herbert Benson. "Stress in cardiovascular diseases." Med Sci Monit, 2002; 8(5): RA93-101.

Jiang, W., et al., "Depression and Heart Disease Evidence of a Link, and its Therapeutic Implications", CNS Drugs 2002: 16 (2): 111-127.

Zellweger, M.J., et al. "Coronary Artery Disease and Depression," European Heart Journal (2004) 25, 3-9.

Thomas, A.J., et al. "Depression and Vascular Disease: what is the relationship?", Journal of Affective Disorders 79 (2004) 81-95.

Shimbo, D., et al., "Negative Impact of Depression on Outcomes in Patients with Coronary Artery Disease: Mechanisms, Treatment, Considerations and Future Directions," Journal of Thrombosis and Haemostasis, 3: 897-908.

Papademetriou, V., MD., et al., "Transient Coronary Occlusion with Mental Stress", AM Heart J 1996;132:1299-1301.

Januzzi, J., MD; et al, "The Influence of Anxiety and Depression on Outcomes of Patients with Coronary Artery Disease," Arch Intern Med/Vol. 160, July 10, 2000.

Strike, P, MRCP and Steptoe, A., DPhh, "Behavioral and Emotional Triggers of Acute Coronary Syndromes: A Systematic Review and Critique," Psychosomatic Medicine 67:179-186 (2005).

Tofler, G., MB, et al., "Analysis of Possible Triggers of Acute Myocardial Infarction (The MILIS Study), The American Journal of Cardiology, Volume 66.

Vitaliano, P., Ph.D., et al., "A Path Model of Chronic Stress, the Metabolic Syndrome, and Coronary Heart Disease," Pscyhosomatic Medicine 64:418-435 (2002).

| Case list of depositions and trial appearances for Michael Rothkopf, M.D. 2002-2006 ||
|---|---|
| CASE NAME | DATE |
| *Brookshire v. Suarez, et al.*, Cause No. 96cv0795 | 01/30/2002 |
| *Crafton v. Pfizer* Cause No. 2000-510,788 | 04/03/2002 |
| *Mauck v. Warner-Lambert Co., et al.* Cause No. 153-444A | 08/07/2002 |
| *Wheat, et al. v. Morales, et al.* Cause No. 01-11-580 | 11/12/2002 |
| *Deandra v. Delarosa, et al.* | 11/20/2002 |
| *Thurman v. Cramer* Cause No. 342-180645-99 | 12/05/2002 |
| *Chumley v. Jampana* Cause No. 2001-1612 A | 10/06/2003 |
| *Gloria Bertrand v. Warner Lambert* | 01/16/2004 |
| *Nettles* Cause No. 03-03918-D | 05/10/2004 |
| *Brady Wise, Jr., et al. v. United States of America* Civil Action No. SA03CA0321EP | 07/07/2004 |
| *Samuel Lipsie* Cause No. 02-11361-K | 08/25/2004 |
| *Lopez* | 08/31/2004 |
| *Chumley v. Jampana* Cause No. 2001-1612 | 09/22/2004 |
| *Ina Smith* | 11/08/2004 |
| *Genora Harrison* | 12/08/2004 |
| *Perry E. Tapp* | 01/06/2005 |
| *Marvin Swaringim* | 01/13/2005 |

| Case list of depositions and trial appearances for Michael Rothkopf, M.D. 2002-2006 ||
|---|---|
| **CASE NAME** | **DATE** |
| *Adams v. Cyfair* | 03/31/2005 |
| *Price v. Baker* <br> Cause No. 91403-E | 06/13/2005 |
| *Moeller v. Blanc, Medical City Dallas* <br> Cause No. 03-04989-I | 07/13/2005 |
| *Beverly Tillmon* | 01/13/2006 |
| *Camilla Childress* | 03/29/2006 |

My hourly rate for literature review, record review, preparation of expert report, deposition and trial testimony is $500.00 per hour.