UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| This document relates to: | ) | |
| | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| Anthony J. Pontrelli v. Merck & Co. | ) | Case No. 2:06-cv-00680 |
| | ) | |
| | ) | |

## PLAINTIFF'S SUBSTITUTION OF ATTORNEY

DAVID M. HUNDLEY
Curcio Law Office
161 N. Clark Street, Suite 2550
Chicago, IL 60601
312-321-1111

Attorneys for Plaintiff
ANTHONY J. PONTRELLI

Plaintiff, ANTHONY J. PONTRELLI, hereby authorizes the following substitution of attorney with respect to the above-referenced matter:

**Former Counsel:**

David M. Hundley
Curcio Law Office
161 N. Clark Street, Suite 2550
Chicago, Illinois 60601
Telephone: 312-321-1111

**New Counsel:**

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE &
ROBINSON
620 Newport Center Drive, 7th Fl
Newport Beach, CA 92660
Telephone:   949-720-1288
Facsimile:   949-720-1292

I, ANTHONY J. PONTRELLI, hereby authorize this substitution of counsel.

Dated: __7-17__, 2006

_____
ANTHONY J. PONTRELLI

I, MARK P. ROBINSON, JR., hereby accept this substitution of counsel.

Dated: __5-25__, 2006

_____
MARK P. ROBINSON, JR.

I, DAVID M. HUNDLEY, hereby consent to this substitution of counsel.

Dated: __6/24__, 2006

By: _____
DAVID M. HUNDLEY

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Substitution of Attorney has been served on Liaison Counsel Phillip Wittmann and Russ Herman by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 28th day of September, 2006.

_____
MARK P. ROBINSON, JR.