UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

MADELINE RIEHL,

CASE NO: 2:06-CV-00404-EEF-DEK

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.
_____/

## NOTICE OF FILING AMENDED COMPLAINT FOR WRONGFUL DEATH

    COMES NOW, the Plaintiff, BERNARD NEEDLEMAN (DECEASED) and BEVERLY NEEDLEMAN, his daughter, by and through their undersigned attorney, Robert J. Fenstersheib, Esquire, and hereby files this Civil Action against Merck & Co., Inc, a foreign corporation, in the United States District Court for the Southern District of Florida.

    I HEREBY CERTIFY that a copy of the foregoing Motion for Substitution of Parties has been furnished by certified mail, return receipt requested, this _20_ day of _September_, 2006 to Ellen M. Gregg, Esq., Womble Carlyle Sundridge & Rice, PLC, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101 and Catherine Whitfield, Esq., Squire Sanders & Dempsey L.L.P., 200 Biscayne Boulevard Way, Suite 4000, Miami Florida, 33131-2123, Wilfred P. Coronato, Hughes Hubbard & Reed, LLP., 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, Russ Herman, and Phillip A Wittmann, Stone, Pigman Walther, Wittmann, 546 Carondelet Street, New Orleans, LA 70130, Dimitrios Mavroudis, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone, Womble Carlyle Sundridge & Rice, PLC, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101.

                        LAW OFFICES OF ROBERT J.. FENSTERSHEIB, P.A.
                        Florida Bar No. 307300
                        Attorneys for Plaintiff
                        520 W. Hallandale Beach Blvd.
                        Hallandale, Florida 33009
                        Telephone: Broward (954) 456-2488
                        Dade (305) 945-3630
                        Fax: (954) 456-2588
                        E-mail: RJF@Fenstrsheiblaw.com

                        By: _____
                        ROBERT J. FENSTERSHEIB, Esquire
                        Fla. Bar No. 307300

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *Notice of Filing Amended Complaint for Wrongful Death* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically file with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of Septermber, 2006.

LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: Broward (954) 456-2488
Dade (305) 945-3630
Fax: (954) 456-2588
E-mail: RJF@Fenstrsheiblaw.com

By: _____
ROBERT J. FENSTERSHEIB, Esquire
Fla. Bar No. 307300