UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## PLAINTIFF'S WITNESS LIST

COME NOW Plaintiff Anthony Wayne Dedrick, by and through his undersigned counsel, hereby identifies the following persons whom Plaintiff may elect to call as witnesses at trial, either in person or by deposition. This list does not include those witnesses for whom Plaintiff would seek to introduce a counter-designation of prior deposition testimony if Defendant seeks to introduce prior deposition testimony from the same witness. Additional depositions will be taken before trial and Plaintiff reserves the right to supplement this list to include some or all of those additional depositions. Plaintiff reserves the right to supplement or amend this list based upon any ruling of the Court that affect the scope of evidence in this trial or if Defendant alters or amends its Witness List. Plaintiff further reserves the right to withdraw any witnesses. . Plaintiff also reserves the right to call, live or by deposition, any witnesses (i) identified by Defendant, (ii) for which Defendant designates deposition testimony, (iii) who is

identified hereafter through discovery, or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Plaintiff does not intend to waive any of its objections to deposition testimony, exhibits or other evidence or argument.

1.  Anthony Wayne Dedrick                     Plaintiff.
    329 Highway 64 W Apt 5B
    Waynesboro, Tennessee 38485

2.  Sherry Curtis                             Plaintiff's friend.
    1591 Moccasin Creek
    Waynesboro, Tennessee 38485

3.  Kenny Dedrick                             Plaintiff's brother.
    Springvalley Apartments, Apt. 131B
    Waynesboro, Tennessee 38485
    (931) 722-6340

4.  Phil Dedrick                              Plaintiff's brother.
    105 Mindy Dr
    Waynesboro, TN 38485
    (931) 722-7716

5.  Tammy Dedrick                             Mr. Phil Dedrick's wife and Plaintiff's
    105 Mindy Dr                              sister-in-law.
    Waynesboro, Tennessee 38485
    (931) 722-7716

6.  Nina Davis
    605 Walnut Street                         Plaintiff's sister.
    Waynesboro, Tennessee 38485

7.  Bernice White                             Plaintiff's sister.
    Waynesboro, Tennessee 38485

8.  Johnny Perry
    315 Copeland Drive                        Plaintiff's friend.
    Waynesboro, Tennessee 38485

2

| | |
|---|---|
| 9. Danny Reaves<br>329 Highway 64 W, Apt. 5B<br>Waynesboro, Tennessee 38485 | Plaintiff's friend. |
| 10. Custodian of pharmaceutical<br>and billing records<br>Duren Discount Drugs<br>215 Dexter L. Woods Memorial<br>Waynesboro, Tennessee 38485<br>(931) 722-5466 | Healthcare provider. |
| 11. Custodian of pharmaceutical<br>and billing records<br>Fred's Discount Store<br>aka Fred's Pharmacy #3226<br>307 Hwy 64E<br>Waynesboro, Tennessee 38485<br>(931) 722-9075 | Healthcare provider. |
| 12. Custodian of pharmaceutical<br>and billing records<br>Collinwood Drugs<br>313 Hwy 13S<br>Collinwood, Tennessee 38450<br>(931) 724-9197 | Healthcare provider. |
| 13. William Coltharp, M.D.<br>Cardiovascular Surgery Associates<br>4230 Harding Road, Suite 450<br>Nashville, Tennessee 37205 | Healthcare provider. |
| 14. Mark Koenig, M.D.<br>The Heart Group<br>4230 Harding Road, Suite 330<br>Nashville, Tennessee 37205 | Healthcare provider. |
| 15. John McPherson, M.D.<br>The Heart Group<br>4230 Harding Road, Suite 330<br>Nashville, Tennessee 37205 | Healthcare provider. |

16. Esmeraldo Herrera, M.D.  
    905 Andrew Jackson Drive, Suite A  
    Waynesboro, Tennessee 38485  
    (931) 722-5452  

Healthcare provider.

17. Custodian of medical and billing records  
    The Heart Group  
    4230 Harding Road, Suite 330  
    Nashville, Tennessee 37205  

Healthcare provider.

