FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 26  PM 12: 47

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDA SCHLEICHER, **Plaintiff** | § § § | |
| VS. | § § | Civil Action No. 05-6025 |
| MERCK & CO., INC. **Defendant** | § § § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 1657  SECTION L |
| THIS DOCUMENT RELATES TO: LINDA SCHLEICHER | § § § § | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## MOTION TO CORRECT CAPTION

Plaintiff LINDA SCHLEICHER, files this Motion To Correct Caption, in order to correctly state Plaintiff's name.

### I.

### FACTUAL AND PROCEDURAL HISTORY

1.  On September 8, 2006, Plaintiff LINDA SCHLEICHER, ("Plaintiff") filed a First Amended Complaint with a Motion For Leave.

2.  The First Amended Complaint properly stated the Plaintiff's name as party to the claim, as well as throughout the body of the complaint. The name, however, was

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

3. The caption does state that the Plaintiff is LINDA SCHLEICHER, but it should also read that the document relates to LINDA SCHLEICHER. [ attached hereto as Exhibit "B"]

Respectfully submitted,

**THE O'QUINN LAW FIRM**

JOHN R. LEACH, III (Federal No: 6929)
MICHAEL J. LOWENBERG (Federal No: 22584)
ANTHONY E. FARAH (Federal No: 23059)
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:  713-223-1000
Facsimile:  713-223-4870

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion To Correct Caption has been filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by U.S. Mail on this 26 day of September, 2006.

JOHN R. LEACH, III (Federal No: 6929)
MICHAEL J. LOWENBERG (Federal No: 22584)
ANTHONY E. FARAH (Federal No: 23059)