IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LINDA SCHLEICHER,
    Plaintiff

VS.

MERCK & CO., INC.
    Defendant

Civil Action No. 05-6025

---

IN RE: VIOXX MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:
LINDA SCHLEICHER

MDL NO. 1657

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DANIEL E. KNOWLES, III

### ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT CAPTION

On _September 27th_, 2006, the Court considered Plaintiff's Motion To Correct Caption. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File.

SIGNED on _September 27th_, 2006.

_____
HONORALBE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff