MINUTE ENTRY
FALLON, J.
SEPTEMBER 26, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS           MDL 1657
    LIABILITY LITIGATION

ROBERT G. SMITH

                                                                      REF NO. 05-4379

VERSUS

                                                                      SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON        TUESDAY, SEPTEMBER 26, 2006, 8:00 am
Case Manager: Gaylyn Lambert                      (continued from 9-25-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq.
        And Amy Carter, Esq. for plaintiff
        Philip Beck, Esq., Andrew Goldman, Esq.& Carrie Jablonski, Esq., and
        Brian Currey, Esq. For defendant

## JURY TRIAL:
All present and ready.
<u>outside jury's presence:</u>   Objections to jury charges dictated on the record. <u>Jury in:</u>
Closing Arguments.
Jury charged and instructed by the Court.
Jury retires for deliberation @1:55 pm.
Jury returns from deliberation @5:15 pm.

VERDICT: In favor of defendant. See verdict form attached.
Jury polled; all answer in affirmative.
Court orders verdict be entered in the record.
Jury thanked and excused.

Court adjourned at 5:20 pm.

```
JS-10:    3:37
```