*Index of Exhibits sent to Jury.*

**Smith v. Merck**
**Admitted Exhibits**

| Plaintiffs' Exhibits | Exhibit no. | Doc date | Description | Admit Witness | Admit Date |
|---|---|---|---|---|---|
| | 1.0001 | 02/08/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | Dr. Ed Scolnick | 09/15/06 |
| | 1.0002 | 10/18/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label | Dr. Ed Scolnick | 09/15/06 |
| | 1.0004 | 02/26/1997 | "Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol" | Briggs Morrison | 09/14/06 |
| | 1.0006 | 09/17/2001 | Warning letter from Thomas Abrams to Raymond Gilmartin | Alise Reicin | 09/21/06 |
| | 1.0008 | | CV Card | David W. Anstice | 09/12/06 |
| | 1.0010 | 06/01/1998 | Email from Edward Scolnick to Errol McKinney Re: Celebrex submission within 2 months - Schroders | Dr. Ed Scolnick | 09/15/06 |
| | 1.0011 | 10/20/1998 | Email from Scolnick: Message | Dr. Ed Scolnick | 09/15/06 |
| | 1.0017 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | Dr. Jerry Avorn | 09/13/06 |
| | 1.0021 | 04/17/2001 | FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes | Dr. Ed Scolnick | 09/15/06 |
| | 1.0041 | 12/31/1998 | Merck 1998 Annual Report | Briggs Morrison | 09/13/06 |
| | 1.0042 | 12/31/1999 | Merck 1999 Annual Report - "Vioxx: Our biggest, fastest, and best launch ever" | Briggs Morrison | 09/13/06 |
| | 1.0062 | 04/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card | David W. Anstice | 09/12/06 |
| | 1.0079 | 04/08/2001 | Memo from Joshua Chen to Raymond Bain RE: Combined Mortality Analysis Protocol 091 + Protocol 078 | Dr. Ed Scolnick | 09/15/06 |
| | 1.0090 | 12/05/2001 | Memo Attaching Background Material of HHPAC 12-6-01 Meeting | Alise Reicin | 09/21/06 |
| | 1.0105 | 07/02/1996 | Updated MK-966 - Phase III Osteoarthritis Clinical Development Strategy | Briggs Morrison | 09/13/06 |
| | 1.0122 | 10/10/1996 | Research Management Committee No. 96-10 -- Blue Bell | Dr. Jerry Avorn | 09/13/06 |
| | 1.0124 | 01/28/2001 | Email from Edward Scolnick to Eve Slate Re: OPDRA Report vs. FOI | Dr. Ed Scolnick | 09/15/06 |
| | 1.0131 | 05/14/1999 | Email from Edward Scolnick to David W. Blois, et al. Re: VIOXX US Circular | Dr. Ed Scolnick | 09/15/06 |
| | 1.0132 | 03/09/2000 | Email from Edward Scolnick to Deborah Shapiro et al, Subject: vigor | Dr. Ed Scolnick | 09/15/06 |
| | 1.0133 | 03/13/2000 | Email from Alise Reicin to Edward Scolnick Re: An Article Stating the Potential Cardioprotective Effects of an NSAID | Dr. Ed Scolnick | 09/15/06 |
| | 1.0136 | 04/03/2000 | "Email from Alise Reicin to Deborah Shapiro, et al. Re: Update to thromboembolic CVD cases VIGOR" | Alise Reicin | 09/21/06 |
| | 1.0145 | 05/08/2000 | Email from Dixon to Edward Scolnick Re: Renal and CV issues for Vioxx | Dr. Ed Scolnick | 09/15/06 |
| | 1.0152 | 05/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx | Dr. Jerry Avorn | 09/13/06 |

**Smith v. Merck**
**Admitted Exhibits**

| Exhibit | Date | Description | Sponsor | Admitted |
|---|---|---|---|---|
| 1.0154 | 12/16/1999 | Letter from Spencer Salis to Ellen R. Westrick Re: Homemade Promotional Pieces | David W. Anstice | 09/12/06 |
| 1.0155 | 05/24/1999 | VIOXX Launch Meeting - Remarks of Anstice - Remarks to Representatives | David W. Anstice | 09/12/06 |
| 1.0156 | 02/25/1999 | Vioxx Product Release Meeting, Ray Gilmartin Dinner Speech, Mar 4, Talking Points | David W. Anstice | 09/12/06 |
| 1.0157 | 02/25/1999 | Gilmartin Dinner Speech Talking Points | David W. Anstice | 09/12/06 |
| 1.0158 | 12/06/2001 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX | Dr. Ed Scolnick | 09/15/06 |
| 1.0166 | 07/15/2002 | Long Range Operating Plan: 2002-2007 for Vioxx & Arcoxia | Alise Reicin | 09/21/06 |
| 1.0192 | 02/25/1999 | Vioxx AD Program Slide Set | Dr. Ed Scolnick | 09/15/06 |
| 1.0198 | 12/30/1997 | Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) Osteoarthritis Clinical Trials | Briggs Morrison | 09/13/06 |
| 1.0207 | 11/06/1996 | "Memo from Elliot Ehrich to Beth Seidenberg-Friedman, et al. Re: MK-966 Phase III Safety Monitoring" | Briggs Morrison | 09/13/06 |
| 1.0234 | | Original Label Submission For VIGOR | Dr. Ed Scolnick | 09/15/06 |
| 1.0235 | 02/01/2001 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database | Dr. Jerry Avorn | 09/13/06 |
| 1.0298 | 01/31/2001 | Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC | Dr. Ed Scolnick | 09/15/06 |
| 1.0300 | 04/09/2001 | Email from Edward Scolnick to Douglas Greene Re: VIGOR Approval Letter | Dr. Ed Scolnick | 09/15/06 |
| 1.0304 | 11/26/2001 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate | Dr. Ed Scolnick | 09/15/06 |
| 1.0305 | 02/25/2002 | Email from Edward Scolnick to Bonnie J. Goldmann Re: VIOXX Label | Dr. Ed Scolnick | 09/15/06 |
| 1.0309 | 03/22/2001 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD Safety Data - Imbalance in the number of deaths. | Dr. Ed Scolnick | 09/15/06 |
| 1.0340 | 04/21/2004 | Bulletin for Vioxx / Background and obstacle responses on retrospective observational analysis - / Solomon article No, COX 04-023 | Dr. Jerry Avorn | 09/13/06 |
| 1.0386 | 05/06/1998 | Scientific Advisors Meeting May 3 - May 6, 1988 Programmatic Review Vioxx Program | Dr. Jerry Avorn | 09/13/06 |
| 1.0463 | 11/01/1999 | Vioxx Label Nov. 99 | Dr. Jerry Avorn | 09/13/06 |
| 1.0466 | 04/01/2002 | Vioxx Label April 2002 | Dr. Jerry Avorn | 09/13/06 |
| 1.0473 | 02/17/1998 | Letter from Catella-Lawson and Garret FitzGerald to Briggs Morrison Re: MK 966 in the elderly | Briggs Morrison | 09/13/06 |
| 1.0474 | 10/06/2001 | Email from Briggs Morrison to Laura Demopoulos Re: Vioxx CV outcomes trial | Briggs Morrison | 09/13/06 |

