09/19/2006

*MDL 1657  05-4379-L*

*PLAINTIFF*

**Smith v. Merck:**
**Admitted Exhibits  –  PLAINTIFF**

| Plaintiff's Exhibits | | | | |
|---|---|---|---|---|
| Exhibit no. | Doc. date | Description | Admitted | Admit Date |
| | | ANSTICE EXHIBITS | | |
| 1.0008 | | CV Card | | |
| 1.0062 | 04/28/2000 | Bulletin for Vioxx, New Resource: Cardiovascular Card | 9-13-06 | 9-13-06 |
| 1.0154 | 12/16/1999 | Letter from Spencer Salis to Ellen R. Westrick Re: Homemade Promotional Pieces | | 9-13-06 |
| 1.0155 | 05/24/1999 | VIOXX Launch Meeting - Remarks of Anstice - Remarks to Representatives | | 9-13-06 |
| 1.0156 | 02/25/1999 | Vioxx Product Release Meeting, Ray Gilmartin Dinner Speech, Mar 4, Talking Points | | 9-13-06 |
| 1.0157 | 02/25/1999 | Gilmartin Dinner Speech Talking Points | | 9-13-06 |
| 1.1084 | 02/08/2001 | FDA Advisory Committee Briefing Document | | 9-13-06 |
| 1.1702 | 04/04/2001 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice (Anstice Deposition Exhibit #130) | | 9-13-06 |
| Anstice Ex. 166 | | "Table of All Deaths and/or Confirmed Adjudicated Serious Thromboembolic As from VIGOR" - introduced as a Table reflecting the mortality data from Vigor | | 9-13-06 |

Page 1

MDL-1657   05-4379-L

**Smith v. Merck:**
**Admitted Exhibits ~ Plaintiff**

| Plaintiff's Exhibits / Exhibit_no | Doc_date | Description | Admitted | Admit Date |
|---|---|---|---|---|
| | | AVORN EXHIBITS | | |
| 1.0017 | 1.0/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | | 9-13-06 |
| 1.0118 | 04/12/2000 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality | Avorn 9/13/2006 | 9-13-06 |
| 1.0122 | 10/10/1996 | Research Management Committee No. 96-10 – Blue Bell | Avorn 9/13/2006 | 9-13-06 |
| 1.0152 | 05/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx | Avorn 9/13/2006 | 9-13-06 |
| 1.0235 | 02/01/2001 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database | Avorn 9/13/2006 | 9-13-06 |
| 1.0340 | 04/21/2004 | Bulletin for Vioxx / Background and obstacle responses on retrospective observational analysis - J Solomon article No. COX 04-023 | Avorn 9/13/2006 | 9-13-06 |
| 1.0386 | 05/06/1998 | Scientific Advisors Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program | Avorn 9/13/2006 | 9-13-06 |
| 1.0463 | 11/01/1999 | Vioxx Label Nov 99 | Avorn 9/13/2006 | 9-13-06 |
| 1.0466 | 04/01/2002 | Vioxx Label April 2002 | Avorn 9/13/2006 | 9-13-06 |
| 1.1135 | 07/12/2001 | US Long Range Operating Plan Franchise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib | Avorn 9/13/2006 | 9-13-06 |
| 1.1313 | 03/23/2001 | GI Label Change for Vioxx, "Public Affairs Plan" | Avorn 9/13/2006 | 9-13-06 |
| 1.1865 | 11/06/2001 | NDA 21-042/S-007 Vioxx NDA 21-052-S-004 Vioxx amendment to supplemental new drug application | Avorn 9/13/2006 | 9-13-06 |
| 1.1916 | 12/18/2004 | Interim Review of FDA Medical Officer | Avorn 9/13/2006 | 9-13-06 |
| 1.2118 | | VIOXX-Excerpts from primary review of NDA 21-042-Osteoarthritis Vioxx NDA 21-042/21-052 | Avorn 9/13/2006 | 9-13-06 |
| 5.0002 | | Curriculum Vitae for Jerry Avorn, M.D. | Avorn 9/13/2006 | 9-13-06 |
| Avorn Ex. 17 | 8/28/01 | Memo from Doug Watson to Santanello, Cannuscio et al RE recent abstracts | Avorn Ex. 17 | 9-13-06 |
| Avorn Ex. 18 | 9/17/01 | Email from Cannuscio to Solomon and Avorn RE interest in COXIB study | Avorn Ex. 18 | 9-13-06 |
| Avorn Ex. 27 | 04/28/2003 | Email from Solomon to Cannuscio RE: ACR Abstract | Avorn Ex. 27 | 9-13-06 |
| Avorn Ex. 28 | | ACR 2003 | Avorn Ex. 28 | 9-13-06 |
| Avorn Ex. 29 | 04/05/2004 | Email from Santanello to Solomon RE: Thank you for your time | Avorn Ex. 29 | 9-13-06 |
| Avorn Ex. 54 | 10/01/2003 | Fax of Letter to Solomon faxed Cannuscio from Solomon RE: MS# JOC31797, THE RELATIONSHIP BETWEEN SELECTIVE COX-2 INHIBITORS AND ACUTE MYOCARDIAL INFARCTION | Avorn Ex. 54 | 9-13-06 |
| Avorn Ex. 33 | 02/08/2001 | FDA Advisory Committee Briefing Document | Avorn Ex. 33 | 9-13-06 |

09/14/2006

MDL 1657   05-4379-L

**Smith v. Merck:**
**Admitted Exhibits — PLAINTIFF**

| Plaintiff's Exhibits Exhibit no | Doc date | Description | Admitted | Admit Date |
|---|---|---|---|---|
| | | BLAKE | | |
| | | | | |
| 1.1328 | | Excerpt from "Drug Regulations: The Essentials, Medical Background" | | 9-18-06 |
| 1.1735 | | Merck Performance Review Form, Mary Elizabeth Basaman, (Blake) [Ex 2 Blake Deposition 11/29/05]" | | 9-18-06 |
| 1.1734 | | "Drug Regulations: The Essentials, Medical Background" Merck Resource Document not to be used for detailing (Ex 1 Blake depo 11/29/05] | | 9-18-06 |

**Smith v. Merck:**
**Admitted Exhibits** — PLAINTIFF

09/16/2006

| Plaintiff's Exhibits | Exhibit_no | Doc_data | Description | Admitted | Admit Date |
|---|---|---|---|---|---|
| | 1.2722 | | BRAUNSTIEN | | |
| | | | Handwritten note between Dr. Braunstein and Brian Harvey (7/19/2006 Braunstein (Vol. II) Depo - Exhibit 24) | | 9-22-06 |

09/16/2006

MDL 1657   05-4379-L

**Smith v. Merck:**
**Admitted Exhibits — PLAiNTiFF**

Page 5

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| | | CANNELL | | | |
| Exhibit no. | Doc. date | Description | | Admitted | Admit Date |
| 1.1488 | | The Merck Code of Conduct, http://www.merck.com/about/conduct_print.html" | | | 9-18-06 |
| 1.1491 | | Slides from Presentation by Tom Cannell | | | 9-18-06 |
| 1.1492 | 06/05/2002 | Email from Cannell to Antonia Sisti | | | 9-18-06 |

