UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 9-26-06
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL - 1657

ROBERT G. SMITH

CIVIL ACTION

VERSUS

05-4379

MERCK & CO., INC.

SECTION: L

## CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this 26th day of September, 2006.

_____
Counsel for Plaintiff

_____
Counsel for Defendant

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.