IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DU NGOC and THOMAS NGUYEN, <br> Plaintiff <br><br> VS. <br><br> MERCK & CO., INC. <br> Defendant | § <br> § <br> § <br> § Civil Action No. 05-6017 <br> § <br> § <br> § |
| IN RE: VIOXX MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY <br> LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> DU NGOC and THOMAS NGUYEN | § <br> § MDL NO. 1657 <br> § <br> § SECTION L <br> § <br> § JUDGE ELDON E. FALLON <br> § <br> § MAGISTRATE JUDGE <br> § DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

On _September 27th_, 2006, the Court considered Plaintiffs' Unopposed Motion For Leave to File Second Amended Complaint. After considering the application, the Court:

GRANTS Plaintiffs' Motion for Leave to File Second Amended Complaint.

SIGNED on _September 27th_, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John K. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiffs