# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 28 AM 7:51
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| MORRIS and STELLA ALLEN, <br> **Plaintiffs** <br><br> VS. <br><br> MERCK & CO., INC. <br> **Defendant** | Civil Action No. 05-5975 |
| IN RE: VIOXX MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY <br> LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> MORRIS and STELLA ALLEN | MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

On _September 27th_, 2006, the Court considered Plaintiffs' Unopposed Motion For Leave to File Second Amended Complaint. After considering the application, the Court:

GRANTS Plaintiffs' Motion for Leave to File Second Amended Complaint.

SIGNED on _September 27th_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiffs

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.