IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ETHEL HERBERT WRIGHT and ELLIS WRIGHT, <br>     Plaintiffs <br><br> VS. <br><br> MERCK & CO., INC. <br>     Defendant | § § § § § § § § § | Civil Action No. 05-6038 |
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: ETHEL HERBERT WRIGHT and ELLIS WRIGHT | § § § § § § § § § § | MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

On _September 27th_, 2006, the Court considered Plaintiffs' Unopposed Motion For Leave to File Second Amended Complaint. After considering the application, the Court:

GRANTS Plaintiffs' Motion for Leave to File Second Amended Complaint.

SIGNED on _September 27th_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiffs

___ Fee_____
___ Process____
_X_ Dk_____
___ CtRmDep___
___ Doc. No____