**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 26  PM 12: 40

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| FRANCIS L. WILLIAMS, SR., and | § | |
| MARIA WILLIAMS, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | Civil Action No. 05-6036 |
| | § | |
| MERCK & CO., INC. | § | |
| Defendant | § | |

---

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, | | |
| SALES PRACTICES AND | § | MDL NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | SECTION L |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE ELDON E. FALLON |
| FRANCIS L. WILLIAMS, SR., and | § | |
| MARIA WILLIAMS | § | MAGISTRATE JUDGE |
| | § | DANIEL E. KNOWLES, III |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs, FRANCIS L. WILLIAMS and MARIA WILLIAMS, pursuant to Fed.
R. Civ. P.15, and LR 7.3E and LR 7.4.1W, file this unopposed motion for leave of Court
to file a Second Amended Complaint for the purpose of adding Plaintiff's spouse,
MARIA WILLIAMS as party to the claim, with regard to loss of consortium.

### I.

### FACTUAL AND PROCEDURAL HISTORY

1.      On November 23, 2005, Plaintiff FRANCIS L. WILLIAMS, SR.,

("Plaintiff") filed an Original Complaint against Defendant MERCK & CO., INC,

("Defendant") for personal injuries sustained as a result of his ingestion of the

prescription medication VIOXX.

Fee
Process
X  Dktd
CtRmDep
Doc. No

2. Plaintiff, FRANCIS L. WILLIAMS, SR., ingested Vioxx during the time period from February 2000 until May 2001. As a result thereof, he sustained injuries.

3. Defendant Merck filed its answer to the complaint on March 30, 2006.

4. Counsel for Plaintiffs contacted counsel for Defendant Merck on September 22, 2006. Defendant Merck consented to the filing of this Motion for Leave to File Second Amended Complaint.

## II.

### LEAVE SHOULD BE GRANTED FOR THE FOLLOWING REASONS

5. Pursuant to Fed. R. Civ. P. 15, a motion for leave to amend a complaint, "shall be freely given when justice so requires." Courts generally have accepted amended complaints unless the amended change is prejudicial to the opposing party. *Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct.227, 230 (1962)*

6. Furthermore, if the amendment is not submitted for the purposes of undue delay, bad faith, or undue prejudice, "the leave sought should, as the rules require, be 'given freely.'" *Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct.227, 230 (1962)*

7. The amendment submitted by Plaintiffs is offered in good faith. The original complaint did not include all parties to the claim. The complaint was amended to include Plaintiff's spouse, MARIA WILLIAMS, as well as loss of consortium on her behalf.

8. This Leave to File Second Amended Complaint is unopposed by counsel for Merck. LR 7.4.1W.

## III.

## CONCLUSION

9.      For these reasons, Plaintiffs pray that this Court grant leave to file

Plaintiffs' Second Amended Complaint to include all parties in this claim, and for such

other and further relief to which Plaintiffs may show themselves entitled.


Respectfully submitted,

**THE O'QUINN LAW FIRM**


JOHN R. LEACH, III (Federal No: 6929)
MICHAEL J. LOWENBERG (Federal No: 22584)
ANTHONY E. FARAH (Federal No: 23059)
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:  713-223-1000
Facsimile:  713-223-4870

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE FOR CONSENT MOTION

Pursuant to Local Civil Rule 7.4.1W and 7.6E, I certify that on the 22nd day of September, I or someone in my office conferred with Thomas Owen, Jr., and he is unopposed to Plaintiffs' Unopposed Motion For Leave To File Second Amended Complaint.

JOHN R. LEACH, III (Federal No: 6929)
MICHAEL J. LOWENBERG (Federal No: 22584)
THE O'QUINN LAW FIRM
440 Louisiana, Suite 2300
Houston, TX 77002
Telephone:  713-223-1000
Facsimile:  713-223-4870

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Second Amended Complaint has been served on Liaison Counsel, as listed below, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by U.S. Mail on this _26_ day of  September, 2006.


**VIA U.S. MAIL**
Russ Herman
PLAINTIFF'S LIAISON COUNSEL
HERMAN, HERMAN, KATZ & COTLAR, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Email: rherman@hhkc.com

**VIA U.S. MAIL**
Philip Wittman
DEFENDANT'S LIAISON COUNSEL
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com

**VIA U.S. MAIL**
Thomas P. Owen, Jr.
DEFENDANT'S STEERING COMMITTEE
STANLEY, FLANAGAN  & REUTER, L.L.C.
Counselors at Law
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Email: tpo@sfr-lawfirm.com


JOHN R. LEACH, III  (Federal No: 6929)
MICHAEL J. LOWENBERG (Federal No: 22584)
ANTHONY E. FARAH (Federal No: 23059)