IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA and KENNETH MARTINEZ,§<br>Plaintiff §<br>§<br>VS. §<br>§<br>MERCK & CO., INC. §<br>Defendant §| Civil Action No. 05-6012 |
| IN RE: VIOXX MARKETING, §<br>SALES PRACTICES AND §<br>PRODUCTS LIABILITY §<br>LITIGATION §<br>§<br>THIS DOCUMENT RELATES TO: §<br>PATRICIA and KENNETH MARTINEZ §<br>§<br>§ | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

On _September 27th_, 2006, the Court considered Plaintiffs' Unopposed Motion For Leave to File Second Amended Complaint. After considering the application, the Court:

GRANTS Plaintiffs' Motion for Leave to File Second Amended Complaint.

SIGNED on _September 27th_, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiffs