FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 28  AM 7:51

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD and JAVONDA MARTIN, § | |
| Plaintiffs, § | |
| § | |
| VS. § | Civil Action No. 05-6011 |
| § | |
| MERCK & CO., INC. § | |
| Defendant § | |

| | |
|---|---|
| IN RE: VIOXX MARKETING, § | |
| SALES PRACTICES AND § | MDL NO. 1657 |
| PRODUCTS LIABILITY § | |
| LITIGATION § | SECTION L |
| § | |
| THIS DOCUMENT RELATES TO: § | JUDGE ELDON E. FALLON |
| RICHARD and JAVONDA MARTIN § | |
| § | MAGISTRATE JUDGE |
| § | DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFFS'
## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

On September 27th, 2006, the Court considered Plaintiffs' Unopposed Motion For Leave to File Second Amended Complaint. After considering the application, the Court:

GRANTS Plaintiffs' Motion for Leave to File Second Amended Complaint.

SIGNED on September 27th, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiffs

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____