# Exhibit B

[1:1] – [1:24]   9/20/06   Rothkopf, Michael M.D. (Mason)

```
                                        1
 1   UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
 2
     IN RE: VIOXX           : MDL DOCKET NO.
 3   LITIGATION PRODUCTS    : 1657
     LIABILITY LITIGATION   : SECTION L
 4                          :
     THIS DOCUMENT RELATES  : JUDGE FALLON
 5   TO                     :
     CHARLES LARON MASON    : MAGISTRATE JUDGE
 6      V.                  : KNOWLES
     MERCK & CO., INC.      :
 7
 8
 9              - - -
10         September 20th, 2006
11              - - -
12
13
14       Oral deposition of MICHAEL
15   ROTHKOPF, M.D., held at the offices of the
16   witness, 1320 Greenway, Suite 200, Irving,
17   Texas, commencing at 1:58 p.m., on the above
18   date, before Daniel J. Skur, Certified
19   Shorthand Reporter and Notary Public.
20              - - -
21
         GOLKOW LITIGATION TECHNOLOGIES
22           Four Penn Center
         1600 John F. Kennedy Boulevard
23              Suite 1210
         Philadelphia, Pennsylvania 19103
24              877.DEPS.USA
```

| | |
|---|---|
| [22:19] – [23:11] | 9/20/06   Rothkopf, Michael M.D. (Mason) |

Page 22
19  Q.   All right. I take it you
20  haven't ever given a talk on Vioxx.
21       A.   No.

Page 23
6  Q.   Anything that you would have
7  received from Merck that pertains to Vioxx,
8  do you believe that it's here today?
9       A.   I don't think I've ever
10  received anything from Merck about Vioxx.
11       Q.   Okay. All right.

| | |
|---|---|
| [47:7] – [48:5] | 9/20/06   Rothkopf, Michael M.D. (Mason) |

Page 47
7  Q.   (BY MR. NABERS) I'm just
8  trying to figure out, did your first meeting
9  with Merck occur before or after that last
10  deposition which you and I were there, the
11  Camilla Childress case.
12       A.   The way I remember it, I had a
13  meeting with Merck before that which was kind
14  of a -- I would just say they were coming to
15  basically, I guess, talk to me and see if
16  they thought I would be a good person to do
17  it, and I guess the other part was for me to,
18  you know, see if I had interest, so it --
19  there was nothing case-specific to Mason then
20  or even -- I mean, it was very -- the way I
21  remember, it might have been two meetings,
22  but I only actually remember one. It was
23  very general, and I hadn't actually gotten
24  involved at that point.

Page 48
1       Q.   Do you think that was in March
2  of this year?
3       A.   The way I remember it, it was
4  before that deposition, so it would have been
5  March or February.

[85:2] – [85:5]              9/20/06    Rothkopf, Michael M.D. (Mason)

Page 85
2    Q.   Have you ever done any clinical
3    investigative work for any pharmaceutical
4    companies?
5       A.   No.

[87:8] – [87:11]             9/20/06    Rothkopf, Michael M.D. (Mason)

Page 87
8    Q.   Have you been involved in any
9    clinical studies with any pharmaceutical
10   company?
11      A.   No.

[98:9] – [100:18]            9/20/06    Rothkopf, Michael M.D. (Mason)

Page 98
9    Q.   (BY MR. NABERS)  All right.
10   Let me ask it more in terms of mechanism of
11   action with regard to Vioxx.  Do you consider
12   yourself an expert in that regard?
13      A.   Yes.
14      Q.   Okay.  And so with regard to
15   Vioxx's mechanism of action, you would be
16   offering opinions in that regard?
17      A.   Yes.
18      Q.   Okay. Let me ask you in that
19   vein, with regard to Vioxx and myocardial
20   infarction, have you ever lectured to anybody
21   on those topics?
22      A.   No.
23      Q.   Have you ever published
24   anything on Vioxx and myocardial infarction?

Page 99
1       A.   No.
2       Q.   Have you ever talked to anyone
3    about Vioxx and myocardial infarctions?
4       A.   No.
5       Q.   Have you ever been involved in
6    any clinical studies that looked into Vioxx
7    and risk/benefit assessments?
8       A.   No.
9       Q.   Have you ever done any bench

10  research on Vioxx?
11     A.   No.
12     Q.   Have you ever discussed Vioxx
13  with anyone from Merck?
14     A.   Talking about prior to --
15     Q.   I'm talking about --
16     A.   From Merck, no.
17     Q.   Right, Merck in-house
18  personnel.
19     A.   No.
20     Q.   Okay. Ever attended any
21  conferences or medical education courses
22  specifically on Vioxx?
23     A.   No. Just -- you asked
24  specifically -- I'm going back one question.

