UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

**ORDER**

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum of Law in Support of Renewed Motion of Merck & Co., Inc. ("Merck") for Judgment as a Matter of Law,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted nine (9) additional pages, for a total of thirty-four (34) pages, for its Memorandum of Law in Support of Renewed Motion of Merck & Co., Inc. for Judgment as a Matter of Law.

NEW ORLEANS, LOUISIANA, this 27th day of September, 2006.

_____
DISTRICT JUDGE

830030v.1