UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Greg Gouge v. Merck & Co., Inc., et al.* | * | |
| (E.D. La. Index No. CA-05-5589-L) | * | MAG. JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND VOLUNTARY DISMISSAL
### OF ALL CLAIMS AGAINST TAFFANY SHIPP

Plaintiff, Greg Gouge ("Gouge"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Rule 41(a)(1), to a dismissal without prejudice of all claims asserted and that could have been asserted in this action against Taffany Shipp, with each party bearing its own fees and costs. Gouge and Merck agree that there are no counterclaims or third-party claims. The complaint shall remain in full force and effect on behalf of the plaintiff against the remaining defendants.

In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

Wherefore, the parties hereto stipulate to the dismissal of Taffany Shipp only in the above-styled lawsuit.

Troy A. Rafferty, Esq.
Peter Kaufman, Esq.
LEVIN PAPANTONIO THOMAS
MITCHELL ECHSNER & PROCTOR,
P.A.
316 South Baylen Street
Suite 600 (32502)
P.O. Box 12308
Pensacola, FL 32591
Phone: 850-435-7000
Fax:    850-497-7057

*Attorneys for Plaintiff*

Dated: 9/18, 2006

Phillip A. Wittman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendant's Liaison Counsel*

Patricia E. Lowry
John B. T. Murray, Jr.
Dori K. Stibolt
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax:    561-655-1509

*Attorneys for Defendant Merck & Co., Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal of All Claims Against Taffany Shipp has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel