UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *Greg Gouge v. Merck & Co., Inc., et al.* (E.D. La. Index No. CA-05-5589-L) | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER DISMISSING WITHOUT PREJUDICE
### CLAIMS OF GREG GOUGE AGAINST TAFFANY SHIPP

Considering the Stipulation and Voluntary Dismissal Without Prejudice of All Claims Against Taffany Shipp, filed herein,

IT IS ORDERED that the claims of Plaintiff Greg Gouge against Taffany Shipp are hereby dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

WESTPALMBEACH/488857.1