UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE |
| CHARLES L. MASON, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ORDER EXCLUDING TESTIMONY OF MICHAEL ROTHKOPF, M.D.

Plaintiff Charles L. Mason and Defendant Merck & Co., Inc. (collectively "the Parties")

jointly submit this stipulation and Proposed Order regarding the briefing schedule for plaintiff's

Motion for Order Excluding Testimony of Michael Rothkopf, M.D.

The Parties have agreed to the following schedule: (1) Plaintiff will file his Motion for

Order Excluding Testimony of Michael Rothkopf, M.D. on September 28, 2006; (2) Merck will

file its opposition brief by October 4, 2006; and (3) Plaintiff will file his reply brief, if any, by

October 11, 2006.

Dated: September 29, 2006

Respectfully submitted,

Edward F. Blizzard
Scott Nabers
Rebecca B. King
BLIZZARD, MCCARTHY
& NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone:  713-844-3750
Fax:     713-844-3755

ATTORNEYS FOR PLAINTIFF

Philip S. Beck
Tarek Ismail
Shayna Cook
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone:  312-494-4400
Fax:     312-494-4440

ATTORNEYS FOR MERCK

Entered this _____ day of September, 2006

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Stipulation Regarding Briefing Schedule for Plaintiff's Motion for Order Excluding Testimony of Michael Rothkopf, M.D. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.1