## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | ) | **MDL Docket No. 1657** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| **This document relates to:** | ) | **JUDGE FALLON** |
| **Mary Thompson, et al v. Merck & Co.,** | ) | |
| **Inc.,  2:06 CV 0433** | ) | **MAG. JUDGE KNOWLES** |

### ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF
### CANDICE LLOYD

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiff

Candice Lloyd filed herein,

IT IS ORDERED that the claims of Plaintiff Candice Lloyd be and they

hereby are dismissed without prejudice, subject to the terms and conditions set forth

in said Stipulation.  Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.


_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**