UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Mason v. Merck & Co., Inc.*, 06-810

## ORDER

Considering the Defendant's request that the following motions be withdrawn, IT IS

ORDERED that the following motions are DENIED AS MOOT:

1. Merck's Motion to Compel the Deposition of Dr. Benedict Lucchesi or, in the Alternative, to Exclude Him from Testifying at Trial (Rec. Doc. 7111);

2. Merck's Motion to Compel the Deposition of Douglas P. Zipes, M.D. or, in the Alternative, to Exclude Him from Testifying at Trial (Rec. Doc. 7103);

3. Merck's Motion to Exclude Testimony of Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A. (Rec. Doc. 7377);

4. Merck's Motion to Exclude Testimony of Laura Plunkett, Ph.D. (Rec. Doc. 7180); and

5. Merck's Motion to Exclude Testimony of Douglas P. Zipes., M.D. (Rec. Doc. 7200).

New Orleans, Louisiana, this   27th   day of   September  , 2006.

_____
UNITED STATES DISTRICT JUDGE