**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|     **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Tallas, et al. v. Merck & Co., Inc., et al.*, 06-3152

## ORDER

Considering the Defendant's request that the following motion be withdrawn, IT IS ORDERED that the Defendant's Motion for Reconsideration (Rec. Doc. 6608) is DENIED AS MOOT.

New Orleans, Louisiana, this   27th   day of   September  , 2006.

                                                                     UNITED STATES DISTRICT JUDGE