UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Smith v. Merck & Co., Inc.*, 05-4379

## ORDER

Considering that the parties have amicably resolved the following motions and requested that they be withdrawn, IT IS ORDERED that the following motions are DENIED AS MOOT:

1. Plaintiff's Motion to Compel Discovery Responses of Merck & Co., Inc. (Rec. Doc. 6334);

2. Plaintiff's Motion to Deem Answers to Plaintiff's Request for Admissions Admitted (Rec. Doc. 6455);

3. Merck's Motion for a Protective Order Applicable to Plaintiff's First Set of Requests for Admissions (Rec. Doc. 6497); and

4. Plaintiff's Motion to Exclude the "Martin Report" (Rec. Doc. 6767).

New Orleans, Louisiana, this   27th   day of   September  , 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-