UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| Beulah M. Stewart, | Case No. 3:05-cv-05356-CRB |
|---|---|
| Plaintiff, vs. MERCK & CO., INC., a foreign corporation, Defendant. | STIPULATED MOTION ALLOWING PLAINTIFF'S COUNSEL TO WITHDRAW AS ATTORNEYS OF RECORD |

Plaintiff's counsel of record and all attorneys associated with their firms and/or prior firms who may have appeared in this matter seek the court's permission to withdraw as attorneys of record for plaintiff herein. The contact information for plaintiff for future notices from the court and/or opposing counsel is:

> Beulah M. Stewart
> 9945 NE Sandy Blvd
> #72
> Portland, OR 97220
> (503) 257-2477

Moreover, the parties stipulate that the defendants will take no adverse action or seek any relief from the court related to this matter for sixty days from the date of entry of the order herein so that plaintiff may have a reasonable time to obtain other counsel.

// // // //

IT IS SO STIPULATED

*Phil Wittmann*

Phillip A. Wittmann, Esq.
Stone, Pigman, Walther & Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
(504) 581-3361 (facsimile)

Jeffrey A. Bowersox, OSB 81442, plaintiff's counsel and on behalf of Jeffrey A. Bowersox, Bowersox Law Firm, P.C., Savage Bowersox Supperstein, LLP
620 SW 5th Ave., Suite 1125
Portland, OR 97204
(503) 452-5858
(503) 248-0200 (facsimile)

Daniel E. Becnel, Jr., Matthew Moreland, Kevin Klibert, Bradley Becnel, Holly LaMarche and The Law Offices of Daniel E. Becnel, Jr.
106 Seventh Street
PO Drawer H
Reserve, LA 70084
(985) 536-1186
985.536.6445 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated Motion Allowing Plaintiff's Counsel to Withdraw as Attorneys of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of September, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.1