**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: VIOXX**<br>**PRODUCTS LIABILITY**<br>**LITIGATION**<br><br>**This document relates to:**<br>**Case No. 2:06-CV-00810;**<br>**CHARLES MASON v.**<br>**MERCK & CO., INC.** | **MDL DOCKET NO. 1657**<br>**SECTION L**<br><br>**JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |

**<u>ORDER</u>**

Considering the Joint Stipulation Regarding Extension of Time for Responding to Plaintiff's Requests for Admissions,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted a one-week extension of time in which to respond to plaintiff's RFAs.

NEW ORLEANS, LOUISIANA, this 25th day of _____September_____, 2006

DISTRICT JUDGE

831206v.1