## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE |
| CHARLES L. MASON, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION REGARDING EXTENSION OF TIME FOR RESPONDING TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

Plaintiff Mason and Defendant Merck ("the parties") hereby jointly stipulate that Merck shall have an extension of time until October 9, 2006 to respond to plaintiff's Requests For Admissions ("RFAs").

Per joint stipulation of the parties, responses to the RFAs are due on October 2, 2006. The parties are currently negotiating a resolution to their remaining differences over the requests. In light of this fact, the parties have agreed that Merck shall have an extension of time until October 9, 2006 to respond to plaintiff's RFAs, pending the resolution of the parties' discussions.

Dated: October 2, 2006                    Respectfully submitted,


                                          /s/ Rebecca B. King
                                          _____
                                          Edward F. Blizzard
                                          Scott Nabers
                                          Rebecca B. King
                                          **BLIZZARD, MCCARTHY**
                                          **& NABERS, LLP**
                                          440 Louisiana, Suite 1710
                                          Houston, TX 77002
                                          Tel. (713) 844-3750
                                          Fax (713) 844-3755

                                          ATTORNEYS FOR PLAINTIFF


                                          /s/ Shayna S. Cook
                                          _____
                                          Philip S. Beck
                                          Tarek Ismail
                                          Shayna S. Cook
                                          **BARTLIT BECK HERMAN**
                                          **PALENCHAR & SCOTT LLC**
                                          54 West Hubbard, Suite 300
                                          Chicago, IL  60610
                                          Tel. (312) 494-4400
                                          Fax (312) 494-4440

                                          ATTORNEYS FOR MERCK

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Stipulation Regarding Extension of Time for Responding to Plaintiff's Requests for Admission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of October, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel