<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Susan Baumgartner Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (2/7/01 **Baumgartner Diary;** 1/23/01 Sherwood memo to Anstice) |
| 57 | 8 | 58 | 6 | Re: 57:8-58:6<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (2/7/01 **Baumgartner Diary;** 1/23/01 Sherwood memo to Anstice) |
| 88 | 6 | 88 | 19 | |
| 89 | 11 | 90 | 2 | |
| 91 | 4 | 91 | 9 | |
| 121 | 11 | 121 | 15 | Re: 121:11-121:15<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 801 and 802 (hearsay) (1/29/01 memo from M. Phelan to SB) |
| 124 | 2 | 125 | 6 | Re: 124:2-125:6<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 801 and 802 (hearsay) (email exchange between SB and M. Phelan) |
| 132 | 18 | 132 | 21 | Re: 132:18-132:21 |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Susan Baumgartner Deposition**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|------------|------|----------|------|------------|
| | | | | **Def Obj:** 401 and 402 (relevance), 403 (undue prejudice) 801 and 802 (hearsay) (4/19/99 email to SB from C. Yarbrough); sarcastic |
| 133 | 5 | 134 | 3 | Re: 133:5-134:3<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (4/19/99 email to SB from C. Yarbrough) |
| 134 | 13 | 134 | 19 | Re: 134:13-134:19<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 801 and 802 (hearsay) (4/19/99 email to SB from C. Yarbrough) |
| 134 | 24 | 134 | 25 | Re: 134:24-134:25<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (4/19/99 email to SB from C. Yarbrough) |
| 135 | 3 | 135 | 20 | Re: 135:3-135:20<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Susan Baumgartner Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
|  |  |  |  | foundation/calls for speculation), 801 and 802 (hearsay) (4/19/99 email to SB from C. Yarbrough) |
| 167 | 22 | 168 | 16 | Re: 167:22-168:16<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (7/26/99 email to SB from B. Freundlich); incomplete fragment, excludes answer |
| 168 | 20 | 169 | 22 | Re: 168:20-169:22<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (7/26/99 email to SB from B. Freundlich) |
| 169 | 24 | 170 | 15 | Re: 169:24-170:15<br><br>**Def Obj:** 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (7/26/99 email to SB from B. Freundlich) |
| 199 | 22 | 199 | 23 |  |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Susan Baumgartner Deposition

