**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### James Fries, M.D. Deposition
### June 16, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 99 | 7 | 99 | 7 | |
| 99 | 13 | 100 | 4 | |
| 100 | 21 | 101 | 13 | |
| 102 | 20 | 103 | 2 | |
| 104 | 6 | 104 | 24 | |
| 105 | 24 | 106 | 9 | |
| 106 | 12 | 107 | 7 | |
| 108 | 15 | 109 | 17 | Re: 108:15-109:3<br><br>**Def Obj:** Hearsay conversation with third party; lack of foundation.<br><br>Re: 109:4-109:17<br><br>**Def Obj:** Lack of foundation; speculation about what other people knew. |
| 115 | 10 | 115 | 17 | |
| 149 | 6 | 149 | 14 | |
| 150 | 6 | 150 | 6 | |
| 150 | 9 | 150 | 21 | |
| 155 | 4 | 155 | 16 | |
| 156 | 4 | 156 | 17 | |
| 157 | 5 | 158 | 6 | |
| 168 | 13 | 168 | 22 | |
| 170 | 23 | 171 | 6 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### David Graham, M.D. Deposition
### May 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 40 | 3 | 40 | 11 | |
| 77 | 24 | 78 | 8 | |
| 78 | 13 | 79 | 10 | |
| 129 | 14 | 129 | 22 | |
| 178 | 4 | 178 | 7 | |
| 179 | 7 | 179 | 13 | |
| 227 | 8 | 227 | 13 | |
| 228 | 16 | 228 | 21 | |
| 251 | 14 | 251 | 24 | |
| 252 | 1 | 252 | 24 | |
| 253 | 1 | 253 | 5 | |
| 253 | 18 | 253 | 24 | |
| 254 | 1 | 254 | 8 | |
| 254 | 15 | 254 | 24 | |
| 255 | 1 | 255 | 24 | |
| 256 | 1 | 256 | 24 | |
| 257 | 1 | 257 | 24 | |
| 258 | 1 | 258 | 7 | |
| 258 | 20 | 258 | 24 | |
| 259 | 1 | 259 | 24 | |
| 260 | 1 | 260 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### David Graham, M.D. Deposition
### May 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 261 | 1 | 261 | 24 | |
| 262 | 1 | 262 | 24 | |
| 263 | 1 | 263 | 21 | |
| 267 | 2 | 267 | 19 | |
| 268 | 8 | 268 | 24 | |
| 269 | 1 | 270 | 3<br><br>(End with "Yes") | |
| 270 | 23 | 270 | 24 | |
| 271 | 1 | 271 | 24 | |
| 272 | 1 | 272 | 19 | |
| 277 | 6 | 277 | 19 | |
| 287 | 24 | 288 | 9 | |
| 290 | 16 | 290 | 24 | |
| 291 | 1 | 291 | 6 | |
| 291 | 23 | 291 | 24 | |
| 292 | 1 | 292 | 20 | |
| 293 | 3<br><br>(Starting with "Up at the top…") | 294 | 4 | |
| 294 | 18 | 294 | 24 | |
| 295 | 1 | 295 | 19 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### David Graham, M.D. Deposition
### May 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 295 | 24 | 296 | 13 | |
| 298 | 5 | 298 | 24 | |
| 299 | 1 | 299 | 5 | |
| 300 | 18 | 300 | 24 | |
| 301 | 1 | 301 | 24 | |
| 302 | 1 | 302 | 24 | |
| 303 | 1 | 303 | 24 | |
| 304 | 1 | 304 | 24 | |
| 305 | 1 | 305 | 6 | |
| 305 | 10 | 305 | 16 | |
| 305 | 19 | 305 | 24 | |
| 306 | 1 | 306 | 11 | |
| 306 | 14 | 306 | 24 | |
| 307 | 1 | 307 | 24 | |
| 308 | 1 | 308 | 6 | |
| 308 | 10 | 308 | 18 | |
| 308 | 21 | 308 | 24 | |
| 309 | 1 | 309 | 24 | |
| 310 | 1 | 310 | 24 | |
| 311 | 1 | 311 | 5 | |
| 312 | 2 | 312 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### David Graham, M.D. Deposition
### May 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 313 | 1 | 313 | 9 | |
| 313 | 14 | 313 | 22 | |
| 315 | 4 | 315 | 24 | |
| 316 | 1 | 316 | 24 | |
| 317 | 1 | 317 | 24 | |
| 318 | 1 | 318 | 24 | |
| 319 | 1 | 319 | 7 | |
| 320 | 22 | 320 | 24 | |
| 321 | 1 | 321 | 24 | |
| 322 | 1 | 322 | 24 | |
| 323 | 1 | 323 | 24 | |
| 324 | 1 | 324 | 24 | |
| 325 | 1 | 325 | 24 | |
| 326 | 1 | 326 | 4 | |
| 326 | 5 | 326 | 9 | |
| 326 | 17 | 326 | 24 | |
| 327 | 1 | 327 | 24 | |
| 328 | 1 | 328 | 20 | |
| 329 | 4 | 329 | 5 | |
| 330 | 4 | 330 | 24 | |
| 331 | 1 | 331 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### David Graham, M.D. Deposition
### May 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 332 | 1 | 332 | 24 | |
| 333 | 1 | 333 | 6 | |
| 337 | 6 | 337 | 20 | |
| 339 | 4 | 339 | 23 | |
| 340 | 14 | 340 | 24 | |
| 341 | 1 | 341 | 24 | |
| 342 | 1 | 342 | 24 | |
| 343 | 1 | 343 | 24 | |
| 344 | 1 | 344 | 24 | |
| 345 | 1 | 345 | 16 | |
| 353 | 2 | 353 | 18 | |
| 361 | 23 | 361 | 24 | |
| 362 | 1 | 362 | 24 | |
| 363 | 1 | 363 | 2 | |
| 367 | 19 | 367 | 24 | |
| 368 | 1 | 368 | 15 | |
| 368 | 17 | 368 | 24 | |
| 369 | 1 | 369 | 1 | |
| 369 | 11 | 369 | 20 | |
| 370 | 14 | 370 | 24 | |
| 371 | 1 | 371 | 24 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

