**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Edward M. Scolnick, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 47 | 2 | 48 | 2 | |
| 49 | 1 | 49 | 10 | |
| 52 | 2 | 52 | 21 | |
| 58 | 17 | 58 | 24 | |
| **4/29/05** | | | | |
| 10 | 14 | 10 | 16 | |
| 27 | 14 | 27 | 17 | |
| 28 | 24 | 29 | 2 | |
| 29 | 4 | 29 | 6 | |
| 29 | 13 | 29 | 16 | |
| 29 | 18 | 30 | 4 | |
| 32 | 13 | 33 | 20 | |
| 33 | 24 | 33 | 25 | |
| 34 | 8 | 34 | 16 | |
| 36 | 13 | 36 | 18 | |
| 42 | 6 | 42 | 9 | |
| 43 | 11 | 43 | 19 | |
| 47 | 6 | 47 | 8 | |
| 87 | 3 | 87 | 9 | |
| 98 | 3 | 98 | 10 | **Re: 98:3-98:5**<br><br>**<u>Def Obj:</u> Answer without a Question** |
| 112 | 22 | 112 | 24 | |
| 113 | 1 | 113 | 13 | |
| 115 | 17 | 116 | 11 | |
| 117 | 18 | 118 | 3 | |
| 118 | 6 | 118 | 9 | |
| 118 | 11 | 118 | 18 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Edward M. Scolnick, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 118 | 21 | 118 | 22 | |
| 118 | 24 | 119 | 1 | |
| 151 | 17 | 151 | 20 | |
| 203 | 22 | 204 | 20 | |
| 204 | 22 | 205 | 10 | |
| 205 | 17 | 205 | 18 | |
| 207 | 6 | 207 | 8 | |
| 207 | 12 | 207 | 15 | |
| 209 | 8 | 209 | 11 | |
| 209 | 14 | 210 | 3 | Re: 209:18-209:24 **Def Obj: Questions calls for speculation** |
| 231 | 17 | 232 | 4 | |
| 232 | 8 | 232 | 11 | |
| 232 | 21 | 233 | 9 | |
| 233 | 23 | 234 | 2 | |
| 235 | 23 | 236 | 1 | |
| 236 | 3 | 236 | 8 | |
| 236 | 18 | 236 | 24 | |
| 237 | 20 | 238 | 8 | |
| 240 | 4 | 240 | 9 | |
| 242 | 18 | 242 | 21 | |
| 243 | 22 | 244 | 14 | |
| 244 | 16 | 244 | 17 | |
| 245 | 4 | 245 | 7 | |
| 245 | 9 | 245 | 10 | |
| 245 | 17 | 245 | 25 | |
| 246 | 2 | 247 | 19 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Edward M. Scolnick, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---:|
| 252 | 9 | 253 | 18 | |
| 253 | 25 | 254 | 4 | |
| 263 | 23 | 264 | 8 | |
| 264 | 21 | 265 | 13 | |
| 266 | 25 | 267 | 17 | |
| 267 | 19 | 268 | 1 | |
| 268 | 3 | 268 | 4 | |
| 268 | 16 | 269 | 10 | |
| 270 | 2 | 270 | 17 | |
| 271 | 10 | 271 | 24 | |
| 305 | 15 | 305 | 19 | |
| 311 | 21 | 313 | 3 | |
| 313 | 25 | 314 | 15 | |
| 315 | 11 | 315 | 24 | |
| 322 | 6 | 325 | 17 | |
| 329 | 10 | 329 | 24 | |
| 331 | 12 | 331 | 18 | |
| 332 | 9 | 332 | 25 | |
| 333 | 14 | 334 | 12 | |
| 334 | 20 | 334 | 24 | |
| 335 | 1 | 335 | 4 | |
| 335 | 12 | 335 | 15 | |
| 335 | 18 | 336 | 8 | |
| 340 | 24 | 341 | 5 | |
| 341 | 17 | 341 | 20 | |
| 343 | 1 | 343 | 6 | |
| 353 | 12 | 353 | 25 | |
| 354 | 14 | 354 | 19 | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Edward M. Scolnick, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 354 | 21 | 355 | 5 | |
| 355 | 23 | 356 | 10 | |
| 357 | 4 | 357 | 17 | |
| 360 | 22 | 361 | 4 | |
| 361 | 14 | 363 | 2 | |
| 363 | 4 | 363 | 18 | |
| 364 | 12 | 365 | 12 | |
| 365 | 14 | 365 | 22 | |
| 366 | 3 | 366 | 9 | |
| 366 | 11 | 366 | 13 | |
| 371 | 15 | 371 | 23 | |
| 372 | 18 | 373 | 3 | |
| 373 | 12 | 374 | 2 | |
| 376 | 10 | 376 | 15 | |
| 381 | 11 | 382 | 2 | |

## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Eric Topol Depositions
### November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 26 | 6 | 27 | 3 | |
| 36 | 5 | 36 | 15 | |
| 36 | 18 | 37 | 19 | |
| 292 | 21 | 293 | 4 | |
| 293 | 6 | 293 | 10 | |
| 293 | 12 | 293 | 24 | |
| 294 | 3 | 294 | 4 | |
| 294 | 6 | 294 | 11 | |
| 294 | 13 | 295 | 2 | |
| 295 | 6 | 295 | 18 | |
| 295 | 20 | 295 | 22 | |
| 295 | 24 | 296 | 1 | |
| 296 | 4 | 296 | 5 | |
| 296 | 8 | 296 | 9 | |
| 316 | 5 | 316 | 6 | |
| 316 | 7 | 316 | 24 | |
| 317 | 1 | 317 | 3 | |
| 317 | 23 | 317 | 24 | |
| 318 | 1 | 318 | 24 | |
| 319 | 1 | 319 | 9 | |
| 322 | 19 | 322 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Eric Topol Depositions
### November 22, 2005

| **START PAGE** | **LINE** | **END PAGE** | **LINE** | **OBJECTION** |
|---|---|---|---|---|
| 323 | 1 | 323 | 3 | |
| 323 | 12 | 323 | 24 | |
| 324 | 1 | 324 | 24 | |
| 325 | 1 | 325 | 17 | |
| 327 | 17 | 327 | 24 | |
| 328 | 1 | 328 | 10 | |
| 329 | 1 | 329 | 9 | |
| 330 | 7 | 330 | 15 | |
| 338 | 22 | 338 | 24 | |
| 339 | 1 | 339 | 24 | |
| 342 | 13 | 342 | 24 | |
| 343 | 1 | 343 | 22 | |
| 344 | 11 | 344 | 24 | |
| 345 | 1 | 345 | 5 | |
| 350 | 22 | 350 | 24 | |
| 352 | 6 | 352 | 7 | |
| 352 | 10 | 352 | 20 | |
| 353 | 4 | 353 | 12 | |
| 363 | 13 | 363 | 19 | |
| 364 | 14 | 364 | 19 | |
| 366 | 1 | 366 | 12 | |

