**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE  DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 106 | 5 | 106 | 7 | |
| 106 | 9 | 106 | 16 | |
| 106 | 18 | 106 | 18 | |
| 107 | 2 | 107 | 12 | Re: 107:9-107:12<br><br>**Def Obj**: Leading; Foundation |
| 107 | 14 | 107 | 18 | Re: 107:14-107:14<br><br>**Def Obj**: Leading; Foundation |
| 107 | 20 | 107 | 23 | |
| 110 | 23 | 111 | 18 | Re: 110:23-111:6<br><br>**Def Obj**: Remove Sidebar |
| 120 | 23 | 121 | 8 | |
| 121 | 15 | 121 | 16 | |
| 121 | 18 | 122 | 11 | |
| 122 | 13 | 122 | 21 | |
| 123 | 8 | 123 | 18 | |
| 133 | 21 | 135 | 13 | Re: 135:11-135:13<br><br>**Def Obj**: Leading |
| 140 | 18 | 141 | 2 | Re: 140:18-141:2<br><br>**Def Obj**: Foundation; Witness has never seen this letter before thus no foundation for asking any questions about it |
| 141 | 8 | 143 | 10 | Re: 141:8-143:10<br><br>**Def Obj**: Foundation; Witness has never seen this letter before thus no foundation for asking |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE  DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | any questions about it |
| | | | | Re: 142:17-143:10 |
| | | | | **Def Obj**: Leading; Cummulative |
| 143 | 12 | 143 | 17 | Re: 143:12-143:17 |
| | | | | **Def Obj**: Foundation; Witness has never seen this letter before thus no foundation for asking any questions about it |
| | | | | Re: 143:12-143:17 |
| | | | | **Def Obj**: Leading; Cummulative |
| 143 | 24 | 145 | 10 | Re: 143:24-145:10 |
| | | | | **Def Obj**: Foundation; Witness has never seen this letter before thus no foundation for asking any questions about it |
| 146 | 4 | 148 | 5 | Re: 146:4-148:5 |
| | | | | **Def Obj**: Foundation; Witness has never seen this letter before thus no foundation for asking any questions about it |
| 148 | 7 | 148 | 17 | Re: 148:8-148:17 |
| | | | | **Def Obj**: Leading |
| 148 | 19 | 150 | 5 | Re: 148:19-148:19 |
| | | | | **Def Obj**: Leading |
| | | | | Re: 148:20-150:5 |
| | | | | **Def Obj**: Foundation; Witness has never seen this letter before thus no |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE  DEPOSITION DESIGNATIONS

