## Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
### DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Edward Ganellen Deposition
### July 25, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 48 | 15 | 48 | 19 | |
| 49 | 5 | 49 | 7 | |
| 169 | 12 | 170 | 8 | |
| 172 | 5 | 172 | 9 | |

## Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
### DEFENDANT'S CONDITIONAL COUNTER DEPOSITION DESIGNATIONS

### Edward Ganellen Deposition
### July 25, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 61 | 11 | 65 | 14 | |
| 74 | 1 | 74 | 23 | |
| 142 | 13 | 143 | 1 | |
| 165 | 19 | 166 | 8 | |
| 166 | 12 | 166 | 12 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Edward W. Ganellen, M.D. Deposition
### July 25, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 4 | 12 | 4 | 24 | |
| 5 | 15 | 5 | 20 | |
| 7 | 15 | 10 | 23 | Re:7:15-8:19<br>**Def Obj:** 403 |
| 11 | 2 | 14 | 3 | |
| 14 | 5 | 16 | 7 | |
| 16 | 22 | 16 | 25 | |
| 17 | 5 | 18 | 20 | Re:18:16-18:20<br>**Def Obj:** No answer to question; question withdrawn |
| 19 | 3 | 19 | 20 | |
| 19 | 22 | 25 | 21 | |
| 25 | 23 | 25 | 23 | |
| 26 | 6 | 27 | 23 | |
| 27 | 25 | 28 | 4 | |
| 28 | 6 | 28 | 20 | |
| 28 | 23 | 28 | 25 | |
| 29 | 2 | 30 | 8 | |
| 34 | 1 | 34 | 7 | |
| 34 | 20 | 35 | 1 | |
| 35 | 3 | 44 | 20 | |
| 44 | 22 | 44 | 25 | |
| 45 | 2 | 45 | 17 | |
| 45 | 21 | 48 | 14 | |
| 49 | 12 | 49 | 18 | |
| 50 | 3 | 50 | 7 | Re:50:3-50:7<br>**Def Obj:** Speculative |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Edward W. Ganellen, M.D. Deposition
### July 25, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 50 | 23 | 50 | 25 | |
| 51 | 2 | 51 | 2 | |
| 51 | 5 | 52 | 25 | |
| 53 | 8 | 54 | 5 | Re:54:4-54:5<br><br>**Def Obj:** Foundation; no personal knowledge; hearsay reference to articles about the withdrawal |
| 54 | 13 | 54 | 19 | Re:54:13-54:19<br><br>**Def Obj:** Foundation; No personal knowledge; hearsay; reference to articles about the withdrawal |
| 54 | 22 | 55 | 11 | Re:54:22-54:23<br><br>**Def Obj:** Foundation; No personal knowledge; hearsay; reference to articles about the withdrawal<br><br>Re:55:7-55:11<br><br>**Def Obj:** Calls for expert testimony and this witness was not designated nor qualified as an expert |
| 55 | 13 | 55 | 17 | Re:55:13-55:17<br><br>**Def Obj:** Calls for expert testimony and this witness was not designated nor qualified as an expert |
| 55 | 19 | 55 | 24 | Re:55:19-55:19<br><br>**Def Obj:** Calls for expert |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Edward W. Ganellen, M.D. Deposition
### July 25, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | testimony and this witness was not designated nor qualified as an expert |
| 56 | 1 | 56 | 3 | |
| 56 | 5 | 56 | 9 | Re:56:6-56:9<br><br>**Def Obj:** Witness did not make this diagnosis as part of his treatment of the plaintiff. Asking him to form this opinion after the fact calls for expert testimony. |
| 56 | 11 | 56 | 25 | Re:56:11-56:15<br><br>**Def Obj:** Witness did not make this diagnosis as part of his treatment of the plaintiff. Asking him to form this opinion after the fact calls for expert testimony.<br><br>Re:56:22-56:25<br><br>**Def Obj:** Irrelevant; 403 |
| 57 | 2 | 57 | 6 | Re:57:2-57:6<br><br>**Def Obj:** Irrelevant; 403 |
| 57 | 8 | 57 | 11 | Re:57:8-57:11<br><br>**Def. Obj:** Irrelevant; 403 |
| 57 | 13 | 57 | 14 | Re:57:13-57:14<br><br>**Def Obj:** Irrelevant; 403 |
| 147 | 7 | 147 | 16 | |
| 149 | 17 | 150 | 9 | Re:150:4-150:9<br><br>**Def Obj:** Argumentative<br><br>Re:150:7-150:9 |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)

# DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
# AFFIRMATIVE DEPOSITION DESIGNATIONS

### Edward W. Ganellen, M.D. Deposition
### July 25, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj:** Assumes facts not in evidence |
| 150 | 11 | 150 | 18 | Re:150:11-150:11<br><br>**Def Obj: Argumentative**<br><br>Re:150:11-150:11<br><br>**Def Obj:** Assumes facts not in evidence<br><br>Re:150:16-150:18<br><br>**Def. Obj:** Leading |
| 150 | 20 | 150 | 25 | Re:150:20-150:25<br><br>**Def Obj:** Leading |
| 151 | 2 | 151 | 5 | Re:151:2-151:5<br><br>**Def Obj:** Leading |
| 151 | 7 | 151 | 11 | Re:151:7-151:11<br><br>**Def Obj:** Leading |
| 151 | 13 | 151 | 17 | Re:151:13-151:17<br><br>**Def Obj:** Leading |
| 151 | 19 | 151 | 25 | Re:151:19-151:25<br><br>**Def Obj:** Leading |
| 152 | 2 | 152 | 6 | Re:152:2-152:6<br><br>**Def Obj:** Leading |
| 152 | 8 | 152 | 15 | Re:152:8-152:15<br><br>**Def Obj:** Leading |
| 152 | 17 | 152 | 21 | Re:152:17-152:21<br><br>**Def Obj:** Leading |
| 152 | 23 | 152 | 25 | Re:152:23-152:23<br><br>**Def Obj:** Leading |
| 153 | 2 | 154 | 7 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-890)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

Edward W. Ganellen, M.D. Deposition
July 25, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 154 | 9 | 154 | 14 | Re:154:11-154:14 <br> **Def Obj:** Leading |
| 154 | 16 | 155 | 17 | Re:154:16-154:16 <br> **Def Obj:** Leading |
| 155 | 19 | 156 | 19 | Re:156:3-156:13 <br> **Def Obj:** Irrelevant; 403 <br> Re:156:18-156:19 <br> **Def Obj:** Leading |
| 156 | 21 | 156 | 25 | Re:156:21-156:25 <br> **Def Obj:** Leading |
| 157 | 2 | 158 | 23 | Re:157:2-157:2 <br> **Def Obj:** Leading <br> Re:158:4-158:18 <br> **Def Obj:** Leading <br> Re:158:19-158:23 <br> **Def Obj:** Question with no answer |
| 159 | 11 | 159 | 15 | |
| 159 | 17 | 160 | 8 | |
| 160 | 11 | 160 | 15 | |
| 160 | 17 | 160 | 17 | |
| 161 | 21 | 161 | 22 | Re:161:21-161:22 <br> **Def Obj:** Speculation |
| 161 | 24 | 161 | 24 | Re:161:24 <br> **Def Obj:** Speculation |
| 162 | 4 | 162 | 6 | |
| 162 | 15 | 162 | 25 | Re:162:15-162:25 <br> **Def Obj:** Cumulative of same questions asked on |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Edward W. Ganellen, M.D. Deposition**
**July 25, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | direct at 54:4-54:24 |
| | | | | Re:162:21-162:25 |
| | | | | <u>Def Obj:</u> Calls for expert testimony and this witness was not designated nor qualified as an expert |
| 163 | 2 | 163 | 5 | Re:163:2-163:5 |
| | | | | <u>Def Obj:</u> Cumulative of same questions asked on direct at 54:4-54:24 |
| | | | | Re:163:2 |
| | | | | <u>Def Obj:</u> Calls for expert testimony and this witness was not designated nor qualified as an expert |
| 163 | 23 | 163 | 25 | |
| 164 | 2 | 164 | 4 | |
| 164 | 16 | 164 | 18 | |
| 164 | 20 | 165 | 4 | Re:165:1-165:4 |
| | | | | <u>Def Obj:</u> Calls for expert testimony and this witness was not designated nor qualified as an expert |
| 165 | 6 | 165 | 8 | Re:165:6-165:8 |
| | | | | <u>Def Obj:</u> Calls for expert testimony and this witness was not designated nor qualified as an expert |
| 165 | 10 | 165 | 13 | Re:165:10-165:11 |
| | | | | <u>Def Obj:</u> Calls for expert testimony and this |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Edward W. Ganellen, M.D. Deposition**
July 25, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | witness was not designated nor qualified as an expert |
| 165 | 15 | 165 | 15 | |

# Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Jay Grove Deposition
### July 26, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 41 | 10 | 44 | 7 | |
| 44 | 9 | 44 | 20 | |
| 44 | 22 | 45 | 3 | |
| 45 | 5 | 45 | 6 | |
| 45 | 8 | 46 | 23 | |
| 49 | 9 | 49 | 23 | |
| 49 | 24 | 49 | 25 | |
| 50 | 2 | 50 | 21 | |
| 51 | 18 | 52 | 15 | |
| 56 | 11 | 57 | 7 | |
| 57 | 21 | 57 | 24 | |
| 58 | 1 | 58 | 5 | |
| 58 | 20 | 59 | 16 | |
| 71 | 5 | 71 | 15 | |
| 73 | 16 | 73 | 21 | |
| 73 | 23 | 74 | 3 | |
| 74 | 20 | 75 | 2 | |
| 75 | 5 | 75 | 5 | |
| 81 | 5 | 81 | 7 | |
| 81 | 9 | 81 | 14 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Jay Grove Deposition
### July 26, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---|
| 4 | 10 | 4 | 21 | |
| 6 | 21 | 15 | 7 | |
| 15 | 11 | 16 | 19 | |
| 17 | 19 | 20 | 20 | |
| 21 | 4 | 24 | 8 | |
| 24 | 10 | 24 | 17 | Re: 24:10 <br> **Def Obj**: Colloquy <br> Re: 24:14-24:17 <br> **Def Obj**: Foundation |
| 24 | 19 | 25 | 17 | Re: 24:19 <br> **Def Obj**: Foundation <br> Re: 25:16-25:17 <br> **Def Obj**: Foundation; no personal knowledge (602) (see 56:11-57:1); outside area of expertise. |
| 25 | 19 | 26 | 16 | Re: 25:19-26:13 <br> **Def Obj**: Foundation; no personal knowledge (602) (see 56:11-57:1); outside area of expertise. |
| 26 | 18 | 27 | 9 | Re: 26:19-27:3 <br> **Def Obj**: Foundation; no personal knowledge (602) (see 56:11-57:1); outside area of expertise. |
| 27 | 11 | 27 | 24 | Re: 27:22-27:24 <br> **Def Obj**: Foundation; no |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Jay Grove Deposition
### July 26, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| | | | | personal knowledge (602); 403; outside area of expertise. |
| 28 | 1 | 28 | 4 | Re: 28:1-28:4 <br><br> **Def Obj**: Foundation; no personal knowledge (602);403; outside area of expertise. |
| 28 | 6 | 28 | 10 | |
| 28 | 12 | 28 | 17 | Re: 28:12-28:17 <br><br> **Def Obj**: Foundation; no personal knowledge (602); Witness does not know which protocol used here (see 56:11-57:1); 403; outside area of expertise. |
| 28 | 19 | 29 | 5 | Re: 28:19-29:5 <br><br> **Def Obj**: Foundation; no personal knowledge (602); Witness does not know which protocol used here (see 56:11-57:1); 403; outside area of expertise. |
| 29 | 7 | 29 | 23 | Re: 29:7-29:15 <br><br> **Def Obj**: Foundation; no personal knowledge (602); Witness does not know which protocol used here (see 56:11-57:1); 403; outside area of expertise. |
| 30 | 2 | 35 | 1 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Jay Grove Deposition**
**July 26, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 35 | 5 | 35 | 24 | |
| 36 | 2 | 36 | 24 | |
| 37 | 1 | 38 | 4 | |
| 39 | 12 | 40 | 10 | |
| 64 | 24 | 65 | 10 | |
| 65 | 12 | 65 | 12 | |
| 65 | 19 | 65 | 20 | Re: 65:19-65:20<br><br>**Def Obj:** Question without an Answer |
| 66 | 10 | 67 | 20 | Re: 67:8-67:17<br><br>**Def Obj:** Foundation; no personal knowledge (602) - Witness states he "assumes" answers at 67:17 |
| 67 | 22 | 67 | 25 | |
| 68 | 2 | 68 | 8 | |
| 68 | 11 | 68 | 12 | |
| 68 | 14 | 68 | 18 | |
| 68 | 20 | 69 | 9 | Re: 68:21-68:23<br><br>**Def Obj:** Foundation; no personal knowledge (602)<br><br>Re: 68:24<br><br>**Def Obj:** Delete Objection<br><br>Re: 68:25-69:6<br><br>**Def Obj:** Foundation; no |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

