Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Nichole Keele

### IN UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | **MDL Docket No. 1657** |
| | * | **Case No. 05-5542** |
| **NICHOLE KEELE, Individually, and** | * | |
| **on behalf of PAUL DEAN KEELE,** | * | |
| **Deceased,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & COMPANY, INC., a** | * | **REVISED STIPULATION** |
| **foreign corporation,** | * | **OF DISMISSAL** |
| | * | |
| **DEFENDANT.** | * | |

On this, the 29th day of September, 2006, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should she seek to refile, Plaintiff Nichole Keele will refile in the federal Multi-District Litigation ("MDL") and not in state court.

1

This Stipulation is filed on behalf of Plaintiff Nichole Keele, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

In compliance with Pre-Trial Order No. 8A, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, they will make the change directly on File & Serve to reflect the dismissal without prejudice on the above-referenced case(s).

**APPROVED AND SO ORDERED**

_____
Eldon E. Fallon
United States District Judge

**DATED** this ____ day of September, 2006.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

_____
Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this 26th day of September, 2006.

STONE PIGMAN WALTHER
WITTMAN LLC

_____
Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

**DATED** this 29th day of September, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8 in accordance with the procedures established in MDL 1657, on this 3rd day of ~~September~~ October, 2006.

_____
OF COUNSEL

3