UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLE KEELE, Individually, and on Behalf of PAUL DEAN KEELE, Deceased, | * * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION MDL Docket No. 1657 |
| Plaintiff, | * * | CASE NO. 05-5542 |
| v. | * * | SECTION L - DIVISION 3 |
| MERCK & CO., INC., a foreign corporation, | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE |
| Defendant. | * * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Nichole Keele. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Nichole Keele, are dismissed, without prejudice.

Dated this ____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE