IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | **MDL Docket No. 1657** |
| | * | **Case No. 06-3558** |
| **CAROL G. WATKINS, Individually and** | * | |
| **on behalf of MARVIN S. WATKINS,** | * | |
| **Deceased,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & CO., INC., a foreign** | * | |
| **corporation,** | * | |
| | * | |
| **Defendant.** | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Carol G. Watkins. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Carol G. Watkins, are dismissed, without prejudice.

Dated this _____ day of _____, 2006.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**