Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Herbert Poindexter, Sr.

---

# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | **MDL Docket No. 1657** |
| | * | **Case No. 05-4508** |
| **HERBERT POINDEXTER, SR.,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & COMPANY, INC.,** a | * | |
| | * | |
| foreign corporation, | * | |
| | * | |
| DEFENDANT. | * | |

## PARTIAL STIPULATION OF DISMISSAL

**(Related Matter: Pat Geasley, et al. v. Merck & Co., Inc.; U.S. District Court, Eastern District of Louisiana, Case No. 05-4508)**

---

On this, the 29th day of September 2006, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and

attorneys' fees. Should he seek to refile, Plaintiff Herbert Poindexter, Sr. will refile in the federal Multi-District Litigation ("MDL") and not in state court.

Herbert Poindexter, Sr. is a named Plaintiff in the action styled: Pat Geasley, et al. v. Merck & Company, Inc. Dismissal of Herbert Poindexter Sr.'s claims shall not affect the other named Plaintiffs' claims.

This Stipulation is filed on behalf of Plaintiff Herbert Poindexter, Sr., and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

In compliance with Pre-Trial Order No. 8A, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced case(s).

**APPROVED AND SO ORDERED**

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

**DATED** this ____ day of September, 2006.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

_____
Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this 28th day of September, 2006.

STONE PIGMAN WALTHER
WITTMANN LLC

_Dorothy H. Wimberly_
Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

DATED this 29th day of September, 2006.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 3rd day of October, 2006.

_____
OF COUNSEL