UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *Elena Bozzi v. Merck & Co., Inc., et al.*, | * | |
| (E.D. La. Index No. CA- 06- 1688-L) | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND VOLUNTARY DISMISSAL
## OF ALL CLAIMS AGAINST SHANNON LAYTON

Plaintiff, Elena Bozzi ("Bozzi"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Rule 41(a)(1), to a dismissal without prejudice of all claims asserted and that could have been asserted in this action against Shannon Layton, with each party bearing its own fees and costs. Bozzi and Merck agree that there are no counterclaims or third-party claims. The complaint shall remain in full force and effect on behalf of the plaintiff against the remaining defendants.

In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

Wherefore, the parties hereto stipulate to the dismissal of Shannon Layton only in the above-styled lawsuit.

*[signature]*
Brenda S. Fulmer
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127
Phone: 813-222-9700
Fax: 813-224-0373

*Attorneys for Plaintiff*

*[signature]*
Phillip A. Wittmann, 13625
~~Anthony M. DiLeo, 4942~~
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

*Defendant's Liaison Counsel*

Patricia E. Lowry
John B. T. Murray, Jr.
Dori K. Stibolt
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax:   561-655-1509

*Attorneys for Defendant Merck & Co., Inc.*

Dated: October 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal of All Claims Against Shannon Layton has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 3rd day of October, 2006.

*Dorothy H. Wimberly*