# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L/3** |
| | * | |
| **This document relates to** | * | **JUDGE FALLON** |
| **Case No. 06-1688** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| **ELENA BOZZI,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC., et al** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DISMISSING WITHOUT PREJUDICE
## CLAIMS OF ORLANDO HERNANDEZ AGAINST SHANNON LAYTON

Considering the Stipulation and Voluntary Dismissal Without Prejudice of All

Claims Against Shannon Layton, filed herein,

IT IS ORDERED that the claims of Plaintiff Elena Bozzi against Shannon Layton

are hereby dismissed without prejudice, subject to the terms and conditions set forth in said

stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

 

 

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE