UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE<br>KNOWLES |
| CHARLES L. MASON, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR
MERCK'S MOTION TO EXCLUDE TESTIMONY OF ISAAC WIENER, M.D.**

Plaintiff Charles L. Mason and Defendant Merck & Co., Inc. (collectively "the Parties") jointly submit this Stipulation and Proposed Order regarding the briefing schedule for Merck's Motion to Exclude Testimony of Isaac Wiener, M.D. (Expert Challenge No. 1).

The Parties have agreed to the following:

1. Plaintiff will let Merck know, no later than October 13, 2006, whether he intends to call Dr. Wiener to testify at trial; and

2. If plaintiff decides to call Dr. Wiener:

    a. Plaintiff will file his opposition brief by October 17, 2006;

    b. Merck will file its reply brief, if any, by October 19, 2006; and

    c. The motion will be heard at the Pre-Trial Conference on October 20, 2006.

832796v.1

Dated: October 3, 2006

Respectfully submitted,

*/s/ Holly Wheeler*
Edward F. Blizzard
Scott Nabers
Rebecca B. King
Holly Wheeler
BLIZZARD, MCCARTHY
& NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone:  713-844-3750
Fax:    713-844-3755

ATTORNEYS FOR PLAINTIFF

*/s/ Shayna Cook*
Philip S. Beck
Tarek Ismail
Shayna Cook
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:    312-494-4440

ATTORNEYS FOR MERCK

832796v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of October, 2006.

                        */s/ Dorothy H. Wimberly*
                        Dorothy H. Wimberly, 18509
                        STONE PIGMAN WALTHER WITTMANN L.L.C.
                        546 Carondelet Street
                        New Orleans, Louisiana  70130
                        Phone:  504-581-3200
                        Fax:     504-581-3361
                        dwimberly@stonepigman.com

                        Defendants' Liaison Counsel