UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE<br>KNOWLES |
| CHARLES L. MASON, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Stipulation Regarding Briefing Schedule for Merck's Motion to Exclude Testimony of Isaac Wiener, M.D.,

IT IS ORDERED:

1. That Plaintiff shall let Merck know, no later than October 13, 2006, whether he intends to call Dr. Wiener to testify at trial; and

2. If plaintiff decides to call Dr. Wiener:

    a. Plaintiff shall file his opposition brief by October 17, 2006;

    b. Merck shall file its reply brief, if any, by October 19, 2006; and

    c. The motion will be heard at the Pre-Trial Conference on October 20, 2006.

NEW ORLEANS, LOUISIANA, this ____ day of October, 2006.

_____
DISTRICT JUDGE

832797v.1