# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Lewis, et al. v. Merck & Co., Inc., et al.*, 05-6621

## ORDER

IT IS ORDERED that the Defendant's Motion to Dismiss or Stay (Rec. Doc. 7328) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this   29th   day of   September  , 2006.

_____
UNITED STATES DISTRICT JUDGE