Restricted
Confidential
Restricted access
Updated 5/26/2006

Table B9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | p-Value |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | |
| Total number of patients with events | 54/4581 | 1.18 (0.89, 1.54) | 30/4722 | 0.64 (0.43, 0.91) | 0.54 (0.16, 0.93) | 1.86 (1.19, 2.90) | 0.0066 |
| Cardiac Events | 38/4604 | 0.83 (0.58, 1.13) | 21/4734 | 0.44 (0.27, 0.68) | 0.38 (0.06, 0.71) | 1.86 (1.09, 3.17) | 0.0224 |
| Fatal/Non-Fatal Acute myocardial infarction | 31/4601 | 0.67 (0.46, 0.96) | 15/4726 | 0.32 (0.18, 0.52) | 0.36 (0.07, 0.64) | 2.12 (1.15, 3.93) | 0.0168 |
| Cerebrovascular Events | 17/4614 | 0.37 (0.21, 0.59) | 6/4736 | 0.13 (0.05, 0.28) | 0.24 (0.04, 0.44) | 2.91 (1.15, 7.39) | 0.0244 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 17/4614 | 0.37 (0.21, 0.59) | 6/4736 | 0.13 (0.05, 0.28) | 0.24 (0.04, 0.44) | 2.91 (1.15, 7.39) | 0.0244 |
| Hemorrhagic Events | 1/4631 | 0.02 (0.00, 0.12) | 3/4744 | 0.06 (0.01, 0.18) | -0.04 (-0.12, 0.04) | 0.34 (0.01, 4.25) | 0.6433 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/4631 | 0.02 (0.00, 0.12) | 3/4744 | 0.06 (0.01, 0.18) | -0.04 (-0.12, 0.04) | 0.34 (0.01, 4.25) | 0.6433 |

[1] Patient-years at risk.

[2] Patients with events per 100 Patient-Years.

[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

34

Updated 5/26/2006   Restricted   Confidential   Limited access



Table B10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1220 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1238 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| > 42 Months | 1042 | 7/542 | 1.29 (0.52, 2.66) | 1079 | 6/560 | 1.07 (0.39, 2.33) | 1.21 (0.41, 3.59) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table B11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 36/2766 | 1.30 (0.91, 1.80) | 1196 | 18/2862 | 0.63 (0.37, 0.99) | 2.07 (1.18, 3.65) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

35



Updated 5/26/2006

Restricted
Confidential
Limited access

36



Figure B5
ITT Population
Confirmed APTC Events
Week 210 Censoring
Kaplan-Meier Plot

Rofecoxib 25 mg

Placebo

Cumulative Incidence (%)
with 95% CI

Months

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 1002 |
| Placebo | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1036 |

inpu





Restricted
Confidential
Limited access
Updated 5/26/2006



Table B12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (≥ 14 days from last dose of base study therapy) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| Total number of patients with events | 21 (1.94) | 1.37 (0.85, 2.09) | 12 (1.09) | 0.85 (0.44, 1.49) |
| Cardiac Events | 14 (1.30) | 0.91 (0.50, 1.52) | 11 (1.00) | 0.78 (0.39, 1.40) |
| Fatal/Non-Fatal Acute myocardial infarction | 10 (0.93) | 0.65 (0.31, 1.19) | 6 (0.55) | 0.43 (0.16, 0.93) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Sudden cardiac death. | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cerebrovascular Events | 7 (0.65) | 0.45 (0.18, 0.94) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7 (0.65) | 0.45 (0.18, 0.94) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incident(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-OZ02032

Updated 5/26/2006

Restricted
Confidential
Limited access

Table B13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years† | PY-Rate‡(95% CI) | Events/Patient-Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Total number of patients with events | 21/1538 | 1.37 (0.85, 2.09) | 12/1406 | 0.85 (0.44, 1.49) | 0.51 (-0.25, 1.27) | 1.64 (0.81, 3.35) | 0.1718 |
| Cardiac Events | 14/1543 | 0.91 (0.50, 1.52) | 11/1406 | 0.78 (0.39, 1.40) | 0.13 (-0.54, 0.79) | 1.19 (0.54, 2.63) | 0.6654 |
| Fatal/Non-Fatal Acute myocardial infarction | 10/1540 | 0.65 (0.31, 1.19) | 6/1399 | 0.43 (0.16, 0.93) | 0.22 (-0.31, 0.75) | 1.67 (0.61, 4.59) | 0.3332 |
| Cerebrovascular Events | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | - (1.31, ∞) | 0.0217 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | - (1.31, ∞) | 0.0217 |
| Hemorrhagic Events | 0/1547 | 0.00 (0.00, 0.24) | 1/1400 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.30) | 0.9501 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1547 | 0.00 (0.00, 0.24) | 1/1400 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.30) | 0.9501 |

