
Restricted
Confidential
Limited access
Updated 5/26/2006

Table C16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[c] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[a] | PY-Rate[b](95% CI) | Number At Risk | Events/Patient-Years[a] | PY-Rate[b](95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/634 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| >42 Months | 1110 | 9/1129 | 0.80 (0.36, 1.51) | 1143 | 5/1153 | 0.43 (0.14, 1.01) | 1.84 (0.61, 5.48) |

[a] Patient-years at risk.
[b] Patients with events Per 100 Patient-Years.
[c] Relative risk to Placebo using Cox model where the number of cases is at least 1); otherwise, relative risk is a ratio of rates.

Table C17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[c] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[a] | PY-Rate[b](95% CI) | Number At Risk | Events/Patient-Years[a] | PY-Rate[b](95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 23/3560 | 0.65 (0.41, 0.97) | 1271 | 19/3628 | 0.52 (0.33, 0.82) | 1.23 (0.67, 2.27) |

[a] Patient-years at risk.
[b] Patients with events Per 100 Patient-Years.
[c] Relative risk to Placebo using Cox model where the number of cases is at least 1); otherwise, relative risk is a ratio of rates.

70

M007C22064

Restricted
Confidential
Limited access
Updated 5/26/2006



Figure C9
ITT Population
Deaths
October 31, 2005 Censoring
Kaplan-Meier Plot

Rofecoxib 25 mg

Placebo

Cumulative Incidence (%) with 95% CI

Months

Patients at Risk

| | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1273 | 1260 | 1250 | 1246 | 1242 | 1207 | 1110 | 1051 | 540 | 152 |
| Placebo | 1300 | 1290 | 1285 | 1271 | 1262 | 1258 | 1233 | 1143 | 1080 | 542 | 149 |

M007C22005

Updated 5/26/2006
Restricted
Confidential
limited access



Figure C10
ITT Population
Deaths
October 31, 2005 Censoring
Hazard Rate

Rofecoxib 25 mg
Placebo

Hazard Function

Months (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.822; Treatment*Time p-Value=0.879
Death
All Patients (ITT Population) and censored at 31-Oct-2005

72

M007C22056

Restricted
Confidential
limited access
Updated 5/26/2006



**Table C18**
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | P-Value |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | |
| Death | 30/2373 | 1.26 (0.85, 1.80) | 22/2212 | 0.99 (0.62, 1.51) | 0.27 (-0.34, 0.88) | 1.30 (0.75, 2.26) | 0.351 |

[†] Patient-years at risk.

[‡] Patients with death Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 1 1; otherwise, relative risk is a ratio of rates.

**Table C19**
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1126 | 5/447 | 1.12 (0.36, 2.61) | 1131 | 2/438 | 0.46 (0.06, 1.65) | 2.45 (0.40, 25.68) |
| > 18 Months | 699 | 7/735 | 0.95 (0.38, 1.96) | 668 | 6/572 | 1.05 (0.38, 2.28) | 0.96 (0.32, 2.85) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 1 1; otherwise, relative risk is a ratio of rates.

73

M007C22067



Updated 5/26/2006   Restricted   Confidential   limited access



Figure C11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1228 | 1191 | 1126 | 699 | 398 | 274 | 199 |
| Placebo | 1230 | 1202 | 1131 | 668 | 341 | 189 | 145 |

74



Restricted
Confidential
limited access

Updated 5/26/2006



**Figure C12**
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring

Test of Proportionality: Treatment*LOG(Time) p-Value=0.926; Treatment*Time p-Value=0.818
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

M007022069

Restricted
Confidential
Limited access

Updated 5/26/2006



Table D1
Summary of Confirmed TC VSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[†] [95% CI] | n(%)[†] | PY-Rate[†] [95% CI] |
| Total number of patients with events | 77 (5.98) | 1.49 [1.18, 1.86] | 50 (3.85) | 0.94 (0.70, 1.24) |
| Cardiac Events | 50 (3.89) | 0.96 (0.71, 1.26) | 33 (2.54) | 0.62 (0.42, 0.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Unstable angina pectoris | 8 (0.62) | 0.15 (0.07, 0.30) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.11) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Peripheral Vascular Events | 6 (0.47) | 0.11 (0.04, 0.25) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.17) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.11) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.00, 0.14) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Cerebrovascular Events | 24 (1.86) | 0.46 (0.29, 0.68) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Transient ischemic attack | 8 (0.62) | 0.15 (0.07, 0.30) | 2 (0.15) | 0.04 (0.00, 0.13) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
†: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

