Restricted
Confidential
Limited access

Updated 5/26/2006



Table E3
Analysis of Confirmed TC VSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Total number of patients with events | 19/1270 | 1.50 (0.90, 2.34) | 15/1403 | 1.07 (0.60, 1.76) | 0.43 (-0.44, 1.29) | 1.40 (0.71, 2.76) | 0.3256 |
| Cardiac Events | 15/1271 | 1.18 (0.66, 1.95) | 12/1403 | 0.86 (0.44, 1.49) | 0.32 (-0.44, 1.09) | 1.38 (0.65, 2.95) | 0.4065 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| Peripheral Vascular Events | 1/1276 | 0.08 (0.00, 0.44) | 1/1412 | 0.07 (0.00, 0.39) | 0.01 (-0.20, 0.21) | 1.11 (0.01, 86.92) | >0.9999 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1276 | 0.08 (0.00, 0.44) | 0/1412 | 0.00 (0.00, 0.26) | 0.08 (-0.08, 0.23) | - (0.03, ∞) | 0.9491 |
| Cerebrovascular Events | 3/1276 | 0.24 (0.05, 0.69) | 2/1412 | 0.14 (0.02, 0.51) | 0.09 (-0.24, 0.42) | 1.66 (0.19, 19.88) | 0.9052 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |

[1] Patient-years at risk.
[2] Patients with events per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M007C22098

Restricted
Confidential
Limited access
Updated 5/26/2006 

Table E4

Summary of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and Censored at Week 210

| Time Interval | Rofecoxib 25 mg   (N=821) | | Placebo   (N=900) | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |

| Time Interval | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/387 | 2.07 (0.89, 4.08) | 896 | 6/429 | 1.40 (0.51, 3.04) | 1.48 (0.51, 4.27) |
| 12 - 18 Months | 246 | 0/7 | 0.00 (0.00, 54.27) | 294 | 0/6 | 0.00 (0.00, 58.21) | - |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E5

Summary of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 753 | 2/269 | 0.74 (0.09, 2.68) | 837 | 2/300 | 0.67 (0.08, 2.41) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 402 | 1/142 | 0.70 (0.02, 3.91) | 1.14 (0.01, 89.46) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-02022069

Restricted
Confidential
Redline shows

Updated 5/26/2006



Table E6
Summary of Confirmed TCVSAE Endpoint During Follow-up (≥ 14 days from last dose of base study therapy)  by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg   (N=R21) | | | Placebo   (N=900) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 754 | 2/296 | 0.68 (0.08, 2.44) | 838 | 2/327 | 0.61 (0.07, 2.21) | 1.11 (0.08, 15.26) |
| > 18 Months | 430 | 2/166 | 1.21 (0.15, 4.36) | 472 | 4/184 | 2.17 (0.59, 5.56) | 0.56 (0.05, 3.88) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22100

Restricted
Confidential
limited access
Updated 5/26/2006

Table E7

Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 12/803 | 1.49 (0.77, 2.61) | 6/886 | 0.68 (0.25, 1.47) | 0.82 (-0.19, 1.82) | 2.22 (0.83, 5.91) | 0.1113 |
| Cardiac Events | 10/803 | 1.25 (0.60, 2.29) | 5/886 | 0.56 (0.18, 1.32) | 0.68 (-0.24, 1.60) | 2.22 (0.76, 6.49) | 0.1461 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| Cerebrovascular Events | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| Hemorrhagic Events | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |

[†] Patient-years at risk.

[‡] Patients with events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

107

M007C22101

Restricted
Confidential
limited access
Updated 5/26/2006



Table 53

Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[*] | PY-Rate[§](95% CI) | Events/Patient -Years[*] | PY-Rate[§](95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Total number of patients with events | 15/1204 | 1.25 (0.70, 2.05) | 9/1337 | 0.67 (0.31, 1.28) | 0.57 (-0.20, 1.34) | 1.85 (0.81, 4.23) | 0.1437 |
| Cardiac Events | 13/1205 | 1.08 (0.57, 1.85) | 8/1338 | 0.60 (0.26, 1.18) | 0.48 (-0.24, 1.20) | 1.81 (0.75, 4.36) | 0.1873 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| Cerebrovascular Events | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| Hemorrhagic Events | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |

[*] Patient-years at risk.

