APTC endpoint. This is in contrast to R.9 where only those CV/T events observed from randomization to 14 days after off-treatment, i.e., during on-drug period. In addition, this report presents subgroup analyses of those patients who have been followed beyond 14 days from last dose and those patients who were on treatment for at least 150 weeks and potentially at a greater risk of CV/T events. It also reports on the subgroup analyses of patients who were on treatment for various period of time by 0-183 days, 184-1,049 days, 1,050 days or longer and by 18 months or less and more than 18 months.

The reported CV/T events based on four different "cut-off" date for CV/T events are summarized below:

| Follow-up | | Rofecoxib 25 mg (n=1,287) | | Placebo (n=1,300) | | Relative risk (95% CI) |
|---|---|---|---|---|---|---|
| | | Events/PYR | Event rate‡ | Events/PYR | Event rate‡ | |
| On-drug | Table 2 in R.9 | 46/3,059 | 1.50 | 26/3,327† | 0.78 | 1.92 (1.19-3.11) |
| Week 210 | Table B.2 | 71/4,557 | 1.56 | 42/4,697 | 0.89 | 1.74 (1.19-2.55) |
| 31-Oct-2005 | Table C.2 | 76/5,081 | 1.50 | 46/5,236 | 0.88 | 1.70 (1.18-2.46) |
| Last day at risk | Table D.2 | 77/5,168 | 1.49 | 50/5,321 | 0.94 | 1.59 (1.11-2.26) |

† One case on placebo was mistakenly considered to have received rofecoxib 50 mg and thus not included.
‡ per 100 PYR (person-years at risk)

These four different analyses are all intent-to-treat analyses, but with different time frames for inclusion of CV/T events. Obviously with longer follow-up, the number of events has increased, thus increasing the power of the study. However, as noted earlier in Section 2, the relative risk has become smaller with the longer follow-up, although the precision of the estimated relative risk has improved, i.e., the confidence interval for the relative risk has become tighter.

In summary, this update based on the one-year extension off-treatment increased the number of adjudicated CV/T events. However, the longer the follow-up, the smaller the relative risk of these events among those who ever received rofecoxib 25 mg in the study

MRK0063600001

as compared to those on placebo in the study became albeit with the tighter confidence interval for the relative risk. It is what was expected under the assumption that any increased risk of CV/T events on rofecoxib is reduced or eliminated when off-treatment, and the conclusion from **R.9** has not changed with the extension study qualitatively.

*Observational Studies*

Ray et al. **(O.1)** report on a cohort study to assess the effect of non-aspirin nonsteroidal anti-inflammatory drugs (NANSAIDs) including naproxen on risk of serious coronary heart disease (CHD). Data from the Tennessee Medicaid program were obtained between 1 January 1987 and 31 December 1998 to identify a cohort of new NSAID users (181,441) and a cohort of non-users matched for age, sex and date NANSAID use began. Subjects in the study were 50-84 years of age, were not resident in a nursing hoe, and did not have life-threatening illness. The primary endpoint of the study was hospital admission for acute myocardial infarction or deaths from coronary heart disease. During 532,634 person-years of follow-up, 6,362 cases with serious coronary heart disease occurred. An adjusted relative risk for current and former use of NANSAIDs was 1.05 (0.97-1.14) and 1.02 (0.97-1.08), respectively, while that for naproxen, ibuprofen and other NANSAIDs was 0.95 (0.82-1.09), 1.15 (1.02-1.28), and 1.03 (0.92-1.16), respectively.

Ray et al. **(O.2)** is based on essentially the same cohort of subjects as in Ray et al. **(O.1)**, but investigate the risk of serious coronary heart disease associated with rofecoxib use. There were 20,245 subjects who took rofecoxib 25 mg daily or less and 3,887 subjects who took rofecoxib greater than 25 mg daily. An adjusted relative risk for former use, current use of ibuprofen, naproxen, celecoxib, rofecoxib 25 mg, rofecoxib $\leq$ 25 mg, and rofecoxib > 25mg was 0.97 (0.90-1.03), 0.91 (0.78-1.06), 0.93 (0.82-1.06), 0.96 (0.76-1.21), 1.03 (0.78-1.35), 1.70 (0.98-2.95),

MRK00E3J5002

Mamdani et al. (O.3) report on a retrospective cohort study to investigate the effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Using administrative health care data from Ontario, Canada, from 1 April 1998 to 31 March 2001, the authors identified 15,271 NSAID-naïve cohorts aged 66 years and older in whom treatment was initiated with celecoxib (15,271), rofecoxib (12,156), naproxen (5,669), and nonnaproxen nonselective NSAIDs (33,868), along with randomly selected control cohort not exposed to NSAIDs (100,000). The primary endpoint of the study was hospitalization due to acute myocardial infarction (AMI) only. In the Cox proportional hazards regression models, only the hospitalization due to acute myocardial infarction was considered an "event", and all others including death was considered "censoring." After an average follow-up ranging from 3.3 months (naproxen) to 6.1 months (control), an adjusted relative risk was 0.9 (0.7-1.2), 1.0 (0.8-1.4), 1.0 (0.6-1.7), and 1.2 (0.9-1.4) for celecoxib, rofecoxib, naproxen, and non-naproxen NSAIDs, respectively, relative to control.

Solomon et al. (O.4) report on a case-control study of [54,593] subjects 65 years of age or older to investigate the relative risk of AMI among users of celecoxib, rofecoxib, and NSAIDs. The 10,895 cases of AMI and the 43,698 controls (matched to the cases on the basis of age, gender, and the month of index date) were Medicare beneficiaries who received prescription medications through the Pennsylvania Pharmaceutical Assistance Contract for the Elderly or the New Jersey Pharmaceutical Assistance Program for the Aged and Disabled during 1998-2000. An adjusted odds ratio of AMI for rofecoxib was 1.14 (1.00-1.31) relative to no current NSAID use and 1.17 (0.90-1.52) relative to naproxen. I note that this study found no cardioprotective effect for statin use.

