KynngMann Kim                                                                    10

Tenure and Promotions Review

Public Health (Biostatistics), Columbia University (3)

Pathology, Wayne State University

Biostatistics, Emory University

Biostatistics, Duke University (2)

Preventive Medicine (Biostatistics), Vanderbilt University (2)

Radiation Oncology (Biostatistics), University of Michigan

Biostatistics, Fred Hutchinson Cancer Research Center

Statistics, Texas A & M University

Biostatistics, University of Texas MD Anderson Cancer Center

Biostatistics, University of North Carolina, Chapel Hill

Community and Family Medicine (Biostatistics), Dartmouth Medical School

Medicine (Biostatistics), Massachusetts General Hospital/Harvard Medical School

Public Health Sciences (Biostatistics), University of California, Davis


Grants, Cooperative Agreements and Contracts

Biomedical Research Support Grant (BRSG S07 RR05526) from the Dana-Farber Cancer Institute: "Software
Development on Microcomputer Systems for Sequential Cancer Clinical Trial Methodologies." PI,
Computing equipment support, 11/1/87–10/31/88

R29 CA52733, First Independent Research Support and Transition Award, from the National Cancer Institute,
NIH, DHHS: "Sequential Methods for Clinical Trials." PI, 7/5/90–6/30/95

R01 EY09252 from the National Eye Institute, NIH, DHHS: "Regression Models for Analysis of
Ophthalmological Data." PI, 7/1/91–6/30/94

R01 CA60125 from the National Cancer Institute, NIH, DHHS: "Laboratory/Clinical Correlative Studies in
Lung Cancer." Subcontract, Co-investigator (JH Schiller, PI), 7/1/93–8/31/95

P30 CA46592 from the National Cancer Institute, NIH, DHHS: "University of Michigan Cancer Center."
Director, Biostatistics Shared Resource (MS Wicha, PI), 9/1/95–8/31/97

DAMD17-94-J04160 from the Department of Army: "Training Program in Biostatistics for Breast Cancer
Research." PI, 9/1/96–8/30/97

R01 CA52733 from the National Cancer Institute, NIH, DHHS: "Sequential Methods for Clinical Trials." PI,
9/1/97–8/30/02

P30 CA14520 from the National Cancer Institute, NIH, DHHS: "University of Wisconsin Comprehensive
Cancer Center." Director, Biostatistics Shared Resource, Co-director, Clinical Trials Research Office
Shared Resource (G Wilding, PI), 9/1/97–3/31/06

N01 CN25434 from the National Cancer Institute, NIH, DHHS: "Phase II Clinical Trials of New
Chemopreventive Agents (DFMO)." PI, 9/27/99-9/15/05

R03 CA82069 from the National Cancer Institute, NIH, DHHS: "Squalamine plus Carboplatin and Paclitaxel in
NSCLC." Co-investigator (JH Schiller, PI), 5/1/99–4/30/01

MM006E36024

R01 CA32685 from the National Cancer Institute, NIH, DHHS: "Clinical Development of Hu14.18-IL2 Targeted Therapy." Co-investigator (PM Sondel, PI), 6/1/00–5/31/05

K24 CA84172 from the National Cancer Institute, NIH, DHHS: "Mid-Career Investigator Award in Patient-Oriented Research." Co-investigator (JH Schiller, PI), 9/15/00–8/31/05

N01 CN95015 from the National Cancer Institute, NIH, DHHS: "Prevention of Sporadic Colorectal Adenomas with Celecoxib." PI, Subcontract (MM Bertagnolli, PI), 3/1/01–12/31/05

U01 CA77158 from the National Cancer Institute, NIH, DHHS: "Chemoprevention of Skin Cancer: DFMO Phase 3 Trial." Co-investigator (HH Bailey, PI), 7/1/01–8/31/05

R01 CA88937 from the National Cancer Institute, NIH, DHHS: "CCNU in NSCLC Patients with Methylation of the MGMT Gene." Co-investigator (JH Schiller, PI), 9/1/01–8/31/04

R01 CA35368 from the National Cancer Institute, NIH, DHHS: "Role of PKC in Tumor Promotion." Co-investigator (AK Verma, PI), 4/1/02-3/31/07

R21 CA092412 from the National Cancer Institute, NIH, DHHS: "NM-404: A Novel Imaging Agent in Lung Cancer." Co-investigator (JH Schiller, PI), 6/1/02–5/31/04

R01 CA93959 from the National Cancer Institute, NIH, DHHS: "DFMO Prevention Study (2b) in Organ Transplant Subjects." Co-investigator (HH Bailey PI), 7/1/02-6/30/06

N01 CN35153 from the National Cancer Institute, NIH, DHHS: "Phase 1 and Phase 2 Clinical Trials of Cancer Chemoprevention Agents." Statistical Scientist (HH Bailey, PI), 9/30/03-9/29/06

R01 CA114060 from the National Cancer Institute, NIH, DHHS: "SELECT Pre-Clinical Trial of Prostate Cancer." Co-investigator (N Ahmad, PI), 2/7/06–12/31/10

VA MERIT award from the Department of Veterans Affairs: "In Vivo Chemoprevention Study in Bladder Cancer with Celecoxib and DFMO." Co-investigator (J Gee, PI), 10/01/05–9/30/08

Research Interests

Sequential Analysis

Clinical Trials Methodology

Categorical Data Analysis

Survival Analysis

Clustered Data Analysis

Applications in Cancer Research

Interface between Statistics and Computer Science

Computing Experience

System Management: Stand-alone SUN SPARCstation, Apple Macintosh Computer

Operating Systems: Unix OS and its dialects, Mac OS, MS-DOS/Windows

Source Languages: FORTRAN

Statistical Languages: SAS, R, S/S-Plus, STATA, MINITAB

Mathematical Languages: MATLAB

Symbolic Languages: Maple

MODEG36025

## Memberships

Member, American Statistical Association, since 1981

Member, International Biometric Society, since 1983

Member, Society for Clinical Trials, since 1987

Member, American Public Health Association, 1991–1997, 2005-

Fellow, Royal Statistical Society, since 1993

Member, American Association for Advancement of Science, since 1993

Active Member, American Society of Clinical Oncology, since 1996

Member, International Society for Clinical Biostatistics, since 1996

Member, Korean Statistical Society, since 1997

Active Member, American Association for Cancer Research, since 2000

## Publications: Peer-reviewed

1. Kim K, DeMets DL. Design and analysis of group sequential tests based on the type I error spending rate function. *Biometrika* 1987;74:149–54.

2. Kim K, DeMets DL. Confidence intervals following group sequential tests in clinical trials. *Biometrics* 1987;43:857–64.

3. Kim K. Improved approximation for estimation following closed sequential tests. *Biometrika* 1988;75:121–8.

4. Kim K. Point estimation following group sequential tests. *Biometrics* 1989;45:613–7.

5. Kim K, Tsiatis AA. Study duration for clinical trials with survival response and early stopping rule. *Biometrics* 1990;46:81–92.

6. Cummings FJ, Kim K, Neiman RS, Comis RL, Oken MM, Weitzman SA, Mann RB, O'Connell MJ. Phase II trial of Pentostatin in refractory lymphomas and cutaneous T-cell disease. *Journal of Clinical Oncology* 1991;9:565–71.

7. Hochster HS, Kim K, Green MD, Mann RB, Neiman RS, Oken MM, Cassileth PA, Stott P, Ritch P, O'Connell MJ. Activity of fludarabine in previously treated non-Hodgkin's low-grade lymphoma: Results of an Eastern Cooperative Oncology Group study. *Journal of Clinical Oncology* 1992;10:28–32.

8. Kim K, DeMets DL. Sample size determination for group sequential clinical trials with immediate response. *Statistics in Medicine* 1992;11:1391–9.

9. Kim K. Study duration for group sequential clinical trials with censored survival data adjusting for stratification. *Statistics in Medicine* 1992;11:1477–88.

10. Miller KB, Kim K, Morrison FS, Winter JN, Bennett JM, Neiman RS, Head DR, Cassileth PA, O'Connell MJ. The evaluation of low dose cytarabine in the treatment of myelodysplastic syndromes: A phase III intergroup study. *Annals of Hematology* 1992;65:162–8.

11. Borden EC, Kim K, Ryan L, Blum RH, Shiraki M, Tormey DC, Comis RL, Hahn RG, Parkinson DR. Phase II Trials of Interferons-$\alpha$ and -$\beta$ in Advanced Sarcomas. *Journal of Interferon Research* 1992;12:455–8.

MODEL336026

12. Chang AY, Kim K, Glick J, Anderson T, Karp D, Johnson D. Phase II study of Taxol, Merbarone, and Piroxantrone in stage IV non-small cell lung cancer: The Eastern Cooperative Oncology Group results. *Journal of the National Cancer Institute* 1993;85:388–94.

13. Loehrer PJ, Kim K, Aisner SC, Livingston R, Johnson D, Blum R. Cisplatin plus doxorubicin plus cyclophosphamide in metastatic or recurrent thymoma: Final results of an intergroup trial. *Journal of Clinical Oncology* 1994;12:1164–8.

14. Lipsitz SR, Kim K, Zhao L. Analysis of repeated categorical data using generalized estimating equations. *Statistics in Medicine* 1994;13:1149–63.

15. Tsiatis AA, Boucher H, Kim K. Sequential methods for parametric survival models. *Biometrika* 1995;82:165–73.

16. Kim K. SEQPWR and SEQOPR: Computer programs for power calculations and operating characteristics in maximum information trials. *Computer Methods and Programs in Biomedicine* 1995;46:143–53.

17. Kim K. A bivariate cumulative probit regression model for ordered categorical data. *Statistics in Medicine* 1995;14:1341–52.

18. Kim K, Boucher H, Tsiatis AA. Design and analysis of group sequential logrank tests in maximum duration versus information trials. *Biometrics* 1995;51:988–1000.

19. Williamson JM, Kim K, Lipsitz SR. Analyzing bivariate ordinal data using a global odds ratios. *Journal of the American Statistical Association* 1995;90:1432–7.

20. Abrahamsson PA, Adami HO, Taube A, Kim K, Zelen M, Kulldorff M. RE: Long-term survival and mortality in prostate cancer treated with noncurative intent by Aus G, Hugosson J, Norlén L. *Journal of Urology* 1996;156:296–7.

21. Gale RP, Horowitz MM, Rees JKH, Gray RG, Oken MM, Estey EH, Kim K, et al. Chemotherapy versus transplants for acute myelogenous leukemia in second remission. *Leukemia* 1996;10:13–9.

