NDA 21-042      November 23, 1998

Original New Drug Application
VIOXX™
(Rofecoxib) Tablets
INDEX TO CONTENTS OF APPLICATION
VOLUME 1.1
VOLUME 1 of 278
Merck Research Laboratories

Information and data submitted herein contains trade secrets, or privileged or confidential information, the property of Merck & Co., Inc. and government agencies are not authorized to make it public without written permission from Merck.


EXHIBIT E

Confidential - Disclosure to Unauthorized Persons forbidden by Order of the Court

MRK-OS420000001

M006B36137

Cover Letter

MRK-OS420000002

M006B36138

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Merck & Co., Inc.
P.O. Box 4
West Point PA 19486
Fax 610 397 2516
Tel 610 397 2944
215 652 6000

November 23, 1998



**MERCK**
Research Laboratories

Central Document Room
Food and Drug Administration
12229 Wilkins Avenue
Rockville, MD 20850

## Original New Drug Application

### NDA 21-042: VIOXX™ (Rofecoxib) Tablets

Pursuant to Section 505(b) of the Federal Food, Drug and Cosmetic Act and in accordance with Title 21 of the Code of Federal Regulations, Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is submitting a New Drug Application (NDA) for VIOXX™ (rofecoxib) Tablets, NDA 21-042. Simultaneously, MRL is submitting an NDA for VIOXX™ (rofecoxib) Oral Suspension, NDA 21-052.

VIOXX™, also referred to as rofecoxib, MK-966, MK-0966 and L-748,731 is indicated for the acute and chronic treatment of the signs and symptoms of osteoarthritis, relief of pain, and treatment of primary dysmenorrhea.

VIOXX™ is a potent, orally active cyclooxygenase-2 (COX-2) specific inhibitor. This COX-2 specific inhibition is demonstrable within, and significantly above, the clinical dose range. Cyclooxygenase is responsible for the generation of prostaglandins, which are potent biological mediators involved in diverse physiologic functions as well as pathologic conditions. Two isoforms of cyclooxygenase have been identified: cyclooxygenase-1 (COX-1) and cyclooxygenase-2 (COX-2). COX-1 is constitutively expressed and enzymatically active in various tissues, including the stomach, intestines, kidneys and in platelets. Evidence suggests that COX-1 is responsible for prostaglandin-mediated physiologic functions such as gastric cytoprotection and platelet aggregation. Inhibition of COX-1 in the gastric mucosa by nonspecific cyclooxygenase inhibitors (commonly known as NSAIDS) has been associated with gastric damage. In contrast, COX-2 is constitutively expressed in only a limited number of tissues, including the brain and kidney, and is the inducible isoform of the enzyme that has been shown to be up regulated by proinflammatory stimuli. Based on patterns of expression and localization, COX-2 has been postulated to be primarily responsible for the synthesis of prostanoid mediators of pain, inflammation, and fever. The efficacy of VIOXX™ is due to its specific inhibition of COX-2. Because VIOXX™ does not inhibit COX-1 within and significantly above the clinical dose range, it has a safety profile in the GI tract superior to NSAIDS and similar to placebo, when administered in the clinical dose range.

MRK-OS42000000<br>M006B36139

Central Document Room
Original New Drug Application
NDA 21-042: VIOXX™ (Rofecoxib) Tablets
Page 2

MRL has met on several occasions with the FDA to discuss the clinical development program for VIOXX™. Several End-of-Phase 2 meetings were held with the Agency to discuss the proposed nonclinical and clinical programs as well as the chemistry, manufacturing and controls program designed to support the planned NDAs. The End-of-Phase 2 Conferences for the treatment of osteoarthritis were conducted in three sessions on May 22, August 2 and September 18, 1996. An End-of-Phase 2 Conference for analgesia and dysmenorrhea was held on July 28, 1997. On December 19, 1997 a Pre-NDA conference was held between MRL and FDA representatives to discuss the presentation and analysis of data in the NDAs. An additional Pre-NDA meeting was held on March 20, 1998 to discuss chemistry issues that weren't discussed at the December 19, 1997 Pre-NDA meeting. The understandings and agreements reached at these meetings and other meetings, have been incorporated into this application and are summarized in the Regulatory Background Information section of this application.

