MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| C. Clinical Pharmacology (Cont.) | Vol. 1.93 |
| 7.2.6   Summary of Renal Studies | C-312 |
| 7.3   Platelet Function Evaluation | C-316 |
| 7.3.1   Introduction | C-316 |
| 7.3.2   Rising Single Oral Dose Study | C-317 |
| 7.3.3   Rising Multiple Oral Dose Study | C-318 |
| 7.3.4   MK-0966/NSAID Comparator Study II | C-319 |
| 7.3.5   Aspirin Interaction Study | C-324 |
| 7.3.6   Summary of Platelet Function Studies | C-326 |
| 7.4   Antipyretic Effect | C-326 |
| 7.5   Antihypertensive Interaction | C-329 |
| 7.5.1   Introduction | C-329 |
| 7.5.2   ACE Inhibitor Interaction Study | C-329 |
| 7.6   Aspirin Interaction Studies | C-335 |
| 7.6.1   Protein-binding Interaction (in Vitro) | C-335 |
| 7.6.2   Aspirin Interaction Study | C-336 |
| 8.   Pharmacokinetic/Pharmacodynamic Correlations | C-340 |
| 9.   Conclusions | C-343 |
| 9.1   Pharmacokinetic Conclusions | C-343 |
| 9.1.1   Absorption and Bioavailability | C-343 |
| 9.1.2   Metabolism and Elimination | C-344 |
| 9.1.3   Formulation Comparisons | C-344 |
| 9.1.4   Dose Proportionality | C-345 |
| 9.1.5   Multiple Doses | C-345 |
| 9.1.6   Investigations of Metabolism by Cytochrome P450 | C-345 |
| 9.1.7   Effects of Organ Failure on Disposition | C-346 |
| 9.1.8   Drug Interactions | C-347 |
| 9.2   Pharmacodynamic Conclusions | C-348 |
| 9.2.1   Cyclooxygenase Isoform Specificity | C-348 |
| 9.2.2   Platelet Function | C-349 |
| 9.2.3   Effects of MK-0966 Administration on Renal Function | C-349 |
| 9.2.4   Antipyretic Effect | C-351 |
| 9.2.5   Antihypertensive Interaction | C-352 |
| 9.2.6   Aspirin Interaction | C-352 |
| 9.3   Pharmacokinetic-Pharmacodynamic Relationship | C-352 |
| D. Clinical Efficacy | Vol. 1.94 |
| 1.   Overview | D-1 |
| 1.1   Osteoarthritis Overview | D-1 |
| 1.1.1.   Efficacy End Points for Osteoarthritis Studies | D-3 |
| 1.1.2   Efficacy of MK-0966 in Osteoarthritis | D-4 |
| 1.2   Analgesia Overview | D-5 |

/MK-0966/WMA/RW1379.DOC  APPROVED                         09NOV98

Confidential - Subject To Protective Order                MRK-NJ0177399

M0072259A0

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| **D. Clinical Efficacy (Cont.)** | **Vol. 1.94** |
| 1.2.1 Efficacy End Points for Analgesia Studies | D-7 |
| 1.2.2 Efficacy of MK-0966 in Analgesia | D-8 |
| 1.3 Conclusions | D-9 |
| 2. Efficacy of MK-0966 in Osteoarthritis | D-10 |
| 2.1 Introduction | D-10 |
| 2.2 Rationale for Osteoarthritis Studies Conducted | D-24 |
| 2.2.1 Six-Week Placebo- and Active-Comparator-Controlled Osteoarthritis Studies | D-25 |
| 2.2.2 One-Year Active-Comparator-Controlled Osteoarthritis Studies | D-26 |
| 2.2.3 Extensions (029-10, 029-20, 029-30, 034-10, 035-10, and 058-10) | D-26 |
| 2.2.4 Six-Month Endoscopy Osteoarthritis Studies | D-26 |
| 2.3 Osteoarthritis Patient Selection Criteria and Clinical Study Design | D-27 |
| 2.3.1 Six-Week Placebo- and Active-Comparator-Controlled Osteoarthritis Studies and 1-Year Active-Comparator-Controlled Osteoarthritis Studies | D-27 |
| 2.3.1.1 Patient Selection Criteria | D-27 |
| 2.3.1.1.1 Disease Activity Criteria for Prior Regular NSAID Users | D-29 |
| 2.3.1.1.2 Disease Activity Criteria for Prior Regular Acetaminophen Users | D-30 |
| 2.3.1.2 Clinical Study Design | D-30 |
| 2.3.2 Osteoarthritis Extension Studies | D-33 |
| 2.3.2.1 Clinical Study Design: Extension to the Dose-Ranging Osteoarthritis Study—Dose Escalation | D-33 |
| 2.3.3 Endoscopy Osteoarthritis Studies | D-35 |
| 2.3.3.1 Patient Selection | D-35 |
| 2.3.3.2 Study Design | D-35 |
| 2.4 Clinical Efficacy End Points | D-36 |
| 2.4.1 Clinical End Points | D-42 |
| 2.4.1.1 Pain | D-43 |
| 2.4.1.2 Global Signs and Symptoms—Patient Perspective | D-45 |
| 2.4.1.3 Global Signs and Symptoms—Investigator Perspective | D-47 |
| 2.4.1.4 Physical Disability, Joint Stiffness, and Signs (Physical Examination Findings) | D-49 |
| 2.4.1.5 Health-Related Quality of Life | D-52 |
| 2.4.2 Endoscopy Osteoarthritis Studies | D-52 |
| 2.5 Statistical Methodology | D-53 |
| 2.5.1 Approach to Efficacy Analyses | D-53 |
| 2.5.1.1 Intention-to-Treat Approach | D-53 |
| 2.5.1.2 Per-Protocol Approach | D-54 |

