**Exhibit B - 6/7/06 Flavahan Deposition Excerpts**

• **Mason - Expert Challenge 2**

[1:] - [1:24]      6/7/2006    Flavahan, Nicholas

```
page 1
   0001
1           SUPERIOR COURT OF THE STATE OF CALIFORNIA
                    COUNTY OF LOS ANGELES
2        Coordination Proceeding Special Title (Rule 1550(b))
         -----------------------------------------------
3        This Document Applies to All
         VIOXX CASES           CASE NO. JCCP NO. 4247
4        -----------------------------------------------
5            IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
6        -----------------------------------------------
         In Re:  VIOXX        MDL Docket No. 1657
7        PRODUCTS LIABILITY    Case:  2:06-cv-00485-EEF-DK
         LITIGATION
8
         THIS DOCUMENT RELATES TO:
9        GERALD BARNETT V. MERCK
         -----------------------------------------------
10
         ROBERT MCFARLAND,      SUPERIOR COURT OF NEW JERSEY
11                              LAW DIVISION:  ATLANTIC COUNTY
             Plaintiff,         DOCKET NO.:  ATL-L-0199-04-MT
12       v.                     VIOXX LITIGATION
         MERCK & CO., INC.,     CASE CODE NO. 619
13
             Defendant.
14       -----------------------------------------------
         PATRICIA HATCH,        SUPERIOR COURT OF NEW JERSEY
15       Administrator of the   LAW DIVISION:  ATLANTIC COUNTY
         Estate of STEPHEN
16       HATCH, Deceased and    DOCKET NO.:  ATL-L-0403-05-MT
         PATRICIA HATCH,        VIOXX LITIGATION
17       In Her Own Right,
                                CASE CODE NO. 619
18           Plaintiffs,
         v.
19       MERCK & CO., INC.
             Defendant.
20       -----------------------------------------------
                   VIDEOTAPED DEPOSITION OF
21             NICHOLAS A. FLAVAHAN, Ph.D.
                   Taken on June 7, 2006
22             Commencing at 9:39 a.m.
             REPORTED BY:  NANCY G. GISCH, RMR
23           Golkow Litigation Technologies
               Four Penn Center, Suite 1210
24             Philadelphia, PA 19103
                     877.DEPS.USA
25
page 2
1           The videotaped deposition of NICHOLAS A.
2        FLAVAHAN, Ph.D., taken on June 7, 2006, commencing
3        at approximately 9:39 a.m., taken at Fulbright &
```

[10:13] - [10:18]    6/7/2006    Flavahan, Nicholas

```
page 10
9    COX-2 discussion today?
10       A.  That I'm personally authoring, you mean?
11       Q.  Yes, sir.
12       A.  No.
13       Q.  Doctor, what is your primary research
14   interest at Ohio State?
15       A.  Basically a vascular cell biologist.  So I'm
16   interested in mechanisms that regulate the blood
17   vessel wall, not only during healthy conditions, but
18   also during a vascular disease.
```

**Exhibit B - 6/7/06 Flavahan Deposition Excerpts**

• **Mason - Expert Challenge 2**

```
19      Q.  Sir, you have spent a great deal of research
20 time in smooth muscle physiology, is that true?
21      A.  Basically all aspects of the blood vessel
22 wall.
```

[27:17] - [27:20]          6/7/2006    Flavahan, Nicholas

```
page 27
13      A.  I actually don't recall.  Potentially maybe
14 four -- three or four.
15      Q.  Okay.  When you were first contacted by
16 Merck attorneys what were you asked to do?
17      A.  I was asked to look at the potential role of
18 COX-2 in the blood vessel wall and also the
19 pharmacological mechanisms of the action of -- of
20 Vioxx.
21      Q.  What information, documents of any sort,
22 were you given in order to answer those two issues?
23      A.  I don't recall the specific documents that I
24 was given.  You, I think, have gotten a copy of
```

