1

*CURRICULUM VITAE*

**Nicholas A. Flavahan, Ph.D.**
**Director of Research, Endowed Chair, Vice Chair,**
**Department of Anesthesiology and Critical Care Medicine,**
**Johns Hopkins University,**
**Ross Research Building Room 372**
**720 Rutland Ave, Baltimore, MD 21205**
**Phone: 410 502 6738**
nflavah1@jhmi.edu

## PERSONAL

**Name:** Nicholas A. Flavahan
**Date of Birth:** 12 August 1956  **Age:** 50
**Place of Birth:** Glasgow, Scotland
**Citizenship:** USA
**Marital Status:** Married  **Wife's Name:** Sheila  **Occupation:** Nurse/Research Associate
**Children:** Billy (22 years), Andrew (20 years), Louise (18 years), Kelly (13 years)

## PROFESSIONAL

### Qualifications:

B.Sc (hons) in Pharmacology; University of Glasgow, Glasgow, Scotland, 1978.

M.Sc. in Pharmacology; University of Strathclyde, Glasgow, Scotland, 1979.

Ph.D. in Physiology; University of Glasgow, 1983.
   Doctoral Thesis: Subtypes of $\alpha$-Adrenoceptors in the Cardiovascular System.
   Supervisor:  Dr. J.C. McGrath

## EMPLOYMENT HISTORY

**British Heart Foundation Research Fellow** (1982 to 1983)
> Department of Physiology,
> University of Glasgow
> Head of Laboratory: Dr. J.C. McGrath

**Mayo Foundation Senior Research Fellow** (1983 to 1986)
> Departments of Physiology and Pharmacology,
> Mayo Clinic,
> Rochester, Minnesota 55905.
> Head of Laboratory: Drs. Paul M. Vanhoutte and John T. Shepherd

**Visiting Research Scientist (Funded by Mayo Clinic)** (1986 to 1987)
> Department of Anatomy and Embryology,
> University College, Gower Street, London WC1.
> Head of Laboratory: Professor G. Burnstock

**Assistant Professor of Pharmacology** (1987 to 1989).
> Department of Pharmacology,
> Mayo Clinic,
> Rochester, Minnesota 55905.

**Assistant Professor of Medicine and Physiology** (1989 to 1991)
> Department of Medicine,
> Johns Hopkins University Schools of Medicine and Public Health,
> Baltimore, MD 21205

**Associate Professor of Medicine and Physiology** (1991 to 1997)
> Department of Medicine,
> Johns Hopkins University Schools of Medicine and Public Health,
> Baltimore, MD 21205

**Professor of Internal Medicine, Physiology and Cell Biology** (1997 to 2006)
> Departments of Internal Medicine and Physiology/Cell Biology,
> The Ohio State University, Columbus, OH 43210

**Associate Director, Heart and Lung Research Institute** (1997 to 2002)
> Heart and Lung Research Institute,
> The Ohio State University, Columbus, OH 43210

**Deputy Director, Heart and Lung Research Institute** (2002 to 2005)
> Heart and Lung Research Institute,
> Ohio State University, Columbus, OH 4321

**Director of Research, Endowed Chair and Vice Chair** (2006 to present),
> Department of Anesthesiology and Critical Care Medicine
> Johns Hopkins University, Baltimore MD 21205

**Research Funding:**

*Active Support:*

1.  SOURCE OF SUPPORT:              NIH
    TITLE:                          $\alpha_{2C}$-Adrenergic Receptors and the
                                    Cutaneous Circulation
    PRINCIPAL INVESTIGATOR:         Nicholas A. Flavahan
    TOTAL DIRECT COSTS:             $1,250,000
    TOTAL PERIOD OF SUPPORT:        2/01/05 - 1/31/10

2.  SOURCE OF SUPPORT:              NIH
    TITLE:                          Mechanisms of Vascular Dysfunction in
                                    Vibration Injury
    PRINCIPAL INVESTIGATOR:         Nicholas A. Flavahan
    TOTAL DIRECT COSTS:             $875,000
    TOTAL PERIOD OF SUPPORT:        8/01/05 - 7/31/10

3.  SOURCE OF SUPPORT:              NIH
    TITLE:                          Redox Regulation of Arteriole Function
    PRINCIPAL INVESTIGATOR:         Nicholas A. Flavahan
    TOTAL DIRECT COSTS REQUESTED:   $1,150,000
    TOTAL PERIOD OF SUPPORT:        4/1/01 - 1/31/07

4.  SOURCE OF SUPPORT:              NIH
    TITLE:                          Role of Granzyme B Pathway in Accelerated
                                    Graft Arteriosclerosis
    PRINCIPAL INVESTIGATOR:         Nicholas A. Flavahan (subcontract with
                                    Johns Hopkins University)
    TOTAL DIRECT COSTS:             $325,000
    TOTAL PERIOD OF SUPPORT:        7/01/03 to 6/30/08

5.  SOURCE OF SUPPORT:              NIH
    TITLE:                          Myofibroblasts and fibrosis after cardiac
                                    transplantation
    PRINCIPAL INVESTIGATOR:         Art Strauch
    CO-INVESTIGATOR                 Nicholas A. Flavahan
    TOTAL DIRECT COSTS:             $1,000,000
    TOTAL PERIOD OF SUPPORT:        7/1/01 to 6/30/07

6.  SOURCE OF SUPPORT:              Scleroderma Research Foundation
    TITLE:                          Vascular Dysfunction in Scleroderma
    PRINCIPAL INVESTIGATOR:         Nicholas A. Flavahan

|  |  |
|---|---|
| TOTAL DIRECT COSTS: | $150,000 |
| TOTAL PERIOD OF SUPPORT: | 5/01/04-4/30/07 |

7.   SOURCE OF SUPPORT: Peninsula Foundation
     TITLE: Efficacy, Tolerability and Biology of a Rho-kinase (ROCK) Inhibitor (Fasudil) in the Treatment of Raynaud's Phenomenon
     PRINCIPAL INVESTIGATOR: Nicholas A Flavahan and Fredrick Wigley
     TOTAL DIRECT COSTS: $246,917
     TOTAL PERIOD OF SUPPORT: 9/01/06-8/31/07

*Previous Support:*

8.   SOURCE OF SUPPORT: NIH
     TITLE: Mechanisms of Altered Vasoreactivity in Scleroderma
     PRINCIPAL INVESTIGATOR: Nicholas A. Flavahan
     TOTAL DIRECT COSTS REQUESTED: $921,695
     TOTAL PERIOD OF SUPPORT: 7/1/98 – 6/30/04

9.   SOURCE OF SUPPORT: American Society of Transplant Surgeons
     TITLE: ASTS Collaborative Scientist Research Award
     PRINCIPAL INVESTIGATOR: Nicholas A. Flavahan and Charles G Orosz
     TOTAL DIRECT COSTS: $85,000
     TOTAL PERIOD OF SUPPORT: 7/01/02 to 6/30/04

