Exhibit B

# Cases in Which Dr. Janet Arrowsmith-Lowe has Testified as an Expert at Trial or by Deposition Since May 2002

Rosetta Seay v Warner-Lambert Company, Parke-Davis, Division of Warner-Lambert, et al. Civil No.00ca0002160 (Superior Court for the District of Columbia, Civil Division) (July 13, 2002)

Sherry Malbin v American Home Products Corp, et al No. \01-13337 CA 21 (11th Circuit Court, Dade County, Florida)(August 8, 2002)

Eva Card, et al v. American Home Products, et al No CV 2000-36-Ct-2 (Circuit Court of Tallahatchie County, Mississippi)(September 27, 2002)

Clara Clark v. Wyeth and Hamid Jalalli, D.O. No. B020182C(163rd Judicial District Court, Orange County, Texas)(November 6, 2002)

Rezulin Products Liability Litigation Master File No. 00CIV. 2843 (LAK) (MDL-1348) Rezulin Multi-District Litigation (United States District Court for the Southern District of New York) (November 14, 2002)

Hollis Haltom et al v Bayer Corp et al Cause N. C-0567-02-G-PT (370th Judicial District, Hidalgo County Texas) (December 23, 2002).

Josephine Garcia v American Home Products Santa Fe County, New Mexico (January, 2003)

Carroll Brown et al v Warner Lambert-Parke Davis Cause No. 348-181927-00 (348th Judicial District, Tarrant County Texas) Fort Worth, Texas, (2/6/03, 2/7/03, 2/10/03)

Hollis Haltom et al v Bayer Corp et al Cause No. 02-60165-00-0-2 (County Court at Law No. 2, Nueces County, Texas) Corpus Christi, TX (March, 2003)

Concepcion Morgado v Warner-Lambert, Parke Davis and Co and Pfizer,Inc No. 403243/01 (Supreme Court of the State of New York, County of New York) (3/31/03)

Dana Leon Lefler, et al. v. Parke-Davis Division of Warner-Lambert Company, Pfizer, Incorporated No. 2000-CI-13553 (Texas District Ct., Bexar Co.) (May 1, 2003, May 2, 2003 and May 5, 2003)

Mario Toumayan v Bayer Corporation et al No 02-C-5M (Marshall County West Virginia) (August 11, 2003).

Mary Jones v. Wyeth No. 0236 (Circuit Court, Second Judicial District of Hinds County, Mississippi) (October 14, 2003)

M006E73452

Hayes et Ux vs American Home Products et al (Cause no B-165,374) District Court of Jefferson County Texas 60th Judicial District; Beaumont, Texas (November 3 and 4, 2003)

Ronnie Lee Crews and Ernestine Crews vs American Home Products et al (MID-L-9881-02-MT) Superior Court of New Jersey Middlesex County, Santa Fe, NM (November 13, 2003) (PPA)

Linda Eichmiller and Betty Horn vs. American Home Products Civil Action File No. 2002-CV-52077 Superior Court for the County of Fulton, State of Georgia, Atlanta Georgia November 19 and 20, 2003.

Baycol Products Litigation MDL No. 1431 (MJD/JGL) United States District Court District of Minnesota: New York, NY.  January 30, 2004.

Diet Drugs Product Liability Litigation MDL No. 1203  United States District Court for the Eastern District of Pennsylvania: Santa Fe, NM, March 12, 2004.

Jerry Coffey, et al vs. Wyeth, et al. Cause No. E-167,334 District Court of Jefferson County Texas 172nd Judicial District: Beaumont, Texas April 7, 13, 14, 2004.

Hazel Frances Nichols vs Bayer Corporation No.CV 01-72 Circuit Court of Crenshaw County, Alabama. Ruidoso, NM April 22, 2004.

Paul Dearman vs Bayer Corporation; SmithKline Beecham d/b/a GlaxoSmithKline; Civil Action No. C102-0423 Circuit Court of Forrest County, Mississippi. Hattiesburg, MS; April 29, 2004.

Vickie Carol Campbell-Reese et al (Lanna Nustad)  vs Wyeth-Ayerst Laboratories Company District Court of  Upshur County 115th Judicial District, Texas. Gilmer Texas, May 19 and 20,  2004.

Gaylene Davis, D. May, M. Roberts, L. Rogowski and B. Sidwell vs . Wyeth, Wyeth-Ayerst Pharmaceuticals, Inc., Wyeth-Ayerst International, Inc., and Wyeth Pharmaceuticals, Division of Wyeth; Court of Common Pleas 1st Judicial District of Pennsylvania, Civil Trial Division.  Philadelphia, Pa. August 2 and 3, 2004.

Lynette Hargrove, R. Steward, F. ford, C. Nixon vs. Wyeth, Wyeth-Ayerst Pharmaceuticals, Inc., Wyeth-Ayerst International, Inc., and Wyeth Pharmaceuticals, Division of Wyeth. ; Court of Common Pleas 1st Judicial District of Pennsylvania, Civil Trial Division.  Philadelphia, Pa. August 4, 2004.

Evangelina Rubio et al v. American Home Products et al.  No. 2002-930 (Texas District Court, El Paso County, 327th District. Santa Fe, NM  August 17, 2004

M006E73453

Nicole Hurley et al v. The Heart Physicians, R. Landesman, MD and Medtronic, Inc. Superior Court, State of Connecticut, Judicial District of Stamford/Norwalk at Stamford #CV 00 0177475 S. Columbus, Ohio; August 30, 2004.

Pennsylvania Diet Drugs Litigation Annicola Bornstein, et al. vs Wyeth, et al. Civil Action Master Docket No. 9709-3162 Court of Common Pleas, Philadelphia, PA, Philadelphia, PA; September 15 and 16, 2004.

Robert and Tonya Havey vs Wyeth et al., Case No. CV-03-5083 USDC Western District of Washington at Seattle, Santa Fe, NM September 28, 2004.

Lucy A. Hansen, et al. vs. Wyeth, Wyeth-Ayerst Pharmaceuticals, Inc., Wyeth-Ayerst International, Inc., and Wyeth Pharmaceuticals, Division of Wyeth, Court of Common Pleas 1st Judicial District of Pennsylvania, Civil Trial Division. Philadelphia, Pa. October 28, 2004.

Maria De Jesus Cabrera and spouse Antonio Cabrera v. Bayer Corporation et al Cause No. 2002-CI-15612 166th Judicial District Bexar County Texas January 11, 2005.

Warner-Lambert Company vs. LEP Profit International, Inc. et al Civil Action No. 99-3619 United States District Court, District of New Jersey, Albuquerque NM, June 16, 2005.

Ernst et al vs. Merck & Co, Inc Cause no. 19962*BH02 23rd Judicial District Court Brazoria County Texas Houston Texas 29 June 2005

Evelyn Irvin Plunkett vs. Merck & Co, Inc. United States District Court Eastern District of Louisiana, MDL Docket No 1657 Santa Fe, NM 28 October 2005.

Bonnie Weston v. Wyeth Inc, 03-679878 Jasper County, Circuit Court at Joplin MO, 18 January 2006.

Garza v. Merck & Co., Inc., No. DC-03-84, District Court of 229th Judicial District, Starr County, Texas Houston Texas 2 February 2006..

Evelyn Irvin Plunkett vs. Merck & Co, Inc. United States District Court Eastern District of Louisiana, MDL Docket No 1657, New Orleans, Louisiana, February 16, 2006.

Patricia Geers vs. Wyeth, et al, United States District Court, Western District of Texas, Midland Division, February 27-28, 2006.

M006E73454