# Report of Donald S. David, M.D.

**PERSONAL BACKGROUND**: I am a physician and I currently hold the position of Director of the Department of Gastroenterology at the City of Hope Medical Center in Duarte, California. I graduated *summa cum laude* with a B.A. in biology from Occidental College in Los Angeles in 1984. I completed medical school with highest honors at the University of California, San Francisco in 1988. I completed an internship and residency in internal medicine at the UCLA Medical Center in 1991. I completed a fellowship in gastroenterology at the UCLA Medical Center in 1993 and I was the Administrative Chief Fellow from 1992-1993. I have been on staff as a gastroenterologist at the City of Hope since 1993 and I have been Chair of the Department since 1997. I currently hold the title of Chief of Staff and Patient Safety Officer at the City of Hope and serve on the Pharmacy and Therapeutics Committee of the Hospital. I hold a faculty position as an Associate Professor of Medicine at UCLA mentoring medical students and training residents and clinical fellows. I am Board certified in internal medicine and gastroenterology and my recertification has been issued until 2013. I have been elected as a Fellow of the American College of Gastroenterology and I am a member of the American Society of Gastrointestinal Endoscopy and the American Gastroenterologic Association. A copy of my current curriculum vitae is appended as Attachment A.

MO06E73268

**MATERIALS REVIEWED**:  I have reviewed the published scientific literature, materials from the FDA and other data for the purposes of preparing this report. A list of materials reviewed is appended as Attachment B.

**CLINICAL PRACTICE**: I focus the majority of my time on direct patient care and I commit much of my additional time to promoting the safety of the nearly 150,000 patients who come through our institution annually in the various administrative and leadership roles that I have at the Hospital. I serve on advisory panels that relate to patient safety and patient care guidelines for cancer patients for the National Comprehensive Cancer Network and other national organizations. I participate in clinical trials at our institution and I have been the principal investigator on two trials. I have published scientific papers in the peer-reviewed literature, as detailed in the attached curriculum vitae. I have served on the Institutional Review Board at my institution- that is the regulatory body that monitors the safety of human subjects in clinical trials- and I serve on the Data and Safety Monitoring Boards of several active trials. My scope of practice includes adults and older children with often life-threatening diseases of the gastrointestinal tract and the liver. In my capacity as attending physician, I personally manage patients with complex internal medicine issues and frequently follow patients in the Intensive Care Unit. I frequently consult on patients with chronic pain for my opinion on the relative safety of pain relieving agents and to monitor patients at risk for complications from these agents. I prescribe pain medications including non-steroidal anti-inflammatory drugs (NSAIDs) for patients and I prescribed rofecoxib for patients when it was on the market.

M00ET73269

Donald S. David, M.D.

**TREATMENT OPTIONS FOR CHRONIC PAIN**: Chronic pain remains a significant treatment challenge in the United States and many would rank it as one of the most significant unmet needs in current clinical practice. State and national leaders have recognized the under-appreciation and frequent under-treatment of chronic pain. For example, California has instituted legislation mandating 12 hours of continuing medical education on the management of pain- largely as a response to the widely held perception that physicians do not adequately recognize the impact that chronic pain has on general health and well being. In addition to the physical effects of chronic pain- including tachycardia and hypertension, there are emotional effects that include chronic anxiety, depression and the potential for suicidality. Chronic pain can dramatically change personality and can significantly disrupt work and family life. Osteoarthritis and rheumatoid arthritis are prime examples of medical conditions that are characterized by chronic pain. The treatment of pain and inflammation are central to the treatment of these common disorders.

Drug treatment options for chronic pain are generally divided into three categories of compounds. Narcotics have traditionally been used to treat chronic pain. Although effective, narcotics carry significant disadvantages and are not favored in the treatment of chronic pain. The addiction potential of narcotics, particularly if used chronically, is well recognized. Dependence can occur in as short as two weeks and dose escalation is a common occurrence. Narcotics are closely regulated and the potential for abuse and diversion remain a concern. Narcotics can be heavily sedating, particularly at the doses

3

M00ET73270

Donald S. David, M.D.

required to treat significant pain. Other side effects caused by the use of narcotics include respiratory depression, constipation and the potential for death in overdose. In general, narcotics are felt to have a relatively narrow "therapeutic index" (the relationship of a dose of a drug required to produce a desired effect to that which produces an undesired effect). Narcotics only act to block the perception of pain and do not treat inflammation and have no effect on modifying the progression of inflammatory diseases such as arthritis. Examples of commonly used narcotic pain medicines are Vicodin, Oxycontin, Percocet, Dilaudid and Morphine.

