Exhibit B - 9/15/06 David Deposition Excerpts

• Mason - Expert Challenge 5

[1:1] - [1:23]                9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
page 1
 1          IN THE UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    _____
                                     )   MDL DOCKET NO. 1657
 5    In Re: Vioxx                   )
                                     )   Section L
 6    PRODUCTS LIABILITY             )
      LITIGATION                     )
 7                                   )
      THIS DOCUMENT RELATES TO:      )
 8    CHARLES LARON MASON v.         )
      MERCK & CO., INC.              )
 9    _____)
10
11             DEPOSITION OF DONALD S. DAVID, M.D.
12                   Los Angeles, California
13                      September 15, 2006
14
15
16        Reported By Susan A. Sullivan, CSR No. 3522
                    PRS Job No. 118-346510
17
18
19
20
21
22
23
24
25
page 2
 1   Appearances:
 2        For Plaintiff:
```

[25:4] - [26:25]              9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
page 24
25      MR. YOO:  May we go off the record briefly?  Is
page 25
 1  that okay with you?
 2      MR. BLIZZARD:  Sure.
 3          (Discussion held off record)
 4      MR. YOO:  This is a stipulation that was reached
 5  by Merck and Plaintiff and as a stipulation that's
 6  also satisfactory to the City of Hope.
 7          The stipulation is that for purposes of the
 8  Mason case, Dr. David will not refer to the work of
 9  the P&T committee, the Pharmacy and Therapeutics
10  Committee at City of Hope regarding Vioxx or Dr.
11  David's work on that committee regarding Vioxx, and
12  Dr. David will not rely on the work of the P&T
13  committee regarding Vioxx for purposes of his expert
14  opinion in this case, and Plaintiff has agreed that
15  there will be no further inquiry in this case
16  regarding the activities of the P&T committee at City
17  of Hope regarding Vioxx, other COX-2 drugs or NSAIDs.
18  The stipulation should also note that this agreement
19  is conditioned on Plaintiff not opening the door to
20  these issues at the time trial.
21      THE WITNESS:  Can I ask you one thing?
22      MR. YOO:  Should Plaintiff --
23      THE WITNESS:  I just wanted to make sure of one
24  other thing.
25      MR. YOO:  Should Plaintiff open the door to
page 26
 1  these issues, then this stipulation may be modified
```

Exhibit B - 9/15/06 David Deposition Excerpts

**• Mason - Expert Challenge 5**

```
                        2   by the court.
                        3       MR. JAQUEZ:  There was also a further point on
                        4   the stipulation that Plaintiff would withdraw the
                        5   subpoena against the City of Hope.
                        6       MR. YOO:  That's correct.
                        7       THE WITNESS:  Right.
                        8       MR. BLIZZARD:  That is fine with me except this
                        9   statement about opening the door because that is
                       10   something that's in the eyes of the beholder often
                       11   and so I want it clear on the record that the kind of
                       12   door opening that we're talking about here is if I
                       13   directly challenge his involvement in, you know, the
                       14   committee work at the hospital or I ask him about his
                       15   committee work, not by simply inquiring about his
                       16   experience with Vioxx, so I don't want any challenge
                       17   that I make to his experience with Vioxx to be
                       18   claimed to open the door to his testimony about the
                       19   specific work of the committee.
                       20       MR. YOO:  This stipulation does not involve Dr.
                       21   David's own clinical experience or beliefs regarding
                       22   Vioxx at any point in time.  I think we're on the
                       23   same page that what we're talking about is references
                       24   to the work of the P&T committee at City of Hope.
                       25       MR. JAQUEZ:  Correct.
                       page 27
                        1       MR. BLIZZARD:  Okay.  That's fine with me.
                        2          Now before you leave, Sean, there are a few
                        3   other areas that I -- maybe I should let you leave
                        4   and then you can't interfere, but there are a few
```

