Exhibit C - 6/06/06 David Deposition Excerpts

• Mason - Expert Challenge 5

[1:] - [1:25]      6/6/2006     David, Donald S.

```
          page 1
            0001
         1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
         2                  FOR THE COUNTY OF LOS ANGELES
         3
         4       Coordination Proceeding       )
                 Special Title (Rule 1550(b))  ) JCCP No. 4247
         5                                     )
                 VIOXX CASES:                  )
         6                                     )
                 STEWART GROSSBERG, an         )
         7       individual,                   )
                                               )
         8                    Plaintiff,       )
                                               )
         9                 vs                  )
                                               )
        10       MERCK & COMPANY, INC.; a      )
                 Corporation, and DOES 1 through )
        11       100, inclusive,               )
                                               )
        12                    Defendant.       )
                 _____)
        13
        14
        15
        16        VIDEOTAPED DEPOSITION OF DONALD S. DAVID, M.D.
        17                    Los Angeles, California
        18                    Tuesday, June 6, 2006
        19
        20
        21
        22
        23       Reported by:
        24       DIANA JANNIERE
                 CSR NO. 10034
        25       LA JOB No. 918412
                 PHIL JOB No. 2206
          page 2
         1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
         2                  FOR THE COUNTY OF LOS ANGELES
         3
```

[85:6] - [87:13]    6/6/2006     David, Donald S.

```
          page 85
         2      A    My C.E.O. provided me with my marching orders.
         3      Q    And who is that?
         4      A    The C.E.O. of the hospital is named Dr. Miser,
         5   M-I-S-E-R, and that is public knowledge.
         6      Q    And did he -- did he provide you with
         7   directions or instructions when he appointed you to the
         8   position of patient safety officer?
         9      A    They are general instructions to -- to look at
        10   many things that he was concerned about as a physician
        11   and as a physician administrator concerned about our use
        12   of drugs, in particular about safety when it comes to
        13   prescribing and administration and medication, which was
        14   thought to be the highest risk endeavor that we do in
        15   the hospital.
        16           Most of the errors that happen in the hospital
        17   relate to patient medication errors and he -- it was his
        18   desire to not have those happen.
        19           And so I was empowered to do whatever I could
        20   do to decrease the number of those errors, whether it is
        21   choosing a medication, administering a medication; not
        22   paying attention to an adverse side effect; combining
        23   medications that may potentially be problematic when
```

**Exhibit C - 6/06/06 David Deposition Excerpts**

• **Mason - Expert Challenge 5**

```
                        24  combined and so on.  So looking at our practices, trying
                        25  to make them safer.
                        page 86
                        1        Q    How did he empower you?  Did he send you a
                        2   letter asking you to undertake these things or was it a
                        3   verbal communication?
                        4        A    It was a verbal communication and I was asked
                        5   to take on this position.  And I said that I would.
                        6             And it was also in preparation for becoming the
                        7   chief of staff and I planned to do that.  And so this
                        8   was thought to be a good way for me to transition into
                        9   that position.
                        10       Q    And when do you expect to assume the position
                        11  of chief of staff?
                        12       A    I am now.  And I will be for the next year and
                        13  a half.
                        14       Q    And in terms of your work as patient safety
                        15  officer, has -- have you issued any guidelines or
                        16  directives in that position?
                        17       A    Not in -- we don't -- we don't have formal --
                        18  we don't have formal things that we do, but I -- but we
                        19  do through committees and such make recommendations, not
                        20  specifically to nonsteroidal anti-inflammatory drugs.
                        21       Q    Well, could you identify for me any directives
                        22  or instructions that you have published within the
                        23  hospital as a result of being the patient safety
                        24  officer?
                        25       A    We don't have a regular way of publishing these
                        page 87
                        1   things.  And so through the existing committee
                        2   structure, recommendations come through that certain
                        3   things should be done.
                        4             And most of these have to with medication
                        5   administration safety, checking to make sure you have
                        6   the right medicine, reconciling medications to make sure
                        7   that the patient, who are not on drugs that have
                        8   overlapping toxicities; being careful about drugs that
                        9   effect platelets if you are going to do surgery; and so
                        10  on.
                        11            So, you know, we have lots of internal
                        12  documents that talk about all kinds of things that
                        13  happen in the hospital.
                        14       Q    I understand.  I want to know specifically
                        15  whether or not there is anything that you have published
                        16  within the hospital regarding a particular medication or
                        17  its use as a result of being a Patient Safety Officer?
```

[189:25] - [190:23]        6/6/2006      David, Donald S.

```
                        page 189
                        21
                        22
                        23
                        24
                        25
                        page 190
                        1             I, the undersigned, a Certified Shorthand
                        2   Reporter of the State of California, do hereby certify:
                        3             That the foregoing proceedings were taken
                        4   before me at the time and place herein set forth; that
                        5   any witnesses in the foregoing proceedings, prior to
                        6   testifying, were placed under oath; that a verbatim
                        7   record of the proceedings was made by me using machine
                        8   shorthand which was thereafter transcribed under my
                        9   direction; further, that the foregoing is an accurate
                        10  transcription thereof.
                        11            I further certify that I am neither
                        12  financially interested in the action nor a relative or
                        13  employee of any attorney of any of the parties.
                        14            IN WITNESS WHEREOF, I have this date
                        15  subscribed my name.
```

**Exhibit C - 6/06/06 David Deposition Excerpts**

- **Mason - Expert Challenge 5**

```
                16
                17
                                    Dated: _____
                18
                19                          _____
                                            Diana Janniere
                20                          CSR No. 10034
                21
                22
                23
                24
                25
                page 191
                1              -  -  -  -  -  -
                                    E R R A T A
```