Exhibit D - 10/14/05 Pratt Deposition Excerpts

• **Mason - Expert Challenge 5**

| | |
|---|---|
| [1:1] - [1:25] | 10/14/2005   Pratt, Craig - 10-14-05 (Irvin-Plunkett) |

```
page 1
 1    05-I-81968 eb
 2
 3            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF LOUISIANA
 4
      IN RE:  VIOXX              * MDL DOCKET NO. 1657
 5    PRODUCTS LIABILITY LITIGATION * SECTION L
                                 * JUDGE FALLON
 6    This document relates to:  * MAGISTRATE JUDGE KNOWLES
      Evelyn Irvin Plunkett      * CASE NO. 2:05CV4046
 7    VS.                        *
      Merck & Co., Inc.          *
 8
 9
10
11         VIDEOTAPED DEPOSITION OF CRAIG PRATT, MD
12
         UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
13           DEPOSITION WILL BE IN THE CUSTODY OF:
14              Bradley D. Honnold, Esquire
                    Goza & Honnold, LLC
15              2630 City Center Square
                    1100 Main Street
16                 P.O. Box 482355
              Kansas City, Missouri  64148-2355
17
18
19    Date               Edith A. Boggs, CSR
20
21    10-14-05           HOUSTON, TEXAS
22
23
24
25
page 2
 1
 2
 3
 4
```

| | |
|---|---|
| [71:8] - [72:2] | 10/14/2005   Pratt, Craig - 10-14-05 (Irvin-Plunkett) |

```
page 71
 4    condition in cardiology that reduces event rate 80
 5    percent in a well conducted powered trial, not an
 6    unpowered trial like VIGOR.  Small numbers can do crazy
 7    things.
 8       Q.  As you sit here today, do you believe Naproxen is
 9    cardioprotective?
10       A.  Well, it's changed my clinical practice a little
11    bit.  If I have a patient that is -- that has coronary
12    disease that is taking Ibuprofen, I recommend they might
13    consider changing to Naproxen.
14       Q.  Okay.  As you sit here today, do you believe that
15    Naproxen is cardioprotective?
16       A.  Well, my actions probably speak louder than
17    words.  I don't know for sure because I totally agree
18    with you, there's no well controlled placebo trial that
19    establishes it.  So, believe is a strange word.  It's
20    not established, I grant you that.
21       Q.  We can agree today that it is not established
22    that Naproxen is cardioprotective, correct?
23       A.  I think that's perfectly put.
24       Q.  And in 2000 and 2001, it was not established that
25    Naproxen was cardioprotective, correct?
page 72
 1       A.  If it's not established now, it probably wasn't
```

**Exhibit D - 10/14/05 Pratt Deposition Excerpts**

• **Mason - Expert Challenge 5**

```
2   established then.
3      Q.  Okay.  If it was not established in 2000 and 2001
4   that Naproxen was, in fact, cardioprotective, is it
5   sensible then to attribute the VIGOR data to the
6   cardioprotective effects of Naproxen?
```

[151:1] - [151:18]      10/14/2005   Pratt, Craig - 10-14-05 (Irvin-Plunkett)

```
page 150
22
23
24
25
page 151
1    STATE OF TEXAS        *
     COUNTY OF HARRIS      *
2
          I, the undersigned certified shorthand reporter
3    and notary public in and for the State of Texas, certify
     that the facts stated in the foregoing pages are true
4    and correct.
5         I further certify that I am neither attorney or
     counsel for, nor related to or employed by, any of the
6    parties to the action in which this deposition is taken
     and, further, that I am not a relative or employee of
7    any counsel employed by the parties hereto, or
     financially interested in the action.
8
          SUBSCRIBED AND SWORN TO under my hand and seal of
9    office on this the       day of
                      2005.
10
11
12        EDITH A. BOGGS, CSR
          Certified Shorthand Reporter and
13        Notary Public in and for
          the State of Texas
14
     Notary Expires:  5-10-2008
15   Certificate No. 3022
     Expiration date:  12-31-2005
16   Esquire Deposition Services
     Registration No. 3
17
18
19
20
21
22
```