UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                                    :

PRODUCTS LIABILITY LITIGATION        :          MDL Docket NO. 1657

                                                 :          SECTION L

This document relates to:                :          JUDGE FALLON
                                                 :          MAG. JUDGE KNOWLES
        LENE ARNOLD                      :

                v.                       :

        MERCK & CO., INC.                :

        Case No. 05-2627                 :

                and                      :

        ALICIA GOMEZ                     :

                v.                       :

        MERCK & CO., INC.                :

        Case No. 05-1163                 :

**O R D E R**

Considering the Motion for Leave to File Supplemental Authority of Plaintiffs, Lene Arnold and Alicia Gomez;

IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Supplemental Authority in opposition to Merck & Co.'s Motion for Summary Judgment.

New Orleans, Louisiana this 29th day of _____September_____, 2006.

_____
Honorable Eldon E. Fallon
U.S. District Judge