UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

........................................................ :

**THIS DOCUMENT RELATES TO**
   *Smith v. Merck & Co., Inc.*, 05-4379

## ORDER

IT IS ORDERED that the Defendant's Motion for Judgment as a Matter of Law (Rec. Doc. 7392) and Renewed Motion for Judgment as a Matter of Law (Rec. Doc. 7533) are DENIED AS MOOT.

IT IS FURTHER ORDERED that the Plaintiff's post-trial oral motion for a directed verdict on the issue of comparative negligence is DENIED AS MOOT.

New Orleans, Louisiana, this   29th   day of    September   , 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-