UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE |
| CHARLES L. MASON, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Stipulation Regarding Briefing Schedule for Plaintiff's Motion for Order Excluding Testimony of Michael Rothkopf, M.D.,

IT IS ORDERED that (1) Plaintiff will file his Motion for Order Excluding Testimony of Michael Rothkopf, M.D. on September 28, 2006; (2) Merck will file its opposition brief by October 4, 2006; and, (3) Plaintiff will file his reply brief, if any, by October 11, 2006.

NEW ORLEANS, LOUISIANA, this 2nd day of October, 2006.

_____
DISTRICT JUDGE

832320v.1