THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | MDL Docket No. 1657 |
| | ) | |
| VIOXX PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| VIRGINIA OLLER, ET AL V. | ) | |
| MERCK & CO., INC., 05-1102 | ) | MAG. JUDGE KNOWLES |

## ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF
## PLAINTIFF PATRICIA BOWENS WOODS

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiff

Patricia Bowens Woods filed herein,

IT IS ORDERED that the claims of Plaintiff Patricia Bowens Woods be and

they hereby are dismissed without prejudice, subject to the terms and conditions set

forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of October, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE