UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-3945 | * | |
| HARPER A. SANDERS, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

### ORDER

Considering the foregoing Stipulation of Dismissal Without Prejudice of the Claims of Harper A. Sanders,

IT IS ORDERED, that all claims of plaintiff Harper A. Sanders in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in the stipulation.

NEW ORLEANS, LOUISIANA, this 2nd day of October, 2006

_____
DISTRICT JUDGE

817230v.1