UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                             MDL NO. 1657
      **PRODUCTS LIABILITY LITIGATION:**

SECTION: L

JUDGE FALLON
…………………………………………………..    MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
      2:06-cv-3140

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Edwin McLarty. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Edwin McLarty, are dismissed, without prejudice.

      Dated this _____ day of _____, 2006.


                                                  _____
                                                        UNITED STATES DISTRICT JUDGE