PHARMACOEPIDEMIOLOGY AND DRUG SAFETY 2003; **12**: 67–70
Published online 24 December 2002 in Wiley InterScience (www.interscience.wiley.com). **DOI**: 10.1002/pds.798

ISPE COMMENTARY

# COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease

Wayne A. Ray PhD[1]*, Thomas M. MacDonald MD[2], Daniel H. Solomon MD, MPH[3], David J. Graham MD, MPH[4] and Jerry Avorn MD[3]

[1]*Vanderbilt University School of Medicine, Nashville, TN, USA*
[2]*MEMO, Department of Clinical Pharmacology & Therapeutics, University of Dundee, Ninewells Hospital & Medical School, Dundee, UK*
[3]*Harvard Medical School, Brigham & Women's Hospital, Boston, MA, USA*
[4]*Food and Drug Administration, Rockville, MD, USA*

## INTRODUCTION

Non-steroidal anti-inflammatory drugs (NSAIDs) are among the most widely prescribed drugs in clinical practice. Gastrointestinal (GI) complications, including gastric mucosal ulceration, haemorrhage or perforation, are among the most common side effects observed with NSAIDs. A new class of drugs, the selective cyclo-oxygenase 2 (COX-2) inhibitors, have recently been marketed as alternatives to conventional NSAIDs on the basis of lower risks of GI adverse effects. Two leading members of this class are rofecoxib (Vioxx®, marketed by Merck) and celecoxib (Celebrex®, marketed by Pfizer/Pharmacia).

Two recent developments have led to an increased interest in the association between the selective COX-2 inhibitors and cardiovascular disease. Firstly, we now have a greater understanding of how these drugs may affect the mechanisms that underlie coronary heart disease. Secondly, the results of the VIGOR trial showed an increased risk of acute myocardial infarction (MI) in patients receiving rofecoxib, compared to patients receiving naproxen (a non-selective NSAID).[1] This article is based upon presentations at the 'Hot Topics' session of the 18th International Conference on Pharmacoepidemiology, held in Edinburgh, UK on 21 August 2002 where this topic was discussed.

## MECHANISMS

NSAIDs inhibit the COX enzymes, which metabolise arachidonic acid to produce prostaglandins. Different NSAIDs exhibit varying degrees of selectivity for the two isoforms of COX, COX-1 and COX-2. The ability of an NSAID to inhibit an enzyme is expressed as the $IC_{50}$—the concentration of drug required to reduce enzyme activity by 50%. The selectivity of a given NSAID can be expressed by the ratio COX-2 $IC_{50}$/COX-1 $IC_{50}$: drugs which are more COX-2 selective have smaller ratios than drugs that are less selective for COX-2. The *in vivo* effects of a given drug on the two COX enzymes will depend on both its selectivity and plasma concentration. Whereas COX-1 is constitutively expressed in many tissues, including endothelial cells, COX-2 expression is induced by inflammatory mediators such as cytokines, phorbol esters, lipopolysaccharides and growth factors. COX-2 is also induced by smooth muscle cell injury and in the endothelium as a result of shear stress.[2]

COX-1, found in platelets, mediates the production of thromboxane A2 (TXA2), a prostaglandin vasoconstrictor which activates platelets and has arrythmogenic properties.[3–5] Induction of COX-2 in the endothelium results in the production of prostacyclin (PGI2), a potent vasodilator that inhibits platelet

---

*Correspondence to: Professor W. Ray, Vanderbilt University School of Medicine, A-1124, MCN, Nashville, TN 37232, USA.
E-mail: wayne.ray@mcmail.vanderbilt.edu

Copyright © 2002 John Wiley & Sons, Ltd.



MRK-AHE0053797

aggregation and prevents cardiac arrhythmias.[4] Use of a highly selective COX-2 inhibitor, such as rofecoxib or celecoxib, will inhibit PGI2 production but not TXA2 production.[6] This provides a potential mechanism for an increased risk of thrombus formation in patients who receive highly selective COX-2 inhibitors, since use of these drugs might result in unopposed TXA2 production. Another, more controversial mechanism involves ischaemic preconditioning, which protects the myocardium against further episodes of ischaemia.[7] There is conflicting data on this topic—two studies have suggested that COX-2 inhibitors improve outcomes in ischaemic heart disease,[8,9] but other studies have suggested the reverse.[10,11] Thus, there are plausible mechanisms that could explain why COX-2 inhibitors may be associated with an increased risk of cardiovascular events.

