# EXHIBIT A

# Dr. Gary Sander


PLAINTIFF'S EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA,
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | MDL DOCKET No. 1657 |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

## EXPERT WITNESS REPORT AND DECLARATION OF GARY SANDER, M.D.

I, Gary Sander, MD, hereby state as follows:

1. I am board certified by the American Board of Internal Medicine in Internal Medicine and Cardiovascular Diseases as well. I hold fellowship status with the American College of Physicians, American College of Cardiology, the American College of Chest Physicians, and the American Heart Association, and membership in such related organizations as the American Society of Hypertension, the Heart Failure Society of America, the Southern Society of Clinical Investigation, and the American Society of Pharmacology and Experimental Therapeutics. I am also designated as a Specialist in Clinical Hypertension by the American Society of Hypertension. I serve as a Physician Advisor for the Louisiana Health Care Review, Inc, which is the peer review organization for CMS in Louisiana.

Medical Report Charles Laron Mason
August 7, 2006

2. In my present positions as Professor of Medicine in the Sections of Cardiology at Louisiana State University Health Sciences Center and Adjunct Professor at Tulane University Health Sciences Center in New Orleans, I supervise medicine house staff and cardiology fellows in the practice of cardiology. I also maintain a private cardiology practice with Canal Street Cardiology Associates in New Orleans. I have authored over 100 publications dealing with various aspects of Cardiovascular Medicine, and have taught and lectured extensively in these areas as well. My qualifications and experience are more specifically listed in the attached curriculum vitae.

3. My knowledge, training, and experience have made me extremely familiar with the issues concerning use and toxicity of NSAID and COX-2 drugs; I estimate that I have spent over 100 hours, not related to specific VIOXX litigation cases, reviewing, writing, and presenting topics related to these issues. A comprehensive list of articles and materials that I have reviewed is attached. A list of my depositions and court appearances is also attached and my testimony is incorporated herein by reference. My fees for my professional medicolegal services are $350 per hour for record review, consultation, and report preparation, $500 per hour or fraction thereof for depositions, and $800 per hour for court testimony.

4. It is well established that heart disease represents a very major epidemiological

2

Medical Report Charles Laron Mason
August 7, 2006

problem in the United States; the magnitude of the impact of cardiovascular disease upon morbidity and mortality is documented on the American Heart Association website. The severity of the problem is such that the NIH, as well as the pharmaceutical industry, have expended billions of dollars in attempts to better understand the pathophysiological mechanisms driving these cardiovascular events and trying to develop more effective treatments and prevention measures.

5. While much of the causation of cardiovascular events can be related to the presence of risk factors including dsylipidemias, cigarette smoking, hypertension, and diabetes, it is clear that additional factors, including pharmacologically-induced increases in blood pressure and in the activation and aggregation of blood platelets, together with impairment of the cardiovascular system's ability for autoregulation and defense, can play substantial roles in the development of cardiovascular events. One of the major breakthroughs in clinical pharmacology has been the demonstration of the effectiveness of aspirin in both preventing as well as reducing the severity of ongoing cardiovascular events, especially myocardial infarction. Aspirin produces its effects by interfering with the activation and aggregation of blood platelets, an event that occurs in response to vascular tissue injury and in turn results in activation of blood clotting factors and then clot formation, often leading to vascular obstruction and tissue injury, such as myocardial infarction. This has highlighted the importance of blood platelets in modulating the extent of tissue injury and repair, and led to the development of

3

Medical Report Charles Laron Mason
August 7, 2006

additional drugs, such as Plavix and GpIIb-IIIa inhibitors, as even better platelet inhibitors and therapeutic agents. Thus it is not surprising that drugs that increase platelet aggregation, such as the potent COX-2 inhibitor VIOXX, have been demonstrated to increase the number of cardiovascular events; nor should it be surprising that this increase in events would be more apparent in patients with pre-existing atherosclerosis, who already have vascular obstructive disease that is both atherosclerotic and inflammatory and are at greater risk for subsequent events augmented by platelet aggregation.

