# EXHIBIT C

# CURRICULUM VITAE

SS# 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                                                    Updated 07/04/06

**NAME:**                    **GARY EDWARD SANDER, M.D., Ph.D.**

**ADDRESS:  HOME:**          **1237 Beverly Garden Drive**
                             **Metairie, LA  70002**
                             **Tel: 504-458-5717**
                             **Fax: 504-835-7019**
                             **E-Mail: gsande3@cox.net**

**BUSINESS:**               Tulane University School of Medicine
                            Department of Medicine/Cardiology
                            1430 Tulane Avenue
                            New Orleans, LA 70012
                            504-988-5152

                            Canal Street Cardiology Associates
                            2820 Canal St
                            New Orleans, LA 70119
                            504-821-8158

                            1237 Beverly Garden Drive
                            Metairie, LA  70002
                            Tel: 504-458-5717
                            Fax: 504-835-7019

**SOCIAL HISTORY:**

        **BORN:**           February 14, 1947
                            New Orleans, LA

        **MARRIED:**        July 14, 1973 to
                            Patricia Elaine Pruett

        **CHILDREN:**       Edward Alan Sander, b. July 7, 1976
                            Andrew David Sander, b. April 30, 1980
                            Philip Gary Sander, b. June 19, 1982

**EDUCATION:**              High School - Maxima Cum Laude,
                            Jesuit High School (New Orleans)

                            BS (Honors) - Summa Cum Laude:

Sander CV 07/04/06

Chemistry (1968), Loyola
University (New Orleans)

Ph.D.: Biochemistry (Dec, 1971),
Tulane University

M.D.: November, 1973, Tulane University

Internship - Straight Medicine,
1974-1975 - Walter Reed Army
Medical Center (WRAMC)
Residency - Medicine, 1975-1977 - WRAMC

## PROFESSIONAL AND ACADEMIC ACTIVITIES:

| | |
|---|---|
| Research Associate in Biochemistry, Tulane University | 1970-1972 |
| Associate in Biochemistry, Tulane University | 1972-1973 |
| Research Fellow in Biochemistry and Surgery, Tulane University | 1974 |
| Chief Medical Resident, Walter Reed | 1977 |
| Attending Physician, Walter Reed | 1977-1980 |
| Research Internist, Walter Reed Army Institute of Research (WRAIR) | 1977-1980 |
| Assistant Professor (Medicine), Uniformed Services University of the Health Sciences | 1978-1980 |
| Chief, Department of Clinical Physiology, Division of Medicine, WRAIR | 1979-1980 |
| Staff Physician, MobileHealth Care (Voluntary Community Health Organization) Montgomery County, MD | 1979-1980 |

2

Sander CV 07/04/06

| | |
|---|---|
| Associate Professor (Medicine), Tulane | 1980-1985 |
| Professor (Medicine) Tulane | 1985-1992 |
| Visiting Physician, MCLNO, New Orleans | 1980-2005 |
| Chief Admitting Officer, VAMC | 1980-1982 |
| Physician-in-Charge, Hypertension Screening and Treatment Program VAMC, New Orleans | 1982-1992 |
| Professor (Medicine), LSUHSC | 1992-Present |
| Faculty, Pennington Biomedical Research Institute, Louisiana State University | 1992-Present |
| Director, Cardiovascular Fellowship, Training Program, LSUMC | 1994-1997 |
| Program Director, LSU/New Orleans Cardiology Board Review Course | 1993-2001 |
| Director, Cardiology Grand Rounds LSUMC | 1993-1999 |
| Program Chairman, Louisiana-ACC Annual Meeting | 1996-1998 2002-2003 |
| Associate Director Gulf Regional Research & Education Services | 2006- |
| Professor (Adjunct), Tulane University | 2006- |

## PROFESSIONAL SOCIETIES:

| | |
|---|---|
| Society of The Sigma Psi | 1969-1970 |
| American Chemical Society | 1968-1972 |

3

Sander CV 07/04/06

| | |
|---|---|
| American Association for the Advancement of Science | 1969-1970 |
| American Medical Association | 1974-1979 |
| New Orleans Academy of Internal Medicine | 1980-Present |
| American College of Physicians (Fellow) | 1978-Present |
| American Thoracic Society, | 1979-1982 |
| American Heart Association, (Fellow), Cardio-Pulmonary Council Council on Circulation | 1980-Present; 1983-Present |
| American Federation of Clinical Research, Southern Section | 1982-Present |
| American Society for Pharmacology and Experimental Therapeutics | 1983-Present |
| Southern Society for Clinical Investigation | 1984-Present |
| American College of Cardiology (Fellow) | 1984-Present |
| Musser-Burch Society, | 1984-Present |
| American Society of Hypertension | 1985-Present |
| American College of Chest Physicians (Fellow) | 1991-Present |
| Heart Failure Society of America | 2001-Present |

**HONORS:**

| | |
|---|---|
| Alpha Sigma Nu | 1967 |

4

Sander CV 07/04/06

| | |
|---|---|
| NDEA Graduate Training Fellowship | 1968-1970 |
| Alpha Omega Alpha | 1973 |
| Fellow, American College of Physicians | 1982 |
| Fellow, Council on Circulation, American Heart Association | 1983 |
| Fellow, American College of Cardiology | 1990 |
| Fellow, American College of Angiology | 1989 |
| Fellow, American College of Chest Physicians | 1991 |
| ASH Specialist in Clinical Hypertension | 1999- |
| National Leadership Award (National Republican Congressional Committee) | 2001 |
| International WHO'S WHO | 2003- |
| America's Top Physicians (Consumers' Research Council of America) | 2003- |
| Distinguished Service Award, LA-ACC | 2003 |
| President's Award, LA-ACC | 2004 |
| Academic Keys Who's Who in Medical Sciences Education | 2004 |

**OFFICES:**

| | |
|---|---|
| Vice-President, LA-ACC | 2000-2003 |
| Secretary-Treasurer | 2003-2005 |
| Vice-President, LA-ACC Foundation | 2005-2006 |

5

Sander CV 07/04/06

|  |  |
|---|---|
| President, LA-ACC Foundation | 2006-2008 |
| Board of Directors, Gulf Central Regional Chapter, ASH | 2000-Present |
| Secretary-Treasurer, Gulf-ASH | 2004-2006 |
| Clinical Advisory Board Louisiana Health Care Review | 2001-Present |

**COMMITTEES:**

|  |  |
|---|---|
| Pharmacy and Therapeutics Tulane Medical Center | 1987-1990 |
| Utilization Review, Tulane Medical Center | 1990-1992 |
| Institutional Review Board, (Vice Chairman), LSUMC | 1992-2005 |
| Medical Records, University Hospital | 1993-1994 |
| Credentials Committee, University Hospital | 1994 |
| Education Committee, LA-ACC Chairman | 1995-1998, 2002-2004 |
| Program Director, LA-ACC | 1995-1998, 2002-2003 |
| Continual Quality Improvement Council, MCLANO | 1997-1998 |
| Allen Copping Awards Committee, LSUMC | 1998-2002 |
| LSUHSC Center Wide Research Committee | 2000 |

