# EXHIBIT B

**John L. GUERIGUIAN, M.D.**
**Curriculum Vitae**

PharmaGenesis, Inc., 14513 Woodcrest Drive, Rockville, MD 20853-2371
USA : Tel & Fax +1-301-460-0353
Europe: Cellular 011.33.6.8493.9577
Email: pharmagenesis@hotmail.com

SUMMARY

* Created PharmaGenesis, Inc., a novel concept in pharmaceutical consultancy*

* Leads a growing team of some thirty worldwide pharmaceutical experts

* Member, Scientific & Educational Board, Eudipharm (Claude Bernard University, Medical School, Lyon, France) **

* Helped the discovery, development, and/or market introduction of a number of important drugs***

* Organized several international medical/pharmaceutical meetings

* Edited several scientific volumes

* Ended academic career with a tenured Associate Professorship in Pharmacology

* Co-discovered the sex hormone-binding globulin****

* Discovered, a ligand-ligand partition assay methodology.

* See accompanying Brochure
** European Diploma of Pharmaceutical Medicine, a European Union Initiative
*** Biotechnologicals as well as xenobiotics
****As a Research Fellow, Harvard Medical School

ACCOMPLISHMENTS

Role in the development and worldwide introduction of the first recombinant DNA drugs: Initiating early interactions with industry, defining the minimal requirements for approval, and approval of submitted NDAs in record time.

Contributions to the development of LHRH analogues for the treatment of prostatic cancer, benign prostatic hypertrophy, endometriosis, and precocious puberty: Guiding industry towards viable clinical indications, defining for each indication the safety and efficacy parameters, and recommending approval of submitted NDAs expeditiously.

Initiatives in the development of Growth Hormone Releasing Factor (GRF): Early interaction with discoverers, approving initial IND in record time, informing industry of the discovery, defining safety and criteria parameters.

Introduction of metformin (Glucophage) in the United States: early interactions with industry, defining protocols to confirm hypothesized synergism with sulfonylureas, and recommending expeditious approval of the submitted NDA.

Organizing and convening two international conferences for the purpose of developing an expert consensus around novel efficacy criteria for all anti-diabetic drugs,

particularly those tested to retard or prevent the advent of the various diabetic complications.

Organizing and convening several international conferences to aid the development of biotechnological products.

Co-founder IDRAM, a non-profit public interest international organization, regrouping scientists from Academia, Industry, and Government; to define and implement safety and efficacy criteria for new drugs.

Successful recommendation of non-approval of Ayerst's aldose reductase inhibitor: An unsafe and inefficacious drug—success in convincing various pharmaceutical companies to withdraw unsafe drugs from FDA consideration.

Creutzfeld-Jacob disease and pituitary growth hormone: affirming causality between the two events and obtaining the voluntary withdrawal by industry of such preparations.

Original scientific discoveries: Discovery of the Sex-hormone Binding Globulin; development of a novel generalized analytical methodology, termed solid-liquid ligand partition; development of micro-methods for the measurement of minute amounts of serum albumin in cerebrospinal fluid and urine.

EDUCATION AND WORK EXPERIENCE

Positions Held

1998-present President, and General Manager, PharmaGenesis, Inc.

1978-1998 Medical Officer, Food and Drug Administration.

1976-1978 Tenured Associate Professor, Pharmacology, Univ of Minnesota, Medical School, Duluth, Minnesota.

1973-1976 Assistant Professor, Pharmacology, Univ of Minnesota, Medical School, Duluth, Minnesota.

1973-1976 Assistant Professor, Pharmacology, Univ of North Carolina, Medical School, Chapel Hill, North Carolina.

1969-1971 Instructor, Pharmacology, Univ of North Carolina, Medical School, Chapel Hill, North Carolina.

1967-1969 Research Associate, INSERM (French National Institutes of Health) & Head of Laboratory, Dept of Biochemistry, Medical School, Paris.

1965-1967 Associate Staff, Endocrinology, Peter Bent Brigham Hospital, Boston, Massachusetts.

1961-1965 Teaching Assistant, Biochemistry, University of Paris, Medical School.

