## Exhibit Index for Expert Report of Cornelia Pechmann

| Exhibit # | Start Bates | End Bates | Date | Title/Description |
|---|---|---|---|---|
| 1 | | | 1997 | American Association of Advertising Agencies, cited in Kotler's Marketing Management 9th Edition, 1997 Page 60 |
| 2 | | | | Cornelia Pechmann - Curriculum Vitae |
| 3 | | | 1998 | Advertising and Sales Promotion Strategy, Tellis, 1998, page 37 |
| 4 | MRK-ABA0003277 | MRK-ABA0003284 | 9/17/2001 | FDA Warning letter from Thomas Abrams to Raymond Gilmartin |
| 5 | | | 5/3/06 | McCaffrey deposition dated 5/3/06; pages 34, 44, 117-118, 123, 126, 164, 221-222, and 227-228. |
| 6 | MRK-MPF0173477 | MRK-MPF0173487 | | Table of Meck Sales Representative Meetings with Customer - McCaffrey, Michael. |
| 7 | | | | "Call Notes" of Vioxx sales representatives referencing customer Dr. McCaffrey |
| 8 | | | 4/25/06 | Mikola deposition dated 4/25/06; pages 29,54-55, 101-104, 225, and 372 |
| 9 | MRK-SMPF0000030 | MRK-SMPF0000039 | | Table of Meck Sales Representative Meetings with Customer - Mikola, Michael. |
| 10 | | | | "Call Notes" of Vioxx sales representatives referencing customer Dr. Mikola |
| 11 | MRK-AKT2331598 | MRK-AKT2331618 | 1/22/02 | Merck Dear Doctor letter to Dr. Mikolajczyk. |
| 12 | MRK-AKT3415343 | MRK-AKT3415349 | 3/28/2003 | Merck Dear Doctor letter to Dr. Mikolajczyk in response to PIR (Professional Information Request). |
| 13 | | | 4/20/06 | Barnett deposition dated 4/20/06; pages 249-251 |
| 14 | | | 9/30/05 | Baumgartner deposition dated 9/30/05; pages 22-23 |
| 15 | | | 11/29/05 | Blake deposition, 11/29/2005; pages 52 and 64 |
| 16 | | | 2/24/06 | Krahe deposition, 2/24/2006; pages 289-290 and 299-300 |
| 17 | | | 2/13/06 | Demopoulos deposition, 2/13/06 |
| 18 | MRK-ADJ0036867 | MRK-ADJ0036869 | 1/17/2001 | 2000 Year-End Media Analysis |
| 19 | MRK-AAO0000073 | MRK-AAO0000126 | 9/1/2000 | 2001 Profit Plan for Vioxx |
| 20 | MRK-ADJ0016201 | MRK-ADJ0016236 | 10/9/2001 | Annual Plan Vioxx 2002 Review |
| 21 | MRK-PRL0000114 | MRK-PRL0000115 | 3/27/2000 | Merck Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx |

| 22 | MRK-PRL0000122 | MRK-PRL0000123 | 4/28/2000 | Merck Press Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
|---|---|---|---|---|
| 23 | MRK-PRL0000170 | MRK-PRL0000172 | 2/8/2001 | Merck Press Release: FDA arthritis advisory committee reviews Merck s application for revised  labeling for Vioxx based on Vioxx gastrointestinal outcomes study |
| 24 | MRK-ABW0000581 | MRK-ABW0000607 | 2/8/2001 | FDA Advisory Committee Briefing Document |
| 25 | MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | Merck Press Release - Merck confirms favorable CV safety profile of Vioxx |
| 26 | MRK-P0003681 | MRK-P0003701 | 3/2000 | Advertising/Promotion 003325(1,3) [Vioxx promotional piece for physicians "Once Daily Power - Very Vioxx" (Liz Goodman, 85)] |
| 27 | MRK-P0005058 | MRK-P0005083 | 11/2001 | Advertising/Promotion 20101310(7-11) [Vioxx promotional piece for physicians that stated "REACH FOR THE POWER OF ONCE DAILY VIOXX"] |
| 28 | MRK-P0006161 | MRK-P0006172 | 2003 | Advertising/Promotion 20209247(1) [Promotional piece for physicians - "Strength. Safety. QD Simplicity"] |
| 29 | MRK-P0006240 | MRK-P0006251 | 2003 | Advertising/Promotion 20209248(1) [Promotional piece for physicians - "Power Against Pain"] |
| 30 | MRK-ADA0093521 | MRK-ADA0093618 | 04/13/2004 | Millward Brown Presentation "VIOXX Annual Review 2002 – 2003,  January – December |
| 31a | MRK-AKP0018305 | MRK-AKP0018331 | 06/06/2002 | Awareness, Action & Attributes for the A & A Franchise, T. Hayden, June 5, 2002 |
| 31b | MRK-AKP0021116 | MRK-AKP0021138 | 3/10/2003 | Hayden slides and Back up |
| 32 | MRK-AKP0009579 | MRK-AKP0010027 | | Millward Brown "Vioxx Chronic Pain Study" Dec. 1-17, 2000 |
| 33a | MRK-CAAD0001696 | MRK-CAAD0001757 | 1/8/2001 | Obstacle Response Guide Vioxx. Victory. In It to Win It. |
| 33b | MRK-BNTAC0000069 | MRK-BNTAC0000132 | | Obstacle Response Guide Vioxx. Victory. In It to Win It. |
| 33c | MRK-BNTAC0000938 | MRK-BNTAC0000939 | 5/1/2000 | Bulletin for Vioxx: New Obstacle Response (Obstacle Response #38) |
| 33d | MRK-BNTAE0000252 | MRK-BNTAE0000253 | 5/1/2000 | Bulletin for Vioxx: New Obstacle Response (Obstacle Response #38) |
| 34 | MRK-AAR0019055 | MRK-AAR0019060 | 1/1/2000 | CV Card |
| 35a | MRK-ADB0009039 | MRK-ADB0009042 | | Roadmap to CV Card |
| 35b | MRK-BNTAC0000936 | MRK-BNTAC0000937 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card |
| 35c | MRK-BNTAE0000246 | MRK-BNTAE0000247 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card |
| 36 | MRK-ACD0107518 | MRK-ACD0107520 | 2/8/2002 | FDA Telecon Minutes Re: Labeling Negotiations |

| 37 | | | 5/5/2005 | Memorandum from Rep. Henry Waxman Re: The Marketing of Vioxx to Physicians |
|---|---|---|---|---|
| 38a | MRK-AAR0007240 | MRK-AAR0007248 | 5/23/2001 | Bulletin for Vioxx Action Required: Response to New York Times Article |
| 38b | MRK-BNTAC0001349 | MRK-BNTAC0001352 | 5/23/2001 | Bulletin for Vioxx Action Required: Response to New York Times Article |
| 38c | MRK-BNTAE0000416 | MRK-BNTAC0000419 | 5/23/2001 | Bulletin for Vioxx Action Required: Response to New York Times Article |
| 39a | MRK-AAR0021103 | MRK-AAR0021108 | 8/21/2001 | Bulletin for Vioxx: Action Required: Response to JAMA, "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors" |
| 39b | MRK-BNTAC0001384 | MRK-BNTAC0001389 | 8/21/2001 | Bulletin for Vioxx: Action Required: Response to JAMA, "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors" |
| 39c | MRK-BNTAE0000438 | MRK-BNTAC0000443 | 8/21/2001 | Bulletin for Vioxx: Action Required: Response to JAMA, "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors" |
| 40a | MRK-AKP0023602 | MRK-AKP0023607 | 04/11/2002 | No. COX 02-029 Bulletin for VIOXX: Action Required: Label Change for VIOXX GI Outcomes Research Study and RA Indication: Obstacle Responses |
| 40b | MRK-BNTAE0000686 | MRK-BNTAE0000691 | 4/11/2002 | No. COX 02-030 Bulletin for VIOXX: Action Required: Label Change for VIOXX GI Outcomes Research Study and RA Indication: Obstacle Responses |
| 41 | MRK-ADG0057401 | MRK-ADG0057479 | 2002 | Tom Cannell, Executive Director, Marketing, Vioxx - PowerPoint Presentation 2002 |
| 42 | MRK-AAR0073258 | MRK-AAR0073258 | | VIDEO: Be the Power |
| 43 | MRK-ADO0105704 | MRK-ADO0105705 | 2002 | Orders placed in 2002 by Gail Dodd - Merck and Company Inc. / Order of 500,000 reprints of 2000 New England Journal of Medicine article by Bombardier et al. on the VIGOR |
| 44 | MRK-AHN0018228 | MRK-AHN0018237 | 3/1/2001 | Reprint Review- Web Based Training Storyboards / Training manual. |
| 45 | MRK-ABO0000070 | MRK-ABO0000071 | 2001 | Dear Dr. Schaeffer from Louis Sherwood |
| 46 | MRK-AAR0021110 | MRK-AAR0021110 | 8/30/2001 | Letter from Lewis Sherwood to Healthcare Provider |
| 47 | MRK-AKC0022187 | MRK-AKC0022209 | 10/08/2002 | VIOXX© Monthly EAR, August 2002, Michael Stanton |
| 48 | MRK-AJT0094138 | MRK-AJT0094156 | 7/18/2002 | "A New Paradigm for Understanding Physician Behavior" Christopher Posner |
| 49 | MRK-ADB0029964 | MRK-ADB0029968 | 4/31/2002 | Merck memo on the "Efficacy Guarantee" program. |

