# Exhibit B

0001

1            UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF LOUISIANA
3
4    _____       )
5    In re: VIOXX                          )
     PRODUCTS LIABILITY LITIGATION         ) MDL DOCKET NO. 1657
6                                          ) SECTION L
                                           )
7    This document relates to:             ) JUDGE FALLON
     Case No. 2:06-CV-00810;               ) MAGISTRATE
8    CHARLES MASON v.                       ) JUDGE KNOWLES
     MERCK & CO., INC.                     )
9                                          )
                                           )
     _____       )
10
11
12
13
14
15
          DEPOSITION OF CORNELIA PECHMANN, PH.D.
16
             NEWPORT BEACH, CALIFORNIA
17
                SEPTEMBER 14, 2006
18
19
20
21
22
23
24       Reported by Gail Nesson, CSR No. 7010
              PRS Job No. 116-347505
25

0013
1    A    Let me just use a notepad.  Today's date is
2   the --
3    Q    14th.
4    A    Okay.  It's Thursday.  This was Tuesday.  Yeah,
5   that makes sense.  So I'm sorry.  The question was how
6   many hours did I write down here?
7    Q    You spent 2-1/2 hours on Tuesday, the 12th, on
8   the Mason case; right?
9    A    Correct.
10   Q    Do you remember what you were doing on that day?
11   A    Yes.
12   Q    What were you doing on the 12th?
13   A    I spoke to Dr. Olson Fields for about 45
14  minutes, wrote down some notes from that conversation,
15  and printed out some documents that I thought would be
16  useful for my meeting with Ed Blizzard yesterday.
17   Q    Did you speak with Nurse Olson Fields on the
18  phone?
19   A    Yes.
20   Q    Was anyone else on the phone?
21   A    No.
22   Q    What did you talk to her about?
23   A    Her recollection of the marketing messages that
24  she received from the Merck campaign.
25   Q    Do you remember what Nurse Olson said about
0014
1   those marketing messages during that conversation?
2    A    Yes.
3    Q    What did she say?
4    A    The main messages she received were that any
5   concerns about CV risk were invalid and were rumors
6   started up by the competition, that Vioxx was safe for
7   the elderly, that it was safe for people with CV risk
8   because you could give them aspirin, so it wouldn't
9   effect platelet aggregation.  So it wouldn't interfere
10  with aspirin.  And overall, Vioxx had a favorable
11  cardiovascular safety profile.
12   Q    Did she tell you where she received those
13  messages from?
14   A    Her recollection was a bit vague, but she
15  remembered some of the materials.
16   Q    Which materials did she remember?
17   A    She remembered seeing brochures, sales
18  brochures, colorful brochures.
19   Q    Did she remember any specific brochures?

20    A    No. She just remembered the messages.
21    Q    The messages that she remembered were the ones
22  that you just stated?
23    A    Yes.
24    Q    Any other messages that she remembered?
25    A    Not that I recall. Those were the main ones.
0015
1    Q    So when you spoke with Nurse Olson, she didn't
2  remember seeing any specific marketing material; correct?
3    A    Well, she remembered seeing the brochures, but
4  she doesn't remember specifics, like what month it was or
5  what was on the cover.
6    Q    So she doesn't remember what specific brochures
7  she saw?
8    A    I didn't ask her anything in detail. I really
9  just wanted to know what were the messages that she
10  remembered hearing.
11    Q    Did she tell you whether she remembered when she
12  heard the messages that she told you about?
13    A    She was specific about the date with respect to
14  the competition. She said that -- actually, I don't
15  think I asked her the dates. I know the dates from the
16  call notes, so we didn't discuss the specific dates with
17  her on the conversation -- the conversation one way or
18  the other.
19    Q    Did you discuss the call notes with Nurse Olson?
20    A    Yes.
21    Q    What did she say about the call notes?
22    A    I asked her if she remembered them going through
23  the CV card because that's listed in the call notes, and
24  she didn't remember specifically seeing something called
25  a CV card, which makes sense because I wouldn't think
0016
1  they would call it that with her necessarily. It's just
2  the sales brochure. She just remembers seeing sales
3  brochures, and it was one of those.
4        I asked her if she remembered specifically going
5  through the new label, and she said she doesn't have a
6  recollection one way or the other. It was a long time
7  ago, but the main thing is she remembered the messages
8  that were conveyed at that time based on the marketing
9  materials I've seen.
10    Q    Did you ask Nurse Olson if she remembered having
11  seen the April 2002 Vioxx label?
12    A    No, I didn't ask her that specifically.
13    Q    Did she say whether she had seen the amended

