# Exhibit C

0001

1          UNITED STATES DISTRICT COURT
2          EASTERN DISTRICT OF LOUISIANA
3
4   In re:  VIOXX                    )
    PRODUCTS LIABILITY LITIGATION   ) MDL Docket No. 1657
5                                   )
    This document relates to        ) Section L
6                                   )
    GERALD BARNETT,                 ) Judge Fallon
7                                   )
         Plaintiff,        ) Civil Action No.
8                          ) 2:06cv485
         vs                )
9                          )
    MERCK & CO., INC.,              )
10                                  )
         Defendant.        )
11  _____)
12
13
14
15       DEPOSITION OF CORNELIA PECHMANN, Ph.D.
16           Newport Beach, California
17            Friday, May 26, 2006
18
19
20
21
22  Reported by:
23  DIANA JANNIERE
    CSR NO. 10034
24  LA JOB No. 918215
    PHIL JOB No. 2153
25

0008
1  attorneys at Robinson, Calcagnie and Robinson and worked
2  with that attorney to get the documents I needed.
3        I worked on a similar integrated marketing
4  campaign.  So I knew what key words to use, to search
5  for the documents.  So working with him, primarily Chris
6  Spiro, we identified the documents that I needed.
7        I mean, we did not find everything, but we
8  found a reasonable amount.  The rest he said that he
9  could not find anywhere.
10    Q    What similar integrated marketing
11  communications campaign had you worked on before?
12    A    I worked on the anti-drug ad campaign for about
13  five years.  That was run by the office of National
14  Control Drug Policy, the U.S. Office of National Control
15  Drug Policy.  It is under the White House.
16        And I was one of the six members of the
17  behavioral change expert panel and I was specifically
18  chosen for that panel to oversee all the research, the
19  science.
20    Q    Oversee the research and science in what?
21    A    In that integrated marketing campaign and it
22  was very similar to the science that you see here in
23  this campaign.
24        So I worked with the different marketing
25  research firms.  I evaluated their methods.  I evaluated

0009
1  their findings for that campaign, and I, basically, did
2  the same thing with this campaign.
3    Q    Tell me what you mean by "science," when you
4  say you reviewed and evaluated the science involved in
5  the anti-drug ad campaign?
6    A    Okay.  Well, marketing -- I think a lot of
7  people think marketing is just some creative-type
8  sitting down and figuring out some creative ads; but
9  marketing has become a very, very sophisticated science.
10        And we do two basic types of research.  One is
11  a controlled experiment where you expose people to
12  different campaign materials before you are using it and
13  test the effectiveness of it.
14        So a pretest, and do statistical analyses and
15  compare one approach to another and compare different
16  groups, how different people react in statistically.
17        One of the things in the anti-drug campaign
18  that we tried to make sure that none of the ads were --

19  had unintended effects or misleading or confusing to the
20  audience members, which is a challenge.
21       But anyway, we tested all of these ads and all
22  of these ads we tested before they were aired and they
23  did the same thing here in this campaign.
24   Q   I'm sorry.  Who did that?
25   A   The Merck research people.  They had several

0010
 1  different research people, research firms.  The primary
 2  firm they used was Millward Brown, which we actually
 3  used, too, because I worked with Ogilvy and they worked
 4  with Ogilvy.  There is two different groups of Ogilvy.
 5       Anyway, they were using major vendors and we
 6  were using major vendors.  And so there was overlap in
 7  the venders that we used and even considerable overlap
 8  of the research.
 9       (Discussion held off the record.)
10  BY MR. GOLDMAN:
11   Q   What was your role on the anti-drug ad
12  campaign, your role specifically?
13   A   Well, I was a member of this behavioral change
14  expert panel and I was responsible for these two types
15  of research:  Copy testing, and the other type is
16  tracking.
17       So tracking is what you do once the ads have
18  aired.  You continually are surveying members of your
19  target audience every month and asking them their
20  perception of the brand and their behaviors.
21       In this campaign, they actually had sales data.
22  In the case of marijuana, we did not have sales data.
23  It is illegal.  So we cannot track, but they had
24  pharmacy data.  So they could actually look at sales.
25       So what you are doing with tracking is that you

0011
 1  are looking for the effect of your campaign out in the
 2  field, and that is important because other factors could
 3  occur.
 4       For in the case of marijuana, you could have a
 5  movie that is pro marijuana.  It can really screw up
 6  your campaign, temporarily at least.
 7       And in this campaign, you had events like the
 8  "New York Times" article or a JAMA article; and so they
 9  would track what was the effect of those external events
10  on people's perception relative to what was the effect

11  of their campaign; and these were statistical analyses.
12      Q    I am going to come back to the anti-drug
13  campaign in a minute and talk about the similarities
14  that you see in this case.
15      A    Okay.
16      Q    I want to focus first on what you did to
17  prepare for your deposition and you said that you
18  reviewed several boxes of documents on Merck's
19  integrated marketing communications campaign?
20      A    Correct.
21      Q    What else did you do?
22      A    I met on occasion with the attorneys to request
23  more documents.
24      Q    Um-hmm.
25      A    And yesterday I met with Steve and started to

0157
 1  say that you have in misleading advertising.  Okay?
 2          What does it mean to be an expert in misleading
 3  advertising?
 4      A    It means that I understand the criteria for
 5  distinguishing between regular advertising and
 6  misleading advertising.  And I know how to conduct
 7  research to find out if an ad is misleading.
 8      Q    What research have you conducted to determine
 9  whether any of Merck's advertisements are misleading
10  about Vioxx?
11      A    I didn't have to conduct any of my own research
12  because they conducted their own research -- extensive
13  research.
14      Q    What research did you do to determine that
15  Merck's advertisements for Vioxx were misleading?
16      A    Let me explain it this way.  I conducted -- I
17  view what I did as research because I looked at their
18  research.
19      Q    You looked at documents that were created by
20  other companies that performed certain surveys and that
21  kind of thing?
22      A    Exactly.  And I did my research on their
23  research, but I didn't collect any data myself.
24      Q    You never analyzed the underlying data that
25  these other companies did when they conducted their

0288
 1          THE WITNESS:  You're welcome.
 2

3              EXAMINATION
4    BY MR. SKIKOS:
5        Q    Dr. Pechmann, I am going to ask you about 25,
6    to 30 minutes worth of questions and then you can go
7    home.
8        A    Okay.
9        Q    It is almost about 6 o'clock.
10            Are you a Ph.D.?
11       A    Yes.
12       Q    In what?
13       A    In marketing management.
14       Q    Are you a full professor?
15       A    Yes, I am.
16       Q    You are tenured?
17       A    Yes.
18       Q    About approximately how many peer-reviewed
19   articles have you published?
20       A    Fifty.
21       Q    Have you -- do you consider yourself an expert
22   in integrated marketing campaigns?
23       A    Yes.
24       Q    Approximately how long have you been working in
25   the area of integrated marketing campaigns?

0289
1        A    Twenty years.
2        Q    Of the 50 peer-reviewed articles published in
3    journals, how many of them relate to aspects of
4    integrated marketing campaigns?
5        A    All of them.
6        Q    You mentioned before editorial boards?
7        A    Yes.
8        Q    What is that?
9        A    I am on several editorial boards, meaning that
10   I am one of a small group that -- that is considered to
11   be a top reviewer and would review -- when someone from
12   the review board reviews these papers to help ensure
13   that the quality of the journal is maintained.
14            It is very prestiges to be on the review
15   board because it means that you are just below an
16   editor.
17       Q    At one point, you were on three review boards
18   on three prestiges journals at the same time?
19       A    Yes.  The three top journals in marketing are
20   Journal of Consumer Research, Journal Marketing and
21   Journal Marketing Research and not one person is on all

22  three reviews boards and I was on all three review
23  boards for a while.
24      Q   Have you peer-reviewed articles on aspects of
25  integrated marketing campaigns?

0290
1       A   Yes, I have all of the time.
2       Q   Do you teach as a full professor on aspects of
3   integrated marketing campaigns?
4       A   Yes.
5       Q   There is something in your C.V. about top 50
6   Marketing Scholars.  Can you describe that?
7       A   Yes.  Someone did a study of the impact of
8   different marketing scholars based on the citation index
9   and I appeared in the top 50 in terms of people citing
10  my work.  So, basically, the impact of my work on
11  academia.
12          And I also was named the top scholar in
13  economics for my citation count.  Even though, I am not
14  technically in economics.
15      Q   Is marketing a science?
16      A   Yes.
17      Q   Is it a subspecialty of any particular science?
18      A   It is a behavioral science.
19      Q   What are other behavioral sciences?
20      A   Psychology, economics.
21      Q   Do you in marketing use the scientific method?
22      A   Yes.
23      Q   Can you describe that?
24      A   The scientific method?
25      Q   As applied in marketing.

