Medical Report Charles Laron Mason
August 7, 2006

cholesterol, and perhaps labile hypertension, with further confounding contributions from sleep apnea and depression.

17. He presented to Alta View Hospital at 8:20 AM on July 25, 2003, complaining of "on and off" chest pain, radiating to his arms, for 4 days, that had become worse while walking in a field. He had definite evidence of myocardial injury, with elevated troponin I and CKMB enzyme levels, together with non-specific ST segment and T wave changes on his ECG. A diagnosis of acute non-ST segment elevation myocardial infarction (NSTEMI) was made, he received aspirin, Aggrastat (a Gp IIb-IIIa platelet inhibitor), nitroglycerin, toradol, morphine, and low molecular weight heparin, and then was transferred to LDS Hospital, where Dr. Ganellen performed coronary angiograms and found thrombus in both a 90% occluded left anterior descending coronary artery and a 70% occluded first diagonal, together with an area of anterolateral hypokinesis; ejection fraction was recorded as 60%. He proceeded to stent the left anterior descending lesion and to perform angioplasty on the first diagonal lesion. The troponin I levels peaked at 42.0 ng/ml and the CKMB at 28.4 ng/ml at 8:50 PM that evening, indicating definite myocardial muscle necrosis. He again experienced chest pain on August 13, 2003.

18. Repeat angiogram at this time by Dr. Symkoviak demonstrated that the revascularized vessels remained patent and the epicardial coronary arteries contained only "minor" plaques. The chest pain was relieved by nitroglycerin. He next saw Dr. Vogeler in October, 2003, and continued to complain of chest

Medical Report Charles Laron Mason
August 7, 2006

pain relieved by nitroglycerin.  Dr. Vogeler then prescribed Zocor and Altace.

Cardiolite stress tests were performed on October 22, 2003 and again on April 12,

2005; he exercised well and had no evidence of reversible ischemia.  The April

2005 test described a possible fixed apical defect (scar) that would be consistent

with his initial myocardial injury, and with his ECG pattern as described below.

19. Mr. Mason suffered an acute myocardial infarction, documented by elevation of

troponin I and MBCK levels in his blood.  Fortunately, the extent of his injury

was limited by prompt initial administration of the antiplatelet drugs aspirin and

Aggrastat together with heparin, followed rapidly by transfer to LDS Hospital and

percutaneous revascularization, as previously described.  The fact that the

extensive thrombi producing near total occlusion of the left anterior descending

and first diagonal coronary arteries were, in fact, limited by aspirin and Aggrastat

therapy, together with heparin therapy, administered at first hospital contact likely

prevented total occlusion and much more massive injury.  Although Mr. Mason

now has no evidence of active myocardial ischemia, he does have some area of

myocardial scarring and has the physiological burden of known coronary artery

disease.  It is imperative to understand that the definition of NSTEMI, also called

subendocardial or non-Q wave infarction, requires not only the absence of new Q

waves, but, very importantly, the absence of any loss of R wave voltage in the

affected leads.  In this case, the leads in question would be the anterior leads $V_3$-

$V_5$.  In reviewing Mr. Mason's ECGs from 2002 until the most recent dated April

12, 2005, in fact there has been reduction in the amplitude of anterior R waves,

14

described as "delayed R wave progression." In fact, Dr. Keep officially interpreted the April 12, 2005, ECG as showing poor R wave progression. This loss of R wave voltage, coupled with a fixed defect on stress cardiolite imaging, is consistent with a transmural rather than subendocardial scar, with attendant risk of subsequent myocardial events. He will need careful monitoring and appropriate diagnostic testing as indicated for the remainder of his life, including active management of risk factors to aggressive secondary prevention targets, such as having his LDL cholesterol maintained at < 70 mg/dL. At any further suggestion of ischemia, he will require thorough re-evaluation such as was performed in August 2003. Patients who have suffered a myocardial infarction are at increased risk for subsequent myocardial infarction with attendant risks of arrhythmia, congestive heart failure, and sudden death.

20. Mr. Mason did not have glucose intolerance or diabetes, he had not smoked cigarettes for 25 years, and his LDL cholesterol was within acceptable limits for someone with his risk profile. He did have risk factors of male sex, middle age, low HDL cholesterol, obesity, and perhaps labile blood pressure; he also suffered with depression and sleep apnea, which may contribute to development of coronary plaques. However, before starting treatment with VIOXX, he had no evidence of clinically significant coronary disease, as demonstrated by the stress test in September 2002 that was interpreted as negative for ischemia; he likely did have some minor plaque formation as described by Dr. Symkoviak. It is necessary to understand that these small and non-obstructing plaques, as are all

plaques, are inflammatory in nature and COX-2 production is induced at these sites, as depicted in Figure 1. Furthermore, the vast majority of acute myocardial infarctions result from the rupture of atherosclerotic plaques that are unstable but not occlusive (< 70% obstruction); specifically 68% occur from lesions less than 50% obstructive, 18% from lesions 50-70% obstructive, and only 14% from lesions greater than 70%; it is with such plaques that the anti-thrombotic effects of normally functioning $PGI_2$ is essential in limiting the extent to which thrombus develops and progresses to occlusion at such sites.

