Sander CV 07/04/06

95.    Lincoff AM, Harrington RA, Califf RM, Hochman JS, Guerci AD,  Ohman EM, Pepine CJ, Kopecky, SL, Kleiman NS, Pacchiana CM,  Berdan LG, Kitt ML, Simoons ML, Topol EJ, for the PURSUIT Investigators (. . Sander G . .)  Management of patients with acute coronary syndromes in the United States by platelet glycoprotein IIb/IIIa inhibition : insights from the platelet glycoprotein IIb/IIIa in unstable angina: receptor suppression using integrilin therapy (PURSUIT) trial. **Circulation** 2000;102:1093-1100.

96.    Sander GE. Diagnostic evaluation for coronary artery disease in the patient with diabetes mellitus. In, <u>Diabetes & Cardiovascular Disease. A Practical Primer</u> (T. Giles, ed.), IPE-LSUHSC, New Orleans, 2000, pp. 41-64,.

97.    Giles TD, Sander, GE.  Angiotensin II receptor ($AT_1$) antagonists in heart failure after Val-HeFT - Quo Vadis? **Am J Ger Cardiol** 2001;10:60-3.

98.    Thakur V, Sander G, Rab ST. Hodgkin's disease and lactic acidosis. **Nephron** 2001;88:276-7.

99.    Giles TD, Sander GE.   Reawakening of interest in aldosterone and aldosterone antagonists:implications for treatment of cardiovascular disease. **Am J Ger Cardiol** 2001;10:166-9.

100.   Giles TD, Sander GE. Atrial fibrillation in the elderly– an increasing problem that mandates aggressive management. **Am J Ger Cardiol** 2001;10: 289-92.

101.   Giles TD, Sander GE.  Beyond the usual strategies for blood pressure reduction: therapeutic considerations and combination therapies.  **J Clin Hypertens** 2001;3:346-53.

102.   Sander GE. Diagnostic Approaches to Symptomatic and Asymptomatic Coronary Artery in the Diabetic Patient. **CVR&R**; 2001;XXII:710-7.

103.   Giles TD, Sander GE. Angiotensin II ($AT_1$) receptor antagonists, diabetes, and nephropathy: do differences between the renal and systemic circulations explain the outcomes observed with ARBs and ACE inhibitors? **Am J Ger Cardiol** 2002;11:62-5.

104.   Sander GE, Giles TD. Cardiovascular complications of collagen vascular disease. **Current Treat Opt  Cardiovasc Med.** 2002;4;151-9.

18

105. Sander GE, Guillory GS, Giles TD.  Non-cardiac drugs and QTc interval prolongation: an often unrecognized risk factor for adverse cardiovascular outcomes. **Am J Ger Cardiol** 2002:11:197-202.

106. Sander GE.  High blood pressure in the geriatric population: treatment considerations. **Am J Ger Cardiol** 2002:11:223-32**.**

107. Sander GE, Giles TD.  Hypertension and lipids: lipid factors in the hypertension syndrome. **Curr Hyperten Rep**. 2002;4:458-63.

108. Sander GE, Giles TD.  HOPE in PROGRESS - A Tale of Two Trials:  Blood Pressure Reduction or Drug Mechanism? **Am J Ger Cardiol**  2002:11:332-3.

109. Sander GE, Giles TD.  Statin therapy in the elderly – the evidence mounts.  **Am J Ger Cardiol** 2003;12:65-7.

110. Sander GE, Giles TD. ALLHAT and ANBP2: What have we learned from recent mega-trials **Am J Ger Cardiol** 2003;12:267-71**.**

111. Topol EJ, Easton D, Harrington RA, Amarenco P, Califf RM, Graffagnino C, Davis S, Diener H-C, Ferguson J, Fitzgerald D, Granett J, Shuaib A, Koudstaal PJ, Theroux P, Van de Werf F, Sigmon K, Pieper K, Vallee M, Willerson JT, on Behalf of the Blockade of the Glycoprotein IIb/IIIa Receptor to Avoid Vascular Occlusion  (BRAVO) Trial Investigators ( . . Sander G . . ). Randomized, double-blind, placebo-controlled, international trial of the oral IIb/IIIa antagonist lotrafiban in coronary and cerebrovascular disease.  **Circulation** 2003;08:399-406.

112. Sander GE, Giles TD.  Diabetes mellitus and heart failure. **Am Heart Hosp J** 2003;1:273-80.

113. Sander GE, Giles TD. Ximelagatran: Light at the end of the tunnel or the next tunnel? **Am J Ger Cardiol** 2004;13:221-4.

114. Sander, GE, Wilklow FE, Giles TD. Heart failure in diabetes mellitus: Causal and treatment considerations.   **Minerva Cardiol** 2004;52:491-503.

