# EXHIBIT B

1

```
 1     UNITED STATES DISTRICT COURT
 2     EASTERN DISTRICT OF LOUISIANA
 3
 4
    IN RE: VIOXX        MDL DOCKET NO. 1657
 5  PRODUCTS LIABILITY
    LITIGATION
 6
    THIS DOCUMENT RELATES   SECTION "L"
 7  TO:
 8  CHARLES MASON          JUDGE FALLON
 9  VERSUS
10  MERCK & CO., INC.
11  Civil Action No. 2:06-CV-00810
12
13  CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
14
           Deposition of DR. GARY SANDER,
15  taken at the Law Offices of Stone, Pigman,
    Walther, Wittmann, 546 Carondelet Street, New
16  Orleans, Louisiana, on the 5th day of
    September, 2006.
17
18
    APPEARANCES:
19
    Representing the Plaintiff:
20
         BLIZZARD, McCARTHY & NABERS
21         Attorneys at Law
           BY:  J. SCOTT NABERS, ESQ.
22         Lyric Centre Building
           440 Louisiana, Suite 1710
23         Houston, Texas 77002-1689
           (713) 844-3750
24
25
```

73

1    A.    Correct.
2    Q.    Now, will you be offering the
3 opinion at trial that Vioxx caused Mr. Mason's
4 clot to rupture?
5    A.    The opinion I will be offering is
6 that there appears to be a blood pressure
7 change which may have contributed to that.
8    Q.    Have you formed an opinion to a
9 reasonable degree of medical probability that
10 Vioxx contributed to Mr. Mason's plaque
11 rupture?
12    A.    Yes.
13    Q.    And you have determined that by
14 virtue of the blood pressure?
15    A.    Blood pressure and the mechanism
16 of unstable angina, thromboxane, prostacyclin
17 interaction.
18    Q.    How does the
19 thromboxane/prostacyclin interaction relate to
20 rupture of atherosclerotic plaque?
21    A.    Well, once the plaque begins to
22 have damage in it, then in fact the platelet
23 plug forms and the interaction of the
24 prostacyclin generated by the endothelium,
25 versus a thromboxane generated by the platelet

74

1  in terms of the extent of the clotting. That
2  is why people take aspirin.
3      Q.   Well, I am trying to distinguish
4  the clot that results from a rupture from the
5  rupture itself and I want to distinguish those
6  two events if could.
7           And you understand the
8  distinction I am making?
9      A.   I am trying to.
10     Q.   So the process that you have
11 described is a plaque that forms, a plaque
12 that ruptures and a clot that forms as a
13 result of the rupture?
14     A.   Okay.
15     Q.   And what I am focusing on now is
16 the, in that sequence of events, the rupture
17 itself. Okay?
18     A.   All right.
19     Q.   Now, do you believe Vioxx caused
20 Mr. Mason's plaque to rupture?
21     A.   I believe that the increased
22 blood pressure was a contributing factor to
23 plaque rupture.
24     Q.   Taking generally a patient who
25 has never taken an NSAID, why do plaques