# EXHIBIT C

```
                                                   0001
 1         UNITED STATES DISTRICT COURT
 2         EASTERN DISTRICT OF LOUISIANA
 3   _____
 4   IN RE: VIOXX              )  MDL DOCKET
 5   PRODUCTS LIABILITY        )  NO. 1657
 6   LITIGATION                )  SECTION L
 7   This document relates to: )
 8   Case No. 2:06-CV-00810;   )  JUDGE FALLON
 9   CHARLES LARON MASON v.    )  MAG. KNOWLES
10   MERCK & CO., INC.,        )
11   _____
12
13      DEPONENT:   BENEDICT LUCCHESI, M.D., Ph.D.
14         DATE:   Thursday, September 7, 2006
15         TIME:   8:09 a.m.
16      LOCATION:   615 East Huron Street
17         CITY:   Ann Arbor, Michigan
18      REPORTER:   RENE L. TWEDT, RPR/CRR/CSR-2907
19
20
21
22
23
24


0148
 1         Q.  All right.  Are you done?
 2         A.  I hope you're done, because I'm trying
 3   to -- I'm trying to get over a lot of this
 4   questioning that is not going anywhere.
 5         Q.  Okay.  Can we go back to your report,
 6   sir?
 7         A.  Go ahead.
 8         Q.  You write, "Animal studies examining
 9   the effect of coxibs on atherogenesis reveal
10    conflicting results."  Do you see that?
11         A.  Yes.
12         Q.  What study with a coxib has revealed any
13   result on the progression of atherogenesis that
14   suggests that coxibs can accelerate the process?
15   Name one.
16         A.  I refer to Gilroy's studies.
17         Q.  That wasn't done using COX-2 inhibitors.
18         A.  I refer to Mason's studies.
```

19     Q.  Mason's didn't study the -- examine the
20   progression of atherosclerosis.
21     A.  But he provides the concepts.
22     Q.  All right.  Well, let me go back to --
23   let me go back to the -- first of all, you do not
24   cite in your report a single animal study that

0149
1    suggests that COX-2 inhibitors can accelerate
2    atherosclerosis, correct, actually done with COX-2
3    inhibitors, right, can we agree on that?
4      A.  We agree.
5      Q.  And in fact, scientists in many
6    different laboratories have examined whether, in
7    animal models of different types, whether COX-2
8    inhibitors can accelerate atherosclerosis,
9    correct?
10     A.  Yes.
11     Q.  You cite three of them in your own
12   report and you know there are many others, right?
13     A.  Yes.
14     Q.  And every single one that has actually
15   measured the progress of atherosclerosis with
16   COX-2 inhibitors has found that COX-2 inhibitors
17   do not accelerate that process, correct?
18     A.  We will say yes to that right now.
19     Q.  Now, what do you believe -- do you
20   believe that there is a better model than the one
21   Dr. Burley used that is cited at Reference 45 to
22   examine, in an animal model, whether COX-2
23   inhibitor can accelerate atherosclerosis?
24     A.  You have to look at animal models of

0150
1    atherosclerosis with a very, very cautious eye.
2    None of them reflect the human disease.  Animals
3    do not develop atherosclerosis in a normal
4    process.  They have to be manipulated to do so,
5    unlike humans.
6         So what does an animal model really tell
7    us?  Very limited information.  You have to put
8    all the facts together.  If I understand that
9    COX-2 inhibition interferes with the healing
10   process, I can conclude from that that it's more
11   likely to accelerate atherosclerosis.  If I
12   understand the healing, if I understand the

```
13      inflammatory process as being one of inflammation
14      initially and one of healing next, then I have to
15      look at the animal studies.  What's the duration
16      of exposure here?  Has the healing process
17      converted over?  Has the inflammatory process
18      converted over to the healing process?  Have they
19      stopped the study prematurely and failed to see
20      the healing effect?  These are things that are
21      not considered when people do these studies.
22          Q.  All right.  Your opinion that Vioxx
23      can accelerate atherosclerosis is based on
24      Dr. Gilroy's studies and Dr. Walters' study,

0151
 1      is that correct?
 2          A.  Dr. Sirhan, Dr. Gilroy, yes.
 3          Q.  And Doctor --
 4          A.  And -- go ahead.
 5          Q.  Am I correct?
 6          A.  Go ahead.
 7          Q.  And Dr. Gilroy's and Dr. Sirhan's
 8      studies are not even animal studies, they are test
 9      tube studies, right?
10          A.  They provide the concept, sir.
11          Q.  Am I correct?
12          A.  You're correct.
13          Q.  All right.  So your opinion is based on
14      test tube studies that didn't even involve COX-2
15      inhibitors, right?
16          A.  They did involve COX-2 inhibitors.
17          Q.  Dr. Gilroy's study involved COX-2
18      inhibitors?
19          A.  Well, they are looking at the enzyme
20      activity, yes.
21          Q.  Let me be specific.
22              When I say COX-2 inhibitors, I mean the
23      class of medicines known as COX-2 inhibitors,
24      Vioxx, Celebrex, Bextra, Nimesulide, using that --
```