**EXHIBIT F**

REPORTS

# COX-2–Derived Prostacyclin Confers Atheroprotection on Female Mice

Karine M. Egan,[1] John A. Lawson,[1] Susanne Fries,[1] Beverley Koller,[2] Daniel J. Rader,[1] Emer M. Smyth,[1] Garret A. FitzGerald[1]*

Female gender affords relative protection from cardiovascular disease until the menopause. We report that estrogen acts on estrogen receptor subtype alpha to up-regulate the production of atheroprotective prostacyclin, $PGI_2$, by activation of cyclooxygenase 2 (COX-2) This mechanism restrained both oxidant stress and platelet activation that contribute to atherogenesis in female mice. Deletion of the $PGI_2$ receptor removed the atheroprotective effect of estrogen in ovariectomized female mice. This suggests that chronic treatment of patients with selective inhibitors of COX-2 could undermine protection from cardiovascular disease in premenopausal females.

Age-dependent increases in cardiovascular disease are less pronounced in women than in men, but this difference narrows after the menopause (1). Estrogen ($E_2$) retards atherogenesis in models (2) and improves endothelial function in hyperlipidemic women (3) However, the mechanisms of atheroprotection are largely unknown.

The prostaglandin $PGI_2$ exhibits properties of relevance to atheroprotection, inhibiting platelet activation, vascular smooth muscle contraction and proliferation (4), leukocyte–endothelial cell interactions (5), and cholesteryl ester hydrolase (6) $PGI_2$ analogs retard atherogenesis (7), and atherosclerotic lesions exhibit a decreased capacity to produce $PGI_2$ ex vivo (8) Cyclooxygenase 2 (COX-2), expressed in vascular endothelial cells (9), catalyzes prostaglandin endoperoxide formation from arachidonic acid. This is subsequently transformed to $PGI_2$ by $PGI_2$ synthase (PGIS), a process that occurs in endothelial cells (10) Selective COX-2 inhibitors depress $PGI_2$ metabolite excretion (11) Inhibition of the COX-2–PGIS pathway may have particular relevance to atheroprotection in females because $E_2$ increases COX-2 expression in vascular tissues and augments $PGI_2$ production in vitro (12).

Mice lacking the low density lipoprotein (LDL) receptor (LDLR KO) were examined to address the role of $PGI_2$ in gender-dependent atheroprotection; males develop atherosclerosis more rapidly than females (13) No differences

[1]The Institute for Translational Medicine and Therapeutics, University of Pennsylvania, PA 19104, USA [2]Department of Medicine. University of North Carolina, NC 27599, USA.

*To whom correspondence should be addressed E-mail: garret@spirit.gcrc.upenn.edu



Fig. 1. Increased atherosclerosis and thromboxane (Tx) biosynthesis in IP/LDLR DKO female mice. (A and B) Representative en face aortae approximately equal to the mean % lesion area for each group are shown (C and D) Percentage aortic lesion areas (stained red) in female and male LDLR KO and IP/LDLR DKO mice showed no significant difference between male IP/LDLR DKO and LDLR KO mice fed a high-fat diet for similar durations. IP deletion accelerated atherosclerosis at both time points in female mice only IP/LDLR DKO females have a greater % lesion area (*$P < 0.001$ versus LDLR KO at 3 months. #$P < 0.05$ at 6 months). Data are given as the mean ± SEM, $n = 10$ to 13 mice per group. (E) Excretion of urinary 2,3-dinor $TxB_2$ (Tx-M) in LDLR KO and IP/LDLR DKO mice at baseline and after being fed a high-fat diet for 3 and 6 months. Coincidental IP-deletion increases Tx-M excretion in female mice ($F = 14.83$, $P < 0.001$) Pairwise comparisons reveal significant differences at baseline (*$P < 0.05$) and at 3 months (**$P < 0.01$). (F) Male IP/LDLR DKO mice do not have elevated Tx-M biosynthesis at baseline, but upon being fed a high-fat diet, show a significant increase (all males: $F = 6.14$, $P < 0.01$; all females: $F = 8.17$, $P < 0.01$). This is accounted for by a difference after 3 months (**$P < 0.01$) Data are given as the mean ± SEM, $n = 10$ to 13 mice per group

