# EXHIBIT I

DEPARTMENT OF HEALTH AND HUMAN SERVICES

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH

JOINT MEETING OF

THE ARTHRITIS ADVISORY COMMITTEE AND

THE DRUG SAFETY AND RISK MANAGEMENT

ADVISORY COMMITTEE

VOLUME I

Wednesday, February 16, 2005

8:00 a.m

Hilton Gaithersburg
620 Perry Parkway
Gaithersburg, Maryland

response to pressor agents include prostacyclin and PGE-2. Here we are looking at the effect on blood pressure, of deletion of the prostacyclin receptor and, as you can see, blood pressure is elevated and the response to salt loading is increased One sees exactly the same phenotype deleting one of the receptors for PGE-2

So, as far as blood pressure is concerned, suppression of COX-2 derived PGI-2 and PGE-2 increases blood pressure and augments the response to hypertensive stimuli in mice. Deletion or inhibition of COX-1 depresses the response to vasoconstrictors in vivo so again we see COX-1 modulating the hazard from COX-2 inhibition Hypertension on NSAIDs would be expected to relate to the inhibition of COX-2 and the selectivity with which it is attained.

Let's think of a more chronically unfolding cardiovascular hazard These data arbitration taken from Narumiya. They are looking at the development of atherosclerosis in a genetically prone mouse, and you can see that

deletion of the prostacyclin receptor accelerates atherogenesis in male ApoeE-deficient mice. In fact, the impact was most particularly marked at initiation and early development of atherosclerosis

By contrast, deletion of the thromboxane receptor does the complete reverse, and other studies conducted by us and others have shown that inhibition of COX-1 selectively or antagonism of the thromboxane receptor will have the same effect as deleting the thromboxane receptor, as shown here.

So, as far as atherosclerosis is concerned, we see this buffering capacity between COX-1 and COX-2. Furthermore, we have shown recently that in a different genetically proned mouse model deletion of the prostacyclin receptor and inhibition of COX-2 dependent formation of prostacyclin is important in affording the atheroprotection conferred by estrogen in female mice.

So, here we see the atheroprotection in

terms of reduction of lesion development with estrogen treatment in vasectomized mice being dramatically reduced by deletion of the prostacyclin receptor, which raises a whole new set of questions about the use of these drugs in premenopausal women.

So, as far as this other manifestation of a cardiovascular hazard is concerned, initiation and acceleration of early atherogenesis occurs in response to deletion of the prostacyclin receptor. I haven't gotten into mechanism but it fosters platelet and neutrophil activation and vascular interactions of these cells, and removes the constraint on attendant oxidant stress.

Now, we know that hypertension, which is also a consequence of inhibition of this pathway, itself accelerates atherogenesis So, one could imagine that the direct and indirect effect could converge to transform cardiovascular risk. Finally, again COX-1 is playing a modulatory role.

There is a lot of speculation, which will no doubt be addressed in this meeting, as to