**EXHIBIT L – PART 1 OF 5**

MK-0966, Reference P122, Appendix 2.1.3                     232



# APPROVe Trial Cardiovascular Safety Report

3/15/2005                                                                      1

MRK-AFV0426355

MK-0966, Reference P122, Appendix 2.1 3 (Cont ) 233
APPROVe Trial Cardiovascular Safety Report



## Table of Contents

1. Executive Summary ..... 8
2. Introduction ..... 9
3. Rationale for the APPROVe Study ..... 10
4. Efficacy ..... 10
5. Cardiovascular Safety ..... 11
5.1 Cardiovascular Events ..... 12
5.2 Statistical Methodology ..... 15
6. Demographic and Other Patient Characteristics ..... 16
7. Results of Cardiovascular Safety ..... 20
7.1 Accounting of Events ..... 20
7.2 Mortality ..... 22
7.3 Confirmed Thrombotic Events ..... 23
7.4 Confirmed APTC Events ..... 31
7.5 Investigator-Reported Cardiovascular Events ..... 35
7.6 New Ischemic Events ..... 41
7.7 Subgroup Analyses of Confirmed Thrombotic Cardiovascular Events ..... 45
7.8 Relationship Between Blood Pressure and Cardiovascular Events ..... 49
8. Discussion ..... 58
9. Conclusions ..... 59
Reference ..... 59
Supplemental Tables and Figures ..... 60

MRK-AFV0426356

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                234

APPROVe Trial Cardiovascular Safety Report



## List of Tables

Table 1 Adjudicated Confirmed Thrombotic Cardiovascular and APTC Combined Endpoints ... 14
Table 2 Baseline Patient Characteristics ... 17
Table 3 Baseline Cardiovascular Related Characteristics ... 19
Table 4 Post-Randomization Cardiovascular Related Characteristics ... 20
Table 5 Summary of Confirmed Thrombotic Cardiovascular Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 24
Table 6 Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (6 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 27
Table 7 Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (18 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 27
Table 8 Analysis of Cardiovascular Safety Endpoints (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 28
Table 9 Analysis of Confirmed Thrombotic Cardiovascular Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 30
Table 10 Summary of Confirmed APTC Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 31
Table 11 Summary of Confirmed APTC Events by Time Interval (6 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 34
Table 12 Summary of Confirmed APTC Events by Time Interval (18 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 34
Table 13 Summary of Investigator-Reported Cardiovascular Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 36
Table 14 Summary of Investigator Reported Cardiovascular Events by Time Interval (6 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 40
Table 15 Summary of Investigator Reported Cardiovascular Events by Time Interval (18 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 40
Table 16 Summary of New Ischemic Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 41
Table 17 Summary of New Ischemic Events by Time Interval (6 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 44
Table 18 Summary of New Ischemic Events by Time Interval (18 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 44
Table 19 Subgroup Analysis of Confirmed Thrombotic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 46
Table 20 Post-Randomization Subgroup Analysis of Confirmed Thrombotic Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 47

MRK-AFV0426357

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                                    235

APPROVe Trial Cardiovascular Safety Report



Table 21 Summary of Confirmed Thrombotic Events by Class of Term in Subgroup of Concomitant Aspirin Users[§] (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .......................................................................... 48
Table 22 Baseline Blood Pressure and Confirmed Thrombotic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .................. 49
Table 23 Baseline Diastolic Blood Pressure and Confirmed Thrombotic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .......... 49
Table 24 Baseline Systolic Blood Pressure and Confirmed Thrombotic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .......... 50
Table 25 Confirmed Thrombotic Events by Equally Sized Subgroup of Change from Baseline in Mean Arterial Pressure at Week 4 (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .................................................. 50
Table 26 Confirmed Thrombotic Events by Equally Sized Subgroup of Average Change from Baseline in Mean Arterial Pressure at Weeks 4 and 17 (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .................. 51
Table 27 Post-Randomization Blood Pressure Subgroup Analysis of Confirmed Thrombotic Events (Blood Pressure Measurements during the Entire Treatment Period were Included) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .................................................................................. 52
Table 28 Post-Randomization Blood Pressure Subgroup Analysis of Confirmed Thrombotic Events (Blood Pressure Measurements on and After CV Event Day Were Censored) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ........................................................................................... 52
Table 29 Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events (Blood Pressure Measurements during the Entire Treatment Period were Included) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ...... 53
Table 30 Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events (Blood Pressure Measurements on and After CV Event Day Were Censored) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 53
Table 31 Blood Pressure and Confirmed Thrombotic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ................................... 54
Table 32 Actual Observed versus Framingham Model Based Expected Cumulative Incidence of Myocardial Infarction (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .................................................................. 56
Table 33 List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome Events on Treatment through 14 Days After the Last Dose of Study Therapy ........................................................................ 60
Table 34 List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome Events between 15 Days and 28 Days after the Last Dose of Study Therapy ...................................................................... 69
Table 35 List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome Events 28 Days after the Last Dose of Study Therapy ........................................................................................................ 70
Table 36 Confirmed Thrombotic Events by Equally Sized Subgroup of Baseline Creatinine Clearance (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ........................................................................................ 72

