# EXHIBIT L – PART 2 OF 5

MK-0966, Reference P122, Appendix 2 1 3 (Cont.)          250

APPROVe Trial Cardiovascular Safety Report



CONFIDENTIAL
Subject to Protective Order
MRK-AFV0426373

### Table 3
### Baseline Cardiovascular Related Characteristics

| Subgroup | Rofecoxib 25 mg n/N(%) | Placebo n/N(%) | Total n/N(%) |
|---|---|---|---|
| **Low Dose Aspirin Use (Stratum for Randomization)** | | | |
| No | 1074/1287 (83 45) | 1095/1299 (84 30) | 2169/2586 (83 87) |
| Yes | 213/1287 (16.55) | 204/1299 (15.70) | 417/2586 (16.13) |
| **History of Symptomatic ASCVD[1]** | | | |
| No | 1171/1287 (90 99) | 1197/1299 (92.15) | 2368/2586 (91.57) |
| Yes | 116/1287 (9.01) | 102/1299 (7 85) | 218/2586 (8.43) |
| **≥2 Risk Factors for Coronary Artery Disease[2]** | | | |
| No | 969/1287 (75.29) | 1010/1299 (77 75) | 1979/2586 (76.53) |
| Yes | 318/1287 (24.71) | 289/1299 (22.25) | 607/2586 (23.47) |
| **History of Diabetes** | | | |
| No | 1172/1287 (91.06) | 1188/1299 (91 45) | 2360/2586 (91 26) |
| Yes | 115/1287 (8 94) | 111/1299 (8 55) | 226/2586 (8.74) |
| **History of Hypercholesterolemia** | | | |
| No | 914/1287 (71.02) | 961/1299 (73 98) | 1875/2586 (72 51) |
| Yes | 373/1287 (28.98) | 338/1299 (26.02) | 711/2586 (27.49) |
| **History of Hypertension** | | | |
| No | 824/1287 (64 02) | 853/1299 (65 67) | 1677/2586 (64 85) |
| Yes | 463/1287 (35.98) | 446/1299 (34.33) | 909/2586 (35.15) |
| **Current Cigarette Use** | | | |
| No | 1007/1287 (78 24) | 1014/1299 (78 06) | 2021/2586 (78 15) |
| Yes | 280/1287 (21.76) | 285/1299 (21 94) | 565/2586 (21.85) |
| **Increased CV Risk[3]** | | | |
| No | 907/1287 (70 47) | 958/1299 (73 75) | 1865/2586 (72 12) |
| Yes | 380/1287 (29.53) | 341/1299 (26.25) | 721/2586 (27.88) |
| **Baseline Hypertension Drug Use** | | | |
| No | 900/1287 (69 93) | 927/1299 (71 36) | 1827/2586 (70 65) |
| Yes | 387/1287 (30.07) | 372/1299 (28.64) | 759/2586 (29.35) |
| **History of Ischemic Heart Disease** | | | |
| No | 1186/1287 (92 15) | 1205/1299 (92 76) | 2391/2586 (92.46) |
| Yes | 101/1287 (7.85) | 94/1299 (7.24) | 195/2586 (7.54) |

[1] ASCVD=atherosclerotic cardiovascular disease

[2] 2 or more risk factors for coronary artery disease from History of diabetes, History of Hypercholesterolemia, History of Hypertension, Current Cigarette Use

[3] History of Symptomatic ASCVD or 2 or more Risk Factors for Coronary Artery Disease

Data Source: [4 1; 4.2; 4 4 1]

APPROVe Trial Cardiovascular Safety Report



Also noted, approximately 19% of the patients were concomitant aspirin users for more than 50% of the time during the study before a cardiovascular event  See Table 4

