# EXHIBIT L – PART 3 OF 5



Table 14
Summary of Investigator Reported Cardiovascular Events by Time Interval (6 Months)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg   (N=1287) | | | Placebo   (N=1299) | | | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient years | Rate (95% CI)[1] | Number At Risk | Events/Patient years | Rate (95% CI)[1] | |
| 0 – 6 Months | 1287 | 14/601 | 2.33(1.27, 3.91) | 1299 | 7/622 | 1.13(0.45, 2.32) | 2.07 (0.78, 6.40) |
| 6 – 12 Months | 1127 | 9/543 | 1.66(0.76, 3.15) | 1194 | 6/583 | 1.37(0.59, 2.50) | 1.21 (0.42, 3.63) |
| 12 – 18 Months | 1053 | 16/507 | 3.15(1.80, 5.12) | 1154 | 10/557 | 1.80(0.86, 3.30) | 1.76 (0.71, 4.31) |
| 18 – 24 Months | 952 | 11/477 | 2.31(1.15, 4.13) | 1076 | 8/528 | 1.51(0.65, 2.98) | 1.52 (0.54, 4.36) |
| 24 – 30 Months | 928 | 10/451 | 2.22(1.06, 4.08) | 1035 | 7/506 | 1.38(0.56, 2.85) | 1.60 (0.55, 4.96) |
| > 30 Months | 883 | 17/457 | 3.72(2.17, 5.96) | 993 | 4/516 | 0.78(0.21, 1.99) | 4.80 (1.56, 19.39) |

[1] Events per 100 Patient Years (PY)
Data Source: [4.4.1]

Table 15
Summary of Investigator Reported Cardiovascular Events by Time Interval (18 Months)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg   (N=1287) | | | Placebo   (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient years | Rate (95% CI)[1] | Number At Risk | Events/Patient years | Rate (95% CI)[1] | Difference (95% CI) | Relative Risk (95% CI) |
| Months 0 – 18 | 1287 | 39/1653 | 2.36(1.68, 3.23) | 1299 | 23/1763 | 1.42(0.97, 2.09) | 0.94 (0.02, 1.87) | 1.67 (1.01, 2.76) |
| Months 19 – 36 | 942 | 38/1284 | 2.96(1.94, 3.77) | 1076 | 13/1349 | 1.22(0.74, 1.91) | 1.57 (0.49, 2.55) | 2.22 (1.24, 3.85) |
| Ratio | | | 1.16(0.74, 1.81) | | | 0.83(0.49, 1.61) | | |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

40

MRK-AFV0426394

MK-C965 Reference P: APPROVe Trial Cardiovascular Study Report ppendix 2.1.3 (Cont.)

271

APPROVe Trial Cardiovascular Safety Report



### 7.6  New Ischemic Events

A new ischemic event was not a pre-specified DAP endpoint for analysis and was included in the analysis based on a regulatory agency request.  Table 16 summarizes the new ischemic events which occurred between randomization and 14 days after the last dose of study therapy by term and treatment

There were 38 patients with new ischemic events in the rofecoxib treatment group and 28 patients with new ischemic events in the placebo treatment group

The patient-year adjusted event rates were 1 24 and 0 85 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively

### Table 16
#### Summary of New Ischemic Events by Class of Terms
#### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Terms | Rofecoxib 25 mg (N=1287) 3062 Patient-Years (PY) n(%)[1] | PY-Rate[2] (95% CI) | Placebo (N=1299) 3308 Patient-Years n(%)[1] | PY-Rate[2] (95% CI) |
|---|---|---|---|---|
| Total number of patients with events | 38 (2.95) | 1.24 (0.88, 1.70) | 28 (2.16) | 0.85 (0.56, 1.22) |
| Acute coronary syndrome | 1 (0 08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0 00 (0.00, 0 11) |
| Acute myocardial infarction | 5 (0.39) | 0.16 (0.05, 0.38) | 1 (0.08) | 0 03 (0.00, 0 17) |
| Angina pectoris | 5 (0.39) | 0 16 (0.05, 0.38) | 9 (0 69) | 0.2 / (0 12, 0 52) |
| Angina unstable | 1 (0.08) | 0.03 (0.00, 0 18) | 1 (0.08) | 0 03 (0 00, 0 17) |
| Cardiac arrest | 2 (0 16) | 0.07 (0.01, 0.24) | 2 (0.15) | 0 06 (0 01, 0 22) |
| Coronary artery disease | 17 (1.32) | 0 56 (0.32, 0 89) | 16 (1.23) | 0.48 (0 28, 0.79) |
| Coronary artery occlusion | 1 (0.08) | 0.03 (0.00, 0 18) | 0 (0.00) | 0 00 (0 00, 0 11) |
| Coronary artery stenosis | 1 (0 08) | 0.03 (0.00, 0 18) | 1 (0.08) | 0.03 (0.00, 0 17) |
| ECG signs of myocardial ischaemia | 1 (0.08) | 0.03 (0.00, 0 18) | 0 (0.00) | 0 00 (0 00, 0.11) |
| Myocardial infarction | 11 (0.85) | 0 36 (0.18, 0 64) | 7 (0.54) | 0 21 (0.09, 0.44) |
| Myocardial ischaemia | 3 (0.23) | 0.10 (0.02, 0.29) | 2 (0.15) | 0.06 (0 01, 0 22) |
| Sudden cardiac death | 1 (0 08) | 0.03 (0.00, 0 18) | 0 (0.00) | 0 00 (0 00, 0.11) |
| Sudden death | 1 (0.08) | 0.03 (0.00, 0 18) | 0 (0.00) | 0 00 (0 00, 0.11) |
| Ventricular fibrillation | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0 11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[1] Crude Incidence(n/N×100)
[2] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event
Data Source: [4.4 1]

MRK-AFV0426395

APPROVe Trial Cardiovascular Safety Report



Figure 8 displays the Kaplan-Meier cumulative rate curves over time for new ischemic events for both treatment groups.

