**EXHIBIT L – PART 4 OF 5**

## Supplemental Tables and Figures

### Table 33
### List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
### Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | AN | Case ID | Treatment | Onset Date | Rel Day | Death Date | Term | Adjudication Outcome |
|---|------|---------|-----------------|----------|------|---------|------------------------------------------------|-----------------------------------------------|
| 1 | 20043 | 909 | Rofecoxib 25 mg | 03/17/03 | 1106 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 2 | 50111 | 463 | Rofecoxib 25 mg | 10/16/00 | 110 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 3 | 50114 | 951 | Rofecoxib 25 mg | 02/11/03 | 1180 | | Transient ischaemic attack, Carotid artery stenosis | Transient ischemic attack[1] |
| 4 | 50132 | 716 | Rofecoxib 25 mg | 01/23/03 | 1020 | | Ventricular fibrillation | Acute myocardial infarction[1,2] |
| 5 | 50149 | 679 | Rofecoxib 25 mg | 07/22/01 | 331 | 07/22/01 | Sudden cardiac death | Sudden cardiac death[1,2] |
| 6 | 50151 | 814 | Rofecoxib 25 mg | 03/22/02 | 365 | | Transient ischemic attack, Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 7 | 50161 | 686 | Rofecoxib 25 mg | 03/06/01 | 273 | | Coronary artery disease | Unstable angina pectoris |
| 8 | 50163 | 820 | Rofecoxib 25 mg | 05/18/02 | 564 | | Acute myocardial infarction | Acute myocardial infarction[1,2] |
| 9 | 50221 | 970 | Rofecoxib 25 mg | 10/11/03 | 1014 | | Intestinal ischaemia | Peripheral arterial thrombosis[1] |
| 10 | 50710 | 722 | Rofecoxib 25 mg | 10/18/01 | 174 | | Angina pectoris, Myocardial infarction | Acute myocardial infarction[1,2] |
| 11 | 50174 | 671 | Rofecoxib 25 mg | 04/21/01 | 19 | | Angina Pectoris, Coronary artery occlusion | Unstable angina pectoris |
| 12 | 60422 | 708 | Rofecoxib 25 mg | 03/21/01 | 400 | | Coronary artery disease | Unstable angina pectoris |
| 13 | 90619 | 874 | Rofecoxib 25 mg | 01/23/02 | 875 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 14 | 10619 | 911 | Rofecoxib 25 mg | 01/23/02 | 673 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 15 | 50126 | 845 | Rofecoxib 25 mg | 05/13/02 | 610 | | Myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1; 4.7.1]

MK-0966, Reference P-
APPROVe Trial Cardiovascular Safety Report
Appendix 2.1.3 (Cont.)

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | AA | Case ID | Treatment | Onset Date | Rel Day | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 16 | 50811 | 4712 | Rofecoxib 25 mg | 01/02/01 | 184 | 08/02/01 | Death | Fatal acute myocardial infarction[a] |
| 17 | 50831 | M1 | Rofecoxib 25 mg | 04/04/01 | 18 | | Deep vein thrombosis | Peripheral venous thrombosis[a] |
| 18 | 91017 | 140 | Unknown 25 mg | 17/23/02 | 150 | | Coronary artery occlusion | Unstable angina pectoris[a] |
| 19 | 91093 | 141 | Rofecoxib 25 mg | 05/01/02 | 736 | | Ischaemic stroke NOS | Ischemic cerebrovascular stroke[a] |
| 20 | 91097 | 142 | Rofecoxib 25 mg | 07/13/03 | 879 | | Myocardial infarction | Acute myocardial infarction[a] |
| 21 | 91273 | 550 | Rofecoxib 25 mg | 12/13/03 | 1043 | | Transient ischaemic attack | Acute myocardial infarction[a] |
| 22 | 91334 | 713 | Rofecoxib 25 mg | 02/22/02 | 345 | | Age indeterminate myocardial infarction, Coronary artery disease NOS | |
| 23 | 91344 | 945 | Rofecoxib 25 mg | 03/23/03 | 1000 | | Coronary artery disease | Acute myocardial infarction[a] |
| 24 | 91353 | 772 | Rofecoxib 25 mg | 03/18/03 | 324 | | Venous thrombosis NOS | Peripheral venous thrombosis[a] |
| 25 | 91435 | 717 | Rofecoxib 25 mg | 11/04/01 | 145 | | Intracranial haemorrhage | Hemorrhagic stroke[a] |
| 26 | 91512 | 709 | Rofecoxib 25 mg | 05/21/01 | 200 | | Age indeterminate myocardial infarction | Acute myocardial infarction[a] |
| 27 | 91584 | 450 | Rofecoxib 25 mg | 06/21/03 | 767 | 06/04/03 | Myocardial infarction, Metastatic carcinoma | Fatal acute myocardial infarction[a] |
| 28 | 91621 | 700 | Rofecoxib 25 mg | 03/20/02 | 548 | | Myocardial infarction | Acute myocardial infarction[a] |
| 29 | 91737 | 859 | Rofecoxib 25 mg | 10/17/02 | 495 | | Angina unstable | Unstable angina pectoris[a] |
| 30 | 1733 | 916 | Rofecoxib 21 mg | 02/30/03 | 774 | | Transient ischaemic attack | Transient ischemic attack[a] |
| 31 | 91779 | 157 | Rofecoxib 21 mg | 10/21/02 | 301 | | Myocardial ischemia | Unstable angina pectoris[a] |

Data Source [4.4.1; 4.21]

