*6 medical students; 2 hours/week preparation, 2 contact hours/week*

1992-present   Supervision of medical students, house officers, and fellows as attending physician on general medicine service, Brigham and Women's Hospital

*1-2 medical students and 3-5 house officers, one month per year*

1992-1997   Supervision of fellows on geriatric consultation service, BWH

*1 fellow, 1-3 months per year*

1993-present   Brigham and Women's Hospital, medical residency program: direct one-on-one research supervision of senior medical residents during 4-6 month research rotation

*2 residents each year for 4-6 months each; 3-6 contact hours per week throughout year*

1996-1998   Faculty preceptor, General Medicine Division, Brigham and Women's Hospital

*Supervised 3-4 house officers per session once a week, 2-3 months/year*

1997-1998   Faculty advisor, Castle Society, Harvard Medical School

ADVISEES AND TRAINEES (partial list):

| Trainee name, years | Research topic | Current position |
| --- | --- | --- |
| Stephen Soumerai, Sc.D.<br>Predoctoral/Postdoctoral<br>1979-92 | Improving prescribing practices; pharmaceutical health policy | Professor of Ambulatory Care and Prevention, HMS |
| Daniel Everitt, M.D.<br>Postdoctoral<br>1983-86 | Geriatric pharmacology | Director, Clinical Research, SmithKline Beecham Pharmaceuticals |
| May Reed, M.D.<br>Predoctoral<br>1983-86 | Geriatrics; health services research | Associate Professor of Medicine, University of Washington, Seattle |
| Lee Learman, M.D., Ph.D.<br>Predoctoral<br>1983-87 | The effect of expectations on clinical outcomes | Assistant Professor of Obstetrics, Gynecology and Reproductive Sciences, UCSF |
| Lawrence Cohen, M.D., Ph.D.<br>Predoctoral<br>1984-88 | Cross-cultural definitions of dementia | Professor of Medical Anthropology, University of California, Berkeley |
| Mark Beers, M.D.<br>Postdoctoral<br>1985-87 | Geriatric pharmacology | Executive Director of Geriatrics, Merck & Co.; Editor-in-Chief, The Merck Manuals |
| Susanne Salem-Schatz, Sc.D.<br>Predoctoral/Postdoctoral<br>1985-90 | Health services research; clinical decisionmaking | Assistant Professor of Medicine, HMS, CHMC |
| Roselie Bright, Sc.D.<br>Predoctoral/Postdoctoral<br>1986-89 | Pharmacoepidemiology | Epidemiologist, Center for Devices, Food and Drug Administration |
| Jerry Gurwitz, M.D.<br>Postdoctoral<br>1986-96 | Adverse drug effects in the elderly | Professor of Medicine, U. Mass. Medical School; Director, Meyers Primary Care Research Institute |
| Paul Campbell, Sc.D.<br>Predoctoral<br>1986-87 | The role of hospital management in altering physician practice patterns | Lecturer on Management, Department of Health Policy & Management, Harvard School of Public Health |
| Tom McLaughlin, Sc.D.<br>Predoctoral<br>1986-88 | Diffusion of innovation in new drug technologies | Assistant Professor, Ambulatory Care and Prevention, HMS |
| Mark Monane. M.D., M.S.<br>Postdoctoral<br>1989-96 | Adverse drug effects and compliance | Director of Geriatric Medication Management, Merck-Medco |

