66. Monane M, Gurwitz JH, Lipsitz LA, Glynn RJ, Avorn J.  Epidemiologic and diagnostic aspects of bacteriuria: a longitudinal study in elderly women.  J Am Geriat Soc 1995; 43:618-922.

67. Monane M, Glynn RJ, Gurwitz JH, Bohn RL, Levin R, Avorn J.  Trends in medication choices for hypertension in the elderly: the decline of the thiazides.  Hypertension 1995; 125:1045-1051.

68. Ross-Degnan D, Soumerai S, Avorn J, Bohn RL, Bright R, Aledort LM.  Hemophilia home treatment: Economic analysis and implications for health policy.  Intl J of Technol Assess Hlth Care 1995; 11:327-344.

69. Kalish S, Gurwitz JH, Krumholz H, Avorn J.  A cost-effectiveness model of thrombolytic therapy for acute myocardial infarction.  J Gen Intern Med 1995; 10:321-330.

70. Kalish SC, Bohn RL, Mogun H, Glynn RJ, Gurwitz JH, Avorn J.  Antipsychotic prescribing patterns and the treatment of extrapyramidal symptoms in older people.  J Am Geriat Soc 1995; 43:967-973.

71. Avorn J, Gurwitz JH, Bohn RL, Mogun H, Monane M, Walker A. Increased incidence of L-dopa therapy following metoclopramide use. JAMA 1995; 274:1780-1782.

72. Harari D, Gurwitz JH, Choodnovskiy I, Avorn J, Minaker KL.  Correlates of regular laxative use in frail elderly persons.  Am J Med 1995; 99:513-518.

73. Avorn J, Gurwitz JH.  Drug use in the nursing home.  Ann Intern Med 1995; 123:195-204.

74. Cleary PD, VanDevanter N, Steilen M, Stuart A, Shipton-Levy R, McMullen W, Rogers TF, Singer E, Avorn J, Pindyck J.  A randomized trial of an education and support program for HIV-infected individuals.  AIDS Rsch 1995; 9:1271-1278.

75. Monane M, Glynn R, Avorn J. The effect of sedative-hypnotic use on sleep symptoms in elderly nursing home residents.  Clin Pharmacol Ther 1996; 59:83-92.

76. Gurwitz JH, Everitt DE, Monane M, Glynn RJ, Choodnovskiy I, Beaudet MP, Avorn J.  The impact of ibuprofen on the efficacy of antihypertensive treatment with hydrochlorothiazide in elderly persons.  J Gerontol: Med Sci 1996; 51A:M74-M79.

77. Harari D, Gurwitz JH, Avorn J, Bohn RL, Minaker KL.  Bowel habit in relation to age and gender: findings from the National Health Interview Survey and clinical implications.  Arch Int Med 1996; 156:315-320.

78. Monane M, Kanter DS, Glynn RJ, Avorn J.  Variability in length of hospitalization for stroke: the role of managed care in an elderly population.  Arch Neurol 1996; 53:875-880.

79. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Levin R, Avorn J.  Compliance with antihypertensive therapy: the role of age, gender, and race.  Am J Public Health 1996; 86:1805-1808.

80. Kalish S, Bohn RL, Avorn J.  Policy analysis of the conversion of histamine-2 antagonists to over-the-counter use.  Med Care 1997; 35:32-48.

81. Monane M, Gurwitz JH, Bohn RL, Glynn RJ, Levin R, Monette J, Avorn J.  The impact of thiazide diuretics on the initiation of lipid-reducing agents in older people: a population-based analysis.  J Am Geriatr Soc 1997; 45:71-75.

82. Harari D, Avorn J, Bohn RL, Mogun H, Minaker K.  How do older persons define constipation?  Implications for therapeutic management.  J Gen Intern Med 1997; 12:63-66 .

83. Gurwitz JH, Monette J, Rochon PA, Eckler MA, Avorn J.  Atrial fibrillation and stroke prevention with warfarin in the long-term care setting.  Arch Intern Med 1997; 157:978-984.

84. Huttin C, Avorn J.  Drug expenditures for hypertension: an empirical test of an economic model in a French population.  Cah Sociol Demogr Med 1997; 37:33-52.

85. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Levin R, Avorn J.  The effects of initial drug choice and comorbidity on antihypertensive therapy compliance: results from a population-based study in the elderly.  Am J Hypertens 1997; 10:697-704.

86. Gurwitz JH, Bohn RL, Glynn RJ, Avorn J.  Thiazide diuretics and the initiation of anti-gout therapy.  J Clin Epidemiol 1997; 8:953-959.

87. Monette J, Gurwitz JH, Rochon PA, Avorn J.  Physician attitudes concerning warfarin for stroke prevention in atrial fibrillation: results of a survey of long-term care paractitioners.  J Am Geriatr Soc 1997; 45:1060-1065.

88. Monette J, Mogun H, Bohn RL, Avorn J.  Concurrent use of antiulcerative agents. J Clin Gastroenterol 1997; 24:207-213.

89. Gurwitz JH, Yeomans SM, Glynn RJ, Lewis BE, Levin R, Avorn J.  Noncompliance in the managed care setting: the case of medical therapy for glaucoma.  Med Care 1998;36:357-369.

90. Avorn J, Monette J, Lacour A, Monane M, Mogun H, Bohn RL, LeLorier J. Persistence of use of lipid-lowering medications: a cross-national study. JAMA 1998;279:1458-1462.

91. Bohn RL, Avorn J, Glynn RJ, Choodnovskiy I, Haschemeyer R, Aledort LM. Prophylactic use of factor VIII: an economic evaluation. Thromb Haemost 1998;79:932-937.

92. Brown NJ, Griffin MR, Ray WA, Meredith S, Beers MH, Marren J, Robles M, Stergachis A, Wood AJ, Avorn J. A model for improving medication use in home health care patients. J Am Pharm Assoc 1998;38:696-702.

93. Glynn RJ, Monane M, Gurwitz JH, Choodnovskiy, Avorn J. Agreement between drug treatment and a discharge diagnosis of diabetes mellitus in the elderly. Amer J Epi 1999;149:541-549.

94. Solomon DH, Katz JN, Bohn RL, Mogun H, Avorn J. Non-occupational risk factors for carpal tunnel syndrome. J Gen Intern Med 1999;14:310-314.

95. Pan CX, Glynn RJ, Mogun H, Choodnovskiy I, Avorn J. Definition of race and ethnicity in the elderly in Medicare and Medicaid. J Am Geriatr Soc 1999;47:730-733.

96. Glynn RJ, Monane M, Gurwitz JH, Choodnovskiy I, Avorn J. Aging, comorbidity, and reduced rates of drug treatment for diabetes mellitus. J Clin Epi 1999;52:781-790.

97. Knight EL, Glynn RJ, McIntyre KM, Mogun H, Avorn J. Predictors of decreased renal function in patients with CHF during ACE inhibitor therapy. Amer Heart J 1999;138:849-855.

98. Bohn RL, Colowick AB, Avorn J. Probabilities, costs, and outcomes: methodologic issues in modeling hemophilia treatment. Haemophilia 1999;5:374-378.

