## Curriculum Vitae

updated: June, 2006

Name:       Jerome L. Avorn

Office Address:       Division of Pharmacoepidemiology and Pharmacoeconomics
Brigham and Women's Hospital
1620 Tremont Street, suite 3030
Boston, MA  02120

Home Address:       5 Circuit Road
Chestnut Hill, MA 02467

Place of Birth:       New York, New York

Education:

| | |
|---|---|
| 1969 A.B. | Columbia University, New York |
| 1974 M.D. | Harvard Medical School, Boston |

Postdoctoral Training:

| | |
|---|---|
| 1972-74 | Fellow in Social Studies (Medical Sociology), Harvard College |
| 1974-75 | Intern in Medicine, The Cambridge Hospital, Cambridge, Massachusetts |
| 1974-77 | Clinical Fellow in Medicine, Harvard Medical School |
| 1975-77 | Resident in Internal Medicine, Beth Israel Hospital, Boston, Massachusetts |

Licensure and Certification:

| | |
|---|---|
| 1974 | National Board of Medical Examiners |
| 1974 | Massachusetts License Registration |
| 1977 | Diplomate, American Board of Internal Medicine |
| 1988 | Certification in Geriatric Medicine, American Board of Internal Medicine |

Academic Appointments:

| | |
|---|---|
| 1977-79 | Instructor in Preventive and Social Medicine, Harvard Medical School |
| 1979-85 | Assistant Professor of Social Medicine and Health Policy, Harvard Medical School |
| 1985-90 | Associate Professor of Social Medicine, Harvard Medical School |
| 1990-2004 | Associate Professor of Medicine, Harvard Medical School |
| 2004-present | Professor of Medicine, Harvard Medical School |

Hospital Appointments:

Beth Israel Hospital

| | |
|---|---|
| 1977-84 | Assistant in Medicine, Department of Medicine |
| 1984-87 | Assistant Physician, Department of Medicine |
| 1987-89 | Associate Physician, Department of Medicine |
| 1989-94 | Physician, Department of Medicine |



PLAINTIFF'S EXHIBIT
C Part 192

Brigham and Women's Hospital

| 1986-1992 | Associate Physician, Department of Medicine |
| 1992-present | Physician, Department of Medicine |

Hospital Clinical Responsibilities:

| 1977-1981 | Attending physician (General Internal Medicine), Beth Israel Hospital |
| 1981-1992 | Attending physician (Geriatrics and Internal Medicine), Beth Israel Hospital |
| 1992-1998 | Attending physician (Geriatrics and General Medicine), Brigham and Women's Hospital |
| 1998-present | Attending physician (General Medicine Service), Brigham and Women's Hospital |

Major Administrative Responsibilities:

| 1978-1980 | Director, Division of Geriatrics, Harvard School of Public Health |
| 1978-1980 | Program Director, Geriatric Curriculum Development Project, Harvard School of Public Health |
| 1982-1983 | Director, Geriatric Drug Education Program, Department of Public Health, Commonwealth of Massachusetts |
| 1982-1984 | Director, Program in Ethics and Geriatrics, a joint project of The Hastings Center and Harvard Medical School |
| 1985-1987 | Chair, Task Force on Determinants of Antibiotic Utilization, National Institutes of Health |
| 1979-1980 | Director, Harvard Medical School Long-Term Care Gerontology Center Program |
| 1986-present | Director, Program for the Analysis of Clinical Strategies |
| 1990-1995 | Harvard Geriatric Research and Training Center: Director of Epidemiology, Data Management, and Health Services Research Core |
| 1998-present | Chief, Division of Pharmacoepidemiology and Pharmacoeconomics, Department of Medicine, Brigham and Women's Hospital. |

Major Committee Assignments and Other Positions:

National and Regional

| 1978-81 | Professional Advisory Committee, Department of Elder Affairs, Commonwealth of Massachusetts |
| 1979 | Study section on long-term care gerontology centers, Administration on Aging, Department of Health, Education and Welfare |
| 1982-83 | Advisor on drug utilization studies, National Center for Health Services Research, National Institutes of Health |
| 1983-84 | Peer reviewer, Robert Wood Johnson Foundation, Program for Hospital Initiatives in Long-term Care |
| 1983-85 | Working group on "The Aging Society," The Carnegie Corporation |
| 1985-93 | Peer reviewer for Medications and Aging program, The John A. Hartford Foundation |

| 1989 | Peer reviewer, Gerontology and Geriatrics Review Group, National Institute on Aging, National Institutes of Health |
| 1989-91 | U.S. Congress, Office of Technology Assessment: Advisory Panel on Government Policy and Pharmaceutical Research and Development |
| 1990-94 | Advisory Panel on Geriatrics, U.S. Pharmacopeia |
| 1997-99 | Advisory Panel on Outcomes and Cost-Effectiveness, U.S. Pharmacopeia |
| 2000- | Consultant in Pharmacoepidemiology, Food and Drug Administration |
| 2002-03 | Member, National Committee for Quality Assurance (NCQA) Advisory Panel on Medication Management in the Elderly |

## Harvard Medical School

| 1977-80 | Committee on Geriatrics |
| 1978-80 | Teaching Committee, Department of Preventive and Social Medicine |
| 1980-88 | Executive Committee, Division on Aging |
| 1980-84 | Malpractice consultant, Harvard Risk Management Foundation |
| 1981-88 | Working Group on Health Policy and Aging, Division of Health Policy Research and Education |
| 1986-88 | Faculty Council |
| 1997-98 | Faculty Advisor, William Bosworth Castle Society |
| 1997-98 | Member, Geriatrics Interest Group, Francis Weld Peabody Society |
| 1998-2002 | Subcommittee on Teaching Evidence-Based Medicine and Therapeutics |
| 2001-02 | Committee on development of new postdoctoral course in clinical pharmacology (responsible for pharmacoepidemiology component) |
| 2003- | Search committee for a faculty appointment in pharmacoepidemiology, Harvard School of Public Health |

## Beth Israel Hospital

| 1976-77 | Committee on House Officer Education, Department of Medicine |
| 1980-81 | Chair, Committee on Medical Research, Division of General Medicine |
| 1983-92 | Pharmacy and Therapeutics Committee |
| 1986-87 | Laboratory Board |
| 1986-92 | Transfusion Committee |
| 1987-92 | Chair, Pharmacy and Therapeutics Committee |

## Brigham and Women's Hospital

| 1992-present | Pharmacy and Therapeutics Committee |
| 1993-98 | Chair, Medication Education and Management Committee |
| 1993-95 | Chair, Technology Assessment Committee |
| 1994-95 | Chair, Drug Therapy Cost Reduction Committee, Partners Healthcare System |
| 1996-97 | Clinical Practice Standards Committee |
| 1996-2000 | Order Entry Clinical Advisory Group / Clinical Software Oversight Committee |
| 1998-2000 | Clinical Executive Committee |
| 1998-2002 | Advisory Committee, Department of Medicine |
| 1999-present | Education Council |
| 2002-present | Faculty Standing Committee on Resident Research |
| 2002-present | Executive Committee, Department of Medicine |

