```
                                                    ja063006
0437
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2                     - - -
     IN RE:  VIOXX         :  MDL DOCKET NO.
 3   LITIGATION            :  1657
 4   ---------------------------------------
            SUPERIOR COURT OF NEW JERSEY
 5        LAW DIVISION - ATLANTIC COUNTY
                       - - -
 6
     IN RE: VIOXX
 7   LITIGATION            :  CASE NO. 619
     ---------------------------------------
 8           CAUSE NO. 05-59499
 9   IN RE:                :  IN THE DISTRICT
                              COURT
10   VIOXX LITIGATION      :  157TH JUDICIAL
                              DISTRICT
11   APPLIES TO ALL CASES  :  HARRIS COUNTY,
                              TEXAS
12   ---------------------------------------
     SUPERIOR COURT OF THE STATE OF CALIFORNIA
13           COUNTY OF LOS ANGELES
               CENTRAL CIVIL WEST
14
     VIOXX CASES           :  JCCP NO. 4247
15                         :  ASSIGNED TO HON
                           :  VICTORIA CHEYNEY
16                     - - -
                    CONFIDENTIAL
17         SUBJECT TO PROTECTIVE ORDER
                       - - -
18                June 30, 2006
                       - - -
19
            Continued videotape deposition of
20   JEROME L. AVORN, M.D.
21
22                     - - -
           GOLKOW LITIGATION TECHNOLOGIES
23         1600 John F. Kennedy Boulevard
                    Suite 1210
24         Philadelphia, Pennsylvania 19103
                   877.DEPS.USA
0438
 1                     - - -
 2          Continued videotape deposition of
 3   JEROME L. AVORN, M.D., held at The
 4   Sheraton Boston Hotel, 39 Dalton Street,
 5   Boston, Massachusetts, 02199, commencing
 6   at 9:26 a.m., on the above date, before
 7   Linda L. Golkow, a Federally-Approved
 8   Registered Diplomate Reporter and
 9   Certified Shorthand Reporter.
10
                       - - -
11
12
13
14
15
16
                                    Page 1
```



PLAINTIFF'S EXHIBIT D

```
                                              ja063006
17
18
19
20
21
22           GOLKOW LITIGATION TECHNOLOGIES
                    Four Penn Center
23           1600 John F. Kennedy Boulevard
                       Suite 1210
24           Philadelphia, Pennsylvania 19103
                      877.DEPS.USA
0439
 1   A P P E A R A N C E S :
 2
 3           ASHCRAFT & GEREL
             BY:  CHRISTOPHER TISI, ESQUIRE
 4           Suite 400 - 2000 L Street, N.W.
             Washington, D.C. 20036
 5           (202) 783-6400
             Counsel for Plaintiffs
 6
 7
             KLINE & SPECTER, P.C.
 8           BY:   THOMAS R. KLINE, ESQUIRE
                         and
 9                 LISA DAGOSTINO, M.D., J.D.
             19th Floor - 1525 Locust Street
10           Philadelphia, Pennsylvania 19102
             (215) 772-1000
11           Counsel for Plaintiffs
12
13           SEEGER WEISS LLP
             BY:   DAVID R. BUCHANAN, ESQUIRE
14                       and
                   CHRISTOPHER SEEGER, ESQUIRE
15                 (Via Telephone)
             Suite 920 - 550 Broad Street
16           Newark, New Jersey 07102
             (973) 639-9100
17           Counsel for Plaintiffs
18
19           THE O'QUINN LAW FIRM
             BY:   STEPHANIE SHAPIRO, ESQUIRE
20           2300 Lyric Centre Building
             440 Louisiana
21           Houston, Texas  77002
             (713) 223-1000
22           Counsel for the Plaintiffs
23
24                      - - -
0440
 1   A P P E A R A N C E S:   (CONTINUED)
 2
 3           BARTLIT BECK HERMAN
             BY:   PHILIP S. BECK, ESQUIRE
 4                       and
                   ANDREW L. GOLDMAN, ESQUIRE
 5                       and
                   ADAM K. MORTARA, ESQUIRE
 6           Courthouse Place
             54 West Hubbard Street
 7           Chicago, Illinois 60610
             (312) 494-4451
```

