# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE |
| CHARLES L. MASON, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

**OPPOSITION OF MERCK & CO., INC. ("MERCK") TO PLAINTIFF'S MOTION TO
EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN *LIMINE* CONCERNING
MERCK EMPLOYEES' OFFERING UNDISCLOSED EXPERT OPINIONS**

**(MOTION IN *LIMINE* NO. 5)**

Merck employees who will testify in this case are highly skilled doctors and researchers whose fact testimony may require them to explain scientific and technical concepts.  As the Court has noted in the past, certain key issues in these cases turn on what Merck's employees knew about complex scientific and medical issues, and when they knew it.  In order to explain that to the jury, Merck's employees will be required to explain – as they have in past trials – the state of the scientific evidence at relevant times and what that evidence means to them.  Moreover, because plaintiff has put Merck's reasonableness at issue through his negligence claim, and Merck's intent at issue through his fraud claim, Merck's employees are entitled to express their understanding and interpretation of this evidence.  The Court should reject any contrary rule as unworkable.

Contrary to plaintiff's claims, Merck does not intend to "bootstrap[] expert opinion testimony. . . that [Merck] would otherwise be unable to offer because of the prerequisites of Rule 702 and *Daubert*."  (*See* Pl.'s Mot. at 2.)  Instead, Merck expects that its employees will testify consistently with what this Court has permitted in the *Plunkett, Barnett,* and *Smith* trials. This testimony is fully consistent with Federal Rules of Evidence 701 and 702.  *See, e.g., United States v. Carlock*, 806 F.2d 535, 551 (5th Cir. 1986) (allowing employee fact witnesses to offer an opinion on whether union referrals were given out fairly where the employee fact witnesses established that, in the course of their work, they had garnished personal knowledge of facts on which they based their opinion); *Soden v. Freightliner Corp*., 714 F.2d 498, 511 (5th Cir. 1983) (allowing a non-expert to offer an opinion related to his fact testimony, and stating that "[i]f the witness is not testifying as an expert, his testimony in the form of opinions or inferences is limited to those opinions or inferences which are (a) rationally based on the perception of the witness and (b) helpful to a clear understanding of his testimony or the determination of a fact in issue.").  The fact that a state court trial judge applying different evidentiary rules excluded certain testimony should not change this Court's practices.  Moreover, these witnesses have been deposed repeatedly and some have testified at trial; plaintiff can hardly claim surprise.

For the reasons stated above, Merck respectfully requests that the Court deny Plaintiff's Motion to Exclude or, in the Alternative, Motion in *Limine* Concerning Merck's Employees' Offering Undisclosed Expert Opinions.

Dated:  October 4, 2006                           Respectfully submitted,


                                                  */s/ Dorothy H. Wimberly*
                                                  Phillip A. Wittmann, 13625
                                                  Dorothy H. Wimberly, 18509
                                                  STONE PIGMAN WALTHER
                                                  WITTMANN L.L.C.
                                                  546 Carondelet Street
                                                  New Orleans, Louisiana  70130
                                                  Phone:  504-581-3200
                                                  Fax:      504-581-3361

                                                  Defendants' Liaison Counsel

                                                  Philip S. Beck
                                                  Tarek Ismail
                                                  Shayna Cook
                                                  BARTLIT BECK HERMAN PALENCHAR
                                                  & SCOTT LLP
                                                  54 West Hubbard Street, Suite 300
                                                  Chicago, Illinois  60610
                                                  Phone:  312-494-4400
                                                  Fax:      312-494-4440

                                                  Brian Currey
                                                  Catalina J. Vergara
                                                  O'MELVENY & MYERS LLP
                                                  400 South Hope Street
                                                  Los Angeles, CA 90071
                                                  Phone:  213-430-6000
                                                  Fax:      213-430-6407

                                                  And

                                                  Douglas Marvin
                                                  WILLIAMS & CONNOLLY LLP
                                                  725 Twelfth Street, N.W.
                                                  Washington, D.C.  20005
                                                  Phone:  202-434-5000
                                                  Fax:      202-434-5029

                                                  Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition to Plaintiff's Motion to Exclude or, in the Alternative, Motion in *Limine* Concerning Merck's Employees' Offering Undisclosed Expert Opinions has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of October, 2006.

/s/ *Dorothy H. Wimberly*  
Dorothy H. Wimberly, 18509  
STONE PIGMAN WALTHER  
WITTMANN L.L.C.  
546 Carondelet Street  
New Orleans, Louisiana  70130  
Phone:  504-581-3200  
Fax:      504-581-3361  
dwimberly@stonepigman.com

Defendants' Liaison Counsel