**Exhibit A - Humeston v. Merck Trial Excerpts**

• Mason - Opposition to MIL No. 6

[3159:] - [3159:]   10/6/2005   Humeston Trial - Morrison Direct and Cross

```
page 3159
                         SUPERIOR COURT OF NEW JERSEY
                         ATLANTIC COUNTY/CIVIL DIVISION
                         DOCKET NO. ATL-L-2272-03MT
   ----------------------------x
   FREDERICK HUMESTON, et al.,
         PLAINTIFFS,
              VS.               STENOGRAPHIC TRANSCRIPT
                                OF:
   MERCK & CO.,INC.,
                                        - TRIAL -
                    DEFENDANT.
   ----------------------------x
             PLACE:  ATLANTIC COUNTY CIVIL COURTHOUSE
                     1201 BACHARACH BOULEVARD
                     ATLANTIC CITY, NJ 08401
             DATE:   OCTOBER 6, 2005
   B E F O R E:
       THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
   TRANSCRIPT ORDERED BY:
       DIANE P. SULLIVAN, ESQUIRE
       DAVID R. BUCHANAN, ESQUIRE
   A P P E A R A N C E S:
       DAVID R. BUCHANAN, ESQUIRE
       CHRISTOPHER SEEGER, ESQUIRE
       SEEGER, WEISS, LLC
          ATTORNEYS FOR THE PLAINTIFFS
       DIANE P. SULLIVAN, ESQUIRE
       DECHERT, LLP
       STEPHEN D. RABER, ESQUIRE
       WILLIAMS AND CONNOLLY, LLP
       CHRISTY D. JONES, ESQUIRE
       BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
          ATTORNEYS FOR THE DEFENDANT
                  *     *     *     *     *     *
                     REGINA A. TELL, CSR-CRR-RPR
                     OFFICIAL COURT REPORTER
                     1201 BACHARACH BOULEVARD
                     ATLANTIC CITY, NJ  08401
```

[3182:3] - [3183:7]   10/6/2005   Humeston Trial - Morrison Direct and Cross

```
page 3182
 3      Q.   Okay.  Dr. Morrison, without looking at the
 4   book can you tell us why you believed in February of
 5   1997 that VIOXX had had the potential to be such a
 6   great drug?
 7           MR. SEEGER:  Your Honor, I'm sorry to do
 8   this, I'm just going to object to the reference
 9   "without looking at the book" because the book is not
10   to be used for that, it shouldn't be referred to.  I
11   think the question should be what he knew.  It suggests
12   that he should be looking at the book.
13           MR. RABER:  I just didn't want him to pull
14   out the book, Your Honor.
15           THE COURT:  I think that the purpose of
16   counsel's question was to direct him not to use the
17   book, which is what the Court has ordered.
18           MR. SEEGER:  Okay.
19           THE COURT:  You can proceed, counselor.
20   BY MR. RABER:
21      Q.   Dr. Morrison, why do you believe in February
22   of 1997 when you wrote that e-mail that VIOXX had the
23   potential to be a great drug?
24      A.   As I said, I think in order to explain the
```

**Exhibit A - Humeston v. Merck Trial Excerpts**

• **Mason - Opposition to MIL No. 6**
```
                        25  benefits of VIOXX it is important to understand the
                        page 3183
                        1   side effects that are known for nonsteroidal
                        2   anti-inflammatory drugs.  At the time nonsteroidal
                        3   anti-inflammatory drugs were widely used to treat pain
                        4   and inflammation, and it was understood that those
                        5   medications have a common set of side effects, and so
                        6   what we mean by side effects is these are things that
                        7   the drug does that the drug is not intended to.
```

[3312:25] - [3312:25]        10/6/2005   Humeston Trial - Morrison Direct and Cross
```
                        page 3312
                                       C E R T I F I C A T I O N
                            I, REGINA A. TELL, C.S.R., C.R.R., License Number
                        30X100161000, an Official Court Reporter in and for the
                        State of New Jersey, do hereby certify the foregoing to
                        be prepared in full compliance with the current
                        Transcript Format for Judicial Proceedings and is a
                        true and accurate compressed transcript to the best of
                        my knowledge and ability.
                                                 _____  10-6-05
                                                 Regina A. Tell, CSR-CRR
                                                 Official Court Reporter
                                                 Atlantic County Courthouse
                                                 Mays Landing, New Jersey
```