**Leila H. Watson**
**CORY WATSON CROWDER**
 **& DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
205-328-2200
**Attorneys for Plaintiffs**



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 25 PM 3:01

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 1657  SECTION: L |
| JAMES G. DUNNAWAY, NITA K. MUNGER DUNNAWAY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | CASE NO.: 06-4717 |
| MERCK & CO., INC., | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

### PLAINTIFF'S MOTION TO DISMISS
### NITA K. MUNGER DUNNAWAY ONLY

Comes now the Plaintiff, Nita K. Munger Dunnaway, by and through her attorney of record, and moves to dismiss her claim in the above-styled cause, and as grounds states as follow:

1.  James G. Dunnaway and Nita K. Munger Dunnaway were not married on the date of injury claimed in this cause of action.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiff respectfully request this Honorable Court to dismiss NITA K. MUNGER DUNNAWAY only in the above-styled cause with prejudice.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

_____
LEILA H. WATSON     (ASB-3023-S74L)
Attorney For Plaintiffs
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama  35205
(205) 328-2200
(205) 324-7896 (fax)


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been served upon all counsel of record, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with PreTrial Order No.18 B on this the  20th  day of  September, 2006.

_____
Leila H. Watson