

Leila H. Watson
**CORY WATSON CROWDER
& DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
205-328-2200
**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 1657<br>SECTION: L |
| JAMES G. DUNNAWAY,<br>NITA K. MUNGER DUNNAWAY,<br><br>    Plaintiffs,<br><br>Vs.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br>CASE NO.: 06-4717<br><br>JURY TRIAL DEMANDED |

### ORDER

This matter coming before the Court on the Plaintiff's Motion To Dismiss Nita K. Munger Dunnaway only in the above styled matter, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, that Nita K. Munger Dunnaway only be Dismissed with prejudice from this cause of action.

DONE and ORDERED this the 27th day of September 2006.

UNITED STATES DISTRICT JUDGE