UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| LENE ARNOLD | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-2627 | |
| and | |
| ALICIA GOMEZ | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-1163 | |

**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY
OF PLAINTIFFS LENE ARNOLD AND ALICIA GOMEZ**

Plaintiffs, Lene Arnold and Alicia Gomez, hereby submit as their second supplemental authority in opposition to Merck & Co.'s Motion for Summary Judgment, the Opinion of the Honorable Jerome B. Simandle in *McNellis, et al. v. Pfizer, Inc., et al.*, Civil Action No. 05-1286 (JBS)(D.N.J. Sept. 29, 2006)[attached hereto as Exhibit "A"].

Respectfully submitted,

PLAINTIFFS' STEERING COMMITTEE

Date: October 4, 2006          By: _____
                                   **Russ M. Herman (Bar No. 6819)**
                                   Leonard A. Davis (Bar No. 14190)
                                   Stephen J. Herman (Bar No. 23129)
                                   *Herman, Herman, Katz & Cotlar, L.L.P.*
                                   Place St. Charles
                                   201 St. Charles Avenue, Suite 4310
                                   New Orleans, Louisiana 70170
                                   Telephone: (504) 581-4892
                                   Facsimile: (504) 561-6024

                                   **PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire          Christopher A. Seeger, Esquire
Leigh O'Dell, Esquire                     SEEGER WEISS
BEASLEY, ALLEN, CROW, METHVIN,            One William Street
PORTIS & MILES, P.C.                      New York, NY 10004
P.O. Box 4160                             (212) 584-0700 (telephone)
234 Commerce Street                       (212) 584-0799 (telecopier)
Montgomery, AL 36103-4160                 **Co-Lead Counsel**
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)               Gerald E. Meunier, Esquire
**Co-Lead Counsel**                       GAINSBURGH, BENJAMIN, DAVID,
                                            MEUNIER & WARSHAUER, L.L.C.
Richard J. Arsenault, Esquire             Energy Centre
NEBLETT, BEARD & ARSENAULT                1100 Poydras Street, Ste. 2800
2220 Bonaventure Court, P.O. Box 1190     New Orleans, LA 70163
Alexandria, LA  71301-1190                (504) 522-2304 (telephone)
(318) 487-9874 (telephone)                (504) 528-9973 (fax)
(318) 561-2591 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX  77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

**AND**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Counsel for Plaintiff Arnold**

AND

Kathryn A. Snapka, Esquire
SNAPKA, TURMAN & WATERHOUSE LLP
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403
(361) 888-7676 (telephone)
(361) 884-8545 (telecopier)

Zollie C. Steakley
TX State Bar No. 24029848
MS State Bar No. 100517
Attorney for Plaintiffs
CAMPBELL~CHERRY~HARRISON~
 DAVIS~DOVE, P.C.
P.O. Drawer 21387
Waco, Texas 76702
(254) 761-3300 (telephone)
(254) 761-3301 (telecopier)

**Counsel for Plaintiff Gomez**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this ___th day of October, 2006.

Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com