U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 9-29-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

## PLAINTIFFS' PROPOSED JURY INTERROGATORY NO. 1 (AS MODIFIED)

### Negligence[1]

Do you find that Merck & Co., Inc. was negligent in failing to warn Garry Smith's treating physicians of a dangerous condition in Vioxx, and that Merck & Co., Inc.'s negligence was a substantial factor in bringing about Garry Smith's injuries?

---

[1] *Source: 2 Ky. Instructions to Juries* § 14.01 (ordinary care); *see, e.g., M&T Chems., Inc. V. Westrick*, 525 S.W.2d 740, 741 (Ky. 1974); *Ostendorf v. Clark Equip Co.*, 122 S.W.2d 530, 535 (Ky. 2003); *Deutsch v. Shein*, 597 S.W.2d 141, 144 (Ky. 1980) ("substantial factor" causation).

APPROVED _____

REJECTED _____

MODIFIED _____

Signed: _____
           Presiding Judge