UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO

*Smith v. Merck & Co., Inc.*, 05-4379

## PLAINTIFFS' PROPOSED JURY INTERROGATORY NO. 2 (AS MODIFIED)

### Strict Liability Failure to Warn[2]

Do you find that Merck & Co. Inc. failed adequately to warn Garry Smith's treating physicians regarding Vioxx and that Merck & Co., Inc.'s failure to provide an adequate notice or warning was a substantial factor in bringing about Garry Smith's injuries?

---

[2] *Source:* 2 *Ky. Instructions to Juries* § 49.02.

APPROVED ____

REJECTED ____

MODIFIED ____

Signed:_____
Presiding Judge