UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

## PLAINTIFFS' PROPOSED ALTERNATIVE TO COURT'S PROPOSED JURY INTERROGATORY NO. 1

### Failure to Warn (Combined)

Do you find by a preponderance of the evidence that Merck & Co., Inc. failed to adequately warn Garry Smith's treating physician of a risk created by Vioxx that was known or reasonably scientifically knowable at the time, and that such failure to adequately warn was a substantial factor in bringing about Garry Smith's heart attack and resulting injuries?

*Source:* Modification of Court's proposed charge to reflect proper causation standard.

APPROVED ____

REJECTED ____

MODIFIED ____

Signed: _____
Presiding Judge