UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

### PLAINTIFF'S PROPOSED JURY INTERROGATORY NO. 5 (AS MODIFIED)

### Failure to Disclose

Do you find by clear and convincing evidence that Merck & Co., Inc. knowingly failed to disclose a material fact to Garry Smith's treating physician in a circumstance where it was required to do so, that Garry Smith's treating physician was entitled to and did rely on that omission, and that the non-disclosure was a substantial factor in bringing about Garry Smith's heart attack and resulting injuries?

APPROVED _____

REJECTED _____

MODIFIED _____

Signed: _____
Presiding Judge

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____