U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   9-29-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

### PLAINTIFF'S PROPOSED INSTRUCTION NO. 7

#### Causation: "Substantial Factor"

In order for Garry Smith to prevail on any of his claims, he must establish that Vioxx was a "substantial factor" in bringing about his injuries.

I will now define the term "substantial factor" for you. A substantial factor in causing harm is one that a reasonable person would consider to have contributed to or been a cause of the harm. It does not have to be the only cause of the harm; however, it must be more than a remote, trivial, or insignificant factor. Conduct is not a substantial factor in causing harm if the same harm would have occurred without that conduct.

*Source:* RESTATEMENT (SECOND) OF TORTS § 431; *Pathways, Inc. v. Hammons*, 113 S.W.3d 85, 91 (Ky. 2003) (reaffirming Kentucky's adoption of the "substantial factor" test for causation set forth in § 431 of the RESTATEMENT (SECOND) OF TORTS).

APPROVED _____

REJECTED _____

MODIFIED _____

Signed: _____
Presiding Judge

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No