OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED  SEP 29
LORETTA G. WHYTE
CLERK

Date: 9/25/06

James G. Pendergast, et al

vs.

Merck & Co., Inc.

Case No. 06-4472    Section  L
MDL 1657 (Vioxx)

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Merck & Co., Inc.**
   (address) c/o CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, LA 70809
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"
Leila H. Watson
Attorney for  Plaintiffs
Address  2131 Magnolia Avenue
         Birmingham, AL  35205

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____



# CORY WATSON
CORY WATSON CROWDER & DeGARIS, P.C.
ATTORNEYS AT LAW

Leila H. Watson
(205) 271-7102
(205) 324-7896 (fax)
lwatson@cwcd.com



September 25, 2006

ATTN: Dina Guilbeau
Clerk of Court
USDC-Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      RE:    James G. Pendergast, et al vs. Merck & Co., Inc.
                IN RE: Vioxx Products Liability Litigation
                MDL No. 1657     Section L
                Case No.: 06-4472

Dear Dina:

      This complaint was filed in your Court on August 21, 2006. On September 6, 2006, the Defendant, Merck & Co., Inc. notified me of their denial to accept service. Their reason of denial was because the Plaintiffs are residents of Canada and service on Merck by the methods detailed in MDL 1657 PTO #15 is not contemplated nor authorized for cases involving non-U.S.-resident plaintiffs. Therefore this letter will serve as my request for summons to be issued in this matter. I have enclosed the Summons and Complaint.

      If you need any additional information, please do not hesitate to contact me. Thank you for your assistance in this matter.

                                        Very truly yours,

                                        Leila H. Watson

LHW/cfh
Enclosures

2131 MAGNOLIA AVENUE  BIRMINGHAM, AL 35205  205-328-2200  FAX: 205-324-7896  E-MAIL: CWCD@CWCD.COM