# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

September 26, 2006



U.S. District Court, Eastern Dist. of Louisiana
Clerk's Office
500 Poydras Street
Room C-151
New Orleans, LA 70130

RE: Rivera v. Merck, et al.
MDL 1657, Case No.: 2:06-cv-5506

Dear Clerk:

Enclosed are original summonses to be issued for the above-referenced case. Please return these documents to my office at your earliest convenience.

If you have any questions or concerns, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

Brenda S. Fulmer

BSF/jld

Enclosures

___ Fee _____
✓ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No _____