

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED
SEP 2 9 2006
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action Nos: **2:05CV6497**<br>**2:05CV6506**<br>**2:05CV6499** | Plaintiffs:  Carol Drabelle;<br>Harry Drabelle;<br>Edith Kadach;<br>Gary Frederick Milleman; and<br>Rosalinda Milleman. |

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK:

Kindly enter the appearance of Les Weisbrod, William B. Curtis and Alexandra V. Boone on behalf of plaintiffs Carol Drabelle, Harry Drabelle, Edith Kadach, Gary Frederick Milleman and Rosalinda Milleman in the above captioned matters. Counsel respectfully requests all future correspondence, pleadings, and other documents or communications to Plaintiffs be directed to Les Weisbrod, William B. Curtis and Alexandra V. Boone at Miller, Curtis & Weisbrod, L.L.P.  Mr. Weisbrod may also be reached at lweisbrod@MCWLawFirm.com.   Mr. Curtis may also be reached at bcurtis@MCWLawFirm.com.      Ms.   Boone   may   also   be   reached   at aboone@MCWLawFirm.com.

Dated: September 27, 2006

Fee_____
Process_____
X  Dktd_____
✓ CtRmDep_____
Doc. No_____

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

*Alexandra V. Boone*

**Les Weisbrod**
Texas State Bar No. 21104900
**Alexandra V. Boone**
Texas State Bar No. 00795259
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone:    (214) 987-0005
Telecopy:     (214) 373-4732

**William B. Curtis**
Texas Bar No. 00783918
5489 Blair Road, Fifth Floor
Dallas, Texas 75231
Telephone:    (214) 987-0005
Telecopy:     (214) 987-2545

## ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I filed the foregoing with the United States District Court, Eastern District of Louisiana, and additionally sent electronic notification to Defendant by e-mailing the notice to MDK@wesr.com and to all counsel of record using the LexisNexis File & Serve system in accordance with Pretrial Order #8.

*Alexandra V. Boone*

Alexandra V. Boone