## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-5510

ALAN ARONOFF,
             Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
             Defendant.      /

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ALAN ARONOFF, by and through his undersigned counsel, hereby files the

copy of an Affidavit of Service evidencing service upon Defendant, MARCUS STAFFORD, on

July 8, 2006.

Dated this 28th day of September, 2006.

By: _____

BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman

and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth

on the attached Service List by electronically uploading the same to LexisNexis File & Serve on

this ___ day of September, 2006.

By: _____

BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

## AFFIDAVIT OF SERVICE

State of FLORIDA                    County of HILLSBOROUGH                    Circuit Court

Case Number: 06-05399 DIV C

Plaintiff:
ALAN ARONOFF

vs.

Defendant:
MERCK & CO., INC., ROBERT CRAIG BROWN, KEVIN BURTON, HEIDI
DINGFELDER MERCHANT, JENNIFER FAVATA GARCIA, JOSEPH
GHEZZI, BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT,
JESSE HOLLINGSWORTH, DEBORAH HUNT, PHILLIP ISHAM,
JEFFREY KRAMER, JOYCE LEVIN, RANDI PARRISH, DOUGLAS PAUL,
MARCI PE

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 30th day of June, 2006 at 9:15 am to be served on MARCUS
STAFFORD, 2613 BROOKVILLE DRIVE, VALRICO, FL 33594.

I, NATHANIAL POWELL, being duly sworn, depose and say that on the 8th day of July, 2006 at 2:57 pm, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to:
**MARCUS STAFFORD** at the address of: **2613 BROOKVILLE DRIVE, VALRICO, FL 33594** with the date and
hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance
with state statutes.

Military Status: Bases upon inquiry of party served, defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good
standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 11th day
of July, 2006 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

NATHANIAL POWELL
CPS02-4510244

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

Our Job Serial Number: 2006003659

Copyright © 1992-2006 Database Services, Inc. -
Process Server's Toolbox V5.9n