UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-5510

ALAN ARONOFF,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
        Defendant.

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ALAN ARONOFF, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, JEFFREY KRAMER, on July 12, 2006.

Dated this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

2

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0029033

PERSON TO BE SERVED: JEFFREY KRAMER
    CORP/DBA:
    ADDRESS: 5440 OVERLOOK POINT
             LAKELAND (BARTOW)

PLAINTIFF/ATTORNEY:

BRENDA S FULMER
ALLEY CLARK GREIWE & FULMER
PO BOX 3127
TAMPA, FL  33601

PLAINTIFF: ALAN ARONOFF
DEFENDANT: MERCK & CO INC/ROBERT CRAIG BROWN/KEVIN BURTON ETC

CASE NUMBER: 0605399
        COURT: CIRCUIT/HILLSBOROUGH                COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 07/03/2006 and served the same at 05:20 PM on 07/12/2006 in Polk County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: JEFFREY KRAMER

CIVIL COSTS

FEE: $20.00

TOTAL DEPOSIT: $20.00                BY: _____Vickie Beery_____
                                         VICKIE RENA BEERY,
                                         DEPUTY SHERIFF/SPECIAL PROCESS SERVER

GRADY JUDD, SHERIFF
POLK COUNTY, FLORIDA

## RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0029033

PERSON TO BE SERVED: JEFFREY KRAMER
    CORP/DBA:
    ADDRESS: 5440 OVERLOOK POINT
             LAKELAND (BARTOW)

PLAINTIFF/ATTORNEY:

BRENDA S FULMER
ALLEY CLARK GREIWE & FULMER
PO BOX 3127
TAMPA, FL  33601

PLAINTIFF: ALAN ARONOFF
DEFENDANT: MERCK & CO INC/ROBERT CRAIG BROWN/KEVIN BURTON ETC

CASE NUMBER: 0605399
      COURT: CIRCUIT/HILLSBOROUGH                    COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 07/03/2006 and served the same at 05:20 PM on 07/12/2006 in Polk County, Florida, as follows:

### INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: JEFFREY KRAMER

CIVIL COSTS

FEE: $20.00

TOTAL DEPOSIT: $20.00

GRADY JUDD, SHERIFF
POLK COUNTY, FLORIDA

BY: _____
VICKIE RENA BEERY,
DEPUTY SHERIFF/SPECIAL PROCESS SERVER

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

ALAN ARONOFF,
    Plaintiff,

vs.

MERCK & CO., INC., ROBERT CRAIG BROWN,
KEVIN BURTON, HEIDI DINGFELDER MERCHANT,
JENNIFER FAVATA GARCIA, JOSEPH GHEZZI,
BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT,
JESSE HOLLINGSWORTH, DEBORAH HUNT, PHILLIP
ISHAM, JEFFREY KRAMER, JOYCE LEVIN, RANDI
PARRISH, DOUGLAS PAUL, MARCI PETERS,
JEFF PHILLIP, HOPE ROYSTUN, MARCUS STAFFORD,
KELLY TOULSON DELLAPORTA, and MARK WAGNER,
    Defendants.

Case No.: 06 05399
Division: DIVISION C

**SERVED**
In Polk County
Upon: Jeffrey Kramer
Type: DD

Month: 7  Day: 12  Year: 06
Time: 8:20 P.M.

GRADY JUDD, SHERIFF - Polk County
By: Vickie Beeny  Mem.# 7049
Deputy/Special Process Server

**SUMMONS**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

    **Jeffrey Kramer**
    **5440 Overlook Point**
    **Lakeland, FL 33813**

Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

    **BRENDA S. FULMER, Esq. (FBN: 999891)**
    **C. TODD ALLEY, Esq. (FBN: 321788)**
    **JAMES D. CLARK, Esq. (FBN: 191311)**
    **DON GREIWE, Esq. (FBN: 218911)**
    ALLEY, CLARK, GREIWE & FULMER
    701 E. Washington Street
    P.O. Box 3127
    Tampa, FL 33601-3127
    Telephone: (813) 222-0977
    Fax: (813) 224-0373
    Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on _June 21st_, 2006.

PAT FRANK
Clerk of the Circuit Court

(Court Seal)

By _____
Deputy Clerk

2