UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-5510

ALAN ARONOFF,
            Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
            Defendant.         /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ALAN ARONOFF, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, HEIDI DINGFELDER MERCHANT, on July 12, 2006.

Dated this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

2

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

# AFFIDAVIT OF SERVICE

**State of FLORIDA**  **County of HILLSBOROUGH**  **Circuit Court**

Case Number: 06-05399 DIV C

Plaintiff:
**ALAN ARONOFF**

vs.

Defendant:
**MERCK & CO., INC., ROBERT CRAIG BROWN, KEVIN BURTON, HEIDI DINGFELDER MERCHANT, JENNIFER FAVATA GARCIA, JOSEPH GHEZZI, BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT, JESSE HOLLINGSWORTH, DEBORAH HUNT, PHILLIP ISHAM, JEFFREY KRAMER, JOYCE LEVIN, RANDI PARRISH, DOUGLAS PAUL, MARCI PE**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 30th day of June, 2006 at 9:15 am to be served on **HEIDI DINGFELDER MERCHANT, 8837 CAMERON CREST DRIVE, TAMPA, FL 33626.**

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **12th day of July, 2006** at **7:39 pm**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **HEIDI DINGFELDER MERCHANT** at the address of: **8837 CAMERON CREST DRIVE, TAMPA, FL 33626** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

ORIGINAL
FILED WITH COURT

NATHANIAL POWELL
CPS02-4510244

Subscribed and Sworn to before me on the 13th day of July, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006003664

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n