UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED OCT 2 2006
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-5550

Hilda Taylor, Personal Representative
and Surviving Spouse of JOSEPH W TAYLOR, III,
           Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JEROME PITTMAN,
CHRISTOPHER McCARTHY, KEVIN
HETHERINGTON, YVETTE HILMS,
GINA DAMICO, LISA CAPPS CHLUMPSKY,
JEFFREY HANNETT, JEFF BASTI, ABBY CONRAD,
SHANNON DEMPSEY, MELINDA DREITH,
ALEX GUERRA, KIMBERLY JAMES GUSTAFSON,
MICHAEL HALPIN, MICHELE HASTINGS,
MICHAEL McDONNELL, COURTNEY McGIRT,
CHARLES NESTLERODE, DENISE RASHLEY,
BRENT STOKES, and JOHN P. TURNER,
           Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, Hilda Taylor, as Personal Representative of the ESTATE OF JOSEPH W TAYLOR, III, by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, JEROME PITTMAN, on July 31, 2006.

Dated this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq. (Fla. Bar No. 999891)
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

2

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

**RETURN OF SERVICE**     Receipt Number: 0018166-06

**PERSON TO BE SERVED:** JEROME PITTMAN A/K/A *
* JEROME R. PITTMAN, JR.

**CORP/DBA :**

**ADDRESS :** 3038 40TH AVE S

ST PETERSBURG

**PLAINTIFF:** HILDA L. TAYLOR, ETC.
-VS-
**DEFENDANT:** MERCK & CO., INC., ET AL

**CASE #:** 06523CA     **COURT** CIRCUIT COLLIER     **COURT DATE:**

**TYPE WRIT:** SUMMONS W/AMENDED COMPLAINT

BRENDA S FULMER, ESQ
PO BOX 3127
TAMPA , FL 33601-3127

**PLAINTIFF/ATTORNEY :**

Received the above-named writ on July 31, 2006 at 9:54 AM and served the same at 7:05 AM on August 10, 2006 in PINELLAS County, Florida, as follows:

> **SUBSTITUTE - SERVICE AT DEFENDANT'S USUAL PLACE OF ABODE**
>
> By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me at the within named defendant's usual place of abode with a person residing therein who is fifteen(15) years of age, or older, to-wit: KUTEIROAH PITTMAN , MOTHER and informing said person of their contents.

JIM COATS, SHERIFF
PINELLAS COUNTY, FLORIDA

BY: RICK HELMS

_____
DEPUTY SHERIFF
CIVIL COSTS

PK     FEE: $ 20.00     TOTAL DEPOSIT : $ 20.00

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## IN AND FOR COLLIER COUNTY, STATE OF FLORIDA

2006 JUL 31 AM 9:54

HILDA L. TAYLOR, Personal Representative and
surviving spouse of JOSEPH W TAYLOR, III,
    Plaintiff,

vs.                                        Case No.: 06-523-CA

MERCK & CO., INC., JEROME PITTMAN,
CHRISTOPHER McCARTHY, KEVIN HETHERINGTON,
YVETTE HILMS, GINA DAMICO, LISA CAPPS CHLUMPSKY,
JEFFREY HANNETT, JEFF BASTI, ABBY CONRAD,
SHANNON DEMPSEY, MELINDA DREITH, ALEX GUERRA,
KIMBERLY JAMES GUSTAFSON, MICHAEL HALPIN,
MICHELE HASTINGS, MICHAEL McDONNELL,
COURTNEY McGIRT, CHARLES NESTLERODE,
DENISE RASHLEY, BRENT STOKES, and JOHN P. TURNER,
    Defendants.

_____/

01 001 016562  $20.00  073106
Receipt 018166  NON/ENF

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Amended Complaint in the above styled cause upon the Defendant(s)

           **Jerome Pittman**
           **a/k/a Jerome R. Pittman, Jr.**
           **3038 40th Ave., S.**
           **St. Petersburg, FL 33712**

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

           **BRENDA S. FULMER, Esq. (FBN: 999891)**
           **C. TODD ALLEY, Esq. (FBN: 321788)**
           **JAMES D. CLARK, Esq. (FBN: 191311)**
           **DON GREIWE, Esq. (FBN: 218911)**
           ALLEY, CLARK, GREIWE & FULMER
           701 E. Washington Street
           P.O. Box 3127
           Tampa, FL 33601-3127
           Telephone: (813) 222-0977
           Fax: (813) 224-0373
           Attorneys for Plaintiff

1

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ___May 30___, 2006.

DWIGHT E. BROCK
Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk

2

**RETURN OF SERVICE**          Receipt Number: 0018166-06

**PERSON TO BE SERVED:** JEROME PITTMAN A/K/A *
   * JEROME R. PITTMAN, JR.
   **CORP/DBA :**
   **ADDRESS :** 3038 40TH AVE S

   ST PETERSBURG
   **PLAINTIFF:** HILDA L. TAYLOR, ETC.
   -VS -
   **DEFENDANT:** MERCK & CO., INC., ET AL
**CASE #:** 06523CA          **COURT** CIRCUIT COLLIER          **COURT DATE:**
   **TYPE WRIT:** SUMMONS W/AMENDED COMPLAINT

BRENDA S FULMER, ESQ
PO BOX 3127
TAMPA , FL 33601-3127
**PLAINTIFF/ATTORNEY :**

Received the above-named writ on July 31, 2006 at 9:54 AM and served the same at 7:05 AM on August 10, 2006 in PINELLAS County, Florida, as follows:

> ### SUBSTITUTE - SERVICE AT DEFENDANT'S USUAL PLACE OF ABODE
>
> By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me at the within named defendant's usual place of abode with a person residing therein who is fifteen(15) years of age, or older, to-wit: KUTEIROAH PITTMAN , MOTHER and informing said person of their contents.

JIM COATS,  SHERIFF
PINELLAS COUNTY, FLORIDA

BY:  RICK HELMS
     _/s/ Rick Helms_
                    DEPUTY SHERIFF
     CIVIL COSTS

PK          FEE: $ 20.00     TOTAL DEPOSIT : $     20.00