UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-5550

Hilda Taylor, Personal Representative
and Surviving Spouse of JOSEPH W TAYLOR, III,
      Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JEROME PITTMAN,
CHRISTOPHER McCARTHY, KEVIN
HETHERINGTON, YVETTE HILMS,
GINA DAMICO, LISA CAPPS CHLUMPSKY,
JEFFREY HANNETT, JEFF BASTI, ABBY CONRAD,
SHANNON DEMPSEY, MELINDA DREITH,
ALEX GUERRA, KIMBERLY JAMES GUSTAFSON,
MICHAEL HALPIN, MICHELE HASTINGS,
MICHAEL McDONNELL, COURTNEY McGIRT,
CHARLES NESTLERODE, DENISE RASHLEY,
BRENT STOKES, and JOHN P. TURNER,

      Defendants. /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, Hilda Taylor, as Personal Representative of the ESTATE OF JOSEPH W TAYLOR, III, by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, JEFF BASTI, on June 13, 2006.

Dated this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.(Fla. Bar No. 999891)
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

## AFFIDAVIT OF SERVICE

State of FLORIDA  County of COLLIER  Circuit Court

Case Number: 06-523-CA

Plaintiff:
**HILDA L. TAYLOR, PERSONAL REPRESENTATIVE AND SURVIVING SPOUSE OF JOSEPH W. TAYLOR, III**

vs.

Defendant:
**MERCK & CO., INC., ET AL.**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 9th day of June, 2006 at 12:40 pm to be served on **JEFF BASTI, 3022 MICA COURT, SUPERIOR, CO 80027**.

I, ACE SERVICES, being duly sworn, depose and say that on the **13th day of June, 2006** at **2:57 pm**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **JEFF BASTI** at the address of: **3022 MICA COURT, SUPERIOR, CO 80027** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 27th day of June, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

ACE SERVICES
Process Server

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006003372

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9m