UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Hilda Taylor, Personal Representative
and Surviving Spouse of JOSEPH W TAYLOR, III,
                Plaintiff,
vs.

MERCK & CO., INC., JEROME PITTMAN,
CHRISTOPHER McCARTHY, KEVIN
HETHERINGTON, YVETTE HILMS,
GINA DAMICO, LISA CAPPS CHLUMPSKY,
JEFFREY HANNETT, JEFF BASTI, ABBY CONRAD,
SHANNON DEMPSEY, MELINDA DREITH,
ALEX GUERRA, KIMBERLY JAMES GUSTAFSON,
MICHAEL HALPIN, MICHELE HASTINGS,
MICHAEL McDONNELL, COURTNEY McGIRT,
CHARLES NESTLERODE, DENISE RASHLEY,
BRENT STOKES, and JOHN P. TURNER,

                Defendants.           /

Civil Action No. 06-CV-5550

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, Hilda Taylor, as Personal Representative of the ESTATE OF JOSEPH W TAYLOR, III, by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, YVETTE HILMS, on June 13, 2006.

Dated this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq. (Fla. Bar No. 999891)
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

2

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

## Sheriff's Department - Lee County

| COLLIER**CIR County | | Case Number 06523CA |
|---|---|---|
| HILDA L TAYLOR | Plaintiff vs. Defendant | MERCK & CO ET AL |

| SERVE<br>YVETTE HILMS<br><br>11785 PINE TIMBER LANE<br><br>FT MYERS FL 33913 | SUMMONS-LAW SUIT<br>COMPLAINT | Fee: $      $20.00<br>Attorney<br>ALLEY & INGRAM<br>701 E WASHINGTON ST<br><br>TAMPA FL 33602-0977 |
|---|---|---|

Received this process on the _____ 8 day of June 2006 at 10:04 AM _____ and posted/served/non served the same on

__YVETTE HILMS_____, the within named (Respondent, Garnishee, Defendant, Witness)

_222_ A.m. on the __13__ day of __June_____ 200_6_, in Lee County, Florida.

### INDIVIDUAL SERVICE

_✓_ By delivering to the within named (Respondent-Garnishee-Defendant-Witness) a true copy of this process with the date and hour of service endorsed thereon by me, and at the same time I delivered to the within named (Respondant-Garnishee-Defendant-Witness) a copy of Plaintiff's initial pleading as furnished by the Plaintiff-petitioner.

### SUBSTITUTE SERVICE

_____ By leaving a true copy with a member of the household then and there residing above the age of 15 years to wit: _____ and informing such person of contents thereof.

### CORPORATE SERVICE

_____ By delivering a true copy of the process with the date and hour endorsed thereon by me and copy of Plaintiff's initial pleading as furnished by the Plaintiff to _____ as _____ of said Corporation in the absence of any superior officer as defined in F.S. 48.081 or 48.091.

### POSTING

_____ By attaching a true copy of this process with date and hour of service endorsed thereon by me, together with a copy of the Complaint or Petition to a conspicuous place on the property described within. The above named (Tenant-Defendant) could not be found, and there was no person at the (Tenant's-Defendant's) usual place of abode _____ in Lee County, Florida, above the age of 15 years upon whom service could be made.

Comments: _____

Executed on __6-13-06__    Non-executed on _____ for above stated reason.

Attempts made for Service

02061 Date: __6-12-06__ Time: __917 AM__

Date: _____ Time: _____

Date: _____ Time: _____

MIKE SCOTT, SHERIFF
LEE COUNTY, FLORIDA
By _____
Deputy Sheriff I.D.# __02061__