UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-5506

AIDA RIVERA,
           Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., CHARLES CANUPP,
LISA CARDOSO, NICK COMPAGNONE, TARA LYNN,
JESSICA MCCORMICK, CHERI MESSAROS, JEFFREY
NORRIS, and MONIQUE WARREN,

           Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, AIDA RIVERA, by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, CHARLES CANUPP, on June 23, 2006.

Dated this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

2

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# Affidavit of Process Server

5th Judicial Circuit Court Hernando Co., Florida
(NAME OF COURT)

Aida Rivera vs Charles Conupp  427-CA2006-607-DM
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Charles Conupp
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) Summons; Complaint

by serving Charles Conupp
NAME    RELATIONSHIP

at ☒ Home  1802 Gray Pointe Dr, Brentwood, Tn. 37027
☐ Business

on 6-23-06 at 7:00AM
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE

**Manner of Service:** ☒ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading              ☐ Moved, Left no Forwarding      ☐ Other:
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ ___ , ( ) ___ ___
( ) ___ ___ , ( ) ___ ___ , ( ) ___ ___

Description. Age: 40  Sex: M  Race: W  Hgt: 5'11"  Wgt: 170  Hair: Brn  Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on 6-23-06 at Nashville, Tennessee

Larry Wozencroft
SIGNATURE OF PROCESS SERVER

State of Tennessee
County of Davidson

subscribed and sworn before me, a notary public, this 6-23 day of 2006

Margaret Gilchrist
NOTARY PUBLIC
My Commission Expires Nov. 24, 2007

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, STATE OF FLORIDA

AIDA RIVERA,

    Plaintiff,

vs.

Case No.: H-27-CA-2006-607-DM
Division: _____

MERCK & CO., INC., CHARLES CANUPP,
LISA CARDOSO, NICK COMPAGNONE, TARA LYNN,
JESSICA MCCORMICK, CHERI MESSAROS, JEFFREY
NORRIS, and MONIQUE WARREN,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

    Charles Canupp
    1802 Grey Pointe Drive
    Brentwood, TN 37027

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on May 31, 2006.

KAREN NICOLAI
Clerk of the Circuit Court

(Court Seal)

By: _Donya Dandus_
Deputy Clerk

2