**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

AIDA RIVERA,
           Plaintiff,
vs.

MERCK & CO., INC., CHARLES CANUPP,
LISA CARDOSO, NICK COMPAGNONE, TARA LYNN,
JESSICA MCCORMICK, CHERI MESSAROS, JEFFREY
NORRIS, and MONIQUE WARREN,

                    Defendants.        /

MDL No.: 1657

SECTION: L

Civil Action No. 06-CV-5506

JUDGE FALLON
MAG. JUDGE KNOWLES

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  OCT 2 2006
LORETTA G. WHYTE
CLERK

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, AIDA RIVERA, by and through her undersigned counsel, hereby files the copy

of an Affidavit of Service evidencing service upon Defendant, CHERI MESSAROS, on June 19,

2006.

Dated this _28th_ day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 28th day of September, 2006.

By: _____

BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

**IN THE CIRCUIT COURT OF THE 5TH
JUDICIAL CIRCUIT, IN AND FOR
HERNANDO COUNTY, FLORIDA**

AIDA RIVERA,

      Plaintiff,

                                     CASE NO: H-27-CA2006-607-DM

v.

MERCK & CO., INC., et al.,

      Defendants.

_____/

      STATE OF GEORGIA   )
                            ) SS:
      COUNTY OF FULTON  )

### AFFIDAVIT OF SERVICE

      Personally appeared before the undersigned attesting officer duly authorized to administer oaths, Jeroy Robinson, who on oath deposes and states the following:

1.

      I am a person not less than eighteen years of age and am a citizen of the United States of America.

2.

      I am not a party to the above-entitled action.

3.

      On the 19th of June, 2006, at approximately 8:15 p.m., I served a Summons and Complaint upon Cheri Messaros, at 2133 Maudlin Street, N.W., Atlanta, Georgia 30318.

This 22nd day of June, 2006.

Jeroy Robinson

Sworn to and subscribed before me,
This 22ᴺᴰ day of June, 2006.

Notary Public  my Commison
               expires Saprambee 22, 2007

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, STATE OF FLORIDA**

AIDA RIVERA,

      Plaintiff,

                            Case No.: *H-27-CA-2006-607-DM*

                            Division: _____

vs.

MERCK & CO., INC., CHARLES CANUPP,
LISA CARDOSO, NICK COMPAGNONE, TARA LYNN,
JESSICA MCCORMICK, CHERI MESSAROS, JEFFREY
NORRIS, and MONIQUE WARREN,

      Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint in the above styled cause upon the Defendant(s)

                Cheri Messaros
                2133 Mauldin Street, N.W.
                Atlanta, GA 30318

      Each Defendant is hereby required to serve written defenses to said Complaint or petition
on Plaintiff's attorney, whose name and address is

                **BRENDA S. FULMER, Esq. (FBN: 999891)**
                **C. TODD ALLEY, Esq. (FBN: 321788)**
                **JAMES D. CLARK, Esq. (FBN: 191311)**
                **DON GREIWE, Esq. (FBN: 218911)**
                 ALLEY, CLARK, GREIWE & FULMER
                  701 E. Washington Street
                    P.O. Box 3127
                  Tampa, FL 33601-3127
                 Telephone: (813) 222-0977
                    Fax: (813) 224-0373
                  Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on *June 02*, 2006.

KAREN NICOLAI

Clerk of the Circuit Court

(Court Seal)

By:_____
        Deputy Clerk