Exhibit D - 8/24/06 Isaac Weiner Deposition Excerpts

• Mason - Expert Challenge 6 (Rothkopf)

| | | |
|---|---|---|
| [1:] - [1:25] | 8/24/2006 | Wiener, Isaac (Mason) |

```
page 1
    0001
1                  UNITED STATES DISTRICT COURT
2                  EASTERN DISTRICT OF LOUISIANA
3
4
5      _____
                             )
6      In re:  VIOXX PRODUCTS )
       LIABILITY LITIGATION   )
7                             )
                              )
8                             ) Case No. 2:06-CV-00810
                              )
9      CHARLES MASON,         ) MDL DOCKET NO. 1657
                              ) SECTION L
10              Plaintiff,    )
                              )
11         vs.                )
                              )
12     MERCK & CO., INC.,     )
                              )
13              Defendants.   )
                              )
14     _____)
15
16
17
18          THE DEPOSITION OF ISAAC WIENER, M.D., F.A.C.C.
19                VOLUME I, PAGES 1 THROUGH 243
20                   LOS ANGELES, CALIFORNIA
21                       AUGUST 24, 2006
22
23          Reported by Irene Nakamura, CSR No. 9478
                    PRS Job No. 118-343693
24
25
page 2
1      Appearances:
2
            For Plaintiff:
3
```

| | | |
|---|---|---|
| [22:16] - [22:19] | 8/24/2006 | Wiener, Isaac (Mason) |

```
page 22
12     reviewing the medical literature on Vioxx pursuant
13     to any request of Mr. O'Callahan, or was it until
14     Mr. Sanford engaged you specifically on
15     Mr. Ernst's case that you began to work?
16         A    I don't recall specifically, but I
17     probably started looking into the literature, you
18     know, after speaking or while speaking with
19     Mr. O'Callahan.
20         Q    Prior to the time that Mr. O'Callahan
21     first contacted you to serve in any capacity in
22     the Vioxx litigation, would you agree that you had
23     not reviewed the totality of the medical
```

| | | |
|---|---|---|
| [70:5] - [70:17] | 8/24/2006 | Wiener, Isaac (Mason) |

```
page 70
1          Q    Have you ever read an expert report
2      prepared by an expert retained by Merck?
3          A    I'm not sure.  I -- I may have on the
4      "Ernst" trial.
5          Q    Now, have you ever heard of a clinical
```

**Exhibit D - 8/24/06 Isaac Weiner Deposition Excerpts**

**• Mason - Expert Challenge 6 (Rothkopf)**

```
 6     study involving Vioxx called the VICTOR study?
 7         A    Yes, I have.
 8         Q    Have you reviewed any data from that
 9     study?
10         A    That came out at the time of the
11     "Ernst" trial, I believe.  The data was released.
12     It hasn't been published, to my knowledge.  So I
13     have seen several of the grafts.  I -- graphs.
14              I have not viewed -- and it's mentioned
15     in Dr. Zipes' report, and it's mentioned in
16     several -- I have seen it mentioned.  I have not
17     reviewed it personally.
18         Q    Okay.  So you're not relying -- well,
19     let me say that differently.
20              You -- you -- as you sit here today,
21     you can't tell me what the VICTOR study showed; is
```

[71:8] - [71:14]          8/24/2006    Wiener, Isaac (Mason)

```
page 71
 4     very, very important to us who make decisions
 5     about people.
 6         Q    Do you know the ViP study?
 7         A    I've heard of the ViP study.
 8         Q    Do you know what the ViP study
 9     demonstrated?
10         A    I have a rough idea, but I can't recall
11     right now.  I've seen it mentioned.  Certainly
12     Dr. Zipes' report mentions it.  I saw it mentioned
13     somewhere else.  I believe it also hasn't been
14     published.
15         Q    Have you heard of any clinical studies
16     done on Alzheimer's patients regarding Vioxx?
17         A    Yes, I've heard of them.
18         Q    I -- I don't see the peer-reviewed
```

[73:6] - [73:7]           8/24/2006    Wiener, Isaac (Mason)

```
page 73
 2     cardiovascular results from the Alzheimer's
 3     studies when reaching your opinions in this case?
 4         A    I have to answer -- let me give an
 5     exact answer to that.
 6              I'm aware of those studies.  I did not
 7     read them.
 8              They -- on balance, they didn't --
 9     I would have to say that I considered them
10     indirectly, that they are not the basis of any
11     opinions that I have formed.
```

[74:24] - [74:25]         8/24/2006    Wiener, Isaac (Mason)

```
page 74
20     there are Alzheimer's studies done on Vioxx that
21     are published in peer-reviewed publications other
22     than the "American Heart Journal," you haven't
23     even seen them; correct?
24         A    I haven't read any of the Alzheimer's
25     studies directly.
page 75
 1         Q    And the only consideration of the
 2     Alzheimer's studies that you have seen is that
 3     contained in Dr. Zipes' report?
 4         A    No.  I believe I have seen others.  I
```

