# EXHIBIT A

**Confidential - Subject to Protective Order**

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX LITIGATION: MDL DOCKET
                         NO. 1657
-------------------------------------------
     SUPERIOR COURT OF NEW JERSEY
   LAW DIVISION - ATLANTIC COUNTY

            -  -  -

IN RE: VIOXX LITIGATION : CASE NO. 619
-------------------------------------------
CROSS NOTICED IN VARIOUS OTHER ACTIONS
-------------------------------------------
            -  -  -
              CONFIDENTIAL
       SUBJECT TO PROTECTIVE ORDER
            -  -  -
          January 24, 2006
            -  -  -

     Videotape deposition of GREGORY D.

CURFMAN, M.D., held in the offices of

Brown Rudnick, Berlack, Israels, LLP, One

Financial Center, Boston, Massachusetts

02111, commencing at 10:20 a.m., on the

above date, before Linda L. Golkow, a

Federally-Approved Registered Diplomate

Reporter and Certified Shorthand

Reporter.

            -  -  -

       GOLKOW LITIGATION TECHNOLOGIES
            Four Penn Center
      1600 John F. Kennedy Boulevard
              Suite 1210
       Philadelphia, Pennsylvania 19103
              (215) 988-9191

Confidential - Subject to Protective Order

Page 77

1  THE WITNESS: The truth of
2  the matter is that we released the
3  Expression of Concern when we had
4  all of the data assembled, when we
5  had deliberated, we had the facts
6  in hand. We very carefully
7  deliberated. The editors had come
8  together, reviewed all the
9  information that we had, including
10 information that we obtained on
11 November 21st, 2005. We made our
12 best judgment as editors of the
13 New England Journal of Medicine
14 with many years of experience
15 collectively, and we sat down and
16 wrote the document, the Expression
17 of Concern. We worked very hard
18 on every word of that document.
19 Every word was a focus.
20          We then had the document
21 peer reviewed by someone who we
22 have a lot of respect for and who
23 is very good with numbers and
24 statistical analysis, who went

Confidential - Subject to Protective Order

Page 78

1   over things for us.  And when we
2   finally reached what we considered
3   to be a final version after going
4   through many versions of the
5   Expression of Concern we released
6   it, which is our responsibility as
7   editors under the uniform
8   requirements of the International
9   Committee of Medical Journal
10  Editors.  And that's what we did.
11  We followed the standard protocol
12  that we've followed in the past,
13  and we released the information
14  when we had it ready in order to
15  inform the medical community that
16  we had some concerns about this
17  work and had referred these
18  concerns to the authors of the
19  article for a response.
20          MR. BECK:  Now, again, I got
21  a two-page answer or statement
22  that does not answer my question,
23  which was, were you asked why from
24  the media you released the