# Exhibit C

[1:1-1:26]
```
Page 1
 1   IN THE UNITED STATES DISTRICT COURT
 2         EASTERN DISTRICT OF LOUISIANA
 3
 4  IN RE: VIOXX PRODUCTS       : MDL DOCKET NO. 1657
    LIABILITY LITIGATION        :
 5                              : Deposition of:
    THIS DOCUMENT RELATES TO:   :
 6  CHARLES LARON MASON         : KAREN OLSON-FIELDS,
                                  RN,
    v.                          : FNP
 7  MERCK & CO., INC.           :
                                :
 8
 9
10
              July 27, 2006 - 8:02 a.m.
11
12
              Location:  Women's Center
13              Alta View Hospital
                9600 South 1300 East
14              Sandy, Utah  84094
15
16        Reporter:  Teri Hansen Cronenwett
     Certified Realtime Reporter, Registered Merit Reporter
17       Notary Public in and for the State of Utah
18
19
20
21
22
23
24
25
26
```

[95:4-96:17]
```
Page 95
 4   Q.  Okay.  And are you aware that as soon as Merck
 5  received this information, they did indeed go back and look
 6  at all of their clinical trial data and determined that there
 7  was no difference between Vioxx on the one hand and placebo
 8  on the other hand when it came to cardiovascular events in
 9  the clinical trials?
```

```
10         MR. NABERS: Objection to the form, assumes facts
11   not in evidence.
12      Q. (By Mr. Krumholtz) Has anyone ever told you that?
13         MR. NABERS: Same objection.
14      A. I do not recall those details. What I do recall
15   is, when I had heard the rumors about Vioxx having these
16   concerns, I addressed it with the pharmaceutical rep. And
17   all is I remember is them giving me many reassurances,
18   constant reassurances, many reps coming in and giving me
19   reassurances that there was not validity. They didn't go
20   away and then come back and say, you know, now Merck is doing
21   this, this and this to prove this.
22         All is I remember is them saying, these are not
23   valid concerns. Vioxx is safe. Vioxx does not -- it's still
24   on the market. We're not pulling Vioxx. That's all I can
25   remember. I don't remember the details of what Merck was
26
```

Page 96
```
1   going to do. All I remember is them addressing my concerns
2   verbally and saying, You don't need to worry about Vioxx.
3      Q. (By Mr. Krumholtz) I'll object as nonresponsive.
4   My question was this. My question is, do you recall anyone
5   telling you before you had become completely familiar with
6   VIGOR, but when you had some concern about cardiovascular
7   issues, that as soon as these results came out that are in
8   Exhibit 4, that indeed Merck went back to their clinical
9   trials and compared patients taking placebo and patients
10   taking Vioxx?
11         MR. NABERS: Objection to the form.
12      A. No, I don't recall that.
13      Q. (By Mr. Krumholtz) And no one, including the
14   plaintiff's attorneys, have told you that that occurred?
15         MR. NABERS: Objection to the form.
16      Q. (By Mr. Krumholtz) True?
17      A. I don't recall that.
```