

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX LITIGATION: MDL DOCKET
                          NO. 1657

SUPERIOR COURT OF THE STATE OF CALIFORNIA
            COUNTY OF LOS ANGELES
                  -   -   -

Coordination Proceeding: CASE NO.  JCCP
Special Title          : JCCP NO. 4247
(Rule 1550(b))         :
                       :
This Document Applies  :
To All                 :
VIOXX CASES

                  -   -   -

                CONFIDENTIAL

        SUBJECT TO PROTECTIVE ORDER

                -   -   -

            November 22, 2005

                -   -   -


        Videotape deposition of ERIC J.
TOPOL, M.D., held in the InterContinental
Hotel, 9801 Carnegie Place, Cleveland,
Ohio 44106, commencing at 9:41 a.m., on
the above date, before Linda L. Golkow, a
Federally-Approved Registered Diplomate
Reporter and Certified Shorthand Reporter.

                -   -   -


        GOLKOW LITIGATION TECHNOLOGIES
          Four Penn Center - Suite 1210
         1600 John F. Kennedy Boulevard
         Philadelphia, Pennsylvania 19103
              1.877.DEPS.USA

## Page 2

1  A P P E A R A N C E S:
2
3      KLINE & SPECTER, P.C.
       BY: THOMAS R. KLINE, ESQUIRE
4          and
       LISA DAGOSTINO, M.D., J.D.
5          and
       LEE B. BALEFSKY, ESQUIRE
6          (By Telephone)
       19th Floor
7      1525 Locust Street
       Philadelphia, Pennsylvania 19102
8      (215) 772-1000
       Counsel for Plaintiffs
9
10
       SEEGER WEISS LLP
11     BY: DAVID R. BUCHANAN, ESQUIRE
       Suite 920
12     550 Broad Street
       Newark, New Jersey 07102
13     (973) 639-9100
       Counsel for Plaintiffs
14
15
       LEVIN SIMES & KAISER LLP
16     BY: STEVEN B. STEIN, ESQUIRE
       One Bush Street - 14th Floor
17     San Francisco, CA 94104
       (415) 646-7171
18     Counsel for Plaintiffs
19
20     THE BEASLEY FIRM LLC
       BY: SCOTT D. LEVENSTEN, ESQUIRE
21     1125 Walnut Street
       Philadelphia, Pennsylvania 19107
22     (215) 592-1000
       Counsel for Plaintiffs
23
24        - - -

## Page 3

1  A P P E A R A N C E S: (Continued)
2
3      LEVIN FISHBEIN SEDRAN & BERMAN
       BY: MICHAEL M. WEINKOWITZ, ESQ.
       Suite 500 - 510 Walnut Street
4      Philadelphia, Pennsylvania 19106
       (215) 592-1500
5      Counsel for Plaintiffs
       (By Telephone)
6
7
       MINTZ, LEVIN COHN FERRIS GLOVSKY
8      AND POPPEO P.C.
       BY: H. JOSEPH HAMELINE, ESQUIRE
9      One Financial Center
       Boston, Massachusetts 02111
10     (617) 542-6000
       Counsel for the Witness,
11     Eric J. Topol, M.D.
12
13     THE CLEVELAND CLINIC FOUNDATION
       BY: VICTORIA L. VANCE, ESQUIRE
14     1950 Richmond Road
       Lyndhurst, Ohio 44124
15     (216) 297-7067
       Counsel for the Witness,
16     Eric J. Topol, M.D.
17
18     BARTLIT BECK HERMAN PALENCHAR &
       SCOTT, LLP
19     BY: ANDREW L. GOLDMAN, ESQUIRE
       Courthouse Place
20     54 West Hubbard Street
       Chicago, Illinois 60610
21     (312) 494-4400
       Counsel for Merck & Company, Inc.
22
23
24

## Page 4

1  A P P E A R A N C E S: (Continued)
2
3      JOSEPH D. PIORKOWSKI, JR., ESQUIRE
       910 17th Street, N.W.
4      Suite 800
       Washington, DC 20006
5      (202) 223-5535
       Counsel for Merck & Company, Inc.
6
7
8      HUGHES HUBBARD & REED
       BY: JAMES C. FITZPATRICK, ESQUIRE
9      One Battery Park Plaza
       New York, New York, 10004
10     (212) 837-6000
       Counsel for Merck & Company, Inc.
11
12
13     CRUSE, SCOTT, HENDERSON & ALLEN
       BY: JAY HENDERSON, ESQUIRE
14     7th Floor - 2777 Allen Parkway
       Houston, Texas 77019-2133
15     (713) 650-6600
       Counsel for Texas physicians
16     (By Telephone)
17
18        - - -
19
20
21
22
23
24

## Page 5

1  A P P E A R A N C E S (VIA INTERNET)
2
       LOPEZ, HODES, RESTAINO,
3      MILMAN & SKIKOS
       BY: JOSEPH JANE, ESQUIRE
4      (Via Internet)
5
       LEVIN PAPANTONIO THOMAS MITCHELL
6      ECHSNER & PROCTOR, P.A.
       BY: TROY RAFFERTY, ESQUIRE
7          JASON TISDALE, ESQUIRE
       (Via Internet)
8
9      SNAPKA & TURMAN, LLP
       BY: KATHRYN SNAPKA, ESQUIRE
10     (Via Internet)
11
       EVANS & ROWE
12     BY: NATHAN KETTERLING, ESQUIRE
       (Via Internet)
13
14     CLARKE PERDUE ARNOLD & SCOTT
       BY: D. ANDREW LIST, ESQUIRE
15     (Via Internet)
16
       CRUSE SCOTT HENDERSON & ALLEN
17     BY: SHARON ALFORD, ESQUIRE
       (Via Internet)
18
19     GIBBONS DEL DEO DOLAN GRIFFINGER &
       VECCHIONE
20     BY: VIK ADVANI, ESQUIRE
       (Via Internet)
21
22        - - -
23
24

Page 6

```
 1          DEPOSITION SUPPORT INDEX
 2
 3
    Direction to Witness Not To Answer
 4  Page  Line  Page  Line
        (None)
 5
 6
 7
 8
    Request For Production of Documents
 9  Page  Line  Page  Line
        (None)
10
11
12
13
    Stipulations
14  Page  Line  Page  Line
        (None)
15
16
17
18
    Questions Marked
19  Page  Line  Page  Line
        (None)
20
21
22
23
24
```