18. Custodian of medical and billing records  
    Cardiovascular Surgery Associates  
    4230 Harding Road, Suite 450  
    Nashville, Tennessee 37205  

Healthcare provider.

19. Custodian of medical and billing records  
    Saint Thomas Hospital  
    4220 Harding Road  
    Nashville, Tennessee 37205  

Healthcare provider.

20. Colin Funk, Ph. D.  
    Queen's University  
    Stuart Street  
    Kingston, ON K7L3N6  

Plaintiff's expert and fact witness

21. John Leo Guerrigian, M.D.  
    PharmaGenesis, Inc.  
    14513 Woodcrest Drive  
    Rockville, Maryland 20853-2371  

Plaintiff's expert witness

22. Mark Furman, M.D.  
    University of Massachusetts Memorial Medical Center  
    55 Lake Avenue North  
    Worchester, Massachusetts 01655  

Plaintiff's expert witness

23. Ira J. Gelb, M.D.  
    18489 Long Lake Drive  
    Boca Raton, Florida 33496-1934  

Plaintiff's expert witness

24. Donna K. Arnett, Ph.D., M.S.P.H.  Plaintiff's expert witness
    University of Alabama at Birmingham
    Department of Epidemiology
    1665 University Boulevard, Room 220E
    Birmingham, Alabama 35294-0022

25. Nick Jewell, Ph. D.  Plaintiff's expert witness
    University of California, Berkeley
    107 Haviland Hall
    Berkeley, California 94720-7360

26. David Anstice  Former Merck President for Human Health.
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

27. Jerry Avorn, M.D.  Plaintiff's expert and fact witness.
    Division of Pharmacoepidemiology
    and Pharmacoeconomics
    Brigham and Women's Hospital
    1620 Tremont Street, Suite 3030
    Boston, Massachusetts 02120

28. Susan Baumgartner  Former Marketing Manager at Merck.
    Merck & Co., Inc.  Anticipated testimony is reflected I witness'
    One Merck Drive  MDL deposition.
    Whitehouse Station, New Jersey 08889

29. Mary Blake  Manager of Public Affairs at Merck.
    Merck & Co., Inc.  Anticipated testimony is reflected in witness'
    One Merck Drive  MDL deposition.
    Whitehouse Station, New Jersey 08889

30. Ned Braunstein  Director of Merck Research Laboratories
    Merck & Co., Inc.  Regulatory Affairs. Anticipated testimony is
    One Merck Drive  reflected in witness' MDL deposition.
    Whitehouse Station, New Jersey 08889

31. Tom Cannell  Former Executive Director of Vioxx Promotion
    Merck & Co., Inc.  and Sales for Merck, current Vice President of
    One Merck Drive  the Western Regional Business Group.
    Whitehouse Station, New Jersey 08889  Anticipated testimony is reflected in witness' MDL
    deposition.

5

32. Carolyn Cannuscio
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

    Former epidemiologist for Merck. Anticipated testimony is reflected in witness' MDL deposition.

33. J. Martin Carroll
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

    Former Executive Vice President, Primary Care Sales & Managed Care at Merck. Anticipated testimony is reflected in witness' MDL deposition.

34. Gregory Curfman, M.D.
    10 Shattuck Street
    Boston, Massachusetts 02115-6094
    Whitehouse Station, New Jersey 08889

    Executive editor for the New England Journal of Medicine. Anticipated testimony is reflected in witness' MDL deposition.

35. Laura Demopolous
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

    Former Senior Director of Cardiovascular Clinical Research at Merck. Anticipated testimony is reflected in witness' MDL deposition.

36. Wendy Dixon
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

    Former Senior Vice President of Marketing for the US Human Health Division of Merck. Anticipated testimony is reflected in witness' MDL deposition.

37. James Dunn
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

    Former Senior Pharmaceutical Representative for Merck. Anticipated testimony is reflected in witness' MDL deposition.

38. Stephen Epstein, M.D.
    c/o William Schultz
    Zuckerman Spaeder LLP
    1800 M. Street, NW
    10th Floor
    Washington, DC 20036-5802

    Studies and general knowledge regarding Vioxx, Cox-2 inhibitors, and atherosclerosis progression. Anticipated testimony is reflected in witness' MDL deposition.