**Smith v. Merck**
**Admitted Exhibits**

| Exhibit | Date | Description | Witness | Date Admitted |
|---|---|---|---|---|
| 1.0475 | 03/26/1998 | B. Morrison letter to F. Lawson re: Merck authors final version of manuscript | Briggs Morrison | 09/13/06 |
| 1.0498 | 04/13/2000 | Email from James Bolognese to Alise Reicin, et al. Re: RA and CV Mortality | Dr. Ed Scolnick | 09/15/06 |
| 1.0511 | 04/13/1998 | "Attachment #1, Dr. Alan Nies' writeup for meeting of Board of Scientific Advisors on" | Briggs Morrison | 09/13/06 |
| 1.0531 | 01/08/2001 | Letter from Robert Silverman to Jonca Bull Attaching IND 46,894: VIOXX (rofecoxib) | Dr. Ed Scolnick | 09/15/06 |
| 1.0541 | 05/26/2000 | Email from Margie McGlynn to Alise Reicin | Alise Reicin | 09/21/06 |
| 1.0542 | 03/21/2001 | Memo Re: Mk-0966 AD Progression Trail (Protocol #091) Imbalance in the Number of Deaths | Dr. Ed Scolnick | 09/15/06 |
| 1.0581 | 03/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | Jan Weiner | 09/19/06 |
| 1.0583 | 04/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | Jan Weiner | 09/19/06 |
| 1.1016 | 02/27/2002 | Email from Anna Espisito to Peter DiBattiste RE: VALOR Study | Alise Reicin | 09/21/06 |
| 1.1084 | 02/08/2001 | FDA Advisory Committee Briefing Document | David W. Anstice | 09/12/06 |
| 1.1091 | | Excerpts from the Merck Manual - 17th Edition | Dr. Ed Scolnick | 09/15/06 |
| 1.1098 | 11/08/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | Dr. Ed Scolnick | 09/15/06 |
| 1.1100 | | VIOXX Outcomes Study Potential Designs | Dr. Ed Scolnick | 09/15/06 |
| 1.1103 | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies | Dr. Ed Scolnick | 09/15/06 |
| 1.1104 | 10/09/2001 | "Email from Deborah Wolf to Briggs Morrison, re: CV outcome 'Total Cost - still HIGH'" | Briggs Morrison | 09/14/06 |
| 1.1106 | 03/28/2000 | Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR | Dr. Ed Scolnick | 09/15/06 |
| 1.1123 | | Protocol 201 (VIP) CSR | Dr. Lemuel Moye | 09/16/06 |
| 1.1135 | 07/12/2001 | US Long Range Operating Plan Franchise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib | Dr. Jerry Avorn | 09/13/06 |
| 1.1143 | 06/01/1998 | Email from Errol McKinney to Edward Scolnick regarding Celebra submission within 2 months - Schroders | Dr. Ed Scolnick | 09/15/06 |
| 1.1183 | 01/27/1998 | "Memo from Briggs Morrison to Beth Seidenberg, et al regarding Protocol 023 Manuscript" | Briggs Morrison | 09/13/06 |
| 1.1184 | 02/18/1998 | "Memo from Briggs Morrison to Alan Nies, et al regarding Manuscript for Protocol 023" | Briggs Morrison | 09/14/06 |
| 1.1223 | 03/06/2002 | Performance Review Form for Alise Reicin. | Alise Reicin | 09/21/06 |
| 1.1227 | | 2003 Year-End Review for Alise Reicin | Alise Reicin | 09/21/06 |