MDL 1657   05-4374 L

**Smith v. Merck:**
**Admitted Exhibits — PLAINTIFF**

| Plaintiff's Exhibits | | | | |
|---|---|---|---|---|
| | GRAHAM | | | |
| Exhibit_no. | Doc_date | Description | Admitted | Admit Date |
| 5.0051 | 04/01/2006 | Curriculum vitae of David Joseph Graham (Ex. 1 Graham 5/9/06 Depo) | | |
| 5.5047 | | Rofecoxib Diagnosis and treatment : What went wrong? Can we avoid? (Ex. 3 Graham 5/9/06 Depo) | ely-Sutterd | 9-22-06 |

09/19/2006

MDL 1657  05-4379-L

**Smith v. Merck:**
**Admitted Exhibits  ~ PLAINTIFF**

| Plaintiff's Exhibits | | | | |
|---|---|---|---|---|
| | | GREFER | | |
| | | | | |
| Exhibit no. | Doc. date | Description | Admitted | Admit Date |
| 5.5040 | | Curriculum Vitae of Michael A. Grefer (Exhibit 1 Grefer Depo 6/29/06) | | |
| 5.5025 | | Rep Contacts in Date Order | | |
| 4.6032 | | Grefer Call Notes | | |
| 1.0006 | | Warning Letter | ely - Stretalmet | 9-22-06 |
| 1.2731 | 07/05/2000 | Expression of Concern | | |

Page 1 of 1

7

Smith v. Merck

*(handwritten)* MDL 1657 - 05-4379-L

| Plaintiffs Exhibits WB Exhibit Number | Doc Date | BRIGGS MORRISON — Description | Admitted |
|---|---|---|---|
| 1.0004 | 02/26/1997 | "Email from Brian F. Daniels to Thomas Simon, et al, Re: GI Outcomes Trial Protocol" | 9-14-06 |
| 1.0041 | 12/31/1998 | Merck 1998 Annual Report | 9-13-06 |
| 1.0042 | 12/31/1999 | Merck 1999 Annual Report - "Vioxx: Our biggest, fastest, and best launch ever" | 9-13-06 |
| 1.0105 | 07/02/1996 | Updated MK-966 - Phase III Osteoarthritis Clinical Development Strategy | 9-13-06 |
| 1.0198 | 12/30/1997 | Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) Osteoarthritis Clinical Trials | 9-13-06 |
| 1.0207 | 11/06/1996 | "Memo from Elliot Ehrich to Beth Seidenberg-Friedman, et al, Re: MK-966 Phase III Safety Monitoring" | 9-13-06 |
| 1.0386 | 05/06/1998 | "Scientific Advisors Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program" | 9-13-06 |
| 1.0473 | 02/17/1998 | Letter from Catella-Lawson and Garret FitzGerald to Briggs Morrison Re: MK 966 in the elderly | 9-13-06 |
| 1.0474 | 10/06/2001 | Email from Briggs Morrison to Laura Demopoulos Re: Vioxx CV outcomes trial | 9-13-06 |
| 1.0475 | 03/26/1998 | B. Morrison letter to F. Lawson re: Merck authors final version of manuscript | 9-13-06 |
| 1.0511 | 04/13/1998 | "Attachment #1, Dr. Alan Nies' writeup for meeting of Board of Scientific Advisors on" | 9-13-06 |
| 1.0613 | 12/05/2002 | Press Release, Merck Announces 3.40 to 3.47 Dollars Consolidated Earnings Per Share Range for 2003 Guidance Reaffirms Double Digit EPS Growth in Core Pharmaceuticals Business | |
| 1.0713 | 10/20/1997 | "Memo from Briggs Morrison to Beth Seidenberg, et al. discussing Protocol 023 data" | 9-13-06 |
| 1.1104 | 10/09/2001 | "Email from Deborah Wolf to Briggs Morrison, re: CV outcome Total Cost - still HIGH" | 9-13-06 |
| 1.1183 | 01/27/1998 | "Memo from Briggs Morrison to Beth Seidenberg, et al regarding Protocol 023 Manuscript" | 9-13-06 |
| 1.1184 | 02/18/1998 | "Memo from Briggs Morrison to Alan Nies, et al regarding Manuscript for Protocol 023" | 9-13-06 |
| 1.1602 | 07/08/2001 | "Email from Briggs Morrison to Rhoda Sperling et al., Re: outline of CV safety review article" | 9-14-06 |
| 1.1839 | | Background Information for Discussion of Further Studies to Evaluate Cardiovascular Profile of Rofecoxib (Morrison Deposition Exhibit #39) | |
| 1.1840 | | Letter from Unknown to Francesca (Morrison Deposition Exhibit #8) | |
| 1.1866 | 08/17/2001 | "Email from Briggs Morrison to Barry Gertz et al. FW: FOR REVIEW [PEER]: 2001-ms-2470 (FULL PAPER) - DUE DATE MONDAY, 27 AUGUST 2001'"" | |
| 1.2389 | | "Quan email, 7/23/97, re Prot 023" | 9-13-06 |
| 1.2390 | | "Morrison memo, 11/26/97, re 023 Database" | 9-13-06 |
| 1.2533 | 2/9/98 | Memo fr Pemrick to MK-0966 Project team members, Subject: MK-0966 Project team minutes for 1/12/98 | 9-13-06 |
| 1.2543 | 2/2/98 | Report by Watson Final results of an analysis of the incidence of cardiovascular SAEs | 9-13-06 |
| 1.2562 | | 1995-11-06.P1_2562 - MRL Employment Requisition Form for Briggs Morrison (MRK-AAA-0800000) | 9-13-06 |
| 6.0001 | 05/06/96 | "Merck Study Personnel (MRK-AJJ0005595) | 9-13-06 |
| 6.0002 | undated | "Department Personnel 734-Pulmonary-Immunology Personnel Rahway (MRK-ABK0364360) | 9-13-06 |
| 6.0003 | 08-01-1997 | (MRK-ABS0047174) Memo from Laura Jordan to Scolnick, Seidenberg, cc: Morrison | 9-13-06 |
| 6.0004 | 1996-03-22 | (MRK-ABS0054903 (Meeting to Discuss AE Handling for Phase IIb-III Cox-2 Studies | 9-13-06 |
| 6.0005 | 1996-08-09 | (MRK-ABS0054900 - AE Handling for COX-2 Program, Morrison attended | 9-13-06 |
| 6.0006 | 1995-10-28 | Clinical Investigator's Confidential Information Brochure, MK-0966, Highly Selective Cox-2 Inhibitor experience - Summary of Information | 9-13-06 |
| 6.0007 | | 1996-09-28 (MRK-ABC0012752) - Consultants Meeting - Phase III Monitoring of GI Clinical Events: September 28, 1996 - Background Package. | 9-13-06 |