Page 100
1  Definitely wouldn't be any Merck in-house.
2  Certainly there might have been
3  representatives, the detail drug people who I
4  know left me samples --
5     Q.   Yeah.
6     A.   -- of Vioxx.
7     Q.   I'm going to ask you about
8  that, but I'm talking about Merck in-house
9  people right now.
10     A.   No.
11     Q.   Okay. Do you recall any
12  medical education courses or seminars or
13  conferences on Vioxx that you attended?
14     A.   No.
15     Q.   Have you talked with any other
16  experts for Merck in connection with the
17  Vioxx litigation?
18     A.   No.

[102:5] – [102:11]     9/20/06   Rothkopf, Michael M.D. (Mason)

Page 102
5     Q.   (BY MR. NABERS) Right. I
6  don't mean to belittle that in any way. I'm
7  just trying to figure out if you've done
8  anything else specific to Vioxx besides spent
9  the time that you have reading the medical
10  literature.
11     A.   No.

| | |
|---|---|
| [104:21] – [105:8] | 9/20/06   Rothkopf, Michael M.D. (Mason)<br><br>Page 104<br>21  Q.   And, really, maybe I didn't ask<br>22  a good question.  I'm trying figure out did<br>23  you -- have you reviewed any of the in-house<br>24  toxicologic studies done on Vioxx?<br><br>Page 105<br>1     A.   No.<br>2     Q.   Have you done -- read -- I<br>3  can't talk now.  Sorry.  Strike that last --<br>4  start over.<br>5          Have you reviewed any of the<br>6  in-house pharmacologic studies done by Merck<br>7  on Vioxx?<br>8     A.   No. |
| [106:22] – [107:6] | 9/20/06   Rothkopf, Michael M.D. (Mason)<br><br>Page 106<br>22  Q.   Have you been -- have you read<br>23  or reviewed any of the cardiovascular adverse<br>24  drug events with regard to Vioxx?<br><br>Page 107<br>1     A.   No.<br>2     Q.   Have you reviewed any of the<br>3  Food & Drug Administration, specifically the<br>4  DDMAC letters on Vioxx?<br>5     A.   DDMAC letters, I don't think<br>6  so. |
| [107:11] – [108:3] | 9/20/06   Rothkopf, Michael M.D. (Mason)<br><br>Page 107<br>11  Q.   Have you reviewed the Dear<br>12  Doctor letters on Vioxx?<br>13     A.   No.<br>14     Q.   Have you reviewed any of the<br>15  patient information request letters for<br>16  Vioxx?<br>17     A.   I'm not sure what you're<br>18  talking about.<br>19     Q.      Sometimes they're called PIR |

|  |  |
|---|---|
|  | 20   requests or PIR letters.  They were -- a<br>21   physician could make a request about Vioxx,<br>22   and they would be sent something from the<br>23   company?<br>24        A.    No.<br><br>Page 108<br>1     Q.    Okay.  Have you reviewed any<br>2   animal in-house data done by Merck on Vioxx?<br>3        A.    No. |
| [108:13] – [108:16] | 9/20/06    Rothkopf, Michael M.D. (Mason)<br><br>Page 108<br>13   Q.    Okay.  For example, you<br>14   consider yourself to be a general<br>15   cardiologist, correct?<br>16        A.    Yes. |
| [137:21] – [141:12] | 9/20/06    Rothkopf, Michael M.D. (Mason)<br><br>Page 137<br>21   Q.    Okay.  And then you indicate<br>22   that a positive family history.<br>23        A.    Right.<br>24        Q.    So what have you seen in<br><br>Page 138<br>1   connection with Mr. Mason's familiar history<br>2   that would suggest to you that he has a --<br>3   that's a risk factor for coronary artery<br>4   disease for him?<br>5        A.    Well, I've seen a death<br>6   certificate of his sister, which apparently<br>7   she was 55 and died a sudden death.<br>8        Q.    And whenever you practice<br>9   medicine, do you try to follow the HIPPA<br>10   laws?<br>11        A.    Yes.<br>12        Q.    Okay.  Did you know that was<br>13   obtained without a HIPPA authorization?<br>14             MR. KRUMHOLZ:  Objection, form.<br>15        A.    No.<br>16        Q.    (BY MR. NABERS)  You would<br>17   agree that wouldn't be a good thing, right?<br>18             MR. KRUMHOLZ:  Objection, form. |