| <u>START PAGE</u> | <u>LINE</u> | <u>END PAGE</u> | <u>LINE</u> | <u>OBJECTIONS</u> |
|---|---|---|---|---|
| 206 | 23 | 207 | 2 | |
| 207 | 9 | 207 | 12 | |
| 208 | 12 | 208 | 14 | Re: 208:12-208:14<br><br>**<u>Def Obj</u>: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (list of physicians)** |
| 208 | 20 | 209 | 15 | Re: 208:20-209:15<br><br>**<u>Def Obj</u>: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (list of physicians)** |
| 209 | 17 | 209 | 20 | Re: 209:17-209:20<br><br>**<u>Def Obj</u>: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (list of physicians)** |
| 210 | 11 | 210 | 19 | Re: 210:11-210:19<br><br>**<u>Def Obj</u>: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (list of physicians)** |
| 213 | 20 | 214 | 16 | **Re: 213:20-214:16** |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Susan Baumgartner Deposition**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | **Def Obj**: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (list of physicians) |
| 214 | 20 | 214 | 23 | Re: 214:20-214:23<br><br>**Def Obj**: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (list of physicians) |
| 218 | 16 | 219 | 4 | Re: 218:16-219:4<br><br>**Def Obj**: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (list of physicians); sarcastic |
| 219 | 7 | 219 | 10 | Re: 219:7-219:10<br><br>**Def Obj**:  401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (list of physicians); sarcastic |
| 225 | 14 | 225 | 24 | Re: 225:14-225:20<br><br>**Def Obj**: 401 and 402 (relevance), 403 (undue |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Susan Baumgartner Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|------------|------|----------|------|------------|
| | | | | prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) (list of physicians) |
| 226 | 2 | 226 | 3 | |
| 226 | 7 | 226 | 9 | Re: 226:7-226:9<br><br>**Def Obj**: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation) |
| 228 | 15 | 229 | 2 | Re: 228:15-229:2<br><br>**Def Obj**: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation) |
| 229 | 5 | 229 | 5 | Re: 229:5-229:5<br><br>**Def Obj**: 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation) |
| 9/30/05 | | | | |
| 18 | 16 | 18 | 24 | |
| 21 | 19 | 22 | 2 | |
| 22 | 24 | 22 | 3 | Re: 22:24-23:3<br><br>**Def Obj**: Incomplete designation<br>Re: 22:24-23:3<br><br>**Def Obj**: 602 (lacks foundation/calls for |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Susan Baumgartner Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | speculation) |
| 23 | 6 | 23 | 23 | Re: 23:6-23:8<br><br>**Def Obj: Answer without a question**<br>Re: 23:6-23:23<br><br>**Def Obj: 602 (lacks foundation/calls for speculation)** |
| 24 | 2 | 24 | 4 | Re: 24:2-24:4<br><br>**Def Obj: 602 (lacks foundation/calls for speculation)** |
| 30 | 15 | 30 | 20 | Re: 30:15-30:20<br><br>**Def. Obj.: sidebar** |
| 33 | 1 | 33 | 17 | Re: 33:1-33:17<br><br>**Def. Obj: 401 and 402 (relevance), 403 (undue prejudice), 801 and 802 (hearsay)** |
| 34 | 12 | 35 | 6 | Re: 34:12-35:6<br><br>**Def. Obj: 401 and 402 (relevance), 403 (undue prejudice), 801 and 802 (hearsay)** |
| 38 | 18 | 39 | 6 | Re: 38:18-39:6<br><br>**Def. Obj: 401 and 402 (relevance), 403 (undue prejudice), 801 and 802** |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Susan Baumgartner Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | (hearsay) |
| 48 | 2 | 48 | 13 | Re: 48:2-48:13<br><br>**<u>Def. Obj:</u> 401 and 402 (relevance), 403 (undue prejudice), repetitive** |
| 57 | 1 | 57 | 8 | Re: 57:1-57:8<br><br>**<u>Def. Obj:</u> 401 and 402 (relevance), 403 (undue prejudice), repetitive** |
| 57 | 11 | 57 | 17 | Re: 57:11-57:17<br><br>**<u>Def. Obj:</u> 401 and 402 (relevance), 403 (undue prejudice), repetitive** |
| 245 | 1 | 245 | 18 | Re: 241:1-245:18<br><br>**<u>Def. Obj:</u> 401 and 402 (relevance), 602 (lacks foundation/calls for speculation)** |
| 248 | 5 | 249 | 2 | Re: 248:5-249:2<br><br>**<u>Def. Obj:</u> 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay)** |
| 249 | 5 | 249 | 10 | Re: 249:5-249:10<br><br>**<u>Def. Obj:</u> 401 and 402 (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay)** |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Susan Baumgartner Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 249 | 13 | 249 | 14 | Re: 249:13-249:14<br><br>**Def. Obj: 401 and 402** (relevance), 403 (undue prejudice), 602 (lacks foundation/calls for speculation), 801 and 802 (hearsay) |

### Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
### DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