David Graham, M.D. Deposition
May 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 372 | 1 | 372 | 24 | |
| 373 | 1 | 373 | 24 | |
| 374 | 1 | 374 | 21 | |
| 375 | 5 | 375 | 24 | |
| 376 | 1 | 376 | 24 | |
| 377 | 1 | 377 | 24 | |
| 378 | 1 | 378 | 24 | |
| 379 | 1 | 379 | 24 | |
| 380 | 1 | 380 | 24 | |
| 381 | 1 | 381 | 24 | |
| 382 | 1 | 382 | 24 | |
| 383 | 1 | 383 | 24 | |
| 384 | 1 | 384 | 24 | |
| 385 | 1 | 385 | 24 | |
| 386 | 1 | 386 | 13 | |
| 388 | 14 | 388 | 23 | |
| 389 | 2 | 389 | 24 | |
| 390 | 1 | 390 | 24 | |
| 391 | 1 | 391 | 10 | |
| 391 | 18 | 391 | 24 | |
| 392 | 1 | 392 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### David Graham, M.D. Deposition
### May 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 393 | 1 | 393 | 24 | |
| 394 | 1 | 394 | 24 | |
| 395 | 1 | 395 | 24 | |
| 396 | 1 | 396 | 24 | |
| 397 | 1 | 397 | 24 | |
| 398 | 1 | 398 | 24 | |
| 399 | 1 | 399 | 24 | |
| 400 | 1 | 400 | 18 | |
| 440 | 20 | 440 | 24 | |
| 441 | 7 | 441 | 24 | |
| 442 | 1 | 442 | 2 | |
| 442 | 15 | 442 | 24 | |
| 443 | 1 | 443 | 24 | |
| 444 | 1 | 444 | 24 | |
| 445 | 1 | 445 | 24 | |
| 446 | 1 | 446 | 24 | |
| 447 | 1 | 447 | 24 | |
| 448 | 1 | 448 | 1 | |
| 449 | 14 | 449 | 21 | |
| 450 | 16 | 450 | 24 | |
| 451 | 1 | 451 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