**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Eric Topol Depositions
### November 22, 2005

| **START PAGE** | **LINE** | **END PAGE** | **LINE** | **OBJECTION** |
|:---:|:---:|:---:|:---:|:---:|
| 367 | 23 | 367 | 24 | |
| 368 | 1 | 368 | 18 | |
| 370 | 2 | 370 | 24 | |
| 371 | 1 | 371 | 5 | |
| 376 | 7 | 376 | 24 | |
| 377 | 1 | 377 | 6 | |
| 377 | 9 | 377 | 24 | |
| 378 | 1 | 378 | 12 | |
| 378 | 19 | 378 | 24 | |
| 379 | 1 | 379 | 24 | |
| 380 | 1 | 380 | 10 | |
| 382 | 17 | 382 | 24 | |
| 383 | 1 | 383 | 16 | |
| 383 | 22 | 383 | 24 | |
| 384 | 1 | 384 | 14 | |
| 385 | 3 | 385 | 11 | |
| 386 | 4 | 386 | 21 | |
| 386 | 24 | 386 | 24 | |
| 387 | 1 | 387 | 11 | |
| 394 | 15 | 394 | 22 | |
| 401 | 19 | 401 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Eric Topol Depositions
### November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 402 | 1 | 402 | 11 | |
| 402 | 23 | 402 | 24 | |
| 403 | 1 | 403 | 24 | |
| 404 | 1 | 404 | 19 | |
| 404 | 24 | 404 | 24 | |
| 405 | 1 | 405 | 19 | |
| 405 | 22 | 405 | 24 | |
| 406 | 1 | 406 | 7 | |
| 413 | 3 | 413 | 14 | |
| 414 | 5 | 414 | 24 | |
| 415 | 1 | 415 | 12 | |
| 415 | 16 | 415 | 24 | |
| 416 | 1 | 416 | 4 | |
| 416 | 21 | 416 | 24 | |
| 417 | 1 | 417 | 2 | |
| 418 | 6 | 418 | 24 | |
| 419 | 1 | 419 | 3 | |
| 419 | 11 | 419 | 24 | |
| 420 | 1 | 420 | 2 | |
| 420 | 5 | 420 | 24 | |
| 421 | 1 | 421 | 6 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Eric Topol Depositions
### November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:----------:|:----:|:--------:|:----:|:---------:|
| 421 | 11 | 421 | 19 | |
| 422 | 8 | 422 | 15 | |
| 426 | 20 | 426 | 23 | |
| 427 | 2 | 427 | 6 | |
| 428 | 18 | 428 | 23 | |
| 429 | 11 | 429 | 24 | |
| 430 | 1 | 430 | 12 | |
| 434 | 9 | 434 | 19 | |
| 435 | 7 | 435 | 24 | |
| 436 | 1 | 436 | 24 | |
| 437 | 1 | 437 | 24 | |
| 438 | 1 | 438 | 4 | |
| 438 | 5 | 438 | 19 | |
| 439 | 2 | 439 | 24 | |
| 440 | 1 | 440 | 24 | |
| 441 | 1 | 441 | 5 | |
| 442 | 3 | 442 | 24 | |
| 443 | 1 | 443 | 12 | |
| 448 | 7 | 448 | 24 | |
| 449 | 1 | 449 | 15 | |
| 461 | 3 | 461 | 7 | |

**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Eric Topol Depositions
### November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 464 | 17 | 464 | 24 | |
| 465 | 1 | 465 | 15 | |
| 468 | 19 | 468 | 24 | |
| 469 | 1 | 469 | 24 | |
| 470 | 1 | 470 | 24 | |
| 471 | 1 | 471 | 24 | |
| 472 | 1 | 472 | 24 | |
| 473 | 1 | 473 | 3 | |
| 474 | 1 | 474 | 5 | |
| 475 | 22 | 475 | 24 | |
| 476 | 1 | 476 | 9 | |
| 476 | 10 | 476 | 24 | |
| 477 | 1 | 477 | 13 | |
| 478 | 9 | 478 | 23 | |
| 481 | 18 | 481 | 24 | |
| 482 | 1 | 482 | 3 | |
| 483 | 1 | 483 | 8 | |
| 484 | 19 | 484 | 24 | |
| 485 | 1 | 485 | 24 | |
| 486 | 1 | 486 | 6 | |
| 487 | 15 | 487 | 24 | |

**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Eric Topol Depositions
### November 22, 2005

| **START PAGE** | **LINE** | **END PAGE** | **LINE** | **OBJECTION** |
|---|---|---|---|---|
| 488 | 1 | 488 | 24 | |
| 489 | 1 | 489 | 9 | |
| 489 | 21 | 489 | 21 | |
| 490 | 3 | 490 | 24 | |
| 491 | 1 | 491 | 24 | |
| 492 | 1 | 492 | 1 | |
| 492 | 5 | 492 | 24 | |
| 493 | 1 | 493 | 15 | |
| 493 | 19 | 493 | 22 | |
| 494 | 6 | 494 | 24 | |
| 495 | 1 | 495 | 10 | |
| 495 | 14 | 495 | 24 | |
| 496 | 1 | 496 | 24 | |
| 497 | 1 | 497 | 24 | |
| 498 | 1 | 498 | 24 | |
| 499 | 1 | 499 | 1 | |
| 499 | 4 | 499 | 24 | |
| 501 | 23 | 501 | 24 | |
| 502 | 1 | 502 | 7 | |
| 504 | 20 | 504 | 24 | |
| 505 | 1 | 505 | 18 | |