Douglas M. Vogeler, M.D. Depositions

| <u>START PAGE</u> | <u>LINE</u> | <u>END PAGE</u> | <u>LINE</u> | <u>OBJECTIONS</u> |
|---|---|---|---|---|
| | | | | foundation for asking any questions about it |
| 151 | 3 | 151 | 15 | |
| 152 | 2 | 152 | 22 | |
| 153 | 12 | 154 | 12 | |
| 154 | 19 | 154 | 22 | |
| 155 | 4 | 155 | 14 | |
| 155 | 16 | 155 | 16 | |
| 156 | 3 | 156 | 20 | |
| 157 | 6 | 158 | 16 | |
| 158 | 18 | 158 | 19 | |
| 158 | 21 | 158 | 21 | |
| 158 | 25 | 159 | 7 | |
| 159 | 10 | 159 | 24 | Re: 159:21-159:24 <br><br> <u>Def Obj</u>: Incomplete Answer |
| 160 | 6 | 160 | 11 | |
| 164 | 7 | 164 | 11 | |
| 164 | 13 | 164 | 20 | |
| 164 | 22 | 164 | 23 | |
| 164 | 25 | 165 | 4 | |
| 165 | 16 | 165 | 22 | Re: 165:19 <br><br> <u>Def Obj</u>: Remove Sidebar ("And we've talked about Vioxx") |
| 165 | 24 | 166 | 21 | Re: 166:20-166:21 <br><br> <u>Def Obj</u>: Calls for expert opinion without designation or qualification; witness did |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | not diagnose Vioxx as a potential cause as part of his treatment |
| 166 | 23 | 166 | 25 | Re: 166:23-166:25<br><br>**Def Obj**: Calls for expert opinion without designation or qualification; witness did not diagnose Vioxx as a potential cause as part of his treatment |
| 167 | 2 | 167 | 2 | Re: 167:2<br><br>**Def Obj**: Calls for expert opinion without designation or qualification; witness did not diagnose Vioxx as a potential cause as part of his treatment |
| 167 | 16 | 167 | 20 | |
| 170 | 16 | 172 | 16 | |
| 173 | 6 | 173 | 12 | |
| 173 | 24 | 174 | 15 | |
| 174 | 17 | 174 | 17 | |
| 174 | 23 | 175 | 1 | Re: 174:23-175:1<br><br>**Def Obj**: Leading |
| 08/30/06 Depo | | | | |
| 366 | 4 | 368 | 8 | Re: 366:7-368:8<br><br>**Def Obj**: Leading |
| 368 | 12 | 368 | 15 | Re: 368:12-368:15<br><br>**Def Obj**: Leading |
| 368 | 17 | 368 | 20 | Re: 368:17-368:20 |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE  DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj:** Leading |
| 368 | 22 | 369 | 17 | Re: 368:22-369:17<br>**Def Obj:** Leading |
| 369 | 19 | 369 | 19 | Re: 369:19-369:19<br>**Def Obj:** Leading |
| 377 | 16 | 377 | 20 | Re: 377:16-377:20<br>**Def Obj:** 403; Irrelevant; Leading; Beyond the scope of cross examination |
| 378 | 3 | 378 | 9 | Re: 378:3-378:9<br>**Def Obj:** 403; Irrelevant; Leading; Beyond the scope of cross examination |
| 379 | 2 | 379 | 19 | Re: 379:2-379:19<br>**Def Obj:** 403; Irrelevant; Leading; Beyond the scope of cross examination |
| 379 | 21 | 380 | 24 | |
| 381 | 1 | 381 | 6 | |
| 381 | 8 | 381 | 23 | Re: 381:18-381:23<br>**Def Obj:** Leading |
| 381 | 25 | 382 | 15 | Re: 381:25-382:15<br>**Def Obj:** Leading |
| 382 | 22 | 383 | 2 | |
| 383 | 7 | 383 | 10 | Re: 383:7-383:10<br>**Def Obj:** Leading |
| 383 | 12 | 383 | 12 | Re: 383:12<br>**Def Obj:** Leading |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 383 | 21 | 384 | 11 | Re: 383:21-384:11 <br><br> **Def Obj:** Leading |
| 384 | 13 | 384 | 19 | Re: 384:13-384:19 <br><br> **Def Obj:** Leading |
| 384 | 21 | 384 | 21 | Re: 384:21 <br><br> **Def Obj:** Leading |
| 385 | 6 | 385 | 13 | Re: 385:6-385:13 <br><br> **Def Obj:** Foundation (witness never saw this document previously); Irrelevant what witness thinks the document means today |
| 385 | 15 | 385 | 20 | Re: 385:15-385:20 <br><br> **Def Obj:** Foundation (witness never saw this document previously); Irrelevant what witness thinks the document means today |
| 385 | 22 | 386 | 14 | Re: 385:22-386:14 <br><br> **Def Obj:** Foundation (witness never saw this document previously); Irrelevant what witness thinks the document means today |
| 386 | 16 | 386 | 17 | Re: 386:16-386:17 <br><br> **Def Obj:** Foundation (witness never saw this document previously); Irrelevant what witness thinks the document means today |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 386 | 21 | 387 | 6 | Re: 386:21-387:6<br><br>**Def Obj**: Foundation (witness never saw this document previously); Irrelevant what witness thinks the document means today |
| 387 | 8 | 387 | 14 | Re: 387:8-387:14<br><br>**Def Obj**: Foundation (witness never saw this document previously); Irrelevant what witness thinks the document means today |
| 387 | 16 | 387 | 17 | Re: 387:16-387:17<br><br>**Def Obj**: Foundation (witness never saw this document previously); Irrelevant what witness thinks the document means today |
| 387 | 19 | 387 | 19 | Re: 387:19<br><br>**Def Obj**: Foundation (witness never saw this document previously); Irrelevant what witness thinks the document means today |
| 388 | 20 | 389 | 14 | |
| 389 | 23 | 390 | 17 | Re: 389:23-390:17<br><br>**Def Obj**: 403; Foundation; Witness did not receive this letter |
| 390 | 19 | 390 | 22 | Re: 390:19-390:22<br><br>**Def Obj**: 403; |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
### AFFIRMATIVE DEPOSITION DESIGNATIONS

### Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Foundation; Witness did not receive this letter<br><br>Re: 390:19-390:22<br><br>**Def Obj:** Leading |
| 390 | 24 | 391 | 3 | Re: 390:24-391:3<br><br>**Def Obj:** 403; Foundation; Witness did not receive this letter<br><br>Re: 390:24-391:3<br><br>**Def Obj:** Leading |
| 391 | 5 | 391 | 9 | Re: 391:5-391:9<br><br>**Def Obj:** 403; Foundation; Witness did not receive this letter<br><br>Re: 391:5-391:9<br><br>**Def Obj:** Leading |
| 391 | 11 | 391 | 11 | Re: 391:11<br><br>**Def Obj:** 403; Foundation; Witness did not receive this letter<br><br>Re: 391:11<br><br>**Def Obj:** Leading |
| 391 | 13 | 391 | 20 | Re: 391:13-391:20<br><br>**Def Obj:** 403; Foundation; Witness did not receive this letter |
| 391 | 22 | 392 | 14 | Re: 391:22-392:14<br><br>**Def Obj:** 403; Foundation; Witness did not receive this letter<br><br>Re: 392:10-392:14 |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE  DEPOSITION DESIGNATIONS

### Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj**: Leading |
| 392 | 16 | 392 | 16 | Re: 392:16<br><br>**Def Obj**: 403; Foundation; Witness did not receive this letter<br><br>Re: 392:16<br><br>**Def Obj**: Leading |
| 393 | 22 | 393 | 25 | Re: 393:22-393:25<br><br>**Def Obj**: Leading |
| 394 | 2 | 394 | 6 | Re: 394:2-394:6<br><br>**Def Obj**: Leading |
| 394 | 13 | 395 | 1 | Re: 394:13 – 395:1<br><br>**Def Obj**: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 395 | 4 | 395 | 4 | Re: 395:4<br><br>**Def Obj**: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 395 | 9 | 395 | 12 | Re: 395:9-395:12<br><br>**Def Obj**: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 395 | 15 | 396 | 1 | Re: 395:15-396:1<br><br>**Def Obj**: Foundation; Witness has no personal knowledge of this |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | internal Merck email; Leading; Argumentative |
| 396 | 3 | 396 | 3 | Re: 396:3<br><br>**Def Obj:** Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 396 | 5 | 396 | 8 | Re: 396:5-396:8<br><br>**Def Obj:** Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 396 | 10 | 396 | 21 | Re: 396:10-396:21<br><br>**Def Obj:** Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 397 | 2 | 397 | 7 | Re: 397:2-397:7<br><br>**Def Obj:** Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 397 | 9 | 397 | 9 | Re: 397:9<br><br>**Def Obj:** Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 398 | 7 | 398 | 8 | Re: 398:7-398:8<br><br>**Def Obj:** Foundation; Witness has no personal |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | knowledge of this internal Merck email; Leading; Argumentative |
| 398 | 10 | 398 | 16 | Re: 398:10-398:16<br><br>Def Obj: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 398 | 18 | 398 | 20 | Re: 398:18-398:20<br><br>Def Obj: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 398 | 22 | 398 | 23 | Re: 398:22-398:23<br><br>Def Obj: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 398 | 25 | 399 | 12 | Re: 398:25-399:12<br><br>Def Obj: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 399 | 21 | 400 | 2 | Re: 399:21-400:2<br><br>Def Obj: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 400 | 4 | 400 | 7 | Re: 400:4-400:7<br><br>Def Obj: Foundation; |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 400 | 9 | 400 | 11 | Re: 400:9-400:11<br><br>Def Obj: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 400 | 13 | 400 | 14 | Re: 400:13-400:14<br><br>Def Obj: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 400 | 23 | 400 | 25 | Re: 400:23-400:25<br><br>Def Obj: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 401 | 2 | 401 | 2 | Re: 401:2<br><br>Def Obj: Foundation; Witness has no personal knowledge of this internal Merck email; Leading; Argumentative |
| 445 | 24 | 446 | 3 | |
| 447 | 3 | 447 | 5 | |
| 447 | 7 | 447 | 9 | |
| 447 | 11 | 447 | 14 | |
| 447 | 16 | 447 | 19 | |
| 447 | 21 | 447 | 21 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

### Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 448 | 3 | 448 | 16 | |
| 448 | 18 | 448 | 21 | |
| 448 | 23 | 448 | 25 | |
| 449 | 2 | 449 | 5 | |
| 449 | 7 | 449 | 14 | |
| 450 | 12 | 450 | 20 | Re: 450:12-450:20<br><br>**Def Obj**: Leading |
| 465 | 7 | 465 | 22 | Re: 465:7–465:22<br><br>**Def Obj**: Re-re-direct exam beyond the scope of cross |
| 466 | 1 | 466 | 10 | Re: 466:1-466:10<br><br>**Def Obj**: Re-re-direct exam beyond the scope of cross |
| 466 | 12 | 466 | 12 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 69 | 22 | 71 | 21 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S CONDITIONAL COUNTER DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 65 | 5 | 65 | 9 | |
| 65 | 11 | 66 | 6 | |
| 66 | 8 | 66 | 11 | |
| 66 | 13 | 66 | 25 | |
| 101 | 14 | 102 | 5 | |
| 102 | 7 | 102 | 8 | |
| 102 | 10 | 102 | 13 | |
| 103 | 10 | 103 | 15 | |
| 103 | 17 | 104 | 13 | |
| 104 | 16 | 105 | 5 | |
| 105 | 7 | 105 | 9 | |
| 105 | 11 | 105 | 23 | |
| 105 | 25 | 106 | 2 | |
| 106 | 4 | 106 | 22 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Dr. James Zebrack Deposition
### August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 3 | 10 | 10 | 1 | Re:4:20-5:14<br>**Def Obj:** 403; Irrelevant |
| 10 | 3 | 10 | 18 | |
| 10 | 20 | 10 | 24 | Re:10:17-10:18<br>**Def Obj:** Incomplete Question |
| 11 | 1 | 13 | 18 | Re:11:1<br>**Def Obj:** Incomplete Question<br>Re:11:2<br>**Def Obj:** Remove Objection<br>Re:11:19<br>**Def Obj:** Remove Objection<br>Re:13:18<br>**Def Obj:** Question w/no answer |
| 13 | 20 | 14 | 9 | Re:14:8-14:9<br>**Def Obj:** Incomplete Question |
| 14 | 11 | 14 | 23 | Re:14:19<br>**Def Obj:** Remove Objection<br>Re:14:23<br>**Def Obj:** Incomplete |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