### Jay Grove Deposition
### July 26, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---|
| | | | | personal knowledge (602) |
| 69 | 11 | 69 | 13 | |
| 69 | 15 | 69 | 20 | |
| 69 | 22 | 70 | 3 | |
| 70 | 5 | 70 | 9 | |
| 70 | 11 | 70 | 12 | |
| 70 | 14 | 70 | 22 | |
| 70 | 24 | 70 | 25 | |
| 78 | 16 | 78 | 25 | |
| 79 | 2 | 79 | 3 | |
| 79 | 5 | 79 | 11 | Re: 79:9-79:11<br><br>**Def Obj:** Question without an answer |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

**Dr. Mark Keep Deposition**
**August 17, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 51 | 22 | 52 | 14 | |
| 106 | 12 | 106 | 18 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S CONDITIONAL COUNTER DEPOSITION DESIGNATIONS**

**Dr. Mark Keep Deposition**
**August 17, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 111 | 14 | 113 | 9 | |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. Mark Hawthorne Keep Deposition
August 17, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 4 | 17 | 4 | 21 | |
| 5 | 15 | 6 | 19 | |
| 7 | 24 | 8 | 7 | |
| 11 | 13 | 11 | 20 | |
| 12 | 5 | 12 | 17 | |
| 13 | 14 | 15 | 13 | Re: 14:7-15:10<br><br>**Def Obj:** 403; no claim of congestive heart failure has been made in this case |
| 16 | 14 | 17 | 17 | Re: 16:25– 17:1<br><br>**Def Obj:** Remove Objection<br><br>Re: 17:16<br><br>**Def Obj:** Remove Objection |
| 18 | 23 | 18 | 25 | Re: 18:23-18:25<br><br>**Def Obj:** Incomplete Answer |
| 22 | 9 | 24 | 8 | |
| 29 | 13 | 29 | 17 | |
| 33 | 13 | 33 | 19 | Re: 33:15<br><br>**Def Obj:** Remove Objection |
| 34 | 21 | 37 | 12 | Re: 36:1-36:8<br><br>**Def Obj:** No question just a lawyer's statement<br><br>Re: 36:12<br><br>**Def Obj:** Remove Objection<br><br>Re: 36:17 |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-0310)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. Mark Hawthorne Keep Deposition**
**August 17, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj**: Remove Objection<br><br>Re: 36:19-36:25<br><br>**Def Obj**: No foundation; leading<br><br>Re: 36:23<br><br>**Def Obj**: Remove Objection<br><br>Re: 37:1-37:12<br><br>**Def Obj**: Speculative; calls for expert testimony beyond the witness's treatment of the plaintiff<br><br>Re: 37:6<br><br>**Def Obj**: Remove Objection<br><br>Re: 37:10<br><br>**Def Obj**: Remove Objection |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
**DEFENDANT'S CONDITIONAL COUNTER DEPOSITION DESIGNATIONS**

**Dr. Bard Madsen Deposition**
**July 12, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 148 | 10 | 152 | 14 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. Bard R. Madsen Deposition**
**July 12, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 120 | 3 | 120 | 16 | |
| 122 | 1 | 127 | 8 | Re: 123:4-124:3 <br><br> **Def Obj**: Lack of foundation; no personal knowledge; hearsay comments on "articles" and "media" <br><br> Re: 126:17-126:21 <br><br> **Def Obj**: 403; Irrelevant; No claim of conjestive heart failure is made in this case |
| 128 | 5 | 128 | 19 | |
| 132 | 17 | 134 | 7 | |
| 134 | 17 | 135 | 20 | |
| 147 | 24 | 148 | 5 | |
| 156 | 18 | 158 | 25 | Re: 156:18-158:25 <br><br> **Def Obj**: Re-cross exam beyond the scope of re-direct <br><br> Re: 156:25-158:25 <br><br> **Def Obj**: Leading; No foundation for this witness to comment on FDA decision-making. |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