† Patient-years at risk.
‡ Patients witht events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table B14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/514 | 1.36 (0.55, 2.80) | 1093 | 5/528 | 0.95 (0.31, 2.21) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 500 | 0/128 | 0.00 (0.00, 2.87) | 492 | 0/97 | 0.00 (0.00, 3.79) | - |
| > 18 Months | 228 | 3/358 | 0.84 (0.17, 2.45) | 166 | 4/233 | 1.71 (0.47, 4.39) | 0.49 (0.07, 2.89) |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

39

MRK0202033



Restricted
Confidential
Limited access
Updated 5/26/2006



Figure B7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Rofecoxib 25 mg

Placebo

| | 0 | 6 | 12 | 18 | 24 | 30 |
|---|---|---|---|---|---|---|
| Patients at Risk | | | | | | |
| Rofecoxib 25 mg | 1080 | 1063 | 500 | 228 | 200 | 167 |
| Placebo | 1097 | 1093 | 492 | 166 | 140 | 115 |

Months of Follow-Up

Cumulative Incidence (%) with 95% CI

40

Restricted
Confidential
Limited access
Updated 5/26/2006

Figure B8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.256; Treatment*Time p-Value=0.069
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

41

Restricted
Confidential
Restricted access
Updated 5/26/2006

Table B15
Analysis of Death
All Patients (ITT Population) and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[1] | PY-Rate[2](95% CI) | Events/Patient -Years[1] | PY-Rate[2](95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Death | 30/4905 | 0.61 (0.41, 0.87) | 25/4994 | 0.50 (0.32, 0.74) | 0.11 (-0.18, 0.40) | 1.22 (0.72, 2.08) | 0.457 |

[1] Patient-years at risk.

[2] Patients with death Per 100 Patient-Years.

[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

42

MRK0702Z2036

Restricted
Confidential
limited access
Updated 5/26/2006

Table B16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[c] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[a] | PY-Rate[b](95% CI) | Number At Risk | Events/Patient-Years[a] | PY-Rate[b](95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, nc) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 3/574 | 0.52 (0.11, 1.53) | 1143 | 2/590 | 0.34 (0.04, 1.22) | 1.54 (0.18, 18.47) |

a Patient-years at risk.
b Patients with events Per 100 Patient-Years.
c Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table B17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[c] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[a] | PY-Rate[b](95% CI) | Number At Risk | Events/Patient-Years[a] | PY-Rate[b](95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 17/3005 | 0.57 (0.33, 0.91) | 1271 | 16/3064 | 0.52 (0.30, 0.85) | 1.09 (0.55, 2.15) |

a Patient-years at risk.
b Patients with events Per 100 Patient-Years.
c Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

43

Restricted
Confidential
Restricted Access
Updated 5/26/2006

44



Figure B9
ITT Population
Deaths
Week 210 Censoring
Kaplan-Meier Plot

Rofecoxib 25 mg

Placebo

Months

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1273 | 1260 | 1250 | 1246 | 1242 | 1207 | 1110 | 1055 |
| Placebo | 1300 | 1290 | 1285 | 1271 | 1262 | 1258 | 1233 | 1143 | 1085 |

Cumulative Incidence (%)
with 95% CI

Updated 5/26/2006

Restricted
Confidential
limited access



Figure B10
ITT Population
Deaths
Week 210 Censoring
Hazard Rate

Rofecoxib 25 mg
Placebo

Hazard Function

0.010
0.008
0.006
0.004
0.002
0.000

0   6   12   18   24   30   36   42   48   54   60

Months   (bandwidth=   6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.373; Treatment*Time p-Value=0.498
Death
All Patients (ITT Population) and censored at Week 210

45

M007C22039

Restricted
Confidential
Limited access
Updated 5/26/2006



**Table B18**
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[§] (95% CI) | Difference (95% CI) | p-Value |
| Death | 24/1818 | 1.32 (0.85, 1.96) | 19/1648 | 1.15 (0.69, 1.80) | 1.17 (0.64, 2.14) | 0.17 (-0.57, 0.91) | 0.613 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is ratio of rates.