M007C22070

Restricted
Confidential
Limited access
Updated 5/26/2006

Table D2

Analysis of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Total number of patients with events | 77/5168 | 1.49 (1.18, 1.86) | 50/5321 | 0.94 (0.70, 1.24) | 0.55 (0.13, 0.97) | 1.59 (1.11, 2.26) | 0.0111 |
| Cardiac Events | 50/5214 | 0.96 (0.71, 1.26) | 33/5356 | 0.62 (0.42, 0.87) | 0.34 (0.00, 0.68) | 1.56 (1.00, 2.41) | 0.0488 |
| Fatal/Non-Fatal Acute myocardial Infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Peripheral Vascular Events | 6/5263 | 0.11 (0.04, 0.25) | 9/5370 | 0.17 (0.08, 0.32) | -0.05 (-0.20, 0.09) | 0.68 (0.24, 1.91) | 0.4665 |
| Fatal/Non-Fatal Pulmonary embolism | 3/5269 | 0.06 (0.01, 0.17) | 2/5380 | 0.04 (0.00, 0.13) | 0.02 (-0.06, 0.10) | 1.53 (0.18, 18.34) | 0.9805 |
| Cerebrovascular Events | 24/5235 | 0.46 (0.29, 0.68) | 9/5371 | 0.17 (0.08, 0.32) | 0.29 (0.08, 0.50) | 2.74 (1.27, 5.89) | 0.0100 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 9/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |

[1] Patient-years at risk.
[2] Patients with events per 100 Patient-Years.
[3] Relative risk in Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

77

M007C22071

Restricted
Confidential
limited access
Updated 5/26/2006

Table D3

Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[f] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[a] | PY-Rate[c] (95% CI) | Number At Risk | Events/Patient-Years[a] | PY-Rate[c] (95% CI) | |
| 0 - 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.62 (0.53, 4.94) |
| 6 - 12 Months | 1221 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 - 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 1117 | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 1092 | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| >42 Months | 1032 | 16/1147 | 1.40 (0.80, 2.27) | 1071 | 16/1179 | 1.36 (0.78, 2.20) | 1.03 (0.51, 2.06) |

[a] Patient-years at risk.

[c] Patients with events Per 100 Patient-Years.

[f] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D4

Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[f] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[a] | PY-Rate[c] (95% CI) | Number At Risk | Events/Patient-Years[a] | PY-Rate[c] (95% CI) | |
| 0 - 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 51/3354 | 1.52 (1.13, 2.00) | 1189 | 29/3466 | 0.84 (0.56, 1.20) | 1.82 (1.15, 2.87) |

[a] Patient-years at risk.

[c] Patients with events Per 100 Patient-Years.

[f] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007022072



Restricted
Confidential
Limited access
Updated 5/26/2006

79



Figure D1
ITT Population
Confirmed Thrombotic Cardiovascular Events
Censored at Last Day at Risk
Kaplan-Meier Plot

Rofecoxib 25 mg

Placebo

Cumulative Incidence (%)
with 95% CI

Months

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1221 | 1187 | 1152 | 1131 | 1117 | 1092 | 1032 | 989 | 594 | 197 |
| Placebo | 1300 | 1247 | 1224 | 1189 | 1173 | 1157 | 1133 | 1071 | 1027 | 600 | 202 |

M007C22073

Restricted
Confidential
Limited access
Updated 5/26/2006



Figure D3
ITT Population
Confirmed Thrombotic Cardiovascular Events)
Censored at Last Day at Risk
Hazard Rate

Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.671; Treatment*Time p-Value=0.870
All Patients (ITT Population) and censored at last day at risk

M007C22074



Restricted Confidential
R Restricted Business Access
Updated 5/26/2006

81

Table D5
Summary of Confirmed TCVSAE† Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk



| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate†(95% CI) | n(%)† | PY-Rate†(95% CI) |
| Total number of patients with events | 34 (3.15) | 1.57 (1.09, 2.20) | 24 (2.19) | 1.18 (0.76, 1.75) |
| Cardiac Events | 21 (1.94) | 0.97 (0.60, 1.48) | 21 (1.91) | 1.03 (0.64, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.25) | 5 (0.46) | 0.25 (0.08, 0.57) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.25) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Peripheral Vascular Events | 3 (0.28) | 0.14 (0.03, 0.40) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Cerebrovascular Events | 10 (0.93) | 0.46 (0.22, 0.84) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Restricted Confidential Limited Access
Updated 5/26/2006