[§] Patients with events per 100 Patient-Years.

[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M007C22102

Restricted
Confidential
limited access
Updated 5/26/2006

Table E9

Analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=321) | | Placebo (N=900) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Total number of patients with events | 16/1271 | 1.26 (0.72, 2.04) | 11/1406 | 0.78 (0.39, 1.40) | 0.48 (-0.29, 1.25) | 1.62 (0.75, 3.48) | 0.2209 |
| Cardiac Events | 14/1272 | 1.10 (0.60, 1.85) | 8/1407 | 0.57 (0.25, 1.12) | 0.53 (-0.17, 1.23) | 1.94 (0.81, 4.62) | 0.1360 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| Cerebrovascular Events | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |
| Hemorrhagic Events | 0/1276 | 0.00 (0.00, 0.29) | 1/1411 | 0.07 (0.00, 0.39) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 43.12) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1276 | 0.00 (0.00, 0.29) | 1/1411 | 0.07 (0.00, 0.39) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 43.12) | >0.9999 |

[1] Patient-years at risk.

[2] Patients with events per 100 Patient-Years.

[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

109

M007C22103



Restricted
Confidential
limited access

Updated 5/26/2006

Table E10

Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[†](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/387 | 1.29 (0.42, 3.01) | 897 | 4/430 | 0.93 (0.25, 2.38) | 1.39 (0.30, 7.00) |
| 12 - 18 Months | 247 | 0/7 | 0.00 (0.00, 54.17) | 297 | 0/6 | 0.00 (0.00, 57.22) | - |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[¶] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E11

Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[¶] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[†](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 756 | 2/270 | 0.74 (0.09, 2.67) | 839 | 2/301 | 0.67 (0.08, 2.40) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 404 | 1/143 | 0.70 (0.02, 3.90) | 1.14 (0.01, 89.87) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[¶] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

110

Restricted
Confidential
limited access
Updated 5/26/2006

Table E12
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk‡ (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 7/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 757 | 2/296 | 0.67 (0.08, 2.44) | 840 | 2/328 | 0.61 (0.07, 2.20) | 1.11 (0.08, 15.26) |
| > 18 Months | 431 | 2/166 | 1.21 (0.15, 4.36) | 474 | 3/185 | 1.62 (0.33, 4.74) | 0.74 (0.06, 6.50) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

111

M007C22105

Restricted — Confidential — limited access
Updated 5/26/2006



Table E13
Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
Patients on treatment for 150 weeks or more and censored at Week 210

| Endpoints | Rofecoxib 25 mg | (N=843) | Placebo | (N=929) | | Comparison | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years | PY-Rate[1] (95% CI) | Events/Patient -Years | PY-Rate[1] (95% CI) | Difference (95% CI) | Relative Risk[2] (95% CI) | p-Value |
| Death | 5/818 | 0.61 (0.20, 1.43) | 4/908 | 0.44 (0.12, 1.13) | 0.17 (-0.52, 0.86) | 1.39 (0.30, 6.59) | 0.873 |

[1] Patient-years at risk.
[2] Patients with death Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E14
Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg | (N=843) | Placebo | (N=929) | | Comparison | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years | PY-Rate[1] (95% CI) | Events/Patient -Years | PY-Rate[1] (95% CI) | Difference (95% CI) | Relative Risk[2] (95% CI) | p-Value |
| Death | 10/1226 | 0.82 (0.39, 1.50) | 7/1366 | 0.51 (0.21, 1.06) | 0.30 (-0.33, 0.94) | 1.59 (0.61, 4.19) | 0.345 |

[1] Patient-years at risk.
[2] Patients with death Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E15
Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
Patients on treatment for 150 weeks or more and censored at last day at risk

| Endpoints | Rofecoxib 25 mg | (N=843) | Placebo | (N=929) | | Comparison | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years | PY-Rate[1] (95% CI) | Events/Patient -Years | PY-Rate[1] (95% CI) | Difference (95% CI) | Relative Risk[2] (95% CI) | p-Value |
| Death | 10/1295 | 0.77 (0.37, 1.42) | 7/1437 | 0.49 (0.20, 1.00) | 0.29 (-0.31, 0.88) | 1.58 (0.60, 4.15) | 0.355 |