Shaya et al. (O.5) report on a cohort study conducted to examine the cardiovascular risk of COX-2 inhibitors compared with nonspecific NSAIDs in Maryland Medicaid enrollees, a high-risk population. The analysis was based on medical and prescription claims from non-institutionalized Medicaid enrollees who received at least 60-day supply of a COX-2 inhibitor (1,005 subjects) or other prescription NSAID (5,245 subjects)

MRM00363003

between June 2000 and June 2002 and who did not use these drugs for at least 6 months prior, excluding naproxen users. The primary endpoint of the study was the APTC endpoints. An adjusted odds ratio of APTC endpoints was 1.09 (0.90-1.33) for COX-2 inhibitor use and 0.99 (0.76-1.30) for rofecoxib use, relative to NSAID use.

Kimmel et al. (O.6) report on a case-control study conducted to determine the effect of COX-2 inhibitors on risk for nonfatal MI. The 1,718 cases with a first, nonfatal MI leading to hospitalization were identified from 36 hospitals in a 5-county area, and the 6,800 controls were randomly selected from the same counties. Self-reported medication use was assessed through telephone interviews. An adjusted odds ratio for nonfatal MI was 1.16 (0.70-1.93) for rofecoxib use relative to no NSAID use. Nonselective NSAID use was associated with a reduced adjusted odds ratio of 0.61 (0.52-0.71) relative to no NSAID use. Also an adjusted odds ratio for rofecoxib use was 3.39 (1.37-8.4) relative to naproxen, a finding consistent with that in the VIGOR trial.

Graham et al. (O.7) report on a nested case-control study from a cohort of all patients aged 18-84 years from Kaiser Permanente treated with an NSAID between January 1, 1999 and December 31, 2001. Each case of serious coronary heart disease, defined as acute myocardial infarction requiring admission and sudden cardiac death, was risk-set matched with four controls for age, sex and region (north vs south California). During 2,302,029 person-years of follow-up from a cohort of 1,394,764 Kaiser Permanente enrollees, 8,143 cases and 31,496 controls were identified. An adjusted odds ratio for serious coronary heart disease for rofecoxib (all doses) was 1.34 (0.98-1.82) relative to remote use of NSAIDS: it was 1.23 (0.89-1.71) for rofecoxib 25 mg/day or less and 3.00 (1.09-8.31) for rofecoxib more than 25 mg/day.

Lévesque et al. (O.8) report on a nested case-control study based on a cohort of a random sample of 125,000 individuals 66 years of age and older newly treated with an NSAID between 1 January 1999 and 30 June 2002 from the Régio de l'Assurance-Maladie du Québec. Each case with a first hospitalization with a diagnosis of acute MI, nonfatal or

MD0563600 4

fatal, was matched with 20 controls based on month and year of cohort entry of the date
of first prescription and age (±1 year) assigned the case's index date. During an average
follow-up of 2.4 years from a cohort of 113,927, 2,844 cases and 56,880 controls were
identified. An adjusted odds ratio of acute MI was 1.24 (1.05-1.46) for the current use of
rofecoxib (all doses) relative to no use of NSAIDs: it was 1.21 (1.02-1.43) for rofecoxib
25 mg/day or less and 1.73 (1.09-2.76) for rofecoxib more than 25 mg/day. However, an
adjusted odds ratio of AMI was 0.97 (0.85-1.10) for any current or previous use of
rofecoxib relative to no use.

Johnsen at al. (O.9) report on a case-control study of the risk of hospitalization for MI
among users of rofecoxib, celecoxib and other NSAIDs using data from hospital
discharge registries in the counties of North Jutland, Viborg and Aarhus in Denmark and
the Danish Civil Registration System. In all, 10,280 cases of first-time hospitalization for
MI and 102,797 sex- and age-matched controls were identified. Individual's exposure
status was classified as current if a prescription was filled within 30 days, new if a first
prescription was filled within 30 days (a subset of current), recent if a prescription was
filled within 31-90 days, and former if a prescription was filled more than 90 days before
index date. An adjusted odds ratio of risk for MI for rofecoxib users relative to nonusers
of any category of non-aspirin NSAIDs was 1.80 (1.47-2.21) for current users, 2.52
(1.74-3.64) for new users, 1.07 (0.82-1.39) for recent users, and 1.13 (0.83-1.53) for
former users.

Harrison-Woolrych et al. (O.10) report on interim results from a cohort study of the
incidence of thrombotic cardiovascular events in patients taking celecoxib compared with
those taking rofecoxib based on the New Zealand Intensive Medicines Monitoring
Programmes. Cohorts of patients were established from prescription data with at least
one prescription for either rofecoxib or celecoxib between 1 December 2000 and 30
November 2001, and thrombotic cardiovascular events were identified from follow-up
questions to patients' doctors and other sources. In patients with complete follow-up, an
unadjusted relative risk for celecoxib compared with rofecoxib was 1.07 (0.59-1.93),

31/40

MDD6E36005

while an adjusted relative risk was 0.94 (0.51-1.70). The incidence ratio was only 1.21 (0.87-1.68).

Hippisley-Cox et al. (O.11) report on a nested case-control analysis of the risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs based on the UK QRESEARCH database. In all, 9,218 cases with a first ever diagnosis of myocardial infarction and 86,349 controls matched for age, calendar year, sex and practice were identified during 2000-2004 and used in the analysis. An adjusted odds ratio of risk was 1.32 (1.09-1.61) associated with current use of rofecoxib compared with no use within the previous 3 years; 1.55 (1.39-1.72) with diclofenac; 1.24 (1.11-1.39) with ibuprofen; and 1.27 (1.01-1.60) with naproxen.

Velentgas et al. (O.12) report on a retrospective cohort study of the cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications from 424,584 heath plan enrollees aged 40-64 who were identified to have used non-aspirin NSAIDs from the insurance claims and administrative records of UnitedHealthcare. The primary endpoint of the study was acute coronary syndrome (ACS) including MI and sudden cardiac death. A relative risk of ACS compared with ibuprofen or diclofenac use was 1.35 (1.09-1.68) for current use of rofecoxib.