22. Williamson JM, Kim K. A global odds ratio regression model for bivariate ordered categorical data from ophthalmological studies. *Statistics in Medicine* 1996;15:1507–18.

23. Schiller JH, Kim K, Hutson P, DeVore R, Glick J, Stewart J, Johnson D. Phase II study of topotecan in patients with extensive-stage small cell carcinoma of the lung: An Eastern Cooperative Oncology Group Trial. *Journal of Clinical Oncology* 1996;15:2345–52.

24. Lee SJ, Kim K, Tsiatis AA. Repeated significance testing in longitudinal clinical trials. *Biometrika* 1996;83:779–89.

25. Goh M, Kleer CG, Kielczewski P, Wojno KJ, Kim K, Oesterling JE. Autologous blood donation prior to anatomical radical retropubic prostatectomy: Is it necessary? *Urology* 1997;49:569–74.

26. Roberts JA, Jenison EL, Kim K, Clarke-Pearson D, Langleben A. A randomized, multicenter, double-blind, placebo-controlled, dose-finding study of ORG 2766 in the prevention or delay of cisplatin-induced neuropathies in women with ovarian cancer. *Gynecologic Oncology* 1997;67:172–7.

27. Loehrer PJ, Chen M, Kim K, Aisner SC, Einhorn LH, Livingston R, Johnson D. Cisplatin, doxorubicin and cyclophosphamide plus thoracic radiation therapy for limited-stage unresectable thymoma: An intergroup trial. *Journal of Clinical Oncology* 1997;15:3093–9.

28. Wolber FM, Curtis JL, Milik AM, Fields T, Seitzman GD, Kim K, Kim S, Sonstein J, Stoolman LM. Lymphocyte Recruitment and the kinetics of adhesion receptor expression during the pulmonary immune response to particulate antigen. *American Journal of Pathology* 1997;151:1715–27.

MAMD0EE36027

29. Chang AY, **Kim K**, Boucher H, Bonomi P, Stewart JA, Blum R. Randomized phase II trial of echinomycin, trimetrexate, and cisplatin plus etoposide in metastatic non-small cell lung cancer: An Eastern Cooperative Oncology Group Study (EST 1587). *Cancer* 1998;82:292–300.

30. Johnson DH, Chang AY, Ettinger DS, **Kim K**, Bonomi P. Recent advances with chemotherapy for NSCLC: The ECOG Experience. *Oncology* 1998;12(1 Suppl 2):67–70.

31. Williamson JM, Lipsitz SR, **Kim K**. GEECAT and GEEGOR: SAS macro for analysis of correlated categorical response data. *Computer Methods and Programs in Biomedicine* 1999;58:25–34.

32. Turrisi AT, **Kim K**, Blum R, Sause WT, Livingston RB, Komaki R, Wagner H, Aisner S, Johnson DH. Twice daily thoracic radiotherapy versus once daily thoracic radiotherapy in limited small-cell lung cancer treated concurrently with cisplatin-etoposide chemotherapy. *New England Journal of Medicine* 1999;340:265–71.

33. Tester WJ, **Kim K**, Schiller JH, Krigel RL, Bonomi PD, Glick JH, Asbury RF, Kirkwood JM, Blum RH. A phase II study of recombinant Interleukin-2 with and without beta-Interferon for patients with advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group study (PZ586). *Lung Cancer* 1999;25:199–206.

34. Bonomi P, **Kim K**, Fairclough D, Cella D, Kugler J, Rowinski E, Jiroutek M, Johnson D. Comparison of survival and quality of life in advanced non-small cell lung cancer patients treated with paclitaxel-cisplatin versus etoposide-cisplatin: Results of an Eastern Cooperative Oncology Group trial. *Journal of Clinical Oncology* 2000;18:623–31.

35. Hotton KM, Khorsand M, Hank JA, Albertini M, **Kim K**, Wilding G, Salamat MS, Larson M, Sondel P, Schiller JH. A phase Ib/II trial of granulocyte-macrophage-colony stimulating factor and Interleukin-2 for renal cell carcinoma patients with pulmonary metastases: A case of fatal central nervous system thrombosis. *Cancer* 2000;88:1892–901.

36. Reboussin DM, DeMets DL, **Kim K**, Lan KKG. Programs for computing group sequential bounds using the Lan-DeMets method. *Controlled Clinical Trials* 2000;21:190–207.

37. Merchant JJ, **Kim K**, Mehta MP, Ripple GH, Larson ML, Brophy DJ, Hammes LC, Schiller JH. Pilot and safety trial of carboplatin, paclitaxel, and thalidomide in advanced non-small cell lung cancer. *Clinical Lung Cancer* 2000;2:48–52.

38. Spiessens B, Lesaffre E, Verbeke G, **Kim K**, DeMets DL. An overview of group sequential methods in longitudinal clinical trials. *Statistical Methods in Medical Research* 2000;9:497–515.

39. Robles C, **Kim K**, Oken MM, Bennett JM, Letendre L, Wiernik PH, O'Connell MJ, Cassileth PA. Low-dose cytarabine maintenance therapy vs observation after remission induction in advanced acute myeloid leukemia: An Eastern Cooperative Oncology Group Trial (E5483). *Leukemia* 2000;14:1349–53.

40. Eastman ME, Khorsand M, Maki DG, Williams EC, **Kim K**, Sondel PM, Schiller JH, Albertini MR. Central venous device-related infection and thrombosis in patients treated with moderate dose continuous-infusion Interleukin-2. *Cancer* 2001;91:806–14.

41. Jung S-H, Carey M, **Kim K**. Graphical search for two-stage designs for phase II clinical trials. *Controlled Clinical Trials* 2001;22:367–72.

42. Vidarsson B, Abonour R, Williams EC, Woodson RD, Turman NJ, **Kim K**, Mosher DF, Wiersma SR, Longo WL. Fludarabine and cytarabine as a sequential infusion regimen for treatment of adults with recurrent, refractory or poor prognosis acute leukemia. *Leukemia and Lymphoma* 2001;41:321–31.

43. Leu KH, **Kim K**, Larson M, Larson M, Schiller JH. Phase I/II Trial of Docetaxel and Vinorelbine in Patients with Non-Small Cell Lung Cancer Previously Treated with Platinum-Based Chemotherapy. *Lung Cancer* 2001; 4:105–13.

MMD06E36028

44. Pampallona S, Tsiatis AA, Kim K. Interim monitoring of group sequential trials using spending functions for the type I and type II error probabilities. *Drug Information Journal* 2001;35:1113–21.

45. Lee JW, Jo SJ, DeMets DL, Kim K. Confidence intervals following group sequential tests in clinical trials with multivariate observations. *Journal of Statistical Computation and Simulation* 2002;72:247–60.

46. Spiessens B, Lesaffre E, Verbeke G, Kim K. Group sequential methods for an ordinal logistic random-effects model under misspecification. *Biometrics* 2002;58:569–75.

47. Kolesar JM, Pritchard SC, Kerr KM, Kim K, Nicolson MC, McLeod H. Evaluation of NQO1 gene expression and variant allele in human NSCLC tumors and matched normal lung tissue. *International Journal Of Oncology* 2002;21:1119–24.

48. Kim K, Tsiatis AA, Mehta CR. Computational issues in information-based group sequential clinical trials. *Journal of the Japanese Society of Computational Statistics* 2003;15:153–67.

49. Hoang T, Kim K, Jaslowski A, Koch P, Beatty P, McGovern J, Quisumbing M, Shapiro G, Witte R, Schiller JH. Phase II study of second-line gemcitabine in sensitive or refractory small cell lung cancer. *Lung Cancer* 2003;42:97–102.

50. Jung S-H, Lee T, Kim K, George SL. Admissible two-stage designs for phase II cancer clinical trials. *Statistics in Medicine* 2004;23:561–9.

51. Jung S-H, Kim K. On the estimation of the binomial probability in multistage phase clinical trials. *Statistics in Medicine* 2004;23:881–96.

52. Neal ZC, Imboden M, Rakhmilevich AL, Kim K, Hank JA, Surfus J, Dixon JR, Lode HN, Reisfeld RA, Gillies SD, Sondel PM. NXS2 murine neuroblastomas express increased levels of MHC class I antigens upon recurrence following NK-dependent immunotherapy. *Cancer Immunology and Immunotherapy* 2004;53:41–52.

53. Liu G, Gandara DR, Lara PN, Raghavan D, Doroshow JH, Twardowski P, Kantoff P, Oh W, Kim K, Wilding G. A phase II trial of flavopiridol (NSC #649890) in patients with previously untreated metastatic androgen-independent prostate cancer. *Clinical Cancer Research* 2004;10:924–8.

54. Horning SJ, Weller E, Kim K, Earle JD, O'Connell MJ, Habermann TM, Glick JH. Chemotherapy with or without radiotherapy in limited-stage diffuse aggressive non-Hodgkin's lymphoma: Eastern Cooperative Oncology Group Study 1484. *Journal of Clinical Oncology* 2004;22:3032–8.

55. King DM, Albertini MR, Schalch H, Hank JA, Gan J, Surfus J, Mahvi D, Schiller JH, Warner T, Kim K, Eickhoff J, Kendar K, Reisfeld R, Gillies SD, Sondel P. A phase I clinical trial of the immunocytokine EMD 273063 (hu14.18-IL2) in melanoma patients. *Journal of Clinical Oncology* 2004;22:4463–73.

56. Kahl BS, Bailey HH, Kim K-M, Smith EP, Turman N, Smith J, Werndli J, McGovern J, Jumonville A, Williams EC, Longo WL. Phase II study of weekly low-dose paclitaxel for relapsed and refractory non-Hodgkin's lymphoma: a Wisconsin Oncology Network Study. *Cancer Investigation* 2005;23:13–8.

57. Ji Y, Tsui K-W, Kim K. A novel means of using gene clusters in a two-step empirical Bayes method for predicting classes of samples. *Bioinformatics* 2005;21:1055–61.

58. Morgan-Meadows S, Mulkerin D, Berlin JD, Warren D, Inman A, Kim K, Thomas JP. A phase II trial of gemcitabine, 5-fluorouracil and leucovorin in advanced esophageal carcinoma. *Oncology* 2005;69:130–4.

59. Walker L, Schalch H, King DM, Dietrich L, Eastman M, Kwak M, Kim K, Albertini MR. Phase II trial of weekly paclitaxel in patients with advanced melanoma. *Melanoma Research* 2005;15:453–9.

60. Huie M, Oettel K, van Ummersen L, Kim K, Zhang Y, Staab MJ, Horvath D, Marnocha R, Douglas J, Dresen A, Alberti D, Wilding G. Phase II study of interferon-alpha and doxycycline for advanced renal cell carcinoma. *Investigational New Drugs* September 20 2005 (on line).