A single package circular for VIOXX™ containing information on both the tablets and oral suspension formulations is included in this application.

This application is formatted as required in Title 21, paragraph 314.50 of the Code of Federal Regulations. It consists of a complete "archival" copy (blue binders), comprising 278 volumes, and "review" copies of each of the five (5) technical sections as described in the Statement of Organization.

This NDA is being provided simultaneously in both paper copy and electronic format, with the exception of Items 11 and 12 (Case Report Tabulations and Case Report Forms) which, as previously agreed, are being provided in electronic format only.

As required by the Food and Drug Modernization Act of 1997 (FDAMA), a check for this NDA in the amount of $384,507.00 (Check No. C05081744); User Fee I.D. No. 3546, was sent to the Mellon Bank, Three Mellon Bank Center, 27th Floor (FDA 360909), Pittsburgh, PA 15259-0001, on November 12, 1998. Also included in the amount of this check was the user fee payment for VIOXX™ (Rofecoxib) Oral Suspension, NDA 21-052, User Fee I.D. No. 3558, which contains no clinical data.

Merck is requesting a categorical exclusion from the requirements to prepare an Environmental Assessment under 21 CFR §25.31(b). The production of VIOXX™ Tablets meets the requirements of a categorical exclusion under 21 CFR §25.31(b) because the estimated concentration of the drug substance at the point of entry, referred to as the Expected Introduction Concentration (EIC), into the aquatic environment will be below 1 part per billion (ppb). To the best of the firms' knowledge no extraordinary circumstances exist in regards to this action.

As provided for in 21 CFR §314.102, MRL would like to meet with the FDA approximately 90 days following receipt of these applications. The purpose of this meeting will be to discuss the general progress and status of the review of this application and to determine if there are any important deficiencies identified at that time. MRL will contact FDA to arrange for this meeting.

MRK-OS420000004

M006B36140

Central Document Room
Original New Drug Application
NDA 21-042: VIOXX™ (Rofecoxib) Tablets
Page 3

We consider the filing of this New Drug Application to be a confidential matter and request that the Food and Drug Administration not make its existence public without first obtaining written permission form Merck & Co., Inc.

Please direct questions or need for additional information to Robert E. Silverman, M.D., Ph.D. (610/397-2944) or, in my absence, Bonnie J. Goldmann, M.D., (610/397-2383).

Sincerely,

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Q:\ACLD\COX2\ITEM1\COVERTAB

Attachment

HAND DELIVERED

Desk Copy (Item 4):
 Ms. Debra Pagano
 Philadelphia District Office
 Food and Drug Administration
 U.S. Custom House, Room 900
 2nd and Chestnut Street
 Philadelphia, PA 19106-2973
  Federal Express No. 1

Desk Copy (Letter and Patent Information Only)
 Ms. Mary Ann Holovac
 Food and Drug Administration, HFD-090
 5516 Nicholson Lane, Room 235
 Rockville, MD 20895
  Federal Express No. 2

MRK-OS420000005
M006B36141

NDA 21-042          November 23, 1998

Original New Drug Application
VIOXX™
(Rofecoxib) Tablets
CLINICAL DOCUMENTATION
VOLUME 1.93
Merck Research Laboratories

Information and data submitted herein contains trade secrets, or privileged or confidential information, the property of Merck & Co., Inc. and government agencies are not authorized to make it public without written permission from Merck.