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| **D. Clinical Efficacy (Cont.)** | **Vol. 1.94** |
| 2.5.2 Multiplicity | D-55 |
| 2.5.3 Interim Analysis | D-56 |
| 2.5.4 Analytical Methods | D-56 |
| 2.5.4.1 Evaluation of End Points | D-58 |
| 2.5.4.2 Analysis Methodology—Efficacy | D-61 |
| 2.5.5 Establishing Comparability or Superiority/Inferiority | D-61 |
| 2.5.6 Additional Analyses for Efficacy End Points | D-65 |
| 2.5.6.1 Assessment of Efficacy Response Over Time | D-65 |
| 2.5.6.2 Assessment of Last Observed Value (Last Time Point Analysis) | D-65 |
| 2.5.6.3 Assessment of Consistency of Treatment Effects Across Subgroups | D-65 |
| 2.5.7 Baseline Comparability | D-67 |
| .2.6 Rationale for Phase III Osteoarthritis Dose Selection | D-67 |
| 2.6.1 Phase II Osteoarthritis Studies (Pilot Osteoarthritis Study: Protocol 010, Dose-Ranging Osteoarthritis Study: Protocol 029, Extensions to Dose-Ranging Osteoarthritis Study: Protocols 029-10, -20, -30) | D-68 |
| 2.6.1.1 Pilot Osteoarthritis Study (Protocol 010) | D-68 |
| 2.6.1.2 Dose-Ranging Osteoarthritis Study (Protocol 029) | D-71 |
| 2.6.2 Dose Range/Clinical Response Relationship: Integrated Analysis of the Pilot Osteoarthritis Study (Protocol 010) and the Dose-Ranging Osteoarthritis Study (Protocol 029) | D-76 |
| 2.6.3 First Extension to the Dose-Ranging Osteoarthritis Study: Effects of Dose Escalation | D-81 |
| 2.6.4 Osteoarthritis Phase III Dose Selection—Summary and Conclusions | D-89 |
| 2.7 Osteoarthritis Clinical Efficacy Studies | D-91 |
| 2.7.1 Baseline Characteristics | D-94 |
| 2.7.2 Six-Week Placebo- and Active-Comparator-Controlled Studies (Protocols 029, 033, 040, and 058) | D-99 |
| 2.7.2.1 Effect of MK-0966 on Osteoarthritis Pain | D-102 |
| 2.7.2.2 Effect of MK-0966 on Global Signs and Symptoms—Patient Perspective | D-107 |
| 2.7.2.3 Effect of MK-0966 on Global Signs and Symptoms—Investigator Perspective | D-112 |
| 2.7.2.4 Effect of MK-0966 on Physical Function (Disability) and Joint Stiffness | D-116 |
| 2.7.2.5 Effect MK-0966 on Physical Signs—Joint Swelling and Joint Tenderness | D-118 |

/MK-0966/WMA/RW1379.DOC APPROVED                    09NOV98

Confidential - Subject To Protective Order

MRK-NJ0177401

M007225942

TABLE OF CONTENTS (CONT.) PAGE/VOLUME

D. Clinical Efficacy (Cont.) Vol. 1.94
2.7.2.6 Effect of MK-0966 on Health-Related Quality of Life (SF-36) D-120
2.7.2.7 Efficacy of MK-0966 in the Elderly (Protocol 058) D-124
2.7.2.8 Summary: 6-Week Placebo- and Active-Comparator-Controlled Studies D-128
2.7.3 One-Year Active-Comparator-Controlled Osteoarthritis Studies and Extensions D-129
2.7.3.1 One-Year Active-Comparator-Controlled Studies: Multinational and U.S. Diclofenac Osteoarthritis Studies (Protocols 034 and 035) D-129
2.7.3.1.1 One-Year Studies—Clinical Efficacy of MK-0966 and Maintenance of Treatment Effects—Primary End Points D-130
2.7.3.1.2 One-Year Studies—Clinical Efficacy of MK-0966 and Maintenance of Treatment Effects—Key Secondary and Other End Points D-140
2.7.3.2 Efficacy of MK-0966 in Extension Studies D-146
2.7.3.3 Summary: 1-Year Active-Comparator-Controlled Studies and Extension Studies D-148
2.7.4 Comparability Data and Subgroup Analyses D-149
2.7.4.1 Comparison of the Efficacy of MK-0966 to NSAIDs (Ibuprofen and Diclofenac) D-149
2.7.4.2 Effect of MK-0966 in Relation to Location of Osteoarthritis D-160
2.7.4.3 Effect of MK-0966 in Relation to Demographic Parameters and Osteoarthritis Characteristics D-168
2.7.5 Endoscopy Osteoarthritis Studies D-172
2.8 Comparison of 25 mg to 12.5 MK-0966 D-175
2.8.1 Analysis of Response to 25 mg Versus 12.5 mg: Combined Analysis of Protocols 029, 033, 034, 035, and 040 D-176
2.8.2 MK-0966 25 Versus 12.5 mg: Proportions With Consistent Clinical Response (All Three Primary End Points) D-177
2.9 Osteoarthritis Clinical Efficacy Discussion D-179
2.9.1 Dose Selection for Phase III D-179
2.9.2 Efficacy in Osteoarthritis D-181
2.9.3 Clinical Use and Dose Recommendation of MK-0966 in the Treatment of Osteoarthritis D-185
2.9.4 Efficacy of MK-0966 Osteoarthritis Conclusions D-187
3. Efficacy of MK-0966 in Analgesia D-189
3.1 Introduction D-189
3.2 Rationale for Studies Conducted D-191
3.2.1 Post-Dental Surgery Pain Studies D-194