[47:8] - [47:20]           6/7/2006    Flavahan, Nicholas

```
page 47
4 cardiovascular events, including MIs, in several of
5 their randomized clinical trials?
6          MR. KREPS:  Object to the form of the
7 question.
8      A.  (Continuing) I've looked at the clinical
9 trials.  Actually scanned them early on in this
10 process.  And my participation in these events is
11 actually to look at mechanisms, pharmacological
12 action of Vioxx, the role of COX-2 within the blood
13 vessel wall.  So I -- I have the ability to discuss
14 what may be happening in the blood vessel with
15 regard to atherosclerosis.  I am not involved in the
16 design or assessment or analysis of clinical trials.
17 And so I will not be discussing the clinical trials.
18 But I will be discussing the action of these agents
19 in the blood vessel wall and the role of COX-2 in
20 the blood vessel wall.
21      Q.  Sir, do you disagree that randomized
22 clinical trials involving Vioxx, including VIGOR and
23 APPROVe, produced a statistically significant
24 increase of cardiovascular events including heart
```

[48:9] - [48:14]           6/7/2006    Flavahan, Nicholas

```
page 48
5 transcripts was to look at the mechanisms that were
6 being discussed within the papers.  I did not
7 address the statistical significance or the actual
8 interpretation of the data.
9      Q.  My question was:  Do you deny that there
10 were statistically significant excess of CV events
11 including MIs in randomized clinical trials
12 involving Vioxx, including VIGOR and APPROVe?
13      A.  As I said, I'm not here to discuss the
14 results or interpretation of the clinical trials.
15      Q.  And I take it by that, sir, you -- you do
16 not disagree with the proposition that there were
17 statistically significant excess cardiovascular
18 events, including MIs, in randomized clinical trials
```

[57:16] - [57:21]          6/7/2006    Flavahan, Nicholas

```
page 57
12 should be changed to adequately test hypotheses.
13      Q.  Doctor, in your opinion of Vioxx, do you
14 consider at all the results of the randomized
```

**Exhibit B - 6/7/06 Flavahan Deposition Excerpts**

**• Mason - Expert Challenge 2**

```
15  clinical trials involving Vioxx?
16      A.  As I said, I am not involved in the design
17  or the interpretation of clinical trials.  My role
18  in these proceedings is to discuss the mechanisms of
19  COX-2 action within the blood vessel wall and the
20  pharmacological action of Vioxx and other COX-2
21  inhibitors.
22      Q.  I understand.  What my question is -- is
23  your opinion or opinions regarding the plausible
24  mechanisms of Vioxx mechanism of action entirely
25  independent of any evidence produced in the
```

[58:2] - [58:8]          6/7/2006      Flavahan, Nicholas

```
page 57
23  your opinion or opinions regarding the plausible
24  mechanisms of Vioxx mechanism of action entirely
25  independent of any evidence produced in the
page 58
1   randomized clinical trials involving Vioxx?
2       A.  As far as I'm aware, the randomized clinical
3   trials were not getting at mechanism.  Now, I have
4   not analyzed the results of the clinical trials.
5   It's not what I do.  That -- my role in these
6   proceedings is to look at the mechanisms of COX
7   activity within the blood vessel wall in the action
8   of the -- of the inhibitors.
9       Q.  I understand that, Doctor.
10          My question is a simple one.  In forming
11  your opinions that are contained in the expert
12  report of May 31, 2006 did you look at, consider in
```