10.  SOURCE OF SUPPORT: NIH
     TITLE: Endothelial Cell Dysfunction in AGA
     PRINCIPAL INVESTIGATOR: Nicholas A. Flavahan
     TOTAL DIRECT COSTS REQUESTED: $1,024,827
     TOTAL PERIOD OF SUPPORT: 5/1/97 - 4/30/02

11.  SOURCE OF SUPPORT: NIH
     TITLE: Postmenopausal Hormone Replacement Therapy after CABG
     PRINCIPAL INVESTIGATOR: Pamela Ouyang
     CO-INVESTIGATOR: Nicholas A. Flavahan
     TOTAL DIRECT COSTS REQUESTED: $1,413,254
     TOTAL PERIOD OF SUPPORT: 4/1/96 - 3/31/01

12.  SOURCE OF SUPPORT: NIH
     PROJECT 3: Adrenergic Sensitivity in Nociceptors
     PRINCIPAL INVESTIGATOR: Richard A. Meyer

CO-INVESTIGATOR: Nicholas A. Flavahan
TOTAL DIRECT COSTS REQUESTED: $629,323
TOTAL PERIOD OF SUPPORT: 7/1/94 - 6/30/99

13. SOURCE OF SUPPORT: NIH
    TITLE: Acute Pulmonary Arterial Responses To Hypoxia
    PRINCIPAL INVESTIGATOR: J.T. Sylvester, MD
    CO-INVESTIGATOR: N.A. Flavahan, Ph.D.
    ANNUAL DIRECT COSTS: $954,380
    TOTAL PERIOD OF SUPPORT: 12/1/94 - 11/30/99

14. SOURCE OF SUPPORT: NIH
    TITLE: Anesthesia and Pulmonary Vasodilator Signal Transduction
    PRINCIPAL INVESTIGATOR: P.A. Murray, Ph.D.
    CO-INVESTIGATOR: N.A. Flavahan, Ph.D.
    ANNUAL DIRECT COSTS: $738,010
    TOTAL PERIOD OF SUPPORT: 4/1/93 - 3/31/98

15. SOURCE OF SUPPORT: NIH
    TITLE: Atherosclerosis and Endothelial Dysfunction
    PRINCIPAL INVESTIGATOR: Nicholas A. Flavahan, Ph.D.
    TOTAL DIRECT COSTS REQUESTED: $634,112
    TOTAL PERIOD OF SUPPORT: 12/1/91-11/30/96

16. SOURCE OF SUPPORT: NIH
    PROJECT TITLE: Endothelium-Dependent Relaxation: G Protein Regulation
    PRINCIPAL INVESTIGATOR: Nicholas Flavahan, Ph.D.
    TOTAL DIRECT COSTS REQUESTED: $349,909
    TOTAL PERIOD OF SUPPORT: 7/01/90 - 6/31/95

**Sponsor of Postdoctoral Fellowship Awards**:

1. SOURCE NIH NRSA
   TITLE: Oxygen Sensitivity of Isolated Blood Vessels
   FELLOW: Kevin Kovitz, MD
   TOTAL PERIOD OF SUPPORT: 7/1/91 - 6/30/93

2. SOURCE: NIH NRSA
   TITLE: Mechanisms Underlying Hypoxic Responses

|  |  |
|---|---|
| | of Pulmonary Arteries |
| FELLOW: | Sean Gaine |
| TOTAL PERIOD OF SUPPORT: | 7/1/95-6/30/97 |

3. SOURCE:          NIH NRSA
    TITLE:           Mechanism of Protective Action of Estrogen
                     on Vascular Wall
    FELLOW:        Christine Roos.
    TOTAL PERIOD OF SUPPORT:  7/1/97-6/30/99

4. SOURCE           AHA
    TITLE:           Analysis of Alpha2-Adrenoceptor Function
                     in Scleroderma
    FELLOW:        Halit Canatan, DVM, PhD
    TOTAL PERIOD OF SUPPORT:  12/1/98 - 11/30/00
    Because of family problems, Halit had to return to Turkey.  Project was funded, but not
    activated

5. SOURCE:          AHA
    TITLE:           Role of Alpha2-Adrenoceptors in Vascular
                     Smooth Muscle Cell Biology: Towards an In
                     Vitro Model of Scleroderma
    FELLOW:        Maqsood Chotani, Ph.D.
    TOTAL PERIOD OF SUPPORT:  7/1/99-6/30/01

## Patents and Intellectual Property

US Patent# US 6,444,681 (September, 2002): $\alpha_{2C}$-Adrenergic blockers for the treatment of Raynaud's Disease and Scleroderma.

## Grant Review Committees:

*NIH Study Sections:*

    Experimental Cardiovascular Sciences, Temporary Reviewer, February, 1994.
    Pathology A, Special Member (Tele-Conference Review), August, 1994.
    Lung Biology Pathology A, Temporary Reviewer, February 1995,
    Pharmacology, Special Member (Tele-Conference Review), September1998
    Comprehensive Oral Health Research Centers of Discovery (COHRCD), January, 1999
    Pharmacology, Special Member (Tele-Conference Review), November, 2000
    Experimental Cardiovascular Sciences, Temporary Reviewer, March, 2001
    COBRE Study Section, Temporary Reviewer May 2003
    Hypertension and Microcirculation Study Section, Temporary Reviewer, March 2005 to
        June, 2006
    Hypertension and Microcirculation Study Section, Regular Member, 7/1/06 to 6/30/09
    PPG review committee, ad hoc member, September 2006

*American Heart Association:*

    National AHA: Lung, Respiration and Resuscitation 1997-2001
    Ohio Valley AHA Research Consortium, Committee 2B, 2005
    Ohio Valley AHA Research Consortium, Co-Chairman, Committee 2A, 2005-2006

## Editorial Assistance:

*Editorial Boards:*

    American Journal of Physiology: Heart and Circulatory Physiology (1987 - 1999),
    Journal of Cardiovascular Pharmacology (1991 -    ),
    Archives Internationales Pharmacodynamie et de Therapie (1987 -   ).

*"Paper Alert" Coordinator* for cardiovascular pharmacology, Current Opinion in Pharmacology
    (2001- 2003)

*Guest Editor:*

    Arteriosclerosis, Thrombosis and Vascular Biology

*Reviewer:*

    American Journal of Physiology, Arteriosclerosis Thrombosis & Vascular Biology, British
    Journal of Pharmacology, Cardiovascular Research, Circulation, Circulation Research,
    FASEB Journal, Journal of Applied Physiology, Journal of Clinical Investigation, Journal
    of Pharmacology and Experimental Therapeutics, New England Journal of Medicine,
    Proceedings of National Academy of Sciences.