Steroids have been used to treat the pain and inflammation associated with rheumatoid arthritis and other inflammatory conditions. Although very effective, they cause unacceptable side effects. Side effects include weight gain, fluid retention, hypertension, diabetes, cataracts, osteoporosis and bone destruction, as well as labile mood swings, sleep disturbance and serious depression. These side effects occur predictably with chronic steroid use in virtually all patients exposed to them. Examples of commonly used steroids are Prednisone and hydrocortisone.

Non-steroidal anti-inflammatory drugs (NSAIDs) were a major advance in the treatment of pain and inflammation. They offered effective treatment of both pain and inflammation without the side effects of steroids or the addiction potential of narcotics. NSAIDs share the property of blocking the production of prostaglandins. This is accomplished by inhibiting the activity of the enzyme called cyclooxygenase (COX). It was further determined that there were two forms of the COX receptor that NSAIDs bind

4

Donald S. David, M.D.

to and inhibit. Inhibition of the COX-2 receptor is responsible for relief of pain and inflammation, while inhibition of the COX-1 receptor is responsible for the breakdown of the lining of the stomach that results in ulcers and gastrointestinal bleeding. COX-1 is also expressed on platelets and inhibition of COX-1 increases bleeding diathesis by disabling platelet function.

**COMPLICATIONS CAUSED BY NSAID USE**: NSAIDs cause a unique set of complications. Commonly observed side effects of NSAID use include peptic ulcer disease, gastritis, gastrointestinal blood loss and anemia. Other adverse effects include hypertension and kidney damage. Despite these adverse effects, NSAIDs have emerged as the most commonly used and favored treatment of pain and inflammation. These agents constitute one of the most widely-used classes of drugs, with more than 70 million prescriptions written annually and more than 30 billion over-the-counter tablets sold annually in the US[1]. NSAIDs, at full prescription strength, generally offer efficacy on par with prescription narcotics for the relief of most types of pain and may be more effective than narcotics for the treatment of joint and bone pain. Although NSAIDs are generally well tolerated, their use can cause significant adverse effects. It is estimated that between 5-15% of patients with RA can be expected to discontinue traditional NSAIDs because of gastrointestinal intolerance[1].

More significantly, gastrointestinal damage caused by NSAID use is one of the most frequent and most severe drug side effects in the United States. According to data from the American Rheumatism Association Medical Information System (ARAMIS)

M006E73272

database, 13 of every 1000 patients with RA who take NSAIDs for one year have a serious gastrointestinal complication[1]. The risk of a serious gastrointestinal complication in NSAID users ranges from 2-20 fold with a mean of 6-fold compared to non-NSAID users[2]. These analyses are complicated by the fact that many (if not most) NSAID-induced ulcers are asymptomatic and can present with dramatic and life-threatening bleeding in the absence of warning symptoms.

It has been conservatively estimated that over 100,000 Americans are hospitalized each year for serious gastrointestinal complications caused by NSAIDs, leading to an annual death rate of 16,500 cases per year in the US[1]. This figure is similar to the annual death rate from AIDS and is greater than the number of deaths from cervical cancer, asthma and Hodgkin's disease combined. It is my opinion that this commonly referenced statistic significantly underestimates the burden of disease related to gastrointestinal complications of NSAIDs. It has been estimated that the direct costs related to these complications exceeds $2 billion annually[1].

NSAIDs potentially exert toxicity on the entire GI tract from mouth to anus. NSAID use is associated with esophagitis and esophageal stricturing. In addition to gastroduodenal ulcers, NSAID-induced ulcers can be found in the small bowel and colon where they can lead to bleeding, perforation, malabsorption and obstruction. NSAIDs can induce significant anemia that in some cases can lead to myocardial damage and high-output cardiac failure.

M00ET3273

Donald S. David, M.D.