[34:15] - [34:19]        9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
                       page 34
                       11   information related to the hospital committee and
                       12   that issue we have disposed of and then the second is
                       13   the request for patient records, correct?
                       14       A   That's correct.
                       15       Q   We'll come back to that in a minute.
                       16           How long did it take you to review the
                       17   information that you reviewed on Vioxx once you were
                       18   officially retained as an expert?
                       19       A   I would say approximately 90 hours or so.
                       20       Q   Okay.  And where did you get that material?
                       21       A   Some of it was provided, some of it I asked
                       22   for, and some of it I actually got on my own.
                       23       Q   And is there any way that we can today
```

[48:4] - [50:15]         9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
                       page 47
                       25   cardiovascular field?
                       page 48
                        1       A   No.
                        2       Q   Have you done any writing in that field?
                        3       A   No.
                        4       Q   Have you done any teaching there?
                        5       A   I teach on -- I teach internal medicine and
                        6   that involves, as you say, a cardiology rotation, and
                        7   often I'm doing quite a bit of cardiology teaching
                        8   because I still teach the internal medicine residents
                        9   and medical students about the heart.
                       10       Q   Okay.  So let me explore that with you for a
                       11   minute.  You teach internal medicine --
                       12       A   I do.
                       13       Q   -- to medical students?
                       14       A   Medical students, residents and fellows,
                       15   fellows in gastroenterology.
                       16       Q   Coursework or clinical work?
                       17       A   Combination.  I do a rotation called
                       18   Introduction To Clinical Medicine which is a
                       19   combination of coursework and clinical work.
```

Exhibit B - 9/15/06 David Deposition Excerpts

**• Mason - Expert Challenge 5**

```
                 20      Q   So you do some classroom teaching of medical
                 21  students?
                 22      A   It is classroom teaching but not done in a
                 23  classroom so it is not in the -- not in the
                 24  university campus setting, it is more -- I think it
                 25  would be closer to clinical teaching but there's
                 page 49
                 1   quite a bit of didactic that's involved, I have a
                 2   curriculum that I'm supposed to cover during the
                 3   year, so it is a fine point.
                 4       Q   The first two years of medical school are
                 5   typically  classroom work, correct?
                 6       A   They would not involve -- actually part of
                 7   it involves the second year, part of it involves the
                 8   third year.
                 9       Q   During the third and fourth year is when
                 10  typically medical students do their clinical
                 11  rotations, correct?
                 12      A   They're starting them earlier now in the
                 13  second year so that's when I get them.
                 14      Q   So when they come in their second year and
                 15  third year and fourth year for clinical rotations
                 16  they rotate through the various subspecialties of
                 17  medicine, don't they?
                 18      A   Correct.
                 19      Q   And one of the subspecialties of medicine
                 20  that they rotate through can be G.I., correct?
                 21      A   Correct.
                 22      Q   And so you would see patients with typically
                 23  medical students during their G.I. rotation, correct?
                 24      A   There's not what I'm seeing them for,
                 25  though.  It is actually part of their medicine
                 page 50
                 1   training, it is not part -- I'm not being used as a
                 2   GI instructor, I have two hats.  So that's one more,
                 3   the doctor curriculum has to do with examining the
                 4   heart, examining the drugs, how to be a doctor, which
                 5   is very different than the G.I. work I do with
                 6   fellows.  So with fellow and residents and interns
                 7   that are on the service, that's a different story, so
                 8   I have two -- two activities, teaching activities.
                 9       Q   So as I understand it, you do some general
                 10  internal medicine rotations for medical students,
                 11  correct?
                 12      A   Correct.
                 13      Q   And then you do G.I. teaching of residents
                 14  and fellows, correct?
                 15      A   Correct.
                 16      Q   Now do medical students also go through
                 17  cardiology rotations?
                 18      A   Yes, they do.
                 19      Q   And you do not have involvement in teaching
```