## VIGOR AND CLASS

Non-selective, non-aspirin NSAIDs are associated with a number of cardiovascular adverse events, including an increased risk of hypertension.[12] NSAID users are more likely to be hospitalised for congestive heart failure (CHF) than non-users and NSAIDs may be responsible for 19% of hospitalisations for CHF.[13] There is currently a controversy over whether cardiovascular adverse effects associated with the selective COX-2 inhibitors on the cardiovascular system are similar to those of conventional NSAIDs or if there are some particular concerns relating to these newer drugs. Data from two randomised clinical trials, VIGOR and CLASS, have fuelled this debate.[1,14]

The VIGOR trial enrolled 8076 patients with rheumatoid arthritis, who were randomly assigned to rofecoxib (50 mg qd), or naproxen (500 mg bid), an established non-selective NSAID. MI occurred in 0.4% of patients receiving rofecoxib compared to 0.1% of patients receiving naproxen.[1] These data may reflect an increased risk of MI associated with rofecoxib; a decreased risk associated with naproxen; or a combination of both effects. Two recently published studies investigated whether naproxen has a protective effect on the risk of coronary heart disease.[15,16] A large case-control study of patients receiving naproxen or other NSAIDs between 1991 and 1995 reported a 16% reduction in the risk of MI in patients receiving naproxen compared to any NSAID and a 20% reduction in risk for naproxen compared to ibuprofen.[15] An observational cohort study of 181 441 patients aged 50–84 years receiving NSAIDs between 1987 and 1998 found no protective effect of naproxen or other non-aspirin NSAIDs, however.[16] These studies suggest that any potential protective effect of naproxen does not fully account for the findings in the VIGOR study.

The US Food and Drug Administration (FDA) has reviewed the New Drug Application (NDA) 6-month data for rofecoxib.[17] A dose-response relationship was observed between the dose of rofecoxib and the occurrence of hypertension, oedema and elevations in creatinine. In addition, there was a dose-response relationship for elevations in both systolic and diastolic blood pressure over 6 months of treatment with rofecoxib. When the longer term safety data were reviewed (in patients receiving rofecoxib for 6–21 months), a dose-response relationship was also observed for hypertension and oedema, but not for creatinine.[17]

The CLASS trial enrolled 8000 patients with arthritis and compared celecoxib (400 mg bid) with two established NSAIDs, diclofenac (75 mg bid) or ibuprofen (800 mg tid).[14] In this study, there was no significant difference between the incidence of MI in the patients taking celecoxib or other NSAIDs: it was 0.3% for all patients in both groups (including patients who were also taking aspirin).[14]

## ROFECOXIB DOSE

The dose of rofecoxib used in the VIGOR trial was 50 mg qd.[1] This was twice the maximum dose currently approved by the FDA for chronic treatment of osteoarthritis (12.5–25 mg).[17] Rofecoxib 50 mg is approved as a short term treatment (for up to 5 days) for acute pain.[17] The extent of usage of rofecoxib at doses of >25 mg has been evaluated using information from the Tennessee Medicaid programme.[18] There was a high prevalence of NSAID use in the cohort of patients studied and COX-2 selective inhibitors accounted for 46% of NSAID use. There was no evidence that rofecoxib was channelled away from, or towards, patients with cardiovascular risk factors. (Although others have found evidence for such channelling in other populations[19]). Use of rofecoxib at doses >25 mg was relatively common, however. Approximately 15% of patients initiating treatment with rofecoxib received doses >25 mg and 87% of these patients had prescriptions for a 30 day supply of the drug.[18]

## IS THERE A GENERAL COX-2 EFFECT?

There is a controversy over whether there is a general COX-2 inhibitor cardiovascular effect or if some

adverse events are specific to different members of this drug group. To address this issue, a retrospective cohort study has been performed to investigate the association between selective COX-2 inhibitors and serious coronary heart disease (CHD). The study involved patients aged 50–84 years participating in the Tennessee TennCare programme between 1 January 1999 and 30 June 2001.[20] The primary endpoint was serious CHD, defined as MI hospitalisations, plus death due to CHD identified from death certificates. All periods of NSAID use, and also events in new users of NSAIDS, were analysed. Data from more than 202 000 non-users of NSAIDS were compared with those for approximately 22 000 patients receiving celecoxib and approximately 20 000 patients receiving rofecoxib at doses of $\leq 25$ mg. Results were adjusted for age and sex.

There was no evidence of an increased risk of serious CHD in all individuals receiving naproxen, ibuprofen or celecoxib compared to individuals who did not receive an NSAID. There was also no evidence of increased risk for doses of rofecoxib $\leq 25$ mg, but for higher doses (>25 mg), the risk of serious CHD approached significance ($p = 0.058$) for all users. In new users of rofecoxib at higher doses, there was a significant increase in risk of serious CHD, however ($p = 0.024$).[20] Similar results were obtained when doses of rofecoxib >25 mg were compared with celecoxib: the risk of CHD approached significance in all users ($p = 0.056$) and attained significance in new users ($p = 0.014$).[20] The number of patients receiving rofecoxib >25 mg was relatively low (approximately 4000 patients) and these preliminary findings need to be confirmed in a larger study. Nevertheless, this study provides no evidence for a cardiovascular class effect of COX-2 specific inhibitors. Pending further information, long term use of high dose rofecoxib (>5 days) should probably be avoided.