6. The cyclooxygenase (COX) system functions to produce a family of prostanoids, including $PGD_2$, $PGE_2$, $PGF_{2\alpha}$ (prostacyclin), and $TxA_2$ (thromboxane), which modulate a variety of biological functions. In this system arachidonic acid is generated from membrane-bound phospholipids by the enzyme phospholipase $A_2$. Cyclooxygenase–1 (COX-1) is a constitutive (present normally) enzyme that produces prostaglandins that mediate gastrointestinal mucosal integrity, platelet aggregation, and renal function. Cyclooxygenase-2 (COX-2) is an inducible enzyme that contributes to inflammatory responses and carcinogenesis. However, COX-2 is constitutive in kidney and brain, and both COX-1 and COX-2 are expressed at sites inflammation. COX-2 is unregulated in high renin states, such as salt depletion, ACE inhibition and angiotensin receptor blockade, and renovascular hypertension. Importantly, COX-1 catalyzes the conversion of arachidonic acid to $TxA_2$ and $PGI_2$, prostaglandins that play a critical role in platelet–vessel wall interactions. COX-2, induced at sites of vascular

4

Medical Report Charles Laron Mason
August 7, 2006

inflammation such as plaques, also produces both of these prostaglandins, and may serve as an important vascular defense mechanism at sites of injury where platelet activation has occurred, as will be described later and illustrated in Figure 1. $TxA_2$, the major product of blood platelet COX-1, is a vasoconstrictor and plays an important role in platelet aggregation. $PGI_2$, mainly produced by the endothelium, is a potent vasodilator and antiplatelet factor; an increase in the concentration of $TxA_2$ relative to that of $PGI_2$ results in a prothrombotic of hypercoaguable state.

7. As described by Dr. Antman, because the endothelial prostanoid $PGI_2$ has antithrombotic action while the platelet prostanoid $TxA_2$ has prothrombotic action, investigators realized in the 1970s that nonselective inhibition of COX pools in these 2 cell types could theoretically result in an attenuation of the antithrombotic effect of inhibition of platelet COX. At that time, investigators defined doses and conditions under which the suppression of $TxA_2$ synthesis by aspirin predominates over the suppression of $PGI_2$ synthesis; as a result of the irreversible inhibition (via acetylation) of COX by aspirin and the difference in half-lives of inhibited platelet and endothelial COX, low-dose aspirin was found to provide sufficient antithrombotic selectivity for primary and secondary prevention of atherothrombotic events. This is why aspirin is so widely prescribed by physicians and even used by the general public based simply upon media reports – in an attempt to reduce the frequency and severity of cardiovascular events. Nonsteroidal anti-inflammatory drugs (NSAIDs) variably

5

Medical Report Charles Laron Mason
August 7, 2006

and reversibly inhibit both COX-1 and COX-2 activity.

8. COXIBS are relatively selective COX-2 inhibitors, with rofecoxib more selective than celecoxib. Although it was previously thought that COX-1 was responsible for $PGI_2$ production in normal endothelial cells it is now apparent that COX-2 also contributes significantly to $PGI_2$ biosynthesis in humans. COX-2 inhibitors, by selectively reducing endothelial $PGI_2$ production, appear to cause unopposed $TxA_2$ activity and thus lead to a prothrombotic state. Furthermore, at least in certain animal models, interruption of $PGI_2$ accelerates the development and progression of atherosclerosis. This suggests that selective inhibition of COX-2 can disrupt the physiological balance between $TxA_2$ and $PGI_2$ and thus increase the risk of atherosclerosis, thrombogenesis, and the risk of cardiovascular complications.

9. The critically important role of inducible COX-2 in atherosclerotic coronary arteries in demonstrated in Figure 1, adapted from *Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol. 2006;26(5):956-8.* In the healthy vessel in the top panel, COX-1 is expressed in the endothelium producing protective $PGI_2$. The acute response stress or injury is illustrated in the second panel. Along with endothelial COX-1, COX-2 is induced in the endothelium and underlying vascular smooth muscle to produce additional protective $PGI_2$ to help offset increased $TxA_2$ production by activated platelets. This critically important interaction between platelet activation and aggregation, represented by $TxA_2$, and the integrity of vascular defense mechanisms,