Sander CV 07/04/06

|  | LSU DOM Promotions Committee | 2001-2004 |
|---|---|---|

**CERTIFICATION:**

| | Flex | 1973 |
|---|---|---|
| | Diplomate, American Board of Internal Medicine (#62268) | 1977 |
| | Cardiovascular Diseases | 1989 |

**STATE LICENSURES:**

| | Louisiana (012458) | 1974-Present |
|---|---|---|
| | Maryland (D23422) | 1979-1980 |

**MILITARY HISTORY:**

| | Active Duty, United States Army, Medical Corps, Major (P) | 1974-1980 |
|---|---|---|

**HOBBIES:**

Indoor and Outdoor Gardening

**EDITORSHIP:**

1.   Associate Editor, *Cardiomyopathy*, PSG Publishing Company, Littleton, MA, 1988.

2.   Guest Editor:  *A Symposium:  The George E. Burch Festschrift*.  Am J Cardiol, 1989.

3.   Editor, *Newsletter, Louisiana Chapter, American College of Cardiology*, 1991 -

**7**

Sander CV 07/04/06

4. Editor, *Newsletter, Gulf Central Regional Chapter, American Society of Hypertension* 2000-

5. Cardiology Section Editor, *Medicine, Ob/Gyn, Psychiatry, and Surgery*. Emedicine Journal

## RESEARCH GRANTS: (Principal Investigator)

1. The Opioid Peptides: Direct Peripheral Effect on the Cardiopulmonary Vascular System and Potential Interactions with Renin-Angiotensin and Kallikrein-Kinin Systems via Inhibition of the Angiotensin I Converting Enzyme. **Veterans Administration Regional Advisory Group.** July 1980 - June 1981. $15,000.

2. Interactions of Clonidine HCL with Vasoactive Peptides. **American Heart Association - Louisiana.** July 1981 - June 1982. $7490.

**3.** The Opioid Peptides: Cardiovascular Pharmacology. **Veterans Administration Merit Review.** July 1982 - June 1985. $150,000.

4. Modern Approach to the Treatment of Hypertension. **Pfizer Inc.** 1988 - 1989.

5. A Phase III, Randomized, Double-Blind, Placebo-Controlled Trial Evaluating 30-Day and 6-Month Clinical Outcome following Percutaneous Coronary Intervention in Patients Treated with c7E3 Fab Bolus plus 12-Hour Infusion Given with either Standard-Dose Weight-Adjusted or Low-Dose Weight-Adjusted Heparin. **Centocor, Inc.** 1994-96.

6. A Study of the Conversion Efficacy and Safety and of Ibutilide and Procainamide IV in Patients with Atrial Flutter or Atrial Fibrillation. **The Upjohn Company.** 1994-1995.

7. A Study of the Conversion Efficacy and Safety and of Repeated Intravenous Doses of Ibutilide in Patients with Atrial Flutter or Atrial Fibrillation Following Valvular or Coronary Artery Bypass Surgery. **The Upjohn Company.** 1995-1996.

8. Tirilazad Mesylate IV Concentrate in the Prevention of Contrast-Induced Nephropathy in Patients with Renal Insufficiency. **The Upjohn Company.** 1995-1996.

9. Characteristics of Coronary Artery Disease in Young Women. 1996-1997.

10. A Multicenter, Randomized Trial Evaluating 30-Day and 6-Month Clinical Outcome with Three Different Strategies in Patients Undergoing Percutaneous Coronary Intervention. **Centocor, Inc**. 1996-1998.

Sander CV 07/04/06

11. Comparison of Safety and Antihypertensive Efficacy of the Fixed Combination of Candesartan Cilexetil and Hydrochlorothiazide (8mg/12.5 mg) Once Daily with the Individual Components Given Once Daily: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Design Study. **Astra Merck** 1996-1997.

12. A Randomized, Double-Blind Evaluation of the Efficacy and Safety of Integrelin[TM] Versus Placebo for Reducing Mortality and Myocardial (Re)Infarction in Patients with Unstable Angina or Non-Q-Wave Myocardial Infarction. **COR Therapeutics, Inc**. 1996-1997.

13. A comparison of efficacy and safety of mibefradil with losartan in subjects with mild to moderate hypertension. **Hoffmann-LaRoche Inc.** 1996-1998.

14. An open-label evaluation of the efficacy, safety, pharmacokinetics, and pharmacodynamics of BAY y5959 administered as an intravenous infusion to patients with NYHA Class III and IV congestive heart failure. **Bayer Corporation.** 1996-1997.

15. Nitric Oxide and Coronary Artery Disease.       1997-1998.

16. A Phase III, multicenter, international, randomized, double-blind, aspirin-controlled study to evaluate the efficacy and safety of sibrafiban (Ro 48-3657), an oral platelet glycoprotein IIb/IIIa antagonist, as therapy for the prevention of secondary vascular events in patients after acute coronary syndrome. The Symphony Trial. **Hoffmann-LaRoche Inc.** 1997-1998.

17. Protocol B3N-MC-EUAT.  Placebo controlled study of moxonidine in Stage 1 and Stage 2 hypertension. **Eli Lilly & Co and Solvay Pharmaceuticals**. 1998-1999.

18. Protocol 1997017.  A double-blind, placebo controlled, parallel design study to determine the effect of 75 or 100 mg of orally administered azimilide dihydrochloride versus placebo on survival in recent post-myocardial infarction patients at risk of sudden death.  The ALIVE Trial. **Procter & Gamble**.  1998-2001.

19. Protocol BC15457.  A Phase III, international, randomized, double-blind, aspirin-controlled trial to evaluate the efficacy of two regimens with XubixJ (sibrafiban, Ro 48-3657), an oral platelet glycoprotein IIb/IIIa receptor antagonist, as therapy for the long term prevention of secondary vascular events in patients after an Acute Coronary Syndrome. The 2nd Symphony Trial. **Hoffmann-LaRoche**.  1999-2000.

**20.** Lotrafiban (SB 214857).  Blockade of the GpIIB/IIIA Receptor to Avoid Vascular Occlusion (BRAVO).  **SmithKline Beecham.**  1999-2001.

**21.** Determination of the Additive Hemodynamic and Neuroendocrine Effects of the Addition of ACE Inhibition to Angiotensin $AT_1$ Receptor Blockade. **Novartis**. 2000 –

9

Sander CV 07/04/06

**22.** Epic, Epilog, and Epistent Long Term Mortality Follow-Up Study.  **Centocor**. 2000.

## PUBLICATIONS:

1. Baburao L, Costello AM, Petterson RC, and (in part) Sander GE: Acyclic imides.  A general method of N-acylation of amides.  **J Chem Soc** 1968:2779-81.

2. Sander GE, Huggins CG:  Subcellular localization of angiotensin I converting enzyme in rabbit lung.  **Nature New Biology** 1971;230:27-9.

3. Sander GE, West DW, Huggins, CG: Peptide inhibitors of pulmonary angiotensin I converting enzyme.  **Biochem Biophy Acta** 1971;242:662-7.