Education & Training

1956 Diplomate, French Baccalaureate, series M (Experimental Sciences)

1956-1957 University of Paris, Faculty of Sciences, Premed courses

1957 University of Paris, Faculty of Sciences, PCB degree*

1959 University of Paris, Faculty of Sciences, SPCN degree**

1965 University of Paris, School of Medicine, Doctoral Thesis

| | |
|---|---|
| 1965 | University of Paris, School of Medicine, MD (State Diploma) |
| 1959 | University of Paris, Faculty of Sciences, BS in Biology |
| 1960-1965 | University of Paris, Faculty of Sciences, graduate education |
| 1964 | University of Paris, Faculty of Sciences, Licencié-es-Sciences*** |
| 1962-1965 | Internship & Residency, Hospital of Mantes-la-Jolie, Internal & Pediatrics. |
| 1965-1967 | Post-doctoral Fellow, Biochemistry, Harvard Medical School , Boston |
| 1966 | Diplomate, Biochemical Technology - a Graduate Course, Harvard Medical School, Boston, Massachusetts |
| 1978 | ECFMG certification of Medical Doctorate degree in the United States |

* French Medical School entrance qualifying examination
** Equivalent to the BS degree, Biology
** * Equivalent to the MS degree, Chemistry & Endocrinology

Awards & Grants

Commendable Service Award, Food and Drug Administration, Rockville, Maryland.
On-the-Spot Award, Food & Drug Administration, Rockville, MD..
Principal Investigator, NIH, USPHS grant HD0849.
Co-principal awardee, Media Production Fund Grant 5050, Univ of Minnesota, Minneapolis.
Co-principal awardee, Media Production Fund Grant 7126, Univ of Minnesota, Minneapolis.Principal Investigator, Miller Dwan Medical Fndn, Duluth, Minnesota.
Principal Investigator, Minnesota Medical Fndn grants DMRF-5-76 and DMRF-78.
Principal Investigator, Am Cancer Soc Institutional Research Grant 2917.

Recognitions

| | |
|---|---|
| Memberships: | Am Assoc for the Advancement of Sciences (past) |
| | Am Soc Pharmacology & Experimental Therapeutics (past) |
| | New York Academy of Sciences (past) |
| | World Population Society (past) |
| | The Endocrine Society (past) |
| | Am Assoc of University Professors (past) |
| | Am Soc of Clinical Pharmacology & Therapeutics (past) |
| | The American Management Association (past) |
| Directories | American Men & Women of Science |
| | Who's Who in Frontier Science & Technology |
| Committees | Panel of Biological Standardization, WHO, Geneva, Switzerland. |
| | Human Research Committee, St Luke's Hospital, Duluth, Minnesota. |
| | AAUP Executive Cmte, Univ. of Minneapolis, Duluth Chapter. |
| | Task Group on NDA Regulations, FDA |
| | Task Group on Drug Experience, FDA |
| | Task Group on IND/NDA Rewrite Cmte, FDA |

HOBBIES

| | |
|---|---|
| Physical: | Hiking, jogging, swimming, cycling |
| Cultural: | History (medicine, Armenia, Armenian diasporas), Medieval poetry* |
| Cooking: | French, Chinese, New California, Italian, Indian, Moroccan |
| Wines: | France (Chablis, Bordeaux, Beaujolais), American (Napa & Sonoma) |
| Other: | Translating medieval pharmacopeias, amateur botanist and zoologist* |

* Published articles, for all these subjects, in refereed journals

BIBLIOGRAPHY (A representative sampling)

Pharmacogenetic principles & practices

Schaffenburgh CA, Gregoire AT & Gueriguian JL, "Guidelines for the development of male contraceptive drugs, " J Androl 2: 225-8, 1981

Gueriguian JL et al., "Trends in drug development with special reference to the testing of LHRH analogues," in F Labrie et al. eds., LHRH and its Analogues (New York: Elsevier), pp. 507-16, 1984.

Gueriguian JL & Chiu YYH, "A few thoughts on the the development and regulation of neuropeptides," in RS Rapaka & RL Hawks, eds., Opioid Peptides: Molecular Pharmacology, Biosynthesis and Analysis (Bethesda, MD: NIDA), pp. 405-14, 1986.