| 50 | MRK-ADG0056946 | MRK-ADG0056946 | 7/28/2002 | "Why are we Launching the Confidence Program?" email memo by Tom Cannell, Executive Director, Marketing. |
|----|----------------|----------------|-----------|-----------------------------------------------------------------------------------------------------------|
| 51 | MRK-ADA0036749 | MRK-ADA0036749 | 1/1/2001 | "Efficacy Guarantee" Consumer Advertisement |
| 52 | MRK-ADA0025761 | MRK-ADA0025761 | 4/19/2002 | "Efficacy Guarantee" Physician Advertisement |
| 53 | MRK-ACB0032500 | MRK-ACB0032501 | 6/18/2002 | "Efficacy Guarantee" 2 page Physician Advertisement |
| 54 | MRK-ABI0008139 | MRK-ABI0008214 | 1/31/2003 | "Operations Review for VIOXX January 31, 2003" Report |
| 55 | MRK-AKC0014303 | MRK-AKC0014320 | | "Promotion Message Recall Data" dtw Marketing Sept/Oct 2001 |
| 56 | MRK-ABX0006045 | MRK-ABX0006085 | 1/7/2001 | VIOXX Monthly EAR November 2001 |
| 57 | MRK-ADN0111549 | MRK-ADN0111600 | | "Project 'Power Play'" Report |
| 58 | MRK-AKP0032111 | MRK-AKP0032141 | 6/9/2003 | "April 2003 EAR Core Meeting Vioxx" Report |
| 59 | MRK-AKG0011691 | MRK-AKG0011710 | 12/14/2002 | "Market Research Findings. VIOXX© 1S03 Detail Piece Assessment." Report |
| 60 | MRK-ADY0003117 | MRK-ADY0003124 | 2/14/2002 | Rosenthal et al. New England Journal of Medicine article, February 14, 2002 |
| 61 | MRK-A0002893 | MRK-A0002894 | 3/2001 | Dorothy Hamill "Along with all the Great Memories" print advertisement, issued March 2001. Advertising/Promotion 20110325(1)(903) |
| 62 | MRK-ABW0004799 | MRK-ABW0004799 | 10/18/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label |
| 63 | MRK-A0004276 | MRK-A0004277 | 8/2003 | Dorothy Hamill "Morning Routine" print advertisement, issued August 2003 Advertising/Promotion 20350594(1)(910) |
| 64 | MRK-ACB0001449 | MRK-ACB0001486 | 06/07/2001 | "VIGOR DTC Strategy Meeting June 7th, 2001." |
| 65 | MRK-ACB0016913 | MRK-ACB0016984 | 07/30/2001 | "VIGOR Update June 29th, 2001" |
| 66 | MRK-ADN0003663 | MRK-ADN0003735 | 02/17/2000 | "Vioxx© DTC Research Review Doug Black and Alan Heaton February 17, 2000" |
| 67 | MRK-ADN0010135 | MRK-ADN0010148 | 03/07/2000 | "Consumer Perceptions of Side Effects for Vioxx© 'Stairs/Bath' and CELEBREX 'Bicycle' Alan Heaton March 7, 2000" |
| 68 | MRK-ABI0008659 | MRK-ABI0008683 | 7/12/2001 | US Long Range Operating Plan Franchise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib |
| 69a | MRK-ABW0005449 | MRK-ABW0005475 | | Profit Plan 2002-Merck A&A Franchise |
| 69b | | | 5/6/2002 | Prescription Drug Expenditures in 2001: Another Year of Escalating Costs |
| 69c | | | 5/2003 | Special Report: Fourth Annual Pharm Exec 50 |
| 69d | | | 5/2004 | Special Report: Pharm Exec 50 |
| 69e | | | | RXList The Top 200 Prescriptions for 2004 |

| 70 | | | 3/17/2004 | Anstice deposition dated 3/17/04; pages 596-597 |
|---|---|---|---|---|
| 71 | MRK-ABA0001301 | MRK-ABA0001309 | 11/23/2000 | Vioxx Gastrointestinal Outcomes Research (VIGOR) published in the New England Journal of Medicine in November 2000 [N Eng J Med 2000; 343: 1520-8] |
| 72 | | | 12/29/2005 | Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8. N Engl J Med. 2005 Dec 29;353(26):2813-4. |
| 73 | | | 3/16/2006 | Response to expression of concern regarding VIGOR study. N Engl J Med. 2006 Mar 16;354(11):1196-9. |
| 74 | | | 3/16/2006 | Expression of concern reaffirmed. N Engl J Med. 2006 Mar 16;354(11):1193. |
| 75 | EJT000211 | EJT000248 | 2/1/2001 | Targum Review of Cardiovascular Safety Database |
| 76 | | | | Anstice deposition dated 3/18/04; page 706 |
| 77 | MRK-GUE0003399 | MRK-GUE0003399 | 3/10/2000 | E-mail from Reicin to Shapiro, et al. re: VIGOR (CV Events are clearly there)" |
| 78 | MRK-ABS0164431 | MRK-ABS0164441 | 4/4/2000 | Dept. of Veteran Affairs Memo, April 4, 2000 - Revised Consent Form and Addendum |
| 79 | MRK-AAX0008561 | MRK-AAX0008581 | 10/15/2001 | Draft VIOXX Label |
| 80 | MRK-LBL0000063 | MRK-LBL0000066 | 4/1/2002 | Vioxx Label April 2002 |
| 81 | MRK-NJ0315892 | MRK-NJ0315894 | 2/26/1997 | Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol |
| 82 | MRK-AEI0002734 | MRK-AEI0002746 | 5/6/1998 | Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program |
| 83 | | | 8/16/1995 | Federal Register Vol. 60, No. 158, Aug. 16, 1995; 42581-84 |
| 84 | | | | Code of Federal Regulations Part 202 Prescription-drug Advertisements (21 CFR 202.1) |
| 85 | | | 3/2001 | DDMAC Draft Guidance for Industry Using FDA-Approved Patient Labeling in Consumer-Directed Print Advertisements |
| 86 | | | | DDMAC "Frequently Asked Questions" regarding Consumer-Directed Advertisements |
| 87 | MRK-ACB0019503 | MRK-ACB0019505 | 11/9/2000 | Frequently Asked Questions about DDMAC and Promotion Compliance |
| 88 | | | 6/26/1979 | Federal Register, Vol. 44, No. 124, June 26, 1979; 37447 |