14  label prior to prescribing Vioxx to Mr. Mason?
15    A    I didn't discuss that with her.
16    Q    Did you go through the content of the CV card
17  with Nurse Olson?
18    A    No.
19    Q    You said she didn't specifically remember seeing
20  the CV card; correct?
21    A    She didn't remember seeing something that was
22  called a CV card.  She remembered seeing sales brochures,
23  and she distinctly remembers the messages she was told
24  and the questions she asked.
25    Q    What questions did she tell you she asked?
0017
1    A    She said that she asked the rep what was going
2  on with rumors about Vioxx and CV risk, and the rep or
3  reps told her that the concerns were invalid, that it was
4  just the competition stirring up trouble.
5    Q    Did she remember when she asked the sales reps
6  about the rumors?
7    A    I didn't discuss that with her because I knew,
8  but she remembers there being an instigating factor,
9  which is consistent with what the call notes say.
10    Q    Does she remember what the instigating factor
11  was?
12    A    She remembers -- she doesn't have a specific
13  recollection.  She thinks it was either brought on by the
14  competition or some press release that she heard about.
15    Q    When you say that you didn't ask her when --
16  when you say you didn't ask her when she asked about the
17  rumors, I think that's what you said, what did you mean
18  when you said you knew when it was?
19    A    Well, the call notes indicate when it happened,
20  so I felt that I knew most likely when it happened.  So
21  it just never occurred to me to ask her.  And also, the
22  call notes indicate what the instigating factor was.  So
23  it didn't get into any great detail with her on that.
24    Q    What do the call notes indicate the instigating
25  factor was?
0018
1    A    This was an anonymous letter, which I believe
2  might have been sent by the competition.
3    Q    So your assumption when you were talking to
4  Nurse Olson was that the rumors she discussed with sales
5  reps were concerning the warning letter?
6    A    You call it a warning letter?  Say the question
7  again.

8    Q   Your assumption when you spoke with Nurse Olson
9  is that the rumors that she heard about Vioxx came from
10  the warning letters she received from the competition?
11    A   No.  I didn't assume anything.  I just asked her
12  what marketing messages she heard and what information
13  she heard.
14    Q   Did Nurse Olson say anything to you in your
15  conversation about materials or information she received
16  about Vioxx other than information from the sales reps,
17  Merck sales reps?
18    A   We discussed the two documents that were
19  discussed at her deposition, the PIR from fall of '01 and
20  the Dear Doctor letter in April of '02.
21    Q   What did you discuss about those two documents?
22  Let's start with the November 2001 PIR.
23    A   Well, there was also a third document that was
24  referred to in the call notes, a Dear Doctor letter in
25  fall '01.  So I discussed all three of those with her
0019
1  briefly.
2    Q   What did you discuss about the November 2001 PIR
3  with Nurse Olson?
4    A   I think she either volunteered or in response to
5  questions said that she doesn't recall that and that she
6  only read a few lines of it at her deposition.
7    Q   So she told you that she did not recall
8  receiving the November 2001 PIR?
9    A   Correct.  She doesn't have a recollection one
10  way or the other.
11    Q   You remember what you discussed with Nurse Olson
12  about the April 2002 Dear Doctor letter?
13    A   Again, she indicated that she didn't have a
14  recollection one way or another as to whether she got it
15  and that she read a very small part of it at her
16  deposition.
17    Q   What did Nurse Olson say about the fall 2001
18  Dear Doctor letter?
19    A   She doesn't have a recollection one way or the
20  other about it.
21    Q   Do you know what Dear Doctor letter from fall
22  2001 is referred to?
23    A   I can make a very educated guess because there
24  was a very well disseminated Dear Doctor letter in August
25  of '01.
0020
1    Q   What is your educated guess about which letter?