0293
1   costs about -- a lot of money to film the TV ads.  So we
2   did extensive testing of the storyboards and preliminary
3   ads.
4           As I said, I developed overall the protocol and
5   statistical analyses involved in testing the final TV
6   ads.
7           And then I was also heavily involved in
8   reviewing the tracking research that we did after the
9   ads were running.  We tracked both youth and parents.
10  So we tracked adults as well as kids because it was a
11  campaign that included ads for adults, parents and for
12  kids.  It wasn't just a youth campaign.
13          I mean, it was designed to prevent youth from

14  using drugs, but parents was one of the target markets.
15  And so with regard to tracking, I helped to oversee the
16  design of the studies, learned about all of the
17  findings, was involved in the statistical analyses; was
18  involved in adjusting the campaign based on the results.
19        So I was heavily involved in the research at
20  all levels and also strategy decisions.
21     Q   When you did the anti-drug campaign, you did
22  that from the standpoint of a marketing science;
23  correct?
24        MR. GOLDMAN:  Object to the form.
25        THE WITNESS:  I was chosen because of my

0294
1  expertise in the science of integrated marketing of the
2  people who chose me said that I was chosen for that
3  purpose.
4        The campaign was required to have testing.  I
5  believe it was in the bill that passed in Congress and
6  so then they wanted to find someone who had expertise
7  and they chose me because people knew me.
8  BY MR. SKIKOS:
9     Q   I think there has been some confusion about
10  where you are rendering opinions.  So let me try and
11  clarify that in this particular case.
12        From a medical standpoint, are you offering
13  cause and effect opinions on the relationship between
14  Vioxx and cardiovascular events?
15     A   No.
16     Q   Okay.  From a marketing standpoint, are you
17  offering opinions on whether the Merck marketing
18  executives knew or should have known that there was a
19  cardiovascular risk?
20     A   Yes.
21     Q   From a marketing standpoint, are you offering
22  opinions whether Merck did perform a integrated
23  marketing campaign on Vioxx?
24     A   Yes.
25     Q   What is your opinion?

0295
1     A   That they did clearly perform an integrated
2  marketing communications campaign.  It is even in their
3  documents.
4     Q   Now, are you offering opinions on your analysis
5  of the tests performed by Merck to determine whether the

 6  cardiovascular risk was being conveyed and received by
 7  the doctors and patients?
 8      MR. GOLDMAN:  Objection to form.
 9      THE WITNESS:  Can you state that again?
10  BY MR. SKIKOS:
11      Q   Sure.  Let me do it in two steps.
12         In your review of the materials that were
13  provided to you on the studies conducted by Merck in
14  performing your integrated marketing campaign, did you
15  actually see categories of studies performed?
16      A   Yes, I did.  I saw six categories of studies.
17      Q   And did you as an integrated marketing campaign
18  expert analyze those studies?
19      A   Yes, each of them.
20      Q   Okay.  Can you tell me what the six categories
21  of studies were that were performed by Merck in their
22  integrated marketing campaign?
23      A   Yes.  So there was tracking of the sales reps
24  visits to the physicians.
25         There was tracking of the perception -- the

0296
 1  physicians' perceptions of Vioxx and Celebrex and their
 2  prescribing behavior.  That was a panel of physicians.
 3         And then there was tracking of overall sales
 4  data that was purchased from -- from pharmacies.  That
 5  was the complete data on prescriptions -- filled
 6  prescriptions at pharmacies.
 7         Then there was consumer tracking of their
 8  perception of the different brands and the different
 9  attributes and their behavior -- their stated behavior.
10         And let me say that the tracking of the sales
11  and the pharmacies was a combination of physicians
12  prescribing and the consumers filling it out.  You know
13  what I am saying?  So it is a combination of both.
14         And then the final study was -- let's see,
15  there is two more -- there is a copying testing of the
16  physician material and the copying testing of the
17  patient material.
18      Q   Now, the categories of studies that you
19  reviewed and analyzed, did you use the same scientific
20  methods in analyzing those studies that you did -- that
21  you would do in performing integrated marketing
22  campaigns as a university professor?
23      A   I didn't understand the question.
24      Q   Bad question.

25        You analyzed each of the categories of studies?

0297
1    A   Yes, I analyzed the methods, the statistics,
2  the results, the validity of the study --
3    Q   Is there --
4    A   -- their findings.
5    Q   I'm sorry.  I should not have cut you off.  It
6  is a theme we have.
7        Is there a statement or analysis of each of the
8  categories of studies in any of the documents that we
9  have looked at today.
10   A   Yes, in my report.
11   Q   Okay.  Yesterday you prepared an exhibit that
12  counsel put as Exhibit 5, can you describe what that is?
13   A   Yes.  When I discussed the studies with you
14  yesterday, it became apparent that, that it would be
15  useful to have a document that clearly stated these six
16  types of studies and describe the methods and my
17  background on the method and the results.
18       I hadn't structured my report that way, but
19  that is how I structured it in my own mind.
20       And so explaining it to you yesterday, I was
21  basically describing each study this way.  And so I
22  decided to write it all down because it might come up
23  today.
24   Q   Okay.  Let's -- Can you briefly go through for
25  each category of study what you have in Exhibit 5?

0298
1    A   Yes.  So let me say, I just did this in random
2  order.  So it is not in the same order -- or maybe I
3  should go back in the same order that -- I don't
4  remember the order that I originally gave you.
5    Q   It doesn't matter.
6    A   Okay.  Fine.
7        So one type of study is the Scientific Testing
8  of the Detail Pieces with the M.D.'s and they used
9  accepted practice for doing this type of research.
10       They did in-depth interviews with about -- I
11  have one example where they spoke to 31 doctors in two
12  different cities.  That is a standard approach.
13       They have to have it in a couple of cities and
14  they showed them detailing pieces in counter-balanced
15  order, and asked open-ended questions to try to
16  understand their perceptions of the material.

17   Q   All right.  Are those studies referenced in the
18 exhibit binders?
19   A   Yes.
20   Q   That are attached to your report?
21   A   Yes.
22   Q   What exhibits?
23   A   Exhibits 28 and 29, and 59, and Exhibit 5 --
24 This is Exhibit 5.  It does not look like the right
25 number.  Right.  This is Exhibit 5 now.

0299
 1   Q   It's Andrew's Exhibit 5 for his reports.
 2   A   Right.  This is the type of research we did in
 3 the anti-drug campaign and in the U.S. Census Campaign.
 4 I did this a long time ago when I worked at the National
 5 Consulting Group.  It is a type of research that I talk
 6 a lot about in teaching.
 7   Q   What were the findings of this?
 8   A   Well, overall the physicians said, first of
 9 all, they responded very favorably to the material about
10 safe for the elderly.
11      This was a population that -- that felt that
12 Vioxx had concerns -- had some possible problems with
13 elderly due to their CV risks and they felt that the
14 materials helped them to overcome obstacles.
15      And they said that they were confused about the
16 CV information and they wanted more information about
17 it.  They did not understand how to interpret it.
18      They said it was conflicting and the brochure
19 was not changed to address that issue.  It was changed
20 to address some other issues but not that issue.
21   Q   In reviewing the conclusions and the methods
22 and the design of this particular study, do you agree
23 with the conclusions?
24   A   Yes.
25   Q   And was the methodology used by Merck, in your

0300
 1 opinion, scientifically valid?
 2   A   Yes.
 3   Q   Okay.  Let's go to the next.
 4   A   Okay.  The second -- let's see.  Let's see if
 5 we have notes here.  Hold on.
 6      In that same study, they found that only one
 7 physician said that he proactively warned his patients
 8 about Vioxx's cardiac risk.

9    Q   One out of the 31?
10   A   Right.  And the rest of them said that
11   primarily the patients were concerned or there was bad
12   press and so they didn't warn their patients.
13        MR. GOLDMAN:  Objection.  Move to strike as
14   nonresponsive.
15        THE WITNESS:  What did I do wrong?
16   BY MR. SKIKOS:
17   Q   You are still talking about the first study?
18   A   Yes, I am.
19   Q   Okay.  I will accept that answer with respect
20   to the first category of studies.
21   A   Yes, and those exhibits are 41 -- did I already
22   say 41?
23        Okay.  So, now, I remember this -- I'm sorry.
24        Also, this type of study was discussed in
25   Exhibit 41.