21. The pathophysiological mechanism of atherosclerotic coronary occlusion is initiated by rupture of the vascular wall at the site of atherosclerotic plaque formation, with subsequent release of intensely thrombogenic lipid materials into the bloodstream. Platelet activation then occurs at this site, followed by platelet clumping and a "white' clot. Activated platelets then secrete a number of factors that serve to activate additional platelets, produce vasoconstriction, and activate the blood coagulation system to produce a protein-rich thrombus or "red" clot. Thus risk factors result in a final contribution to injury by producing friable plaque and rendering such plaques more susceptible to rupture. A major endogenous defense mechanism is the availability of $PGI_2$ release to reduce platelet aggregability and platelet clot formation. This defense is augmented by aspirin, which reduces platelet production of $TxA_2$. Any process or drug that promotes $TxA_2$ activity over than of $PGI_2$ of necessity promotes this process.

Medical Report Charles Laron Mason
August 7, 2006

22. It is my opinion that Mr. Mason did have early but clinically insignificant atherosclerosis as a result of those risk factors listed earlier in this discussion. It is my opinion, that, more likely than not, VIOXX represented a substantial contributing factor in the development of Mr. Mason's coronary thrombosis and myocardial infarction in July 2003, as stated above and as supported by the references cited on the attached bibliography. An appropriate "anti-thrombotic" balance, in which $PGI_2$ predominated over $TxA_2$, would, more likely than not, have at least limited if not prevented the extent of thrombus formation, and therefore limited or prevented acute myocardial infarction.

23. As discovery is ongoing, I reserve the right to supplement my opinions pending review of new or additional materials.

FURTHER AFFIANT SAYETH NOT.

SIGNED ON THIS __7th__ DAY OF AUGUST, 2006:

Gary E. Sander, M.D., Ph.D., F.A.C.C., F.A.H.A.
Adjunct Professor of Medicine, Section of Cardiology
Tulane University Health Sciences Center

*Sworn to and signed before me, Notary in and for the Parish of Jefferson, State of Louisiana This date 8/7/2006*

*Richard A. Rees*
*Notary Public*
*La Bar Number 4775*

17

Medical Report Charles Laron Mason
August 7, 2006



**Figure 1**.  The induction of COX-2 isoenzymes in artherosclertoic lesions and the critical importance of COX-2 generated $PGI_2$ in maintaining an antithrombotic state.  Adapted from *Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol. 2006;26(5):956-8.*

Medical Report Charles Laron Mason
August 7, 2006



**Figure 2**.  The consequences of COX-2 inhibition upon the levels of the thrombotic thromboxane $TXA_2$ and the protective prostacyclin $PGI_2$. From Antman EM, DeMets D, Loscalzo J. *Cyclooxygenase inhibition and cardiovascular risk.*  Circulation 2005; 112(5):759-70.

## CURRICULUM VITAE

SS# 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

Updated 07/04/06

**NAME:**                    **GARY EDWARD SANDER, M.D., Ph.D.**

**ADDRESS:   HOME:**         **1237 Beverly Garden Drive**
                             **Metairie, LA  70002**
                             **Tel: 504-458-5717**
                             **Fax: 504-835-7019**
                             **E-Mail: gsande3@cox.net**

**BUSINESS:**                Tulane University School of Medicine
                             Department of Medicine/Cardiology
                             1430 Tulane Avenue
                             New Orleans, LA 70012
                             504-988-5152

                             Canal Street Cardiology Associates
                             2820 Canal St
                             New Orleans, LA 70119
                             504-821-8158

                             1237 Beverly Garden Drive
                             Metairie, LA  70002
                             Tel: 504-458-5717
                             Fax: 504-835-7019

**SOCIAL HISTORY:**

      **BORN:**          February 14, 1947
                             New Orleans, LA

      **MARRIED:**       July 14, 1973 to
                             Patricia Elaine Pruett

      **CHILDREN:**      Edward Alan Sander, b. July 7, 1976
                             Andrew David Sander, b. April 30, 1980
                             Philip Gary Sander, b. June 19, 1982

**EDUCATION:**               High School - Maxima Cum Laude,
                             Jesuit High School (New Orleans)

Sander CV 07/04/06

BS (Honors) - Summa Cum Laude:
Chemistry (1968), Loyola
University (New Orleans)

Ph.D.:  Biochemistry (Dec, 1971),
Tulane University

M.D.:  November, 1973, Tulane University

Internship - Straight Medicine,
1974-1975 - Walter Reed Army
Medical Center (WRAMC)
Residency - Medicine, 1975-1977 - WRAMC

## PROFESSIONAL AND ACADEMIC ACTIVITIES:

| | |
|---|---|
| Research Associate in Biochemistry, Tulane University | 1970-1972 |
| Associate in Biochemistry, Tulane University | 1972-1973 |
| Research Fellow in Biochemistry and Surgery, Tulane University | 1974 |
| Chief Medical Resident, Walter Reed | 1977 |
| Attending Physician, Walter Reed | 1977-1980 |
| Research Internist, Walter Reed Army Institute of Research (WRAIR) | 1977-1980 |
| Assistant Professor (Medicine), Uniformed Services University of the Health Sciences | 1978-1980 |
| Chief, Department of Clinical Physiology, Division of Medicine, WRAIR | 1979-1980 |
| Staff Physician, MobileHealth Care (Voluntary Community Health Organization) Montgomery County, MD | 1979-1980 |

2

Sander CV 07/04/06

| | |
|---|---|
| Associate Professor (Medicine), Tulane | 1980-1985 |
| Professor (Medicine) Tulane | 1985-1992 |
| Visiting Physician, MCLNO, New Orleans | 1980-2005 |
| Chief Admitting Officer, VAMC | 1980-1982 |
| Physician-in-Charge, Hypertension Screening and Treatment Program VAMC, New Orleans | 1982-1992 |
| Professor (Medicine), LSUHSC | 1992-Present |
| Faculty, Pennington Biomedical Research Institute, Louisiana State University | 1992-Present |
| Director, Cardiovascular Fellowship, Training Program, LSUMC | 1994-1997 |
| Program Director, LSU/New Orleans Cardiology Board Review Course | 1993-2001 |
| Director, Cardiology Grand Rounds LSUMC | 1993-1999 |
| Program Chairman, Louisiana-ACC Annual Meeting | 1996-1998 2002-2003 |
| Associate Director Gulf Regional Research & Education Services | 2006- |
| Professor (Adjunct), Tulane University | 2006- |