115. Giles TD, Sander GE. Diabetes mellitus and heart failure: basic mechanisms, clinical features and therapeutic considerations. **Cardiol Clin** 2004;22:553-68.

Sander CV 07/04/06

116.    Sander, GE.  Hypertension in the elderly. **Curr Hypertens Rep** 2004;6:469-76.

117.    Agarwal P, Sander GE, Giles TD. Pharmacologic update: treatment of erectile
dysfunction in the elderly with phosphodiesterase type 5 inhibitors: cardiovascular
implications. **Am J Ger Cardiol** 2004;13:332-5.

118.    Giles TG, Sander GE.  Alcohol – A Cardiovascular Drug?  **Am J Ger Cardiol**
2005;14:154-8.

119.    Sander GE, Giles TD.  Medical management of myocardial ischemia. **Am J Ger Cardiol**
2005;14:669-78.

120.    Giles TD, Sander GE.  Pathophysiological, diagnostic, and therapeutic aspects of the
metabolic syndrome. **J Clin Hypertens** 2005;7:669-78.

121.    Giles TD, Sander GE. The need for defining, and re-defining, hypertension.  Beyond the
numbers. **Postgraduate Med.** December 2005:21-5.

122.    Sander GE, Giles TD. The endocannabinoid system and cardiovascular risk:
pathophysiological role and developing therapeutic interventions. Am J Ger Cardiol
2006;15: **In Press**

## ABSTRACTS

1.  Corcoran RJ, Henry HW, Sander GE, Huggins CG: The angiotensin converting enzyme from
plasma and lung. **Fed Proc** 29:281, 1970.

2.  Sander GE, Huggins CG: Subcellular distribution of angiotensin I converting enzyme in rabbit
lung. **Fed Proc** 30:449, 1971.  (Presented)

3.  Sander GE, West DW, Huggins CG: Inhibitors of angiotensin I converting enzyme. **Fed Proc**
31:512, 1972.  (Presented).

4.  Huggins CG, Sander GE:  Differentiation of converting enzyme and bradykininase
activities in lung.  Abstracts of the Fifth Internat Congr of Pharmacology (1972). 109.

20

Sander CV 07/04/06

4. Sander GE, Alstatt LB:  Biochemistry of the pulmonary capillary endothelial cell.  Thirteenth Annual Symposium on Pulmonary Diseases (1977) (Presented).

5. Ferguson EW, Sander GE:  Acceleration of fibrin crosslinking by erythrocytes.  **Fed Proc** 37:2426, 1978.

6. Verma PS, Lorenz PE, Sander GE:  An improved radio-immunoassay for bradykinin in human plasma.  **Fed Proc** 1980/;39: 3088.

7. Sander GE, Verma PS, Jaeger JJ, Lorenz PE, Hess JL:  Activation of the kallikrein-kinin system during oleic acid induced acute hemorrhagic pulmonary edema in the dog.  **Fed Proc** 39:1892A, 1980.

8. Sander GE, Verma PS, Jaeger JJ:  13, 14-Dihydro-15-keto-prosta-glandin $E_2$ and $F_2$ alpha levels in arterial blood as  indicators of acute hemorrhagic lung injury.  **Am Rev Resp Disease** 121:400S, 1980.  (Presented).

9. Sander GE, Verma PS, Lorenz PE, Giles TD:  Clonidine interactions with canine lung angiotensin I converting enzyme in vitro.  **Clin Res** 28:880A, 1980.

10. Moore J, Verma P, Sander G, Gagnon J:  Acute renovascular hypertension:  comparison of kinin, prostaglandin E, and plasma renin activity following renal artery constriction.  **Fed Proc** 1981;40:515.

11. Moore J, Gagnon J, Sander G, Verma P:  The endogenous vasodilators bradykinin (BK) and prostaglandin E (PGE) in renovascular hypertension.  **Kidney Int** 1981;19:172.

12. Sander GE, Giles TD, Kaneish A, Coy DH, Kastin AJ:  Differential effects of clonidine and naloxone on the cardiovascular response to leucine-enkephalin in the unanesthetized dog.  **Clin Res** 1981;29:815A.

14. Sander GE, Giles TD, Quiroz AC, Coy DH, Kastin AJ:   Reversal of the intrinsic cardiostimulatory activity of the enkephalins by pentobarbital anesthesia. **Clin Res** 29:856A, 1981.

15. Giles TD, Sander GE:  Mechanisms of leucine-enkephalin-induced increases in heart rate and systemic blood pressure in conscious dogs.  **Fed Proc** 41:1468, 1982.