in plasma total cholesterol or high density lipoprotein (HDL) cholesterol were observed among groups (table S1). Body weight increased as the animals aged, but there were no differences with genotype. En face aortae analyses showed that the extent of atherosclerosis was greater at 3 and 6 months in males than in females (Fig. 1, A and B). Female mice lacking both the $PGI_2$ receptor (IP) and the LDLR (IP/LDLR DKO) developed greater aortic lesions than LDLR KO females after 3 months (5.6 ± 1.1% versus 2.2 ± 0.2%) and 6 months (23.2 ± 1.4% versus 15.0 ± 1.2%). This effect was gene dose dependent (Fig. 1C) and was not observed in male mice (Fig. 1D). There was a trend of greater lesion area in the IP/LDLR KO males than in LDLR KO males (5.95 ± 1.1%, $n = 12$, versus 3.83 ± 0.5%, $n = 12$) at 3 months, but this did not attain significance and was not evident at 6 months.

Platelet activation facilitates early atherogenesis and is reflected by the presence of the thromboxane metabolite 2,3-dinor TxB$_2$ (Tx-M) in urine. IP deletion increases urinary Tx-M in response to vascular injury (4) and increased urinary Tx-M in IP/LDLR DKO mice, compared to LDLR KO mice (Fig. 1, E and F). This effect was evident in both genders at 3 months. Although urinary Tx-M was higher in male than in female LDLR KO mice (32.8 ± 3.2 versus 20.5 ± 3.0 ng/mg creatinine), additional deletion of the IP elevated Tx-M excretion in females to exceed those in male IP/LDLR DKO mice at baseline. Thus, $PGI_2$ decreases the platelet activation that accompanies early atherogenesis in female mice.

Oxidative stress increases lipid peroxidation, an effect reflected by the increased excretion of urinary isoprostanes (iPs) (14). One of the most abundant iPs in urine, 8,12-iso-iPF$_{2\alpha}$-VI, increased in LDLR KO mice during atherogenesis (Fig. 2). Although IP deletion had no effect in male IP/LDLR DKO mice ($F = 1.77, P = 0.2$) (Fig. 2A), its absence increased lipid peroxidation in female IP/LDLR DKO mice ($F = 15.8, P < 0.0005$). This was particularly evident at baseline (8.7 ± 2.6 versus 2.8 ± 0.3 ng/mg creatinine, $P < 0.05$) and at 3 months (8.8 ± 1.1 versus 2.8 ± 0.4 ng/mg creatinine, $P < 0.001$) (Fig. 2B), indicating that $PGI_2$ serves an antioxidant function in female LDLR KO mice prior to, and at initiation of, atherogenesis.

Given the importance of oxidant stress in atherogenesis (14), we examined the effect of $PGI_2$ in cultured mouse aortic smooth muscle cells (MASMCs) exposed to hydrogen peroxide ($H_2O_2$) (15). This treatment increased $PGI_2$ synthesis (16) and lipid peroxidation, and the latter was augmented by IP deletion (Fig. 2C). COX-2 expression was not affected (16). $H_2O_2$ treatment increased reactive oxygen species in MASMCs, as shown by the fluorescent probe dichlorofluorescein (17). Absence of IP expression increased this effect (Fig. 2D), suggesting that IP modulates oxidant stress under basal conditions. Cicaprost (100 nM), an IP agonist, limited the response of MASMCs to $H_2O_2$ with subsequent reduction of lipid peroxidation (fig. S1A) but did not affect unstimulated cells. Cicaprost also increased expression of the antioxidant heme oxygenase 1 (HO1) in an IP-dependent manner (Fig. 2E), whereas IP deletion decreased aortic HO1 expression in female IP/LDLR DKO mice (Fig. 2F).