MRK-AFV0426358

MK-0966. Reference P122, Appendix 2.1.3 (Cont.)   236

APPROVe Trial Cardiovascular Safety Report



Table 37 Confirmed Thrombotic Events by Subgroup of Number of Risk Factors for Coronary Artery Disease (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .................................................. 72
Table 38 Concomitant Therapies for Hypertension Patients With and Without Confirmed Thrombotic Events ................................................................. 73
Table 39 Concomitant Therapies for Diabetes (Partial List) Patients With and Without Confirmed Thrombotic Events ............................................................ 74
Table 40 Blood Pressure and Confirmed Thrombotic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ........................... 75
Table 41 Summary Statistics: Diastolic Blood Pressure (mm Hg) ...................... 76
Table 42 Summary Statistics: Systolic Blood Pressure (mm Hg) ....................... 77
Table 43 Observed Versus Framingham Model Based Expected Cumulative Incidence (%) of Myocardial Infarction For Subgroup with SBP>=160 on 1 or more occasions prior to CV Event (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............................................................................. 78
Table 44 Observed Versus Framingham Model Based Expected Cumulative Incidence (%) of Myocardial Infarction For Subgroup with no SBP>=160 prior to CV Event (Events on Treatment through 14 Days After the Last Dose of Study Therapy) . 79
Table 45 Confirmed Thrombotic Events by Equally Sized Subgroup of On Treatment Mean SBP (mmHg) Prior to CV Event (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ......................................................... 80
Table 46   Confirmed Thrombotic Events by Subgroup of On Treatment BP Prior to CV Event 80
Table 47 Confirmed Thrombotic Events by Subgroup of On Treatment SBP (mmHg) Prior to CV Event (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ...................................................................................... 83
Table 48 Confirmed Thrombotic Events by Subgroup of On Treatment Maximum SBP (mmHg) Prior to CV Event (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ........................................................................ 83
Table 49 Confirmed Thrombotic Events by Equally Sized Subgroup of SBP Change from Baseline at Week 4 prior to CV Event (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ................................................... 84
Table 50 Additional Subgroup Analysis of Confirmed Thrombotic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 85
Table 51 Subgroup Analysis of Confirmed Thrombotic Events Which Occurred Before Month 18 (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............................................................................................ 86
Table 52 Subgroup Analysis of Confirmed Thrombotic Events Which Occurred After Month 18 (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............................................................................................ 88
Table 53 Subgroup Analysis of Confirmed APTC Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .......................................... 90
Table 54 Subgroup Analysis of Confirmed APTC Events Which Occurred Before Month 18 (Events on Treatment through 14 Days After the Last Dose of Study Therapy) 92
Table 55 Subgroup Analysis of Confirmed APTC Events Which Occurred After Month 18 (Events on Treatment through 14 Days After the Last Dose of Study Therapy) 94

MRK-AFV0426359

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   237

APPROVe Trial Cardiovascular Safety Report



Table 56 Subgroup Analysis of Confirmed Acute Myocardial Infarction (Fatal and Non-Fatal) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .... 96

Table 57 Analysis of Confirmed Thrombotic Cardiovascular Events by Class of Terms Including Non-Fatal Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .... 98