**Table 4**
**Post-Randomization Cardiovascular Related Characteristics**

| Subgroup | Rofecoxib 25 mg n/N(%) | Placebo n/N(%) | Total n/N(%) |
|---|---|---|---|
| Concomital Aspirin Use[1] | | | |
| No | 1035/1287 (80 42) | 1053/1299 (81 06) | 2088/2586 (80 74) |
| Yes | 252/1287 (19.58) | 246/1299 (18.94) | 498/2586 (19.26) |

[1] Aspirin use defined as patient who took any dose of aspirin, clopidogrel, clopidogrel bisulfate, ticlopidine, and ticlopidine hydrochloride for at least 50% of the time while on study therapy and did not start any of these medications after a confirmed thrombotic cardiovascular event

Data Source: [4 1]

## 7.  Results of Cardiovascular Safety

### 7.1  Accounting of Events

The analysis included 2,586 patients from the rofecoxib 25 mg and placebo treatment groups with approximately 6,386 patient-years at risk with a mean treatment duration of 2 47 years. Most patients completed the 3-year base study  As shown in Figure 1, for the base study, 129 patients had a total of 147 investigator-reported cardiovascular events. Twenty two deaths not related to CV events were reported. All deaths were adjudicated whether or not they were potential cardiovascular events based on the SAE term reported by the investigator.  Three other events were not investigator-reported cardiovascular events and did not involve deaths but were included in the adjudication process. Thus, there were a total of 172 cases for the base study in the Cardiovascular Related Data Set of December 23, 2004

As of December 23, 2004, all 172 events of the base study went through the adjudication process.  A total of 72 patients had confirmed thrombotic cardiovascular events and 52 patients had confirmed APTC events between randomization and 14 days after the last dose of study therapy.  In addition, 121 patients had a total of 136 investigator-reported cardiovascular events between randomization and 14 days after the last dose of study therapy.  No CV events occurred between Day 15 and Day 28 after the last dose of study therapy  At the time the 3-year study data base was cleaned and frozen for this analysis, among the patients who did not have a previous CV event, seven patients (5 in the rofecoxib treatment group and 2 in the placebo treatment group) had confirmed thrombotic cardiovascular events, seven patients (4 in the rofecoxib treatment group and 3 in the placebo treatment group) had confirmed APTC events, and eight patients (5 in the rofecoxib and 3 in the placebo treatment group) had investigator-reported CV events more than 28 days after the last dose of study therapy. As mentioned above, these events will be analyzed when the 1-year follow-up extension study is completed  Note that not all adjudicated confirmed cardiovascular events were investigator-reported events (one

MRK-AFV0426374

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                                    252

APPROVe Trial Cardiovascular Safety Report



case in this trial); only events with eligible cardiovascular terms were included in the investigator-reported analysis. See Figure 1.

MRK-AFV0426375

MK-0966, Reference P122, Appendix 2 1.3 (Cont.)                    253

APPROVe Trial Cardiovascular Safety Report



### Figure 1
### Accounting of Cardiovascular Related Events (Patients) for the Base Study



[†] Events on treatment through 14 days after the last dose of study therapy
[@] including events which occurred more than 28 days after the last dose of study therapy
(no events occurred between 15 days and 28 days after the last dose of study therapy)

### 7.2  Mortality

The ESMB recommended in April 2004 to follow up all discontinued patients to assess their vital status; subsequently the base study protocol was amended to allow for the collection of vital status information on all patients at Year 3 after randomization. Copies of medical records pertaining to any fatal events were submitted to a committee, external to Merck Research Laboratories, for adjudication to determine whether cardiovascular in etiology.  In the final dataset of December 23, 2004, the following mortality information was available for patients for three years following randomization

Of the 2586 patients that were randomized to either rofecoxib 25 mg or placebo treatment, the vital status is as follows:

MRK-AFV0426376



- A total of twenty patients died within 14 days of discontinuing blinded therapy; 10 deaths were in patients treated with rofecoxib 25 mg (6 thrombotic) and 10 deaths were in patients treated with placebo (4 thrombotic, 1 hemorrhagic)  Among these 20 patients are 4 who had a serious adverse experience onset within 14 days of blinded treatment with subsequent fatal outcome (all non-cardiovascular).