**Figure 8**
**Kaplan-Meier Plot for New Ischemic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1286 | 1129 | 1058 | 990 | 940 | 898 | 729 |
| Placebo | 1298 | 1190 | 1150 | 1074 | 1035 | 994 | 828 |

Data Source: [4.4 1]

MRK-AFV0426396

APPROVe Trial Cardiovascular Safety Report



Figure 9 displays the hazard functions over time for both treatment groups   The rates of new ischemic events for both treatment groups and the relative risks at 6-month intervals or 18-month intervals are shown in Tables 17 and 18.  Figure 9, Tables 17 and 18 show that the hazard ratio or the relative risk for new ischemic events did not appear to be a constant over time   The testing of the proportional hazard assumption for the Cox proportional hazards model also showed that the assumption did not hold (p=0 014).  The relative risk calculated as an estimate of the hazard ratio from the Cox model should be interpreted as an average of the treatment effect over the time range of the study.  The relative risk of rofecoxib versus placebo therapy was 1.48 with a 95% confidence interval of (0 90, 2 43)   The relative risk was not significantly greater than 1 (p= 0.121) (Table 8)

**Figure 9**
**Hazard Plot for New Ischemic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



Data Source: [4 4 1]

MRK-AFV0426397

[illegible stamp]

**Table 17**
**Summary of New Ischemic Events by Time Interval (6 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Relative Risk(95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | |
| 0 - 6 Months | 1287 | 4/602 | 0.66(0.18, 1.70) | 1299 | 11/620 | 1.77(0.89, 3.17) | 0.37 (0.09, 1.20) |
| 6 - 12 Months | 1229 | 5/544 | 0.92(0.30, 2.14) | 1190 | 4/583 | 0.69(0.19, 1.76) | 1.34 (0.29, 6.25) |
| 12 - 18 Months | 1038 | 10/511 | 1.96(0.94, 3.60) | 1150 | 5/935 | 0.59(0.29, 2.10) | 2.37 (0.68, 8.10) |
| 18 - 24 Months | 990 | 6/417 | 1.23(0.46, 2.71) | 1074 | 3/529 | 0.35(0.00, 1.06) | 5.77 (0.10, 302.35) |
| 24 - 30 Months | 940 | 3/458 | 0.66(0.14, 1.92) | 1015 | 3/506 | 0.59(0.12, 1.73) | 1.11 (0.15, 8.26) |
| > 30 Months | 898 | 10/466 | 7.15(1.01, 3.91) | 991 | 4/516 | 0.77(0.21, 1.99) | 2.77 (0.30, 12.10) |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

**Table 18**
**Summary of New Ischemic Events by Time Interval (18 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Difference(95% CI) | Relative Risk(95% CI) |
| Months 0 - 18 | 1287 | 19/1657 | 1.15(0.69, 1.77) | 1299 | 20/1738 | 1.14(0.69, 1.76) | 0.01 (-0.71, 0.73) | 1.01 (0.53, 1.92) |
| Months 19 - 36 | 990 | 19/1405 | 1.35(0.81, 2.11) | 1074 | 8/1310 | 0.52(0.22, 1.80) | 0.84 (0.11, 1.54) | 2.62 (1.10, 6.97) |
| Ratio | | | 1.27 (0.66, 2.41) | | | 0.45 (0.17, 1.08) | | |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

44

MRK-AFV0426398

APPROVe Final Cardiovascular Safety Report



### 7.7 Subgroup Analyses of Confirmed Thrombotic Cardiovascular Events

Subgroup analyses on confirmed thrombotic cardiovascular events were performed for subgroups defined by baseline characteristics: age (greater than or equal to 65 years old versus less than 65 years old), gender, low dose aspirin (LDA) use stratum (stratum for randomization), history of symptomatic atherosclerotic cardiovascular disease (ASCVD), history of diabetes, history of hypercholesterolemia, history of hypertension, current cigarette use, baseline hypertension drug use, history of ischemic heart disease, region (US versus non-US), as well as 2 or more CV risk factors for coronary artery disease (from among history of diabetes, hypercholesterolemia, hypertension, and current cigarette use) and increased risk for CV event (with a history of symptomatic ASCVD or 2 or more risk factors for coronary artery disease) (Table 19)  There were no statistically significant treatment by subgroup interactions for any of these baseline subgroups, indicating general consistency of treatment effects across these subgroups.

Although there might not have been sufficient precision to reveal some potentially important interactions, of note were the numerical differences in RR for subgroups of history of symptomatic ASCVD versus no history, history of diabetes versus no history, and history of ischemic heart disease versus no history.  For each of these, the RRs were higher in the subgroups with these attributes than for those in the subgroups without the attributes due to the relatively small numbers of events in the placebo therapy group in those subgroups with the attributes

Test based on the Cox proportional hazards models with terms for treatment and subgroup factor shown that age of greater than or equal to 65 years old, presence of the history of symptomatic ASCVD, presence of ≥2 risk factors for coronary artery disease, presence of the increased risk for CV event, presence of the history of diabetes, presence of the history of hypertension, current cigarette use, and the need for hypertension drug therapy at baseline were significant risk factors for development of confirmed thrombotic events