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

61

292

MRK-AFV0426415

Table 33.(Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| Id | An | Case ID | Treatment | Chart Date | Rxday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 32 | 91815 | 64a | Rofecoxib 25 mg | 09/02/03 | 1018 | 09/02/03 | Sudden Death, Myocardial infarction | Sudden cardiac death[1] |
| 33 | 91947 | 771 | Rofecoxib 25 mg | 01/05/02 | 433 | | Myocardial infarction | Acute myocardial infarction[2] |
| 34 | 92040 | 143 | Rofecoxib 25 mg | 12/15/03 | 439 | 12/11/03 | Cardiac arrest | Sudden cardiac death[1] |
| 35 | 92144 | 775 | Rofecoxib 25 mg | 10/12/03 | 837 | 10/23/03 | Cerebellar infarction | Fatal ischemic cerebrovascular stroke[3] |
| 36 | 92131 | 3578 | Rofecoxib 25 mg | 02/12/04 | 971 | | Acute coronary syndrome | Acute myocardial infarction[2] |
| 37 | 92134 | 1575 | Rofecoxib 25 mg | 01/13/02 | 175 | | Transient ischemic attack | Transient ischemic attack[4] |
| 38 | 92341 | 901 | Rofecoxib 25 mg | 12/01/02 | 577 | | Cerebral infarction | Ischemic cerebrovascular stroke[3] |
| 39 | 92541 | 166 | Rofecoxib 25 mg | 11/03/03 | 850 | | Brain stem infarction | Ischemic cerebrovascular stroke[3] |
| 40 | 92591 | 3457 | Rofecoxib 25 mg | 03/16/04 | 1019 | | Transient ischaemic attack | Transient ischemic attack[4] |
| 41 | 92605 | 918 | Rofecoxib 25 mg | 03/15/03 | 1109 | | Acute myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[2] |
| 42 | 92734 | 983 | Rofecoxib 25 mg | 11/07/03 | 990 | | Myocardial infarction | Acute myocardial infarction[2] |
| 43 | 72879 | 794 | Rofecoxib 25 mg | 01/11/02 | 124 | | Acute intermediate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[2] |
| 44 | 73071 | 949 | Rofecoxib 25 mg | 09/02/03 | 719 | | Transient ischemic attack | Ischemic cerebrovascular stroke[3] |
| 45 | 93191 | 646 | Rofecoxib 25 mg | 04/06/03 | 9 | | Myocardial infarction, Coronary artery disease | Acute myocardial infarction[2] |
| 46 | 93349 | 737 | Rofecoxib 25 mg | 11/07/01 | 77 | | Non-Q wave myocardial infarction; Ventricular tachycardia | Acute myocardial infarction[2] |
| 47 | 93522 | 3474 | Rofecoxib 25 mg | 02/10/04 | 933 | | Coronary artery disease, Myocardial infarction | Acute myocardial infarction[2] |

Data Source: [4.4.1; 4.7.1]

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P

Appendix 2.1.3 (Cont.)

293

MRK AFV0426416

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Age | Case ID | Treatment | Onset Date | Rel day | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 48 | 71066 | 730 | Refecoxib 25 mg | 11/13/03 | 170 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 49 | 74767 | 848 | Refecoxib 25 mg | 12/11/02 | 513 | | Myocardial ischemia | Unstable angina pectoris[?] |
| 50 | 94493 | 987 | Refecoxib 25 mg | 12/01/03 | 593 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 51 | 64536 | 1107 | Refecoxib 25 mg | 01/27/04 | 951 | | Myocardial infarction, Cardiac arrest | Acute myocardial infarction[1?] |
| 52 | 94717 | 931 | Refecoxib 25 mg | 03/16/03 | 544 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 53 | 94728 | 1728 | Refecoxib 25 mg | 04/16/04 | 970 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 54 | 90161 | 677 | Refecoxib 25 mg | 04/26/01 | 342 | | Coronary artery disease | |
| 1? | 96291 | 2522 | Refecoxib 25 mg | 11/23/03 | 1140 | | Peripheral vascular disorder | |
|   | 4? | 1045 | Refecoxib 25 mg | 07/04/02 | 404 | | Coronary artery disease | |
|   | ?? | 721 | Refecoxib 25 mg | 09/21/01 | 417 | | Shock | |
|   |   | 172 | Refecoxib 25 mg | 02/01/02 | 721 | 11/01/03 | ARI (R/R/D), Neutropenia, Septic shock (11/04/03) | |
|   | ?? | 944 | Refecoxib 25 mg | 03/05/03 | 650 | | Coronary artery stenosis | |
|   | 90591 | 765 | Refecoxib 25 mg | 12/06/01 | 324 | | Coronary artery disease | |
|   | ?? | 100 | Refecoxib 25 mg | 12/06/01 | 324 | | Carotid artery stenosis | |
|   |   |   | Refecoxib 21 mg | 12/05/00 | 71 | | Cerebral ischemia | |
|   | ?? | 915 | Refecoxib 25 mg | 02/04/03 | 948 | | Coronary artery atherosclerosis | |

Data Source: [4.4.1; 4.21]