21

| | | |
|---|---|---|
| Susan Kalish, M.D., M.P.H.<br>Postdoctoral<br>1992-95 | Cost-effectiveness analysis of medications | Assistant Professor of Medicine, Boston University Medical School |
| Rhonda Bohn, Sc.D.<br>Predoctoral<br>1991-2000 | Pharmacoepidemiology, cost-effectiveness analysis | Instructor in Medicine, BWH/HMS |
| Daniel Solomon, M.D., M.P.H.<br>Postdoctoral<br>1994-present | Health care technology assessment | Assistant Professor of Medicine, BWH/HMS |
| Carole Flamm, M.D.<br>Postdoctoral<br>1994-96 | Cost-effectiveness of neuro-imaging studies in dementia and stroke | Senior Consultant, Technology Evaluation Center, Blue Cross-Blue Shield Association |
| Philip Wang, M.D., Dr.P.H.<br>Postdoctoral<br>1994-present | Utilization and side effects of psychoactive medications | Assistant Professor of Medicine, BWH/HMS |
| Johanne Monette, M.D., M.S.<br>Postdoctoral<br>1994-96 | Cross-national comparisons of drug utilization and outcomes | Assistant Professor of Medicine, McGill University |
| Cynthia X. Pan, M.D.<br>Postdoctoral<br>1996-97 | Racial differences in medication use and outcomes | Assistant Professor of Medicine, Mount Sinai Medical School |
| Eric Knight, M.D., M.P.H.<br>Postdoctoral<br>1997-99 | Epidemiology and outcomes of cardiovascular drug use in the elderly | Instructor in Medicine, Harvard Medical School |
| Minalkumar Patel, M.D.<br>Postdoctoral<br>1997-2001 | Cost-effectiveness analysis of medications | Chief Medical Director for Quality Management, Blue Cross and Blue Shield of New Jersey |
| Anick Berard, Ph.D.<br>Postdoctoral<br>1998-2000 | Use and outcomes of drugs in rheumatology | Assistant Professor of Epidemiology, University of Montreal |
| David Ganz<br>Predoctoral<br>1998-2001 | Decision analytic studies of therapeutic choices in cardiovascular disease | Fellow in Geriatric Medicine, UCLA (graduated HMS with honors based on research with JA) |
| Joshua Benner, Pharm.D., Sc.D.<br>Postdoctoral<br>1999-2002 | Cost-effectiveness of and compliance with medications | Director of Health Economics, ValueMedics Research, Inc. |
| Wolfgang Winkelmayer, M.D., Sc.D.<br>Postdoctoral<br>2000-present | Clinical outcomes in patients with end-stage renal disease | Instructor in Medicine, BWH / HMS |

22

| | | |
|---|---|---|
| Michael Fischer, M.D.<br>Postdoctoral<br>1999-present | Improving house officer prescribing; adverse effects of antihypertensives | Instructor in Medicine, BWH / HMS |
| Sebastian Schneeweiss, M.D., Sc.D.<br>Postdoctoral<br>2000-present | Health service utilization and clinical effects of changes in drug reimbursement policies | Assistant Professor of Medicine, BWH / HMS |
| Charles Morris, M..D.<br>Postdoctoral<br>2001-present | Exclusion of elderly from clinical trials; education for appropriate prescribing | Instructor in Medicine, BWH / HMS |
| Yuka Kiyota, M.D., M.P.H.<br>Postdoctoral<br>2001-2002 | Adverse effects of antifungal agents and of antiparkinsonian medications | House officer and clinical fellow, Yale Medical School |

23

## BRIEF DESCRIPTION OF SELECTED REFERENCES

**Avorn J, Soumerai SB. Improving drug-therapy decisions through educational outreach: A randomized controlled trial of academically based "detailing." N Engl J Med 1983; 308:1457-1463.**

This paper represents the first publication of the approach I developed that used a new kind of educational outreach to teach physicians how to improve their drug-use decisions. It was based on the observation that advocates of data-driven, appropriate medication use generally did not communicate proactively or compellingly with typical practitioners. By contrast, pharmaceutical manufacturers were very effective in changing physicians' behavior, but did so primarily to promote particular products. I hypothesized that prescribing could be improved by adapting the effective behavior-change approach of the private sector and using it instead to disseminate instruction about evidence-based therapeutics. Shortly after completion of my residency, I formulated this approach in my first R01 application and submitted it to what was then the National Center for Health Services Research (later AHCPR/AHRQ). The grant was funded, and as the project grew I hired Stephen Soumerai, then a master's degree student at HSPH, to work with me on the project.

The intervention was tested in a randomized trial involving 435 physicians in four states, and sought to reduce mis-use of three drug groups: antibiotics used for viral infections, ineffective cerebral and peripheral "vasodilators," and propoxyphene (Darvon)-containing analgesics. Physicians randomized to the experimental intervention were visited in their offices by pharmacists whom we trained in the pharmacology of the target drug groups as well as in behavior-change strategies, adult learning theory, and social marketing concepts. Actual prescribing practices were tracked through analysis of each state's Medicaid paid claims tapes for the prescriptions written by each physician in the experimental and control groups.

The trial demonstrated significant reductions in inappropriate prescribing by the doctors randomized to the experimental group, using an intention-to-treat analysis. It has often been cited as one of the first studies to use a rigorous trial design to measure the impact of a medical education intervention on so large a scale. In a formal benefit-cost analysis (ref. 9) we further showed that the approach saved twice as much as it cost to implement. The intervention, which I named "academic detailing," is now in widespread use in the U.S., Europe, and the developing world. It has spawned a substantial literature of its own which demonstrated its effectiveness in many clinical situations in a wide variety of health care systems. The Cochrane Collaborative now maintains an ongoing evidence-based review of the literature describing such programs, which it terms "educational outreach visits."