99. Bohn RL, Gurwitz JH, Yeomans SM, Glynn RJ, Pasquale LR, Walker AM, Avorn J. Which patients are treated for glaucoma? An observational analysis. J Glauc 2000; 9:38-44.

100. Ganz DA, Kuntz KM, Jacobson GA, Avorn J. Cost-effectiveness of HMG Co-A reductase inhibitors in older patients with prior myocardial infarction. Ann Intern Med 2000; 132:780-787.

101. Bérard A, Solomon DH, Avorn J. Patterns of drug use in rheumatoid arthritis. J Rheum 2000;96:1648-55.

102. Wang PS, Walker A, Tsuang M, Orav EJ, Levin R, Avorn J. Strategies for improving comorbidity measures based on Medicare and Medicaid claims data. J Clin Epi 2000; 53:571-578.

103. Avorn J, Solomon DH. Cultural and economic factors that (mis)shape antibiotic utilization: the non-pharmacologic basis of therapeutics. Ann Intern Med 2000; 133:128-35.

104. Knight EL, Glynn RJ, Levin R, Ganz DA, Avorn J. Failure of evidence-based medicine in the treatment of hypertension in older patients. J Gen Intern Med 2000; 133:128-35.

105. Colowick AB, Bohn RL, Avorn J, Ewenstein B. Immune tolerance induction in hemophilia patients with inhibitors: Costly can be cheaper. Blood 2000; 96:1698-702.

106. Ganz DA, Glynn RJ, Mogun H, Knight EL, Bohn RL, Avorn J. Adherence to guidelines for oral anticoagulation after venous thrombosis and pulmonary embolism. J Gen Intern Med 2000; 15: 776-781.

107. Wang PS, Solomon DH, Mogun H, Avorn J. HMG-CoA reductase inhibitors and the risk of hip fractures in elderly patients. JAMA 2000; 283:3211-3216.

108. Gurwitz JH, Field TS, Avorn J, McCormick D, Jain S, Eckler M, Benser M, Edmondson AC, Bates DW. Incidence and preventability of adverse drug events in nursing homes. Am J Med 2000; 109:87-94.

109. Van Eijk ME, Bahri P, Dekker G, Herings RM, Porsius A, Avorn J, De Boer A. Use of prevalence and incidence measures to describe age-related prescribing of antidepressants with and without anticholinergic effects. J Clin Epi 2000; 53:645-51.

110. Fields TS, Gurwitz JH, Avorn J, McCormick D, Jain S, Eckler M, Benser M, Bates DW. Risk factors for adverse drug events among nursing home residents. Arch of Intern Med 2001; 161:1629-34.

111. Van Eijk ME, Krist LF, Avorn J, Porsius A, de Boer A. Do the research goal and databases match? A checklist for systematic approach. Health Policy 2001; 58: 263-74.

112. Solomon DH, Stone PH, Glynn RJ, Ganz DA, Gibson CM, Terry R, Avorn J. Use of risk stratification to identify patients with unstable angina likeliest to benefit from an invasive versus conservative management strategy. J Amer Coll Cardiol 2001; 38:969-976.

113. Wang PS, Walker AM, Tsuang MT, Orav EJ, Levin RL, Avorn J. Antidepressant use and the risk of breast cancer. J Clin Epi 2001; 54:728-734.

114. Knight E, Bohn R, Wang P, Glynn RJ, Mogun H, Avorn J. Predictors of uncontrolled hypertension in ambulatory patients. Hypertension 2001; 38:809-814.

115. Van Eijk ME, Avorn J, Porsius AJ, De Boer A. Reducing prescribing of highly anticholinergic antidepressants for elderly people: a randomised trial of group versus individual academic detailing. BMJ 2001; 322: 654-657.

116. Wang PS, Walker A, Tsuang M, Orav EJ, Levin R, Avorn J. Finding incident breast cancer cases through U.S. claims data and a state cancer registry. Cancer Causes and Control 2001; 12:257-265.

117. Knight EL, Avorn J. Quality indicators for appropriate medication use in the care of the vulnerable elderly. Ann Intern Med 2001;135:703-710.

118. Wang PS, Bohn RL, Glynn RJ, Mogun H, Avorn J. Hazardous benzodiazepine regimens in the elderly: effects of half-life, dosage, and duration on risk of hip fracture. Amer J Psychiat 2001;158:892-898.

119. Solomon DH, van Houten L, Glynn RJ, Baden L, Curtis K, Schrager H, Avorn J. Academic detailing to improve use of broad-spectrum antibiotics at an academic medical center. Arch Intern Med 2001;161:1897-1902.

120. Wang PS, Bohn RL, Glynn RJ, Mogun H, Avorn J. Zolpidem use and hip fractures in the elderly. J Amer Geriat Soc 2001; 49:1685-1690.

121. Schneeweiss S, Seeger J, Maclure M, Wang P, Avorn, J, Glynn RJ: Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data. Am J Epidemiol 2001; 154: 854-64.

122. Winkelmayer WC, Glynn RJ, Levin R, Owen W, Avorn J: Late referral and modality choice in end-stage renal disease. Kidney Int 2001; 60:1547-1554.

123. Glynn RJ, Knight EL, Levin R, Avorn J. Paradoxical relations of drug treatment with mortality in older persons. Epidemiol 2001;12:682-689.

124. Schneeweiss S, Seeger JD, Maclure M, Wang PS, Avorn J, Glynn RJ. Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data. Am J Epidemiol 2001;154:854-64.

125. Winkelmayer WC, Glynn RJ, Levin R, Owen W, Avorn J. Determinants of delayed nephrologist referral in patients with chronic kidney disease. Am J Kidney Dis 2001; 38:1178-1184.

126. Wang PS, Glynn RJ, Ganz DA, Schneeweiss S, Levin R, Avorn J. Clozapine use

and the risk of diabetes mellitus.  J Clin Psychopharm 2002; 22:236-243.

127. Ewenstein BM, Avorn J, Putnam KG, Bohn RL.  Porcine factor VIII: Pharmacoeconomics of inhibitor therapy.  Haemophilia 2002; 8 suppl 1: 13-16.

128. Wang PS, Bohn RL, Knight E, Glynn RJ, Mogun H, Avorn J. Noncompliance with antihypertensive medications: the impact of depressive symptoms and psychosocial factors. J Gen Intern Med  2002; 17:504-511.

129. Wang PS, Levin R, Zhao SZ, Avorn J. Urinary antispasmodic use and the risks of ventricular arrhythmia and sudden death in elderly patients. J Amer Geriat Soc 2002; 50: 117-124.

130. Solomon DH, Ganz DA, Avorn J, Knight EL, Glynn RJ, Gibson CM, Stone PH. Which patients with unstable angina or non-Q-wave myocardial infarction should have immediate cardiac catheterization?  A clinical decision rule for predicting who will fail medical therapy.  J Clin Epi 2002; 55:121-128.

131. Avorn J, Benner J, Ford I, Ganz DA, Gaw A, Glynn RJ, Jackson J, Lagaay AM, Schneeweiss S, Walley T, Wang PS.  Measuring the cost-effectiveness of lipid-lowering drugs in the elderly: the outcomes research and economic analysis components of the prosper trial.  Controlled Clin Trials 2002; 23: 757-773.