Professional Society Involvement:

| | |
|---|---|
| 1978-94 | Gerontological Society of America (clinical medicine section) |
| 1979-81 | Research Group on Ethics and Health Policy of the Institute of Society, Ethics, and the Life Sciences (The Hastings Center) |
| 1981-82 | Public Policy Committee, The Gerontological Society of America |
| 1981-82 | Task Force on Ethical Issues and Medical Technology, The Hastings Center |
| 1982- | American Geriatrics Society |
| 1984-89 | Fellow, The Hastings Center |
| 1988-89 | Institute of Medicine, Forum on Drug Development and Regulation: Working Group on Geriatric Pharmacology |
| 1988-90 | Institute of Medicine, Committee on Health Promotion and Disability Prevention in Aging |
| 1990-91 | Chair, panel on Drug Utilization Review Interventions, American Society for Clinical Pharmacology and Therapeutics |
| 1994-98 | Board of Advisors, Center for the Study of Drug Development, Tufts University |
| 1998 | Advisory Panel on Methodology in Pharmacoeconomics, International Society for Pharmacoeconomics and Outcomes Research |
| 2002 | Invited opening plenary presentation, International Society for Pharmacoeconomics and Outcomes Research |

International Society for Pharmaco-Epidemiology:

| | |
|---|---|
| 1995-98 | Board of Directors |
| 1995-97 | Task Force on Standards for Research Methods in the Epidemiologic Evaluation of Drugs |
| 1995-97 | Program Chair, XIII International Conference on Pharmaco-Epidemiology |
| 1996-99 | Ad Hoc Committee on Privacy and Epidemiologic Research |
| 1997-98 | President of the Society |
| 1998-99 | Chair, Nominating Committee |
| 2002- | Fellow of the Society |
| 2002 | Invited opening plenary presentation |

Other National and International Contributions:

| | |
|---|---|
| 1981-85 | Board of Directors, The Harvard Public Interest Health Foundation |
| 1982-83 | Director, Curriculum Development Project in social medicine, The Aga Khan Medical College, Karachi, Pakistan |
| 1982-88 | Consultant in geriatric medicine and epidemiology, The Greater New York Blood Program |
| 1983-91 | Physician advisor and program evaluator (geriatric pharmacology and policy), American Association of Retired Persons |
| 1985-86 | Expert Panel on Prescription Drug Use, Blue Cross of Massachusetts |
| 1988-89 | Member, Massachusetts Drug Formulary Commission |

4

| 1988-90 | Advisor to the Inspector General, U.S. Department of Health and Human Services, on drug coverage and quality assurance in federal programs |
| 1989-1994 | Clinical Director, Optimal Therapeutics Program, Blue Cross-Blue Shield of Massachusetts |
| 1992 | Advisor to President Clinton's transition team on prescription medication policy |
| 1997-1998 | Chair, National Collaborative on Improving Prescribing Practices, Institute for Healthcare Improvement |
| 1997-2000 | Co-Founder and Board of Directors member, The Ad Hoc Committee to Defend Health Care [Massachusetts] |
| 1999-2000 | Steering committee, Massachusetts Citizens' Initiative Petition to Reform Health Care |
| 2000-2001 | Expert Advisor on antibiotic prescribing and bacterial resistance, World Health Organization (WHO) Global Strategy for Containment of Antimicrobial Resistance |
| 2001-present | Member, Technical Advisory Group, State of Pennsylvania Department of Aging, Pharmaceutical Assistance Contract for the Elderly |

Editorial Boards and Editorships:

| 1981-84 | Journal of Gerontology (Editorial Board) |
| 1990-99 | UPDATE, A Quarterly Review of Geriatric Pharmacology (Editor) |
| 1992-1996 | Journal of Gerontology (Associate Editor, Clinical Medicine) |

Journal Reviewer:

| 1985-present | New England Journal of Medicine (ad hoc reviewer) |
| 1987-present | Journal of the American Medical Association (ad hoc reviewer) |

Awards and Honors:

| 2002: | Highly Cited Researcher: Identified by Institute for Scientific Information based on Medline citations as one of the most frequently cited investigators within the category of Social Science and Medicine during the period 1981 - 1999 (top one-half of 1% of all published researchers). |

## TEACHING, CLINICAL, AND RESEARCH CONTRIBUTIONS

With accelerating progress in new drug development and rising pressures to contain the costs of health care, educating physicians about appropriate prescribing decisions has become increasingly important. The focus of my work has been on defining patterns of medication use by physicians and patients; quantifying the benefits, risks, and costs of specific drugs to help build an evidence-base for rational prescribing; and developing, implementing, and rigorously testing innovative educational approaches to improve prescribing practices.

I have addressed these problems in several complementary ways, including: (1) creating new approaches to teaching physicians about optimal drug use, and then testing these approaches in randomized controlled multi-site studies; (2) developing new methods for computer-assisted analysis of large population databases to measure patterns and predictors of physician prescribing practices, as well as to study adverse drug events and patient non-compliance; (3) measuring the effect of changes in reimbursement policies on physician prescribing and patient outcomes; and (4) conducting cost-effectiveness analyses of specific medications. Together, these studies have resulted in new ways to improve drug use and clinical outcomes. Programs based on this work have been implemented locally, nationally, and internationally.

One method I developed, known as "academic detailing," uses medical-school-based educational outreach to improve physician prescribing and reduce drug use that is not pharmacologically optimal or cost-effective. This intervention merges evidence-based analysis of appropriate drug use with the effective adult-learning and behavior-change strategies that have been used by pharmaceutical companies to change physicians' prescribing practices. My colleagues and I have evaluated its effectiveness in several randomized controlled trials involving physicians in primary care practice in four states, doctors and other caregivers in nursing homes, general practitioners in Europe, and house officers at the BWH. These studies have shown that the approach is effective in educating clinicians about rational prescribing and improving medication use. My work in this area has been a synthesis of teaching and research. It has now been widely replicated and adopted by large health care systems, drug benefit managers, governmental health services in Great Britain, Canada, and Australia, and in the developing world

Teaching has been a central focus of my career since my first year as a student at HMS, when I developed a student-initiated course in some of these areas, described below. In the more than 30 years since I have worked in several domains to develop teaching programs at HMS and its affiliated institutions. I created new courses on health care delivery at Harvard College (medical sociology; aging and society), the Harvard School of Public Health (geriatrics and health policy), and HMS (forerunners to the "Patient-Doctor" and "Clinical Commons" courses). I continue to teach at HMS (pharmacology, geriatrics), HSPH (epidemiology), the Harvard Program in Clinical Effectiveness (health policy, pharmaco-epidemiology), and BWH (while serving as Attending Physician on the General Medicine Service and as described further below).

In 1998 my teaching, clinical, and research activities came together when I was asked to establish a Division of Pharmacoepidemiology and Pharmacoeconomics within the Department

6

of Medicine at BWH. In this role, I developed several new programs to teach physicians and medical students about appropriate and cost-effective prescribing, including: (1.) implementing a new curriculum of lectures and monthly teaching rounds for interns and residents on proper medication use and drug cost-effectiveness analysis; (2.) using the hospital's automated order-entry system to produce interactive computer guidelines that improve drug use decisions at the time they are being made; (3.) establishing and editing a new series of publications to teach house officers and medical students about evidence-based medication choices; (4.) developing a program that supports fellows in Infectious Diseases to serve as "academic detailers" who are deployed to provide "just-in-time" education when problematic antibiotic orders are written; (5.) creating a new system for evaluating the benefits, risks, and costs of drugs proposed for hospital formulary inclusion; (6.) conducting epidemiologically rigorous assessment of current in-patient drug use practices and identifying areas in need of educational intervention. The Division is coming to be viewed as a model for integrating evidence-based medication use and cost-effective prescribing into the teaching programs and clinical activities of academic departments of medicine.