```
                                         ja063006
 8         Counsel for Merck and Co., Inc.
 9
10         STOLL, KEENON, OGDEN PLLC
           BY:  SETH A. GLADSTEIN, ESQUIRE
11         2000 PNC Plaza
           500 West Jefferson Street
12         Louisville, Kentucky  40202
           (502) 333-6000
13         (Via Telephone)
14
15         DARBY AND GAZAK, P.S.C.
           BY:  ROBERT J. SHILTS, ESQUIRE
16         Suite 200, 3220 Office Pointe Place
           Louisville, Kentucky 40220
17         (502) 412-5020
           Counsel for physicians
18         (Via Telephone)
19
20         O'BRYAN BROWN & TONER
           BY: JOSHUA DAVIS, ESQUIRE
21         Suite 1500 - Starks Building
           Louisville, Kentucky 40202
22         (502) 585-4700
           Counsel for Kentucky physicians
23         (Via Telephone)
24                    -  -  -
0441
 1   A P P E A R A N C E S:   (CONTINUED)
 2
 3         CRUSE, SCOTT, HENDERSON & ALLEN,
           LLP
 4         BY:   VICTORIA A. FILIPPOV, ESQUIRE
           7th Floor
 5         2777 Allen Parkway
           Houston, Texas 77019-2133
 6         (713) 650-6600
           Counsel for Texas physicians
 7         (Via Telephone)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21                    -  --  -
22
23
24
0442
 1                    -  -  -
 2                  I N D E X
 3   WITNESS                      PAGE NO.
 4   JEROME L. AVORN, M.D.
 5         By Mr. Beck            447, 973
 6         By Mr. Tisi            835, 983
 7                    -  -  -
                                   Page 3
```

```
                                              ja063006
 8                    E X H I B I T S
 9   NO.              DESCRIPTION           PAGE NO.
10
     Avorn-41         Reliance letter         450
11                    dated 6.8.06
12
     Avorn-42         Document entitled,      459
13                    "Additional
                      Documents Provided
14                    to Dr. Avorn"
15
     Avorn-43         Email dated 3.12.06     472
16
17   Avorn-44         Document entitled       499
                      "Vioxx Excerpts
18                    from primary review
                      of NDA 21-042
19                    Osteoarthritis"
20
     Avorn-45         Article entitled        561
21                    "Cyclooxygenase-2
                      Promotes Early
22                    Atherosclerotic
                      Lesion Formation in
23                    LDL
                      Receptor-Deficient
24                    Mice"
0443
 1   Avorn-46         Article entitled        570
                      "Overexpression of
 2                    Functionally
                      Coupled
 3                    Cyclooxygenase-2
                      and Prostaglandin E
 4                    Synthase in
                      Symptomatic
 5                    Atherosclerotic
                      Plaques as a Basis
 6                    of Prostaglandin
                      E2-Dependent Plaque
 7                    Instability"
 8
     Avorn-47         Report of Arthritis     604
 9                    Advisory Committee
10
     Avorn-48         Article entitled        617
11                    "Risk of
                      Cardiovascular
12                    Events Associated
                      with Selective
13                    COX-2 Inhibitors"
14   Avorn-49         Article entitled,       675
                      "Clinical
15                    Pharmacology of
                      Platelet, Monocyte,
16                    and Vascular
                      Cyclooxygenase
17                    Inhibition by
                      Naproxen and
18                    Low-Dose Aspirin in
                      Healthy Subjects"
19
20
```

ja063006

| | | | |
|---|---|---|---|
| | Avorn-50 | Article entitled, "Effects of Cyclooxygenase Inhibitors on Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men" | 678 |
| | Avorn-51 | Website of Brigham and Women's Hospital | 690 |
| | Avorn-52 | Article entitled, "Pharmacoepidemiology and rheumatic diseases: 2001-2002" | 698 |
| | Avorn-53 | Excerpt from Textbook Pharmacoepidemiology | 722 |