[79:17] - [79:23]         8/24/2006    Wiener, Isaac (Mason)

```
page 79
13     some time.
14         Q    Let's try it that way.
```

**Exhibit D - 8/24/06 Isaac Weiner Deposition Excerpts**

- **Mason - Expert Challenge 6 (Rothkopf)**

```
15      A   But I can't agree that the data is not
16  included.
17      Q   So let's try it this way.
18          You have not reviewed any of the
19  peer-reviewed publications of the original
20  osteoarthritis studies; correct?
21      A   I don't even know if they're
22  peer-reviewed or not.  I have not reviewed any of
23  the original osteoarthritis studies.
24      Q   Do you even know what the
25  osteoarthritis studies, the original studies
page 80
1   demonstrated with regard to cardiovascular safety
2   of Vioxx?
```

[90:10] - [90:15]          8/24/2006     Wiener, Isaac (Mason)

```
page 90
6       A   Okay.
7       Q   If I use the phrase "observational
8   study," do you know what I am referring to?
9       A   Yes.
10      Q   Are you aware of any observational
11  studies that have been done on Vioxx which have
12  shown no increased cardiovascular risk?
13      A   I'm aware of observational studies.  I
14  did not review them in detail and have not used
15  them as a basis for my opinion.
16      Q   When you say you are aware of
17  observational studies, does this mean --
18      A   Well, the ones -- the ones that come to
19  mind generally showed increased risk.  There may
```

[91:3] - [91:15]           8/24/2006     Wiener, Isaac (Mason)

```
page 90
24      A   So if you want me to look at a study,
25  I'm happy to.
page 91
1       Q   You are not relying on observational
2   studies for your opinions in this case; correct?
3       A   No.  I mean, correct, I am not.  My
4   opinions are based on the published large trials
5   in major journals.
6       Q   And that's APPROVe, VIGOR, and the Juni
7   meta --
8       A   Juni meta-analysis, yeah.
9       Q   Now, can you even say, sir, that you
10  have considered even the majority of the clinical
11  trial data that exists on Vioxx in peer-reviewed
12  literature?
13      A   I don't know what you mean by "even."
14  I have reviewed the literature that is important
15  to me as a clinician.
16      Q   Can you say whether you have reviewed
17  the majority of the clinical trial data with
18  regard to Vioxx?
19      A   As I said, I have reviewed the
```

[173:17] - [174:5]         8/24/2006     Wiener, Isaac (Mason)

```
page 173
13      Q   Sure.
14      A   -- so it doesn't get lost?
15          It's nice to be able to agree with
16  something.
17      Q   When you mentioned earlier this
18  biological plausibility of the prostacyclin
19  thromboxane imbalance, are you relying on any
20  particular study to form that biological
```

**Exhibit D - 8/24/06 Isaac Weiner Deposition Excerpts**

• **Mason - Expert Challenge 6 (Rothkopf)**

```
            21   plausibility opinion?
            22        A    I haven't reviewed the primary studies.
            23   You know, that hypothesis and that theory is -- is
            24   discussed in the APPROVe trial.  It's -- it's
            25   discussed in all the clinical trials as a possible
          page 174
            1    mechanism.
            2         Q    So you haven't reviewed any of the
            3    actual basic science studies; correct?
            4         A    Absolutely not.  I try as hard as I can
            5    not to read basic science studies.
            6         Q    Okay.  So you -- all right.
            7              Now, when you -- when you stated that
            8    it's your opinion that Vioxx increases the risk of
            9    myocardial infarction, do you believe that that
```

[242:1] - [242:24]        8/24/2006    Wiener, Isaac (Mason)

```
          page 241
            22
            23
            24
            25
          page 242
            1    State of California  )
                                      )ss
            2    County of Los Angeles)
            3
            4         I, IRENE NAKAMURA, Certified Shorthand
            5    Reporter, Certificate Number 9478, for the State
            6    of California, hereby certify:
            7         The foregoing proceedings were taken before me
            8    at the time and place therein set forth, at which
            9    time the deponent was placed under oath by me;
            10        The testimony of the deponent and all
            11   objections made at the time of the examination
            12   were recorded stenographically by me and were
            13   thereafter transcribed;
            14        The foregoing transcript is a true and correct
            15   transcript of my shorthand notes so taken;
            16        I further certify that I am neither counsel
            17   for nor related to any party to said action, nor
            18   in any way interested in the outcome thereof.
            19        In witness whereof, I have hereunto subscribed
            20   my name this 25th day of August, 2006.
            21
            22
            23              _____
            24
            25
          page 243
            1                    CORRECTION LIST
            2
            3    Page/Line      From              To
```