Page 7

```
 1             - - -
 2        I N D E X
 3  WITNESS              PAGE NO.
 4  ERIC J. TOPOL, M.D.
 5    By Mr. Kline        25, 555
 6    By Mr. Goldman      316
 7             - - -
 8        E X H I B I T S
 9
    NO.    DESCRIPTION     PAGE NO.
10
11
    Topol-1   Curriculum Vitae   26
12            Eric Jeffrey Topol,
            M.D.
13            TOPOLE 0000001 -
            TOPOLE 0000127
14
15  Topol-2   E-mails        45
            TOPOLE 0000450
16
17  Topol-3   "The sad story of  53
            Vioxx, and what we
18            should learn from
            it," (Karha/Topol),
19            Cleveland Clinic
            Journal of
20            Medicine, Volume
            71, Number 12,
21            December 2004,
            933-939
22
23
24
```

Page 8

```
 1
 2  Topol-4    "Risk of       82
            Cardiovascular
 3            Events Associated
            with Selective
 4            COX-2 Inhibitors,"
            (Mukherjee, et al)
 5            JAMA, August 22/29,
            2001 Vol 286, No.
 6            8, 954-959
 7
    Topol-5    E-mails        87
 8            MRK-ABA0009274
 9
    Topol-6    E-mail 4-26-01,   89
10            with attachment,
            "Selective COX-2
11            Inhibitors are
            Associated with An
12            Increased Risk of
            Cardiovascular
13            Events,"
            (Mukherjee, et al)
14            draft manuscript
            MRK-AAZ0001561 -
15            MRK-AAZ0001593
16
    Topol-7    E-mails, with     106
17            attachment,
            "Selective COX-2
18            Inhibitors are
            Associated with An
19            Increased Risk of
            Cardiovascular
20            Events,"
            (Mukherjee, et al)
21            draft manuscript,
            MRK-ABA0009661 -
22            MRK-ABA0009693
23
24
```

Page 9

```
 1
 2  Topol-8    Memo 2-1-01,     115
            "Consultation NDA
 3            21-042, S-007
            Review of
 4            cardiovascular
            safety database
 5            (Targum)
            (37 pages)
 6
 7  Topol-9    Excerpt from "Risk  126
            of Cardiovascular
 8            Events Associated
            with Selective
 9            COX-2 Inhibitors,"
            (Mukherjee, et al),
10            JAMA, August 22/29,
            2001 Vol 286, No.
11            8, 956
12
    Topol-10   "Raising a       167
13            Cautionary Flag
            about COX-2 Use in
14            High-Risk Heart
            Patients,"
15            Cleveland Clinic
            Heart Center
16            (2 pages)
17
    Topol-11   "Lack of         173
18            Cardioprotective
            Effect of
19            Naproxen," Arch
            Intern Med/Vol 162,
20            Dec 9/23, 2002 2637
21
22
23
24
```

3  (Pages 6 to 9)

### Page 10

1
2  Topol-12   "Cyclooxygenase-2:  181
3              Where are we in
             2003?
4              Cardiovascular risk
             and COX-2
5              inhibitors,"
             (Mukherjee et al),
6              Arthritis Research
             and Therapy 2003,
7              Vol. 5, 8-11
8  Topol-13   "Pharmaceutical     187
9              advertising versus
             research spending:
10             Are profits more
             important than
11             patients?
             (Mukherjee et al)
12             American Heart
             Journal, October
13             2003, 563-564
14 Topol-14   "A coxib a day      195
15             won't keep the
             doctor away,"
16             (Topol, et al), The
             Lancet Vol 364,
17             August 21, 2004,
             639-640
18 Topol-15   "Risk of           201
19             cardiovascular
             events and
20             rofecoxib:
             Cumulative
21             meta-analysis,"
             (Juni, et al) The
22             Lancet, Vol. 364,
             December 4, 2004,
23             2021-2029
24

### Page 11

1
2  Topol-16   "Rofecoxib, Merck,  226
3              and the FDA," (Kim
             et al), N Engl J
4              Med 351;27 December
             30, 2004,
5              2875 - 2878
6  Topol-17   "Good Riddance to a 230
             Bad Drug," (Topol)
7              New York Times
             Reprint, October 2,
8              2004
             (2 pages)
9
10 Topol-18   "Failing the Public 237
             Health - Rofecoxib,
11             Merck, and the FDA
             (Topol) N Engl J
12             Med 351;17 October
             21, 2004
13             1707-1709
14
   Topol-19   "Risk of acute      240
15             myocardial
             infarction and
16             sudden cardiac
             death in patients
17             treated with
             cyclo-oxygenase 2
18             selective and
             non-selective
19             non-steroidal
             anti-inflammatory
20             drugs..." (Graham,
             et al), The Lancet,
21             Vol. 365, February
             5, 2005, 475-481
22
23 Topol-20   E-mails            245
             TOPOLE 0000458
24

### Page 12

1  Topol-21   E-mails            250
             TOPOLE 0000333
2  Topol-22   Handwritten notes  265
             TOPOLE 0000469
3
4  Topol-25   "Cardiovascular    274
             System Clinical
5              Profile in
             Osteoarthritis
6              Studies,"
             Cardiovascular
7              Card,
             MRK-ABW00000243 -
8              MRK-ABW0000248;
             MRK-ADB0009039 -
9              MRK-ADB0009042;
             MRK-ACW0008375;
10             MRK-ACZ0072955 -
             MRK-ACZ0072956
11
12 Topol-23   Handwritten notes  277
             TOPOLE 0000504
13
14 Topol-24   Handwritten notes  288
             TOPOLE 0000463
15
16 Topol-26   "Preliminary       300
             Questions - 60
17             Minutes"
             TOPOLE 0000465
18
19 Topol-27   Letter 10-7-04 with 303
             handwritten notes
20             TOPOLE 0000462
21
   Topol-28   Memo 10-17-04      305
22             TOPOLE 0000474
23
   Topol-29   New York Daily News 319
24             Reprint (3 pages)