39. John Farquhar, M.D.  
Stanford University School of Medicine  
Hoover Pavilion, Rm. 229, 211 Quarry Road  
Stanford, California 94305-5705

Plaintiff's cardiology/epidemiology expert.

40. Egil Fosslien, M.D.  
502 Fairview Avenue  
Glen Ellyn, Illinois 60137

Plaintiff's pathophysiology expert

41. Barry Gertz  
Merck & Co., Inc.  
One Merck Drive  
Whitehouse Station, New Jersey 08889

Executive Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

42. Raymond Gilmartin  
c/o Bartlit, Beck, Herman, Palenchar Inc. & Scott, L.L.P.  
Courthouse Place, 54 West Hubbard Street  
Chicago, Illinois 60610

Former Chief Executive Officer of Merck & Co., Anticipated testimony is reflected in witness' MDL deposition.

43. Dr. David Graham  
10903 New Hampshire Avenue  
Building 22, Room 4314  
Silver Spring, Maryland 20993

Medical Officer and Associate Director for Science and Medicine in the Office of Drug Safety for the Food and Drug Administration. Anticipated testimony is reflected in witness' MDL deposition.

44. Jo Jerman  
Merck & Co., Inc.  
One Merck Drive  
Whitehouse Station, New Jersey 08889

Merck Sales Director for Southeast Region. Anticipated testimony is reflected in witness' MDL deposition.

45. Marilyn Krahe  
Merck & Co., Inc.  
One Merck Drive  
Whitehouse Station, New Jersey 08889

Executive Business Director at Merck. Anticipated testimony is reflected in witness' MDL deposition.

46. Charlotte McKines  
Merck & Co., Inc.  
One Merck Drive  
Whitehouse Station, New Jersey 08889

Executive Director of Integrated Marketing Communications for Merck. Anticipated testimony is reflected in witness' MDL deposition.

47. Briggs Morrison, M.D.  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

48. Lemuel Moye III, M.D.  
    University of Texas  
    School of Public Health  
    Division of Biostatistics  
    1200 Herman Pressler  
    Houston, Texas 77030

Plaintiff's biostatistics/warnings/testing/FDA expert.

49. Thomas Musliner, M.D.  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Executive Director of Clinical Research at Merck. Anticipated testimony is reflected in witness' MDL deposition.

50. Alan Nies, M.D.  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610

Former Senior Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

51. Connie Pechmann, Ph. D.  
    1604 Harkness Street  
    Manhattan Beach, California 90266

Plaintiff's marketing expert

52. Alise Reicin, M.D.  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

53. Nancy Santanello, M.D.  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Executive Director of Epidemiology of Merck. Anticipated testimony is reflected in witness' MDL deposition.

54. Edward Scolnick, M.D.  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610

Former President of Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

55. Beth Seidenberg
c/o Bartlit, Beck, Herman, Palenchar
& Scott, L.L.P.
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Former Vice President of Clinical Research in Pulmonary Immunology. Anticipated testimony is reflected in witness' MDL deposition.

56. Deborah Shapiro, Ph.D.
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Biostatistician in the Clinical Biostatistics and Research Decisions Sciences Department at Merck. Anticipated testimony is reflected in witness' MDL deposition.

57. Adam Schecter
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Vice President and General Manager of Merck/Schering-Plough Pharmaceutical. Anticipated testimony is reflected in witness' MDL deposition.

58. Lou Sherwood, M.D.
c/o Bartlit, Beck, Herman, Palenchar
& Scott, L.L.P.
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Former Senior Vice President of Medical Affairs at Merck. Anticipated testimony is reflected in witness' MDL deposition.

59. Robert Silverman
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Senior Director for Regulatory Affairs at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

60. Thomas Simon
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Vice President of Clinical Sciences Operations Group at Merck. Anticipated testimony regarding Vioxx.

61. Eric Topol, M.D.
c/o Mintz, Levin, Cohn, Ferris,
Glovsky and Poppeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Cardiologist. Anticipated testimony is reflected in witness' MDL deposition.

62. Douglas Watson
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Director of Epidemiology of Merck. Anticipated testimony is reflected in witness' MDL deposition.