3

**Smith v. Merck**
**Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| 1.1231 | | Memo from Deborah Shapiro to Alise Reicin et al. Re: Cardiovascular Update - Vigor. | Pratt | 09/22/06 |
| 1.1246 | | VIGOR/RA SNDA Reviews: VIGOR SNDA Review 3/30/2001 | Dr. Lemuel Moye | 09/16/06 |
| 1.1313 | 03/23/2001 | GI Label Change for Vioxx. Public Affairs Plan" | Dr. Jerry Avorn | 09/13/06 |
| 1.1422 | 05/01/2005 | Curriculum Vitae of Eric Jeffrey Topol | Dr. Eric Topol | 09/19/06 |
| 1.1444 | 04/20/2001 | email from Reicin to Demopoulos re Follow up to Meeting | Dr. Eric Topol | 09/19/06 |
| 1.1468 | | Dr. Topol's Analysis CV Events in study 090 | Dr. Eric Topol | 09/19/06 |
| 1.1488 | | The Merck Code of Conduct; http://www.merck.com/about/conduct_print.html" | Tom Cannell | 09/18/06 |
| 1.1491 | | Slides from Presentation by Tom Cannell | Tom Cannell | 09/18/06 |
| 1.1492 | 06/05/2002 | Email from Cannell to Antonia Sisti | Tom Cannell | 09/18/06 |
| 1.1602 | 07/08/2001 | "Email from Briggs Morrison to Rhoda Sperling et al. Re: outline of CV safety review article """ | Briggs Morrison | 09/13/06 |
| 1.1603 | 07/11/2001 | Email from Briggs Morrison to Barry Gerts Re: African green monkey in CV Review article | Briggs Morrison | 09/14/06 |
| 1.1650 | 08/30/2000 | Letter to Dr. Robert Steinbrook from Dr. Claire Bombardier. (Manuscript No. 00-1401) | Alise Reicin | 09/21/06 |
| 1.1702 | 04/04/2001 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice (Anstice Deposition Exhibit #130) | David W. Anstice | 09/12/06 |
| 1.1734 | | "Drug Regulations: The Essentials, Medical Background" Merck Resource Document not to be used for detailing. (Ex 1 Blake depo 11/29/05) | Carol Blake | 09/18/06 |
| 1.1735 | | Merck Performance Review Form, Mary Elizabeth Basaman, (Blake) [Ex 2 Blake Deposition 11/29/05]" | Carol Blake | 09/18/06 |
| 1.1839 | | Background Information for Discussion of Further Studies to Evaluate Cardiovascular Profile of Rofecoxib (Morrison Deposition Exhibit #39) | Briggs Morrison | 09/13/06 |
| 1.1840 | | Letter from Unknown to Francesca (Morrison Deposition Exhibit #8) | Briggs Morrison | 09/13/06 |
| 1.1865 | 11/06/2001 | NDA 21-042/S-007 Vioxx NDA 21-052-S-004 Vioxx amendment to supplemental new drug application | Dr. Jerry Avorn | 09/13/06 |
| 1.1866 | 08/17/2001 | "Email from Briggs Morrison to Barry Gertz et. al. FW: FOR REVIEW [PEER]; 2001-ms-2470 (FULL PAPER) - DUE DATE MONDAY, 27 AUGUST 2001"" | Briggs Morrison | 09/14/06 |
| 1.1916 | 12/18/2004 | Interim Review of FDA Medical Officer | Dr. Jerry Avorn | 09/13/06 |
| 1.1935 | 01/09/2004 | DAP ( STUDY 203) | Alise Reicin | 09/22/06 |

**Smith v. Merck**
**Admitted Exhibits**

| Exhibit | Date | Description | Witness | Admitted |
|---|---|---|---|---|
| 1.2118 | | VIOXX-Excerpts from primary review of NDA 21-042-Osteoarthritis Vioxx NDA 21-042/21-052 | Dr. Jerry Avorn | 09/13/06 |
| 1.2389 | | "Quan email, 7/23/97, re Prot 023" | Briggs Morrison | 09/13/06 |
| 1.2390 | | "Morrison memo, 11/26/97, re 023 Database" | Briggs Morrison | 09/13/06 |
| 1.2533 | 02/09/1998 | Memo fr Pernick to MK-0966 Project team minutes for 1/12/98 | Briggs Morrison | 09/13/06 |
| 1.2543 | 02/02/1998 | Report by Watson  Final results of an analysis of the incidence of cardiovascular SAEs | Briggs Morrison | 09/13/06 |
| 1.2562 | | 1995-11-06.P1_2562 - MRL Employment Requisition Form for Briggs Morrison (MRK-AAA-0800000) | Briggs Morrison | 09/13/06 |
| 1.2722 | | Handwritten note between Dr. Braunstein and Brian Harvey (7/19/2006 Braunstein (Vol. II) Depo - Exhibit 24). | Dr. Ned Braunstein | 09/22/06 |
| 4.5001 | | Medical records of Alliance Laboratory Services. | Doctor Gary Sander | 09/18/06 |
| 4.5002 | | Medical records of Alliance Primary Care. | Garry Smith | 09/25/06 |
| 4.5003 | | Billing records of Alliance Primary Care (M. Gieske M.D.). | Garry Smith | 09/25/06 |
| 4.5007 | | Medical records of Dr. Daniel Courtade | Dr. Gary Sander | 09/18/06 |
| 4.5008 | | Billing record of Eastern Cinti OrthoOrthopaedic: Miller, Charles D. MD | Garry Smith | 09/25/06 |
| 4.5009 | | Medical records of Dr. Michael Grefer (Greater Cincinnati Orthopaedic Center) | Garry Smith | 09/25/06 |
| 4.5010 | | Additional medical records of Dr. Michael Grefer. | Garry Smith | 09/25/06 |
| 4.5011 | | Medical records of Hand Surgery Specialists: T. Greg Summerkamp, M.D. | Doctor Gary Sander | 09/18/06 |
| 4.5013 | | Medical records of Northern Kentucky University. | Garry Smith | 09/25/06 |
| 4.5014 | | Medical records of Patient First Physicians Group. | Garry Smith | 09/25/06 |
| 4.5015 | | Medical records of Patient First Physicians Group (Dr. Sanders). | Doctor Gary Sander | 09/18/06 |
| 4.5017 | | Medical records of St. Elizabeth Medical Center. | Doctor Gary Sander | 09/18/06 |
| 4.5018 | | Additional medical records of St. Elizabeth Group. | Garry Smith | 09/25/06 |
| 4.5019 | | Medical records of St. Elizabeth Medical Center (Radiology). | Garry Smith | 09/25/06 |
| 4.5020 | | Medical records of St. Lukes Hospital West. | Garry Smith | 09/25/06 |
| 4.5021 | | Pharmacy records of Wal-Mart | Doctor Gary Sander | 09/20/06 |
| 4.5023 | | Medical records of Northern Kentucky Heart, PSC | Garry Smith | 09/25/06 |
| 4.5024 | | Records of St. Luke Hospital West (Pathology) | Garry Smith | 09/25/06 |
| 4.5026 | | Billing records of North Kentucky Heart, P.S.C. | Garry Smith | 09/25/06 |
| 4.5028 | | Medical record of St. Luke Hospitals (1page). | Garry Smith | 09/25/06 |
| 4.5034 | | Additional medical records of Patient First Physicians Group. | Garry Smith | 09/25/06 |
| 4.6008 | | Local Climatological Data for September 2002 - February 2003. | Pratt | 09/22/06 |
| 5.0002 | | Curriculum Vitae for Jerry Avorn, M.D. | Dr. Jerry Avorn | 09/13/06 |