Briggs    Morrison

**Smith v. Merck**

| No. | Description | Date |
|---|---|---|
| 6.0008 | 1998-05-11 (MRK-NJ0006490) Protocol 004 "A Two-Part, Double Blind, Placebo Controlled Study to Assess the Safety and Efficacy of Single Doses of MK-0966 in the Treatment of Post-Operative Dental Pain." Morrison is author. | 9-13-06 |
| 6.0009 | 1997-12-04 (MRK-ABK0281267) (Protocol 005) "A Double Blin,d Placebo Controlled Study to Assess the Safety, Tolerability, Pharmacokinetics and Biochemical Selectivity of L-748,731 with Multiple Dose Administration to healthy Male Volunteers | 9-13-06 |
| 6.0010 | 1997-10-29 (MRK-ABS-1356971) (Protocol 009) "A Double Blinded, Randomized, active and placebo controlled study to compare the effects of L-748,731, ibuprofen and aspirin on the gastric and duodenal mucosa of healthy volunteers." | 9-13-06 |
| 6.0011 | 1996-11-05 (MRK-ABS0207786 - Emails re: Updated GI AE Case Definitions - Draft | 9-13-06 |
| 6.0012 | 1996-11-06 (MRK-ABS0270093 Memo from Morrison to Ehrich re: Lab Monitoring SOP | 9-13-06 |
| 6.0013 | 1996-12-04 (MRK-ABK0296274 - COX-2 Project Team Minutes: 12-4-96 | 9-13-06 |
| 6.0014 | 1996-07-15 (MRK-AG0000207J) - COX II - 023 Sodium Excretion - Metadata Meeting | 9-13-06 |
| 6.0015 | 1996-12-12 (MRK-ABC0005426) - Relationship of Hb/HCT to serum/albumin in MK-966 Phase II Studies | 9-13-06 |
| 6.0016 | 1997-09-05 (MRK-ABK0281411 (A Double Blind Parallel Study to Investigate the Effect of MK-0966 on Oral Methotrexate Pharmacokinetics in Rheumatoid Arthritis Patients) (Protocol 011) | 9-13-06 |
| 6.0017 | 1998-06-30 (MRK-AK00022186) - Protocol 030 : "A Double Blind, Parallel Study to Investigate the Effect of 75 MG MK-0966 On Oral Methotrexate Pharmacokinetics in Rheumatoid Arthritis Patients." | 9-13-06 |
| 6.0018 | 1997-11-19 (MRK-AK00021158) (Protocol 013) "A Double Blind, Placebo Controlled, Crossover Study to Evaluate and Compare the Effects of Single Doses of MK-0966 and Indomethacin on Inulin Clearance and Other Parameters of Renal Function." | 9-13-06 |
| 6.0019 | 1996-10-08 (MRK-ABC0027955 - Email re: 017 Extension) Ehrich to Morrison and others | 9-13-06 |
| 6.0020 | 1997/08/21 (MRK-NJ0257621) Memo from Brian Daniels to many, cc: Morrison, re: "Standard Queries for Patients Reporting Adverse Experiences of Edema or Hypertension." | 9-13-06 |
| 6.0021 | 1996-05-14 (MRK-ABC0000534 - Taketo to Ford Hutchinson, Briggs name is on paper, re: Knock-Out Mice | 9-13-06 |
| 6.0022 | 10-24-97 - Morrison 3 (MRK-NJ0051533/534) - Emails from Fitzgerald to Nies/Catella Lawson (10/24/97) | 9-13-06 |
| 6.0023 | 1996-07-02 (MRK-ABF0003570) - MK-0966 Project Team Meeting July 2, 1996 | 9-13-06 |
| 6.0024 | 1997-11-26 (MRK-AGO0002056)- Frozen File Memo from Morrison to Wardle, re: 023 | 9-13-06 |
| 6.0025 | 1998-02-02 (MRK-AQP0001443 Memo from Morrison to Tanaka, re: GC/MS Analysis request | 9-13-06 |
| 6.0026 | 1997-12-05 (MRK-NK0017199) Memo from Morrison to Catella-Lawson re: Abstract | 9-13-06 |
| 6.0027 | 1997-12-29 (MRK-NJ017231 Mmo from Morrison to Nies & Spector re: Attached Abstract | 9-13-06 |
| 6.0030 | 1998-04-09 (MRK-NJ0002792)- Memo from Morrison to Rozdilsky | 9-13-06 |
| 6.0031 | 1998-04-17 (MRK-NJ0017391)- Memo from Morrison to Spector, Nies * Seidenberg | 9-13-06 |
| 6.0032 | 1998-04-17 (MRK-ABK0282226) (Protocol 023) "A Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate and Compare the Effects of L-748,731 (MK-0966), Indomethacin, and Placebo on Urinary Sodium Excretion and Other Parameters of Renal Function i | 9-13-06 |
| 6.0033 | 1998-06-04 (MRK-AGO0001919- Email from Bolognese to Morrison re: 023 Protocol data | 9-13-06 |
| 6.0034 | 1998-06-04 (MRK-NJ0002997) Memo from Morrison to Many, including Scolnick | 9-13-06 |
| 6.0035 | 1998-06/26 (MRK-NJ002946) Memo from Morrison to Catella-Lawson | 9-13-06 |
| 6.0036 | 1998-07-13 (MRK-ABK0465139) (Memo from Catella-Lawson to Morrison, re: manuscript | 9-13-06 |
| 6.0037 | 1998-09-02 (MRK-NJ0014618) Memo from Morrison to Rozdilsky | 9-13-06 |

**Smith v. Merck**

Briggs Morrison

| No. | Description | Date |
|---|---|---|
| 6.0038 | 1998-09-02 (MRK-NJ0017324) Memo from Aymer to Morrison | 9-13-06 |
| 6.0040 | 1998-09-30 (FITZG-002633) Email from Garret to Morrison | 9-13-06 |
| 6.0041 | 1998-10-12 (FITZG-002632) Email from Catella Lawson to Morrison | 9-13-06 |
| 6.0042 | 1998-10-12 (FITZG-002631) Email from Morrison to Catella-Lawson | 9-13-06 |
| 6.0050 | 1998-01-22 (MRK-AFK0001205) (Protocol 029) "A Placebo-Controlled, Parallel-group, Double Blind Study to Assess Safety and Further Define the Clinically Effective Dose Range of MK-0966 in Patients with Osteoarthritis of the Knee or Hip" | 9-13-06 |
| 6.0056 | 1998-09-17 (MRK-ADB0010514) - Protocol 033 - "A Placebo- and Active Comparator Controlled, Parallel-Group, 6-Week, Double Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of MK-0966 Versus Ibuprofen in Patients | 9-13-06 |
| 6.0057 | 1998-06-24 (MRK-AOG00000655) Memo from Brian Daniels to Morrison and others re: Initial runs of the Integrated Summary of Safety Tables for the Vioxx Osteoarthritis Population." | 9-14-06 |
| ★ 6.0058 | 1998-09-16 (MRK-ABC001505³) - Protocol 034 - "An Active Comparator Controlled Parallel Group, 1yr double blind Study Conducted Under In-House Blinding Conditions to Assess the Safety and Efficacy of MK-0966 versus Diclofenac Sodium in Patients w.O | 9-13-06 |
| 6.0059 | 1998-08-13 (MRK-AKO0024147) (Protocol 035) "An Active-Comparator-Controlled, Parallel-Group, 1-Year, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of MK-0966 Versus Diclofenac Sodium in Patients with O | 9-13-06 |
| 6.0060 | 1998-10-16 (MRK-ABS0023662) (Protocol 044) "A Multicenter, Randomized, Parallel Group, Active and Placebo Controlled, Double Blind Study Conducted Under In House Binding Conditions to Determine the Incidence of Gastroduodenal Ulceration After 12 weeks of T | 9-13-06 |
| 6.0061 | 1998-10-21 (MRK-ABS0148334) (Protocol 045) - "A Multicenter, randomized, Parallel Group, Actie and Placebo Controlled, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Determine the Incidence of Gastroduodenal Ulceration after 12 weeks | 9-13-06 |
| 6.0062 | Email to Briggs Morrison dated 9/28/2001; Subject: CV Outcomes Study. | 9-14-06 |
| 6.0064 | Email dated 10/18/2001 in response to a string of emails about CV Outcomes Trials. | 9-14-06 |
| 6.0065 | Email from Briggs Morrison; re: Somebody approved at some level the Vioxx CV Outcomes Trial. | 9-14-06 |
| 6.0067 | Email to Briggs Morrison from ed Scolick. | 9-14-06 |
| 6.0068 | Clinical Study Report for Protocol 06H Part Two - This is the Extension to the Rheumatoid Arthritis trials. | 9-14-06 |
| 6.0069 | Clinical Study Report for 097. | 9-14-06 |
| 6.0070 | Protocol 098 and 103. | 9-14-06 |
| 6.0071 | Clinical Study Report for 097. | 9-14-06 |
| 6.0072 | Alzheimer's Trials Mortality Data | 9-14-06 |
| 6.0075 | Email from Briggs Morrison to Cheryl Russo, July 2001, re: a CV and Meta-Analysis and Safety Review Article | 9-14-06 |
| 1.1603 | E-mail fr. Briggs Morrison to Barry Gertz 7-11-2001 | 9-14-06 |