19  Q. (BY MR. NABERS) If it was
20  obtained in violation of the HIPPA laws?
21      MR. KRUMHOLZ: Same objection.
22  A. Well, I mean, if you really
23  think that that was the case, then you should
24  go to the authorities and --

Page 139
1   Q. (BY MR. NABERS) I have.
2   A. But I'm not going to, you know,
3   speculate on that one way or the other
4   because I really don't know anything about it
5   except --
6   Q. Okay.
7   A. -- that I've seen the death
8   certificate.
9   Q. All right. And what was
10  significant to you from the death
11  certificate?
12  A. Just that the patient died a
13  sudden -- sudden death is my understanding.
14  Q. Okay. And did it indicate that
15  the patient had phenylpropanolamine toxicity?
16  A. I don't recall that.
17  Q. That would be important,
18  wouldn't it?
19  A. Yes.
20  Q. And why would that be
21  important?
22  A. Because that has been
23  associated in the literature with sudden
24  death.

Page 140
1   Q. Okay. And wouldn't that change
2   your opinion on whether or not he had a
3   family history that was a risk factor for
4   coronary artery disease if you were aware his
5   sister died as a result of
6   phenylpropanolamine toxicity?
7       MR. KRUMHOLZ: Objection, form.
8   A. Probably not, because, again,
9   in medical probabilities, statistically, if
10  you have sudden death, by far and away, it's
11  because you have underlying undiagnosed
12  coronary artery disease whether you're a male

13 or female, and the mechanism of sudden death
14 with phenylpropanolamine toxicity could
15 certainly be an arrhythmia because the
16 patient had underlying coronary artery
17 disease, and, basically, the physiologic
18 effects of the phenylpropanolamine basically
19 exposed the patient to the risk of sudden
20 death because you had coronary disease.
21        So I think, again, in medical
22 probability you would have to say that the
23 patient probably -- you know, it's reasonable
24 to say that she died and had coronary artery

Page 141
1 disease.
2    Q.   You've never seen an autopsy.
3    A.   No.
4    Q.   You don't know whether she had
5 coronary artery disease or not, right?
6        MR. KRUMHOLZ: Objection, form.
7    A.   That's correct.
8    Q.   (BY MR. NABERS)  Never seen any
9 objective evidence to suggest to you that she
10 had coronary artery disease.
11        MR. KRUMHOLZ: Objection, form.
12   A.   That's correct.

[155:15] – [161:24]   9/20/06   Rothkopf, Michael M.D. (Mason)

Page 155
15   Q.   All right.  Do you have any
16 objective evidence that suggests that he had
17 coronary artery disease prior to Vioxx?
18   A.   The objective evidence, which I
19 referred to in the report, is that he did
20 actually have changes on his stress test
21 which are considered nondiagnostic, meaning
22 if you had no other stress test to compare
23 to, either before or after, you would have to
24 say that on the basis of the stress test, you

Page 156
1 cannot diagnose coronary artery disease; but
2 then a year later, after his problem was
3 corrected, his stress test was essentially
4 cold normal, so that indicates to me that

5  there was a difference in his coronary
6  circulation on September 2002 versus I
7  believe it was October 2003 when he had the
8  second stress test.
9        So in other words, if he was
10  the type of person who had a nondiagnostic
11  stress test, basically -- and did not have
12  coronary artery disease, basically when he
13  repeated the stress test, you would expect it
14  to remain nondiagnostic or unchanged.  But in
15  this case, probably that nondiagnostic stress
16  test was an indication that there was some
17  coronary artery disease that was significant
18  already, and that once that was corrected,
19  he -- his next stress test was fully normal.
20        So, again, in that respect, he
21  serves to me as his own control because we
22  have a before and an after, so I believe
23  that's the -- we have the natural history
24  which we -- you know, has been well

Page 157
1  described, and then we have this objective
2  evidence, so those are the two things.
3      Q.   So would you say that his
4  stress test prior to taking Vioxx was
5  abnormal?
6      A.   No.  I would say it was
7  nondiagnostic.  In other words, there was
8  nondiagnostic changes, so you couldn't say
9  normal or abnormal.  He would fall into that
10  range where the stress test -- again, the
11  stress test has a lot of false positives and
12  false negatives, so the stress test by
13  itself, I think, in and of itself on 2002,
14  you can't say anything about.
15     Q.   Okay.
16     A.   I mean, if I only had that
17  stress test, I wouldn't be able to
18  confidently say on the basis of the stress
19  test that he had coronary artery disease.
20  But having that stress test and then a
21  follow-up stress test later on which is
22  normal at a higher workload indicates to me
23  that there was a problem there and that
24  instead of diagnosing the problem, which we