**Mary Blake Deposition**
**November 29, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 13 | 22 | 13 | 24 | |
| 23 | 3 | 23 | 4 | |
| 34 | 18 | 34 | 24 | |
| 43 | 23 | 44 | 13 | |
| 48 | 5 | 48 | 15 | |
| 48 | 18 | 49 | 2 | |
| 68 | 7 | 68 | 11 | |
| 68 | 14 | 68 | 21 | |
| 71 | 7 | 71 | 14 | |
| 71 | 18 | 71 | 25 | |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Mary Blake Deposition
November 29, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 11 | 12 | 11 | 13 | |
| 13 | 19 | 13 | 24 | |
| 18 | 18 | 19 | 2 | |
| 22 | 14 | 23 | 2 | |
| 27 | 9 | 27 | 20 | |
| 33 | 2 | 33 | 6 | |
| 33 | 11 | 33 | 19 | |
| 33 | 25 | 34 | 7 | |
| 34 | 18 | 34 | 24 | |
| 36 | 21 | 37 | 21 | |
| 38 | 8 | 38 | 23 | |
| 41 | 7 | 41 | 20 | |
| 41 | 23 | 42 | 17 | |
| 44 | 14 | 44 | 16 | |
| 44 | 18 | 45 | 6 | |
| 46 | 11 | 46 | 17 | |
| 46 | 20 | 46 | 21 | |
| 46 | 23 | 47 | 2 | |
| 47 | 7 | 47 | 11 | |
| 52 | 14 | 52 | 20 | |
| 52 | 23 | 52 | 24 | |
| 54 | 24 | 55 | 13 | |
| 56 | 1 | 56 | 5 | |
| 57 | 16 | 58 | 10 | |
| 58 | 17 | 59 | 2 | |
| 60 | 12 | 60 | 16 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Mary Blake Deposition**
**November 29, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|------------|------|----------|------|------------|
| 60 | 19 | 60 | 22 | |
| 62 | 17 | 62 | 19 | |
| 62 | 22 | 63 | 7 | |
| 63 | 20 | 64 | 2 | |
| 64 | 24 | 65 | 2 | |
| 65 | 5 | 65 | 12 | |
| 65 | 24 | 65 | 24 | |
| 66 | 2 | 66 | 3 | |
| 68 | 2 | 68 | 6 | Re: 68:2-68:5<br><br>**Def Obj:** Answer without a question; question was removed by sustained objection |
| 69 | 3 | 69 | 7 | |
| 69 | 19 | 69 | 22 | |
| 70 | 8 | 70 | 19 | |
| 70 | 21 | 71 | 14 | |
| 71 | 18 | 72 | 12 | |
| 72 | 15 | 72 | 24 | |
| 73 | 1 | 73 | 9 | |
| 74 | 2 | 74 | 5 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Ned Braunstein Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 7/18/06 | | | | |
| 17 | 13 | 17 | 14 | |
| 20 | 5 | 21 | 23 | |
| 34 | 1 | 34 | 3 | |
| 7/19/06 | | | | |
| 516 | 10 | 517 | 4 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Tom Cannell Deposition
### December 15, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 17 | 15 | 17 | 17 | |
| 18 | 18 | 19 | 1 | |
| 54 | 19 | 54 | 25 | |
| 55 | 2 | 55 | 18 | |
| 55 | 20 | 55 | 22 | |
| 248 | 4 | 248 | 6 | |
| 248 | 9 | 248 | 10 | |
| 248 | 12 | 248 | 14 | |
| 252 | 3 | 252 | 25 | |
| 271 | 5 | 271 | 6 | |
| 271 | 10 | 271 | 10 | |
| 271 | 12 | 271 | 17 | |
| 271 | 20 | 271 | 21 | |
| 271 | 23 | 271 | 25 | |
| 272 | 4 | 272 | 6 | |
| 272 | 9 | 272 | 14 | |

<u>**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**</u>
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Dr. Gregory Curfman Deposition

| **START PAGE** | **LINE** | **END PAGE** | **LINE** | **OBJECTION** |
|---|---|---|---|---|
| **11/21/05** | | | | |
| 13 | 20 | 14 | 18 | |
| 20 | 22 | 22 | 1 | |
| 23 | 2 | 24 | 12 | |
| 44 | 1 | 45 | 11 | |
| 45 | 17 | 45 | 22 | |
| 46 | 8 | 48 | 8 | |
| 55 | 16 | 55 | 21 | |
| 56 | 2 | 57 | 6 | |
| 190 | 15 | 191 | 4 | |
| 191 | 13 | 191 | 21 | |
| 191 | 23 | 192 | 10 | |
| 192 | 18 | 193 | 2 | |
| 193 | 14 | 195 | 9 | |
| 195 | 12 | 196 | 10 | |
| 196 | 17 | 197 | 17 | |
| 198 | 24 | 200 | 6 | |
| 204 | 7 | 206 | 10 | |
| 219 | 7 | 220 | 16 | |
| 221 | 3 | 224 | 24 | |
| 225 | 11 | 225 | 22 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 226 | 23 | 229 | 5 | |
| 236 | 22 | 237 | 22 | |
| 240 | 5 | 241 | 24 | |
| 242 | 11 | 243 | 4 | |
| 244 | 3 | 244 | 16 | |
| 245 | 4 | 245 | 12 | |
| 263 | 21 | 264 | 3 ( end at "Yes, I do.") | |
| 267 | 15 | 269 | 16 | |
| 269 | 19 | 270 | 6 | |
| 270 | 8 | 270 | 14 | |
| 270 | 20 | 271 | 17 | |
| 281 | 13 | 281 | 16 | |
| 281 | 18 | 281 | 18 | |
| 287 | 11 | 287 | 14 | |
| 287 | 16 | 287 | 16 | |

**Merck's affirmative designations from the January 2006 Curfman deposition are also counter-designations to plaintiff's November 2005 designations.**