**David Graham, M.D. Deposition**
**May 9, 2006**

| **START PAGE** | **LINE** | **END PAGE** | **LINE** | **OBJECTION** |
|:---:|:---:|:---:|:---:|:---:|
| 452 | 1 | 452 | 24 | |
| 453 | 1 | 453 | 17 | |
| 454 | 22 | 454 | 24 | |
| 455 | 1 | 455 | 5 | |
| 455 | 14 | 455 | 24 | |
| 456 | 1 | 456 | 24 | |
| 457 | 1 | 457 | 19 | |
| 458 | 17 | 458 | 24 | |
| 459 | 1 | 459 | 22 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**David Graham, M.D. Deposition**
**May 9, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 33 | 23 | 34 | 1 | |
| 35 | 13 | 38 | 1 | **Re: 37:8-37:17**<br>**Def Obj**: 403; Extremely Prejudicial<br>**Re: 37:18-38:1**<br>**Def Obj**: 403; Criticism of the FDA is inappropriate (see Motion in *Limine*) |
| 39 | 8 | 40 | 2 | |
| 40 | 20 | 41 | 13 | |
| 41 | 18 | 41 | 21 | |
| 42 | 17 | 43 | 1 | |
| 43 | 12 | 44 | 22 | |
| 47 | 8 | 47 | 19 | |
| 48 | 9 | 48 | 11 | |
| 60 | 9 | 60 | 13 | |
| 61 | 5 | 62 | 22 | |
| 63 | 19 | 64 | 1 | |
| 64 | 5 | 64 | 16 | **Re: 64:5-64:16**<br>**Def Obj**: 403; Inappropriate second-guessing of FDA's decision to approve Vioxx (see Motion in *Limine*). Also, Graham is not an expert in the approval of drugs (see 84:11-19) |
| 70 | 11 | 70 | 14 | **Re: 70:11-70:14**<br>**Def Obj**: 401, 402; (Objection was sustained |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### David Graham, M.D. Deposition
### May 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | in Barnett) |
| 82 | 18 | 82 | 22 | |
| 133 | 12 | 133 | 19 | **Re: 133:12-133:15** <br><br> **Def Obj: Answer without a question** |
| 134 | 3 | 137 | 23 | **Re: 135:13-137:23** <br><br> **Def Obj: 403; Inappropriate second-guessing of FDA's risk/benefit analysis of Vioxx (see Motion in _Limine_).  Lacks foundation:  Graham was not involved in FDA's decision to approve Vioxx.** |
| 138 | 3 | 141 | 6 | |
| 141 | 8 | 143 | 2 | |
| 158 | 7 | 159 | 8 | |
| 160 | 8 | 168 | 1 | |
| 169 | 16 | 171 | 23 | |
| 172 | 2 | 172 | 3 | |
| 172 | 6 | 173 | 8 | |
| 174 | 11 | 174 | 20 | |
| 175 | 1 | 176 | 24 | |
| 177 | 5 | 178 | 3 | **Re: 177:19 -178:3** <br><br> **Def Obj: 403; Inappropriate second-guessing of FDA's labeling procedures.** |
| 178 | 13 | 178 | 21 | **Re: 178:14-178:21** <br><br> **Def Obj: 403;** |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