**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

### Eric Topol Depositions
### November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 506 | 14 | 506 | 24 | |
| 507 | 1 | 507 | 7 | |
| 507 | 10 | 507 | 24 | |
| 508 | 1 | 508 | 21 | |
| 509 | 6 | 509 | 24 | |
| 510 | 1 | 510 | 24 | |
| 511 | 1 | 511 | 2 | |
| 538 | 24 | 538 | 24 | |
| 539 | 1 | 539 | 24 | |
| 541 | 8 | 541 | 24 | |
| 542 | 1 | 542 | 1 | |
| 547 | 16 | 547 | 22 | |
| 552 | 5 | 553 | 22 | |
| 555 | 15 | 555 | 17 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

Eric Topol Depositions
November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 25 | 11 | 25 | 13 | |
| 27 | 4 | 29 | 2 | |
| 29 | 5 | 31 | 20 | |
| 33 | 1 | 33 | 5 | |
| 33 | 8 | 34 | 4 | |
| 34 | 7 | 34 | 15 | |
| 35 | 12 | 35 | 13 | |
| 35 | 16 | 35 | 19 | |
| 35 | 22 | 36 | 4 | |
| 38 | 19 | 39 | 17 | |
| 44 | 8 | 44 | 13 | |
| 44 | 16 | 44 | 17 | |
| 45 | 5 | 45 | 20 | |
| 46 | 23 | 47 | 6 | |
| 50 | 1 | 51 | 1 | |
| 53 | 23 | 54 | 14 | |
| 54 | 20 | 54 | 23 | |
| 55 | 6 | 55 | 10 | |
| 56 | 11 | 56 | 15 | |
| 56 | 22 | 57 | 15 | |
| 57 | 18 | 57 | 21 | |
| 57 | 24 | 58 | 12 | |
| 58 | 20 | 58 | 21 | |
| 58 | 24 | 59 | 13 | |
| 59 | 16 | 59 | 23 | |
| 60 | 2 | 60 | 11 | |
| 60 | 14 | 60 | 18 | |

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

Eric Topol Depositions
November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 61 | 5 | 61 | 13 | |
| 62 | 3 | 62 | 22 | |
| 67 | 5 | 67 | 15 | |
| 68 | 24 | 69 | 3 | |
| 69 | 6 | 70 | 8 | |
| 70 | 12 | 72 | 8 | |
| 72 | 13 | 72 | 19 | |
| 72 | 22 | 73 | 16 | |
| 74 | 10 | 74 | 22 | |
| 75 | 3 | 75 | 4 | |
| 75 | 7 | 75 | 18 | |
| 75 | 21 | 75 | 22 | |
| 76 | 1 | 76 | 24 | |
| 77 | 3 | 77 | 15 | |
| 77 | 18 | 78 | 7 | |
| 79 | 11 | 80 | 9 | |
| 80 | 14 | 81 | 2 | |
| 81 | 5 | 82 | 6 | |
| 83 | 7 | 83 | 13 | |
| 83 | 16 | 85 | 6 | |
| 85 | 11 | 85 | 17 | |
| 87 | 6 | 87 | 11 | |
| 90 | 5 | 90 | 11 | **Re: 90:5-90:11**<br><br>**Def Obj: Foundation;** **602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or** |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

Eric Topol Depositions
November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | its substance. |
| 90 | 21 | 90 | 24 | Re: 90:21-90:24 <br><br> **Def Obj:** Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. |
| 91 | 3 | 91 | 14 | Re: 91:3-91:14 <br><br> **Def Obj:** Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. |
| 91 | 21 | 91 | 23 | Re: 91:21-91:23 <br><br> **Def Obj:** Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. |
| 92 | 10 | 92 | 12 | Re: 92:10-92:12 <br><br> **Def Obj:** Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. |
| 92 | 18 | 92 | 24 | Re: 92:18-92:24 <br><br> **Def Obj:** Foundation; 602. At 91:3 Witness |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Eric Topol Depositions
### November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. |
| 93 | 3 | 93 | 23 | Re: 93:3-93:23 <br><br> **Def Obj:** Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. |
| 94 | 2 | 94 | 5 | Re: 94:2-94:5 <br><br> **Def Obj:** Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. |
| 95 | 15 | 96 | 6 | |
| 97 | 7 | 97 | 17 | |
| 99 | 16 | 100 | 6 | Re: 99:16-100:6 <br><br> **Def Obj:** Foundation |
| 101 | 18 | 101 | 21 | Re: 101:18-101:21 <br><br> **Def Obj:** 403, 602 |
| 101 | 24 | 105 | 2 | |
| 106 | 14 | 107 | 12 | Re: 106:14-107:12 <br><br> **Def Obj:** Foundation; no personal knowledge; see 108:13-18. No contemporaneous knowledge of these internal Merck |