Dr. James Zebrack Deposition
August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Question |
| 14 | 25 | 15 | 4 | Re:15:4<br><br>**Def Obj:** Incomplete Answer |
| 15 | 6 | 15 | 14 | Re:15:10<br><br>**Def Obj:** Remove Objection<br><br>Re:15:11-15:14<br><br>**Def Obj:** Incomplete Answer |
| 15 | 16 | 15 | 21 | Re:15:16-15:19<br><br>**Def Obj:** Incomplete Question |
| 15 | 23 | 17 | 6 | Re:16:5<br><br>**Def Obj:** Remove Objection<br><br>Re:16:15<br><br>**Def Obj:** Remove Objection<br><br>Re:16:22<br><br>**Def Obj:** Remove Objection<br><br>Re:17:6<br><br>**Def Obj:** Incomplete Question |
| 17 | 8 | 17 | 19 | |
| 17 | 21 | 18 | 25 | Re:17:21-17:23<br><br>**Def Obj:** Incomplete Question |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

### Dr. James Zebrack Deposition
### August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Re:18:7<br><br>**Def Obj:** Remove Objection<br><br>Re:18:9-18:25<br><br>**Def Obj:** 403; Irrelevant; no claim of congestive heart failure is made in this case |
| 19 | 2 | 19 | 4 | Re:19:2-19:4<br><br>**Def Obj:**  Incomplete Question w/no answer |
| 19 | 6 | 19 | 10 | |
| 20 | 4 | 20 | 18 | Re:20:4<br><br>**Def Obj:**  Incomplete Question<br><br>Re:20:5<br><br>**Def Obj:** Remove Objection<br><br>Re:20:11-20:18<br><br>**Def. Obj:** Remove Sidebar |
| 20 | 20 | 20 | 22 | Re:20:20-20:22<br><br>**Def Obj:** Remove Sidebar |
| 20 | 24 | 21 | 8 | Re:20:24-21:3<br><br>**Def Obj:**  Incomplete Answer |
| 21 | 10 | 21 | 12 | Re:21:10<br><br>**Def Obj:**  Incomplete Answer<br><br>Re:21:11-21:12 |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Dr. James Zebrack Deposition
### August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj:** Incomplete Question |
| 21 | 14 | 22 | 2 | Re:21:24-22:2 <br> **Def Obj:** Incomplete Answer |
| 22 | 4 | 27 | 17 | Re:22:9 <br> **Def Obj:** Remove Objection <br> Re:22:13 <br> **Def Obj:** Remove Objection <br> Re:22:24-23:4 <br> **Def Obj:** Leading <br> Re:27:17 <br> **Def Obj:** Incomplete Question |
| 27 | 19 | 28 | 14 | Re:28:14 <br> **Def Obj:** Incomplete Question |
| 28 | 17 | 30 | 17 | Re:28:17 <br> **Def Obj:** Incomplete Question <br> Re:28:18 <br> **Def Obj:** Remove Objection <br> Re:29:15-29:16 <br> **Def Obj:** Remove Objection <br> Re:28:17-30:17 |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Dr. James Zebrack Deposition
### August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj:** Incomplete Answer |
| 30 | 25 | 33 | 1 | Re:30:25-30:25 **Def Obj:** Incomplete Question Re:31:18-31:24 **Def Obj:** Remove the Sidebar |
| 33 | 18 | 33 | 21 | Re:33:18-33:21 **Def Obj:** Incomplete Answer; No Question |
| 33 | 23 | 35 | 13 | Re:33:23-34:1 **Def Obj:** Incomplete Answer Re:34:5 **Def Obj:** Remove Objection Re:34:13 **Def Obj:** Remove Objection Re:34:22 **Def Obj:** Remove Objection |
| 35 | 20 | 35 | 22 | Re:35:22 **Def Obj:** Incomplete Question |
| 35 | 24 | 35 | 25 | Re:35:24 **Def Obj:** Incomplete Question |
| 36 | 6 | 39 | 12 | Re:36:6-36:7 **Def Obj:** Incomplete |