### Dr. Gary Symkoviak Deposition
### July 10, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 85 | 18 | 85 | 23 | |
| 85 | 25 | 86 | 1 | |
| 95 | 6 | 95 | 20 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S CONDITIONAL COUNTER DEPOSITION DESIGNATIONS

### Dr. Gary Symkoviak Deposition
### July 10, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|------------|------|----------|------|-----------|
| 90 | 24 | 91 | 19 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. Gary Symkoviak Deposition**
**July 10, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 4 | 25 | 5 | 1 | |
| 7 | 7 | 7 | 12 | |
| 9 | 14 | 10 | 24 | |
| 14 | 17 | 15 | 5 | Re: 15:2<br><br>**Def Obj**: Remove Objection |
| 16 | 20 | 16 | 22 | |
| 17 | 3 | 17 | 5 | |
| 18 | 13 | 18 | 24 | |
| 19 | 18 | 19 | 22 | |
| 22 | 12 | 23 | 3 | |
| 26 | 3 | 29 | 10 | Re: 28:20-29:6<br><br>**Def Obj**: Assumes facts not in evidence; question is a back door expert opinion on general causation |
| 31 | 14 | 34 | 22 | Re: 31:14-31:18<br><br>**Def Obj**: Compound<br><br>Re: 31:19-31:23<br><br>**Def Obj**: 403; Mis-states the publications<br><br>Re: 32:11-33:1<br><br>**Def Obj**: 403; foundation; the witness was not designated nor qualified as an expert<br><br>Re: 33:2-33:11<br><br>**Def Obj**: Foundation; no personal knowledge |
| 38 | 25 | 39 | 2 | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Dr. Gary Symkoviak Deposition
### July 10, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 41 | 20 | 43 | 6 | |
| 43 | 20 | 44 | 4 | Re: 43:23<br><br>**Def Obj**: Remove Objection |
| 45 | 16 | 46 | 3 | Re: 46:2<br><br>**Def Obj**: Remove Objection |
| 47 | 8 | 50 | 4 | |
| 51 | 22 | 53 | 18 | Re: 53:17<br><br>**Def Obj**: Remove Objection |
| 56 | 14 | 58 | 17 | Re: 56:20-56:21<br><br>**Def Obj**: Remove Sidebar<br><br>Re: 57:18<br><br>**Def Obj**: Remove Objection<br><br>Re: 57:20-57:23<br><br>**Def Obj**: Leading<br><br>Re: 57:24-58:5<br><br>**Def Obj**: Remove Sidebar |
| 72 | 4 | 72 | 11 | |
| 74 | 6 | 74 | 11 | |
| 75 | 7 | 75 | 12 | |
| 75 | 25 | 76 | 22 | |
| 81 | 19 | 82 | 2 | |
| 82 | 24 | 83 | 4 | |
| 85 | 4 | 85 | 8 | |
| 85 | 11 | 85 | 17 | Re: 85:14-85:15 |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Dr. Gary Symkoviak Deposition
### July 10, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj**: Remove Objection |
| 89 | 20 | 90 | 10 | Re: 90:5-90:10 **Def Obj**: Non-responsive |
| 94 | 20 | 95 | 5 | |
| 112 | 19 | 113 | 2 | |
| 113 | 23 | 114 | 22 | Re: 113:23-114:8 **Def Obj**: Leading; foundation Re: 114:18-114-22 **Def Obj**: Leading; foundation |
| 115 | 19 | 117 | 4 | Re: 116:13-116:16 **Def Obj**: Remove Sidebar |

**<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>**
**DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS**

**Dr. Douglas Vogeler Deposition**
**July 26, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 60 | 22 | 60 | 24 | |
| 156 | 21 | 157 | 5 | |
| 173 | 13 | 173 | 20 | |
| 174 | 18 | 174 | 22 | |

**<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>**
**DEFENDANT'S CONDITIONAL COUNTER DEPOSITION DESIGNATIONS**

**Dr. Douglas Vogeler Deposition**
**July 26, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|---|---|---|---|---|
| 87 | 20 | 87 | 23 | |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S CONDITIONAL COUNTER DEPOSITION DESIGNATIONS**

**Dr. Douglas Vogeler Deposition**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 356 | 13 | 361 | 18 | |
| 363 | 14 | 365 | 25 | |
| 460 | 15 | 462 | 12 | |
| 466 | 16 | 466 | 22 | |
| 468 | 21 | 469 | 5 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

### Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 07-26-06 Depo | | | | |
| 5 | 7 | 6 | 9 | |
| 7 | 24 | 8 | 6 | Re: 7:24-8:6<br><br>**Def Obj:** 403 |
| 9 | 22 | 10 | 2 | |
| 10 | 18 | 10 | 20 | |
| 10 | 22 | 11 | 1 | |
| 11 | 12 | 14 | 8 | |
| 14 | 10 | 14 | 14 | |
| 17 | 14 | 22 | 3 | |
| 22 | 16 | 24 | 21 | |
| 24 | 23 | 24 | 24 | |
| 25 | 1 | 25 | 17 | Re: 25:4<br><br>**Def Obj:** Remove Objection |
| 26 | 1 | 27 | 2 | |
| 27 | 11 | 28 | 3 | |
| 28 | 5 | 28 | 11 | |
| 28 | 13 | 29 | 17 | |
| 32 | 1 | 32 | 3 | |
| 34 | 11 | 35 | 14 | Re: 35:9-35:14<br><br>**Def Obj:** Foundation; No personal knowledge |
| 35 | 16 | 35 | 20 | Re: 35:16<br><br>**Def Obj:** Foundation; No personal knowledge |
| 35 | 22 | 35 | 22 | |
| 47 | 20 | 47 | 25 | Re: 47:20-47:25<br><br>**Def Obj:** Leading; |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-2010)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Foundation; No personal knowledge |
| 52 | 18 | 54 | 1 | |
| 54 | 15 | 55 | 10 | |
| 55 | 12 | 55 | 16 | Re: 55:12-55:16<br><br>**Def Obj:** Missing Answer<br><br>Re: 55:12-55:16<br><br>**Def Obj:** 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 55 | 18 | 55 | 21 | Re: 55:18-55:21<br><br>**Def Obj:** 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 55 | 23 | 57 | 22 | Re: 55:23-57:22<br><br>**Def Obj:** 403; Questioning witness about DDMAC letters regarding other Merck products that have |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 57 | 24 | 57 | 24 | Re: 57:24<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 58 | 1 | 58 | 7 | Re: 58:1-58:7<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 58 | 17 | 58 | 20 | Re: 58:17-58:20<br><br>**Def Obj**: Leading; Cummulative of 53:17-55:17 |
| 58 | 22 | 59 | 15 | Re: 58:22-59:9<br><br>**Def Obj**: Leading; Cummulative of 53:17- |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
|  |  |  |  | 55:17 |
|  |  |  |  | Re: 59:10-59:15 |
|  |  |  |  | **Def Obj:** 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 59 | 17 | 59 | 20 | Re: 59:17-59:20 |
|  |  |  |  | **Def Obj:** 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 59 | 22 | 59 | 24 | Re: 59:22-59:24 |
|  |  |  |  | **Def Obj:** 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 60 | 1 | 60 | 19 | Re: 60:1-60:14<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 60 | 21 | 60 | 21 | |
| 60 | 25 | 61 | 2 | |
| 61 | 4 | 61 | 15 | Re: 61:4-61:15<br><br>**Def Obj**: Leading |
| 61 | 25 | 62 | 4 | Re: 61:25-62:4<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 62 | 13 | 63 | 12 | Re: 62:13-63:12<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | these documents previously thus there is no foundation for the questioning |
| 63 | 14 | 63 | 16 | Re: 63:14-63:16<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 63 | 23 | 65 | 12 | Re: 63:23-65:12<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 66 | 4 | 66 | 6 | Re: 66:4-66:6<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is |