**Table B19**
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.05) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/575 | 1.39 (0.60, 2.74) | 1202 | 3/582 | 0.52 (0.11, 1.51) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 604 | 1/175 | 0.57 (0.01, 3.19) | 581 | 1/135 | 0.74 (0.02, 4.13) | 0.77 (0.01, 60.67) |
| > 18 Months | 316 | 5/467 | 1.07 (0.35, 2.50) | 238 | 4/326 | 1.23 (0.33, 3.15) | 0.87 (0.19, 4.40) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is ratio of rates.

M007C22040

Restricted
Confidential
Limited access
Updated 5/26/2006

Figure B11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot



Rofecoxib 25 mg

Placebo

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1228 | 1191 | 604 | 316 | 274 | 226 | 154 |
| Placebo | 1230 | 1202 | 581 | 238 | 201 | 160 | 102 |

Cumulative Incidence (%) with 95% CI

Months of Follow-Up

M007C22041

Updated 5/26/2006





Figure B12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring

Test of Proportionality: Treatment*LOG(Time) p-Value=0.883; Treatment*Time p-Value=0.591
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

48

Restricted
Confidential
Limited access
Updated 5/26/2006



Table C1
Summary of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1387) | | Placebo (N=1300) | |
| --- | --- | --- | --- | --- |
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| Total number of patients with events | 76 (5.91) | 1.50 (1.18, 1.87) | 46 (3.54) | 0.88 (0.64, 1.17) |
| **Cardiac Events** | 49 (3.81) | 0.96 (0.71, 1.26) | 32 (2.46) | 0.61 (0.42, 0.86) |
| Fatal/Non-Fatal Acute myocardial infarction | 34 (2.64) | 0.66 (0.46, 0.92) | 18 (1.38) | 0.34 (0.20, 0.54) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.20) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Unstable angina pectoris | 8 (0.62) | 0.15 (0.07, 0.31) | 9 (0.69) | 0.17 (0.08, 0.33) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.33) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.11) | 0 (0.00) | 0.00 (0.00, 0.07) |
| **Peripheral Vascular Events** | 6 (0.47) | 0.12 (0.04, 0.25) | 8 (0.62) | 0.15 (0.07, 0.30) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.17) | 2 (0.15) | 0.04 (0.00, 0.14) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.11) | 2 (0.15) | 0.04 (0.00, 0.14) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.00, 0.14) | 4 (0.31) | 0.08 (0.02, 0.19) |
| **Cerebrovascular Events** | 24 (1.86) | 0.47 (0.30, 0.69) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal Ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Transient ischemic attack | 8 (0.62) | 0.15 (0.07, 0.30) | 2 (0.15) | 0.04 (0.00, 0.14) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-M007C22043

Restricted
Confidential
Merck access
Updated 5/26/2006

Table C2
Analysis of Confirmed TC/VSA‡ Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | p-Value |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years* | PY-Rate†(95% CI) | Events/Patient-Years* | PY-Rate†(95% CI) | Difference (95% CI) | Relative Risk‡(95% CI) | |
| Total number of patients with events | 76/5081 | 1.50 (1.18, 1.87) | 46/5336 | 0.88 (0.64, 1.17) | 0.62 (0.20, 1.04) | 1.70 (1.18, 2.46) | 0.0044 |
| Cardiac Events | 49/5125 | 0.96 (0.71, 1.26) | 32/5370 | 0.61 (0.42, 0.86) | 0.35 (0.01, 0.69) | 1.57 (1.01, 2.46) | 0.0461 |
| Fatal/Non-Fatal Acute myocardial infarction | 34/5138 | 0.66 (0.46, 0.92) | 18/5374 | 0.34 (0.20, 0.54) | 0.32 (0.05, 0.59) | 1.94 (1.09, 3.43) | 0.0232 |
| Peripheral Vascular Events | 6/5172 | 0.12 (0.04, 0.25) | 8/5383 | 0.15 (0.07, 0.30) | -0.04 (-0.18, 0.10) | 0.77 (0.27, 2.21) | 0.6228 |
| Fatal/Non-Fatal Pulmonary embolism | 3/5178 | 0.06 (0.01, 0.17) | 2/5293 | 0.04 (0.00, 0.14) | 0.02 (-0.06, 0.10) | 1.53 (0.18, 18.36) | 0.5795 |
| Cerebrovascular Events | 24/5145 | 0.47 (0.30, 0.69) | 7/5284 | 0.13 (0.05, 0.27) | 0.33 (0.12, 0.54) | 3.52 (1.52, 8.18) | 0.0034 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5156 | 0.35 (0.21, 0.55) | 6/5288 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |

† Patient-years at risk.
‡ Patients with events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

50

Restricted
Confidential
Updated 5/26/2006

Table C3
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
| --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.62 (0.53, 4.94) |
| 6 - 12 Months | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 - 18 Months | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 7/561 | 1.25 (0.30, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| > 42 Months | 15/1050 | 1.42 (0.79, 2.33) | 1071 | 12/1093 | 1.10 (0.57, 1.92) | 1.29 (0.60, 2.76) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C4
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
| --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 18 Months | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 50/3267 | 1.53 (1.14, 2.02) | 1189 | 25/3380 | 0.74 (0.48, 1.09) | 2.07 (1.28, 3.34) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MO07C22045





Restricted
Confidential
Limited access
Updated 5/26/2006

52

Figure C1
ITT Population
Confirmed Thrombotic Cardiovascular Events
October 31, 2005 Censoring
Kaplan-Meier Plot



| Patients at Risk | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1221 | 1187 | 1152 | 1131 | 1117 | 1092 | 1032 | 985 | 515 | 141 |
| Placebo | 1300 | 1247 | 1224 | 1189 | 1173 | 1157 | 1133 | 1071 | 1023 | 518 | 142 |

Updated 5/26/2006



Figure C2
ITT Population
Confirmed Thrombotic Cardiovascular Events
October 31, 2005 Censoring

Test of Proportionality: Treatment*LOG(Time) p-Value=0.383; Treatment*Time p-Value=0.506
Confirmed TC/VSAE Endpoint
All Patients (ITT Population) and censored at 31-Oct-2005

53



Restricted ▬Confidential ▬Limited access
Updated 5/26/2006

Table C5

Summary of Confirmed TCVSAE Endpoint by Class of Terms

During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| Total number of patients with events | 33 (3.05) | 1.59 (1.10, 2.24) | 20 (1.82) | 1.03 (0.63, 1.58) |
| Cardiac Events | 20 (1.85) | 0.96 (0.59, 1.48) | 20 (1.82) | 1.03 (0.63, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 13 (1.21) | 0.62 (0.33, 1.07) | 9 (0.82) | 0.46 (0.21, 0.88) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.10 (0.01, 0.34) | 2 (0.18) | 0.10 (0.01, 0.37) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.27) | 5 (0.46) | 0.26 (0.08, 0.60) |
| Sudden cardiac death | 6 (0.56) | 0.29 (0.10, 0.62) | 6 (0.55) | 0.31 (0.11, 0.67) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.27) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Peripheral Vascular Events | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Cerebrovascular Events | 10 (0.93) | 0.48 (0.23, 0.88) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal Ischemic cerebrovascular stroke | 2 (0.19) | 0.10 (0.01, 0.34) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

†: Crude Incident[n/Nx100]

‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

54

MRK-NJ0194098

Restricted
Confidential
Limited Access
Updated 5/26/2006



### Table C6
### Analysis of Confirmed TCV/SAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1081) Events/Patient -Years† | PY-Rate‡(95% CI) | Placebo (N=1097) Events/Patient -Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Comparison Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|
| Total number of patients with events | 33/2073 | 1.59 (1.10, 2.24) | 20/1950 | 1.03 (0.63, 1.58) | 0.57 (-0.14, 1.27) | 1.56 (0.89, 2.73) | 0.1170 |
| Cardiac Events | 20/2086 | 0.96 (0.59, 1.48) | 20/1950 | 1.03 (0.63, 1.58) | -0.07 (-0.68, 0.55) | 0.96 (0.52, 1.79) | 0.8988 |
| Fatal/Non-Fatal Acute myocardial infarction | 13/2083 | 0.62 (0.33, 1.07) | 9/1950 | 0.46 (0.21, 0.88) | 0.16 (-0.29, 0.62) | 1.42 (0.61, 3.33) | 0.4163 |
| Peripheral Vascular Events | 3/2091 | 0.14 (0.03, 0.42) | 0/1955 | 0.00 (0.00, 0.19) | 0.14 (-0.02, 0.31) | - (0.39, ∞) | 0.2761 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2091 | 0.14 (0.03, 0.42) | 0/1955 | 0.00 (0.00, 0.19) | 0.14 (-0.02, 0.31) | - (0.39, ∞) | 0.2761 |
| Cerebrovascular Events | 10/2086 | 0.48 (0.23, 0.88) | 0/1955 | 0.00 (0.00, 0.19) | 0.48 (0.18, 0.78) | - (2.10, ∞) | 0.0027 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |

† Patient-years at risk.