Table D6
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1081) Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Placebo (N=1097) Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Comparison Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|
| Total number of patients with events | 34/2162 | 1.57 (1.09, 2.20) | 24/2036 | 1.18 (0.76, 1.75) | 0.39 (-0.31, 1.10) | 1.34 (0.79, 2.26) | 0.2769 |
| Cardiac Events | 21/2176 | 0.97 (0.60, 1.48) | 21/2037 | 1.03 (0.64, 1.58) | -0.07 (-0.67, 0.54) | 0.96 (0.52, 1.75) | 0.8853 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.53 (0.66, 3.53) | 0.3323 |
| Peripheral Vascular Events | 3/2182 | 0.14 (0.03, 0.40) | 1/2042 | 0.05 (0.00, 0.27) | 0.09 (-0.09, 0.27) | 2.81 (0.23, 147.39) | 0.6755 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2182 | 0.14 (0.03, 0.40) | 0/2042 | 0.00 (0.00, 0.18) | 0.14 (-0.02, 0.29) | - (0.39, a) | 0.2757 |
| Cerebrovascular Events | 10/2177 | 0.46 (0.22, 0.84) | 2/2042 | 0.10 (0.01, 0.35) | 0.36 (0.05, 0.68) | 4.34 (0.95, 19.90) | 0.0586 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D7
Summary of Confirmed TCVSAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1081) Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Placebo (N=1097) Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/527 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 - 18 Months | 1006 | 3/421 | 0.71 (0.15, 2.08) | 1032 | 2/422 | 0.47 (0.06, 1.71) | 1.50 (0.17, 18.01) |
| > 18 Months | 678 | 8/678 | 1.18 (0.51, 2.33) | 659 | 10/527 | 1.90 (0.91, 3.49) | 0.63 (0.25, 1.60) |

[†] Patient-years at risk.

82

Restricted
Confidential
Limited access
Updated 5/26/2006

83

† Patients with events Per 100 Patient-Years.

‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22077

Restricted
Confidential
Limited access
Updated 5/26/2006

Figure D3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot



MRK-AFV0424000

Updated 5/26/2006





Figure D4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate

Rofecoxib 25 mg
Placebo

*Hazard Function*

*Months of Follow-Up (bandwidth= 6.00)*

Test of Proportionality: Treatment*LOG(Time) p-Value=0.295; Treatment*Time p-Value=0.178
Confirmed CV AE Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

85

M007CZ2079


Restricted
Confidential
limited access
Updated 5/26/2006

Table DR
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
| --- | --- | --- | --- | --- |
| | n(%)[†] | PY-Rate[‡] [95% CI] | n(%)[†] | PY-Rate[‡] [95% CI] |
| **Total number of patients with events** | 60 (4.66) | 1.15 (0.88, 1.49) | 37 (2.85) | 0.69 (0.49, 0.95) |
| **Cardiac Events** | 43 (3.34) | 0.82 (0.60, 1.11) | 26 (2.00) | 0.48 (0.32, 0.71) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| **Cerebrovascular Events** | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal Ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| **Hemorrhagic Events** | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.10) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incidence(n/N x100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Restricted
Confidential
Redbud Access
Updated 5/26/2006

Table D9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years | PY-Rate[†](95% CI) | Events/Patient-Years | PY-Rate[†](95% CI) | Difference (95% CI) | Relative Risk[‡](95% CI) | p-Value |
| Total number of patients with events | 60/5200 | 1.15 (0.88, 1.49) | 37/5353 | 0.69 (0.49, 0.95) | 0.46 (0.10, 0.83) | 1.67 (1.11, 2.52) | 0.0141 |
| Cardiac Events | 43/5230 | 0.82 (0.60, 1.11) | 26/5368 | 0.48 (0.32, 0.71) | 0.34 (0.03, 0.65) | 1.70 (1.04, 2.76) | 0.0333 |
| Fatal/Non-Fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Cerebrovascular Events | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Fetal/Non-Fetal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Hemorrhagic Events | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.03) | 0.34 (0.01, 4.24) | 0.6414 |
| Fetal/Non-Fetal Hemorrhagic stroke | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.6414 |

† Patient-years at risk.