[1] Patient-years at risk.
[2] Patients with death Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

112

Restricted
Confidential
Limited access

Updated 5/26/2006

Table E16
Summary of Death During Follow-up (> 14 days from last dose of base study therapy)  by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg   (N=843) | | Placebo   (N=929) | | |
|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[§] (95% CI) |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/396 | 0.76 (0.16, 2.22) | 917 | 1/441 | 0.23 (0.01, 1.26) | 3.34 (0.27, 175.50) |
| 12 - 18 Months | 251 | 0/7 | 0.00 (0.00, 53.31) | 304 | 0/7 | 0.00 (0.00, 54.86) | - |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E17
Summary of Death During Follow-up (> 14 days from last dose of base study therapy)  by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg   (N=843) | | Placebo   (N=929) | | |
|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[§] (95% CI) |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 773 | 4/275 | 1.46 (0.40, 3.73) | 854 | 1/305 | 0.33 (0.01, 1.83) | 4.44 (0.44, 218.65) |
| > 18 Months | 361 | 1/126 | 0.79 (0.02, 4.41) | 412 | 2/146 | 1.37 (0.17, 4.95) | 0.58 (0.01, 11.10) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

113

Restricted
Confidential
Merck Access
Updated 5/26/2006

Table E18

Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk[4] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 939 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 774 | 4/302 | 1.32 (0.36, 3.39) | 855 | 1/333 | 0.30 (0.01, 1.67) | 4.41 (0.44, 216.97) |
| > 18 Months | 438 | 1/168 | 0.60 (0.02, 3.32) | 482 | 2/189 | 1.06 (0.13, 3.82) | 0.56 (0.01, 10.81) |

[1] Patient-years at risk.

[2] Patients with events Per 100 Patient-Years.

[4] Relative risk to Placebo using Cox model, where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

114

Updated 5/26/2006   Restricted Confidential redacted access



Table F1

Subgroup analysis of Confirmed TCV/SAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[3] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[1] | PY-Rate[2](95% CI) | N | Events/Patient-Years[1] | PY-Rate[2](95% CI) | | |
| 1 - 183 Days | 99 | 6/359 | 1.67 (0.61, 3.64) | 53 | 3/197 | 1.53 (0.51, 4.46) | 1.10 (0.23, 6.77) | 1.000 |
| 184 - 1049 Days | 161 | 7/374 | 1.87 (0.75, 3.86) | 144 | 4/320 | 1.25 (0.34, 3.20) | 1.54 (0.45, 5.25) | 0.493 |
| >= 1050 Days | 821 | 15/802 | 1.87 (1.05, 3.08) | 900 | 9/885 | 1.02 (0.47, 1.93) | 1.85 (0.81, 4.22) | 0.146 |

[1] Patient-years at risk.
[2] Patients with events Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F2

Subgroup analysis of Confirmed TCV/SAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[3] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[1] | PY-Rate[2](95% CI) | N | Events/Patient-Years[1] | PY-Rate[2](95% CI) | | |
| 1 - 183 Days | 99 | 7/414 | 1.69 (0.68, 3.49) | 53 | 3/228 | 1.32 (0.27, 3.84) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/456 | 1.75 (0.76, 3.46) | 144 | 5/388 | 1.29 (0.42, 3.01) | 1.38 (0.45, 4.23) | 0.570 |
| >= 1050 Days | 821 | 18/1203 | 1.50 (0.89, 2.37) | 900 | 12/1334 | 0.90 (0.46, 1.57) | 1.66 (0.80, 3.45) | 0.172 |

[1] Patient-years at risk.
[2] Patients with events Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

115

Updated 5/26/2006   Restricted Confidential Limited access



Table F3

Subgroup analysis of Confirmed TCV/SAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 1 - 183 Days | 99 | 7/423 | 1.65 (0.67, 3.41) | 53 | 3/233 | 1.29 (0.27, 3.76) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/470 | 1.70 (0.74, 3.36) | 144 | 6/400 | 1.50 (0.55, 3.26) | 1.15 (0.40, 3.32) | 0.795 |
| >= 1050 Days | 821 | 19/1270 | 1.50 (0.90, 2.34) | 900 | 15/1403 | 1.07 (0.60, 1.76) | 1.40 (0.71, 2.76) | 0.326 |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007022110