Kasliwal et al. (O.13) report on a retrospective cohort study conducted to compare the incidence of gastrointestinal events and thromboembolic (cardiovascular, cerebrovascular and peripheral venous) events in patients prescribed rofecoxib or celecoxib in primary care based on previously conducted prescription-event monitoring (PEM) studies in England. The analysis was based on exposure data derived from dispensed prescriptions for rofecoxib (15,268 pts) during July and November of 1999 and for celecoxib (17,458 pts) during May and December of 2000. The adjusted rate ratios for rofecoxib relative to celecoxib were 1.04 (0.50-2.17) for CV thromboembolic events; 1.43 (0.86-2.38) for

MRK-AFV0390005

cerebrovascular events; and 0.36 (0.01-1.34) for peripheral venous thromboembolic events.

Chan et al. (O.14) report on a prospective cohort study of 70,971 women aged 44 to 59 years at baseline, free of known cardiovascular disease or cancer, to examine the influence of NSAIDs and acetaminophen on the risk of major cardiovascular events (nonfatal MI, fatal coronary heart disease, and nonfatal and fatal stroke). Based on 2,041 major cardiovascular events confirmed during 12 years of follow-up since 1990, an adjusted relative risk for a cardiovascular event among women who frequently (22 d/mo) used NSAIDs was 1.44 (1.27-1.65) compared to nonusers, while it was 1.35 (1.14-1.59) for women who frequently used acetaminophen relative to nonusers.

Huang et al. (O.15) report on an observational study of the risk of acute MI, angina, stroke and transient ischemic attack (TIA) in long-term users of rofecoxib, celecoxib and meloxicam based on the Taiwanese National Health Insurance database for the period from 2001 to 2003. Based on a cohort of 9,602 pts, the hazard ratio was 0.78 (0.63-0.96) for acute MI, 0.84 (0.63-1.10) for angina, 081 (0.70-0.93) for stroke and 0.79 (0.60-1.03) for TIA in celecoxib users relative to meloxicam users. The hazard ratio was 0.91 (0.76-1.09) for acute MI, 1.01 (0.82-1.24) for angina, 0.93 (0.83-1.05) for stroke and 0.98 (0.80-1.21) for TIA in rofecoxib users relative to meloxicam users.

Andersohn et al. (O.16) report on a nested case-control study in a cohort of 486,378 pts within the UK General Practice Research Database with at least one prescription of an NSAID between 1 June 2000 and 31 October 2004 to assess the risk of acute MI among users of first- and second-generation cyclooxygenase-2 selective NSAIDs. A total of 3,643 cases with acute MI were matched to 13,918 controls on age, sex, year of cohort entry, and general practice. The adjusted odds ratio for AMI was 1.29 (1.02-1.63) among rofecoxib users compared to nonusers and 1.56 (1.22-2.00) among celecoxib users compared to nonusers, while it was 1.15 (0.84-1.58) among naproxen users compared to nonusers.

MRID063E6007

Solomon et al. (O.17) report on a cohort study of Medicare beneficiaries to evaluate the risk of cardiovascular events in new users of a coxib or NSAID after 1 January 1999. The primary composite endpoint was a hospital admission for either MI or ischemic stroke. Based on 74,838 users of coxibs or NSAIDs and 23,532 comparable users of other drugs, the adjusted relative risk was 1.15 (1.06-1.25) for rofecoxib and 0.75 (0.62-0.92) for naproxen relative to nonusers. I note that the MI rate for non-users in this study was 10.8 / 100 PYR, which is higher than the 0.74 / 100 PYR MI rate in the VIGOR study.

Lévesque at al. (O.18) report on a subset analysis of the nested case-control study reported previously (O.8) to assess the temporal nature of the risk of a first MI associated with the use of rofecoxib and celecoxib and the "dose-response" relationship. An adjusted odds ratio of acute MI was 1.24 (1.05-1.46) for current use of rofecoxib and 0.91 (0.79-1.06) for past use of rofecoxib relative to no use. As the number of rofecoxib prescriptions dispensed increased, an adjusted odds ratio of AMI tends to decrease: 1.64 (1.20-2.23) for 1 prescription; 1.24 (0.95-1.61) for 2-4 prescriptions; 1.31 (0.97-1.76) for 5-8 prescriptions; and 0.96 (0.70-1.32) for > 8 prescriptions. Also as the number of days of exposure to rofecoxib (in terms of the quartiles of the distribution of the number of days of exposure) increased, an adjusted odds ratio of AMI steadily decreased: 1.70 (1.26-2.31) for ≤ 5.8 days; 1.32 (0.99-1.76) for 5.9-20.3 days; 1.13 (0.84-1.51) for 20.4-54.2 days; and 1.02 (0.75-1.38) for > 54.2 days.

MDD06E36008

## 4.     Conclusions

I have reviewed the literature on the randomized, controlled trials and the observational studies involving rofecoxib supplemented by FDA memoranda and a Merck update in assessing the CV/T events occurring during rofecoxib use. From my review of the totality of data from the literature, I conclude:

- There is no increased risk of CV/T events with short-term use of rofecoxib; and
- The risk of CV/T events with long-term use of rofecoxib is unclear based on conflicting data: an increased risk in colorectal adenoma patients, but no increased risk in Alzheimer's disease or pre-AD patients.

I offer the following potential explanations for the inconsistency in the long-term data:

- Play of chance; or
- Different patient population between colorectal adenoma and Alzheimer's disease. These two populations may react differently to treatment with NSAIDs.

MM005E36009

## 5.    Compensation and Previous Testimony Experience

I am compensated at a rate of $400 per hour. I have not given expert witness testimony in the last four years.

*[signature]*

KyungMann Kim, Ph.D.

MDL00636010

## References

*Randomized, Controlled Trials and Overviews*

(R.1) Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ; VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000;343:1520-8.

(R.2) Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation* 2001;104:2280-8.

(R.3) Reicin AS, Shapiro D, Sperling RS. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus non-selective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). *Am J Cardiol* 2002;89:204-9.

(R.4) Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. *Am Heart J* 2003;146:591-604.

(R.5) Lisse JR, Perlman M, Johansson G, Shoemaker JR, Schechtman J, Skalky CS, Dixon ME, Polis AB, Mollen AJ, Geba GP; ADVANTAGE Study Group. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis. *Ann intern Med* 2003;139:539-46.