IM006E36029

61. Choi BS, Sondel PM, Hank JA, Schalch H, Gan J, King DM, Kendra K, Mahvi D, Lee LY, Kim K, Albertini MR. Phase I trial of combined treatment with ch14.18 and R24 monoclonal antibodies and interleukin-2 for patients with melanoma or sarcoma. *Cancer Immunology, Immunotherapy* September 27 2005 (on line).

62. Ji Y, Tsui K-W, Kim K. A two-stage empirical Bayes method for identifying differentially expressed genes. *Computational Statistics and Data Analysis* (in press).

63. Hoang T, Kim K, Merchant J, Traynor AM, McGovern J, Oettel KR, Sanchez FA, Ahuja HG, Schiller JH. Phase I/II study of gemcitabine and exisulind in patients with recurrent advanced non-small cell lung cancer. *Journal of Thoracic Oncology* 2006;1:218-25.

64. Todem D, Kim K, Lesaffre E. Latent-variable models for longitudinal data with bivariate ordinal outcomes. *Statistics in Medicine* (in press).

## Book Chapters

1. Bennett JM, Miller KB, Kim K, Morrison FS, Winter JN, Cassileth P, Neiman RS, Head D. Phase III evaluation of low-dose cytosine arabinoside versus supportive care in the treatment of adults with myelodysplastic syndrome: An intergroup study by the Eastern Cooperative Oncology Group and the Southwest Oncology Group—Preliminary results. In: Schmalzl F, Mufti GJ (eds) *Myelodysplastic Syndromes.* Berlin: Springer-Verlag, 1992: 253–258.

2. Propert KJ, Kim K. Group sequential methods in multi-institutional cancer clinical trials: A case study. In: Peace KE, eds *Biopharmaceutical Sequential Statistical Applications.* New York: Marcel Dekker, 1992;133–53.

3. Kim K, Lipsitz SR, Williamson JM. Regression models for bivariate ordered categorical data from ophthalmological studies. In: Koo JY, Park BU, Lee KW, Jeon JW, eds *Collected Papers in Honor of Retirement of Professor Chung Han Yung.* Seoul, KOREA: Seoul Nation University, Department of Computer Science and Statistics Alumni Association, 1996;36–45.

4. Bonomi P, Kim K, Johnson D. Phase III experience with paclitaxel in non-small cell lung cancer: North American Experience. In: Johnson DH, Klastersky J, eds *Taxanes in Lung Cancer Therapy.* New York: Marcel Dekker, 1998;81–93.

5. Kim K. Primary and secondary variables. In: Karlberg JE, Tsang K, eds *Introduction to Clinical Trials.* Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;235–7.

6. Kim K. Interim analysis and early stopping. In: Karlberg JE, Tsang K, eds *Introduction to Clinical Trials.* Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;313–26.

7. Kim K. Independent data monitoring committee. In: Karlberg JE, Tsang K, eds *Introduction to Clinical Trials.* Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;327–9.

8. Kim K, Machin D. Study population. In: Karlberg JE, Tsang K, eds. *Introduction to Clinical Trials.* Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;233–4.

9. Shyr Y, Kim K. Weighted flexible compound covarite method for classifying microarray data: A case study of gene expression level of lung cancer. In: Berrar DP, Dubitzky W, and Granzow, M, eds. *A Practical Approach to Microarray Data Analysis.* Boston: Kluwer, 2002;186–200.

10. Schiller JH, Kim K. Respiratory cancer. In: Machin D, Day S, Green S, eds. *Textbook of Clinical Trials.* Chichester: John Wiley & Sons, 2004;159–171.

11. Kim K. Interim analysis. In: Everitt B, Palmer C, eds. *The Encyclopaedic Companion to Medical Statistics.* London: Arnold, 2005;172–5.

MDL0E36030

12. Kim K. Data and safety monitoring boards. In: Everitt B, Palmer C, eds. *The Encyclopaedic Companion to Medical Statistics.* London: Arnold, 2005;94-5.

13. Kim K. Phase II trials. In: Everitt B, Palmer C, eds. *The Encyclopaedic Companion to Medical Statistics.* London: Arnold, 2005;257-9.

14. Kim K. Maximum duration and information trials. In: Chow S-C, Liu J-P, eds. *The Encyclopedia of Clinical Trials.* New York: Wiley (in press).

## Book Reviews

1. Kim K. Group Sequential Methods with Applications to Clinical Trials, by Christopher Jennison and Bruce W. Turnbull, Chapman & Hall/CRC, Boca Raton, 1999, ISBN 0-8493-0316-8, xx+390 pages, $64.95 (hardbound). *Controlled Clinical Trials* 2001;22:195-8.

2. Carbone PP, Kim K. Biostatistics, Carol Redmond and Theodore Colton (editors), Wiley & Sons, Chichester, 2001, ISBN 0-471-82211-6, xx+521 pages, $195.00 (hardbound). *Oncology* 2002;63:102-3.

3. Kim K. Clinical Trials, Lelia Duley and Barbara Farrell (eds), BMJ Books, London, 2002. No. of pages: x+133. Price: £15.95. ISBN 0-7279-1599-1. *Statistics in Medicine* 2003;22:2234.

## Proceedings

1. Kim K. Another estimator following sequential tests. *American Statistical Association Proceedings of Biopharmaceutical Section* 1992;257-65.

2. Kim K. Monitoring of clinical trials. *Proceedings of the International Conference on Recent Advances in Biostatistics: ISI 2001 Satellite Meeting* 2001;77-84.

3. Kim K. Medical informatics program at the University of Wisconsin-Madison. *Proceedings of the International Conference on Recent Advances in Biostatistics: ISI 2001 Satellite Meeting* 2001;195-200.

4. Kim K, Tsiatis AA. Computational issues in information-based group sequential clinical trials. *Proceedings of the International Conference on New Trends in Computational Statistics with Biomedical Applications: ISI 2001 Satellite Meeting* 2001;121-30.

## Submitted or In Revision

1. Todem D, Kim K. Semiparametric models and sensitivity analysis of longitudinal data with non-random dropouts. (submitted to *Biometrika* in January 2006).

2. Todem D, Kim K. On the existence of the maximum likelihood estimate in multivariate random effects models for binary data. (under revision).

3. SCT Working Group on Data Monitoring. Guidelines for data and safety monitoring for clinical trials not requiring traditional data monitoring committees. (Accepted for publication in *Clinical Trials*).

4. Schiller JH, Kim K. Respiratory cancer. (Submitted to *Textbook of Clinical Trials, 2nd ed*).

5. Todem D, Kim K, Lesaffre E. A sensitivity approach to modeling longitudinal bivariate ordinal data subjects to informative dropouts. (Submitted to *Health Services and Outcomes Research Methodology*).

6. Spiessens B, Lesaffre E, Verbeke G, Kim K. The use of mixed models for longitudinal count data when the random-effects distribution is misspecified. (Submitted with revision to *Journal of Statistical Computation and Simulation*).

M/MD0SE36031

7. Traynor AM, Leu KM, Kim K, Larson ML, Koch PD, Bayer GK, McFarland TA, Schiller JH. Weekly paclitaxel as second-line therapy and in patients with performance status 2 with advanced non-small cell lung cancer: Results of two phase II studies and a review of the literature (Submitted to *Lung Cancer*).

## Work In Progress

1. Kim K. Futility considderations in clinical trials: Significance testing versus hypothesis testing. (in preparation).

## Abstracts

1. Kim K, DeMets DL. Estimation following group sequential test. Joint Statistical Meetings, Las Vegas, August 1985. Contributed paper abstract.

2. Kim K. Design of group sequential clinical trials with survival endpoints. Society for Clinical Trials Annual Meeting, Atlanta, May 1987. Scholarship award invited paper abstract (given Scholarship Award).

3. Kim K, DeMets DL. Sample size determination for clinical trials with immediate response and early stopping rule. Joint Statistical Meetings, New Orleans, August 1988. Contributed paper abstract.

4. Miller KB, Kim K, Morrison FS, Winter JN, Bennett JM, Cassileth PA, Grever M, Oken M, Head D. Evaluation of low dose ARA-C versus supportive care in the treatment of myelodysplastic syndromes: An intergroup study by the Eastern Cooperative Oncology Group and the Southwest Oncology Group. *Blood* 1988;72:S215a.

5. Purdy S, Neiman RS, Kim K. The incidence, pattern of involvement and cytology of diffuse large cell lymphoma in bone marrow—An ECOG study. *Proceedings of the Annual Meeting of the United Stages and Canadian Academy of Pathology* 1989.

6. Hochster H, Green M, Oken M, Mann R, Kim K. Fludarabine is highly active in refractory low grade lymphoma: Results of an ECOG randomized phase II study. *Proceedings of the American Society of Clinical Oncology (ASCO)* 1989;8:A989.

7. Kim K. A regression model for bivariate ordered categorical data. Spring Meeting, ENAR/IBS, Baltimore, Maryland, March 1990. Contributed paper abstract.

8. Kim K, Cheuvart B. Study duration for stratified clinical trials with survival data and early stopping rule. Society for Clinical Trials Annual Meeting, Toronto, May 1990. Contributed paper abstract.

9. Kim K, Klein R. Analysis of bivariate ordered categorical data from ophthalmological data. Third National Eye Institute Symposium on Eye Disease Epidemiology, Bethesda, Maryland, March 1991. Invited paper abstract.

10. Kim K. A regression model for bivariate ordered categorical data. Joint Statistical Meetings, Atlanta, August 1991. Invited paper abstract.

11. Oken MM, Kim K, Mazza JJ, Hines JD, Bennett JM, Cassileth PA, O'Connell MJ. Maintenance low-dose ARA-C (LDAC) improves complete remission (CR) duration from salvage induction therapy for relapsed and refractory acute myeloid leukemia (AML). *Proceedings of ASCO* 1991;10:A739.

12. Ruckdeschel RJ, Linnoila RI, Mulshine JL, Kim K, Aisner S, Gazdar AF, Jensen SM, Bonomi P. The impact of neuroendocrine (NE) and epithelial (EPI) differentiation on response and survival in lung cancer: The ECOG experience. *Proceedings of ASCO* 1991;10:A849.

13. Kim K. Another estimator following sequential tests. Spring Meeting, ENAR/IBS, Cincinnati, Ohio, March 1992. Invited paper abstract.

M/M00563/6032

14. Chang A, **Kim K**, Glick J, Anderson T, Karp D, Johnson D. Phase II study of Taxol in patients with stage IV non-small cell lung cancer (NSCLC): The Eastern Cooperative Oncology Group (ECOG) results. *Proceedings of ASCO* 1992;11:A981.