# Clinical Documentation

Confidential - Subject To Protective Order

MK-0966
Clinical Documentation

| TABLE OF CONTENTS | PAGE/VOLUME |
|---|---|
| **A. Organization of the Clinical Documentation** | **Vol. 1.93** |
| 1. Organization | A-1 |
| 2. Table of All Investigators | A-5 |
| **B. Rationale for and Purpose of MK-0966 in the Marketplace** | **Vol. 1.93** |
| 1. Introduction | B-1 |
| 2. Characteristics of Osteoarthritis | B-2 |
| 3. Characteristics of Pain | B-4 |
| 4. Clinical and Socioeconomic Importance of Osteoarthritis and Pain | B-5 |
| 5. Prostaglandins: Biology and Role in Inflammation | B-7 |
| 6. Pharmacologic Action of NSAIDs and MK-0966 | B-8 |
| 7. Rationale for Use of MK-0966 | B-10 |
| 8. Summary | B-11 |
| **C. Clinical Pharmacology** | **Vol. 1.93** |
| 1. Introduction and Overview | C-1 |
| 1.1 Organization | C-1 |
| 1.2 Background | C-2 |
| 1.3 Overview of Pharmacokinetics, Biopharmaceutics, and Pharmacodynamics Programs | C-3 |
| 2. Table of Clinical Pharmacology/Drug Metabolism Studies | C-9 |
| 3. Dosage Form Development | C-35 |
| 3.1 Chemistry and Nomenclature | C-35 |
| 3.2 Formulation Development | C-36 |
| 3.2.1 Tablets | C-36 |
| 3.2.2 Suspensions | C-38 |
| 3.3 Formulation Composition | C-38 |
| 3.4 Drug Product Dissolution | C-44 |
| 4. Analytical Methods for the Determination of MK-0966 in Human Biological Fluids | C-51 |
| 4.1 Assay Development—A Brief History | C-51 |
| 4.2 High Performance Liquid Chromatography Assays | C-53 |
| 4.2.1 HPLC Detection Conditions | C-53 |
| 4.2.1.1 Post-Column Photochemical Derivatization and Fluorescence Detection of MK-0966 | C-53 |
| 4.2.1.2 Tandem Mass Spectrometric Detection of MK-0966 | C-56 |
| 4.2.2 Isolation of MK-0966 From the Biological Matrix | C-60 |
| 4.2.2.1 Liquid-Liquid Extraction (Methods A to D, F, G, J) | C-60 |
| 4.2.2.2 Automated On-Line Solid-phase Extraction (Method E) | C-60 |
| 4.2.2.3 Solid-phase Extraction using a 96-Well Plate (Methods H and I) | C-61 |

MK-0966
Clinical Documentation

TABLE OF CONTENTS (CONT.)   PAGE/VOLUME

C. Clinical Pharmacology (Cont.)   Vol. 1.93
  4.2.3 Chromatographic Systems for the Analysis of MK-0966   C-61
  4.2.4 Comparison of Methods Used for the Analysis of MK-0966 in Biological Fluids   C-62
 4.3 Assay Validation   C-69
  4.3.1 Reproducibility   C-69
  4.3.2 Stability   C-79
  4.3.3 Accuracy   C-80
  4.3.4 Linearity   C-84
  4.3.5 Recovery   C-86
  4.3.6 Specificity   C-88
5. Summary of ADME in Laboratory Animals   C-97
 5.1 Introduction   C-97
 5.2 Absorption and Excretion   C-98
 5.3 Distribution   C-99
  5.3.1 Binding to Plasma Proteins and Blood/Plasma Partitioning   C-100
  5.3.2 Distribution in Pregnant and Lactating Rats   C-101
 5.4 Metabolism   C-101
 5.5 Interconversion of MK-0966 and L-755,190   C-102
6. Pharmacokinetics and Biopharmaceutics of MK-0966 in Man   C-103
 6.1 Rationale for the Biopharmaceutics Program for MK-0966   C-103
 6.2 Data Analysis Methods   C-107
  6.2.1 Pharmacokinetic Methods   C-107
  6.2.2 Statistical Methods   C-109
   6.2.2.1 Statistical Methods for Pharmacokinetic Data   C-109
   6.2.2.2 Statistical Methods for COX-1 and COX-2 Selectivity   C-110
 6.3 Pharmacokinetics of MK-0966 in Man   C-112
  6.3.1 Metabolism of MK-0966 in Man   C-112
   6.3.1.1 In Vivo Studies   C-112
   6.3.1.2 In Vitro Studies   C-134
   6.3.1.3 Inhibitory Activity of MK-0966 Metabolites In Vitro   C-137
  6.3.2 Intravenous Pharmacokinetics   C-138
  6.3.3 Oral Pharmacokinetics   C-144
   6.3.3.1 Single-Dose Administration   C-145
    6.3.3.1.1 Preliminary Findings   C-145
    6.3.3.1.2 Dose Proportionality   C-146
    6.3.3.1.3 Comparison of Tablet Formulation to an Oral Solution Reference and Examination of Intraindividual Variability   C-156
    6.3.3.1.4 Bioequivalence of Suspension and Tablet Formulations   C-160
   6.3.3.2 Multiple-Dose Administration   C-166
   6.3.3.3 Oral Bioavailability   C-176