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| **D. Clinical Efficacy (Cont.)** | **Vol. 1.94** |
| 3.2.2 Primary Dysmenorrhea Studies | D-194 |
| 3.2.3 Post-Orthopedic Surgery Pain Study | D-194 |
| 3.3 Clinical Study Design | D-195 |
| 3.3.1 Post-Dental Surgery Pain Studies | D-195 |
| 3.3.2 Primary Dysmenorrhea Studies | D-196 |
| 3.3.3 Post-Orthopedic Surgery Pain Study | D-197 |
| 3.4 Clinical Efficacy End Points | D-198 |
| 3.4.1 End Points Assessing Overall Analgesic Effect | D-202 |
| 3.4.1.1 Primary End Point: TOPAR8 | D-202 |
| 3.4.1.2 SPID8 | D-202 |
| 3.4.1.3 Patient's Global Evaluation of Study Medication | D-203 |
| 3.4.1.4 Average Supplemental Rescue Medication Use Over Days 2 to 5 | D-203 |
| 3.4.2 End Points Assessing Onset of Analgesia | D-203 |
| 3.4.2.1 Time to Confirmed Perceptible (Meaningful) Pain Relief (Stopwatch) | D-203 |
| 3.4.2.2 Time to PID≥1 | D-204 |
| 3.4.3 End Points Assessing Peak Analgesic Activity | D-204 |
| 3.4.4 End Points Assessing Duration of Analgesic Activity | D-205 |
| 3.5 Statistical Methodology | D-205 |
| 3.5.1 Approach to Efficacy Analyses | D-205 |
| 3.5.1.1 Intention-to-Treat Approach | D-206 |
| 3.5.1.2 Per-Protocol Approach | D-206 |
| 3.5.2 Multiplicity | D-207 |
| 3.5.3 Comparisons to Active Controls | D-208 |
| 3.5.4 Interim Analysis | D-208 |
| 3.5.5 Analytical Methods | D-208 |
| 3.5.6 Statistical Methods for Assessing the Overall Analgesic Effect | D-210 |
| 3.5.6.1 Primary End Point: TOPAR8 | D-210 |
| 3.5.6.2 Other End Points Assessing Overall Analgesic Effect | D-212 |
| 3.5.7 Assessment of Onset of Analgesic Effect | D-212 |
| 3.5.7.1 Time to Confirmed Perceptible (Meaningful) Pain Relief (Stopwatch) | D-212 |
| 3.5.7.2 Time to PID≥1 | D-213 |
| 3.5.8 Assessment of Peak Analgesic Effect | D-213 |
| 3.5.8.1 Peak Pain Relief and Peak PID Score Within 8 Hours Postdose | D-213 |
| 3.5.9 Assessment of Duration of Analgesic Effect | D-213 |
| 3.5.9.1 Time to Requiring Rescue Medication | D-213 |
| 3.5.9.2 Proportion of Patients Who Required Rescue Medication | D-214 |

/MK-0966/WMA/RW1379.DOC  APPROVED

09NOV98

Confidential - Subject To Protective Order

MRK-NJ0177403

IM07225944

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| **D. Clinical Efficacy (Cont.)** | **Vol. 1.94** |
| 3.5.9.3 PRID Scores at 24 Hours | D-214 |
| 3.6 Analgesia Efficacy Studies—Post-Dental Surgery Pain | D-215 |
| 3.6.1 Overview—Post-Dental Surgery Pain Studies | D-215 |
| 3.6.2 Efficacy of MK-0966 Versus Placebo in Post-Dental Surgery Pain Studies | D-215 |
| 3.6.2.1 Dose-Ranging Studies in Post-Dental Surgery Pain | D-215 |
| 3.6.2.1.1 Protocol 004 | D-216 |
| 3.6.2.1.2 Protocol 027 | D-217 |
| 3.6.2.1.3 Protocol 051 | D-222 |
| 3.6.2.1.4 Selection of Phase III Dose | D-227 |
| 3.6.2.2 Phase III Studies in Post-Dental Surgery Pain | D-227 |
| 3.6.2.2.1 Introduction | D-227 |
| 3.6.2.2.2 Effect of MK-0966 on Primary End Point: TOPAR8 | D-228 |
| 3.6.2.2.3 Effect on Other End Points Assessing Overall Analgesic Effect | D-230 |
| 3.6.2.2.4 End Points Assessing Onset of Analgesic Effect | D-231 |
| 3.6.2.2.5 End Points Assessing Peak Effect | D-232 |
| 3.6.2.2.6 End Points Assessing Duration of Analgesia | D-233 |
| 3.6.2.2.7 Effect of MK-0966 in Relation to Baseline Pain and Patient Characteristics | D-236 |
| 3.6.2.2.8 Additional Data From Phase III Studies: Protocol 071 | D-238 |
| 3.6.3 Efficacy of MK-0966 Versus Naproxen Sodium and Ibuprofen in Post-Dental Surgery Pain | D-241 |
| 3.6.3.1 Introduction | D-241 |
| 3.6.3.2 Naproxen Sodium | D-242 |
| 3.6.3.3 Ibuprofen | D-245 |
| 3.6.4 Summary of Post-Dental Surgery Pain Studies | D-248 |
| 3.7 Analgesia Efficacy Studies—Dysmenorrhea | D-249 |
| 3.7.1 Overview—Primary Dysmenorrhea Studies | D-249 |
| 3.7.2 Efficacy of MK-0966 Versus Placebo in Dysmenorrhea | D-249 |
| 3.7.2.1 Single-Dose Study in Dysmenorrhea | D-249 |
| 3.7.2.1.1 Protocol 038 | D-250 |
| 3.7.2.1.2 Selection of Phase III Dose | D-254 |
| 3.7.2.2 Phase III Studies in Dysmenorrhea | D-255 |
| 3.7.2.2.1 Introduction | D-255 |
| 3.7.2.2.2 Effect of MK-0966 on Primary End Point: TOPAR8 | D-256 |
| 3.7.2.2.3 Effect on Other End Points Assessing Overall Analgesic Effect | D-258 |
| 3.7.2.2.4 End Point Assessing Onset of Analgesic Effect | D-260 |
| 3.7.2.2.5 End Points Assessing Peak Analgesic Effect | D-260 |