[81:7] - [82:8]          6/7/2006      Flavahan, Nicholas

```
page 81
3       A.  Correct.
4       Q.  And is it your view that indobufen inhibits
5   platelet-derived thromboxane by 95 percent or
6   better?
7       A.  I reviewed the specific pharmacology and
8   actions of Naproxen in -- in human volunteers.
9           The indobufen -- I got that information from
10  Patrono's review.
11      Q.  Okay.  Do you know anything about the
12  biologic mechanism of action of indobufen compared
13  to aspirin?
14      A.  I think indobufen and Naproxen are both
15  reversible inhibitors, whereas aspirin is an
16  irreversible inhibitor.
17      Q.  Is the action of indobufen, even though
18  reversible, similar in nature to the biologic
19  neck -- mechanism of action of low-dose aspirin?
20      A.  The mechanism, by virtue of how they act
21  with the enzyme, is going to be different.
22      Q.  Okay.  With regard to Naproxen, what study
23  or studies did you look at to determine whether or
24  not Naproxen has an aspirin-like cardioprotective
25  effect?
page 82
1       A.  The -- the data that's contained in the
2   references there includes analysis of the inhibitory
3   effects of Naproxen on platelet aggregation and --
4   as well as the release of thromboxane from the
5   platelets at various times during its therapeutic
6   administration.  And it -- it basically provides the
7   same degree or similar degree of inhibition as
8   low-dose aspirin.
9       Q.  Is the -- there any study, other than --
10  than the Van Hecken study, that attempts to measure
11  the platelet-derived thromboxane inhibition by
12  Naproxen?
```

**Exhibit B - 6/7/06 Flavahan Deposition Excerpts**

**• Mason - Expert Challenge 2**

[82:9] - [82:14]        6/7/2006      Flavahan, Nicholas

```
page 82
 5  platelets at various times during its therapeutic
 6  administration.  And it -- it basically provides the
 7  same degree or similar degree of inhibition as
 8  low-dose aspirin.
 9      Q.  Is the -- there any study, other than --
10  than the Van Hecken study, that attempts to measure
11  the platelet-derived thromboxane inhibition by
12  Naproxen?
13      A.  Yeah, there's a few there.  We can go
14  through the references, if you want me to find them.
15      Q.  Okay.  Did you review the Van Hecken study?
16      A.  I read the Van Hecken study, yeah.
17      Q.  Okay.  Did the Van Hecken study describe a
18  mean of platelet inhibition or did -- or did they
```

[252:15] - [252:16]        6/7/2006      Flavahan, Nicholas

```
page 252
11  with regard to Merck, you're correct.
12      Q.  Okay.  And -- and you've never published any
13  research or -- or medical literature specifically in
14  reference to Vioxx, have you?
15      A.  We've used other COX inhibitors in our
16  publications.  We haven't used Vioxx.
17      Q.  Have you ever utilized Vioxx's sister
18  compounds, etoricoxib or arcoxia in any of your
19  studies?
20      A.  No.
```

[266:1] - [266:25]        6/7/2006      Flavahan, Nicholas

```
page 265
22
23
24
25
page 266
 1              REPORTER'S CERTIFICATE
 2              STATE OF WISCONSIN
 3
            I hereby certify that I reported the
 4  deposition of NICHOLAS A. FLAVAHAN, Ph.D., on the
    7th day of June, 2006, in Minneapolis, Minnesota,
 5  and that the witness was by me first duly sworn to
    tell the whole truth;
 6
            That the testimony was transcribed by me and
 7  is a true record of the testimony of the witness;
 8          That the cost of the original has been
    charged to the party who noticed the deposition, and
 9  that all parties who ordered copies have been
    charged at the same rate for such copies;
10
            That I am not a relative or employee or
11  attorney or counsel of any of the parties, or
    relative or employee of such attorney or counsel;
12
            That I am not financially interested in the
13  action and have no contract with the parties,
    attorneys, or persons with an interest in the action
14  that affects or has a substantial tendency to affect
    my impartiality.
15
16          WITNESS MY HAND AND SEAL THIS 13th day of
    June, 2006.
17
18
19
```

**Exhibit B - 6/7/06 Flavahan Deposition Excerpts**

**• Mason - Expert Challenge 2**

```
                    20
                    21
                                   Nancy G. Gisch, RMR
                    22                 Notary Public, State of Wisconsin
                    23
                    24
                    25
page 267
                    1          ACKNOWLEDGMENT OF DEPONENT
                    2               I,_____, do
                         hereby certify that I have read the
                    3    foregoing pages,  1 - 265 , and that the
```