**University Service** (inclusive of last five years only)

Deputy Director, Heart and Lung Research Institute, 2002 - 2005
Member, Executive Committee, Heart and Lung Research Institute, 1997 - 2005
Member, Space Committee, Heart and Lung Research Institute, 2000 - 2005
Member, Core Oversight Committee, Heart and Lung Research Institute, 2004 - 2005
Member, Cardiovascular Biomedical Engineering Selective Investment Governance Committee,
    2003 – 2005
Director and Founder, Heart and Lung Research Institute Grant Review Study Section, 2004 –
    2006
Member, Appointments, Promotions and Tenure Advisory Committee, College of Medicine,
    2004 – 2006
Chairman, Clinical Subcommittee, Appointments, Promotions and Tenure Advisory Committee,
    College of Medicine, 2005 - 2006
Member, Appointments, Promotions and Tenure Advisory Committee, Department of Internal
    Medicine, 2005 – 2006
Member, Research Advisory Committee, Department of Internal Medicine. 2003 – 2006
Member, Roessler Research Scholarship Committee, 2002 – 2005
Co-Director, Microscopy Core Facility, Heart and Lung Research Institute, 2000 to 2004
Organizing Committee, DHLRI Leadership Retreat, 2004
Facilitator/Moderator, DHLRI Leadership Retreat, 2004
Review Panel, Research Proposals, DHLRI Leadership Retreat, 2004
Member, Tissue Engineering Search Committee, Biomedical Engineering Initiative, 2004 - 2005
Member, Search Committee, Pharmacology 2002 – 2003
Member, Search Committee for Biomedical Engineering, 2003
Associate Director, Heart and Lung Research Institute, 1997 to 2002
Member, Operations Committee, Heart and Lung Research Institute, 2000 to 2001
Director, Flow Cytometry Core Facility, Heart and Lung Research Institute, 2000 to 2001
Chairman, Search Committee for "Head of Cardiology Research", 2001
Co-Chairman, Search Committee for "Chief of Cardiology", 2001-2002
Member, Search Committee for "Director of Heart and Lung Research Institute", 2000 to
    2001
Member, Search Committee for "Director of Research, Minimally Invasive Surgery",
    2000
Member, Search Committee for "Nanotechnology" and "Imaging" Faculty Positions,
    Biomedical Engineering, 2000
Member, Search Committee for "Faculty, Heart and Lung Research Institute", 1999

**Teaching** (inclusive of last five years only)

Core Curriculum "Integrated Organ Systems" for the new "Integrated Biomedical Sciences
    Graduate Program" (IBGP).  The IBGP has replaced all of the Departmental Graduate
    Programs within the College of Medicine and Public Health (highlighted in "Science"
    magazine: http://recruit.sciencemag.org/feature/advice/foc-gp.shl).  The
    lecture/laboratory-based course provides a multidisciplinary and integrative view of
    human systems biology, with particular emphasis on human disease.  2002 to 2006
Organizer and Director, "NIH Grantsmanship Workshop" entitled "Survivor: How to be Voted
    On/Off the Island -- A Mock Study Section ".  The goal of the presentation was to explain
    (in a humorous and interesting manner) the grant review process.  2001.
"Survey of Cardiovascular Bioengineering", Graduate Course in Biomedical Engineering.
    Lecture "Bio-Mechanical Aspects of the Microcirculation" 2000 to 2006
"Immunogenetics and Autoimmunity".  Graduate Course in Molecular Virology, Immunology
    and Medical Genetics.  Lecture "Scleroderma", 2002.
"The Art of Scientific Writing", Annual lecture series offered by the Department of Internal
    Medicine and the Heart and Lung Research Institute.  Various lectures, 2004 to 2006
Moderator and Organizer, Student Seminar Course in the Molecular, Cellular and Developmental
    Biology (MCDB) Graduate Program, 2000
"Advanced Cardiovascular Physiology", Graduate Course in Physiology.  Lecture
    "Microvascular Function and Microvascular Disease", 2001
Member, Molecular, Cellular and Developmental Biology Graduate Program, 1997 to present
Member, Integrated Biomedical Graduate Program, 2001 to 2006
Member, MD/PhD Program, 2001 to 2006
"Graduate Council Representative" or member on numerous PhD committees.

**List of Trainees**

*Medical/Scientist Postdoctoral Fellows*

| Name | Present in Laboratory | Current Position |
|------|----------------------|------------------|
| Kevin Kovitz, MD | 1991-1993 | Associate Professor Tulane University |
| Sean Gaine, MD | 1994 -1997 | Professor University College Dublin, Ireland |
| Qiang Liu, MD | 1995-1997 | Assistant Professor Duke University |
| William Tidmore, MD | 1995 | Private Rheumatology Practice Valdosta , GA |
| Christine Roos, PhD | 1995-1996 | Research Assistant Professor Ohio State University |
| Halit Canatan, PhD | 1997-1998 | Associate Professor Euphrates University, Turkey |

| Baogen Su, PhD | 1999-2001 | Assistant Professor Children's Research Inst, Columbus OH |
|---|---|---|
| Keith Morrison, PhD | 1999 - 2002 | Head of Cardiovascular Pharmacology Actelion Pharmaceuticals, Basel, Switzerland |
| Max Chotani, PhD | 1998 - 2006 | Research Assistant Professor Ohio State University |
| Rui Xu, PhD | 2002 - 2003 | Postdoctoral Researcher Children's Research Institute, Columbus, OH |
| Simon R. Bailey, DVM, PhD | 2002 - 2004 | Lecturer, Royal Veterinary College, London, England |
| Seon Ae Han, PhD | 2002 - 2004 | Family leave, South Korea |
| Ali Eid, PhD | 2004 - 2005 | Postdoctoral Researcher, McGill University, Montreal |
| Yingbi Zhou | 2005 - present | Instructor Johns Hopkins University |
| Kaushik Maiti, PhD | 2005 - 2006 | Postdoctoral Researcher, Ohio State University |
| Caitlin Thompson PhD | 2006 – present | Postdoctoral Researcher, Johns Hopkins University |
| Jennifer Hughes PhD | 2006 – present | Postdoctoral Researcher, Johns Hopkins University |

*Medical Students/MS/PhD Students*

| Name | Present in Laboratory | Current Position |
|---|---|---|
| Linda Gambone, BS PhD student | 1993 - 1996 | Senior Scientist, Alliance Pharmaceuticals, San Diego |
| Sean Gaine, MD PhD student | 1994 -1997 | Professor University College Dublin, Ireland |
| Selvi Jeyeraj, BS MS student | 2000 - 2002 | PhD student, Ohio State University |
| Herb Gregg, BS Medical Student | 1998 - 2001 | Lost contact |
| Mark G Moseley, BS Medical Student | 1998-1999 | Assistant Professor Ohio State University |
| Carla Ford, BS Medical Student | 2002 | Medical Student Ohio State University |

| Cheng Xu BS Medical Student | Summer 2002 | Medical Student Johns Hopkins University |
| Ali Eid, BS PhD student | 2002 - 2004 | Postdoctoral Researcher McGill University |
| Trevor Miller Undergraduate | 2004 - present | Medical Student University of Cincinnati |

## INVITED LECTURES (2004 - present only)

1. National Institute for Occupational Safety and Health (NIOSH). March 11th, 2004. Seminar title: "The Remarkable Biology of Arterioles"

2. 8th INTERNATIONAL WORKSHOP ON SCLERODERMA RESEARCH. University of Cambridge, Trinity College, Cambridge, England, 31th July - 4th August 2004. Lecture: "Gene Profiling in Smooth Muscle Cells" (cancelled because of thyroid surgery).