Significant research has gone into developing a safer NSAID and this directly led to the development of COX-2 specific inhibitors. Traditional NSAIDs block both the COX-1 and COX-2 receptor. Agents that block only the COX-2 receptor would offer the advantage of reducing pain and inflammation while preserving the integrity of the lining of the stomach and the gastrointestinal tract. In that light, the COX-2 inhibitors were highly anticipated and were welcomed by the medical community, particularly since the degree of relief of pain and inflammation appeared to be on par with traditional NSAIDs.

**RANDOMIZED-CONTROLLED TRIALS OF ROFECOXIB**: The first major randomized controlled trial of the safety of rofecoxib was published in November 2000 in the *New England Journal of Medicine*. Bombardier and others[3] reported on the safety of rofecoxib in the treatment of 8,076 patients with RA. Patients were randomized to receive either a full therapeutic dose of naproxen (500mg twice daily) or a dose double the traditional full therapeutic dose of rofecoxib (50mg daily). During a median follow-up of 9 months, the incidence of serious upper gastrointestinal events (perforations, ulcers and bleeding) was 60% lower in the group receiving rofecoxib as compared to the group receiving naproxen. In addition to measuring the relative gastrointestinal safety of the two compounds, the occurrence of significant cardiovascular events using a process of formal third party adjudication was also studied and reported. There were a total of 20 MIs in the group that received rofecoxib as compared to 4 MIs in the group treated with naproxen. Although a considerable number of the subjects had significant cardiovascular risk (in addition to the substantially increased risk of cardiovascular events seen in RA patients in general), aspirin use was prohibited in this study. 38% of the adverse

M00ET3274

cardiovascular events occurred in the patients who would have traditionally been given aspirin for cardiovascular prophylaxis. As the comparator drug, naproxen, at full dose is associated with platelet-inhibitory effects comparable to aspirin[4]; the authors concluded that a plausible explanation for the increased number of cardiovascular events seen in the rofecoxib group was the anti-thrombotic effect of naproxen.

There are data in the published literature that support the conclusion that naproxen has antiplatelet and cardiovascular protective effects similar to aspirin. Rahme and others[5] examined the association of naproxen use and hospitalization for acute MI in a group of Canadian adults. They found that the risk of hospitalization for acute MI was 35% lower among long-term users of naproxen than among long-term users of other non-aspirin NSAIDs. Solomon and others[6] reported on the association between NSAID use and the occurrence of acute MI. They found that the use of one specific NSAID, naproxen, was associated with a reduced rate of acute MI. Specifically, the use of naproxen was associated with a 16-20% reduction in the risk of acute MI. Watson and others[7] reported a lower risk of thromboembolic cardiovascular events in RA patients who used naproxen. In this large British database, current naproxen use was associated with a 60% reduction in the risk of acute MI during the observation period. Current use of non-naproxen NSAIDs was not associated with a reduced risk of MI.

Controlled-clinical trials have been conducted on NSAIDs similar to naproxen. Brochier[8] reported in 1993 that the use of the NSAID flurbiprofen was associated with a significant reduction in the reinfarction rate when given to patients who had recently undergone

M00ET73275

Donald S. David, M.D.

thrombolysis or angioplasty after acute MI. Fornaro and others[9] reported in 1994 that subjects with a high risk for coronary heart disease had a reduced risk of stroke, embolism and fatal MI when given the NSAID indobufen.

The ADVANTAGE trial[10] aimed to assess the relative gastrointestinal toxicity of rofecoxib compared to naproxen in the treatment of OA. This trial included 5,557 patients with OA who were randomly assigned to receive either rofecoxib 25mg daily or naproxen 500mg twice daily for 12 weeks. In this trial, the incidence of perforation, ulcer and bleeding was reduced by 78% in the group receiving rofecoxib. Sixty percent of the patients enrolled had a history of cardiovascular events and aspirin use was allowed. There was no significant difference in the number of thrombotic cardiovascular events observed in the trial. There were a total of 5 MIs in the rofecoxib group as compared to 1 MI in the naproxen group; however, there were no strokes in the rofecoxib group as compared to 6 strokes in the naproxen group.

Reicin and others[11] reported on the cardiovascular safety data from a group of 8 phase IIb/III trials conducted in 5,435 patients with OA. Similar rates of thrombotic cardiovascular events were reported with rofecoxib, placebo and comparator nonselective NSAIDs (naproxen was not studied).