[52:16] - [53:19]          9/15/2006     David, Donald (Mason_MDL pp. 1-133)

```
                 page 52
                 12      A   No.
                 13      Q   Did you author any other articles that were
                 14  not peer-reviewed by Vioxx?
                 15      A   No.
                 16      Q   Did you ever teach students about Vioxx
                 17  during the time that Vioxx was on the market?
                 18      A   I would say yes to that, but not as far as a
                 19  lecture or a PowerPoint or any -- but I think in
                 20  practice I definitely teach students what's
                 21  appropriate to use and for what indications.
                 22      Q   Did you ever present on Vioxx on any grand
                 23  rounds?
                 24      A   No.
                 25      Q   So you never actually prepared a formal
                 page 53
```

Exhibit B - 9/15/06 David Deposition Excerpts

**• Mason - Expert Challenge 5**

```
                        1    presentation on Vioxx during the time it was on the
                        2    market?
                        3        A    That is correct.
                        4        Q    Did you ever give any lectures to colleagues
                        5    about Vioxx during the time that it was on the
                        6    market?
                        7            MR. YOO:  Objection to form.
                        8            THE WITNESS:  I may have, I don't recall
                        9    exactly, but I have done grand rounds intermittently
                       10    for the hospital on G.I. bleeding and within that
                       11    context I'm sure that it was mentioned.
                       12        Q    BY MR. BLIZZARD:  Okay.  Did you have any
                       13    slides that pertained to Vioxx that were used as part
                       14    of those grand rounds presentations?
                       15        A    I can't recall.
                       16        Q    Do you still have those slides?
                       17        A    No, I would have nothing from that time.
                       18    There probably were slides in those days.  I don't
                       19    think I have any PowerPoint.
                       20        Q    Did you lecture at any CME programs about
                       21    Vioxx during the time that it was on the market?
                       22        A    No.
                       23        Q    Now since it has been off the market have
```

[57:3] - [57:16]        9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
                        page 56
                       24    report?
                       25        A    Absolutely.
                        page 57
                        1        Q    You do not wish to withdraw it, correct?
                        2        A    I will leave it just as it is.
                        3        Q    Okay.  Now, tell me how you see patients in
                        4    your practice.
                        5        A    I have two different practices.  One is an
                        6    inpatient practice which is focused on very ill
                        7    individuals who are in the midst of complications
                        8    regarding cancer, chemotherapy and other serious life
                        9    threatening diseases, and my other clinical
                       10    experience is a clinic that's a very much more
                       11    typical clinic that a community gastroenterologist
                       12    would see.  So we have patients in our system who
                       13    don't have active cancer problems but just come to us
                       14    for their standard internal medicine needs and I --
                       15    so my clinic patients are very different than my
                       16    inpatients.
                       17        Q    Right.  Okay.
                       18            So you have one category of patients which
                       19    you see while they're in the hospital, correct?
                       20        A    (No audible response.)
```

[61:8] - [61:21]        9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
                        page 61
                        4        Q    Sometimes you can follow them in the clinic
                        5    after they're discharged, sometimes you don't,
                        6    correct?
                        7        A    Correct.
                        8        Q    Now in terms of your prescription of Vioxx
                        9    between 1999 and 2004, how many of your patients did
                       10    you prescribe it to?
                       11        A    I'd say approximately 75 to a hundred.
                       12        Q    Okay.  Do you think that that is a good
                       13    estimate or is it a guess?
                       14        A    It is a guess.  Again, we're talking about
                       15    years ago and so on.  But I think that I would guess
                       16    I would write about 300 prescriptions a year, to put
                       17    it another way.
                       18        Q    300 prescriptions a year to how many
                       19    different people?
                       20        A    Probably about one third would be new
```

Exhibit B - 9/15/06 David Deposition Excerpts

- **Mason - Expert Challenge 5**

```
                    21  prescriptions, two thirds would be refills.
                    22      Q   Okay.  So your best guess would be that in
                    23  any particular year you would start about a hundred
                    24  new patients on Vioxx, correct?
                    25      A   That's a guess.
```