## PHARMACOEPIDEMOLOGIC IMPLICATIONS

What are the implications of the COX-2 inhibitor story in terms of pharmacoepidemiology? It illustrates the fact that new risks will become apparent only when a drug is in widespread use. After a new drug is approved, the dosing and indications in routine use are likely to differ from those in the pivotal studies leading to registration. One question is whether proactive surveillance should begin with the first routine use of a new drug, with the aim of shortening the lead time before potential adverse effects are identified and minimising the propagation of risk. In an era of blockbuster drugs, do we also need blockbuster pharmacoepidemiology? There is a growing dis-equilibrium between the efficiency of the drug approval process and that of post-marketing surveillance. Perhaps mandated, proactive, post-marketing surveillance, based on informed assessment of potential risks, should become a routine part of the drug approval process in the future.

---

A NOTE FROM THE ISPE COMMENTARY EDITOR

This commentary is produced on behalf of the International Society of Pharmacoepidemiology (ISPE). The opinions expressed are those of the author and not necessarily those of ISPE, or the organization by which the author is employed.

Please send commentaries, or suggestions, to the ISPE Commentary Editor at the address below. Submission by e-mail is preferred. Commentaries are to be 2000–2500 words long and will be peer-reviewed.

C. Ineke Neutel PhD,
Health Intelligence, SCOHS Inc.,
43 Bruyere Street,
Ottawa, Canada, K1N 5C8.
Tel: (613) 562-0059 Ext 1226
Fax: (613) 562-6387
E-mail: ineke@neutel.ca

## REFERENCES

1. Bombardier C, Laine L, Reicein A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000; **343**: 1520–1528.
2. Topper JN, Cai J, Falb D, Gimbrone MA. Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc Natl Acad Sci USA* 1996; **93**: 10417–10422.
3. Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. *Circulation* 2000; **102**(8): 840–845.
4. Bing RJ, Lomnicka M. Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events? *J Am Coll Cardiol* 2002; **39**: 521–522.
5. Hamberg M, Svensson J, Samuelsson B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. *Proc Natl Acad Sci USA* 1975; **72**: 2994–2998.
6. Yamamoto T, Kakar NR, Vina ER, Johnson PE, Bing RJ. Effect of cyclooxygenase-2 inhibitor (celecoxib) on the infarcted heart in situ. *Pharmacology* 2001; **63**: 28–33.

MRK-AHE0053799

7. Shinmura K, Tang XL, Wang Y, et al. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. *Proc Natl Acad Sci USA* 2000; 97: 0197–10202.
8. Saito T, Rodger IW, Hu F, Shennib H, Giaid A. Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction. *Biochem Biophys Res Commun* 2000; 273: 772–775.
9. Patel HH, Gross GJ. The disputed role of COX-2 in myocardial infarction, is the jury still out? *J Mol Cell Cardiol* 2002; 34: 1–3.
10. Camitta MG, Gabel SA, Chulada P, et al. Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning. *Circulation* 2001; 104: 2453–2458.
11. Clement R, Das DK, Engelman RM, et al. Role of a nonsteroidal anti-inflammatory agent, ibuprofen, in coronary revascularization after acute myocardial infarction. *Basic Res Cardiol* 1990; 85: 55–70.
12. Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. *Arch Intern Med* 1993; 153: 477–484.
13. Page J, Henry D. Consumption of NSAIDs and the development of congestive heart failure in elderly patients: an under recognized public health problem. *Arch Intern Med* 2000; 160: 777–784.
14. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. *JAMA* 2000; 284: 1247–1255.
15. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. *Arch Intern Med* 2002; 162: 1099–1104.
16. Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Nonsteroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. *Lancet* 2002; 359(9301): 118–123.
17. Cardiovascular safety review Rofecoxib http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio.pdf
18. Griffin MR, Stein CM, Graham DJ, Daugherty JR, Arbogast PG, Ray WA. High frequency of use of rofecoxib at greater than recommended doses: cause for concern. Submitted.
19. MacDonald TM, Pettitt D, Goldstein J, Burke TJ, Zhao S, Morant SV. The risks of upper gastrointestinal haemorrhage (UGIH) in users of meloxicam, cyclooxygenase-2 (COX-2) specific inhibitors and other nonsteroidal anti-inflammatory drugs (NSAIDs presented at ICPE August, 2002, Edinburgh. *Pharmacoepi Drug Saf* 2002; 11: S12.
20. Ray WA, Stein CM, Daugherty JR, Hall K, Griffin MR. COX-2 selective NSAIDs and the risk of serious coronary heart disease. *Lancet* 2002; 360: 1071–1073.

MRK-AHE0053800