6

Case 2:05-md-01657-EEF-DEK   Document 7660-1   Filed 10/03/06   Page 9 of 14

Medical Report Charles Laron Mason
August 7, 2006

represented by $PGI_2$, is further illustrated in Figure 2 from Dr. Antman's peer-reviewed and published article (*Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation2005;112(5):759 - 70.*) Endothelial cells are shown as a source of $PGI_2$ and platelets as source of $TxA_2$ under untreated conditions (top row) or treated with low dose aspirin (middle row), or a coxib (bottom row) in the normal (left column) and atherosclerotic artery (right column) for comparison. COX-1 is the only isoenzyme expressed in platelets; as demonstrated in Figure 1, endothelial cells produce both COX-1 and COX-2. In the normal artery, the balance between $PGI_2$ and $TxA_2$ production favors $PGI_2$ and the inhibition of platelet dependent thrombus formation. In the atherosclerotic artery, both $PGI_2$ and $TxA_2$ production is increased, at least in part due to increased platelet activation with compensatory $PGI_2$ formation via both COX-1- and COX-2 in endothelial cells; the net effect is an imbalance favoring $TxA_2$ production and platelet-dependent thrombus formation. Low-dose aspirin selectively impairs COX-1 mediated $TxA_2$ production in platelets restoring the net antithrombotic balance. Coxib use suppresses COX-2 -- dependent $PGI_2$ production in endothelial cells, which has only a marginal effect on the net antithrombotic balance due to the importance of COX-1 as a source of $PGI_2$ in the normal state. In the setting of atherosclerosis, however, COX-2 plays a greater role as a source of $PGI_2$ and more $TxA_2$ is produced. Thus inhibiting COX-2 by coxibs has a more profound effect on prostanoid balance, favoring $TxA_2$ production and promoting platelet-dependent

7

Medical Report Charles Laron Mason
August 7, 2006

thrombosis.

10. Mechanisms within the kidney are also vitally important. Prostaglandins modulate microvascular hemodynamics, tubular salt and water reabsorption, and renin release. $PGE_2$ decreases tubular $Na^+$ reabsorption. $PGI_2$ stimulates renin release, in turn stimulating aldosterone secretion and an increased $K^+$ secretion at the distal nephron. $PGI_2$ is also a potent vasodilator that preserves renal perfusion in conditions associated with decreased actual or effective circulating volume. Reduction in $PGI_2$ may lead to hyperkalemia and even acute renal failure. Under physiologic conditions COX-2 appears to be the dominant contributor to $Na^+$, $Cl^-$, and water homeostasis. Thus a reduction in renal production of $PGE_2$ may result in $Na^+$ and water retention with resultant edema, increase in blood pressure, and potentially congestive heart failure. The impact of even small changes in blood pressure is very significant but often overlooked; increases in blood pressure with the range from optimal (defined as < 120/80 mm Hg) to high normal (130-139/85-89 mm Hg) result in significant increases in cardiovascular event rates in both men and women during 12 year observational periods. As small a reduction in systolic blood pressure as 2 mm Hg has been reported to reduce coronary heart disease mortality by 7% and stroke mortality by 10%. Correspondingly a 2 mm Hg reduction in diastolic blood pressure reduces the incidence of coronary heart disease by 6% and stroke by 15%.

11. Potent COX-2 inhibitors such as VIOXX can increase blood pressure and blood coagulability, contributing to the incidence of cardiovascular events by two

8

Medical Report Charles Laron Mason
August 7, 2006

separate but re-enforcing mechanisms. The increased blood pressure will increase shear stress forces in such blood vessels as the coronary arteries, thus increasing the risk of vulnerable plaque rupture, then increasing the likelihood of platelet activation and aggregation (clumping), leading to activation of blood protein coagulation factors, blood clot formation, arterial obstruction, and finally acute coronary syndromes including stroke and myocardial infarction.

12. Clinical data now clearly indicate that these COX-2 induced mechanisms are operative in increasing the rate of cardiovascular events in humans; recognition of these data has forced Merck to withdraw VIOXX from the market. Examination of clinical trials such as Merck 090, VIGOR, and ADVANTAGE have demonstrated that cardiovascular event rates can increase at least as early as 4 to 6 weeks after initiating VIOXX treatment. The APPROVe Trial was a long-term, multi-center, randomized, placebo-controlled, double blind trial designed to determine the effect of three years of treatment with rofecoxib (25 mg daily) on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colonic adenomas but no known cardiac history. Those subjects exposed to VIOXX developed "serious heart disease" at an incidence rate of 1.01/100 patients years as contrasted to an incidence rate of 0.36/100 patient years for those receiving placebo. This results in a statistically significant relative risk or hazard ratio of 2.8 for VIOXX recipients relative to those receiving placebo; this raises the risk attributable for VIOXX as the cause of cardiac events in both the VIGOR and APPROVe studies to greater than 50%. Interestingly, the cumulative