4. Sander GE:  Studies on the pulmonary angiotensin I converting enzyme.  (Dissertation), Tulane University, 1971.

5. Sander GE, Huggins CG: Vasoactive peptides.  **Annual Review of Pharmacology** 1972;12: 227-64.

6. Sander GE, West DW, Huggins CG:  Inhibitors of the pulmonary angiotensin I converting enzyme.  **Biochem Biophys Acta** 1972;289:392-400.

7. Sander GE, Allen RC, Mansell PA, Reed MA, Carter RH, Steel RH, Carter RD, Krementz ET:  Polymorphonuclear leukocyte chemiluminescence: decreased activity in terminal stages of malignant melanoma.  **IRCS Medical Science** 1976;4:109.

8. Sander GE: Estrogen receptors.  WRAMC Progress Notes 1976;VIII:11-8.

9. Sander GE:  Diagnosis and treatment of nuclear weapons casualties.  Medical Effects of Nuclear Weapons.  AFRRI-DNA 1979;G1-G9.

10. Ferguson E, Sander G:  Fibrin epsilon (gamma-glutamyl) lysine crosslink acceleration by red cells.  **Nature** 1979;278:183-5.

11. Sander GE, Hooper R, Mehlmann I:  Hyperventilating the hypo-ventilator.  **Arch Int Med** 1980;140:420-1.

12. Verma PS, Lorenz PE, Sander GE:  Simplified radioimmunoassay of bradykinin in human plasma.  **Clin Chem** 1980;26:429-32.

Sander CV 07/04/06

13.   Carpenter J, Sander G, Newby N, Kendrick M:  Phenytoin-hypersensitivity presenting as postoperative fever. **Neurosurgery** 1980;6:426-9.

14.   Sander GE, Verma PS, Lorenz PE:  Inhibition of partially purified canine lung angiotensin I converting enzyme by opioid peptides.  **Biochem Pharmacol** 1980;29:3115-8.

15.   Sander GE, Giles TD, Kastin AJ, Quiroz AC, Kaneish A, Coy DH: Cardiopulmonary pharmacology of enkephalins in the conscious dog.  **Peptides** 1981;2:403-7.

16.   Sander G, Giles T, Kastin A, Kaneish A, Coy K: Leucine-enkephalin:  reversal of intrinsic cardiovascular stimulation by pentobarbital.  **Europ J Pharmacol** 1982;78:467-70.

17.   Sander GE, Giles TD:   Elevation of arterial blood pressure in conscious dogs by Des-Tyr$^1$-D-Ala$^2$-leucine enkephalinamide.  **Biochem Pharmacol** 1982;31:2699-2700.

18.   Sander GE, Giles TD:   Enkephalin analogs and dermorphin in the conscious dog: structure-activity relationships.  **Peptides** 1982;3:1017-21.

19.   Sander GE, Kastin AJ, Giles TD:  MIF-1 does not act like naloxone in antagonizing the cardiovascular activity of leucine-enkephalin in the conscious dog.  **Pharmacol Biochem Behav** 1982;17:1301-3.

20.   Giles TD, Sander GE:  Interaction of leucine-enkephalin with alpha-adrenoceptors in the conscious dog.  **Chest** 1983;83(Suppl):364S-6S.

21.   Quiroz AC, Eilen SD, Sander GE, Giles TD:   The effect of intravenous clonidine hydrochloride on the isolated forearm venous segment in heart failure.   **Chest** 1983;83(Suppl):430S-3S.

22.   Giles TD, Sander GE:  Mechanism of the cardiovascular response to systemic intravenous administration of leucine-enkephalin in the conscious dog.  **Peptides** 1983;4:171-5.

23.   Giles T, Sander G, Merz H:  Quaternary opiate antagonists lower blood pressure and inhibit leucine-enkephalin responses. **Europ J Pharmacol** 1983;95:247-52.

24.   Sander GE, Giles TD, Rice JC:  Methionine-enkephalin facilitates the cardiovascular response to epinephrine in the conscious dog.  **Peptides** 1983;4:971-3.

25.   Giles TD, Quiroz AC, Eilen SE, Sander GE, Thomas MG, Plauché W: Acute effects of clonidine hydrochloride in congestive heart failure. In, Central Blood Pressure Regulation Through Alpha$_2$-Receptor Stimulation (H. Hayduk, KD Bock, eds.), Steinkopff Verlag, Darmstadt, 1983, pp 195-203.

Sander CV 07/04/06

26.   Sander GE, Giles TD:  Clinical recognition of the causes of accelerated heart failure. **Practical Cardiol** 1983;9:43-7.

27.   Moore J, Gagnon FA, Verma PS, Sander GE, Butkus DE:  Plasmakinin levels in acute renovascular hypertension in dogs. **Renal Physiol** 1984;7:102-14.

28.   Giles TD, Sander GE, Kaneish A, Quiroz AC:  The time-dependent anti-hypertensive effect of carteolol - a beta-adrenoceptor antagonist with partial agonist activity.  **Clin Pharmacol Ther** 1984;35:301-6.

29.   Sander GE, Giles TD:  The influence of inter-dose time interval on the cardiovascular response to methionine-enkephalin in the conscious dog.  **Peptides** 1984;5:797-800.

30.   Sander GE, Rice JC, Giles TD:  Cardiovascular interactions between methionine-enkephalin and substance P in the conscious dog.  **Peptides** 1985;6:133-7.

31.   Evanich MJ, Sander GE, Rice JC, Giles TD:  Ventilatory response to intravenous methionine-enkephalin in awake dogs.  **J Pharmacol Exptl Ther** 1985;234:677-80.

32.   Sartor O, Sander GE:  Unusual variant of eosinophilic faciitis.  **South Med J** 1985;78: 1387-89.

33.   Sander GE, Giles TD:  Cardiovascular activities of intravenous methionine-enkephalin - $Arg^6$ -$Phe^7$ and methoinine-enkephalin - $Arg^6$-$Gly^7$-$Leu^8$ in the conscious dog.  **Life Sci** 1985;36:2201-7.

34.   Giles TD, Thomas MG, Sander GE, Quiroz AC:  Central alpha-adrenergic agonists in chronic heart failure and ischemic heart disease.  **J Cardiovasc Pharmacol** 1985;7(Suppl):S51-5.

35.   Giles TD, Sander GE:  Comparative cardiovascular responses to intravenous capsaicin, phenyldiguanide, veratrum alkaloids, and enkephalins in the conscious dog.  **J Auton Pharmacol** 1985;6:1-7.

36.   Given MD, Sander GE, Giles TD:  Methionine-enkephalin dose not alter human platelet aggregatory response.  **Thromb Res** 1985;40:711-4.

37.   Given MD, Sander GE, Giles TD:  Non-opiate and peripheral opiate cardiovascular effects of morphine in conscious dogs.  **Life Sci** 1986;38:1299-1303.

38.     Sander GE, Giles TD: Carteolol. In, <u>New Cardiovascular Drugs</u>, (A. Scriabine, ed.), Raven Press, New York, 1986, pp. 19-39.

39.     Thomas MG, Quiroz AC, Rice JC, Sander GE, Giles TD: Antianginal effects of clonidine. **J Cardiovasc Pharmacol** 1986;8(Suppl 3):S69-S75.

40.     Sander GE, Thomas MG, Giles TD: Hypocalcemic cardiomyopathy - a reversible form of heart muscle disease. **Prac Cardiol** 1986;12:73-87.