Gueriguian JL et al. eds., Biotechnologically-derived Medical Agents (New York: Raven Press, 1988)

Chiu YYH & Gueriguian JL, eds., Drug Biotechnology Regulation: Scientific Basis and Practices (New York: Marcel Dekker, 1991)

Gueriguian JL et al., "Regulatory perspective of peptide and protein drug development," in VHL Lee et al., eds., Peptide and Protein Drug Delivery (New York: Marcel Dekker, 1991), pp. 865-80

Efficacy and safety of new drugs, & clinical trials

Gueriguian JL et al., "A scenario for the future: Biotechnology & pharmacogenesis," in Chiu YYH, Gueriguian JL et al., "Drug Biotechnology Regulation: Scientific Basis and Practices," (New York: Marcel Dekker, 1991), pp. 513-23.

Andreani D, Gueriguian JL et al. (eds), Diabetic Complications, New York: Raven Press, 1991)

Gueriguian JL et al., "Regulatory perspective of peptide and protein drug development," in VHL Lee (ed), Peptide and Protein Drug Delivery, New York, 1991, pp.865-880.

Gueriguian JL et al., "Efficacy of metformin in non-insulin-dependent diabetes mellitus," N Engl J Med 334:269, 1996

Misbin RI, Gueriguian JL et al., "Lactic acidosis in patients with diabetes treated with metformin, N Engl J Med 338: 265-6, 1996

Stadel B, Gueriguian JL et al., "Metformin-associated mortality in US studies," N Eng J Med 334: 1613, 1996

Gueriguian JL & Chiu YY, "A few thoughts on the development and regulation of neuropeptides," NIDA Res Monogr 70:405-14, 1986

Troendle G, Gueriguian JL et al., "Probucol and the QT interval," The Lancet i:1179, 1982.

Gueriguian JL et al. (eds): Insulins, Growth Hormone and Recombinant DNA Technology (New York: Raven Press, 1981)

Sobel S, Gueriguian JL et al., "Vitamin E in retrolental fibroplasia," N Eng J Med 306:867, 1981

Biochemical definition of drugs & related molecules

Gueriguian JL & Smith JA, "Measurement of human serum albumin in microgram amounts by solid-liquid ligand partition," Anal Biochem 80: 513-30, 1977.

Cotton GE & Gueriguian JL, "Determination of albumin in human cerebrospinal fluid by a novel micromethod," Fed Proc 37: 441, 1978.

Gueriguian JL et al. (eds): Hormone Drugs (Rockville, MD: United States Pharmacopeia, 1982)

Chiu YYH & Gueriguian JL, "Radioimmunoassays for determination of proinsulin content in purified crystalline insulins," in JL Gueriguian et al. eds., Hormone Drugs (Rockville, MD: USP, 1982), pp. 216-25

Endocrinology & reproductive physio-pharmacology

Gueriguian JL, Measurements of urinary HCG, Pregnanediol and Estrogens: Their use in the diagnosis and prognosis of hydatiform mole and male & female chorioepithelioma (Paris: University of Paris Medical School, 1965) -- doctoral thesis.

Gueriguian JL & Pearlman WH, "Separation of testosterone binding protein of human pregnancy serum from C.B.G.," Fed Proc, 26: 757, 1967.

Gueriguian JL & Pearlman WH, "Some properties of a testoterone binding component from human pregnancy serum," J Biol Chem, 243: 5226-33, 1968.

Gueriguian JL et al., "Affinité de liaison du serum de femme enceinte pour l'aldosterone," Annal Endocr (Paris), 30: 211-6, 1969.

Crepy O, Gueriguian JL er al, "Critical study of some methods for determination of plasma testosterone," Ann Endocrinol (Paris) 30 :165-75, 1969

Leymarie P & Gueriguian JL, "Etude de liaison de la progesterone et du cortisol par la fraction cellulaire soluble du corps jaune de vache gravide," CR Acad Sci (Paris), 269: 1342-5, 1969.

Crépy O & Gueriguian JL, "Méthode de dosage de la protéine sérique liant la testostérone," CR Acad Sci (Paris), 269: 1457-9, 1969.

Crépy O & Gueriguian JL, "Transport of steroids by proteins," in Finkelstein M et al. (eds), Research on Steroids, v. 4 (New York: Pergamon), pp. 61-81, 1971.

Gueriguian JL et al, "Circulating & tissue receptors of estradiol and progesterone," Ann Endocrinol (Paris) 31:445-52, 1970

Pearlman WH, Gueriguian JL et al, "A specific progesterone-binding component of human breast cyst fluid," J Biol Chem 248:5736-9, 1973.