Docs used in Pechmann's Direct

| P No. | Bates Start | Bates End | Date | Description/Title | Pechman Report Exh No. | Pechmann Expert Report Pages | Depo 1 | Depo 2 | Grossberg | Pre-admitted? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P1.0006 | MRK-ABA0003277 | MRK-ABA0003284 | 9/17/2001 | Warning letter from Thomas Abrams to Raymond Gilmartin | 4 | 9 | 129:14-135:25; 239:13-240:20; 261:22-263:4 | | 1961:14-1962:22; 2045:18-2048:12; 2064:5-2064:7; 2132:11-2132:14; 2134:14-2135:1 | Yes | |
| P1.0009 | MRK-AAO0000073 | MRK-AAO0000126 | 9/1/2000 | 2001 Profit Plan for Vioxx | 19 | 24-25, 28-29, 60, 68 | 185:2-185:8; 185:2-186:14 (discusses both 2001 and 2002 Profit plans) | 84:5-86:23 (also discuses Exh 20) | 1947:22-1950:7; 1981:9-1983:27; 2064:8-2064:15 | Yes | |
| P1.0069 | MRK-AAR0021110 | MRK-AAR0021110 | 8/30/2001 | Letter from Lewis Sherwood to Healthcare Provider | 46 | 47 | | | 1991:1-1993:28; 2066:9-2066:24; 2112:11-2113:9; 2128:18-2129:9 | Yes | |
| P1.0152 | MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx | 25 | 27-28 | | | 1987:1-1987:18; 1989:18-1990:28; 2066:1-2066:7 | Yes | |
| P1.0288 | MRK-ACI0013241 | MRK-ACI0013246 | 11/19/2001 | Attachments to Casola to Abrams letter | NA | NA | | | 2053:25-2055:26 | Yes | |
| P1.0581 | MRK-PRL0000114 | MRK-PRL0000115 | 3/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | 21 | 26 | | | | Yes | |
| P1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 4/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | 22 | 27 | | | 1986:13-1986:28; 1988:9-1989:17; 2065:17-2065:27; 2112:11-2113:9; 2119:16-2128:8 | Yes | |
| P1.0790 | MRK-V0000019 | MRK-V0000019 | | "Stairs/Bath" | ? | ? | | | 2022:25-2026:4; 2026:23-2028:2 | No | Not in expert report |
| P1.0805 | MRK-V 0000034 | MRK-V 0000034 | | "Dorothy Hamill -- Reflection" 60 | ? | ? | | | | No | Not in expert report |
| P1.1740 | MRK-ADO105704 | MRK-ADO105705 | | VIGOR article reprint orders placed in 2002 by Gail Dodd - Merck and Company Inc. (June and September 2002) | 43 | 42 | | | | No | |

| P1 No | Bates Begin | Bates End | Date | Reprint Review–Web Based Training Storyboards | Docs used in Pechman's Direct | | | | | No | Not in expert report |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 44 | 43, 51 | | | | | |
| P1.1741 | MRK-AHN0018228 | MRK-AHN0018237 | 3/1/2001 | | | | | | | No | |
| P1.1750 | MRK-AJM0000056 | MRK-AJM0000063 | 10/1/2001 | Letter from Anstice to Abrams at FDA re:NDA No 21-042 Vioxx Rofecoxib Tablets/ MACMIS ID 9456; Merck response to FDA Warning letter that Merck press release misrepresented cv risk for Vioxx | N/A | N/A | | | 2048:13-2053:23 | No | |
| P1.2002 | MRK-ADJ0016201 | MRK-ADJ0016236 | 10/09/01 | Annual Plan Vioxx 2002 Review | 20 | 25 | | 84:5-86:23 (also discusses Exh 19) | 1983:28-1986:4; 2065:1-2065:13 | No | |
| P1.2004 | MRK-P0005058 | MRK-P0005083 | 11/2001 | Advertising/Promotion 20101310(7-11) [Vioxx promotional piece for physicians that stated REACH FOR THE POWER OF ONCE DAILY VIOXX"] | 27 | 30 | | | 1994:17-1997:13; 2067:11-2067:24; 2112:11-2113:9 | No | |
| P1.2005 | MRK-P0006161 | MRK-P0006172 | 2003 | Advertising/Promotion 202092471(1) [Promotional piece for physicians - "Strength. Safety. QD Simplicity"] | 28 | 30-32 | 297-24-300:2 | 66:18-74:1 | 1994:1-1995:16; 2066:26-2067:9; 2112:11-2113:9; 2112:10-2119:15 | No | |
| P1.2006 | MRK-P0006240 | MRK-P0006251 | 2003 | Advertising/Promotion 202092481(1) [Promotional piece for physicians - "Power Against Pain"] | 29 | 30-32 | 297-24-300:2 | 74:2-75:12 | 2138:19-2139:15 | No | |
| P1.2008 | MRK-AKP0018305 | MRK-AKP0018331 | 06/06/2002 | Awareness, Action & Attributes for the A & A Franchise, T. Hayden, June 5, 2002 | 31a | 33, 57, 68 | 316:23-321:13 (Regarding Awareness Action Studies) | | | No | |
| P1.2011 | MRK-BNTAC0000069 | MRK-BNTAC0000132 | | Obstacle Response Guide Vioxx. Victory. In It to Win It. | 33b | 34, 35 | 235:1- 235:25; (Generally about Obstacles) | | 2001:20- 2007:28; 2068:14-2069:11 | No (but same as Krahe Ex 5 which is admissible) | |

Docs used in Pechmann's Direct

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| P1.2021 | MRK-AKP0023602 | MRK-AKP0023607 | 04/11/2002 | No. COX 02-029 Bulletin for VIOXX: Action Required: Label Change for VIOXX GI Outcomes Research Study and RA Indication: Obstacle Responses | 40a | 39, 40, 45 | 235:1- 235:25; (Generally about Obstacles) | | No |
| P1.2022 | MRK-BNTAE0000686 | MRK-BNTAE0000691 | 4/11/2002 | No. COX 02-030 Bulletin for VIOXX: Action Required: Label Change for VIOXX GI Outcomes Research Study and RA Indication: Obstacle Responses | 40b | 39-40, 45 | 235:1- 235:25; (Generally about Obstacles) | | No |
| P1.2024 | MRK-AKC0022187 | MRK-AKC0022209 | 10/08/2002 | VIOXX® Monthly EAR, August 2002, Michael Stanton | 47 | 48, 51-52 | 234:4-234:25; 182:19-182:25 | 76:16-84:3 (concerning both Expert Report Exhs 47 and 48); 105:5-108:1 (generally); 120:16-124:4 | No |
| P1.2025 | MRK-AJT0094138 | MRK-AJT0094156 | 07/18/02 | "A New Paradigm for Understanding Physician Behavior" Christopher Posner | 48 | 48-49 | 234:1-234:16; 303:1-304:9; 311:24-313:7 | 76:16-84:3 (concerning both Expert Report Exhs 47 and 48); 94:5-103:16 (generally) | No |
| P1.2027 | MRK-ADG0056946 | MRK-ADG0056946 | 07/28/02 | Why are we Launching the Confidence Program? email memo by Tom Cannell, Executive Director, Marketing. | 50 | 50 | 188:6-189:20; 301:10-301:21; 308:20-311:4; 314:7-315:4 (about Efficacy program in general) | 110:11-117:9; 120:16-125:23; 129:14-134:23 (generally) | No |

Docs used in Pechmann's Direct

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| P1.2028 | MRK-ADA0036749 | MRK-ADA0036749 | 01/01/01 | Efficacy Guarantee Consumer Advertisement | 51 | 50 | 186:6-189:20; 301:10-301:21; 308:20-311:4; 314:7-315:4 (about Efficacy program in general) | 110:11-117:9; 120:16-125:23; 129:14-134:23 (generally) | 1997:14-1999:17; 2067:26-2068:5; 2110:24-2113:6; 2112:11-2113:9 | No |
| P1.2030 | MRK-ACB0032500 | MRK-ACB0032501 | 06/18/02 | Efficacy Guarantee 2 page Physician Advertisement | 53 | 51 | 186:6-189:20; 301:10-301:21; 308:20-311:4; 314:7-315:4 (about Efficacy program in general) | 110:11-117:9; 120:16-125:23; 129:14-134:23 (generally) | 1999:18-2001:13; 2068:7-2068:12; 2102:8-2110:23; 2112:11-2113:9; 2139:16-2140:10 | No |
| P1.2032 | MRK-ABX0006045 | MRK-ABX0006085 | 01/07/01 | VIOXX Monthly EAR November 2001 | 56 | 57-58 | 173:15-175:1; 232:9-234:13; 301:22-304:19 | 94:5-103:16; 105:5-108:1 (generally) | | No |
| P1.2034 | MRK-AKP0032111 | MRK-AKP0032141 | 06/09/03 | April 2003 EAR Core Meeting Vioxx Report | 58 | 58-59 | 232:9-234:13; 301:22-304:19 | 94:5-103:16; 105:5-108:1 (generally) | | No |
| P1.2035 | MRK-AKG0011691 | MRK-AKG0011710 | 12/14/02 | Market Research Findings. VIOXX® 1S03 Detail Piece Assessment. Report | 59 | 59-60 | 228:19-232:14; 297:24-300:18 | | | No |
| P1.2038 | MRK-A0004276 | MRK-A0004277 | 8/2003 | Dorothy Hamill Morning Routine print advertisement, issued August 2003 Advertising/Promotion 20350594(1)(910) | 63 | 62 | | | | No |
| P1.2044 | MRK-ACB0019503 | MRK-ACB0019505 | 11/9/2000 | "Frequently Asked Questions about DDMAC and Promotion Compliance | 87 | 87 | | | | No |
| P1.2044 | MRK-ACB0019503 | MRK-ACB0019505 | 11/9/2000 | Frequently Asked Questions about DDMAC and Promotion Compliance | 87 | 87 | | | | No |