2    A    Well, that it was the August '01 Dear Doctor
3  letter sent out in response to the JAMA article, J-A-M-A.
4        MR. BLIZZARD:  All caps.
5  BY MS. COOK:
6    Q    But, again, Nurse Olson didn't have a
7  recollection of seeing the Dear Doctor letter about JAMA?
8    A    No.  She just remembered the conversation with
9  the sales rep.
10   Q    What made you decide to contact Nurse Olson?
11   A    I read her first deposition, and I felt that it
12 didn't have enough information about marketing issues.
13 So I asked Ed Blizzard if she was going to be deposed
14 again so that we could ask her about marketing brochures
15 and so on, marketing messages.  And he said initially
16 that she was, and then he said she wasn't being deposed
17 again and was going to appear at trial.  Then I said
18 well, I still have these questions.  And he suggested
19 that I call her or that I give her my phone number and
20 she could call me at her convenience, which is what she
21 ended up doing.
22   Q    You spoke with her, with Nurse Olson for a total
23 of an hour and a half?
24   A    No.  I would say -- I didn't think to record
25 exactly when.  It was about 45 minutes to an hour, I
0021
1  would say, in two separate conversations.  Once was over
2  lunch, and once was prior to lunch.
3    Q    So on the first page of Exhibit 5, which is your
4  invoices, there's 15 minutes from 10:30 to 10:45, then 30
5  minutes from 12:00 to 12:30, then 15 more minutes from
6  12:30 to 12:45.
7        Do you have any recollection of which time slots
8  were your conversation with Nurse Olson?
9    A    The first two.
10   Q    So you spoke with Nurse Olson from 10:30 to
11 10:45 and 12:00 to 12:30?
12   A    Roughly.
13   Q    Did Nurse Olson say that she's coming to testify
14 at the Mason trial?
15   A    Yes.
16   Q    Why did she say?  Did she say why?
17   A    I think she said she was asked and agreed to
18 come to help out the patient.
19   Q    Do you remember anything else about your
20 conversation with Nurse Olson that we haven't discussed?
21   A    Nothing else that I can recollect.

22    Q   I'm going to mark as Exhibit 6 what I believe
23  are your notes from your conversation with Nurse Olson
24  Fields.
25       (Exhibit 6 marked)
0022
1  BY MS. COOK:
2    Q   Can you identify Exhibit 6 for me.
3    A   Yes.  These are my notes.
4    Q   Did you take those notes while you were talking
5  to Nurse Olson?
6    A   Some I took while I was talking, and a few I
7  wrote down afterwards.
8    Q   Did you write down what she was saying or is
9  that your assessment from what she said?
10    A   A combination.
11    Q   Can I see it.
12       On Exhibit 6, it says "Possibly went over VIGOR
13  and other studies, but minimized it."
14       You have a copy of this?
15    A   Yes.
16    Q   Do you see that?
17    A   Yes.
18    Q   What does that mean?
19    A   Well, we discussed the fact that the call notes
20  indicated that they went over the new label and that she
21  had discussions and saw sales brochures.  So I asked her
22  if she remembered seeing the data from VIGOR or placebo
23  controlled studies, and she didn't have a clear
24  recollection.  She thinks it could have happened, but she
25  was not certain.  She didn't have a clear recollection.
0023
1  She just remembers the overall message that she was --
2  that was conveyed to her.
3    Q   Did she say whether she remembered hearing about
4  the VIGOR study specifically?
5    A   That's what -- we discussed that, and she
6  didn't.  She knows about VIGOR now, but she doesn't have
7  a clear recollection as to when she learned about it and
8  how it relates to these call notes.
9    Q   At the top it says "platelet aggregation."
10       What does that mean?
11    A   Yeah.  That was a main theme that she remembered
12  hearing in the brochures.  She was repeatedly told that
13  Vioxx didn't affect platelet aggregation.  It didn't
14  affect platelet function, so it wouldn't interfere with
15  aspirin.  Therefore, if someone had a CV risk, they could