0301
1         MR. GOLDMAN:  Which one are we on now?
2         THE WITNESS:  The same first type of study.
3    BY MR. SKIKOS:
4    Q   We are going to go back to the first type of
5    study.
6    A   Yes, we are still -- I have not gone to the
7    second type of study.  This is all the first type of
8    study.  I'm sorry.
9    Q   Okay.
10   A   And Exhibit 41 also describes another similar
11   study where people were asked to look at the Efficacy
12   Confidence Program -- it had two names, but that is one
13   of the names -- and assess, you know, was it a
14   convincing program.  Would they prescribe more Vioxx?
15        And you had 10 to 15 percent saying that they
16   felt that -- that overall they said they would expect a
17   10 to 15 percent increase in prescriptions for Vioxx
18   from that program.
19        And the -- yeah.  So they were very favorable
20   towards that program when they saw the detailing
21   materials about it.
22   Q   Okay.  What is the second category?
23        MR. GOLDMAN:  Can you just be clear?  What
24   category of studies were you just talking about?
25        THE WITNESS:  Well, Copy Testing of Detailed

0302

1  Pieces with M.D.'s.
2        MR. GOLDMAN:  Okay.
3        THE WITNESS:  Let me make sure that is how it
4  is labeled.  It's Scientific Copy Testing with Detail
5  Pieces with M.D.'s, which is what I sort of called it.
6        Okay.  Another type of study is the Scientific
7  Testing of Promotion Message Recall.  So another way of
8  saying it is Tracking of Promotion Message Recall.
9        And that study involved about 300 interviews a
10  month with a detail survey of about 25 questions.  It
11  was initially conducted by DTW Research, and then it was
12  picked up by Impact Rx.
13        And it looks like -- we don't know how much --
14  DTW did the research in 2001 and Impact RX took over in
15  2002.
16        And just to give you some sense of the amount
17  of money that proposal that DTW had put in to get the
18  work in 2002, that was ultimately rejected, it was
19  600,000 for a year's worth of work.  So it is a lot of
20  money.  And they studied high NSAID and high Coxib
21  doctors and they --
22  BY MR. SKIKOS:
23    Q   You mean prescribing doctors?
24    A   Yes.
25    Q   Okay.

0303
1    A   And the relevant exhibits are 55, 56, and 58.
2        The method I did not include in my binders, but
3  it is in my exhibits, but it is in the binder that says
4  Tracking Research.  That we saw a little bit earlier.
5    Q   Okay.
6    A   And we tracked promotional message recall on
7  the anti-drug campaign and I routinely teach classes
8  where they did this type of research.
9    Q   What were the findings?
10    A   The findings were that a substantial number of
11  physicians said that the reps told them Vioxx does not
12  increase the risk of M.I. or stroke.
13        So in this one time period that I looked at, it
14  was 18 to 47 percent of physicians said the reps told
15  them that Vioxx does not increase the risk of M.I. or
16  stroke.
17        And in the time period I looked at, basically,
18  the research shows a substantial number of reps were
19  telling physicians that Vioxx was safe for the elderly.

20      So in this one period of time, it was 20 to
21  33 percent and in another period of time, it was 34 to
22  47 percent.  They have this plotted out.
23      So we don't have a complete list of every month
24  and every, you know, data point, but there were several
25  figures that describe for various periods of time, what

0304
 1  these percentages were and they were high.
 2      Q   What exhibits are you referring to now?
 3      A   55, 56, 58.  There is also some data in 48.
 4      Q   Do you -- is it your opinion that you have
 5  sufficient data to come up with an opinion on whether
 6  this study is valid?
 7      A   Yes.
 8      Q   What is your opinion?
 9      A   It is valid.
10      Q   Okay.  Is that all you have for the second
11  category of studies or is there more?
12      A   I also did my independent coding of some of the
13  data to see what I came up with and the month I looked
14  at, it was 20 percent.  So it was consistent with what
15  they said.
16      Q   20 percent what?
17      A   20 percent of -- I'm sorry -- of the doctors
18  recalled the reps saying that Vioxx doesn't increase the
19  risk of M.I. or stroke.
20      Q   Okay.  Go to the next category, please.
21      A   Another category is Tracking of the Behavior,
22  so that the prescriptions -- the filled prescriptions at
23  the retail level.
24      Q   Oh, I'm sorry.  Before I go back, go back to
25  the second category.

0305
 1      Assume the data is valid at 20 percent of the
 2  sales reps told the doctors that Vioxx does not increase
 3  cardiovascular risk and the doctors recalled it a
 4  sufficient time later, did Merck in any of the documents
 5  that you reviewed, change their detailing methods to fix
 6  that potential problem?
 7      A   No, I didn't see any evidence of that.  The
 8  numbers are very consistent.
 9      Q   Go ahead.
10      Oh, in any of the internal documents that you
11  reviewed, that are contained in your report or in the

12  files there, did anyone at Merck work to combat the
13  potential problems that physicians were being told by
14  their sales reps that there is no increase of
15  cardiovascular --
16      MR. GOLDMAN:  Object to the form.  Assumes
17  facts not in evidence.
18      THE WITNESS:  Okay.  What was the question
19  again?
20  BY MR. SKIKOS:
21    Q   The question sucked.  Go to the next one.
22    A   Well, I did want to say something which is
23  related -- I think it was the answer -- the question
24  that you were asking.
25      But there is -- there is documentation that an

0306
 1  objective of the campaign of the integrated marketing
 2  communications campaign, was to convince doctors to
 3  prescribe Vioxx regardless of the patient's
 4  cardiovascular risk because Vioxx does not cause heart
 5  attacks.
 6      That was a major communication objective of the
 7  campaign.
 8      MR. GOLDMAN:  I move to strike as
 9  nonresponsive.
10  BY MR. SKIKOS:
11    Q   Pretend that I asked that at the end, would the
12  answer be the same?
13    A   Yes.  I thought you asked something related to
14  that.
15    Q   I did.
16    A   You asked, did they do something about it?  And
17  I was saying, no, they didn't do anything about it
18  because that was the objective of the campaign.
19    Q   Okay.  What is the third category?
20    A   The third category was Tracking of Behavior
21  through Prescription -- through prescriptions at
22  pharmacies.
23      So pharmacies that sell data on the
24  prescriptions filled overall and by doctor.  They don't
25  identify the patient, but they identify the doctor.

0307
 1      So you are able to track how the sales are
 2  doing and they have -- the way it is tracked is total
 3  prescriptions and then new prescriptions.  So,

4  obviously, one is subtracted from the other are refills.
5       So total and new and the other is refills.  So
6  total, minus new would be the refilled prescriptions.
7  And so this is the count of prescriptions.
8       Now, this type of collection of data -- of
9  sales data is what I teach in a course -- a whole course
10  on how to use this data.  It is called Micromarketing.
11       Also, the tracking of behavioral data is
12  something that I have expertise in and I have published
13  on that topic.
14       I have American Journal Public Health Article
15  with Dickson and Lane on, you know, analyzing this type
16  of data.
17       In a drug case, we didn't have that because,
18  obviously, we will not be tracking marijuana purchases.
19  And even with the tobacco, because it is adolescent.  So
20  there is no data on adolescents.
21    Q   And what are the findings?
22    A   The findings indicate that sales were high for
23  Vioxx and they were neck to neck with Celebrex.  And
24  there were, what we call shock to the system where there
25  were a decline in sales.

0308
1       Primarily when the market learned about the CV
2  risk from the New York Times and the JAMA article in
3  2002, not what they learned from Merck.
4       And then there was another reaction when the
5  label came out in April, 2002.
6    Q   Now, in a jury or a court --
7    A   And then -- wait.  I'm sorry.  Can I finish?  I
8  did not finish the answer.
9    Q   Of course.  Of course.
10    A   And the integrated marketing communications
11  campaign managed to improve the situation and so that
12  over time sales inched back up.
13    Q   Okay.  If a jury wanted to see those graphs are
14  they in the binders somewhere?
15    A   Yes.  And those are Exhibits 56 and 54.
16    Q   Okay.
17    A   There could be others, but those are -- but
18  anyway that is the date -- one of the sets of data that
19  is in the EAR report, the Early Assessment and Response.
20    Q   Did Merck, in your review of their studies,
21  keep track of what you called shocks to the system that
22  affected the overall COX-2 market in addition to its

23  own?
24    A   Yes.
25    Q    Those are in those exhibits?