## PROFESSIONAL SOCIETIES:

| | |
|---|---|
| Society of The Sigma Psi | 1969-1970 |
| American Chemical Society | 1968-1972 |

3

Sander CV 07/04/06

| | |
|---|---|
| American Association for the Advancement of Science | 1969-1970 |
| American Medical Association | 1974-1979 |
| New Orleans Academy of Internal Medicine | 1980-Present |
| American College of Physicians (Fellow) | 1978-Present |
| American Thoracic Society, | 1979-1982 |
| American Heart Association, (Fellow),Cardio-Pulmonary Council Council on Circulation | 1980-Present; 1983-Present |
| American Federation of Clinical Research, Southern Section | 1982-Present |
| American Society for Pharmacology and Experimental Therapeutics | 1983-Present |
| Southern Society for Clinical Investigation | 1984-Present |
| American College of Cardiology (Fellow) | 1984-Present |
| Musser-Burch Society, | 1984-Present |
| American Society of Hypertension | 1985-Present |
| American College of Chest Physicians (Fellow) | 1991-Present |
| Heart Failure Society of America | 2001-Present |

## **HONORS:**

4

Sander CV 07/04/06

| | |
|---|---|
| Alpha Sigma Nu | 1967 |
| NDEA Graduate Training Fellowship | 1968-1970 |
| Alpha Omega Alpha | 1973 |
| Fellow, American College of Physicians | 1982 |
| Fellow, Council on Circulation, American Heart Association | 1983 |
| Fellow, American College of Cardiology | 1990 |
| Fellow, American College of Angiology | 1989 |
| Fellow, American College of Chest Physicians | 1991 |
| ASH Specialist in Clinical Hypertension | 1999- |
| National Leadership Award (National Republican Congressional Committee) | 2001 |
| International WHO'S WHO | 2003- |
| America's Top Physicians (Consumers' Research Council of America) | 2003- |
| Distinguished Service Award, LA-ACC | 2003 |
| President's Award, LA-ACC | 2004 |
| Academic Keys Who's Who in Medical Sciences Education | 2004 |

**OFFICES:**

| | |
|---|---|
| Vice-President, LA-ACC | 2000-2003 |
| Secretary-Treasurer | 2003-2005 |

Sander CV 07/04/06

| | |
|---|---|
| Vice-President, LA-ACC Foundation | 2005-2006 |
| President, LA-ACC Foundation | 2006-2008 |
| Board of Directors, Gulf Central Regional Chapter, ASH | 2000-Present |
| Secretary-Treasurer, Gulf-ASH | 2004-2006 |
| Clinical Advisory Board Louisiana Health Care Review | 2001-Present |

**COMMITTEES:**

| | |
|---|---|
| Pharmacy and Therapeutics Tulane Medical Center | 1987-1990 |
| Utilization Review, Tulane Medical Center | 1990-1992 |
| Institutional Review Board, (Vice Chairman), LSUMC | 1992-2005 |
| Medical Records, University Hospital | 1993-1994 |
| Credentials Committee, University Hospital | 1994 |
| Education Committee, LA-ACC Chairman | 1995-1998, 2002-2004 |
| Program Director, LA-ACC | 1995-1998, 2002-2003 |
| Continual Quality Improvement Council, MCLANO | 1997-1998 |
| Allen Copping Awards Committee, LSUMC | 1998-2002 |

6

Sander CV 07/04/06

| | |
|---|---|
| LSUHSC Center Wide Research Committee | 2000 |
| LSU DOM Promotions Committee | 2001-2004 |

**CERTIFICATION:**

| | |
|---|---|
| Flex | 1973 |
| Diplomate, American Board of Internal Medicine (#62268) | 1977 |
| Cardiovascular Diseases | 1989 |

**STATE LICENSURES:**

| | |
|---|---|
| Louisiana (012458) | 1974-Present |
| Maryland (D23422) | 1979-1980 |

**MILITARY HISTORY:**

| | |
|---|---|
| Active Duty, United States Army, Medical Corps, Major (P) | 1974-1980 |

**HOBBIES:**

Indoor and Outdoor Gardening

**EDITORSHIP:**

1. Associate Editor, ***Cardiomyopathy***, PSG Publishing Company, Littleton, MA, 1988.

2. Guest Editor: ***A Symposium: The George E. Burch Festschrift***  Am J Cardiol, 1989.

3. Editor, ***Newsletter, Louisiana Chapter, American College of Cardiology***, 1991 -

7

Sander CV 07/04/06

4.   Editor, *Newsletter, Gulf Central Regional Chapter, American Society of Hypertension* 2000-

5.   Cardiology Section Editor, *Medicine, Ob/Gyn, Psychiatry, and Surgery*. Emedicine Journal

## RESEARCH GRANTS: (Principal Investigator)

1.   The Opioid Peptides: Direct Peripheral Effect on the Cardiopulmonary Vascular System and Potential Interactions with Renin-Angiotensin and Kallikrein-Kinin Systems via Inhibition of the Angiotensin I Converting Enzyme.   **Veterans Administration Regional Advisory Group.**   July 1980 - June 1981.   $15,000.