16. Sander GE, Giles TD:  N-allyl-N-normetazocine and leucine-enkephalin interactions suggest that leucine-enkephalin is a sigma receptor agonist.  **Fed Proc** 41:1470, 1982. (Presented)

21

Sander CV 07/04/06

17.   Verma PS, Sander G, Miller RL, Taylor RE, O'Donohue TL, Adams RG:  In vitro inhibition of partially purified canine angiotensin I-converting enzyme by substance P. **Fed Proc** 41:7375, 1981.

18.   Sander G, Kaneish A, Quiroz A, Giles T:   Dose-ranging study of carteolol, a beta-adrenoceptor blocker with intrinsic sympathomimetic activity, in hypertensive patients. **Clin Res** 30:258A, 1982.

19.   Sander GE, Giles TD: The structure-activity relationships of enkephalins and dermorphin in the conscious dog.  **Circulation** 66(Suppl II):II-307, 1982. (Presented)

20.   Sander GE, Giles TD:  Quaternary narcotic antagonists lower blood pressure and inhibit leucine-enkephalin in the conscious dog. **Clin Res** 30:873A, 1982.  (Presented)

21.   Giles TD, Sander GE:   The influence of the time interval between successive methionine-enkephalin (ME) doses on the cardiovascular response in the conscious dog. **Fed Proc** 42:654, 1983.

22.   Sander GE, Giles TD:  Interactions of leucine-enkephalin (LE) and morphine (M) with naloxone methylbromide (MNAL) suggest excitatory peripheral opiate responses. **Fed Proc** 654, 1983.  (Presented)

23.   Plauché W, Sander G, Quiroz A, Thomas G, Giles T:  Radionuclide assessment of ventricular function following intravenous clonidine in chronic congestive heart failure. **Clin Nucl Med** 8(3S):P13, 1983.

24.   Sander GE, Thomas MG, Quiroz AC, Plauché W, Giles TD:  Acute effects of clonidine hydrochloride upon ventricular function in congestive heart failure.  **Clin Res** 31:216A, 1983.

25.   Sander GE, Giles TD: Facilatory effect of methionine- enkephalin upon epinephrine-induced cardiovascular responses.  **Circulation** 68(Suppl): III-79, 1983.  (Presented)

26.   Sander GE, Giles TD, Rice JC: Cardiovascular reflex activity of leucine-enkephalin (LE): Modulation via Bezold-Jarisch reflex but not pulmonary J receptors.  **Clin Res** 31:829A, 1983. (Presented)

27.   Sander GE, Giles TD:  The clinical efficacy of oral cibenzoline in the suppression of ventricular ectopy. **Clin Res** 31:829A, 1983. (Presented)

Sander CV 07/04/06

28.　Sander GE, Giles TD:  Cardiovascular activities of endogenous enkephalins.  **Clin Res** 31:877A, 1983.

29.　Thomas MG, Plauché WE, Quiroz AC, Sander GE, Rice JC, Giles TD:  Clonidine in severe heart failure - a long-term study.  **Clin Res** 31:868A, 1983.

30.　Given MB, Sander GE, Giles TD:   Non-opiate actions of des-tyr$^1$-D-Ala$^2$-leucine enkephalinamide on rat vascular smooth muscle in vitro.  **Fed Proc** 43:651, 1984.

31.　Evanich MJ, Sander G, Giles T:  Ventilatory response to intravenous enkephalin in awake dogs.  **Fed Proc** 43:1006, 1984.

32.　Giles TD, Sander GE:  Interaction of cardiovascular reflexes peripherally activated by leucine-enkephalin and veratrum alkaloids.  **Fed Proc** 43:1101, 1984.

33.　Sander G, Giles T, Rice J:  Cardiovascular interactions of methionine-enkephalin with substance P in the conscious dog.  **Fed Proc** 43:1042, 1984.  (Presented)

34.　Sander GE, Giles TD:   Enkephalin interaction with norepinephrine, histamine, and angiotensin II.  **Clin Res** 32:203A, 1984.  (Presented)

35.　O'Mailia JJ, Sander GE, Rice JC, Giles TD:  Suppression of complex ventricular ectopy by oral cibenzoline.  **Clin Res** 32:831A, 1984.

36.　Given MB, Sander GE, Giles TD:  Effect of enkephalins and related analogs on vascular smooth muscle.  **Clin Res** 32:844A, 1984.

37.　Sander GE, Giles TD:  Hemodynamic effects of intravenous methionine-enkephalin-arg-phe and methionine-enkephalin-arg-gly-leu in conscious dogs.  **Clin Res** 32:862A, 1984.