MASMCs subjected to long-term $E_2$ exposure ($10^{-8}$ M, 18 hours) were examined to determine whether $E_2$ alters the antioxidant effect of $PGI_2$ (15). $E_2$ stimulated COX-2 expression and $PGI_2$ formation as reflected by an increase in the $PGI_2$ hydrolysis product, 6-keto $PGF_{1\alpha}$ (from 2.4 ± 0.33 to 3.8 ± 0.38 ng/mg protein; $*P < 0.05$). Pretreatment of cells with $E_2$ ($10^{-8}$ M, 18 hours) attenuated the response to $H_2O_2$, as reflected by diminished release of the iP (Fig. 3B), whereas direct coincubation of $H_2O_2$ with $E_2$ had no effect (16). $E_2$ administration (2 or 8 μg/day for 7 days) to ovariectomized LDLR KO mice increased $PGI_2$ biosynthesis, as reflected by increased excretion of the urinary $PGI_2$ metabolite 2,3-dinor 6-keto $PGF_{1\alpha}$ (PGI-M) (Fig. 3C) ($**P < 0.01$ and $*P < 0.05$, respectively, versus their own respective baseline controls) and depressed urinary iP (Fig. 3D) ($*P < 0.05$). Similarly, $E_2$



Fig. 2. Increased oxidant stress in female IP/LDLR DKO mice and an antioxidant effect of the IP in vitro. Urinary 8,12-iso-iPF$_{2\alpha}$-VI levels in (A) male and (B) female LDLR KO and IP/LDLR DKO mice. Urine collections were performed at 24-hour intervals before (baseline) and during (3 and 6 months) atherogenesis. Analysis of variance reveals a significant effect of IP deletion on lipid peroxidation in female ($F = 15.82, P < 0.001$) but not male LDLR KO mice ($F = 2.70, P = 0.1082$). Elevation in iP generation in female IP/LDLR DKO mice was evident at baseline ($*P < 0.05$) and at 3 months ($**P < 0.01$). Data are given as the mean ± SEM; $n = 5$ to 8 mice per group. (C) Increased oxidative stress in mouse aortic smooth muscle cells (MASMCs) lacking the IP. IP KO MASMCs show an exaggerated oxidative response to $H_2O_2$ exposure (30 min, 100 μM) [$**P < 0.001$ compared to wild-type (WT) MASMCs]. (D) As shown with the fluorescent probe, dichlorofluorescein, IP KO MASMCs were more fluorescent than WT MASMCs before and after stimulation with 100 μm $H_2O_2$. (E) Cicaprost (100 nm, 8 hours) treatment increases HO1 protein expression in WT MASMCs but not in IP KO MASMCs ($*P < 0.05$). (F) HO1 protein expression is attenuated in IP/LDLR DKO atherosclerotic aortas ($*P < 0.05$).

REPORTS

(3 µg/day for 7 days) administration to ovariectomized wild-type mice (C57Bl6) increased urinary PGI-M and depressed excretion of the iP (16). When MASMCs were treated with agonists selective for $E_2$ receptor α (ERα) (propyl pyrazole triol, PPT) (18) and ERβ (WAY-200070) (19), only the ERα-selective agonist increased 6-keto PGF$_{1α}$ (Fig. 3E) (**$P < 0.05$) Furthermore, $E_2$ (0.5 µg/day for 7 days) increased urinary PGI-M in female ERβ KO mice but not in female ERα KO mice (Fig. 3F) Thus, estrogen increases PGI$_2$ biosynthesis by activating ERα LDLR KO and IP/LDLR DKO mice were bilaterally ovariectomized to assess the atheroprotective effect of exogenous $E_2$ in the absence of PGI$_2$. One week after surgery, mice began feeding on a high-fat diet in the absence or presence of exogenous $E_2$ (8 µg/day) (15) After 3 months, aortic lesion area was significantly increased in the IP/LDLR DKO compared to the LDLR KO females (Fig 4) $E_2$ significantly reduced lesion burden (by ~80%) in LDLR KO female mice (Fig 4A) However, coincidental deletion of the IP reduced this effect significantly ($P < 0.0001$) to 32%.