Table 58 Summary of Confirmed Thrombotic Cardiovascular Events by Class of Terms Including Non-Fatal Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .... 99

MRK-AFV0426360

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   238

APPROVe Trial Cardiovascular Safety Report



## List of Figures

Figure 1 Accounting of Cardiovascular Related Events (Patients) for the Base Study.... 22

Figure 2 Kaplan-Meier Plot for Confirmed Thrombotic Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy). ......... 25

Figure 3 Hazard Plot for Confirmed Thrombotic Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ......... 26

Figure 4 Kaplan-Meier Plot for Confirmed APTC Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 32

Figure 5 Hazard Plot Confirmed APTC Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy)... ............... 33

Figure 6 Kaplan-Meier Plot for Investigator-Reported Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ......... 38

Figure 7 Hazard Plot for Investigator Reported Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ......... 39

Figure 8 Kaplan-Meier Plot for New Ischemic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy). ............... 42

Figure 9 Hazard Plot for New Ischemic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 43

Figure 10 Actual Observed versus Framingham Model Based Expected Cumulative Incidence of MI (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 57

Figure 11 Confirmed Thrombotic Event time versus Maximum SBP attained during the trial prior to CV Event ............... 81

Figure 12 Confirmed Thrombotic CV Event Time versus First Event Time for SBP≥160 mm Hg during Treatment Prior to CV Event ............... 82

3/15/2005

MRK-AFV0426361



### Cardiovascular Safety Report for APPROVe

#### 1. Executive Summary

The purpose of this report is to summarize the cardiovascular (CV) safety data for the Adenomatous Polyp Prevention on VIOXX (APPROVe) trial. Efficacy results and general safety results from the trial are reported in two separate reports.

The 3-year study was designed to assess the effect of rofecoxib 25 mg once a day compared to placebo on the recurrence of colorectal adenomas in patients with increased risk of developing colorectal cancer and in patients with a history of colorectal adenoma. A total of 2586 patients were randomized to either rofecoxib 25 mg once daily treatment (N=1287) or placebo treatment (N=1299). Potential cardiovascular events were adjudicated by an independent external committee and all safety data were regularly monitored by an external safety monitoring board (ESMB). The trial was terminated on September 30, 2004, 2 months earlier than planned, due to the recommendation of the ESMB because of the occurrence of significantly more cardiovascular adverse events with rofecoxib 25 mg in comparison to placebo found in the interim cardiovascular data of August 16, 2004.

Based on the pre-specified Data Analysis Plan (DAP), safety analyses were based on adverse events that occurred between randomization and 14 days after the last dose of study therapy.

For confirmed thrombotic events, there were 46 patients with events in the rofecoxib treatment group and 26 patients with events in the placebo treatment group. Over the 3-year treatment period, the patient-year adjusted event rates were 1.50 and 0.78 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively. The relative risk of rofecoxib versus placebo therapy was 1.92 with a 95% confidence interval of (1.19, 3.11). The relative risk was significantly greater than 1 (p=0.008). Examination of the Kaplan-Meier plot for the cumulative proportion of patients with these events revealed similarity of risk between treatments for the first 18 months of the study and increased risk with rofecoxib therapy after approximately 18 months. The test for proportional hazards was statistically significant, indicating different relative risks over time.

Results for confirmed Antiplatelet Trialists' Collaboration (APTC) events and for investigator reported events were similar to those for confirmed thrombotic events.

A new ischemic event was not a pre-specified DAP endpoint for analysis but was included in the analysis based on a regulatory agency request for the Etoricoxib versus Diclofenac Sodium Gastrointestinal Tolerability and Effectiveness (EDGE) trial of etoricoxib. There was no significant difference between rofecoxib and placebo treatment with respect to new ischemic events.

3/15/2005                                                                        8

MRK-AFV0426362

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)    240

APPROVe Trial Cardiovascular Safety Report



## 2. Introduction

Colorectal cancer (CRC) is among the most common malignancies in both the United States and the other economically developed countries. The risk of colorectal cancer can be diminished by screening, recommendations for which have been issued by several major medical organizations. Sporadic colorectal adenomas are thought to be the precursors of 95% of colorectal cancers, but despite improvements in surgical technique and the development of adjuvant chemotherapy, cure rates for advanced disease have remained low. Therefore, the focus of clinical attention has been on the endoscopic removal of colonic polyps via scheduled surveillance colonoscopy as well as the development of chemopreventive treatments for patients at risk for colon cancer.