- A total of 21 patients died more than 14 days after discontinuing blinded study therapy but before the anticipated end of their 3 year study period.  Thirteen deaths occurred in patients treated with rofecoxib (3 thrombotic) and 8 deaths occurred in patients treated with placebo (3 thrombotic).

- A total of 2471 patients (1223 in the rofecoxib treatment group and 1248 in the placebo treatment group) were reported alive at Year 3 after randomization (not included: patients with a serious adverse experience within 14 days of blinded treatment and subsequent fatal outcome).

- Vital status information could not be obtained on 74 patients for one of two reasons:
    A total of 6 patients (3 in the rofecoxib treatment group and 3 in the placebo treatment group) due to a lack of IRB approval for the amended protocol (122-04)
    A total of 68 patients (38 in the rofecoxib treatment group and 30 in the placebo treatment group) because they were lost to follow-up (patient did not respond to repeated attempts of contact 3 years after randomization)

### 7.3  Confirmed Thrombotic Events

Table 5 summarizes the confirmed thrombotic events which occurred between randomization and 14 days after the last dose of study therapy by class of terms and treatment.

There were 46 patients with confirmed thrombotic events in the rofecoxib treatment group and 26 patients with the events in the placebo treatment group.  Most of the thrombotic events were in the category of either acute myocardial infarction or ischemic cerebrovascular stroke

The patient-year adjusted event rates were 1.50 and 0.78 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively

MRK-AFV0426377

APPROVe Trial Cardiovascular Safety Report



**Table 5**
**Summary of Confirmed Thrombotic Cardiovascular Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3059 Patient-Years n(%)[1] | PY-Rate[2] (95% CI) | Placebo (N=1299) 3327 Patient-Years n(%)[1] | PY-Rate[2] (95% CI) |
|---|---|---|---|---|
| Total number of patients with events | 46 (3.57) | 1.50 (1.10, 2.01) | 26 (2.00) | 0.78 (0.51, 1.15) |
| Cardiac Events | 31 (2.41) | 1.01 (0.69, 1.44) | 12 (0.92) | 0.36 (0.19, 0.63) |
| Acute myocardial infarction | 21 (1.63) | 0.69 (0.42, 1.05) | 9 (0.69) | 0.27 (0.12, 0.51) |
| Fatal acute myocardial infarction | 2 (0.16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Sudden cardiac death | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Unstable angina pectoris | 7 (0.54) | 0.23 (0.09, 0.47) | 4 (0.31) | 0.12 (0.03, 0.31) |
| Cerebrovascular Events | 15 (1.17) | 0.49 (0.27, 0.81) | 7 (0.54) | 0.21 (0.08, 0.43) |
| Fatal ischemic cerebrovascular stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic cerebrovascular stroke | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Transient ischemic attack | 5 (0.39) | 0.16 (0.05, 0.38) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Peripheral Vascular Events | 3 (0.23) | 0.10 (0.02, 0.29) | 7 (0.54) | 0.21 (0.08, 0.43) |
| Peripheral arterial thrombosis | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Peripheral venous thrombosis | 2 (0.16) | 0.07 (0.01, 0.24) | 4 (0.31) | 0.12 (0.03, 0.31) |
| Pulmonary embolism | 0 (0.00) | 0.00 (0.00, 0.12) | 2 (0.15) | 0.06 (0.01, 0.22) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[1] Crude Incident(n/N×100)
[2] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event
Data Source. [4.4.1]

MRK-AFV0426378

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)          256

APPROVe Trial Cardiovascular Safety Report



Figure 2 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups. The curve for the rofecoxib treatment group appeared generally linear from 0 to 36 months while the curve for the placebo treatment group appeared generally linear during the first 18 months and then the curve flattened during 18 to 36 months. The two curves appeared to be similar during the first 18 months and then started to separate at approximately 18 months.