MRK-AFV0426399

APPROVe Trial Cardiovascular Safety Report



Table 19
Subgroup Analysis of Confirmed Thrombotic Events
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Subgroup | Rofecoxib 25 mg (N=1287) N, Events/PYs | Rate[a] (95% CI) | Placebo (N=1299) N, Events/PYs | Rate[a] (95% CI) | Comparison Relative Risk (95% CI) |
|---|---|---|---|---|---|
| Age (0.000[b]) Subgroup-by-Treatment Interaction p-value: 0.802 | | | | | |
| Age<65 | 903, 23/2199 | 1 00(0 63, 1 51) | 914, 13/2266 | 0 55(0 29 0 94) | 1 81 (0 91, 3 60) |
| Age≥65 | 384, 24/960 | 2.79(1.79, 4.15) | 385, 13/960 | 1 35(0.72, 2 37) | 2.09 (1 06, 4.10) |
| Gender (0.128[b]) Subgroup-by-Treatment Interaction p-value 0 301 | | | | | |
| Male | 804, 37/1945 | 1 65(1 13, 2 32) | 805, 20/2111 | 0 95(0 58, 1 44) | 1 73 (0.92, 3 63) |
| Female | 483, 14/1113 | 1.26(0.69, 2 11) | 494, 6/1215 | 0.49(0.18, 1 07) | 2 55 (0.92, 8.09) |
| Low Dose Aspirin User (0.226[b]) Subgroup-by-Treatment Interaction p-value: 0.881 | | | | | |
| No | 1074, 36/2570 | 1 40(0.98, 1 94) | 1095, 21/2823 | 0.74(0 46, 1 14) | 1 89 (1 10, 3 24) |
| Yes | 213, 10/489 | 2.05(0.98, 3.76) | 204, 5/503 | 0.99(0.32, 2 33) | 2 06 (0 64, 7.64) |
| History of Symptomatic ASCVD[c] (0.032[b]) Subgroup-by-Treatment Interaction p-value: 0.096 | | | | | |
| No | 1171, 36/2707 | 1 29(0.90, 1 78) | 1197, 25/3075 | 0 81(0 51 1 20) | 1 58 (0.95, 2.64) |
| Yes | 116, 10/262 | 3 82(1 83, 7 02) | 102, 1/251 | 0.40(0 01, 2 22) | 9.59 (1 36, 416.36) |
| ≥2 Risk Factors for Coronary Artery Disease[d] (0.000[b]) Subgroup-by-Treatment Interaction p-value: 0.527 | | | | | |
| No | 969, 21/2363 | 0 98(0 62, 1 47) | 1010, 16/2611 | 0.61(0.35, 0 99) | 1 67 (0.96, 3 07) |
| Yes | 318, 23/711 | 3.21(2 03, 4 81) | 289, 10/693 | 1 44(0.69, 2 64) | 2.22 (1 02, 5.23) |
| History of Diabetes (0.001[b]) Subgroup-by Treatment Interaction p-value 0.001 | | | | | |
| No | 1172, 34/2762 | 1 22(0 84, 1 70) | 1182, 24/3055 | 0 79(0 50 1 17) | 1 55 (0.92, 2.61) |
| Yes | 115, 12/267 | 4.49(2 32, 7.84) | 111, 2/272 | 0.74(0 09, 2.66) | 6.10 (1 36, 56 11) |
| History of Hypercholesterolemia (0 185[b]) Subgroup-by Treatment Interaction p-value: 0.813 | | | | | |
| No | 914, 29/2170 | 1 34(0 90, 1 92) | 961, 18/2478 | 0 73(0 43 1 15) | 1 85 (1 03, 3 33) |
| Yes | 373, 17/890 | 1.91(1.11, 3 06) | 338, 8/849 | 0.94(0.41, 1.86) | 2.03 (0 87, 5 43) |
| History of Hypertension (0.000[b]) Subgroup-by Treatment Interaction p-value: 0.796 | | | | | |
| No | 874, 20/1996 | 1 00(0.61 1.55) | 853, 11/2278 | 0.49(0 25, 0 88) | 2 03 (0 93, 4 69) |
| Yes | 463, 26/1063 | 2 45(1.60, 3 58) | 446, 15/1099 | 1 37(0 76, 2 25) | 1.78 (0.94, 3 36) |
| Current Cigarette User (0.011[b]) Subgroup-by Treatment Interaction p-value: 0 660 | | | | | |
| No | 1007, 30/2429 | 1 24(0 81, 1 76) | 1014, 18/2615 | 0.69(0 41 1 09) | 1 80 (1 00 3 22) |
| Yes | 280, 16/630 | 2.54(1.45, 4.12) | 285, 8/711 | 1 12(0.49 2 22) | 2.26 (0.91, 6.10) |
| Increased CV Risk[e] (0.000[b]) Subgroup-by Treatment Interaction p-value: 0.137 | | | | | |
| No | 907, 16/2201 | 0 82(0 48, 1 29) | 958, 16/2601 | 0.64(0 37 1 04) | 1 28 (0.65, 2.51) |
| Yes | 380, 28/858 | 3.26(2.17, 4 72) | 341, 10/629 | 1.21(0.58, 2 22) | 2 71 (1.28, 6.24) |
| Baseline Hypertension Drug (0.001[b]) Subgroup-by Treatment Interaction p-value: 0.611 | | | | | |
| No | 900, 23/2167 | 1 06(0 67, 1 59) | 927, 15/2408 | 0.67(0 35, 1 01) | 1 70 (0.89, 3 26) |
| Yes | 387, 23/892 | 2.58(1.63, 3 87) | 372, 11/919 | 1.20(0.60, 2.14) | 2.15 (1 01, 4.89) |
| History of Ischemic Heart Disease (0.002[b]) Subgroup-by-Treatment Interaction p-value: 0.155 | | | | | |
| No | 1186, 34/2878 | 1 34(0 95, 1 84) | 1205, 25/3101 | 0 81(0 52, 1 19) | 1 67 (0 91, 2.77) |
| Yes | 101, 6/281 | 3.47(1.50, 6 84) | 94, 1/226 | 0.44(0.01, 2 50) | 7.84 (1 05, 348.06) |
| Region (0.251[b]) Subgroup-by-Treatment Interaction p-value: .690 | | | | | |
| US | 660, 23/1549 | 1 48(0.94, 2 23) | 669, 14/1649 | 0.85(0 46, 1 42) | 1 74 (0.90, 3.38) |
| Non-US | 627, 23/1510 | 1.52(0.97, 2.29) | 630, 12/1678 | 0.72(0.37, 1 25) | 2.15 (1.07, 4.32) |

[a] Events per 100 Patient-Years
[b] p-value for testing whether the factor is a significant risk factor based on Cox proportional hazards models with terms for treatment and subgroup factor
[c] ASCVD=atherosclerotic cardiovascular disease
[d] 2 or more risk factors for coronary artery disease from History of Diabetes History of Hypercholesterolemia, History of Hypertension, Current Cigarette Use
[e] History of Symptomatic ASCVD or 2 or more Risk Factors for Coronary Artery Disease

Data Source: [4.1; 4.2; 4.4 1]

MRK-AFV0426400

MK-0966, Reference P122, Appendix 2.1.3 (Cont.) 278

APPROVe Trial Cardiovascular Safety Report



Subgroup analysis based on post-randomization concomitant aspirin use (defined as at least 50% of time while on study drug, and not starting after a CV event) was also performed (Table 20). There was no significant treatment by subgroup interaction. Caution must be exercised when a between-treatment comparison is made using results of subgroup analysis based on post-randomization covariate because it cannot be known whether drug effects influence the post-randomization covariate or vice versa.

**Table 20**

**Post-Randomization Subgroup Analysis of Confirmed Thrombotic Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Subgroup | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison |
| | N, Events/PYs | Rate[1] (95% CI) | N, Events/PYs | Rate[1] (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| Concomitant Aspirin Use[3] (0.519[2]) | Subgroup-by-Treatment Interaction p-value: 0.304 | | | | |
| No | 1035, 34/2470 | 1.38 (0.95, 1.92) | 1053, 22/2689 | 0.82 (0.51, 1.24) | 1.68 (0.99, 2.88) |
| Yes | 252, 12/589 | 2.04 (1.05, 3.56) | 246, 4/637 | 0.63 (0.17, 1.61) | 3.25 (0.98, 13.81) |

[1] Events per 100 Patient-Years
[2] p-value for testing whether the factor is a significant risk factor
[3] Aspirin use defined as patient who took any dose of aspirin, clopidogrel, clopidogrel bisulfate, ticlopidine, and ticlopidine hydrochloride for at least 50% of the time while on study therapy and did not start any of these medications after a confirmed thrombotic cardiovascular event

Data Source: [4.4.1; 4.1]