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

63

294

MRK-AFV0426417

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment (through 14 Days After the Last Dose of Study Therapy)

| N | Age | Case ID | Treatment | Onset Date | R/day | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 62 | 01949 | 578 | Rofecoxib 25 mg | 11/09/02 | 197 | | Coronary artery stenosis | |
| 63 | 91113 | 577 | Rofecoxib 25 mg | 11/08/02 | 619 | 11/15/02 | Lung cancer metastatic | |
| 64 | 01301 | 4034 | Rofecoxib 25 mg | 01/07/04 | 1082 | | Oedema peripheral, Pain in extremity | |
| 65 | 91335 | 960 | Rofecoxib 25 mg | 10/16/03 | 593 | | Coronary artery disease | |
| 66 | 91116 | 621 | Rofecoxib 25 mg | 01/17/01 | 17 | | Platelets NOS | |
| 67 | 91516 | 703 | Rofecoxib 25 mg | 09/03/01 | 234 | | Ischemic heart disease | |
| 68 | 91607 | 810 | Rofecoxib 25 mg | 04/01/02 | 463 | 04/01/02 | Lung cancer stage unspecified (excl mesothelioma), Bone neoplasm malignant | |
| 69 | 91647 | 4091 | Rofecoxib 25 mg | 10/07/03 | 721 | 01/01/04 | Renal transplant | |
| 70 | 91611 | 973 | Rofecoxib 25 mg | 10/14/03 | 334 | | Coronary artery disease NOS | |
| 71 | 91706 | 312 | Rofecoxib 25 mg | 03/07/01 | 735 | | Myocardial ischemia, Coronary artery disease NOS | |
| 72 | 91717 | 693 | Rofecoxib 25 mg | 03/29/01 | 298 | | cardiac cathater complication | |
| 73 | 71821 | 3451 | Rofecoxib 25 mg | 04/09/01 | 142 | | Cardiac dysrythm | |
| 74 | 92131 | 3919 | Rofecoxib 25 mg | 03/17/04 | 1064 | | Myocardial ischemia | |
| 75 | 92711 | 3970 | Rofecoxib 25 mg | 03/11/04 | 946 | | Cardiac failure congestive, Acute pulmonary oedema, Bowel dysmotion | |
| 76 | 92213 | 349 | Rofecoxib 25 mg | 10/01/02 | 434 | | Coronary artery occlusion | |
| 77 | 92135 | 623 | Rofecoxib 25 mg | 09/27/03 | 4 | | Transient ischemic attack | |

Data Source: [4.4.1; 4.2.1]

MK-0966, Reference P<br/>Appendix 2.1.3 (Cont.)<br/>APPROVe Trial Cardiovascular Safety Report

64

MRK-AFV0426418

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| If | An | Case ID | Treatment | Onset Date | Hokey | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 73 | 93719 | 986 | Rofecoxib 25 mg | 12/01/02 | 897 | | Angina unstable | |
| 81 | 92813 | 883 | Rofecoxib 25 mg | 12/13/02 | 642 | | Angina pectoris, Coronary artery disease NOS | |
| 82 | 92817 | 824 | Rofecoxib 25 mg | 11/21/02 | 478 | | Coronary artery stenosis | |
| 83 | 92919 | 737 | Rofecoxib 25 mg | 01/27/03 | 614 | | Sudden death | |
| 84 | 93264 | 3581 | Rofecoxib 25 mg | 03/16/04 | 951 | | Coronary artery disease | |
| 85 | 93317 | 942 | Rofecoxib 25 mg | 05/04/03 | 661 | | Transient ischemic attack | |
| 86 | 93602 | 4072 | Rofecoxib 25 mg | 02/16/04 | 1044 | | Myocardial ischemia | |
| 87 | 94273 | 917 | Rofecoxib 25 mg | 11/01/03 | 713 | | Myocardial infarction | |
| 88 | 94381 | 724 | Rofecoxib 25 mg | 07/18/01 | 162 | | Ischemic heart disease | |
| 89 | 94414 | 719 | Rofecoxib 25 mg | 12/25/01 | 46 | | Angina pectoris | |
| 90 | 94500 | 758 | Rofecoxib 25 mg | 09/01/02 | 181 | | Intermittent claudication | |
| 91 | 94613 | 914 | Rofecoxib 25 mg | 01/01/03 | 407 | | Angina pectoris | |
| 92 | 94678 | 815 | Rofecoxib 25 mg | 04/24/02 | 183 | | Deep venous thrombosis NOS | |
| 93 | 50016 | 723 | Placebo | 10/13/01 | 542 | | Transient ischemic attack | Transient ischemic attack[a] |
| 94 | 50258 | 509 | Placebo | 12/11/00 | 35 | | Peripheral vascular disorder | Peripheral arterial thrombosis[a] |
| 95 | 50298 | 815 | Placebo | 11/04/02 | 812 | | Acute myocardial infarction | Acute myocardial infarction[a] |

Data Source: [4.4.1; 4.21]