Avorn J, Soumerai SB, Taylor W, Wessels M, Janousek J, Weiner M. **Reduction of incorrect antibiotic use through a structured antibiotic order form.** Arch Int Med 1988; 148:1720-1724.

In the mid-1980s, I established an educational program at the Beth Israel Hospital to improve medication use there. This paper reports on the component of that work aimed at teaching physicians to prescribe antibiotics more appropriately. The goal was to provide physicians with real-time feedback to guide prescribing decisions *before* a problematic drug order had been entered, a precursor to today's computerized order-entry systems. I developed a quasi-"interactive" paper-based structured order form for antibiotics. When a drug was chosen, the form provided the ordering physician with prompts concerning pharmacokinetics and dosages, as well as educational messages about appropriate use. These were modified periodically to reflect changing resistance patterns and new areas of problematic antibiotic utilization at the hospital. Using interrupted time-series analysis, we demonstrated that the introduction of the form significantly improved use of targeted antibiotics, and also resulted in substantial cost savings. A follow-up study documented that the improved antibiotic prescribing that resulted was not associated with any adverse clinical outcomes. This approach has since been adopted in a number of other hospitals throughout the country.

**Avorn J, Dreyer P, Connelly K, Soumerai SB. Use of psychoactive medication and the quality of care in rest homes: Findings and policy implications of a state-wide study. N Engl J Med 1989; 320:227-32.**

Effective approaches to improve medication use require rigorous definition of how drugs are used in a given setting. The problem of suboptimal drug use in elderly patients has been a central theme of my research and educational activities. Throughout the 1980s, board-and-care facilities in Massachusetts ("rest homes") increasingly came to care for two particularly vulnerable populations: frail elderly affected by the shortage of nursing home beds, and de-institutionalized patients with chronic mental illness who lacked community-based alternatives for care. More and more of these people were being housed in board-and-care facilities that had not been designed and were not being reimbursed to care for such complex residents. Little was known about the quality of medication use or the training needs of staff in these homes. To define this problem more clearly and lay the groundwork for policy changes, I developed a state-wide educational assessment that was implemented with the help of the Massachusetts Department of Public Health. We performed a population-based evaluation of the knowledge of staff concerning the medications they were administering. Our study documented that psychoactive drugs were being dispensed, and patients evaluated, by caretakers who had minimal understanding of safe or appropriate drug use. The findings of this survey helped bring about changes in state policies that mandated higher educational and regulatory standards in facilities caring for these vulnerable residents.

Soumerai SB, Ross-Degnan D, Avorn J, McLaughlin TJ. Effects of Medicaid drug-payment limits on admission to hospitals and nursing homes. N Engl J Med 1991; 325:1072-1077.

In an attempt to contain costs, for an 11-month period the New Hampshire Medicaid program limited all Medicaid recipients to a maximum of three prescriptions per month. The program was carried out solely through quotas and rationing, with no education about cost-effectiveness or other evidence-driven guides to prescribing. Assessment of this policy was taken on by Dr. Soumerai and other faculty in my research unit; in an earlier NEJM paper (ref. 17) we had demonstrated the negative impact of this "cap" on physicians' ability to prescribe appropriately for their chronically ill indigent patients.

In this paper, we documented the consequences of such rationing on physician prescribing, by measuring the health care outcomes of the affected Medicaid patients in New Hampshire. We compared them with a comparable group of chronically ill patients we identified in the New Jersey Medicaid program, whose medication use was not subjected to any such cap. Using survival analysis, we showed that the New Hampshire cohort had a significantly greater rate of nursing-home institutionalization, hospital care, or death in compared to the New Jersey cohort. This pattern of differential survival ended when the cap policy was abandoned, although its effects persisted for the excess patients who reached one of these adverse endpoints in New Hampshire. The additional costs required by such institutional care offset any savings in drug expenditures that the policy generated. This paper has become one of the most often-cited studies of the adverse impact of economic constraints on drug use, and their effects on clinical status, health care utilization, and expenditures.