132. Solomon DH, Glynn RJ, Levin R, Avorn J.  Nonsteroidal anti-inflammatory drug use and acute myocardial infarction.  Arch Intern Med 2002; 162:1099-1104.

133. Winkelmayer WC, Glynn RJ, Levin R, Mittleman MA, Pliskin JS, Avorn J.  Late nephrologist referral and access to renal transplantation.  Transplantation 2002; 73:1918-1923.

134. Avorn J, Winkelmayer WC, Bohn RL, Levin R, Glynn RJ, Levy E, Owen W. Delayed nephrologist referral and inadequate vascular access in patients with advanced kidney failure.  J Clin Epi 2002; 55:711-716.

135. Winkelmayer WC, Owen W, Glynn RJ, Levin R, Avorn J.  Preventive health care measures before and after start of renal replacement therapy.  J Gen Int Med 2002; 17:588-595.

136. Wang PS, Walker AM, Tsuang MT, Orav EJ, Glynn RJ, Levin RL, Avorn J. Dopamine antagonists and the development of breast cancer.  Arch Gen Psychiatry 2002; 59:1147-1154.

137. Schneeweiss S, Hasford J, Göttler M, Hoffmann A, Riethling A-K, Avorn J: Hospital admissions caused by adverse drug reactions: A longitudinal population-based study. Euro J Clin Pharm 2002; 58:285-291.

138. Avorn J, Bohn RL, Levy E, Levin R, Owen WF, Winkelmayer WC, Glynn RJ: Nephrologist care and mortality in patients with chronic renal insufficiency. Arch Intern Med 2002; 162:2002-2006.

139. Benner JS, Glynn RJ, Mogun H, Neumann PJ, Weinstein MC, Avorn J. Long-term persistence in use of statin therapy in elderly patients. JAMA 2002; 288:455-461.

140. Winkelmayer WC, Glynn RJ, Mittleman MA, Pliskin JS, Levin R, Avorn J: Comparing mortality of elderly patients on hemodialysis versus peritoneal dialysis: a propensity score approach. J Am Soc Nephrol 2002; 13:2353-2362.

141. Mantel-Teeuwisse AK, Verschuren WMM, Klungel OH, Kromhout D, Lendeman AD, Avorn J, Porsius AJ, de Boer A. Undertreatment of hypercholesterolaemia: a population-based study. Br J Clin Pharmacol 2003; 55: 389-397.

142. Winkelmayer WC, Owen WF, Levin R, Avorn J: A propensity analysis of late vs. early nephrologist referral and mortality on dialysis. J Am Soc Nephrol; 2003; 14:486-492.

143. Partridge A, Wang P, Winer E, Avorn J. Non-adherence to adjuvant tamoxifen therapy in women with primary breast cancer. J Clin Oncol 2003; 21: 602-606.

144. Winkelmayer WC, Levin R, Avorn J: The nephrologist's role in the management of calcium-phosphorus metabolism in patients with chronic kidney disease. Kidney Int 2003; 63:1836-1842.

145. Winkelmayer WC, Glynn RJ, Levin R, Avorn J: Hydroxyethyl starch and change in renal function in patients undergoing coronary artery bypass graft surgery. Kidney Int 2003; 64:1046-1049.

146. Fischer MA, Solomon DS, Teich JM, Avorn J. Conversion from intravenous to oral medications: assessment of a computerized intervention for hospitalized patients. Arch Intern Med 2003; 2585-9.

147. Winkelmayer WC, Levin R, Avorn J: Chronic kidney disease as a risk factor for bleeding complications after coronary artery bypass surgery. Am J Kidney Dis 2003; 41:84-89.

148. Fischer MA, Avorn J. Economic consequences of under-use of generic drugs: evidence from Medicaid and implications for prescription drug benefit plans. Health Serv Res 2003; 38: 1051-1063.

149. Solomon DH, Katz JN, Carrino JL, Schaffer JL, Bohn RL, Mogun H, Avorn J. Trends in knee magnetic resonance imaging: 1991-1995. Med Care 2003; 41: 687-692.

150. Schneeweiss S, Wang PS, Avorn J, Glynn RJ: Improved comorbidity adjustment for predicting mortality in Medicare populations. Health Serv Res 2003; 38: 1103-20.

151. Desai AS, Solomon DH, Stone PH, Avorn J. Economic consequences of routine coronary angiography in low and intermediate risk patients with unstable angina. Amer J Cardiol 2003; 92: 363-367.

152. Wang PS, Benner JS, Glynn RJ, Winkelmayer WC, Mogun H, Avorn J. How well do patients report non-compliance with antihypertensive medications? a comparison of self-report vs. filled prescriptions. Pharmacoepidemiol Drug Safety 2003; (in press).

153. Solomon DH, Glynn RJ, Levin R, Bohn R, Avorn J. The hidden costs of NSAIDs in older patients. J Rheumatol 2003;30:792-780.

154. Warsi A, LaValley MP, Wang PS, Avorn J, Solomon DH. Arthritis self-management education programs: a meta-analysis of the effect on pain and disablity. Arthritis Rheum 2003; 48: 2207-2213.

155. Solomon DH, Finkelstein JS, Katz JN, Mogun H, Avorn J. Underuse of osteoporosis medications in elderly patients with fractures. Am J Med 2003;15:398-400.

156. Avorn J, Patel M, Levin R, Winkelmayer WC: Hetastarch and bleeding complications after coronary artery surgery. Chest 2003; 124:1437-1442.

157. Solomon DH, Schneeweiss S, Glynn RJ, Levin R, Avorn J: Determinants of selective COX-2 inhibitor prescribing: Are patient or physician characteristics more important? Am J Med 2003; 115: 715-720.

158. Warsi A, Wang PS, LaValley, Avorn J, Solomon DH. Self-management education programs in chronic disease. Arch Intern Med 2004; 164:1641-1649.

159. Parr KG, Patel MA, Dekker R, Levin R, Glynn R, Avorn J, Morse DS. Multivariate predictors of blood product use in cardiac surgery. J Cardiothorac Vasc Anesth 2003; 17:176-181.

160. Morris CA, Avorn J. Internet marketing of herbal products. JAMA 2003; 290:1505-9.

161. Gilligan T, Wang PS, Levin R, Kantoff PW, Avorn J. Racial differences in screening for prostate cancer in the elderly. Arch Intern Med 2004; 164: 1858-64.

162. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Cannuscio CC, Levin R, Mogun H, Avorn J. The relationship between selective COX-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109:2068-2073.

163. Bohn RL, Aledort LM, Putnam KG, Ewenstein BM, Mogun H, Avorn J. The economic impact of factor VIII inhibitors in patients with haemophilia. Haemophilia 2004; 10: 1-6.

164. Morris, CA, Cabral D, Cheng H, Katz JN, Finkelstein JS, Avorn J, Solomon DH. Patterns of bone mineral density testing: current guidelines, testing rates and interventions. J Gen Intern Med 2004; 783-90.

165. Solomon DH, Schneeweiss S, Levin R, Avorn J. the relationship between COX-2 specific inhibitors and hypertension. Hypertension 2004; 2004; 44:140-145.