**SELECTED FUNDING INFORMATION:**

**National Institutes of Health:**

| | | |
|---|---|---|
| 1979-1981 | NIH / NCHSR / R01 | PI |

Demarketing and administrative strategies in drug prescribing.

1983-1985 NIH / AHCPR / R01 PI
Analysis of a successful strategy to improve prescribing.

1985-1990 NIH / AHCPR / R01 PI
Improving the accuracy of transfusion decisionmaking.

1986-1988 NIH / NIA / R01 PI
Medication use as a risk factor for falls in the elderly.

1986-1988 NIH / AHCPR / R01 Co-Investigator
Impact of payment restrictions on physician decisions.

1986-1988 NIH / NIMH / R01 PI
Staff expectation as a mediator of functional status in nursing homes.

1988-1991 NIH / FDA / R01 PI
Population-based surveillance of adverse drug reactions

1988-1991 NIH / AHCPR / R01 Co-Investigator
Unintended outcomes of health care cost containment.

1989-1991 NIH / NEI / R01 PI
Epidemiology of topical beta-blocker side effects in elderly.

1990-1995 NIH / NIA / P01 Project Director
Geriatric Research and Training Center: Data Management and
Epidemiology Core.

1992-1993 NIH / NIA / R01 PI
Drug-induced parkinsonian symptoms.

1994-1995 NIH / NIA / P01 Co-Investigator
Geriatric Research and Training Center-Research & Development Core:
Effects of benzodiazepine and other CNS-active drugs on hospitalized
patients

8

| 1993-1997 | NIH / NIA / R01 | Co-Investigator |
|---|---|---|

Missing and mismeasured data in studies of the elderly.

| 1994-1998 | NIH / NIA / K08 | Sponsor |
|---|---|---|

Clinical Investigator Award; Antihypertensives and the elderly.
(M. Monane, M.D., M.P.H.)

| 1995-1996 | NIH / NIA / PO1 | Co-Investigator |
|---|---|---|

Older Americans Independence Center-Research & Development Core:
Clinical trial of outcomes of anti-hypertensive medication reduction.

| 1995-1999 | NIH / NIA / T32 | Co-Program Director |
|---|---|---|

Training program in epidemiologic research on aging.

| 1996-1998 | NIH / AHCPR / R01 | Co-PI |
|---|---|---|

Prevention of adverse drug effects in the nursing home setting.

| 1996-1999 | NIH / NIDA / R01 | PI |
|---|---|---|

Risky geriatric benzodiazepine use: Predictors and trends.

| 1996-1999 | NIH / AHCPR / R01 | PI |
|---|---|---|

Nephrologist care and outcomes in renal insufficiency.

| 1991-1996 | NIH / NIA / K08 | Sponsor |
|---|---|---|

Clinical Investigator Award; Drug-induced illness in the elderly: NSAIDs
as a model. (J. Gurwitz, M.D.)

| 1999-2004 | NIH / NIMH / KO1 | Sponsor |
|---|---|---|

Clinical Investigator Award: Appropriateness and compliance in
depression treatment (P. Wang, M.D., Dr.P.H.).

| 2000-2004 | NIH / NIA / T32 | Program co-Director |
|---|---|---|

Training Program in Epidemiologic Research on Aging.

| 2000-2002 | NIH / AHRQ / R01 | co-Investigator |
|---|---|---|

Consequences of drug cost-sharing in the elderly.

| 2000-2001 | NIH / NIA / RO3 | PI |
|---|---|---|

Drugs and aging: Demographic, clinical, and cost data.

| 2000-2001 | NIH / NIA / R01 | co-PI |
|---|---|---|

Evaluating drug benefit policy changes in geriatric practice.

| 2002-2006 | NIH / NIMH / R01 | PI |
|---|---|---|

Outreach and treatment for depression in the labor force  (subcontract)

| 2002-2005 | NIH / NIA / R01 | co-PI |
| | Medication use, comorbidity, and outcomes in older people. | |

| 2002-2007 | NIH / NIAMS / K 23 | sponsor |
| | A randomized, controlled trial of an intervention to improve the management of osteoporosis. (Dan Solomon, M.D., M.P.H.) | |

| 2002-2005 | NIH / NIDA / R01 | co-PI |
| | Pain medication use and risk factors for opioid dependency | |

| 2002 – 2004 | NIH / NIAMS / R55 | co-PI |
| | Why is cardiac risk increased in rheumatoid arthritis? | |

| 2003 - 2007 | NIH / NIA / RO1 | co-PI |
| | Effects of income-based drug charges on older patients | |

| 2003 – 2007 | NIH / AHRQ / RO1 | co-PI |
| | Consequences of drug cost sharing: A new randomized trial | |

**Other Federal Support:**

| 1978-1980 | Administration on Aging | Program Director |
| | Curriculum development in aging and public health | |

| 1984-1985 | HCFA | Co-Investigator |
| | Economic and clinical consequences of three drug cost containment strategies in Medicaid. | |

| 1985-1987 | Veterans Administration | Co-Investigator |
| | Central nervous system effects of beta-blockade in the elderly. | |

| 1988-1991 | Veterans Administration | Co-Investigator |
| | Systemic effects of beta-blocking medications used for glaucoma. | |

**Foundation Support:**

| 1982 | Robert Wood Johnson Foundation | PI |
| | Medication-induced disability: Its nature, extent and prevention. | |

| 1982-1984 | Blue Cross of Massachusetts Foundation | PI |
| | Preventing inappropriate medication use in hospitals: A demonstration | |

| 1983-1984 | AARP-Andrus Foundation<br>Clinical effects of medication use in the elderly | PI |
|---|---|---|
| 1983-1986 | The Commonwealth Fund<br>Diagnosis and drug treatment of incontinence in the elderly: Epidemiology<br>and health services research. | Project Director |
| 1985-1988 | John A. Hartford Foundation<br>Clinical and economic consequences of improving the use of medications<br>in nursing homes. | PI |
| 1988-1991 | John A. Hartford Foundation<br>Medications and aging: Research and education in geriatric pharmacology. | PI |
| 1988-1995 | American Federation for Aging Research<br>Fellowship program in geriatric clinical pharmacology. | Program Director |
| 1992-1993 | John A. Hartford Foundation<br>Improving medication use in the nation's elderly | PI |
| 1998-2000 | The Medical Foundation<br>Faculty development award in clinical epidemiology<br>(E. Knight, M.D., M P H.) | Sponsor |
| 2002 – 2007 | The Arthritis Foundation<br>Improving osteoporosis care: Development and randomized controlled<br>testing of patient and physician educational interventions | co-PI |
| 2003 – 2007 | The Arthritis Foundation<br>Biologic therapies and DMARDs in rheumatoid arthritis: Ensuring their<br>safe and appropriate use | co-PI |

**Other Support:**

| 1989-1991 | Alcon Laboratories<br>Population-based study of adverse systemic effects in patients treated for<br>glaucoma. | PI |
|---|---|---|
| 1989-1992 | Ocean Spray Cranberries<br>Prevention of urinary tract infections in nursing home residents. | PI |
| 1992-1993 | Johnson & Johnson - Merck<br>Clinical and policy analysis of over-the-counter use of histamine<br>antagonists | PI |