| | Avorn-54 | Fax cover sheet dated 10.1.03 with letter dated 9.30.03 with attachments | 769 |
| | Avorn-55 | Email dated 8.25.03, MRK-AAC0129304 - MRK-AAC0129306 | 778 |
| | Avorn-56 | Educational piece entitled, "COX-2 inhibitors: Who really needs them?" March 2002 | 788 |
| | Avorn-57 | Educational piece entitled, "COX-2 inhibitors: Who really needs them?" April 2003 | 796 |
| | Avorn-58 | Document entitled "12/18/04 Interim Review" | 809 |
| | Avorn-59 | Baycol website | 845 |

```
                                              ja063006
11                      document
12
         Avorn-60       Emails                  898
13
14       Avorn-61       Document entitled,      906
                        "Vioxx Preliminary
15                      Cardiovascular
                        Meta-Analysis dated
16                      10.18.06"
17
18
19
20
21
22
23
24
0446
 1              DEPOSITION SUPPORT INDEX
 2
 3
       Direction to Witness Not To Answer
 4     Page  Line  Page  Line
       (None)
 5
 6
 7
 8
       Request For Production of Documents
 9     Page  Line  Page  Line
       (None)
10
11
12
13
       Stipulations
14     Page  Line  Page  Line
       (None)
15
16
17
18
       Questions Marked
19     Page  Line  Page  Line
       (None)
20
21
22
23
24                          - - -
0447
 1                          - - -
 2              THE VIDEOTAPE TECHNICIAN:
 3     We're back on the record.  This is
 4     Day 2 in the deposition of Dr.
 5     Jerome Avorn.  Today's date is
 6     June 30th, 2006, and the time is
 7     9:26.
 8              You may continue.
 9              MR. TISI:  At this point, we
10     would pass the witness.
11                          - - -
12              CROSS-EXAMINATION
```

Page 6

```
                                              ja063006
 3            said was that there were one-fifth
 4            as many heart attacks in the
 5            naproxen group.
 6   BY MR. BECK:
 7        Q.   My question is, when you
 8   read that, you understood from reading
 9   the VIGOR article that there were five
10   times as many heart attacks in the Vioxx
11   group as in the naproxen group, didn't
12   you?
13            MR. TISI:  Objection.
14            THE WITNESS:  If I stopped
15            and thought about it and flipped
16            around the numbers and did the
17            math, I could derive that number.
18   BY MR. BECK:
19        Q.   Your deposition Page 360,
20   line 6.  "And you understood, from
21   reading the abstract, sir, that
22   therefore, there were five times the
23   number of heart attacks in the naproxen
24   arm" -- withdrawn.
0587
 1            "You understood, from
 2   reading the results here in the abstract,
 3   that there were five times the number of
 4   heart attacks in the Vioxx arm than in
 5   the naproxen arm, right?
 6            "Answer:  Right."
 7            Was that your deposition
 8   testimony?
 9        A.   Right.
10            MR. BUCHANAN:  Excuse me,
11            Counsel, if you can just let me
12            get the page.
13   BY MR. BECK:
14        Q.   Page 360, line 10.
15            "You understood, from
16   reading the results here in the abstract,
17   that there were five times the number of
18   heart attacks in the Vioxx arm than in
19   the naproxen arm, right?
20            "Answer:  Right."
21            Was that your testimony?
22        A.   Correct.
23            MR. BUCHANAN:  I'm going to
24            object to the impeachment, no
0588
 1            temporal association.
 2            MR. TISI:  Counsel, I'm
 3            going to object on improper
 4            impeachment.  Go ahead.
 5   BY MR. BECK:
 6        Q.   And your testimony that I
 7   just read was about when you first read
 8   the VIGOR article.  Do you recall that?
 9            MR. TISI:  Objection,
10            improper impeachment.
11   BY MR. BECK:
12        Q.   Do you recall that or not?
13        A.   Are we talking about today
14   or at the earlier deposition?
15        Q.   In your deposition.
```

Page 62

```
                                                     ja063006
16         A.   I'm looking for where you
17   said when I first read.  If you could
18   point out to me where you asked it in
19   those terms?