### Page 13

1
2  Topol-30   "Arthritis Advisory 351
             Committee NDA #
3              21-042/S007, Vioxx
             (Rofecoxib, Merck)"
4              2-8-01, 1-3; 210
5
   Topol-31   E-mails            367
6              MRK-AAZ0001594
7
   Topol-32   "Rofecoxib in the  367
8              Prevention of
             Ischemic Events in
9              Patients with Acute
             Coronary Syndromes
10             and Elevated
             Markers of
11             Inflammation,"
             (Bhatt, et al)
12             MRK-ABA0003235 -
             MRK-ABA0003244
13
14 Topol-33   "Selective COX-2    387
             Inhibition Improves
15             Endothelial
             Function in
16             Coronary Artery
             Disease,"
17             (Chenevard, et al)
             Circulation,
18             January 28, 2003,
             405-409
19
20 Topol-34   E-mails            410
             MRK-ABA0011062
21
22 Topol-35   E-mails            413
             TOP1PRO0000282 -
23             TOP1PRO0000283
24

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 14

```
 1
 2   Topol-36   E-mail 6-20-01,   417
 3          with attachment,
            "Risk of
 4          Cardiovascular
            Events Associated
 5          with Selective
            COX-2 Inhibitors,"
 6          (Mukherjee, et al)
            Draft Manuscript,
 7          TOP1PRO0000285 -
            TOP1PRO0000311
 8
 9   Topol-37   E-mails      429
            TOP1PRO0000279
10
11   Topol-38   "Risk of      434
            Cardiovascular
12          Events Associated
            with Selective
13          COX-2 Inhibitors,"
            JAMA August 22/29,
14          2001 Vol 286, No
            8, 954-958,
15          MRK-ADJ0035003 -
            MRK-ADJ0035008
16
17   Topol-39   "A coxib a day   444
            won't keep the
18          doctor away,"
            (Topol, et al) The
19          Lancet Vol 364
            August 23, 2004,
20          639-640
21   Topol-39A   Letter 10-16-01   450
            EJT 000323 -
22          EJT 000324
23
24
```

Page 15

```
 1
 2   Topol-40   "Systematic      455
            adjudication of
 3          myocardial
            infarction
 4          end-points in an
            international
 5          clinical trial,"
            (Mahaffey, et al),
 6          Current Controlled
            Trials in
 7          Cardiovascular
            Medicine August
 8          2001 Vol 2 No. 4,
            (6 pages)
 9
10   Topol-41   E-mails      484
            EJT 000191
11
12   Topol-42   E-mails      494
            EJT 000192
13
14   Topol-43   E-mails      501
            EJT 000190
15
16   Topol-44   "MRL Clinical Study 513
            Report, Multicenter
17          Study: A
            Randomized,
18          Placebo-Controlled,
            Parallel-Group,
19          Double-Blind Study
            to Evaluate the
20          Efficacy and Safety
            of MK-0966
21          (Rofecoxib) 12.5 mg
            Versus Nabumetone
22          1000 mg in Patients
            with Osteoarthritis
23          of the Knee
            (Protocol 090),"
24          MRK-00420016832 -
            MRK-00420016849
```

Page 16

```
 1
 2   Topol-44A   Memo 2-1-01      527
            "Consultation NDA
 3          21-042, S-007
            Review of
 4          cardiovascular
            safety database,"
 5          (Targum) with
            handwritten notes,
 6          EJT 000211 -
            EJT 000248
 7
 8   Topol-45   E-mail 10-17-04   533
            EJT 000343
 9
10   Topol-46   E-mails      538
            FDACDER 023057 -
11          FDACDER 023058
12   Topol-47   Letter 4-11-02,   543
            with attached label
13          EJT 000044;
            EJT 000050 -
14          EJT 000065
15
16   Topol-48   "Dr. Topol's      588
            Analysis CV Events
17          in Study 090,"
            Chart
18          (1 page)
19   Topol-49   E-mail 3-9-00      589
            MRK-ABH0016219
20
21   Topol-50   E-mails      592
            MRK-ABC0033809
22
23   Topol-51   E-mails      601
            TOPOLE 000149 -
24          TOPOLE 000150
```

Page 17

```
 1
 2   Topol-52   "Cardiovascular   612
            Thrombotic Events
 3          in Controlled,
            Clinical Trials of
 4          Rofecoxib,"
            (Konstam, et al),
 5          Circulation
            2001;104:r15-r23
 6
 7   Topol-53   Letter 12-17-01   619
            TOPOLE 0000511
 8
 9   Topol-54   Letter 1-7-02   622
            TOPOLE 0000456 -
10          TOPOLE 0000457
11
12   Topol-55   Letter 2-5-02   625
            TOPOLE 0000452
13
14   Topol-56   E-mails      632
            MRK-AAC0152575 -
15          MRK-AAC0152576
16
17
18
19
20
21
22
23
24
```

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 18

```
1       DEPOSITION SUPPORT INDEX
2
3
        Direction to Witness Not To Answer
4       Page Line Page Line
        (None)
5
6
7
8
        Request For Production of Documents
9       Page Line Page Line
        (None)
10
11
12
13
        Stipulations
14      Page Line Page Line
        (None)
15
16
17
18
        Questions Marked
19      Page Line Page Line
        430
20
21
22
23
24
```

Page 19

```
1                   - - -
2           MR. GOLDMAN:  Merck objects
3       to the use of Dr. Topol's
4       deposition in the upcoming
5       Plunkett trial because, among
6       other things, Dr. Topol has not
7       been designated as an expert
8       witness and has not submitted an
9       expert report, and I expect that
10      much of Dr. Topol's testimony
11      today will be in the form of
12      opinion testimony.
13          In Plunkett, also the
14      deposition designations and
15      exhibit lists have already been
16      submitted, and the trial starts in
17      six days.
18          MR. KLINE:  Before we go on
19      the video, we have a loose
20      understanding worked out between
21      myself and Mr. Goldman that I will
22      examine for three hours, he will
23      then -- we split the time
24      four/three, four hours and three
```