63. Jan Weiner
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

    Executive Director of Public Affairs at Merck. Anticipated testimony is reflected in witness' MDL deposition.

64. Ellen Westrick
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

    Former Merck employee in the Office of Medical-Legal. Anticipated testimony is reflected in witness' MDL deposition.

65. Gregory Bell
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

    Former National Medical Director for Merck.

66. Thomas Bold
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

    Senior Director of Clinical Risk Management and Safety Surveillances for Merck Research Laboratories.

67. Thomas Casola
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

    Former Director of Office of Medical/Legal at US Human Health.

68. Brian Daniels, M.D.
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

    Former Director of Clinical Research in the Immunology and Pulmonology Department.

69. Elliott Ehrich, M.D.  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610  

    Former Senior Director of Clinical Research.

70. Jillian Evans  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610  

    Director of Pharmacology for Merck.

71. Anthony Ford-Hutchinson  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610  

    Former Senior Vice President of Research Merck Frosst Canada

72. Peter Honig  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610  

    Executive Vice President for Worldwide Regulatory Affairs and Product Safety for Merck Research Laboratories.

73. Linda Hostelley  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610  

    Former Director of Merck's Worldwide Safety and Quality Assurance.

74. Terry Jacklin  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610  

    Director of Information Technology.

| | |
|---|---|
| 75. Peter Kim, M.D.<br>c/o Bartlit, Beck, Herman, Palenchar<br>& Scott, L.L.P.<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | President of Merck Research Laboratories. |
| 76. Gregory Kulp<br>c/o Bartlit, Beck, Herman, Palenchar<br>& Scott, L.L.P.<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | Current Director of Enterprise Office Infrastructure who previously held other positions with Merck. |
| 77. Bernadette McKeon<br>c/o Bartlit, Beck, Herman, Palenchar<br>& Scott, L.L.P.<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | Director of Medical Services. |
| 78. Liberino Martino<br>c/o Bartlit, Beck, Herman, Palenchar<br>& Scott, L.L.P.<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | Senior Director of Clinical Regulatory Information Systems. |
| 79. Jennifer Ng<br>c/o Bartlit, Beck, Herman, Palenchar<br>& Scott, L.L.P.<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | Associate Director of Scientific Staff. |
| 80. Leonard Silverstein<br>c/o Bartlit, Beck, Herman, Palenchar<br>& Scott, L.L.P.<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | Former Director of U.S. Human Health Division. |

81. Leonard Tacconi  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610

    Former Director of Corporate Communications of U.S. Human Health.

82. Steven E. Nissen, M.D.  
    The Cleveland Clinic  
    9500 Euclid Avenue  
    Cleveland, Ohio 44195

    Dr. Nissen will testify as to his experiences with Merck as Vice-Chairman of Cardiology at the Cleveland Clinic Foundation.

83. John Oates, M.D.  
    c/o Bartlit, Beck, Herman, Palenchar  
    & Scott, L.L.P.  
    Courthouse Place  
    54 West Hubbard Street  
    Chicago, Illinois 60610

    Head of Clinical Pharmacology at Vanderbilt University.

84. Daniel Solomon, M.D.  
    Brigham and Women's Hospital  
    75 Francis Street  
    Boston, Massachusetts 02115

    Assistant Professor of the Division of Pharmacoepidemiology at Brigham and Women's Hospital.

85. Shari Targum, M.D.  
    5600 Fishers Lane  
    Rockville, Maryland 20857-0001

    Dr. Targum, Medical Officer in the Division of Cardio-Renal Drug Products, will testify regarding her role in the evaluation and review of Vioxx.

86. James Fries, M.D.  
    Stanford University Medical Center  
    Department of Medicine  
    Division of Immunology and Rheumatology  
    1000 Welch Road, Suite 203  
    Palo Alto, California 94304

    Professor at Stanford University.