## Smith v. Merck
## Admitted Exhibits

| No. | Date | Description | Witness | Admitted |
|---|---|---|---|---|
| 5.0007 | | Curriculum Vitae and Expert Report of Lemuel Moye, III, M.D. | Dr. Lemuel Moye | 09/16/06 |
| 5.0051 | 04/01/2006 | Curriculum vitae of David Joseph Graham (Ex. 1 Graham 5/9/06 Depo) | Dr. David Graham | 09/22/06 |
| 5.5040 | | Curriculum Vitae of Michael A. Grefer (Exhibit 1 Grefer Depo 6/29/06) | Dr. Steve Grefer | 09/22/06 |
| 5.5057 | | Curriculum Vitae and Expert Report of Gary E. Sander M.D., PhD. | Doctor Gary Sander | 09/18/06 |
| 6.0001 | | 05/06/96 "Merck Study Personnel (MRK-AJ0005595) | Briggs Morrison | 09/13/06 |
| 6.0002 | | undated "Department 734-Pulmonary-Immunology Personnel Rahway (MRK-ABK0364360) | Briggs Morrison | 09/13/06 |
| 6.0003 | | 1997-08-01 (MRK-ABS0047174) Memo from Laura Jordan to Scolnick, Seidenberg, cc: Morrison | Briggs Morrison | 09/13/06 |
| 6.0004 | | 1996-03-22 (MRK-ABS0054903 (Meeting to Discuss AE Handling for Phase IIb-III Cox 2 Studies | Briggs Morrison | 09/13/06 |
| 6.0005 | | 1996-08-09 (MRK-ABS0054900 - AE Handling for COX-2 Program, Morrison attended | Briggs Morrison | 09/13/06 |
| 6.0006 | | 1995-10-28 - Clinical Investigator's Confidential Information Brochure, MK-0966, Highly Selective Cox-2 Inhibitor experience - Summary of Information | Briggs Morrison | 09/13/06 |
| 6.0007 | | 1996-09-28 (MRK-ABC0012752) - Consultants Meeting - Phase III Monitoring of GI Clinical Events: September 28, 1996 - Background Package. | Briggs Morrison | 09/13/06 |
| 6.0008 | | 1998-05-11 (MRK-NJ00064901) Protocol 004 - "A Two-Part, Double Blind, Placebo Controlled Study to Assess the Safety and Efficacy of Single Doses of MK-0966 in the Treatment of Post-Operative Dental Pain." Morrison is author. | Briggs Morrison | 09/13/06 |
| 6.0009 | | 1997-12-04 (MRK-ABK0281287) (Protocol 005) - "A Double Blind Placebo Controlled Study to Assess the Safety, Tolerability, Pharmacokinetics and Biochemical Selectivity of L-748,731 with Multiple Dose Administration to healthy Male Volunteers | Briggs Morrison | 09/13/06 |
| 6.0010 | | 1997-10-29 (MRK-ABS-135697) (Protocol 009): "A Double Blinded, Randomized, active and placebo controlled study to compare the effects of L-748,731, Ibuprofen and aspirin on the gastric and duodenal mucosa of healthy volunteers." | Briggs Morrison | 09/13/06 |
| 6.0011 | | 1996-11-05 (MRK-ABS0207786 - Emails re: Updated GI AE Case Definitions - Draft | Briggs Morrison | 09/13/06 |
| 6.0012 | | 1996-11-06 (MRK-ABS0270093 Memo from Morrison to Enrich re: Lab Monitoring SOP | Briggs Morrison | 09/13/06 |
| 6.0013 | | 1996-12-04 (MRK-ABK0296274 - COX-2 Project Team Minutes: 12-4-96 | Briggs Morrison | 09/13/06 |