MDL 1657   05-4379-L

**Smith v. Merck:**
**Admitted Exhibits — Plaintiff**

09/20/2006

Page 1 of 1

11

| Plaintiff's Exhibits | | | | |
|---|---|---|---|---|
| **Exhibit no.** | **Doc. date** | **Description** | **Admitted** | **Admit Date** |
| | | Lemuel Moye, III, M.D. | | |
| 5.0007 | | Curriculum Vitae and Expert Report of Lemuel Moye, III, M.D. | Prev. | 9-8-06 |
| 1.0235 | | "Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database" | Admitted Avorn 9/3 | |
| 1.1123 | | Protocol 201 (VIP) CSR | | 9-16-06 |
| 1.1246 | | VIGOR/RA SNDA Reviews: VIGOR SNDA Review 3/30/2001 | | 9-16-06 |
| | | | | |
| | | | | |
| | | | | |

09/22/2006

**Smith v. Merck:**
**Admitted Exhibits**

MDL 1657    05-4379-L

| Plaintiff's Exhibits | Exhibit_no | Doc_date | Description | PRATT | Admitted | Admit Date |
|---|---|---|---|---|---|---|
| | 4.6008 | | Local Climatological Data for September 2002 - February 2003. | | | 9-22-06 |
| | 1.1231 | 7-5-2000 | Memo fr. Deborah Shapiro to Alise Reicin Re: Cardiovascular Update - Vigor | | | 9-22-06 |

Smith v. Merck

*(handwritten: MDL 1657    05-4379-L)*

| Plaintiffs Exhibits WB Exhibit Number | Doc Date | Begin bates | End bates | Description | Admitted |
|---|---|---|---|---|---|
| 1.0004 | 02/26/1997 | MRK-NJ03158932 | MRK-NJ03158934 | "Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol" | |
| 1.0006 | 09/17/2001 | MRK-ABA00032277 | MRK-ABA00032284 | Warning letter from Thomas Abrams to Raymond Gilmartin | |
| 1.0012 | 04/03/2000 | MRK-ABK03020277 | MRK-ABK03020277 | Email from Patrono to Laurenzi-preliminary VIGOR data | |
| 1.0014 | 02/01/2005 | MRK-AFK0190650 | MRK-AFK0190650 | J. Ng email re: Preliminary VICTOR CV counts | |
| 1.0037 | 04/21/2000 | MRK-AAF0002787 | MRK-AAF0002788 | Fax from Sandra Cook to Eric Floyd Re: Any Possible Protective Cardiovascular Benefit from Vioxx | |
| 1.0132 | 03/09/2000 | MRK-ABH0016219 | MRK-ABH0016219 | Email from Edward Scolnick to Deborah Shapiro et al: Subject: vigor | |
| 1.0136 | 04/03/2000 | MRK-ABH0017846 | MRK-ABH0017847 | "Email from Alise Reicin to Deborah Shapiro, et al; Re: Update to thromboembolic CVD cases VIGOR" | 9-21-06 |
| 1.0168 | 04/03/2000 | MRK-ABK0489433 | MRK-ABK0489434 | Email from Carlo Patrono to Martino Laurenzi re: CV Issue | |
| 1.0239 | 06/09/2002 | MRK-ABX0042064 | MRK-ABX0042064 | Email from Edward Scolnick to Peter S. Kim Re: RA Study of Celebrex vs. Naproxen | |
| 1.0255 | 05/01/2001 | MRK-ABY0030000 | MRK-ABY0030030 | "Memo from Joshua Chen to Raymond Bain Re: MK-0966 AD Program Mortality Analysis for Protocol 091, 078, & 126" | |
| 1.0401 | 01/31/2001 | MRK-AFI0010255 | MRK-AFI0010255 | National Thought Leader Summary VIGOR Study | |
| 1.0430 | 12/22/1999 | MRK-AFL0000899 | MRK-AFL0000903 | "Memo from Michael Weinblatt to David Bjorkman, et al; Re: Cardiovascular Safety Analysis of VIGOR - Unblinded Minutes" | |
| 1.0498 | 04/12/2000 | MRK-NJ011906 | MRK-NJ011906 | Reicin emails re RA and CV Mortality, Scolnick Agony memo | 9-21-06 |
| 1.0541 | 05/25/2000 | MRK-NJ0320174 | MRK-NJ0320177 | Email from Margie McGlynn to Alise Reicin | 9-21-06 |
| 1.0583 | 04/28/2000 | MRK-PRL0000122 | MRK-PRL0000123 | "Merck News Release ""Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx""" | |
| 1.0650 | | | | Form 4 for Raymond V. Gilmartin | |
| 1.1016 | 02/27/2002 | MRK-ABA0025859 | MRK-ABA0025860 | Email from Anna Espisito to Peter DiBattiste RE: VALOR Study | 9-21-06 |
| 1.1020 | 03/22/2002 | MRK-ABA0026855 | MRK-ABA0026855 | Memorandum to Medical Research Associates subject VALOR Trial | |
| 1.1034 | 03/16/2005 | MRK-S04200513001 | MRK-S04200513131 | "MRL Abbreviated Clinical Study Report: A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with Rofecoxib (MK-0966) on the Recurrence of Neoplastic Pol" | |
| 1.1084 | 02/08/2001 | MRK-ABW0000581 | MRK-ABW0000607 | FDA Advisory Committee Briefing Document | |
| 1.1114 | 02/18/2005 | MRK-PUBLIC0001692 | MRK-PUBLIC0002133 | Joint Meeting of the Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee, Volume III | |
| 1.1123 | | MRK-I8940096392 | MRK-I8940096445 | Protocol 201 (VIP) CSR | |
| 1.1193 | 12/20/2004 | | | NIH Press Release - Use of Non-Steroidal Anti-Inflammatory Drugs Suspended in Large Alzheimer's Disease Prevention Trial | |
| 1.1223 | 03/06/2002 | MRK-AAD0800032 | MRK-AAD0800032 | Performance Review Form for Alise Reicin | 9-21-06 |
| 1.1227 | | MRK-AAD0800069 | MRK-AAD0800079 | 2003 Year-End Review for Alise Reicin | 9-21-06 |
| 1.1231 | 07/05/2000 | MRK-NJ0071320 | MRK-NJ0071332 | Memo from Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update - VIGOR | |
| 1.1234 | 07/12/2001 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 | 9-21-06 |