Page 158
1  know for at least 30 percent of stress tests
2  are false positives -- I mean, false
3  negatives, you don't make the diagnosis even
4  though the patient has it, that the
5  difference is the important part here to
6  understand the objective part of my argument.
7      Q.   So can you say whether or not
8  he had ischemia on the stress test that was
9  done at the time he took Vioxx?
10     A.   Well, again, the stress test
11 suggests -- it doesn't meet the criteria for
12 ischemia because you have to have 1
13 millimeter horizontal ST depression.  But it
14 suggests because, in comparison, once his
15 arteries were fixed, he had no ST changes,
16 that he may have had some mild ischemia at
17 that point.
18     Q.   And so was that what you would
19 say from the test -- stress test prior to
20 taking the Vioxx, that he had mild ischemic
21 changes?
22     A.   No, I wouldn't say that.  I
23 would read the stress test as nondiagnostic.
24 Again, maybe I'm -- maybe I'm not

Page 159
1  communicating.
2      Q.   No, I get you.
3      A.   What I would say is on the
4  basis of that stress test by itself, I would
5  say -- I would just say nondiagnostic ST
6  changes, which is exactly what it means.
7           Now, sometimes when you have
8  nondiagnostic ST changes, the doctor will
9  either say, well, I'm satisfied because he
10 didn't have chest pain, for example, on the
11 treadmill that I don't need to do additional
12 testing, or sometimes, to try to make the
13 stress test more accurate, they will do
14 imaging, as you know.
15          In this case, we don't have the
16 imaging, so we have to rely only on the ST
17 changes, and I can say the only thing you can
18 say about the ST changes on 2002, if you

19 consider them alone, is that they're
20 nondiagnostic. But if you consider them in
21 the light of the 2003 stress test, I think
22 they have significance.
23    Q.   Well, do you agree with
24 Dr. Madsen's opinion with regard to the

Page 160
1 stress test at the time he was taking Vioxx?
2          MR. KRUMHOLZ: Objection, form.
3    A.   Yeah. I think he said -- I
4 think what he said was -- he may have said
5 on -- I'd have to look at it, but he made
6 some reference so the ST changes. He said --
7 I think he might have said nondiagnostic.
8    Q.   (BY MR. NABERS) Or not
9 suggestive of ischemia?
10          MR. KRUMHOLZ: Objection, form.
11    A.   Right. And the reason that I
12 would agree with that is because, like I just
13 said, in and of itself, it doesn't meet the
14 criteria for ischemia, but it takes on
15 significance because we know what happened
16 later.
17    Q.   Is there any diagnostic test
18 that you're aware of that shows Mr. Mason had
19 a coronary artery disease prior to taking
20 Vioxx?
21          MR. KRUMHOLZ: Objection, form.
22    A.   No. Again, the only one that I
23 think supports the argument that he did,
24 outside of the argument about natural history

Page 161
1 of atherosclerosis, is the fact that there
2 was a change in the stress test. It went
3 from what I would call nondiagnostic to
4 normal.
5    Q.   (BY MR. NABERS) The opinion
6 that you have of him having coronary artery
7 disease prior to making Vioxx, is it based
8 solely on the stress test that was done at
9 the time he took the Vioxx and the subsequent
10 stress test that was done after his heart
11 attack?
12    A.   Well, again, that and, like I