### January 24, 2006 Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 18 | 21 | 18 | 24 | |

## Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 19 | 1 | 19 | 4 | |
| 20 | 8 | 20 | 24 | |
| 21 | 1 | 21 | 7 | |
| 21 | 20 | 21 | 24 | |
| 22 | 21 | 22 | 21 | |
| 23 | 23 | 23 | 24 | |
| 24 | 1 | 24 | 19 | |
| 26 | 23 | 26 | 24 | |
| 27 | 1 | 27 | 3 | |
| 27 | 14 | 27 | 24 | |
| 28 | 23 | 28 | 24 | |
| 29 | 1 | 29 | 24 | |
| 30 | 1 | 30 | 1 | |
| 30 | 23 | 30 | 24 | |
| 31 | 1 | 31 | 23 | |
| 32 | 23 | 32 | 24 | |
| 33 | 1 | 33 | 3 | |
| 33 | 10 | 33 | 24 | |
| 34 | 1 | 34 | 24 | |
| 35 | 1 | 35 | 1 | |
| 35 | 11 | 35 | 18 | |
| 36 | 19 | 36 | 23 | |
| 37 | 22 | 37 | 24 | |
| 38 | 1 | 38 | 6 | |
| 38 | 12 | 38 | 24 | |
| 39 | 1 | 39 | 5 | |
| 40 | 1 | 40 | 6 | |

## Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 40 | 13 | 40 | 16 | |
| 42 | 17 | 42 | 22 | |
| 43 | 22 | 43 | 24 | |
| 44 | 1 | 44 | 3 | |
| 44 | 9 | 44 | 24 | |
| 45 | 1 | 45 | 3 | |
| 45 | 6 | 45 | 9 | |
| 45 | 11 | 45 | 24 | |
| 46 | 1 | 46 | 18 | |
| 46 | 21 | 46 | 24 | |
| 47 | 1 | 47 | 6 | |
| 47 | 11 | 47 | 24 | |
| 48 | 1 | 48 | 1 | |
| 48 | 24 | 48 | 24 | |
| 49 | 1 | 49 | 2 | |
| 49 | 7 | 49 | 11 | |
| 49 | 13 | 49 | 23 | |
| 50 | 10 | 50 | 14 | |
| 50 | 23 | 50 | 24 | |
| 51 | 6 | 51 | 10 | |
| 51 | 13 | 51 | 17 | |
| 51 | 20 | 51 | 24 | |
| 52 | 1 | 52 | 9 | |
| 53 | 8 | 53 | 8 | |
| 54 | 17 | 54 | 24 | |
| 55 | 1 | 55 | 1 | |
| 55 | 3 | 55 | 14 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