David Graham, M.D. Deposition
May 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Inappropriate second-guessing of FDA's labeling procedures. |
| 178 | 23 | 179 | 6 | Re: 178:23-179:6<br><br>**Def Obj**: 403; Inappropriate second-guessing of FDA's labeling procedures. |
| 182 | 6 | 182 | 13 | |
| 222 | 11 | 222 | 14 | Re: 222:12- 222:14<br><br>**Def Obj**: 403; Second-guessing FDA's decision to approve Vioxx and failure to demand withdrawal after VIGOR (see Motion in *Limine*). |
| 222 | 16 | 222 | 20 | Re: 222:16-222:20<br><br>**Def Obj**: 403; Second-guessing FDA's decision to approve Vioxx and failure to demand withdrawal after VIGOR (see Motion in *Limine*). |
| 222 | 22 | 224 | 5 | Re: 222:22-224:5<br><br>**Def Obj**: 403; Second-guessing FDA's decision to approve Vioxx and failure to demand withdrawal after VIGOR (see Motion in *Limine*). |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

**Marilyn Krahe Deposition**
**February 9, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 24 | 11 | 26 | 21 | |
| 27 | 6 | 27 | 13 | |
| 27 | 21 | 28 | 11 | |
| 31 | 6 | 31 | 14 | |
| 32 | 19 | 32 | 22 | |
| 75 | 11 | 75 | 14 | |
| 75 | 18 | 76 | 3 | |
| 97 | 19 | 97 | 21 | |
| 97 | 25 | 98 | 5 | |
| 111 | 10 | 111 | 19 | |
| 114 | 8 | 114 | 9 | |
| 114 | 12 | 114 | 13 | |
| 114 | 23 | 115 | 9 | |
| 117 | 13 | 117 | 15 | |
| 141 | 18 | 141 | 19 | |
| 141 | 21 | 142 | 8 | |
| 149 | 8 | 150 | 6 | |
| 150 | 12 | 150 | 19 | |
| 182 | 8 | 182 | 20 | |
| 184 | 13 | 184 | 21 | |
| 185 | 19 | 186 | 2 | |

**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

## Marilyn Krahe Deposition
### February 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 186 | 9 | 186 | 16 | |
| 191 | 16 | 191 | 17 | |
| 191 | 21 | 192 | 13 | |
| 192 | 16 | 192 | 23 | |
| 195 | 16 | 195 | 19 | |
| 195 | 20 | 195 | 21 | |
| 195 | 25 | 196 | 7 | |
| 199 | 1 | 199 | 4 | |
| 199 | 7 | 199 | 10 | |
| 201 | 6 | 201 | 8 | |
| 201 | 10 | 202 | 2 | |
| 202 | 14 | 202 | 20 | |
| 204 | 21 | 204 | 22 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Marilyn Krahe Deposition**
**February 9, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 12 | 19 | 12 | 23 | |
| 15 | 21 | 16 | 7 | Re: 15:21-16:7<br><br>**Def Obj**: 401; 402; 403; improper attack on witness' amount of prep when she got sick and the attorney cancelled the deposition |
| 31 | 15 | 31 | 25 | |
| 32 | 9 | 32 | 18 | |
| 38 | 9 | 38 | 11 | |
| 40 | 21 | 41 | 10 | |
| 71 | 4 | 71 | 15 | |
| 71 | 18 | 72 | 4 | Re: 72:4<br><br>**Def Obj**: Vague; question not answered and later rephrased |
| 72 | 6 | 73 | 8 | Re: 72:6<br><br>**Def Obj**: Vague; question not answered and later rephrased |
| 73 | 12 | 73 | 16 | |
| 74 | 14 | 74 | 21 | |
| 76 | 10 | 76 | 15 | Re:76:10-76:15<br><br>**Def Obj**: Asked and answered; harassing witness |
| 76 | 19 | 76 | 24 | Re:76:19-76:24<br><br>**Def Obj**: Asked and answered; harassing witness |
| 77 | 5 | 77 | 9 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