115

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Eric Topol Depositions
### November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | documents. No basis to testify or provide context. |
| 107 | 15 | 108 | 10 | Re: 107:15-108:10<br><br>**Def Obj:** Foundation; no personal knowledge; see 108:13-18. No contemporaneous knowledge of these internal Merck documents. No basis to testify or provide context. |
| 108 | 13 | 108 | 14 | Re: 108:13-108:14<br><br>**Def Obj:** Foundation; no personal knowledge; see 108:13-18. No contemporaneous knowledge of these internal Merck documents. No basis to testify or provide context. |
| 108 | 17 | 108 | 18 | Re: 108:17-108:18<br><br>**Def Obj:** Foundation; no personal knowledge; see 108:13-18. No contemporaneous knowledge of these internal Merck documents. No basis to testify or provide context. |
| 109 | 21 | 110 | 6 | |
| 110 | 8 | 110 | 20 | |
| 110 | 24 | 111 | 4 | |
| 111 | 8 | 111 | 14 | |
| 122 | 3 | 122 | 14 | |
| 124 | 17 | 125 | 4 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

### Eric Topol Depositions
### November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 125 | 7 | 126 | 6 | |
| 126 | 23 | 127 | 4 | |
| 127 | 8 | 127 | 10 | |
| 127 | 13 | 127 | 18 | |
| 127 | 20 | 128 | 17 | |
| 129 | 3 | 129 | 7 | |
| 129 | 10 | 130 | 3 | |
| 130 | 8 | 130 | 13 | |
| 130 | 18 | 131 | 5 | |
| 131 | 20 | 132 | 2 | |
| 132 | 5 | 132 | 22 | |
| 133 | 1 | 133 | 4 | |
| 133 | 7 | 133 | 16 | |
| 136 | 5 | 136 | 11 | |
| 136 | 14 | 138 | 10 | |
| 141 | 5 | 141 | 11 | |
| 143 | 16 | 143 | 21 | |
| 143 | 24 | 144 | 2 | |
| 166 | 5 | 166 | 7 | |
| 166 | 10 | 166 | 21 | |
| 198 | 13 | 198 | 18 | |
| 198 | 20 | 199 | 7 | |
| 214 | 7 | 214 | 14 | |
| 214 | 16 | 216 | 5 | |
| 221 | 22 | 222 | 3 | |
| 222 | 9 | 223 | 24 | |
| 224 | 22 | 225 | 8 | Re: 224:22-225:8<br><br>**Def Obj:** Incomplete |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Eric Topol Depositions
### November 22, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Answer |
| 225 | 22 | 226 | 7 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
### DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