Charles Mason v. Merck & Co., Inc. (Case No: 2:06-CV-810)

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|------------|------|----------|------|------------|
| | | | | Answer; No Question Re:36:17 **Def Obj:** Remove Objection Re:36:23 **Def Obj:** Remove Objection Re:37:5 **Def Obj:** Remove Objection Re:39:10-39:12 **Def Obj:** Question without answer |
| 39 | 20 | 40 | 5 | Re:40:5 **Def Obj:** Incomplete Answer |
| 40 | 7 | 40 | 9 | Re:40:7-40:9 **Def Obj:** Incomplete Answer |
| 40 | 11 | 41 | 9 | Re:40:11 **Def Obj:** Incomplete Question Re:40:13-40:18 **Def Obj:** Irrelevant Re:41:4-41:9 **Def Obj:** Foundation; no personal knowledge |
| 41 | 18 | 43 | 6 | Re:41:18 **Def Obj:** Foundation; no personal knowledge |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Re:42:14-42:16<br><br>**Def Obj:** Remove Sidebar<br><br>Re:42:24-43:6<br><br>**Def Obj:** Irrelevant to his treatment of plaintiff since it is dated 3 years after treatment<br><br>Re: 43:6<br><br>**Def Obj:** Question w/no answer |
| 43 | 8 | 43 | 15 | Re:43:8-43:15<br><br>**Def Obj:** Irrelevant to his treatment of plaintiff since it is dated 3 years after treatment<br><br>Re:43:13-43:17<br><br>**Def Obj:** Leading; The witness was not designated nor qualified as an expert on the CV risks of Vioxx<br><br>Re:43:13-43:15<br><br>**Def Obj:** Incomplete question and answer |
| 46 | 16 | 47 | 18 | Re:46:16-47:18<br><br>**Def Obj:** Leading; The witness was not designated nor qualified as an expert on the CV risks of Vioxx<br><br>Re:46:16<br><br>**Def Obj:** Incomplete |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition
August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | question |
| 47 | 25 | 48 | 6 | Re:48:6<br><br>**Def Obj:** Incomplete Question w/no answer |
| 48 | 19 | 49 | 3 | Re:48:19-49:3<br><br>**Def Obj:** Leading; The witness was not designated nor qualified as an expert on the CV risks of Vioxx<br><br>Re:48:23<br><br>**Def Obj:** Remove Objection<br><br>Re:49:3<br><br>**Def Obj:** Incomplete Answer |
| 49 | 5 | 49 | 12 | Re:49:5-49:12<br><br>**Def Obj:** Leading; The witness was not designated nor qualified as an expert on the CV risks of Vioxx<br><br>Re:49:5-49:6<br><br>**Def Obj:** Incomplete Answere<br><br>Re:49:10<br><br>**Def Obj:** Remove Objection |
| 49 | 16 | 50 | 13 | Re:49:16-50:13<br><br>**Def Obj:** Leading; The witness was not |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition
August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | designated nor qualified as an expert on the CV risks of Vioxx<br><br>Re:49:16<br><br><u>Def Obj:</u> Incomplete Question<br><br>Re:49:17<br><br><u>Def Obj:</u> Remove Objection<br><br>Re:50:4<br><br><u>Def Obj:</u> Remove Objection<br><br>Re:50:13<br><br><u>Def Obj:</u> Remove Objection |
| 50 | 15 | 52 | 10 | Re:50:15-52:10<br><br><u>Def Obj:</u> Leading;the witness was not designated nor qualified as an expert on the CV risks of Vioxx<br><br>Re:50:15<br><br><u>Def Obj:</u> Remove Sidebar<br><br>Re:51:14<br><br><u>Def Obj:</u> Remove Objection<br><br>Re:52:8-52:10<br><br><u>Def Obj:</u> Incomplete Question |
| 52 | 12 | 52 | 16 | Re:52:12-52:16<br><br><u>Def Obj:</u> Leading; The |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