**Charles Mason v. Merck & Co., Inc. (Case No: 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | no foundation for the questioning |
| 66 | 8 | 66 | 11 | Re: 66:8-66:11<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 66 | 19 | 67 | 20 | Re: 66:19-67:20<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 67 | 22 | 68 | 10 | Re: 67:22-68:10<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE  DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | questioning |
| 68 | 12 | 68 | 17 | Re: 68:12-68:17<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 68 | 19 | 68 | 23 | Re: 68:19-68:23<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 69 | 18 | 69 | 23 | Re: 69:18-69:23<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 69 | 25 | 71 | 2 | Re: 69:25-71:2<br><br>**Def Obj**: 403;<br>**Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning** |
| 71 | 4 | 71 | 21 | Re: 71:4-71:21<br><br>**Def Obj**: 403;<br>**Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning** |
| 71 | 23 | 72 | 13 | Re: 71:23-72:13<br><br>**Def Obj**: 403;<br>**Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning** |
| 72 | 15 | 73 | 5 | Re: 72:15-73:5 |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 73 | 7 | 73 | 7 | Re: 73:7-73:7 <br><br> **Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 73 | 21 | 73 | 25 | Re: 73:21-73:25 <br><br> **Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 75 | 1 | 77 | 9 | Re: 75:1-77:1 <br><br> **Def Obj**: 403; Questioning witness |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning<br><br>**Re: 77:2-77:9**<br><br>**Def Obj**: Cummulative of 53:17-55:5 |
| 77 | 11 | 77 | 11 | **Re: 77:11**<br><br>**Def Obj**: Cummulative of 53:17-55:5 |
| 77 | 24 | 79 | 16 | **Re: 78:15-79:16**<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 79 | 18 | 79 | 18 | **Re: 79:18**<br><br>**Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | previously thus there is no foundation for the questioning |
| 80 | 16 | 80 | 18 | Re: 80:16-80:18 <br><br> **Def Obj**: Leading; Argumentative |
| 80 | 20 | 80 | 24 | Re: 80:20-80:24 <br><br> **Def Obj**: Leading; Argumentative |
| 81 | 1 | 81 | 5 | Re: 81:1-81:5 <br><br> **Def Obj**: Leading; Argumentative |
| 81 | 7 | 81 | 25 | Re: 81:7-81:25 <br><br> **Def Obj**: Leading; Argumentative |
| 82 | 2 | 82 | 2 | Re: 82:2-82:2 <br><br> **Def Obj**: Leading; Argumentative |
| 82 | 16 | 82 | 17 | Re: 82:16-82:17 <br><br> **Def Obj**: 403; Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning |
| 83 | 6 | 84 | 16 | Re: 83:6-84:16 |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D. Depositions**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj**: 403; **Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning** |
| 84 | 22 | 85 | 6 | Re: 84:22-85:6 **Def Obj**: 403; **Questioning witness about DDMAC letters regarding other Merck products that have nothing to do with Vioxx. Witness has never seen these documents previously thus there is no foundation for the questioning** |
| 87 | 5 | 87 | 17 | Re: 87:16-87:17 **Def Obj**: Leading |
| 87 | 19 | 87 | 19 | Re: 87:19 **Def Obj**: Leading |
| 88 | 7 | 88 | 11 | |
| 89 | 1 | 89 | 15 | |
| 89 | 17 | 89 | 20 | |
| 89 | 22 | 89 | 22 | |
| 89 | 24 | 89 | 24 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**AFFIRMATIVE DEPOSITION DESIGNATIONS**

### Douglas M. Vogeler, M.D. Depositions

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 92 | 4 | 92 | 11 | Re: 92:4-92:11 <br><br> **Def Obj**: Leading; Lawyer testifying |
| 92 | 13 | 92 | 19 | Re: 92:13 – 92:19 <br><br> **Def Obj**: Leading; Lawyer testifying |
| 92 | 21 | 92 | 22 | |
| 93 | 10 | 94 | 10 | |
| 94 | 19 | 95 | 2 | Re: 94:22- 95:2 <br><br> **Def Obj**: Leading |
| 95 | 4 | 95 | 7 | Re: 95:4-95:7 <br><br> **Def Obj**: Leading |
| 95 | 9 | 95 | 9 | Re: 95:9 <br><br> **Def Obj**: Leading |
| 95 | 25 | 96 | 2 | |
| 96 | 5 | 96 | 8 | |
| 96 | 10 | 96 | 17 | Re: 96:11-96:17 <br><br> **Def Obj**: Assumes facts not in evidence |
| 96 | 19 | 96 | 19 | Re: 96:19 <br><br> **Def Obj**: Assumes facts not in evidence |
| 97 | 16 | 98 | 4 | |
| 100 | 23 | 100 | 25 | |
| 101 | 3 | 101 | 3 | |
| 102 | 15 | 102 | 17 | |
| 103 | 13 | 103 | 21 | |
| 105 | 21 | 105 | 23 | |
| 105 | 25 | 105 | 25 | |