‡ Patients witht events per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

### Table C7
### Summary of Confirmed TCV/SAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Placebo Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/527 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 - 18 Months | 1005 | 3/395 | 0.76 (0.16, 2.22) | 1031 | 2/394 | 0.51 (0.06, 1.83) | 1.50 (0.17, 17.93) |
| > 18 Months | 604 | 7/614 | 1.14 (0.46, 2.35) | 585 | 6/469 | 1.28 (0.47, 2.78) | 0.87 (0.29, 2.59) |

† Patient-years at risk.

‡ Patients with events Per 100 Patient-Years.

Updated 5/26/2006

Restricted
Confidential
Restricted access

56

i Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22050

Updated 5/26/2006   Restricted   Confidential   United States



Figure C3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot

Rofecoxib 25 mg
Placebo

M007C22051

Updated 5/26/2006   Restricted / Confidential / limited access

Figure C4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Cutcounting



Test of Proportionality: Treatment*LOG(Time) p-Value=0.607; Treatment*Time p-Value=0.397
Confirmed CVSAE Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

58

M007C22052

Restricted
Confidential
Limited access
Updated 5/26/2006



Table C8
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005



| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)¹ | PY-Rate¹[95% CI] | n(%)¹ | PY-Rate¹[95% CI] |
| Total number of patients with events | 59 (4.58) | 1.15 (0.88, 1.49) | 34 (2.62) | 0.65 (0.45, 0.90) |
| Cardiac Events | 42 (3.26) | 0.82 (0.59, 1.10) | 25 (1.93) | 0.47 (0.31, 0.70) |
| Fatal/Non-Fatal Acute myocardial infarction | 34 (2.64) | 0.66 (0.46, 0.92) | 18 (1.38) | 0.34 (0.20, 0.54) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.20) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.33) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Cerebrovascular Events | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal Ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Hemorrhagic Events | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.17) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.17) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
¹: Crude Incidce(n/Nx100)
²: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

59


Restricted
Confidential
Updated 5/26/2006   MERCK ACCESS

Table C9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofe-coxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate (95% CI) | Events/Patient-Years[†] | PY-Rate (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 59/5111 | 1.15 (0.88, 1.49) | 34/5267 | 0.65 (0.45, 0.90) | 0.51 (0.14, 0.87) | 1.79 (1.17, 2.73) | 0.0069 |
| Cardiac Events | 42/5140 | 0.82 (0.59, 1.10) | 25/5282 | 0.47 (0.31, 0.70) | 0.34 (0.03, 0.65) | 1.73 (1.05, 2.83) | 0.0107 |
| Fatal/Non-Fatal Acute myocardial infarction | 34/5138 | 0.66 (0.46, 0.92) | 18/5274 | 0.34 (0.20, 0.54) | 0.32 (0.05, 0.59) | 1.94 (1.09, 3.43) | 0.0232 |
| Cerebrovascular Events | 18/5156 | 0.35 (0.21, 0.55) | 6/5288 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5156 | 0.35 (0.21, 0.55) | 6/5298 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.03 (1.22, 7.76) | 0.0170 |
| Hemorrhagic Events | 1/5178 | 0.02 (0.00, 0.11) | 3/5298 | 0.06 (0.01, 0.17) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.25) | 0.6422 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/5178 | 0.02 (0.00, 0.11) | 3/5298 | 0.06 (0.01, 0.17) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.25) | 0.6422 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M007C22054

Restricted Confidential Limited access
Updated 5/26/2006

Table C10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1230 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| >42 Months | 1042 | 12/1072 | 1.12 (0.58, 1.96) | 1079 | 10/1105 | 0.90 (0.43, 1.66) | 1.24 (0.51, 2.87) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 41/3296 | 1.24 (0.89, 1.69) | 1196 | 22/3407 | 0.65 (0.40, 0.98) | 1.93 (1.15, 3.24) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

61



Figure C5
ITT Population
Confirmed APTC Events
October 31, 2005 Censoring
Kaplan-Meier Plot

Restricted
Confidential
Limited access
Updated 5/26/2006

62



Restricted Confidential
Updated 5/26/2006 — limited access

Figure C5
ITT Population
Confirmed APTC Events
October 31, 2005 Censoring
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.803; Treatment*Time p-Value=0.923
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at 31-Oct-2005