‡ Patients with events per 100 Patient-Years.

‡ Relative risk (to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

87

M007G22081



Restricted
Confidential
Updated 5/26/2006

Table D10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[f] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1230 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| > 42 Months | 1042 | 13/1161 | 1.12 (0.60, 1.92) | 1079 | 13/1190 | 1.09 (0.58, 1.87) | 1.03 (0.48, 2.21) |

[*] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[f] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[f] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 42/3385 | 1.24 (0.89, 1.68) | 1196 | 25/3493 | 0.72 (0.46, 1.06) | 1.73 (1.06, 2.85) |

[*] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[f] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22092



Restricted
Updated 5/26/2005   Confidential
Audited success

89



Figure D5
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Kaplan-Meier Plot

Rofecoxib 25 mg

Placebo

Cumulative Incidence (%) with 95% CI

Months

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 1002 | 602 | 201 |
| Placebo | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1036 | 607 | 204 |

M007C22093

Restricted
Confidential
limited access
Updated 5/26/2006





Figure D6
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Hazard Rate

Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.915; Treatment*Time p-Value=0.575
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at last day at risk

90

M007022004

Restricted
Confidential
limited access
Updated 5/26/2006



Table D12

Summary of Confirmed APTC Endpoint by Class of Terms

During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate*(95% CI) | n(%)† | PY-Rate*(95% CI) |
| Total number of patients with events | 27 (2.50) | 1.25 (0.82, 1.81) | 19 (1.73) | 0.93 (0.56, 1.45) |
| Cardiac Events | 19 (1.76) | 0.87 (0.53, 1.36) | 16 (1.46) | 0.78 (0.45, 1.27) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cerebrovascular Events | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

†: Crude Incidence[(n/N)x100]

*: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.


Restricted
Confidential – limited access
Updated 5/26/2006

Table D13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | p-Value |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | |
| Total number of patients with events | 27/2168 | 1.25 (0.82, 1.81) | 19/2043 | 0.93 (0.56, 1.45) | 0.32 (-0.31, 0.94) | 1.32 (0.73, 2.38) | 0.3514 |
| Cardiac Events | 19/2176 | 0.87 (0.53, 1.36) | 16/2044 | 0.78 (0.45, 1.27) | 0.09 (-0.46, 0.64) | 1.13 (0.58, 2.19) | 0.7266 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.53 (0.66, 3.53) | 0.3223 |
| Cerebrovascular Events | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Hemorrhagic Events | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/542 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 1010 | 2/433 | 0.47 (0.06, 1.71) | 1035 | 2/424 | 0.47 (0.06, 1.71) | 1.00 (0.07, 13.83) |
| > 18 Months | 681 | 7/680 | 1.03 (0.41, 2.12) | 662 | 9/530 | 1.70 (0.78, 3.22) | 0.60 (0.22, 1.63) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22086

Restricted
Updated 5/26/2006   Confidential   Limited access

93

Figure D7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot




Restricted
Confidential
Redact access

Updated 5/26/2006



Figure D8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk



Test of Proportionality: Treatment*LOG(Time) p-Value=0.146; Treatment*Time p-Value=0.088
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

94

Restricted
Confidential
Limited access
Updated 5/26/2006

Table D15
Analysis of Death
All Patients (ITT Population) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[1] | PY-Rate[2](95% CI) | Events/Patient -Years[1] | PY-Rate[2](95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Death | 36/5554 | 0.65 (0.45, 0.90) | 29/5646 | 0.51 (0.34, 0.74) | 0.13 (-0.15, 0.42) | 1.26 (0.77, 2.06) | 0.349 |

[1] Patient-years at risk.
[2] Patients with death Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

95

Restricted Confidential Limited access

Updated 5/26/2006



Table D16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[3] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/638 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| >42 Months | 1110 | 9/1222 | 0.74 (0.34, 1.40) | 1143 | 6/1242 | 0.48 (0.18, 1.05) | 1.52 (0.54, 4.27) |

[1] Patient-years at risk.
[2] Patients with events Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[3] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| >18 Months | 1250 | 23/3654 | 0.63 (0.40, 0.94) | 1271 | 20/3716 | 0.54 (0.33, 0.83) | 1.17 (0.64, 2.13) |