Restricted Confidential Limited access
Updated 5/26/2006



Table F4
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate*(95% CI) | N | Events/Patient-Years† | PY-Rate*(95% CI) | | |
| 1 - 183 Days | 98 | 4/359 | 1.11 (0.30, 2.85) | 53 | 3/197 | 1.53 (0.31, 4.46) | 0.73 (0.12, 4.99) | 0.954 |
| 184 - 1049 Days | 161 | 5/376 | 1.33 (0.43, 3.10) | 144 | 3/323 | 0.93 (0.19, 2.71) | 1.43 (0.28, 9.22) | 0.898 |
| >= 1050 Days | 821 | 12/803 | 1.49 (0.77, 2.61) | 900 | 6/886 | 0.68 (0.25, 1.47) | 2.22 (0.83, 5.91) | 0.111 |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F5
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate*(95% CI) | N | Events/Patient-Years† | PY-Rate*(95% CI) | | |
| 1 - 183 Days | 98 | 5/414 | 1.21 (0.39, 2.82) | 53 | 3/228 | 1.32 (0.27, 3.84) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/459 | 1.31 (0.48, 2.84) | 144 | 4/392 | 1.02 (0.28, 2.62) | 1.28 (0.30, 6.16) | 0.956 |
| >= 1050 Days | 821 | 15/1204 | 1.25 (0.70, 2.05) | 900 | 9/1337 | 0.67 (0.31, 1.28) | 1.85 (0.81, 4.23) | 0.144 |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-C22111

Restricted Confidential Limited access
Updated 5/26/2006

Table F6

Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate‡(95% CI) | N | Events/Patient-Years† | PY-Rate‡(95% CI) | | |
| 1 - 183 Days | 98 | 5/424 | 1.18 (0.38, 2.75) | 53 | 3/233 | 1.29 (0.27, 3.76) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/473 | 1.27 (0.47, 2.76) | 144 | 5/404 | 1.24 (0.40, 2.89) | 1.03 (0.31, 3.37) | 0.964 |
| >= 1050 Days | 821 | 16/1271 | 1.26 (0.72, 2.04) | 900 | 11/1406 | 0.78 (0.39, 1.40) | 1.62 (0.75, 3.48) | 0.221 |

† Patient-years at risk.

‡ Patients with events Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

118

Restricted
Confidential
Limited access
Updated 5/26/2006

Table F7

Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 1 - 183 Days | 152 | 8/505 | 1.59 (0.68, 3.12) | 94 | 5/320 | 1.56 (0.51, 3.65) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 11/495 | 2.22 (1.11, 3.97) | 207 | 10/421 | 2.37 (1.14, 4.37) | 0.96 (0.41, 2.26) | 0.921 |
| >= 1050 Days | 843 | 5/818 | 0.61 (0.20, 1.43) | 929 | 4/908 | 0.44 (0.12, 1.13) | 1.39 (0.30, 6.99) | 0.873 |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F8

Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 1 - 183 Days | 152 | 8/563 | 1.42 (0.61, 2.80) | 94 | 5/352 | 1.42 (0.46, 3.31) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/584 | 2.06 (1.06, 3.59) | 207 | 10/493 | 2.03 (0.97, 3.73) | 1.05 (0.45, 2.43) | 0.912 |
| >= 1050 Days | 843 | 10/1226 | 0.82 (0.39, 1.50) | 929 | 7/1366 | 0.51 (0.21, 1.06) | 1.59 (0.61, 4.19) | 0.345 |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

119

Restricted
Confidential — Limited access
Updated 5/26/2006

Table F9
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg   (N=1228) | | | Placebo   (N=1230) | | | |
| | N | Events/Patient-Years[1] | PY-Rate*(95% CI) | Events/Patient-Years[1] | N | PY-Rate*(95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| 1 - 183 Days | 152 | 8/574 | 1.39 (0.60, 2.75) | 5/358 | 94 | 1.40 (0.45, 3.26) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/598 | 2.01 (1.04, 3.51) | 11/506 | 207 | 2.18 (1.09, 3.89) | 0.95 (0.42, 2.15) | 0.900 |
| >= 1050 Days | 843 | 10/1295 | 0.77 (0.37, 1.42) | 7/1437 | 929 | 0.49 (0.20, 1.00) | 1.58 (0.60, 4.15) | 0.355 |

[1] Patient-years at risk.
[2] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 1); otherwise, relative risk is a ratio of rates.