(R.6) Aisen PA, Schafer KA, Grundman K, Pfeiffer E, Sano M, Davis KL, Farlow MR, Jin S, Thomas RG, Thal LJ for the Alzheimer's Disease Cooperatie Study. Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. *JAMA* 2003;289:2819-26.

(R.7) Reines SA, Block GA, Morris JC, Liu G, Nessly ML, Lines CR, Norman BA, Baranak CC; Rofecoxib Protocol 091 Study Group. Rofecoxib: No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. *Neurology.* 2004;62:66-71.

(R.8) Thal LJ, Ferris SH, Kirby L, Block GA, Lines CR, Yuen E, Assaid C, Nessly ML, Norman BA, Baranak CC, Reines SA; Rofecoxib Protocol 078 study group. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. *Neuropsychopharmacology* 2005;30:1204-15.

(R.9) Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA; Adenomatous Polyp Prevention

MRK0E36011

on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N Engl J Med* 2005;352:1092-102.

### FDA Memoranda

(F.1) Targum SL. Consultation NDA 210-042, S-007: Review of cardiovascular safety database. February 1, 2001.

(F.2) Villalba L, Witter J. Review of NDA 21042/s030 (Update of cardiovascular thrombotic events in Alzheimer's studies 078 and 091). 12/18/04 Interim Review.

### Merck Update to FDA

(M.1) Huang PL. IND 46,894: MK-0966 (rofecoxib)—Information Amendment–Clinical (Submission of Protocol 201 (ViP) Clinical Study Report (CSR) and Overview of Cardiovascular Events in Protocol 145 (VICTOR)). August 22, 2005.

(M.2) Huang PL. NDA 21-042: VIOXX$^{TM}$ (Rofecoxib Tablets) —General Correspondence. May 11, 2006.

### Observations Studies

(O.1) Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. *Lancet* 2002; 359:118-23.

(O.2) Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR.COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. *Lancet* 2002; 360:1071-3.

(O.3) Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G, Austin PC, Laupaci A. Effect of selective cyclooxygenase-2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. *Arch Intern Med* 2003; 163:481-6.

(O.4) Solomon DH , Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation* 2004; 109: 2068-73.

MRK00E36012

(O.5) Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD.  Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population.  *Arch Intern Med* 2005; 165:181-6.

(O.6) Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J, Strom BL. Patients exposed to Rofecoxib and Celecoxib have different odds of nonfatal myocardial infarction. *Ann Intern Med* 2005; 142:157-64.

(O.7) Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G, Shoor S, Ray WA. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study.  *Lancet* 2005; 365:475-81.

(O.8) Lévesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: A population study of elderly adults. *Ann Intern Med* 2005; 142:481-9.

(O.9) Johnsen SP, Larsson H, Tarone RE, McLaughlin JK, Norgard B, Friis S, Sorensen HT.  Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: A population-based case-control study.  *Arch Intern Med* 2005; 165:978-84.

(O.10) Harrison-Woolrych M, Herbison P, McLean R, Ashton J, Slattery J. Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib: Interim results from the New Zealand Intensive Medicines Monitoring Programme.  *Drug Saf* 2005; 28:435-42.

(O.11) Hippisley-Cox J, Coupland C. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. *Brit Med J* 2005; 330:1366-72.

(O.12) Velentgas P, West W, Cannuscio CC, Watson DJ, Walker AM. Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications.  *Pharmacoepidemiol Drug Saf* 2006 Jan 4; [Epub ahead of print].

(O.13) Kasliwal R, Layton D, Harris S, Wilton L, Shakir SAW.  A comparison of reported gastrointestinal and thromboembolic events between rofecoxib and celecoxib using observation data.  *Drug Saf* 2005;28:803-16.

(O.14) Chan AT, Manson JE, Albert CM, Chae CU, Rexrode KM, Curhan GC, Rimm EB, Willett WC, Fuchs CS.  Nonsteroidal anti-inflammatory drugs, acetaminophen, and

MRK-ESE36013

the risk of cardiovascular events. *Circulation* 2006;113:000-000. DOI: 10l.1161/CIRCULATIONAHA.105.595793

**(O.15)** Huang W-F, Hsiao F-Y, Tsai Y-W, Wen Y-W, Shih Y-T. Cardiovascular events associated with long-term use of celecoxib, rofecoxib and meloxicam in Taiwan: An observation study. *Drug Saf* 2006;29:261-72.

**(O.16)** Andersohn F, Suissa S, Garbe E Use of first- and second-generation cyclooxygenase-2-selective nonsteroidal anti-inflammatory drugs and risk of acute myocardial infarction *Circulation* 2006;113:1950-7.

**(O.17)** Solomon DH, Avorn J, Sturmer T, Glynn RJ, Mogun H, Schneeweiss S Cardiovascular outcomes in new users of coxibs and nonsteroidal anti-inflammatory drugs. *Arthritis & Rheumatism* 2006;54;1378-89.

**(O.18)** Lévesque LE, Brophy JM, Zhang Bin. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. *CMAJ* 2006;174(11). DOI:10.1503/cmaj.051679.

MO06E36014

# Curriculum Vitae

KyungMann Kim
Department of Biostatistics & Medical Informatics
University of Wisconsin Medical School
600 Highland Avenue, K6/438 CSC
Madison, WI 53792-4675
Phone: (608) 265-6380
FAX: (608) 265-5579
E-mail: kmkim@biostat.wisc.edu

Home:
7538 Red Fox Trail
Madison, WI 53717-1860

## Degrees

| | | | |
|---|---|---|---|
| Ph.D. | Statistics | University of Wisconsin-Madison | 1985 |
| M.S. | Statistics | Seoul National University, Seoul, KOREA | 1980 |
| B.S. | Computer Science and Statistics | Seoul National University, Seoul, KOREA | 1978 |

## Certification

Certified Clinical Research Professional (CCRP), Society for Clinical Research Associates, June 2005