15. Ruckdeschel RJ, Linnoila RI, Mulshine JL, **Kim K**, Piantadosi S, Aisner S. The impact of neuroendocrine and epithelial differentiation of recurrence and survival in patients with lung cancer. *Lung Cancer* 1992;7 (Suppl 2):56.

16. **Kim K**, Boucher H, Tsiatis AA. Design and analysis of group sequential logrank tests. International Biometric Conference, Hamilton, New Zealand, December 1992. Contributed paper abstract.

17. Boucher H, **Kim K**, Tsiatis AA. Design and analysis of group sequential logrank tests in maximum duration versus information trials. Spring Meeting, ENAR/IBS, Philadelphia, March 1993. Contributed paper abstract (given ENAR Student Award).

18. Williamson J, **Kim K**. A global odds ratio regression model for bivariate ordered categorical data from ophthalmological studies. Spring Meeting, ENAR/IBS, Philadelphia, March 1993. Contributed paper abstract.

19. Loehrer PJ, **Kim K**, Einhorn LH, Johnson DH. A phase II study of cisplatin (P) plus adriamycin (A) plus cyclophosphamide (C) in extensive thymoma: An intergroup trial. *Proceedings of ASCO* 1993;12:A1132.

20. **Kim K**. Regression models for bivariate ordered categorical data. Joint Statistical Meetings, San Francisco, August 1993. Invited paper abstract.

21. Williamson J, **Kim K**, Lipsitz S. Generalized estimating equations for bivariate ordinal data: Using the global odds ratio as a measure of association. Joint Statistical Meetings, San Francisco, August 1993. Contributed paper abstract.

22. Lee S, **Kim K**. Generalized estimating equations for group sequential monitoring of clinical trials with repeated measurements. Joint Statistical Meetings, San Francisco, August 1993. Contributed paper abstract.

23. Schiller JH, **Kim K**, Johnson D. Phase II study of topotecan in extensive stage small cell lung cancer. *Proceedings of ASCO* 1994;13:A1093.

24. Johnson DH, **Kim K**, Turrisi AT, Sause W, Komaki R, Wagner H, Blum R. Cisplatin (C) & etoposide (E) + current thoracic radiotherapy (TRT) administered once versus twice daily for limited-stage (LS) small cell lung cancer (SCLC): Preliminary results of an intergroup trial. *Proceedings of ASCO* 1994;13:A1105.

25. Turrisi AT, **Kim K**, Johnson DH, Komaki R, Sause W, Livingston R, Wagner H, Blum R. Daily (QD) v twice-daily (BID) thoracic irradiation (TI) with concurrent cisplatin-etoposide (PE) for limited small cell lung cancer (LSCLC): Preliminary results on 352 eligible patients. *Lung Cancer* 1994;11 (Suppl 2).

26. Schiller JH, **Kim K**, Johnson D. Phase II study of topotecan in extensive stage small cell lung cancer. *Lung Cancer* 1994;11 (Suppl 2):32–33.

27. **Kim K**. SEQPWR and SEQOPR: Computer programs for design of maximum information trials based on group sequential logrank tests. International Biometric Conference, Hamilton, Ontario, August 1994. Contributed poster abstract.

28. Lee SJ, **Kim K**, Tsiatis AA, Wulfsohn M. Repeated significance testing for longitudinal clinical trials. Joint Statistical Meetings, Toronto, August 1994. Contributed paper abstract.

29. Boucher H, **Kim K**, Tsiatis AA. Group sequential score and Wald tests for some parametric survival models. Joint Statistical Meetings, Toronto, August 1994. Contributed paper abstract.

MJ00GE35033

30. Wagner H, Kim K, Johnson DH, Komaki R, Sause W, Curran W, Livingston R, Turrisi AT. Daily (D) vs. twice-daily (BID) thoracic irradiation (TI) with concurrent cisplatin/etoposide (PE) chemotherapy as initial therapy for patients with limited small cell lung cancer (LSCLC): Preliminary results of a phase III prospective Intergroup trial. *International Journal of Radiation Oncology, Biology, and Physics* 1994;30 (Suppl 1):178.

31. Kim K, Ettinger D, Bonomi P, Johnson D. Treatment effects on survival within gender and race subgroups in lung cancer: ECOG's experience. *Proceedings of ASCO* 1995;14:A1101.

32. Glick JH, Kim K, Earle J, O'Connell MJ. An ECOG randomized phase III trial of CHOP vs. CHOP + radiotherapy (XRT) for intermediate grade early stage non-Hodgkin's lymphoma (NHL). *Proceedings of ASCO* 1995;14:A1221.

33. Loehrer PJ, Kim K, Chen M, Einhorn LH, Aisner S, Livingston R, Johnson DH. Phase II trial of cisplatin (P), doxorubicin (A), cyclophosphamide (C) plus radiotherapy in limited stage unresectable thymoma. *Proceedings of ASCO* 1995;13:A1375.

34. Hutson PR, Kim K, Johnson D, Schiller JH. Pharmacodynamic evaluation of the response of extensive stage small cell lung cancer to topotecan. *Proceedings of ASCO* 1995;13:A1481.

35. Johnson DH, Kim K, Sause W, Komaki R, Wagner H, Aisner S, Livingston R, Blum R, Turrisi AT. Cisplatin (C) & etoposide (E) + thoracic radiotherapy (TRT) administered once or twice daily (BID) in limited stage (LS) small cell lung cancer (SCLC): Final report of intergroup trial 0096. *Proceedings of ASCO* 1996;15:A1113.

36. Belani CP, Kim K, Bonomi P, Johnson D. Retrospective estimation of carboplatin exposure by Calvert's and Chatelut's formulae and correlation with pharmacodynamic effects in metastatic non-small cell lung cancer (NSCLC). *Proceedings of ASCO* 1996;15:A1119.

37. Wagner H, Kim K, Turrisi A, Jiroutek M, Shaw EG, Einhorn LH, Eisert D, Johnson D. A randomized phase III study of prophylactic cranial irradiation (PCI) vs. observation (OBS) in patients (Pts) with small cell lung cancer (SCLC) achieving a complete response: Final report of an incomplete trial by the Eastern Cooperative Oncology Group and Radiation Therapy Oncology Group (E3589/R92-01). *Proceedings of ASCO* 1996;15:A1120.

38. Bonomi P, Kim K, Chang A, Johnson D. Phase III trial comparing etoposide (E) cisplatin (C) versus Taxol (T) with cisplatin-G-CSF (G) versus Taxol-cisplatin in advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group (ECOG) trial. *Proceedings of ASCO* 1996;15:A1145.

39. Bonomi P, Kim K, Kugler J, Johnson D. Cisplatin/etoposide vs paclitaxel/cisplatin/G-CSF vs paclitaxel/cisplatin in non-small-cell lung cancer. *Oncology* 1997;11 (4), Suppl 3.

40. Bonomi P, Kim K, Kugler JW, Johnson D. Results of a phase III trial comparing Taxol-cisplatin (TC) regimens to etoposide-cisplatin (EC) in non-small cell lung cancer (NSCLC). *Lung Cancer* 1997;15 (Suppl 2).

41. Schiller J, Kim K, Hutson P, Larson M, Johnson D. An Eastern Cooperative Oncology Group Phase II study of topotecan in extensive stage small cell lung cancer. *Annals of Oncology* 1997;7 (Suppl 5):107.

42. Cella D, Fairclough DL, Bonomi PB, Kim K, Johnson D. Quality of Life (QOL) in advanced non-small cell lung cancer (NSCLC): Results from Eastern Cooperative Oncology Group (ECOG) study E5592. *Proceedings of ASCO* 1997;16:A4.

43. Bonomi P, Kim K, Kugler JW, Johnson D. Cisplatin/etoposide vs paclitaxel/cisplatin/G-CSF vs paclitaxel/cisplatin in non-small-cell lung cancer. *Oncology* 1997;11 (4 Suppl 3):9–10.

44. Bonomi P, Kim K, Chang A, Johnson D. Comparison of Survival for stage IIIb versus stage IV non-small cell lung cancer (NSCLC) patients treated with etoposide-cisplatin versus Taxol-cisplatin: An Eastern Cooperative Oncology Group (ECOG) trial. *Proceedings of ASCO* 1997;16:A1631.

45. Schuette RW, Normolle DP, Brenner DE, Kim K. A data management system allowing multi-institutional clinical trials to deliver secure communications and good clinical laboratory practice standards on the World-Wide Web. *Controlled Clinical Trials* 1997;18:91S.

46. Lee SJ, Kim K. Group sequential monitoring of clinical trials with bivariate time to event endpoints. Joint Statistical Meetings, Anaheim, August 1997. Contributed paper abstract.

47. Eastman M, Khorsand M, Maki D, Williams E, Kim K, Sondel P, Schiller J, Albertini MR. Catheter-related bacteremia and thrombosis in patients treated with moderate-dose, continuous-infusion Interleukin-2. *Proceedings of ASCO* 1998;17:437a.

48. Turrisi A, Kim K, Sause W, Komaki R, Wagner H, Aisner S, Livingston R, Blum R, Johnson D. Observations after 5 year follow-up of intergroup trial 0096: 4 cycles of cisplatin (P) etoposide (E) and concurrent 45 Gy thoracic radiotherapy (TRT) given in daily (QD) or twice-daily fractions followed by 25 Gy PCI: Survival differences and patterns of failure. *Proceedings of ASCO* 1998;17:457a.

49. Aisner SC, Turrisi A, Kim K, Sause WT, Livingston RB, Einhorn L, Wagner H, Ettinger D, Komaki R, Blum R, Johnson DH. Incidence and clinical significance of variant morphology (small cell/large cell subtype) in limited stage small cell lung cancer (SCLC): A prospective analysis of an intergroup ECOG, RTOG, and SWOG study. *Proceedings of ASCO* 1998;17:458a.

50. Kim K, Bonomi PD, Kugler J, Johnson DH. Two-year survival and prognostic factors for overall survival in advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group experience. *Proceedings of ASCO* 1998;17:461a.

51. Spiessens B, Lesaffre E, Kim K, DeMets DL. An overview of group sequential methods in longitudinal clinical trials. *Controlled Clinical Trials* 1998;19:45S.

52. Kim K. History of Biostatistics and its implications in Korea. Pohang University of Science and Technology, Pohang, KOREA, June 1998. Invited paper abstract.