Confidential - Subject To Protective Order   MRK-NJ0177397

M0072259338

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| C. Clinical Pharmacology (Cont.) | Vol. 1.93 |
| 6.3.4 Special Studies | C-181 |
| 6.3.4.1 Effect of Food on Absorption | C-181 |
| 6.3.4.2 Effect of Antacids on Absorption | C-185 |
| 6.3.4.3 Pharmacokinetics in the Elderly | C-187 |
| 6.3.4.4 Pharmacokinetics in Patients With Renal Insufficiency | C-191 |
| 6.3.4.5 Pharmacokinetics in Patients With Hepatic Insufficiency | C-198 |
| 6.3.5 Studies of In Vivo Metabolism by Cytochrome P450 | C-202 |
| 6.3.5.1 Erythromycin Breath Test | C-202 |
| 6.3.5.2 Effect of MK-0966 on Midazolam Metabolism | C-204 |
| 6.3.5.3 Effect of CYP Inhibition by Cimetidine on MK-0966 Metabolism | C-208 |
| 6.3.5.4 Effect of Ketoconazole Inhibition of CYP on MK-0966 Metabolism | C-211 |
| 6.3.5.5 Effect of CYP Induction by Rifampin on MK-0966 Metabolism | C-212 |
| 6.3.6 Drug Interaction Studies | C-215 |
| 6.3.6.1 Methotrexate | C-215 |
| 6.3.6.2 Prednisone/Prednisolone | C-220 |
| 6.3.6.3 Oral Contraceptives | C-224 |
| 6.3.6.4 Digoxin | C-225 |
| 6.3.6.5 Warfarin | C-227 |
| 7. Pharmacodynamics of MK-0966 in Man | C-232 |
| 7.1 COX-1 Versus COX-2 Selectivity | C-232 |
| 7.1.1 Introduction | C-232 |
| 7.1.2 Rising Single Oral Dose Study | C-235 |
| 7.1.3 Rising Multiple Oral Dose Study | C-244 |
| 7.1.4 MK-0966/NSAID Comparator Study I | C-248 |
| 7.1.5 MK-0966/NSAID Comparator Study II | C-259 |
| 7.1.6 Gastric Biopsy Study | C-271 |
| 7.1.7 Aspirin Interaction Study | C-276 |
| 7.1.8 Sodium Excretion Study | C-279 |
| 7.1.9 Gastric Endoscopy Study | C-282 |
| 7.1.10 Inhibition of TXB2 Generation Ex Vivo: Combined Analysis | C-286 |
| 7.1.11 Summary of Biochemical Selectivity Studies | C-289 |
| 7.2 Renal Function Studies | C-291 |
| 7.2.1 Introduction | C-291 |
| 7.2.2 Sodium Excretion Study | C-295 |
| 7.2.3 Single-Dose Renal Function Study | C-302 |
| 7.2.4 Multiple-Dose Renal Function Study | C-307 |
| 7.2.5 MK-0966/NSAID Comparator Study II | C-311 |

/MK.0966/WMA/RW1379.DOC  APPROVED                                            09NOV98

Confidential - Subject To Protective Order                         MRK-NJ0177398

M0072225939