/MK-0966/WMA/RW1379.DOC APPROVED                         09NOV98

Confidential - Subject To Protective Order

MRK-NJ0177404

IM0072259455

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| **D. Clinical Efficacy (Cont.)** | **Vol. 1.94** |
| 3.7.2.2.6 End Points Assessing Duration | D-261 |
| 3.7.2.2.7 End Points of Multiple Dose Administration | D-262 |
| 3.7.2.2.8 Effect of MK-0966 in Relation to Patient Characteristics | D-263 |
| 3.7.3 Efficacy of MK-0966 Versus Ibuprofen and Naproxen Sodium in Dysmenorrhea | D-265 |
| 3.7.3.1 Introduction | D-265 |
| 3.7.3.2 Ibuprofen | D-265 |
| 3.7.3.3 Naproxen Sodium | D-268 |
| 3.7.4 Summary of Primary Dysmenorrhea Studies | D-272 |
| 3.8 Analgesia Efficacy Studies—Post-Orthopedic Surgery Pain | D-272 |
| 3.8.1 Overview—Post-Orthopedic Surgery Pain Study | D-272 |
| 3.8.2 Single-Dose Analgesic Efficacy in the Post-Orthopedic Surgery Pain Study | D-273 |
| 3.8.3 Multiple-Dose Analgesic Efficacy in the Post-Orthopedic Surgery Pain Study | D-277 |
| 3.8.3.1 Average Supplemental Rescue Medication Use Over Days 2 to 5 | D-277 |
| 3.8.3.2 Patient's Global Evaluation Score Averaged Over Days 2 to 5 | D-278 |
| 3.8.3.3 Pain Intensity Score Averaged Over Days 2 to 5 | D-279 |
| 3.8.4 Summary of Post-Orthopedic Surgery Pain Study | D-280 |
| 3.9 Clinical Efficacy Discussion | D-281 |
| 3.9.1 Summary of Clinical Efficacy Results | D-281 |
| 3.9.2 Initial Dose for Analgesic Efficacy | D-282 |
| 3.9.3 Subsequent Doses for Analgesic Efficacy | D-284 |
| 3.9.3.1 Recommended Dose to be Taken After the Initial Dose | D-284 |
| 3.9.3.2 Recommended Dosing Schedule for Subsequent Doses | D-286 |
| 3.10 Analgesia Efficacy Conclusions | D-287 |
| **E. Clinical Safety** | **Vol. 1.94** |
| 1. General Safety Overview | E-1 |
| 1.1 Introduction | E-1 |
| 1.1.1 Scope and Overall Safety Conclusions of the MK-0966 Program | E-1 |
| 1.1.2 Cyclooxygenase Cellular Biology and MK-0966 Specificity | E-5 |
| 1.2 Organization of the Safety Section | E-6 |
| 1.2.1 Osteoarthritis Studies Section (Phase II/III Studies) and Clinical Pharmacology Studies (Phase I) | E-8 |
| 1.2.2 Analgesia Studies—Phase II/III | E-16 |
| 1.2.3 GI Safety Studies | E-18 |
| 1.2.4 Other Studies—Rheumatoid Arthritis | E-19 |
| 1.3 Tables of All Clinical Studies | E-20 |