3. Division of Rheumatology, Johns Hopkins University, Baltimore, MD. August 10th, 2004. Divisional Seminar Series, title: "Microvessels Unmasked: The Biology of Arterioles"

4. Noll Physiological Laboratory, Penn State University, State College, PA. October 22nd, 2004. Postdoctoral Fellows Seminar Series, title: "The Secret Life of Arterioles".

5. Johns Hopkins University Scleroderma Advisory Board, Baltimore, MD. October 29th, 2004. Guest Keynote Speaker, title "Novel Therapeutic Targets in Raynaud's Phenomenon and Scleroderma".

6. Department of Physiology, University of Texas Health Sciences Center (UTHSCSA), San Antonio, TX. March 21st, 2005. Departmental Seminar, title: "The Cool Biology of Arterioles".

7. Department of Anesthesiology, Johns Hopkins University, Baltimore, MD. September 14th, 2005. Departmental "Research Lab Seminar" Series, title: "A Radical View of Microvascular Biology".

8. Department of Anesthesiology, Johns Hopkins University, Baltimore, MD. September 15th, 2005. Departmental "Grand Rounds" Seminar, title: "Molecular Mechanisms of Cold-Induced Vasospasm".

9. Department of Physiology, Case Western University, Cleveland, OH. October 24th, 2005. Departmental Seminar, title "The Cool Vascular Biology of $\alpha_2$-Adrenoceptors"

10. Department of Cell Biology, Neurobiology & Anatomy, Medical College of Wisconsin,

Milwaukee, WI. November 10th, 2005.   Departmental Seminar: "The Cold Facts about Cutaneous Vasoconstriction".

11.   Cleveland Clinic, Cleveland, OH. December 1st 2005. Seminar title: "The Cool Biology of the Cutaneous Circulation".

12.   11th INTERNATIONAL VASCULAR NEUROEFFECTOR MECHANISMS AND CARDIOVASCULAR PHARMACOLOGY AND MEDICINE SYMPOSIUM.  Shanghai-Suzhou, China, June 27-30, 2006.  Session Chair and Keynote Speaker.  Title: Mobilizing α-Adrenoceptors: a Novel Mechanism for Regulating Vascular Neuroeffector Function

13.   9th INTERNATIONAL WORKSHOP ON SCLERODERMA RESEARCH.  Boston University, Boston MA, August 5-9, 2006.  Lecture: The Cold Facts About Peripheral Vasospasm.

**BIBLIOGRAPHY (ABSTRACTS NOT LISTED)**

**Manuscripts** *(published, in press, submitted)*

M-111 Ali NA, Gaughan AA, Orosz CG, Baran CP, Lobb JM, Wang Y, Eubank T, Flavahan NA, Lawler J, Marsh CB.  Latency associated peptide has in vitro and in vivo immune effects independent of TGF-β.  Nature Immunology, submitted.

M-110 Bailey SR, Mitra S, Flavahan S, Bergdall VK and Flavahan NA. In vivo endothelial denudation disrupts smooth muscle caveolae and differentially impairs constrictor responses in small cutaneous arteries. Journal of Cardiovascular Pharmacology, submitted.

M-109 Hassanain HH, Rauscher, FM, Gregg D, Marcelo ML, Selvakumar B, Ma Q, Moustafa MB, Binkley PB, Zweier JL, Flavahan NA, Morris M, Dong C and Goldschmidt-Clermont PJ (2006).  Hypertension caused by transgenic over-expression of rac1. Antioxidants and Redox Signaling, in press

M-108 Yang EV, Sood AK, Chen M, Li Y, Eubank TD, Marsh CB, Jewell S, Flavahan NA, Morrison C, Yeh PE, Lemeshow S and Glaser R (2006).  Norepinephrine up-regulates the expression of VEGF, MMP-2 and MMP-9 in nasopharyngeal carcinoma tumor cells. Cancer Research, in press.

M-107 *Zhou Y, Mitra S, Varadharaj S, Parinandi N, Zweier JL and Flavahan, NA (2006). Increased expression of cyclooxygenase-2 mediates enhanced contraction to endothelin $ET_A$ receptor stimulation in endothelial nitric oxide synthase knockout mice.  Circulation Research, 98:1439-1445 Epub 2006 Apr 27
        * Accompanying Editorial at Circ Res 98:1344 - 1346, 2006.

M-106 Flavahan, NA (2006).  Editorial: A Farewell Kiss Triggers a Broken Heart? Circulation Research, 98(9):1117-9

M-105 Su BY, Shontz KM, Flavahan NA and Nowicki PT (2006).  The effect of phenotype on mechanical stretch-induced vascular smooth muscle cell apoptosis.  Journal of Vascular Research, 43(3):229-237.

M-104 Krajnak K, Dong RG, Flavahan S, Welcome DE and Flavahan NA (2006).  Acute vibration selectively increases $\alpha_{2C}$-adrenergic smooth muscle constriction and alters thermosensitivity of cutaneous arteries.  J. Appl Physiol, 100(4):1230-7 Epub 2005 Dec 8.

M-103 Zhou Y, Varadharaj S, Zhao X, Parinandi N, Flavahan NA and Zweier, JL (2005) Acetylcholine causes endothelium-dependent contraction of mouse arteries Am J Physiol

Heart Circ Physiol 289: H1027-H1032, 2005 Epub 2005 May 6.

M-102  Bailey SR, Mitra S, Flavahan S and Flavahan NA. (2005) Reactive oxygen species from smooth muscle mitochondria initiate cold-induced constriction of cutaneous arteries.  Am J Physiol Heart Circ Physiol, 289(1):H243-50. Epub 2005 Mar 11.

M-101  Flavahan NA, Bailey SR, Flavahan WA, Mitra S and Flavahan S. (2005) Imaging actin cytoskeleton remodeling in vascular smooth muscle during arteriolar constriction.  Am J Physiol Heart Circ Physiol, 288(2):H660-9. Epub 2004 Sep 23.