The results of two smaller trials of rofecoxib versus the NSAID nabumetone have also been reported. The first ("Protocol  085")[12] reported the experience of 1,042 OA patients who received either 12.5mg daily of rofecoxib or 1000mg daily of nabumetone. There

M00E73276

Donald S. David, M.D.

were two MIs in both groups. A twin study in the same disease population ("Protocol 090")[13] has also been published using the same study drugs and methodology. Again, the number of cardiovascular events was small. There were three MIs in the rofecoxib group and one MI in the nabumetone group.

The APPROVe trial[14] aimed to study the effects of 25mg of rofecoxib versus placebo on the formation of colonic polyps. 30 % of the 2,586 patients were determined to be of high cardiovascular risk. The risk of significant cardiovascular events that was observed in the study was approximately two-fold higher for the group that received rofecoxib versus the group that received placebo; however, the difference between the groups did not appear until after18 months of continuous use. This study was terminated two months early and at that point Merck withdrew rofecoxib from the market. The APPROVe trial was the first randomized-controlled trial that showed a potential association between rofecoxib and an increased risk of cardiovascular events. This was a relatively weak association in one study in a specific patient population. Similar results were reported in trials of other NSAIDs given to a similar population for polyp prevention: in the APC trial[15] the study drug was celecoxib and in a trial reported by Baron and others[16] the study drug was aspirin.

The analyses of two additional randomized-controlled trials that have not yet been reported in the literature are available in preliminary form. The VICTOR trial[17] was a polyp prevention study conducted in England that compared the use of 25mg of rofecoxib against placebo in 2,400 subjects. This trial was stopped early when rofecoxib was

M00E73277

Donald S. David, M.D.

withdrawn from the market. Based on a small total number of cardiovascular events, there was a numerical difference in the rate of cardiovascular thrombotic events in favor of placebo (4 cardiovascular serious adverse events in the placebo group versus 14 in the rofecoxib group). The ViP trial[18] was a randomized controlled trial of rofecoxib 25mg versus placebo for the prevention of prostate cancer in men. This was also designed as a long-term safety study. A total of 4,700 men were enrolled and received treatment for an average of 5 months (the longest treatment period was 16 months). The trial was prematurely halted when rofecoxib was removed from the market. Preliminary data analysis indicates no difference in the incidence of either cardiovascular thrombotic events (15 in the placebo group versus 14 in the rofecoxib group) or acute MIs (4 in the placebo group and 5 in the rofecoxib group).

Patients with Alzheimer's disease are generally older and are considered to have an increased risk for coronary heart disease. There is a basis in the basic science literature for the hypothesis that COX-2 inhibitors could potentially slow the progression of Alzheimer's disease. Indeed, rofecoxib has been studied in this population. Although rofecoxib was found not to be effective in slowing the progression of dementia, these studies afford an opportunity to assess cardiovascular risk in a high-risk group with long-term exposure to the drug. Reines and others[19] studied the effect of rofecoxib 25mg daily versus placebo given to 692 subjects with Alzheimer's disease for a period of 1 year. Four patients in the rofecoxib-treated group had confirmed serious vascular events versus 11 in the group treated with placebo. Aisen and others[20] studied the effects of rofecoxib 25mg daily versus naproxen 220mg daily or placebo given for 1 year to 351 patients with

11

M00ET3278

Donald S. David, M.D.

Alzheimer's disease studied at 40 centers. The total number of serious adverse events in the 3 treatment groups did not differ significantly. There was 1 MI in the placebo-treated group, no MIs in the naproxen-treated group, and 3 MIs in the rofecoxib-treated group. Thal and others[21] conducted a randomized, double blind study of rofecoxib in patients with mild Alzheimer's disease. Rofecoxib or placebo was given to a total of 1,480 subjects for a period of up to 4 years. The mean exposure period was 2 years. Overall, there was no significant difference in the occurrence of serious thrombotic events in the 2 treatment groups (36 events in the placebo-treated group versus 38 events in the rofecoxib-treated group). As a group, these studies provide important placebo-controlled data on the safety of rofecoxib use over periods of up to 4 years in patients with a high baseline risk of coronary heart disease.