[66:7] - [67:24]        9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
                    page 66
                    3   experienced heart attacks during that period?
                    4       A   Not particularly, although I think if I
                    5   thought about it I could, but at this point I
                    6   couldn't tell you.
                    7       Q   Overall was your patient population more or
                    8   less elderly?
                    9       A    Again, two populations.  My inpatient
                    10  population is again fairly young, my outpatient
                    11  population is more elderly, Medicare age typically.
                    12      Q   How many of your patients that you typically
                    13  see, either in or outpatient, have cancer?
                    14      A   You know, the thing with cancer at our
                    15  institution is that we have many patients who have
                    16  had cancer historically and are now cured so I will
                    17  break it down the best way that I can for you and I'd
                    18  say 20 percent have active cancer and 80 percent are
                    19  cured and see me for non-cancer reasons.
                    20      Q   So how many of your, what percentage of your
                    21  patient population has terminal cancer?
                    22      A   Very small number.  Less than five percent.
                    23      Q   Okay.  Now in terms of your prescription of
                    24  Vioxx, what conditions did you typically prescribe
                    25  Vioxx for?
                    page 67
                    1       A   Typically for degenerative joint disease,
                    2   osteoarthritis, I see some rheumatoid arthritis
                    3   typically in consultation with the rheumatologist,
                    4   and then for just for chronic pain, for nonspecific
                    5   kinds of chronic pain.
                    6       Q   Okay.  So you did not prescribe Vioxx for
                    7   palliative care?
                    8       A   Yes, I did.  There are patients who had end
                    9   stage disease where my consultation was do you think
                    10  from a G.I. standpoint it would be a good idea to use
                    11  a non-steroidal and if so, which one would you use.
                    12  That isn't the bulk of my experience, but certainly
                    13  it was some of it.
                    14      Q   Okay.  So you had some experience in
                    15  prescribing Vioxx to terminal cancer patients,
                    16  correct?
                    17      A   Again, terminal cancer patients is not a
                    18  term we like to use.  These are patients who have
                    19  cancer, cancer-associated pain that may live for
                    20  years with that pain so terminal, to me the word
                    21  "terminal" means they've got months to live and
                    22  they're in hospice care, so this is sort of my own
                    23  terminology.  You can call it whatever you would
                    24  like.
                    25      Q   Okay.  Well, you are familiar with the term
                    page 68
                    1   "palliative care," correct?
                    2       A   I am.
                    3       Q   So you did prescribe Vioxx for palliative
```

[74:6] - [74:16]        9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
                    page 74
                    2       MR. YOO:  If you don't mind, I would like to
                    3   take a quick break.
                    4       MR. BLIZZARD:  Sure.
                    5           (Recess)
                    6       Q   BY MR. BLIZZARD:  Now you have testified
```

**Exhibit B - 9/15/06 David Deposition Excerpts**

- **Mason - Expert Challenge 5**

```
 7   that you used Vioxx from the time it was launched in
 8   1989, correct?
 9       A    Correct.
10       Q    How did you find out about it?
11       A    It was anticipated that it was coming out
12   because I had been hearing about COX-2s from the time
13   before they launched that these were going to be very
14   useful to G.I. doctors so I was waiting for it.  I
15   didn't even get a detail on it, I was just waiting to
16   be able to write it.
17       Q    Celebrex was a COX-2 as well, correct?
18       A    They came out at around the same time.
19       Q    Celebrex was actually on the market before
20   Vioxx, did you know that?
```