9

Medical Report Charles Laron Mason
August 7, 2006

incidence of thrombotic events and the cumulative incidence of congestive heart failure, pulmonary edema, or cardiac failure began to separate as early as 6 months into the trial (rofecoxib vs placebo p = 0.004), such that 39 individuals in the VIOXX group as compared to 9 in the placebo group, discontinued therapy due to elevated blood pressure or edema. The relative risk of 2.8 underestimates the excess of cases of "serious cardiac events" that would have been observed had these subjects completed the study. Those subjects who entered the study at higher risk were placed at even greater relative risks.

13. The relative risk category of "symptomatic atherosclerotic cardiovascular disease was 9.59, and the relative risk for diabetes was 6.10. Although Merck's position with the initial publication of the APPROVe trial was that the relative risk of VIOXX-induced events only became apparent after 18 months of therapy, further data analysis from MERCK now indicates that the risk appears to have occurred throughout the trial, and that the original conclusions published as the APPROVe study in the New England Journal of Medicine were misleading. Thus time on drug is no longer an issue in the causation of cardiovascular events

14. I have reviewed the following medical records detailing Mr. Mason's claims that VIOXX contributed substantially to his myocardial infarction:

1. Deposition of Edward W. Ganellen, M.D., dated July 25, 2006;

2. Deposition of Gary Symkoviak, M.D., dated July 10, 2006;

3. Deposition of Bard R. Madsen, M.D., dated July 12, 2006;

10

Medical Report Charles Laron Mason
August 7, 2006

4. Medical records from LDS Hospital;

5. Medical records from Alta View Hospital;

6. Medical records from Cottonwood Hospital;

7. Medical records from Utah Heart & Lung Institute

8. Medical records from Salt LAKE city Clinic;

9. Medical records from Sandy Family Practice;

10. Pharmacy records from Sav-On (Albertson's Pharmacy;

11. Medical records from Sandy Instacare Clinic;

12. Deposition of Charles Mason.


15. By way of brief review of Mr. Mason's medical history, he was first prescribed VIOXX on September 10, 2002, and took 25 mg daily for over 10 months until his myocardial infarction in July, 2003. His past history included sleep apnea for which he utilized CPAP and endogenous depression. He had not smoked cigarettes for 25 years, and did not consume alcohol. Both parents died of noncardiac causes at advanced ages. However, he was free of any indication of clinical cardiovascular disease until being diagnosed, at age 61, as having an acute myocardial infarction on July 25, 2003, approximately 10 months after beginning VIOXX. Further documenting the absence of clinically significant

11

Medical Report Charles Laron Mason
August 7, 2006

coronary disease is the presence of a Bruce protocol stress test on September 17, 2002 which was interpreted as negative for ischemia; during this test he exercised for 7 minutes and 9 seconds, achieving 93% of his target heart rate. Although the stress had been ordered to evaluate an abnormal ECG, the ECG in question is actually normal; differences in limb lead positioning explain what was felt to represent an abnormal tracing. A lipid profile on September 11, 2002 recorded total cholesterol of 201 mg/dL, triglycerides of 191 mg/dL, HDL cholesterol of 39 mg/dL, and LDL cholesterol of 124 mg/dL; the cholesterol ratio (TC/HDL) was 5.2, indicating an average risk for coronary artery disease. His HDL of 39 mg/dL was slightly below what is considered normal (> 40 mg/dL), which does represent one risk factor for coronary artery disease and this triglycerides were elevated. However, data from the Strong Heart study minimize the impact of triglycerides upon cardiovascular risk in males. He had had several prior lipid panels dating back to 1998, all of which reported a generally similar pattern of lower than desirable HDL, lower triglycerides, and average cardiovascular risk by ratio.

16. Blood pressures had been infrequently recorded but labile, ranging from 118/62 mm Hg (July 25, 2001), to 148/64 mm Hg (June 21, 2002), and to 114/64 mm Hg (September 10, 2002). During his stress test on September 17, 2002, his blood pressure increased from 145/80 mm Hg at baseline to 220/90 mm Hg, a hypertensive response. At presentation with acute coronary syndrome, blood pressure was recorded as 143/87 mm Hg. Thus at the time of his myocardial infarction, his risk factors included age, male sex, mildly reduced HDL