41.     Sander GE, Lowe RD, Giles TD: The effects of barbiturates upon the hemodynamic response to intravenous methionine-enkephalin in dogs: modulation by the GABA complex. **Peptides** 1986;7:259-65.

42.     Thomas MG, Sander GE, Giles TD: Antianginal efficacy of nitroglycerin patches - the jury is still out! **Hospital Formulary** 1986;21:918-22.

43.     Giles TD, Sander GE, Thomas MG, Quiroz AC: Alpha-adrenergic mechanisms in the pathophysiology of left ventricular heart failure - an analysis of their role in systolic and diastolic dysfunction. **J Mol Cell Cardiol** 1986;18(Suppl 5):33-43.

44.     Sander GE, Lowe RF, Given MB, Wolf RH, Giles TD: Hemodynamic responses to systemic methionine-enkephalin in conscious dogs are mediated by opiate receptors perfused by the vertebral artery. **J Hypertension** 1986; 4(Suppl5):S34-6.

45.     Sander GE, Given MB, Shapse K, Roffidal LE, Thomas MG, Giles TD: Efficacy of guanabenz and atenolol singly and in combination in the treatment of essential hypertension. **J Hypertension** 1986;4(Suppl 5):S488-90.

46.     Given MD, Sander GE, Giles TD: Evidence for Des-Tyr[1]-D-Ala[2]-leucine[5]-enkephalinamide calcium agonist activity in vascular smooth muscle. **Can J Physiol Pharmacol** 1987;65: 120-3.

47.     O'Mailia JJ, Sander GE, Giles TD: Nifedipine-associated myocardial ischemia or infarction in the treatment of hypertensive urgencies. **Ann Int Med** 1987;107:185-6.

48.     Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC: Comparison of nitrendipine and hydrochlorothiazide for systemic hypertension. **Am J Cardiol** 1987;60:103-6.

49.     Giles TD, Thomas MG, Quiroz AC, Rice JC, Plauché W, Sander GE: Acute and short-term effects of clonidine in heart failure. **Angiology** 1987;38:537-48.

50.   Giles, TD, Sander GE, Rice JC, Quiroz AC:  Systemic methionine-enkephalin evokes cardiostimulatory responses in the human.  **Peptides** 1987;8:609-12.

51.   Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC: A comparison of nitrendipine and hydrochlorothiazide on exercise in older patients with hypertension.  **J Cardiovasc Pharmacol** 1987;9(Suppl 4):S190-3.

52.   Quiroz AC, Sander GE, Giles TD: Infectious cardiomyopathy.  In, <u>Cardiomyopathy</u> (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 213-254.

53.   Sander GE, Thomas MG, Giles TD:  Endocrine diseases associated with cardiomyopathy.  In, <u>Cardiomyopathy</u> (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 255-288.

54.   Sander GE: Toxic cardiomyopathy.  In, <u>Cardiomyopathy</u> (TD Giles, GE sander, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 310-357.

55.   Thomas MG, Sander GE, Giles, TD:  Hyperergopathic cardiomyopathy.  In, <u>Cardiomyopathy</u> (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., 1988, pp 459-484.

56.   Giles TD, Sander GE:  Production by systemic enkephalins of hemodynamic effects by afferent modulation of autonomic nervous system tone.  In, <u>Opioid Peptides and Blood Pressure Control</u>, (Stumpe KO, Kraft K, Faden AI, eds), Springer- Verlag, New York, 1988, pp 212-218.

57.   Giles TD, Sander GE, Roffidal L, Thomas MG, Mersch DP, Moyer RR, Burris JO, Mroczek WJ, Brachfeld J: Remission of mild to moderate hypertension after treatment with carteolol, a beta-adrenergic blocker with intrinsic sympathomimetic activity.  **Arch Int Med** 1988;148:1725-28.

58.   Sander GE, Given MB, Lowe RF, Wolf RH, Brizzee KR, Giles TD:  The effect of area postrema lesions on hemodynamic responses to systemic methionine-enkephalin in conscious dogs.  **Am J Hypertension** 1988;1:1S-3S.

59.   Rosales OR, Sander GE, Roffidal LE, Given MB Giles TD:Carteolol, an antihypertensive beta-blocker with intrinsic sympathomimetic activity, reduces ventricular hypertrophy.  **Chest** 1989;95:43-7.

60.   Given MB, Sander GE, Giles TD:  N-Allylnormetazocine: Hemodynamic activity and inhibition of leucine-enkephalin hemodynamic activity in conscious dogs.  **J Pharmacol Exp Ther** 1989;247:850-6.

Sander CV 07/04/06

61.  Given MB, Lowe RF, Lippton H, Hyman AL, Sander GE, Giles TD: Hemodynamic actions of endothelin in conscious and anesthetized dogs. **Peptides** 1989;10:41-4.

62.  Sander GE, Lowe RF, Giles TD:  Interactions between circulating peptides and the central nervous system in hemodynamic regulation. **Am J Cardiol** 1989;64:44C-50C.

63.  Sander GE and Giles TD:  The role of nitrendipine in the treatment of hypertension. **Prac Cardiol** 1989;15:54-9.

64.  Giles TD, Sander GE, Roffidal R:  Remission of hypertension after treatment with the beta-blocking agent carteolol. **Cardiol Board Review** 1989;6:93-7.

65.  Sander GE and Giles TD:  Long-acting agents in heart failure. In, Use of Longer Acting Agents in Cardiac Therapy:  Recent Advances (TD Giles and SB Garbus eds) Oxford Health Care, Inc. Press, Clifton, NJ, 1989, pp 63-105.

66.  Lippton HL, Pellett A, Cairo J, Summer WR, Lowe RF, Sander GE, Giles TD, Cohen G, Levitzky MG:  Endothelin produces systemic vasodilation independent of the state of consciousness. **Peptides** 1989;10:939-43.

67.  Giles TD, Sander GE:  Myocardial disease in hypertensive-diabetic patients. **Am J Cardiol** 1989;87(6A):23S-8S.

68.  Ahmad S, Giles TD, Roffidal LE, Haney Y, Given MB, Sander GE:  Intravenous captopril in congestive heart failure. **J Clin Pharmacol** 1990;30:609-14.

69.  Thomas MG, Sander GE, Given MB, Quiroz AC, Roffidal L, Giles TD:  Efficacy of nicardipine in angina pectoris. **J Clin Pharmacol** 1990;30:24-8.

70.  Giles TD, Sander GE, Roffidal LE, Mazzu A:  Comparison of effects of nitrendipine-vs-hydrochlorthiazide on left ventricular structure and function and neurohumoral status in systemic hypertension. **Am J Cardiol** 1990;65:1265-8.

71.  Giles TD, Quiroz AC, Roffidal LE, Marder H, Sander GE:  Prolonged hemodynamic benefits from high dose bolus injection of human atrial natriuretic factor in congestive heart failure. **Clin Pharmacol.Ther.** 1991;50:557-63.