Gueriguian JL et al., "A comparative study of progesterone- and cortisol-binding activity in the uterus and serum of pregnant and non-pregnant women," J Endocr, 61: 331-45, 1974.

Gueriguian JL, "Prostaglandin-macromolecule interactions. I. Non-covalent binding of Prostaglandins A1, E1, F2a, and E2 by human and bovine serum albumin," J Pharmacol Exp Therap, 197: 391-401, 1976.

Educational materials, miscellaneous media

Gueriguian JL, "The endocrine function of the ovary during an ovulatory cycle in sexually mature woman," A self-instructional program, Health Sciences Consortium Catalogue, 29 pp., Chapel Hill, NC, 1973.

Gueriguian JL, "The fate of secreted and administered estrogens and progestins," A self-instructional program, Health Sciences Consortium Catalogue, 17 pp., Chapel Hill, NC, 1973.

Gueriguian JL, "Introduction to the pharmacology of estrogens" A self-instructional program, Health Sciences Consortium Catalogue, 17 pp., Chapel Hill, NC, 1973.

Burford H & Gueriguian JL, "Oral Contraceptives: Hormonal control of ovulation and menstrual cycles," Medical Television Ctr, Chapel Hill, NC, 10 min movie, color & sound, 1973.

Gueriguian JL, "Immunosuppressive agents and human therapy," A self-instructional program, Health Sciences Consortium Catalogue, 13pp., Chapel Hill, NC, 1974.

Gueriguian JL, "Antiprotozoal and antimetazoal drugs, Pt 1" A self-instructional program, Health Sciences Consortium Catalogue, 15pp., Chapel Hill, NC, 1974.

Gueriguian JL, "Antiprotozoal and antimetazoal drugs, Pt 2" A self-instructional program, Health Sciences Consortium Catalogue, 15pp., Chapel Hill, NC, 1974.

Gueriguian JL, "Antiprotozoal and antimetazoal drugs, Pt 2" A self-instructional program, Health Sciences Consortium Catalogue, 15pp., Chapel Hill, NC, 1974.

Gueriguian JL, "The androgens, Pt 1" A self-instructional program, Health Sciences Consortium Catalogue, 29pp., Chapel Hill, NC, 1975.

Gueriguian JL, "The androgens, Pt 2" A self-instructional program, Health Sciences Consortium Catalogue, 25pp., Chapel Hill, NC, 1975.

Gueriguian JL et al., "Audiovisual Self-Instructional Programs: Introduction to Male Reproductive Pharmacology," Media Resources Center, University of Minnesota, Minneapolis, 40 slides, 1977.

Gueriguian JL et al., "Audiovisual Self-Instructional Parograms: Antibiotics versus Germs," Media Resources Center, University of Minnesota, Minneapolis, 80 slides, 1977.

Gueriguian JL & Petry R, "A Computerized Database on the Clinical Use of Antibiotics," Computer Center, University of Minnesota, Minneapolis,

1977.

History of medicine & health status

Gueriguian JL, Health in fifteenth-century Anatolia: A preliminary textual analysis based on the works of Amirdovlat Amasiatsi & Buniat Sebastatsi, (in preparation), 2006

Gueriguian JL, "Foods, beverages, recipes, and the nutritional & health status of fifteenth century Armenians," AIM 1:32-5, 2005

Gueriguian JL, "Foods and drinks in fifteenth century Anatolia," JSAS 14:155-66, 2005

Gueriguian JL, Amirdovlat Amasiatsi'ye Gore 15. Yuziyil Anadolu'sunda Hayvanlar, Bitiler ve Besinler, Kebikec 17: 225-238, 2004

Greppin JAC, Savage-Smith E & Gueriguian J L (eds): The Diffusion of Greco-Roman medicine into the Middle East and the Caucasus," (Delmar, NY: Caravan Books, 1999)

Gueriguian JL, "An algorithm for the rediscovery of old yet effective medications of botanical origin with special reference to Armenian pharmacology," in Greppin JAC et al., (eds): The Diffusion of Greco-Roman medicine into the Middle East and the Caucasus," (Delmar, NY: Caravan Books), 1999, pp. 265-85.