Docs used in Pechman's Direct

| | MRK Bates Begin | MRK Bates End | Date | Description | | | | | | Not on P's Exhibit list or expert report but on D's List |
|---|---|---|---|---|---|---|---|---|---|---|
| P2.0146 | MRK-ABA0001301 | MRK-ABA0001309 | 11/23/2000 | Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis by Claire Bombardier, et al., New England Journal of Medicine, Vol. 343, Issue 21, Pg. 1520-1528 | 71 | 72 | 45:1-45:25; 60:7; 61:2; 163.21-166:13;225:6-225:16; 252:22-254:5 | 1957:10-1957:21; 1960:18-1960:21 | No | Not on P's Exhibit list or expert report but on D's List |
| DX.359 | MRK-AAF0007894 | MRK-AAF0007894 | 1/2/2002 | FDA Letter from Laura Governale to Thomas Casola. | N/A | N/A | | 2055:27-2058:12; 2063:25-2064:3 | No | |
| Krahe Ex. 5 | MRK-CAAD0001696 | MRK-CAAD0001757 | 1/8/2001 | Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. | 33a | 33-35 | 235:1- 235:25 (Generally about Obstacles) | 2001:20-2007:28; 2068:14-2069:11; 2147:16-2148:21; 2149:28-2152:14 | Yes | |
| McCaffrey Ex. 16 | | | | Document entitled Call Notes | 7 | 17 | 199:18-204:3; 210:2-210:15; 211:3-213:17; 216:14-216:24; 237:1-237:6; 274:1-274:17 | | Yes | |
| McCaffrey Ex. 17 | MRK-MPF0173477 | MRK-MPF0173487 | | Table of Merck Sales Representative Meetings with Customer - McCaffrey. | 6 | 16 | 275:12-275:17 (generally) | | Yes | |
| Mikola Ex. 22 | | | | Call Notes | 10 | 18 | 220:19-220:23; 237:1-237:6; 274:1-274:17 | | No | |
| Mikola Ex. 9 | MRK-SMPF0000030 | MRK-SMPF0000039 | | Table of Merck Sales Representative Meetings with Customer - Mikola, Michael. | 9 | 18 | 211:10-212:19; 275:12-275:17 (generally) | | Yes | |
| N/A | MRK-AKT0421559 | MRK-AKT0421567 | 10/24/2000 | Letter from Jeffrey Melin to Dr. Michael McCaffrey | N/A | N/A | | | No | Not on P's Exhibit list or expert report |

Docs used in Pechmann's Direct

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gerald Barnett 4/20/06 Depo (excerpts) | 4/20/2006 | Various depo cuts from Barnett. 4/20/2006 deposition. | 13 | 21 | 57:3-57:7; 57:16-57:7; 221:13-221:22 (generally) | | |
| Krahe Deposition 2/24/2006, p. 218 | 2/24/2006 | Krahe Deposition 2/24/2006, p. 218 | 16 | 23, 25 | 266:15-266:19 (generally) | | |
| McCaffrey 5/3/2006 Depo (excerpts) | 5/3/2006 | Various depo cuts from McCaffrey. 5/3/2006 deposition. | 5 | 16-17 | 139:17-139:22; 196:2-199:13; 216:14-216:24; 228:10-228:16; 280:15-280:17 (generally) | | Page 99 of McCaffrey Depo not designated (slide 60) |
| Mikola 4/25/2006 Depo (excerpts) | 4/25/2006 | Various depo cuts from Mikola. 4/25/2006 deposition. | 8 | 18-19 | 108:16-111:7; 216:14-216:24; 228:10-228:16; 276:2-276:10 (generally) | | D Objections to p. 360-1 and P. 372 of Mikola Depo sustained (slides 51 and 92) |

**CORNELIA (CONNIE) PECHMANN**
**PROFESSOR, MARKETING**
**THE PAUL MERAGE SCHOOL OF BUSINESS**
**UNIVERSITY OF CALIFORNIA, IRVINE**
**IRVINE, CALIFORNIA 92697**

| | | | |
|---|---|---|---|
| **HOME:** | 1604 Harkness Street. | **PHONES:** | (949) 824-4058 (work) |
| | Manhattan Beach, CA 90266 | | (949) 725-2840 (work fax) |
| **EMAIL:** | cpechman@uci.edu | | (310) 372-9007 (home) |
| **WEB:** | http://web.gsm.uci.edu/~cpechmann/ | | (310) 372-9008 (home fax) |

## TEACHING AND RESEARCH AFFILIATIONS SINCE PH.D.
- Graduate School of Management, University of California, Irvine (UCI)
- Renamed The Paul Merage School of Business in 2005.
  - UCI Graduate School of Management (GSM)
    - Assistant Professor of Marketing, Fall 1988 - Spring 1995
    - Associate Professor of Marketing, Summer 1995 - Spring 2003
    - Full Professor of Marketing, Summer 2003 - present
  - UCI School of Social Ecology, Department of Environmental Analysis and Design
    - Adjunct Professor, Fall 1997 - present
  - UCI Center for Health Policy & Research
  - UCI Transdisciplinary Tobacco Use Research Center
  - UCI Cancer Center

## TEACHING AFFILIATION PRIOR TO PH.D.
California State University - Fullerton, School of Business Administration and Economics
  - Assistant Professor of Marketing, Fall 1986 - Spring 1988

## TEACHING AND SERVICE AWARDS
2005 Co-chair of Association for Consumer Research North American Conference
2004 UCI Graduate School of Management "Exceptional Faculty Service" Award
2004 Journal of Public Policy & Marketing "Exceptional Contribution by Reviewer" Honorable Mention
2003 Graduate School of Management "Best Elective" course in Full Time MBA program
2001 Charles and Twyla Martin Excellence in Teaching Award, GSM, UCI
2001 Business 2.0 "Key Professor" List, in article on 20 Top Technology-Savvy Business Schools
2000 Lincoln Mercury Marketing Lab Sponsorship, GSM, UCI (5 year sponsorship)
2000 Conexant Teaching Award, GSM, UCI
2000 BusinessWeek, B-Schools Rankings & Profiles, "Most Popular Professors" Listing
2000 BusinessWeek, B-Schools Rankings & Profiles, "Most Popular Electives" Listing
2000 Journal of Consumer Research "Outstanding Reviewer" Award
1999 Journal of Public Policy & Marketing "Exceptional Contribution by Reviewer" Award

## PARTIAL LIST OF ACADEMIC AND PROFESSIONAL HONORS
"Best Paper in 2002" Award, Journal of Consumer Research (awarded in 2005)
List of Top 50 Marketing Scholars, 2003 (based on citation counts)
Who's Who in Economics, Fourth Edition, 2002 (based on citation counts)
Chair of Liangyan Wang's dissertation, co-winner of ACR-Sheth dissertation proposal competition 2006
Chair of Terry Zhao's dissertation, runner-up in SCP-Sheth dissertation proposal competition 2004
Chair of Dipayan Biswas' dissertation, recipient of ACR-Sheth dissertation proposal competition 2002
Marketing Science Institute Alden G. Clayton Dissertation Award 1987
American Marketing Association Doctoral Consortium Faculty Member 1993, 1997, 2001
American Marketing Association Doctoral Consortium Fellow, 1986
Phi Beta Kappa National Honor Society (President)

Beta Gamma Sigma National Honor Society (Management)
Alpha Lambda Delta National Honor Society (Psychology)
Bucknell University Rhodes Scholar Nominee
Who's Who of American Women
Who's Who in Advertising
Who's Who in Executives and Professionals
Who's Who in Finance and Business
Who's Who in the West
Who's Who in the World
Who's Who in Executives and Professionals

**COURSES TAUGHT**
Introduction to Marketing, Undergraduate
Consumer Behavior, Undergraduate
Freshman Seminar on Tobacco Use Prevention, Undergraduate
Principles of Marketing for Management, MBA
Consumer Behavior, MBA
Database Marketing, MBA
Micro Marketing, MBA
Marketing IT Lab, MBA (on GIS and POS systems)
Marketing Field Study Projects, MBA
Design of Experiments and Quasi Experiments (Ph.D.)
Analysis of Data from Experiments & Quasi Experiments (Ph.D.)
Research Topics in Marketing (Ph.D., team taught)