16  take aspirin along with Vioxx.  So her understanding was
17  that it was a wonderful medicine to use with people with
18  CV risk.
19     Q   Did she say that she understood that if a
20  patient was aspirin indicated that they should be on
21  aspirin along with Vioxx?
22     A   We didn't discuss that specifically.  I do
23  recall, though, she mentioned that Dr. Mason -- I have a
24  note here.  I believe the patient had no CV risk, no
25  family history.  She did mention that, but I'm not a
0024
1  doctor, so I didn't get into details about that with her.
2     Q   But you recollect that she said that Mr. Mason
3  had no CV risk and no family history of heart attack --
4     A   Maybe she didn't say it exactly like that, but
5  she said no family history and something related to no CV
6  risk.  That's not a quote, but it's the gist of what she
7  said based on what I heard.
8     Q   Your notes also say "Warned against 50
9  milligrams, but she only used 25 milligrams."
10        What does that mean?
11     A   Again, when discussing VIGOR, she volunteered
12  the information that she might have been warned against
13  50 milligrams, but she doesn't have a clear recollection
14  of that because she never prescribed 50 milligrams.  She
15  only prescribed 25 milligrams.  She doesn't have a clear
16  recollection because it wasn't important to her decision
17  making.
18     Q   So she does or does not specifically remember
19  being warned against 50 milligrams, using 50 milligram
20  Vioxx?
21     A   You can ask her, but she didn't have a clear
22  recollection, but thought she might have been told that
23  when the VIGOR study was discussed, but again, she didn't
24  have a clear recollection of whether this occurred.
25     Q   When it says in your notes "Doesn't recall any
0025
1  specific materials, Dear Doctor letters, brochures, PIR
2  responses," what does that mean?
3     A   That's what we were discussing about earlier.
4  She didn't recall whether or not she saw any of those
5  materials we went through.  And I didn't prompt her
6  saying do you recall the one with the picture of the
7  woman in front and her hands in a V or anything like that
8  to force her to remember, but in discussion of the
9  brochures, she remembered the messages, but she didn't

10  remember the covers or what dates she saw them.
11    Q   It says "Doesn't recall hearing the Naproxen
12  hypothesis."
13        What does that mean?
14    A   That during this time period that we're talking
15  about prior to this litigation, she doesn't recall having
16  any detailed discussion about the VIGOR study and how the
17  results might be explained based on the fact that
18  Naproxen might have cardioprotective properties.  She
19  doesn't recall that.
20    Q   Did Nurse Olson recall any sales rep mentioning
21  Naproxen and the Naproxen hypothesis?
22    A   She did not have a recollection of that.
23    Q   On the second page, where it says "Safe for
24  elderly," why did you write that?
25    A   Those are the main claims that she heard.  One
0026
 1  was safe for the elderly.  One was stand behind the
 2  overall and cardiovascular safety of Vioxx, and one was
 3  doesn't affect platelet aggregation, doesn't interfere
 4  with aspirin.
 5    Q   Now, when you say these are the main claims that
 6  she heard, did you ask her specifically if she heard each
 7  of these claims or did you ask her what claims did you
 8  hear and she told you these three claims?
 9    A   She volunteered doesn't affect platelet
10  aggregation.  She volunteered -- the fourth message was
11  that the competition's claims are invalid.  I asked her
12  about safe for the elderly, and she immediately said oh,
13  yes, I heard that all the time.  And I asked a couple
14  more times just to make sure, and she was always very
15  strong in her response that she heard that a lot.  And
16  the same with stand behind the overall and cardiovascular
17  safety sheet.  I asked her a couple of times, and she
18  very strongly said she heard that message repeatedly.
19    Q   So the two messages that Nurse Olson volunteered
20  having heard prior to you asking about them were the one
21  about not affecting platelet aggregation and that the
22  competition's rumors were invalid; correct?
23    A   The competition's rumors about the CV risk,
24  yeah, but I didn't ask her the question whether there
25  were any other messages.  I wasn't treating it like a
0027
 1  marketing research project, are there any more, are you
 2  sure, are there any more.  I basically asked her about
 3  these early on in the conversation.  I wasn't sure how

4  much time we had.