0309
1    A   Yes.
2    Q    So -- I'm sorry.
3    A    So in the shocks to the system from both of
4   those, as I recall, was to both Vioxx and Celebrex.
5         And the shock to the system from the Vioxx
6   label change was to Vioxx only and then --
7    Q    Those are supported in the graphs?
8    A   Yes, graphs.  Yes.
9         And the rebound from the campaign -- from the
10  integrated campaign is largely seen among new patients
11  and is attributed to the Efficacy Confidence Program
12  because it started to rebound the very month that that
13  program started.
14    Q    Can you briefly describe the Efficacy
15  Confidence Program?
16    A    That was the program where they offered
17  satisfaction guaranteed or your money back to patients.
18    Q    And do you have an opinion as to why that
19  program was successful in helping Vioxx rebound?
20    A    Because it -- well, the research shows that --
21  shows that it increased physicians' confidence in Vioxx
22  and it motivated the sales force.
23    Q    Have you done studies on or researched on
24  guaranteed -- money back guarantees?
25    A    I haven't personally done that type of

0310
1   research, but I read it all of the time.
2    Q    And what is the general understanding or the
3   general accepted belief on the impact of a guarantee
4   money back on a marketing campaign?
5         MR. GOLDMAN:  Object to the form.
6         THE WITNESS:  It is a signal of quality and
7   confidence in the product.  So it, generally, does have
8   an effect of improving sales.
9   BY MR. SKIKOS:
10    Q    Now, in particular the Merck Guaranteed
11  Program, did you note any difference between the
12  physician guarantee and the patient guarantee?
13    A    Yes.  Let me just state that the ads were ads
14  for the program appeared in both the physician and --

15  there were physician ads and there were patient ads.
16  And so one -- I could compare what was stated in those
17  two types of ads.
18      And to answer your question, in the consumer ad
19  it just said, "Satisfaction guaranteed or your money
20  back," but in the physician ad in fine print, it was
21  clarified that it was only money back, if it was a
22  problem with pain relief.
23  Q   An efficacy problem?
24  A   Yes, an efficacy problem.  And that is why it
25  was sometimes called Efficacy Guarantee.  And then other

0311
1  times -- it was initially called Efficacy Guarantee and
2  then Efficacy Confidence.  And I think they changed it
3  because they had learned from their research that it
4  built confidence.
5  Q   Is that all of the studies that you reviewed in
6  the third category of studies?
7      MR. GOLDMAN:  Fourth.
8      MR. SKIKOS:  This is the fourth or is this the
9  third?
10      THE WITNESS:  I think this is the third; right?
11      MR. SKIKOS:  Third.  From the impartial juror.
12      THE WITNESS:  So the first type of study was
13  the Copy Testing of the Detail Pieces with the
14  Physician.
15      The second type of study was the Tracking of
16  Promotional Message Recall among physicians and their
17  behavior.
18      And the third type of message was a complete
19  census of prescription -- prescriptions filled overtime
20  by month.
21      In the second case, it is just a sample and in
22  the third case, it is all of the prescriptions.
23  BY MR. SKIKOS:
24  Q   Now, can you describe the fourth category of
25  the scientific study performed by Merck on the

0312
1  integrated marketing program?
2  A   It is another study of physicians.  I call it
3  the Attribute Tracking Study of Physicians.
4      So this was a study where you had about a
5  little over 300 -- 315 to 325 physicians from a panel,
6  randomly selected each month to complete a written

7   survey and record their prescribing behavior.
8        And, initially, it was done via phone and fax,
9   and on the Internet on something called WebMD Survey.
10       And they asked a host of questions.  I did not
11  write down the number, but a large number of questions
12  about Vioxx, Celebrex, Bextra.
13       And the questions would say, how well does the
14  statement describe Vioxx?  One, does not describe it at
15  all.  Ten, describes it very well.
16       And the firm that I saw them using was Ziment,
17  Z-I-M-E-N-T.  And the time period I started to see this
18  was 2002 and it went through 2003.  And it is not clear
19  when it ended, but that is where I stopped seeing data.
20       And the sample included a third Vioxx users or
21  heavy users of Vioxx; a third Celebrex and a third
22  NSAID.  So they had a nice sample.
23       And also, a third was chronic pain.  A third
24  acute and a third recurrent.  And so they had a very
25  sophisticated sampling plan.  So that the results would

0313
1   not change based on the sample.  This was called the ANA
2   Attribute Tracker.
3      Q   Is there an exhibit for that one in your
4   binder?
5      A   Yes.  It is Exhibit 48 and then I actually have
6   another Merck exhibit that I wrote down which described
7   the method in greater detail.
8        I read that and it is in the binders, but it
9   isn't in my exhibits.  I can give you the Merck number.
10     Q   Yeah.
11     A   MRK-AKP 0038549.
12     Q   And those are the documents that you reviewed
13  and relied on in the boxes that some nice person is
14  going to copy tonight?
15     A   Yes.  They were originally sticking up, so we
16  could see them, but they are not anymore.
17     Q   What were the findings of these studies?
18     A   Well, the one finding was that what physicians
19  said they were relying on in terms of deciding what
20  prescriptions to write and what they were actually
21  relying on weren't the same.  There were marked
22  differences.
23       The way they were able to do that is they did a
24  very sophisticated drive importance analysis.  The
25  equations are on the exhibit.  It is a mathematical

0314
1  equation linking the ratings to the actual behavior.
2       And so from then on, they used the attributes
3  that were really important, not the ones that the
4  doctors said; but the ones that were really important in
5  the survey; and they tracked those carefully over time
6  to see how those were changing.
7       And the most important attributes were doesn't
8  cause edema, doesn't increase blood pressure, doesn't
9  increase risk of M.I, safe to use in the elderly.
10      So what they found was that their -- these
11 non-G.I. safety attributes were becoming a key
12 differentiator between Celebrex and Vioxx.
13      And so then what they decided to do was launch
14 the Efficacy Confidence Program.  And then the research
15 showed that once that program was launched, you saw
16 improvements on all of these attributes.
17      Improvements in M.I. perceptions, safe for the
18 elderly -- significant improvement in safe for the
19 elderly.  Improvements in the blood pressure, which was
20 another thing they measured.  Increase in self-reported
21 new prescriptions for Vioxx.
22      And a pattern where instead of losing so much
23 sales to Bextra, Vioxx was losing a lot of sales to
24 Bextra and that was stent.  And it was Celebrex that was
25 losing a little bit more rather than Vioxx.

0315
1   Q   So the Efficacy Campaign helped stent the loss
2  of sales to Bextra; is that what you are saying?
3       MR. GOLDMAN:  Object to form.
4       THE WITNESS:  Correct.
5  BY MR. SKIKOS:
6   Q   Okay.
7   A   And then this research also showed that overall
8  perceptions of Vioxx does not increase risk of M.I. or
9  stroke remained remarkably stable.
10      And so it never got below -- I don't know why I
11 don't have the notes, but I recall they didn't get
12 below -- I think it might have been 6.5.  I think was
13 the lowest they ever dropped on a 10-point scale.  So
14 they were above the mean of 5.
15  Q   And I saw graphs on those yesterday.  Are those
16 graphs in the binders or Exhibits?
17  A   Yes.

18    Q    And those are graphs you can show a court in
19  terms of the analysis of the awareness of the
20  cardiovascular risk?
21    A    The perception of the cardiovascular risks,
22  right, or awareness.  Those similar words, yes.
23    Q    Did you notice any change in the marketing
24  messages that was designed to increase physician
25  awareness of the cardiovascular risk of Vioxx exposure?

0316
1    A    No, I didn't see any evidence of that.
2    Q    What is the next category of study?
3    A    Okay.  It was an Attribute Tracking Study of
4  Consumers and it was called the Awareness and Action or
5  Chronic Pain Study.  They had two different names for
6  that one, too.
7          And that was a telephone survey with chronic
8  pain consumers.  3600 a year conducted every day of the
9  year.
10         The company was Millward Brown.  That is
11  exactly what we did with Millward Brown with the
12  anti-drug campaign.
13         It was related to the type of a research I did
14  that is published in the American Journal of Public
15  Health -- no, actually, that is incorrect.  That is not
16  correct.
17    Q    What part is incorrect?
18    A    That last part.  This is different from the
19  American Journal of Public Health.
20    Q    But the same for Millward Brown?
21    A    The Millward -- okay.  The American Journal of
22  Public Heath just studied behaviors and this studies
23  attributes.  And so I think it is best -- I think it is
24  a unique study.
25         So it is probably best to say that my

0317
1  familiarity with this -- I have a strong familiarity
2  with this exact type of study from the anti-drug ad
3  campaign.  And I also see this type of data and teach
4  cases on this at U.C. Irvine.
5    Q    What were the findings?
6    A    The findings were -- I'm sorry.  I am not -- I
7  didn't finish with the method, actually.
8    Q    Oh, I'm sorry.  I cut you off.
9          He has got a free card now.