2.   Interactions of Clonidine HCL with Vasoactive Peptides.   **American Heart Association - Louisiana.**   July 1981 - June 1982.   $7490.

**3.**   The Opioid Peptides: Cardiovascular Pharmacology.   **Veterans Administration Merit Review.**   July 1982 - June 1985.   $150,000.

4.   Modern Approach to the Treatment of Hypertension.   **Pfizer Inc.**   1988 - 1989.

5.   A Phase III, Randomized, Double-Blind, Placebo-Controlled Trial Evaluating 30-Day and 6-Month Clinical Outcome following Percutaneous Coronary Intervention in Patients Treated with c7E3 Fab Bolus plus 12-Hour Infusion Given with either Standard-Dose Weight-Adjusted or Low-Dose Weight-Adjusted Heparin.   **Centocor, Inc.** 1994-96.

6.   A Study of the Conversion Efficacy and Safety and of Ibutilide and Procainamide IV in Patients with Atrial Flutter or Atrial Fibrillation.   **The Upjohn Company.**   1994-1995.

7.   A Study of the Conversion Efficacy and Safety and of Repeated Intravenous Doses of Ibutilide in Patients with Atrial Flutter or Atrial Fibrillation Following Valvular or Coronary Artery Bypass Surgery.   **The Upjohn Company.**   1995-1996.

8.   Tirilazad Mesylate IV Concentrate in the Prevention of Contrast-Induced Nephropathy in Patients with Renal Insufficiency.   **The Upjohn Company.**   1995-1996.

9.   Characteristics of Coronary Artery Disease in Young Women.   1996-1997.

10. A Multicenter, Randomized Trial Evaluating 30-Day and 6-Month Clinical Outcome with Three Different Strategies in Patients Undergoing Percutaneous Coronary Intervention. **Centocor, Inc**.   1996-1998.

Sander CV 07/04/06

11. Comparison of Safety and Antihypertensive Efficacy of the Fixed Combination of Candesartan Cilexetil and Hydrochlorothiazide (8mg/12.5 mg) Once Daily with the Individual Components Given Once Daily: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Design Study. **Astra Merck** 1996-1997.

12. A Randomized, Double-Blind Evaluation of the Efficacy and Safety of Integrelin[TM] Versus Placebo for Reducing Mortality and Myocardial (Re)Infarction in Patients with Unstable Angina or Non-Q-Wave Myocardial Infarction. **COR Therapeutics, Inc**. 1996-1997.

13. A comparison of efficacy and safety of mibefradil with losartan in subjects with mild to moderate hypertension. **Hoffmann-LaRoche Inc.** 1996-1998.

14. An open-label evaluation of the efficacy, safety, pharmacokinetics, and pharmacodynamics of BAY y5959 administered as an intravenous infusion to patients with NYHA Class III and IV congestive heart failure. **Bayer Corporation.** 1996-1997.

15. Nitric Oxide and Coronary Artery Disease.      1997-1998.

16. A Phase III, multicenter, international, randomized, double-blind, aspirin-controlled study to evaluate the efficacy and safety of sibrafiban (Ro 48-3657), an oral platelet glycoprotein IIb/IIIa antagonist, as therapy for the prevention of secondary vascular events in patients after acute coronary syndrome. The Symphony Trial. **Hoffmann-LaRoche Inc.** 1997-1998.

17. Protocol B3N-MC-EUAT.  Placebo controlled study of moxonidine in Stage 1 and Stage 2 hypertension. **Eli Lilly & Co and Solvay Pharmaceuticals**. 1998-1999.

18. Protocol 1997017.  A double-blind, placebo controlled, parallel design study to determine the effect of 75 or 100 mg of orally administered azimilide dihydrochloride versus placebo on survival in recent post-myocardial infarction patients at risk of sudden death.  The ALIVE Trial. **Procter & Gamble**.  1998-2001.

19. Protocol BC15457.  A Phase III, international, randomized, double-blind, aspirin-controlled trial to evaluate the efficacy of two regimens with XubixJ (sibrafiban, Ro 48-3657), an oral platelet glycoprotein IIb/IIIa receptor antagonist, as therapy for the long term prevention of secondary vascular events in patients after an Acute Coronary Syndrome. The 2nd Symphony Trial. **Hoffmann-LaRoche**.  1999-2000.

20. Lotrafiban (SB 214857).  Blockade of the GpIIB/IIIA Receptor to Avoid Vascular Occlusion (BRAVO).  **SmithKline Beecham.**  1999-2001.

9

Sander CV 07/04/06

**21.** Determination of the Additive Hemodynamic and Neuroendocrine Effects of the Addition of ACE Inhibition to Angiotensin $AT_1$ Receptor Blockade. **Novartis**. 2000 –

**22.** Epic, Epilog, and Epistent Long Term Mortality Follow-Up Study. **Centocor**. 2000.

## PUBLICATIONS:

1.  Baburao L, Costello AM, Petterson RC, and (in part) Sander GE: Acyclic imides. A general method of N-acylation of amides. **J Chem Soc** 1968:2779-81.

2.  Sander GE, Huggins CG: Subcellular localization of angiotensin I converting enzyme in rabbit lung. **Nature New Biology** 1971;230:27-9.

3.  Sander GE, West DW, Huggins, CG: Peptide inhibitors of pulmonary angiotensin I converting enzyme. **Biochem Biophy Acta** 1971;242:662-7.