38.　Thomas MG, Quiroz AC, Sander GE, Giles TD:  Anti-anginal effects of clonidine.  **Clin Res** 32:862A, 1984.

39.　Sander GE, Giles TD:  Picrotoxin (P) reverses the vasodepressor response to intravenous (IV) methionine-enkephalin (ME) in anesthetized dogs.  **Fed Proc** 44:1343, 1985.  (Presented)

23

Sander CV 07/04/06

40. Sander GE, Giles TD:  Similar hemodynamic responses to intravenous (IV) methionine-enkephalin (ME) and gamma-aminobutyric acid (GABA) in conscious dogs. **Clin Res** 33:224A, 1985.

41. Giles TD, Sander GE, Quiroz AC:  Systemic methionine- enkephalin (ME) evokes cardiostimulatory responses in the human.  **Clin Res** 33:518A, 1985.

42. O'Maillia JJ, Sander GE, Giles TD:  Severe systemic hypotension and myocardial ischemia resulting from the use of sublingual nifedipine in the treatment of hypertensive emergencies.  **Clin Res** 34:179A, 1986.

43. Given MB, Sander GE, Giles TD:  Evidence for enkephalin-analog calcium ionophore activity in vascular smooth muscle.  **Clin Res** 34:189A, 1986.

44. Rosales OR, Sander GE, Given MB, Giles TD:  Carteolol, a beta-adrenoceptor antagonist with intrinsic sympathomimetic activity, reduces blood pressure and left ventricular hypertrophy.  **Clin Res** 34: 190A, 1986.

45. Thomas MG, Quiroz AC, Given MB, Sander GE, Giles TD:  Efficacy of a new calcium antagonist - nicardipine - in effort angina pectoris.  **Clin Res** 34:212A, 1986.

46. Thomas MG, Quiroz AC, Given MB, Sander GE, Giles TD:  Nicardipine - a new calcium channel antagonist: efficacy in stable effort angina pectoris. **J Am Coll Cardiol** 7(Suppl A) 181A, 1986.

47. Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC:  Comparative effects of nitrendipine (N) and hydrochlorothiazide (HCTZ) on left ventricular (LV) function in the treatment of hypertension.  **J Hypertension** 4(Suppl 5):S574, 1986.

48. Rosales OR, Sander GE, Given MB, Giles TD:  Beta-adrenoceptor antagonists (BB) with partial agonist activity may cause regression on left ventricular hypertrophy (LVH) in hypertension.  **J Hypertension** 4(Suppl 5):S555, 1986.

49. Ahmad S, Bex F, Given MB, Sander GE, Giles TD:  Intravenous captopril produces rapid and favorable hemodynamic changes in congestive heart failure.  **Clin Res** 35:8A, 1987.

50. Rosales OR, Thomas MG, Given MB, Roffidal L, Sander GE, Giles TD:  Comparison of lisinopril and captopril in congestive heart failure.  **Clin Res** 35:36A, 1987.

Sander CV 07/04/06

51.   Quiroz AC, Sander GE, Given MB, Roffidal L, Ahmad S, Marder H, Giles TD: Atrial natriuretic peptide produces favorable hemodynamic changes and increases sodium excretion in congestive heart failure (CHF). **J Am Coll Cardiol** 9:119A, 1987.

52.   Sander GE, Given MB, Roffidal LE, Marder H, Giles TD: The effect of sodium balance upon responses to atrial natriuretic factor (ANF) in hypertensive humans. **Clin Res** 36:38A, 1988. (Presented)

53.   Giles TD, Campeau RJ, Roffidal LE, Given MB, Sander GE: Isolated systolic hypertension is associated with similar abnormalities in left ventricular function as is diastolic hypertension. **Am J Hypertension** 1(3):10A, 1988.

54.   Given MB, Sander GE, Lowe RF, Giles TD: N-Allylnormetazocine: Hemodynamic actions and inhibition of leucine-enkephalin hemodynamic activity in conscious dogs. **Circulation** 78(Suppl II):II-36, 1988. (Presented)

55.   Giles TD, Sander GE, Roffidal LE, Given MB, Quiroz AC: Nitrendipine (NTP) & hydrochlorothiazide (HCTZ) in hypertension-A comparative neuroendocrine and echocardiographic study. **So Med J** 81(9):S28, 1988.

56.   Giles TD, Roffidal L, Mazzu A, Burkholder D, Quiroz A, Sander G: Nitrendipine (NTP) in hypertension: Effect of treatment for one year on left ventricular (LV) function and neurohumoral mechanisms. **Am J Hypertension** 2:65A, 1989.

57.   Giles TD, Sander GE, Roffidal LE, Ursprung JJ: Comparative effects of nicorandil and captopril in treatment of chronic heart failure. **Circulation** 80:II-630, 1989.