Rofecoxib, a selective inhibitor of COX-2, was withdrawn from clinical use when a placebo-controlled trial revealed an increase in myocardial infarction and stroke (20). These patients were initially at low cardiovascular risk, and the hazard was detected after 18 months of treatment Selective inhibitors of COX-2 depress PGI$_2$, but not platelet COX-1–derived TxA$_2$, which affords a mechanism whereby they might elevate blood pressure, accelerate atherogenesis, and augment the thrombotic response to plaque rupture (5, 21, 22) Depression of PGI$_2$ may accelerate atherogenesis by multiple mechanisms, including augmenting platelet and neutrophil interactions with the vasculature (4, 5) PGI$_2$ also exerts an antioxidant effect, which may retard atherogenesis (14) IP deletion augments lipid peroxidation, whereas its overexpression in human embryonic kidney cells has the opposite effect (fig. S1B). An antioxidant role for PGI$_2$, which may reflect induction of HO1, is consistent with exacerbation of reperfusion injury by IP deletion (23).

Although extrapolation of results in mice to humans is performed with caution, the experience with rofecoxib has focused attention on the role of atherogenesis in transformation of cardiovascular risk during chronic treatment with selective inhibitors of COX-2 (20) We reveal a substantial contribution of ERα-mediated, COX-2–derived PGI$_2$ to atheroprotection in female LDLR KOs. This finding raises concern about the use of COX-2 inhibitors in juvenile arthritis, a disease that predominantly affects females It may also have implications for the design and interpretation of trials of hormone-replacement therapy



Fig. 3. $E_2$ increases PGI$_2$ biosynthesis in vitro and in vivo. (A) $E_2$ increased COX-2–mediated PGI$_2$ production from WT MASMCs exposed to $E_2$ ($10^{-8}$ M, 18 hours). PGI$_2$ production was measured in the conditioned medium as 6-keto PGF$_{1α}$ Values are expressed as fold over basal increase in 6-keto PGF$_{1α}$ (pg/mg protein) (*$P < 0.05$) (B) Pretreatment with $E_2$ mediates an antioxidant effect on $H_2O_2$-induced oxidant injury The increase in iP generation from WT MASMCs exposed to 100 µM $H_2O_2$ (30 min) was attenuated when cells were preincubated with $10^{-8}$ M $E_2$ for 18 hours (*$P < 0.05$). Treatment with $10^{-8}$ M $E_2$ alone does not significantly alter iP generation from MASMCs (C) Subcutaneous $E_2$ administration increases urinary PGI$_2$ biosynthesis in ovariectomized LDLR KO mice (2 µg/day: **$P < 0.05$; 8 µg/day: *$P < 0.05$), coincident with (D) diminished urinary iP (2 µg/day: *$P < 0.05$; 8 µg/day: *$P < 0.05$) (E) An ERα-selective agonist (1.0 µM) elevates PGI$_2$ biosynthesis in MASMCs (**$P < 0.01$, fold over basal) (F) $E_2$ fails to increase PGI$_2$ biosynthesis in ovariectomized ERα KO mice $E_2$ increases PGI$_2$ biosynthesis in ERβ KO mice (*$P < 0.05$) Data are given as the mean ± SEM. $n = 6$ to 10 mice per group.



Fig. 4. The atheroprotective effect of estrogen is significantly reduced in the absence of the IP. (A) The atheroprotective effect of a subcutaneous regimen of $E_2$ (8 µg/day) in ovariectomized LDLR KO mice (***$P < 0.001$) is constrained in IP/LDLR DKO females. As expected, the % lesion area is greater in IP/LDLR DKO females than in LDLR KO females (*$P < 0.05$) (B) Representative en face aortas approximately equal to the mean % lesion area (stained red) are shown Data are given as the mean ± SEM. $n = 11$ to 19 mice per group.