A large and persuasive body of research has shown that non-steroidal anti-inflammatory drugs (NSAIDs) inhibit colorectal carcinogenesis. Complimentary data from carcinogen-induced and genetically induced CRC animal models from more than 30 epidemiological studies suggest 30%–50% reductions in colorectal adenomas, CRCs, and cancer-associated mortality among users of aspirin or other NSAIDs, as compared with nonusers (English (U.S.) Am J Cancer 2003;2:27-55). The evidence is based upon consistent effects in greater than 90% of the more than 100 rodent trials, epidemiologic data, intervention trials of familial polyposis using the NSAID sulindac and selective cyclooxygenase (COX-2) inhibitors and, more recently, randomized controlled trials in humans.

After the start of the Vioxx™ APPROVe trial (first patient enrolled in February, 2000), two notable, randomized, placebo-controlled aspirin trials were published in 2003 that supported the concept of COX suppression and prevention of adenomatous colon polyps

- A randomized intervention trial over 3 years supported a benefit of aspirin, especially at low doses (81 mg/day), on recurrent adenoma risk (N Engl J Med 2003 Mar 6;348 [10]:891-9). Patients (n=1121) with a history of adenomas were randomly assigned to aspirin (81 or 325 mg daily) or placebo. Colonoscopy was performed at least one year after study entry in 1084 patients (97 %). The risk of recurrent adenomas was significantly lower in the aspirin 81 mg treatment group compared to the placebo treatment group (38 versus 47 percent, RR 0.81, 95 percent CI, 0.69 to 0.96). For uncertain reasons, the 325 mg dose was not associated with a significantly reduced risk of adenoma recurrence (RR 0.96 [95% CI 0.81, 1.13]). It is noteworthy that there were numerically more cardiovascular SAEs associated with the aspirin therapy than with placebo though the difference did not reach statistical significance (myocardial infarction, coronary revascularization and stroke was reported for 5, 5, and 5 patients each with 325 mg of aspirin, for 2, 3, and 2 patients each with 81 mg of aspirin, and for 1, 4, and 0 patients each with placebo).

MRK-AFV0426363

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)  241

APPROVe Trial Cardiovascular Safety Report



- An additional trial focused on patients (n=517) with a history of colorectal cancer who were randomly assigned to aspirin (325 mg daily) or placebo (N Engl J Med 2003 Mar 6;348 [10]:883-90) Recurrent adenomas were noted significantly less often in the aspirin treatment group (17 versus 25 percent, RR 0.65, 95 percent CI 0.46 to 0.91) during a colonoscopy performed at a median of 13 months after randomization.

The totality of evidence from diverse studies, based upon retrospective and prospective collection of data, in men and women of diverse socioeconomic status, and in adenomas and cancers, suggests an association between aspirin and other NSAID use and a reduction in the risk of CRC. It is recognized that nonselective NSAIDs inhibit both COX-1 and COX-2. The enzyme COX-1 is constitutively expressed and is believed to play a key role in gastric mucosal maintenance and protection from injury. Therefore, a selective COX-2 inhibitor like rofecoxib might represent a novel and well tolerated anti-inflammatory agent for use in the prevention of recurrent colorectal adenomas and their subsequent progression to colon cancer based on its selective inhibitory activity against COX-2 with less gastrointestinal toxicity due to its sparing of inhibition of COX-1. Importantly, an improved gastrointestinal safety profile is particularly necessary for any chemopreventive agent since the prevention of colorectal cancers is anticipated to require chronic daily therapy.