**Figure 2**
**Kaplan-Meier Plot for Confirmed Thrombotic Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



Data Source: [4.4.1]

Figure 3 and Tables 6 and 7 demonstrate that the hazard ratio or the relative risk for thrombotic cardiovascular events did not appear to be a constant over time. This was confirmed by the testing of the proportional hazard assumption for the Cox proportional hazards model (p=0.014). Therefore, the relative risk calculated as an estimate of the hazard ratio from the Cox model should be interpreted as an average of the treatment effect over the time range of the study (i.e. over 36 months).

The overall relative risk of rofecoxib versus placebo over the 36-month study treatment period was 1.92 with a 95% confidence interval of (1.19, 3.11). The relative risk was significantly greater than 1 (p=0.008) (Table 8). Results in Table 8 for other endpoints will be discussed in the subsequent sections.

MRK-AFV0426379

MK-0966, Reference P122, Appendix 2 1 3 (Cont )          257

APPROVe Trial Cardiovascular Safety Report



Figure 3
Hazard Plot for Confirmed Thrombotic Cardiovascular Events
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)



Data Source: [4.4.1]

MRK-AFV0426380

Table 6
**Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (6 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Placebo (N=1299) Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|
| 0 - 6 Months | 1287 | 7/602 | 1.16(0.47, 2.40) | 1299 | 5/622 | 0.80(0.26, 1.88) | 1.45 (0.40, 5.78) |
| 6 - 12 Months | 1129 | 5/544 | 0.92(0.30, 2.14) | 1195 | 7/586 | 1.20(0.48, 2.46) | 0.77 (0.19, 2.81) |
| 12 - 18 Months | 1057 | 10/510 | 1.96(0.94, 3.61) | 1156 | 8/558 | 1.43(0.62, 2.82) | 1.37 (0.49, 3.92) |
| 18 - 24 Months | 989 | 7/481 | 1.46(0.59, 3.00) | 1079 | 2/531 | 0.37(0.12, 1.65) | 2.58 (0.59, 15.43) |
| 24 - 30 Months | 918 | 6/456 | 1.32(0.45, 2.86) | 1042 | 2/510 | 0.39(0.05, 1.42) | 3.35 (0.60, 33.97) |
| > 30 Months | 896 | 11/466 | 2.36(1.18, 4.23) | 1001 | 1/521 | 0.19(0.00, 1.07) | 12.30 (1.79, 529.46) |

[1] Events per 100 Patient Years (PY)

Data Source: [4.4.1]

Table 7
**Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (18 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Placebo (N=1299) Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Comparison Difference (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|---|
| Months 0 - 18 | 1287 | 22/1656 | 1.33(0.83, 2.01) | 1299 | 20/1765 | 1.13(0.69, 1.75) | 0.20 (-0.55, 0.94) | 1.17 (0.64, 2.15) |
| Months 19 - 36 | 789 | 24/1403 | 1.71(1.10, 2.55) | 1079 | 6/1561 | 0.38(0.14, 0.84) | 1.33 (0.58, 2.08) | 4.41 (1.77, 13.32) |
| Ratio | | | 1.32 (0.74, 2.35) | | | 0.34 (0.11, 0.83) | | |

[1] Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

APPROVE Trial Cardiovascular Safety Report

MK-0966, Reference Appendix 2.1.3 (Cont.)