47

MRK-AFV0426401

APPROVe Trial Cardiovascular Safety Report



A breakdown of confirmed thrombotic events by class of terms (Table 21) in patients taking concomitant aspirin (defined as at least 50% of time while on study drug, and not starting after a CV event) showed that 6 patients in the rofecoxib treatment group and 3 patients in the placebo treatment group experienced myocardial infarction, sudden death, or stroke. The number of patients with myocardial infarction alone was the same in both treatment groups, with 3 patients in each

### Table 21
### Summary of Confirmed Thrombotic Events by Class of Term in Subgroup of Concomitant Aspirin Users[§]
#### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Terms | Rofecoxib 25 mg (N=257) 589 Patient-Years | | Placebo (N=246) 637 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| Total number of patients with events | 12 (0.93) | 2.04 (1.05, 3.56) | 4 (0.33) | 0.63 (0.17, 1.61) |
| Acute myocardial infarction | 3 (0.23) | 0.51 (0.11, 1.49) | 3 (0.23) | 0.47 (0.10, 1.38) |
| Fatal acute myocardial infarction | 0 (0.00) | 0.00 (0.00, 0.63) | 1 (0.08) | 0.16 (0.00, 0.87) |
| Ischemic cerebrovascular stroke | 2 (0.16) | 0.34 (0.04, 1.23) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Peripheral arterial thrombosis | 1 (0.08) | 0.17 (0.00, 0.95) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Peripheral venous thrombosis | 1 (0.08) | 0.17 (0.00, 0.95) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Pulmonary embolism | 0 (0.00) | 0.00 (0.00, 0.63) | 1 (0.08) | 0.16 (0.00, 0.87) |
| Sudden cardiac death | 1 (0.08) | 0.17 (0.00, 0.95) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Transient ischemic attack | 2 (0.16) | 0.34 (0.04, 1.23) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Unstable angina pectoris | 2 (0.16) | 0.34 (0.04, 1.23) | 1 (0.08) | 0.16 (0.00, 0.87) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[†]: Crude Incident(n/N x 100)
[‡]: Events per 100 Patient-Years, where patient years at risk were calculated based on the overall event
[§]: Aspirin use defined as patient who took any dose of aspirin, clopidogrel, clopidogrel bisulfate, ticlopidine, and ticlopidine hydrochloride for at least 50% of the time while on study therapy and did not start any of these medications after a confirmed thrombotic cardiovascular event

Data Source: [4 1; 4 2; 4 4 1]

MRK-AFV0426402

APPROVe Trial Cardiovascular Safety Report



### 7.8  Relationship Between Blood Pressure and Cardiovascular Events

Several investigations into the potential relationship of blood pressure with cardiovascular events were made    Tables 22, 23, and 24 show the results of confirmed thrombotic cardiovascular events by categories of baseline blood pressure.  There was no evidence that higher baseline blood pressure was associated with higher relative risk for the rofecoxib treatment group  The number of events for the categories of lower baseline blood pressure for the placebo treatment group was small, precluding meaningful assessment of the relative risk of rofecoxib versus placebo therapy for those categories

#### Table 22
#### Baseline Blood Pressure and Confirmed Thrombotic Events
#### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Baseline Blood Pressure (mm Hg) | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Relative Risk (95% CI) |
| DBP≥100 or SBP≥160 | 5/179.3, 85 | 2 79 (0.91, 6.51) | 3/192.0, 77 | 1.56 (0.32, 4.57) | 1.79 (0.35, 11.50) |
| DBP 90-99 or SBP 140-159 | 13/859 3, 371 | 1.51 (0.81, 2.59) | 12/1031, 401 | 1.16 (0.60, 2.03) | 1.30 (0.59, 2.86) |
| DBP 85-89 or SBP 130 139 | 14/759.0, 319 | 1.84 (1.01, 3.09) | 8/712.4, 287 | 1.12 (0.48, 2.21) | 1.64 (0.64, 4 52) |
| DBP 80-84 or SBP 120 129 | 10/710 8, 295 | 1.41 (0.67, 2.59) | 2/813 0, 311 | 0.25 (0.03, 0.89) | 5.72 (1.22, 53 68) |
| DBP <80 and SBP <120 | 4/550.2, 217 | 0.73 (0.20, 1.86) | 1/577 8, 219 | 0.17 (0.00, 0.96) | 4.20 (0.42, 206 87) |

[1] Events per 100 Patient Years (PY)
DBP=Diastolic Blood Pressure
SBP=Systolic Blood Pressure
Data Source: [4 41; 4 2]

#### Table 23
#### Baseline Diastolic Blood Pressure and Confirmed Thrombotic Events
#### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Baseline Blood Pressure (mmHg) | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Relative Risk (95% CI) |
| DBP≥100 | 0/41.00, 18 | 0.00 (0.00, 9.00) | 1/46.76, 19 | 2.14 (0 05, 11.92) | 0.00 (0.00, 44.47) |
| DBP 90-99 | 6/448.2, 195 | 1.34 (0.49, 2.91) | 3/505 3, 192 | 0.59 (0.12, 1.74) | 2 25 (0.48, 13.93) |
| DBP 85-89 | 8/313.3, 137 | 2.55 (1.10, 5.03) | 4/312.0, 135 | 1.28 (0 35, 3.28) | 1.99 (0.51, 9.04) |
| DBP 80-84 | 14/1076, 432 | 1.36 (0.75, 2.29) | 7/1007, 420 | 0.64 (0.26, 1.33) | 2.12 (0.50, 6.20) |
| DBP <80 | 19/1230, 505 | 1 46 (0.87, 2.31) | 11/1376, 533 | 0.80 (0.40, 1.43) | 1.83 (0.87, 3.85) |

[1] Events per 100 Patient Years (PY)
DBP=Diastolic Blood Pressure
Data Source: [4 41; 4 7]

49

MRK-AFV0426403

APPROVe Trial Cardiovascular Safety Report



Table 24
Baseline Systolic Blood Pressure and Confirmed Thrombotic Events
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Baseline Blood Pressure (mmHg) | Rofecoxib 25 mg | | Placebo | | Comparison |
| | Events/Patient Years, N | PY-Rate[1] (95% CI) | Events/Patient -Years, N | PY-Rate[1] (95% CI) | Relative Risk(95% CI) |
|---|---|---|---|---|---|
| SBP≥160 | 5/156.1, 76 | 3.20 (1 04, 7.48) | 3/161.3, 46 | 1.86 (0.38  5 46) | 1.72 (0.33, 11.08) |
| SBP 140-159 | 13/738 1, 372 | 1.76 (0.94, 3.01) | 13/990.0, 355 | 1 72 (0.61, 2 19) | 1.44 (0.64, 3 21) |
| SBP 130-139 | 12/818 1, 342 | 1.47 (0 76, 2 56) | 9/761.0, 301 | 1.17 (0 54, 2 23) | 1.25 (0 48, 3 36) |
| SBP 120-129 | 11/660 0, 277 | 1.67 (0.83, 2.99) | 2/752.1, 290 | 0.27 (0.03, 0 96) | 6.27 (1.37, 58 19) |
| SBP <120 | 5/686.5, 275 | 0 73 (0.24, 1.70) | 1/746.4, 287 | 0.13 (0 00, 0 75) | 5.44 (0.63, 257.12) |