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

65    296

MRK-AFV0426419

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | N day | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 94 | 90700 | 557 | Placebo | 02/14/01 | 93 | | Myocardial infarction | Acute myocardial infarction¹³ |
| 97 | 90128 | 781 | Placebo | 01/17/02 | 477 | | Pulmonary embolism | Pulmonary embolism¹ |
| 98 | 90507 | 872 | Placebo | 17/23/02 | 202 | | Coronary artery disease NOS | Unstable angina pectoris⁶ |
| 99 | 91005 | 205 | Placebo | 01/14/02 | 245 | | Transient ischemic attack | Transient ischemic attack¹ |
| 100 | 91177 | 924 | Placebo | 01/02/03 | 747 | | Ischemic stroke NOS | Ischemic cerebrovascular stroke¹³ |
| 101 | 01175 | 270 | Placebo | 11/12/03 | 181 | | Cardiac arrest, Myocardial infarction | Acute myocardial infarction¹² |
| 102 | 91513 | 717 | Placebo | 09/19/03 | 132 | | Myocardial infarction | Acute myocardial infarction¹² |
| 103 | 91513 | 801 | Placebo | 04/19/02 | 271 | 00/29/02 | Myocardial infarction | Fatal acute myocardial infarction¹³ |
| 104 | 91313 | 811 | Placebo | 04/11/03 | 355 | | Angina unstable | Unstable angina pectoris⁴ |
| 105 | 92073 | 840 | Placebo | 11/14/02 | 438 | | Coronary artery disease NOS | Unstable angina pectoris⁶ |
| 106 | 93073 | 971 | Placebo | 11/21/02 | 445 | | Acute myocardial infarction | Acute myocardial infarction¹³ |
| 107 | 92701 | 103 | Placebo | 03/06/01 | 77 | | Angina pectoris | Unstable angina pectoris¹ |
| 108 | 92334 | 729 | Placebo | 11/06/01 | 339 | | Cerebrovascular accident | Ischemic cerebrovascular stroke¹² |
| 109 | 92358 | 841 | Placebo | 04/04/03 | 319 | 04/04/02 | Cardiac arrest | Sudden cardiac death¹³ |
| 110 | 92455 | 535 | Placebo | 10/07/02 | 605 | | Phlebitis NOS | Peripheral venous thrombosis¹ |
| 111 | 92110 | 717 | Placebo | 01/15/02 | 130 | | Pulmonary embolism | Pulmonary embolism⁴ |

Data Source: [4.4.1; 4.23]

MRK-0966, Reference P'      Appendix 2.1.3 (Cont.)
APPROVe Trial Cardiovascular Safety Report

66

297

MRK-AFV0426420

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Age | Case ID | Treatment | Onset Date | Risk Key | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 112 | 91741 | 870 | Placebo | 11/14/02 | 511 | 12/10/02 | Cerebrovascular accident | Fatal hemorrhagic stroke[1] |
| 113 | 92839 | 929 | Placebo | 03/19/03 | 623 | | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 114 | 92838 | 763 | Placebo | 01/09/02 | 265 | 01/09/02[†] | Acute myocardial infarction; Cardio-respiratory arrest; Coronary artery thrombosis | Fatal acute myocardial infarction[1,3] |
| 115 | 91260 | 930 | Placebo | 02/13/03 | 303 | | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 116 | 91307 | 948 | Placebo | 05/21/03 | 303 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,3] |
| 117 | 93371 | 824 | Placebo | 02/31/01 | 6 | | Acute myocardial infarction | Acute myocardial infarction[1,3] |
| 118 | 92573 | 799 | Placebo | 04/06/02 | 187 | | Deep venous thrombosis NOS | Peripheral venous thrombosis[1] |
| 119 | 91616 | 1121 | Placebo | 04/22/04 | 1047 | | Cerebral haemorrhage | Hemorrhagic stroke[1] |
| 120 | 94319 | 878 | Placebo | 01/13/03 | 457 | 02/01/03 | Myocardial infarction; Coronary artery disease NOS | Fatal acute myocardial infarction[1,3] |
| 121 | 94336 | 1733 | Placebo | 06/26/04 | 913 | | Myocardial infarction | Acute myocardial infarction[1,3] |
| 122 | 94388 | 819 | Placebo | 04/15/03 | 484 | | Cerebral infarction | Ischemic cerebrovascular stroke[1,3] |
| 123 | 94405 | 874 | Placebo | 04/21/03 | 304 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,3] |
| 124 | 94430 | 759 | Placebo | 01/21/02 | 182 | | Cerebral infarction | |
| 125 | 90164 | 852 | Placebo | 05/21/03 | 924 | | Angina unstable | |
| 126 | 90342 | 478 | Placebo | 10/12/00 | 35 | | Coronary artery disease; Unstable angina | |
| 127 | 90406 | 940 | Placebo | 03/31/03 | 935 | | Dyspnea NOS | |

[†] The correct date should be 1/8/02. However, 1/9/02 was what is the date on the database. This error had no impact on analysis result.

Data Source: [4.4.1; 4.21]

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

67

MRK-AFV0426421

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| p | An | Cev ID | Treatment | Onsl Date | Re key | Death Date | Term | Adjudication Outcome |
|---|----|--------|-----------|-----------|--------|------------|------|----------------------|
| 178 | 90106 | 972 | Placebo | 01/01/03 | 833 | 03/27/03 | Pneumonia NOS | |
| 129 | 90481 | 933 | Placebo | 04/02/03 | 763 | | Carotid artery occlusion | |
| 130 | 90179 | 983 | Placebo | 11/20/03 | 800 | | Coronary artery occlusion | |
| 131 | 91333 | 957 | Placebo | 06/10/03 | 934 | | Myocardial ischemia | |
| 132 | 91648 | 893 | Placebo | 07/23/02 | 339 | | Cerebrovascular disorder NOS | |
| 133 | 91704 | 4063 | Placebo | 09/19/03 | 1016 | 12/10/03 | Metastatic renal cell carcinoma | |
| 134 | 91724 | 837 | Placebo | 03/20/02 | 553 | | Subdural hematoma | |
| 135 | 91904 | 323 | Placebo | 11/21/01 | 463 | | Coronary artery disease | |
| 136 | 92044 | 930 | Placebo | 09/12/02 | 147 | | Myocardial ischemia | |
| 137 | 92163 | 791 | Placebo | 01/02/02 | 747 | | Coronary artery disease NOS | |
| 138 | 92302 | 668 | Placebo | 06/07/01 | 101 | | Angina pectoris | |
| 139 | 92532 | 816 | Placebo | 03/20/02 | 309 | | Angina unstable | |
| 140 | 72814 | 905 | Placebo | 01/07/03 | 66a | | Carotid artery stenosis | |
| 141 | 92857 | 702 | Placebo | 12/27/01 | 146 | | Coronary artery stenosis | |
| 142 | 91260 | 903 | Placebo | 03/01/03 | 516 | 03/21/03 | Brain death, Sepsis NOS | |
| 143 | 93760 | 594 | Placebo | 02/17/03 | 517 | . | Cerebrovascular accident | |

Data Source: [4.4.1; 4.2.1]

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P1

ppendix 2.1.3 (Cont.)