**Avorn J, Soumerai SB, Everitt DE, Ross-Degnan D, Beers MH, Sherman D, Salem-Schatz SR, Fields D. A randomized trial of a program to reduce the use of psychoactive drugs in nursing homes. N Engl J Med 1992; 327:168-173.**

   Of all health care settings in which drugs are used, the nursing home has been one of the most problematic. This paper reports on my application of the "academic detailing" approach to the problem of excessive psychoactive drug use in long-term care settings. The study was designed as a randomized controlled trial; it was carried out in 12 Massachusetts nursing homes caring for 850 patients. In the institutions we randomized to the intervention group, doctors, nurses, and aides received a series of interactive educational visits, curriculum materials, lectures, and "un-advertisements" we designed. The program taught clinicians about appropriate use of sedating medications in frail elderly patients, and presented data on side effects, preferred agents if any were used, and geriatric dosing guidelines. We also provided information on alternatives to inappropriate use of benzodiazepines, neuroleptics, and hypnotics in such patients.

   After we collected detailed information on all drugs prescribed in all facilities, we trained a research assistant (blinded to study design and group assignment) to assess patients in all facilities before and after the intervention period. We showed that the intervention succeeded in significantly reducing the burden of excessive psychoactive drug use in the experimental homes compared with controls, without deterioration in the behavior of residents. In addition, patients who had previously been taking neuroleptics performed significantly better on a detailed test of memory in the experimental homes as compared with comparable patients in the control homes.

Avorn J, Gurwitz JH, Bohn RL, Mogun H, Monane M, Walker A. Increased incidence of levodopa therapy following metoclopramide use. JAMA 1995; 274:1780-1782.

One of the most difficult problems in educating physicians about the use of drugs in older patients is to help them distinguish between drug side effects and the onset of a new disease process, which may then be unnecessarily treated with still other medications. I hypothesized that this might occur if the extra-pyramidal side effects of a drug such as metoclopramide (Reglan) were mistakenly attributed to new-onset idiopathic Parkinson's disease. Little previous work had been done on this question other than a clinical study we had published previously (ref. 59), and a companion study published in *The American Journal of Medicine* which quantified this problem in relation to haloperidol (ref. 65).

In the present study, I employed the relational pharmacoepidemiology database we developed to identify all patients over age 65 who began treatment with dopaminergic antiparkinsonian agents such as Sinemet (L-dopa/carbidopa). We then measured whether such treatment was initiated more frequently in metoclopramide users. Because metoclopramide (and related neuroleptics) block dopaminergic receptors in the brain, this is not an appropriate initial strategy for management of these symptoms, and strongly suggests that a misdiagnosis of idiopathic Parkinson's disease had been made. The hypothesis was confirmed with the documentation of a three-fold increase in the initiation of use of L-dopa in patients taking metoclopramide, even after controlling for potential confounders using multivariable regression techniques. The availability of detailed information on dose and duration of therapy on all prescriptions in the database also made it possible to describe a dose-response curve in this population-based study, as well as to identify specific patient risk factors associated with this form of preventable iatrogenic problem. These findings, as well as the related papers cited, were then integrated into teaching programs in geriatric pharmacology both in our own unit as well as nationally.

**Avorn J, Monette J, Lacour A, Monane M, Mogun H, Bohn RL, LeLorier J. Persistence of use of lipid-lowering medications: a cross-national study. JAMA 1998;279:1458-1462.**

Optimal prescribing requires an understanding of how well patients are adhering to the prescribed regimen, and development of methods to assess and ultimately improve such use. In earlier work (refs. 17, 34), we had demonstrated the adverse outcomes of economic restriction of such coverage. However, physicians still remain unaware of the magnitude of non-compliance among their patients even when economic constraints are absent. In this paper, we documented that even in the presence of adequate medication coverage, patients still often failed to take prescribed medications as directed. Using the case of lipid-lowering drugs, we studied the persistence of medication use among patients in three different health care contexts, each of which provided comprehensive pharmacy benefits coverage: a province-wide program in Quebec that covered all medication costs for all residents over 65, the Medicaid program of New Jersey, and that state's Pharmacy Assistance for the Aged and Disabled program, which covers drug costs for non-indigent elderly.

We found that despite marked differences in the health care financing systems of the United States and Canada, patterns of compliance were similar and equally low in both countries. Within the 12-month period studied, patients prescribed lipid-lowering drugs filled only enough medication to have drug available to them for 60% of the year on average. Compliance was significantly worse for the bile acid resins and niacin than for the HMG-CoA reductase inhibitors. When we extended followup for five years beyond the original study period, only 52% of the surviving patients who had been prescribed a lipid-lowering drug were still on therapy. In comparing the two U.S. populations, we found that even in the face of complete coverage for all prescription costs, poorer patients (those in Medicaid) were significantly more likely to have compliance problems that than less poor patients (those in the PAAD program), even after controlling for other differences in demographic and clinical characteristics between the two groups.