166. Avorn J, Schneeweiss S, Sudarsky LR, Benner J, Kiyota Y, Levin R, Glynn RJ. Sudden uncontrollable somnolence and medication use in Parkinson's disease. Arch Neurol 2005; 62: 1242-1248.

167. Higashi T, Shekelle PG, Solomon DH, Knight EL, Roth C, Chang JT, Kamberg CJ, MacLean C, Young RT, Adams J, Reuben DB, Avorn J, Wenger NS. The Quality of Pharmacological Care for Community-Dwelling Vulnerable Older Patients in Managed Care Organizations. Ann Intern Med 2004; 140; 714-20.

168. Schneeweiss S, Maclure M, Carleton B, Glynn RJ, Avorn J. Clinical and economic consequences of a reimbursement restriction of nebulised respiratory therapy in adults: direct comparison of randomized and observational evaluations. BMJ 2004 (in press).

169. Fischer MA, Avorn J. Economic implications of evidence-based prescribing for hypertension: Can better care cost less? JAMA 2004; 291: 1850-1856.

170. Schneeweiss S, Wang PS, Avorn J, Maclure M, Levin R, Glynn RJ: Consistency of performance ranking of comorbidity adjustment scores in Canadian and U.S. health care utilization data. J Gen Intern Med 2004;19:444-450.

Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology. 2005;16:17-24.

Avorn J, Winkelmayer WC. Comparing the costs, risks, and benefits of competing strategies for the primary prevention of venous thromboembolism. Circulation. 2004; 110(24 Suppl 1):IV25-32.

Fischer MA, Lilly CM, Churchill WW, Baden LR, Avorn J. An algorithmic computerised order entry approach to assist in the prescribing of new therapeutic agents: case study of activated protein C at an academic medical centre. Drug Saf. 2004;27:1253-61.

Fischer MA, Schneeweiss S, Avorn J, Solomon DH. Medicaid prior-authorization programs and the use of cyclooxygenase-2 inhibitors. N Engl J Med. 2004;351:2187-94.

van Eijk ME, Paes AH, Porsius A, Avorn J, de Boer A. Pre-randomization decisions and group stratification in a randomized controlled trial to improve prescribing. Pharm World Sci. 2004;26:227-31.

Avorn J, Knight E, Ganz DA, Schneeweiss S. Therapeutic delay and reduced functional status six months after thrombolysis for acute myocardial infarction. Am J Cardiol. 2004;94:415-20.

Fischer MA, Avorn J. Potential savings from increased use of generic drugs in the elderly: what the experience of Medicaid and other insurance programs means for a Medicare drug benefit. Pharmacoepidemiol Drug Saf. 2004;13:207-14.

Kiyota Y, Schneeweiss S, Glynn RJ, Cannuscio CC, Avorn J, Solomon DH. Accuracy of Medicare claims-based diagnosis of acute myocardial infarction: estimating positive predictive value on the basis of review of hospital records. Am Heart J. 2004;148:99-104.

Wang PS, Ganz DA, Benner JS, Glynn RJ, Avorn J. Should clozapine continue to be restricted to third-line status for schizophrenia?: a decision-analytic model. J Ment Health Policy Econ. 2004;7:77-85.

Schneeweiss S, Wang PS, Avorn J, Maclure M, Levin R, Glynn RJ.  Consistency of performance ranking of comorbidity adjustment scores in Canadian and U.S. utilization data. J Gen Intern Med. 2004;19:444-50.

Wang PS, Schneeweiss S, Glynn RJ, Mogun H, Avorn J. Use of the case-crossover design to study prolonged drug exposures and insidious outcomes. Ann Epidemiol. 2004;14:296-303.

Solomon DH, Avorn J, Warsi A, Brown CH, Martin S, Martin TL, Wright J, Burgener M, Katz JN. Which patients with knee problems are likely to benefit from nonarthroplasty surgery? Development of a clinical prediction rule. Arch Intern Med. 2004;164:509-13.

Perlis RH, Ganz DA, Avorn J, Schneeweiss S, Glynn RJ, Smoller JW, Wang PS. Pharmacogenetic testing in the clinical management of schizophrenia: a decision-analytic model. J Clin Psychopharmacol. 2005; 25:427-34.

Winkelmayer WC, Schneeweiss S, Mogun H, Patrick AR, Avorn J, Solomon DH. Identification of individuals with CKD from Medicare claims data: a validation study. Am J Kidney Dis. 2005;46:225-32.

Fischer MA, Winkelmayer WC, Rubin RH, Avorn J. The hepatotoxicity of antifungal medications in bone marrow transplant recipients. Clin Infect Dis. 2005;41:301-7.

Sturmer T, Schneeweiss S, Avorn J, Glynn RJ. Adjusting effect estimates for unmeasured confounding with validation data using propensity score calibration. Am J Epidemiol. 2005;162:279-89.

Wang PS, Avorn J, Brookhart MA, Mogun H, Schneeweiss S, Fischer MA, Glynn RJ. Effects of noncardiovascular comorbidities on antihypertensive use in elderly hypertensives. Hypertension 2005; 46:273-9.

Putnam KG, Bohn RL, Ewenstein BM, Winkelmayer WC, Avorn J. A cost minimization model for the treatment of minor bleeding episodes in patients with haemophilia A and high-titre inhibitors. Haemophilia. 2005;11:261-9.

Sturmer T, Schneeweiss S, Brookhart MA, Rothman KJ, Avorn J, Glynn RJ. Analytic strategies to adjust confounding using exposure propensity scores and disease risk scores: nonsteroidal antiinflammatory drugs and short-term mortality in the elderly. Am J Epidemiol. 2005;161:891-8.

Solomon DH, Brookhart MA, Polinski J, Katz JN, Cabral D, Licari A, Avorn J. Osteoporosis action: design of the healthy bones project trial. Contemp Clin Trials. 2005; 26:78-94.

Peterson JF, Kuperman GJ, Shek C, Patel M, Avorn J, Bates DW. Guided prescription of psychotropic medications for geriatric inpatients. Arch Intern Med. 2005;165:802-7.

Burgener M, Arnold M, Katz JN, Polinski JM, Cabral D, Avorn J, Solomon DH. Older adults' knowledge and beliefs about osteoporosis: results of semistructured interviews used for the development of educational materials. J Rheumatol. 2005;32:673-7.

Wang PS, Schneeweiss S, Brookhart MA, Glynn RJ, Mogun H, Patrick AR, Avorn J. Suboptimal antidepressant use in the elderly. J Clin Psychopharmacol. 2005;25:118-26.

Solomon DH, Morris C, Cheng H, Cabral D, Katz JN, Finkelstein JS, Avorn J. Medication use patterns for osteoporosis: an assessment of guidelines, treatment rates, and quality improvement interventions. Mayo Clin Proc. 2005;80:194-202.

Cabral D, Katz JN, Weinblatt ME, Ting G, Avorn J, Solomon DH. Development and assessment of indicators of rheumatoid arthritis severity: results of a Delphi panel. Arthritis Rheum. 2005;53:61-6.