11

| 1993 | Kabi Pharmacia | PI |
| | Cost-effectiveness of thrombolytic therapy in acute myocardial infarction. | |

| 1993 | Armour Pharmaceuticals | PI |
| | Cost-effectiveness analysis of prophylactic treatment for hemophilia. | |

| 1995 | Dupont | Co-Investigator |
| | Risk management issues in medication use in the elderly. | |

| 1993-1997 | Ocean Spray Cranberries | PI |
| | Preventing recurrent urinary tract infections. | |

| 1994-1997 | American Heart Association | Preceptor |
| | Patterns and outcomes of antihypertensive therapy in the elderly. | |

| 1996-1997 | Searle | PI |
| | Health care utilization among NSAID users. | |

| 1996-1999 | Bristol-Myers Squibb | PI |
| | Hypertension and medication use: Defining the patient's perspective. | |

| 1996-1999 | Baxter International | PI |
| | Cost of inhibitor development in hemophilia. | |

| 1997-1999 | Eli Lilly | PI |
| | Racial differences in antidepressant use. | |

| 1997-2000 | Bristol-Meyers Squibb | PI |
| | Cardiac functional status and health care utilization following thrombolysis for acute myocardial infarction. | |

| 1997-2003 | Bristol-Meyers Squibb | PI |
| | Pravastatin as primary prevention in elderly subjects: cost-effectiveness analysis and outcomes research. | |

| 1999-2000 | Speywood Pharmaceuticals | PI |
| | A pharmacoeconomic analysis of the treatment of patients with inhibitors to factor VIII | |

| 1999-2000 | Pharmacia | PI |
| | Adverse cardiac and CNS effects of anticholinergic drugs used for incontinence in the elderly. | |

| 2000-2001 | Pharmacia | PI |
| | Excessive sedation and accidents in patients with Parkinson's Disease | |

12

| 2001-2002 | Pfizer | co-PI |
| | Epidemiology of COX-2 inhibitor use and hypertension | |

| 2001-2002 | Novo-Nordisk | PI |
| | Cost-effectiveness analysis of recombinant factor VII in the treatment of bleeding disorders | |

| 2001-2002 | Pfizer | PI |
| | Adverse events in hospitalized patients receiving systemic anti-fungal medication | |

| 2002-2004 | Merck | co-PI |
| | Risk of acute myocardial infarction in patients taking COX-2 inhibitors and conventional NSAIDs | |

| 2003 -- 2006 | GlaxoSmithKline | PI |
| | Post-marketing surveillance and risk management of alosetron in older patients | |

**REPORT OF TEACHING:**

**Harvard College**

>    1972-1974      Tutor in Medical Sociology (Social Relations)

>    In collaboration with Paul Starr (then a graduate student in sociology at Harvard), developed a new offering for Harvard college students in the Social Relations Program. Topics covered included the social and political organization of the health care delivery system, the sick role, and the aging patient.

>    *8 undergraduates; 3 hours/week preparation, 3 contact hours/week*

>    1979-1980      Our Future Selves: Aging in Society

>    While director of the Division of Geriatrics at the Harvard School of Public Health (see below), developed and taught a new course for Harvard and Radcliffe undergraduates dealing with the social, cultural, and political aspects of aging in western societies.

>    *15-20 undergraduates; 2 hours/week preparation, 2 contact hours/week*

**Harvard Medical School**

>    1969-1971      Course director, student-initiated Curriculum in Social Medicine

>    As an HMS I student, developed a first-year course to introduce students to aspects of medicine which were not at that time covered in the HMS curriculum. Topics covered included health economics and policy, epidemiology, medical ethics, and legal medicine. Lectures by visiting faculty were coordinated with the biomedical content of the curriculum; course became integrated into the standard HMS I "core" curriculum.

>    *175 medical students; 2 hours/week preparation, 1 contact hour/week*

>    A second course, offered in the HMS II year in conjunction with the introduction to clinical medicine course, covered aspects of patient care and the doctor-patient relationship that were not part of the standard ICM curriculum. These included lectures by visiting faculty on physician-patient communication, alcoholism and drug abuse, human sexuality, and death and dying.

>    *30 medical students; 2 hours/week preparation, 1⎕ contact hours/week*

>    1977-1980      Preventive and Social Medicine 724a.0: Social Theory, Human Values, and their Relation to Medical Care

Designed and taught this introductory course, which for several years was the main introductory course in the Department of Preventive and Social Medicine at HMS. Topics covered included: health policy, culture and disease, history of medicine, and societal aspects of medication use.

*25 medical students, 4 hours/week preparation, 2 contact hours/week*

1983-1984     Member, New Pathway Life Cycle Curriculum Design Group

1983-1984     Member, New Pathway Educational Methods Committee

1985-present  Annual teaching in the Division on Aging Continuing Medical Education course in geriatric medicine (pharmacotherapy in the elderly)

*200-300 practicing physicians, 1 hour preparation, 1 contact hour annually*

1996- 2001    Core lecture to HMS I on Geriatric Medicine

*100-150 medical students, 1 hour preparation, 1.5 contact hours annually*

1996- 2002    Core lecture to HMS III on Appropriate Prescribing (Patient-Doctor III)

*100-150 medical students, 1 hour presentation; 1.5 contact hours annually*

1998- 2002    Member, Subcommittee on Evidence-Based Medicine and Therapeutics

1998-present  Lecture on Geriatric Pharmacology in HMS I Principles of Pharmacology course

*100-150 medical students; 3 hours preparation, 1 contact hour [nominated as best lecture in course]*

2002-         Day-long module on pharmaco-epidemiology and pharmacoeconomics in new course, "Pharmacology for the Clinical Investigator."

*40 clinical and research fellows, 8 hours preparation, 7 contact hours*

## Harvard School of Public Health

1979-1981     Health Policy and Management 213a, Issues in Geriatric Health Care

In developing the Division of Geriatrics at HSPH, established a curriculum on health care for the elderly for the Department of Health Policy and Management. This course provided an

15

overview of the impact of changing demography on the age distribution and health care needs of the population, and an introduction to aspects of health policy most relevant to care of the elderly (Medicaid, Medicare, long-term care, etc.).

*10-25 graduate students, 4 hours/week preparation, 2 contact hours/week*

1979-1980     Health Policy and Management 214b, Ethics and Geriatric Policy

Developed and taught this course with Professor Norman Daniels of the Philosophy Department at Tufts University. It addressed the ethical issues surrounding care of the elderly, including: determination of competency to refuse care, the "right to die," informed consent in a demented patient, ethical aspects of benefit-cost analysis and cost-containment, and intergenerational distribution of health care resources.

*8-12 graduate students, 3 hours/week preparation, 2 contact hours/week*

1978-80    Director, Geriatric Curriculum Development Project, Harvard School of Public Health

Was responsible for the conceptualization, development and dissemination of a series of free-standing case studies to bring concepts in geriatric care into the curricula of schools of public health and medicine in the U.S. Working with faculty and staff at HSPH, prepared case studies on issues including hospice care, quality-based reimbursement incentives, epidemiologic and economic aspects of screening for disease in the elderly, geriatric foster care programs, the role of the courts in maintaining quality standards in nursing homes, use of nurse-practitioners in geriatric delivery systems, mental health coverage under Medicare, and quality assurance in prescribing for the elderly.