20         Q.   We'll just move on.
21         A.   I don't think that's what
22   you said.
23         Q.   What?
24         A.   I don't think that's the way
0589
 1   you characterized it at the deposition.
 2         Q.   Well, then, let's take a
 3   break so we don't waste time on the video
 4   while I find the reference.
 5              THE VIDEOTAPE TECHNICIAN:
 6         The time is 11:51.  We are off the
 7         record.
 8                    -  -  -
 9              (Whereupon, a recess was
10         taken from 11:51 a.m. until
11         11:52 a.m.)
12                    -  -  -
13              THE VIDEOTAPE TECHNICIAN:
14         We're back on the record.  The
15         time is 11:52.
16   BY MR. BECK:
17         Q.   Doctor, the question is
18   whether at the time you first read the
19   VIGOR article, my question is, did you
20   understand that there was five times as
21   many heart attacks in the Vioxx group as
22   in the naproxen group?
23              MR. TISI:  Objection.
24              THE WITNESS:  I think what's
0590
 1         fair to say is the first time I
 2         read it, I read what it said,
 3         which is that there were one-fifth
 4         as many heart attacks in the
 5         naproxen group.
 6   BY MR. BECK:
 7         Q.   Did you understand from that
 8   that that's the same thing as five times
 9   as many heart attacks in the Vioxx group?
10         A.   To tell you the truth, the
11   first time I read it, that did not strike
12   me.
13         Q.   Do you remember that you
14   testified yesterday that you knew about
15   these results even before the publication
16   came out?
17         A.   Right.
18         Q.   And before you even read the
19   VIGOR article, you knew that it had been
20   publically reported that there were five
21   times as many heart attacks in the Vioxx
22   group as in the naproxen group; isn't
23   that right?
24         A.   No, that's not how it was
0591
 1   publicly reported.
 2         Q.   Well, did you understand
 3   already by the time you read the article
                                         Page 63
```

```
                                         ja063006
 4   that there were more heart attacks in the
 5   Vioxx group than in the naproxen group?
 6        A.   Yes.
 7        Q.   And you understood there
 8   were five times as many, right?
 9        A.   To move things along, yes.
10        Q.   Yesterday you talked
11   about --
12             MR. BECK:  I'm sorry, were
13        you saying something?
14                  - - -
15             (Whereupon, a discussion was
16        held off the record.
17                  - - -
18   BY MR. BECK:
19        Q.   Yesterday you spent some
20   time talking about the New England
21   Journal article and the fact that --
22        A.   May I ask which New England
23   Journal article?
24        Q.   The same one we were just
0592
 1   looking at, Exhibit 16.
 2        A.   Okay.
 3        Q.   -- that there were three
 4   heart attacks that were not included in
 5   the data in the New England Journal
 6   article.  Do you remember that subject?
 7        A.   Yes.
 8        Q.   Do you know from your review
 9   of materials in this case whether Merck
10   informed the FDA about these three other
11   heart attacks in October of 2000?
12             MR. TISI:  Objection.
13             THE WITNESS:  I know from my
14        conversations with editors of the
15        New England Journal that they did.
16   BY MR. BECK:
17        Q.   That Merck did inform the
18   FDA of those three heart attacks?
19        A.   Yes.
20        Q.   You testified yesterday
21   about a report written by Dr. Targum.  Do
22   you remember that?
23        A.   Yes.
24        Q.   Do you remember whether Dr.
0593
 1   Targum's analysis included those three
 2   additional heart attacks?
 3        A.   I believe that it did.
 4        Q.   You testified yesterday
 5   about the Advisory Committee that met in
 6   February of 2001 to discuss the VIGOR
 7   results.  Do you remember that?
 8        A.   Yes.
 9        Q.   Do you know whether this
10   Advisory Committee was comprised of
11   doctors and scientists who you would
12   respect in their fields?
13        A.   I expect that it would have
14   been, yes.
15             THE COURT REPORTER:  I'm
16        sorry.
```

Page 64