Page 20

```
1       hours of actual tape running time.
2       We will attempt to finish sooner,
3       if we can.  Something tells me
4       that won't happen.
5           There's going to be time
6       kept on the record as to the
7       actual running time, which will
8       not include time taken for
9       objections or time off of the
10      record.
11          I've also advised Mr.
12      Goldman that I'm going to reserve
13      an hour.  So, I'm going to do
14      three hours, hopefully I'll get
15      through everything, and then we'll
16      do an hour -- or we'll do his
17      examination, I'll come back and do
18      redirect, and then he will do
19      limited recross, if needed, to the
20      areas that I examine.  He and I
21      have agreed that we will limit our
22      redirect and our recross very
23      specifically to the rules of
24      evidence as you would do a
```

Page 21

```
1       redirect and a recross, rather
2       than open up new areas.
3           I think that's our basic
4       understanding, and we've agreed to
5       attempt to agree on as much as
6       possible today.
7           We've also agreed that we'll
8       go off the video record for any
9       objections.  So, if there's an
10      objection, we'll go off the record
11      if there's something to be added
12      other than the word "objection."
13      Is that fair enough?
14          MR. GOLDMAN:  Well, if I
15      state the basis for some of the
16      objections, you don't expect to go
17      off the record for those.  So, for
18      example, if I say "objection,
19      opinion testimony" --
20          MR. KLINE:  No.
21          MR. GOLDMAN:  Okay.
22          MR. KLINE:  That's fine.
23      But if you have some longer
24      objection, then go.  It is either
```

**Page 22**

1  objection, two or three words or
2  objection, off the record. And
3  I'll do the same if there's
4  something longer to be said.
5       MR. GOLDMAN: Fair enough.
6       MR. KLINE: Thomas R. Kline
7  for plaintiffs. This deposition
8  is being taken pursuant to the
9  federal litigation pending in the
10 MDL.
11      I'm here with Lisa
12 Dagostino, M.D., J.D., and she
13 will be assisting me.
14      MR. BUCHANAN: Dave
15 Buchanan, Seeger Weiss, also for
16 plaintiffs in the MDL litigation.
17      MR. STEIN: I'm Steve Stein.
18 I'm here for the California
19 plaintiffs in the state
20 proceedings, state coordination
21 proceeding, which has been
22 cross-noticed -- which was
23 cross-noticed for this deposition.
24      My understanding from Jim

**Page 23**

1  O'Callahan, liaison counsel, is
2  that Merck also cross-noticed it
3  in the California state
4  proceeding. So, we're here for
5  the California state plaintiffs in
6  the JCCC coordination.
7       Steve Stein, Levin Simes &
8  Kaiser, San Francisco, California.
9       MR. LEVENSTEN: Scott
10 Levensten, The Beasley Firm,
11 Philadelphia.
12      MR. GOLDMAN: My name is
13 Andy Goldman. I represent Merck.
14      MR. PIORKOWSKI: Joseph
15 Piorkowski, I represent Merck.
16      MR. FITZPATRICK: Jim
17 Fitzpatrick, I represent Merck.
18      MR. HAMELINE: My name is
19 Joseph Hameline. I'm with the law
20 firm of Mintz Levin, and I'm here
21 on behalf of Dr. Topol.
22      MS. VANCE: Vicki Vance,
23 in-house counsel at the Cleveland
24 Clinic Foundation, associate

**Page 24**

1  counsel.
2       MR. BALEFSKY: Lee Balefsky,
3  Kline & Specter.
4       MR. HENDERSON: Jay
5  Henderson, Houston, Texas,
6  pursuant to an agreement with
7  Merck for some Texas physicians.
8       MR. STEIN: Linda, I've
9  provided you the notice that was
10 served. Can we have that entered
11 as part of the record, our
12 California state notice?
13      THE COURT REPORTER: Yes.
14      THE VIDEOTAPE TECHNICIAN:
15 We're on the video record. The
16 time is 9:41. The date is
17 November 22, 2005.
18      This is the videotape
19 deposition of Eric Topol, M.D. in
20 the matter of In Re: Vioxx
21 Products Liability Litigation in
22 the U.S. District Court, Eastern
23 Division, District of Louisiana,
24 MDL Number 1657.

**Page 25**

1       The court reporter, would
2  you please swear in the witness.
3       - - -
4       ERIC J. TOPOL, M.D., after
5  having been duly sworn, was
6  examined and testified as follows:
7       - - -
8  E X A M I N A T I O N
9       - - -
10 BY MR. KLINE:
11      Q.  Dr. Topol, good morning.
12 Nice to meet you, sir.
13      A.  Good morning.
14      Q.  I have four hours, three of
15 which I'm going to take to do your direct
16 examination. I have a lot of material to
17 cover with you, so, I want to be very
18 direct and hopefully elicit your
19 testimony, but I want to keep moving to
20 accomplish that.
21      Are you prepared to do that
22 with me, sir?
23      A.  Yes.
24      Q.  Okay, good.

Page 26

1      And if you'd speak up just a
2  little bit, I think that would be
3  helpful.
4      A.   Certainly.
5      Q.   That would be good.
6      I want to review very
7  briefly the highlights of your
8  background.
9      You have a curriculum vitae.
10  I'm marking it as Exhibit 1 for this
11  deposition.
12         - - -
13      (Whereupon, Deposition
14      Exhibit Topol-1, Curriculum Vitae
15      Eric Jeffrey Topol, M.D., TOPOLE
16      0000001 - TOPOLE 0000127, was
17      marked for
18      identification.)
19         - - -
20  BY MR. KLINE:
21      Q.   The version that I have is
22  what I understand to be an abridged
23  version of 127 pages.  Suffice it to say,
24  you have a very substantial curriculum

Page 27

1  vitae outlining your background and
2  experience; correct?
3      A.   Yes.
4      Q.   You are -- what is your
5  current position, sir?
6      A.   I'm Provost of the Cleveland
7  Clinic Lerner College of Medicine, Chief
8  Academic Officer of the Cleveland Clinic,
9  and also the chairman of the Department
10  of Cardiovascular Medicine of the
11  Cleveland Clinic.
12      Q.   Take them one at a time.
13  Identify each one of those positions, and
14  tell me very briefly what they entail.
15      A.   The Provost of the medical
16  college is providing the oversight of
17  this college of medicine, which had its
18  beginning just three years ago, and it's
19  part of Case Western Reserve University.
20      The chief academic officer
21  responsibility is responsible for all
22  research and education here at this
23  academic medical center, and I've been
24  chairman of the department of