87. Dr. Robert Steinbrook, M.D.  
    Address unknown at this time

    He will testify as to his role as former Deputy Editor of New England Journal of Medicine and the events and circumstances surrounding the publication of the VIGOR study.

| | |
|---|---|
| 88. Dr. Jeffrey Drazen, M.D.<br>10 Shattuck Street<br>Boston, Massachusetts 02115-6094 | He will testify as to his role as Editor-in-Chief of New England Journal of Medicine and the events and circumstances surrounding the publication of the VIGOR study. |
| 89. Dr. Robert Utger, M.D.<br>Address unknown at this time | He will testify as to his role as former Deputy Editor of NEJM and the events and circumstances surrounding the publication of the VIGOR study. |
| 90. Dr. Maria Villalba<br>5600 Fishers Lane<br>Rockville, Maryland 20857-0001 | She will testify as to her role as a Medical Officer in the Division of Anti-Inflammatory Drug Products for the FDA and in particular in reference to Vioxx. |
| 91. Richard R. Stover<br>Arnhold and S. Bleichroeder Advisors<br>1345 Avenue of the Americas<br>New York, New York 10105-4300 | He will testify as to his role as a Global Pharmaceuticals Analyst. |
| 92. Leslie Crofford<br>University of Kentucky<br>740 S. Limestone Street, Room J509<br>Lexington, Kentucky 40536-0284 | Professor of Medicine at the University of Kentucky. |
| 93. Garrett A. FitzGerald, M.D.<br>University of Pennsylvania<br>3451 Walnut Street<br>Philadelphia, Pennsylvania 19104 | Professor of Medicine of the University of Pennsylvania |
| 94. Eliav Barr, M.D.<br>c/o Bartlit, Beck, Herman, Palenchar & Scott, L.L.P.<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | Senior Director of Biologics and Clinical Research. |
| 95. Garrett Cirulli<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 96. Rachel Pilkinton Stovall<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |

97. Kristin Harris  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

98. Michael Curlin Richards  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

99. Ronald Frank Smith  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

100. Lee Michael English, Jr.  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

101. Sharath Chandra  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

102. Stephanie B. Ison  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

103. Vinay K. Sood  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

104. Justin R. Spencer  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

105. Melissa C. McAllister  
    Merck & Co., Inc.  
    One Merck Drive  
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

| | | |
|---|---|---|
| 106. | Denise M. Miller<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 107. | Shay M. Ingram<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 108. | Elizabeth Lowery Bond<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 109. | Bradley Fogelman<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 110. | Rebecca Burcham<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 111. | Jennifer Hudson<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 112. | Sheryl Harrison-Koestner<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 113. | Mark Strong<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 114. | Darrius Hereford<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |

115.  Allison Simpson                             Current and/or former Merck sales
      Merck & Co., Inc.                           representative.
      One Merck Drive
      Whitehouse Station, New Jersey 08889

116.  Bradley Akin                                Current and/or former Merck sales
      Merck & Co., Inc.                           representative.
      One Merck Drive
      Whitehouse Station, New Jersey 08889

117.  Stephanie Buck                              Current and/or former Merck sales
      Merck & Co., Inc.                           representative.
      One Merck Drive
      Whitehouse Station, New Jersey 08889

118.  Joycelyn Romero                             Former Merck sales representative.
      24193 Highway 435
      Abita Springs, Louisiana 70420

119.  Regional sales managers over the area including Waynesboro, Tennessee from 1999 to 2004.

120.  District sales managers over the area including Waynesboro, Tennessee from 1999 to 2004.

121.  Any custodian of records or representative of any party, agency, department, business, insurer and/or medical provider necessary to authenticate any document, record, business entry or payment.

122.  Any and all Merck employees or representatives that had any contact with Dr. Esmeraldo Herrera, his practice or the hospital where he practices.

123.  Any witness named as the Merck Corporate Witness, FRCP 30(b)(6) Witness, or Witness responding to Request for Admissions sent to Merck, if not already listed above.

124.  Any witness or rebuttal expert necessary for purposes of rebuttal.

125.  Any witness that is discovered subsequent to the filing of this list.

Respectfully submitted this 25th day of September, 2006.

_____
**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW,***
***METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Witness List has been served on Defendants' Liaison Counsel, Phillip A. Wittman, Merck's Counsel, Douglas R. Marvin and Philip S. Beck, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of September, 2006.

_____
P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.