**Smith v. Merck**
**Admitted Exhibits**

| | | | |
|---|---|---|---|
| 6.0014 | 1996-07-15 (MRK-AGO0002073) - COX II - 023 Sodium Excretion - Metadata Meeting | Briggs | 09/13/06 |
| 6.0015 | 1996-12-12 (MRK-ABC0005426) - Relationship of Hb/HCT to serum/albumin in MK-966 Phase II Studies | Briggs Morrison | 09/13/06 |
| 6.0016 | 1997-09-05 (MRK-ABK0281411 (A Double Blind Parallel Study to Investigate the Effect of MK-0966 on Oral Methotrexate Pharmacokinetics in Rheumatoid Arthritis Patients) (Protocol 011) | Briggs Morrison | 09/13/06 |
| 6.0017 | 1998-06-30 (MRK-AKO0022186) - Protocol 030 : "A Double Blind, Parallel Study to Investigate the Effect of 75 MG MK-0966 On Oral Methotrexate Pharmacokinetics in Rheumatoid Arthritis Patients." | Briggs Morrison | 09/13/06 |
| 6.0018 | 1997-11-19 (MRK-AKO0021158) (Protocol 013) "A Double Blind, Placebo Controlled, Crossover Study to Evaluate and Compare the Effects of Single Doses of MK-0966 and Indometahcin on Inulin Clearance and Other Parameters of Renal Function." | Briggs Morrison | 09/13/06 |
| 6.0019 | 1996-10-08 (MRK-ABC0027955 - Email re: 017 Extension) Enrich to Morrison and others | Briggs Morrison | 09/13/06 |
| 6.0020 | 1997/08/21 (MRK-NJ0257621) Memo from Brian Daniels to many, cc: Morrison, re: "Standard Queries for Patients Reporting Adverse Experiences of Edema or Hypertension." | Briggs Morrison | 09/13/06 |
| 6.0021 | 1996-05-14 (MRK-ABC0000534 - Taketo to Ford Hutchinson, Briggs name is on paper, re: Knock-Out Mice | Briggs Morrison | 09/13/06 |
| 6.0022 | 10-24-97 - Morrison 3 (MRK-NJ0051533/534) - Emails from Fitzgerald to Nies/Catella Lawson (10/24/97) | Briggs Morrison | 09/13/06 |
| 6.0023 | 1996-07-02 (MRK-ABF0003570) - MK-0966 Project Team Meeting July 2, 1996 | Briggs Morrison | 09/13/06 |
| 6.0024 | 1997-11-26 (MRK-AGO0002056); Frozen File Memo from Morrison to Wardle, re: 023 | Briggs Morrison | 09/13/06 |
| 6.0025 | 1998-02-02 (MRK-AOP0001443 Email from Morrison to Tanaka, re: GC/MS Analysis request | Briggs Morrison | 09/13/06 |
| 6.0026 | 1997-12-05 (MRK-NK0017199) Memo from Morrison to Catella-Lawson re: Abstract | Briggs Morrison | 09/13/06 |
| 6.0027 | 1997-12-29 (MRK-NJ0017231 Mrmo from Morrison to Nies & Spector re: Attached Abstract | Briggs Morrison | 09/13/06 |
| 6.0030 | 1998-04-09 (MRK-NJ0002792): Memo from Morrison to Rozdilsky | Briggs Morrison | 09/13/06 |
| 6.0031 | 1998-04-17 (MRK-NJ0017391): Memo from Morrison to Spector, Nies " Seidenberg | Briggs Morrison | 09/13/06 |

**Smith v. Merck**
**Admitted Exhibits**

| | | | |
|---|---|---|---|
| 6.0032 | 1998-04-17 (MRK-ABK0282226) (Protocol 023) "A Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate and Compare the Effects of L-748,731 (MK-0966), Indomethacin, and Placebo on Urinary Sodium Excretion and Other Parameters of Renal Function i | Briggs Morrison | 09/13/06 |
| 6.0033 | 1998-06-04 (MRK-AGO0001919: Email from Bolognese to Morrison re: 023 Protocol data | Briggs Morrison | 09/13/06 |
| 6.0034 | 1998-06-04 (MRK-NJ0002997) Memo from Morrison to Many, including Scolnick | Briggs Morrison | 09/13/06 |
| 6.0035 | 1998-06/26 (MRK-NJ0002946) Memo from Morrison to Catella-Lawson | Briggs Morrison | 09/13/06 |
| 6.0036 | 1998-07-13 (MRK-ABK0465139) (Memo from Catella-Lawson to Morrison, re: manuscript | | |
| 6.0037 | 1998-09-02 (MRK-NJ0014618) Memo from Morrison to Rozdilsky | Briggs Morrison | 09/13/06 |
| 6.0038 | 1998-09-02 (MRK-NJ0017324) Memo from Aymer to Morrison | Briggs Morrison | 09/13/06 |
| 6.0040 | 1998-09-30 (FITZG-002533) Email from Garret to Morrison | Briggs Morrison | 09/13/06 |
| 6.0041 | 1998-10-12 (FITZG-002532) Email from Catella Lawson to Morrison | Briggs Morrison | 09/13/06 |
| 6.0042 | 1998-10-12 (FITZG-002531) Email from Morrison to Catella-Lawson | Briggs Morrison | 09/13/06 |
| 6.0050 | 1998-01-22 (MRK-AFK0001205) (Protocol 029) "A Placebo-Controlled, Parallel-group, Double Blind Study to Assess Safety and Further Define the Clinically Effective Dose Range of MK-0966 in Patients with Osteoarthritis of the Knee or Hip" | Briggs Morrison | 09/13/06 |
| 6.0056 | 1998-09-17 (MRK-ADB0010514) - Protocol 033 - "A Placebo- and Active Comparator Controlled, Parallel-Group, 6-Week, Double Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of MK-0966 Versus Ibuprofen in Patients | Briggs Morrison | 09/13/06 |
| 6.0057 | 1998-06-24 (MRK-AOG0000655) Memo from Brian Daniels to Morrison and others re: Initial runs of the Integrated Summary of Safety Tables for the Vioxx Osteoarthritis Population." | Briggs Morrison | 09/13/06 |
| 6.0058 | 1998-09-16 (MRK-ABC0015053) - Protocol 034 "An Active Comparator Controlled, Parallel Group, 1-year, Double Blind Study, Conducted Under In-House Blinding Conditions to Assess the Safety and Efficacy of MK-0966 versus Diclofenac Sodium in Patients with O | Briggs Morrison | 09/13/06 |
| 6.0059 | 1998-08-13 (RMK-AK00024147) (Protocol 035) "An Active-Comparator-Controlled, Parallel-Group, 1-Year, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of MK-0966 Versus Diclofenac Sodium in Patients with O | Briggs Morrison | 09/13/06 |