REICIN

## Smith v. Merck

| No. | Date | MRK No. | MRK No. | Description |
|---|---|---|---|---|
| 7.0005 | 10/06/2004 | MRK-AAD0359273 | MRK-AAD0359276 | Email from Reicin to Horgan re Vioxx - VIGOR steroids follow-up questions |
| 7.0006 | 10/14/2004 | MRK-AAD0359694 | | Email from Wall Street Journal |
| 7.0007 | 04/30/1997 | MRK-ABC0017675 | | Email from Martinez (WSJ) to Plohorous re Steroids |
| 7.0008 | 04/08/1997 | MRK-NJ0245465 | | Memo from Reicin to Seinberg re April 7th Meeting with Bombardier |
| 7.0009 | 11/24/1997 | MRK-NJ0245401 | | MRL Memo from Reicin to Bombardier |
| 7.0010 | 03/25/1999 | MRK-ABL0000587 | | Memo from Reicin to Olson and others re Letter of Intent Agreement |
| 7.0011 | 10/25/2004 | MRK-AFV0345163 | MRK-AFV0345165 | Memo from Seidenberg and Reicin to HHPAC re Additional 1999 Vigor Project Resources |
| 7.0012 | 01/19/2000 | MRK-NJ0245749 | | Email from Patrick Davish to Alise Reicin re URGENT Response to WSJ re VIGOR allegations |
| 7.0013 | 03/06/2000 | MRK-NJ0243151 | | NOTICE OF RELEASE of Vigor Article |
| 7.0014 | 03/09/2000 | MRK-NJ0246456 | | Memo from Reicin to Scolnick and others re Confidentiality Agreement |
| 7.0015 | 03/09/2000 | MRK-NJ0246390 | | Memo from Bombardier, Laine and Reicin to others re draft VIGOR manuscript |
| 7.0016 | 03/24/2000 | JDN011773 | | Return memo from Art Weaver |
| 7.0017 | 10/11/2004 | MRK-AFN0046052 | | Memo from Alise Reicin to Bombardier and others |
| 7.0018 | 04/15/2000 | MRK-ABT0000639 | | Email from Reicin to Horgan re Quick Question on APPROVe/VICTOR/VIP - APPROVE post-VIGOR charges |
| 7.0019 | 09/26/2000 | MRK-NJ0070477 | | Memo from Reicin to Scolnick re background materials for 4/18/00 |
| 7.0020 | 11/2000 | | | Memo from Reicin to Day and others re NEJM article |
| 7.0021 | 02/07/2000 | MRK-ABH0019523 | | Bombardier, New England Journal of Medicine (Nov. 2000;23:343(21):1520-8 |
| 7.0022 | 02/04/2003 | MRK-ADM00114437 | | Email from Morrison to Scolnick |
| 7.0023 | 10/10/2004 | MRK-AAD0154093 | | Memo from Reicin re Oregon - Analysis of VIGOR Safety Study |
| 7.0024 | 10/11/2004 | MRK-AAD0359438 | MRK-AAD0359439 | Email from Reicin to Boice re CV data |
| 7.0025 | 11/22/2004 | MRK-AAD0416278 | | Email from Reicin to Boice re CV data |
| 7.0026 | 11/22/2004 | MRK-AAD0416279 | | Email from Reicin to Braunstein re "Q re: VIGOR" |
| 7.0027 | 01/12/2005 | MRK-AHC0022015 | | Email from Reicin to Ric Day re: "Q re: VIGOR" |
| 7.0028 | 01/13/2005 | MRK-AAD0418147 | | Email from Reicin to Horgan re "Approve Manuscript Update" |
| 7.0029 | 01/12/2005 | MRK-AAD0418139 | | Email from Reicin to Yamo re teleconference |
| 7.0030 | 01/12/2005 | MRK-AAD0421179 | | Email from Reicin to Kashuba re Original VIGOR manuscript submitted to NEJM |
| 7.0031 | 01/13/2006 | MRK-AAD0516012 | | Email from Reicin to Bombardier |
| 7.0032 | 01/16/2006 | MRK-AAD0516018 | MRK-AAD0516019 | Email from Reicin to Mehta re Response to NEJM |
| 7.0033 | 01/19/2006 | MRK-AFS026382 | MRK-AFS026384 | Memo from Reicin to Bombardier to NEJM |
| 7.0034 | 02/06/2006 | MRK-AFS031609 | MRK-AFS031612 | Kim and Reicin's response entitled: "Discontinuation of Vioxx" |
| 7.0035 | 03/04/2005 | MRK-AAD0497970 | | "Response to Expression of Concern Regarding VIGOR Study" |
| 7.0036 | 10/03/2004 | MRK-AAC0152621 | | Memo re Vioxx MCI paper |
| 7.0037 | 10/06/2004 | MRK-AAD0359390 | MRK-AAD0359291 | Email from Reicin to Gertz |
| 7.0038 | 10/11/2004 | MRK-AFK0143558 | | Email from Reicin to Larsen re NEJM Early Release of Respective Articles on Rofecoxib |
| 7.0039 | 10/11/2004 | MRK-AFK0143609 | | Email from Horgan to Reicin |
| 7.0040 | 10/12/2004 | MRK-AAD0359583 | MRK-AAD0359585 | Email from Reicin to Hirsch re Publication of Interim CV Data |