|  |  |
|---|---|
|  | 13  told you, the natural history of coronary<br>14  artery disease as we know and the fact that<br>15  it would be extremely unusual to develop that<br>16  type of coronary artery disease starting from<br>17  zero and going to that in nine months or ten<br>18  months. I mean, that doesn't conform with<br>19  the natural history of coronary artery<br>20  disease as we know it.<br>21      Q.   The natural history of coronary<br>22  artery disease varies from person to person,<br>23  right?<br>24      A.   Yes. |
| [167:9] – [168:17] | 9/20/06   Rothkopf, Michael M.D. (Mason)<br><br>Page 167<br>9   Q.   You've prescribed Vioxx to your<br>10  clinical patients, to some of them, right?<br>11      A.   Yes.<br>12      Q.   All right. Do you have<br>13  clinical patients that were taking Vioxx who<br>14  had heart attacks, myocardial infarctions?<br>15          MR. KRUMHOLZ: Objection, form.<br>16      A.   I actually don't know the<br>17  answer to that. It's possible.<br>18      Q.   (BY MR. NABERS) Okay. You may<br>19  have short-circuited a lot. So it's fair to<br>20  say when you come to the trial of this case,<br>21  you will not testify that you've never had a<br>22  patient who took Vioxx and who had a<br>23  myocardial infarction; you just don't know<br>24  one way or the other.<br><br>Page 168<br>1           MR. KRUMHOLZ: Objection, form.<br>2       A.   That's correct.<br>3       Q.   (BY MR. NABERS) Okay. And as<br>4   you sit here, you've not ever gone back and<br>5   done a chart review to see which of your<br>6   heart -attack patients was on Vioxx at the<br>7   time they had their MI.<br>8           MR. KRUMHOLZ: Objection, form.<br>9       Q.   (BY MR. NABERS) Is that fair?<br>10      A.   That would probably be --<br>11  probably be logistically impossible, to be<br>12  honest with you, but, no, I've not done it. |

13    Q.    Okay.  So as you sit here
14 today, there's not any patient that comes to
15 mind in your clinical experience who took
16 Vioxx and who also had a heart attack.
17    A.    Not specifically.

[174:24] – [176:6]    9/20/06    Rothkopf, Michael M.D. (Mason)

Page 174
24    Q.    (BY MR. NABERS)  And I'm trying

Page 175
1 to do the same thing in this context.  I'm
2 trying to figure out all -- I want to know
3 all of the things that you want to line up on
4 one side of the paper that either caused or
5 contributed to his heart attack.  I want to
6 know --
7    MR. KRUMHOLZ:  Objection, form.
8    Q.    (BY MR. NABERS) -- what those
9 things are.
10    A.    Just basically, you know, the
11 prevalence of atherosclerosis, the risk
12 factors that are involved, and the natural
13 progression of coronary artery disease.
14    Q.    Okay.
15    A.    So it wouldn't be uncommon for
16 him to have a heart attack.
17    Q.    Okay.  Well, do you include his
18 ten-month Vioxx ingestion as a potential
19 cause of his heart attack?
20    MR. KRUMHOLZ:  Objection, form.
21    A.    No.
22    Q.    (BY MR. NABERS)  All right.  Do
23 you consider his ten-month use of Vioxx as a
24 contributing factor to his heart attack?

Page 176
1    A.    No.
2    Q.    Do you consider his ten-month
3 use of Vioxx within your differential
4 diagnosis for his heart attack?
5    MR. KRUMHOLZ:  Objection, form.
6    A.    No.

| | |
|---|---|
| [220:2] – [220:9] | 9/20/06   Rothkopf, Michael M.D. (Mason) |
| | Page 220<br>2  Q.   You're not.  Based upon your<br>3  review of the literature, do you have an<br>4  opinion as to whether or not Vioxx has been<br>5  shown to increase the risk of renal adverse<br>6  events?<br>7         MR. KRUMHOLZ:  Objection, form.<br>8  A.   Yeah, I believe it can.  I<br>9  think it's a class effect. |
| [236:22] – [237:14] | 9/20/06   Rothkopf, Michael M.D. (Mason) |
| | Page 236<br>22  Q.   I think you said that you<br>23  believed all NSAIDs had the concern of<br>24  increasing coronary -- or cardiac events,<br><br>Page 237<br>1  right?<br>2         MR. KRUMHOLZ:  Objection, form.<br>3  A.   It's the association.  In other<br>4  words, there isn't a differentiation right<br>5  now between COX-1 and -- selected -- COX-2<br>6  selective or COX-1, COX-2 or nonselective.<br>7  There is -- basically until the question is<br>8  further studied and answered, the concern is<br>9  that some of the literature indicates that<br>10  there is an increased risk with prolonged<br>11  use.  A lot of the literature doesn't<br>12  indicate that.<br>13  Q.   Naproxen is an NSAID, right?<br>14  A.   Yes. |
| [376:14] – [376:23] | 9/20/06   Rothkopf, Michael M.D. (Mason) |
| | Page 376<br>14  Q.   But it's fair to say that in<br>15  terms of what he feels like he can do on a<br>16  daily basis, you don't know what that would<br>17  be because you haven't talked to him about<br>18  that, right?<br>19         MR. KRUMHOLZ:  Objection, form.<br>20  A.   Yeah, whatever he feels like he<br>21  can do on a daily basis is what he can do on |

22  a daily basis. If he feels something, then
23  that's what it is.