**Dr. Gregory Curfman Deposition**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 55 | 15 | 55 | 17 | |
| 55 | 20 | 55 | 21 | |
| 55 | 23 | 55 | 24 | |
| 56 | 1 | 56 | 3 | |
| 56 | 13 | 56 | 24 | |
| 57 | 2 | 57 | 24 | |
| 58 | 1 | 58 | 14 | |
| 58 | 17 | 58 | 24 | |
| 59 | 1 | 59 | 9 | |
| 59 | 23 | 59 | 24 | |
| 60 | 1 | 60 | 4 | |
| 60 | 15 | 60 | 20 | |
| 61 | 20 | 61 | 24 | |
| 62 | 1 | 62 | 2 | |
| 62 | 5 | 62 | 7 | |
| 62 | 15 | 62 | 16 | |
| 62 | 19 | 62 | 24 | |
| 63 | 1 | 63 | 24 | |
| 64 | 1 | 64 | 10 | |
| 65 | 9 | 65 | 10 | |
| 65 | 13 | 65 | 20 | |
| 66 | 20 | 66 | 24 | |
| 67 | 1 | 67 | 18 | |
| 68 | 14 | 68 | 24 | |
| 69 | 1 | 69 | 4 | |
| 69 | 5 | 69 | 8 | |
| 71 | 11 | 71 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 72 | 1 | 72 | 17 | |
| 73 | 2 | 73 | 20 | |
| 74 | 3 | 74 | 16 | |
| 74 | 17 | 74 | 24 | |
| 75 | 1 | 75 | 9 | |
| 75 | 15 | 75 | 15 | |
| 76 | 1 | 76 | 11 | |
| 76 | 16 | 76 | 21 | |
| 77 | 1 | 77 | 17 | |
| 78 | 1 | 78 | 6 | |
| 80 | 17 | 80 | 19 | |
| 81 | 7 | 81 | 10 | |
| 81 | 15 | 81 | 16 | |
| 82 | 15 | 82 | 24 | |
| 83 | 1 | 83 | 7 | |
| 83 | 11 | 83 | 15 | |
| 83 | 22 | 83 | 24 | |
| 84 | 1 | 84 | 2 | |
| 84 | 6 | 84 | 6 | |
| 84 | 14 | 84 | 14 | |
| 84 | 18 | 84 | 22 | |
| 84 | 24 | 84 | 24 | |
| 85 | 1 | 85 | 18 | |
| 87 | 6 | 87 | 24 | |
| 88 | 1 | 88 | 2 | |
| 88 | 4 | 88 | 5 | |
| 88 | 7 | 88 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 89 | 1 | 89 | 3 | |
| 89 | 4 | 89 | 16 | |
| 89 | 20 | 89 | 24 | |
| 90 | 1 | 90 | 15 | |
| 90 | 19 | 90 | 22 | |
| 90 | 24 | 90 | 24 | |
| 91 | 1 | 91 | 24 | |
| 92 | 1 | 92 | 5 | |
| 92 | 8 | 92 | 11 | |
| 92 | 13 | 92 | 21 | |
| 93 | 13 | 93 | 14 | |
| 93 | 16 | 93 | 24 | |
| 94 | 1 | 94 | 1 | |
| 94 | 5 | 94 | 24 | |
| 95 | 1 | 95 | 4 | |
| 96 | 4 | 96 | 8 | |
| 96 | 11 | 96 | 19 | |
| 96 | 24 | 96 | 24 | |
| 97 | 1 | 97 | 8 | |
| 97 | 10 | 97 | 14 | |
| 97 | 16 | 97 | 24 | |
| 98 | 1 | 98 | 1 | |
| 98 | 3 | 98 | 18 | |
| 99 | 16 | 99 | 24 | |
| 100 | 1 | 100 | 15 | |
| 100 | 20 | 100 | 24 | |
| 101 | 1 | 101 | 5 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 101 | 14 | 101 | 20 | |
| 101 | 22 | 101 | 24 | |
| 102 | 2 | 102 | 4 | |
| 102 | 9 | 102 | 11 | |
| 102 | 13 | 102 | 16 | |
| 102 | 24 | 102 | 24 | |
| 103 | 1 | 103 | 13 | |
| 103 | 15 | 103 | 24 | |
| 104 | 1 | 104 | 1 | |
| 104 | 10 | 104 | 16 | |
| 108 | 2 | 108 | 23 | |
| 110 | 9 | 110 | 14 | |
| 111 | 8 | 111 | 24 | |
| 112 | 1 | 112 | 10 | |
| 112 | 13 | 112 | 24 | |
| 113 | 1 | 113 | 11 | |
| 114 | 4 | 114 | 5 | |
| 114 | 14 | 114 | 16 | |
| 114 | 22 | 114 | 24 | |
| 115 | 1 | 115 | 4 | |
| 115 | 8 | 115 | 21 | |
| 116 | 12 | 116 | 18 | |
| 117 | 13 | 117 | 14 | |
| 117 | 17 | 117 | 24 | |
| 118 | 1 | 118 | 6 | |
| 119 | 16 | 119 | 24 | |
| 120 | 1 | 120 | 6 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

**Dr. Gregory Curfman Deposition**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 121 | 6 | 121 | 24 | |
| 122 | 1 | 122 | 8 | |
| 122 | 22 | 122 | 24 | |
| 123 | 1 | 123 | 1 | |
| 123 | 16 | 123 | 24 | |
| 125 | 15 | 125 | 24 | |
| 126 | 11 | 126 | 24 | |
| 127 | 1 | 127 | 1 | |
| 127 | 17 | 127 | 19 | |
| 129 | 16 | 129 | 21 | |
| 131 | 10 | 131 | 14 | |
| 131 | 19 | 131 | 24 | |
| 132 | 1 | 132 | 1 | |
| 132 | 3 | 132 | 18 | |
| 133 | 2 | 133 | 15 | |
| 133 | 23 | 133 | 24 | |
| 134 | 1 | 134 | 19 | |
| 134 | 21 | 134 | 24 | |
| 135 | 1 | 135 | 16 | |
| 136 | 6 | 136 | 14 | |
| 137 | 7 | 137 | 13 | |
| 138 | 5 | 138 | 24 | |
| 139 | 1 | 139 | 5 | |
| 139 | 8 | 139 | 11 | |
| 139 | 13 | 139 | 24 | |
| 140 | 1 | 140 | 10 | |
| 141 | 6 | 141 | 24 | |

## Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 142 | 1 | 142 | 15 | |
| 142 | 16 | 142 | 21 | |
| 143 | 6 | 143 | 6 | |
| 143 | 11 | 143 | 21 | |
| 144 | 8 | 144 | 16 | |
| 146 | 4 | 146 | 12 | |
| 147 | 7 | 147 | 24 | |
| 149 | 12 | 149 | 16 | |
| 149 | 19 | 149 | 24 | |
| 150 | 1 | 150 | 1 | |
| 150 | 20 | 150 | 24 | |
| 151 | 1 | 151 | 16 | |
| 151 | 24 | 151 | 24 | |
| 152 | 1 | 152 | 1 | |
| 152 | 4 | 152 | 16 | |
| 153 | 2 | 153 | 24 | |
| 154 | 1 | 154 | 17 | |
| 154 | 22 | 154 | 22 | |
| 156 | 2 | 156 | 4 | |
| 156 | 5 | 156 | 24 | |
| 157 | 1 | 157 | 24 | |
| 158 | 1 | 158 | 20 | |
| 159 | 2 | 159 | 3 | |
| 159 | 5 | 159 | 16 | |
| 159 | 19 | 159 | 24 | |
| 160 | 18 | 160 | 19 | |
| 161 | 10 | 161 | 12 | |

### Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
### DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 161 | 23 | 161 | 23 | |
| 162 | 7 | 162 | 9 | |
| 162 | 13 | 162 | 20 | |
| 162 | 24 | 162 | 24 | |
| 163 | 1 | 163 | 5 | |
| 163 | 20 | 163 | 24 | |
| 164 | 1 | 164 | 9 | |
| 165 | 2 | 165 | 5 | |
| 166 | 16 | 166 | 24 | |
| 170 | 2 | 170 | 16 | |
| 171 | 14 | 171 | 23 | |
| 172 | 2 | 172 | 16 | |
| 172 | 22 | 172 | 24 | |
| 173 | 1 | 173 | 9 | |
| 173 | 12 | 173 | 24 | |
| 174 | 1 | 174 | 1 | |
| 174 | 3 | 174 | 7 | |
| 174 | 12 | 174 | 13 | |
| 175 | 1 | 175 | 6 | |
| 175 | 9 | 175 | 22 | |
| 176 | 16 | 176 | 24 | |
| 177 | 1 | 177 | 1 | |
| 177 | 10 | 177 | 24 | |
| 179 | 22 | 179 | 24 | |
| 180 | 1 | 180 | 4 | |
| 180 | 8 | 180 | 10 | |
| 183 | 2 | 183 | 18 | |

## Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 185 | 5 | 185 | 12 | |
| 185 | 17 | 185 | 19 | |
| 192 | 10 | 192 | 24 | |
| 193 | 1 | 193 | 12 | |
| 194 | 3 | 194 | 7 | |
| 194 | 10 | 194 | 20 | |
| 194 | 23 | 194 | 24 | |
| 195 | 1 | 195 | 4 | |
| 195 | 6 | 195 | 18 | |
| 195 | 19 | 195 | 23 | |
| 196 | 22 | 196 | 24 | |
| 197 | 1 | 197 | 3 | |
| 197 | 6 | 197 | 6 | |
| 201 | 18 | 201 | 24 | |
| 202 | 3 | 202 | 4 | |
| 204 | 9 | 204 | 24 | |
| 205 | 1 | 205 | 4 | |
| 205 | 15 | 205 | 24 | |
| 206 | 1 | 206 | 4 | |
| 206 | 9 | 206 | 17 | |
| 207 | 3 | 207 | 10 | |
| 209 | 2 | 209 | 3 | |
| 211 | 19 | 211 | 24 | |
| 212 | 1 | 212 | 6 | |
| 214 | 1 | 214 | 3 | |
| 214 | 6 | 214 | 8 | |
| 217 | 5 | 217 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Dr. Gregory Curfman Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 218 | 1 | 218 | 11 | |
| 219 | 18 | 219 | 24 | |
| 221 | 10 | 221 | 15 | |
| 221 | 18 | 221 | 19 | |
| 222 | 3 | 222 | 24 | |
| 223 | 1 | 223 | 6 | |
| 223 | 9 | 223 | 17 | |
| 224 | 19 | 224 | 22 | |
| 225 | 18 | 225 | 24 | |
| 226 | 1 | 226 | 19 | |
| 236 | 14 | 236 | 19 | |
| 237 | 4 | 237 | 7 | |
| 237 | 8 | 237 | 10 | |
| 237 | 11 | 237 | 11 | |
| 239 | 15 | 239 | 21 | |
| 240 | 14 | 240 | 23 | |
| 241 | 10 | 241 | 24 | |
| 242 | 1 | 242 | 13 | |
| 242 | 17 | 242 | 23 | |
| 325 | 19 | 325 | 24 | |
| 326 | 1 | 326 | 17 | |
| 326 | 22 | 326 | 23 | |
| 326 | 24 | 327 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Dr. Gregory Curfman Deposition
### November 21, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 12 | 13 | 12 | 14 | |
| 13 | 11 | 13 | 19 | |
| 45 | 23 | 46 | 3 | |
| 48 | 10 | 49 | 23 | |
| 51 | 10 | 53 | 11 | Re: 51:10-52:1<br>**Def Obj**: Leading<br>Re: 53:7-53:11<br>**Def Obj**: Leading |
| 54 | 5 | 54 | 21 | |
| 55 | 22 | 56 | 1 | |
| 57 | 7 | 58 | 15 | |
| 59 | 8 | 59 | 20 | |
| 60 | 1 | 61 | 2 | |
| 61 | 10 | 62 | 19 | |
| 75 | 24 | 77 | 20 | Re: 75:24-77:20<br>**Def Obj**:Foundation;<br>internal Merck document<br>witness has never seen<br>before |
| 80 | 20 | 81 | 9 | Re: 80:20-81:9<br>**Def Obj**: Leading;<br>Speculative |
| 84 | 14 | 84 | 18 | |
| 89 | 2 | 91 | 2 | Re: 89:11-89:15<br>**Def Obj**: Foundation;<br>Speculative<br>Re: 90:16-91:2<br>**Def Obj**: Leading;<br>Speculative |
| 250 | 19 | 251 | 1 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. Gregory Curfman Deposition**
**November 21, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 252 | 10 | 253 | 3 | Re: 252:10-253:3<br><br>**Def Obj:** Leading; Speculative |
| 255 | 9 | 256 | 3 | |
| 259 | 4 | 262 | 9 | Re: 260:20-260:21<br><br>**Def Obj:** Colloquy<br><br>Re: 261:11-261:21<br><br>**Def Obj:** Non-responsive<br><br>Re: 261:22-262:9<br><br>**Def Obj:** Non-responsive; improper and undisclosed expert opinion on naproxen. |
| 262 | 13 | 263 | 17 | Re: 263:2<br><br>**Def Obj:** Sidebar<br><br>Re: 263:12-263:15<br><br>**Def Obj:** Non-responsive after "Yes".<br><br>Re: 263:13-263:17<br><br>**Def Obj:** Non-responsive; no question asked. Improper and undisclosed expert opinion on naproxen. |
| 264 | 11 | 265 | 7 | Re: 264:19-265:7<br><br>**Def Obj:** Non-responsive – witness is giving a speech. Improper and undisclosed expert opinion on statistical analysis of study. |
| 279 | 15 | 281 | 12 | Re: 280:24<br><br>**Def Obj:** Remove |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

## Dr. Gregory Curfman Deposition
### November 21, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | Objection |
| | | | | Re: 281:1-281:3 |
| | | | | Def Obj: Non-responsive |
| | | | | Re: 281:9 |
| | | | | Def Obj: Remove Objection |
| | | | | Re: 281:10-281:12 |
| | | | | Def Obj: Non-responsive |
| 281 | 19 | 283 | 5 | Re: 281:23-282:6 |
| | | | | Def Obj: Non-responsive; no question was asked. |
| | | | | Re: 282:7-282:10 |
| | | | | Def Obj: Non-responsive after "To the FDA" |
| | | | | Re: 282:11 |
| | | | | Def Obj: Sidebar |
| | | | | Re: 282:12-282:20 |
| | | | | Def Obj: Non-responsive – everything after "I am very well aware of that." |
| | | | | Re: 282:21 |
| | | | | Def Obj: Sidebar |
| | | | | Re: 283:2 |
| | | | | Def Obj: Remove Objection |
| | | | | Re: 283:3-283:5 |
| | | | | Def Obj: Non-responsive after "Yes". |
| 285 | 10 | 286 | 14 | Re: 285:17-285:18 |
| | | | | Def Obj: Non-responsive |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. Gregory Curfman Deposition**
**November 21, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | after "They were…" |
| | | | | Re: 285:19 |
| | | | | <u>Def Obj</u>: Sidebar |
| | | | | Re: 285:20-285:23 |
| | | | | <u>Def Obj</u>: Non-responsive; no question was asked. |
| | | | | Re: 286:1-286:2 |
| | | | | <u>Def Obj</u>: Sidebar |
| | | | | Re: 286:3-286:14 |
| | | | | <u>Def Obj</u>: Non-responsive; no question was asked; witness is improperly questioning the examiner. |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Laura Demopoulos Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| **2/13/06** | | | | |
| 16 | 16 | 16 | 20 | |
| 28 | 1 | 28 | 4 | |
| 29 | 2 | 29 | 5 | |
| 117 | 22 | 118 | 2 | |
| 118 | 5 | 118 | 18 | |
| **5/25/06** | | | | |
| 452 | 6 | 452 | 20 | |
| 453 | 25 | 454 | 17 | |
| 455 | 1 | 455 | 19 | |
| 455 | 20 | 457 | 19 | |
| 460 | 20 | 461 | 9 | |
| 464 | 20 | 465 | 14 | |
| 465 | 15 | 465 | 20 | |
| 466 | 14 | 467 | 2 | |
| 467 | 17 | 468 | 4 | |
| 468 | 17 | 469 | 4 | |
| 471 | 23 | 472 | 8 | |
| 472 | 17 | 472 | 25 | |
| 474 | 3 | 474 | 6 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