### Marilyn Krahe Deposition
### February 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 77 | 22 | 79 | 21 | Re: 78:5-78:14<br><br>**Def Obj: Question not answered but repeated**<br><br>Re: 79:9-79:21<br><br>**Def Obj: 401; 402; 403; Questioning about employees' compensation and bonuses is irrelevant and prejudicial.** |
| 80 | 1 | 80 | 11 | Re:80:1-80:11<br><br>**Def Obj: 401; 402; 403; Questioning about employees' compensation and bonuses is irrelevant and prejudicial.** |
| 81 | 13 | 82 | 7 | Re:81:13-82:7<br><br>**Def Obj: 401; 402; 403: Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17)** |
| 84 | 24 | 85 | 18 | Re:84:24-85:18<br><br>**Def Obj: 401; 402; 403: Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this document – she does not** |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Marilyn Krahe Deposition**
**February 9, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17) |
| 87 | 13 | 87 | 16 | Re:87:13-87:16 <br><br> **Def Obj:** 401; 402; 403; Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17) |
| 87 | 20 | 87 | 25 | Re:87:20-87:25 <br><br> **Def Obj:** 401; 402; 403: Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17) |
| 88 | 4 | 88 | 7 | Re:88:4-88:7 <br><br> **Def Obj:** 401; 402; 403: Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

**Marilyn Krahe Deposition**
**February 9, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17). **Speculation** |
| 92 | 14 | 92 | 24 | Re:92:14-92:24 **Def Obj**: 401; 402; 403: Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17). |
| 93 | 3 | 93 | 22 | Re:93:3-93:22 **Def Obj**: 401; 402; 403: Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17). |
| 95 | 19 | 96 | 15 | Re:95:19-96:15 **Def Obj**: 401; 402; 403; Questioning about employees' compensation and bonuses is irrelevant and prejudicial. |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Marilyn Krahe Deposition**
**February 9, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Objection to foundation on all questions on this document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17).<br><br>Re:96:9-15<br><br>**Def Obj:** No need to repeat question |
| 96 | 19 | 97 | 9 | Re:96:19-97:9<br><br>**Def Obj:** 401; 402; 403; Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17). |
| 100 | 9 | 100 | 11 | Re:100:9-100:11<br><br>**Def Obj:** 401; 402; 403; Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17). |
| 100 | 15 | 100 | 18 | Re:100:15-100:18 |