**Jan Weiner Depositions**
**August 10, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 299 | 14 | 299 | 14 | |
| 303 | 1 | 303 | 6 | |
| 427 | 10 | 427 | 21 | |
| 444 | 1 | 444 | 4 | |
| 444 | 7 | 444 | 12 | |
| 525 | 21 | 525 | 23 | |
| 526 | 4 | 527 | 3 | |
| 528 | 6 | 528 | 20 | |
| 532 | 11 | 532 | 21 | |
| 532 | 25 | 534 | 9 | |
| 537 | 23 | 538 | 5 | |
| 538 | 13 | 538 | 22 | |
| 541 | 11 | 542 | 15 | |
| 542 | 16 | 543 | 3 | |
| 543 | 6 | 543 | 15 | |
| 548 | 12 | 548 | 15 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Jan Weiner Depositions
### August 10, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---:|
| 15 | 10 | 15 | 13 | |
| 18 | 12 | 19 | 2 | |
| 19 | 17 | 19 | 24 | |
| 20 | 12 | 20 | 18 | |
| 22 | 4 | 22 | 16 | |
| 31 | 4 | 31 | 7 | |
| 31 | 9 | 32 | 5 | |
| 32 | 9 | 32 | 17 | |
| 37 | 3 | 37 | 11 | |
| 43 | 9 | 43 | 21 | |
| 45 | 23 | 46 | 11 | |
| 47 | 3 | 47 | 15 | |
| 47 | 17 | 47 | 21 | |
| 49 | 16 | 50 | 10 | |
| 50 | 14 | 50 | 25 | |
| 55 | 8 | 55 | 10 | |
| 55 | 16 | 55 | 18 | |
| 62 | 9 | 62 | 15 | |
| 63 | 7 | 63 | 11 | |
| 63 | 13 | 63 | 13 | |
| 74 | 23 | 75 | 1 | |
| 75 | 7 | 75 | 13 | |
| 79 | 18 | 79 | 21 | |
| 79 | 23 | 80 | 11 | |
| 80 | 16 | 80 | 18 | |
| 80 | 20 | 81 | 4 | |
| 81 | 9 | 81 | 11 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

Jan Weiner Depositions
August 10, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---:|
| 81 | 13 | 81 | 17 | |
| 82 | 22 | 83 | 5 | |
| 102 | 15 | 103 | 15 | |
| 104 | 4 | 104 | 8 | |
| 106 | 17 | 106 | 20 | |
| 106 | 23 | 107 | 7 | |
| 107 | 10 | 107 | 16 | |
| 107 | 21 | 107 | 21 | |
| 148 | 16 | 148 | 23 | |
| 148 | 25 | 149 | 2 | |
| 149 | 12 | 149 | 21 | |
| 149 | 23 | 150 | 8 | |
| 150 | 10 | 150 | 13 | |
| 155 | 9 | 155 | 21 | |
| 291 | 19 | 292 | 4 | |
| 292 | 16 | 292 | 19 | |
| 292 | 23 | 293 | 1 | |
| 293 | 3 | 293 | 13 | |
| 293 | 22 | 293 | 22 | |
| 294 | 17 | 295 | 5 | |
| 296 | 23 | 296 | 25 | |
| 297 | 3 | 297 | 21 | |
| 297 | 24 | 298 | 5 | |
| 298 | 9 | 298 | 17 | |
| 299 | 4 | 299 | 7 | |
| 299 | 9 | 299 | 11 | |
| 299 | 22 | 299 | 25 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

### Jan Weiner Depositions
### August 10, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 300 | 6 | 300 | 7 | |
| 300 | 25 | 301 | 9 | |
| 301 | 12 | 301 | 15 | |
| 301 | 19 | 302 | 1 | |
| 302 | 3 | 302 | 8 | |
| 302 | 11 | 302 | 18 | |
| 302 | 20 | 302 | 25 | |
| 303 | 7 | 303 | 10 | |
| 303 | 12 | 303 | 16 | |
| 304 | 7 | 304 | 9 | |
| 304 | 11 | 304 | 11 | |
| 427 | 3 | 427 | 21 | |
| 428 | 2 | 428 | 13 | |
| 428 | 15 | 428 | 20 | |
| 428 | 22 | 428 | 22 | |
| 429 | 3 | 429 | 10 | |
| 430 | 24 | 431 | 6 | |
| 431 | 14 | 431 | 17 | Re: 431:14-431:17 <br> **Def Obj:** 602 |
| 434 | 11 | 434 | 15 | |
| 436 | 17 | 436 | 21 | |
| 436 | 23 | 437 | 2 | |
| 437 | 5 | 437 | 6 | |
| 444 | 1 | 444 | 4 | |
| 444 | 7 | 444 | 12 | |
| 444 | 14 | 444 | 15 | |
| 444 | 17 | 444 | 18 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Jan Weiner Depositions
### August 10, 2005

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---:|
| 444 | 22 | 444 | 23 | |
| 445 | 3 | 445 | 7 | |
| 446 | 9 | 446 | 11 | |
| 446 | 13 | 446 | 14 | |
| 525 | 21 | 525 | 23 | |
| 526 | 4 | 527 | 3 | |