Dr. James Zebrack Deposition
August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | witness was not designated nor qualified as an expert on the CV risks of Vioxx <br><br> **Re:52:15-52:16** <br><br> <u>**Def Obj:**</u> **Incomplete Question** |
| 52 | 18 | 52 | 21 | **Re:52:18-52:21** <br><br> <u>**Def Obj:**</u> **Leading; The witness was not designated nor qualified as an expert on the CV risks of Vioxx** <br><br> **Re:52:18** <br><br> <u>**Def Obj:**</u> **Incomplete Question** |
| 52 | 23 | 52 | 23 | **Re:52:23** <br><br> <u>**Def Obj:**</u> **Leading; The witness was not designated nor qualified as an expert on the CV risks of Vioxx** <br><br> **Re:52:23** <br><br> <u>**Def Obj:**</u> **Incomplete Question w/no answer** |
| 54 | 21 | 55 | 1 | **Re:54:21-55:1** <br><br> <u>**Def Obj:**</u> **Leading; The witness was not designated nor qualified as an expert on the CV risks of Vioxx** <br><br> **Re:54:21-55:1** <br><br> <u>**Def Obj:**</u> **Remove** |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-cv-0310)

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition
August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | Objection |
| 55 | 3 | 55 | 6 | Re:55:3-55:6<br><br>**Def Obj:** Leading; the witness was not designated nor qualified as an expert on the CV risks of Vioxx |
| 55 | 8 | 55 | 14 | Re:55:8-55:9<br><br>**Def. Obj:** Leading; the witness was not designated nor qualified as an expert on the CV risks of Vioxx<br><br>Re:55:9<br><br>**Def Obj:** Remove Sidebar<br><br>Re:55:10<br><br>**Def Obj:** Remove Objection<br><br>Re:55:11-55:14<br><br>**Def Obj:** Question w/no answer |
| 55 | 16 | 55 | 16 | Re:55:16-55:16<br><br>**Def Obj:** Question w/no answer; remove sidebar |
| 55 | 24 | 56 | 2 | Re:55:24-56:1<br><br>**Def Obj:** 403; Irrelevant; Question and answer do not deal with the plaintiff; incomplete question |

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

### Dr. James Zebrack Deposition
### August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Re:56:2<br><br>**Def Obj:** Remove Objection |
| 56 | 4 | 56 | 9 | Re:56:4-56:6<br><br>**Def Obj:** 403; Irrelevant; Question and answer do not deal with the plaintiff; Incomplete answer<br><br>Re:56:7<br><br>**Def Obj:** Remove Objection<br><br>Re:56:8-56:9<br><br>**Def Obj:** Leading; Incomplete Question |
| 56 | 11 | 56 | 12 | Re:56:11-56:11<br><br>**Def Obj:** Leading<br><br>Re:56:12<br><br>**Def Obj:** Incomplete Question |
| 56 | 14 | 56 | 16 | Re:56:14<br><br>**Def Obj:** Incomplete Question<br><br>Re:56:15<br><br>**Def Obj:** Remove Objection |
| 56 | 18 | 56 | 21 | Re:56:18<br><br>**Def Obj:** Incomplete Question<br><br>Re:56:21<br><br>**Def Obj:** Remove Sidbar |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

### Dr. James Zebrack Deposition
### August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 57 | 20 | 57 | 23 | Re:57:20-57:23<br><br>**Def Obj:** Remove Sidebar |
| 57 | 25 | 58 | 2 | Re:57:25-58:2<br><br>**Def Obj:** Remove Sidebar |
| 58 | 4 | 58 | 5 | Re:58:4-58:5<br><br>**Def Obj:** Remove Sidebar |
| 110 | 1 | 111 | 4 | Re:110:18-110:24<br><br>**Def Obj:** Remove Sidebar |
| 111 | 20 | 112 | 5 | Re:112:5<br><br>**Def Obj:** Remove fragment |