63

M007222057

 Restricted Confidential Limited access
Updated 5/26/2006

64

Table C12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| Total number of patients with events | 26 (2.41) | 1.25 (0.82, 1.83) | 16 (1.46) | 0.82 (0.47, 1.33) |
| Cardiac Events | 18 (1.67) | 0.86 (0.51, 1.36) | 15 (1.37) | 0.77 (0.43, 1.26) |
| Fatal/Non-Fatal Acute myocardial infarction | 13 (1.21) | 0.62 (0.33, 1.07) | 9 (0.82) | 0.46 (0.21, 0.88) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.10 (0.01, 0.34) | 2 (0.18) | 0.10 (0.01, 0.37) |
| Sudden cardiac death | 6 (0.56) | 0.29 (0.10, 0.62) | 6 (0.55) | 0.31 (0.11, 0.67) |
| Cerebrovascular Events | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.10 (0.01, 0.34) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.18) | 1 (0.09) | 0.05 (0.00, 0.29) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.18) | 1 (0.09) | 0.05 (0.00, 0.29) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Restricted
Confidential
Restricted access
Updated 5/26/2006



Table C13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years‡ | PY-Rate*(95% CI) | Events/Patient-Years‡ | PY-Rate*(95% CI) | Difference (95% CI) | Relative Risk† (95% CI) | p-Value |
| Total number of patients with events | 26/2078 | 1.25 (0.82, 1.83) | 16/1957 | 0.82 (0.47, 1.33) | 0.43 (-0.19, 1.06) | 1.53 (0.82, 2.85) | 0.1847 |
| Cardiac Events | 18/2086 | 0.86 (0.51, 1.36) | 15/1958 | 0.77 (0.43, 1.26) | 0.10 (-0.46, 0.65) | 1.14 (0.58, 2.27) | 0.7022 |
| Fatal/Non-Fatal Acute myocardial infarction | 13/2083 | 0.62 (0.33, 1.07) | 9/1950 | 0.46 (0.21, 0.88) | 0.16 (-0.29, 0.62) | 1.42 (0.61, 3.33) | 0.4163 |
| Cerebrovascular Events | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | (1.60, ∞) | 0.0101 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | (1.60, ∞) | 0.0101 |
| Hemorrhagic Events | 0/2095 | 0.00 (0.00, 0.18) | 1/1954 | 0.05 (0.00, 0.29) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.37) | 0.9651 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2095 | 0.00 (0.00, 0.18) | 1/1954 | 0.05 (0.00, 0.29) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.37) | 0.9651 |

* Patient-years at risk.
‡ Patients with events per 100 Patient-Years.
† Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table C14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk† (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/542 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 1009 | 2/396 | 0.50 (0.06, 1.82) | 1034 | 2/396 | 0.51 (0.06, 1.83) | 1.00 (0.07, 13.77) |
| > 18 Months | 606 | 6/617 | 0.97 (0.36, 2.12) | 588 | 6/472 | 1.27 (0.47, 2.77) | 0.75 (0.24, 2.35) |

* Patient-years at risk.

M007C22059

Updated 5/26/2006

Restricted
Confidential
Limited access

* Patients with events Per 100 Patient-Years.

‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

99

MRK-C2Z2060



Restricted
Updated 5/26/2006 R Confidential
Redacted Redacted

67

Figure C7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot



Rofecoxib 25 mg
Placebo

Cumulative Incidence (%) with 95% CI

Months of Follow-Up

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1080 | 1063 | 1009 | 606 | 320 | 213 | 170 |
| Placebo | 1097 | 1093 | 1034 | 588 | 276 | 143 | 112 |





Figure C8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring

Test of Proportionality: Treatment*LOG(Time) p-Value=0.305; Treatment*Time p-Value=0.206
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

Updated 5/26/2006   Restricted Confidential limited access

68

Restricted
Confidential
Merck ZXXXX

Updated 5/26/2006

Table C15
Analysis of Death
All Patients (ITT Population) and censored at 31-Dec-2005

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Death | 36/5460 | 0.66 (0.46, 0.91) | 28/5557 | 0.50 (0.33, 0.73) | 0.16 (-0.13, 0.44) | 1.31 (0.80, 2.15) | 0.284 |

[1] Patient-years at risk.

[2] Patients with death Per 100 Patient-Years.

[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22063