[1] Patient-years at risk.
[2] Patients with events Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK02C2070D

Restricted
Confidential
limited access
Updated 5/26/2006

Figure D9
ITT Population
Deaths
Censored at Last Day at Risk
Kaplan-Meier Plot



Rofecoxib 25 mg
Placebo

Cumulative Incidence (%) with 95% CI

Months

Patients at Risk

| | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1273 | 1260 | 1250 | 1246 | 1242 | 1207 | 1110 | 1055 | 631 | 210 |
| Placebo | 1300 | 1290 | 1285 | 1271 | 1262 | 1258 | 1233 | 1143 | 1085 | 626 | 212 |

97

Restricted
Confidential
limited access
Updated 5/26/2006

98

Figure D10
ITT Population
Deaths
Censored at Last Day at Risk
Hazard Rate



Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.496; Treatment*Time p-Value=0.883
All Patients (ITT Population) and censored at last day at risk

Restricted
Confidential   limited access
Updated 5/26/2006



### Table D18
#### Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 30/2465 | 1.22 (0.82, 1.74) | 23/2300 | 1.00 (0.63, 1.50) | 0.22 (-0.38, 0.81) | 1.24 (0.72, 2.14) | 0.437 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

### Table D19
#### Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1127 | 5/475 | 1.05 (0.34, 2.46) | 1132 | 2/466 | 0.43 (0.05, 1.55) | 2.45 (0.40, 25.78) |
| > 18 Months | 776 | 7/802 | 0.87 (0.35, 1.80) | 742 | 7/633 | 1.11 (0.44, 2.28) | 0.82 (0.29, 2.34) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22093

Restricted
Confidential
Limited access

Updated 5/26/2006

Figure D11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Patients at Risk | | | | | | | | |
| Rofecoxib 25 mg | 1228 | 1191 | 1127 | 776 | 444 | 285 | 205 | 158 |
| Placebo | 1230 | 1202 | 1132 | 742 | 386 | 198 | 150 | 101 |

Placebo
Rofecoxib 25 mg

M007C22094

Restricted
Confidential
Limited access
Updated 5/26/2006

Figure D12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.785; Treatment*Time p-Value=0.609
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

101

Updated 5/26/2006   Restricted Confidential Limited access

Table E1

Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=821) Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Placebo (N=900) Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Comparison Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|
| Total number of patients with events | 15/802 | 1.87 (1.05, 3.08) | 9/885 | 1.02 (0.47, 1.93) | 0.85 (-0.30, 2.01) | 1.85 (0.81, 4.22) | 0.1461 |
| Cardiac Events | 11/803 | 1.37 (0.68, 2.45) | 9/885 | 1.02 (0.47, 1.93) | 0.35 (-0.70, 1.40) | 1.35 (0.56, 3.36) | 0.5021 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| Peripheral Vascular Events | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, $\infty$) | 0.9498 |
| Fatal/Non-Fatal Pulmonary embolism | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, $\infty$) | 0.9498 |
| Cerebrovascular Events | 3/804 | 0.37 (0.08, 1.09) | 0/889 | 0.00 (0.00, 0.42) | 0.37 (-0.05, 0.80) | - (0.46, $\infty$) | 0.2142 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.43) | 0.25 (-0.10, 0.59) | - (0.21, $\infty$) | 0.4512 |

[†] Patient-years at risk.

[‡] Patients with events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M007C22096

Restricted
Confidential
Limited Access
Updated 5/26/2006

Table F2
Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment (for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Total number of patients with events | 18/1203 | 1.50 (0.89, 2.37) | 12/1334 | 0.90 (0.46, 1.57) | 0.60 (-0.26, 1.46) | 1.66 (0.80, 3.45) | 0.1722 |
| Cardiac Events | 14/1204 | 1.16 (0.64, 1.95) | 12/1334 | 0.90 (0.46, 1.57) | 0.26 (-0.53, 1.06) | 1.29 (0.60, 2.80) | 0.5129 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| Peripheral Vascular Events | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| Cerebrovascular Events | 3/1208 | 0.25 (0.05, 0.73) | 0/1342 | 0.00 (0.00, 0.27) | 0.25 (-0.03, 0.53) | - (0.46, ∞) | 0.2126 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |

[1] Patient-years at risk.
[2] Patients with events per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK-C22097