120

M007C22114

Restricted Confidential
Updated 5/26/2006



Table F10
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 0 - 18 Months | 174 | 8/581 | 1.38 (0.59, 2.71) | 118 | 5/382 | 1.31 (0.42, 3.05) | 1.04 (0.34, 3.19) | 0.941 |
| > 18 Months | 907 | 20/953 | 2.10 (1.28, 3.24) | 979 | 11/1019 | 1.08 (0.54, 1.93) | 1.93 (0.92, 4.03) | 0.080 |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F11
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 0 - 18 Months | 174 | 9/674 | 1.33 (0.61, 2.53) | 118 | 5/447 | 1.12 (0.36, 2.61) | 1.18 (0.40, 3.53) | 0.763 |
| > 18 Months | 907 | 24/1398 | 1.72 (1.10, 2.55) | 979 | 15/1503 | 1.00 (0.56, 1.65) | 1.70 (0.89, 3.34) | 0.107 |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

121

Restricted
Confidential
Updated 5/26/2006 Limited access

Table F12

Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg   (N=1081) | | | Placebo   (N=1097) | | | | |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| 0 - 18 Months | 174 | 9/690 | 1.30 (0.60, 2.48) | 118 | 5/459 | 1.09 (0.35, 2.54) | 1.20 (0.40, 3.59) | 0.742 |
| > 18 Months | 907 | 25/1472 | 1.70 (1.10, 2.51) | 979 | 19/1578 | 1.20 (0.73, 1.88) | 1.39 (0.77, 2.53) | 0.279 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006   Restricted Confidential limited access



Table F13

Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 173 | 6/581 | 1.03 (0.38, 2.25) | 118 | 4/385 | 1.04 (0.28, 2.66) | 0.99 (0.24, 4.79) | 1.000 |
| > 18 Months | 907 | 15/957 | 1.57 (0.88, 2.59) | 979 | 8/1021 | 0.78 (0.34, 1.54) | 1.99 (0.84, 4.69) | 0.117 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F14

Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 173 | 7/675 | 1.04 (0.42, 2.14) | 118 | 4/451 | 0.89 (0.24, 2.27) | 1.15 (0.34, 3.95) | 0.819 |
| > 18 Months | 907 | 19/1403 | 1.35 (0.82, 2.11) | 979 | 12/1506 | 0.80 (0.41, 1.39) | 1.67 (0.81, 3.44) | 0.165 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22117

Restricted
Confidential
Merck access
Updated 5/26/2006



Table F15

Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored on last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 0 - 18 Months | 173 | 7/690 | 1.01 (0.41, 2.09) | 118 | 4/462 | 0.87 (0.24, 2.22) | 1.14 (0.33, 3.92) | 0.830 |
| > 18 Months | 907 | 20/1477 | 1.35 (0.83, 2.09) | 979 | 15/1581 | 0.95 (0.53, 1.56) | 1.40 (0.71, 2.73) | 0.339 |

* Patients at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

124

Restricted Confidential limited access
Updated 5/26/2006

Table F16
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | N | Rofecoxib 25 mg (N=1228) Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Placebo (N=1230) Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| 0 - 18 Months | 270 | 16/817 | 1.96 (1.12, 3.18) | 192 | 8/577 | 1.39 (0.60, 2.73) | 1.42 (0.61, 3.33) | 0.416 |
| > 18 Months | 958 | 8/1001 | 0.80 (0.35, 1.57) | 1038 | 11/1071 | 1.03 (0.51, 1.84) | 0.77 (0.31, 1.92) | 0.575 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F17
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | N | Rofecoxib 25 mg (N=1228) Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Placebo (N=1230) Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| 0 - 18 Months | 270 | 16/917 | 1.75 (1.00, 2.83) | 192 | 8/646 | 1.24 (0.53, 2.44) | 1.44 (0.62, 3.36) | 0.401 |
| > 18 Months | 958 | 14/1456 | 0.96 (0.53, 1.61) | 1038 | 14/1566 | 0.89 (0.49, 1.50) | 1.08 (0.51, 2.27) | 0.839 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

125

Restricted
Confidential   limited access
Updated 5/26/2006



Table F1B
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk.