## Positions

| | |
|---|---|
| 2005– | Master of Public Health (MPH) Program Faculty, Department of Population Health Sciences, University of Wisconsin-Madison |
| 2001– | Population Health Science Graduate Program Faculty, Department of Population Health Sciences, University of Wisconsin-Madison |
| 1999–2004 | Director, Biostatistics Program, Department of Biostatistics and Medical Informatics |
| 1998– | Member, University of Wisconsin Comprehensive Cancer Center |
| 1997– | Professor of Biostatistics and Associate Chair, Department of Biostatistics and Medical Informatics, Affiliate Professor of Statistics, Department of Statistics, University of Wisconsin-Madison; Director of Biostatistics Shared Resource, Co-director of Clinical Trials Research Office, University of Wisconsin Comprehensive Cancer Center |
| 1995–1997 | Associate Professor of Biostatistics, University of Michigan School of Public Health; Director of Biostatistics Shared Resource, University of Michigan Comprehensive Cancer Center |
| Spring 1995 | Visiting Associate Professor of Ophthalmology, School of Medicine, Johns Hopkins University |
| 1994–1995 | Associate Professor of Biostatistics, Harvard School of Public Health and Dana-Farber Cancer Institute |
| 1988–1994 | Assistant Professor of Biostatistics, Harvard School of Public Health and Dana-Farber Cancer Institute |
| 1986–1988 | Research Fellow in Biostatistics, Harvard School of Public Health and Dana-Farber Cancer Institute |
| 1985–1986 | Research Associate, Biostatistics Center, University of Wisconsin-Madison |
| 1981–1985 | Teaching and Research Assistant, Department of Statistics, University of Wisconsin-Madison |
| 1978–1980 | Statistical Programmer, Computer Center, Seoul National University, Seoul, KOREA |

MX006036015

KyungMann Kim                                                                                          2

## Appointments

| | |
|---|---|
| 1990–1993 | Regional Advisory Board, Eastern North American Region (ENAR) of the International Biometric Society (IBS) |
| 1993–1996 | ENAR Representative to the Biological Sciences Section of the American Association for Advancement of Science (AAAS) |
| 1996–1997 | Vice President, Ann Arbor Chapter of the American Statistical Association (ASA) |
| 1996–2003 | Working Group (Acting Chair), Directors of Cancer Center Biostatistics Shared Resource |
| 1997– | Special Review Committee for review of a program project application for NCI Scientific Review Group Subcommittee E |
| 1993 | Professional Services Contractor, Strategy Meeting for Small Cell Lung Cancer, Cancer Therapy Evaluation Program, Division of Cancer Treatment, National Cancer Institute (NCI), National Institutes of Health (NIH), Department of Health and Human Services (DHHS) |
| 1997 | Professional Services Contractor, Office of Cancer Survivorship, NCI, NIH, DHHS, 1997 |
| 1997 | Special Emphasis Panel for NIH PAR-97-027 "Center for AIDS Research" |
| 1998– | HIV/AIDS Therapeutic Trials Data and Safety Monitoring Board (DSMB), Division of AIDS, National Institute of Allergy and Infectious Diseases (NIAID), NIH, DHHS |
| 1999–2002 | DSMB of a National Institute of Arthritis and Musculoskeletal and Skin Diseases-funded study of prevention of osteoporosis after organ transplantation |
| 1999–2002 | Lung Cancer Concept Evaluation Panel, NCI, NIH, DHHS |
| 1999–2003 | Data Monitoring Board of a VA-sponsored study of chronic heart failure, Department of Veterans Affairs |
| 2000–2002 | Chair, Snedecor Award Committee, Committee of Presidents of Statistical Societies (COPSS) |
| 2000– | Associate Editor, *Biometrics* |
| 2000–2004 | Advisory Committee for EaSt, Cytel Software Corporation |
| 2000–2004 | DSMB for Autoimmune Disease Trials of the Autoimmunity Centers of Excellence and the Immune Tolerance Network, Division of Allergy, Immunology and Transplantation, NIAID, NIH, DHHS |
| 2000–2006 | External Scientific Advisory Committee, Kimmel Cancer Center, Thomas Jefferson University, Philadelphia |
| 2001–2003 | Elected Member, Regional Committee, ENAR, IBS |
| 2001–2003 | Student Award Committee, ENAR, IBS |
| 2001–2004 | Scientific Advisory Board, Lifecord, Inc., Seoul, KOREA |
| 2001– | Member and Chair, Independent Data Monitoring Committees, Abbott Laboratories, Abbott Park, IL; Bayer, West Haven, CT; Sanofi-Aventis, Bridgewater, NJ; Ortho Biotech, Bridgewater, NJ; Immunomedics, Morris Plains, NJ; GlaxoSmithKline, Collegeville, PA; BioPartners, Baar, Switzerland; Merck, Blue Bell, PA |
| 2001–2005 | Subcommittee E on Cancer Epidemiology, Prevention & Control, Scientific Review Group NCI, NIH, DHHS |
| 2002– | External Advisory Board, Lineberger Comprehensive Cancer Center, University of North Carolina, Chapel Hill, NC |
| 2003– | Ad Hoc Member, Subcommittee A on Cancer Centers, Subcommittee C on Basic & Preclinical Scientific, Subcommittee D on Clinical Studies, and Subcommittee H on Clinical Groups, Scientific Review Group, NCI, NIH, DHHS |
| 2004 | Ad Hoc Member, Biostatistical Methods and Research Design Study Section, Center for Scientific Review, NIH |
| 2004– | Student Award Committee, Society for Clinical Trials |
| 2005–2006 | Program Committee (Chair) and Education Committee, 27th Annual Meeting of the Society for Clinical Trials, May 21–24, 2006, Orlando, Florida |
| 2005– | External Advisory Member, Wake Forest University Comprehensive Cancer Center Biostatistics Shared Resource, Wake Forest, North Carolina |

KyungMann Kim                                                                                      3

## Appointments

2006–   Student Award Committee and Membership Subcommittee, International Society for Clinical
        Biostatistics

2006–   Advisory Committee, Specialized Program of Research Excellence in Breast Cancer,
        Northwestern University

2006–   Member, Human Studies Review Board, U.S. Environmental Protection Agency

## Honors and Awards

Seoul National University scholarship 1974 for top 5% of incoming students in the Natural Sciences Division

Temple University Mathematics scholarship during 1980–1981

Phi Beta Kappa National, 1985

Finalist for the Scholarship Program of the 1987 Annual Meeting of the Society for Clinical Trials

First Independent Research Support and Transition (FIRST) Award from the National Institutes of Health,
1990–1995

Junior Faculty Sabbatical Program Award from the Harvard School of Public Health for the Spring of 1995

Drug Information Association Award for Faculty Advisor for its 1995 Dissertation/Thesis Summary Award to a
former student, Sandra J. Lee, Sc.D.