53. Jung S-H, Kim K. UMVUE for binomial proportion in multistage phase II clinical trials. International Society for Clinical Biostatistics Meeting, Dundee, Scotland, August 1998. Contributed paper abstract.

54. Hotton KM, Kim K, Larson ML, Larson MM, Pharo L, Schiller JH. Phase I/II trial of docetaxel and vinorelbine in patients with non-small cell lung cancer (NSCLC) previously treated with platinum-based chemotherapy. *Proceedings of ASCO* 1999;18:509a.

55. Min S-J, Kim K, Gillespie B. Group sequential methods for nonlinear models in clinical trials with longitudinal data: Establishment of independent increments structure. Joint Statistical Meetings, Baltimore, August 1999. Contributed paper abstract.

56. Kim K, Kaya I, Niederhuber JE. A Web-based database management system for protocol tracking and patient registration at an NCI-designated comprehensive cancer center. Joint Annual Meeting of the International Society for Clinical Biostatistics and of the German Society for Medical Informatics, Biometry and Epidemiology, Heidelberg, Germany, September 1999. Contributed paper abstract.

57. Min S-J, Kim K, Gillespie B. Group sequential methods for nonlinear models in clinical trials with longitudinal data: Establishment of independent increments structure. Spring Meeting, ENAR/IBS, Chicago, March 2000. Contributed paper abstract.

58. Lesaffre E, Spiessens B, Kim K, Verbeke G. A group sequential method for logistic random-effects models. *Controlled Clinical Trials* 2000;21:45S

59. Albertini MR, King D, Mahvi D, Warner T, Glowacki N, Roberts T, Schalch H, Kim K, Schiller JH, Rakhmilevich A, Yang, NS, Roy M, Swain W, Hank J, Sondel PM. Phase I trial of immunization using particle-mediated transfer of genes for GP-100 and GM-CSF into uninvolved skin of patients with melanoma. *Proceedings of ASCO* 2000;19:467a.

MMC00636035

60. Kolesar JM, Olson EW, Hillman LA, Miller JA, Kim K, McLeod HL. Evaluation of NQO1 gene expression and point mutations in NSCLC tumors and matched normal lung tissue. *Proceedings of ASCO* 2000;19:498a.

61. Hotton KM, Kim K, McGovern, Larson ML, Hammes LC, Schiller JH. Preliminary results of two phase II studies of weekly paclitaxel in patients (pts) with non-small cell lung cancer (NSCLC). *Proceedings of ASCO* 2000;19:534a.

62. Merchant J, Hammes L, Brophy D, Larson M, Ripple G, Mehta M, Kim K, Bryan T, Schiller JH. Pilot and safety trial of carboplatin, paclitaxel and thalidomide in advanced non-small cell lung cancer. *Proceedings of ASCO* 2000;19:541a.

63. Min S-J, Kim K, Gillespie B. Independent increments structure examined for nonlinear models in longitudinal clinical trials using group sequential methods. Joint Statistical Meetings, Indianapolis, August 2000. Contributed paper abstract.

64. Kim K. Independent increment structure in group sequential tests and information-based design and monitoring. International Society for Clinical Biostatistics Meeting, Trento, Italy, September 2000. Contributed paper abstract.

65. Todem D, Kim K. Mixed effects models for longitudinal bivariate response counts. SRCOS/ASA Summer Research Conference in Statistics, St. Augustine, Florida, June 2001. Contributed paper abstract.

66. Kim K. Some Statistical Issues in Cancer Research. Joint Statistical Meetings, Atlanta, Georgia, August 2001. Invited paper abstract.

67. King D, Albertini M, Schalch H, Hank J, Surfus J, Gan J, Schiller JH, Mahvi D, Kim K, Kendra K, Reisfeld R, Dahl T, Kashala O, Sturmhoefel K, Gillies S, Sondel P. Phase I/IB trial of the immunocytokine hu14.18-IL2 in patients with GD2 positive tumors. Proceedings of the Annual Meeting of the Society for Biologic Therapy, 2001.

68. Hank JA, Albertini MR, Gan J, Surfus J, King D, Schalch H, Kim K, Dahl T, Kashala O, Sturmhoefel K, Reisfeld RA, Gillies SD, Sondel PM. Antibody-cytokine hu14.18-IL2 retains antibody and IL-2 activity following clinical administration and induces IL-2 mediated immune activation. Proceedings of the Annual Meeting of the Society of Biologic Therapy, 2001.

69. Kim K, Jung S-H. Design and statistical inference of phase II cancer clinical trials Annual Scientific Symposium of the Hong Kong Cancer Institute, Hong Kong, March 2002. Contributed paper abstract.

70. Todem D, Kim K, Lesaffre E. Latent-class models for longitudinal data with bivariate ordinal outcomes. Spring Meeting, ENAR/IBS, Arlington, Virginia, March 2002. Contributed paper abstract.

71. Ji Y, Kim K. Statistical modeling of gene expression data. Spring Meeting, ENAR/IBS, Arlington, Virginia, March 2002. Contributed paper abstract.

72. King D, Albertini M, Schalch H, Hank J, Surfus J, Gan J, Schiller JH, Mahvi D, Kim K, Reisfeld R, Dahl T, Kashala O, Sturmhoefel K, Gillies S, Sondel P. Phase I/IB trial of the immunocytokine hu14.18-IL2 in patients with metastatic melanoma. *Proceedings of ASCO* 2002;21 (part 1):16a.

73. Hoang T, Kim K, Jaslowski A, Koch P, Beatty P, McGovern J, Quisumbing M, Shapiro G, Witte R, Schiller JH. Phase II study of gemcitabine as second-line therapy in patients with small cell lung cancer. *Proceedings of ASCO* 2002;21 (part 2):218a.

74. Ji Y, Kim K. On Bayesian classification with microarray gene expression data. Midwest Biopharmaceutical Statistics Workshop, Muncie, Indiana, May 2002. Contributed paper abstract.

75. Todem D, Kim K. Modeling repeated bivariate ordinal outcomes subject to informative dropout. Workshop on Developments and Challenges in Mixture Modles, Bump Hunting and Measurement Error Models, Cleveland, Ohio, June 2002. Contributed paper abstract.

MMO06E36036

76. Ji Y, **Kim K**, Bradfield C. Identification of gene sets from cDNA microarrays using classification trees. International Biometric Conference, Freiburg, GERMANY, July 2002. Contributed paper abstract.

77. **Kim K**. A Protocol Tracking and Patient Registration System at the University of Wisconsin Comprehensive Cancer Center Joint Statistical Meeting, New York, New York, August 2002. Invited technical exhibit abstract.

78. Jung S-H, Lee T, **Kim K**, George SL. Admissible Two-Stage Designs for Phase II Cancer Clinical Trials. International Society for Clinical Biostatistics Meeting, Dijon, FRANCE, September 2002. Contributed paper abstract.

79. King D, Albertini M, Schalch H, Hank J, Surfus J, Gan J, Schiller JH, Mahvi D, **Kim K**, Reisfeld R, Dahl T, Kashala O, Sturmhoefel K, Gillies S, Sondel P. Clinical and immunological investigation of the immunocytokine EMD 273063 (hu14.18-IL2) in subjects with metastatic or recurrent melanoma. Proceedings of the Annual Meeting of the Society of Biologic Therapy, 2002.

80. Hutson PR, Love RR, Cleary JF, **Kim K**. Pharmacokinetic and pharmacodynamic interaction of adjuvant tamoxifen and exemestane in postmenopausal women treated for early stage breast cancer. Proceedings of the 25th Annual San Antonio Breast Cancer Symposium, December 2002.

81. Hoang T, **Kim K**, Schiller JH, et al. Phase I study of exisulind and gemcitabine in patients with recurrent senitive advanced non-small cell lung cancer. *Lung Cancer* 2003;21 (Suppl 2).

82. Todem D, **Kim K**. Existence of the maximum likelihood estimators for a class of mixed effects models for multivariate ordinal outcomes. Joint Statistical Meetings, San Francisco, August 2003. Contributed paper abstract.

83. Hoang T, **Kim K**, Merchant J, Traynor A, Ahuja H, Masters G, McGovern J, Oettel K, Sanchez F, Schiller JH. Phase I/II study of exisulind and gemcitabine in patients with recurrent advanced non-small cell lung cancer (NSCLC). *Proceedings of ASCO* 2004;23 (part 2):639 (abstr 7103).

84. Kahl BS, Ahuja HG, Sanchez FA, Rodrigues GA, Voorhees PM, Stevens EA, Smith J, Turman N, **Kim K**, Bailey BH. Phase II study of arsenic trioxide plus ascorbin acid for relapsed and refractory lymphoid malignancies: A Wisconsin Oncology Network study. *Proceedings of ASH* 2004 (abstr 4582).

85. Groteluschen DL, **Kim K**, Hoang T, Dubey S, Hansen RM, Kwong R, Hammes LC, Liverseed KE, Schiller JH, Traynor AM@Phase I study of weekly topotecan (T) in recurrent small cell lung cancer (SCLC). *Proceedings of the 11th World Conference on Lung Cancer (IASLC)*.

86. Herson J, Freedman R, Hughes M, **Kim K**, Silverman M, Tangen C. Data monitoring policy for exploratory clinical trials. Society for Clinical Trials Annual Meeting, Portland, OR, May 2005.

87. Carbone PP, Sielaff K, **Kim K**, Verma A, Larson PO, Snow S, Lenaghan T, Viner JL, Dreckschmidt N, Hamielec M, Pomplun M, Sharata HH, Puchalsky D, Berg ER, Bailey HH. A randomized, double-blind, placebo controlled phase III skin cancer prevention study of DFMO in subjects with a previous history of skin cancer. *Proceedings of the American Association for Cancer Research* 2005;4398a.

88. Messing EM, **Kim K**, Wilding G, Sharkey F, Parnes H, Schultz M, Kim D, Saltzstein D, Carbone P. A randomized prospective phase III trial of difluoromethylornithine (DFMO) vs placebo (P) in preventing recurrence of completely resected low risk superficial bladder cancer. *Proceedings of the American Urological Association* 2005;922a.

## Technical Reports

1. **Kim K**, Harrington DP. Analysis of EST 4477: Phase III combined modality treatment protocol for stages III and IV favorable (nodular) histologic subtypes of non-Hodgkin's lymphoma. Technical Report No. 470E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, June 1987;123–204.

MA0036E36037

2. Kim K, Boucher H, Crouse C. Analysis of EST 1587: Phase II protocol for chemotherapy in metastatic non-small cell bronchogenic carcinoma. Technical Report No. 661E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, June 1992;79–122.