/MK-0966/WMA/RW1379.DOC APPROVED                         09NOV98

Confidential - Subject To Protective Order                    MRK-NJ0177405

M00722S946

MK-0966
Clinical Documentation

TABLE OF CONTENTS (CONT.)        PAGE/VOLUME

E. Clinical Safety (Cont.)     Vol. 1.94
- 1.4 Statistical Methods for Evaluation of Clinical and Laboratory Adverse Experiences   E-25
- 1.5 Potential Risks Based Upon Animal Data   E-28
- 1.6 Discussion of Safety Issues With Other Drugs of the Class   E-32
- 1.7 Potential Risks Based Upon Specific Cyclooxygenase-2 Inhibition   E-32
- 1.8 Potential Risks of Cyclooxygenase-1 Inhibition in Nonspecific Inhibitors of Cyclooxygenase   E-38
- 1.9 Rationale for Safety End Points Studied   E-40
2. Clinical Safety in Osteoarthritis Studies   E-42
- 2.1 Overall Extent and Duration of Exposure   E-42
  - 2.1.1 Total Exposure to MK-0966—All Phase I to III Studies   E-42
  - 2.1.2 Osteoarthritis Safety Data   E-45
  - 2.1.3 Exposure to MK-0966 in Osteoarthritis Studies   E-49
    - 2.1.3.1 Exposure to MK-0966 in the 6-Week Osteoarthritis Studies   E-52
    - 2.1.3.2 Exposure to MK-0966 in the 6-Month Osteoarthritis Studies   E-54
    - 2.1.3.3 Exposure to MK-0966 in the 1-Year Osteoarthritis Studies   E-56
    - 2.1.3.4 Exposure to MK-0966 in the 6-Month-to-86-Week Osteoarthritis Studies   E-58
    - 2.1.3.5 Exposure to MK-0966 in the Phase I/Clinical Pharmacology Studies   E-60
- 2.2 Demographics and Other Characteristics of the Osteoarthritis Study Groups   E-60
  - 2.2.1 Baseline Characteristics   E-61
    - 2.2.1.1 Baseline Characteristics—6-Week Osteoarthritis Studies   E-61
    - 2.2.1.2 Baseline Characteristics—6-Month Osteoarthritis Studies   E-62
  - 2.2.2 Secondary Diagnoses   E-66
    - 2.2.2.1 Secondary Diagnoses—6-Week Osteoarthritis Studies   E-66
    - 2.2.2.2 Secondary Diagnoses—6-Month Osteoarthritis Studies   E-74
  - 2.2.3 Concomitant Therapies   E-80
    - 2.2.3.1 Concomitant Therapies—6-Week Osteoarthritis Studies   E-80
    - 2.2.3.2 Concomitant Therapies—6-Month Osteoarthritis Studies   E-86
- 2.3 Clinical Adverse Experiences—Osteoarthritis   E-93
  - 2.3.1 Overview of the Clinical Safety Profile of MK-0966   E-93
    - 2.3.1.1 Overall Assessment of Clinical Adverse Experiences—6-Week Osteoarthritis Studies   E-96
      - 2.3.1.1.1 Incidence of Clinical Adverse Experiences   E-100
      - 2.3.1.1.2 Patients Discontinued Due to Clinical Adverse Experiences—6-Week Osteoarthritis Studies   E-152
    - 2.3.1.2 Six-Month Osteoarthritis Studies   E-169
      - 2.3.1.2.1 Incidence of Clinical Adverse Experiences   E-177

MK-0966
Clinical Documentation

|  TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| E. Clinical Safety (Cont.) | Vol. 1.94 |
| 2.3.1.2.2 Patients Discontinued Due to Clinical Adverse Experiences—6-Month Studies | E-200 |
| 2.3.1.2.3 Clinical Safety Profile of 50 mg MK-0966 in the 6-Month Studies | E-213 |
| 2.3.1.3 One-Year Osteoarthritis Studies | E-214 |
| 2.3.1.3.1 Incidence of Clinical Adverse Experiences | E-222 |
| 2.3.1.3.2 Patients Discontinued Due to Clinical Adverse Experiences —1-Year Studies | E-233 |
| 2.3.1.4 Overall Assessment of Clinical Adverse Experiences—6-Month-to-86-Week Osteoarthritis Studies | E-238 |
| 2.3.1.5 Clinical Adverse Experiences—Phase I/Clinical Pharmacology Studies | E-253 |
| 2.3.1.5.1 Incidence of Clinical Adverse Experiences | E-254 |
| 2.3.1.5.2 Subjects Discontinued Due to Clinical Adverse Experiences-Phase I /Clinical Pharmacology Studies | E-263 |
| 2.3.2 Serious Clinical Adverse Experiences | E-267 |
| 2.3.2.1 Serious Clinical Adverse Experiences—6-Week Osteoarthritis Studies | E-267 |
| 2.3.2.1.1 Nonfatal Serious Adverse Experiences | E-268 |
| 2.3.2.1.2 Deaths | E-276 |
| 2.3.2.2 Serious Clinical Adverse Experiences—6-Month Studies | E-278 |
| 2.3.2.2.1 Nonfatal Serious Adverse Experiences | E-278 |
| 2.3.2.2.2 Deaths | E-290 |
| 2.3.2.3 Serious Clinical Adverse Experiences—6-Month-to-86-Week Studies | E-292 |
| 2.3.2.3.1 Nonfatal Serious Adverse Experiences | E-292 |
| 2.3.2.3.2 Deaths | E-305 |
| 2.3.2.4 Serious Clinical Adverse Experiences—Phase I/Clinical Pharmacology Studies | E-307 |
| 2.3.2.4.1 Nonfatal Serious Adverse Experiences | E-307 |
| 2.3.2.4.2 Deaths | E-310 |
| 2.3.3 Discussion of Specific Clinical Adverse Experiences | E-310 |
| 2.3.3.1 Digestive System Adverse Experiences by Study Group | E-311 |
| 2.3.3.2 Psychiatric Disorder—Depression | E-324 |
| 2.3.3.3 Respiratory System Adverse Experiences | E-327 |
| 2.3.3.4 Thromboembolic Cardiovascular Adverse Experiences | E-328 |
| E. Clinical Safety (Cont.) | Vol. 1.95 |
| 2.4 Laboratory Adverse Experiences—Osteoarthritis | E-332 |
| 2.4.1 Overview of the Laboratory Safety Profile | E-332 |