M-100  Flavahan, NA (2005) Phenylpropanolamine constricts mice and human blood vessels by preferentially activating $\alpha_2$-adrenoceptors.  J Pharmacol Exp Ther, 313(1):432-9; Epub 2004 Dec 17.

M-99  Chotani, MA, Eid, AH, Mitra, S, Han, SA and Flavahan, NA (2005) Distinct cyclic AMP signaling pathways differentially regulate $\alpha$2C-adrenoceptor expression: Role in serum induction in human arteriolar smooth muscle cells.   Am J Physiol Heart Circ Physiol, 288(1):H69-H76. Epub 2004 Sep 2

M-98  Wilgus TA, Bergdall VK, Tober KL, Hill KJ, Mitra S, Flavahan NA and Tatiana M. Oberyszyn. (2004) The impact of cyclooxygenase-2 mediated inflammation on scarless fetal wound healing.  Am J Pathol, 165: 753-761.

M-97  *Bailey SR, Eid A, Mitra S, Flavahan S and Flavahan NA. (2004) Rho kinase mediates cold-induced constriction of cutaneous arteries: Role of $\alpha_{2C}$-adrenoceptor translocation. Circulation Research, 94(10):1367-74
* Accompanying Editorial at Circ Res 94(10):1273-5, 2004.

M-96  Ulanet, DB, Flavahan NA, Casciola-Rosen L and Rosen A. (2004) Selective cleavage of nucleolar autoantigen B23 by Granzyme B in differentiated vascular smooth muscle cells: insights into association of specific autoantibodies with distinct disease phenotypes. Arthritis and Rheumatism, 50(1): 233-41.

M-95  Chotani MA, Mitra S, Su BY, Flavahan S, Eid AH, Clark KR, Montague CR, Paris H, Handy DE, Flavahan NA. (2004) Regulation of $\alpha_2$-adrenoceptors in human vascular smooth muscle cells. Am J Physiol Heart Circ Physiol. 286(1): H59-H67

M-94  Flavahan NA, Flavahan S, Mitra S and Chotani MA (2003) The vasculopathy of raynaud's phenomenon and scleroderma.  Rheum Dis Clin N Am, 29: 277-293

M-93  Baldwin, WM, III, Flavahan, NA and Fairchild, RL (2002) Integration of complement and leukocytes in responses to allotransplantation. Current Opinion in Organ Transplantaton, 7(1): 92-100.

M-92   Seshiah, P, Kereiakes, D., Vasudevan, SS, Lopes, N, Su, BY, Flavahan, NA and
       Goldschmidt-Clermont, PJ (2002) Activated monocytes induce smooth muscle cell death
       – role of M-CSF and cell contact.  Circulation 105: 174-180

M-91   Jeyaraj, SC, Chotani, MA, Mitra, S, Gregg, HE, Flavahan, NA and Morrison, KJ (2001).
       Cooling evokes redistribution of $\alpha_{2C}$-adrenoceptors from golgi to plasma membrane in
       transfected HEK293 cells.  Molecular Pharmacology, 60(6):1195-200.
       *Dr. Morrison was a Research Assistant Professor in my laboratory*

M-90   Nowicki, PT, Flavahan S, Hassanain, H, Holland, S, Mitra, S, Goldschmidt-Clermont,
       P.J.and Flavahan. NA (2001) Redox signaling of the arteriolar myogenic response.
       Circulation Research, 89:114-116

M-89   Su, B, Mitra, S, Gregg, H, Flavahan, S, Chotani, M.A., Clark, K.R., Goldschmidt-
       Clermont, P.J. and Flavahan, N.A.  (2001) Redox regulation of vascular smooth muscle
       differentiation. Circulation Research, 89:39-46

M-88   Shapiro RE, Winters B, Hales M, Barnett T, Schwinn DA, Flavahan N, Berkowitz DE.
       (2000) Endogenous circulating sympatholytic factor in orthostatic intolerance.
       Hypertension, 36: 553-560.

M-87   Flavahan, N.A., S. Flavahan, W. Tidmore, Q. Liu, S. Wu, C.M. Weiner, R.J. Spence and
       F.M. Wigley. (2000) Increased $\alpha_2$-adrenergic constriction of isolated arterioles in diffuse
       scleroderma.  Arthritis and Rheumatism, 43: 1886-1890.

M-86   Chotani, M.A., Flavahan, S., Mitra, S., Daunt, D. and Flavahan, N.A. (2000)  Silent $\alpha_{2C}$-
       adrenergic receptors enable cold-induced vasoconstriction in cutaneous arteries.  Am. J.
       Physiol, 278: H1075-H1083.

M-85   Nyhan, D., Gaine, S., Hales, M.A., Zanaboni, P., Simon, B.A. and Flavahan, N.A. (1999)
       Pulmonary artery responses are altered following cardiopulmonary artery bypass.  J.
       Cardiov. Pharmacol, 34:518-525

M-84   Gaine, S.P., Booth, G., Flavahan, N.A., Choi, A.M.K. and Wiener, C.M. (1999)
       Induction of heme oxygenase –1 with hemoglobin depresses vasoreactivity in rat aorta.  J.
       Vasc. Res. 36:114-119.

M-83   Ali Z, Ringkamp M, Hartke TV, Chien HF, Flavahan NA, Campbell JN, and Meyer, RA
       (1999) Uninjured C-fiber nociceptors develop spontaneous activity and $\alpha$-adrenergic
       sensitivity following L6 spinal nerve ligation in monkey. J Neurophysiol 81(2):455-66

M-82   Seki, S, Flavahan, N.A., Yoshida, K., Smedira, N.G. and Murray, P.A. (1999) Superoxide

anion scavengers restore NO-mediated pulmonary vasodilation after lung transplantation. Am. J. Physiol., 276: H42-6.

M-81   Yoshida, K, Flavahan, N.A., Smedira, N.G. and Murray, P.A. (1999) Endothelial defect mediates attenuated vasorelaxant response to isoproterenol after lung transplantation. Am J Physiol. 276: H159-66..

M-80   Moldovan, N.I., Qian, Z., Chen, Y., Chen, C-L, Mouton, P., Hruban, R.H., Flavahan, N.A., Baldwin, W.M., Sanfilippo, F. and Goldschmidt-Clermont, P.J. (1998) Fas-mediated apoptosis and transplant vasculopathy.  Angiogenesis, 2:245-254.

M-79   Liu, Q, Wiener CM and N.A. Flavahan. (1998)  Superoxide mediates flow-induced vasoconstriction in small pulmonary arteries. Br. J. Pharmacol. 124: 331-336.