**RESULTS OF POOLED ANALYSES AND CONCLUSIONS OF THE FDA:** A number of pooled safety analyses have been published to help better comprehend the totality of data presented on the cardiovascular safety of rofecoxib. Konstam and others[22] provided a comparative analysis of all cardiovascular thrombotic events reported in controlled, clinical trials available from 23 phase IIb to V rofecoxib studies. Data was reported on over 28,000 patients that were studied. The major outcome measure was the combined cardiovascular complications endpoint used by the Antiplatelet Trialists' Collaboration (APTC), which includes cardiovascular and unknown deaths, MIs and strokes. Overall, there was no significant difference in the occurrence of serious cardiovascular events in the rofecoxib-treated group versus placebo (RR=0.84) or the use of non-naproxen NSAIDs (RR=0.79). There was, however, a higher risk of

M0067327

Donald S. David, M.D.

cardiovascular events when comparing rofecoxib to naproxen (RR=1.69). A larger

analysis was reported by Weir and others[23] in 2003. This analysis combined the patient

results included in the Konstam analysis[22] and additional data that was submitted from

these trials and the placebo-controlled studies in Alzheimer's disease. A total of 26

randomized-controlled trials involving over 30,000 patients were included. Overall, there

was no evidence that rofecoxib was associated with excess cardiovascular events when

compared with either placebo (RR=0.93) or non-naproxen NSAIDs (RR=0.84). There

were an increased number of events when compared to naproxen (RR=1.69). Juni and

others[24] presented a meta-analysis of randomized-controlled clinical trials comparing

rofecoxib with other NSAIDs and placebo and a selection of observational studies in

2004. The data from the placebo-controlled trials in Alzheimer's disease patients was not

included. Overall, the relative risk of MI was 2.24 and the relative risk of stroke was

1.02. This largely reflected the results of the VIGOR study. When the control group was

placebo, the relative risk of MI was 1.04. When the control group was non-naproxen

NSAID use, the relative risk of MI was 1.55. When the control group was naproxen, the

relative risk of MI was 2.93. In addition to the methodological flaws in this analysis, the

failure to include the Alzheimer's disease data in the analysis renders it unreliable.


In April of 2005, following an Advisory Committee meeting that occurred in February of

2005, the FDA issued a Pubic Health Advisory regarding the potential cardiovascular risk

associated with the use of NSAIDs[25]. The FDA concluded, based on the available

scientific data, that short-term use of NSAIDs (including rofecoxib) does not confer an

increased risk of adverse cardiovascular events (with the exception of valdecoxib given to

M06E73280

patients after coronary artery bypass grafting surgery). Additionally, any cardiovascular risk associated with COX-2 inhibitors would be a class effect of all NSAIDs. The FDA also concluded that only rofecoxib has been shown to reduce the risk of serious gastrointestinal bleeding events caused by NSAIDs with chronic use.

**OBSERVATIONAL STUDIES**: The results of observational studies on rofecoxib have provided inconsistent and at times conflicting results. Observational studies are, by their nature, less reliable than randomized controlled trials and are subject to inherent biases. Mamdani and others[26] reported on the short-term cardiovascular risk of both selective and traditional NSAID use in a group of elderly adults in Ontario, Canada. They examined the incidence of acute MI in more than 70,000 patients in this cohort treated with NSAIDs. There was no increased risk of MI in any of the NSAID-treated subsets. The relative risk (RR) for acute MI was 1.0 in the rofecoxib-treated group. Bannwarth and others[27] reported the results of a large community-based observational study in a group of patients with OA treated with rofecoxib. A total of 2,896 patients received the drug for an average of 5 months. There was a lack of excess cardiovascular events (1 MI and 5 strokes in total) in the observation period. Solomon and others[28] studied the relationship between the use of selective COX-2 inhibitors and the risk of MI in older adults. In a cohort of 54,475 patients with an average age of 81, current use of rofecoxib was associated with a small but statistically significant increased risk of MI only in comparison to celecoxib, but not when compared to ibuprofen, naproxen, NSAIDS in general or non-NSAID use. The risk appeared to be elevated in the first 90 days of use but not thereafter. In a study of 6,250 NSAID users, Shaya and others[29] reported that the