[80:16] - [80:22]    9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
page 80
12       MR. YOO:  Objection to form.
13       THE WITNESS:  I honestly don't recall what the
14   mailings were.  I know if there were any official
15   mailings, I don't recall them.
16       Q    BY MR. BLIZZARD:  Okay.  So you do not
17   remember receiving any Dear Doctor letters advising
18   you that there was any increased risk of,
19   cardiovascular risk of using Vioxx?
20       A    I do remember that there was a Dear Doctor
21   letter but I can't be sure if it was Vioxx or if it
22   was something else.  I've got a couple of those.
23   There was one, maybe, where I had to go to the post
24   office to pick it up and I was pretty angry about it,
25   but I can't remember if that was a Vioxx letter or
page 81
 1   something else.
```

[85:25] - [86:7]    9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
page 85
21   normally thought would need a baby aspirin or low-
22   dose aspirin and I felt as though they were being
23   adequately taken care of by the naproxen and wouldn't
24   have insisted that they be on it.
25       Q    So what scientific research did you base
page 86
 1   that decision on?
 2       A    It is based upon my knowledge that naproxen
 3   is a very potent inhibitor of platelet function and I
 4   know that from personal experience of watching people
 5   almost bleed to death while they were on naproxen so
 6   I believe that the drug clearly prohibits platelet
 7   function to a profound effect.
 8       Q    You didn't specifically prescribe naproxen
 9   to anybody for its cardioprotective properties, you
10   just didn't insist that those people take a baby
11   aspirin in addition to the naproxen, correct?
```

[86:14] - [86:21]    9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
page 86
10   just didn't insist that those people take a baby
11   aspirin in addition to the naproxen, correct?
12       A    Correct.  I would think -- my feeling was
13   they were protected.
14       Q    Well, after the VIGOR results were published
15   did you do any research or study on the question of
16   whether naproxen was cardioprotective?
17       A    I didn't do any specific research but
18   reaffirmed my prior beliefs.
19       Q    Well, did you do any scientific reading in
20   order to make that conclusion?
```

Exhibit B - 9/15/06 David Deposition Excerpts

**• Mason - Expert Challenge 5**

```
                            21      A    I read VIGOR.
                            22      Q    Anything else?
                            23      A    Nothing particularly.
                            24      Q    When is the first time that you read any
                            25   other studies about naproxen's cardioprotective
```

[88:9] - [88:23]        9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
                            page 88
                            5    general knowledge, I asked you whether you read any
                            6    scientific controlled study prior to VIGOR that
                            7    demonstrated that.
                            8       A    Not that I can recall.
                            9       Q    Okay.  So after November of 2000 did you
                            10   read any additional controlled scientific studies on
                            11   whether or not naproxen has cardioprotective
                            12   properties?
                            13      A    I read them recently.
                            14      Q    Okay.  So when was the first time after
                            15   November of 2000 that you read such studies?
                            16      A    I didn't really read in this area except for
                            17   things that I mentioned before so I read VIGOR, I
                            18   read the Konstam analysis when it came out, I read --
                            19   I looked at ADVANTAGE when it came out in 2003, I
                            20   looked at APPROVe.  Again, none of these are naproxen
                            21   studies but this was -- I had no -- I had no real
                            22   occasion to read those studies in between, but I did
                            23   read the studies that I mentioned when they came out.
                            24      Q    Okay.  So the Konstam has nothing to do with
                            25   naproxen, correct?
                            page 89
                            1       MR. YOO:  Objection as to form.
                            2       THE WITNESS:  I don't know if naproxen is
```