72.  Sander GE, Giles TD: Specific heart muscle disease. Current **Opin Cardiol** 1991;6:401-10.

73.  Sander GE, Giles TD. Antihypertensive therapy in diabetes mellitus. **Cardiovas Risk Factors** 1991;1:393-400.

Sander CV 07/04/06

74. Given MB, Lowe RF, Williams D, Sander GE, Giles TD: Failure of interleukin-2 to alter systolic blood pressure in Dahl salt-sensitive rats. **Am J Hypertension** 1992;5:203-4.

75. Giles TD, Pina IL, Quiroz AC, Roffidal L, Zaleski R, Porter RS, Karalis DG, Sander, GE: Hemodynamic and neurohumoral responses to intravenous nicorandil in congestive heart failure in humans. **J Cardiovas Pharmacol** 1992;20:572-8.

76. Giles TD, Sander GE, Roffidal LE, Mazzu AL: Comparative effects of nitrendipine and hydrochlorothiazide on calciotropic hormones and bone density in hypertensive patients. **Am J Hypertension** 1992;5:875-9.

77. Given MB, Lowe RF, Sander GE, Giles TD:  Acute hypotension alters hemodynamic response to methionine-enkephalin in conscious dogs. **Peptides** 1993;14:445-8.

78. Giles TD, Sander GE: Aspects of the use of angiotensin-converting enzyme inhibitors and calcium antagonists in treatment of heart failure in the older patient.  **Am J Geriatric Cardiol** 1993;2:51-4.

79. Giles TD, Sander GE. Heart failure: progress. Etiologies.   Physicians World Communications Group, 1993.

80. Given MB, Lowe RF, Gelvin CR, Sander GE, Giles TD.  Preservation of left ventricular function and coronary flow by angiotensin I-converting enzyme inhibition in the hypertensive-diabetic Dahl rat. **Am J Hypertension** 1994;7:919-25.

81. Giles TD, Roffidal LE, Quiroz AC, Sander GE, Tresznewsky OW. Circadian variation in blood pressure and heart rate in non-hypertensive congestive heart failure. **J Cardiovas Pharmacol** 1996;28:733-40.

82. The EPILOG Investigators (. . G. Sander, A. Stevens, K. Delise).  Platelet glycoprotein IIb/IIIa receptor blockade and low-dose heparin during percutaneous coronary revascularization. **N. Engl J Med** 1997;336:1689-96.

83. Sander GE, Giles TD. Angiotensin I converting enzyme and calcium channel blockers in left ventricular systolic heart failure - theory and reality.   **J Congestive Heart Failure** 1997;July/August:38-50.

84. Sparti A, Delany JP, de la Bretonne JA, Sander GE, Bray GA. Relationship between resting metabolic rate and the composition of the fat-free mass.  **Metabolism: Clinical & Experimental** 1997;46:1225-30**.**

85. Sander GE. Review questions in cardiology. **Resident & Staff Physician** 1998;44:78-81.

16

86.   The EPISTENT Investigators ( . . Sander GE, Stevens A . .).  Randomised placebo-controlled and balloon-angioplasty-controlled trial to assess safety of coronary stenting with use platelet glycoprotein IIb/IIIa blockade. **Lancet** 1998;352:87-92.

87.   Ghaffari S, Kereiakes DJ, Lincoff AM, Kelly TA, Timmis GC, Kleiman NS, Ferguson JJ, Miller DP, Califf RA, Topol EJ, for the EPILOG Investigators (... Sander GE . . .).  Platelet glycoprotein IIb/IIIa receptor blockade with abciximab reduces ischemic complications in patients undergoing directional coronary atherectomy. **Am J Cardiol** 1998;82:7-12.

88.   The PURSUIT Trial Investigators ( . . Sander G . .).  Inhibition of platelet glycoprotein IIb/IIIa with eptifibatide in patients with acute coronary syndromes. **N Eng J Med** 1998;339:436-43.

89.   Kleiman NS, Lincoff AM, Kereiakes DJ, Miller DP, Aguirre FV, Anderson KM, Weisman HF, Califf RM, Topol EJ, for the EPILOG Investigators (..Sander GE..).  Diabetes mellitus, glycoprotein IIb/IIIa blockade, and heparin: evidence for a complex interaction in a multicenter trial. **Circulation** 1998;97:1912-20.

90.   Sander GE, McKinnie JJ, Greenberg S, Giles TD.  Angiotensin converting enzyme inhibitors and angiotensin II receptor antagonists in the treatment of heart failure caused by left ventricular systolic dysfunction. **Prog Cardiovasc Dis** 1999;41:265-300.

91.   Sander GE.  Review questions in cardiology. **Resident & Staff Physician** 1999;45:77-87.

92.   Ryan DH, Bray GA, Helmcke F, Sander G, Volaufova J, Greenway F, Subramaniam P, Glancy DL.  Serial echocardiographic and clinical evaluation of valvular regurgitation before, during, and after treatment with fenfluramine or dexfenfluramine and mazindol or phentermine. **Obesity Research** 1999;7:313-22.

93.   Lincoff AM, Tcheng JE, Califf RM, Kereiakes DJ, Kelly TA, Timmis GC, Kleiman NS, Booth JE, Balog C, Cabot CF, Anderson KM, Weisman HF, Topol EJ, for the EPILOG Investigators ( . . Sander G. .). Sustained suppression of ischemic complications of coronary intervention by platelet GP IIb/IIIa blockade with abciximab: one-year outcome in the EPILOG Trial. **Circulation** 1999;99:1951-8.

94.   The Symphony Investigators ( . . Sander GE. .)  Comparison of sibrafiban with aspirin for prevention of cardiovascular events after acute coronary syndromes: a randomized trial. **Lancet** 2000;355:337-45.

Sander CV 07/04/06

95.   Lincoff AM, Harrington RA, Califf RM, Hochman JS, Guerci AD, Ohman EM, Pepine CJ, Kopecky, SL, Kleiman NS, Pacchiana CM, Berdan LG, Kitt ML, Simoons ML, Topol EJ, for the PURSUIT Investigators (. . Sander G . .)  Management of patients with acute coronary syndromes in the United States by platelet glycoprotein IIb/IIIa inhibition: insights from the platelet glycoprotein IIb/IIIa in unstable angina: receptor suppression using integrilin therapy (PURSUIT) trial. **Circulation** 2000;102:1093-1100.

96.   Sander GE. Diagnostic evaluation for coronary artery disease in the patient with diabetes mellitus. In, Diabetes & Cardiovascular Disease. A Practical Primer (T. Giles, ed.), IPE-LSUHSC, New Orleans, 2000, pp. 41-64,.

97.   Giles TD, Sander, GE.  Angiotensin II receptor ($AT_1$) antagonists in heart failure after Val-HeFT - Quo Vadis?  **Am J Ger Cardiol** 2001;10:60-3.

98.   Thakur V, Sander G, Rab ST. Hodgkin's disease and lactic acidosis. **Nephron** 2001;88:276-7.

99.   Giles TD, Sander GE.  Reawakening of interest in aldosterone and aldosterone antagonists: implications for treatment of cardiovascular disease. **Am J Ger Cardiol** 2001;10:166-9.

100.   Giles TD, Sander GE.  Atrial fibrillation in the elderly – an increasing problem that mandates aggressive management. **Am J Ger Cardiol** 2001;10: 289-92.