Gueriguian JL, "The language of Amirdovlat Amasiatsi," in Greppin J (ed): Proceedings of the 4th International Conference on Armenian Linguistics (Delmar, NY: Caravan Books, 1992), pp. 77-100

Gueriguian JL, Insights into the Orbelian Principality, part II, J Arm Studies (Boston) 1990-1991, 5(1):13-36

Gueriguian JL, "Amirdovlat' Amasiats'i: His life and contributions," J Soc for Armenian Stud 3: 63-91, 1987

Gueriguian JL, Insights into the Orbelian Principality, part I. J Arm Studies (Boston) 1985-6, 2(2):27-42

INVITED LECTURESHIPS & CONSULTANCIES (a representative sampling)

Opening address, Session 2, 4th Meeting of the International Study Group for Steroid Hormones, Rome, 1969.

Invited speaker, "Progesterone-binding Proteins," Dept. of Obstetrics & Gynecology, University of Michigan, School of Medicine, Ann Arbor, Michigan, 1971.

Consultant and Keynote Speaker , IVth Regional Meeting on Family Health, Dakar, Senegal, 1973.

Visiting Lectureship, Univ of Santo Tomas, Faculty of Medicine & Surgery, Manila, the Philippines, 1979.

Invited speaker, "Lipid-altering drugs: Scientific & regulatory viewpoints," New York Lipid Research Club, The Rockfeller University, New York, 1980.

Invited Speaker, "Proposed guidelines for the uses of LHRH agonists and antagonists in humans," NIH, Contraceptive Development Branch, 1981.

Invited Speaker, "Regulatory aspects on biosynthetic polypeptides,"

National Board Of Health & Welfare, Dept. of Drugs, Uppsala, Sweden, 1981.

Invited speaker, " Amirdovlat': His life and contributions to Medieval Armenian Medicine," University of Chicago, Humanities Division, 1986.

Invited speaker, "Regulatory categorization of drugs in the USA," Droit et Pharmacie, Paris, 1990.

Invited speaker, "FDA-Industry Interactions: Recent Trends," George Washington University, Center for Health Services Research & Policy, 2002.

Organizer & Invited Speaker, "New Trends in Regulatory Affairs on Medical Products for Human Use," Catholic University of Brussels, 2002

ORGANIZER OF INTERNATIONAL SCIENTIFIC & MEDICAL CONFERENCES

State-of-the art conference on insulins & growth hormone, Bethesda, MD 1981
Hormone Drugs, Rockville, MD, 1982.
Biotechnologically-derived agents. The scientific basis of their regulation, Paris 1987
Physio-pathology & natural history of the diabetic complications, Lisbon 1990.
Efficacy criteria of new drugs for the treatment of the diabetic complications, Gaithersburg, 1991.

PHARMACEUTICAL CLIENTS (A selected list)

Bristol-Myers, Johnson & Johnson; Novartis; Sanofi-Aventis ; Glaxo-SmithKline

DEPOSITIONS, WITNESSING & LEGAL CONSULTATIONS

For Plaintiff, versus Lariam, by Defendant's Counsel.
Advising Plaintiff's' Counsels, Lariam
Advising Plaintiff's' Counsels, Baycol
For Plaintiff, versus Fenfluramines, by Plaintiff's Counsel.
For Plaintiff, versus Loestrin, by Defendant's Counsel.
For Plaintiff versus Cylert, by Defendant's Counsel.
Advising Defendant's Counsels, Thyroid hormones.
Depositions for Plaintiff vs. Rezulin, by Plaintiff's Counsel. In Rockville, and Baltimore, MD
Witnessing for Plaintiff vs. Rezulin, in Rockville, MD; Liberty, MO, Tulsa, OK; Forth Worth, TX; and San Antonio, TX

FEE SCHEDULE

$500/hr

Update May 2006

**Exhibit 2**


1. Bresalier RS., Sandler RS, Quan H, et al. **Cardiovascular events associated with rofecoxib in a colorectal adenoma chemopreventiona trial.** New Engl J Med 2005; 352:1092-102

2. Graham DJ, Campen D, Hui R, et al. **Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study.** The Lancet (published on line January 25, 2005)

3. Kim PS, Reicin AS, Villalba L, Witter J, Wolfe MM, Topol EJ, et al, **Rofecoxib, Merck, and the FDA.** New Engl J Med 2004; 351;27