**EDUCATION**

| | |
|---|---|
| Vanderbilt University, Nashville, TN | August 1988, Ph.D. (Marketing Management) |
| | December 1985, M.B.A. (Marketing Management) |
| | May 1985, M.S. (General Psychology) |
| Bucknell University, Lewisburg, PA | May 1981, B.A. (Psych/Spanish), Summa Cum Laude |

**DOCTORAL DISSERTATION IN MARKETING MANAGEMENT**
The Development and Partial Validation of a Contingency Model of Comparative Advertising

**MASTER'S THESIS IN GENERAL PSYCHOLOGY**
Development of a Scale to Measure the Marital Role Dissonance of Parents with Diabetic Children

**GRANTS**

| | |
|---|---|
| Tobacco-Related Disease Research Program of the State of California 2005 | $480,000 |
| UCI Transdisciplinary Tobacco Use Research Center 2003 (Pilot) | $ 25,000 |
| Tobacco-Related Disease Research Program of the State of California 2000 | $590,375 |
| Tobacco-Related Disease Research Program of the State of California 1999 (Pilot) | $ 10,000 |
| Tobacco-Related Disease Research Program of the State of California 1997 | $136,953 |
| Palmer Jarvis Advertising (for Health Canada) 1996 | $ 3,759 |
| Tobacco-Related Disease Research Program of the State of California 1993 | $192,570 |
| U.C.I. Graduate School of Management, Office of Research Grant 1993 | $ 3,667 |
| Tobacco-Related Disease Research Program of the State of California 1991 | $ 72,837 |
| U.C.I. Faculty Career Development Grant 1990 | $ 8,563 |
| U.C.I. Faculty Research Grant 1990 | $ 3,600 |
| National Institute of Mental Health Undergraduate Research Grant 1976 | $ 5,000 |

## MANUSCRIPTS IN REVIEW

1. "The Impact of Regulatory Focus on Adolescents' Response to Antismoking Advertising Campaigns," G. Zhao and C. Pechmann, conditionally accepted at *Journal of Marketing Research.*

2. "How to Present Product Efficacy Data to Consumers? The Effects of Presentation Format on Belief Updating, Product Judgments, and Judgment Accuracy," D. Biswas and C. Pechmann, in review at *Journal of Marketing Research.*

## REFEREED PUBLICATIONS

### Journal Articles (chronological order)

1. Pichert, J.W., S.L. Hanson, and C. Pechmann (1984), Modifying Dieticians' Use of Patient Time," *The Diabetes Educator*, 10, 1, 43-46.

2. Pichert, J.W., S.L. Hanson, and C. Pechmann (1985), "A System For Assessing Use of Patients' Time," *Evaluation and The Health Professions*, 8, 1, 39-54.

3. Stewart, D.W., C. Pechmann, S. Ratneshwar, J. Stroud, and B. Bryant (1985), "Methodological and Theoretical Foundations of Advertising Copytesting: A Review," in *Current Issues and Research in Advertising*, J.H. Leigh and C.R. Martin, eds., Ann Arbor, MI: The University of Michigan Press, 1-74.

4. Pechmann, C. and D. W. Stewart (1988), "Advertising Repetition: A Critical Review of Wearin and Wearout," in *Current Issues and Research in Advertising*, J.H. Leigh and C.R. Martin, eds. Ann Arbor, MI: The University of Michigan Press, p. 285-330.

5. Stewart, D.W., G.B. Hickson, C. Pechmann, S. Koslow, and W.A. Altemeier (1989), "Information Search and Decision Making in the Selection of Family Health Care," *Journal of Health Care Marketing*, 9, 2 (June), 29-39.

6. Pechmann, C. and D. W. Stewart (1990), "The Effects of Comparative Advertising on Attention, Memory, and Purchase Intentions," *Journal of Consumer Research*, 17 (September), 180-191.

7. Pechmann, C. and S. Ratneshwar (1991), "The Use of Comparative Advertising for Brand Positioning: Association versus Differentiation," *Journal of Consumer Research*, 18 (September), 145-160.

8. Pechmann, C. and D.W. Stewart (1991), "How Direct Comparative Ads Promoting Low, Moderate and High Share Brands Affect Brand Choice," *Journal of Advertising Research*, 31 (December), 47-55.

9. Pechmann, C. (1992), "Predicting When Two-Sided Ads Will Be More Effective Than One-Sided Ads: The Role of Correlational and Correspondent Inferences," *Journal of Marketing Research*, 29 (November), 441-453.

10. Pechmann, C. and S. Ratneshwar (1992), "Consumer Covariation Judgments: Theory or Data Driven?" *Journal of Consumer Research,* 19 (December), 373-386.

11. Pechmann, C. and S. Ratneshwar (1994), "The Effects of Anti-Smoking and Cigarette Advertising on Young Adolescents' Perceptions of Peers Who Smoke," *Journal of Consumer Research,* 21 (September), 236-251.

3

12.   Pechmann, C. and G. Esteban (1994), "Persuasion Processes Associated with Direct Comparative and Noncomparative Advertising and Implications for Advertising Effectiveness," *Journal of Consumer Psychology*, 2(4), 403-432.

13.   Pechmann, C. (1996), "Do Consumers Overgeneralize One-sided Comparative Price Claims and Are More Stringent Regulations Needed?" *Journal of Marketing Research*, 33 (May), 150-162.

14.   Ratneshwar, S., C. Pechmann, and A.D. Shocker (1996), "Goal-Derived Categories and the Antecedents of Across-Category Consideration," *Journal of Consumer Research*, 23 (December), 240-250.

15.   Pechmann, C., P. Dixon, and N. Layne (1998), "An Assessment of the United States and Canadian Smoking Reduction Objectives for Year 2000," *American Journal of Public Health*, 88 (September), 1362-1367.

16.   Pechmann, C. and C.F. Shih (1999), "Smoking Scenes in Movies and Antismoking Advertisements Before Movies: Effects on Youth," *Journal of Marketing*, 63 (July), 1-13.
      o   **Presented at California legislative hearings on smoking in movies**
      o   **Presented to National Association of Attorneys' General**
      o   **Presented to National Association of Theater Owners**

17.   Pechmann, C. and E.T. Reibling (2000), "Planning an Effective Anti-Smoking Mass Media Campaign Targeting Adolescents," *Journal of Public Health Management and Practice*, 6 (3), 80-94.

18.   Pechmann, C. and E.T. Reibling (2000), "Anti-Smoking Advertising Campaigns Targeting Youth: Case Studies from USA and Canada," *Tobacco Control*, Supplement II, Volume 9, ii18-ii31.

19.   Ratneshwar, S., L.W. Barsalou, C. Pechmann, and M. Moore (2001), "Goal-Derived Categories: The Role of Personal and Situational Goals in Category Representations," *Journal of Consumer Psychology*, 10 (3), 147-158.

20.   Pechmann, C. (2001), "A Comparison of Health Communication Models: Risk Learning Versus Stereotype Priming," *Media Psychology*, 3 (2), 189-210.

21.   Pechmann, C. and S. J. Knight (2002), "An Experimental Investigation of the Joint Effects of Advertising and Peers on Adolescents' Beliefs and Intentions about Cigarette Consumption," *Journal of Consumer Research*, 29 (June), 5-19.
      o   **Selected "Best Paper in 2002" by Journal of Consumer Research**
      o   **Reprinted in "Consumer Behavior II: The Meaning of Consumption, Volume 4 Advertising and Consumption" Margaret K. Hogg ed., London, UK: Sage Publications, 2006, pages 261-287.**
      o   **Presented during trial of U.S. Attorney General's case against tobacco firms, 2005**

22.   Pechmann, C. (2002), "Overview of the Special Issue on Social Marketing Initiatives," *Journal of Public Policy and Marketing*, 21 (Spring), 1-2.

23.   Kelder, S., C. Pechmann, M.D. Slater, J.K. Worden, and A. Levitt (2002), "The National Youth Anti-drug Media Campaign," *American Journal of Public Health*, 92 (8), 1211-1212 (letter).

24. Pechmann, C., G. Zhao, M.E. Goldberg, and E.T. Reibling (2003), "What to Convey in Antismoking Advertisements for Adolescents? The Use of Protection Motivation Theory to Identify Effective Message Themes," *Journal of Marketing*, 67 (April), 1-18.

25. Foley, D. and Pechmann, C. (2004), "The National Youth Anti-Drug Media Campaign Copy Test System," *Social Marketing Quarterly*, X-Special Issue (2-Summer), 34-42.

26. Pechmann, C., L. Levine, S. Loughlin, and F. Leslie (2005), "Impulsive and Self-conscious: Adolescents' Vulnerability to Advertising and Promotion, *Journal of Public Policy and Marketing,* 24 (Fall), 202-221.