5    Q    Where it says "Dr. Vogeler concerned, yes, had

6  an initial discussion," what does that mean?

7    A    She remembered that both she and Dr. Vogeler

8  were concerned about the CV risk at the same time.  She

9  had an initial discussion in which she said wow, there

10  seems to be a problem.  Then she discussed it with the

11  sales reps repeatedly.  Her concerns were neutralized,

12  and she never had any subsequent discussion with him, and

13  he never brought it up with her --

14    Q    Did Nurse --

15    A    -- that she recalls.

16    Q    Sorry about that.

17        Did Nurse Olson use the word "neutralize"?

18    A    No.

19    Q    Did Nurse Olson tell you anything else about any

20  of her discussions with Dr. Vogeler about Vioxx?

21    A    We didn't discuss it in detail, so this was all

22  she said.

23    Q    So she told you they had a discussion, but she

24  didn't say anything about the substance of the discussion

25  other than she expressed to Dr. Vogeler that she was

0028

1  concerned about Vioxx's possible cardiovascular risk?

2    A    Right.  And she discussed this instigating

3  event, which she recalled either being negative publicity

4  in the press or the competition.

5    Q    From your review of materials, you believe that

6  the instigating event was sometime in the fall 2001;

7  right?

8    A    Yes.  They both got that what you call the

9  warning letter or an anonymous letter.

10    Q    Your notes also say "PR a source of concern, NYT

11  May '01, question mark, WSJ, question mark."

12        Can you explain these notes.

13    A    I asked her if she got the New York Times or

14  Wall Street Journal.  She said no to both.

15        And I asked her if she recalls anything about

16  the New York Times article, May 1.  And she didn't

17  recall.

18        I asked her if she recalled the JAMA article

19  of -- I believe that's August '01.  And she said that

20  wasn't her recollection.  It wasn't the JAMA article or

21  any scientific article that was the instigating factor.

22  It was either a PR or some kind of PR in the press or the

23  competition or maybe Vogeler telling her that, about one

24   of those two.  And she stressed it was a long time ago,
25   which it was.
0029
1     Q   Did Nurse Olson say whether she had ever seen
2   the JAMA article or the New York Times article or the
3   Wall Street Journal article that you mentioned?
4     A   We didn't discuss it.
5     Q   At the bottom of your notes, it has a crossed
6   out note about the April '02 label.
7         Can you explain that note.
8     A   I was going to ask her more about that, but she
9   didn't have any recollection, so I didn't end up asking
10  any further questions.
11    Q   In other words, you were going to ask her more
12  about the label, but she didn't recall having seen the
13  label?  Is that what you mean?
14    A   No.  I asked her if she had a discussion with
15  the sales rep, which is indicated in the notes.  And she
16  just couldn't recall one way or the other if she had.  I
17  would have asked her subsequent questions about what the
18  sales rep said, but she didn't have a recollection one
19  way or the other, so I stopped asking her about it.
20    Q   So she didn't recall the discussions with the
21  sales rep; correct?
22    A   One way or the other.  It could have happened,
23  it couldn't have happened, but she didn't have a clear
24  recollection.
25    Q   Did she have a clear recollection of whether she
0030
1   saw or read the label?
2     A   I asked her if she recalls when the label
3   changed.  I didn't ask her anything about did she ever
4   see the label or does she have a recollection of seeing
5   the label.  I just didn't ask that question.
6     Q   Did you ask Dr. Olson if she reads labels for
7   medications she prescribes?
8     A   I didn't ask her at all.
9     Q   Exhibit 6 is the entirety of your notes from
10  your conversation with Nurse Olson; correct?
11    A   Yes.
12    Q   Did your conversation with Nurse Olson impact
13  your opinions in this case?
14    A   No, not in any fundamental way.  Essentially, I
15  learned that she wasn't an outlier, that her experience
16  was consistent with what the research shows was the
17  experience of other physicians.