10    A    So is it okay?
11    Q    You can keep going.
12    A    The exhibits that are relevant are E30 and E32
13  and the method --
14        MR. GOLDMAN:  What is E30?  Is that in one of
15  the binders?
16        THE WITNESS:  It is Exhibits 30 and 32 in the
17  binders.
18        Okay.  So the time period that this was
19  conducted -- best I could tell, it started around May,
20  2000 and it was still going in December '03.
21        50 percent of the subjects were 55 years or
22  older.  All of them had chronic pain.  One of the
23  findings was that -- I'm sorry.  This is in Exhibit
24  31 (b).
25        They have findings that, essentially, say a lot

0318
 1  of these people were in hypertension and many had heart
 2  disease.  Like, 40 to 50 percent had hypertension and 20
 3  to 22 percent had heart disease depending on the month
 4  because they were randomly selecting people, calling
 5  them up on the phone.
 6        And that a lot of these people were taking
 7  Vioxx.  They actually tracked how many took Vioxx on
 8  each of these conditions -- I mean, with each of these
 9  conditions and whether that changed over time, and
10  whether they were switching to Celebrex.
11    Q    And what were the findings?
12    A    And the findings were -- let me say, I am still
13  going to method.  They also asked awareness of the brand
14  as part of this research.  And I believe awareness of
15  the ads.
16        Anyway, the awareness of the brand started out
17  low and it went up to 85 percent in '02, and remained
18  about 85 percent in '03 and then characterized it as a
19  universal awareness.
20    Q    Is that for Vioxx?
21    A    For Vioxx.  Because you cannot get 100 percent
22  awareness if you don't watch TV or whatever.  So they
23  were very pleased.
24        They showed that Vioxx was up there with
25  Tylenol in terms of brand awareness.  Let's see, what

0319
 1  else they showed.

2        They showed the trial was high even in 2003 of
3   Vioxx.  There was a slight decrease in current usage of
4   Vioxx towards the end of the study.  It was down from 15
5   percent to 13 percent.
6     Q   What does trial mean?
7     A   I'm sorry.  That 15 percent and 13 percent, as
8   I recall, is current usage.
9        And trial was, you know, did they get a new
10  prescription.  And current usage includes new and
11  refills.
12        And they carefully studied why people didn't
13  fill prescriptions and they found that most people did,
14  the vast majority; but there was a creeping up in the
15  percentage, who didn't fill because of safety issues;
16  but it wasn't clear what the safety issues were.
17        And let me say that, in this study, they never
18  asked about heart attacks because that would get the
19  word out.  I believe one -- well, I can't infer as to
20  why they didn't do it, but they did not ask about heart
21  attack as a risk.
22        The questions they asked were vague questions.
23  Like, brands you can trust.  Is it effective as a pain
24  reliever?  Is it safe as a sugar pill?  That sort of
25  thing.

0320
1        And the numbers for brand you can trust, the
2   top box, meaning, they rated it highly on brand you can
3   trust was 40 percent in 2002 and 41 percent in 2003.
4     Q   Is that a very positive finding in your
5   experience in looking at integrated marketing campaign
6   studies like this one?
7     A   Yes, given that it was what we call a top box
8   score.  And it was one of the highest attributes in
9   which -- in other words, they received very high
10  attributes on this, relative to other attributes they
11  measured.
12        Like, effective pain relief wasn't much higher
13  than 40 percent.  You know what I am saying?  You don't
14  get that much higher.  So it was not like effective pain
15  relief was 90 percent and this was 40 percent.  And
16  maybe effective pain relief was maybe 40 something -- in
17  the 40's also.
18    Q   What exhibits are we talking about now?
19    A   30, 31, 32, 31(b).
20        Let's see, we also found, you know, brand

21   awareness increased dramatically, like I said, from '00
22   to '02 and then stabilized.
23     Q   Are there any documents --
24     A   There was some trend -- people trying to get
25   off both Vioxx and Celebrex.  But when they tried to

0321
1   figure out why that was happening, the safety attributes
2   that they measured remained stable.
3          And when there was a decline, the brand you can
4   trust -- let's see.  There was some problems with the
5   New York Times article and the JAMA article in terms of
6   you saw little change in perception of the brand.
7          But oddly enough mostly in efficacy, not
8   safety.  So there was -- it tainted the brand a little
9   bit, those events -- those external events.
10         So that is the type of result that you get.
11   This is a very, very good study.  I mean a very
12   sophisticated study and I believe in the validity of the
13   study and the conclusions.
14     Q   Okay.  What is the next category of study you
15   looked at?
16     A   There is the direct-to-consumer copy testing of
17   the ads and warning that might be in the ads.  And
18   Millward Brown did this type of research, too, for them
19   and they called it the Link TV Commercial Copy Test.
20         And I have several of the results, I think,
21   starting in 1999 to 2000 and then they stopped.  So I'm
22   not sure why that is, but in -- they tested not only
23   their own ad, but they tested Celebrex's ads to see how
24   their ad compared to Celebrex.
25         And this is similar to the research that I

0322
1   published in the American Journal of Public Health with
2   Foley.
3          In fact, this type of copy test research
4   described virtually all of my research and that is what
5   I worked on in the anti-drug campaign and the
6   Massachusetts' campaign.  I worked on it way back when I
7   worked for the National Consulting Group.  So this is
8   the type of research I do all of the time.
9     Q   What were the findings of this particular
10   series of studies?
11     A   Well, one thing they did was they measured
12   whether consumers were concerned about side effects from

13  seeing the ads.
14        And they said that people did notice the side
15  effects, but they did a statistical comparison of the
16  people who remembered the side effects or who were
17  concerned about the side effects and weren't concern on
18  motivation to ask the doctor more about the drug; and
19  there was no statistical difference.
20        So, in other words, whether they -- I'm not
21  sure if it was recall or were concerned about the side
22  effects, but the way they segmented the consumers on the
23  side effects issue was not a predictor of whether they
24  were going to ask the doctor about the drug.
25        So they said -- their conclusion it doesn't

0323
1  keep us from our product claim.  It doesn't affect
2  motivation to ask, so we don't need to worry about it.
3        They also said that 40 percent of the ads -- 40
4  percent of the people said the ad strongly gave a safety
5  impression, which was high.
6        And they said that they tested some warnings
7  and they found no problem with the vague wording that
8  they test, which is somewhat similar to the one that
9  they ended up using.  So it wasn't the same.  And they
10  said they were going to do more research, but I was not
11  able to get that research.
12    Q   Did they test in that particular study the
13  impact of saying that there might be a cause and effect
14  relationship between Vioxx exposure and a heart attack?
15    A   No, they did not.  The warning wasn't -- did
16  not talk about the cause and effect relationship.  It
17  was a vaguely worded warning about heart attacks have
18  been observed in some people taking Vioxx, something
19  like that.
20        And they found, again, no difference between
21  people who remembered that warning and didn't.  So they
22  said it wasn't a concern.
23        But if they did find -- if they tested the
24  final warning and found -- which they knew that they
25  would eventually have to need, so there would be a final

0324
1  warning, if the research showed otherwise and showed
2  that it was what they called keeping us from the product
3  claim or affecting people's willingness to talk to the
4  doctor, that they would reassess the media options.

5        And they would not use product advertising at
6   all.  They would -- they considered using reminder
7   advertising and help-seeking advertising.
8        So it indicates what they might do with the
9   results if the results came out differently.  And we
10  know that they didn't.  They continued to use product
11  advertising.
12       Does that make sense?
13   Q   Sort of.  He got it.
14   A   So what they said is if these ads are -- if
15  they put in the final warning that they had to use, they
16  found that the ad -- that the warning was having a
17  negative effect on consumers, they would stop running
18  product ads.
19   Q   I see.
20   A   See, because product ads required the warning.
21  You know, required the information.
22       If -- you know, it is a risk disclosure.  I
23  guess is what you would call it.  This listing of the
24  risk.
25       I don't know if you would actually -- I don't

0325
1   know whether you would actually call all of the fine
2   print in the ads a warning or not, but it is a list of
3   the risks.
4        So instead they would do help seek, which means
5   if you have this general problem of pain, go get help,
6   or a reminder where you just say Vioxx, but with no
7   information.
8        Neither of those would require this risk
9   information in the ad.
10   Q   That is what the study showed?
11   A   That was -- the conclusion was the risk
12  messages that they put in, there was no problem.  It
13  didn't effect -- adversely effect consumers.
14       But if in a subsequent research when they
15  tested the final version, it did slow an adverse
16  reaction that they said they should -- Merck should
17  reassess the media options and just consider using
18  reminders and help-seeking ads.
19   Q   Because it would impact sales if they continued
20  to do direct-to-consumer advertising in the face of that
21  warning?
22       MR. GOLDMAN:  Object to form.
23       THE WITNESS:  Exactly.