4.  Sander GE: Studies on the pulmonary angiotensin I converting enzyme. (Dissertation), Tulane University, 1971.

5.  Sander GE, Huggins CG: Vasoactive peptides. **Annual Review of Pharmacology** 1972;12: 227-64.

6.  Sander GE, West DW, Huggins CG: Inhibitors of the pulmonary angiotensin I converting enzyme. **Biochem Biophys Acta** 1972;289:392-400.

7.  Sander GE, Allen RC, Mansell PA, Reed MA, Carter RH, Steel RH, Carter RD, Krementz ET: Polymorphonuclear leukocyte chemiluminescence: decreased activity in terminal stages of malignant melanoma. **IRCS Medical Science** 1976;4:109.

8.  Sander GE: Estrogen receptors. WRAMC Progress Notes 1976;VIII:11-8.

9.  Sander GE: Diagnosis and treatment of nuclear weapons casualties. Medical Effects of Nuclear Weapons. AFRRI-DNA 1979;G1-G9.

10. Ferguson E, Sander G: Fibrin epsilon (gamma-glutamyl) lysine crosslink acceleration by red cells. **Nature** 1979;278:183-5.

11. Sander GE, Hooper R, Mehlmann I: Hyperventilating the hypo-ventilator. **Arch Int Med** 1980;140:420-1.

12. Verma PS, Lorenz PE, Sander GE: Simplified radioimmunoassay of bradykinin in human plasma. **Clin Chem** 1980;26:429-32.

Sander CV 07/04/06

13.   Carpenter J, Sander G, Newby N, Kendrick M:  Phenytoin-hypersensitivity presenting as postoperative fever. **Neurosurgery** 1980;6:426-9.

14.   Sander GE, Verma PS, Lorenz PE:  Inhibition of partially purified canine lung angiotensin I converting enzyme by opioid peptides.  **Biochem Pharmacol** 1980;29:3115-8.

15.   Sander GE, Giles TD, Kastin AJ, Quiroz AC, Kaneish A, Coy DH: Cardiopulmonary pharmacology of enkephalins in the conscious dog. **Peptides** 1981;2:403-7.

16.   Sander G, Giles T, Kastin A, Kaneish A, Coy K:  Leucine-enkephalin: reversal of intrinsic cardiovascular stimulation by pentobarbital. **Europ J Pharmacol** 1982;78:467-70.

17.   Sander GE, Giles TD:  Elevation of arterial blood pressure in conscious dogs by Des-Tyr$^1$-D-Ala$^2$-leucine enkephalinamide.  **Biochem Pharmacol** 1982;31:2699-2700.

18.   Sander GE, Giles TD:  Enkephalin analogs and dermorphin in the conscious dog: structure-activity relationships. **Peptides** 1982;3:1017-21.

19.   Sander GE, Kastin AJ, Giles TD:  MIF-1 does not act like naloxone in antagonizing the cardiovascular activity of leucine-enkephalin in the conscious dog.  **Pharmacol Biochem Behav** 1982;17:1301-3.

20.   Giles TD, Sander GE:  Interaction of leucine-enkephalin with alpha-adrenoceptors in the conscious dog.  **Chest** 1983;83(Suppl):364S-6S.

21.   Quiroz AC, Eilen SD, Sander GE, Giles TD:  The effect of intravenous clonidine hydrochloride on the isolated forearm venous segment in heart failure.  **Chest** 1983;83(Suppl):430S-3S.

22.   Giles TD, Sander GE:  Mechanism of the cardiovascular response to systemic intravenous administration of leucine-enkephalin in the conscious dog. **Peptides** 1983;4:171-5.

23.   Giles T, Sander G, Merz H:  Quaternary opiate antagonists lower blood pressure and inhibit leucine-enkephalin responses. **Europ J Pharmacol** 1983;95:247-52.

24.   Sander GE, Giles TD, Rice JC:  Methionine-enkephalin facilitates the cardiovascular response to epinephrine in the conscious dog. **Peptides** 1983;4:971-3.

25.   Giles TD, Quiroz AC, Eilen SE, Sander GE, Thomas MG, Plauché W:  Acute effects of clonidine hydrochloride in congestive heart failure.  In, Central Blood Pressure Regulation

11

Sander CV 07/04/06

Through Alpha$_2$-Receptor Stimulation (H. Hayduk, KD Bock, eds.), Steinkopff Verlag, Darmstadt, 1983, pp 195-203.

26.    Sander GE, Giles TD:  Clinical recognition of the causes of accelerated heart failure. **Practical Cardiol** 1983;9:43-7.

27.    Moore J, Gagnon FA, Verma PS, Sander GE, Butkus DE:  Plasmakinin levels in acute renovascular hypertension in dogs. **Renal Physiol** 1984;7:102-14.

28.    Giles TD, Sander GE, Kaneish A, Quiroz AC:  The time-dependent anti-hypertensive effect of carteolol - a beta-adrenoceptor antagonist with partial agonist activity. **Clin Pharmacol Ther** 1984;35:301-6.

29.    Sander GE, Giles TD:  The influence of inter-dose time interval on the cardiovascular response to methionine-enkephalin in the conscious dog. **Peptides** 1984;5:797-800.

30.    Sander GE, Rice JC, Giles TD: Cardiovascular interactions between methionine-enkephalin and substance P in the conscious dog. **Peptides** 1985;6:133-7.

31.    Evanich MJ, Sander GE, Rice JC, Giles TD:  Ventilatory response to intravenous methionine-enkephalin in awake dogs. **J Pharmacol Exptl Ther** 1985;234:677-80.