58.   Quiroz AC, Giles TD, Roffidal L, Sander GE, Haney Y, Given MB: Hemodynamic responses to intravenous nicorandil in congestive heart failure. **Clin Res** 38:4A, 1990 (Presented)

59.   Giles T, Given M, Lowe R, Levy L, Ferrans V, Sander G: Streptozotocin (STZ)-induced diabetes mellitus (DM) in the Dahl salt sensitive (DSS) and salt resistant (DSR) rat - A model for diabetic/hypertensive (DM/H) cardiomyopathy. **Am J Hypertension**. 3(part 2):14A, 1990.

60.   Giles T, Feghali C, Levy L, Lowe RF, Sander GE. Expression of ventricular atrial natriuretic factor mRNA in diabetic Dahl rats with (DM/H) cardiomyopathy. **Am J Hypertension**. 4(part 2):91A, 1991.

Sander CV 07/04/06

61.  Sander GE, Giles TD, Roffidal LE, Mazzu AL:  Endocrinologic outcomes of antihypertensive therapy: the comparative effects of nitrendipine and hydrochlorothiazide on plasma calciotropic hormones and bone density. **Am J Hypertension** 5:17A, 1992 (presented).

62.  Given MB, Lowe RF, Sander GE, Giles TD: Effect of benazepril on cardiac performance in diabetic Dahl rats. **Am J Hypertension** 5:30A, 1992 (presented).

63.  Sander GE, Schreiter S, Roffidal LE, Giles TD. Efficacy of metoprolol relative to placebo in the suppression of supraventricular arrhythmias. **Clin Res** 40:776A, 1992 (presented).

64.  Given MB, Lowe RF, Sander GE, Giles TD.  Acute hypotension alters the hemodynamic response to methionine-enkephalin in conscious dogs. **Clin Res** 40:776A, 1992.

65.  Giles TD, Sander GE, Roffidal LE, Kineish E.  Circadian variations in blood pressure and heart rate in patients with systolic congestive heart failure ; effects of long- and short-acting angiotensin converting enzyme inhibitors. **Clin Res** 40:807A, 1992.

66.  Given MB, Lowe RF, Sander GE, Giles TD.  Effect of benazepril on Dahl salt-resistant rats with and without streptozocin-induced diabetes. **Clin Res** 40:857A, 1992.

67.  Giles TD, Sander GE, Roffidal LE. Circadian variation in blood pressure and heart rate in congestive heart failure - neurohumoral associations and effects of long- and short-acting angiotensin I-converting enzyme inhibitors. **Am J Hypertension** 6:33A(1271), 1993.

68.  Given MB, Lowe RF, Sander GE, Giles TD. Effect of angiotensin converting enzyme inhibition on cardiac function in diabetic Dahl salt-resistant rats.  **Am J Hypertension** 6:33A, 1993.

69.  Kerut EK, Winterton J, Roffidal L, Sander GE, Jones R, Given M, Giles TG.  Congestive Heart Failure (CHF): Influence of Hypertension With and Without Diabetes Mellitus on Circadian Variation in Autonomic Balance. **J Invest. Medicine** 43:27A, 1995.

70.  Kerut EK, Winterton J, Roffidal L, Sander GE, Jones R, Given M, Giles TG.  Congestive Heart Failure (CHF): Influence of Hypertension With and Without Diabetes Mellitus on Circadian Variation in Autonomic Balance. **Am J Hypertension** 8:174A, 1995.

71.  Shah A, Abourahma A, Sander GE. Coronary artery disease in women younger tha age 45 years. A longitudinal descriptive study. **J Invest Med** 45:4A, 1997.

Sander CV 07/04/06

72.   Hallak OK, Aasar O, Alkiek R, Sander, G.  Is acute coronary syndrome triggered by infectious agent? **Chest** 112(suppl):65S, 1997.

73.   Sander GE, Ryan DH, Bray GA, Greenway FC, Kerut EK, Giles TD. Fenfluramine Combination Therapy for Obesity: the Appearance Rate of Aortic Regurgitation on Serial Echoes Parallels the Incidence in a Larger Cohort Population. **J Am Coll Cardiol** 31(Suppl A):151A, 1998 (presented).

74.   Sander GE, Ryan DH, Bray GA, Greenway FC, Kerut EK, Giles TD. Fenfluramine Combination Therapy for Obesity: the Appearance Rate of Aortic Regurgitation on Serial Echocardiograms Parallels the Incidence in a Larger Cohort Population. **J Invest Med** 46:31A, 1998 (presented).

## MATERIALS USED IN REVIEW

Expert Witness Report of Dr. John W. Farquhar, M.D., dated September 26, 2005;

Supplemental Expert Witness Report of Dr. John W. Farquhar, M.D., dated May 26, 2006;

**Depositions**

Dr. John W. Farquhar, M.D., dated June 8, 2006;

Gregory D Kurfman, MD. November 21, 2005

Eric J Topol, MD, November 22, 2005

Hui Quan, PhD, March 14, 2006

**References**

Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005;112(5):759 - 70.