**References and Notes**
1. I F Godsland, V. Wynn, D Crook, N E Miller, Am. Heart J 114, 1467 (1987)
2. P A Bourassa, P M Milos, R J Gaynor, J L Breslow, R J Aiello, Proc Natl Acad Sci U S A 93, 10022 (1996).
3. P Collins et al Circulation 92 24 (1995)
4. Y Cheng et al, Science 296, 539 (2002)
5. T Kobayashi et al J Clin Invest 114, 6 784 (2004)

6. R. J. Gryglewski, S. Chlopicki, J. Swies, P. Nieznabitowski, Ann. N. Y. Acad. Sci. 748, 194; discussion 206–7 (1995).
7. M. C. Kowala et al., Arterioscler. Thromb. 13, 435 (1993).
8. H. Sinzinger et al., Thromb. Haemostasis 42, 803 (1979).
9. J. N. Topper, J. Cal. D. Falb, M. A. Gimbrone Jr., Proc. Natl. Acad. Sci. U.S.A. 93, 10417 (1996).
10. S. Moncada, R. Gryglewski, S. Bunting, J. R. Vane, Nature 263, 663 (1976).
11. B. F. McAdam et al., Proc. Natl. Acad. Sci. U.S.A. 96, 272 (1999).
12. P. Akaraseteenont, K. Techntraisak, A. Thuworn, S. Chotewuttakorn, Inflamm. Res. 49, 460 (2000).
13. R. K. Tangirala, E. M. Rubin, W. Palinski, J. Lipid Res. 36, 2320 (1995).
14. D. Pratico, R. K. Tangirala, D. J. Rader, J. Rukach, G. A. FitzGerald, Nat. Med. 4, 1189 (1998).
15. Materials and methods are available as supporting material on Science Online.
16. K. M. Egan et al., data not shown.
17. T. Munzel, I. B. Afanas'ev, A. L. Kleschyov, D. G. Harrison, Arterioscler. Thromb. Vasc. Biol. 22, 1761 (2002).
18. H. A. Harris, J. A. Katzenellenbogen, B. S. Katzenellenbogen, Endocrinology 143, 4172 (2002).
19. E. M. Malamas et al., J. Med. Chem. 47, 5021 (2004).
20. G. A. FitzGerald, N. Engl. J. Med. 351, 17 1709 (2004).
21. T. Murata et al., Nature 388, 678 (1997).
22. Q. Zhonglum et al., J. Clin. Invest. 110, 1, 61 (2002).
23. C. Y. Xiao et al., Circulation 104, 2210 (2001).
24. We thank H. Ischiropoulos and D. Fries (Children's Hospital of Philadelphia) for assistance. G.A.F. is on the Arexxla Advisory Board for Merck and has consulted

for or received grant support from Bayer, Boehringer Ingelheim, CV Therapeutics, GlaxoSmithKline, Johnson and Johnson, Merck, Nicox, Novartis, Portola Pharmaceuticals, Pfizer, and Pharmacia/Searle in the past 5 years. This work was supported by grants from the NIH (HL70128 and HL62250).

Supporting Online Material
www.sciencemag.org/cgi/content/full/1103333/DC1
Materials and Methods
Fig. S1
Table S1

28 July 2004; accepted 3 November 2004
Published online 18 November 2004;
10.1126/science.1103333
Include this information when citing this paper.

# Host-Parasite Coevolutionary Conflict Between *Arabidopsis* and Downy Mildew

Rebecca L. Allen,[1] Peter D. Bittner-Eddy,[1] Laura J. Grenville-Briggs,[1]* Julia C. Meitz,[1] Anne P. Rehmany,[1] Laura E. Rose,[2] Jim L. Beynon[1]†

Plants are constantly exposed to attack by an array of diverse pathogens but lack a somatically adaptive immune system. In spite of this, natural plant populations do not often suffer destructive disease epidemics. Elucidating how allelic diversity within plant genes that function to detect pathogens (resistance genes) counteracts changing structures of pathogen genes required for host invasion (pathogenicity effectors) is critical to our understanding of the dynamics of natural plant populations. The *RPP13* resistance gene is the most polymorphic gene analyzed to date in the model plant *Arabidopsis thaliana*. Here we report the cloning of the avirulence gene, *ATR13*, that triggers *RPP13*-mediated resistance, and we show that it too exhibits extreme levels of amino acid polymorphism. Evidence of diversifying selection visible in both components suggests that the host and pathogen may be locked in a coevolutionary conflict at these loci, where attempts to evade host resistance by the pathogen are matched by the development of new detection capabilities by the host.