### 3. Rationale for the APPROVe Study

The APPROVe trial (Protocol 122) was designed to determine, using colonoscopy, the comparative cumulative percentage of patients with a recurrence of colorectal adenomas during 3 years of treatment with rofecoxib 25 mg or placebo in patients with increased risk of developing colorectal cancer and in all patients with a history of colorectal adenoma. Protocol 122 was a multicenter, randomized, placebo controlled, double-blind, parallel-group study with in-house blinding. Prime therapy duration was planned for 3 years and the enrollment period lasted approximately 24 months. Patients had to be ≥40 years of age, and had to have removal of at least one histologically-confirmed large bowel adenoma within 18 weeks prior to randomization to study treatment (all large bowel polyps must have been removed prior to study entry). Patient enrollment was stratified at randomization based on use (or non-use) of low-dose aspirin (≤100 mg daily) at baseline for cardioprotective or antiplatelet effects.

### 4. Efficacy

In all patients, colonoscopy was performed at Year 1 and Year 3. If a patient discontinued study therapy before Year 3, the patient was offered the opportunity to return for the Year 1 and Year 3 colonoscopies, and an interim office visit at Year 2. If a discontinued patient chose not to return for Year 1 and Year 3 colonoscopies, a colonoscopy was performed at the time of discontinuation.

The primary efficacy endpoint in this study was the cumulative incidence of recurrence of colorectal adenoma in patients with an increased risk for colorectal cancer during 156

3/15/2005                                                                                              10

MRK-AFV0426364

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                                  242

APPROVe Trial Cardiovascular Safety Report



weeks of treatment with rofecoxib 25 mg or placebo. Patients with an increased risk for colorectal cancer were defined as patients with one or more of the following characteristics at the pre-study colonoscopy: an adenoma ≥1 cm; an adenoma with tubulovillous or villous characteristics by histology; ≥2 adenomas; age <55 years at the time of first-identified colorectal adenoma, family history of colorectal cancer.

### 5. Cardiovascular Safety

The design and conduct of the APPROVe trial with respect to prospective identification and adjudication of thrombotic cardiovascular serious adverse events (TCVSAEs) was influenced by the results of the Vioxx™ Gastrointestinal Outcomes Research Study (VIGOR). The VIGOR study showed a two-fold increase in TCVSAE's in patients taking 50 mg of rofecoxib daily (2-4 times the highest recommended dose for chronic administration) versus 500 mg twice daily of naproxen. The difference between the treatment groups in the rates of thrombotic cardiovascular events was due primarily to a lower incidence of myocardial infarction in patients treated with naproxen (0.1%) compared with rofecoxib (0.5%). Extensive data available at the time did not demonstrate a difference in CV events between rofecoxib and NSAIDs without sustained anti-platelet effects, and between rofecoxib and placebo. However, to further explore the cardiovascular safety of rofecoxib, Merck initiated a CV outcomes study comparing the CV safety of rofecoxib and placebo. This study was a prespecified, hypothesis driven analysis of three large, placebo-controlled studies designed, collectively, to analyze cardiovascular event rates:

- The first was the in-progress APPROVe trial, which was initiated in February 2000, one month before Merck learned of the VIGOR results.
- The second was a study (VICTOR) to determine whether rofecoxib could help prevent the recurrence of colon cancer.[1]
- The third was a study (protocol 201, ViP) to determine whether rofecoxib could help prevent prostate cancer.

The patient safety in all three trials was overseen at regular intervals by committees of external medical experts who conducted ongoing monitoring of unblinded safety data. All trials were terminated on September 30, 2004 when rofecoxib was voluntarily withdrawn from marketing due to CV safety concerns that arose from the review of the analysis of adjudicated CV events in the APPROVe trial by its External Safety and Monitoring Board (ESMB) for the study.

This report provides the results of the cardiovascular safety of rofecoxib 25 mg therapy versus placebo therapy over three years of treatment in patients with a history of colorectal adenoma from Merck & Co., Inc colon polyp prevention study; the APPROVe trial, (Protocol 122). Results provided in this report include results for adjudicated and confirmed thrombotic cardiovascular events, adjudicated and confirmed Antiplatelet Trialists' Collaboration (APTC) events, investigator-reported cardiovascular events and

---
[1] Clinical Colorectal Cancer May 2003;58-60

3/15/2005                                                                        11

MRK-AFV0426365

APPROVe Trial Cardiovascular Safety Report



new ischemic events. The numbers of deaths by time interval and treatment group are also provided. The new ischemic event endpoint was not a pre-planned cardiovascular endpoint and its analysis was performed to meet a regulatory request.