Table 8
Analysis of Cardiovascular Safety Endpoints
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Type of Events | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[a] | PY-Rate[b] (95% CI) | Events/Patient-Years[a] | PY-Rate[b] (95% CI) | Difference (95% CI) | Relative Risk (95% CI) | P-Value |
| Confirmed Thrombotic Events | 46/2059 | 1.50 (1.10, 2.01) | 26/2103 | 0.78 (0.51, 1.13) | 0.72 (0.19, 1.23) | 1.92 (1.19, 3.11) | 0.006 |
| Confirmed APTC Events | 34/2059 | 1.11 (0.77, 1.51) | 16/2104 | 0.74 (0.32, 0.82) | 0.57 (0.12, 1.01) | 2.06 (1.14, 3.66) | 0.012 |
| Investigator-Reported Cardiovascular Events | 73/2052 | 7.74 (2.76, 3.57) | 44/2107 | 2.09 (1.57, 1.74) | 5.71 (4.52, 1.96) | 1.90 (1.21, 2.78) | 0.005 |
| Non-atheromic events | 24/3062 | 1.14 (0.93, 1.70) | 28/2108 | 1.35 (0.56, 1.22) | 0.09 (-0.11, 0.90) | 1.14 (0.05, 2.43) | 0.12 |

Data Source: [4.4.3]

APPROVe Trial Cardiovascular Safety Report



Since events of acute myocardial infarction and ischemic cerebrovascular stroke were the majority of the events that constituted thrombotic events, post hoc analyses were also performed for confirmed thrombotic sub-classes of cardiac events, acute myocardial infarction, cerebrovascular events, ischemic cerebrovascular stroke, and peripheral vascular events. Results of these non pre-specified analyses are provided in Table 9. There were significant between-treatment differences for all cardiac events and the sub-category of acute myocardial infarction events. Numerically the results for cerebrovascular events and ischemic cerebrovascular events were consistent with the results for the composite endpoints, although these were not statistically significant. Peripheral vascular events were few and trended numerically in the opposite direction from the composite endpoints, although the rarity of these events precluded definitive conclusions. Caution must be exercised when interpreting these post hoc results

MRK-AFV0426383

APPROVe: 2nd Cardiovascular Safety Report

MK-0966, Reference P

Appendix 2.1.3 (Cont.)

Table 9
Analysis of Confirmed Thrombotic Cardiovascular Events by Class of Terms
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[1] (95% CI) | Events/Patient-Years[1] | PY-Rate[1] (95% CI) | Difference (95% CI) | Relative Risk (95% CI) | P-Value |
| Total number of patients with events | 46/2039 | 2.50 (1.19, 2.93) | 26/1277 | 0.78 (0.51, 1.15) | 0.72 (0.19, 8.25) | 1.92 (1.19, 3.11) | 0.068 |
| Cardiac Events | 33/2043 | 1.01 (0.69, 1.44) | 12/2135 | 0.36 (0.19, 0.63) | 0.63 (0.24, 2.06) | 2.80 (1.44, 5.45) | 0.002 |
| Acute myocardial infarction | 21/2015 | 0.68 (0.42, 1.04) | 9/2131 | 0.27 (0.12, 0.51) | 0.41 (0.07, 0.75) | 2.53 (1.13, 6.29) | 0.024 |
| Cerebrovascular Events | 15/2050 | 0.49 (0.27, 0.82) | 7/2141 | 0.21 (0.08, 0.43) | 0.28 (-0.01, 0.57) | 2.32 (0.95, 6.74) | 0.051 |
| Ischemic cerebrovascular stroke | 11/2052 | 0.54 (0.18, 0.64) | 6/2341 | 0.11 (0.07, 0.39) | 0.18 (-0.03, 0.43) | 1.59 (0.67, 6.53) | 0.255 |
| Peripheral Vascular Events | 3/2137 | 0.10 (0.07, 0.29) | 3/2341 | 0.25 (0.08, 0.43) | -0.11 (-0.30, 0.08) | 0.46 (0.08, 2.05) | 0.412 |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[1] Events per 100 Patient-Years

Data Source: [4.4.1]

MRK-AFV0426384

MK-0966, Reference P122, Appendix 2 1 3 (Cont.)                    262

APPROVe Trial Cardiovascular Safety Report



## 7.4  Confirmed APTC Events

Table 10 summarizes the confirmed APTC events which occurred between randomization and 14 days after the last dose of study therapy by class of terms and treatment