[1] Events per 100 Patient-Years (PY)
SBP=Systolic Blood Pressure
Data Source: [4 4 1; 4.2]

The overall mean change from baseline over all study visits for the rofecoxib treatment group
was 3.37 mmHg for systolic blood pressure (SBP) and was 0.90 mmHg for diastolic blood
pressure (DBP).  For the placebo treatment group, the mean change from baseline was -0.50
mmHg for SBP and was -0.79 mmHg for DBP   Treatment effect on blood pressure started early
and basically remained as a constant during treatment.  Tables 25 and 26 show the results of
confirmed thrombotic events in approximately equal-sized subgroups (quartiles) of change from
baseline in mean arterial pressure (MAP), mathematically defined as ((2/3)DBP+(1/3)SBP), at
Week 4, and an average change from baseline in MAP at both Weeks 4 and 17   There was no
apparent consistent relationship between the change from baseline in MAP and confirmed
thrombotic events.

Table 25
Confirmed Thrombotic Events by Equally Sized Subgroup of Change from Baseline
in Mean Arterial Pressure at Week 4
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Change from Baseline in MAP (mmHg) | Rofecoxib 25 mg | | Placebo | | |
| | Events/Patient Years[1], N | PY-Rate[1] (95% CI) | Events/Patient Years[1], N | PY-Rate[1] (95% CI) | Relative Risk(95% CI) |
|---|---|---|---|---|---|
| Overall | 46/3055, 1244 | 1.51 (1.10, 2.01) | 26/3306, 1271 | 0.79 (0.51, 1.15) | 1.91 (1.18, 3.10) |
| <-4.6 | 8/617.7, 249 | 1.30 (0.56, 2 55) | 6/1037, 400 | 0.58 (0.21, 1.26) | 2.24 (0.68, 7.83) |
| -4.6 to 0 | 14/805.3, 330 | 1.74 (0.95, 2.92) | 8/883.0, 281 | 0.91 (0.39, 1.79) | 1.91 (0.75, 5.27) |
| 0 to 5.8 | 7/766.0, 317 | 0.91 (0.37, 1.88) | 7/712.3, 274 | 0.98 (0.40, 2.02) | 0.93 (0.28, 3.11) |
| >5.8 | 17/816.6, 348 | 1.97 (1.15, 3.15) | 5/675.0, 259 | 0.74 (0.24, 1.73) | 2.66 (0.94, 9.21) |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4 1; 4 2]

MRK-AFV0426404

APPROVe Trial Cardiovascular Safety Report



#### Table 26
#### Confirmed Thrombotic Events by Equally Sized Subgroup of Average Change from
#### Baseline in Mean Arterial Pressure at Weeks 4 and 17
#### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Change from Baseline in MAP (mmHg) | Rofecoxib 25 mg | | Placebo | | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | |
| Overall | 46/1655, 1246 | 1.53 (1.16, 2.01) | 26/1325, 1278 | 0 78 (0.51, 1.15) | 1.92 (1.19, 3.11) |
| <-4.4 | 4/1512, 216 | 0.26 (0.01, 1.94) | 5/1046, 308 | 0.48 (0.16, 1.12) | 1.58 (0.31, 7.26) |
| -4.4 to 0.2 | 17/821.9, 330 | 2.07 (1.20, 3.31) | 10/879.9, 345 | 1.14 (0.55, 2.09) | - 1.82 (0.79, 4.45) |
| 0.2 to 5.3 | 9/799.7, 326 | 1.13 (0.51, 2 14) | 8/734.2, 279 | 1.09 (0.47, 2.15) · | ᵀ1(0) (0.35, 3.08) |
| >5.3 | 16/605.7, 374 | 2.77 (1.01, 2.87) | 3/664.6, 256 | 0.45 (0.09, 1.32) | 5.91 (1.12, 29.96) |

[1] Events per 100 Patient-Years (PY)

Data Source: [4.4 1; 4.2]

Subgroup analyses were also performed for post-randomization subgroups defined by on-treatment blood pressure values  Table 27 is for subgroups of at least one occurrence of blood pressure spike during the entire treatment period regardless when the spike occurred. Table 28 is for subgroups of at least one occurrence of blood pressure spike before CV events for those who had CV events and during the entire treatment period for those who had no CV events  Therefore, Table 28 is similar to Table 27 but with all blood pressure measurements on and after CV event day censored  The occurrence of hypertension adverse events was also considered for both tables

Occurrence of SBP≥160 mmHg might associate with higher risk for thrombotic events.  There were significant or borderline significant treatment by subgroup interactions for subgroups defined by occurrence of SBP≥160 mmHg and occurrence of DBP≥100 or SBP≥160 mmHg with substantially greater RRs in those with at least one occurrence of SBP≥160 mmHg and at least one occurrence of DBP≥100 or SBP≥160 mmHg than in those with none  Actually, the RRs for those without the occurrence of SBP≥160 mmHg and the occurrence of DBP≥100 or SBP≥160 mmHg were very close to one in Table 27  Again, caution must be exercised when a between-treatment comparison is made based on results of post-randomization subgroup analysis