68

299

MRK-AFV0426422

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | As | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 144 | 93193 | 4079 | Placebo | 09/27/04 | 1125 | 10/16/04 | Hepatic failure, Renal failure acute Disseminated intravascular coagulation | |
| 145 | 93601 | 1729 | Placebo | 12/23/00 | 792 | | Coronary artery disease | |
| 146 | 94059 | 903 | Placebo | 03/23/01 | 718 | | Vertebrobasilar insufficiency | |
| 147 | 94403 | 815 | Placebo | 04/30/02 | 409 | | Carotid artery stenosis | |
| 148 | 94712 | 4219 | Placebo | 07/29/01 | 263 | 12/11/02 | Gastric cancer NOS | |

Note: [a] Confirmed TCVSAE event, [b] Confirmed APTC event
Data Source: [4.1; 4.21]

Table 34
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events between 15 Days and 28 Days after the Last Dose of Study Therapy

| N | As | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 1 | 94154 | 683 | Rofecoxib 25 mg | 05/01/01 | 275 | 05/15/01 | Metastases neoplasm of unknown primary | |
| 2 | 94718 | 832 | Rofecoxib 25 mg | 06/07/02 | 304 | 07/07/02 | Pulmonary tuberculosis | |
| 3 | 90377 | 734 | Placebo | 12/18/01 | 363 | 12/22/01 | Sub Wound, Complicated NEC IOI | |

Note: [a] Confirmed TCVSAE event, [b] Confirmed APTC event
Data Source: [4.1; 4.21]

APPROVe Trial Cardiovascular Safety Report

MK-0966B, Reference P128, Appendix 2.1.3 (Cont.)

MRK-AFV0426423

Table 35
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events 28 Days after the Last Dose of Study Therapy

| N | Au | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudicated Outcome |
|---|----|---------|-----------|------------|--------|------------|------|---------------------|
| 1 | 91070 | 4346 | Rofecoxib 25 mg | 03/03/01 | 331 | 02/13/01 | Death | Sudden cardiac death[17] |
| 2 | 90310 | 4182 | Rofecoxib 25 mg | 01/13/02 | 413 | | Coronary artery disease | Unstable angina pectoris[1] |
| 3 | 90722 | 736 | Rofecoxib 25 mg | 07/03/01 | 264 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 4 | 91241 | 714 | Rofecoxib 25 mg | 02/12/01 | 56 | 02/18/01 | Thromboembolic stroke, Carotid artery dissection, Cerebral infarction | Fatal ischemic cerebrovascular stroke[13] |
| 5 | 92719 | 725 | Rofecoxib 25 mg | 11/09/03 | 713 | 11/09/03 | Sudden death | Sudden cardiac death[18] |
| 6 | 140/2 | 933 | Rofecoxib 25 mg | 09/03/03 | 729 | | Pulmonary embolism | Pulmonary embolism[4] |
| 7 | 90310 | 4235 | Rofecoxib 25 mg | 07/24/02 | 411 | 08/09/02 | CABG w/o death due to post-op complication | |
| 8 | 90124 | 4181 | Rofecoxib 25 mg | 01/04/04 | 959 | 01/04/04 | Hepatic neoplasm malignant | |
| 9 | 90671 | 4061 | Rofecoxib 25 mg | 01/12/02 | 1447 | 01/02/02 | Dementia Alzheimer's type | |
| 10 | 91813 | 4171 | Rofecoxib 21 mg | 10/27/03 | 1664 | 10/27/03 | Cerebrovascular accident | |
| 11 | 92701 | 4120 | Rofecoxib 25 mg | 03/21/01 | 306 | 10/10/01 | Hepatic cancer metastatic | |
| 12 | 90335 | 4145 | Rofecoxib 25 mg | 03/22/02 | 242 | 05/07/04 | Breast cancer metastases | |
| 13 | 94192 | 4122 | Rofecoxib 25 mg | 03/02/02 | 472 | 07/02/02 | Aspiration | |
| 14 | 91301 | 943 | Rofecoxib 25 mg | 12/11/07 | 431 | 04/22/03 | Lung cancer metastatic | |
| 15 | 9673 | 4179 | Placebo | 02/15/03 | 837 | 03/15/03 | Death | Sudden cardiac death[22] |

Data Source: [4.4.1, 4.24]

MK-0966, Reference P1: APPROVe Trial Cardiovascular Safety Report

Appendix 2.1.3 (Cont.)