This work has had important implications for physician education about prescribing, as well as for health policy. First, it documented the very high level of non-compliance across multiple populations, and identified predictors of which patients are more likely to stop taking recommended therapies. This work has also become part of the current debate on medication reimbursement policy for the elderly, since it demonstrates that as important as adequate drug coverage is, other aspects of the health care delivery system must also work well (e.g., the physician-patient relationship, education programs, compliance surveillance systems) to ensure optimal medication use.

**Solomon DH, van Houten L, Glynn RJ, Baden L, Curtis K, Schrager H, Avorn J. Academic detailing to improve use of broad-spectrum antibiotics at an academic medical center. Arch Intern Med 2001; 161:1897-1902.**

Antibiotic use has long been an area in need of physician education, but suboptimal use continues to be a problem. In hospital settings, a particularly important issue is the overuse of broad-spectrum agents, which can encourage the development of bacterial resistance. With the creation of the Division of Pharmacoepidemiology and Pharmacoeconomics at BWH, I had the opportunity to further develop the educational outreach approach described above, and to apply it to a new prescribing area (inpatient antibiotic use) in a different clinical setting (the teaching hospital). With other faculty and staff in my division, we developed an algorithm that used the hospital's clinical information system that began with identification of all orders for two often-overused broad-spectrum antibiotics (ceftazidime and levofloxacin) as soon as they were written. We then developed a set of decision rules with colleagues from the Infectious Diseases Division to define situations in which such use might be inappropriate. Information on the order was then sent to an ID physician or specially trained clinical pharmacist for review of the primary medical record. If the order still appeared unnecessary, the responsible house officer was contacted for an on-the-spot interactive educational session on rational antibiotic use, usually within 24 hours of the original order. The program was modeled on my earlier "academic detailing" work (NEJM 1983 and NEJM 1992), modified for use in an academic in-patient setting.

To evaluate the effect of the intervention, we randomly allocated 17 teams on the medical services at BWH to receive the new intervention or to serve as controls. We used the hospital's computer system to track all use of the two broad-spectrum antibiotics on each service. We showed that over an 18-week study period, the services randomized to the intervention group had 41% fewer days of unnecessary antibiotic use than did the control teams (P < .001). No adverse clinical events were found. As a result of this study, this approach has been adopted for use as an ongoing quality-improvement program at BWH.

Benner JS, Glynn RJ, Mogun H, Neumann PJ, Weinstein MC, Avorn J. **Long-term persistence in use of statin therapy in elderly patients.** JAMA 2002; 288:455-461.

In a previous paper in JAMA (see above, ref. 90), we had demonstrated poor compliance with statin use among indigent patients in the U.S. and in the entire elderly population of Quebec. The present paper, produced by Dr. Benner as part of his doctoral dissertation work under my mentorship, extended those findings by following up a larger U.S. cohort for a period of ten years. In defining the medication use behavior of 34,501 patients, it became the largest and longest-duration study of statin use in the literature, and one of the largest studies of compliance published for any drug. We found that only 26% of patients begun on a statin were still compliant after five years, with most of the drop-off occurring in the first 12 months of therapy. We then identified several predictors of poor compliance that can be used by physicians and health care systems to target patients at particularly high risk of stopping use of this important class of medications. These included nonwhite race, poverty (even though all patients studied had full drug coverage), older age, depression, and impaired cognitive function. Of particular relevance to clinical education programs, the analysis also found that non-compliance was likeliest in patients with less severe cardiovascular morbidity at the time of initiation of therapy, and in patients who had ischemic coronary events while on treatment. These findings will next be integrated into compliance-enhancing interventions that will focus on patients identified as being at highest risk.

**Morris CA, Avorn J. Internet marketing of herbal products. JAMA 2003; 290; 1505 – 1509.**

Communication with physicians about therapies has become more complicated with the proliferation of direct-to-consumer promotion of treatments of all kinds, and the increase in patients' use of alternative medicine approaches. Both developments have important implications for prescribing, and for how doctors can be taught to work with their patients in this intense new environment. Dr. Morris is a junior faculty member in the division of Pharmaco-epidemiology with an interest in medical education, working under my direct supervision. To systematically define the content and quality of facts about herbally-derived medications that are disseminated through the internet, we employed the five most commonly used search engines to evaluate the information provided about the eight herbal supplement products most widely used for medical purposes. Regulation of statements made in medicinal promotion of all kinds is a key aspect of information-transfer, and one goal of this study was to assess the enforcement of rules that govern the claims made in such advertising to patients and to doctors.