Schneeweiss S, Glynn RJ, Avorn J, Solomon DH. A Medicare database review found that physician preferences increasingly outweighed patient characteristics as determinants of first-time prescriptions for COX-2 inhibitors. J Clin Epidemiol. 2005;58:98-102.

Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology. 2005;16:17-24.

Solomon DH, Finkelstein JS, Wang PS, Avorn J. Statin lipid-lowering drugs and bone mineral density. Pharmacoepidemiol Drug Saf. 2005;14:219-26.

Winkelmayer WC, Benner JS, Glynn RJ, Schneeweiss S, Wang PS, Brookhart MA, Levin R, Jackson JD, Avorn J.  Assessing health state utilities in elderly patients at cardiovascular risk. Med Decis Making. 2006 May-Jun;26(3):247-54.

49

Solomon DH, Avorn J, Sturmer T, Glynn RJ, Mogun H, Schneeweiss S.  Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. Arthritis Rheum. 2006 May;54(5):1378-89.

Sturmer T, Joshi M, Glynn RJ, Avorn J, Rothman KJ, Schneeweiss S.  A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods. J Clin Epidemiol. 2006 May;59(5):437-47.

Brookhart MA, Schneeweiss S, Rothman KJ, Glynn RJ, Avorn J, Sturmer T.  Variable selection for propensity score models. Am J Epidemiol. 2006 Jun 15;163(12):1149-56.

Schneeweiss S, Maclure M, Dormuth CR, Glynn RJ, Canning C, Avorn J. A therapeutic substitution policy for proton pump inhibitors: clinical and economic consequences. Clin Pharmacol Ther. 2006 Apr;79(4):379-88.

Sato M, Schneeweiss S, Scranton R, Katz JN, Weinblatt ME, Avorn J, Ting G, Shadick NA, Solomon DH.  The validity of a rheumatoid arthritis medical records-based index of severity compared with the DAS28. Arthritis Res Ther. 2006 Mar 14;8(3):R57

Shrank WH, Hoang T, Ettner SL, Glassman PA, Nair K, DeLapp D, Dirstine J, Avorn J, Asch SM.  The implications of choice: prescribing generic or preferred pharmaceuticals improves medication adherence for chronic conditions. Arch Intern Med. 2006 Feb 13;166(3):332-7.

Solomon DH, Avorn J, Wang PS, Vaillant G, Cabral D, Mogun H, Sturmer T. Prescription opioid use among older adults with arthritis or low back pain. Arthritis Rheum. 2006 Feb 15;55(1):35-41.

Solomon DH, Finkelstein JS, Polinski JM, Arnold M, Licari A, Cabral D, Canning C, Avorn J, Katz JN.  A randomized controlled trial of mailed osteoporosis education to older adults. Osteoporos Int. 2006 May;17(5):760-767.

Rief W, Avorn J, Barsky AJ. Medication-attributed adverse effects in placebo groups: implications for assessment of adverse effects. Arch Intern Med. 2006 Jan 23;166(2):155-60.

Winkelmayer WC, Charytan DM, Levin R, Avorn J. Poor short-term survival and low use of cardiovascular medications in elderly dialysis patients after acute myocardial infarction. Am J Kidney Dis. 2006 Feb;47(2):301-8.

Solomon DH, Avorn J, Canning CF, Wang PS. Lipid levels and bone mineral density. Am J Med. 2005 Dec;118(12):1414.

Brookhart MA, Solomon DH, Wang P, Glynn RJ, Avorn J, Schneeweiss S. Explained variation in a model of therapeutic decision making is partitioned across patient, physician, and clinic factors. J Clin Epidemiol. 2006 Jan;59(1):18-25.

Wang PS, Schneeweiss S, Avorn J, Fischer MA, Mogun H, Solomon DH, Brookhart MA. Risk of death in elderly users of conventional vs. atypical antipsychotic medications. N Engl J Med. 2005 Dec 1;353(22):2335-41.

Winkelmayer WC, Fischer MA, Schneeweiss S, Wang PS, Levin R, Avorn J. Underuse of ACE inhibitors and angiotensin II receptor blockers in elderly patients with diabetes. Am J Kidney Dis. 2005 Dec;46(6):1080-7.

**REVIEWS, CHAPTERS, EDITORIALS, etc.:**

1. Avorn J.  Beyond dying:  Experiments with drugs in easing the transition from life.  Harper's Magazine 1973; 246:54-64.

2. Avorn J.  The future of doctoring:  Information technology and health care delivery.  The Atlantic Monthly 1974; 234:71-79.

3. Avorn J.  The role of cocaine in treating intractable pain in terminal disease.  In: Jeri R, ed.  Cocaine:  Proceedings of the Interamerican seminar of medical and sociological aspects of cocoa and cocaine.  Lima, Peru:  Pan-American Health Organization, 1979: 227-235.

4. Avorn J.  Nursing home infections:  The context (editorial).  N Engl J Med 1981; 305:759-760.

5. Avorn J.  Ethics and experts:  A physician's perspective.  Hastings Center Report 1982; 12(3):11-12.

6. Langer E, Avorn J.  Impact of the psychosocial environment of the elderly on behavioral and health outcomes.  In:  Chellis R, Seagle J, eds.  Congregate housing for older people.  Lexington, MA:  D.C. Heath and Co, 1982.

7. Avorn J.  Beyond the bedside:  The social context of geriatric practice.  In: Rowe J and Besdine R, eds.  Health and disease in old age.  Boston: Little, Brown and Co., 1982.

8. Avorn J, Lamy P, Vestal R.  Prescribing for the elderly.  Patient Care 1982; 16(12):14-62.

9. Avorn J.  Needs, wants, demands, and interests: Their intersection in medical practice and health policy.  In: Bayer R, ed.  In search of equity.  New York:  Plenum Press, 1983.

10. Avorn J.  Biomedical and social determinants of cognitive impairment in the elderly.  J Am Geriat Soc 1983; 31(3):137-143.

11. Avorn J.  Medications and the elderly: Testimony before a joint session of the Committees on Aging of the U.S. Senate and House of Representatives.  In: The Congressional Record.  Washington, DC: Government Printing Office, 1983; S Hrg 98-392:50-57, 75, 82-84.

12. Avorn J, Soumerai SB.  A new approach to reducing sub-optimal drug use (editorial).  JAMA 1983; 250:1752-1753.

13. Avorn J.  Containing the costs of improper prescribing.  Business and Health 1984; 1(4):35-39.

14. Avorn J.  Geriatric drug epidemiology and health services research based on large-scale computerized datasets.  In: Moore SR, Teal TW, eds.  Geriatric drug use: Clinical and social perspectives.  New York: Pergamon Press, 1985.

15. Avorn J.  Medicine, health, and the geriatric transformation.  Daedalus: J Am Acad Art Sci 1986; 115:211-225.  Reprinted in: Pifer A and Bronte L, eds.  Our aging society: Paradox and promise.  New York: W. W. Norton, 1986.

16. Avorn J.  The prescribing practices of physicians.  In: Maronde R, ed.  Clinical pharmacology and therapeutics.  New York: Springer Verlag, 1986.

17. Everitt DE, Avorn J.  Drug prescribing for the elderly.  Arch Int Med 1986; 146:2393-2396.

18. Avorn J.  Prescription medication use in geriatrics: Economic considerations. Testimony before the Select Committee on Aging, U.S. House of Representatives. In: The Congressional Record.  Washington, D.C.:  Government Printing Office, 1986.