1994-1996    Health Policy and Management 267c: Health and Medical Care in an Aging Population

Overview of geriatrics and health care delivery (developed and taught with Drs. John Delfs and Mark Monane) covering policy issues in Medicare and Medicaid, nursing home regulation, capitation, demographic changes, and pharmaco-epidemiology. Course received a "perfect" evaluation by students in 1995-96 academic year.

*7-22 graduate students; 1 hour/week preparation, 2 contact hours/week*

2000-present   Epidemiology of Aging

Quantitative analysis of patterns of medication use, effectiveness, and adverse events in the elderly.

*14 – 20 graduate students; 1 hour preparation, 2 contact hours*

2001-present   Epidemiology 235d. Health Services Epidemiology

> Application of epidemiologic methods to health services research and to intervention trials designed to improve the quality of physician prescribing practices.

> *14-20 graduate students; 1 hour preparation, 2 contact hours. [Lecture received highest student evaluation in course]*

**Beth Israel Hospital**

1978-1982      Preventive and Social Medicine 724b 0: The Doctor-Patient Relationship

> An extension of the earlier student-initiated course designed to supplement the HMS Introduction to Clinical Medicine curriculum, this course became a required component of ICM for all students taking this rotation at the Beth Israel Hospital. Prepared and delivered lectures on topics including compliance, confidentiality, the clinical interview, care of the elderly patient, and functioning as part of a health care team  The course was consistently one of the highest-rated components of Beth Israel ICM course.  Many aspects of this course were later integrated into the New Pathway curriculum at HMS.

> *20-30 medical students; 3 hours/week preparation, 1 hour/week contact time*

1982-1992      Director, Beth Israel Hospital Drug Information Program

> Established and led a program for assembling and disseminating current information on selected topics in drug therapy.  Brief monographs were prepared with BI faculty covering the indications for and rationale use of clindamycin, histamine antagonists, vancomycin, cefazolin, triazolam, metronidazole, and other drugs.. Also developed a new structured antibiotic order form to improve the prescribing of parenteral antibiotic therapy throughout the hospital.  The effect of this intervention was tested in a time-series analysis (see reference 19 in bibliography); form has been replicated in numerous institutions throughout the country.

**Brigham and Women's Hospital**

1992-present   Director, Medication Education and Management Program (1992-1997) / Director of educational activities of the Division of Pharmacoepidemiology and Pharmacoeconomics (1998 – present)

> On coming to BWH I established a program to educate house officers, fellows, and attending physicians on evidence-based and cost-effective pharmacotherapy. Through work with local clinical experts, the program assesses new drugs proposed for formulary inclusion, develops guidelines for medication use, and prepares educational materials to explain the

pharmacology, pathophysiology, and clinical trial evidence behind these recommendations. Since 1998, this work has continued through the Division of Pharmacoepidemiology and Pharmacoeconomics. Monographs have been produced on: diltiazam for tachyarrhythmia; indications for histamine₂ receptor antagonists; ketorolac in post-operative analgesia; neuromuscular blocking agents in intensive care; and proper use of second and third generation cephalosporins. I also developed and edit a series of original eduational materials for house officers and staff on current topics in pharmacotherapy; a complete list of the 20 titles developed so far appears at the end of the bibliography. These are distributed to house officers and faculty throughout the hospital and are also disseminated electronically on the Partners Handbook.

In addition, my Division is helps develop the content and implementation of drug-related order entry components in the hospital's on-line order entry system. Computer-based drug interventions have included guidelines on: human growth hormone use in surgical or burn patients; third generation cephalosporins; age-specific dosing for psychoactive medications; intravenous proton-pump inhibitors; COX-2 nonsteroidal anti-inflammatory drugs; fluoroquinolone antibiotics; granulocyte colonoy-stimulating factor; and activated protein C (drotrecogin alfa). Other order-entry work has developed, implemented, and evaluated a set of algorithms to convert intravenous medications to oral use when clinically appropriate for drugs with high bioavailability.

With the Infectious Diseases Division, we developed and periodically update new guidelines for antibiotic use which are disseminated hospital-wide and are also electronically. In 2003, a new program was begun with the BWH Hospitalist Service in which my Division takes responsibility once each month for the combined attending rounds of the four General Medicine Service teams and provides case-specific teaching about a selected topic on appropriate medication use.

1993-present     Annual lectures to house officers on topics in pharmacology

*25-35 house officers per year, 1.0 hour preparation, 1 contact hour annually*

1995-present     Faculty, Evidence-Based Medicine Journal Club

*20-25 house officers, 6 hours preparation, 2-3 contact hours annually*

1996-present     Approach to the Geriatric Patient, Introduction to Clinical Medicine course

*30-40 medical students, 1 hour preparation, 1-2 contact hours annually*

1996-2000     Core faculty, Epidemiology course, Clinical Effectiveness Program

*30-40 fellows and junior faculty per year, 2-3 hours preparation, 16 contact hours/year*

18

1996-present        Lectures on pharmacoepidemiology, and on health policy and drug use, Clinical
                    Effectiveness Program

   *70-90 fellows and junior faculty per year, 3 hours preparation, 4 contact hours annually*

1998-present        Developed lecture series for house officers on rational prescribing and
                    cost-effectiveness analysis

1999-present        Oversaw design, implementation, and evaluation of academic detailing program
                    to reduce excessive use of broad-spectrum antibiotics in Department of Medicine; the
                    effectiveness of this new program was documented in radomized controlled trial
                    published in *Archives of Internal Medicine* in 2001 (see bibliography). The program has
                    now been implemented on an ongoing, operational basis as an innovative peer-education
                    program. It employs senior residents trained by our Division with input from Infectious
                    Disease consultants, using case-based educational outreach to target inappropriate
                    antibiotic orders as soon as they are written.


**Advisory and supervisory responsibilities**

   1977-1992 Clinical supervision of medical students, house officers, and fellows in general
                    internal medicine and geriatrics, Beth Israel Hospital

     *3-5 medical students, 4-6 house officers, 0-1 fellow per year*

   1977-1997 Annual precepting of HMS Introduction to Clinical Medicine students on history and
                    physical examination, with emphasis on the geriatric patient

     *3-5 medical students, 2 contact hours per year*

   1980-present   Dissertation supervision for Harvard doctoral students:

          Health Policy and Management Department, HSPH: *5 doctoral students*

          Epidemiology Department, HSPH: *2 doctoral students, 4 post-doctoral students*

          Harvard University joint M.D.-Ph.D. program: *2 doctoral students*

   1983-1998        Harvard Fellowship Program in Geriatric Medicine

          *served as primary research mentor for 8 fellows*

   1988-1989    Preceptor for Patient-Doctor component of New Pathway curriculum

          *6 medical students, 2 hours/week preparation, 2 contact hours/week*

19

1992-present   Supervision of medical students, house officers, and fellows as attending
               physician on general medicine service, Brigham and Women's Hospital

    *1-2 medical students and 3-5 house officers, one month per year*

1992-1997      Supervision of fellows on geriatric consultation service, BWH

    *1 fellow, 1-3 months per year*

1993-present   Brigham and Women's Hospital, medical residency program:
               direct one-on-one research supervision of senior medical residents during 4-6
               month research rotation

    *2 residents each year for 4-6 months each; 3-6  contact hours per week throughout year*

1996-1998      Faculty preceptor, General Medicine Division, Brigham and Women's Hospital