Page 28

1  cardiovascular medicine since 1991, and
2  this is a large department, one of the
3  largest departments in cardiovascular
4  medicine in the country.
5      Q.   My understanding, sir, that
6  this -- and you are a cardiologist; is
7  that correct?
8      A.   That's right.
9      Q.   Trained as a cardiologist;
10  correct?
11      A.   That's exactly right.
12      Q.   You did your undergraduate
13  degree at the University of Virginia,
14  your medical school at the University of
15  Rochester, a residency at the University
16  of California, San Francisco, a
17  fellowship at Johns Hopkins in
18  cardiology, and then you became Board
19  Certified in internal medicine and in
20  cardiology.  All correct?
21      A.   That's all correct.
22      Q.   And then you practiced
23  medicine and eventually worked yourself
24  up to become the top person in the

Page 29

1  department of cardiovascular medicine at
2  the Cleveland Clinic; correct?
3      MR. GOLDMAN:  Object to
4  form.
5      THE WITNESS:  That's
6  correct, yes.  As of 1991, I came
7  to Cleveland Clinic.
8  BY MR. KLINE:
9      Q.   And when did you become
10  chairman of the department of
11  cardiovascular medicine?
12      A.   On my arrival.
13      Q.   Oh, right on your arrival?
14      A.   Yes.  That was why I was
15  recruited here.
16      Q.   Where were you previously?
17      A.   University of Michigan,
18  where I directed the cardiocatherization
19  laboratory, and I was a professor of
20  medicine there.
21      Q.   And you've spent your entire
22  career as a practicing cardiologist, sir?
23      A.   Yes.  I continue to practice
24  cardiology with patients.

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 30

1    Q.   And how many years have you
2  been a cardiologist?
3    A.   20 years.
4    Q.   You also -- it mentioned
5  that you're the Provost of the Cleveland
6  Clinic, and that involves overseeing the
7  entire medical college?
8    A.   The medical college, which I
9  founded with Case Western Reserve
10  University back in 2001.
11    Q.   In addition -- oh, and I
12  might add, the Cleveland Clinic, sir,
13  give us a sentence or two on what is the
14  Cleveland Clinic, especially in heart
15  medicine.
16    A.   Well, in the field of heart
17  medicine, it's been ranked by the U.S.
18  News & World Report as the number one
19  center for the last 11 years
20  consecutively.
21    Q.   You have been a clinical
22  investigator on many clinical studies; is
23  that correct?
24    A.   That's right.

Page 31

1    Q.   Tell us about it briefly, a
2  few sentences.
3    A.   Well, I've chaired a number
4  of clinical trials over the past 20
5  years.  The most widely known are the
6  so-called GUSTO trials of heart attack.
7  All these trials had something to do with
8  heart attack prevention or better
9  treatment.
10       The cumulative 200,000
11  patients were enrolled, the largest heart
12  attack trials ever performed in the
13  United States, coordinated.  I've been
14  the chair of all of those trials.
15  They've been multinational trials,
16  involving 40 different countries around
17  the world, and these trials have had, I
18  think, a substantial impact on clinical
19  practice in the field of cardiology and
20  for patients.
21       MR. GOLDMAN:  Move to strike
22    as nonresponsive.
23  BY MR. KLINE:
24    Q.   You hold two patents; is

Page 32

1  that correct, sir?
2    A.   I think the patents have
3  been applied for.  I'm not -- yes, yes.
4    Q.   Now, in addition, you are on
5  the editorial board of a number of
6  peer-review journals; is that correct?
7    A.   Yes.
8    Q.   Would you explain them?
9  Well, let me tick them off.  I think it
10  could be done more quickly.
11       Circulation, JACC, American
12  College -- American Journal of
13  Cardiology, American Journal of Medicine,
14  among others; is that correct?
15    A.   That's right.
16    Q.   And what does that involve,
17  sir, very briefly?
18    A.   Well, that means being a
19  peer reviewer for manuscripts, work,
20  research that's being conducted
21  elsewhere, and to provide reviews and
22  input and at times editorials, to help
23  advance the field insofar as biomedical
24  research and literature.

Page 33

1    Q.   You have been an
2  investigator, according to your vitae, on
3  many NIH projects, National Institutes of
4  Health.  Briefly, a few sentences, tell
5  us about that.
6       MR. GOLDMAN:  Objection to
7    form.
8       THE WITNESS:  Well, the main
9    one is at a specialized center of
10    clinically-oriented research,
11    which is the flagship grant of the
12    NIH, which I was awarded a year
13    ago.  It's a five-year grant for
14    nearly $18 million to support our
15    work in genetics and genomics of
16    coronary artery disease and heart
17    attack, and that's been the main
18    research interest that I've had
19    over the past five years, has been
20    in the genetics and genomics of
21    heart attack.
22  BY MR. KLINE:
23    Q.   You've been a manuscript
24  reviewer for a number of journals, peer

Page 34

1  review, including Nature, Science, the
2  New England Journal of Medicine, JAMA,
3  Lancet and many other prestigious
4  journals; correct?
5      MR. GOLDMAN:  Object to
6  form.
7      THE WITNESS:  Yes.
8  BY MR. KLINE:
9      Q.   I have by count, and I'm
10  doing all of this, I might say, just to
11  save time, to get through all of this,
12  you have by my count, 909 original
13  publications in the scientific
14  literature.  Does that sound about right?
15      A.   That's about right.
16      Q.   You have 36 collaborative
17  group-authored papers, meaning papers
18  where a group is mentioned, not you, but
19  you really were a major contributor.  Is
20  that also correct?
21      MR. GOLDMAN:  Object to
22  form.
23      THE WITNESS:  That's
24  correct.