8

## Smith v. Merck
### Admitted Exhibits

| Exhibit | Date | Description | Witness | Admitted |
|---|---|---|---|---|
| 6.0060 | | 1998-10-16 (MRK-ABS0023862) (Protocol 044) "A Multicenter, Randomized, Parallel Group, Active and Placebo Controlled, Double Blind Study Conducted Under In House Binding Conditions to Determine the Incidence of Gastroduodenal Ulceration After 12 weeks of T | Briggs Morrison | 09/13/06 |
| 6.0061 | | 1998-10-21 (MRK-ABS0148334) (Protocol 045) - "A Multicenter, randomized, Parallel Group, Actie and Placebo Controlled, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Determine the Incidence of Gastroduodenal Ulceration after 12 weeks | Briggs Morrison | 09/13/06 |
| 6.0062 | 09/28/2001 | Email to Briggs Morrison dated 9/28/2001; Subject: CV Outcomes Study. | Briggs Morrison | 09/13/06 |
| 6.0064 | 10/18/2001 | Email dated 10/18/2001 in response to a string of emails about CV Outcomes Trials. | Briggs Morrison | 09/13/06 |
| 6.0065 | | Email from Briggs Morrison; re: Somebody approved at some level the Vioxx CV Outcomes Trial. | Briggs Morrison | 09/13/06 |
| 6.0067 | | Email to Briggs Morrison from ed Scolick. | Briggs Morrison | 09/13/06 |
| 6.0068 | | Clinical Study Report for Protocol 06H Part Two - This is the Extension to the Rheumatoid Arthritis trials. | Briggs Morrison | 09/13/06 |
| 6.0069 | | Clinical Study Report for 097. | Briggs Morrison | 09/14/06 |
| 6.0070 | | Protocol 098 and 103. | Briggs Morrison | 09/14/06 |
| 6.0071 | | Clinical Study Report for 097. | Briggs Morrison | 09/14/06 |
| 6.0075 | | Email from Briggs Morrison to Cheryl Russo, July 2001, re: a CV and Meta-Analysis and Safety Review Article. | Briggs Morrison | 09/14/06 |
| 6.0079 | 12/22/1999 | Memo from Weinblatt to DSMB members, re: "Cardiovascular Safety Analysis of VIGOR - Unblinded Minutes." | Briggs Morrison | 09/14/06 |
| 7.0001 | 03/09/2005 | Email from Reicin to Huang | Alise Reicin | 09/21/06 |
| 7.0002 | 10/06/2004 | Email from Reicin to Wainwright re People for Media Training | Alise Reicin | 09/21/06 |
| 7.0009 | 11/24/1997 | Memo from Reicin to Olson and others re Letter of Intent Agreement | Alise Reicin | 09/21/06 |
| 7.0010 | 03/25/1999 | Memo from Seidenberg and Reicin to HHPAC re Additional 1999 Vigor Project Resources | Alise Reicin | 09/21/06 |
| 7.0040 | 10/12/2004 | Email from Reicin to Konstam | Alise Reicin | 09/21/06 |
| 7.0046 | | Distribution List for USHH Advisory Board Members | Alise Reicin | 09/21/06 |
| 7.0047 | 10/05/2004 | Email from Horgan to Reicin re New England Journal - VIOXX this week | Alise Reicin | 09/21/06 |
| 7.0050 | 08/26/2004 | Memo from Kim Burke Hamilton to WWPA VIOXX re D.J. Graham press | Alise Reicin | 09/21/06 |
| 7.0057 | 09/09/2004 | Memo from Reicin to Melian re Update Request | Alise Reicin | 09/22/06 |
| 7.0059 | 09/15/2004 | Memo from Reicin to Honig re FDA Request | Alise Reicin | 09/22/06 |
| 7.0062 | 09/2004 | Letter To Whom It May Concern from Reicin | Alise Reicin | 09/21/06 |
| 7.0079 | 01/31/2005 | Email from Reicin to Lines | Alise Reicin | 09/21/06 |
| 7.0084 | 01/05/2005 | Email from Reicin to Bolognese re Update of CV events in VIP | Alise Reicin | 09/21/06 |

**Smith v. Merck**
**Admitted Exhibits**

| | Date | Description | Admit Witness | Admit Date |
|---|---|---|---|---|
| 7.0087 | 07/20/2005 | Email from Reicin to Boice re Response from Murray Selwyn | Alise Reicin | 09/21/06 |
| 7.0089 | 09/01/2004 | Email from Reicin to Gertz re Kaiser Permanente Coverage | Alise Reicin | 09/21/06 |
| 7.0094 | 10/15/2001 | Memo from Gould to Silverman re Vioxx draft label (DX 241) | Alise Reicin | 09/21/06 |
| 7.0105 | 01/11/2005 | Memo from Richard Pasternak to Alise Reicin re ACC Meeting Invite | Alise Reicin | 09/21/06 |
| 7.0106 | 01/31/2001 | Letter with attachments | Alise Reicin | 09/21/06 |
| 7.0111 | 04/26/2001 | Email from Alise S. Reicin to Laura A. Demopoulos | Alise Reicin | 09/21/06 |
| Anstice Ex. No. 166 | | "Table of All Deaths and/or Confirmed Adjudicated Serious Thromboembolic As from VIGOR" - introduced as a Table reflecting the mortality data from Vigor | David W. Anstice | 09/12/06 |
| Avorn Ex. 17 | 08/28/2001 | Memo from Doug Watson to Santanello, Cannuscio et al RE recent abstracts | Dr. Jerry Avorn | 09/13/06 |
| Avorn Ex. 18 | 09/17/2001 | Email from Cannuscio to Solomon and Avorn RE interest in COXIB study | Dr. Jerry Avorn | 09/13/06 |
| Avorn Ex. 27 | 04/28/2003 | Email from Solomon to Cannuscio RE: ACR Abstract | Dr. Jerry Avorn | 09/13/06 |
| Avorn Ex. 28 | | ACR 2003 | Dr. Jerry Avorn | 09/13/06 |
| Avorn Ex. 33 | 02/08/2001 | FDA Advisory Committee Briefing Document | Dr. Jerry Avorn | 09/13/06 |
| Avorn Ex. 54 | 10/01/2003 | Fax of Letter to Solomon faxed Cannuscio from Solomon RE: MS# JOC31797, THE RELATIONSHIP BETWEEN SELECTIVE COX-2 INHIBITORS AND ACUTE MYOCARDIAL INFARCTION | Dr. Jerry Avorn | 09/13/06 |
| DEFENDANT'S EXHIBITS | | | | |
| DX | Date | Description | Admit Witness | Admit Date |
| DX 0013 | 11/21/1996 | Memorandum from T. Musliner to B. Friedman, et al. | Reicin, Alise | 09/20/2006 |
| DX 0015 | 1/16/1997 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | Morrison, Briggs | 09/14/2006 |
| DX 0022 | 8/11/2004 | Harvey E-mail re cox-2 ispe poster | Graham, David (via Deposition) | 09/22/2006 |
| DX 0030 | 6/8/1998 | Minutes from May VIOXX project team | Morrison, Briggs | 09/14/2006 |
| DX 0040 | 10/26/1998 | 'E. Clinical Safety Vioxx Clinical Documentation | Morrison, Briggs | 09/14/2006 |
| DX 0043-2 | 11/23/1998 | Letter from Merck to FDA re NDA 21-042 | Morrison, Briggs | 09/14/2006 |
| DX 0043-670 | 10/26/1998 | Excerpts of Integrated Safety Study | Morrison, Briggs | 09/14/2006 |
| DX 0073 | 5/20/1999 | Letter from FDA to MRL re: NDA 21-042 | Morrison, Briggs | 09/14/2006 |
| DX 0082 | 8/12/2004 | Hertz E-mail re cox-2 ispe poster | Graham, David (via Deposition) | 09/22/2006 |
| DX 0114 | 3/22/2000 | E-mail from Reicin to Scolnick et al. | Reicin, Alise | 09/20/2006 |
| DX 0116 | 3/23/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | Reicin, Alise | 9/20/2006 |