15

9-21-06

Reicin

## Smith v. Merck

| No. | Date | Bates | Bates 2 | Description | Notes |
|---|---|---|---|---|---|
| 7.0041 | 10/14/2004 | MRK-AAD0358801 | | Email from Reicin to Kim | |
| 7.0042 | 10/20/2004 | MRK-AAC0157237 | MRK-AAC0157238 | Email from Reicin to Ross | |
| 7.0043 | 10/20/2004 | MRK-AFJ0010720 | | Email from Reicin to Ross | |
| 7.0044 | 01/09/2005 | MRK-AAD0418098 | | Email from Reicin re Combined (1)B2 DOC | |
| 7.0045 | 09/08/2004 | MRK-AAD0289578 | | Memo from Reicin to Gertz re NiCCOX Press Release | |
| 7.0046 | | MRK-ADB0054245 | | Distribution List for USHH Advisory Board Members | |
| 7.0047 | 10/05/2004 | MRK-AAD0359067 | | Email from Horgan to Reicin re New England Journal - VIOXX this week | 9-21-06 |
| 7.0048 | 01/13/2005 | MRK-AAD0418148 | | Email from Reicin to Einhorn re International COX-2 Study Group | 9-21-06 |
| 7.0049 | 01/25/2005 | MRK-AAD0418260 | | Email from Reicin to Einhorn re Avorn-Solomon editorial re CV Safety of coxibs-today's Archives of Int Med--FYI | |
| 7.0050 | 08/26/2004 | MRK-AAD0289527528 | | Memo from Kim Burke Hamilton to WWPA VIOXX re D.J. Graham press | 9-21-06 |
| 7.0051 | 03/03/2005 | MRK-AFK0227524 | MRK-AFK0227525 | Email from Reicin to Van Adelsberg re commentary by Felix Arellano | |
| 7.0052 | 09/01/2004 | MRK-AAD0289510 | | Memo from Reicin to Zaller re Mitchell-IC School of Medicine | |
| 7.0053 | 09/01/2004 | MRK-AAD0289507 | | re ISPE studies | |
| 7.0054 | 09/07/2004 | MRK-AAD0289526 | MRK-AAD0289528 | Memo from Reicin to White re Dr. D.J. Graham. Standby Statement/ISPC | |
| 7.0055 | 09/07/2004 | MRK-AAD0289601 | | Memo from Reicin to Ogden re "AT $6B a Year, Are Cox-2 Painkillers Worth It?" | |
| 7.0056 | 09/08/2004 | MRK-AAD0289578 | | Memo from Reicin to Gertz re NiCOX Press Release | |
| 7.0057 | 09/09/2004 | MRK-GAR0017249 | | Memo from Reicin to Mellan re Update Request | |
| 7.0058 | 09/15/2004 | MRK-GAR0017251 | | Memo from Reicin to Einhorn re Rofecoxib 6-month PSUR for Review | 9-22-06 |
| 7.0059 | 09/15/2004 | MRK-AAD0290403 | MRK-AAD0290404 | Memo from Reicin to Honig re FDA Request | 9-21-06 |
| 7.0060 | 09/23/2004 | MRK-AAD0290452 | | Email from Reicin to Morrison re MRL Aug Operating Report | |
| 7.0061 | 09/26/2004 | MRK-AID0006344 | | Email from Stoner to Reicin and others re CONFIDENTIAL Meeting - 9/26/04 - 8:00 - 10:00 | 9-21-06 |
| 7.0062 | 09/2004 | MRK-ACV0036164 | | Letter To Whom It May Concern from Reicin | 9-21-06 |
| 7.0063 | 10/03/2004 | MRK-AAD0358902 | | Email from Reicin to Einhorn re "Add'l WSJ and NYT Stories." | |
| 7.0064 | 10/03/2004 | MRK-AAD0358677 | | Email from Reicin to Salzmann re Vioxx | |
| 7.0065 | 10/14/2004 | MRK-AAD0359793 | MRK-AAD0359794 | Email from Reicin to Heydemann | |
| 7.0066 | 10/12/2004 | MRK-AAD0359795 | | Email from Santanello to Reicin re Epi Draft Q&A on Epidemiology Studies | |
| 7.0067 | 10/17/2004 | MRK-AAD0358889 | | Email from Reicin to Einhorn re FINAL Communications Guidance for All ACR Attendees | |
| 7.0068 | 10/27/2004 | MRK-AAD0418867 | MRK-AAD0418867 | Email from Reicin to Her Group re Vioxx Morale | |
| 7.0069 | 01/09/2005 | MRK-AAD0418105 | MRK-AAD0418106 | Email from Reicin to Van Adelsberg | |
| 7.0070 | 02/01/2005 | MRK-AFV0298204 | | Email from Reicin to Korn re New rofecoxib epi study-did we know all about this? | |
| 7.0071 | 04/12/2005 | MRK-AAD0504304 | MRK-AAD0504305 | Email from Reicin to Ric Day re CVD events in your 2000 Archieves in Int. Med. Paper | |
| 7.0072 | 04/18/2005 | MRK-AAD0504511 | | Email re Decision memo - Analysis and recommendations for Agency Action - COX-2 - Selective and Non-Selective NSAIDs | |
| 7.0073 | 04/22/2005 | MRK-AAD0500012 | | Email from Reicin to CIA@NorthAmerican re Forbes.com - Pharmaceuticals Behind Bextra's Fall | |
| 7.0074 | 05/11/2005 | MRK-AAD0510503 | | Email from Reicin to Cordell re Action Management | |

_ReiciN_

**Smith v. Merck**

| Exhibit No. | Date | Bates Begin | Bates End | Description | Admitted |
|---|---|---|---|---|---|
| 7.0075 | 10/11/2004 | MRK-AFN0040052 | | Email from Reicin to Horgan re Quick Question on APPROVe/VICTOR/VIP - APPROVE post-VIGOR charges | |
| 7.0076 | 10/15/2004 | MRK-AAD0359815 | | Email from Reicin to Hirsch re NEJM Vioxx Topol | |
| 7.0077 | 10/15/2004 | MRK-AAD0358819 | | Email from Reicin to Bertrand re Merck's missing Vioxx study - Inquiry from Forbes | |
| 7.0078 | 10/11/2004 | MRK-AFS0024926 | | Email from Reicin to Bain | |
| 7.0079 | 01/31/2005 | MRK-AHD0075681 | MRK-AHD0075683 | Email from Reicin to Lines | 9-21-06 |
| 7.0080 | 01/05/2005 | MRK-AAD0417649 | | Email from Reicin to Braunstein re Question from Barbara Martinez at theWall Street Journal | |
| 7.0081 | 10/19/2004 | MRK-AAD0409689 | | Email from Reicin to Question from Marv Konstam | |
| 7.0082 | 01/05/2005 | MRK-AAD0417675 | | Email from Shank-Samiec to Reicin re Question from Marv Konstam | |
| 7.0083 | 03/03/2005 | MRK-AFN-131389 | | Email from Reicin to McMahon re Question from Barbara Martinez at the Wall Street Journal | |
| 7.0084 | 01/05/2005 | MRK-AAD0417651 | | Email from Reicin to Van Adelsberg re Preliminary Data Discussed this Afternoon | 9-21-06 |
| 7.0085 | 02/03/2005 | MRK-ALJ0056019 | | Email & Follow up on comments for APPROVe a CSR | |
| 7.0086 | 09/30/2005 | MRK-AAD0513600 | | Memo from Reicin to Kashuba re VICTOR memo | |
| 7.0087 | 07/20/2005 | MRK-AAD0507604 | | Email from Reicin to Boice re Response from Murray Selwyn | 9-21-06 |
| 7.0088 | 07/10/2005 | MRK-AAD0506515 | | Email from Reicin to Plump | |
| 7.0089 | 09/01/2004 | MRK-AAD0289463 | | Email from Reicin to Gertz re Kaiser Permanente Coverage | |
| 7.0090 | 09/29/2004 | MRK-AAD0360013 | | Email from Reicin to Korn | 9-21-06 |
| 7.0091 | 12/26/2004 | MRK-AAD0417182 | MRK-AAD0417183 | Email from Reicin to Gertz re URGENT NIH stops trial w/an increase in CV and cerebrovascular events on naproxen compared with on placebo | |
| 7.0092 | 12/23/2004 | | | U.S. Food and Drug Administration website printouts, dated December 23, 2004 | |
| 7.0094 | 10/15/2001 | MRK-AAF0004389 | | Memo from Gould to Silverman re Vioxx draft label (DX 241) | |
| 7.0095 | 04/20/2001 | MRK-ABA0009274 | | Email from Topol to Reicin (DX 357) | 9-21-06 |
| 7.0096 | 02/07/2000 | MRK-AAX0002761 | AAX0002766 | Letter from Reicin to Weinblatt (DX 361) | |
| 7.0097 | 01/24/2000 | MRK-AAB0599566 | MRK-AAB0599568 | Email to Reicin from Capzzi re Clean File: VIGOR adjudicated CV events analysis procedures | |
| 7.0098 | 01/24/2000 | MRK-AAB0000518 | | Letter from Dr. Weinblatt to Reicin | |
| 7.0099 | 07/17/2000 | MRK-ABS0361865 | | Letter from Bombardier to Kaplan, Associate Editor of NEJM (Reviewer Notes on VIGOR article) (DX 416) | |
| 7.0100 | 05/03/2001 | MRK-AAZ0001594 | | Email from Deepak to Reicin re COX-2 Inhibitors in ACS - CONFIDENTIAL | |
| 7.0101 | 02/04/2001 | MRK-ACT0009918 | | Email from Scolnick to Reicin re a word of praise | 9-21-06 |
| 7.0103 | 03/23/2000 | MRK-ABH0017550 | | Memo from Reicin re Steering Committee Conference (DX 114 | |
| 7.0104 | 08/03/2000 | MRK-0042021830 | | Letter from FDA to Merck, prior approval supplement (DX 148) | |
| 7.0105 | 01/11/2005 | MRK-NJ0265619 | | Email from Richard Pasternak to Alise Reicin re ACC Meeting Invite | 9-21-06 |
| 7.0106 | 01/11/2005 | MRK-NJ0265656 | | Letter with attachments | 9-21-06 |
| 7.1001 | 10/31/2004 | | | (NEJM) "Coxibs and Cardiovascular Disease" | 9-21-06 |
| 7.1002 | 10/21/2004 | | | May, 1999 - Protocol 090, 1999-11-18 | |
| 7.1003 | 03/23/2000 | NJ02466455 | NJ02466480 | Ric Day Comments | |
| 7.1004 | 03/17/2000 | MRK-NJ0121195 | MRK-NJ0121196 | Emails from Barr to Reicin and others re One More Longshot | |