**James Dunn Deposition**
**October 17, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 10 | 19 | 11 | 15 | |
| 12 | 2 | 12 | 5 | |
| 12 | 8 | 12 | 12 | |
| 13 | 15 | 13 | 16 | |
| 13 | 18 | 14 | 11 | |
| 238 | 10 | 238 | 14 | |
| 238 | 19 | 239 | 6 | |
| 242 | 7 | 242 | 9 | |
| 242 | 11 | 243 | 2 | |
| 295 | 21 | 295 | 22 | |
| 296 | 7 | 296 | 16 | |
| 298 | 10 | 298 | 13 | |
| 298 | 15 | 298 | 22 | |
| 299 | 14 | 299 | 25 | |
| 301 | 5 | 301 | 9 | |
| 306 | 6 | 306 | 9 | |
| 322 | 15 | 330 | 8 | |
| 330 | 16 | 331 | 23 | |
| 331 | 24 | 332 | 7 | |
| 332 | 17 | 332 | 22 | |
| 333 | 10 | 333 | 10 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

**James Dunn Deposition**
**October 17, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 333 | 14 | 333 | 21 | |
| 334 | 22 | 335 | 15 | |
| 337 | 13 | 337 | 24 | |
| 338 | 15 | 341 | 10 | |
| 342 | 20 | 343 | 4 | |
| 345 | 25 | 347 | 1 | |
| 347 | 2 | 350 | 11 | |
| 362 | 1 | 362 | 18 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### James Fries, M.D. Deposition
### June 16, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 16 | 9 | 16 | 15 | |
| 81 | 9 | 82 | 5 | |
| 99 | 7 | 99 | 7 | |
| 99 | 13 | 100 | 4 | |
| 100 | 21 | 101 | 13 | |
| 102 | 20 | 103 | 2 | |
| 104 | 6 | 104 | 24 | |
| 105 | 24 | 106 | 9 | |
| 106 | 12 | 107 | 7 | |
| 115 | 10 | 115 | 17 | |
| 115 | 18 | 116 | 5 | |
| 116 | 22 | 117 | 2 | |
| 117 | 20 | 119 | 7 | |
| 119 | 12 | 119 | 21 | |
| 125 | 17 | 126 | 18 | |
| 149 | 6 | 149 | 14 | |
| 150 | 9 | 150 | 18 | |
| 155 | 4 | 155 | 16 | |
| 156 | 4 | 156 | 17 | |
| 157 | 5 | 158 | 6 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

James Fries, M.D. Deposition
June 16, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 11 | 8 | 14 | 6 | |
| 15 | 23 | 16 | 7 | |
| 17 | 4 | 17 | 11 | |
| 17 | 23 | 18 | 22 | |
| 19 | 2 | 19 | 23 | |
| 20 | 9 | 20 | 12 | |
| 20 | 18 | 20 | 20 | |
| 20 | 22 | 21 | 11 | |
| 21 | 13 | 21 | 23 | |
| 22 | 12 | 23 | 21 | Re:22:12-23:21<br>**Def Obj:** Hearsay |
| 24 | 9 | 25 | 8 | |
| 26 | 22 | 27 | 2 | |
| 34 | 4 | 35 | 1 | |
| 35 | 20 | 36 | 1 | |
| 36 | 3 | 36 | 20 | |
| 37 | 9 | 37 | 17 | |
| 37 | 19 | 38 | 9 | |
| 38 | 11 | 38 | 14 | |
| 54 | 21 | 55 | 21 | |
| 68 | 19 | 69 | 15 | |
| 80 | 12 | 81 | 2 | |
| 89 | 1 | 89 | 9 | |
| 89 | 12 | 92 | 8 | Re: 89:18 – 92:8<br>**Def Obj:** Improper and undisclosed expert opinion on Naproxen. Prejudicial and unfair surprise. |