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

**Marilyn Krahe Deposition**
**February 9, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj**: 401; 402; 403; **Questioning about employees' compensation and bonuses is irrelevant and prejudicial. Objection to foundation on all questions on this document – she does not know who wrote it (see 86:4-5) or when presentation was given or where (see 88:14-17).** |
| 106 | 15 | 106 | 19 | |
| 107 | 1 | 107 | 2 | Re:107:1-107:2 <br><br> **Def Obj**: Foundation; no personal knowledge |
| 107 | 5 | 107 | 10 | Re:107:5-107:10 <br><br> **Def Obj**: Foundation; no personal knowledge |
| 110 | 15 | 110 | 19 | |
| 111 | 5 | 111 | 9 | |
| 112 | 18 | 113 | 19 | |
| 113 | 23 | 114 | 7 | |
| 114 | 14 | 114 | 22 | |
| 117 | 2 | 117 | 12 | |
| 117 | 16 | 118 | 12 | |
| 119 | 1 | 119 | 2 | |
| 119 | 6 | 119 | 9 | |
| 119 | 12 | 119 | 18 | |
| 141 | 12 | 141 | 17 | |
| 142 | 9 | 142 | 10 | |
| 143 | 9 | 143 | 13 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Marilyn Krahe Deposition**
**February 9, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 143 | 20 | 143 | 22 | Re:143:20-143:22<br><br>**Def Obj: Colloquy; question not answered and later withdrawn and a different question asked** |
| 143 | 24 | 144 | 8 | Re:143:24-144:8<br><br>**Def Obj: Colloquy; question not answered and later withdrawn and a different question asked** |
| 144 | 12 | 144 | 22 | Re:144:12-144:22<br><br>**Def Obj: Colloquy; question not answered and later withdrawn and a different question asked** |
| 145 | 1 | 146 | 7 | Re: 145:1–145:5<br><br>**Def Obj: Colloquy; question not answered and later withdrawn and a different question asked** |
| 146 | 10 | 146 | 14 | |
| 183 | 12 | 183 | 21 | |
| 184 | 22 | 185 | 4 | |
| 185 | 8 | 185 | 18 | |
| 186 | 3 | 186 | 8 | |
| 195 | 6 | 195 | 19 | |
| 196 | 10 | 196 | 15 | Re:196:10-196:15<br><br>**Def Obj: Foundation; Speculative- she testified at 196:4-7 that she was** |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Marilyn Krahe Deposition
### February 9, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | not certified to detail Vioxx. Asked and answered. |
| 197 | 3 | 197 | 7 | Re:197:3-197:7<br><br>**Def Obj**: Foundation; Speculative- she testified at 196:4-7 that she was not certified to detail Vioxx. Asked and answered. |
| 199 | 15 | 199 | 22 | Re: 199:15-199:22<br><br>**Def Obj**: Foundation; no personal; witness not qualified to discuss CV risk. |
| 200 | 1 | 201 | 1 | Re: 200:14-21<br><br>**Def Obj**: No question asked; colloquy |
| 201 | 4 | 201 | 8 | Re: 201:4-201:8<br><br>**Def Obj**: Foundation; no personal; witness not qualified to discuss CV risk. |
| 204 | 17 | 204 | 20 | |
| 205 | 12 | 205 | 24 | Re: 205:12-205:24<br><br>**Def Obj**: Foundation; no personal; witness not qualified to discuss CV risk. |
| 206 | 2 | 206 | 8 | Re: 206:2-206:8<br><br>**Def Obj**: Foundation; no personal; witness not qualified to discuss CV risk. |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Marilyn Krahe Deposition**
**February 9, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 206 | 14 | 206 | 17 | Re:206:14-206:17<br><br>**Def Obj**: Lawyer testifying (sustained in Barnett) |
| 206 | 20 | 206 | 20 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Edward M. Scolnick, M.D. Deposition

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 1/30/03 | | | | |
| 105 | 8 | 105 | 16 | |
| 110 | 22 | 111 | 2 | |
| 111 | 9 | 112 | 3 | |
| 123 | 7 | 123 | 10 | |
| 123 | 13 | 123 | 17 | |
| 128 | 12 | 128 | 19 | |
| 129 | 3 | 129 | 15 | |
| 4/29/05 | | | | |
| 343 | 7 | 343 | 11 | |
| 6/1/05 | | | | |
| 980 | 10 | 981 | 6 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

### Edward M. Scolnick, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| **1/30/03** | | | | |
| 102 | 17 | 102 | 22 | |
| 104 | 5 | 105 | 7 | |
| 105 | 17 | 106 | 3 | |
| 107 | 3 | 107 | 10 | |
| 107 | 16 | 107 | 18 | |
| 109 | 6 | 109 | 14 | |
| 113 | 2 | 113 | 20 | |
| 113 | 22 | 114 | 11 | |
| 114 | 14 | 115 | 7 | |
| 115 | 10 | 115 | 15 | |
| 118 | 20 | 119 | 4 | |
| 119 | 11 | 119 | 20 | |
| 119 | 24 | 121 | 17 | |
| 121 | 24 | 122 | 20 | |
| 123 | 18 | 124 | 13 | |
| 124 | 17 | 124 | 20 | |
| 125 | 1 | 125 | 10 | |
| 126 | 8 | 126 | 15 | |
| 126 | 23 | 127 | 1 | |
| 127 | 11 | 127 | 18 | |
| 127 | 22 | 128 | 11 | |
| 129 | 16 | 129 | 19 | |
| 130 | 4 | 130 | 10 | |
| 130 | 16 | 131 | 12 | |
| 131 | 15 | 131 | 22 | |
| **03/22/05** | | | | |
| 22 | 13 | 22 | 18 | |