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 270 | 16/934 | 1.71 (0.98, 2.78) | 192 | 8/658 | 1.22 (0.52, 2.40) | 1.44 (0.62, 3.37) | 0.399 |
| > 18 Months | 958 | 14/1533 | 0.91 (0.50, 1.53) | 1038 | 15/1642 | 0.91 (0.51, 1.51) | 1.00 (0.48, 2.07) | 0.996 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1:1; otherwise, relative risk is a ratio of rates.

M007C222120

Restricted
Confidential
Limited access
Updated 5/26/2006



Table G1
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| Total number of patients with events | 24 (2.28) | 1.60 (1.03, 2.38) | 15 (1.39) | 1.09 (0.61, 1.81) |
| Cardiac Events | 13 (1.22) | 0.85 (0.45, 1.46) | 16 (1.47) | 1.15 (0.66, 1.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.13) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Unstable angina pectoris | 1 (0.09) | 0.06 (0.00, 0.36) | 5 (0.46) | 0.36 (0.12, 0.84) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cardiac Thrombus | 1 (0.09) | 0.06 (0.00, 0.36) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral Vascular Events | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Cerebrovascular Events | 8 (0.75) | 0.52 (0.23, 1.03) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Transient ischemic attack | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/N×100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.



Restricted
Confidential
Medivir access

Updated 5/26/2006



Table C2
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 24/1500 | 1.60 (1.03, 2.38) | 15/1370 | 1.09 (0.61, 1.81) | 0.51 (-0.34, 1.35) | 1.50 (0.79, 2.87) | 0.2177 |
| Cardiac Events | 13/1526 | 0.85 (0.45, 1.46) | 16/1390 | 1.15 (0.66, 1.87) | -0.30 (-1.03, 0.43) | 0.77 (0.37, 1.60) | 0.4812 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| Peripheral Vascular Events | 3/1541 | 0.19 (0.04, 0.57) | 0/1389 | 0.00 (0.00, 0.27) | 0.19 (-0.03, 0.42) | -- (0.37, $\infty$) | 0.2908 |
| Fatal/Non-Fatal Pulmonary embolism | 3/1544 | 0.19 (0.04, 0.57) | 0/1396 | 0.00 (0.00, 0.26) | 0.19 (-0.03, 0.41) | -- (0.37, $\infty$) | 0.2898 |
| Cerebrovascular Events | 8/1526 | 0.52 (0.23, 1.03) | 0/1392 | 0.00 (0.00, 0.27) | 0.52 (0.16, 0.89) | -- (1.56, $\infty$) | 0.0112 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, $\infty$) | 0.0412 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table G3
Summary of Confirmed TCVSAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1053) | | | Placebo (N=1079) | | | Relative Risk[§] (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1053 | 10/523 | 1.91 (0.92, 3.51) | 1079 | 4/538 | 0.74 (0.20, 1.90) | 2.57 (0.81, 8.20) |
| 6 - 12 Months | 1037 | 10/501 | 2.00 (0.96, 3.67) | 1074 | 7/518 | 1.35 (0.54, 2.79) | 1.48 (0.56, 3.88) |
| 12 - 18 Months | 482 | 1/113 | 0.82 (0.02, 4.55) | 477 | 0/92 | 0.00 (0.00, 4.00) | -- (0.02, $\infty$) |
| > 18 Months | 221 | 3/352 | 0.85 (0.18, 2.49) | 157 | 4/222 | 1.81 (0.49, 4.62) | 0.47 (0.07, 2.79) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Restricted
Confidential   Limited access
Updated 5/26/2006



Figure G1
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

129

Restricted
Confidential
limited access
Updated 5/26/2006

Figure G2
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate





Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment**LOG(Time) p-Value=0.373; Treatment*Time p-Value=0.181
Confirmed TCVSA: Endpoint
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