Fellow, American Statistical Association, 2005

## Committees

Eastern Cooperative Oncology Group, Hematology Committee, 1986–1992; Pathology Committee, 1986-1995;
Thoracic Oncology Committee (Statistical Co-chair), 1988-1995

Harvard School of Public Health Department of Biostatistics, Computing, Curriculum, Library, Qualifying
Examination, Seminar, Student Admissions and Recruitment, Student Advising Committee, 1988–1995;
Computing (Chair) Committee, 1993–1995

Dana-Farber Cancer Institute Division of Biostatistics, ECOG Statistical Center Manual Committee (Chair),
1990–1993; Randomization and Statistical Computing Committee, 1988–1995

University of Michigan Comprehensive Cancer Center, Quality Assurance (Chair), Data Coordinating (Chair),
and Protocol Review Committee & Internal Advisory and Clinical Research Committee, 1995–1997

University of Michigan W.K. Kellogg Eye Center, Operations Committee of the Collaborative Initial Glaucoma
Study (CIGTS), 1995–1997

University of Michigan School of Public Health Department of Biostatistics, Computing Committee, 1995–1997;
Task Force on Collaborative Research, 1996–1997; Library Committee (Chair), 1996–1997

Greater Detroit Area Health Council, Inc., Data Base Working Group, Southeast Michigan Cancer Services
Task Force, 1996–1997

University of Wisconsin Comprehensive Cancer Center, Clinical Affairs Committee (Co-chair) and Clinical
Trials Monitoring Committee (Co-chair), 1997–

University of Wisconsin-Madison, Departmental, School, University-wide Faculty Screen and Search
Committees, 1997–

University of Wisconsin Comprehensive Cancer Center and UW Hospital & Clinics, Cancer Treatment Center Planning Committee, 1998

University of Wisconsin Medical School, Interdisciplinary Research Complex Working Group, 1998; Medical Records Research Committee, 1998; Tenure Track Faculty Promotions Committee, 2000–2003; Advanced Degrees Subcommittee of the Curriculum Committee, 2001; Basic Science/Grade Education subcommittee/Liaison Committee on Medical Education, 2002; Master of Public Health (MPH) Planning Committee 2002–2005, Curriculum Subcommittee, 2002–, and Steering Committee, 2005–; Advisory Committee, Clinical Research Scholar (CRS) Program, 2003–; MPH Steering Committee 2005–

University of Wisconsin-Madison, Departments of Statistics and and Biostatistics & Medical Informatics, Mentor Committee for Assistant Professor Jason Fine, 1998–2003; Departments of Preventive Medicine and Biostatistics & Medical Informatics, Mentor Committee for Assistant Professor Guan-hua Hwang, 2000–2003; Department of Medicine, Hematology Section, Mentor Committee for Assistant Professor Brad Kahl, 2001–

University of Wisconsin Medical School, Department of Population Health Sciences, Population Health Graduate Program Steering Committee, 2000–2003

University of Wisconsin Medical School, Department of Biostatistics & Medical Informatics, Biostatistics Training Committee 1997–; Summer Internship Program Committee, 2000–

University of Wisconsin Medical School, Department of Medicine, Academic Clinical Oncologist Training Program (K12), Advisory Committee, 2001–

University of Wisconsin-Madison, Information Technology Committee, 2001–2002; Faculty Senate, 2004–

### Consulting

Statistical Consultant, Cytel Software Corporation, Cambridge, Massachusetts on Development of EaSt, *A Software Package for the Design and Interim Monitoring of Group Sequential Clinical Trials*, 1989–1992, 1999

Statistical Consultant, Brain Tumor Working Group, Massachusetts General Hospital, Boston, 1990

Statistical Consultant, Eastern Cooperative Oncology Group Coordinating Center and Frontier Science & Technology Research Foundation, Brookline, Massachusetts on pharmaceutical industry projects, 1996–1997

Statistical Consultant, Michael Best & Friedrich, LLP, a patent law firm in Madison, Wisconsin on a chemopreventive agent, 1998

Statistical Consultant, Frontier Science & Technology Research Foundation-Madison, Wisconsin, 1998–present, non-compensated since 2001

Professional Services Contractor, Center for Devices and Radiological Health, Food and Drug Administration, DHHS, 2000

Statistical Consultant for Biopharmaceutical Companies: Berlex, Montville, New Jersey, 1999–2002; G.D. Searle/Pharmacia, Skokie, Illinois, 2000–2001; TAP, Lake Forest, Illinois, 2001; Abbott, Abbott Park, Illinois, 2001–2005; Pfizer, Ann Arbor, Michigan, 2002; Genitope, Redwood City, California, 2002; Sanofi-Aventis, Bridgewater, New Jersey, 2002, 2004–; Bayer, West Haven, Connecticut, 2004–; Ortho Biotech, Bridgewater, New Jersey, 2005–2006; GlaxoSmithKline, Collegeville, Pennsylvania, 2005–; Immunomedics, Morris Plains, New Jersey, 2005–; BioPartners, Baar, Switzerland, 2005–; Merck, Rahway, New Jersey, 2005–; WEX, Vancouver, British Columbia, Canada, 2006; Viventia Biotech, Mississauga, Ontario, Canada, 2006–; Barlet, Beech, LLC, 2006–

M0006E36018

Statistical Consultant, Spine Patient Outcome Research Trial (SPORT), U01-AR45444, sponsored by the National Institute of Arthritis and Musculoskeletal and Skin Diseases, 2000–2004

Statistical Consultant for Contract Research Organizations: Lifecord, Seoul, KOREA, 2001–2004; Covance, Princeton, New Jersey, 2002, 2006;