3. Kim K, Toledano A, Pelletier L. Analysis of EST 1785: Phase II protocol for the evaluation of interferon-$\beta_{Ser}$ and menogaril in patients with advanced soft tissue sarcoma. Technical Report No. 660E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, February 1993;309–26.

4. Kim K, Crouse C. Analysis of EST P-Z586: Phase II study of recombinant interleukin 2 with or without recombinant beta interferon in patients with advanced non-small cell lung cancer. Technical Report No. 739E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, February 1993;369–91.

5. Lee SJ, Kim K, Fischer W. Prognostic factor analysis of EST 4483: An intergroup phase III protocol for evaluation of low-dose ARA-C versus supportive therapy alone in the treatment of myelodysplastic syndromes. Technical Report No. 712E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1994;83–110.

6. Kim K, Kim H-J, Hill D, Rohoman D. Analysis of EST 4484: Master protocol for the evaluation of new agents and combinations in patients with advanced lymphoma, Part II: Daily and weekly N-MF regimens. Technical Report No. 759E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1994;111-32.

7. Kim K, Allen S, Fischer W. Analysis of EST 5483: Phase III study of high-dose cytosine arabinoside and m-AMSA in relapsed and refractory acute leukemia. Technical Report No. 744E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, March 1995;161-209.

8. Kim K, Fitzpatrick CC. EST 3589/RTOG 92-01: Randomized phase III study of prophylactic cranial irradiation versus observation in small cell lung cancer patients achieving a complete response to induction therapy. Technical Report No. 828E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1995;199–210.

9. Kim K, Fitzpatrick CC. EST 2590: Biomarkers in small cell lung cancer. Technical Report No. 829E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1995;211–214.

10. Kim K, Fitzpatrick CC. Analysis of EST 4589: Phase II study of PAC (cis-platinum, adriamycin and cyclophosphamide) plus radiotherapy in treatment of limited unresectable invasive thymoma. Technical Report No. 807E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, March 1996;41–66.

11. Kim K, Vogel H. Analysis of EST 1484: Phase III Randomized Trial of Chemotherapy Alone versus Chemotherapy plus Radiotherapy Consolidation for Unfavorable (Diffuse) Histologic Subtypes of Early Stage Non-Hodgkin's Lymphoma. Technical Report No. 809E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, September 1997;175–231.

12. Kim K, Fizpatrick CC. Analysis of EST 3588: Phase III study of cisplatin plus etoposide combined with standard fractionation thoracic radiotherapy versus cisplatin plus etoposide combined with multiple daily fractionated thoracic radiotherapy for limited stage small cell lung. Technical Report No. 810E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, September 1997;253–318.

13. Kim K. Analysis of EST 5592: Phase III study comparing etoposide/cisplatin versus Taxol/cisplatin/G-CSF versus Taxol/cisplatin in advanced non-small cell lung cancer. Technical Report No. 862E, Department of Biostatistical Science, Dana-Farber Cancer Institute, Boston, June 1998;201–314.

14. Kim K, Fitzpatrick CC. Pharmacodynamics of Carboplatin Exposure in Patients with metastatic non-small cell lung cancer. Technical Report No. 863E, Department of Biostatistical Science, Dana-Farber Cancer Institute, Boston, November 1998;171–201.

15. Kim K, Fitzpatrick CC, Zhao H. Analysis of EST 1584: Immunohistochemical analysis of lung cancer. Technical Report No. 863E, Department of Biostatistical Science, Dana-Farber Cancer Institute, Boston, November 1998;203–86.

MJM006E36038

16. Kim K, Bhattacharya A. Analysis of CO 9285 Step 1b: Phase II chemoprevention study of difluoromethylornithine (DFMO) in subjects with superficial bladder cancer. Technical Report No. 1, Biostatistics Shared Resource, University of Wisconsin Comprehensive Cancer Center, December 1999.

17. Lee JW, Jo SJ, DeMets DL, Kim K. Confidence intervals following group sequential tests in clinical trials with multivariate outcomes. Technical Report #154, Department of Biostatistics & Medical Informatics, University of Wisconsin-Madison, February 2001.

18. Todem D, Kim K, Lesaffre E. Latent-variable models for longitudinal data with bivariate ordinal outcomes. Technical Report #169, Department of Biostatistics and Medical Informatics, University of Wisconsin-Madison, September 2002.

19. Ji Y, Tsui K-W, Kim K. A Bayesian classification method for treatments using microarray gene expression data. Technical Report #170, Department of Biostatistics and Medical Informatics, University of Wisconsin-Madison.

## Invited Seminars

1. Group sequential monitoring in clinical trials. March 1986, ENAR Spring Meeting, Atlanta.

2. Group sequential monitoring in clinical trials. March 1986, Department of Statistics, Ohio State University, Columbus, Ohio.

3. Group sequential monitoring in clinical trials March 1986, Department of Biostatistics, University of Michigan,. Ann Arbor, Michigan.

4. Second order approximation for estimation following sequential tests. October 1986, Department of Statistics, University of Wisconsin-Madison.

5. Design of group sequential clinical trials with survival endpoints. May 1987, Annual Meeting of the Society for Clinical Trials, Atlanta (given Scholarship Award).

6. Study duration for clinical trials with survival response and stopping rule. March 1988, Department of Biostatistics, University of Washington, Seattle.

7. Developmental toxicology. March 1988, Cancer Prevention Research Unit, Fred Hutchinson Cancer Research Center, Seattle.

8. Study duration for clinical trials with survival response and stopping rule. July 1988, Biostatistics Society, Seoul, KOREA.

9. A regression model for bivariate ordered categorical data from ophthalmological studies. July 1990, Department of Ophthalmology and Visual Science, University of Wisconsin-Madison.

10. Analysis of bivariate ordered categorical data from ophthalmological data. March 1991, Third National Eye Institute Symposium on Eye Disease Epidemiology, Bethesda, Maryland (presented by KK).

11. A regression model for bivariate ordered categorical data. August 1991, Joint Statistical Meetings, Atlanta.

12. Another estimator following sequential tests. March 1992, ENAR Spring Meeting, Cincinnati.

13. Infrastructure for clinical oncology. January 1993, Yonsei University Cancer Center, Seoul, KOREA.

14. Sequential methods—Early stopping rules. May 1993, Department of Radiation Oncology, Massachusetts General Hospital, Boston.

15. Regression models for bivariate ordered categorical data. June 1993, Department of Biostatistics, University of Wisconsin-Madison.

MM00SE36039

16. Regression models for bivariate ordered categorical data. August 1993, Joint Statistical Meetings, San Francisco.

17. Group sequential methods for clinical trials with longitudinal data based on generalized estimating equations. April 1994, Department of Mathematics and Statistics, Wright State University, Dayton, Ohio.

18. Organizations for cancer research. June 1994, Department of Preventive Medicine, Seoul National University Medical School, KOREA.

19. Infrastructure for clinical oncology. June 1994, Seoul National University Hospital, KOREA.

20. Repeated significance testing and independent increments. February 1995, Department of Biostatistics, University of Michigan, Ann Arbor, Michigan.

21. Data management in cooperative oncology groups. March 1995, Clinical Trials and Biometry, Wilmer Ophthalmological Institute, Johns Hopkins University, Baltimore.

22. Repeated significance testing and independent increments. April 1995, Department of Biostatistics, School of Hygiene and Public Health, Johns Hopkins University, Baltimore.

23. Repeated significance testing and independent increments. June 1995, Department of Biostatistics, University of Wisconsin-Madison.

24. Repeated significance testing and independent increments. December 1995, Department of Biostatistics and Epidemiology, Memorial Sloan-Kettering Cancer Center, New York.

25. Group sequential methods for failure time data: A review. January 1997, Department of Biostatistics, University of Wisconsin-Madison.

26. Group sequential methods for clinical trials with longitudinal data based on generalized estimating equations. April 1997, Department of Statistics, Rice University, Houston.

27. Group sequential methods for general parametric failure time data. April 1997, Department of Biomathematics, M.D. Anderson Cancer Center,. Houston

28. Regression Models for Bivariate Ordered Categorical Data from Ophthalmological Studies. January 1998, Department of Statistics, Ohio State University, Columbus.

29. Regression Models for Bivariate Ordered Categorical Data from Ophthalmological Studies. May 1998, Department of Statistics, University of Wisconsin-Madison.

30. Infrastructure for Clinical Oncology. June 1998, Clinical Trials and Epidemiology Research Unit, National Medical Research Council, SINGAPORE.

31. Clinical Trials Organizations at the University of Wisconsin-Madison. June 1998, Samsung Medical Center, Seoul, KOREA.

32. History of Biostatistics and its implications in Korea. June 1998, Pohang University of Science and Technology, Pohang, KOREA.

33. Infrastructure for Clinical Oncology. June 1998, Korean Cancer Center Hospital, Seoul, KOREA.

34. Database Unveiling. September 1998, University of Wisconsin Comprehensive Cancer Center.

35. Statistical Issues in Clinical Trials. July 1999, Korean Federation of Science and Technology Societies, Seoul, KOREA.

36. The Implications of the ICH Guidelines on Korean Pharmaceutical Industry and the Role of Biostatisticians. July 1999, Biostatistics Section, Korean Statistical Society and Group Korea, International Biometrics Society, Seoul, KOREA.

MÁM00SE36040

37. Regression Models for Bivariate Ordered Categorical Data from Ophthalmological Studies. November 1999, Department of Preventive Medicine, University of Wisconsin-Madison.

38. Independent Increment Structure in Group Sequential Tests and Information-based Design and Monitoring. April 2000, Division of Biostatistics, University of Minnesota.

39. Clinical Cancer Research at UWCCC. 24 April 2001, Cancer Center, Ajou University Medical Center, Suwon, KOREA.

40. Information-based Design and Monitoring of Group Sequential Clinical Trials. 9 July 2001, Division of Biostatistics, Pharmacia, Inc., Skokie, Illinois.

41. Some Statistical Issues in Cancer Research. 8 August 2001, Joint Statistical Meetings, Atlanta, Georgia.

42. Clinical Trial Management & Good Clinical Practice. 18 August 2001, Workshop on Clinical Oncology Research, Korean Cancer Study Group, Seoul, KOREA.

43. Monitoring of Clinical Trials. 20 August 2001, International Conference on Recent Advances in Biostatistics, Taejon, KOREA.

44. Medical Informatics Program at the University of Wisconsin-Madison. 21 August 2001, International Conference on Recent Advanced in Biostatistics, Taejon, KOREA.

45. Computational Issues in Information-based Group Sequential Clinical Trials. 31 August 2001, International Conference on New Trends in Computational Statistics with Biomedical Applications, Osaka, JAPAN

46. Clinical trials design and randomization. 22 January 2002, Tumor Immunology Journal Club, University of Wisconsin Medical School, Madison, Wisconsin.