/MK-0966/WMA/RW1379.DOC APPROVED         09NOV98

Confidential - Subject To Protective Order                MRK-NJ0177407

M007225948

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| E. Clinical Safety (Cont.) | Vol. 1.95 |
| 2.4.1.1 Overall Assessment of Laboratory Adverse Experiences—6-Week Osteoarthritis Studies | E-334 |
| 2.4.1.1.1 Incidence of Laboratory Adverse Experiences | E-338 |
| 2.4.1.1.2 Patients Discontinued Due to Laboratory Adverse Experiences—6-Week Studies | E-364 |
| 2.4.1.2 Overall Assessment of Laboratory Adverse Experiences—6-Month Studies | E-369 |
| 2.4.1.2.1 Incidence of Laboratory Adverse Experiences—6-Month Studies | E-371 |
| 2.4.1.2.2 Patients Discontinued Due to Laboratory Adverse Experiences—6-Month Studies | E-385 |
| 2.4.1.2.3 Laboratory Safety Profile of 50 mg MK-0966 in the 6-Month Studies | E-388 |
| 2.4.1.3 Overall Assessment of Laboratory Adverse Experiences—1-Year Studies | E-389 |
| 2.4.1.3.1 Incidence of Laboratory Adverse Experiences—1-Year Studies | E-390 |
| 2.4.1.3.2 Patients Discontinued Due to Laboratory Adverse Experiences—1-Year Studies | E-398 |
| 2.4.1.4 Overall Assessment of Laboratory Adverse Experiences—6-Month-to-86-Week Osteoarthritis Studies | E-400 |
| 2.4.1.5 Overall Assessment of Laboratory Adverse Experiences—Phase I/Clinical Pharmacology Studies | E-406 |
| 2.4.1.5.1 Incidence | E-406 |
| 2.4.1.5.2 Subjects Discontinued Due to Laboratory Adverse Experiences—Phase I/Clinical Pharmacology Studies | E-417 |
| 2.4.2 Serious Laboratory Adverse Experiences | E-420 |
| 2.4.2.1 Serious Laboratory Adverse Experiences—6-Week Studies | E-420 |
| 2.4.2.2 Serious Laboratory Adverse Experiences—6-Month Studies | E-420 |
| 2.4.2.3 Serious Laboratory Adverse Experiences—1-Year Studies | E-420 |
| 2.4.2.4 Serious Laboratory Adverse Experiences—6-Month-to-86-Week Studies | E-420 |
| 2.4.2.5 Serious Laboratory Adverse Experiences—Phase I/Clinical Pharmacology Studies | E-420 |
| 2.4.3 Predefined Limits of Change—Laboratory Parameters | E-420 |
| 2.4.4 Discussion of Specific Laboratory Adverse Experiences | E-437 |
| 2.4.4.1 Serum Alanine and Aspartate Aminotransferases | E-437 |
| 2.4.4.2 Hemoglobin and Hematocrit | E-479 |
| 2.5 Integrated Analysis of Renal/Vascular Effects in the OA Studies | E-493 |
| 2.5.1 Introduction | E-493 |

/MK-0966/WMA/RW1379.DOC APPROVED 09NOV98

Confidential - Subject To Protective Order

MRK-NJ0177408

M0072594g

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| E. Clinical Safety (Cont.) | Vol. 1.95 |
| 2.6 Summary and Analysis of Clinical and Laboratory Adverse Effects Related to Alterations in Renal Function | E-497 |
| 2.6.1 Edema-Related Adverse Experiences | E-497 |
| 2.6.2 Blood Pressure | E-506 |
| 2.6.3 Body Weight | E-525 |
| 2.6.4 Serum Creatinine | E-533 |
| 2.6.5 Other Relevant Laboratory Measures | E-542 |
| 2.6.6 Clinical Importance of Renal/Vascular Effects | E-553 |
| 2.6.7 Risk Factor Analysis | E-564 |
| 2.7 Long-Term Effects on Study Joint Structure | E-567 |
| 2.8 Pregnancies | E-570 |
| 2.9 Summary of Osteoarthritis Safety Profile | E-572 |
| 3. Clinical Safety in Analgesia Studies | E-573 |
| 3.1 Overall Extent of Exposure of the Analgesia Study Population | E-574 |
| 3.2 Characteristics of the Analgesia Population | E-575 |
| 3.2.1 Combined Post-Dental Surgery Pain and Primary Dysmenorrhea Studies | E-576 |
| 3.2.1.1 Baseline Characteristics | E-576 |
| 3.2.1.2 Secondary Diagnoses | E-578 |
| 3.2.1.3 Concomitant Therapies | E-581 |
| 3.2.2 Post-Orthopedic Surgery Pain Study | E-583 |
| 3.2.2.1 Baseline Characteristics | E-583 |
| 3.2.2.2 Secondary Diagnoses | E-583 |
| 3.2.2.3 Concomitant Therapies | E-583 |
| 3.3 Clinical Adverse Events in the Analgesia Studies | E-584 |
| 3.3.1 Combined Post-Dental Surgery Pain and Primary Dysmenorrhea Studies | E-584 |
| 3.3.1.1 Incidence of Clinical Adverse Experiences | E-584 |
| 3.3.1.2 Serious Clinical Adverse Experiences | E-597 |
| 3.3.1.3 Discontinuations Due to Clinical Adverse Experiences | E-597 |
| 3.3.1.4 Clinical Adverse Experiences of Special Interest | E-599 |
| 3.3.2 Post-Orthopedic Surgery Pain Study | E-604 |
| 3.3.2.1 Incidence of Clinical Adverse Experiences | E-604 |
| 3.3.2.2 Serious Clinical Adverse Experiences | E-605 |
| 3.3.2.3 Discontinuations Due to Clinical Adverse Experiences | E-609 |
| 3.4 Laboratory Adverse Experiences in the Analgesia Studies | E-610 |
| 3.4.1 Combined Post-Dental Surgery Pain and Primary Dysmenorrhea Studies | E-610 |
| 3.4.1.1 Incidence of Laboratory Adverse Experiences | E-610 |
| 3.4.1.2 Serious Laboratory Adverse Experiences | E-618 |