M-78   S. Gaine, M.A. Hales and N.A. Flavahan. (1998)  A novel diffusable endothelium-derived contractile factor mediates hypoxic vasoconstriction in porcine pulmonary arteries.  Am. J. Physiol, 274: L657-664.

M-77   Flavahan, N.A., Hales M.A., S.P. Gaine, Aleskowitch, T.D. and Vanhoutte, P.M. (1998) $\alpha_{1L}$-Adrenoceptors in canine pulmonary artery.  J. Cardiov. Pharmacol. 32: 308-316.

M-76   Hare, J.M., Kim, B., Flavahan, N.A., Ricker, K.M., Peng, X., Colman, L., Weiss, R. G. and Kass, D.A. (1998) Pertussis toxin sensitive G-proteins influence nitric oxide synthase III activity and protein levels in rat heart.  J. Clin. Invest. 101: 1424-1431.

M-75   Gambone, L, Murray, P. and Flavahan, N.A. (1997) Synergistic interaction between endothelium-derived NO and prostacyclin in pulmonary artery: potential role for $K_{ATP}$-channels.  Br. J. Pharmacol., 121: 271-279.

M-74   Gambone, L, Murray, P. and Flavahan, N.A. (1997)  $K_{ATP}$-channel blockade mediates the inhibitory effect of isoflurane on endothelium-dependent relaxation.  Anesthesiology, 86: 936-944.

M-73   Q. Liu and N.A. Flavahan (1997) Hypoxic dilatation of coronary artery microvessels: role of endothelium and $K_{ATP}$-channels.   Br. J. Pharmacol.120: 728-734.

M-72   Wigley, F.M. and Flavahan, N.A. (1996) Raynaud's Phenomenon. Rheum. Dis. Clin. N. Am., 22:765-81..

M-71   Freeman, J.E., W.Y. Kuo, B. Drenger, M.A. Levine and N.A. Flavahan (1996).Analysis of lysophosphatidylcholine-induced endothelial dysfunction.  J. Cardiovasc. Pharmacol. 28: 345-352.

M-70   Zakhary, R., Gaine, S.P., Dinerman, J.L., Flavahan, N.A. and Snyder, S.H. (1996) Heme oxygenase-2: Endothelial and neuronal localization and role in endothelium-dependent relaxation. Proc. Natl. Acad. Sci.93: 795-798.

M-69   Freeman, J.E., W.Y. Kuo, M.A. Levine, G, Milligan and N.A. Flavahan (1995). Analysis of pertussis toxin-sensitive receptor: G-protein interactions in porcine endothelial cells. Endothelium, 3: 321-330.

M-68   Weiner, C.M., Banta, M.R., Flavahan, N.A. and Sylvester, J.T. (1995) Potassium channels and vasodilator responses of ferret pulmonary arteries to hypoxia. Am. J. Physiol. 269: L351-L357.

M-67   Flavahan, N.A. and Vanhoutte, P.M. (1995). Endothelial cell signaling and endothelial dysfunction. Am. J. Hypertens. 8:28S-41S.

M-66   Flavahan, N.A., Aleskowitch, T.D. and Murray, P.A. (1994). Endothelial and vascular smooth muscle responses are altered following left lung autotransplantation. Am. J. Physiol. 266: H2026-H2032.

M-65   Kovitz, K.L., Aleskowitch, T.D., Sylvester, J.T. and Flavahan, N.A. (1993). Endothelium derived contracting and relaxing factors contribute to hypoxic responses of pulmonary arteries. Am. J. Physiol. 256: H1139-H1148.

M-64   Flavahan, N.A. (1993). Lysophosphatidylcholine modifies G-protein-dependent signalling in porcine endothelial cells. Am. J. Physiol. 264: H722-H727.

M-63   Flavahan N.A. (1992). Atherosclerosis or lipoprotein-induced endothelial dysfunction: Potential mechanisms underlying the reduction in EDRF/nitric oxide activity. Circulation, 85: 1927-1938.

M-62   Flavahan, N.A. (1992). Role of G-proteins in endothelial function, endothelial dysfunction and vascular disease. In: 'Endothelial regulation of vascular tone'. Eds. U. Ryan and G.M. Rubanyi; Marcel-Dekker.

M-61   Flavahan N.A. (1991). The role of $\alpha_2$-adrenoceptors as cutaneous thermosensors. News Physiol. Sci., 6:251-255.

M-60   Shimokawa, H., Flavahan, N.A., and Vanhoutte, P.M. (1991) Loss of endothelial G-protein function in atherosclerotic porcine coronary arteries. Circulation 83:652-660.

M-59   Miller, V.M., Flavahan, N.A. and Vanhoutte, P.M. (1991). Pertussis toxin reduces endothelium-dependent and independent responses to $\alpha_2$-adrenergic stimulation in canine systemic arteries and veins. J. Pharmacol. Exp. Ther. 257:290-293.

M-58    Flavahan, N.A., Shimokawa, H., and Vanhoutte, P.M. (1991) Inhibition of endothelium-dependent relaxation by phorbol 12-myristate 13-acetate in canine coronary arteries: Role of a pertussis toxin-sensitive G-protein. J. Pharmacol. Exp. Ther. 256:50-55.

M-57    Shimokawa, H., Flavahan, N.A., and Vanhoutte, P.M. (1990). Endothelium-dependent relaxations to serotonin: signal transduction and effects of diets. In 'Serotonin: from cell biology to pharmacology and therapeutics'. Eds. R. Paoletti, P.M. Vanhoutte, Gruwer Academic Publishers.

M-56    Shimokawa, H., Flavahan, N.A., and Vanhoutte, P.M. (1990). Synergistic interaction between prostacyclin and endothelium-derived relaxing factor in porcine coronary arteries. In: 'Endothelium derived vasoactive factors'. Eds. P.M. Vanhoutte and G.M. Rubanyi. Karger, PP. 303-309.

M-55    Flavahan, N.A., and Vanhoutte, P.M. (1990) G-proteins and endothelium-dependent responses. Blood Vessels 27:218-229.

M-54    Flavahan, N.A. and Vanhoutte, P.M. (1990) Regulation of endothelium-dependent relaxation by protein kinase C: Possible inhibition of a pertussis toxin-sensitive G-protein. Proceedings of the 1st International Symposium on Endothelium-Derived Factors', Ed. P.M. Vanhoutte and G.M. Rubanyi, Raven Press, PP. 136-143.

M-53    Flavahan, N.A. and Vanhoutte, P.M. (1990) Pertussis toxin inhibits endothelium-dependent relaxations evoked by fluoride. Eur. J. Pharmacol., 178:121-125.

M-52    Komori, K., Flavahan, N.A., Miller, V.M. and Vanhoutte, P.M. (1990) Electrophysiological analysis of adrenergic neurotransmission and its modulation by chronic denervation in canine saphenous veins. J. Pharmacol. Exp. Ther. 252:1197-1201.