MOO6E73281

use of rofecoxib was not associated with an increased risk of cardiovascular events compared with the use of other NSAIDs (odds ratio=0.99). Levesque and others[30] reported on the risk for MI in a population of elderly adults in Quebec who used COX-2 inhibitors. Current use of rofecoxib was associated with a modestly increased risk for acute MI (RR=1.24) The concomitant use of low-dose aspirin appeared to mitigate the observed increased risk. Hippisley-Cox and Coupland[31] reported on the risk of MI in patients taking conventional NSAIDs or COX-2 inhibitors in a British database. In a cohort of 9,218 cases, they found an increased risk of acute MI associated with current use of the traditional NSAIDs diclofenac (RR=1.55) and ibuprofen (RR=1.24) and current use of rofecoxib (RR=1.32). Concurrent aspirin use was not adequately controlled for and the authors, themselves, raised the possibility of channeling bias that may have affected the results. Helin-Salmivaara[32] recently reported on the risk of first MI in a large case-control study from Finland. Current use of all NSAIDs was associated with a modest increase in the risk of first MI. The risk was similar for traditional NSAIDs (RR=1.34) and COX-2 inhibitors (RR=1.31) compared to non-users.

**RISK-BENEFIT ANALYSIS:** Since the introduction of COX-2 selective NSAIDs, and specifically after the addition of rofecoxib to our hospital formulary in 2001, I have noted a dramatic reduction in both the number and severity of serious gastrointestinal complications associated with NSAIDs. In fact, I do not recall seeing a single occurrence of a peptic ulcer or a significant gastrointestinal bleed in a patient treated with rofecoxib. Additionally, the gastrointestinal tolerability of rofecoxib was significantly better, in my clinical experience, than that of traditional NSAIDs. Patients who were previously unable

M00ET73282

Donald S. David, M.D.

to tolerate traditional NSAIDs because of gastrointestinal intolerance were able to tolerate rofecoxib without a problem. The efficacy of rofecoxib as a pain-reliever was impressive, and many patients found that this was the most effective pain medication that they had used. I have not seen a single case of a cardiovascular complication associated with rofecoxib use in my clinical practice. Based on my review of the scientific literature and my own clinical experience I have concluded that rofecoxib was safe both from a gastrointestinal and cardiovascular standpoint.

I first performed a risk-benefit analysis on the use of rofecoxib as a member of the Pharmacy and Therapeutics committee at the City of Hope in 2001. It was my conclusion (and the conclusion of other committee members) at that time that rofecoxib was safe and effective and would be a useful addition to the Hospital Formulary. The data from the VIGOR study was available to us at that time and was fully considered when this decision was made. As part of routine formulary review, rofecoxib was re-reviewed annually and in each instance the consensus was that rofecoxib was safe and that the benefits outweighed any potential risks. Rofecoxib remained on formulary as the exclusive COX-2 inhibitor until its withdrawal in 2004.

For the purposes of this matter, and considering all of the currently available data, I have again performed a risk-benefit analysis for rofecoxib. Overall, the risk of serious gastrointestinal complications is significantly reduced with the use of rofecoxib compared to traditional NSAIDs. Given the overall magnitude of reduction of gastrointestinal perforations, ulcers and bleeds of approximately 70% in randomized-controlled clinical

M006E73283

Donald S. David, M.D.

trials, rofecoxib use would be associated with the prevention of approximately 12,000 deaths annually in the US related to this complication. The available cardiovascular risk data from randomized-controlled clinical trials does not suggest an increased risk with rofecoxib. Some observational studies point to the possibility of an increased risk of cardiovascular events while other studies do not. In an elderly population with multiple associated confounding risks, it is difficult to provide meaningful analysis of observational data. The data from the placebo-controlled trials continues to be analyzed. There was a weak association between rofecoxib use and cardiovascular events in one study for prevention of colonic polyps beginning after 18 months of continuous use, but no such risk was seen for shorter treatment durations or in placebo-controlled trials in other study populations. The annualized MI rates in patients treated with rofecoxib in the studies presented to date compare favorably with the placebo arms in many primary cardiovascular disease prevention trials and in some cases are significantly lower than prevailing estimates of annual MI incidence. The totality of the clinical trial data do not support an increased risk of cardiovascular events with the use of rofecoxib.  It is my conclusion that the benefit of rofecoxib, particularly when viewed in light of its unquestioned efficacy in the treatment of serious pain and inflammation and its impressive gastrointestinal safety record, far outweighs any potential risk.

Donald S. David, M.D.

The opinions expressed in this report are based on my thorough review of the available scientific literature, my education and my clinical experience as a practicing physician, and are held to a reasonable degree of medical certainty.