[89:24] - [90:24]       9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
                            page 89
                            20   You are free to look at whatever you need to look at
                            21   if you don't recall specifics.
                            22      THE WITNESS:  It is right here.  Okay, I've got
                            23   it.  I'm ready for you, sir.
                            24      Q    BY MR. BLIZZARD:  My question was whether or
                            25   not the data or the conclusions in Konstam stand for
                            page 90
                            1    the proposition that naproxen is cardioprotective.
                            2       MR. YOO:  Objection to form.
                            3       THE WITNESS:  I think they would support that.
                            4       Q    BY MR. BLIZZARD:  And what specific finding?
                            5       A    The specific finding would be that there was
                            6    no difference in cardiovascular events for rofecoxib
                            7    versus placebo or any other NSAIDs with the exception
                            8    of naproxen.
                            9       Q    So you are saying that the only comparator
                            10   in that study that showed any increased risk for
                            11   Vioxx was with naproxen, correct?
                            12      A    Or that would show the benefit for naproxen
                            13   taking it the other way.
                            14      Q    Okay.  So when was the first time that you
                            15   read Konstam?
                            16      A    I read Konstam when it was published in
                            17   2001.
                            18      Q    So you read that, you mentioned you read
                            19   ADVANTAGE and APPROVe.
                            20      A    ADVANTAGE and APPROVe.
                            21      Q    Are both of those placebo-controlled studies
                            22   versus a study with naproxen as a comparator?
                            23      A    ADVANTAGE is naproxen.  APPROVe is a
                            24   placebo.
                            25      Q    Okay.  And do you believe that ADVANTAGE
                            page 91
                            1    stands for the proposition that naproxen is
```

Exhibit B - 9/15/06 David Deposition Excerpts

**• Mason - Expert Challenge 5**

```
                                 2  cardioprotective?
                                 3      A    I think what ADVANTAGE stands for is that
```

[93:15] - [94:24]        9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
page 93
11      Q    BY MR. BLIZZARD:  So would you agree that it
12 has not been consistently shown that it is
13 cardioprotective?
14      A    Not consistently shown.
15      Q    As a matter of fact, have you read the most
16 recent studies that have been published on this
17 subject?
18      MR. YOO:  Objection; form, vague.
19      THE WITNESS:  Well, which ones are you referring
20 to?
21      Q    BY MR. BLIZZARD:  The studies that were
22 published -- actually the study on this issue that
23 was published on September 12th in the Journal Of The
24 American Medical Association.
25      A    No.
page 94
1       Q    Have you read either of the studies that
2  were published in the Journal Of The American Medical
3  Association on September 12th regarding Vioxx?
4       A    Not yet.
5       Q    Do you plan to read those prior to the
6  trial?
7       A    Yes.
8       Q    Do you plan to offer an opinion about what
9  they show?
10      MR. YOO:  Depends on what they say.
11      THE WITNESS:  Perhaps.  I haven't really read
12 them.
13      Q    BY MR. BLIZZARD:  When did you first find
14 out about them?
15      A    Yesterday, just because somebody sent me an
16 E-mail, not from this firm but somebody that knows
17 that I'm doing this work and said, "Hey, there's
18 something new," and I said, "I haven't seen it yet."
19      Q    Okay.  Was there some reason that you did
20 not read those articles before today?
21      A    Didn't have time.
22      Q    Is there any way that you can read them
23 during a break today and offer opinions about them?
24      A    I wouldn't feel comfortable with that.
25      Q    Well, let me just say for the record,
page 95
1  although I probably don't need to say it, I would not
2  feel comfortable being ambushed by opinions of yours
3  at trial, and I'm also not comfortable having to come
```

[104:11] - [105:9]       9/15/2006    David, Donald (Mason_MDL pp. 1-133)

```
page 104
7  sure what doctors were really doing, I didn't really
8  ask people what their opinions were from the
9  cardiovascular standpoint, I was speaking to
10 colleagues mostly about the G.I. standpoint.
11      Q    BY MR. BLIZZARD:  So during the time that
12 you were speaking to colleagues at these luncheons or
13 speaking to fellows, you were not speaking to them
14 about cardiovascular risk, you were talking to them
15 about G.I. problems, correct, or G.I. issues related
16 to Vioxx, correct?
17      A    Not exclusively because I think these
18 studies were there and that was one of the reasons I
19 was reading them and I was questioned saying well,
20 what do you think, there's this thing that says
21 there's an increased number of events in patients in
22 VIGOR and what do you think about that.  And the same
```