101.   Giles TD, Sander GE.  Beyond the usual strategies for blood pressure reduction: therapeutic considerations and combination therapies.  **J Clin Hypertens** 2001;3:346-53.

102.   Sander GE. Diagnostic Approaches to Symptomatic and Asymptomatic Coronary Artery in the Diabetic Patient.  **CVR&R**; 2001;XXII:710-7.

103.   Giles TD, Sander GE.  Angiotensin II ($AT_1$) receptor antagonists, diabetes, and nephropathy: do differences between the renal and systemic circulations explain the outcomes observed with ARBs and ACE inhibitors?  **Am J Ger Cardiol** 2002;11:62-5.

104.   Sander GE, Giles TD.  Cardiovascular complications of collagen vascular disease. **Current Treat Opt Cardiovasc Med.** 2002;4;151-9.

Sander CV 07/04/06

105.   Sander GE, Guillory GS, Giles TD.  Non-cardiac drugs and QTc interval prolongation: an often unrecognized risk factor for adverse cardiovascular outcomes. **Am J Ger Cardiol** 2002:11:197-202.

106.   Sander GE.  High blood pressure in the geriatric population: treatment considerations. **Am J Ger Cardiol** 2002:11:223-32**.**

107.   Sander GE, Giles TD.  Hypertension and lipids: lipid factors in the hypertension syndrome.  **Curr Hyperten Rep**. 2002;4:458-63.

108.   Sander GE, Giles TD.  HOPE in PROGRESS - A Tale of Two Trials:  Blood Pressure Reduction or Drug Mechanism? **Am J Ger Cardiol**  2002:11:332-3.

109.   Sander GE, Giles TD.  Statin therapy in the elderly – the evidence mounts.  **Am J Ger Cardiol** 2003;12:65-7.

110.   Sander GE, Giles TD. ALLHAT and ANBP2: What have we learned from recent mega-trials **Am J Ger Cardiol** 2003;12:267-71**.**

111.   Topol EJ, Easton D, Harrington RA, Amarenco P, Califf RM, Graffagnino C, Davis S, Diener H-C, Ferguson J, Fitzgerald D, Granett J, Shuaib A, Koudstaal PJ, Theroux P, Van de Werf F, Sigmon K, Pieper K, Vallee M, Willerson JT, on Behalf of the Blockade of the Glycoprotein IIb/IIIa Receptor to Avoid Vascular Occlusion  (BRAVO) Trial Investigators ( . . Sander G . . ). Randomized, double-blind, placebo-controlled, international trial of the oral IIb/IIIa antagonist lotrafiban in coronary and cerebrovascular disease.  **Circulation** 2003;08:399-406.

112.   Sander GE, Giles TD.  Diabetes mellitus and heart failure. **Am Heart Hosp J** 2003;1**:**273-80.

113.   Sander GE, Giles TD. Ximelagatran: Light at the end of the tunnel or the next tunnel? **Am J Ger Cardiol** 2004;13:221-4.

114.   Sander, GE, Wilklow FE, Giles TD. Heart failure in diabetes mellitus: Causal and treatment considerations.   **Minerva Cardiol** 2004;52:491-503.

115.   Giles TD, Sander GE. Diabetes mellitus and heart failure: basic mechanisms, clinical features and therapeutic considerations. **Cardiol Clin** 2004;22:553-68.

Sander CV 07/04/06

116.   Sander, GE.  Hypertension in the elderly. **Curr Hypertens Rep** 2004;6:469-76.

117.   Agarwal P, Sander GE, Giles TD. Pharmacologic update: treatment of erectile dysfunction in the elderly with phosphodiesterase type 5 inhibitors: cardiovascular implications. **Am J Ger Cardiol** 2004;13:332-5.

118.   Giles TG, Sander GE.  Alcohol – A Cardiovascular Drug? **Am J Ger Cardiol** 2005;14:154-8.

119.   Sander GE, Giles TD.  Medical management of myocardial ischemia. **Am J Ger Cardiol** 2005;14:669-78.

120.   Giles TD, Sander GE.  Pathophysiological, diagnostic, and therapeutic aspects of the metabolic syndrome. **J Clin Hypertens** 2005;7:669-78.

121.   Giles TD, Sander GE. The need for defining, and re-defining, hypertension.  Beyond the numbers. **Postgraduate Med.** December 2005:21-5.

122.   Sander GE, Giles TD. The endocannabinoid system and cardiovascular risk: pathophysiological role and developing therapeutic interventions. Am J Ger Cardiol 2006;15: **In Press**


## ABSTRACTS

1.   Corcoran RJ, Henry HW, Sander GE, Huggins CG:  The angiotensin converting enzyme from plasma and lung. **Fed Proc** 29:281, 1970.

2.   Sander GE, Huggins CG:  Subcellular distribution of angiotensin I converting enzyme in rabbit lung. **Fed Proc** 30:449, 1971.  (Presented)

3.   Sander GE, West DW, Huggins CG:  Inhibitors of angiotensin I converting enzyme. **Fed Proc** 31:512, 1972.  (Presented).

4.   Huggins CG, Sander GE:   Differentiation of converting enzyme and bradykininase activities in lung.  Abstracts of the Fifth Internat Congr of Pharmacology (1972). 109.

Sander CV 07/04/06

4.   Sander GE, Alstatt LB:  Biochemistry of the pulmonary capillary endothelial cell.  Thirteenth Annual Symposium on Pulmonary Diseases (1977) (Presented).

5.   Ferguson EW, Sander GE:  Acceleration of fibrin crosslinking by erythrocytes.  **Fed Proc** 37:2426, 1978.

6.   Verma PS, Lorenz PE, Sander GE:  An improved radio-immunoassay for bradykinin in human plasma.  **Fed Proc** 1980/;39: 3088.

7.   Sander GE, Verma PS, Jaeger JJ, Lorenz PE, Hess JL:  Activation of the kallikrein-kinin system during oleic acid induced acute hemorrhagic pulmonary edema in the dog.  **Fed Proc** 39:1892A, 1980.

8.   Sander GE, Verma PS, Jaeger JJ:  13, 14-Dihydro-15-keto-prosta-glandin $E_2$ and $F_2$ alpha levels in arterial blood as  indicators of acute hemorrhagic lung injury.  **Am Rev Resp Disease** 121:400S, 1980.  (Presented).

9.   Sander GE, Verma PS, Lorenz PE, Giles TD:  Clonidine interactions with canine lung angiotensin I converting enzyme in vitro.  **Clin Res** 28:880A, 1980.

10.  Moore J, Verma P, Sander G, Gagnon J:  Acute renovascular hypertension:  comparison of kinin, prostaglandin E, and plasma renin activity following renal artery constriction.  **Fed Proc** 1981;40:515.

11.  Moore J, Gagnon J, Sander G, Verma P:  The endogenous vasodilators bradykinin (BK) and prostaglandin E (PGE) in renovascular hypertension.  **Kidney Int** 1981;19:172.

12.  Sander GE, Giles TD, Kaneish A, Coy DH, Kastin AJ:  Differential effects of clonidine and naloxone on the cardiovascular response to leucine-enkephalin in the unanesthetized dog.  **Clin Res** 1981;29:815A.