4. Topol EJ. **Failing the public health - Rofecoxib, Merck and the FDA.** New Engl J Med 351;17

5. Dieppe PA, Ebrahim S, Martin RM, et al. **Lessons from the withdrawal of rofecoxib.** BMJ 2004;329:867-8

6. Luis A, Rodriguez G, Varas-Lorenzo C, et al. **Nonsteroidal anti-inflammatory drugs and the risk of myocardial infarction in the general population.** Circulation 2004;109 3000-3006

7. Ray WA, Stein CM, Daugherty, JR, et al. **COX 2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease.** The Lancet 2002; 360

8. Solomon DH, Schneeweiss, S, Glynn RJ, et al. **Relationship between selective cyclooxygenease-2 inhibitors and acute myocardial infarction in older adults.** Circulation 2004;109:2068-2073

9. Ray WA, Stein CM, Hall K, et al. **Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study.** The Lancet 2002; 359:118-123

10. Fitzgerald GA. **Cardiovascular pharmacology of non-selective non-steroidal anti-inflammatory drugs and coxibs: clinical considerations.** Am J Cardiol 2002;89 (suppl):26D-32D

11. Konstan MA, Weir MR, Reicin A, et al. **Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib** . Circulation 2001; 104:2280-2288




12. Mukherjee D, Nissen SE, Topol EJ. **Risk of cardiovascular events associated with selective Cox-2 inhibitors.** JAMA 2001;286:954-959

13. Bombardier C, Laine, L, Reicin, A., et al. **Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis** - N Engl J Med 2000; 343:1520-8

14. Juni P, Nartey L, Reichenbach S. **Risk of cardiovascular events and rofecoxib: cumulative meta-analysis.** The Lancet 2004; 364:2021-2029

15. Weir MR, Sperling RS, Reicin A, **COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program.** Am Heart J 2003; 146:591

16. Vane JR, Botting RM. **The mechanism of action of aspirin.** Throm Res. 2003; 110(5-6):255-8

17. Wong D, Wang, M, Cheng Y, et al. **Cardiovascular hazard and non-steroidal anti-inflammatory drugs.** Curr Opin. Pharmacol 2005; 5(2):204-10

18. Van Hecken A, et al. **Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers.** J Clin Pharmacol 2000; 40(10):1109-20

19. Pharmaceutical Research & Manufacturing Association, ***Pharmaceutical industry honors discovers on Celebrex.*** Press Release, 25 Mar 2002

20. Watson DJ, et al. **The upper gastrointestinal safety of rofecoxib vs NSAIDs: an updated combined analysis** Curr Med Res Opin 2004; 20(10):1539-48

21. MacDonald TM, et al. **Association of upper gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs with continued exposure: cohort study.** Br Med J; 315(7119):1333-7

22. Wong D, Wang M, Cheng Y , et al. **Cardiovascular hazard and non-steroidal anti-inflammatory drugs.** Curr Opin Pharmacol 2005;5(2):2104-10

23. Van Hecken A, et al. **Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers.** J Clin Pharmacol 2000; 40(10):110-20

24. PDR/Product Labels for Rofexicob

Exhibit 2

25. Code of Federal Regulations Title 21

    21 C.F.R. §312
    21 C.F.R §314
    21C.F.R. §201

26. FDA Advisory Committee Background Infonnation-1/21/05

27. Plaintiffs Position Paper in Re Vioxx Products Liability Litigation, MDL Docket No. 1657

28. Defendants Paper in Re Vioxx Products Liability Litigation, MDL Docket No. 1657

29. chttp://www.fda.gov/cder

30. chttp://www.fda.gov

**Exhibit 3**

To the best of my knowledge, I have testified as an expert at trials or by deposition within the past four years in the following matters:

1. Expert witness/consultant in In Re: Rezulin Products Liability Litigation MDL No. 1348

2. Andrea Shaw, Individually, and, Executor, and Trustee of the Decedent, et al. vs. Warner-Lambert Company, et al.

3. Dana Leon Lefler, et al. vs. Warner-Lambert Company, et al.

4. Shirley Griggs, et al. vs. Warner-Lambert Company, et al

5. Mary Rose Wakefield, Representative, Trustee, Michael Holmes vs. Warner-Lambert Company, et al.

6. Concepcion Morgado vs. Warner-Lambert Company, Parke-Davis Company and Pfizer, Inc.