27. Pechmann, C. and E.T. Reibling (2006), "Antismoking Advertisements for Youth: An Independent Evaluation of Health, Counter-industry, and Industry Approaches," *American Journal of Public Health*, 96 (May), 906-913.

**Book Chapters and Edited Volumes (chronological order)**

28. Pechmann, C. and D.W. Stewart (1988), "The Multidimensionality of Persuasive Communication: Theoretical and Empirical Foundations," in *Cognitive and Affective Responses to Advertising*, A. Tybout and P. Cafferata eds., Lexington, MA: Lexington Press, 31-65.

29. Pechmann, C. and D.W. Stewart (1994), "The Psychology of Comparative Advertising" in *Attention, Attitude and Affect in Response to Advertising*, E. M. Clark, T. C. Brock, and D. W. Stewart eds., Hillsdale, NJ: Lawrence Erlbaum Associates, 79-96.

30. Pechmann, C. (1997), "Does Antismoking Advertising Combat Underage Smoking? A Review of Past Practices and Research," in *Social Marketing: Theoretical and Practical Perspectives*, M.E. Goldberg, M. Fishbein and S. Middlestadt eds., Hillsdale, NJ: Lawrence Erlbaum Associates, 189-216.

31. D. Grewal and C. Pechmann (1998), Editors of *American Marketing Association Winter Educators' Conference Proceedings: Marketing Theory and Applications,* Volume 9, Chicago, Illinois: American Marketing Association.

32. Pechmann, C. (2002), "Changing Adolescent Smoking Prevalence: Impact of Advertising Interventions," in *Changing Adolescent Smoking Prevalence: Where It Is and Why,* D. Burns, ed., Silver Spring, MD: National Cancer Institute, 171-181.

33. Pechmann, C., L. Fitzsimons and A. Chamie (2003), "Using Geographic Information Systems for Marketing Research," *Marketing Research,* A. Parasuraman, D. Grewal and R. Krishnan, eds., Houghton Mifflin Co., Chapter 5, 128-155.

34. Pechmann, C. and Slater, M.D. (2005), "Social Marketing Messages That May Motivate Irresponsible Consumption Behavior," in *Inside Consumption: Frontiers of Research on Consumer Motives, Goals, and Desires,* D. Mick and S. Ratneshwar, eds., London, UK: Routledge, 185-207, 185-207.

35. Pechmann, C. and Price, L. (2006), Editors of *Advances in Consumer Research,* Volume 33, Duluth, MN: Association for Consumer Research.

36. Pechmann, C. and E. Johnson (2007), "Grant Funding Opportunities and Challenges for Transformative Consumer Research," *Advances in Consumer Research,* Volume 34, Duluth, MN: Association for Consumer Research (forthcoming).

**Conference Proceedings Papers (chronological order)**

37.  Pechmann, C. (1983), "A System For Assessing Use of Time in Clinic," in *Diabetes*, New York, NY: American Diabetes Association, 20.

38.  Stewart, D.W., G.B. Hickson, S. Ratneshwar, C. Pechmann, and W. Altemeier (1985), "Information Search and Decision Strategies Among Health Care Consumers," in *Advances in Consumer Research,* Volume 12, E.C. Hirschman and M.B. Holbrook eds., Provo, Utah: Association for Consumer Research, 252-257.

39.  Stewart, D.W., C. Pechmann, S. Ratneshwar, J. Stroud, and B. Bryant (1985), "Advertising Evaluation: A Review of Measures," in *Marketing Communications - Theory and Research*, M.J. Houston and R.J. Lutz eds., Chicago, IL: American Marketing Association, 3-6.

40.  Pechmann, C. and D.W. Stewart (1989), "A Learning Perspective of How Advertising Works: The Accumulation Model of Advertising Response," in the *Proceedings of the Division of Consumer Psychology*, Washington, DC: American Psychological Association, 97-99.

41.  Pechmann, C. and D.W. Stewart (1989), "Nonverbal Communication in a Natural Context: Consumer Markets," in the *Proceedings of the Division of Consumer Psychology*, Washington, DC: American Psychological Association, 68-71.

42.  Pechmann, C. (1990), "How Do Consumer Inferences Mediate the Effectiveness of Two-Sided Messages?" in *Advances in Consumer Research,* Volume 17, M. Goldberg, G. Gorn and R. Pollay eds., Provo, Utah: Association for Consumer Research, 337-341.

43.  Pechmann, C. and S. Ratneshwar (1990), "The Use of Comparative Advertising for Positioning Unfamiliar Brands: The Moderating Role of Attribute Typicality," in the *Proceedings of the Society for Consumer Psychology*, Washington, DC: American Psychological Association, 35-36.

44.  Pechmann, C. and G. Esteban (1991), "How Comparative Ads Affect Persuasion: The Moderating Role of Prior Motivation" in the *Proceedings of the Society for Consumer Psychology*, Washington, DC: American Psychological Association, 11.

45.  Pechmann, C. and S. Ratneshwar (1993), "Smoking-Related Advertising and Its Effects on Preteens: A Social Cognitive Perspective," in *Advances in Consumer Research*, Volume 20, L. McAlister and M. Rothschild eds., Provo, Utah: Association for Consumer Research, 265.

46.  Ratneshwar, S., C. Pechmann and A.D. Shocker (1994), "Consumer Consideration Sets and Choice Across Nominal Categories: The Role of Individual and Situational Goals," *Advances in Consumer Research,* Volume 22, C.T. Allen and D. Roedder John eds., Provo, Utah: Association for Consumer Research, 589.

47.  Pechmann, C. (1995), "When and How Extraneous Reference Prices Deter Choice of Competitors: Alternative Mediational Paths and Implications for Consumer Deception," *Advances in Consumer Research,* Volume 21, F.R. Kardes and M. Sujan eds., Provo, Utah: Association for Consumer Research, 430-431.

48.  Pechmann, C. and S.J. Knight (1996), "Cigarette Ads, Anti-Smoking Ads and Peers: Why Do Underage Youths Start Smoking Cigarettes?" *Advances in Consumer Research,* Volume 23, K.P. Corfman and J. Lynch eds., Provo, Utah: Association for Consumer Research, 267.

49.     Pechmann, C. and C.F. Shih (1997), "How Smoking in Movies and Antismoking Ads Before Movies may Affect Teenagers' Perceptions of Peers who Smoke, *Advances in Consumer Research,* Volume 24, M. Brucks and D.J. MacInnis eds., Provo, Utah: Association for Consumer Research, 62-63.

50.     Pechmann, C. and M.E. Goldberg (1999), "Should Anti-smoking Ads Attempt to Denormalize Tobacco Use? Alternative Perspectives and Theoretical Frameworks," *Advances in Consumer Research,* Volume 26, E. Arnold and L. Scott, eds., Provo, Utah: Association for Consumer Research, 410-411.

51.     Pechmann, C., M.E. Goldberg, E.T. Reibling and G. Zhao (2001), "Antismoking Advertising Campaigns Targeting Youth in the U.S. and Canada," *Proceedings of the 2001 Conference of the American Academy of Advertising,* C.R. Taylor, ed., Villanova, PA: Villanova University.

52.     Pechmann, C. et al. (2001), "Adolescents and Cigarette Advertising in Popular Magazines: The Fifteen Percent Rule and Beyond," *Marketing and Public Policy Conference Proceedings,* Chicago, Illinois: American Marketing Association, 47-51.

53.     Pechmann, C and E.T. Reibling (2003), "Research on Antismoking Advertising Messages For Youth," American Public Health Association 2003 Conference Abstracts, *http://apha.confex.com/apha/131am/techprogram/paper_59362.htm*.

**Published Working Papers (chronological order)**

54.     Pechmann, C. and D.W. Stewart (1990), "Advertising Repetition: A Critical Review of Wear-In and Wear-Out," Marketing Science Institute, 90-106.

55.     Pechmann, C. and D.W. Stewart (1990), "The Development of a Contingency Model of Comparative Advertising," Marketing Science Institute, 90-108.

56.     Pechmann, C. and S. Ratneshwar (1993), "Advertising Versus Prior Beliefs: Does Anti-Smoking and Cigarette Advertising Alter Young Adolescents' Perceptions of Smokers?", Marketing Science Institute, 93-125.