18   Q   From my interpretation of Exhibit 5, which are
19   your collection of invoices, the top two pages relate to
20   your work in the Mason case.  And my reading is that your
21   total work in the Mason case is 20.5 hours as of
22   September 12th.
23        Do you want to take a look and confirm whether
24   that's the totality of your work in the Mason case
25   specifically?
0092
1   received," what impression did Nurse Olson receive about
2   the new Vioxx label?
3        MR. BLIZZARD:  Object to form.
4        THE WITNESS:  She told me that she was
5   repeatedly reassured that Vioxx posed no cardiovascular
6   risk and that Merck stood behind the overall and
7   cardiovascular safety profile of Vioxx, that it was safe
8   to use in the elderly and it was safe to use in patients
9   with CV risk because she could give them aspirin and it
10   wouldn't interfere with platelet function.
11   BY MS. COOK:
12   Q   Did Nurse Olson tell you she was reassured
13   specifically about the amended Vioxx label?
14   A   She didn't have a recollection about it one way
15   or the other.
16   Q   Now, you don't know whether any of the sales
17   reps used any Obstacle Response or Obstacle Handling
18   Guide in connection with discussing the new label with
19   Nurse Olson, do you?
20   A   I know that's what they were instructed to do,
21   but as to what they did, I don't know for certain.
22   Q   I'll mark as Exhibit 15.
23        (Exhibit 15 marked)
24   BY MS. COOK:
25   Q   Do you recognize Exhibit 15?
0097
1   A   No.
2        MR. BLIZZARD:  Object to form.
3   BY MS. COOK:
4   Q   No, she didn't?
5   A   No.  She said she understood that sentence.
6   Q   You don't know how Nurse Olson interpreted this
7   letter when she received it; correct?
8   A   I know that she was never warned about the CV
9   risk.  So if she did read this letter, it didn't convey a
10   CV risk.
11   Q   You didn't discuss with Nurse Olson her reaction

12  to this letter when she received it, did you?
13    A   No.  I asked her if she recalled receiving it
14  and she doesn't recall.  She just remembers her
15  overall -- the overall messages she was given by Merck.
16    Q   Here's Exhibit 17.
17       (Exhibit 17 marked)
18  BY MS. COOK:
19    Q   Do you recognize this?
20    A   I've never seen it in color before.
21    Q   You've never seen Exhibit 17 in color?
22    A   No.
23    Q   Do you know whether it was originally sent out
24  in color?
25    A   I assume it was.
0098
1    Q   Exhibit 17 is the April 2002 Dear Doctor letter?
2    A   Yes.  And I do recognize it in answer to your
3  question.
4    Q   Exhibit 18 is your comments on the Dear Doctor
5  letter; right?
6    A   Yes.
7    Q   Your notes?
8    A   Yes.
9       (Exhibit 18 marked)
10  BY MS. COOK:
11    Q   Do you have a copy of that?
12    A   Yes.
13    Q   Now, if you look at your report Paragraph 23-C,
14  you discuss the Dear Doctor letter; correct?
15    A   Page 17, Paragraph 23-C, yes.
16    Q   You say Dr. Olson was sent the April 2002 Dear
17  Doctor letter?
18    A   Yes, based on the deposition.
19    Q   Do you know whether she saw the April 2002 Dear
20  Doctor letter?
21    A   I asked her and she said she has no recollection
22  one way or the other.
23    Q   Now, do you know whether sales reps took copies
24  of the Dear Doctor letter with them to hand out to
25  doctors when they detailed them?
0104
1  that the new information that was added to the label is
2  highlighted?
3    A   Yes, I do see that.
4    Q   From a marketing perspective, would you say that
5  highlighting the new information draws attention to it?