24  BY MR. SKIKOS:
25     Q   Go to the next study.

0326
 1     A   That's it.
 2     Q   Okay.  Now, let's run to the conclusions -- oh,
 3  you did not give an Exhibit for that one; did you, for
 4  the sixth category?
 5        An exhibit to your report in one of the binders
 6  look in the sixth category is there an exhibit?
 7     A   Oh, I'm sorry.  I understand the question now.
 8        MR. O'CALLAHAN:  66; isn't it?
 9        THE WITNESS:  64 and 66 -- 65, 67, and 68, I
10  had several of those copy tests.
11  BY MR. SKIKOS:
12     Q   Okay.  These are the exhibits to your report?
13     A   Correct.
14     Q   Let me go to a clarification before we go to
15  conclusions.  You're not saying that your an expert
16  in how the FDA determines what goes into a label;
17  correct?
18     A   That is correct.
19     Q   But is it correct that your expertise of
20  integrated marketing campaigns includes all aspects of
21  the messaging to the consumer and in this particular
22  place, one of the aspects of the messaging includes a
23  label?
24        MR. GOLDMAN:  Object to the form.
25        THE WITNESS:  Yes.

0327
 1  BY MR. SKIKOS:
 2     Q   Now, did we ask what percentage of time you
 3  spent in reviewing documents was actually reviewing the
 4  studies?
 5     A   I would estimate it is about half as you can
 6  tell by the piles of documents that are on this type in
 7  the boxes.
 8     Q   In any of the categories of studies or study
 9  that you described, did you find any methodological
10  flaws used by Merck in conducting those studies?
11     A   No.  They used generally accepted practices for
12  doing this type of research.
13     Q   The results of these studies, did they show any
14  consistency?
15     A   Yes, they did.

16   Q   Okay.  Is that part of the integrated marketing
17   campaign analysis, is to look at the results of various
18   studies and category of studies and determine if there
19   is consistent application?
20   A   Yes.  Because the hypothesis that you are
21   testing is that you are giving a consistent messages.
22   Q   Okay.  And the consistent message is contained
23   in the report, in X number of page report, that we have
24   been going over today; correct?
25   A   Correct.

0328
1        MR. GOLDMAN:  What was your question?  I'm
2   sorry.
3   BY MR. SKIKOS:
4   Q   The consistent methods that these studies were
5   designed to ensure that were getting out to the
6   patients, what that message is, is contained in this
7   report?
8   A   Yes.
9   Q   And the internal documents that you reviewed
10   and are referenced in this report, are they consistent
11   with the messages that you found were trying to be
12   promoted in the studies?
13   A   I don't understand your question.
14   Q   Okay.  You reference a number of internal
15   documents in this report?
16   A   Yes.
17   Q   All right.  Is the statements that were
18   contained in the internal documents by the Merck
19   employees --
20   A   You mean with regard to their -- because they
21   are all internal documents in the sense that we,
22   ultimately, got them from Merck is, as I recall.
23   Q   Right.  Let me do it again.
24        There are statements that defense counsel used
25   in the examination of you that said you were just

0329
1   reading documents.
2        Do you remember that?
3   A   Yes.
4   Q   The importance of those internal documents and
5   the statements contained by the Merck executives when
6   they made those statements, how does that relate to the
7   studies that were conducted in the integrated marketing

8  campaign?
9     A   You mean the statements made about the
10  objectives of the campaign?
11    Q   Yes.  Sorry.
12    A   Well, the statements are part of the whole
13  picture.  You have to understand what was the objective
14  of the campaign and then you test the hypothesis that
15  that objective has met.
16         And the answer to that hypothesis test based on
17  all of the research is, yes, they obtained the objective
18  that they sought, which was to neutralize the CV risks.
19         MR. SKIKOS:  Okay.  Let me take a quick second.
20         (Brief recess.)
21         MR. SKIKOS:  Back on the record.
22    Q   Turning to Exhibit 3 on your binders, which is
23  your C.V.  Very early in the day, you mentioned a
24  change -- an error that needs to be fixed in the
25  Robinson, Calcagnie & Robinson, Newport Beach, on Page


0340
1  never occurred to me someone would be confused by that.
2  BY MR. GOLDMAN:
3     Q   What hypothesis did you test in this case,
4  Dr. Peckman?
5         MR. SKIKOS:  I am Skidos and your Peckman now.
6         MR. GOLDMAN:  It's a long day.  Sorry.
7         THE WITNESS:  I tested the hypothesis that the
8  campaign was effective in obtaining the objectives --
9  the stated objectives.
10  BY MR. GOLDMAN:
11    Q   What were the stated objectives of Merck's
12  integrated marketing campaign that you tested?
13    A   To neutralize safety concerns.  To encourage
14  doctors to prescribe Vioxx to patients regardless of
15  their CV risk because Vioxx does not cause heart attacks
16  or strokes or maybe it said M.I. or strokes.
17         And with consumers, I believe the objective
18  was -- I have to find my other document.  Give me one
19  second.
20         Basically, the objectives are very similar
21  because it was an integrated campaign.  So they were
22  disseminating similar messages across the groups.
23    Q   You mentioned that as part of the scientific
24  method that you typically use, you use a controlled
25  study approach?

Pechmann

New Hours   Vioxx   Mason Case

15         30         15  (1hr)
9-12-06   10:30-10:45 & 12:00-12:30 & 12:30-12:45
"          5:30 - 7:00 pm   (1hr)   (1.5 hr)

5
PI(s)        EXHIBIT for
AIL S. NESSON, CSR# 7010, N.
9-11-06
Pechmann

12 pgs.

5-1

INVOICE FOR WORK ON MASON CASE AS EXPERT WITNESS

From:              Cornelia Pechmann

To:                Ed Blizzard
Blizzard McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, Texas 77002
(713) 844-3750 Office
(713) 844-3755 Facsimile

Invoice Number:     VIOXX-MASON1_CP
Invoice Date:        August 11, 2006
Dates Worked:       August 9, 2006 – August 10, 2006
**Amount Due:**        **$6,300.00**

Send Check to:       Cornelia Pechmann
1604 Harkness St.
Manhattan Beach, CA 90266
Phone:             310 - 372 - 9007
Social Security:     104 - 44 - 8538

Tasks: Read case-specific materials, prepared expert report and exhibit list

Itemized List of Hours Worked:

| Date | Start time | End time | Total hrs. | Comment |
|---|---|---|---|---|
| 08-09-06 | 10:00 am | 12:00 pm | 2.0 | |
| " | 3:00 pm | 4:30 pm | 1.5 | |
| " | 7:00 pm | 10:30 pm | 3.5 | |
| 08-10-06 | 9:00 am | 12:00 pm | 3.0 | |
| | 12:30 pm | 8:30 pm | 8.0 | |
| | | | | |
| | | | | |
| TOTAL HRS. | | | **18 HRS.** | |
| TOTAL HRS. @$350/HR | | | $6,300.00 | |
| EXPENSES | | | n/a | |
| ADVANCE PAYMENT | | | n/a | |
| **TOTAL AMOUNT DUE** | | | **$6,300.00** | |

**I certify that this is an accurate accounting of the hours I have worked and the expenses I have incurred.**

**Please pay this invoice within 30 days.  Thank you.**

*Cornelia Pechmann*

Cornelia Pechmann

INVOICE FOR WORK ON VIOXX CASE AS EXPERT WITNESS

From:               Cornelia Pechmann
To:                 Mark Robinson, Robinson Calcagnie & Robinson
Invoice Number:     V6_CP
Invoice Date:       August 11, 2006
Dates Worked:       July 14, 2006 – August 7, 2006
**Amount Due:**     **$36,832.00**

Send Check to:      Cornelia Pechmann
                    1604 Harkness St.
                    Manhattan Beach, CA 90266
Phone:              310 - 372 - 9007
Social Security:    104 - 44 - 8538

Tasks: Prepared for Barnett trial, traveled to/from New Orleans

Itemized List of Hours Worked:

| Date | Start time | End time | Total hrs. | Comment |
|------|-----------|----------|-----------|---------|
| 07-14-06 | 2:00 pm | 2:30 pm | 0.5 | |
| 07-15-06 | 9:00 am | 3:30 pm | 6.5 | |
| 07-17-06 | 8:30 am | 8:30 pm | 12.0 | At Decisionquest |
| 07-18-06 | 11:00 am | 4:00 pm | 5.0 | |
| " | 4:30 pm | 8:00 pm | 3.5 | |
| 07-19-06 | 3:00 pm | 7:00 pm | 4.0 | |
| 07-20-06 | 12:00 pm | 5:00 pm | 5.0 | |
| 07-24-06 | 12:00 pm | 5:00 pm | 5.0 | |
| | 7:00 pm | 10:00 pm | 3.0 | |
| 07-26-06 | 8:30 am | 11:30 am | 3.0 | |
| | 2:30 pm | 6:30 pm | 4.0 | |
| 07-27-06 | 9:00 am | 11:00 am | 2.0 | |
| | 2:00 pm | 11:00 pm | 9.0 | At Decisionquest |
| 08-01-06 | 10:00 am | 4:00 pm | 6.0 | In New Orleans |
| | 9:00 pm | 10:00 pm | 1.0 | " |
| 08-02-06 | 11:00 am | 6:30 pm | 7.5 | " |
| | 7:00 pm | 1:00 am | 6.0 | " |
| 08-03-06 | 12:00 pm | 12:00 am | 12.0 | " |
| 08-04-06 | 9:30 am | 11:30 am | 2.0 | |
| 08-07-06 | 1:00 pm | 9:00 pm | 8.0 | |
| | | | | |
| TOTAL HRS. | | | **105 HRS**. | |
| TOTAL HRS. @$350/HR | | | $36,750.00 | |
| EXPENSES (see below) | | | $82.00 | |
| **TOTAL AMOUNT DUE** | | | **$36,832.00** | |

Dinner in New Orleans Aug. 1, 2006: $35.00
Taxi from home to LAX Aug 1, 2006: $25.00
Taxi form LAX to home Aug. 3, 2006: $22.00

I certify that this is an accurate accounting of the hours I have worked and the expenses I have incurred.