32.    Sartor O, Sander GE:  Unusual variant of eosinophilic faciitis. **South Med J** 1985;78: 1387-89.

33.    Sander GE, Giles TD: Cardiovascular activities of intravenous methionine-enkephalin - Arg[6] -Phe[7] and methoinine-enkephalin - Arg[6]-Gly[7]-Leu[8] in the conscious dog. **Life Sci** 1985;36:2201-7.

34.    Giles TD, Thomas MG, Sander GE, Quiroz AC:  Central alpha-adrenergic agonists in chronic heart failure and ischemic heart disease. **J Cardiovasc Pharmacol** 1985;7(Suppl):S51-5.

35.    Giles TD, Sander GE:  Comparative cardiovascular responses to intravenous capsaicin, phenyldiguanide, veratrum alkaloids, and enkephalins in the conscious dog. **J Auton Pharmacol** 1985;6:1-7.

36.    Given MD, Sander GE, Giles TD:  Methionine-enkephalin dose not alter human platelet aggregatory response. **Thromb Res** 1985;40:711-4.

37.    Given MD, Sander GE, Giles TD: Non-opiate and peripheral opiate cardiovascular effects of morphine in conscious dogs. **Life Sci** 1986;38:1299-1303.

12

38.  Sander GE, Giles TD:  Carteolol.  In, New Cardiovascular Drugs, (A. Scriabine, ed.), Raven Press, New York, 1986, pp. 19-39.

39.  Thomas MG, Quiroz AC, Rice JC, Sander GE, Giles TD:  Antianginal effects of clonidine. **J Cardiovasc Pharmacol** 1986;8(Suppl 3):S69-S75.

40.  Sander GE, Thomas MG, Giles TD:  Hypocalcemic cardiomyopathy - a reversible form of heart muscle disease.  **Prac Cardiol** 1986;12:73-87.

41.  Sander GE, Lowe RD, Giles TD:  The effects of barbiturates upon the hemodynamic response to intravenous methionine-enkephalin in dogs:  modulation by the GABA complex.  **Peptides** 1986;7:259-65.

42.  Thomas MG, Sander GE, Giles TD:  Antianginal efficacy of nitroglycerin patches - the jury is still out!  **Hospital Formulary** 1986;21:918-22.

43.  Giles TD, Sander GE, Thomas MG, Quiroz AC:  Alpha-adrenergic mechanisms in the pathophysiology of left ventricular heart failure - an analysis of their role in systolic and diastolic dysfunction.  **J Mol Cell Cardiol** 1986;18(Suppl 5):33-43.

44.  Sander GE, Lowe RF, Given MB, Wolf RH, Giles TD:  Hemodynamic responses to systemic methionine-enkephalin in conscious dogs are mediated by opiate receptors perfused by the vertebral artery.  **J Hypertension** 1986; 4(Suppl5):S34-6.

45.  Sander GE, Given MB, Shapse K, Roffidal LE, Thomas MG, Giles TD:  Efficacy of guanabenz and atenolol singly and in combination in the treatment of essential hypertension.  **J Hypertension** 1986;4(Suppl 5):S488-90.

46.  Given MD, Sander GE, Giles TD:  Evidence for Des-Tyr$^1$-D-Ala$^2$-leucine$^5$-enkephalinamide calcium agonist activity in vascular smooth muscle.  **Can J Physiol Pharmacol** 1987;65: 120-3.

47.  O'Mailia JJ, Sander GE, Giles TD:  Nifedipine-associated myocardial ischemia or infarction in the treatment of hypertensive urgencies.  **Ann Int Med** 1987;107:185-6.

48.  Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC:  Comparison of nitrendipine and hydrochlorothiazide for systemic hypertension.  **Am J Cardiol** 1987;60:103-6.

49.  Giles TD, Thomas MG, Quiroz AC, Rice JC, Plauché W, Sander GE:  Acute and short-term effects of clonidine in heart failure.  **Angiology** 1987;38:537-48.

50.     Giles, TD, Sander GE, Rice JC, Quiroz AC:  Systemic methionine-enkephalin evokes cardiostimulatory responses in the human. **Peptides** 1987;8:609-12.

51.     Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC: A comparison of nitrendipine and hydrochlorothiazide on exercise in older patients with hypertension. **J Cardiovasc Pharmacol** 1987;9(Suppl 4):S190-3.

52.     Quiroz AC, Sander GE, Giles TD: Infectious cardiomyopathy. In, Cardiomyopathy (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 213-254.

53.     Sander GE, Thomas MG, Giles TD: Endocrine diseases associated with cardiomyopathy. In, Cardiomyopathy (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 255-288.

54.     Sander GE: Toxic cardiomyopathy. In, Cardiomyopathy (TD Giles, GE sander, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 310-357.

55.     Thomas MG, Sander GE, Giles, TD: Hyperergopathic cardiomyopathy. In, Cardiomyopathy (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., 1988, pp 459-484.

56.     Giles TD, Sander GE:  Production by systemic enkephalins of hemodynamic effects by afferent modulation of autonomic nervous system tone.  In, Opioid Peptides and Blood Pressure Control, (Stumpe KO, Kraft K, Faden AI, eds), Springer- Verlag, New York, 1988, pp 212-218.

57.     Giles TD, Sander GE, Roffidal L, Thomas MG, Mersch DP, Moyer RR, Burris JO, Mroczek WJ, Brachfeld J: Remission of mild to moderate hypertension after treatment with carteolol, a beta-adrenergic blocker with intrinsic sympathomimetic activity.  **Arch Int Med** 1988;148:1725-28.

58.     Sander GE, Given MB, Lowe RF, Wolf RH, Brizzee KR, Giles TD:  The effect of area postrema lesions on hemodynamic responses to systemic methionine-enkephalin in conscious dogs. **Am J Hypertension** 1988;1:1S-3S.