Aw TJ, Haas SJ, Liew D, Krum H.  Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. Arch Intern Med. 2005;165(5):490-6.

Andersohn F, Suissa S, Garbe E.  Use of first- and second-generation Cyclooxygenase-2-selective nonsteroidal anti-inflammatory drugs and risk of acute myocardial infarction. Circulation 2006;113:1950-7.

Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation. 2000; 22;102(8):840-5.

Belton O, Fitzgerald D. Cyclooxygenase-2 inhibitors and atherosclerosis. J Am Coll Cardiol. 2003;41(10):1820-2

Bennett, JS, Daugherty A, Herrington D, Greenland P, Roberts H, Taubert KA. The Use of Nonsteroidal Anti-Inflammatory Drugs (NSAIDs): A Science Advisory From the American Heart Association. Circulation 2005;111: 1713-16

Bishop-Bailey D, Mitchell JA, Warner TD.   COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol. 2006;26(5):956-8

Bombardier C, Laine L, Reicin A, Shapiro D, Ruben Burgos-Varga PH, Davis B,  Day R,  Bosi Ferraz M, Hawke CJ, Hochberg MC, Kvien TK, Schnitzer TJ for The VIGOR

*1*

Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. 2000;343:1520-8.

Bombardier C, Laine L, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ, Weaver A.  Response to expression of concern regarding VIGOR study. N Engl J Med. 2006;354(11):1196-9.

Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA. Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial (Adenomatous Polyp Prevention Trial on Vioxx (APPROVe) Trial).  N Engl J Med. 2005;352:1092-1102.

Burleigh ME, Babaev VR, Oates JA, et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation. 2002;105:1816-23.

Castelli WP. Epidemiology of coronary heart disease: the Framingham study. Am J Med. 1984;76(2A):4-12.

Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, FitzGerald GA. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther. 1999;289(2):735-41.

Chenevard R, Hurlimann D, Bechir M, Enseleit F, Spieker L, Hermann M, Riesen W, Gay S, Gay RE, Neidhart M, Michel B, Luscher TF, Noll G, Ruschitzka F.  Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation. 2003;107(3):405-9

Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, Lawson JA, FitzGerald GA. Role of prostacyclin in the cardiovascular response to thromboxane $A_2$. Science. 2002; 296: 539–541.

Cho J, Cooke CE, Proveaux W.  A retrospective review of the effect of Cox-2 inhibitors on blood pressure change. Am J Therapeut 2003;10:311-7

Cipollone F, Prontera C, Pini B, et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability. 2001;104:921-7.

Cook NR, Cohen J, Hebert PR, Taylor JO, Hennekens CH.  Implications of small reductions in diastolic blood pressure for primary prevention. Arch Intern Med. 1995;155(7):701-9

Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8.

Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med. 2006;354(11):1193.

Dieppe PA, Ebrahim S, Martin RM, Jüni P. Lessons from the withdrawal of rofecoxib. Patients would be safer if drug companies disclosed adverse events before licensing. BMJ 2004;329: 867-8.

Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA, FitzGerald GA. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation. 2005;111:334–42.

Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults. Executive Summary of the Third Report of The National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, And Treatment of High Blood Cholesterol In Adults (Adult Treatment Panel III). JAMA 2001;285:2486-97

Falk E, Shah PK, Fuster V. Coronary plaque disruption. Circulation. 1995;92(3):657-71.

Farkouh ME, Kirshner H, Harrington RA, Ruland S, Verheugt FW, Schnitzer TJ, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. Am J Cardiol. 2002;89(6A):26D-32D.

FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med. 2004; 351: 1709–1.

Fosslien E, Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs. Ann. Clin. Lab. Sci. 2005;35(4):347-85.

Fries S, Grosser T. The cardiovascular pharmacology of COX-2 inhibition. Hematology 2005 (1):445-451.

Furberg CD, Psaty BM, FitzGerald GA Parecoxib, valdecoxib, and cardiovascular risk. Circulation. 2005;111(3):249.

Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. Circulation. 2004;109(24):3000-6.

Gislason GH, Jacobsen S, Rasmussen JN, Rasmussen S, Buch P, Friberg J, Schramm TK, Abildstrom SZ, Kober L, Madsen M, Torp-Pedersen C. Risk of death or reinfarction associated with the use of selective cyclooxygenase-2 inhibitors and nonselective nonsteroidal antiinflammatory drugs after acute myocardial infarction. Circulation 2006;113(25):2906-13.

Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G, Shoor S, Ray WA. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet. 2005;365(9458):475-81.