Disease resistance in plants is a complex process that provides many potential barriers to pathogen invasion. Among the plant's defense arsenal are the disease resistance (R) genes, whose products trigger defense responses, such as localized host cell death, when challenged with pathogen isolates carrying matching avirulence genes (*1*). The largest class of R genes encodes proteins containing intra- or extracellular leucine-rich repeat (LRR) domains. LRR domains have been implicated in protein:protein interactions (*2*). However, direct interaction between an avirulence protein and its cognate R protein has been demonstrated in only a few host/pathogen systems (*3*, *4*).

Avirulence genes have been cloned from the fungal plant pathogens *Cladosporium fulvum* (*5–7*), *Magnaporthe grisea* (*8*), and *Melampsora lini* (*9*), but apart from the chitin-binding capacity of the Avr4 protein from *C. fulvum* (*10*), their roles in pathogenicity are unknown. We have recently shown the *RPP13* (*Recognition of Peronospora parasitica 13*) resistance gene from *Arabidopsis thaliana* to be the most polymorphic gene so far analyzed in this species (*11*). *RPP13* encodes a CC:NB:LRR (coiled coil: nucleotide-binding site:leucine-rich-repeat) protein, predicted to be cytoplasmically located, and the extreme variability of the protein was shown to reside within the LRR domain (*11*, *12*). This is consistent with the LRR domain experiencing diversifying selection. One selective agent could be a pathogen species exhibiting comparable levels of polymorphism in the avirulence protein detected via RPP13. From the plant's perspective, there are two basic outcomes of a coevolutionary conflict: either a selective sweep in which a single allele of a resistance gene reaches high frequency in the plant population or balancing selection, in which a diverse cohort of resistance gene alleles is stably maintained (*13*). The large number (19 among 24 *Arabidopsis* accessions) of diverse alleles present at the *RPP13* locus implies that it is subject to balancing selection (*11*). Haldane's theory (*14*) suggests that coevolution of host and pathogen could lead to the maintenance of variation in both organisms. The interaction between *Arabidopsis* and the biotrophic oomycete *Hyaloperonospora parasitica* (formally *Peronospora parasitica*) is an excellent system in which to study such coevolution because both organisms coexist in extensive naturally occurring populations (*15*). Therefore, concomitant with extreme *RPP13* gene diversity, we hypothesize that balancing selection on the pathogen gene products recognized by these R genes [*ATR13* (*Arabidopsis thaliana recognised 13*)] would also result in the maintenance of a highly polymorphic population of *ATR13* alleles. Here we report the cloning of *ATR13* and show that it is indeed under intense diversifying selection consistent with host/parasite conflict occurring between these two species. Both *ATR13* and *RPP13* are subject to balancing selection.

We previously isolated a range of *H. parasitica* genes [*Ppat* (*Peronospora parasitica* in *Arabidopsis thaliana*)] that were up-regulated on infection of *Arabidopsis* (*16*). Mapping of the *Ppat* sequences among 206 F$_2$ progeny of a cross between *H. parasitica* isolates Maks9 (predicted to contain *ATR13*) and Emoy2 (predicted to contain *atr13*) revealed cosegregation of a single-copy gene, *Ppat17*, and *ATR13* (*17*). Therefore, *Ppat17* was an *ATR13* candidate.

Because no mechanism of genetic transformation has been established for *H. parasitica*, we developed a functional assay for *ATR13* recognition based on a biolistic ap-

[1]Warwick, HRI, University of Warwick, Wellesbourne, Warwick, CV35 9EF, UK. [2]Department of Evolutionary Biology, University of Munich, Großhadernerstrasse 2, 82152 Planegg-Martinsried, Germany.

*Present address: College of Life Sciences and Medicine, University of Aberdeen, IMS, Foresterhill, Aberdeen, AB25 2ZD, UK
†To whom correspondence should be addressed. E-mail: jim.beynon@warwick.ac.uk