The trial was terminated on September 30, 2004, 2 months earlier than planned, due to the observation of significantly greater cardiovascular adverse effects on rofecoxib 25 mg therapy than on placebo therapy, revealed by the interim safety analysis based on the cardiovascular data available on August 16, 2004.

The last visit of the last patient of the 3-year base study was originally planned to occur in November, 2004. Thus, most patients had completed the 3-year base study before the termination of the trial and results from this report reflect the 3-year or nearly 3-year cardiovascular safety results from the base study of rofecoxib 25 mg therapy versus placebo therapy in patients with a history of colorectal adenoma, up to the time of early termination of the study due to the voluntary withdrawal of rofecoxib on September 30, 2004. A total of 2586 patients were randomized to either rofecoxib 25 mg once daily treatment group (N=1287) or placebo treatment group (N=1299). Another 26 patients were originally randomized to the rofecoxib 50 mg treatment group and then were given the choice to be converted to either open label rofecoxib 25 mg or to be discontinued from the trial. None of these 26 patients had any cardiovascular events and none died during the study period; data from these patients were not included in the analyses.

For consistency with the Data Analysis Plan (DAP), only cardiovascular adverse events which occurred between randomization and up to 14 days after the last dose of study therapy were included in the analyses for this report for the abbreviated Clinical Study Report (aCSR) of the base study. This study has a one-year off-drug extension study for assessing potential off-drug rebound in the recurrence of colorectal adenomas. During this extension study, serious adverse experiences are being collected and any cardiovascular events will be submitted to an external committee for adjudication per the Cardiovascular Adjudication Standard Operating Procedure, as described below. The data from this extension will be described in a subsequent report.

5.1 Cardiovascular Events

All reported cardiovascular events and deaths were reviewed through an external, independent, expert adjudication process. The Vascular Events Adjudication Standard Operating Procedure (Cardiovascular Adjudication SOP) provides for blinded external adjudication of potential thrombotic and APTC events by an independent Case Review Committee (CRC).

The purpose of the Adjudication SOP was to standardize the evaluation of cardiovascular serious adverse experiences and to improve accuracy in diagnosis across the group of study investigators in different nations and having different clinical specialties. To be consistent with the previous cardiovascular safety reports, the output of this adjudication process and the most comprehensive endpoint would be one based on all thrombotic events confirmed by adjudication. Analyses of APTC events, investigator-reported cardiovascular events

MRK-AFV0426366

MK-0966, Reference P122, Appendix 2 1 3 (Cont ) 244

APPROVe Trial Cardiovascular Safety Report



and new ischemic events were also performed for this report Confirmed thrombotic cardiovascular (CV) events was the primary endpoint, APTC and investigator-reported CV events were secondary endpoints, and new ischemic event (following a regulatory request for etoricoxib) was a post hoc endpoint. Terms for adjudicated confirmed thrombotic and APTC events are provided in Table 1. Terms identifying potential cardiovascular events reported by investigators were defined in the SOP.

MRK-AFV0426367

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)     245

APPROVe Trial Cardiovascular Safety Report



Table 1
Adjudicated Confirmed Thrombotic Cardiovascular and APTC[†] Combined Endpoints

| Adjudication Committee Categories for Cardiovascular Events | Thrombotic Cardiovascular Event | APTC[1] Combined Endpoint |
|---|---|---|
| *Thrombotic Events* | | |
| *Cardiac Events* | | |
| Acute MI | √ | √ |
| Fatal: Acute MI | √ | √ |
| Unstable Angina Pectoris | √ | |
| Sudden and/or Unexplained Death | √ | √ |
| Resuscitated Cardiac Arrest | √ | √ |
| Cardiac Thrombus | √ | |
| *Peripheral Vascular Events* | | |
| Pulmonary Embolism | √ | |
| Fatal: Pulmonary Embolism | √ | |
| Peripheral Arterial Thrombosis | √ | |
| Fatal: Peripheral Arterial Thrombosis | √ | √ |
| Peripheral Venous Thrombosis | √ | |
| *Cerebrovascular Events* | | |
| Ischemic Cerebrovascular Stroke | √ | √ |
| Fatal: Ischemic Cerebrovascular Stroke | √ | √ |
| Cerebrovascular Venous Thrombosis | √ | |
| Fatal: Cerebrovascular Venous Thrombosis | √ | √ |
| Transient Ischemic Attack | √ | |
| *Hemorrhagic Events* | | |
| Hemorrhagic Cerebrovascular Stroke | | √ |
| Fatal: Hemorrhagic Cerebrovascular Stroke | | √ |
| Fatal: Hemorrhagic deaths of any cause | | √ |
| [1]APTC = Antiplatelet Trialists' Collaboration. | | |