There were 34 patients with confirmed APTC events in the rofecoxib treatment group and 18 patients with the events in the placebo treatment group. Again, most of the APTC events were in the classes of acute myocardial infarction and ischemic cerebrovascular stroke  There were 6 cardiovascular deaths in the rofecoxib treatment group and 5 cardiovascular deaths in the placebo treatment group  The patient-year adjusted APTC event rates were 1.11 and 0 54 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively  The relative risk of an APTC event for rofecoxib versus placebo therapy was 2.06 with a 95% confidence interval of (1.16, 3 64).  The relative risk was significantly greater than 1 (p= 0.013) (Table 8)

### Table 10
### Summary of Confirmed APTC Events by Class of Terms
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Terms | Rofecoxib 25 mg (N=1287) 3070 Patient-Years | | Placebo (N=1299) 3134 Patient-Years | |
|---|---|---|---|---|
| | n(%)[1] | PY-Rate[2] (95% CI) | n(%)[1] | PY-Rate[2] (95% CI) |
| Total number of patients with events | 34 (2.64) | 1.11 (0.77, 1.55) | 18 (1.39) | 0.54 (0.32, 0.85) |
| Cardiac Events | 24 (1.86) | 0.78 (0.50, 1.16) | 10 (0.77) | 0.30 (0.14, 0.55) |
| Acute myocardial infarction | 21 (1.63) | 0 68 (0.42, 1.05) | 9 (0.69) | 0 27 (0 12, 0.51) |
| Fatal acute myocardial infarction | 2 (0 16) | 0.07 (0.01, 0.24) | 3 (0 23) | 0.09 (0.02, 0.26) |
| Sudden cardiac death | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cerebrovascular Events | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Fatal ischemic cerebrovascular stroke | 1 (0.08) | 0.03 (0.00, 0 18) | 0 (0.00) | 0.00 (0.00, 0 11) |
| Ischemic cerebrovascular stroke | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Hemorrhagic Events | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0 08) | 0.03 (0.00, 0.17) |
| Hemorrhagic stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[1] Crude Incident(n/Nx100)
[2] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event
Data Source: [4.4 1]

31

MRK-AFV0426385

MK 0966, Reference P122, Appendix 2 1 3 (Cont )          263
APPROVe Trial Cardiovascular Safety Report



Figure 4 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups, which showed similar patterns as those for confirmed thrombotic events   The curve for the rofecoxib treatment group appeared generally linear from 0 to 36 months while the curve for the placebo treatment group appeared generally linear during the first 18 months and then the curve flattened between 18 and 36 months.  The two curves appeared to be similar during the first 18 months and then diverged at approximately 18 months

**Figure 4**
**Kaplan-Meier Plot for Confirmed APTC Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1129 | 1059 | 994 | 945 | 901 | 733 |
| Placebo | 1299 | 1197 | 1160 | 1083 | 1044 | 1003 | 837 |

Data Source: [44 1]

MRK-AFV0426386

Figure 5 displays the hazard functions over time for both treatment groups. The rates of confirmed APTC events for both treatment groups and the relative risks at 6-month intervals or 18-month intervals are depicted in Tables 11 and 12. The testing of the proportional hazard assumption for the Cox proportional hazards model did not show significant violation of the assumption (p=0.119), but it approached significance.

**Figure 5**
**Hazard Plot Confirmed APTC Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

Rofecoxib 25 mg
Placebo
Hazard Function
0.0045
0.0040
0.0035
0.0030
0.0025
0.0020
0.0015
0.0010
0.0005
0.0000
0
6
12
18
24
30
36
Month (bandwidth= 6.00)
(Proportionality p-value=0.119)
Confirmed APTC Events

Data Source: [4.4.1]

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P

Appendix 2.1.3 (Cont.)