MRK-AFV0426405

MK-0966. Reference P122, Appendix 2 13 (Cont.)     283

APPROVe Trial Cardiovascular Safety Report



### Table 27
**Post-Randomization Blood Pressure Subgroup Analysis of Confirmed Thrombotic Events**
**(Blood Pressure Measurements during the Entire Treatment Period were Included)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Subgroup | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison |
|---|---|---|---|---|---|
| | N. Events/PYs | Rate[1] (95% CI) | N. Events/PYs | Rate[1] (95% CI) | Relative Risk(95% CI) |
| At Least One Occurrence of DBP>=100 mmHg (0.752[*]) Subgroup-by-Treatment Interaction p-value: 0.817 | | | | | |
| No | 1100, 40/2636 | 1.52(1.08, 2.07) | 1168, 24/3001 | 0.80(0.51, 1.19) | 1.89 (1.14, 3.14) |
| Yes | 168, 6/421 | 1.42(0.52, 3.10) | 118, 2/324 | 0.62(0.07, 2.23) | 2.31 (0.41, 23.40) |
| At Least One Occurrence of SBP>=160 mmHg (0.000[*]) Subgroup-by-Treatment Interaction p-value: 0.030 | | | | | |
| No | 884, 18/2129 | 0.85(0 50, 1 34) | 1024, 20/2594 | 0.77(0.47, 1 19) | 1.09 (0.58, 2.06) |
| Yes | 384, 28/929 | 3.01(2.00, 4.36) | 262, 6/732 | 0.82(0.30, 1.79) | 3.68 (1.49, 10.86) |
| At Least One Occurrence of DBP>=100 or SBP>=160 mmHg (0.003[*]) Subgroup-by-Treatment Interaction p-value: 0.024 | | | | | |
| No | 849, 18/2035 | 0.88(0.52  1 40) | 981, 20/2481 | 0.81(0.49, 1.24) | 1.09 (0.58, 2.06) |
| Yes | 419, 28/1022 | 2.74(1.82, 3.96) | 305, 6/845 | 0.71(0.26, 1.55) | 3.85 (1.57, 11.39) |
| With hypertension related AE (0.543[*]) Subgroup-by-Treatment Interaction p-value: 0 842 | | | | | |
| No | 910. 30/2126 | 1.41(0.95  2.01) | 1080, 21/2726 | 0.77(0.48, 1 18) | 1.83 (1 05, 3 19) |
| Yes | 377, 16/933 | 1.72(0.98, 2.79) | 219, 5/600 | 0.83(0.27, 1 94) | 2.06 (0.72, 7 19) |

[1] Events per 100 Patient-Years (PY)
[*] p-value for testing whether the factor is a significant risk factor
Data Source: [4 4 1; 4 1; 4 2]

### Table 28
**Post-Randomization Blood Pressure Subgroup Analysis of Confirmed Thrombotic Events**
**(Blood Pressure Measurements on and After CV Event Day Were Censored)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Subgroup | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison |
|---|---|---|---|---|---|
| | N. Events/PYs | Rate[1] (95% CI) | N. Events/PYs | Rate[1] (95% CI) | Relative Risk(95% CI) |
| At Least One Occurrence of DBP>=100 mmHg (0.942[*]) Subgroup-by-Treatment Inclusion p-value: 0.533 | | | | | |
| No | 1100, 40/2637 | 1.52(1 08, 2 07) | 1167, 24/3004 | 0.80(0.51, 1 19) | 1.90 (1 15, 3.15) |
| Yes | 167, 5/421 | 1.19(0.39, 2.77) | 117, 1/322 | 0.31(0.01, 1.73) | 3.83 (0.43, 180.96) |
| At Least One Occurrence of SBP>=160 mmHg (0.019[*]) Subgroup-by-Treatment Interaction p-value: 0.086 | | | | | |
| No | 888, 22/2134 | 1.03(0.65, 1 56) | 1023, 20/2595 | 0.77(0.47, 1.19) | 1 33 (0.73, 2.44) |
| Yes | 379, 23/923 | 2.49(1.58, 3.74) | 261, 5/731 | 0.68(0.22, 1.60) | 3.64 (1.35, 12.26) |
| At Least One Occurrence of DBP>=100 or SBP>=160 mmHg (0.087[*]) Subgroup-by-Treatment Interaction p value: 0.072 | | | | | |
| No | 853, 22/2040 | 1.08(0.68, 1 63) | 980, 20/2482 | 0.81(0.49, 1.24) | 1.33 (0.73, 2.44) |
| Yes | 414, 23/1017 | 2.26(1.43, 3.39) | 304, 5/844 | 0.59(0.19, 1.38) | 3.82 (1.42, 12.85) |
| With hypertension related AE (0.128[*]) Subgroup-by-Treatment Interaction p-value: 0.427 | | | | | |
| No | 935, 35/2132 | 1.64(1 14, 2.28) | 1083, 24/2727 | 0.88(0 56, 1.31) | 1.86 (1 11, 3 12) |
| Yes | 372, 11/927 | 1.19(0.59, 2.12) | 216, 2/599 | 0.33(0.04, 1 21) | 3 56 (0 78, 33.03) |

[1] Events per 100 Patient-Years
[*] p-value for testing whether the factor is a significant risk factor
Data Source: [4 4 1; 4 1; 4 2]

52

APPROVe Trial Cardiovascular Safety Report



Tables 29 and 30 present results for post-randomization blood pressure outliers (defined as the occurrence of DBP>=100 or SBP>=160 mm Hg) and confirmed thrombotic events. The relative risk of rofecoxib versus placebo for patients who had two or more incidences of DBP>=100 or SBP>=160 during treatment was not higher than that for patients who had only one incidence of DBP>=100 or SBP>=160 during treatment.

### Table 29
#### Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events
#### (Blood Pressure Measurements during the Entire Treatment Period were Included)
#### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| On Treatment BP | Rofecoxib 25 mg Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Placebo Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Comparison Relative Risk(95% CI) |
|---|---|---|---|---|---|
| DBP<100 and SBP<160 | 18/2005, 849 | 0.88 (0.52, 1.40) | 20/2481, 981 | 0.81 (0.49, 1.24) | 1.09 (0.58, 2.06) |
| DBP>=100 or SBP>=160 (Once) | 14/459, 199 | 3.05 (1.67, 5.12) | 3/431, 160 | 0.70 (0.14, 2.04) | 4.38 (1.22, 23.77) |
| DBP>=100 or SBP>=160 (Two or more times) | 14/566, 270 | 2.48 (1.36, 4.17) | 3/414, 145 | 0.72 (0.15, 2.12) | 3.43 (0.96, 18.60) |

[1] Events per 100 Patient-Years

Data Source: [4.4.1; 4.2]

### Table 30
#### Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events
#### (Blood Pressure Measurements on and After CV Event Day Were Censored)
#### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| On Treatment BP | Rofecoxib 25 mg Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Placebo Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Comparison Relative Risk(95% CI) |
|---|---|---|---|---|---|
| DBP<100 and SBP<160 | 22/2040, 853 | 1.08 (0.68, 1.63) | 20/2482, 980 | 0.81 (0.49, 1.24) | 1.33 (0.73, 2.44) |
| DBP>=100 or SBP>=160 (Once) | 14/462, 199 | 3.03 (1.66, 5.07) | 3/430, 160 | 0.70 (0.14, 2.04) | 4.35 (1.21, 23.61) |
| DBP>=100 or SBP>=160 (Two or more times) | 9/556, 275 | 1.62 (0.74, 3.07) | 7/414, 144 | 0.48 (0.06, 1.75) | 3.35 (0.69 31.60) |

[1] Events per 100 Patient-Years

Data Source: [4.4.1; 4.2]

MRK-AFV0426407



Cox proportional hazards models with terms for treatment and covariate or time-varying covariate (Model 1), and separately with terms for treatment, covariate (or time-varying covariate) and treatment by covariate (or time-varying covariate) interaction (Model 2) were also used to assess the potential relationship between blood pressure and confirmed thrombotic cardiovascular events. Results were presented in Table 31. Model 1 was used to assess the covariate effect and the treatment effect after adjusting for covariate effect. Since covariates considered in this assessment were all post-randomization covariates, caution must be exercised when interpreting the treatment effect after adjusting for the covariate effect. Model 2 was used to assess the treatment by covariate interaction. All treatment by covariate interactions were not significant at level 0.05, and the RR's for treatment effect adjusted for these covariates and interactions were similar to the unadjusted RR.