70

301

MRK-AFV0426424

Table 35 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events 29 Days after Last Dose of Study Therapy

| N | Age | Case ID | Treatment | Onset Date | Rxday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 16 | 93655 | 229 | Placebo | 12/02/02 | 645 | 12/06/02 | Myocardial infarction | Fatal acute myocardial infarction[1,3] |
| 17 | 92995 | 6073 | Placebo | 03/15/03 | 717 | 03/15/03 | Acute myocardial infarction | Fatal acute myocardial infarction[1,3] |
| 18 | 93207 | 989 | Placebo | 10/07/03 | 1011 | 10/23/03 | Hepatic failure | |
| 19 | 20243 | 4120 | Placebo | 03/25/02 | 376 | 03/25/02 | Lung neoplasm malignant | |
| 20 | 97916 | 260 | Placebo | 11/12/01 | 229 | 11/12/01 | Injury NOS | |
| 21 | 91385 | 947 | Placebo | 04/16/03 | 595 | 04/16/03 | Circulatory collapse | |

Note: [1] Confirmed TCVSAE event [2] Confirmed ATTC event

Data Source: [4.1; 4.21]

MRK AFV0426425

APPROVe Trial Cardiovascular Safety Report



### Table 36
### Confirmed Thrombotic Events by Equally Sized Subgroup of Baseline Creatinine Clearance
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Baseline Creatinine Clearance[1] | Rofecoxib 25 mg | | Placebo | | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY Rate[1] (95% CI) | Events/Patient-Years[1], N | PY Rate[1] (95% CI) | |
| Overall | 46/3056, 1286 | 1.51 (1.10, 2.01) | 26/3371, 1299 | 0.78 (0.51, 1.15) | 1.92 (1.19, 3.11) |
| <69.4 | 22/987, 430 | 2.23 (1.40, 3.38) | 10/1113, 432 | 0.90 (0.43, 1.65) | 2.46 (1.13, 5.67) |
| 69.4 to 87.6 | 12/1031, 423 | 1.16 (0.60, 2.03) | 6/1138, 440 | 0.53 (0.19, 1.15) | 2.21 (0.77, 7.12) |
| >87.6 | 12/1038, 433 | 1.16 (0.60, 2.02) | 10/1076, 427 | 0.93 (0.45, 1.71) | 1.24 (0.49, 3.21) |

[1] Events per 100 Patient-Years
[2] Creatinine Clearance (Male)=(140-age in years)x(body weight in kg)/(72 x serum creatinine in mg/dl), Creatinine Clearance (Female) = (140-age in years)x(body weight in kg)/(72 x serum creatinine in mg/dl) x 0.85
P-value for Baseline Creatinine Clearance effect 0.093, p-value for subgroup-by-treatment interaction 0.462

Data Source: [4.2; 4.4.1]

### Table 37
### Confirmed Thrombotic Events by Subgroup of Number of Risk Factors for Coronary Artery Disease
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Number of risk factors for Coronary Artery Disease[2] | Rofecoxib 25 mg | | Placebo | | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY Rate[1] (95% CI) | Events/Patient-Years[1], N | PY Rate[1] (95% CI) | |
| Overall | 46/3059, 1287 | 1.50 (1.10, 2.01) | 26/3371, 1299 | 0.78 (0.51, 1.15) | 1.92 (1.19, 3.11) |
| 0 | 9/1095, 418 | 0.82 (0.38, 1.56) | 6/1250, 478 | 0.48 (0.18, 1.04) | 1.71 (0.54, 5.45) |
| 1 | 14/1246, 521 | 1.12 (0.61, 1.89) | 10/1383, 532 | 0.72 (0.35, 1.33) | 1.55 (0.64, 3.91) |
| 2 | 14/564, 250 | 2.48 (1.36, 4.17) | 7/541, 224 | 1.29 (0.52, 2.67) | 1.92 (0.72, 5.61) |
| 3 | 7/138, 62 | 5.06 (2.04, 10.43) | 3/146, 60 | 2.06 (0.43, 6.02) | 2.46 (0.36, 14.72) |
| 4 | 2/15, 6 | 13.15 (1.59, 47.50) | 0/7, 5 | 0.00 (0.00, 49.99) | (0.00,.) |

[1] Events per 100 Patient-Years
[2] Risk Factors including History of diabetes, History of Hypercholesterolemia, History of Hypertension, Current Cigarette Use
P-value for the effect of the number of risk factors for Coronary Artery Disease <0.001, p-value for subgroup-by-treatment interaction 0.860

Data Source: [4.1; 4.4.2]

MRK-AFV0426426

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)  304

APPROVe Trial Cardiovascular Safety Report



Table 38
Concomitant Therapies for Hypertension
Patients With and Without Confirmed Thrombotic Events

| | Patients Without Events | | | | Patients With Events | | | |
|---|---|---|---|---|---|---|---|---|
| | Rofecoxib 25 mg (N = 1241) | | Placebo (N = 1273) | | Rofecoxib 25 mg (N = 46) | | Placebo (N = 26) | |
| | n | (%) | n | (%) | n | (%) | n | (%) |
| Patients with one or more concomitant therapies | 631 | (50.8) | 558 | (43.8) | 39 | (84.8) | 21 | (80.8) |
| Agents Acting On The Renin Angiotensin System | 349 | (28.1) | 295 | (23.2) | 28 | (60.9) | 13 | (50.0) |
| Antihypertensives | 89 | (7.2) | 72 | (5.7) | 3 | (6.5) | 1 | (3.8) |
| Beta Blocking Agents | 249 | (20.1) | 204 | (16.0) | 23 | (50.0) | 13 | (50.0) |
| Calcium Channel Blockers | 193 | (15.6) | 164 | (12.9) | 18 | (39.1) | 8 | (30.8) |
| Diuretics | 278 | (22.4) | 197 | (15.5) | 22 | (47.8) | 7 | (26.9) |

Data Source: [4.1; 4.4.1]