We identified 443 informational web sites for analysis; three quarters of these were retail sites. Of these, 81% made therapeutic claims that frequently violated federal regulations concerning promised clinical effects. Half of the sites that made health claims failed to include the legally required disclaimer that the products had not been reviewed by FDA, and did not purport to treat or prevent any disease.

In the present environment, educating physicians about rational therapy also requires educating them about the alternative treatments their patients may be taking, and about the accuracy of the information they and their patients are exposed to. An editorial written by the editors of JAMA to accompany our paper cited it as evidence of the need for regulatory reforms to require alternative medicine products to meet the same standards of efficacy and safety currently required for prescription drugs.

**BIBLIOGRAPHY**

**BOOK:**

Avorn, J. Powerful Medicines: the Benefits, Risks, and Costs of Prescription Drugs. New York, Knopf, 2004.

**ORIGINAL ARTICLES:**

1. Lieff J, Avorn J, Caddell H, Anderson H, Gorlin P, Kennedy S, Goodwin V, Verlenden L. Attitudes of the medical profession toward drug abuse. Amer J Publ Health 1973; 63:1035-1039.

2. Avorn J, Soumerai S. Demarketing strategies in prescription drug use. Ann World Assn Med Informatics 1981; 1:13-16.

3. Avorn J, Soumerai S. Use of computer-based Medicaid drug data to analyze and correct inappropriate medication use. J Med Systems 1982; 6:377-386.

4. Avorn J, Langer E. Induced disability in nursing home patients: A controlled trial. J Am Geriat Soc 1982; 30:397-400.

5. Avorn J, Chen M, Hartley R. Scientific vs. commercial sources of influence on physician prescribing behavior. Am J Med 1982; 73:4-8.

6. Soumerai S, Avorn J. Perceived health status, morale, and activity in urban retirees: A randomized controlled trial of part-time employment. J Gerontol 1983; 38(3):356-362.

7. Avorn J, Soumerai SB. Improving drug-therapy decisions through educational outreach: A randomized controlled trial of academically based "detailing." N Engl J Med 1983; 308:1457-1463.

8. Avorn J. Drug policy in the aging society. Health Affairs 1983; 2:23-32.

9. Avorn J. Benefit and cost analysis in geriatric care. N Engl J Med 1984; 310:1294-1301.

10. Soumerai SB, Avorn J. Efficacy and cost-containment in hospital pharmacotherapy. Milbank Mem Fund Quart 1984; 62:447-474.

11. Soumerai SB, Avorn J. Economic and policy analysis of university-based drug "detailing." Med Care 1986; 24:313-331.

12. Avorn J, Everitt DE, Weiss S. Increased antidepressant use in patients prescribed beta-blockers. JAMA 1986; 225:357-360.

13. Cleary PD, Rogers TF, Singer E, Avorn J, et al. Health education about AIDS among seropositive blood donors. Hlth Educ Quart 1986; 13:317-329.

14. Avorn J, Niessen LC. Relationship of long bone fractures and water fluoridation. Gerodont 1986; 2:175-9.

15. Avorn J. Drug innovation and public policy. Hlth Affairs 1986; 5(2):124-127.

16. Soumerai SB, Avorn J. Predictors of physician prescribing change in an educational experiment to improve medication use. Med Care 1987; 25:210-221.

17. Pindyck J, Avorn J, Kurian M, Reed M, Iqbal MJ, Levine SJ. Blood donation by the elderly. JAMA 1987; 257:1186-1188.

18. Campion EW, Avorn J, Reder VA, Olins NJ. Overmedication of the low weight elderly. Arch Int Med 1987; 147:945-947.

19. Sherman DS, Avorn J, Campion EW. Cimetidine use in nursing homes: Prolonged therapy and excessive doses. J Am Geriat Soc 1987; 35:1023-1027.

20. Soumerai SB, Avorn J, Gortmaker S, Ross-Degnan D. Payment restrictions for prescription drugs in Medicaid: Effects on therapy, cost, and equity. New Engl J Med 1987; 317:550-556.

21. Soumerai SB, Avorn J, Gortmaker S, Hawley S. Effect of government warnings on propoxyphene use and overdose deaths. Am J Publ Health 1987; 77:1518-1523.