19. Pindyck J, Avorn J, Cleary P, et al.  Notification of anti-LAV/HTLV-III positive blood donors: Psychosocial, counseling and care issues.  In: Petricciana JA, ed. AIDS: The Safety of Blood and Blood Products.  New York:  John Wiley & Sons, 1987.

20. Avorn J, et al.  Information and education as determinants of antibiotic use.  Rev Infec Dis 1987; 9(3):S286-S296.

21. Everitt DE, Avorn J.  Accidents and therapeutic prescription drugs.  Public Health Reports 1987; 102(6):620-622.

22. Avorn J.  Pharmacology and geriatric practice.  Clin Pharmacol Ther 1987; 42(6):674-676.

23. Soumerai S, Quick J, Avorn J.  Changing the unchangeable:  Principles and experiences in improving prescribing accuracy.  World Pediatrics and Child Care 1987; 3:287-291.

24. Avorn J.  Adverse medication reactions, drug epidemiology, and the care of the elderly.  Testimony before the Special Committee on Aging, U.S. Senate.  In:  The Congressional Record.  Washington, D.C.:  Government Printing Office, 1988.

25. Avorn J.  Geriatric pharmacology.  In:  Rowe JW, Besdine R, ed.  Geriatric Medicine. Boston:  Little, Brown and Co., 1988.

26. Avorn J, Soumerai SB, Salem SR, Popovsky M. Documenting and correcting inappropriate use of blood products. In: Kurtz SA, Summers S. eds. Improving Transfusion Practice. Arlington, VA: American Association of Blood Banks, 1989:21-30.

27. Avorn J. Detection and prevention of drug-induced illness. J Clin Res Drug Dev 1989; 3:5-13.

28. Avorn J, Gurwitz J. Principles of pharmacology. In: Cassel C, Riesenberg D, eds. Geriatric Medicine (2nd edition). New York: Springer-Verlag, 1990.

29. Everitt DE, Avorn J. Systemic effects of medications used to treat glaucoma. Ann Intern Med 1990; 112:120-125.

30. Gurwitz J, Avorn J. Old age: Is it a risk for adverse drug reactions? Agents and Actions (Supplement) 1990; 13-25.

31. Gurwitz J, Soumerai SB, Avorn J. Improving medication prescribing and utilization in the nursing home. J Am Geriat Soc 1990; 38:542-552.

32. Avorn J. Clinical geriatrics and life care: Ethical and health policy considerations. In: Chellis RD, Grayson PJ, eds. Life care: A long-term solution? Lexington, Mass: D.C. Heath, 1990.

33. Soumerai SB, McLaughlin TJ, Avorn J. Quality assurance for drug prescribing. Qual Assur Hlth Care 1990; 2:37-58.

34. Avorn J. The elderly and drug policy: Coming of age. Health Affairs 1990; 9:6-19.

35. Avorn J. The role of medications. In: Berg R, Cassell J, eds. Health promotion and disability prevention in the second fifty: Report of a Committee of the Institute of Medicine. Washington, D.C.: National Academy Press, 1990.

36. Avorn J. Claims data as a resource for pharmaco-epidemiology (editorial). Epidemiology 1990; 1:98-100.

37. Avorn J. Reporting drug side effects: signals and noise (editorial). JAMA 1990; 1:98-100.

38. Avorn J. Epidemiology in Plato's cave: Claims data and clinical reality (editorial). J Clin Epi 1991; 44:867-869.

39. Avorn J et al. Intervention: The use of drug utilization review outcomes. Clin Pharmacol Therap 1991; 50:633-635.

40. Avorn J.  Pedagogic interventions in medication use. In: Wessling A (ed).  Auditing drug therapy.  Stockholm: Apoteksbolaget, 1992.

41. Avorn J, Monane M.  Documenting, understanding, and fixing psychoactive drug use in the nursing home.  Annu Rev Gerontol Geriat 1992; 12:163-82.

42. Avorn J.  Improving the quality and cost-effectiveness of prescribing.  Pharmacoeconomics 1992; Suppl 1:45-48.

43. Monane M, Gurwitz JH, Monane S, Avorn J.  Compliance issues in medical practice.  Hosp Phys 1993: 29(4):35-39.

44. Monane M, Gurwitz JH, Avorn J.  Pharmacotherapy with psychoactive medications in the long-term care setting: Challenges, management, and future directions. In: Smyer M, ed.  Mental Health and Aging. New York: Springer Publishing Company, 1993.

45. Bohn RL, Avorn J.  Cost-effectiveness - can it be measured? Semin Hematol 1993; 30 (3) suppl 2:20-23.

46. Kalish S, Gurwitz JH, Avorn J.  Anticoagulant therapy in the elderly.  Primary Cardiology 1993; 19:34-42.

47. Ray W, Griffin M, Avorn J.  Evaluating drugs after approval for clinical use.  N Engl J Med 1993; 329:2029-2032.

48. Gurwitz JH, Monane M, Avorn J.  Polypharmacy and appropriate prescribing.  In: Reuben DB, Yoshikawa TT, eds.  Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition.  New York: American Geriatrics Society, 1993.

49. Gurwitz JH, Monane M, Avorn J.  Principles of pharmacology. In: Reuben DB, Yoshikawa TT, eds.  Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition. New York: American Geriatrics Society, 1993.

50. Avorn J.  Comparative data on the effectiveness of drugs and devices: A pressing need of doctors, patients, and payors.  Testimony before the House Subcommittee on Regulation, Business Opportunities, and Technology.  In: The Congressional Record. Washington, D.C.: Government Printing Office, 1993.

51. Avorn, J.  Balancing costs, efficacy, and side effects.  PharmacoEconomics 1994; 6:63-66.

52. Bohn RL, Avorn J.  Reimbursement for hemophilia care in the United States: Current policies and future considerations.  Semin Hematol 1994; 31 (2) suppl 2:26-28.

53. Monane M, Gurwitz JH, Avorn J.  Medication use and the elderly (review).  The Gerontologist 1994; 34:272-274.

54. Avorn J.  Medications and the elderly: current status and opportunities.  Health Affairs 1995; 14:276-278.

55. Avorn J.  Bringing science to the bedside: A prerequisite for quality of care and cost containment in treating the nation's elderly.  Testimony before the Select Committee on Aging, U.S. Senate.  Washington, DC: Government Printing Office, 1995.

56. Monette J, Gurwitz JH, Avorn J.  Epidemiology of adverse drug events in the nursing home setting.  Drugs and Aging 1995; 7:203-211.

57. Avorn J.  The prescription as final common pathway.  Intl J Technol Assess Hlth Care 1995; 11(3):384-390.

58. Avorn J.  Drug regulation and drug information -- Who should do what to whom? (editorial) Am J Publ Hlth 1995; 85:18-19.

59. Avorn J.  Are we treating people well?  [Outcomes research, cost-effectiveness, and the federal health budget]  (op-ed article) The Washington Post, May 28, 1995.