    *Supervised 3-4 house officers per session once a week, 2-3 months/year*

1997-1998      Faculty advisor, Castle Society, Harvard Medical School

ADVISEES AND TRAINEES (partial list):

| Trainee name, years | Research topic | Current position |
|---|---|---|
| Stephen Soumerai, Sc.D. Predoctoral/Postdoctoral 1979-92 | Improving prescribing practices; pharmaceutical health policy | Professor of Ambulatory Care and Prevention, HMS |
| Daniel Everitt, M.D. Postdoctoral 1983-86 | Geriatric pharmacology | Director, Clinical Research, SmithKline Beecham Pharmaceuticals |
| May Reed, M.D. Predoctoral 1983-86 | Geriatrics; health services research | Associate Professor of Medicine, University of Washington, Seattle |
| Lee Learman, M.D., Ph.D. Predoctoral 1983-87 | The effect of expectations on clinical outcomes | Assistant Professor of Obstetrics, Gynecology and Reproductive Sciences, UCSF |
| Lawrence Cohen, M.D., Ph.D. Predoctoral 1984-88 | Cross-cultural definitions of dementia | Professor of Medical Anthropology, University of California, Berkeley |
| Mark Beers, M.D. Postdoctoral 1985-87 | Geriatric pharmacology | Executive Director of Geriatrics, Merck & Co ; Editor-in-Chief, The Merck Manuals |
| Susanne Salem-Schatz, Sc.D. Predoctoral/Postdoctoral 1985-90 | Health services research; clinical decisionmaking | Assistant Professor of Medicine, HMS, CHMC |
| Roselie Bright, Sc.D Predoctoral/Postdoctoral 1986-89 | Pharmacoepidemiology | Epidemiologist, Center for Devices, Food and Drug Administration |
| Jerry Gurwitz, M.D. Postdoctoral 1986-96 | Adverse drug effects in the elderly | Professor of Medicine, U. Mass Medical School; Director, Meyers Primary Care Research Institute |
| Paul Campbell, Sc.D. Predoctoral 1986-87 | The role of hospital management in altering physician practice patterns | Lecturer on Management, Department of Health Policy & Management, Harvard School of Public Health |
| Tom McLaughlin, Sc D. Predoctoral 1986-88 | Diffusion of innovation in new drug technologies | Assistant Professor, Ambulatory Care and Prevention, HMS |
| Mark Monane. M.D , M.S. Postdoctoral 1989-96 | Adverse drug effects and compliance | Director of Geriatric Medication Management; Merck-Medco |

| | | |
|---|---|---|
| Susan Kalish, M.D., M.P.H.<br>Postdoctoral<br>1992-95 | Cost-effectiveness analysis of medications | Assistant Professor of Medicine, Boston University Medical School |
| Rhonda Bohn, Sc.D.<br>Predoctoral<br>1991-2000 | Pharmacoepidemiology, cost-effectiveness analysis | Instructor in Medicine, BWH/HMS |
| Daniel Solomon, M.D., M.P.H.<br>Postdoctoral<br>1994-present | Health care technology assessment | Assistant Professor of Medicine, BWH/HMS |
| Carole Flamm, M.D.<br>Postdoctoral<br>1994-96 | Cost-effectiveness of neuro-imaging studies in dementia and stroke | Senior Consultant, Technology Evaluation Center, Blue Cross-Blue Shield Association |
| Philip Wang, M.D., Dr.P.H.<br>Postdoctoral<br>1994-present | Utilization and side effects of psychoactive medications | Assistant Professor of Medicine, BWH/HMS |
| Johanne Monette, M.D., M.S.<br>Postdoctoral<br>1994-96 | Cross-national comparisons of drug utilization and outcomes | Assistant Professor of Medicine, McGill University |
| Cynthia X. Pan, M.D.<br>Postdoctoral<br>1996-97 | Racial differences in medication use and outcomes | Assistant Professor of Medicine, Mount Sinai Medical School |
| Eric Knight, M.D., M.P.H.<br>Postdoctoral<br>1997-99 | Epidemiology and outcomes of cardiovascular drug use in the elderly | Instructor in Medicine, Harvard Medical School |
| Minalkumar Patel, M.D.<br>Postdoctoral<br>1997-2001 | Cost-effectiveness analysis of medications | Chief Medical Director for Quality Management, Blue Cross and Blue Shield of New Jersey |
| Anick BÚrard, Ph.D.<br>Postdoctoral<br>1998-2000 | Use and outcomes of drugs in rheumatology | Assistant Professor of Epidemiology, University of Montreal |
| David Ganz<br>Predoctoral<br>1998-2001 | Decision analytic studies of therapeutic choices in cardiovascular disease | Fellow in Geriatric Medicine, UCLA (graduated HMS with honors based on research with JA) |
| Joshua Benner, Pharm.D., Sc.D.<br>Postdoctoral<br>1999-2002 | Cost-effectiveness of and compliance with medications | Director of Health Economics, ValueMedics Research, Inc. |
| Wolfgang Winkelmayer, M.D., Sc.D.<br>Postdoctoral<br>2000-present | Clinical outcomes in patients with end-stage renal disease | Instructor in Medicine, BWH / HMS |

| | | |
|---|---|---|
| Michael Fischer, M.D.<br>Postdoctoral<br>1999-present | Improving house officer prescribing;<br>adverse effects of antihypertensives | Instructor in Medicine, BWH / HMS |
| Sebastian Schneeweiss, M.D.,<br>Sc D<br>Postdoctoral<br>2000-present | Health service utilization and clinical<br>effects of changes in drug<br>reimbursement policies | Assistant Professor of Medicine,<br>BWH / HMS |
| Charles Morris, M. D.<br>Postdoctoral<br>2001-present | Exclusion of elderly from clinical<br>trials; education for appropriate<br>prescribing | Instructor in Medicine, BWH / HMS |
| Yuka Kiyota, M.D., M P.H.<br>Postdoctoral<br>2001-2002 | Adverse effects of antifungal agents<br>and of antiparkinsonian medications | House officer and clinical fellow,<br>Yale Medical School |

## BRIEF DESCRIPTION OF SELECTED REFERENCES

**Avorn J, Soumerai SB.  Improving drug-therapy decisions through educational outreach:  A randomized controlled trial of academically based "detailing."  N Engl J Med 1983; 308:1457-1463.**

This paper represents the first publication of the approach I developed that used a new kind of educational outreach to teach physicians how to improve their drug-use decisions. It was based on the observation that advocates of data-driven, appropriate medication use generally did not communicate proactively or compellingly with typical practitioners.  By contrast, pharmaceutical manufacturers were very effective in changing physicians' behavior, but did so primarily to promote particular products.  I hypothesized that prescribing could be improved by adapting the effective behavior-change approach of the private sector and using it instead to disseminate instruction about evidence-based therapeutics.  Shortly after completion of my residency, I formulated this approach in my first RO1 application and submitted it to what was then the National Center for Health Services Research (later AHCPR/AHRQ).  The grant was funded, and as the project grew I hired Stephen Soumerai, then a master's degree student at HSPH, to work with me on the project.

The intervention was tested in a randomized trial involving 435 physicians in four states, and sought to reduce mis-use of three drug groups: antibiotics used for viral infections, ineffective cerebral and peripheral "vasodilators," and propoxyphene (Darvon)-containing analgesics. Physicians randomized to the experimental intervention were visited in their offices by pharmacists whom we trained in the pharmacology of the target drug groups as well as in behavior-change strategies, adult learning theory, and social marketing concepts. Actual prescribing practices were tracked through analysis of each state's Medicaid paid claims tapes for the prescriptions written by each physician in the experimental and control groups.