Page 35

1  BY MR. KLINE:
2      Q.   You are -- you have 39
3  articles submitted for publication at the
4  time that the curriculum vitae you handed
5  us was.  In other words, these are not
6  even yet published, they're in the mill;
7  is that correct?
8      MR. GOLDMAN:  Object to
9  form.
10      THE WITNESS:  Yes.
11  BY MR. KLINE:
12      Q.   Again, by my count, an
13  author or co-author on 30 books?
14      MR. GOLDMAN:  Objection to
15  the form.
16      THE WITNESS:  That's
17  correct.
18  BY MR. KLINE:
19      Q.   164 book chapters?
20      MR. GOLDMAN:  Same
21  objection.
22      THE WITNESS:  That's
23  correct.
24  BY MR. KLINE:

Page 36

1      Q.   And these all deal in the
2  field of cardiology, sir?
3      A.   Virtually all are cardiology
4  pieces of work, yes.
5      Q.   And there was a recent
6  article, and I'd like you to tell me if
7  this is correct, it sort of pulls some
8  things together, on November 11th in the
9  Associated Press which says, "One medical
10  journal index service ranked Topol as the
11  eighth most cited medical researcher
12  among its index publications in the past
13  ten years with his 498 papers cited by
14  colleagues, 21,050 times."
15      Is that about correct?
16      MR. GOLDMAN:  Object to
17  form.
18      THE WITNESS:  That's
19  correct.  The ISI ranks medical
20  researchers, and in the last ten
21  years, I'm ranked number eight of
22  the most widely cited medical
23  researchers in the world.  So,
24  that's correct.

Page 37

1  BY MR. KLINE:
2      Q.   Let me ask it in a different
3  way just to be sure.
4      How does the -- what is the
5  ISI, and how does it rank you as someone
6  who is cited by others in the medical
7  field?
8      A.   That means that if you
9  publish a paper and that paper is cited
10  by others, that's the cumulative tally of
11  citations of your impact in the medical
12  literature, in the medical community, and
13  so that is the most highly regarded
14  authority for collating that data.  And
15  in the ten-year cumulative tally, as you
16  mentioned, somewhere around 500
17  manuscripts were published, and that was
18  the eighth leading, I believe, citation
19  tally in the rankings.
20      Q.   Are you, sir, with this
21  background, an expert in the field of
22  cardiovascular medicine?
23      MR. GOLDMAN:  Object to the
24  form.

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 38

1     THE WITNESS: I believe I
2   am, yes.
3   BY MR. KLINE:
4     Q.   I see here your either
5   notepad or a prescription pad says "The
6   Cleveland Clinic Foundation, A National
7   Referral Center and International Health
8   Resource."
9         Is that a correct
10  description?
11    A.   Yes, it's correct.
12    Q.   And it says, "Eric Topol,
13  M.D., Provost and Chief Academic Officer,
14  Chairman, Department of Cardiovascular
15  Medicine," listing your address. Is that
16  a correct description of your title at
17  this institution?
18    A.   Yes.
19    Q.   Sir, at some point in time
20  you became interested in the drug Vioxx;
21  is that correct?
22    A.   Yes.
23    Q.   And that would have been
24  sometime around what year?

Page 39

1     A.   Well, it was February 2001.
2     Q.   Okay.
3         Now, I want to fast forward
4   before going to February 2001, which I'll
5   go back.
6         Between February 2001 and
7   today, sitting here today, which is
8   November --
9         MS. VANCE: 22.
10  BY MR. KLINE:
11    Q.   -- 22nd of 2005, have you
12  expressed certain opinions publicly and
13  in the academic literature, as well as
14  privately in e-mails and writings,
15  relating to your beliefs and opinions
16  regarding the drug Vioxx?
17    A.   Yes, certainly.
18        MR. GOLDMAN: Objection,
19  calls for expert testimony, and
20  Dr. Topol has not been designated
21  as an expert.
22        MR. KLINE: Let's go off the
23  record.
24        THE VIDEOTAPE TECHNICIAN:

Page 40

1   Off the record at 9:52.
2         MR. KLINE: The only thing I
3   would ask is so we can have the
4   ground rules from the beginning,
5   if we're going to go off the
6   record, let's go off the record.
7   If we're going to just state
8   objection, a word or two, then
9   let's do it that way per our
10  agreement. Is that fair.
11        MR. GOLDMAN: Sure.
12        MR. KLINE: Okay.
13  I appreciate it.
14        THE VIDEOTAPE TECHNICIAN:
15  Back on the record at 9:52.
16  BY MR. KLINE:
17    Q.   The opinions and conclusions
18  which you reached, were they formed
19  within the scope and context of your
20  practice of cardiology, as well as your
21  interest as a researcher and in your
22  responsibilities to patients and to this
23  institution?
24    A.   Yes.

Page 41

1         MR. GOLDMAN: Object to the
2   form, calls for expert testimony.
3         MR. KLINE: Let's go off the
4   record again.
5         THE VIDEOTAPE TECHNICIAN:
6   Off the record at 9:53.
7         MR. KLINE: I'm just trying
8   to figure out a shorthand way to
9   handle it.
10        MR. GOLDMAN: It was just a
11  few words.
12        MR. KLINE: But if that's
13  going to be the objection all of
14  the time, why don't you say
15  objection, expert testimony, and
16  then I'll know what it is, and any
17  judge who reads it will know what
18  it is, and that way I don't have
19  to constantly hear the disruption
20  of it.
21        Or we can do it another way,
22  which is, to the extent that you
23  believe that there's expert
24  testimony, which I think is going

Page 42

```
 1    to be your objection all day, Mr.
 2    Goldman, why don't we just reserve
 3    that as an objection, and then you
 4    don't have to say it all of the
 5    time.  It will be one of those
 6    reserved objections.
 7        MR. GOLDMAN:  I will reserve
 8    the objection, but I also have to
 9    make it as often as I hear it,
10    because it's unclear in many
11    states whether or not reserving an
12    objection is recognized as
13    actually preserving it.  So, I'm
14    going to have to make the
15    objection.
16        What I will do, though, is
17    when it calls for expert
18    testimony, I will say objection,
19    opinion testimony.
20        MR. KLINE:  As far as I'm
21    concerned, you can say objection
22    to any objection and state the
23    basis at some time when it is
24    being argued in front of a court
```