## Smith v. Merck
### Admitted Exhibits

| Exhibit | Date | Description | Witness | Date Admitted |
|---|---|---|---|---|
| DX 0136 | 5/18/2000 | Letter to Robert Utiger from Claire Bombardier | Reicin, Alise | 9/20/2006 |
| DX 0145 | 6/29/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | Reicin, Alise | 9/20/2006 |
| DX 0155 | 10/13/2000 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | Scolnick, Edward (via Deposition) | 9/20/2006 |
| DX 0186 | 2/4/2001 | Email from Harry Guess to Rhodes, Watson, et al. | Reicin, Alise | 9/15/2006 |
| DX 0196 | 3/2/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) | Reicin, Alise | 9/20/2006 |
| DX 0236 | 10/1/2001 | Amendment to Supplemental New Drug Application NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID No. 9456 | Reicin, Alise | 9/21/2006 |
| DX 0244 | 11/7/2001 | Email from E. Scolnick to A. Reicin | Scolnick, Edward (via Deposition) | 9/15/06 |
| DX 0268 | 3/12/2002 | Memorandum to file -- NDA 21-042/S007 (rofecoxib) | Moye, Lemuel | 9/16/2006 |
| DX 0277 | 4/11/2002 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | Reicin, Alise | 9/20/2006 |
| DX 0319 | 3/22/2004 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | Moye, Lemuel | 9/16/006 |
| DX 0321 | 3/26/2004 | Letter from FDA to Merck | Reicin, Alise | 9/20/2006 |
| DX 0338 | 4/6/2005 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 | Graham, David (via Deposition) | 9/22/2006 |
| DX 0353 | 1/4/2001 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | Reicin, Alise | 9/20/2006 |
| DX 0357 | 4/20/2001 | Email from Laura Demopoulos to Peter M. DiBattiste re: Followup to Meeting with Eric Topol | Reicin, Alise | 9/20/2006 |
| DX 0358 | 6/20/2001 | Email from Peter DiBattiste to Eric Topol re: Risk of Cardiovascular Events Associated with Cox-2 | Topol, Eric (via Deposition) | 9/22/2006 |
| DX 0359 | 1/2/2002 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. | Reicin, Alise | 9/21/2006 |
| DX 0361 | 2/7/2000 | Letter from Reicin to Weinblatt | Reicin, Alise | 9/20/2006 |
| DX 0373 | 5/2/2001 | Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation by Deepak Bhatt and Eric Topol | Topol, Eric (via Deposition) | 9/20/2006 |
| DX 0376 | 6/22/2001 | Email from Eric Topol to Peter DiBattiste re Meeting with Steve Nissen | | 9/22/06 |