17

Reicin

**Smith v. Merck**

| Exhibit | Date | Bates | Description |
|---|---|---|---|
| 7.1005 | 03/27/2000 | | News Release (Weiner 78) - "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
| 7.1006 | 05/18/2000 | MRK-ERN0252799 MRK-ERN0252800 | Letter from study authors (including Reicin) to Robert Utiger, Deputy Editor of New England Journal of Medicine (DX |
| 7.1007 | 07/17/2000 | MRK-ABS0361865 | Letter from Bombardier to Kaplan, Associate Editor of NEJM (Reviewer Notes on VIGOR article) (DX 416) |
| 7.1008 | 10/2000 | | FDA Proposal of Label, includes CV Language in Warnings Section |
| 7.1009 | 10/2000 | | Shapiro analysis |
| 7.1010 | 01/18/2001 | MRK-01420019521 MRK-01420019527 | Merck request for an agency meeting, Reicin is an MRL attendee (525) |
| 7.1011 | 04/26/2001 | | Reicin workover of Topol paper |
| 7.1012 | 08/21/2001 | | Demopoulos Video Release Play in Jan Weiner's Video |
| 7.1013 | 2006 | | Tanne (2006) NEJM stands by its criticism of VIOXX study, BMJ, 2006 Mar. 4;332(7540):505. |
| 7.1014 | 07/07/2000 | MRK-AF0031373 | (Protocol 097) "An Active-Comparator and Placebo-Controlled, Parallel-Group, Double-Blinc, 52-Week Study to Assess the Safety and Efficacy of 25 and 50 mg MK-0966 Daily in Rheumatoid Arthritis Patients (Part I)" |
| 7.1015 | 12/13/2000 | MRK-ABD0-17753 | (Protocol 068, Part II) "A 2-Part, Double-Blind, Randomized Multicenter, Parallel Group, 52-Week Study to Assess the Safety and Tolerability and to Further Define the Clinically Effective Dose Range of Rofecoxib in Patients with Rheumatoid Arthritis (Part |
| 7.1016 | 12/21/2000 | MRK-NJ0183619 | (Protocol 098/103) "A Multicenter, randomized, Parallel Group, Active and Placebo-Controlled, Double Blind Study Conducted Under In-House Blinding Conditions to Determine the Incidence of Gastroduodenal Ulcers in Patients with Rheumatoid Arthritis After 1 |
| 7.1017 | 03/29/2001 | MRK-ACD0105817 | (Protocol 102C) (ADVANTAGE study) "Assessment of Differences between Vioxx and Naproxen to Ascertain Gastrointestinal tolerability and Effectiveness" - "A Double Blind, Multicenter Study to Evaluate the Tolerability and Effectiveness of Rofecoxib (MK-096 |
| 7.1018 | 02/27/2002 | MRK-ACD095334 | (Protocol 096, Part II) "An Active Comparator and Placebo-Controlled, Parallel-Group, Double-Blind, 52 Week Study to Assess the Safety and Efficacy of MK-0966 in Rheumatoid Arthritis Patients (Part II)" |

18

Smith v. Merck

Reicin

Reicin

| Plaintiffs Exhibits WB Exhibit Number | Doc Date | Begin bates | End bates | Description | Admitted |
|---|---|---|---|---|---|
| 1.0017 | 10/18/2000 | MRK-NJ0070364 | MRK-NJ0070416 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | 9-21-06 |
| 1.0166 | 07/15/2002 | MRK-ABI0011027 | MRK-ABI0011081 | Long Range Operating Plan: 2002-2007 for Vioxx & Arcoxia | 9-21-06 |
| 1.0090 | 12/05/2001 | MRK-AAX0003153 | MRK-AAX0003227 | Memo Attaching Background Material of HHPAC 12-6-01 Meeting | 9-21-06 |
| 6.0079 | 12/22/1999 | MRK-AFL0000899 | MRK-AFL0000903 | Memo from Weinblatt to DSMB members, re: "Cardiovascular Safety Analysis of VIGOR - Unblinded Minutes." | 9-21-06 |
| 7.0111 | 04/26/2001 | MRK-AAZ0001561 | MRK-AAZ0001593 | Email from Alise S. Reicin to Laura A. Demopoulos | 9-21-06 |
| 7.0200 | | | | U.S. Long-Range Operating Plan for Vioxx Dated July of 2001 | 9-21-06 |

Reicin

19

MDL-1657   05-4374-L

**Smith v. Merck:**
**Admitted Exhibits — PLAINTIFF**

| Plaintiff's Exhibits | | | | |
|---|---|---|---|---|
| Gary E. Sander, M.D., PhD. | | | | |

| Exhibit_no | Doc_date | Description | Admitted | Admit Date |
|---|---|---|---|---|
| 5.5057 | | Curriculum Vitae and Expert Report of Gary E. Sander M.D., PhD. | | 9-8-06 |
| 4.5011 | | Medical records of Hand Surgery Specialists: T. Greg Summerkamp, M.D. | | 9-8-06 |
| 4.5001 | | Medical records of Alliance Laboratoy Services. | | 9-18-06 |
| 4.5007 | | Medical records of Dr. Daniel Courtade. | | 9-18-06 |
| 4.5015 | | Medical records of Patient First Physicians Group (Dr. Sanders). | | 9-18-06 |
| 4.5017 | | Medical records of St. Elizabeth Medical Center. | | 9-18-06 |
| 4.5020 | | Medical records of St. Lukes Hospital West. | | 9-18-06 |

*MDL 1657  05-4374-L — PLAINTIFF* (handwritten)