M007C22124



Restricted — Confidential — limited access

Updated 5/26/2006

Table G4
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | |
| --- | --- | --- | --- | --- |
| | n(%)† | PY-Rate*(95% CI) | n(%)† | PY-Rate*(95% CI) |
| Total number of patients with events | 19 (1.79) | 1.26 (0.76, 1.96) | 12 (1.10) | 0.86 (0.45, 1.51) |
| Cardiac Events | 13 (1.22) | 0.85 (0.45, 1.45) | 11 (1.01) | 0.79 (0.39, 1.41) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.12) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cerebrovascular Events | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incidence(n/Nx100)
*: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

M007C22125

Restricted
Confidential
limited access
Updated 5/26/2006

Table C5
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years† | PY-Rate‡(95% CI) | Events/Patient-Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Total number of patients with events | 19/1512 | 1.26 (0.76, 1.96) | 12/1388 | 0.86 (0.45, 1.51) | 0.39 (-0.36, 1.14) | 1.50 (0.73, 3.10) | 0.2723 |
| Cardiac Events | 13/1530 | 0.85 (0.45, 1.45) | 11/1396 | 0.79 (0.39, 1.41) | 0.06 (-0.59, 0.72) | 1.10 (0.49, 2.47) | 0.8128 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| Cerebrovascular Events | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |
| Hemorrhagic Events | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |

† Patient-years at risk.

‡ Patients with events per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table C6
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1061) | | | Placebo (N=1086) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1061 | 10/528 | 1.89 (0.91, 3.48) | 1086 | 3/542 | 0.55 (0.11, 1.62) | 3.43 (0.94, 12.46) |
| 6 - 12 Months | 1045 | 7/506 | 1.38 (0.56, 2.85) | 1082 | 5/522 | 0.96 (0.31, 2.23) | 1.45 (0.46, 4.56) |
| 12 - 18 Months | 488 | 0/124 | 0.00 (0.00, 2.96) | 485 | 0/95 | 0.00 (0.00, 3.88) | - |
| > 18 Months | 235 | 2/354 | 0.56 (0.07, 2.04) | 163 | 4/228 | 1.75 (0.48, 4.48) | 0.32 (0.03, 2.25) |

† Patient-years at risk.

‡ Patients with events Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

132

Restricted
Confidential
Limited access
Updated 5/26/2006

133

Figure G3
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot



Kaplan-Meier Plot

Rofecoxib 25 mg

Placebo

Restricted
Confidential
Limited access
Updated 5/26/2006

134

Figure G4
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate



Test of Proportionality: Treatment*LOG(Time)p-Value=0.245; Treatment*Time p-Value=0.059
Confirmed APTC Endpoint
During Follow-up (>14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

Restricted
Confidential
limited access
Updated 5/26/2006



Table G7
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC in Base Study and Censored at Week 210

| | Rofecoxib 25 mg (N=1187) | | Placebo (N=1206) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| Endpoints | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 19/1760 | 1.08 (0.65, 1.69) | 17/1608 | 1.06 (0.62, 1.69) | 0.02 (-0.68, 0.72) | 1.04 (0.54, 2.01) | 0.899 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table G8
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC and Censored at Week 210

| | Rofecoxib 25 mg (N=1187) | | | Placebo (N=1206) | | | |
|---|---|---|---|---|---|---|---|
| Time Interval | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[§] (95% CI) |
| 0 - 6 Months | 1187 | 8/582 | 1.37 (0.59, 2.71) | 1206 | 9/595 | 1.51 (0.69, 2.87) | 0.91 (0.35, 2.35) |
| 6 - 12 Months | 1154 | 7/557 | 1.26 (0.50, 2.59) | 1181 | 3/571 | 0.53 (0.11, 1.54) | 2.39 (0.55, 14.33) |
| 12 - 18 Months | 580 | 1/166 | 0.60 (0.02, 3.36) | 566 | 1/129 | 0.78 (0.02, 4.32) | 0.78 (0.01, 61.06) |
| > 18 Months | 303 | 3/454 | 0.66 (0.14, 1.93) | 227 | 4/313 | 1.28 (0.35, 3.27) | 0.52 (0.08, 3.05) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

135

Restricted
Confidential
Updated 5/26/2006 limited access

136

Figure G5
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot





Updated 5/26/2006

Restricted
Confidential
limited access

Figure G6
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.446; Treatment*Time p-Value=0.321
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed ICVSAE or APTC and Censored at Week 210

137