Statistical Consultant, Doxil for Eyelid Spasm Injection, University of Minnesota, Minneapolis, Minnesota, 2004–

## Teaching

Spring 1978 & Spring 1979, Instructor, Department of Computer Science and Statistics, Seoul National University, Seoul, KOREA

—Taught a semester course on FORTRAN programming for dentistry students

1978–1980, Statistical Programmer, Computer Center, Seoul National University, Seoul, KOREA

—Taught a course on FORTRAN programming during four recesses

1981–1983, Teaching Assistant, Department of Statistics, University of Wisconsin, Madison, Wisconsin

—Led discussion sessions of statistics courses, some elementary and some very advanced

Spring 1986, Instructor, Department of Statistics, University of Wisconsin, Madison, Wisconsin

—Taught an introductory statistics course

Fall, 1988 & 1989, Instructor, Department of Biostatistics, Harvard School of Public Health, Boston, Massachusetts

—Taught a course on "Probability Theory and Its Applications"

Spring 1991 & Fall 1993, Instructor, Department of Biostatistics, Harvard School of Public Health, Boston, Massachusetts

—Developed and taught a special topics course on "Sequential Methods for Clinical Trials"

August 1992, Instructor, Continuing Education Program, ASA, Alexandria, Virginia

—Developed and taught a short course on "Group Sequential Methods for Survival Analysis" jointly with Professor Anastasios A. Tsiatis at the 1992 Joint Statistical Meetings, Boston

Fall 1994, Course Coordinator and Instructor, Department of Biostatistics, Harvard School of Public Health, Boston, Massachusetts

—Developed, coordinated and taught a new tutorial course "Statistical Computing Environments"

Fall/Winter 1995, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan

—Developed and taught a course on "Clinical Trials Methodology" for the M.S. Program in Clinical Research Design And Statistical Analysis

Winter 1995, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan

—Developed and taught an advanced topics course on "Group Sequential Methods for Clinical Trials"

Fall 1996, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan

—Developed and taught the clinical trials and epidemiological studies portion of a course on "Introduction to Biostatistical Investigations"

KyungMann Kim                                                         6

December 1996, Instructor, American Society for Qualify Control and ASA

—Developed and taught a two-day short course on "Group Sequential Methods for Clinical Trials" at the 52nd Deming Conference on Applied Statistics, Atlantic City, New Jersey

Winter 1996, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan

—Led a reading course BIO 820 on "Clinical Trials" using the text by Schwartz, Flamant and Lellouch (as translated by M.J.R. Healy and published in 1980 by Academic Press)

Fall 1997, 2000 & 2001, Instructor, Department of Statistics, University of Wisconsin-Madison
—Taught Statistics 641 "Statistical Methods for Clinical Trials"

October 1998, Instructor, Pre-conference courses, Asian Clinical Trials Conference, University of Hong Kong
—Taught selected topics in statistical methods for clinical trials

Spring 1999, 2000 & 2003, Instructor, Department of Statistics, University of Wisconsin-Madison
—Taught Statistics 642 "Statistical Methods for Epidemiology"

November 1999, Instructor, Medtronic, Inc., Minneapolis, Minnesota

—Developed and taught a three-day short course on "Group Sequential Methods for Clinical Trials"

May 2000, Instructor, Biostatistics Centre, Katholieke Universiteit Leuven, Belgium

—Developed and taught a two-day short course on "Interim Analyses in Clinical Trials"

June 2000, Instructor, Center for Devices and Radiation Health, Food and Drug Administration, Rockville, Maryland

—Developed and taught a half-day short course on "Interim Analysis and Data Monitoring" with Professor David L. DeMets

November 2000, Instructor, Pre-meeting courses of the Drug Information Association Meeting, University of Hong Kong

—Taught selected topics in statistics in clinical trials

December 2000, Instructor, Frontier Science & Technology Research Foundation

—Developed and taught two and a half-day short courses on "Roles and Organization of Data Monitoring Committees" and "Sequential Methods for Data Monitoring in Clinical Trials" with Professor David L. DeMets

June 2001, Instructor, University of Autonomous Barcelona, Barcelona, Spain

—Developed and taught a two and half-day short course on "Interim Analyses in Clinical Trials"

October 2001, Instructor, Frontier Science & Technology Research Foundation

—Developed and taught one and a half-day short course on "Sequential Methods for Data Monitoring in Clinical Trials"

July 2002, Instructor, Aventis Pharmaceuticals, Inc

—Developed and taught a half-day short course on "Data and Safety Monitoring and Interim Analysis"

Spring 2004, Instructor, Department of Statistics, University of Wisconsin-Madison
—Taught Statistics 751 "Sequential Analysis"

2004 AACR/ASCO Workshop: Methods in Clinical Cancer Research, Faculty, Vail, Colorado, July 31–August 6, 2004

—Gave a plenary lecture on "Data and Safety Monitoing"

MA006E35020

2005 ASCO/AACR Workshop: Methods in Clinical Cancer Research, Faculty, Vail, Colorado, July 30–August 5, 2004

   —Gave Small Group Discussion Session presentations on "Tips on Getting Your Clinical Trials Approved and Implemented"

Summer and Fall 2005, Instructor, Department of Biostatistics and Medical Informatics, University of Wisconsin-Madison

   —Developed and Taught BMI 511 "Introduction to Biostatistical Methods for Public Health" for the MPH Program

## Doctoral Students

John M. Williamson, graduated in June 1993 with Sc.D. in Biostatistics, Harvard University
   Dissertation title: "Methods for the Analysis of Clustered, Correlated Data: Familial and Ophthalmological"
   Current Position: Centers for Disease Control and Prevention

Sandra J. Lee, graduated in August 1994 with Sc.D. in Biostatistics, Harvard University
   Dissertation title: "Group Sequential Monitoring of Clinical Trials with Multivariate Outcomes"
   Current Position: Research Associate, Dana-Farber Cancer Institute, Boston, MA

Hélène Boucher, graduated in August 1996 with Sc.D.in Biostatistics, Harvard University
   Dissertation title: "Design and Analysis of Group Sequential Clinical Trials with Survival Data"
   Current Position: Research Scientist, La Valle University, Quebec, Canada