47. Identification of gene sets from cDNA microarrays using classification trees. 12 March 2002, Department of Biostatistics, Medical College of Wisconsin, Milwaukee, Wisconsin.

48. A protocol tracking and patient registration system at the University of Wisconsin Comprehensive Cancer Center. 11 August 2002, Joint Statistical Meetings, New York, New York.

49. Efficient design and analysis considerations for cancer prevention trials: Interim analysis, multiple outcomes and other multiplicity issues. 15 October 2002, American Association for Cancer Research Frontiers in Cancer Prevention Research, Boston, Massachusetts.

50. Statistical Consulting in Cancer Research and Opportunities in Biostatistics. 12 November 2002, St. Olaf University, Northfield, Minnesota (Statistics Visiting Lecture Program of the Committee of Presidents of Statistical Societies)

51. Semiparametric Mixed Effects Models for Longitudinal Bivariate Ordinal Outcomes Subject to Informative Dropouts: A Sensitivity Approach. 2 March 2004, Medical College of Wisconsin, Milwaukee, Wisconsin

52. Futility Considerations: Stochastic Curtailment vs. Hypothesis Tests. 26 May 2004, Society for Clinical Trials Annual Meeting, New Orleans, Louisiana

53. Design and Analysis of Phase II Clinical Trials. 27 April 2006, Michigan State University, East Lansing, Michigan GERMANY

## Presentations

1. Estimation following group sequential test. August 1985, Joint Statistical Meetings, Las Vegas.

2. Sample size determination for clinical trials with immediate response and early stopping rule. August 1988, Joint Statistical Meetings, New Orleans.

M003E35041

3. Stochastic curtailment for early termination in clinical trials with survival responses. March 1989, ENAR Spring Meeting, Lexington, Kentucky.

4. A regression model for bivariate ordered categorical data. March 1990, ENAR Spring Meeting, Baltimore.

5. Study duration for stratified clinical trials with survival data and early stopping rule. May 1990, Annual Meeting of the Society for Clinical Trials, Toronto.

6. Design and analysis of group sequential logrank tests. December 1992, International Biometric Conference, Hamilton, NEW ZEALAND.

7. A phase II study of cisplatin (P) plus adriamycin (A) plus cyclophosphamide (C) in extensive thymoma: An intergroup trial. May 1993, Annual Meeting of the American Society of Clinical Oncology in Orlando.

8. SEQPWR and SEQOPR: Computer programs for design of maximum information trials based on group sequential logrank tests. August 1994, International Biometric Conference, Hamilton, Ontario.

9. Treatment effects on survival within gender and race subgroups in lung cancer: ECOG's experience. May 1995, Annual Meeting of the American Society of Clinical Oncology, Los Angeles.

10. Two-year survival and prognostic factors for overall survival in advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group experience. May 1998, Annual Meeting of the American Society of Clinical Oncology, Los Angeles

11. UMVUE for binomial proportion in multistage phase II clinical trials. August 1998, 19th Annual Conference, International Society for Clinical Biostatistics, Dundee, SCOTLAND

12. A Web-based database management system for protocol tracking and patient registration at an NCI-designated comprehensive cancer center. September 1999, 20th Annual Conference, International Society for Clinical Biostatistics (joint with, the German Society for Medical Informatics, Biometry and Epidemiology), Heidelberg, GERMANY

13. Independent increment structure in group sequential tests and information-based design and monitoring. September 2000, 21th Annual Conference, International Society for Clinical Biostatistics, Trento, ITALY

14. Design and statistical inference of phase II cancer clinical trials. March 2002, Annual Scientific Symposium of the Hong Kong Cancer Institute: Cancer Trials in Asia, Hong Kong, CHINA

15. Identification of gene sets from cDNA microarrays using classification trees. July 2002, International Biometric Conference, Freiburg, GERMANY

16. Admissible two-stage designs for phase II cancer clinical trials. September 2002, 23th Annual Conference, International Society for Clinical Biostatistics, Dijon, FRANCE

17. Latent Class Models for Joint Analysis of Panel Count Data and Longitudinal Biomarkers. August 2006, 27th Annual Conference, International Society for Clinical Biostatistics, Geneva, SWITZERLAND

MJM005E35042

KYUNGMANN KIM MATERIALS REVIEWED

| Title | Author |
|---|---|
| 1997 – *J. Clinical Pharmacol* article, Intention-to-Treat Analysis in Randomized Trials: Who Gets Counted?" | Milo Gibaldi, PhD and Sean Sullivan, PhD |
| 2000 American Cancer Society article titled " COX-2 Is Expressed in Human Pulmonary, Colonic, and Mammary Tumors" | R. Soslow, A. Dannenberg, D. Rush, B. Woerner, K. Khan, J. Masferrer, A. Koki |
| *2000 American Medical Association* article titled "Gastrointestinal Toxicity with Celecoxib vs Nonsteroidal Anti- Inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis" | F. Silverstein, G. Faich, J Goldstein, L Simon, T. Pincus, A. Whelton, Rl Makuch, G. Eisen, N. Agrawal, W. Stenson, A. Burr, W. Zhao, J. Kent, J. Lefkowith, K. Verburg, G. Geis |
| 2002 *Circulation* article titled " Selective COX-2 Inhibition Improves Endothelial Function in Coronary Artery Disease" | R. Chenevard, D. Hurlimann, M. Bechir, F. Enseleit, L. Spieker, M. Hernann. W. Riesen, S. Gay, R, Gay, M. Neidhart, B. Michel, T. Luscher, G. Noll, F. Ruschitzka |
| 2002 *The American Journal of Cardiology* article titled " Comparison of Thromboembolic Events in Patents Treated with Celecoxib, a Cyclooxygenase-2 Specific Inhibitor, Versus Ibuprofen or Diclofenac" | W. White, G. Faich, A. Whelton, C. Maurath, N.Ridge, K. Verburg, S. Geis, J. Lefkowith |
| 2005 – *The New England Journal of Medicine* Original article titled " Complications of the COX-2 Inhibitors Parecoxib and Valdecoxib after Cardiac Surgery" | Nancy Nussmeier, Andrew Whelton, Mark Brown, Richard Landford Andreas Hoeft Joel Parlow, Steven Boyce, Kenneth Verburg |
| 2005 – *The New England Journal of Medicine* Editorial titled "COX-2 Inhibitors – Lessons in Drug Safety" | Bruce Patsy, Curt Furberg |
| 2005 – *The New England Journal of Medicine* Editorial titled "COX-2 Inhibitors – Lesson Unexpected Problems" | Jeffrey Drazen |
| 2005 *Drug Safety* article titled, "A Comparison of Reported Gastrointestinal and Thromboembolic Events Between Rofecoxib and Celecoxib Using Observational Data" | Rachna Kasliwal, Deborah Layton, Scott Harris, Lynda Wilton and Saad AW Shakir |
| 2006 *Drug Safety* article titled, "Cardiovascular Events Associated with Long-Term Use of Celecoxib, Rofecoxib and Meloxicam in Taiwan" | Weng-Foung Huang, Fei-Yuan Hsiao, Yi-Wen Tsai, Yu-Wen Wen, Yaw-Tang Shih |
| Analysis of Vioxx Data from the Approve Victor & VP Studies – Protocol 203 | |
| Approve Trial Cardiovascular Safety Report | |

1

MM006E36043

| Title | Author |
| --- | --- |
| April 20, 2006 – *N. Engl. J. Med.* article "The Challenge of Subgroup Analyses – Reporting without Distorting" | Stephen W. Lagakos, PhD |
| April 5, 2005 *Annals of Internal Medicine* article titled "The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults" | Linda E. Lévesque, BScPhm, MSc, James M. Brophy, MD, Phd and Bin Zhang, MSc |
| April 6, 2005 memorandum to NDA files 20-998, 21-156, 21-341, 21-042 regarding Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk | John K. Jenkins, M.D. and Paul J. Seligman, M.D., M.P.H. |
| April 8, 2005 Report of Richard A. Kronmal titled "In Re Vioxx Litigation" | |
| August 15, 2003 *The American Journal of Cardiology* article titled "Cardiovascular Thrombotic Events in Arthritis Trials of the Cyclooxygenase-2 Specific Inhibitor Celecoxib" | W. White, G. Faich, J. Borer, R. Makuch |
| August 2, 2005 – *Circulation* article, "Cyclooxygenase Inhibition and Cardiovascular Risk" | Elliott M. Antman, M.D., David DeMets, PhD, Joseph Loscalzo, M.D., PhD |
| August 2, 2005 *Pharmacoepidemiology and Drug Safety* article titled "Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications" | Priscilla Velentgas PhD, William West, PhD, et al. |
| August 21, 2004 *The Lancet* article titled " Comparison of Lumiracoxib with Naproxen and Ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), Reduction in Ulcer Complications: Randomised Controlled Trial" | T. Schnitzer, G. Burmester, E. Mysler, M. Hochberg, M. Doherty, E. Ehrsam, X. Gitton, G. Krammer, B. Mellein, P. Matchaba, A. Gimona, C. Hawkey |
| August 21, 2004 *The Lancet* Comment titled " A Coxib a Day Won't Keep the Doctor Away" | |
| August 22/29, 2001 *JAMA* articled titled "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors" | Debabrata Mukherjee, M.D., Steven E. Nissen, M.D., Eric J. Topol, M.D. |