/MK-0966/WMA/RW1379.DOC APPROVED          09NOV98

Confidential - Subject To Protective Order          MRK-NJ0177409

M007225950

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| E. Clinical Safety (Cont.) | Vol. 1.95 |
| 3.4.1.3 Discontinuations Due to Laboratory Adverse Experiences | E-618 |
| 3.4.2 Post-Orthopedic Surgery Pain Study | E-618 |
| 3.4.2.1 Incidence of Laboratory Adverse Experiences | E-618 |
| 3.4.2.2 Serious Laboratory Adverse Experiences | E-619 |
| 3.4.2.3 Discontinuations Due to Laboratory Adverse Experiences | E-619 |
| 4. Gastrointestinal Safety | E-620 |
| 4.1 Overview | E-620 |
| 4.1.1 Table of Gastrointestinal Clinical Safety Studies | E-624 |
| 4.2 Rationale for Specific COX-2 Inhibition With MK-0966 | E-626 |
| 4.3 Clinical Gastrointestinal Studies | E-628 |
| 4.3.1 Pharmacodynamic Studies | E-628 |
| 4.3.2 Model Studies of Gastrointestinal Tract Injury | E-629 |
| 4.3.2.1 Intestinal Permeability Study (Protocol 041) | E-629 |
| 4.3.2.2 Fecal Red Blood Cell Loss Study (Protocol 050) | E-631 |
| 4.3.3 Upper Endoscopy Studies | E-635 |
| 4.3.3.1 Pilot Study of Gastroduodenal Erosions in Healthy Subjects (Protocol 009) | E-635 |
| 4.3.3.2 Phase III Endoscopy Studies in Patients With Osteoarthritis (Protocol 044 and Protocol 045) | E-638 |
| 4.3.3.2.1 Rationale for Studies | E-638 |
| 4.3.3.3 Patient Selection | E-639 |
| 4.3.3.4 Study Populations | E-640 |
| 4.3.3.5 Study Design | E-640 |
| 4.3.3.6 Analytical Methods | E-641 |
| 4.3.3.7 End Points | E-642 |
| 4.3.3.8 Results | E-643 |
| 4.3.4 Analyses of Combined Phase IIb/III Studies (Protocol 069) | E-656 |
| 4.3.4.1 Rationale for Analysis | E-656 |
| 4.3.4.2 Study Population | E-656 |
| 4.3.4.3 Study Design | E-656 |
| 4.3.4.4 Analytical Methods | E-657 |
| 4.3.4.5 Results | E-658 |
| 4.4 Gastrointestinal Safety Discussion | E-665 |
| 4.5 Gastrointestinal Safety Conclusions | E-673 |
| 5. Safety Experience From Other Indications—Rheumatoid Arthritis | E-676 |
| 6. Adverse Experiences in Study Populations Involving Other Dosage Forms | E-680 |
| 7. Serious Adverse Experiences From Sources Other Than Case Report Forms | E-681 |
| 7.1 MRL Clinical Studies | E-681 |
| 7.2 Non-MRL Clinical Studies | E-694 |

/MK-0966/WMA/RW1379.DOC  APPROVED

09NOV98

Confidential - Subject To Protective Order

MRK-NJ0177410

M00722595I

MK-0966
Clinical Documentation

|  | TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|---|
| **E.** | **Clinical Safety (Cont.)** | **Vol. 1.95** |
| 8. | Response to Withdrawal of Therapy | E-696 |
| 9. | Drug-Drug Interactions | E-697 |
| 10. | Drug Demographic Interactions | E-700 |
| 10.1 | Age | E-700 |
| 10.1.1 | The Elderly OA Study (Protocol 058) | E-700 |
| 10.1.2 | Clinical Adverse Experiences by Age-Primary 6-Week Studies | E-702 |
| 10.1.3 | Laboratory Parameters by Age | E-707 |
| 10.2 | Race | E-710 |
| 10.3 | Gender | E-712 |
| 11. | Discussion of the MK-0966 Safety Profile | E-714 |
| 12. | Conclusions | E-721 |
| **F.** | **Published Clinical Literature** | **Vol. 1.95** |
|  | Published Clinical Literature | F-1 |
| **G.** | **Summary of Dosage Information in the Labeling** | **Vol. 1.95** |
| 1. | Introduction | G-1 |
| 2. | Dose Selection for Osteoarthritis | G-2 |
| 2.1 | Phase II Studies (Protocols 010 and 029) | G-3 |
| 2.2 | Summary of Dose Selection for Phase III Osteoarthritis Studies | G-12 |
| 2.3 | Phase III Osteoarthritis Efficacy Results—Confirmation of Dose Selection | G-14 |
| 2.4 | Summary of Safety Data | G-17 |
| 2.5 | Summary of Data in Support of Osteoarthritis Dosing Recommendations | G-28 |
| 2.6 | Special Dosing Situations | G-29 |
| 2.6.1 | Effect of Food on Oral Absorption | G-29 |
| 2.6.2 | Drug Interactions | G-29 |
| 2.6.3 | Dosing With Regard to Special Populations | G-32 |
| 3. | Recommended Dose for Treatment of Pain, Including Dysmenorrhea | G-35 |
| 3.1 | Initial Dose | G-36 |
| 3.2 | Subsequent Daily Dosing | G-37 |
| 4. | Conclusions | G-38 |
| **H.** | **Product Abuse and Overdosage Information** | **Vol. 1.95** |
| 1. | Drug Abuse Potential | H-1 |
| 2. | Overdosage Information | H-1 |
| 2.1 | Preclinical Studies | H-2 |
| 2.2 | Clinical Studies | H-3 |
| 2.2.1 | Single-Dose Human Studies | H-4 |
| 2.2.2 | Multiple-Dose Human Studies | H-5 |
| 3. | Discussion | H-8 |
| 4. | Conclusions | H-9 |