M-51    Morrison, K.J., Flavahan, N.A., and Vanhoutte, P.M. (1990). Differential effects of the antianginal drug nicorandil on canine arteries and veins. J. Cardiovasc. Pharmacol. 15:791-798.

M-50    Boulanger, C., Flavahan, N.A., Katusic, Z.S., Komori, K., Vos, A.A. and Vanhoutte, P.M. (1990) Effects of CRL 41034 on the responsiveness of isolated canine arteries and veins, Fund. Clin. Pharmacol. 4:525-538.

M-49    Busk, MF, Flavahan, N.A., and Vanhoutte, P.M. (1990). Effects of the methyl xanthine S9795 on isolated bronchi of the dog. J. Pharmacol. Exp. Ther. 254:1045-1053.

M-48    Flavahan, N.A. and Vanhoutte, P.M. (1989) Mechanisms underlying the inhibitory interaction between the nitrovasodilator, SIN-1, and the endothelium.J.Cardiovasc. Pharmacol. 14:S86-S91.

M-47   Shimokawa, H., Flavahan, N.A. and Vanhoutte, P.M. (1989)  Natural Course of the impairment of endothelium-dependent relaxations after balloon endothelium-removal in porcine coronary arteries.  Possible involvement of G-protein dysfunction.  Circ. Res. 65, 740-753.

M-46   Shimokawa, H., Flavahan, N.A. and Vanhoutte, P.M. (1989) Endothelium-dependent inhibition of ergonovine-induced contraction is impaired in porcine coronary arteries with regenerated endothelium.  Circulation 80:643-650.

M-45   Hoeffner, U., Feletou, M., Flavahan, N.A. and Vanhoutte, P.M. (1989) Canine arteries release two different endothelium-derived relaxing factors.  Am. J. Physiol. 257:4330-4333.

M-44   Gunst, S.J., Stropp, J.Q. and Flavahan, N.A. (1989) Muscarinic receptor-reserve and B-adrenergic sensitivity in tracheal smooth muscle.  J. Appl. Physiol. 67:1249-1298.

M-43   Flavahan, N.A., Shimokawa, H. and Vanhoutte, P.M. (1989) Pertussis toxin inhibits endothelium-dependent relaxations evoked by certain agonists in porcine coronary artery.  J. Physiol (Lond), 408: 549-561.

M-42   Shimokawa, H., Flavahan, N.A., Lorenz, R.R. and Vanhoutte, P.M. (1988)  Prostacyclin stimulates the release of endothelium-derived relaxing factor(s) and potentiates its action in porcine coronary arteries.  Br. J. Pharmacol., 95: 1197-1203.

M-41   Flavahan, N.A., Slifman, N.R., Gleich, G.J. and Vanhoutte, P.M. (1988)  Human eosinophil major basic protein causes hyperreactivity of respiratory smooth muscle: role of the epithelium.  Am. Rev. Resp. Dis. 138: 685-688.

M-40   Gleich, G.J., Flavahan, N.A., Fujisawa, T. and Vanhoutte, P.M. (1988)  The eosinophil as a mediator of damage to respiratory epithelium: a model for bronchial hyperreactivity.  J. All. Clin. Immunol. 81: 776-781.

M-39   Flavahan, N.A. and Vanhoutte, P.M. (1988) Threshold phenomena and interactions between receptors.  J. Cardiovasc. Pharmacol., 11 (suppl 1): s67-s72.

M-38   Flavahan, N.A. and Vanhoutte, N.A. (1988)  Receptor reserve and heterogeneity of vascular responses to vasodilator stimuli.  In 'Vasodilatation', pp 201-210, Ed. P.M. Vanhoutte.  Raven Press.

M-37   Ruff, F., Zander, J.F., Edoute, Y., Santais, M.C., Flavahan, N.A., Verbeuren, T.J. and Vanhoutte, P.M. (1988)  $\beta_2$-Adrenergic responses to tulobuterol in airway smooth muscle, vascular smooth muscle and adrenergic nerves.   J. Pharmacol. Exp. Ther. 244:

173-180.

M-36    Flavahan, N.A. (1988) Thermosensitivity of cutaneous veins. Phlebology, 3 (suppl 1): 41-45.

M-35    Flavahan, N.A., Cooke, J.P., Shepherd, J.T. and Vanhoutte, P.M. (1987)  Human postjunctional $\alpha_1$- and $\alpha_2$-adrenoceptors: differential distribution in limb arteries.  J. Pharmacol. Exp. Ther. 241: 361-365.

M-34    Flavahan, N.A., Miller, V.M., Aarhus, L.L. and Vanhoutte, P.M. (1987)  Denervation augments $\alpha_2$- but not $\alpha_1$-adrenergic responses in canine saphenous veins.  J. Pharmacol. Exp. Ther. 240: 589-593.

M-33    Gisclard, V., Flavahan, N.A. and Vanhoutte, P.M. (1987)  $\alpha$-Adrenergic responses of blood vessels of rabbits after ovariectomy and administration of 17-beta estradiol. J. Pharmacol. Exp. Ther. 240: 466-470.

M-32    Flavahan, N.A. and Vanhoutte, P.M. (1987)  $\alpha_1$-Adrenoceptor subclassification in vascular smooth muscle:  Reply to J.R. Docherty.  Trends Pharmacol. Sci. 8: 124-125.

M-31    Flavahan, N.A. and Vanhoutte, P.M. (1987) Heterogeneity of $\alpha$-adrenergic responses in vascular smooth muscle: role of receptor subtypes and receptor-reserve.  In 'The $\alpha_1$-Adrenoceptor', pp 351-403, Ed. R.R. Ruffolo, Jnr. Humana Press.

M-30    Danser, J., van den Ende, R., Lorenz, R.R., Flavahan, N.A. and Vanhoutte, P.M. (1987)  Prejunctional $\beta_1$-adrenoceptors inhibit cholinergic transmission in canine bronchial smooth muscle.  J. Appl. Physiol. 62: 785-790.

M-29    Beck, K.C., Vettermann, J., Flavahan, N.A. and Rehder, K. (1987)  Muscarinic M1-receptors mediate the increase in pulmonary resistance during vagal stimulation in dogs. Am. Rev. Resp. Dis. 136: 1135-1139.

M-28    O'Rourke, S.T., Flavahan, N.A. and Vanhoutte, P.M. (1987)  Characterization of muscarinic receptors in canine bronchial smooth muscle.  Eur. J. Pharmacol.  140: 117-120.

M-27    Vanhoutte, P.M. and Flavahan, N.A. (1987) Modulation of cholinergic neurotransmission in the airways.  In 'Cholinergic Neurotransmission in the Airways', pp 203-215, Eds. P. Barnes and M.A. Kaliner.  Marcel Dekker, New York.