I am compensated for the time spent reviewing the relevant literature and for consulting in this matter. My hourly rate for literature review and document preparation is $250/hour. My hourly rate for in-person consultation is $350/hour. My hourly rate for deposition and trial testimony is $750/hour.

I have given expert testimony in only one legal matter in the last four years. I provided deposition and trial testimony in the matter of *Grossberg v. Merck* (Los Angeles Superior Court) in 2006.

Donald S. David, M.D.

August 25, 2006

M00E73285

Donald S. David, M.D.

# FOOTNOTE REFERENCES

1. MM Wolfe, DR Lichtenstein and G Singh: Gastrointestinal toxicity of NSAIDs. *NEJM* 1999;340 (24): 1888-99.
2. MJS Langman: Adverse events of conventional NSAIDs on the upper gastrointestinal tract. *Fundamental and Clinical Pharmacology* 2003;17:393-403.
3. C Bombardier et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *NEJM* 2000; 343 (21):1520-1528.
4. ML Capone et al. Clinical pharmacology of platelet, monocyte, and vascular cyclooygenase inhibition by naproxen and low dose aspirin in healthy subjects. *Circulation* 2004;109: 1468-71.
5. E Rahme et al. Association between naproxen use and protection against acute MI. *Arch Intern Med* 2002;162:1111-15.
6. DH Solomon et al. NSAID use and acute myocardial infarction. *Arch Intern Med* 2002;162:1099-1104.
7. DJ Watson et al. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. *Arch Intern Med* 2002;162:1105-1110.
8. ML Brochier. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute MI. *European Heart Journal* 1993;14:951-7.
9. G Fornaro et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. *Circulation* 1993;87:162-4.
10. JR Lisse et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis. *Ann Intern Med* 2003;139:539-46.
11. AS Reicin et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac and nabumetone). *Am J Cardiol* 2002;89:204-9
12. AJ Kivitz et al. Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1000 mg in patients with osteoarthritis of the knee: a randomized controlled trial. *J Am Geriatr Soc* 2004;52:666-74
13. AL Weaver et al. Treatment of patients with osteoarthritis with rofecoxib compared with nabumetone. *J Clin Rheumatol* 2006;12:17-25
14. RS Bresalier et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma prevention trial. *NEJM* 2005;352:1092-102
15. SD Solomon et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. *NEJM* 2005;352:1071-80
16. JA Baron et al. A randomized trial of aspirin to prevent colorectal adenomas. *NEJM* 2003;348:891-9
17. Merck Protocol 145 (VICTOR) Memo- unpublished
18. Merck Reference P201 (ViP Study) A Double-blind, randomized, placebo-controlled, multicenter study to evaluate the effects of rofecoxib in decreasing the risk of prostate cancer- unpublished

MODET73286

Donald S. David, M.D.

19. SA Reines et al. Rofecoxib- no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. *Neurology* 2004;62:66-71
20. PS Aisen et al.  Effects of rofecoxib or naproxen vs placebo on Alzheimer's disease progression. *JAMA* 2003;289:2819-26
21. LJ Thal et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. *Neuropsychopharmacology* 2005;30:1204-15
22. MA Konstam et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation* 2001;104:2280-8
23. MR Weir et al. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. *Am Heart J* 2003;146:591-604
24. P Juni et al. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. *Lancet* 2004;364:2021-9
25. FDA Public Health Advisory: April 2005 http://www.fda.gov/cder/drug/advisory/COX2.htm
26. M Mamdani. Effect of selective cyclooygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. *Arch Intern Med* 2003;163:481-6
27. B Bannwarth et al. Adverse events associated with rofecoxib therapy. *Drug Safety* 2003;26:49-64
28. DH Solomon. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation* 2004;109:2068-73
29. FT Shaya and others. Selective COX-2 inhibitors and cardiovascular effects. *Arch Intern Med* 2005;165: 181-6
30. L Levesque, JM Brophy and B Zhang. The risk for myocardial infarction with cyclooygenase-2 inhibitors: a population study of elderly adults. *Ann Intern Med* 2005;142
31. J Hippisley-Cox and C Coupland. Risk of myocardial infarction in patients taking cyclooygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. *BMJ* 2005;350
32. A Helin-Salmivaara et al. NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control from Finland. *European Heart Journal* 2006;27:1657-63

M00ET73287