Exhibit B - 9/15/06 David Deposition Excerpts

• **Mason - Expert Challenge 5**

```
                         23  would hold true in different meetings as they go
                         24  along and if the questions were asked, I certainly
                         25  would answer them because I thought it was an
                         page 105
                         1   important issue to discuss.
                         2        Q    Okay.  So you did have some focus on
                         3   cardiovascular issues during these discussions with
                         4   colleagues, correct?
                         5        A    Correct.  If they asked the question, I
                         6   would certainly go on.  It wasn't the focus of a
                         7   presentation where I would have slides that would
                         8   show, you know, the results of VIGOR or anything like
                         9   that.
                         10       Q    Okay.  So you would have some idea of what
                         11  they were doing, correct?
                         12       MR. YOO:  Who was doing?
                         13       THE WITNESS:  I don't understand the question.
```

[114:19] - [115:23]       9/15/2006     David, Donald (Mason_MDL pp. 1-133)

```
                         page 114
                         15  answer that he has.
                         16       MR. BLIZZARD:  Okay.
                         17       THE WITNESS:  And I would give it to other
                         18  people too under the same circumstances.
                         19       Q    BY MR. BLIZZARD:  Well, have you given it to
                         20  anyone else besides your father?
                         21       A    I have made those recommendations to people
                         22  who are taking other non-steroidals, typically
                         23  ibuprofen, and saying you may be better off by taking
                         24  naproxen.
                         25       Q    My question simply is have you prescribed it
                         page 115
                         1   to anyone else.
                         2        A    Yes.
                         3        Q    Okay.  And how many patients have you
                         4   prescribed naproxen for its cardioprotective effects,
                         5   not because they needed a non-steroidal but because
                         6   you wanted them to take it for its cardioprotective
                         7   effects?
                         8        MR. YOO:  Object to the form of the question.
                         9        THE WITNESS:  I have been actively switching
                         10  people off of non-steroidals to naproxen.
                         11       Q    BY MR. BLIZZARD:  When did you start doing
                         12  that?
                         13       A    After I did the reading for this case.
                         14       Q    Which would have been when?
                         15       A    Around again in September of 2005.
                         16       Q    Okay.  So beginning at that time is when you
                         17  started switching patients off ibuprofen and putting
                         18  them on naproxen because you believe that naproxen
                         19  was cardioprotective?
                         20       A    That -- I believe that it was
                         21  cardioprotective before but I had additional evidence
                         22  that ibuprofen may have a negative cardiac effect so
                         23  I felt this was a good switch for them.
                         24       Q    Well, have you heard anything about the
                         25  risk-benefit analysis dealing with this issue?
                         page 116
                         1        MR. YOO:  Asked and answered.
                         2        Q    BY MR. BLIZZARD:  The one that was published
```

[132:1] - [132:20]        9/15/2006     David, Donald (Mason_MDL pp. 1-133)

```
                         page 131
                         22
                         23
                         24
                         25
                         page 132
                         1                 REPORTER'S CERTIFICATION
```

**Exhibit B - 9/15/06 David Deposition Excerpts**

• **Mason - Expert Challenge 5**

```
 2
 3          I, SUSAN A. SULLIVAN, CSR No. 3522, in and
 4   for the State of California, RPR, CRR, do hereby
 5   certify:
 6
 7          That the foregoing witness was by me duly
 8   sworn; that the deposition was then taken before me
 9   at the time and place therein set forth; that the
10   testimony and proceedings were reported
11   stenographically by me and later transcribed into
12   typewriting under my direction;  that the foregoing
13   is a true record of the testimony and proceedings
14   taken at that time.
15
16          IN WITNESS WHEREOF, I have subscribed my
17   name on this 17th day of September, 2006.
18                    _____
                          Susan A. Sullivan, CSR No. 3522
19
20
21
22
23
24
```