14.  Sander GE, Giles TD, Quiroz AC, Coy DH, Kastin AJ:  Reversal of the intrinsic cardiostimulatory activity of the enkephalins by pentobarbital anesthesia.  **Clin Res** 29:856A, 1981.

15.  Giles TD, Sander GE:  Mechanisms of leucine-enkephalin-induced increases in heart rate and systemic blood pressure in conscious dogs.  **Fed Proc** 41:1468, 1982.

16.  Sander GE, Giles TD:  N-allyl-N-normetazocine and leucine-enkephalin interactions suggest that leucine-enkephalin is a sigma receptor agonist.  **Fed Proc** 41:1470, 1982. (Presented)

21

Sander CV 07/04/06

17.   Verma PS, Sander G, Miller RL, Taylor RE, O'Donohue TL, Adams RG:  In vitro inhibition of partially purified canine angiotensin I-converting enzyme by substance P. **Fed Proc** 41:7375, 1981.

18.   Sander G, Kaneish A, Quiroz A, Giles T:   Dose-ranging study of carteolol, a beta-adrenoceptor blocker with intrinsic sympathomimetic activity, in hypertensive patients. **Clin Res** 30:258A, 1982.

19.   Sander GE, Giles TD:  The structure-activity relationships of enkephalins and dermorphin in the conscious dog.  **Circulation** 66(Suppl II):II-307, 1982. (Presented)

20.   Sander GE, Giles TD:  Quaternary narcotic antagonists lower blood pressure and inhibit leucine-enkephalin in the conscious dog. **Clin Res** 30:873A, 1982.  (Presented)

21.   Giles TD, Sander GE:   The influence of the time interval between successive methionine-enkephalin (ME) doses on the cardiovascular response in the conscious dog. **Fed Proc** 42:654, 1983.

22.   Sander GE, Giles TD:  Interactions of leucine-enkephalin (LE) and morphine (M) with naloxone methylbromide (MNAL) suggest excitatory peripheral opiate responses. **Fed Proc** 654, 1983.  (Presented)

23.   Plauché W, Sander G, Quiroz A, Thomas G, Giles T:  Radionuclide assessment of ventricular function following intravenous clonidine in chronic congestive heart failure. **Clin Nucl Med** 8(3S):P13, 1983.

24.   Sander GE, Thomas MG, Quiroz AC, Plauché W, Giles TD:  Acute effects of clonidine hydrochloride upon ventricular function in congestive heart failure.  **Clin Res** 31:216A, 1983.

25.   Sander GE, Giles TD:   Facilatory effect of methionine- enkephalin upon epinephrine-induced cardiovascular responses.   **Circulation** 68(Suppl): III-79, 1983. (Presented)

26.   Sander GE, Giles TD, Rice JC:  Cardiovascular reflex activity of leucine-enkephalin (LE): Modulation via Bezold-Jarisch reflex but not pulmonary J receptors.  **Clin Res** 31:829A, 1983.  (Presented)

27.   Sander GE, Giles TD:  The clinical efficacy of oral cibenzoline in the suppression of ventricular ectopy.  **Clin Res** 31:829A, 1983. (Presented)

Sander CV 07/04/06

28.     Sander GE, Giles TD:  Cardiovascular activities of endogenous enkephalins.  **Clin Res** 31:877A, 1983.

29.     Thomas MG, Plauché WE, Quiroz AC, Sander GE, Rice JC, Giles TD:  Clonidine in severe heart failure - a long-term study.  **Clin Res** 31:868A, 1983.

30.     Given MB, Sander GE, Giles TD:   Non-opiate actions of des-tyr$^1$-D-Ala$^2$-leucine enkephalinamide on rat vascular smooth muscle in vitro.  **Fed Proc** 43:651, 1984.

31.     Evanich MJ, Sander G, Giles T:  Ventilatory response to intravenous enkephalin in awake dogs.  **Fed Proc** 43:1006, 1984.

32.     Giles TD, Sander GE:  Interaction of cardiovascular reflexes peripherally activated by leucine-enkephalin and veratrum alkaloids.  **Fed Proc** 43:1101, 1984.

33.     Sander G, Giles T, Rice J:  Cardiovascular interactions of methionine-enkephalin with substance P in the conscious dog.  **Fed Proc** 43:1042, 1984.  (Presented)

34.     Sander GE, Giles TD:   Enkephalin interaction with norepinephrine, histamine, and angiotensin II.  **Clin Res** 32:203A, 1984.  (Presented)

35.     O'Mailia JJ, Sander GE, Rice JC, Giles TD:  Suppression of complex ventricular ectopy by oral cibenzoline.  **Clin Res** 32:831A, 1984.

36.     Given MB, Sander GE, Giles TD:  Effect of enkephalins and related analogs on vascular smooth muscle.  **Clin Res** 32:844A, 1984.

37.     Sander GE, Giles TD:  Hemodynamic effects of intravenous methionine-enkephalin-arg-phe and methionine-enkephalin-arg-gly-leu in conscious dogs.  **Clin Res** 32:862A, 1984.

38.     Thomas MG, Quiroz AC, Sander GE, Giles TD:  Anti-anginal effects of clonidine.  **Clin Res** 32:862A, 1984.

39.     Sander GE, Giles TD:  Picrotoxin (P) reverses the vasodepressor response to intravenous (IV) methionine-enkephalin (ME) in anesthetized dogs.   **Fed Proc** 44:1343, 1985. (Presented)

40.     Sander GE, Giles TD:   Similar hemodynamic responses to intravenous (IV) methionine-enkephalin (ME) and gamma-aminobutyric acid (GABA) in conscious dogs.  **Clin Res** 33:224A, 1985.

23

Sander CV 07/04/06

41. Giles TD, Sander GE, Quiroz AC:  Systemic methionine- enkephalin (ME) evokes cardiostimulatory responses in the human.  **Clin Res** 33:518A, 1985.

42. O'Maillia JJ, Sander GE, Giles TD:  Severe systemic hypotension and myocardial ischemia resulting from the use of sublingual nifedipine in the treatment of hypertensive emergencies.  **Clin Res** 34:179A, 1986.

43. Given MB, Sander GE, Giles TD:  Evidence for enkephalin-analog calcium ionophore activity in vascular smooth muscle.  **Clin Res** 34:189A, 1986.

44. Rosales OR, Sander GE, Given MB, Giles TD:  Carteolol, a beta-adrenoceptor antagonist with intrinsic sympathomimetic activity, reduces blood pressure and left ventricular hypertrophy.  **Clin Res** 34: 190A, 1986.

45. Thomas MG, Quiroz AC, Given MB, Sander GE, Giles TD:  Efficacy of a new calcium antagonist - nicardipine - in effort angina pectoris.  **Clin Res** 34:212A, 1986.

46. Thomas MG, Quiroz AC, Given MB, Sander GE, Giles TD:  Nicardipine - a new calcium channel antagonist: efficacy in stable effort angina pectoris.  **J Am Coll Cardiol** 7(Suppl A) 181A, 1986.

47. Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC:  Comparative effects of nitrendipine (N) and hydrochlorothiazide (HCTZ) on left ventricular (LV) function in the treatment of hypertension.  **J Hypertension** 4(Suppl 5):S574, 1986.

48. Rosales OR, Sander GE, Given MB, Giles TD:  Beta-adrenoceptor antagonists (BB) with partial agonist activity may cause regression on left ventricular hypertrophy (LVH) in hypertension.  **J Hypertension** 4(Suppl 5):S555, 1986.

49. Ahmad S, Bex F, Given MB, Sander GE, Giles TD:  Intravenous captopril produces rapid and favorable hemodynamic changes in congestive heart failure.  **Clin Res** 35:8A, 1987.

50. Rosales OR, Thomas MG, Given MB, Roffidal L, Sander GE, Giles TD:  Comparison of lisinopril and captopril in congestive heart failure.  **Clin Res** 35:36A, 1987.

51. Quiroz AC, Sander GE, Given MB, Roffidal L, Ahmad S, Marder H, Giles TD:  Atrial natriuretic peptide produces favorable hemodynamic changes and increases sodium excretion in congestive heart failure (CHF).  **J Am Coll Cardiol** 9:119A, 1987.

52. Sander GE, Given MB, Roffidal LE, Marder H, Giles TD:  The effect of sodium balance upon responses to atrial natriuretic factor (ANF) in hypertensive humans.  **Clin Res** 36:38A, 1988.  (Presented)

24

Sander CV 07/04/06

53.    Giles TD, Campeau RJ, Roffidal LE, Given MB, Sander GE:  Isolated systolic hypertension is associated with similar abnormalities in left ventricular function as is diastolic hypertension.  **Am J Hypertension** 1(3):10A, 1988.

54.    Given MB, Sander GE, Lowe RF, Giles TD:  N-Allylnormetazocine: Hemodynamic actions and inhibition of leucine-enkephalin hemodynamic activity in conscious dogs.  **Circulation** 78(Suppl II):II-36, 1988. (Presented)

55.    Giles TD, Sander GE, Roffidal LE, Given MB, Quiroz AC:  Nitrendipine (NTP) & hydrochlorothiazide (HCTZ) in hypertension-A comparative neuroendocrine and echocardiographic study.  **So Med J** 81(9):S28, 1988.

56.    Giles TD, Roffidal L, Mazzu A, Burkholder D, Quiroz A, Sander G:  Nitrendipine (NTP) in hypertension:  Effect of treatment for one year on left ventricular (LV) function and neurohumoral mechanisms.  **Am J Hypertension** 2:65A, 1989.

57.    Giles TD, Sander GE, Roffidal LE, Ursprung JJ:  Comparative effects of nicorandil and captopril in treatment of chronic heart failure.  **Circulation** 80:II-630, 1989.

58.    Quiroz AC, Giles TD, Roffidal L, Sander GE, Haney Y, Given MB: Hemodynamic responses to intravenous nicorandil in congestive heart failure.  **Clin Res** 38:4A, 1990 (Presented)

59.    Giles T, Given M, Lowe R, Levy L, Ferrans V, Sander G:  Streptozotocin (STZ)-induced diabetes mellitus (DM) in the Dahl salt sensitive (DSS) and salt resistant (DSR) rat - A model for diabetic/hypertensive (DM/H) cardiomyopathy.  **Am J Hypertension**. 3(part 2):14A, 1990.

60.    Giles T, Feghali C, Levy L, Lowe RF, Sander GE. Expression of ventricular atrial natriuretic factor mRNA in diabetic Dahl rats with (DM/H) cardiomyopathy.  **Am J Hypertension**. 4(part 2):91A, 1991.

61.    Sander GE, Giles TD, Roffidal LE, Mazzu AL:   Endocrinologic outcomes of antihypertensive therapy: the comparative effects of nitrendipine and hydrochlorothiazide on plasma calciotropic hormones and bone density.  **Am J Hypertension** 5:17A, 1992 (presented).

62.    Given MB, Lowe RF, Sander GE, Giles TD:  Effect of benazepril on cardiac performance in diabetic Dahl rats.  **Am J Hypertension** 5:30A, 1992 (presented).

Sander CV 07/04/06

63.    Sander GE, Schreiter S, Roffidal LE, Giles TD. Efficacy of metoprolol relative to placebo in the suppression of supraventricular arrhythmias. **Clin Res** 40:776A, 1992 (presented).

64.    Given MB, Lowe RF, Sander GE, Giles TD.  Acute hypotension alters the hemodynamic response to methionine-enkephalin in conscious dogs. **Clin Res** 40:776A, 1992.

65.    Giles TD, Sander GE, Roffidal LE, Kineish E.  Circadian variations in blood pressure and heart rate in patients with systolic congestive heart failure ; effects of long- and short-acting angiotensin converting enzyme inhibitors. **Clin Res** 40:807A, 1992.

66.    Given MB, Lowe RF, Sander GE, Giles TD.  Effect of benazepril on Dahl salt-resistant rats with and without streptozocin-induced diabetes. **Clin Res** 40:857A, 1992.

67.    Giles TD, Sander GE, Roffidal LE. Circadian variation in blood pressure and heart rate in congestive heart failure - neurohumoral associations and effects of long- and short-acting angiotensin I-converting enzyme inhibitors. **Am J Hypertension** 6:33A(1271), 1993.

68.    Given MB, Lowe RF, Sander GE, Giles TD. Effect of angiotensin converting enzyme inhibition on cardiac function in diabetic Dahl salt-resistant rats.  **Am J Hypertension** 6:33A, 1993.

69.    Kerut EK, Winterton J, Roffidal L, Sander GE, Jones R, Given M, Giles TG.  Congestive Heart Failure (CHF): Influence of Hypertension With and Without Diabetes Mellitus on Circadian Variation in Autonomic Balance. **J Invest. Medicine** 43:27A, 1995.

70.    Kerut EK, Winterton J, Roffidal L, Sander GE, Jones R, Given M, Giles TG.  Congestive Heart Failure (CHF): Influence of Hypertension With and Without Diabetes Mellitus on Circadian Variation in Autonomic Balance. **Am J Hypertension** 8:174A, 1995.

71.    Shah A, Abourahma A, Sander GE. Coronary artery disease in women younger than age 45 years. A longitudinal descriptive study. **J Invest Med** 45:4A, 1997.

72.    Hallak OK, Aasar O, Alkiek R, Sander, G.  Is acute coronary syndrome triggered by infectious agent? **Chest** 112(suppl):65S, 1997.

73.    Sander GE, Ryan DH, Bray GA, Greenway FC, Kerut EK, Giles TD.  Fenfluramine Combination Therapy for Obesity: the Appearance Rate of Aortic Regurgitation on Serial Echoes Parallels the Incidence in a Larger Cohort Population. **J Am Coll Cardiol** 31(Suppl A):151A, 1998 (presented).

74.    Sander GE, Ryan DH, Bray GA, Greenway FC, Kerut EK, Giles TD.

Sander CV 07/04/06

Fenfluramine Combination Therapy for Obesity: the Appearance Rate of Aortic Regurgitation on Serial Echocardiograms Parallels the Incidence in a Larger Cohort Population. **J Invest Med** 46:31A, 1998 (presented).