### TECHNICAL REPORT

57.     Pechmann, C. and M.E. Goldberg (1998), "Evaluation of Ad Strategies for Preventing Youth Tobacco Use," report submitted to the California Tobacco Related Disease Research Program.
        o   **Highlighted in Tobacco-Related Disease Research Program "Report of Research 1990 – 2000," p. 20.**

### PRESENTATIONS AT ACADEMIC CONFERENCES (alphabetical order)

Advertising and Consumer Psychology (1985, 1987, 1995)
American Academy of Advertising (1989, 1992, 2001)
American Diabetes Association (1983)
American Marketing Association (1985-1989, 2004, 2005)
American Public Health Association (2003)
American Psychological Association (1982, 1989-1992, 1994, 1998)
Association for Consumer Research (1987-1996, 1998, 2005, 2006)
Evaluation Network/Evaluation Research Society (1982)
Public Policy and Marketing Conference (1994, 2000, 2001,2006)

Society for Consumer Psychology (1997)
Tobacco-Related Disease Research Program, Annual Investigator Meeting (1993, 1997, 1998)

## INVITED PRESENTATIONS (most current listed first)

University of Southern California, Risk Research Workshop, June 2006
BUZZ, An Executive Women's Think Tank, February 2006
Reims Management School, Reims France, February 2006
Stanford University, Department of Marketing, January 2006
University of California Irvine, HCEMBA luncheon talk, July 2005
INSEAD, France, Department of Marketing, April 2005
University of Southern California, Annenberg School for Communication, January 2005
Colorado State University, Ft. Collins, Marketing Dept., November 2004
University of Missouri, Columbia, Marketing Dept., October 2004
Researching Risk Workshop, University of Utah, May 2004
UCI Transdisciplinary Tobacco Use Research PhD trainee program, guest speaker, Spring 2003
University of Pennsylvania, Annenberg Center, Conference on "Reducing Adolescent Risk," June 2002
University of Oregon, Department of Marketing, April 2002
UCLA/USC/UCI Marketing Colloquium, University of California, Los Angeles, April 2002
UCI Transdisciplinary Tobacco Use Research undergraduate class, guest speaker, Fall 2001
American Marketing Association, Doctoral Consortium, University of Miami, June 2001
University of California, Irvine, Graduate School of Management, Corporate Partners, May 2001
Pennsylvania State University, Dept. of Marketing, talks on tobacco research, ITM for MBAs, May 2001
UCI, Transdisciplinary Tobacco Use Research undergraduate class, guest speaker, Fall 2000
University of California, Irvine, Dept. of Psych. & Social Beh., School of Social Ecology, October 2000
Association for Consumer Research Doctoral Consortium, Annual Conference, October 2000
University of Southern California, Instit. for Health Promotion & Disease Prev. Research, July 2000
Georgetown University, School of Business, April 2000
Tri-County Regional Team, Tobacco Education and Prevention, Ventura CA, March 2000
University of California, Irvine, Health Research Seminar, School of Social Ecology, January 2000
University of California, San Diego, Tobacco Control Policies Project, May 1999
University of California, Los Angeles (UCLA), Marketing Camp, January 1999
University of Alabama, Department of Marketing, December 1998
Tobacco-Related Disease Research Program, Annual Investigator Meeting, Plenary Session, Dec 1998
Simi Valley, CA High School Journalism Competition, November 1998
California State Senate Judiciary Committee Hearing on "Antismoking Advertising," October 1998
The Depiction of Tobacco and Illicit Drug Use in Entertainment Forum, June 1998
Project Directors' Meeting, California Department of Health Services, May 1998
University of Pennsylvania, Wharton School of Business Administration, April 1998
University of California, Irvine, Tobacco Research Mini-Conference, March 1998
Dartmouth University, Medical School, Cancer Center, December 1997
California State Senate Judiciary Committee Hearing on "Smoking in the Movies," October 1997
American Marketing Association Doctoral Consortium, University of Cincinnati, August 1997
University of Houston, Department of Marketing, April 1997
Seminar on Conducting Applied Research, CA Dept. of Health Services, Spring 1997
National High School Journalism Convention, CA Dept. of Health Services and Rogers & Assoc., 1996
Televised Press Conference, CA Depart. of Health Services and Rogers & Assoc., 1995
Ph.D. Student Information Session, Association for Consumer Research Conference, October 1995
GSM Corporate Partners and Faculty Speaker Series, June 1995
University of Southern California, UCLA/USC/UCI Marketing Colloquium, June 1995

8

University of Washington, Department of Marketing, March 1995
Washington State University, Department of Marketing, Winter 1993
Tobacco-Related Disease Research Program, First Scientific Conference, December 1993
American Marketing Association Doctoral Consortium, University of Illinois, August 1993
University of Southern California, Instit. for Health Promotion & Disease Prev. Research, Nov. 1992
University of Southern California, UCLA/USC/UCI Marketing Colloquium, June 1991
University of California, Santa Barbara, Department of Psychology, May 1990

### MEDIA COVERAGE OF RESEARCH (partial list, most current listed first)

- American Academy of Advertising Newsletter, Featured Research, Dec. 2006 (forthcoming).
- Baker, Sam (2006), "Can teens handle the anti-smoking Truth?" June 27, 2006.
- BUZZ: An Executive Women's Think Tank, Newport Beach, California, February 28, 2006.
- *REAL ORANGE* interview on KOCE-TV, Antismoking Messages in TV Sitcoms, July 15, 2005
- Mike Beirne, Brandweek.com, Effectiveness of anti-smoking messages in sit coms, July 5, 2005
- Gregory, John (2004), "Groundbreaking Research on Antismoking Ads," *i Magazine*, UC Irvine Graduate School of Management, Winter 2004, Issue 4, p. 4.
- Burton, Scot et al. (2003), "Certain Themes in Anti-smoking Ads Deter Teens," *Marketing News*, April 14, p. 30.
- Fairclough, Gordon (2002), "Study Slams Philip Morris Ads Telling Teens Not to Smoke," *Wall Street Journal,* May 29, B1.
- Newman, Deirdre (2002), "Ahead of the Curve," *Daily Pilot,* a division of the *LA Times*, Feb. 26.
- *Prevention File* (2001), "A Q&A With Connie Pechmann," Orange County, CA Edition, Spring, 3-4.
- Martelle, Scott & Yi, Daniel (2001), "Diversity Comes with Division," *LA Times,* April 15, B1 & B5.
- Dill, Mallorre (2000), "Butt-Kicking Advertising," *AdWeek,* November 6, p. 28.
- Rose, Jaimee (2000), "Messages that Cut Through the Smoke," *LA Times*, Aug. 20, B2.
- Orange County Newschannel (2000), Prime Story, Report on Antismoking Advertising Campaigns Targeting Youth, August 15.
- Johansson, Catrine (2000), *Irvine Spectrum News,* "Study Dissects Anti-smoking Campaigns' Effect on Teens," July 24-28, A5 & A7.
- Morgan, John (2000), "Movie Ratings Board Gets an 'F' on Smoking," *USA TODAY.com*, May 26.
- Boucher, Philippe (2000), "Rendez-vous with Cornelia (Connie) Pechmann," *Philippe Boucher's Rendez Vous*, May 15, www.tobacco.org.
- Pollay, Jeff (2000), "Silver Smoke Screen. Reality Bites Back," *Brill's Content*, January, p. 120.
- Beck, Jerome (1999), "Unselling Tobacco: An Overview of Counteradvertising Campaigns," *TRDRP Newsletter*, News from Tobacco-Related Disease Research Program, Vol. 2, No. 3, Nov., p. 6-8.
- Marketing News (1999), "Identifying Enemy is Key Theme in JM," July 19, p. 45.
- Azar, Beth (1999), "Antismoking Ads that Curb Teen Smoking," *American Psychological Association Monitor*, January, p. 14.
- Garvey, Megan (1998), "US Anti-Smoking Drive Falling Short," *LA Times,* Sept. 9, Metro 1.
- Gellene, Denise (1997), "Anti-Smoke Screen: L. A. County Films Ads to Counter Cigarettes' 'Cool' Movie Image --but Few Theaters Show Them," *LA Times,* Dec. 11, D1 & D5.
- Canadian Broadcast Service (1997), Sunday Morning News Show, Depictions of Smoking in Movies, November.
- Russell, Sabin (1997), "Studios Asked to Deglamorize Smoking: State Legislator Wants Films to Stop Gratuitous Tobacco Use," *San Francisco Chronicle,* Oct. 28, A1.
- ABC World News This Morning (1997), Report on Depictions of Smoking in Movies, Oct. 28.
- Eyewitness News (1997), KABC-TV, LA, Report on Depictions of Smoking in Movies, Oct. 27.