6    A   Yes.
7    Q   Do you know whether the Dear Doctor letter was
8  submitted to the FDA to review before it was sent out to
9  doctors?
10       MR. BLIZZARD:  Objection.  I think you've asked
11  that identical question previously.
12       THE WITNESS:  Yeah.  I answered.
13  BY MS. COOK:
14    Q   It wasn't the same question.
15    A   The question was was it submitted to the FDA?
16    Q   Yes.
17    A   I would assume so because it would be consistent
18  with their policy to submit it.
19    Q   Now, do you have any knowledge about any
20  information about cardiovascular risk associated with
21  Vioxx that Nurse Olson may have received from sources
22  other than Merck?
23    A   Yes.
24    Q   What information is that or what knowledge is
25  that?  Sorry.
0105
1    A   Well, she mentioned that she talked about Vioxx
2  with Dr. Vogeler.
3    Q   What do you know about Nurse Olson's
4  conversations with Dr. Vogeler about Vioxx?
5    A   I know what she told me over the phone.  I'm not
6  sure if she mentioned it in her depo.  I don't believe
7  she did.  I don't recall, though, specifically.
8    Q   She told you that she discussed her concerns
9  about Vioxx with Dr. Vogeler; correct?
10       MR. BLIZZARD:  Object to form.
11  BY MS. COOK:
12    Q   Prior --
13       MR. BLIZZARD:  This has been covered
14  specifically.  Why are we going back over it?
15  BY MS. COOK:
16    Q   So other than what we discussed at the beginning
17  of the deposition, you don't know about any other
18  discussions with Dr. Vogeler; correct?
19    A   Correct.
20    Q   Now, do you know about any of her conversations
21  with any other colleagues about Vioxx?
22    A   Not that I recall.
23    Q   Do you know about any literature Nurse Olson
24  reviewed about the cardiovascular risks of Vioxx?
25    A   I would have to review the depo notes, but I

0106
1   don't recall there being a discussion in her deposition
2   about that, and I didn't discuss it over the phone with
3   her.
4      Q   So other than what might have been discussed in
5   Nurse Olson's deposition, you're not aware of any
6   literature about Vioxx that she reviewed?
7      A   Let's see.  She talked about messages she
8   received over the phone with me and some of which she
9   discussed in her deposition as well.
10     Q   I'm talking about published literature not from
11  Merck.
12     A   Not from Merck.  I'm sorry.  She discussed that
13  letter from a competitor.
14     Q   Other than the letter that she received from one
15  of Merck's competitors, you don't know of any other
16  information about Vioxx's cardiovascular risks that Nurse
17  Olson might have received from competitors?
18     A   I don't know specifics, no.
19     Q   You don't know if she read any articles in the
20  newspaper about potential cardiovascular concerns of
21  Vioxx?
22     A   She didn't have a recollection about that one
23  way or another.
24     Q   Do you know whether Merck sales reps were a
25  primary source of information about Vioxx for Nurse
0107
1   Olson?
2      A   She said they were.
3      Q   When did she say that?
4      A   In her deposition and in the phone conversation
5   with me.
6      Q   She said to you that Merck sales reps were a
7   primary source of information about Vioxx for her?
8      A   Not using those words, but basically that's what
9   she said.
10     Q   Now, you don't know whether any sales reps who
11  called on Nurse Olson or Dr. Vogeler saw the "Be The
12  Power" video?
13     A   No, I do not know.
14     Q   Now, let's mark as Exhibit 18 what appear to be
15  your notes from reviewing Nurse Olson's deposition.  Is
16  that what this is?
17     A   Yes.  I have wonderful handwriting, don't I?
18  It's embarrassing.
19        (Exhibit 18A marked)