Please pay this invoice within 30 days.  Thank you.

*Cornelia Pechmann*

Cornelia Pechmann

5-4

INVOICE FOR WORK ON VIOXX CASE AS EXPERT WITNESS

From:              Cornelia Pechmann
To:                Mark Robinson, Robinson Calcagnie & Robinson
Invoice Number:    V5_CP
Invoice Date:      Wednesday, July 12, 2006
Dates Worked:      May 20, 2006 – May 26, 2006
**Amount Due:**    **$11,628.00**

Send Check to:     1604 Harkness St.
                   Manhattan Beach, CA 90266
Phone:             310 - 372 - 9007
Social Security:   104 - 44 – 8538

Tasks: Prepared for first deposition.

Itemized List of Hours Worked:

| Date | Start time | End time | Total hrs. | Comment |
|---|---|---|---|---|
| 05-20-06 | 9:30 am | 11:30 am | 2.0 | |
| 05-22-06 | 9:00 am | 1:30 pm | 4.5 | |
| 05-23-06 | 2:00 pm | 8:30 pm | 6.5 | |
| 05-25-06 | 10:00 am | 7:00 pm | 9.0 | |
| 05-26-06 | 8:00 am | 7:00 pm | 11.0 | 1st depo |
| TOTAL HRS. | | | **33 HRS.** | |
| TOTAL HRS. @$350/HR | | | $11,550.00 | |
| EXPENSES (see below) | | | $78.00 | |
| **TOTAL AMOUNT DUE** | | | **11,628.00** | |

**Expenses Incurred:**
**$78** to purchase cases on integrated marketing communications and pharmaceuticals

**I certify that this is an accurate accounting of the hours I have worked and the expenses I have incurred.**

**Please pay this invoice within 30 days.  Thank you.**

Cornelia Pechmann

Cornelia Pechmann

INVOICE FOR WORK ON VIOXX CASE AS EXPERT WITNESS

| | |
|---|---|
| From: | Cornelia Pechmann |
| To: | Mark Robinson, Robinson Calcagnie & Robinson |
| Invoice Number: | V4_CP |
| Invoice Date: | May 19, 2006 |
| Dates Worked: | Monday May 15, 2006 – Friday May 19, 2006 |
| Hours Worked: | 19 |
| Rate Per Hour: | $350 |
| **Amount Due:** | **$6,650** |

| | |
|---|---|
| Send Check to: | 1604 Harkness St. |
| | Manhattan Beach, CA 90266 |
| Phone: | 310 - 372 - 9007 |
| Social Security: | 104 - 44 – 8538 |

Tasks: Reviewed additional documents, revised expert report, and met with Paul Sizemore, Chris Spiro, and Mark Robinson.

Itemized List of Hours Worked:

| Date | Start time | End time | Total hrs. |
|---|---|---|---|
| 05-15-06 | 10:00 AM | 12:00 PM | 2.00 |
| | 1:30 PM | 7:00 PM | 5.50 |
| 05-16-06 | 9:00 AM | 12:00 PM | 3.00 |
| | 6:00 PM | 6:30 PM | .50 |
| 05-18-06 | 3:00 PM | 6:00 PM | 3.00 |
| | 7:00 PM | 10:00 PM | 3.00 |
| | 11:00 PM | 1:00 AM | 2.00 |

| | | |
|---|---|---|
| TOTAL | | 19 HRS. |
| AMT @$350/HR | | $6,650 |
| EXPENSES | | $0 |
| TOTAL | | **$6,650** |

DAYS WORKED IN 05-06 ACADEMIC YEAR (39 DAYS IS THE MAXIMUM ALLOWED): **30.4 DAYS (243.5 HOURS / 8 HRS PER DAY)**

**I certify that this is an accurate accounting of the hours I have worked.**

**Please pay this invoice within 30 days.  Thank you.**

*Cornelia Pechmann*

Cornelia Pechmann

INVOICE FOR WORK ON VIOXX CASE AS EXPERT WITNESS

From:                    Cornelia Pechmann
To:                      Mark Robinson, Robinson Calcagnie & Robinson
Invoice Number:          V3_CP
Invoice Date:            April 28, 2006
Dates Worked:            Thursday March 30, 2006 – Friday April 28, 2006
Hours Worked:            67
Rate Per Hour:           $350
**Amount Due:**          **$23,450**

Send Check to:           1604 Harkness St.
                         Manhattan Beach, CA 90266
Phone:                   310 - 372 - 9007
Social Security:         104 - 44 - 8538

Tasks: Reviewed additional documents, revised expert report, and met with Paul Sizemore, Chris
Spiro, Mark Robinson, Shannon Lukei, other attorneys and a Vioxx sales representative.

Itemized List of Hours Worked:

| Date | Start time | End time | Total hrs. |
|---|---|---|---|
| 03-30-06 | 1:00 PM | 6:00 PM | 5.00 |
| 04-04-06 | 1:00 PM | 7:00 PM | 6.00 |
| 04-06-06 | 2:00 PM | 4:30 PM | 2.50 |
| 04-07-06 | 10:15 AM | 12:45 PM | 2.50 |
|  | 3:30 PM | 7:30 PM | 4.00 |
| 04-11-06 | 9:00 AM | 1:30 PM | 4.50 |
|  | 2:30 PM | 6:00 PM | 3.50 |
| 04-13-06 | 9:00 AM | 1:00 PM | 4.00 |
|  | 2:30 PM | 3:30 PM | 1.00 |
| 04-14-06 | 9:30 AM | 12:00 PM | 2.50 |
|  | 12:30 PM | 5:00 PM | 4.50 |
| 04-17-06 | 9:30 AM | 10:30 AM | 1.00 |
|  | 5:00 PM | 7:30 PM | 2.50 |
| 04-18-06 | 9:30 AM | 12:00 PM | 2.50 |
|  | 12:30 PM | 6:00 PM | 5.50 |
| 04-20-06 | 3:00 PM | 6:30 PM | 3.50 |
| 04-21-06 | 11:30 AM | 12:30 PM | 1.00 |
|  | 2:00 PM | 5:00 PM | 3.00 |
| 04-22-06 | 10:00 AM | 2:00 PM | 4.00 |
| 04-28-06 | 10:00 AM | 2:00 PM | 4.00 |

| | | | |
|---|---|---|---|
| TOTAL | | | 67 HRS. |
| AMT @$350/HR | | | $23,450 |
| EXPENSES | | TAXIS | $0 |
| TOTAL | | | **$23,450** |

DAYS WORKED IN 05-06 ACADEMIC YEAR (39 DAYS IS THE MAXIMUM ALLOWED):
**28 DAYS (224.5 HOURS / 8 HRS PER DAY)**

5-7

I certify that this is an accurate accounting of the hours I have worked.

Please pay this invoice within 30 days.  Thank you.

Cornelia Pechmann

5-8

INVOICE FOR WORK ON VIOXX CASE AS EXPERT WITNESS

| | |
|---|---|
| From: | Cornelia Pechmann |
| To: | Mark Robinson, Robinson Calcagnie & Robinson |
| Invoice Number: | V2_CP |
| Invoice Date: | March. 17, 2006 |
| Dates Worked: | Friday March 10, 2006 – Friday March 17, 2006 |
| Hours Worked: | 34 |
| Rate Per Hour: | $350 |
| Expenses Incurred | $42 (taxis to and from LAX airport) |
| **Amount Due:** | **$11,942** |

| | |
|---|---|
| Send Check to: | 1604 Harkness St. |
| | Manhattan Beach, CA 90266 |
| Phone: | 310 - 372 - 9007 |
| Social Security: | 104 - 44 – 8538 |

Tasks: Revised expert report, flew to San Jose to meet with co-counsel to obtain feedback on report and discuss strategy, re-revised expert report

Itemized List of Hours Worked:

| date | start time | end time | total |
|---|---|---|---|
| 3/10/06 | 3:00 PM | 3:15 PM | .25 |
| 3/13/06 | 11 AM | 12 PM | 1.00 |
| | 1 PM | 7 PM | 6.00 |
| 3/14/06 | 9 AM | 12 PM | 3.00 |
| | 1:15 PM | 7 PM | 4.75 |
| 3/15/06 | 4 PM | 11 PM | 7.00 |
| 3/16/06 | 5 PM | 10 PM | 5.00 |
| 3/17/06 | 10 AM | 12 PM | 2.00 |
| | 2 PM | 7 PM | 5.00 |

| | | | |
|---|---|---|---|
| TOTAL | | 34 HRS. | |
| AMT @$350/HR | | $11,900 | |
| EXPENSES | TAXIS | $42 | |
| TOTAL | | **$11,942** | |

I certify that this is an accurate accounting of the hours I have worked.

Please pay this invoice within 30 days.  Thank you.

*Cornelia Pechmann*

Cornelia Pechmann

5-9

INVOICE FOR WORK ON VIOXX CASE AS EXPERT WITNESS

From:              Cornelia Pechmann
To:                Mark Robinson, Robinson Calcagnie & Robinson
Invoice Number:    V1_CP
Invoice Date:      Jan. 20, 2006
Dates Worked:      Wedn. Dec. 28, 2005 – Thurs. Jan. 19, 2006
Hours Worked:      123.50
Rate Per Hour:     $350
Amount Due:        $43,225.00
Send Check to:     1604 Harkness St.
                   Manhattan Beach, CA 90266
Phone:             310 - 372 - 9007
Social Security:   104 - 44 – 8538
Tasks: Reviewed documents, met with attorneys, prepared draft declaration

Itemized List of Hours Worked:

| date | start time | end time | total | hrs. |
|---|---|---|---|---|
| 12/28/2005 | 10:30 AM | 1:00 PM | 2:30 | 2.50 |
| 1/2/2006 | 9:00 AM | 1:00 PM | 4:00 | 4.00 |
| | 3:00 PM | 5:00 PM | 2:00 | 2.00 |
| 1/3/2006 | 9:30 AM | 5:30 PM | 8:00 | 8.00 |
| 1/4/2006 | 8:30 AM | 12:30 PM | 4:00 | 4.00 |
| | 2:30 PM | 7:30 PM | 5:00 | 5.00 |
| 1/5/2006 | 8:30 AM | 1:30 PM | 5:00 | 5.00 |
| | 2:30 PM | 7:30 PM | 5:00 | 5.00 |
| 1/6/2006 | 9:30 AM | 5:30 PM | 8:00 | 8.00 |
| 1/7/2006 | 8:30 AM | 1:00 PM | 4:30 | 4.50 |
| | 2:00 PM | 7:00 PM | 5:00 | 5.00 |
| 1/9/2006 | 9:00 AM | 12:00 PM | 3:00 | 3.00 |
| | 12:30 PM | 6:00 PM | 5:30 | 5.50 |
| 1/10/2006 | 9:00 AM | 2:00 PM | 5:00 | 5.00 |
| | 3:30 PM | 7:00 PM | 3:30 | 3.50 |
| 1/11/2006 | 9:00 AM | 12:00 PM | 3:00 | 3.00 |
| | 1:00 PM | 7:00 PM | 6:00 | 6.00 |
| 1/12/2006 | 8:00 AM | 10:30 AM | 2:30 | 2.50 |
| | 1:00 PM | 6:30 PM | 5:30 | 5.50 |
| 1/14/2006 | 9:30 AM | 1:30 PM | 4:00 | 4.00 |
| | 2:30 PM | 5:00 PM | 2:30 | 2.50 |
| 1/16/2006 | 10:30 AM | 1:00 PM | 2:30 | 2.50 |
| | 2:00 PM | 7:30 PM | 5:30 | 5.50 |
| 1/17/2006 | 9:30 AM | 12:30 PM | 3:00 | 3.00 |
| | 3:30 PM | 7:30 PM | 4:00 | 4.00 |
| 1/18/2006 | 8:30 AM | 11:30 AM | 3:00 | 3.00 |
| | 2:00 PM | 7:00 PM | 5:00 | 5.00 |
| 1/19/2006 | 9:30 AM | 11:30 AM | 2:00 | 2.00 |
| | 2:00 PM | 7:00 PM | 5:00 | 5.00 |
| TOTAL | | | | 123.50 |
| AMT @$350/HR | | | | $43,225 |
| DAYS (MAX = 39) | | | | 15.44 |

5-10

INVOICE FOR WORK ON VIOXX CASE AS EXPERT WITNESS

From:              Cornelia Pechmann
To:                Jim O'Callahan, Girardi & Keese
Invoice Number:    VIOXX-LATRIAL706_CP
Invoice Date:      July 12, 2006
Dates Worked:      June 8, 2006 – July 11, 2006
**Amount Due:**    **$31,180.75**

Send Check to:     1604 Harkness St.
                   Manhattan Beach, CA 90266
Phone:             310 - 372 - 9007
Social Security:   104 - 44 - 8538

Tasks: Prepared for deposition, attended deposition, prepared for LA trial, attended LA trial.

Itemized List of Hours Worked:

| Date | Start time | End time | Total hrs. | Comment |
|---|---|---|---|---|
| 06-08-06 | 4:00 pm | 6:00 pm | 2.0 | |
| 06-12-06 | 8:00 am | 10:00 am | 2.0 | |
| " | 2:00 pm | 8:00 pm | 6.0 | |
| 06-13-06 | 9:00 am | 11:00 am | 2.0 | |
| | 1:30 pm | 7:00 pm | 5.5 | |
| | 10:00 pm | 11:30 pm | 1.5 | |
| 06-14-06 | 10:30 am | 11:30 am | 1.0 | |
| " | 1:30 pm | 5:30 pm | 4.0 | |
| " | 10:00 pm | 11:00 pm | 1.0 | |
| 06-15-06 | 9:00 am | 11:00 am | 2.0 | |
| " | 1:30 pm | 2:30 pm | 1.0 | |
| " | 3:00 pm | 7:00 pm | (4) N/A* | 2nd depo |
| 06-19-06 | 1:00 pm | 2:00 pm | 1.0 | |
| 06-25-06 | 11:00 pm | 12:00 am | 1.0 | |
| 06-28-06 | 1:00 pm | 2:30 pm | 1.5 | |
| | 6:00 pm | 7:00 pm | 1.0 | |
| 06-29-06 | 9:30 am | 11:30 am | 2.0 | |
| " | 1:00 pm | 2:30 pm | 1.5 | |
| " | 6:00 pm | 9:00 pm | 3.0 | |
| 06-30-06 | 8:30 am | 9:30 pm | 13.0 | S.F. meeting |
| 07-03-06 | 1:00 pm | 2:00 pm | 1.0 | |
| " | 3:00 pm | 6:00 pm | 3.0 | |
| " | 8:00 pm | 11:00 pm | 3.0 | |
| 07-04-06 | 10:00 am | 12:00 pm | 2.0 | |
| " | 1:00 pm | 2:00 pm | 1.0 | |
| " | 3:00 pm | 9:00 pm | 6.0 | |
| " | 10:00 pm | 11:00 pm | 1.0 | |
| 07-05-06 | 11:00 am | 12:00 pm | 1.0 | |
| " | 2:30 pm | 8:30 pm | 6.0 | |
| 07-06-06 | 9:00 am | 12:00 pm | 3.0 | |
| " | 3:00 pm | 10:00 pm | 7.0 | |

5-11

| 07-07-06 | 8:00 am | 5:00 pm | 9.0 | Trial day 1 |
| 07-10-06 | 3:30 pm | 9:00 pm | 5.5 | |
| 07-11-06 | 8:30 am | 11:00 am | 2.5 | Trial day 2 |

| | | |
|---|---|---|
| TOTAL HRS. | | **103 HRS**. |
| TOTAL HRS. @$350/HR | | $36,050.00 |
| EXPENSES (see below) | | $130.75 |
| PAYMENT** | | *$5,000.00* |
| **TOTAL AMOUNT DUE** | | 31,180.75 |

\* I have already been paid for the hours of my deposition on 6/15 (3-7 pm).
\*\* I was paid a $5,000 "advance" by Giraldi & Keese on June 16, 2006

Expenses Incurred: <u>$130.75</u>
$130.75 for taxis, parking, and BART, during my trip to San Francisco to meet with Skikos
(receipts available upon request)

I certify that this is an accurate accounting of the hours I have worked and the expenses I
have incurred.

Please pay this invoice within 30 days.  Thank you.

Cornelia Pechmann

Cornelia Pechmann

5-12