59.     Rosales OR, Sander GE, Roffidal LE, Given MB Giles TD:Carteolol, an antihypertensive beta-blocker with intrinsic sympathomimetic activity, reduces ventricular hypertrophy. **Chest** 1989;95:43-7.

60.     Given MB, Sander GE, Giles TD:  N-Allylnormetazocine:  Hemodynamic activity and inhibition of leucine-enkephalin hemodynamic activity in conscious dogs. **J Pharmacol Exp Ther** 1989;247:850-6.

14

Sander CV 07/04/06

61.  Given MB, Lowe RF, Lippton H, Hyman AL, Sander GE, Giles TD: Hemodynamic actions of endothelin in conscious and anesthetized dogs. **Peptides** 1989;10:41-4.

62.  Sander GE, Lowe RF, Giles TD: Interactions between circulating peptides and the central nervous system in hemodynamic regulation. **Am J Cardiol** 1989;64:44C-50C.

63.  Sander GE and Giles TD: The role of nitrendipine in the treatment of hypertension. **Prac Cardiol** 1989;15:54-9.

64.  Giles TD, Sander GE, Roffidal R: Remission of hypertension after treatment with the beta-blocking agent carteolol. **Cardiol Board Review** 1989;6:93-7.

65.  Sander GE and Giles TD: Long-acting agents in heart failure. In, Use of Longer Acting Agents in Cardiac Therapy: Recent Advances (TD Giles and SB Garbus eds) Oxford Health Care, Inc. Press, Clifton, NJ, 1989, pp 63-105.

66.  Lippton HL, Pellett A, Cairo J, Summer WR, Lowe RF, Sander GE, Giles TD, Cohen G, Levitzky MG:  Endothelin produces systemic vasodilation independent of the state of consciousness. **Peptides** 1989;10:939-43.

67.  Giles TD, Sander GE: Myocardial disease in hypertensive-diabetic patients. **Am J Cardiol** 1989;87(6A):23S-8S.

68.  Ahmad S, Giles TD, Roffidal LE, Haney Y, Given MB, Sander GE: Intravenous captopril in congestive heart failure. **J Clin Pharmacol** 1990;30:609-14.

69.  Thomas MG, Sander GE, Given MB, Quiroz AC, Roffidal L, Giles TD:  Efficacy of nicardipine in angina pectoris. **J Clin Pharmacol** 1990;30:24-8.

70.  Giles TD, Sander GE, Roffidal LE, Mazzu A:  Comparison of effects of nitrendipine-vs-hydrochlorthiazide on left ventricular structure and function and neurohumoral status in systemic hypertension. **Am J Cardiol** 1990;65:1265-8.

71.  Giles TD, Quiroz AC, Roffidal LE, Marder H, Sander GE: Prolonged hemodynamic benefits from high dose bolus injection of human atrial natriuretic factor in congestive heart failure. **Clin Pharmacol.Ther.** 1991;50:557-63.

72.  Sander GE, Giles TD: Specific heart muscle disease. Current **Opin Cardiol** 1991;6:401-10.

73.  Sander GE, Giles TD. Antihypertensive therapy in diabetes mellitus. **Cardiovas Risk Factors** 1991;1:393-400.

15

Sander CV 07/04/06

74.   Given MB, Lowe RF, Williams D, Sander GE, Giles TD: Failure of interleukin-2 to alter systolic blood pressure in Dahl salt-sensitive rats. **Am J Hypertension** 1992;5:203-4.

75.   Giles TD, Pina IL, Quiroz AC, Roffidal L, Zaleski R, Porter RS, Karalis DG, Sander, GE: Hemodynamic and neurohumoral responses to intravenous nicorandil in congestive heart failure in humans. **J Cardiovas Pharmacol** 1992;20:572-8.

76.   Giles TD, Sander GE, Roffidal LE, Mazzu AL: Comparative effects of nitrendipine and hydrochlorothiazide on calciotropic hormones and bone density in hypertensive patients. **Am J Hypertension** 1992;5:875-9.

77.   Given MB, Lowe RF, Sander GE, Giles TD:  Acute hypotension alters hemodynamic response to methionine-enkephalin in conscious dogs. **Peptides** 1993;14:445-8.

78.   Giles TD, Sander GE: Aspects of the use of angiotensin-converting enzyme inhibitors and calcium antagonists in treatment of heart failure in the older patient. **Am J Geriatric Cardiol** 1993;2:51-4.

79.   Giles TD, Sander GE. Heart failure: progress. Etiologies.   Physicians World Communications Group, 1993.

80.   Given MB, Lowe RF, Gelvin CR, Sander GE, Giles TD.  Preservation of left ventricular function and coronary flow by angiotensin I-converting enzyme inhibition in the hypertensive-diabetic Dahl rat. **Am J Hypertension** 1994;7:919-25.

81.   Giles TD, Roffidal LE, Quiroz AC, Sander GE, Tresznewsky OW. Circadian variation in blood pressure and heart rate in non-hypertensive congestive heart failure. **J Cardiovas Pharmacol** 1996;28:733-40.

82.   The EPILOG Investigators (. . G. Sander, A. Stevens, K. Delise).  Platelet glycoprotein IIb/IIIa receptor blockade and low-dose heparin during percutaneous coronary revascularization. **N. Engl J Med** 1997;336:1689-96.

83.   Sander GE, Giles TD. Angiotensin I converting enzyme and calcium channel blockers in left ventricular systolic heart failure - theory and reality.   **J Congestive Heart Failure** 1997;July/August:38-50.

84.   Sparti A, Delany JP, de la Bretonne JA, Sander GE, Bray GA. Relationship between resting metabolic rate and the composition of the fat-free mass.   **Metabolism:Clinical & Experimental** 1997;46:1225-30.

16

85. Sander GE. Review questions in cardiology. **Resident & Staff Physician** 1998;44:78-81.

86. The EPISTENT Investigators (. . Sander GE, Stevens A . .). Randomised placebo-controlled and balloon-angioplasty-controlled trial to assess safety of coronary stenting with use platelet glycoprotein IIb/IIIa blockade. **Lancet** 1998;352:87-92.

87. Ghaffari S, Kereiakes DJ, Lincoff AM, Kelly TA, Timmis GC, Kleiman NS, Ferguson JJ, Miller DP, Califf RA, Topol EJ, for the EPILOG Investigators (... Sander GE . . .). Platelet glycoprotein IIb/IIIa receptor blockade with abciximab reduces ischemic complications in patients undergoing directional coronary atherectomy. **Am J Cardiol** 1998;82:7-12.

88. The PURSUIT Trial Investigators (. . Sander G . .). Inhibition of platelet glycoprotein IIb/IIIa with eptifibatide in patients with acute coronary syndromes. **N Eng J Med** 1998;339:436-43.

89. Kleiman NS, Lincoff AM, Kereiakes DJ, Miller DP, Aguirre FV, Anderson KM, Weisman HF, Califf RM, Topol EJ, for the EPILOG Investigators (..Sander GE..). Diabetes mellitus, glycoprotein IIb/IIIa blockade, and heparin: evidence for a complex interaction in a multicenter trial. **Circulation** 1998;97:1912-20.

90. Sander GE, McKinnie JJ, Greenberg S, Giles TD. Angiotensin converting enzyme inhibitors and angiotensin II receptor antagonists in the treatment of heart failure caused by left ventricular systolic dysfunction. **Prog Cardiovasc Dis** 1999;41:265-300.

91. Sander GE. Review questions in cardiology. **Resident & Staff Physician** 1999;45:77-87.

92. Ryan DH, Bray GA, Helmcke F, Sander G, Volaufova J, Greenway F, Subramaniam P, Glancy DL. Serial echocardiographic and clinial evaluation of valvular regurgitation before, during, and after treatment with fenfluramine or dexfenfluramine and mazindol or phentermine. **Obesity Research** 1999;7:313-22.

93. Lincoff AM, Tcheng JE, Califf RM, Kereiakes DJ, Kelly TA, Timmis GC, Kleiman NS, Booth JE, Balog C, Cabot CF, Anderson KM, Weisman HF, Topol EJ, for the EPILOG Investigators (. . Sander G. .). Sustained suppression of ischemic complications of coronary intervention by platelet GP IIb/IIIa blockade with abciximab : one-year outcome in the EPILOG Trial. **Circulation** 1999;99:1951-8.

94. The Symphony Investigators (. . Sander GE. .) Comparison of sibrafiban with aspirin for prevention of cardiovascular events after acute coronary syndromes: a randomized trial. **Lancet** 2000;355:337-45.

Sander CV 07/04/06

95.   Lincoff AM, Harrington RA, Califf RM, Hochman JS, Guerci AD,  Ohman EM, Pepine CJ, Kopecky, SL, Kleiman NS, Pacchiana CM,  Berdan LG, Kitt ML, Simoons ML, Topol EJ, for the PURSUIT Investigators (. . Sander G . .)  Management of patients with acute coronary syndromes in the United States by platelet glycoprotein IIb/IIIa inhibition : insights from the platelet glycoprotein IIb/IIIa in unstable angina: receptor suppression using integrilin therapy (PURSUIT) trial. **Circulation** 2000;102:1093-1100.

96.   Sander GE. Diagnostic evaluation for coronary artery disease in the patient with diabetes mellitus. In, Diabetes & Cardiovascular Disease. A Practical Primer (T. Giles, ed.), IPE-LSUHSC, New Orleans, 2000, pp. 41-64,.

97.   Giles TD, Sander, GE.  Angiotensin II receptor ($AT_1$) antagonists in heart failure after Val-HeFT - Quo Vadis?  **Am J Ger Cardiol** 2001;10:60-3.

98.   Thakur V, Sander G, Rab ST. Hodgkin's disease and lactic acidosis. **Nephron** 2001;88:276-7.

99.   Giles TD, Sander GE.   Reawakening of interest in aldosterone and aldosterone antagonists:implications for treatment of cardiovascular disease. **Am  J  Ger  Cardiol** 2001;10:166-9.

100.  Giles TD, Sander GE. Atrial fibrillation in the elderly– an increasing problem that mandates aggressive management. **Am J Ger Cardiol** 2001;10: 289-92.

101.  Giles TD, Sander GE.  Beyond the usual strategies for blood pressure reduction: therapeutic considerations and combination therapies.  **J Clin Hypertens** 2001;3:346-53.

102.  Sander GE. Diagnostic Approaches to Symptomatic and Asymptomatic Coronary Artery in the Diabetic Patient. **CVR&R;** 2001;XXII:710-7.

103.  Giles TD, Sander GE. Angiotensin II ($AT_1$) receptor antagonists, diabetes, and nephropathy: do differences between the renal and systemic circulations explain the outcomes observed with ARBs and ACE inhibitors?  **Am J Ger Cardiol** 2002;11:62-5.

104.  Sander GE, Giles TD. Cardiovascular complications of collagen vascular disease. **Current Treat Opt  Cardiovasc Med.** 2002;4;151-9.

18