Graham DJ. Risk of acute myocardial infarction and sudden cardiac death in patients treated with COX-2 selective and non-selective NSAIDs. FDA Memorandum. September 30, 2004.

Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest 2006;116:4-15.

Halushka MK, Halushka PV. Why Are Some Individuals Resistant to the Cardioprotective Effects of Aspirin? Could It Be Thromboxane A2? Circulation 2002;105(14):1620-2.

Harris RC. COX-2 and the Kidney. J Cardiovasc Pharmacol 2006;47 Suppl 1:S37-42.

Helin-Salmivaara A, Virtanen A, Vesalainen R, Gronroos JM, Klaukka T, Idanpaan-Heikkila JE, Huupponen R. NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control study from Finland. Eur Heart J. 2006;27(14):1657-63.

Hippisley-Cox J, Coupland C. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis BMJ 2005;330(7504):1366-72.

Hudson M, Richard H, Pilote L. Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study. BMJ. 2005;330(7504):1342-3

Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med 1994;121(4):289-300.

Johnsen SP, Larsson H, Tarone RE, McLaughlin JK, Norgard B, Friis S, Sorensen HT. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study. Arch Intern Med. 2005;165(9):978-84.

Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet. 2004;364(9450):2021-9.

Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. BMJ 2006; 332(7553):1302-8.

Kim PS, Reicin AS. Rofecoxib, Merck, and the FDA. N Engl J Med. 2004;51(27):2875-8

Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J, Strom BL. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med. 2005;142(3):157-64.

Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104(19):2280-8.

Konstam MA, Weir MR. Current perspective on the cardiovascular effects of coxibs. Cleve Clin J Med 2002;69 Suppl 1:SI47-52.

Lagakos SW. Time-to-Event Analyses for Long-Term Treatments -- The APPROVe Trial. N Engl J Med 2006;355:113-17.

Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. Can Med Assoc J 2006;174(11):1581-2.

Lewington S, Clarke R, Qizilbash N, Peto R, Collins R, for the Prospective Studies Collaboration. Age-specific relevance of usual blood pressure to vascular mortality: a meta-analysis of individual data for one million adults in 61 prospective studies. Lancet. 2002;360(9349):1903-13.

Lu W, Resnick HE, Jablonski KA, Jones KL, Jain AK, Howard WJ, Robbins DC, Howard BV. Non-HDL cholesterol as a predictor of cardiovascular disease in type 2 diabetes: the strong heart study. Diabetes Care. 2003;26(1):16-23.

Mamdani M, Juurlink DN, Lee DS, Rochon PA, Kopp A, Naglie G, Austin PC, Laupacis A, Stukel TA. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363(9423):1751-6.

McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999; 96: 272-7.

Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA. 2001;286(8):954-9.

Nissen SE, Furberg CD, Bresalier RS, and Baron JA. Adverse Cardiovascular Effects of Rofecoxib. N Engl J Med 2006;355:203-5.

Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM. Complications of the COX-2 Inhibitors parecoxib and valdecoxib after cardiac Surgery. N Engl J Med 2005;352:1081-91.

Pitt B, Pepine C, Willerson JT. Cyclooxygenase-2 Inhibition and Cardiovascular Events. Circulation 2002;106:167-9.

Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993;153(4):477-84.

Pratico D, Dogne J-M. Selective cyclooxygenase-2 inhibitors development in cardiovascular disease. Circulation 2005;112(7): 1073-9.

Psaty BM, Furberg CD.COX-2 inhibitors--lessons in drug safety. N Engl J Med. 2005 Mar 17;352(11):1133-5.

Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet. 2002;359(9301):118-23.

Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet. 2002;360(9339):1071-3

Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal antiinflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol. 2002;89:204-209.

Rudic RD, Brinster D, Cheng Y, Fries S, Song W-L, Austin S, Coffman TM, FitzGerald GA. COX-2-Derived Prostacyclin Modulates Vascular Remodeling Circ Research 2005;96(12):1240-7.

Schror K, Mehta P, Mehta JL.Cardiovascular risk of selective cyclooxygenase-2 inhibitors. J Cardiovasc Pharmacol Ther. 2005;10(2):95-101.

Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD. Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population. Arch Intern Med. 2005;165:181-6

randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Therapeut. 2001;8(2):85-95.

Willerson JT.  Stable angina pectoris: recent advances in predicting prognosis and treatment.  Adv Intern Med 1998;43:175-202.

Willerson JT, Golino P, Eidt J, Campbell WB, Buja LM. Specific platelet mediators and unstable coronary artery lesions. Experimental evidence and potential clinical implications. Circulation. 1989;80(1):198-205.

Wright JM, The double-edged sword of COX-2 selective NSAIDs. Can Med Assoc J. 2002 12;167(10):1131-7.

| Date | Attorney | Case | | Role |
|---|---|---|---|---|
| 04/21/94 | Kennedy | Jessup v Synder 24th JDC, Parish of Jefferson, LA., Division D #409-593 | Defense | Standard of Care |
| 07/17/95 | Hone | Pyonk v Henry Ford Circuit Court for the County of Macomb, MI No.-94-1025-NH | Plaintiff | Causation |
| 03/08/1996 | Cummings | Cabot v Ochsner et al 24th JDC, No. 458-831, Division "I" | | Panel Member |
| 04/04/97 | Hone | Masterah v Detloff Eastern District Court of MI No 96-72978 | Plaintiff | Causation |
| 01/29/98 | Hone | Said v Oakwood Circuit Court of Wayne County, MI Case No. 96-642859-NM | Plaintiff | Standard of Care |
| 02/26/98 | Hone | Ahmed v Fares Circuit Court of Wayne County, MI Case No. 96-602503-NM | Plaintiff | Standard of Care |
| 03/25/99 | Carnes | Glenn v Williamson et al Circuit Court, Jefferson County, AL. Civil Action Number: CV-97-02202 | Plaintiff | Causation* |
| 04/20/99 | Davis & Davis | Landry v FINA Oil 118th Judicial District of Howard County, TX. Cause No. 98-07-39911 | Disability | Treating Physician |
| 09/01/00 | Deas | Pominski v Allstate CDC No. 97-22386, Division "g" | Injury | Extent of Injury |
| 09/07/01 | Davis | Economou v Hill et al 155th Judicial District, Austin County TX No 2222V-0012 | Plaintiff | Causation* |
| 11/20/01 | Davis & Davis | Toombs v Ball et al 105th Judicial District of Neuces County, TX DC TX., NO. 01-00100-00-0-D | Plaintiff | Standard of Care |
| 11/06/02 | Manning (McGlinchey) | Dampf v Pennington (Fen-Phen) Ref. 00222.0590 | Defense | Cardiology expert-treating Dr |
| 11/08/02 | Manning (McGlinchey) | Adcock v Pennington (Fen-Phen) Ref. 00222.0578 | Defense | Cardiology expert-treating Dr |
| 11/08/02 | Manning (McGlinchey) | Lagautra v Pennington (Fen-Phen) Ref. 00222.0568 | Defense | Cardiology expert-treating Dr |
| 05/15/03 | David | Falgout v LAMMICO 22nd JDC, NO. 2000-14999, Division "I" | Plaintiff | Standard of care* |
| 07/26/03 | Hammons | Evelyn Fitzgerald v. N Louisiana Rehab Hosp 3rd JDC, Parish of Lincoln, LA Consolidation No 42,392 and No 44,670 | Plaintiff | Causation |

| 08/01/03 | Marie | Schuessler v Chandler et al Circuit Court of Jefferson County, AL Civil Action Number, CV-02-3155 | Plaintiff | Standard of Care |
|---|---|---|---|---|
| 10/29/03 | Pansler | Cagle v Jain Case No.: G-01-3556, Polk County, FL | Plaintiff | Causation |
| 11/06/03 | Moody | Hastings v Giliberto et al Case No. 02-378 CA-G (Div K) 5th Judicial Court, Marion County, FL | Plaintiff | Causation |
| 12/03/03 | Parker | Comeaux v Dugal et al Docket No. 20031197 J 15th Judicial District Court, Lafayette, LA | Plaintiff | Causation |
| 06/28/04 | Aversano | Cause No. 2003-133-4; Gray v. Guess et al 170th Judicial District Court McLennan County, Texas | Plaintiff | Causation |
| 08/31/04 | Davis | Gonzales v Rodriguez | Plaintiff | Causation |
| 10/28/05 | Hammons | Gregory Franklin, et al. v. Rapides Regional Medical Center No. 217,156, 9th Judicial Court, Rapides Parish, Louisiana | Plaintiff | Causation |
| 11/14/05 | Davis | Cause No 03-8-60, 128-B; Adam Garcia et al v Boniface S. Gbalazeh, MD, et al. 135th JDC, Victoria County, TX | Plaintiff | Causation/Standard of Care |
| 12/05/05 | Moody | Deborah Wilson v Krishanavadan Shroff, MD, et al 10th JDC, Polk County, FL | Plaintiff | Causation |
| 01/17/06 | Carter | Ann Hutchinson v Dr. Michael Thomas File P-02-2939-W | Plaintiff | Causation |
| 02/13/06 | Branan/Vital | Earnheart v McCurtain Memorial Medical Management, Inc et al. District Court of McCurtain County Case No. CJ-02-736 | Plaintiff | Causation |

*Court Appearance