Data Source: [3.11.2]

A new ischemic event was not a pre-specified DAP endpoint for analysis and was included in the analysis based on a regulatory agency request for the Etoricoxib versus Diclofenac Sodium Gastrointestinal Tolerability and Effectiveness (EDGE) trial of etoricoxib. The new ischemic events were defined based on the composite of any patient with one of the following events who had no documented history of ischemic heart disease:

• Confirmed thrombotic serious adverse experiences which represent a cardiac event

-Or-

MRK-AFV0426368

APPROVe Trial Cardiovascular Safety Report



- Nonserious cardiovascular adverse experiences of angina pectoris, ischemic heart disease, myocardial infarction or ST-T change compatible with ischemia (as defined by a subset of MedDRA preferred terms).

In order to qualify as an event in this definition, a patient would be required to have incurred one of these events as well as having had no documented previous history of ischemic heart disease.

### 5.2 Statistical Methodology

As mentioned earlier, only adverse events which occurred between randomization and up to 14 days after the last dose of study therapy were included in the analyses for this report. The risk period for patients was also adjusted accordingly; in particular, for patients without events, the risk period was censored on the 14th day after the last dose of study therapy. The only exception to this 14-day censoring occurred for the accounting and analysis of deaths. To be most inclusive, a death was included in the analysis even if it occurred beyond 14 days after the last dose of study therapy when the death was judged by the investigator to have resulted from an adverse experience that had its onset during the patient's time in the study or less than or equal to 14 days after the last dose of study therapy.

No multiplicity adjustment was made for these multiple analyses of safety endpoints. Therefore, the significant p-values reported in this context should be interpreted with caution.

Estimates of relative risks for rofecoxib versus placebo treatment and the associated 95% confidence intervals were provided for all between-treatment comparisons. Even though randomization was performed within each study site and stratification was based on low dose aspirin use at baseline, because of the small number of events, both study site and stratification effects were not considered in the analysis model. A Cox proportional hazards model with a covariate for treatment was used to calculate the relative risk (i.e., hazard ratio) estimates and the corresponding 95% confidence intervals when there were sufficient events ($\geq 11$) for each treatment. The proportionality assumption for the Cox model was assessed by testing a time-dependent covariate, Treatment * log (Time), in the Cox model. A 2-sided p-value of <0.05 would indicate a violation of the proportionality assumption. If the proportionality assumption was not satisfied, the estimate of the hazard ratio from the Cox model should be interpreted as an average of the treatment effect over the time range of the study.

If only a few events (<11) for a particular endpoint occurred in either treatment group, the ratio of rates defined as the numbers of events per 100 patient-years was calculated instead along with the corresponding 95% confidence interval. The confidence interval was computed using a conditional exact method (Guess et al. 1987).

MRK-AFV0426369

MK-0966, Reference P122, Appendix 2.1.3 (Cont.) 247

APPROVe Trial Cardiovascular Safety Report



Kaplan-Meier curves were provided in this report to display the cumulative rates over time. Smoothed (band-width 6 months using the SAS statistical program) hazard functions over the course of the study were also plotted

Cox proportional hazards models with terms for treatment and subgroup factor (Model 1), and separately with terms for treatment, subgroup factor and treatment by subgroup interaction (Model 2) were used for subgroup analysis of thrombotic events. Model 1 was used for testing whether a factor was a significant risk factor for thrombotic events. Model 2 was used to assess treatment by subgroup interaction. Both p-value for main effect, testing whether a factor was a significant risk factor, and p-value for the treatment by subgroup factor interaction, testing for different treatment effect (i.e., hazard ratio) across levels of the subgroup factor, were provided

### 6. Demographic and Other Patient Characteristics

Table 2 shows baseline patient characteristics for patients for each of the two treatment groups and for the combined study population. These baseline characteristics were comparable across the two treatment groups as a result of the randomization. The mean age was 59 years and approximately 30% of the patients were 65 years or older. There were 62% male and 38% female patients. The majority of the patients were Caucasian, 51% of the patients were from the US study sites and about 78% of the patients were with an increased risk for colorectal cancer.

3/15/2005  16

MRK-AFV0426370

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                    248

APPROVe Trial Cardiovascular Safety Report



Table 2
Baseline Patient Characteristics

|  | Rofecoxib 25 mg | Placebo | Total |
|---|---|---|---|
| **Age (yr)** | | | |
| N | 1287 | 1299 | 2586 |
| Mean (SD) | 59.37 ( 9.25) | 59.40 ( 9.22) | 59.39 ( 9.23) |
| Median | 59.00 | 59.00 | 59.00 |
| Range | 40.00 - 96.00 | 40.00 - 86.00 | 40.00 - 96.00 |
| **Weight (kg)** | | | |
| N | 1287 | 1299 | 2586 |
| Mean (SD) | 81.33 (17.69) | 81.08 (17.78) | 81.21 (17.73) |
| Median | 79.80 | 79.56 | 79.59 |
| Range | 38.00 - 160.12 | 34.00 - 158.99 | 34.00 - 160.12 |
| **Age Group** | | | |
| N | 1287 | 1299 | 2586 |
| <65, n (%) | 903 (70.16) | 914 (70.36) | 1817 (70.26) |
| ≥65, n (%) | 384 (29.84) | 385 (29.64) | 769 (29.74) |
| **Gender** | | | |
| N | 1287 | 1299 | 2586 |
| Female, n (%) | 483 (37.53) | 494 (38.03) | 977 (37.78) |
| Male, n (%) | 804 (62.47) | 805 (61.97) | 1609 (62.22) |
| **Race** | | | |
| N | 1287 | 1299 | 2586 |
| Black, n (%) | 70 ( 5.44) | 78 ( 6.00) | 148 ( 5.72) |
| Caucasian, n (%) | 1082 (84.07) | 1085 (83.53) | 2167 (83.80) |
| Hispanic, n (%) | 43 ( 3.34) | 42 ( 3.23) | 85 ( 3.29) |
| Others, n (%) | 92 ( 7.15) | 94 ( 7.24) | 186 ( 7.19) |
| **Region** | | | |
| N | 1287 | 1299 | 2586 |
| Non-US, n (%) | 627 (48.72) | 630 (48.50) | 1257 (48.61) |
| US, n (%) | 660 (51.28) | 669 (51.50) | 1329 (51.39) |
| **Patients with Increased Risk for Colorectal Cancer** | | | |
| N | 1287 | 1299 | 2586 |
| Yes, n (%) | 1020 (79.25) | 1002 (77.14) | 2022 (78.19) |
| No, n (%) | 267 (20.75) | 297 (22.86) | 564 (21.81) |

Data Source: [4.1; 4.2]

MRK-AFV0426371

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)  249

APPROVe Trial Cardiovascular Safety Report



Table 3 shows the patients' cardiovascular related characteristics at baseline. About 16% of the patients were from the low-dose aspirin use stratum (i.e. had a history of aspirin use at baseline), 8% of patients had a history of symptomatic atherosclerotic cardiovascular disease (ASCVD). In addition, about 28% of the patients were at an increased risk for CV events because they either had a history of symptomatic ASCVD or had 2 or more cardiovascular risk factors. These risk factors included a history of:

o diabetes (9%),
o hypercholesterolemia (27%),
o hypertension (35%), or
o current cigarette use (22%).

Slight trends were noted towards increased patient percentages in the rofecoxib 25 mg treatment arm of patients with increased risk of CV disease (i.e. patients with either a history of symptomatic ASCVD or 2 or more cardiovascular risk factors), history of hypercholesterolemia, or a history of hypertension

MRK-AFV0426372