**Table 11**
**Summary of Confirmed APTC Events by Time Interval (6 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | |
| 0 - 6 Months | 1287 | 6/602 | 1.00 (0.37, 2.17) | 1299 | 3/622 | 0.48 (0.10, 1.41) | 2.07 (0.44, 12.78) |
| 6 - 12 Months | 1129 | 3/545 | 0.55 (0.11, 1.61) | 1197 | 4/587 | 0.68 (0.19, 1.75) | 0.81 (0.12, 4.78) |
| 12 - 18 Months | 1039 | 3/517 | 0.58 (0.12, 2.28) | 1159 | 5/560 | 0.89 (0.29, 2.09) | 1.09 (0.25, 4.72) |
| 18 - 24 Months | 771 | 5/494 | 1.01 (0.34, 2.41) | 1083 | 2/532 | 0.38 (0.05, 1.36) | 2.73 (0.45, 28.87) |
| 24 - 30 Months | 545 | 6/459 | 1.31 (0.48, 2.85) | 1044 | 2/511 | 0.39 (0.05, 1.41) | 3.36 (0.60, 33.37) |
| > 30 Months | 501 | 9/469 | 1.92 (0.88, 3.65) | 1003 | 2/522 | 0.38 (0.05, 1.39) | 5.01 (1.04, 47.63) |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.3]

**Table 12**
**Summary of Confirmed APTC Events by Time Interval (18 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | Comparison | |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Events/Patient-years | Rate (95% CI)[1] | Difference (95% CI) | Relative Risk (95% CI) |
| Months 0 - 18 | 1287 | 14/1659 | 0.84 (0.46, 1.42) | 1299 | 12/1769 | 0.68 (0.35, 1.18) | 0.17 (-0.42, 0.75) | 1.25 (0.58, 2.69) |
| Months 19 - 36 | 594 | 20/412 | 4.85 (2.87, 2.19) | 1083 | 6/545 | 0.39 (0.14, 0.83) | 1.83 (0.34, 1.71) | 3.69 (1.43, 11.20) |
| Ratio | | | 1.77 (0.87, 3.41) | | | 0.57 (0.17, 1.53) | | |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.3]

MRK-AFV0426388

APPROVe Trial Cardiovascular Safety Report



### 7.5 Investigator-Reported Cardiovascular Events

Table 13 summarizes the investigator-reported cardiovascular events which occurred between randomization and 14 days after the last dose of study therapy by term and treatment. There were 77 patients with the investigator-reported cardiovascular events in the rofecoxib treatment group and 44 patients with the events in the placebo treatment group

The patient-year adjusted event rates were 2.54 and 1.33 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively. The relative risk for an investigator reported event for rofecoxib versus placebo was 1.90 with a 95% confidence interval of (1.31, 2.76). The relative risk was significantly greater than 1 (p=0.001) (Table 8)

MRK-AFV0426389

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                    267

APPROVe Trial Cardiovascular Safety Report



Table 13
Summary of Investigator-Reported Cardiovascular Events by Class of Terms
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Terms | Rofecoxib 25 mg (N=1287) 3035 Patient-Years | | Placebo (N=1299) 3312 Patient-Years | |
|---|---|---|---|---|
| | n(%) | PY-Rate† (95% CI) | n(%) | PY-Rate† (95% CI) |
| Total number of patients with events | 77 (5.98) | 2.54 (2.00, 3.17) | 44 (3.39) | 1.33 (0.97, 1.78) |
| Acute coronary syndrome | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Acute myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Acute myocardial infarction, Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.13) |
| Acute myocardial infarction; Cardio-respiratory arrest; Coronary artery thrombosis | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Age indeterminate myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Age indeterminate myocardial infarction, Coronary artery disease NOS | 2 (0.16) | 0.07 (0.01, 0.24) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina Pectoris; Coronary artery occlusion | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina pectoris | 2 (0.16) | 0.07 (0.01, 0.24) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Angina pectoris, Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina pectoris, Myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina unstable | 2 (0.16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Brain stem infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Cardiac arrest | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac arrest, Myocardial infarction | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac disorder | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Carotid artery occlusion | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Carotid artery stenosis | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Cerebellar infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Cerebral haemorrhage | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cerebral infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Cerebral ischemia | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Cerebrovascular accident | 6 (0.47) | 0.20 (0.07, 0.43) | 5 (0.38) | 0.15 (0.05, 0.35) |
| Cerebrovascular disorder NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Coronary artery atherosclerosis | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Coronary artery disease | 7 (0.54) | 0.23 (0.09, 0.48) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Coronary artery disease | 1 (0.08) | 0.03 (0.00, 0.18) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Coronary artery disease, Myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Coronary artery disease, Unstable angina | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Coronary artery occlusion | 2 (0.16) | 0.07 (0.01, 0.24) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Coronary artery stenosis | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Death | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Deep vein thrombosis | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Deep venous thrombosis NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |

Data Source: [4.4.1; 4.21]

36

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                    268

APPROVe Trial Cardiovascular Safety Report



### Table 13 (Continued)
### Summary of Investigator-Reported Cardiovascular Events by Class of Terms
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Terms | Rofecoxib 25 mg (N=1287) 3035 Patient Years (PY) | | Placebo (N=1299) 3312 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| Gangrene NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Intermittent claudication | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Intracranial hemorrhage | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischaemic stroke NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic heart disease | 2 (0.16) | 0.07 (0.01, 0.24) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic stroke NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Myocardial infarction | 8 (0.62) | 0.26 (0.11, 0.52) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Myocardial infarction, Cardiac arrest | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial infarction, Coronary artery disease | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial infarction, Coronary artery disease NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Myocardial infarction, Metastatic carcinoma | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial ischaemia | 4 (0.31) | 0.13 (0.04, 0.34) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Myocardial ischemia, Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Non-Q wave myocardial infarction; Ventricular tachycardia | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Peripheral vascular disorder | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Phlebitis NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Pulmonary embolism | 0 (0.00) | 0.00 (0.00, 0.12) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Shock | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Subdural haematoma | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Sudden Death, Myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Sudden cardiac death | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Transient ischaemic attack | 6 (0.47) | 0.20 (0.07, 0.43) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Transient ischaemic attack, Carotid artery stenosis | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Transient ischaemic attack, Cerebrovascular accident | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Transient ischaemic attack | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Venous thrombosis NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ventricular fibrillation | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Vertebrobasilar insufficiency | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac catheter complication | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[†] Crude Incident (n/Nx100)
[‡] Events per 100 Patient-Years, where patient years at risk were calculated based on the overall event
Data Source: [4.4.1; 4.21]

37

MK-0966, Reference P122, Appendix 2 1 3 (Cont )          269

APPROVe Trial Cardiovascular Safety Report



Figure 6 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups for investigator-reported cardiovascular events.   The curve of the rofecoxib treatment group was above the curve of the placebo treatment group during the entire study.

**Figure 6**
**Kaplan-Meier Plot for Investigator-Reported Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1127 | 1053 | 982 | 928 | 883 | 712 |
| Placebo | 1299 | 1184 | 1154 | 1076 | 1035 | 993 | 827 |

Data Source: [4 1; 4 21]

MRK-AFV0426392

APPROVe Trial Cardiovascular Safety Report



Figure 7 displays the hazard functions over time for both treatment groups for investigator-reported cardiovascular events. The rates of the investigator-reported cardiovascular events for both treatment groups and the relative risks at 6-month intervals or 18-month intervals are shown in Tables 14 and 15. A test of the proportional hazard assumption for the Cox proportional hazards model did not show the violation of the assumption (p=0.205).

**Figure 7**
**Hazard Plot for Investigator Reported Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



Investigator-Reported Cardiovascular Events

Data Source: [4 4 1; 4 23]

MRK-AFV0426393