Table 31
Blood Pressure and Confirmed Thrombotic Events
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Effect | Relative Risk (95% CI) | P-Value |
|---|---|---|
| Time-varying Covariate was 1 and stayed as 1 once DBP ≥ 100 was true, and Covariate was 0 otherwise | | |
| Treatment | 1.92 (1.19, 3.11) | 0.008 |
| Covariate | 1.03 (0.41, 2.57) | 0.957 |
| Treatment*Covariate Interaction | 1.46 (0.15, 13.82) | 0.741 |
| Time-varying Covariate was 1 and stayed as 1 once SBP ≥ 160 was true, and Covariate was 0 otherwise | | |
| Treatment | 1.77 (1.09, 2.87) | 0.021 |
| Covariate | 2.52 (1.52, 4.19) | 0.000 |
| Treatment*Covariate Interaction | 1.77 (0.57, 5.51) | 0.328 |
| Time-varying Covariate was 1 and stayed as 1 once (DBP ≥ 100 or SBP≥160) was true, and Covariate was 0 otherwise | | |
| Treatment | 1.79 (1.10, 2.91) | 0.018 |
| Covariate | 2.34 (1.41, 1.86) | 0.001 |
| Treatment*Covariate Interaction | 2.08 (0.67, 6.48) | 0.207 |
| Time-varying Covariate was 1 and stayed as 1 once Hypertension related AE occurred, and Covariate was 0 otherwise | | |
| Treatment | 1.86 (1.15, 3.03) | 0.012 |
| Covariate | 1.38 (0.76, 2.53) | 0.292 |
| Treatment*Covariate Interaction | 2.06 (0.42, 10.04) | 0.373 |

Data Source: [4.4.1; 4.2]

Treatment effect and covariate effect were assessed based on Model 1 and the interaction was assessed based on Model 2

MRK-AFV0426408

APPROVe Trial Cardiovascular Safety Report



### Table 31 (Continued)
### Blood Pressure and Confirmed Thrombotic Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Effect | Relative Risk(95% CI) | P-Value |
|---|---|---|
| Time-varying Covariate was 1 if DBP ≥100 was true at the visit before the CV event time, and Covariate was 0 otherwise | | |
| Treatment | 1.97 (1.20, 3.20) | 0.007 |
| Covariate | 0.67 (0.09, 4.86) | 0.695 |
| Treatment*Covariate Interaction | 0.00 (0.00, .) | 0.977 |
| Time-varying Covariate was 1 if SBP≥160 was true at the visit before the CV event time, and Covariate was 0 otherwise | | |
| Treatment | 1.93 (1.18, 3.14) | 0.009 |
| Covariate | 1.60 (0.73, 3.49) | 0.242 |
| Treatment*Covariate Interaction | 2.15 (0.24, 19.02) | 0.490 |
| Time-varying Covariate was 1 if ((DBP ≥100 or SBP ≥ 160) was true at the visit before the CV event time, and Covariate was 0 otherwise | | |
| Treatment | 1.94 (1.19, 3.16) | 0.008 |
| Covariate | 1.39 (0.64, 3.05) | 0.405 |
| Treatment*Covariate Interaction | 2.24 (0.25, 19.79) | 0.468 |
| Time-varying Covariate was the actual observed DBP at the visit before the CV event time | | |
| Treatment | 1.95 (1.19, 3.18) | 0.008 |
| Covariate | 1.00 (0.98, 1.03) | 0.794 |
| Treatment*Covariate Interaction | 0.95 (0.90, 1.00) | 0.070 |
| Time-varying Covariate was the actual observed SBP at the visit before the CV event time | | |
| Treatment | 1.81 (1.11, 2.96) | 0.018 |
| Covariate | 1.02 (1.01, 1.03) | 0.002 |
| Treatment*Covariate Interaction | 0.99 (0.96, 1.02) | 0.550 |
| Time-varying Covariate was the actual observed MAP ((2/3) DBP+ (1/3) SBP) at the visit before the CV event time | | |
| Treatment | 1.87 (1.14, 3.06) | 0.013 |
| Covariate | 1.02 (1.00, 1.04) | 0.074 |
| Treatment*Covariate Interaction | 0.97 (0.92, 1.01) | 0.171 |
| Covariate was the actual observed MAP ((2/3) DBP+ (1/3) SBP) at Week 4 | | |
| Treatment | 1.74 (1.07, 2.83) | 0.025 |
| Covariate | 1.04 (1.01, 1.06) | 0.002 |
| Treatment*Covariate Interaction | 0.98 (0.93, 1.02) | 0.350 |
| Covariate was the average of the actual observed MAP ((2/3)DBP+ (1/3)SBP) at Week 4 and Week 17 | | |
| Treatment | 1.58 (0.96, 2.59) | 0.069 |
| Covariate | 1.05 (1.02, 1.07) | 0.001 |
| Treatment*Covariate Interaction | 0.98 (0.93, 1.03) | 0.434 |

Data Source: [4.4.1; 4.2]

Treatment effect and covariate effect were assessed based on Model 1 and the interaction was
assessed based on Model 2.

MRK-AFV0426409

APPROVe Trial Cardiovascular Safety Report



A prediction of the incidence of myocardial infarction was performed using a model derived from data of the Framingham Heart Study and based on the risk factor profile of patients in this study. Baseline risk factors included in the model were age, gender, systolic blood pressure, smoking, diabetes and total cholesterol/HDL ratio (total cholesterol/HDL ratios for individual patients were not available in APPROVe, thus, Framingham medians by gender and decade of age were used.)

Table 32 presents the observed versus Framingham Model based expected cumulative incidence of myocardial infarction  The observed rates of the rofecoxib treatment group were all slightly higher than the corresponding expected rates while the observed rates of the placebo treatment group were consistently lower than the corresponding expected rates.

**Table 32**
**Actual Observed versus Framingham Model Based Expected Cumulative**
**Incidence of Myocardial Infarction**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Type | Rofecoxib | | Placebo | |
|------|-----------|----------|----------|----------|
| | Expected | Observed | Expected | Observed |
| MI incidence through 36 months | 1.68 | 21/1287 (2.08) | 1.67 | 9/1299 (0.78) |
| MI incidence through 18 months | 0.77 | 9/1287 (0.79) | 0.76 | 7/1299 (0.59) |
| MI incidence after month 18 and through 36 months | 0.91 | 12/996 (1.28) | 0.90 | 2/1084 (0.20) |
| MI incidence from 1st on drug blood pressure through 36 months | 1.80 | 20/1243 (2.00) | 1.61 | 8/1271 (0.71) |
| Ratio of 18-36 months MI incidence over 0-18 months MI incidence | 1.19 | 1.61 | 1.18 | 0.34 |

Data Source: [4.4.1]

MRK-AFV0426410

APPROVe-Trial Cardiovascular Safety Report



For the rofecoxib treatment group, the predicted curve was calculated using blood pressure at time of first examination on treatment. Note that the systolic blood pressure increase on rofecoxib therapy versus placebo therapy was observed at Week 4 and remained generally similar over the entire treatment period. Predicted curves were then compared to the actual curves as shown in Figure 10 The observed curve for the rofecoxib-treated patients was similar to the predicted outcome; however, the observed placebo therapy curve diverged from the curve predicted for the placebo treatment group starting after around 18 months. Placebo-treated patients had better than predicted outcomes, based on their risk factors

**Figure 10**
**Actual Observed versus Framingham Model Based Expected Cumulative Incidence of MI**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | 6 | 12 | 18 | 24 | 30 | 36 |
| Rofecoxib 25 mg | 1267 | 1130 | 1060 | 996 | 947 | 904 | 734 |
| Placebo | 1299 | 1197 | 1159 | 1084 | 1046 | 1006 | 840 |

Data Source: [4 4 1]

MRK-AFV0426411



## 8. Discussion

The population enrolled in this study was comprised solely of patients with a previous history of adenomatous polyps  However, with respect to cardiovascular disease they appear to be generally representative of the population at large, including patients with one or more risk factors for CV events and some with a previous history of thrombotic CV events  Patients with a history of stroke or transient ischemic attack were permitted to enter the study as long as the event occurred at least two years prior to enrollment. Also, patients with a history of myocardial infarction, coronary angioplasty, or coronary arterial bypass grafting were permitted to enter the study as long as these events had occurred more than one year prior to enrollment.

Rofecoxib therapy was associated with an increased risk of thrombotic cardiovascular events, in this study  Rofecoxib was associated with a significantly increased risk of sustaining a non-fatal myocardial infarction, and there was a numeric increase in thrombotic strokes.

Potential cardiovascular events were adjudicated by an independent external committee and all safety data were regularly monitored by an external safety monitoring board (ESMB).  The trial was terminated on September 30, 2004, 2 months earlier than planned, at the recommendation of the ESMB and the APPROVe Administrative Committee, because of cardiovascular safety concerns resulting from their review of APPROVe safety data on September 17, 2004

The separation of the Kaplan-Meier curves for cumulative incidence for confirmed thrombotic events (Figure 4) for rofecoxib and placebo therapies did not begin until after approximately 18 months of chronic daily treatment  Prior to 18 months, the two treatment groups had similar cumulative incidence of these events as suggested by the coincident Kaplan-Meier curves

Of note, in addition to an increase in events on rofecoxib therapy, there was an unexpected flattening of the cumulative incidence over time of thrombotic CV events in the placebo group over the second 18 months of the study

In an attempt to explain the observed divergence in cumulative events, a variety of post-hoc subgroup analyses were conducted on the CV safety data from the APPROVe trial. These analyses looked for subgroup interactions on the basis of patient age, gender, symptomatic ASCVD (cardiac, cerebrovascular, or peripheral vascular), hypertension, diabetes, hypercholesterolemia, aspirin use, current cigarette use, baseline hypertension drug use, history of ischemic heart disease, geographic region, and increased CV risk (with a history of symptomatic ASCVD or 2 or more of the following: history of diabetes, hypercholesterolemia, hypertension, current cigarette use)

No significant treatment by subgroup interactions were identified in the analyses performed although the power for some of these analyses was limited as the study was neither powered nor expected to address these subgroup analyses.  Several risk factor subgroups did demonstrate numerical increases in RR for rofecoxib versus placebo therapy in comparison to the respective subgroups without the risk factors; these risk factors were history of symptomatic ASCVD, history of diabetes, and history of ischemic heart disease. However, due to the small numbers of events and wide confidence intervals and the large number of subgroup analyses performed, the meaning of these observations is unclear  Further analyses in other databases are needed. A

MRK-AFV0426412

APPROVe Trial Cardiovascular Safety Report



subgroup analysis of patients who were also taking aspirin was conducted, and the number of patients with acute myocardial infarction was the same in the two groups. Given the very limited number of events in this analysis, it remains unknown whether aspirin mitigates the risk and requires further analyses in other data sets.

Supplementary analyses of blood pressure did not demonstrate a consistent relationship between hypertension and the cardiovascular safety findings in APPROVe, nor did modeling based on the Framingham data suggest that the magnitude of the effect be explained by the mean blood pressure change observed in APPROVe, although a relationship cannot be excluded.

Few long-term studies on the prevention of recurrence of colorectal adenomas have been performed. A prior placebo-controlled trial assessing recurrent adenoma risk with two different doses of low-dose aspirin, found that there were numerically more cardiovascular SAEs associated with aspirin therapy than with placebo. Recently published data from the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased in patients randomly assigned to receive celecoxib therapy as compared with those who were assigned to receive placebo.

Based on the celecoxib data above it appears that the increase in cardiovascular risk demonstrated with rofecoxib in the APPROVe study, represents a class effect. It is possible that conventional NSAIDs may have similar effects but long-term trials have not been done to address this question.

As per protocol, patient follow up will occur for one year following the cessation of study therapy in the base study in order to assess any evidence of either "rebound" rate of occurrence of colon polyps as well as to evaluate CV risk to the extent possible.

## 9. Conclusions

1. An increased risk of thrombotic cardiovascular events beginning after approximately 18 months following initiation of study therapy is associated with rofecoxib compared to placebo.

2. The mechanism for the increased risk of thrombotic cardiovascular events is uncertain. Post-hoc analyses do not suggest a consistent relationship between blood pressure effects and an increase in thrombotic CV events.

## Reference

Guess HA, Lydick EG, Small RD and Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow up studies with sparsely stratified incidence density data. *American Journal of Epidemiology*, 125, 340-347, 1987.

MRK-AFV0426413