73

MRK-AFV0426427

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)    305

APPROVe Trial Cardiovascular Safety Report



Table 39
Concomitant Therapies for Diabetes (Partial List)
Patients With and Without Confirmed Thrombotic Events

|  | Patients without events | | | | Patients with events | | | |
|---|---|---|---|---|---|---|---|---|
|  | Rofecoxib 25 mg (N = 1241) | | Placebo (N = 1273) | | Rofecoxib 25 mg (N = 46) | | Placebo (N = 26) | |
|  | n | (%) | n | (%) | n | (%) | n | (%) |
| Patients with one or more concomitant therapies | 95 | (7.7) | 93 | (7.3) | 11 | (23.9) | 1 | (3.8) |
| Glyburide | 23 | (1.9) | 18 | (1.4) | 3 | (6.5) | 1 | (3.8) |
| Glyburide (+) Metformin Hydrochloride | 4 | (0.3) | 5 | (0.4) | 1 | (2.2) | 0 | (0.0) |
| Metformin | 28 | (2.3) | 26 | (2.0) | 2 | (4.3) | 0 | (0.0) |
| Metformin Hydrochloride | 27 | (2.2) | 27 | (2.2) | 3 | (6.5) | 1 | (3.8) |
| Insulin | 11 | (0.9) | 9 | (0.7) | 3 | (6.5) | 0 | (0.0) |
| Pioglitazone Hydrochloride | 5 | (0.4) | 7 | (0.5) | 4 | (8.7) | 1 | (3.8) |
| Rosiglitazone Maleate | 11 | (0.9) | 13 | (1.0) | 1 | (2.2) | 0 | (0.0) |

Data Source: [4.1; 4.4.1]

MRK-AFV0426428

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)    306

APPROVe Trial Cardiovascular Safety Report



**Table 40**
**Blood Pressure and Confirmed Thrombotic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Effect | Relative Risk (95% CI) | P-Value |
|---|---|---|
| Covariate was on-treatment maximum SBP (mmHg) prior to CV event | | |
| Treatment | 1.89 (1.15, 3.09) | 0.012 |
| Covariate | 1.01 (1.00, 1.02) | 0.186 |
| Treatment*Covariate Interaction | 1.01 (0.98, 1.04) | 0.473 |

Data Source [4.2; 4.4.1]

MRK-AFV0426429

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   307

APPROVe Trial Cardiovascular Safety Report



Table 41
Summary Statistics: Diastolic Blood Pressure (mm Hg)

| Week | Treatment | N | Mean (SE) | 95% CI | Median | Range |
|---|---|---|---|---|---|---|
| Baseline [1] | | | | | | |
| | Rofecoxib | 1287 | 79.33(0.25) | ( 78.85, 79.82) | 80.00 | (40.00, 113.00) |
| | Placebo | 1299 | 79.31(0.25) | ( 78.82, 79.79) | 80.00 | (45.00, 120.00) |
| Change from Baseline | | | | | | |
| Week 4 | Rofecoxib | 1244 | 1.06(0.23) | ( 0.60, 1.52) | 0.00 | (-28.00, 35.00) |
| | Placebo | 1271 | -0.64(0.23) | ( -1.09, -0.18) | 0.00 | (-34.00, 26.00) |
| Week 17 | Rofecoxib | 1168 | 1.37(0.27) | ( 0.85, 1.89) | 0.00 | (-30.00, 38.00) |
| | Placebo | 1212 | -0.86(0.26) | ( -1.37, -0.34) | 0.00 | (-37.00, 30.00) |
| Week 35 | Rofecoxib | 1095 | 1.02(0.29) | ( 0.45, 1.59) | 0.00 | (-45.00, 50.00) |
| | Placebo | 1176 | -0.47(0.27) | ( -1.00, 0.06) | 0.00 | (-38.00, 40.00) |
| Week 52 | Rofecoxib | 1049 | 0.46(0.31) | ( -0.15, 1.08) | 0.00 | (-38.00, 40.00) |
| | Placebo | 1143 | -0.66(0.30) | ( -1.25, -0.08) | 0.00 | (-44.00, 38.00) |
| Week 69 | Rofecoxib | 1004 | 0.51(0.30) | ( -0.08, 1.11) | 0.00 | (-33.00, 38.00) |
| | Placebo | 1102 | -0.89(0.29) | ( -1.45, -0.32) | 0.00 | (-40.00, 40.00) |
| Week 86 | Rofecoxib | 969 | 1.28(0.32) | ( 0.65, 1.91) | 0.00 | (-30.00, 40.00) |
| | Placebo | 1061 | -1.06(0.31) | ( -1.66, -0.45) | 0.00 | (-47.00, 30.00) |
| Week 104 | Rofecoxib | 935 | 0.90(0.32) | ( 0.27, 1.53) | 0.00 | (-37.00, 35.00) |
| | Placebo | 1031 | -0.95(0.31) | ( -1.57, -0.34) | 0.00 | (-82.00, 36.00) |
| Week 121 | Rofecoxib | 904 | 0.36(0.33) | ( -0.29, 1.01) | 0.00 | (-30.00, 32.00) |
| | Placebo | 1003 | 0.86(0.31) | ( -1.47, -0.26) | 0.00 | (-40.00, 38.00) |
| Week 138 | Rofecoxib | 890 | 0.24(0.34) | ( 0.43, 0.90) | 0.00 | (-30.00, 31.00) |
| | Placebo | 990 | -1.09(0.32) | ( -1.72, -0.46) | 0.00 | (-33.00, 34.00) |
| Week 156 | Rofecoxib | 269 | -0.97(0.61) | ( -2.17, 0.24) | 0.00 | (-28.00, 25.00) |
| | Placebo | 296 | -1.43(0.67) | ( -2.75, -0.11) | -2.00 | (-45.00, 31.00) |
| Overall | Rofecoxib | 1246 | 0.90(0.21) | ( 0.49, 1.32) | 0.44 | (-26.00, 30.00) |
| | Placebo | 1278 | -0.79(0.20) | ( -1.18, -0.39) | -0.87 | (-31.80, 26.00) |

[1] Baseline value is the last observed value before or at the randomization visit
Note: Only patients who had a change from baseline value are included in this table.
Data Source: [4.2]

MRK-AFV0426430

MK-0966, Reference P122, Appendix 2.1.3 (Cont)     308

APPROVe Trial Cardiovascular Safety Report



### Table 42
### Summary Statistics: Systolic Blood Pressure (mm Hg)

| Week | Treatment | N | Mean (SE) | 95% CI | Median | Range |
|---|---|---|---|---|---|---|
| Baseline[†] | | | | | | |
| | Rofecoxib | 1787 | 130.70(0.45) | (129.82, 131.57) | 130.00 | (88.00, 230.00) |
| | Placebo | 1299 | 130.25(0.43) | (129.39, 131.11) | 130.00 | (90.00, 207.00) |
| Change from Baseline (or Response) | | | | | | |
| Week 4 | Rofecoxib | 1244 | 3.23(0.40) | ( 2.45, 4.01) | 2.00 | (-50.00, 100.00) |
| | Placebo | 1272 | -1.41(0.37) | ( -2.14, -0.69) | 0.00 | (-47.00, 60.00) |
| Week 17 | Rofecoxib | 1168 | 3.72(0.43) | ( 2.88, 4.56) | 2.00 | (-45.00, 59.00) |
| | Placebo | 1213 | -0.75(0.42) | ( -1.56, 0.07) | 0.00 | ( 53.00, 50.00) |
| Week 35 | Rofecoxib | 1095 | 3.85(0.47) | ( 2.92, 4.78) | 4.00 | (-50.00, 62.00) |
| | Placebo | 1176 | -0.41(0.43) | ( -1.25, 0.43) | 0.00 | (-67.00, 53.00) |
| Week 52 | Rofecoxib | 1049 | 3.17(0.52) | ( 2.15, 4.20) | 2.00 | (-50.00, 60.00) |
| | Placebo | 1143 | 0.67(0.48) | ( -0.27, 1.61) | 0.00 | ( 99.00, 56.00) |
| Week 69 | Rofecoxib | 1004 | 3.08(0.50) | ( 2.09, 4.06) | 2.00 | (-58.00, 60.00) |
| | Placebo | 1103 | 0.04(0.46) | ( -0.86, 0.95) | 0.00 | (-59.00, 60.00) |
| Week 86 | Rofecoxib | 969 | 3.74(0.54) | ( 2.69, 4.79) | 3.00 | (-60.00, 84.00) |
| | Placebo | 1061 | -0.09(0.49) | ( -1.05, 0.87) | 0.00 | (-67.00, 78.00) |
| Week 104 | Rofecoxib | 935 | 2.90(0.54) | ( 1.85, 3.96) | 1.00 | (-55.00, 76.00) |
| | Placebo | 1033 | 1.22(0.47) | ( -2.15, -0.30) | 0.00 | (-67.00, 52.00) |
| Week 121 | Rofecoxib | 904 | 2.54(0.53) | ( 1.50, 3.59) | 1.00 | (-64.00, 65.00) |
| | Placebo | 1003 | 0.49(0.50) | ( -1.47, 0.48) | 0.00 | (-67.00, 62.00) |
| Week 138 | Rofecoxib | 891 | 2.11(0.55) | ( 1.04, 3.19) | 0.00 | (-70.00, 52.00) |
| | Placebo | 991 | -0.19(0.51) | ( -1.20, 0.82) | 0.00 | (-57.00, 50.00) |
| Week 156 | Rofecoxib | 269 | 1.42(1.00) | ( 0.54, 3.35) | 0.00 | (-60.00, 55.00) |
| | Placebo | 296 | 0.03(0.98) | ( -1.90, 1.97) | 0.00 | (-67.00, 54.00) |
| Overall | Rofecoxib | 1246 | 3.37(0.35) | ( 2.68, 4.06) | 3.11 | (-50.00, 100.00) |
| | Placebo | 1278 | -0.50(0.32) | ( 1.14, 0.13) | 0.00 | (-58.80, 50.00) |

[†] Baseline value is the last observed value before or at the randomization visit
Note: Only patients who had a change from baseline value are included in this table.

Data Source: [4.2]

77

MK 0966, Reference P122, Appendix 2.1.3 (Cont.)    309

APPROVe Trial Cardiovascular Safety Report



Table 43
Observed Versus Framingham Model Based Expected Cumulative
Incidence (%) of Myocardial Infarction
For Subgroup with SBP>=160 on 1 or more occasions prior to CV Event
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Type | Rofecoxib | | Placebo | |
|---|---|---|---|---|
| | Expected | Observed | Expected | Observed |
| MI incidence through 36 months | 2.46 | 8/383 (2.72) | 2.60 | 2/262 (0.87) |
| MI incidence through 18 months | 1.18 | 1/383 (0.31) | 1.26 | 0/262 (0.00) |
| MI incidence after month 18 and through month 36 | 1.28 | 7/309 (2.41) | 1.34 | 2/242 (0.87) |
| MI incidence from 1st on-drug blood pressure through 36 months | 2.77 | 8/380 (2.72) | 2.54 | 2/260 (0.88) |
| Ratio of 18-36 month MI incidence over 0-18 month MI incidence | 1.09 | 7.75 | 1.06 | |

Data Source: [4.1; 4.2; 4.4.1]

78

MRK-AFV0426432