22. Avorn J, Soumerai SB, Taylor W, Wessels M, Janousek J, Weiner M. Reduction of incorrect antibiotic use through a structured antibiotic order form. Arch Int Med 1988; 148:1720-1724.

23. Beers M, Avorn J, Soumerai SB, Everitt DE, Sherman DS, Salem S. Psychoactive medication use in intermediate-care facility residents. JAMA 1988; 260:3016-3020.

24. Cleary P, Singer E, Rogers T, Avorn J, Vandevanter N, Soumerai SB, Perry S, Pindyck J. Sociodemographic and behavioral characteristics of HIV antibody-positive blood donors. Am J Publ Hlth 1988; 78:953-7.

25. Avorn J, Dreyer P, Connelly K, Soumerai SB. Use of psychoactive medication and the quality of care in rest homes: Findings and policy implications of a state-wide study. N Engl J Med 1989; 320:227-32.

26. Schwartz RK, Soumerai SB, Avorn J. Physician motivations for non-scientific drug prescribing. Soc Sci & Med 1989; 28:577-582.

27. Soumerai SB, McLaughlin T, Avorn J. Improving drug prescribing in primary care: A critical analysis of the experimental literature. Milbank Quart 1989; 67:268-317.

28. Buchwald D, Soumerai SB, Vandevanter N, Wessels MR, Avorn J. Effect of hospital-wide change in clindamycin dosing schedule on clinical outcomes. Rev Infec Dis 1989; 11:619-624.

29. Bright RA, Avorn J, Everitt DE. Medicaid data as a resource for epidemiologic studies: strengths and limitations. J Clin Epi 1989; 42:937-945.

30. Soumerai SB, Ross-Degnan D, Gortmaker S, Avorn J. Withdrawing payment for non-scientific drug therapy: Intended and unexpected effects of a large-scale natural experiment. JAMA 1990; 263:831-839.

31. Everitt DE, Avorn J, Baker MW. Clinical decisionmaking in the evaluation and treatment of insomnia. Am J Med 1990; 89:357-362.

32. Learman, LA, Avorn J, Everitt DE, Rosenthal R. Pygmalion in the nursing home: The effects of caregiver expectation on patient outcomes. J Am Geriat Soc 1990; 38:797-803.

33. Gurwitz J, Avorn J, Ross-Degnan D, Lipsitz LA. Nonsteroidal anti-inflammatory drug-associated azotemia in the very old. JAMA 1990; 264:471-475.

34. Salem-Schatz SR, Avorn J, Soumerai SB. Influence of clinical knowledge, organizational context, and practice style on transfusion decision making. JAMA 1990; 264:476-483.

35. Everitt DE, Soumerai S, Avorn J, Klapholz H, Wessels M. Changing antimicrobial prophylaxis through education aimed at senior department leaders. Infec Control Hosp Epidem 1990; 11:578-583.

36. Soumerai SB, Avorn J. Principles of educational outreach ("academic detailing") to improve clinical decisionmaking. JAMA 1990; 263:549-556.

37. Avorn J, Everitt DE, Baker MW. The neglected medical history and therapeutic choices for abdominal pain. Arch Int Med 1991; 51:694-698.

38. Everitt DE, Fields D, Avorn J, Soumerai S. Resident behavior and staff distress in the nursing home. J Am Geriatrics Soc 1991; 39:792-798.

39. Soumerai SB, Ross-Degnan D, Avorn J, McLaughlin TJ. Effects of Medicaid drug-payment limits on admission to hospitals and nursing homes. N Engl J Med 1991; 325:1072-1077.

40. Gurwitz JH, Avorn J. The ambiguous relationship between aging and adverse drug

reactions. Ann Intern Med 1991; 114:956-966.

41. Avorn J, Soumerai SB, Everitt DE, Ross-Degnan D, Beers MH, Sherman D, Salem-Schatz SR, Fields D. A randomized trial of a program to reduce the use of psychoactive drugs in nursing homes. N Engl J Med 1992; 327:168-173.

42. Kuchel GA, Avorn J, Reed MJ, Fields D. Cardiovascular responses to phlebotomy and sitting in middle-aged and elderly subjects. Arch Int Med 1992; 152:366-70.

43. Gurwitz JH, Col N, Avorn J. Exclusion of elderly and women from clinical trials in acute myocardial infarction. JAMA 1992; 268:1417-1422.

44. Gurwitz JH, Avorn J, Ross-Degnan D, Choodnovskiy I, Ansell J. Aging and the anticoagulant response to warfarin. Ann Intern Med 1992; 116:901-904.

45. Beers MH, Avorn J, Soumerai S, Hawley, SL, Drobnyk G. Computer-assisted drug data collection. J Med Syst 1992; 16:1-6.

46. Gurwitz JH, Bohn R, Glynn RJ, Avorn J. Antihypertensive drug therapy and initiation of treatment for diabetes mellitus. Ann Intern Med 1992; 118:273-278.

47. Monane M, Avorn J, Beers MH, Everitt DE. Anticholinergic drug use and bowel function in nursing home patients. Arch Int Med 1993; 153:633-638.

48. Cleary PD, Van Devanter N, Rogers TF, Singer E, Shipton-Levy R, Steilen M, Stuart A, Avorn J, Pindyck J. Depressive symptoms in blood donors notified of HIV infection. Am J Publ Health 1993; 83:534-539.

49. Gurwitz JH, Glynn R, Monane M, Everitt DE, Gilden D, Smith N, Avorn J. Treatment for glaucoma: Adherence by the elderly. Am J Publ Health 1993; 83:711-716.

50. Avorn J, Glynn RJ, Gurwitz JH, Bohn RL, Monane M, Everitt DE, Gilden D, Choodnovskiy I. Adverse pulmonary effects of topical beta-blockers used in the treatment of glaucoma. J Glaucoma 1993; 2:158-165.

51. Soumerai SB, Salem-Schatz S, Avorn J, Casteris CS, Ross-Degnan D, Popovsky MA. A controlled trial of educational outreach to improve blood transfusion practice. JAMA 1993; 270:961-966.

52. Salem-Schatz SR, Avorn J, Soumerai SB. Influence of knowledge and attitudes on the quality of physicians' transfusion practice. Med Care 1993; 31:868-78.

53. Soumerai S, Avorn J, Taylor W, Wessels M, Maher D, Hawley S. Improving choice of prescribed antibiotics through concurrent reminders in an educational order form. Med Care 1993; 31:552-8.

54. Glynn RJ, Gurwitz JH, Bohn RL, Monane M, Choodnovskiy I, Avorn J. Old age and race as determinants of initiation of glaucoma therapy. Am J Epidemiol 1993; 138:395-406.

55. Gurwitz JH, Bohn RL, Glynn RJ, Monane M, Mogun H, Avorn J. Glucocorticoids and the risk for initiation of hypoglycemic therapy. Arch Int Med 1994; 154:97-101.

56. Avorn J, Monane M, Gurwitz JH, Glynn RJ, Choodnovskiy I, Lipsitz LA. Reduction of bacteriuria and pyuria after ingestion of cranberry juice. JAMA 1994; 271:751-754.

57. Pickering TD, Gurwitz JH, Zaleznik D, Noonan JP, Avorn J. The appropriateness of oral fluoroquinolone prescribing in the long-term care setting. J Am Geriatr Soc 1994; 42:28-32.

58. Monane M, Bohn RL, Gurwitz JH, Glynn R, Avorn J. Non-compliance with congestive heart failure therapy in the elderly. Arch Int Med 1994; 154:433-437.

59. Avorn J, Monane M, Everitt DE, Beers MH, Fields D. Clinical assessment of extra-pyramidal signs in nursing home patients given antipsychotic medication. Arch Int Med 1994; 154:1113-7.

60. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Choodnovskiy I, Avorn J. Topical glaucoma medications and cardiovascular risk in the elderly. Clin Pharmacol Ther 1994; 55:76-83.

61. Harari D, Gurwitz JH, Avorn J, Choodnovskiy I, Minaker KL. Constipation: assessment and management in an institutionalized elderly population. J Am Geriatr Soc 1994; 42:947-952.

62. Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA 1994; 272:781-6.

63. Glickman L, Bruce EA, Caro FG, Avorn J. Physicians' knowledge of drug costs for the elderly. J Am Geriatr Soc 1994; 42:992-6.

64. Gurwitz JH, Field TS, Glynn RJ, Manson JE, Avorn J, Taylor JO, Hennekens CH. Risk factors for non-insulin-dependent diabetes mellitus requiring treatment in the elderly. J Am Geriatr Soc 1994; 42:1235-1240.

65. Avorn J, Bohn R, Mogun H, Gurwitz J, Monane M, Everitt D, Walker A. Neuroleptic drug exposure and treatment of parkinsonism in the elderly: a case-control study. Am J Med 1995; 99:48-54.