60. Avorn J.  Practice-based outcomes research: crucial, feasible, and neglected (editorial).  Pediatrics 1996; 97:113-114.

61. Avorn J, Gurwitz JH.  Principles of pharmacology.  In: Geriatric Medicine, Third Edition.  Cassel CK, Cohen G, Larsen E, et al (eds.)  New York: Springer-Verlag 1996.

62. Avorn J.  Drug use in academic medical centers in an era of ferment.  Pharmaco-economics 1996; 10:124-129.

63. Avorn J.  The effect of cranberry juice on the presence of bacteria and white blood cells in the urine of elderly women.  What is the role of bacterial adhesion?  Adv Exp Med Biol 1996; 408:185-186.

64. Andrews EB, Avorn J, Bortnichak EA, et al.  Guidelines for good epidemiology practices for drug, device, and vaccine research in the United States. Pharmacoepidem Drug Safety 1996; 5:333-338).

65. Gurwitz JH, Monane M, Monane S, Avorn J.  Polypharmacy.  In: Quality Care for the Nursing Home Resident.  Lipsitz L, Morris JN (eds.); Mosby Lifeline, Hanover, MD, 1996.

66. Monane M, Avorn J.  Medications and falls; causation, correlation, and prevention.  Clinics in Geriatric Medicine 1996; 12:847-858.

67. Avorn J.  Putting adverse drug events into perspective (editorial). JAMA 1997; 277:341-342.

68. Avorn J, Salzman C.  Prescribing of psychotropic drugs for the elderly: Epidemiologic and policy considerations.  In: Salzman C, (ed.)  Clinical Geriatric Psychopharmacology, 3rd Edition.  New York: McGraw Hill 1977.

69. Gurwitz JH, Rochon P, Avorn J.  Optimizing drug therapy in the elderly.  P & T 1997; 331-347.

70. Agretelis J, Avorn J, Blatt CM, et al. For our patients, not for profits: A call to action. JAMA 1997;278:1733-1738.

71. Avorn J.  Including the elderly in clinical trials (editorial). Brit Med J 1997; 315:1033-1034.

72. Avorn J.  Depression in the elderly -- falls and pitfalls (editorial).  N Engl J Med 1998; 339: 918-920.

73. Knight EL, Avorn J.  Use and abuse of drugs in older persons.  The Gerontologist 1999; 39:109-111.

74. Knight E, Avorn J.  Urinary tract infections in the elderly.  In: UTIs in the female. Stanton W (ed.).  London: Martin Dunitz Publishers, 2000.

75. Avorn J.  Post-modern drug evaluation and the deconstruction of evidence-based regulation.  Pharmaco-economics 2000; 18 suppl 1:  15-20.

76. Avorn J, Barrett JF, Davey PG, McEwen SA, O'Brien TF, Levy SB. World Health Organization Global Strategy for Containment of Antimicrobial Resistance: Synthesis of Recommendations by Expert Policy Groups.  Geneva: World Health Organization, 2001.

77.  Avorn J.  Unhealthy aging:  Functional and socioeconomic impact.  Eur Heart J 2001; 3 suppl N:N3-5.

78.  Avorn J.  Improving medication use in the elderly: Getting to the next level (editorial).  JAMA 2001; 286:2866-2868.

79. Avorn J. Drug risks. In: Drug Benefits and Risks, ed. C.J. van Boxtel. Sussex (England): John Wiley & Sons, 2001.

80. Partridge AH, Avorn J, Wang PS, Winer EP.  Adherence to therapy with oral antineoplastic agents.  J Natl Cancer Inst 2002; 94:652-661.

81. Wang PS, Walker AM, Avorn J. The pharmacoepidemiology of psychiatric medications. In: Tsuang MT, Tohen M, eds. Textbook of psychiatric epidemiology, second edition. Wiley, New York, 2002.

82. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: Time for refinements. Can Med Assoc J 2002; 167:1250-1251.

83. Avorn J. Balancing the cost and value of medications: the dilemma facing clinicians. Pharmacoeconomics 2002; 20 suppl 3: 67-72.

84. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: time for refinements. Can Med Assoc J 2002;167:1250-1251.

85. Avorn J, Gurwitz JH, Rochon P. Principles of pharmacology. In: Geriatric Medicine, 4th edition. Cassel C et al, eds. New York: Springer, 2003, pp. 65 – 81.

86. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Safety 2003; 12: 67-70.

87. Avorn J, Wang PS. Prescribing psychotropic drugs for the elderly: Epidemiologic and policy considerations. In: Salzman, C, ed. Clinical Geriatric Psychopharmacology, 4th edition. New York: McGraw-Hill (in press).

88. LeLorier J, Vander Stichele RH, Avorn J, Beard K, Hallas J, Henry DA. Bringing epidemiology into drug utilization research. Pharmacoepidemiol Drug Saf 2003; 12: 153-156.

89. Wang PS, Schneeweiss S, Avorn J: Recent developments in psychopharmacoepidemiology. Curr Opin Psychiat 2003 (in press).

90. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Saf 2003; 12: 67-70.

91. Solomon DH, Avorn J. Pharmacoepidemiology and rheumatic diseases. Curr Opin Rheumatol 2003; 15: 122-126.

92. Avorn J. Advertising and prescription drugs: promotion, education, and the public's health. Health Affairs 2003; W3:104-108.

Avorn J. The role of pharmacoepidemiology and pharmacoeconomics in promoting access and stimulating innovation. Pharmacoeconomics. 2004;22 Suppl 2:81-6.

Avorn J. FDA standards--good enough for government work? N Engl J Med. 2005; 353:969-72.

Avorn J. Sending pharma better signals (editorial). Science. 2005;309:669.

Avorn J. Torcetrapib and atorvastatin--should marketing drive the research agenda? N Engl J Med. 2005;352:2573-6.

Choudhry NK, Avorn J. Over-the-counter statins. Ann Intern Med. 2005;142:910-3.

Schneeweiss S, Avorn J. A review of uses of health care utilization databases for epidemiologic research on therapeutics. J Clin Epidemiol. 2005;58:323-37.

Kesselheim AS, Avorn J. University-based science and biotechnology products: defining the boundaries of intellectual property. JAMA. 2005;293:850-4.

Solomon DH, Avorn J. Coxibs, science, and the public trust. [editorial] Arch Intern Med. 2005;165:158-60.

Avorn J, Shrank W.  Highlights and a hidden hazard--the FDA's new labeling regulations. N Engl J Med. 2006 Jun 8;354(23):2409-11.

Avorn J.  Evaluating drug effects in the post-Vioxx world: there must be a better way. [editorial] Circulation. 2006 May 9;113(18):2173-6.

Avorn J.  Part "D" for "defective"--the Medicare drug-benefit chaos. N Engl J Med. 2006 Mar 30;354(13):1339-41.

Kesselheim AS, Avorn J.  Biomedical patents and the public's health: is there a role for eminent domain? JAMA. 2006 Jan 25;295(4):434-7.

**CORRESPONDENCE:**

1.      Avorn J, Soumerai SB.  Changing patterns of drug prescription.  N Engl J Med
        1983.

2.      Soumerai SB, Avorn J.  Physician education and cost containment.  JAMA 1985;
        253:13.

3.      Avorn J, Everitt DE.  Beta-blockers and depression.  JAMA 1986;
        255:3249-3250.

4.      Soumerai SB, Avorn J.  Changing prescribing practices through individual
        continuing education.  JAMA 1987; 257:487.

5.      Avorn J, Soumerai SB.  Psychoactive medication in rest homes.  N Engl J Med
        1989; 321:54-55.

6.      Avorn J.  Use of psychoactive drugs in nursing homes.  N Engl J Med 1992;
        327:1392-3.

7.      Avorn J, Monane M, Gurwitz, JH, Glynn RJ, Choodnovskiy I, Lipsitz LA.
        Reduction of bacteriuria and pyuria using cranberry juice.  JAMA 1994; 272:589.

8.      Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Avorn J.  Heart failure and
        noncompliance in the elderly.  Arch Int Med 1994; 154:2109-10.

9.      Dillon K, Putnam K, Avorn J.  Death from irreversible pulmonary hypertension
        associated with short-term use of fenfluramine and phentermine.  JAMA 1997;
        278:1320.

10.     Avorn J.  Acetaminophen toxicity in an urban county hospital.  N Engl J Med
        1998; 338:543-544.

11.     Avorn J.  Drug use and the elderly.  Wall Street Journal, July 2001.

12.     Solomon DH, Glynn RJ, Avorn J.  Non-steroidal anti-inflammatory drugs and risk
        of serious coronary heart disease.  Lancet 2002; 360: 90.

13.     Solomon DH, Avorn J. Do gastroprotective drugs prevent NSAID toxicity? J
        Rheumatol 2003; 30:203.

14.     Winkelmayer W, Avorn J. Stable creatinine clearance using large-dose hetastarch
        versus reduced GFR. Kidney Int 2000; 65: 1111-1112.

15.     Solomon DH, LaValley MP, Wang PS, Avorn J. What are the real effects of the
        arthritis self-management program on pain and disability? (reply) Arthritis Rheum
        2004;50:1012-1013.

Setoguchi S, Avorn J, Schneeweiss S. Statins and the risk of colorectal cancer. N Engl J Med. 2005;353:952-4.

Solomon DH, Avorn J, Wang PS, Vaillant G, Cabral D, Mogun H, Sturmer T.  Reply. Arthritis Rheum. 2006 May 31;55(3):513-514

## EDUCATIONAL MATERIALS AND CLINICAL COMMUNICATIONS

*The following physician education materials ("unadvertisements") were created
as part of the first randomized controlled study of "academic detailing" (NEJM 1983).
    They have been widely disseminated since.*

"Vasodilators and intermittent claudication"

"Cerebral blood flow and senile dementia"

"The limited analgesic effects of Darvon"

"Rational management of uncomplicated urinary tract infection"

"Cost implications of commonly used antibiotics"

*As part of that program, educational materials for laypersons were also produced, for
physicians to distribute to their patients instead of unnecessary prescriptions. These too
have had widespread distribution nationally in programs designed to reduce unnecessary
medication use:*

"Common sense about the common cold"

"Exercise and 'bad circulation'"

"Why your doctor recommended 'plain aspirin'"

"Improving mental function in the elderly"

*The following materials were written for the Beth Israel Hospital drug information
program during the period 1982-1990, with the assistance of other BI faculty. The effect
on prescribing of the structured antibiotic order form and the educational materials used
with it is described in Avorn et al, Arch Int Med 1988.*

Structured antibiotic order form with information on drug choice, bacterial sensitivities,
and pharmacokinetics

"Clindamycin: Proper use of the hospital's costliest drug"

"Oral metronidazole: A first consideration in anaerobic infections"

"The vancomycin avalanche: Improving utilization of a crucial drug"

"Ciprofloxacin: A potent new oral antibiotic"

"Triazolam: A forgettable drug?"

"Cefazolin:  A Q8H antibiotic"

"I.V.$H_2$ blockers:  Too much of a good thing?"

*Nursing Home Psychoactive Drug Education Project:  These materials were written for the randomized controlled trial of academic detailing in long-term care facilities, described in Avorn et al, NEJM 1992.  Since then, they have been distributed as part of educational programs in geriatric psychopharmacology throughout the country.*

Antipsychotic medications, tardive dyskinesina, and Parkinson's disease

Sedative-hypnotic use and sleep in the elderly

Anticholinergic side effects and tricyclic antidepressants

Medications as a cause of urinary incontinence

Unwanted sedation with neuroleptic use

Side effects of sedatives in the elderly:  confusion, letharghy, falls, and disorientation

*The following booklets were produced through the BWH Medication Education and Management Committee, with the participation of other faculty at BWH.  Dr. Avorn defined the topic and overall content of each booklet, and edited each:*

"$H_2$ blockers" (1993)

"Ketorolac:  Novel analgesic or just another NSAID?"  (1994)

"Ofloxacin:  BWH's new fluoroquinolone" (1995)

"Rational use of second and third generation cephalosporins" (1995)

"Treating supraventricular tachyarrhythmias" (1995)

"Neuromuscular blocking agents in the intensive care unit" (1995)

"Anti-secretory agents" (1997)

*From 1998 to the present, initiated and served as series editor for the following materials produced with BWH faculty for the Hospital's Medication Education Program. Most of these are also posted on the Partners Handbook website.*

Glycoprotein IIb/IIIa inhibitors and low-molecular weight heparin: a rational approach to new treatment for ischemic heart disease (December 1998)

GCSF does not improve patient outcomes in febrile neutropenia (January 1999, rev. June 2002)

Reassessing albumin use (June 1999, rev. February 2002), including a clinical algorithm flowsheet.

COX-2 inhibitors: Who *really* needs them? (March 2001, rev.April 2003)

The emerging threat of bacterial resistance (July 2001, rev. October 2002)

When p.o. is just as good as i.v.(July 1999)

H2 Blockers and proton pump inhibitors: reducing acid rationally (August 1999)

Optimal fluconazole use: Coping with the ambiguity of fungal culture results (February 2001, rev. February 2003)

Oral hypoglycemic agents (January 2000)

Drugs and the elderly: Wielding the double-edge sword (September 2001)

Linezolid (Zyvox): a new antibiotic class to treat resistant Gram-positive organisms (June 2000)

Digesting the new data on acid reduction: a neutral view (September 2000, rev. July 2002)

Rational management of agitation in the elderly and acutely ill: a brief orientation (October 2000)

Boosting the 'crit: Optimal use of erythropoietin (January 200, rev. 2003)

A new perspective on severe sepsis  (April 2001)

Getting the straight DOPE on drugs at the Brigham: *Data On Prescribing Effectively, from the Division Of Pharmaco-Epidemiology* (June 2001)

Saving vancomycin (September 2001, rev. November 2002)

Levofloxacin: too broad-spectrum? (September 2001)

Ceftazidime's limited uses (September 2001, rev. October 2002)

New treatment for severe septic shock: Promising benefits, important risks (Nov 2001)

First-line antibiotic therapy (May 2002)

Transfusion guidelines: Proper use of a precious resource (June 2003)

Managing diabetes in hospitalized patients (June 2003)

`

Antifungal therapy: Phases of treatment (August 2003)