The trial demonstrated significant reductions in inappropriate prescribing by the doctors randomized to the experimental group, using an intention-to-treat analysis. It has often been cited as one of the first studies to use a rigorous trial design to measure the impact of a medical education intervention on so large a scale. In a formal benefit-cost analysis (ref. 9) we further showed that the approach saved twice as much as it cost to implement. The intervention, which I named "academic detailing," is now in widespread use in the U.S , Europe, and the developing world.  It has spawned a substantial literature of its own which demonstrated its effectiveness in many clinical situations in a wide variety of health care systems. The Cochrane Collaborative now maintains an ongoing evidence-based review of the literature describing such programs, which it terms "educational outreach visits "

Avorn J, Soumerai SB, Taylor W, Wessels M, Janousek J, Weiner M.  Reduction of incorrect antibiotic use through a structured antibiotic order form.  Arch Int Med 1988; 148:1720-1724.

In the mid-1980s, I established an educational program at the Beth Israel Hospital to improve medication use there. This paper reports on the component of that work aimed at teaching physicians to prescribe antibiotics more appropriately. The goal was to provide physicians with real-time feedback to guide prescribing decisions *before* a problematic drug order had been entered, a precursor to today's computerized order-entry systems. I developed a quasi-"interactive" paper-based structured order form for antibiotics. When a drug was chosen, the form provided the ordering physician with prompts concerning pharmacokinetics and dosages, as well as educational messages about appropriate use. These were modified periodically to reflect changing resistance patterns and new areas of problematic antibiotic utilization at the hospital. Using interrupted time-series analysis, we demonstrated that the introduction of the form significantly improved use of targeted antibiotics, and also resulted in substantial cost savings. A follow-up study documented that the improved antibiotic prescribing that resulted was not associated with any adverse clinical outcomes. This approach has since been adopted in a number of other hospitals throughout the country.

Avorn J, Dreyer P, Connelly K, Soumerai SB. Use of psychoactive medication and the quality of care in rest homes: Findings and policy implications of a state-wide study. N Engl J Med 1989; 320:227-32.

Effective approaches to improve medication use require rigorous definition of how drugs are used in a given setting. The problem of suboptimal drug use in elderly patients has been a central theme of my research and educational activities. Throughout the 1980s, board-and-care facilities in Massachusetts ("rest homes") increasingly came to care for two particularly vulnerable populations: frail elderly affected by the shortage of nursing home beds, and de-institutionalized patients with chronic mental illness who lacked community-based alternatives for care. More and more of these people were being housed in board-and-care facilities that had not been designed and were not being reimbursed to care for such complex residents. Little was known about the quality of medication use or the training needs of staff in these homes. To define this problem more clearly and lay the groundwork for policy changes, I developed a state-wide educational assessment that was implemented with the help of the Massachusetts Department of Public Health. We performed a population-based evaluation of the knowledge of staff concerning the medications they were administering. Our study documented that psychoactive drugs were being dispensed, and patients evaluated, by caretakers who had minimal understanding of safe or appropriate drug use. The findings of this survey helped bring about changes in state policies that mandated higher educational and regulatory standards in facilities caring for these vulnerable residents

Soumerai SB, Ross-Degnan D, Avorn J, McLaughlin TJ. **Effects of Medicaid drug-payment limits on admission to hospitals and nursing homes.** N Engl J Med 1991; 325:1072-1077.

In an attempt to contain costs, for an 11-month period the New Hampshire Medicaid program limited all Medicaid recipients to a maximum of three prescriptions per month. The program was carried out solely through quotas and rationing, with no education about cost-effectiveness or other evidence-driven guides to prescribing. Assessment of this policy was taken on by Dr. Soumerai and other faculty in my research unit; in an earlier NEJM paper (ref. 17) we had demonstrated the negative impact of this "cap" on physicians' ability to prescribe appropriately for their chronically ill indigent patients.

In this paper, we documented the consequences of such rationing on physician prescribing, by measuring the health care outcomes of the affected Medicaid patients in New Hampshire. We compared them with a comparable group of chronically ill patients we identified in the New Jersey Medicaid program, whose medication use was not subjected to any such cap. Using survival analysis, we showed that the New Hampshire cohort had a significantly greater rate of nursing-home institutionalization, hospital care, or death in compared to the New Jersey cohort. This pattern of differential survival ended when the cap policy was abandoned, although its effects persisted for the excess patients who reached one of these adverse endpoints in New Hampshire. The additional costs required by such institutional care offset any savings in drug expenditures that the policy generated. This paper has become one of the most often-cited studies of the adverse impact of economic constraints on drug use, and their effects on clinical status, health care utilization, and expenditures

Avorn J, Soumerai SB, Everitt DE, Ross-Degnan D, Beers MH, Sherman D, Salem-Schatz SR, Fields D.  A randomized trial of a program to reduce the use of psychoactive drugs in nursing homes.  N Engl J Med 1992; 327:168-173.

Of all health care settings in which drugs are used, the nursing home has been one of the most problematic. This paper reports on my application of the "academic detailing" approach to the problem of excessive psychoactive drug use in long-term care settings. The study was designed as a randomized controlled trial; it was carried out in 12 Massachusetts nursing homes caring for 850 patients. In the institutions we randomized to the intervention group, doctors, nurses, and aides received a series of interactive educational visits, curriculum materials, lectures, and "un-advertisements" we designed. The program taught clinicians about appropriate use of sedating medications in frail elderly patients, and presented data on side effects, preferred agents if any were used, and geriatric dosing guidelines. We also provided information on alternatives to inappropriate use of benzodiazepines, neuroleptics, and hypnotics in such patients.

After we collected detailed information on all drugs prescribed in all facilities, we trained a research assistant (blinded to study design and group assignment) to assess patients in all facilities before and after the intervention period.  We showed that the intervention succeeded in significantly reducing the burden of excessive psychoactive drug use in the experimental homes compared with controls, without deterioration in the behavior of residents.  In addition, patients who had previously been taking neuroleptics performed significantly better on a detailed test of memory in the experimental homes as compared with comparable patients in the control homes.

Avorn J, Gurwitz JH, Bohn RL, Mogun H, Monane M, Walker A. Increased incidence of levodopa therapy following metoclopramide use. JAMA 1995; 274:1780-1782.

One of the most difficult problems in educating physicians about the use of drugs in older patients is to help them distinguish between drug side effects and the onset of a new disease process, which may then be unnecessarily treated with still other medications. I hypothesized that this might occur if the extra-pyramidal side effects of a drug such as metoclopramide (Reglan) were mistakenly attributed to new-onset idiopathic Parkinson's disease. Little previous work had been done on this question other than a clinical study we had published previously (ref. 59), and a companion study published in *The American Journal of Medicine* which quantified this problem in relation to haloperidol (ref. 65).

In the present study, I employed the relational pharmacoepidemiology database we developed to identify all patients over age 65 who began treatment with dopaminergic antiparkinsonian agents such as Sinemet (L-dopa/carbidopa). We then measured whether such treatment was initiated more frequently in metoclopramide users. Because metoclopramide (and related neuroleptics) block dopaminergic receptors in the brain, this is not an appropriate initial strategy for management of these symptoms, and strongly suggests that a misdiagnosis of idiopathic Parkinson's disease had been made. The hypothesis was confirmed with the documentation of a three-fold increase in the initiation of use of L-dopa in patients taking metoclopramide, even after controlling for potential confounders using multivariable regression techniques. The availability of detailed information on dose and duration of therapy on all prescriptions in the database also made it possible to describe a dose-response curve in this population-based study, as well as to identify specific patient risk factors associated with this form of preventable iatrogenic problem. These findings, as well as the related papers cited, were then integrated into teaching programs in geriatric pharmacology both in our own unit as well as nationally.

Avorn J, Monette J, Lacour A, Monane M, Mogun H, Bohn RL, LeLorier J. Persistence of use of lipid-lowering medications: a cross-national study. JAMA 1998;279:1458-1462.

Optimal prescribing requires an understanding of how well patients are adhering to the prescribed regimen, and development of methods to assess and ultimately improve such use. In earlier work (refs. 17, 34), we had demonstrated the adverse outcomes of economic restriction of such coverage. However, physicians still remain unaware of the magnitude of non-compliance among their patients even when economic constraints are absent. In this paper, we documented that even in the presence of adequate medication coverage, patients still often failed to take prescribed medications as directed. Using the case of lipid-lowering drugs, we studied the persistence of medication use among patients in three different health care contexts, each of which provided comprehensive pharmacy benefits coverage: a province-wide program in Quebec that covered all medication costs for all residents over 65, the Medicaid program of New Jersey, and that state's Pharmacy Assistance for the Aged and Disabled program, which covers drug costs for non-indigent elderly.

We found that despite marked differences in the health care financing systems of the United States and Canada, patterns of compliance were similar and equally low in both countries. Within the 12-month period studied, patients prescribed lipid-lowering drugs filled only enough medication to have drug available to them for 60% of the year on average. Compliance was significantly worse for the bile acid resins and niacin than for the HMG-CoA reductase inhibitors. When we extended followup for five years beyond the original study period, only 52% of the surviving patients who had been prescribed a lipid-lowering drug were still on therapy. In comparing the two U.S. populations, we found that even in the face of complete coverage for all prescription costs, poorer patients (those in Medicaid) were significantly more likely to have compliance problems that than less poor patients (those in the PAAD program), even after controlling for other differences in demographic and clinical characteristics between the two groups.

This work has had important implications for physician education about prescribing, as well as for health policy. First, it documented the very high level of non-compliance across multiple populations, and identified predictors of which patients are more likely to stop taking recommended therapies. This work has also become part of the current debate on medication reimbursement policy for the elderly, since it demonstrates that as important as adequate drug coverage is, other aspects of the health care delivery system must also work well (e.g., the physician-patient relationship, education programs, compliance surveillance systems) to ensure optimal medication use.

**Solomon DH, van Houten L, Glynn RJ, Baden L, Curtis K, Schrager H, Avorn J. Academic detailing to improve use of broad-spectrum antibiotics at an academic medical center. Arch Intern Med 2001; 161:1897-1902.**

Antibiotic use has long been an area in need of physician education, but suboptimal use continues to be a problem. In hospital settings, a particularly important issue is the overuse of broad-spectrum agents, which can encourage the development of bacterial resistance. With the creation of the Division of Pharmacoepidemiology and Pharmacoeconomics at BWH, I had the opportunity to further develop the educational outreach approach described above, and to apply it to a new prescribing area (inpatient antibiotic use) in a different clinical setting (the teaching hospital). With other faculty and staff in my division, we developed an algorithm that used the hospital's clinical information system that began with identification of all orders for two often-overused broad-spectrum antibiotics (ceftazidime and levofloxacin) as soon as they were written. We then developed a set of decision rules with colleagues from the Infectious Diseases Division to define situations in which such use might be inappropriate. Information on the order was then sent to an ID physician or specially trained clinical pharmacist for review of the primary medical record. If the order still appeared unnecessary, the responsible house officer was contacted for an on-the-spot interactive educational session on rational antibiotic use, usually within 24 hours of the original order. The program was modeled on my earlier "academic detailing" work (NEJM 1983 and NEJM 1992), modified for use in an academic in-patient setting.

To evaluate the effect of the intervention, we randomly allocated 17 teams on the medical services at BWH to receive the new intervention or to serve as controls. We used the hospital's computer system to track all use of the two broad-spectrum antibiotics on each service. We showed that over an 18-week study period, the services randomized to the intervention group had 41% fewer days of unnecessary antibiotic use than did the control teams ($P < .001$). No adverse clinical events were found. As a result of this study, this approach has been adopted for use as an ongoing quality-improvement program at BWH.

Benner JS, Glynn RJ, Mogun H, Neumann PJ, Weinstein MC, Avorn J. Long-term persistence in use of statin therapy in elderly patients.  JAMA 2002; 288:455-461.

In a previous paper in JAMA (see above, ref. 90), we had demonstrated poor compliance with statin use among indigent patients in the U.S. and in the entire elderly population of Quebec. The present paper, produced by Dr. Benner as part of his doctoral dissertation work under my mentorship, extended those findings by following up a larger U.S. cohort for a period of ten years. In defining the medication use behavior of 34,501 patients, it became the largest and longest-duration study of statin use in the literature, and one of the largest studies of compliance published for any drug  We found that only 26% of patients begun on a statin were still compliant after five years, with most of the drop-off occurring in the first 12 months of therapy. We then identified several predictors of poor compliance that can be used by physicians and health care systems to target patients at particularly high risk of stopping use of this important class of medications  These included nonwhite race, poverty (even though all patients studied had full drug coverage), older age, depression, and impaired cognitive function. Of particular relevance to clinical education programs, the analysis also found that non-compliance was likeliest in patients with less severe cardiovascular morbidity at the time of initiation of therapy, and in patients who had ischemic coronary events while on treatment. These findings will next be integrated into compliance-enhancing interventions that will focus on patients identified as being at highest risk

Morris CA, Avorn J. Internet marketing of herbal products. JAMA 2003; 290; 1505 – 1509.

Communication with physicians about therapies has become more complicated with the proliferation of direct-to-consumer promotion of treatments of all kinds, and the increase in patients' use of alternative medicine approaches. Both developments have important implications for prescribing, and for how doctors can be taught to work with their patients in this intense new environment. Dr Morris is a junior faculty member in the division of Pharmaco-epidemiology with an interest in medical education, working under my direct supervision. To systematically define the content and quality of facts about herbally-derived medications that are disseminated through the internet, we employed the five most commonly used search engines to evaluate the information provided about the eight herbal supplement products most widely used for medical purposes. Regulation of statements made in medicinal promotion of all kinds is a key aspect of information-transfer, and one goal of this study was to assess the enforcement of rules that govern the claims made in such advertising to patients and to doctors

We identified 443 informational web sites for analysis; three quarters of these were retail sites. Of these, 81% made therapeutic claims that frequently violated federal regulations concerning promised clinical effects. Half of the sites that made health claims failed to include the legally required disclaimer that the products had not been reviewed by FDA, and did not purport to treat or prevent any disease.

In the present environment, educating physicians about rational therapy also requires educating them about the alternative treatments their patients may be taking, and about the accuracy of the information they and their patients are exposed to. An editorial written by the editors of JAMA to accompany our paper cited it as evidence of the need for regulatory reforms to require alternative medicine products to meet the same standards of efficacy and safety currently required for prescription drugs.