Page 43

```
 1    unless it is something that has to
 2    be off the record.  That way I
 3    don't have the disruption all day.
 4    Is that agreeable?
 5        MR. GOLDMAN:  Mr. Kline, I'm
 6    just telling you what I'll do is
 7    what you said a minute ago, and
 8    that is, when you are asking for
 9    opinion testimony, I will say
10    objection, opinion testimony.
11        MR. KLINE:  That's the best
12    I can do with you?
13        MR. GOLDMAN:  Yes.
14        MR. KLINE:  Let's go back on
15    the record.  I'm sorry for the
16    interruption, Dr. Topol.
17        THE VIDEOTAPE TECHNICIAN:
18    Back on the record at 9:55.
19    BY MR. KLINE:
20    Q.   Okay.
21        I believe you answered the
22    last question, which was, you have formed
23    opinions in the scope and context of your
24    duties and responsibilities to your
```

Page 44

```
 1    patients, your research in this
 2    institution; is that correct?
 3        MR. GOLDMAN:  Objection,
 4    opinion testimony.
 5        THE WITNESS:  That's
 6    correct.
 7    BY MR. KLINE:
 8    Q.   Now, you also formed
 9    opinions relating to the conduct of the
10    pharmaceutical company, Merck, and its
11    conduct of research and its marketing and
12    its making available to the public the
13    drug Vioxx; is that correct?
14        MR. GOLDMAN:  Objection,
15    opinion testimony and form.
16        THE WITNESS:  That's
17    correct.
18    BY MR. KLINE:
19    Q.   And those opinions were
20    expressed in many forms, and they would
21    include places such as 60 Minutes,
22    ranging from 60 Minutes to the New York
23    Times, to the Journal of the American
24    Medical Association; is that correct?
```

Page 45

```
 1        MR. GOLDMAN:  Object to the
 2    form, opinion testimony.
 3        THE WITNESS:  Yes.
 4    BY MR. KLINE:
 5    Q.   Now, what I'd like to do is
 6    to show you a document which is from
 7    November 24, '04, marked as Exhibit
 8    Number 2.
 9            - - -
10        (Whereupon, Deposition
11        Exhibit Topol-2, E-mails, TOPOLE
12        0000450, was marked for
13        identification.)
14            - - -
15    BY MR. KLINE:
16    Q.   It's an e-mail from you to
17    David Graham.  Who is David Graham?
18    A.   David Graham is a safety
19    officer at the Food & Drug
20    Administration.
21    Q.   You wrote an e-mail to him
22    on November 22nd, 2004 following what
23    were Senate hearings relating to the drug
24    Vioxx; is that correct?
```

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 46

1     MR. GOLDMAN: Objection,
2  opinion testimony.
3     THE WITNESS: That's
4  correct.
5  BY MR. KLINE:
6     Q.   When did you write this to
7  him?
8     A.   It's November 22nd at
9  10:00 p.m.
10    Q.   And when was it in the
11 context of? What was it after? I'm
12 asking you in a non-leading fashion.
13    A.   It was -- he had testified
14 on the 18th of November at Senator
15 Grassley's hearings on Vioxx --
16    Q.   Does this --
17    A.   -- and I wrote to him after
18 that.
19    Q.   Does this e-mail --
20       MR. GOLDMAN: I move to
21 strike opinion testimony.
22 BY MR. KLINE:
23    Q.   Does this e-mail reflect
24 some of the opinions and conclusions that

Page 47

1  you reached relating to Merck's conduct
2  of its scientific studies and its
3  marketing of the drug Vioxx over the past
4  four years since you have become involved
5  in the matter?
6     A.   Yes.
7        MR. GOLDMAN: Objection,
8  opinion testimony.
9        And, Tom, we can go off the
10 record for a second.
11       THE VIDEOTAPE TECHNICIAN:
12 Off the record at 9:57.
13       MR. GOLDMAN: Can I have a
14 standing objection to Exhibit 2
15 and any discussion about Exhibit 2
16 on the ground that it also is
17 irrelevant, and it calls for
18 opinion testimony?
19       MR. KLINE: Yes.
20          - - -
21       (Whereupon, an
22 off-the-record discussion was
23 held.)
24          - - -

Page 48

1        MR. KLINE: Before we go
2  back on the record, let's ask, is
3  there a reason for relevancy
4  objections on the record? I mean,
5  it's a discovery dep.
6        MR. HAMELINE: Can I just
7  note on the record here that Dr.
8  Topol is, as you've seen from his
9  resume, a very busy man, he's
10 treating patients, he has academic
11 and professional obligations at
12 the clinic. He's here pursuant to
13 the deposition notice and also
14 pursuant to The Court order which
15 regulates these depositions.
16       MR. KLINE: Yes.
17       MR. HAMELINE: He's here for
18 the seven-hour period. I
19 understand your concern about
20 working these issues out off the
21 record or at least off the
22 videotape. However, if this goes
23 on, we're going to count the seven
24 hours as seven hours, and we're

Page 49

1  going to give you some leeway, we
2  want to get this done in a fair
3  and appropriate fashion, but we've
4  been going now for about 25
5  minutes, 15 of which seem to have
6  been off the record.
7        MR. KLINE: I agree.
8        MR. HAMELINE: Just so I
9  note my concern up front.
10       MR. KLINE: They are off the
11 video record. I agree fully. I
12 would like to ask him questions.
13 I've asked Merck's counsel if they
14 will simply agree with me to say
15 the word "objection," and they can
16 say all the objections they want
17 to any court, any time in the
18 country.
19       MR. HAMELINE: Fine. Let's
20 just go ahead.
21       THE VIDEOTAPE TECHNICIAN:
22 Back on the record at 9:59.
23 BY MR. KLINE:
24    Q.   Okay.

13 (Pages 46 to 49)

Page 50

```
1          Sir, I'm looking at the part
2   where you say, "I am bothered." Do you
3   see where you say to David Graham -- is
4   Graham a physician?
5       A.   Yes.
6       Q.   So, you're saying to Dr.
7   Graham, "I am bothered." Would you read
8   that for us, please?
9       A.   "I am bothered by the
10  continued outrageous lies of Merck with
11  their fullpage multiple ads that 'they
12  published everything' and that they never
13  had a trial which showed any harm of
14  Vioxx until APPROVe, when, in fact, there
15  were two by May 2000."
16      Q.   Continue.
17      A.   "I am also upset that the
18  story of their scientific misconduct for
19  the VIGOR paper in" the New England
20  Journal of Medicine, that's "NEJM, with
21  errors of omission (deaths), erroneous
22  data (MIs)," or heart attacks, "and
23  incomplete data (more than 1/2 of the
24  thrombotic events) has not received any
```

Page 51

```
1   attention whatsoever."
2       Q.   Okay.  Did you believe --
3           MR. GOLDMAN:  I'm going to
4       object, Tom, to the form, and all
5       of this calls for opinion
6       testimony.
7   BY MR. KLINE:
8       Q.   Did you believe what you
9   wrote in that e-mail to Dr. Graham?
10      A.   Yes, I did believe this.
11          MR. GOLDMAN:  Same
12      objection.
13          THE WITNESS:  I was
14      privately expressing it to Dr.
15      Graham, but I certainly stand by
16      that and believe it, yes.
17  BY MR. KLINE:
18      Q.   Okay.
19          You believed it then, and do
20  you believe it now?
21          MR. GOLDMAN:  Same
22      objection.
23          THE WITNESS:  Yes, I
24      certainly do.
```

Page 52

```
1   BY MR. KLINE:
2       Q.   Do you believe that there
3   were, in the context of what Merck did,
4   "outrageous lies" by Merck?
5           MR. GOLDMAN:  Objection,
6       opinion testimony, leading.
7           THE WITNESS:  I believe that
8       the data has been seriously
9       misrepresented, yes.
10  BY MR. KLINE:
11      Q.   You said in the next to last
12  sentence there, "This," the words, "This
13  cannot."  Do you see it in the very last
14  sentence?
15      A.   This cannot?
16      Q.   "This cannot stand and the
17  truth about Vioxx needs to come out."
18          MR. GOLDMAN:  Object to the
19      form, leading.
20          THE WITNESS:  Yes, yes.
21      That's what I wrote.
22  BY MR. KLINE:
23      Q.   Would you read the last
24  sentence of this, please?
```

Page 53

```
1           MR. GOLDMAN:  Same
2       objection, opinion testimony,
3       form.
4           THE WITNESS:  "This cannot
5       stand and truth about Vioxx needs
6       to come out."
7   BY MR. KLINE:
8       Q.   And today, sir, are you
9   prepared to tell what you believe to be
10  the truth about Vioxx?
11      A.   Absolutely.
12           - - -
13          (Whereupon, Deposition
14      Exhibit Topol-3, "The sad story
15      of Vioxx, and what we should
16      learn from it," (Karha/Topol),
17      Cleveland Clinic Journal of
18      Medicine, Volume 71, Number 12,
19      December 2004, 933-939, was
20      marked for identification.)
21           - - -
22  BY MR. KLINE:
23      Q.   Let me show you an article
24  which was in the Cleveland Clinic Journal
```

Page 54

1  in December of 2004. December of 2004,
2  there's an article which was written,
3  you'll have it in your hands in a moment,
4  called "The sad story of Vioxx, and what
5  we should learn from it." Did you
6  co-author that article?
7      A.  Yes, I did.
8      Q.  What is the Cleveland Clinic
9  Journal of Medicine?
10     A.  That's the medical journal
11  of this institution, which is widely
12  circulated, has a circulation of nearly
13  100,000 physicians and paraprofessional
14  staff.
15     Q.  Did you -- that just goes on
16  there, if you would please, sir.
17  Anywhere is fine.
18        What I'd like you to do --
19  and do you consider this to be --
20        Is this a road map to the
21  saga or the story of Vioxx, as you see it
22  as a researcher and prominent physician
23  in cardiology?
24        MR. GOLDMAN:  Object to the

Page 55

1      form.  Can I have a standing
2      objection on this document and
3      testimony about it calls for
4      opinion testimony.
5  BY MR. KLINE:
6      Q.  Please, sir.
7      A.  I believe it's certainly
8  part of trying to get the facts straight
9  about this very sad story, yes.
10     Q.  Okay.
11        MR. GOLDMAN:  Tom, I have a
12     question.  Can I have a standing
13     objection to this document and any
14     testimony about it on the ground
15     that it calls for opinion
16     testimony?
17        MR. KLINE:  Yes.  You can
18     have a standing objection to
19     anything that you say objection to
20     that doesn't take my time in
21     asking questions during this
22     deposition.  I want three hours of
23     direct examination of this
24     witness, and I've had around ten

Page 56

1      minutes so far.
2  BY MR. KLINE:
3      Q.  Sir, I'd like to walk this
4  through, if you would, please.  I want to
5  look at your timing.
6        You said the story starts in
7  1999. I don't want you to read the
8  article, but I want you to use this as a
9  basis to tell us the story.
10     A.  Yes.
11     Q.  Tell us the story as you
12  understand it as it happened in 1999
13  based on what you know, and tell us how
14  you knew it and what you know and how the
15  story began.
16        MR. GOLDMAN:  Object to the
17     form.
18        THE WITNESS:  Well, in
19     1999 --
20        MR. GOLDMAN:  Calls for
21     opinion testimony.
22        THE WITNESS:  -- in May, the
23     FDA approved Vioxx for commercial
24     use, so, that is an important

Page 57

1      time, timeline.  That was also at
2      the time when the FDA had a formal
3      review of the medicine, where the
4      primary reviewer already had
5      expressed in her document, Dr.
6      Villalba, that there was a concern
7      regarding clotting events with
8      Vioxx even at the time of approval
9      in May 1999.
10  BY MR. KLINE:
11     Q.  You write here that, "The
12  approval was based on data from trials
13  lasting 3 to 6 months and involving
14  patients at low risk for cardiovascular
15  illness." Do you see that?
16        MR. GOLDMAN:  Object to the
17     form, lacks foundation.
18        THE WITNESS:  That's right.
19  BY MR. KLINE:
20     Q.  What is the significance of
21  that fact?
22        MR. GOLDMAN:  Object to the
23     form.
24        THE WITNESS:  Well, this is