**Smith v. Merck**
**Admitted Exhibits**

| DX 0426 | 8/11/2004 | Seligman E-mail re cox-2 ispe poster | Graham, David (via Deposition) | 9/22/2006 |
|---|---|---|---|---|
| DX 0434 | 4/30/2001 | Email from Laura Demopolous to Eric Topol re: His JAMA Manuscript | Topol, Eric (via Deposition) | 9/22/2006 |
| DX 0436 | 5/3/2001 | Email from Peter DiBattiste to Laura Demopolous re: COX-2 inhibitors in ACS | Reicin, Alise | 9/20/2006 |
| DX 0470 | 10/25/2004 | E-mail from Marlene Goormastic to Eric Topol RE: Help on stats | Topol, Eric (via Deposition) | 9/22/2006 |
| DX 0474 | 11/8/2004 | E-mail from L. Villalba to L. Lemley and J. Woodcock | Topol, Eric (via Deposition) | 9/22/2006 |
| DX 0913 | 8/30/2004 | Trontell E-mail re Vioxx/Merck update Monday August 30 | Graham, David (via Deposition) | 9/22/2006 |
| DX 0917 | 10/29/2004 | Review of reports of FDA/Kaiser Vioxx study: Questions about Inconsistencies and Bias | Graham, David (via Deposition) | 9/22/2006 |
| DX 0942 | 10/23/2004 | Cheetham E-mail re Recoding Vioxx | Graham, David (via Deposition) | 9/22/2006 |
| DX 0946 | 10/22/2004 | Graham E-mail re cox-2 manuscript | Graham, David (via Deposition) | 9/22/2006 |
| DX 0962 | 00/00/0000 | Letter re new drug application | Scolnick, Edward (via Deposition) | 9/15/2006 |
| DX 2012 | 6/28/2006 | Medical records from Hand Surgery Specialists of Northern Kentucky | Smith, Robert | 9/20/2006 |
| DX 2016 | Various | Records from Northern Kentucky University | Smith, Robert | 9/20/2006 |
| DX 2016A | Various | Excerpts of medical records from Northern Kentucky University | Smith, Robert | 9/20/2006 |
| DX 2022 | Various | Medical records provided by St. Luke Hospital West | Smith, Robert | 9/20/2006 |
| DX 2022A | Various | Excerpts of medical records from St. Luke Hospital West | Smith, Robert | 9/20/2006 |
| DX 2023 | 00/00/0000 | Medical records of St. Elizabeth Medical Center | Smith, Robert | 9/20/2006 |
| DX 2023A | Various | Excerpts of medical records from St. Elizabeth Medical Center | Smith, Robert | 9/20/2006 |
| DX 2087 | 12/9/2005 | Plaintiff Profile Form | Smith, Robert | 9/20/2006 |
| DX 2100 | 04/00/2002 | Patient information about VIOXX | Smith, Robert | 9/20/2006 |
| DX 2101 | 04/00/2002 | VIOXX Package Insert | Morrison, Briggs | 9/14/2006 |
| DX 2106 | 2/27/2003 | St. Elizabeth Medical Center's Discharge Summary of Robert G. Smith | Smith, Robert | 9/20/2006 |
| DX 2106A | 2/27/2003 | Excerpts of St. Elizabeth Medical Center's Discharge Summary of Robert G. Smith | Smith, Robert | 9/20/2006 |
| DX 2115 | 6/15/2006 | Amended Plaintiff Profile Form with handwritten notes (signed) | Smith, Robert | 9/20/2006 |
| DX 2118 | Various | Dr. Courtade's medical records, reports, and letters regarding Robert G. Smith | Courtade, Daniel (via Deposition) | 9/24/2006 |
| DX 2119 | 8/00/05 | American Lung Association brochure entitled, "Controlling Your Risk Factors" | Courtade, Daniel (via Deposition) | 9/24/2006 |

**Smith v. Merck**
**Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| DX 2120 | 2/17/2003 | Dr. Courtade's cardiac procedure note | Courtade, Daniel (via Deposition) | 9/24/2006 |
| DX 2121 | Various | Various medical records and reports from Dr. Courtade | Courtade, Daniel (via Deposition) | 9/24/2006 |
| DX 2122 | Various | Various lab results from Dr. Courtade | Courtade, Daniel (via Deposition) | 9/24/2006 |
| DX 2123 | 9/26/2000 | Dr. Sommerkamp's notes on consultation of Robert G. Smith | Courtade, Daniel (via Deposition) | 9/24/2006 |
| DX 2125 | Various | Dr. Grefer / Dr. Heis medical notes from consultations with Robert G. Smith | Grefer, Michael (via Deposition) | 9/22/2006 |
| DX 2126 | Various | Dr. Grefer Continuation Sheet and doctor notes regarding Robert G. Smith | Grefer, Michael (via Deposition) | 9/22/2006 |
| DX 2127 | 04/00/2002 | VIOXX Package insert | Grefer, Michael (via Deposition) | 9/22/2006 |
| DX 2129 | 9/11/2002 | Patient History Form of Robert G. Smith from Dr. Grefer | Smith, Robert | 9/20/2006 |
| DX 2130 | 6/5/2002 | Letter to Grefer re reprint of VIGOR | Grefer, Michael (via Deposition) | 9/22/2006 |
| DX 2138A | 7/17/2006 | Curriculum Vitae of Janet Arrowsmith-Lowe | Arrowsmith-Lowe | 9/21/2006 |
| DX 2159 | 00/00/0000 | Hilton-Davis medical records | Smith, Robert | 9/20/2006 |
| DX 2159A | 00/00/0000 | Excerpts of Hilton-David medical records | Smith, Robert | 9/20/2006 |
| DX 2162 | 2/9/1998 | Vioxx Project team minutes | Morrison, Briggs | 9/14/2006 |
| DX 2163 | 1/19/2002 | FDA ltr re IND 46,894 | Reicin, Alise | 9/20/2006 |
| DX 2174 | 12/21/2001 | Fax to FDA re proposed draft label change | Reicin, Alise | 9/21/2006 |
| DX 2175 | 00/00/0000 | Craig Pratt curriculum vitae | Pratt, Craig | 9/22/2006 |
| DX 3014 | 2/10/1999 | Memo from J. Hoepfel to F. Arnegers and L. Moye re: response to NEJM needed. | Moye, Lemuel | 9/16/2006 |
| DX 3124 | 10/24/1997 | Letter from Catella-Lawson to Beth Seidenberg re Briggs Morrison | Morrison, Briggs | 9/14/2006 |
| DX 3557 | 1/24/2006 | 21 CFR 201 | Arrowsmith-Lowe | 9/25/2006 |
| DX 3621 | 9/5/2005 | Minnie D. Smith Certificate of Death at St. Luke Hospital West | Smith, Robert | 9/20/2006 |
| DX 3636 | 1/26/2005 | IND 59,222: Vioxx (rofecoxib) - General Correspondence (Cardiovascular Safety Report for APPROVe) | Moye, Lemuel | 9/16/2006 |
| 1.0430 | 12/22/1999 | Memo from Michael Weinblatt to David Bjorkman, et al. re: Cardiovascular Safety Analysis of VIGOR - Unblinded Minutes | Reicin, Alise | 9/20/2006 |
| 1.0538 | 2/27/1997 | MK-0966 Draft GI Clinical Outcomes Study | Reicin, Alise | 9/20/2006 |