**Smith v. Merck:**
**Admitted Exhibits – PLAINTIFF**

| Plaintiff's Exhibits / Exhibit no. | Doc. date | Description | Admitted | Admit Date |
|---|---|---|---|---|
| | | SCOLNICK | | |
| 1.0001 | 02/08/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | | 9-15-06 |
| 1.0002 | 10/18/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label | | 9-15-06 |
| 1.0004 | 02/26/1997 | Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol | Admitted Briggs Morrison 9-14 | |
| 1.0010 | 06/01/1998 | Email from Edward Scolnick to Errol McKinney Re: Celebrex submission within 2 months - Schroders | | |
| 1.0011 | 10/20/1998 | Email from Scolnick: Message | | 9-15-06 |
| 1.0021 | 04/11/2001 | FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes | | 9-15-06 |
| 1.0079 | 04/08/2001 | Memo from Joshua Chen to Raymond Bain RE: Combined Mortality Analysis Protocol 091 + Protocol 078 | | 9-15-06 |
| 1.0124 | 01/28/2001 | Email from Edward Scolnick to Eve Slate Re: OPDRA Report vs. FOI | | 9-15-06 |
| 1.0131 | 05/14/1999 | Email from Edward Scolnick to David W. Blois, et al. Re: VIOXX US Circular | | 9-15-06 |
| 1.0132 | 03/09/2000 | Email from Edward Scolnick to Deborah Shapiro et al; Subject: vigor | | 9-15-06 |
| 1.0133 | 03/13/2000 | Email from Alise Reicin to Edward Scolnick Re: An Article Stating the Potential Cardioprotective Effects of an NSAID. | | 9-15-06 |
| 1.0145 | 05/08/2000 | Email from Dixon to Edward Scolnick Re: Renal and CV Issues for Vioxx | | 9-15-06 |
| 1.0158 | 12/06/2001 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX | | 9-15-06 |
| 1.0192 | | Vioxx AD Program Slide Set | | 9-15-06 |
| 1.0234 | | Original Label Submission For VIGOR | | 9-15-06 |
| 1.0298 | 01/31/2001 | Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC | | 9-15-06 |
| 1.0300 | 04/09/2001 | Email from Edward Scolnick to Douglas Greene Re: VIGOR Approval Letter | | 9-15-06 |
| 1.0304 | 11/26/2001 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate | | 9-15-06 |
| 1.0305 | 02/25/2002 | Email from Edward Scolnick to Bonnie J. Coldmann Re: VIOXX Label | | 9-15-06 |
| 1.0309 | 03/22/2001 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD Safety Data - Imbalance in the number of deaths. | | 9-15-06 |
| 1.0498 | 04/13/2000 | Email from James Bolognese to Alise Reicin, et al. Re: Re: RA and CV Mortality | | 9-18-06 |
| 1.0531 | 01/08/2001 | Letter from Robert Silverman to Jonca Bull Attaching IND 46,894: VIOXX (rofecoxib) | | 9-15-06 |
| 1.0642 | 03/21/2001 | Memo Re: MK-0966 AD Progression Trail (Protocol #091) Imbalance in the Number of Deaths | | 9-15-06 |
| 1.091 | | Excerpts from the Merck Manual - 17th Edition | | 9-15-06 |
| 1.1098 | 11/08/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | | 9-15-06 |
| 1.1100 | | VIOXX Outcomes Study Potential Designs | | 9-15-06 |
| 1.1103 | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies | | 9-15-06 |
| 1.1106 | 03/28/2000 | Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR | | 9-15-06 |
| 1.1143 | 06/01/1998 | Email from Errol McKinney to Edward Scolnick regarding Celebra submission within 2 months - Schroders | | 9-15-06 |

09/19/2006

Page 2 (handwritten)

## Smith v. Merck:
## Admitted Exhibits

| Plaintiff's Exhibits | | | Robert G. Smith | | |
|---|---|---|---|---|---|
| Exhibit no | Doc date | Description | | Admitted | Admit Date |
| 4.5007 | | Medical records of Dr. Daniel Courlade | | Admitted with Sander 9/18/06 | |
| 4.5021 | | Pharmacy records of Wal-Mart | | | 9-20-06 |

Page 4 of 1



09/19/2006

MDL 1657    05-4379-L

**Smith v. Merck:**
**Admitted Exhibits**

| Plaintiff's Exhibits | Exhibit_no | Doc_date | Description | Admitted | Admit Date |
|---|---|---|---|---|---|
| | | | TOPOL | | |
| | 1.1422 | May-05 | Curriculum Vitae of Eric Jeffrey Topol | | 9-19-06 |
| | 1.1443 | 11/24/2004 | email from Topol to Graham re nest steps | | |
| | 1.1444 | 04/20/2001 | email from Reicin to Demopoulos re Follow up to Meeting | | 9-19-06 |
| | 1.1446 | 06/11/2001 | email from Reicin to Demopoulos re Topol Manuscript | | |
| | 2.0171 | 12/30/2004 | Rofecoxib, Merck, and the FDA | | |
| | 1.1468 | | Dr. Topol's Analysis CV Events in study 090 | | 9-19-06 |

09/17/2006

MDL 1657 - 05-4379-L

**Smith v. Merck:**
**Admitted Exhibits – PLAINTIFF**

| Plaintiff's Exhibits | Exhibit no | Doc date | Description | Admitted | Admit Date |
|---|---|---|---|---|---|
| WEINER | | | | | |
| | 1.0581 | 03/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | | 9-19-06 |
| | 1.0583 | 04/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | | 9-19-06 |
| | 1.1194 | | Personnel File of Jan Weiner | | |

# ROBERT G. SMITH v. MERCK CO., INC.

MDL 1657  05-4379-L

## Smith - Misc. Medical Records Admitted — PLAiNTiFF

| EXHIBIT NO. | DESCRIPTION | Admit Date: |
|---|---|---|
| 4.5002 | Medical records of Alliance Primary Care. | 9-25-06 |
| 4.5003 | Billing records of Alliance Primary Care (M. Gieske M.D.). | 9-25-06 |
| 4.5008 | Billing record of Eastern Cinti OrthoOrthopaedic: Miller, Charles D. MD. | 9-25-06 |
| 4.5009 | Medical records of Dr. Michael Grefer (Greater Cincinnati Orthopaedic Center). | 9-25-06 |
| 4.5010 | Additional medical records of Dr. Michael Grefer. | 9-25-06 |
| 4.5013 | Medical records of Northern Kentucky University. | 9-25-06 |
| 4.5014 | Medical records of Patient First Physicians Group. | 9-25-06 |
| 4.5018 | Additional medical records of St. Elizabeth Group. | 9-25-06 |
| 4.5019 | Medical records of St. Elizabeth Medical Center (Radiology). | 9-25-06 |
| 4.5020 | Medical records of St. Lukes Hospital West. | |
| 4.5023 | Medical records of Northern Kentucky Heart, PSC | 9-25-06 |
| 4.5024 | Records of St. Luke Hospital West (Pathology) | 9-25-06 |
| 4.5026 | Billing records of North Kentucky Heart, P.S.C. | 9-25-06 |
| 4.5028 | Medical record of St. Luke Hospitals (1page) | 9-25-06 |
| 4.5034 | Additional medical records of Patient First Physicians Group. | 9-25-06 |