Bart Spiessens, graduated in June 2001 with Ph.D. in Biostatistics, Katholieke Universiteit Leuven, Belgium
   Dissertation Title: "Group Sequential Methods for Some Generalised Linear Mixed Models"
   Current Position: Senior Statistician, GlaxoSmithKline Biologicals, Belgium

David Todem, graduated in August 2003 with Ph.D. in Statistics, University of Wisconsin-Madison
   Dissertation Title: "Latent-Structured Regression Modeling for Longitudinal Multivariate Ordinal/Count Data"
   Current Position: Assistant Professor of Biostatistics, Michigan State University, East Lansing, MI

Yuan Ji, graduated in August 2003 with Ph.D. in Statistics, University of Wisconsin-Madison
   Dissertation Title: "On Bayesian Modeling and Design for Microarray Gene Expression Data"
   Current Position: Assistant Professor of Biostatistics, M.D. Anderson Cancer Center, Houston, TX

Sung-joon (Max) Min, graduated in December 2004 with Ph.D. in Biostatistics, University of Michigan
   Dissertation Title: "Group Sequential Methods for Nonliner Models in Clinical Trials"
   Current Position: Assistant Professor of Biostatistics, University of Colorado Health Science Center, Denver, CO

## Student Committees

Sandro Pampallona, graduated in January 1990 with Sc.D. in Biostatistics, Harvard University, Thesis Committee
   Dissertation Title: "I. Alcohol Consumption and Breast Cancer and II. Group Sequential Methods for Clinical Trials"

MDL06E36021

KyungMann Kim 8

Paul Elson, graduated in January 1991 with Sc.D. in Biostatistics, Harvard University, Thesis Committee

Dissertation Title: "Group Sequential Clinical Trials: Efficient Methods for Computing Design Characteristics and the Effect of a Lag Time"

John Spritzler in Sc.D. program in Biostatistics, Harvard University, Examination Committee, December 1991

Thesis Proposal: "The Asymptotic Group Sequential Properties of an Estimator of the Proportion Responding when there is a Lag Time in Reporting"

Allison Taylor, graduated in March 1992 with Sc.D. in Environmental Science, Harvard University, Thesis Committee

Dissertation Title: "Addressing Uncertainty in the Estimation of Environmental Exposure and Cancer Potency"

Barry DeCicco in Ph.D. program in Biostatistics, University of Michigan, Examination Committee, November 1996

Thesis Proposal: "Optimal Experimental Design for Censored Data"

Stephanie Macksood in Ph.D. program in Epidemiology, University of Michigan, Examination Committee, February 1997

Thesis Proposal: "Benign Breast Disease and Breast Cancer: The Tecumseh Community Health Study"

Chin-yu Lin, graduated in August 1998 with Ph.D. in Statistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "A General Class of Function-indexed Nonparametric Tests for Survival Analysis"

Hyunsuk Suh, graduated in May 1999 with Ph.D. in Industrial Engineering, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Work-related Risk Perception as Signs of Musculoskeletal Discomfort and Stress"

Ken Cheung, graduated in August 2000 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Dose Escalation Strategy for Phase I Clinical Trials with Late-onset Toxicities"

Yonghua Chen, graduated in August 2000 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Flexible Group Sequential Designs for Clinical Trials"

Xiaoyin (Frank) Fan, graduated in August 2000 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Conditional Estimation Methods for the Analysis of Group Sequential Studies"

Yuanjun Shi, graduated in August 2001 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Monte Carlo Techniques for Designing and Analyzing Group Sequential Clinical Trials with Multiple Primary Endpoints"

Zhilong Yuan, Preliminary Examination Committee for Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison in 2003

Proposal Title: "Advanced Designs of Phase I Cancer Clinical Trials: Multiarm Isotonic Designs and Continuous/Polytomous Responses"

Randall Todd Brown, Ph.D. Committee, Department of Population Health Science, University of Wisconsin-Madison since 2004

MODSE36022

Yang Song, graduated in May 2005 with Ph.D. in Statistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: Twoway Latent Variable Clustering

Minjung Kwak, Preliminary Examination Committee for Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, July 2005

Proposal Title: "Testing for Independence of a Survival Time from a Covariate"

Xiaodan Wei, Preliminary Examination Committee for Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, December 2005

Proposal Title: "A Test for Non-inferiority with A Mixed Multiplicative/Additive Null Hypothesis"

## Professional Activities and Editorial Services

Referee, *Biometrics*, an official journal of the International Biometric Society

Referee, *Journal of the American Statistical Association*

Referee, *Communications in Statistics*

Referee, *American Journal of Public Health*, an official journal of the American Public Health Association

Referee, *Science*, an official AAAS journal

Referee and book reviewer, *Statistics in Medicine*, an official journal of the International Society for Clinical Biostatistics

Referee and book reviewer, *Controlled Clinical Trials*, an official journal of the Society for Clinical Trials

Referee, *Journal of Statistical Computation and Simulation*

Referee, *Medical and Pediatric Oncology*

Reviewer, a book proposal for Van Nostrand Reinhold

Grant reviewer, *Advancing Science Excellence in North Dakota*, University of North Dakota

Referee, *Journal of Clinical Oncology*, an official journal of the American Society of Clinical Oncology

Referee, *Journal of Clinical and Experimental Neuropsychology*

Referee, *Cancer Supplement*, a journal of the American Cancer Society

Referee, *Annals of Surgery*, an official journal of the American College of Surgeons

Referee, *Lung Cancer*, an official journal of the International Association for Study of Lung Cancer

Referee, *Clinical Cancer Research*, an official journal of the American Association for Cancer Research

Lecturer, Statistics Visiting Lecture Program (SVLP), COPSS

Referee, *Statistics and Probability Letters*

Referee, *Biometrical Journal*

Book reviewer, *Oncology*

Referee, *Brazilian Journal of Probability and Statistics*

Grant reviewer, Research Grants Council, University Grants Committee, Hong Kong, CHINA

External Reviewer, Institute of Medicine of the National Academies, USA

M00E36023