2

MMO00GE36044

| Title | Author |
|---|---|
| August 9, 2001 – *The New England Journal of Medicine* article titled "Drug Therapy: The Coxibs, Selective Inhibtors of Cyclooxygenase-2" | Garret Fitzgerald, Carlo Patrono |
| *Circulation* article titled "Relationship Between Selective Cyuclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults" | Daniel H. Solomon, MD, MPH, Sebastian Schneeweiss, MD, ScD, et al. |
| Clinical Study Report for Protocol 078 | |
| Clinical Study Report for Protocol 091 | |
| December 18, 2004 Interim Review titled "Review of NDA 21042/s030 (Update of Cardiovascular thrombotic events in Alzheimer's studies 078 and 091) | Reviewer is Lourdes Villalba, MD |
| December 23, 2004 *The New England Journal of Medicine* Article titled Correspondence" Cardiovascular Toxicity of Valdecoxib" | Wayne Ray, Marie Griffin, C. Michael Stein |
| December 26, 2002 *The New England Journal of Medicine* " Celecoxib Verus Diclofenac and Omeprazole in Reducing the Risk of Recurrent Ulcer Bleeding in Patents with Arthritis" | F.Chan, L.Hung, B. Suen, J. Wu, K. Lee, V. Leung, A. Hui, K.To, W. Leung, V. Wong, S.Chung, J. Sung |
| December, 2005 *Interactive CardioVascular and Thoracic Surgery 5* article titled "A randomized, double-blind, placebo-controlled trial of a COX-2 inhibitor (Rofecoxib) in patients undergoing coronary artery bypass surgery" | Poo-Sing Wong, Atasha Asmat, Yiong-Huak Chan, Chuen-Neng Lee |
| Deposition Transcript of Eric Jeffrey Topol taken in re Vioxx Litigation, MDL 1657, November 22, 2005 with Exhibits 1-56 | |
| *Drug Safety 2005* article titled "Incidence of Thrombotic Cardiovascular Events in Patients Taking Celcoxib Compared with Those Taking Rofecoxib" | Mir Harrison-Woolrych, Peter Herbison, et al. |
| Expert Report of Barry K. Rayburn, M.D. | |
| February 1, 2005 *Annals of Internal Medicine* article titled "Patients exposed to Rofecoxib and Celecoxib Have Different Odds of Nonfatal Myocardial Infarction" | Stephen E. Kimmel, M.D., MSCE, Jesse A. Berlin, ScD, et al. |

3

MM00685894S

| Title | Author |
|---|---|
| February 2006 *Circulation* article titled "Use of First- and Second-Generation Cyclooxygenase-2-Selective Nonsteroidal Antiinflammatory Drugs and Risk of Acute Myocardial Infarction" | Frank Andersohn, Samy Suissa, Edeltraut Garbe |
| February 24, 2003 *Arch Intern Med* article titled "Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly" | Muhammad Mamdani, PharmD, MA, MPH; Paula Rochon, MD, MPH, et al. |
| February 5, 2005 *www.thelancet.com* article titled "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study" | David J. Graham, David Campen, et al. |
| January 1, 2005 *www.thelancet.com* article titled "Discontinuation of Vioxx" | Peter S. Kim, Alise S. Reicin |
| January 12, 2002 *The Lancet* article titled "Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study" | Wayne A. Ray, C. Michael Stein, et al. |
| January 15, 2002 *The American Journal of Cardiology* articled titled "Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" | Alise S. Reicin, M.D., Deborah Shapiro, DrPH, et al. |
| January 19, 2005 *JAMA* Editorials titled "Arthritis Medicines and Cardiovasular Events – 'House of Coxibs'" | Eric J. Topol |
| January 2004 *Neurology 62* article titled "Rofecoxib No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" | S.A. Reines, M.D., G.A. Block, M.D., et al. |
| January 21, 2005 document titled "Rofecoxib; FDA Advisory Committee Background Information" | |

4

MRM00BE58046

| Title | Author |
|---|---|
| January 24, 2005 *Arch Intern Med* article titled "Selective Cyclooxygenase-2 Inhibition and Cardiovascular Effects" | Fadia T. Shaya, PhD, MPH; Steven W. Blume, MS |
| July 7, 2005 Cardiac Event Documentation Inventory | |
| June 11, 2005 *BMJ* articled titled "Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis" | Julia Hippisley-Cox, Carol Coupland |
| June 17, 2004  - *The New England Journal of Medicine* Review article titled "Drug Therapy: Therapeutic Strategies for Rheumatoid Arthritis" | James R. O'Dell |
| June 23, 2005  - *The New England Journal of Medicine* article titled "Cardiovascular Risk Associated with Celecoxib" | James M. Brophy |
| June 23, 2005  - *The New England Journal of Medicine* perspective titled "Tailoring Arthritis Therapy in the Wake if the NSAID Crisis" | Nancy J. Olsen |
| June 23, 2005 – *The New England Journal of Medicine* Perspective titled " The Lessons of Vioxx – Drug Safety and Sales" | Henry A. Waxman |
| June 29, 2000 *The New England Journal of Medicne* article titled " The Effect of Celecoxib A Cyclooxygenase 2- Inhibitor, in Familial Adenomatous Poluposis" | G. Steinbach, P. Lynch, R. Phillips, M. Wallace, E. Hawk,  G. Gordon, N. Wakabayashi, B. Sauders, Y. Shen, T. Fujimura, L. Su, B. Levin |
| June 29, 2005 Supplemental Report of Richard A. Kronmal titled "In Re Vioxx Litigation" | |
| June 4, 2003 *JAMA* article titled "Effects of Rofecoxib or Naproxen vs Placebo on Alzheimer Disease Progression" | Paul S. Aisen, M.D., Kimberly A. Schafer, M.S., et al. |
| Letter to Bob A. Rappaport, M.D. of the Division of Anesthesia, Analgesia & Rheumatologic Drug Products re: IND 46,894: MK-0966 (rofecoxib); Information – Clinical (Submission of Protocol 201 (ViP) Clinical Study Report (CSR) and Overview of Cardiovascular Events in Protocol 145 (VICTOR) | Phillip L. Huang, M.D. |

5

MM005EE36047

| Title | Author |
|---|---|
| March 17, 2006 – *The New England Journal of Medicine* article titled "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention" | A. Solomon, John McMurray, Marc Pfeffer, Janet Wittles, Robert Fowler, Peter Finn, William Anderson, Ann Zauber, Ernest Hawk, Moncia Bertagnolli |
| March 2006*Rheumatology* article titled "Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecixib and meloxicam in general practice in England using prescription-event monitoring (PEM) data" | D. Layton, E. Heeley, K. Hughes, and S.A.W. Shakir |
| March 22, 2004 letter to Brian E. Harvey, M.D., of the Division of Anti-Inflammatory, Analgesic and Ophthalmologic Drug Products re: IND 46,894: VIOXX (rofecoxib); Information Amendment – Clinical (Updated Cardiovascular Pooled Analysis) | Diane C. Louie, M.D. of Merck |
| March 28, 2006 *Circulation* articled titled "Nonsteroidal Anti-inflammatory Drugs, Acetaminophen, and the Risk of Cardiovascular Events" | Andrew T. Chan, MD, MPH, JoAnn E. Manson, MD, DrPH, et al. |
| March 6, 2003 *The New England Journal of Medicine* article titled "A Randomized Trial of Aspirin to Prevent Colorectal Adenomas in Patients with Previous Colorectal Cancer" | R. Sandler, S. Halabi, J. Baron, S. Budinger, E. Paskett, R. Keresztes, N. Petrelli, M. Pipas, D. Karp, C. Loprinzi, G. Steinbach, R. Schilsky |
| May 2006 *Arthritis & Rheumatism* article titled "Cardiovascular Outcomes in New uswers of Coxibs and Nonsteroidal Antiinflammatory Drugs" | Daniel Solomon, Jerry Avorn, Til Sturmer, Robert Glynn, Helen Mogun, Sebastian Schneeweiss |
| May 22, 2006 – COX-2 Inhibitor Report of Lemuel A Moye M.D. | |
| May 22, 2006 – Report of Douglas Zipes M.D Regarding Gerald Barnett | |
| May 22, 2006 – Supplemental Expert Report of John Farquhar M.D | John Farquhar M.D |
| May 23, 2006 *CMAJ* article titled "Time Variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors" | Linda Levesque, James Brophy, Bin Zhang |
| May 30, 2006 Merck Press Release Regarding APPROVe trial | |

6

MMO05E56048

| Title | Author |
|---|---|
| May 9, 2005 *Arch Intern Med* article titled "Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, Celecoxib, and Other NSAIDs" | Soren P. Johnsen, M.D., PhD, Heidi Larsson, MSc, et al. |
| Memorandum from the Center for Drug Evaluation and Research regarding Consultation NDA 21-042, S-007; review of cardiovascular safety database | Shari L. Targum, M.D. |
| Merck General Correspondence from Philip Huang to Dr. Rappaport regarding NDA 21-042: VIOXX (Rifecoxib Tablets) with Press Release " Merck Announces Preliminary Analyses of OFF-Drug Extension APPROVe" May 2006 | |
| *Neuropsychopharmacology* article titled "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mile Cognitive Impairment" | Leon J. Thal, Steven H. Ferris, et al. |
| November 2003 *Nature Review* article titled "COX-2 and Beyond: Approaches to Prostaglandin Inhibition in Human Disease" | Garret A. Fitzgerald |
| November 23, 2000 *The New England Journal of Medicine* article titled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" | Claire Bombardier, M.D., Loren Laine, M.D., et al. |
| November 5, 2004 *www.thelancet.com* article titled "Risk of cardiovascular events and rofecoxib: cumulative meta-analysis" | Peter JÜni, Linda Nartey, et al. |
| November 6, 2001 *Circulation* article titled "Cardiovascular Thrombotic Events in Controlled Clinical Trial of Rofecoxib" | Marvin A. Konstam, M.D., Matthew R. Weir, M.D., et al. |
| October 2003 *American Heart Journal* article titled "Selective COX-2 inhibition and cardiovascular effects: A review of the rofecoxib development program" | Matthew R. Weir, M.D., Rhoda S. Sperling, M.D., et al. |

7

Updated 6/1/2006

MRK00E36049

| Title | Author |
|---|---|
| October 21, 2004 *The New England Journal of Medicine* article titled "Coxibs and Cardiovascular Disease" | Garret Fitzgerald |
| October 21, 2004 *The New England Journal of Medicine* Perspective titled " Failing the Public Health – Rofecoxib, Merck and the FDA | Eric J. Topol |
| October 5, 2002 *The Lancet* article titled "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease" | Wayne A. Ray, C. Michael Stein, et al. |
| October 7, 2003 *Annals of Internal Medicine* article titled "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis" | Jeffrey R. Lisse, M.D., Monica Perlam, MD, MPH, et al. |
| October, 2005 *International Journal of Cardiology* article titled "Divergent effects of rofecoxib on endothelial function and inflammation in acute coronary syndromes" | John P. Kekakis, Georgia Vamvakou, Ioanna Andreadou, et al. |
| Report of John Farquhar as to Gerald Barnett | John Farquhar M.D |
| Report of Richard Kronmal | Richard Kronmal |
| Report to the United State district Court of Eastern District of LA in the *Plunkett v. Merck* matter titled "Rofecoxib and Serious Coronary Heart Disease" | Wayne A. Ray, Ph.D. from Vanderbilt University |
| September 26, 2005 – Expert Witness Report of John Farquhar M.D. | John Farquhar M.D |
| *The New England Journal of Medicine* article titled "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial" | Robert S. Bresalier, M.D., Robert S. Sandler, M.D., et al. |

M0D6E36050