MK-0966
Clinical Documentation

| TABLE OF CONTENTS (CONT.) | PAGE/VOLUME |
|---|---|
| **I. Benefits Versus Risks Relationship** | **Vol. 1.95** |
| 1. Introduction | I-1 |
| 2. Expected Benefits and Risks of MK-0966 | I-2 |
| 2.1 Benefits | I-2 |
| 2.2 Risks | I-8 |
| 3. Benefits and Risks of Other Therapies | I-16 |
| 3.1 Acetaminophen | I-16 |
| 3.2 NSAIDs | I-17 |
| 3.3 Other COX-2 Inhibitors | I-18 |
| 4. Discussion | I-19 |
| 5. Conclusion | I-21 |
| **Appendix 1: Table of All Clinical Studies** | **Vol. 1.95** |
| **J. List of References** | **Vol. 1.95** |
| References | Vols. 1.96 to 1.211 |

MK-0966  
Clinical Documentation  
C. Clinical Pharmacology

C-314

### 7.2.6 Summary of Renal Studies (Cont.)

observations should be given consideration when administering MK-0966 to patients susceptible to complications relating to sodium and water retention.

The apparent relative decreases in PRA, reflected in a blunted increase in PRA with ambulation following a single MK-0966 250-mg dose or after chronic administration of 25 mg MK-0966 and indomethacin 50 mg 3 times daily, may be explained by the known influence of $PGE_2$ or $PGI_2$ to stimulate renin release [P065] [7]. Inhibition of renal prostaglandin synthesis could be responsible for the relative decrease in PRA. This mechanism may also be responsible for the occasional increases in serum potassium [37]. Alternatively, drug induced sodium retention could feedback to inhibit renin secretion.

Some of the urinary prostaglandin metabolites measured [P023, P061] have been proposed to be markers of systemic prostaglandin production and others to reflect primarily renal synthesis [27; 26; 25; 23]. The metabolite of $PGI_2$, 6-keto $PGF_{1\alpha}$, is thought to be largely derived from renal $PGI_2$ synthesis whereas PGI-M may reflect not just renal but also systemic $PGI_2$ synthesis. In the 2 studies for which data are available, MK-0966, indomethacin, diclofenac, and meloxicam similarly reduced the urinary excretion of PGI-M and 6-keto $PGF_{1\alpha}$ [P023; P061]. The kidney has been shown to possess $\beta$-oxidation capability and the isolated rabbit kidney perfused with prostacyclin yields PGI-M [22; 25]. Thus, whereas the reduction in 6 keto $PGF_{1\alpha}$ clearly indicates a COX-2 contribution for renal $PGI_2$ synthesis, the quantitative contribution of systemic versus renal $PGI_2$

/MK-0966/WMA/RW1250.DOC APPROVED

05OCT98

Confidential - Subject To Protective Order

MRK-NJ0178116

M007225954

MK-0966  
Clinical Documentation  
C. Clinical Pharmacology

C-315

### 7.2.6 Summary of Renal Studies (Cont.)

to urinary PGI-M is unknown. Nonetheless, the results of the present work suggest that some of systemic $PGI_2$ production may derive from COX-2 enzymatic activity. It is notable that acetaminophen, a drug with an established safety profile, has also been demonstrated to reduce the urinary excretion of PGI-M [24].

Urinary $PGE_2$, an index of renal $PGE_2$ synthesis, was not measured in the Sodium Excretion Study [P023], which included both men and women, since the values obtained can be confounded by the contribution of prostatic secretions. However, urinary $PGE_2$ was measured in the MK-0966/NSAID Comparator Study II [P061], which included only women, wherein MK-0966 produced reductions in urinary $PGE_2$ excretion similar to diclofenac and meloxicam. These observations on the influence of MK-0966 on urinary excretion of $PGE_2$, 6-keto $PGF_{1\alpha}$, and PGI-M should not be surprising given the constitutive expression of both COX-1 and COX-2 in the human kidney [1].

Overall, it may be concluded that MK-0966 (up to 50 mg once daily and up to 250 mg as a single dose) affects renal function qualitatively and quantitatively similarly to NSAIDs. While this influence generally has no major clinical implications in most individuals, it could result in altered renal function in predisposed patients such as those with underlying renal disease or contracted effective intravascular fluid volume.

/MK-0966/WMA/RW1250.DOC  APPROVED

05OCT98

Confidential - Subject To Protective Order

MRK-NJ0178117

M0072259S5