M-26    Gunst, S.J., Stropp, J.Q., Kurwa, H.A. and Flavahan, N.A. (1987)  Interaction of contractile responses in canine tracheal smooth muscle.  J. Appl. Physiol. 63: 514-520.

M-25   Gunst, S.J., Stropp, J.Q. and Flavahan, N.A. (1987) Receptor: response coupling in canine tracheal smooth muscle.  J. Appl. Physiol. 62: 1755-1758.

M-24   Daskalopoulos, D.A., Rimele, T.J., Flavahan, N.A. and Vanhoutte, P.M. (1987) Flunarizine and α-adrenergic responses in isolated canine saphenous veins.  Gen. Pharmacol. 18: 193-196.

M-23   Bulloch, J.M., Docherty, J.R., Flavahan, N.A., McGrath, J.C., and McKean C.E. (1987). Difference in the potency of $\alpha_2$-adrenoceptor agonists and antagonists between the pithed rabbit and rat.  Br. J. Pharmacol. 91:457-466.

M-22   Flavahan, N.A. and Vanhoutte, P.M. (1986)  $\alpha_1$- and $\alpha_2$-Adrenoceptor: response coupling in canine saphenous and femoral veins. J. Pharmacol. Exp. Ther. 238: 131-138.

M-21   Flavahan, N.A. and Vanhoutte, P.M. (1986)  The effect of cooling on $\alpha_1$- and $\alpha_2$-adrenergic responses in canine saphenous and femoral veins.   J. Pharmacol. Exp. Ther. 238: 139-147.

M-20   Flavahan, N.A. and Vanhoutte, P.M. (1986)  $\alpha_1$-Adrenoceptor subclassification in vascular smooth muscle.  Trends Pharmacol. Sci. 7: 347-349.

M-19   Flavahan, N.A. and Vanhoutte, P.M. (1986)  Sympathetic purinergic vasoconstriction and thermosensitivity in a canine cutaneous vein.   J. Pharmacol. Exp. Ther. 239: 784-788.

M-18   Vanhoutte, P.M. and Flavahan, N.A. (1986)  The effects of temperature on α-adrenoceptors in limb veins.  Role of receptor reserve.  Fed. Proc. 45: 2347-2354.

M-17   Vanhoutte, P.M. and Flavahan, N.A. (1986) The heterogeneity of adrenergic receptors.  In 'Pharmacology of Adrenoceptors', pp 43-46, Ed. E. Szabadi, C.M. Bradshaw, S.R. Nahorski. Macmillan Press.

M-16   Flavahan, N.A., Lindblad, L-E., Verbeuren, T.J., Shepherd, J.T. and Vanhoutte, P.M. (1985) Cooling and $\alpha_1$- and $\alpha_2$-adrenergic responses in cutaneous veins: role of receptor-reserve.  Am. J. Physiol. 249: H950-H955.

M-15   Flavahan, N.A., Grant, T.L., Greig, J., and McGrath, J.C. (1985)   Analysis of α-adrenoceptor-mediated, and other, components of the vasopressor responses of the pithed rat.  Br. J. Pharmacol. 86: 265-274.

M-14   Flavahan, N.A., Rimele, T.J., Aarhus, L.L. and Vanhoutte, P.M. (1985)  The respiratory epithelium inhibits bronchial smooth muscle tone.  J. Appl. Physiol. 58: 834-838.

M-13   Flavahan, N.A. and Vanhoutte, P.M. (1985)  The respiratory epithelium releases a smooth

muscle relaxing factor.  Chest 87s: 189s-190s.

M-12   Cooke, J.P., Rimele, T.J., Flavahan, N.A. and Vanhoutte, P.M. (1985)  Nimodipine and inhibition of α-adrenergic responses of the isolated canine saphenous vein.  J. Pharmacol. Exp. Ther. 234: 598-602.

M-11   Vanhoutte, P.M., Rimele, T.J. and Flavahan,N.A. (1985)  Lipoxygenase and calcium entry in vascular smooth muscle.  J. Cardiovasc. Pharmacol. 7: s47-s52.

M-10   Vanhoutte, P.M., Cooke, J.P., Lindblad, L-E., Shepherd, J.T. and Flavahan, N.A. (1985)  Modulation of postjunctional α-adrenergic responsiveness by local changes in temperature.  Clin. Sci. 68 (suppl. 10): 121s-123s.

M-9    Grant, T.L., Flavahan, N.A., Greig, J., McGrath, J.C., McKean, C.E. and Reid, J.L. (1985)  Attempts to uncover subtypes of α-adrenoceptors and associated mechanisms by using sequential administration of blocking drugs.   Clin. Sci. 68 (suppl. 10): 25s-30s.

M-8    O'Brien, J.W., Flavahan, N.A., Grant, T.L., McGrath, J.C. and Marshall, R.J. (1985)  Influence of blood gases, Ca++-entry blockade and angiotensin converting enzyme inhibition on pressor responses to α-adrenoceptor agonists: evidence in vitro for subtypes of response independent of receptor subtype?  Clin. Sci. 68 (suppl. 10): 99s-104s.

M-7    Flavahan, N.A., Rimele, T.J., Cooke, J.P. and Vanhoutte, P.M. (1984) Characterization of the postjunctional α$_1$- and α$_2$-adrenoceptors activated by exogenous and nerve-released norepinephrine in the canine saphenous vein.  J. Pharmacol. Exp. Ther. 230: 699-705.

M-6    Flavahan, N.A. and McGrath, J.C. (1984) Are human vascular α-adrenoceptors atypical?  J. Cardiovasc. Pharmacol. 6: 208-210.

M-5    Flavahan, N.A. (1983) α-Adrenoceptor subtypes in the cardiovascular system.  Ph.D. Thesis, University of Glasgow.

M-4    Flavahan, N.A. and McGrath, J.C. (1982)  α$_1$-Adrenoceptor activation can increase heart rate directly or decrease it indirectly through parasympathetic activation.  Br. J. Pharmacol. 77: 310-328.

M-3    McGrath, J.C., Flavahan, N.A. and McKean, C.E. (1982)  α$_1$- and α$_2$-Adrenoceptor-mediated pressor and chronotropic effects in the rat and rabbit.   J. Cardiovasc. Pharmacol. 4: s101-s107.

M-2    Flavahan, N.A. and McGrath, J.C. (1981)  α$_1$-Adrenoceptors can mediate chronotropic responses in the rat heart.  Br. J. Pharmacol. 73: 586-588.

M-1     Flavahan, N.A. and McGrath, J.C. (1980)  Blockade by yohimbine of prazosin-resistant
        pressor effects of adrenaline in the pithed rat.   Br. J. Pharmacol. 69: 355-357.