- Vanzi, Max (1997), "Lawmaker Targets On-Screen Smoking," *LA Times,* Oct. 26, A3.
- Adelson, Andrea (1997), "Is Anybody Getting the Picture? Despite Ads, Teen-Age Smoking is Unabated, *The New York Times*, July 16, C1 & C6.
- Parker-Pope, Tara (1997), "Push Against Smoking Opens on Silver Screen", *Wall Street Journal,* May 19, B1 & B6.
- Adelson, Andrea (1997), "California Takes on the Tobacco Industry with a $22 Million Campaign to Discourage Smoking," *The New York Times*, April 4, C2.
- Peterson, Karen S. (1997), "Teens Pick Up on Move Smoking. Study: Turn Them Off with Anti-tobacco Ads," *USA Today*, Jan. 6, D1.
- Alsberg, Peter, (1996), "Up in Smoke," *The Washington Post*, Dec. 29, C5.
- Archibold, Randal C., (1996), "Anti-Tobacco Ads 'Inoculate' Teen Filmgoers in UCI Study," *LA Times,* Dec. 20, B1 & B6.

## OTHER PROFESSIONAL ACTIVITIES

**Service to Academic Community**

Editor

    Journal of Public Policy and Marketing, Special Issue, Social Marketing Initiatives (Spring '02)

Editorial Review Boards

    Journal of Consumer Research (1992 - present)
    Journal of Public Policy and Marketing (1993 - present)
    Journal of Consumer Psychology (1996 - 2000, 2005 - present)
    Current Issues and Research in Advertising (1998 - present)
    Media Psychology (1995 - present)
    Social Influence (2005 - present)
    Journal of Marketing (1996 - 2005)
    Journal of Marketing Research (1999 - 2003)

Conference Co-chair

    Association for Consumer Research, North American Conference (9/05)
    American Marketing Association Winter Educators' Conference (2/98)
    Tobacco-Related Disease Research Program, Second Scientific Conference (12/97)
    Society for Consumer Psychology Annual Conference (2/97)

Conference Track Chair

    American Marketing Association Winter Educators' Conference, Promotions Track, 1995
    American Psychological Association Annual Conference, Division 23 Track, 1994

Conference Program Committee

    Association for Consumer Research (1991, 1993, 1995, 1997)

Ad Hoc Reviewer

    American Journal of Public Health
    Health Psychology
    Journal of Advertising
    Journal of Business Research
    Journal of American Medical Association (JAMA)
    Journal of Communication
    Journal of Health Communication
    Journal of International Marketing
    Journal of Interactive Marketing
    Journal of Marketing
    Marketing Letters
    National Cancer Institute, Monograph Series on Tobacco
    Nicotine and Tobacco Research
    Preventive Medicine
    Prevention Research Center, Berkeley, California

Psychology and Marketing
Sloan Management Review
Tobacco Control

Conference Paper Reviewer
Association for Consumer Research
American Marketing Association
American Academy of Advertising
Academy of Marketing Science
Public Policy and Marketing
Advertising and Consumer Psychology

Dissertation Award Reviewer
Academy of Marketing Science
American Marketing Association
John A. Howard Dissertation Competition
SCP-Sheth Foundation Dissertation Proposal Competition
Marketing Science Institute
Procter & Gamble

Grant Proposal Reviewer or Grant Evaluator
Louisiana Health Excellence Fund
Social Sciences and Humanities Research Council of Canada
Ontario Tobacco Research Unit, University of Toronto
U.S. National Science Foundation

Textbook Reviewer
Prentice Hall
Harper Collins Publishers
South-Western Publishing Company

External Reviewer for Promotion Cases
2004-05: Wrote 4 letters

**School and Campus Service (most current listed first)**
MSB Masters' Program Committee 2006-2007 (chair)
MSB Marketing Area Coordinator 2006-2007
GSM Faculty Chair, 2004 - 2005
GSM Faculty Advisory Committee 2003 - 2005 (chair in 03-04)
GSM Strategic Planning Committee, 2003 - 2005 (chair)
GSM Masters' Program Committee, 1989-1990, 1995-1996, 1999-2001, 2001-2002 (chair), 2002-2003
GSM Information Technology and Management Program Committee, 1998-2001 (chair)
GSM Computing Committee, 1997-1999
GSM Faculty Advisor to Director of Marketing, 1993-1998
GSM Affirmative Action Committee, 1993-1996
GSM Marketing Area Coordinator, 1994-1995
GSM Undergraduate Educational Policy Committee, 1994
GSM Faculty Executive Committee, 1990-1993
GSM Faculty Recruiting Committee, 1988-1989

UCI Academic Senate, Council on Research, Computing & Library Resources, 2003-2007 (chair 04-05)
UCI Academic Senate, University Committee on Research Policy, Spring 2006
UCI Academic Senate, Council Representative, 2004-2005
UCI Ad-hoc Reviewer of Faculty Career Development Awards (2005)
UCI Human Subjects' Institutional Review Board, member 1998 – 2001, vice chair 2001-2002
UCI Advisory Board, Extension Program in Marketing Communications, 1988-1998
UCI Pregraduate Mentorship Program, Faculty Mentor, 1995-1996
UCI Advisory Committee on Research Infrastructure and Computing, 1995-1996
UCI Fulbright Campus Committee, 1994

UCI Chancellor's Advisory Committee on Intercollegiate Athletics, 1990-1993

**Professional Affiliations**
American Academy of Advertising (AAA)
Association for Consumer Research (ACR)
American Marketing Association (AMA)
American Psychological Association (APA)
American Public Health Association (APHA)
Society for Consumer Psychology (SCP), served as Education and Training Chair

**Consulting – Paid and Pro Bono (most current listed first)**
- Blizzard, McCarthy & Nabers, Houston, TX, Vioxx litigation (2006 – present)
- Robinson, Calcagnie & Robinson, Newport Beach, CA, Vioxx litigation (2006 – present)
- Robinson, Calcagnie & Robinson, Newport Beach, CA, tobacco litigation (2004, 1 day)
- PRISM Awards Reviewer (EIC, NIDA, Robert Wood Johnson; pro-bono, 1997-2005)
- Sentinel Awards Reviewer (Hollywood, Health & Society, CDC, NCI; pro-bono, 2005)
- Wilmer Cutler Pickering Hale & Dorr, Washington DC, American Legacy v. Lorillard (2004 – 2005)
- Consultant on Mary Ann Pentz's smoking prevention media literacy project, USC (2000 – 2005)
- Youth Media Expert Panel, University of Vermont project on antismoking ads (2001- 2003)
- American Legacy Foundation, Media and Countermarketing Expert Panel (2000 – 2004)
- White House Office of National Drug Control Policy, Behavior Change Expert Panel, National Youth Anti-Drug Media Campaign (1998 – 2004)
- Blumenthal & Markham, San Diego, CA, tobacco litigation (1999 – 2003)
- Consultant on Don Helme's antismoking ad research project, Cooper Institute, CO (2001 – 2002)
- US Census Bureau, Advisory Committee of Professional Associations (pro-bono, 1998 – 2002)
- Campaign for Tobacco-Free Kids (tobacco policy expert)
- American Psychological Association (pro-bono), contributed to APA response to FDA Tobacco regs.
- Houston Effler Favat Advertising (now Arnold Advertising; contract with Mass. Dept. Health)
- California Air Resources Board (ICAT Program)
- Merrill Lynch (for Munger, Tolles & Olsen - Attorneys at Law)
- Rogers & Sheffield, Attorneys and Counselors At Law, Santa Barbara, CA
- Osler, Hoskin and Harcourt, Barristers & Solicitors, Toronto, Canada (comparative ad litigation)
- American Savings Bank, Irvine, CA
- CommerceBank, Newport Beach, CA
- San Clemente Savings and Loan, Irvine, CA
- The Nashville Consulting Group, Nashville, TN
- Neighborhood Housing Services, Nashville, TN
- The Vanderbilt University Diabetes Research and Training Center, Nashville, TN
- The Program Evaluation Laboratory, Vanderbilt University, Nashville, TN
- The Veterans Administration Hospital, Nashville, TN

## PERSONAL

Mother of Erica Henrietta Leventhal, born October 25, 2002.
USHGA Para IV Advanced Paraglider pilot and safety observer, 1992-1999.
Institute of European Studies Junior Year Abroad Program, Madrid, Spain, 1979-1980.
Founder and 1st President of Gamma Phi Beta Sorority, Bucknell University, 1978-1979.
Rotary International Exchange Student Program, Cochabamba, Bolivia, 1975-1976.