20  BY MS. COOK:
21     Q   What are the stars here?  There appear to be
22  stars by some of your notes?
23     A   That seemed more important at the time I was
24  writing the notes, not necessarily now, but at the time I
25  was writing the notes those seemed to be critical issues.
0108
1     Q   Now, have you ever spoken with Dr. Vogeler?
2     A   No, I have not.
3     Q   Have you gotten any information about Dr.
4  Vogeler from the plaintiff's attorneys?
5     A   I received his deposition and I received the
6  call notes.
7     Q   By the way, when you spoke with Nurse Olson, had
8  she received any materials from the plaintiff's attorneys
9  prior to your conversation with her?
10     A   We didn't discuss that one way or the other, but
11  she didn't refer to anything as we were on the phone.
12     Q   Your opinion about Dr. Vogeler stated in your
13  report is that he was misled by Merck's marketing
14  campaign and Merck failed to give him adequate warning
15  about potential cardiovascular risks with Vioxx; correct?
16     A   Yes.  And I'd like to add to that something I
17  said before with regards or Dr. Olson Fields, that his
18  concerns were neutralized, which is a slightly different
19  statement.
20     Q   Why are you adding that statement to your
21  opinion about Dr. Vogeler today?
22     A   I also added it with regard to Dr. Olson Fields,
23  and the reason is because I realized that it wasn't
24  explicitly stated.  I talk about that extensively
25  throughout my report, but don't state it with respect to
0116
1  the CV risk.
2     Q   Do you know what the info in the medical letter
3  that is referred to is?
4     A   No, I do not other than it's Cox-2s and MIs.
5     Q   Do you know what "still an issue with Karen"
6  means?
7     A   Well, based on my conversation with her and her
8  deposition and this call note in combination, I believe
9  it means that she still has some underlying or lingering
10  concerns about CV issues with Vioxx.
11     Q   Did Nurse Olson tell you that she still had
12  concerns about Vioxx and cardiovascular risk in January
13  2002?

14    A    She didn't discuss that specific date.
15    Q    Now, let's go to April 22, 2002.
16    A    Okay.  Let me just say I think I know what the
17  medical letter in general is she's referring to because
18  in Olson's depo she talked about a journal called
19  "Medical Letter."  So I believe -- I don't know the
20  contents of that particular article, but it's probably
21  something that appeared in that journal called "Medical
22  Letter" that she said she relies on.
23    Q    So you haven't read the article in the "Medical
24  Letter," but what you understand is that it's an article
25  in a publication?
0139
1    Q    -- in connection to Vioxx?
2    A    Yes.
3    Q    Who did you speak with?
4    A    I spoke to an individual who used to work -- I
5  believe he ran DDMAC.
6    Q    Do you know what his name is?
7    A    I don't recall.
8    Q    Are you relying on that conversation in your
9  opinion?
10    A    In part.  What he said was consistent with other
11  things I read.
12    Q    Exhibit 6 is your notes from your conversation
13  with Nurse Olson.  Do you still have that?
14    A    Yes.
15    Q    On the second page there are some things that
16  are scratched out.  Do you have any idea what those are?
17    A    Well, JAMA, but I rewrote it down there.  JAMA,
18  August '01 and then I crossed that and said "not JAMA."
19  The one that's -- what does that say?
20    Q    Let me first ask, did you cross these out during
21  your conversation with Nurse Olson?
22    A    It says "concerned."  Oh, I remember what this
23  says, "patient concerned."  Yeah.  I shouldn't have
24  crossed it out.  I was kind of scribbling.  That wasn't
25  important so I was just doodling, basically.  It says
0140
1  "patient concerned" and she said she doesn't recall any
2  patients saying they were concerned.  And then I think
3  the other one was --
4    Q    My main question is:  These are things you
5  crossed out during your conversation with Nurse Olson;
6  right?
7    A    Right, because I wrote them below or they

8  weren't relevant.  I'm not trying to hide anything.
9       The other one says "favorable CV profiles."  I
10  shouldn't have crossed that out.  She said she never
11  remembered that particular wording, "favorable CV
12  profile."  She remembers "stand behind the overall
13  cardiovascular safety."
14    Q   She told you she didn't remember hearing
15  "favorable safety profile"?
16    A   "Favorable safety profile," which they didn't
17  use very often.
18       MR. BLIZZARD:  You just wrote it back on there,
19  so the record is clear.
20       THE WITNESS:  Yes, I just did.  Is that okay?
21       MS. COOK:  She wrote it on her own exhibit.
22       MR. BLIZZARD:  She wrote it on the original
23  note.
24       THE WITNESS:  Do you want me to erase it?
25  BY MS. COOK: