Page 478

1  Topol, in August of 2001, that two
2  smaller studies -- withdrawn.
3       MR. KLINE: I apologize.
4  Where are you reading from?
5       MR. GOLDMAN: First column
6  of the JAMA article on Page 958.
7       MR. KLINE: Thank you.
8  BY MR. GOLDMAN:
9       Q. Dr. Topol, did you write in
10 August of 2001 that "Two smaller studies
11 (Study 085 and Study 090)...did not
12 demonstrate the significant increase in
13 cardiovascular event rate noted in
14 VIGOR"? Did you write that?
15      A. That's correct.
16      Q. Did you also say in the next
17 sentence, "However, these studies had
18 smaller sample sizes, used only 25% of
19 the dose of" Vioxx "used in VIGOR, and
20 had few events for meaningful
21 comparison." Did you write that then,
22 sir?
23      A. That's right.
24      Q. You didn't say that on 60

Page 479

1  Minutes?
2       MR. HAMELINE: Can I just
3  note an objection. I know you
4  want to move through these
5  quickly, but raising your voice --
6       MR. GOLDMAN: I don't mean
7  to raise my voice.
8       MR. HAMELINE: I know you
9  don't. I'm just noting that for
10 the record. I think it's late in
11 the afternoon, and we all get
12 involved in the deposition.
13      MR. GOLDMAN: I promise you
14 if I I'm raising my voice, I
15 apologize, but that's not my
16 intent at all.
17      THE WITNESS: You're also
18 not allowing me to adequately
19 respond.
20      MR. HAMELINE: That is his
21 intent. That's different.
22      THE WITNESS: And you
23 continue to drill ahead, and I
24 don't have a chance to give you

Page 480

1  the data that's objectionable. We
2  were erroneously misled. Not only
3  was the suppression of 090 never
4  published that trial --
5  BY MR. GOLDMAN:
6       Q. You knew that --
7       MR. HAMELINE: Could you let
8  him finish?
9       THE WITNESS: The trial was
10 completed in 1999. In 2001 we
11 could give a couple of years to a
12 near thousand patient trial not
13 being published. But now we're in
14 2004, and the study is still not
15 published, and we didn't have the
16 data to go into the table of
17 Targum until 2004 to find out that
18 the events that we misclassify in
19 our JAMA paper were actually very
20 different than what we had
21 estimated and what Targum even had
22 estimated. She never spent time
23 on this, and it's not a trivial
24 matter. This is a 978 patient

Page 481

1  trial with statistically
2  significant results of excess of
3  heart attacks.
4  BY MR. GOLDMAN:
5       Q. Dr. Topol --
6       MR. GOLDMAN: Move to strike
7  as nonresponsive.
8  BY MR. GOLDMAN:
9       Q. Dr. Topol, did you write
10 back when you were writing to doctors in
11 your JAMA article that study 090 had
12 small sample sizes, used only 25 percent
13 of the dose and had few events for
14 meaningful comparison? Was that your
15 statement in your article?
16      A. That was the statement based
17 on the data we had at the time, yes.
18      Q. I want to try to keep track
19 of the numbers that you've used over time
20 for study 090, and so I'm going to give
21 you a chart and ask you to confirm that
22 this is correct.
23      In your August 2001 JAMA
24 article for study 090, you said that

Page 482

1  there were 6 cardiovascular events in the
2  Vioxx group, correct?
3      A.  Right.
4          MR. KLINE: What page are we
5      looking at here, Mr. Goldman?
6  BY MR. GOLDMAN:
7      Q.  2 in the nabumetone group?
8          MR. GOLDMAN: It's the JAMA
9      article.
10         MR. KLINE: Where are you
11     pointing to?
12         MR. GOLDMAN: I'm pointing
13     to Page 956, second column, second
14     paragraph.
15         THE WITNESS: Last sentence
16     of that paragraph, Study 090, 6, 2
17     and 1.
18 BY MR. GOLDMAN:
19     Q.  So, when you wrote your JAMA
20 article, you wrote that there were 6
21 cardiovascular events on Vioxx, 2 on
22 nabumetone, 1 on placebo; correct, sir?
23     A.  That's what we thought at
24 the time, unfortunately.

Page 483

1      Q.  Within a month after
2  withdrawal, you started to write 60
3  Minutes various e-mails; correct?
4      A.  Well, I had interaction with
5  Michael Radutsky, the producer, yes.
6      Q.  You talked about study 090
7  in those e-mails, didn't you, sir?
8      A.  Yes, I did.
9      Q.  What you told 60 Minutes
10 about Study 090 was different from what
11 you wrote in your JAMA article. Isn't
12 that true, sir?
13     A.  By having had a chance to
14 review these data, and I already had
15 mentioned this morning I was asked about,
16 did I get a letter from Mr. Myers and
17 Bill Moyers, and when I got that, he sent
18 me this report to look over, and I
19 started to wonder about these events that
20 we, unfortunately, had not had adequate
21 detail on Page 32 of the Targum report.
22 And it turns out, the numbers, when you
23 characterize each of these patients
24 appropriately, are different. Less

Page 484

1  events in the Vioxx and less events in
2  the placebo as well. It changes. And
3  it's a very important change.
4          MR. GOLDMAN: Move to strike
5      as nonresponsive.
6          - - -
7          (Whereupon, Deposition
8      Exhibit Topol-41, E-mails, EJT
9      000191, was marked for
10     identification.)
11         - - -
12 BY MR. GOLDMAN:
13     Q.  Dr. Topol, I'm going to hand
14 you what I've marked as Exhibit 41. This
15 is an e-mail that came from your files
16 that has a Bates Number at the bottom,
17 EJT 191. Do you see that?
18     A.  Yes.
19     Q.  This is an e-mail at the
20 bottom that you wrote to Marlene
21 Goormastic on October 25, 2004; correct?
22     A.  Yes.
23     Q.  Is that your statistician?
24     A.  That's the statistician,

Page 485

1  that's right.
2      Q.  And you're writing to Ms.
3  Goormastic on October 25, this is a month
4  after withdrawal, to do some statistical
5  analysis; correct?
6      A.  Yes. There was subsequent
7  to this as well, but this is one of the
8  interactions we had.
9      Q.  You ask Marlene at the
10 bottom, "I need to do a test comparing
11 three treatment arms - Vioxx versus
12 nabumetone and then Vioxx versus the
13 other two combined," meaning nabumetone
14 and placebo. "Here are the data. Vioxx,
15 7 out of 390 events."
16     A.  Right.
17     Q.  "Nabumetone 1 out of 392
18 events. Placebo, 1 out of 196 events."
19 Is that what you wrote to her?
20     A.  These are events that are
21 not death, heart attack or stroke. These
22 are events requiring cessation of the
23 drug. This is a different part of the
24 Targum report. But, yes, this is one of

| Page 486 | Page 488 |
|---|---|
| 1  the ancillary analyses that was | 1      A.   Okay. |
| 2  performed. | 2      Q.   And you ask Ms. Goormastic |
| 3      Q.   This is an analysis on study | 3  at the bottom, "Can you or someone run |
| 4  090; correct? | 4  this and get back to me, the p values, |
| 5      A.   Study 090, but not on death, | 5  RR, 95% CI?" Do you see that? |
| 6  heart attack and stroke. | 6      A.   Yes. |
| 7      Q.   I'm going to write down the | 7      Q.   What you are asking her to |
| 8  numbers for October 25 of 2004. | 8  do -- a p-value is a test for statistical |
| 9      A.   These numbers do not | 9  significance; correct? |
| 10 correspond to death, heart attack and | 10     A.   Yes. Yes. |
| 11 stroke. | 11     Q.   Relative risk is RR? |
| 12     Q.   I understand that. | 12     A.   Yes. |
| 13     A.   Okay. Well, I don't know | 13     Q.   And CI is confidence |
| 14 what you're writing down because you're | 14 interval, and that's another test for |
| 15 comparing apples and oranges now. | 15 statistical significance; correct? |
| 16     Q.   7 events on Vioxx. | 16     A.   Yes. |
| 17     A.   They're different events. | 17     Q.   Ms. Goormastic writes back |
| 18         MR. KLINE: Are you going to | 18 to you that same day above and says "The |
| 19     making a chart that's going to be | 19 chisquare," that's a type of statistical |
| 20     displayed? | 20 test, correct, "including all 3 groups is |
| 21         MR. GOLDMAN: All I'm doing | 21 p equals .06," and then here's the answer |
| 22     is trying to keep track of the | 22 to your question: "For Vioxx versus |
| 23     numbers, that's all. | 23 nabumetone chisquare" p-value is ".03." |
| 24         MR. KLINE: But for your own | 24 Do you see that, sir? |

| Page 487 | Page 489 |
|---|---|
| 1      benefit? | 1      A.   Yes. I see that, but again, |
| 2          THE WITNESS: You're making | 2  it's not related to my principal |
| 3      a table of events, of different | 3  interest. |
| 4      types of events. These are events | 4      Q.   The .03, just so the jury |
| 5      that are requiring cessation of | 5  can understand and I can understand, if a |
| 6      drug with serious | 6  p-value is less than .05, that means that |
| 7      cardiovascular -- I'm more focused | 7  it's statistically significant, the |
| 8      on my letter in the New England | 8  result; correct? |
| 9      Journal and what I'm talking about | 9      A.   That's right. |
| 10     with 60 Minutes and those things | 10     Q.   Here, this is showing a |
| 11     you're interested in on death, | 11 statistically significant result for |
| 12     heart attack and stroke, and | 12 .03; is that right? |
| 13     they're different numbers. | 13     A.   That's correct, but you're |
| 14 BY MR. GOLDMAN: | 14 comparing -- you don't even know what |
| 15     Q.   The numbers that you're | 15 these events are. So, you're just |
| 16 using here on October 25 have to do with | 16 looking at some numbers. You don't know |
| 17 the numbers of Vioxx patients who had to | 17 what this analysis is about. |
| 18 be discontinued in the 090 study; right? | 18         MR. GOLDMAN: Move to strike |
| 19     A.   With serious cardiovascular | 19     as nonresponsive. |
| 20 adverse events, different than death, | 20 BY MR. GOLDMAN: |
| 21 heart attack and stroke. That's a | 21     Q.   The next line says -- |
| 22 different table. | 22         MR. KLINE: How can you |
| 23     Q.   So, the numbers that you | 23     possibly say that? How can you |
| 24 have are 7, 1 and 1. | 24     possibly say his answer is |

Page 490

1  nonresponsive?
2  BY MR. GOLDMAN:
3      Q.   -- relative risk. Do you
4  see you wrote "Relative risk for Vioxx is
5  7" -- I'm sorry, this is what Ms.
6  Goormastic wrote -- "is 7." And then you
7  have a confidence interval here that she
8  writes ".9 - 56.9." Do you see that in
9  the parenthesis?
10     A.   Yes.
11     Q.   And if the confidence
12 interval that is described there includes
13 the number 1, that is, if one falls
14 within .9 to 56, that means that the
15 result is not statistically significant;
16 correct, sir?
17     A.   That's correct.
18     Q.   So, Ms. Goormastic writes:
19 "I was puzzled why this confidence
20 interval covers 1 when the p-value is
21 less than .05. I think it's due to the
22 small number of events" used. Do you see
23 that?
24     A.   Yes, I do.

Page 491

1      Q.   You had talked about the
2  small number of events in your JAMA
3  article; right?
4      A.   That's correct.
5      Q.   Then she says, "When I ran a
6  logistic regression model" that's another
7  way of calculating statistical
8  significance, right, "I got very similar
9  results, a relative risk of 7.1," and
10 then the confidence interval there covers
11 1. Correct, sir?
12     A.   That's correct.
13     Q.   Ms. Goormastic is telling
14 you that she's puzzled because she is
15 seeing with one test there's a
16 statistically significant difference and
17 with another one there's not?
18     A.   Yes, but this is really an
19 immaterial look at the data. It's not on
20 death, heart attack and stroke. And it's
21 not with the final review of the events,
22 as you've not allowed me to go through
23 patient by patient of study 090 from
24 Table 32 in the Targum report. You've

Page 492

1  not allowed me to do that.
2          MR. GOLDMAN: Move to strike
3      as nonresponsive.
4  BY MR. GOLDMAN:
5      Q.   The reason that Ms.
6  Goormastic is puzzled, Dr. Topol, is
7  because one test shows that there's no
8  statistically significant difference, and
9  another test shows that there is;
10 correct?
11     A.   But it's not on the events
12 of interest, Mr. Goldman.
13     Q.   I'm not asking about the
14 events of interest.
15          You wrote the e-mail here.
16 Sir, you wrote an e-mail to your
17 statistician in October of 2004 because
18 you thought that this answer was
19 important. Is that true?
20     A.   No. This is not the e-mail
21 of importance. You've picked this
22 e-mail. There are other e-mails that are
23 considerably more important with my
24 statistician, and you just picked this

Page 493

1  one.
2      Q.   We'll get to that one, sir.
3      A.   Okay.
4      Q.   When you received this
5  e-mail from Ms. Goormastic, it wasn't
6  clear to you, sir, whether there was a
7  statistically significant difference or
8  not as reflected in Ms. Goormastic's
9  e-mail; correct?
10     A.   That really was not my
11 focus. I see what you're saying here,
12 but that was not my concern. The events
13 here for death, heart attack and stroke
14 were unclear. This is not what this
15 refers to.
16     Q.   What time did you write this
17 e-mail? I'm sorry, what time --
18 withdrawn.
19          What time did Ms. Goormastic
20 write her e-mail to you on October 25,
21 2004?
22     A.   She wrote that at 4:42 p.m.
23          - - -
24          (Whereupon, Deposition

Page 494

1    Exhibit Topol-42, E-mails, EJT
2    000192, was marked for
3    identification.)
4       - - -
5  BY MR. GOLDMAN:
6       Q.   I'm going to show you an
7  e-mail that I've marked as Exhibit 42.
8  This came from your files, Dr. Topol, and
9  I want to focus on the bottom e-mail.
10 This is an e-mail from you to Michael
11 Radutsky?
12      A.   Radutsky.
13      Q.   Who is that?
14      A.   He's the producer for CBS 60
15 Minutes.
16      Q.   What time did you write this
17 e-mail to the producer of 60 Minutes?
18      A.   14 minutes or so later.
19      Q.   You wrote this e-mail to 60
20 Minutes at 4:46 in the afternoon,
21 correct?
22      A.   Right.
23      Q.   You received an e-mail from
24 Ms. Goormastic at 4:42, four minutes

Page 495

1  earlier; correct?
2       A.   That's right.
3       Q.   And you write to 60 Minutes,
4  "Michael, Great news on the Statistics
5  for Study 090. The difference between
6  Vioxx and nabumetone is significant, P
7  equals .03." And then you continue. Do
8  you see that, sir?
9       A.   I see that. That's not the
10 end of the story here, though.
11      Q.   You forwarded --
12      A.   You just have an ice pick
13 view of this interaction.
14      Q.   Dr. Topol, you forwarded --
15 do you see the forward "FW" in the
16 subject line of your e-mail to 60
17 Minutes?
18      A.   Yes.
19      Q.   You forwarded the e-mail
20 that Ms. Goormastic sent to you, correct,
21 sir?
22      A.   Yes, yes.
23      Q.   But you didn't include what
24 Ms. Goormastic said to you about being

Page 496

1  puzzled and about there being no
2  statistically significant difference with
3  respect to the confidence interval? You
4  changed that and wrote that there was a
5  statistically significant difference?
6       A.   Where is that?
7       Q.   Do you see in your e-mail to
8  60 Minutes after you say "Great news.
9  The difference between Vioxx and
10 nabumetone is significant" and you cite
11 only the p-value. Do you see that, sir?
12      A.   Yes.
13      Q.   You didn't tell 60 Minutes
14 in that e-mail that your statistician was
15 puzzled about these numbers, did you?
16      A.   They were not final numbers.
17 As I already indicated you, these were
18 not the final numbers for death, heart
19 attack and stroke. And so I will take
20 the opportunity to amplify here because
21 you're trying to take this down the wrong
22 path. On October 25th, the data were
23 inconclusive because we did not have a
24 chance to learn about these events in the

Page 497

1  Targum table, these patients on death,
2  heart attack and stroke. They were not
3  reviewed. I did not have the details of
4  any of those patients. So, these events
5  that we're looking at were not the
6  interested field of cardiovascular
7  endpoints of deaths, of all cause, heart
8  attack and stroke.
9       Q.   You found it important
10 enough to write to 60 Minutes four
11 minutes after your statistician wrote to
12 you to tell them about what you thought
13 was great news, and you characterized --
14      A.   This was the beginning of
15 the analysis, only the beginning.
16      Q.   Do you see that 60
17 Minutes --
18      A.   This is a work in progress,
19 and you're just taking one part of that
20 work.
21      Q.   Do you see that 60 Minutes
22 writes back to you on the top and says
23 "Remarkable" and then continues. "So
24 then how does the company ignore numbers

| Page 498 | Page 500 |
|---|---|
| 1  like that? How does that not warrant<br>2  further study?" Et cetera. And he says<br>3  "How can they call the study<br>4  'statistically insignificant'?" Do you<br>5  see that?<br>6      A.   I see that.<br>7      Q.   Did you ever write back to<br>8  60 Minutes and say that your statistician<br>9  told you that under another test there<br>10 was no statistically significant<br>11 difference for 090?<br>12     A.   I discussed this extensively<br>13 with Michael Radutsky on the phone, and I<br>14 told him that we needed -- before this<br>15 could be wrapped up and before I could<br>16 make any statements about study 090, I<br>17 needed to have all the information<br>18 regarding the patients with events,<br>19 putative events of this trial, which I<br>20 didn't have at this time. So, these data<br>21 did not -- again, I've said it at least<br>22 three or four times. These data did not<br>23 reflect the final categorization of<br>24 death, heart attack or stroke for study | 1      Q.   You told 60 Minutes that<br>2  this was great news about study 090<br>3  because you wanted to make Merck look<br>4  bad. Isn't that true, sir?<br>5      A.   All I wanted was the truth<br>6  about this drug and the truth about study<br>7  090, and it was becoming increasingly<br>8  clear, now we're in 2004, we're now five<br>9  years into this whole story, and this<br>10 trial has never been published. And we<br>11 never ran the stats in the JAMA paper.<br>12 We never actually did the statistics on<br>13 090 or 085. We didn't spend enough time<br>14 going into the details of this, and then<br>15 it became apparent that there were<br>16 miscategorizations when this was<br>17 carefully reviewed.<br>18     Q.   You said in your JAMA paper<br>19 that the numbers were too small for<br>20 meaningful comparison for 090. Isn't<br>21 that right, sir?<br>22     A.   They were not statistically<br>23 significant, but they were<br>24 mischaracterized. So, how can one make a |
| Page 499 | Page 501 |
| 1  090.<br>2      Q.   Did you in your e-mail to<br>3  Doctor -- I'm sorry, withdrawn.<br>4           Did you in your e-mail to 60<br>5  Minutes say that your statistician was<br>6  puzzled? Yes or no?<br>7      A.   I discussed it on the phone.<br>8      Q.   Your testimony is that you<br>9  discussed your statistician being puzzled<br>10 on the phone, but you told 60 Minutes<br>11 that there was --<br>12     A.   No.<br>13     Q.   -- there was a significant<br>14 difference here?<br>15     A.   I discussed with Michael<br>16 Radutsky that more work had to be done,<br>17 that we can't use any of these numbers<br>18 until we get all the details on these<br>19 patients of this page 32 in the Targum<br>20 report. So, all this was preliminary<br>21 work, and we still didn't have a sense of<br>22 where we were with the death, heart<br>23 attack and stroke story. I discussed<br>24 that with him. | 1  definite conclusion. We were working<br>2  with erroneous categorization of<br>3  endpoints.<br>4           MR. GOLDMAN: Move to strike<br>5       as nonresponsive.<br>6           Let's take a break.<br>7           MR. HAMELINE: Sure.<br>8           THE VIDEOTAPE TECHNICIAN:<br>9       Off the record, 5:18.<br>10              - - -<br>11          (Whereupon, a recess was<br>12      taken from 5:18 until 5:28 p.m.)<br>13              - - -<br>14          THE VIDEOTAPE TECHNICIAN:<br>15      Back on the record at 5:28.<br>16              - - -<br>17          (Whereupon, Deposition<br>18      Exhibit Topol-43, E-mails, EJT<br>19      000190, was marked for<br>20      identification.)<br>21              - - -<br>22 BY MR. GOLDMAN:<br>23     Q.   Dr. Topol, I've handed you<br>24 what I've marked as Exhibit 43 -- |

Page 502

1  A. Yes.
2  Q. -- which is an e-mail,
3  November 12, 2004 from you to your
4  statistician again, and this is now two
5  days before you go on 60 Minutes.
6  Correct?
7  A. That's right.
8  Q. Now you tell Ms. Goormastic
9  to -- and you say regarding 60 Minutes
10 coming up quickly, "can you run the
11 difference between 5 out of 390 versus 1
12 out of 588 for odds ratio, 95 percent
13 confidence interval, chi square and
14 p-value." Do you see that?
15 A. Yes. These are the same
16 numbers as in the New England Journal
17 paper of December 30, 2004.
18 Q. So, these are the numbers
19 that you say are the right numbers to
20 analyze study 090; right?
21 A. That is, before we could
22 finalize the appropriate numbers, we had
23 to have all the information for each
24 patient of whether they had an event or

Page 503

1  not from this original table, and this is
2  now where they are all properly
3  classified for death, heart attack or
4  stroke.
5  Q. The information that you
6  looked at, sir, when you came up with
7  your numbers, 7,1,1, back in October,
8  came from Ms. Targum's report, correct,
9  sir?
10 A. The original information,
11 and then we got all the details of each
12 patient subsequently.
13 Q. You got the details of all
14 the patients when you wrote that the
15 numbers were 7, 1 and 1 --
16 A. No.
17 Q. -- in October of 2004?
18 A. No. We did not have the
19 details. All I had was this table.
20 There are multiple tables in the Targum
21 report. I did not have the appropriate
22 clinical history for each patient and how
23 the endpoint was categorized until
24 shortly before this e-mail.

Page 504

1  Q. So, the basis for your view
2  that there are five events on Vioxx, 1 on
3  nabumetone and none on placebo come from
4  your review of Dr. Targum's report;
5  correct?
6  A. No. No. That's only the
7  beginning. Then we had -- not in Dr.
8  Targum's report. There's a detailed
9  account of each patient and how that
10 diagnosis of coronary occlusion or
11 congestive heart failure was made. And
12 remember, the endpoint that is the
13 principal endpoint for clinical trials is
14 death, heart attack or stroke. So, the
15 final determination of these events for
16 study 090 was based on not just the
17 Targum report, but all those details that
18 were not available to us until we got the
19 subsequent information.
20 Q. Now, you wrote "5 out of
21 390" and then you wrote "1 out of 588."
22 Do you see that in your e-mail?
23 A. Yes. And that's exactly the
24 same as the New England Journal

Page 505

1  subsequent correspondence.
2  Q. The 588, which is the
3  denominator here, that is calculated by
4  taking the number of patients in the
5  nabumetone group and adding them to the
6  number of patients in the placebo group;
7  correct?
8  A. Those are control groups for
9  the trial, that's right. They're not
10 experimental groups.
11 Q. So, what you did was you
12 took 5 events on Vioxx, and you compared
13 them to 1 event in placebo and nabumetone
14 combined; correct?
15 A. That is how this analysis
16 was performed with the appropriate
17 categorization of the endpoints and the
18 statistics.
19 Q. When you wrote your JAMA
20 article, sir, on Page 955 --
21 A. Yes.
22 Q. -- you describe the events
23 that occurred with 090 as 6, 2 and 1 --
24 A. Right.

Page 506

1  Q. -- and you didn't group the
2  nabumetone and placebo groups, did you,
3  sir?
4  A. And that's precisely because
5  we had misinformation. We had atrial
6  fibrillation as an event which shouldn't
7  have been. We had congestive heart
8  failure. We had coronary occlusion,
9  which wasn't a heart attack, and it was
10 very clear that the more meaningful way
11 to analyze the trial, just as Juni had
12 done, would be to compare controls with
13 the experimental drug.
14 Q. When you wrote your JAMA
15 article and the events were 6, 2 and 1,
16 you wrote that those numbers were too
17 small for meaningful comparison; correct?
18 A. With the erroneous data,
19 they were not appropriate to make a final
20 judgment.
21 Q. The numbers, 6, 2 and 1 were
22 so small that they couldn't be used for
23 meaningful comparison. Correct?
24 A. I wouldn't use the term

Page 507

1  exactly, no. That's not the term that we
2  use.
3  Q. Well, if we look back at
4  your JAMA article, page --
5  A. It says, "had few events for
6  meaningful comparison." "Few events."
7  That's right.
8  Q. So, when the events were 6,
9  4 -- I'm sorry, withdrawn.
10    When the events were 6, 2
11 and 1 as you analyzed them in your JAMA
12 article for Vioxx, nabumetone and
13 placebo, you considered that to be few
14 events for meaningful comparison;
15 correct?
16 A. Well, there was no
17 significant difference. So, that means
18 there's no meaningful difference, yes.
19 Q. So now in November of 2004,
20 when you say the numbers now are 5 for
21 Vioxx, 1 for nabumetone and 0 for
22 placebo, there's actually fewer events in
23 your analysis from November of 2004 than
24 there were in your analysis in JAMA;

Page 508

1  correct?
2  A. Correct. But the events are
3  correct now, and they are the appropriate
4  irrevocable endpoints of death, heart
5  attack and stroke and not admixed with
6  things like atrial fibrillation or a
7  chronic occlusion that had nothing to do
8  with a heart attack. Now we had a
9  difference of 1.3 versus 0.2 percent.
10 And what I showed in the letter in the
11 correspondence in the New England Journal
12 with those numbers is that with the exact
13 same Vioxx incident, 1.3 percent with
14 those five events that you just cited was
15 exactly the same as in the VIGOR trial,
16 1.2 percent for death, heart attack and
17 stroke. And there was a 7.6, that's 760
18 percent excess compared with the
19 controls, whether it be naproxen in VIGOR
20 or nabumetone and placebo in the current
21 study 090 that we're discussing.
22     MR. GOLDMAN: Move to strike
23     everything after the answer to my
24     question.

Page 509

1  BY MR. GOLDMAN:
2  Q. Dr. Topol --
3     MR. KLINE: Move to include
4     as very responsive.
5  BY MR. GOLDMAN:
6  Q. Dr. Topol, the reason you
7  asked your statistician to compare the
8  number of events on Vioxx to the number
9  of events on nabumetone and placebo
10 combined is because you know that if you
11 compare the number of events on Vioxx to
12 just the number of events on nabumetone,
13 there is no statistically significant
14 difference?
15 A. That's not the appropriate
16 comparison. We already went through
17 this, that is, when you have drugs that
18 are a control arm that are widely
19 accepted and have been around for 10 or
20 20 years, and you have an experimental
21 drug, it is appropriate, just as Juni did
22 in his analysis in the Lancet, and just
23 as we did here, to compare the control
24 arms with the experimental arm, which in

Page 510

1  this case was Vioxx.
2     Q.  You didn't do that in your
3  JAMA article, did you, sir?
4     A.  We didn't do it in the JAMA
5  article, but we didn't have the right
6  data.  So, of course, we couldn't do it
7  in the JAMA paper.  We had erroneous
8  categorization of endpoints.
9     Q.  The reason that you combined
10 nabumetone and placebo and compared that
11 to Vioxx is because you know that if you
12 compare the number of events on Vioxx to
13 placebo for study 090, there is no
14 statistically significant difference;
15 correct?
16    A.  That is not the reason why
17 that analysis was performed that way.
18    Q.  Am I correct, sir, that if
19 you compare 5 events on Vioxx to 0 events
20 on placebo, there's no statistically
21 significant difference?
22    A.  I don't know.  We'd have to
23 run the statistics on that.
24    Q.  You never ran that, did you?

Page 511

1     A.  I don't remember that we ran
2  it.  I don't have it at hand.
3     Q.  The investigators who
4  conducted study 090 did not compare Vioxx
5  against nabumetone and placebo, did they,
6  sir?  They kept the three arms separate?
7     A.  Maybe you can tell me, Mr.
8  Goldman, why was this paper with this
9  extent of harm to patients, why was it
10 never published?
11    Q.  Can you answer my question,
12 sir?
13    A.  I'm just asking you, can you
14 help me to understand why the paper was
15 never published six years later on nearly
16 1,000 patients?
17       MR. GOLDMAN:  I have half an
18    hour left.  Can you please ask
19    your witness not to ask any
20    questions.
21       MR. KLINE:  I think the
22    answer is a rhetorical question.
23    I move to include it.  Simply
24    rhetorical.

Page 512

1  BY MR. GOLDMAN:
2     Q.  Dr. Topol --
3     A.  I just want to point out
4  that's what has made it so difficult for
5  us to do an analysis, because we never
6  had the paper, the manuscript written on
7  1,000 patients.  So, we had to work in a
8  very difficult way, and that's what
9  you're trying to get at, is why didn't
10 you do this or why didn't do that.  We
11 didn't have the data at hand because it
12 was never published.
13    Q.  Dr. Topol, the investigators
14 who conducted study 090 did not compare
15 Vioxx to placebo and nabumetone combined,
16 they compared Vioxx to just placebo or
17 nabumetone; is that right?
18    A.  How would we ever know that?
19 How did you know that?  I've never seen
20 any paper.  How can you say something
21 like that?  Can you show me that
22 evidence?
23    Q.  Do you know, sir, that the
24 protocol for study 090 called for pair

Page 513

1  wise comparisons?
2     A.  Who has ever seen the
3  protocol?
4     Q.  Well, let me show it to you.
5     A.  Okay.
6     Q.  This is Exhibit 44.
7        MR. KLINE:  See, you got
8    discovery from them.
9        THE WITNESS:  This will be
10   interesting.
11          - - -
12       (Whereupon, Deposition
13   Exhibit Topol-44, "MRL Clinical
14   Study Report, Multicenter Study:
15   A Randomized, Placebo-Controlled,
16   Parallel-Group, Double-Blind
17   Study to Evaluate the Efficacy
18   and Safety of MK-0966 (Rofecoxib)
19   12.5 mg Versus Nabumetone 1000 mg
20   in Patients with Osteoarthritis
21   of the Knee (Protocol 090),"
22   MRK-00420016832 -
23   MRK-00420016849, was marked for
24   identification.)

Page 514

BY MR. GOLDMAN:
Q. This is the clinical study report for study 090. Do you see that, sir?
A. This was not in the FDA database.
MR. KLINE: Objection. It's a piece of the study. It's not the whole study.
MR. GOLDMAN: That's correct. This is a piece.
THE WITNESS: Table of contents.
MR. KLINE: I'm suggesting to Dr. Topol's counsel to have him see the whole report.
MR. GOLDMAN: That's fair, Dr. Topol.
MR. KLINE: Like everything that was provided to you today.
THE WITNESS: I've never seen the report of this study.
BY MR. GOLDMAN:

Page 515

Q. Dr. Topol, I'm showing you an excerpt, that's true, an excerpt of the clinical study report --
A. Okay.
Q. -- and if you'd turn to the 14th page and the 15th page, do you see that the investigators kept the Vioxx nabumetone and placebo groups separate in the chart at the bottom of Page 14?
MR. HAMELINE: Let me just note the objection. We're not here on behalf of either party. What Dr. Topol wants to do is give a fair and complete explanation of the research that he produced in this field, and you're giving him a document.
MR. GOLDMAN: He asked for a document.
MR. HAMELINE: Well, he asked for this document six years ago. You've given him a piece of the document you're asking him to read in a brief period of time.

Page 516

That's my objection.
THE WITNESS: This is very simple. Mr. Goldman, the problem with this -- you're talking about efficacy. And it's fine if you want to look at efficacy if you'd like on each column, rofecoxib, 12-and-a-half milligrams, Vioxx a low dose, and you want to look at the nabumetone and placebo, where is the safety, but where is the heart attack data in this report. And why isn't that combined? That's a legitimate and a vital comparison that needs to be made on the data.
BY MR. GOLDMAN:
Q. If you'd turn to Page 16, do you see that the safety information, the clinical adverse experiences were broken down by Vioxx, nabumetone and placebo and not combined?
A. Are you on Page 16 or which page are you on here? 16?

Page 517

Q. Yes.
A. Now, I don't see anything with death, heart attack and stroke here.
Q. Can you answer my question, sir? Do you see that the safety information maintained by the investigators was broken down, Vioxx, nabumetone and placebo?
MR. KLINE: Objection. May I have an objection to the line of questioning?
MR. GOLDMAN: Yes.
MR. KLINE: He doesn't even have the whole document.
BY MR. GOLDMAN:
Q. Do you see that, sir?
A. I see how it's displayed. I don't agree with that as being the only analysis that should be done also with respect to controls, nabumetone and placebo as compared to the experimental arm, Vioxx. It should have been done that way. That doesn't mean -- if Merck wants to present the data this way and

Page 518

1  manipulate the data that way, that's
2  their prerogative. That doesn't mean
3  it's correct.
4      MR. GOLDMAN: Object to the
5      form -- I'm sorry, move to strike
6      as nonresponsive.
7  BY MR. GOLDMAN:
8      Q.  Can you answer my question,
9  sir?
10     A.  I'll be happy to.
11     Q.  Does the table that you
12 looked at on Page 16 reflect that the
13 safety information was maintained in
14 three different columns, Vioxx,
15 nabumetone and placebo?
16     A.  The safety information I'm
17 interested in that I've been writing
18 about --
19     Q.  That's not my question.
20     A.  -- that I've been concerned
21 about this drug is not included in that
22 table, and just because it's displayed
23 under the little excerpt of this report
24 which has never been published for the

Page 519

1  medical community to see doesn't mean
2  that it's the only way and the proper way
3  to -- I don't accept that.
4      Q.  Dr. Topol, you have said on
5  several occasions that study 090 was not
6  published; correct?
7      A.  That's correct.
8      Q.  You knew that study 090 was
9  not published when you wrote your JAMA
10 article, didn't you, sir?
11     A.  Well, I already pointed out
12 earlier in our discourse, in our
13 discussion, it was 2001 -- well, it was
14 March of 2001 when we wrote that paper,
15 and the study, we didn't even know when
16 it was done, study 090. So, we give some
17 allowance for when it might be published.
18 But now in 2004, something is very
19 concerning because it's now multiple
20 years later, it's nearly 1,000 patient
21 trial, it's not a trivial cohort, and it
22 still hasn't shown up in the literature.
23 So, there's a big difference between
24 March of 2001 a year or so, two years

Page 520

1  after the study was completed versus six
2  years after the study was completed.
3  That's a big gap.
4      MR. GOLDMAN: Move to strike
5      as nonresponsive.
6  BY MR. GOLDMAN:
7      Q.  Dr. Topol, did you know in
8  August of 2001 when you wrote your JAMA
9  article that study 090 was not published?
10     A.  Well, I didn't know it was
11 published. So, we have to assume that
12 since we couldn't cite it directly, we
13 only could cite the FDA -- we assumed it
14 was a manuscript in review, soon to be
15 published -- at the time when we
16 published that paper, we didn't know of
17 its publication.
18     Q.  You also know that Merck
19 didn't publish study 085 either; right?
20     A.  They did publish 085. In
21 fact, there is a publication, and I can
22 get that for you if you'd like. It was
23 published indeed. It was 1,000 patient
24 similar, but I guess Merck was happy with

Page 521

1  the results, but it was published.
2      Q.  Well, if you can show me
3  today where Merck published study 085 but
4  not 090, I'd like to see that.
5      A.  It's published in the Juni
6  paper.
7      Q.  That's not a publication,
8  sir.
9      A.  No. What I'm saying is it's
10 cited in the Juni paper.
11     Q.  Let's look at the Juni
12 paper.
13     A.  I believe it's cited in
14 there. It's an osteoarthritis trial, so,
15 I don't remember the first author, but it
16 was in his analysis, and so it was 1,000
17 patients. I'm trying to remember the
18 exact number, 085. It was -- we have to
19 back it out. 085 had 1,042 patients, and
20 somewhere in this table of Figure 3, that
21 is, there's 1,042 patient trial that's
22 included in here and it's cited. I just
23 don't --
24     Q.  Dr. Topol, that 1,042 that

131 (Pages 518 to 521)

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 522

1  you're referring to in Table 1 of Juni's
2  paper which is on Page 2023 is the same
3  1,042 number that you have in your JAMA
4  article --
5      A.  Right.
6      Q.    -- when you described a
7  number of patients in 085.  Correct, sir?
8      A.  No.  But I'm trying to find
9  the reference for that now, sir, that is,
10 the publication.  There's a publication
11 based on these -- on this trial, 085.
12 Let me see if I can find it in here.
13 085, it's by Kivitz, et al, 2004.  What's
14 that number, Joe?
15         MR. HAMELINE:  22.
16         THE WITNESS:  Reference 22.
17    Okay.  Here it is.  It was
18    published in the Journal of
19    American Geriatric Society in 2000
20    and -- Reference Number 22, 2004,
21    Volume 52.  It's by Kivitz, et al.
22    "Efficacy and safety of rofecoxib
23    12-and-a-half milligrams versus
24    nabumetone 1,000 milligrams in

Page 523

1     patients with osteoarthritis of
2     the knee: A randomized control
3     trial." So it was indeed was
4     published --
5  BY MR. GOLDMAN:
6      Q.  Dr. Topol --
7      A.  -- unlike study 090.
8      Q.  Dr. Topol, what you are
9  looking at is a publication after
10 withdrawal; correct?
11         MR. KLINE:  Which means
12    when?
13         THE WITNESS:  No.  It was
14    published before the withdrawal.
15    That was published in early 2004
16    in the Journal of the American
17    Geriatric Society.  It's an
18    eight-page manuscript published by
19    Kivitz and Colley before the
20    withdrawal.
21 BY MR. GOLDMAN:
22     Q.  I don't have that here, Dr.
23 Topol.
24        MR. GOLDMAN: I'm objecting,

Page 524

1     lack of foundation.
2         THE WITNESS: It's right
3     here. (Indicating.)
4         MR. GOLDMAN: I don't see
5     the date.
6  BY MR. GOLDMAN:
7      Q.  But Dr. Topol, let me ask
8  you something.  Withdrawn.
9         When you wrote your article
10 in JAMA in August of 2001, you knew 090
11 was not published, and you didn't say in
12 your article that it should be, did you,
13 sir?
14     A.  We assumed every trial,
15 particularly when it gets to 1,000
16 patients, it's going to be published.
17 That's -- this is -- we're talking about
18 human experimentation.  And you don't
19 experiment on 1,000 patients and not
20 publish the results for the rest of the
21 medical community to see.  That's not
22 acceptable medical research.
23     Q.  Did you ever write the FDA
24 in August of 2001 when you knew that 090

Page 525

1  was not published and say that this study
2  should be published because it's
3  important?
4      A.  We give trials or sponsors
5  an allowance of time.
6      Q.  Did you do that, sir?
7      A.  How would we know that they
8  weren't intending to ever publish the
9  trial?
10     Q.  You knew that study 090 was
11 not published in August 2001.  Did you
12 ever write the FDA, did you ever write
13 Merck, did you ever write anybody and say
14 study 090 should be published?
15     A.  We assumed that it was going
16 to be published.  It was soon after --
17     Q.  That wasn't my question.
18        Did you ever write the FDA,
19 Merck or anybody else before this
20 medicine was withdrawn and say that study
21 090 should be published?
22     A.  I have a simple answer for
23 that question.  Why would we do that?
24     Q.  Is your answer to my

Page 526

1  question no, you didn't?
2  A. Yes. Why would we even
3  think of doing it?
4  Q. Dr. Topol, if you thought
5  that study 090 was that important and the
6  events were so important that they should
7  be publicized, did you ever write the
8  FDA, Merck, or anybody else and say you
9  should publish Study 090?
10  A. Now, Mr. Goldman --
11  Q. Can you answer that yes or
12  no?
13  A. You're confusing everything
14  now. It was only in '04,
15  October/November '04 that we got the
16  straight data. We couldn't get to the
17  data. So how could we have known that it
18  was statistically significant with a 760
19  percent excess of heart attack in '02, in
20  '01. We didn't have the data. There was
21  no way of knowing that.
22  Q. Dr. Topol, can you answer my
23  question yes or no or not?
24  MR. KLINE: Objection. He

Page 527

1  answered your question.
2  BY MR. GOLDMAN:
3  Q. Can you answer it yes or no
4  or not?
5  MR. KLINE: He answered your
6  question.
7  THE WITNESS: I believe I
8  answered your question. You could
9  play it back and listen to it.
10  MR. KLINE: There are 14
11  minutes left.
12  BY MR. GOLDMAN:
13  Q. Dr. Topol, I want to ask you
14  about Ms. Targum's analysis that you have
15  referred to so many times today.
16  A. Yes.
17  MR. GOLDMAN: And I'm going
18  to mark it for my purposes as 44.
19  THE WITNESS: Okay.
20  - - -
21  (Whereupon, Deposition
22  Exhibit Topol-44A, Memo 2-1-01
23  "Consultation NDA 21-042, S-007
24  Review of cardiovascular safety

Page 528

1  database," (Targum) with
2  handwritten notes, EJT 000211 -
3  EJT 000248, was marked for
4  identification.)
5  - - -
6  BY MR. GOLDMAN:
7  Q. This is an analysis by Ms.
8  Targum, February 1st --
9  A. Dr. Targum.
10  Q. I'm sorry.
11  Exhibit 44 is the analysis
12  from Dr. Targum dated February 1st of
13  2001; correct, sir?
14  A. Correct.
15  Q. Do you see on Page 28 of the
16  document that Dr. Targum spends seven
17  pages studying 090?
18  A. Yes.
19  Q. Do you see that Dr. Targum
20  also spends four pages studying 085?
21  A. Yes.
22  Q. Starting on pages --
23  A. I remember that, yes.
24  Q. The information that you

Page 529

1  obtained to come up with your numbers,
2  5,1,0 came from this document that Dr.
3  Targum prepared in February of 2001, and
4  that has been on the website ever since;
5  correct?
6  A. That's not true. I've
7  already stated unequivocally that we had
8  the details of each patient before we
9  could make the final determination of the
10  5, 1 and 0.
11  Q. If you'd turn to Page 32 of
12  the document, Dr. Topol --
13  A. That's right.
14  Q. -- do you see that you have
15  written at the bottom 5, 1 and 0? Do you
16  see that, sir?
17  A. Yes, but that's not solely
18  on the basis of this table. That's notes
19  that I wrote after having access to the
20  clinical details of all the events, the
21  6, the 2 and the 2, that is 10 events, 10
22  putative events. I didn't have the
23  details. So, for example, the placebo
24  patient called coronary artery occlusion,

Page 530

1  which could have been a heart attack,
2  only did I find out during the details
3  was that, in fact, this was a man who had
4  had a chronically occluded artery for
5  many years. It wasn't a heart attack.
6  So, I couldn't possibly have made a
7  determination about heart attack just on
8  the basis of this table. That's just an
9  example.
10     Q.   Dr. Topol, do the numbers 5,
11  1 and 0 --
12          MR. GOLDMAN: Move to strike
13     the last answer.
14  BY MR. GOLDMAN:
15     Q.   Do the numbers 5, 1 and 0
16  that you wrote down on Page 32 appear on
17  the page that Dr. Targum wrote in
18  February of 2001?
19     A.   Her numbers are 7 --
20     Q.   Her numbers -- that's
21  actually a good point.
22     A.   Cardiovascular system are 7,
23  1 and 1.
24     Q.   Well, let's actually go up

Page 531

1  to the top, Dr. Topol. Do you see that
2  Dr. Targum, who did this analysis, says
3  at the very top, "Below is a listing of
4  serious cardiovascular adverse events.
5  In the" Vioxx "group, a total of 6
6  serious cardiovascular adverse events
7  were reported; in the nabumetone group,
8  there were 2, and in the placebo group,"
9  there were 1. Do you see that, sir?
10     A.   Yes.
11     Q.   Those are the numbers that
12  you used in your JAMA article; correct?
13     A.   We took our JAMA straight
14  without any questions because we didn't
15  have access to the details.
16     Q.   This same table down below
17  that you referred to before where you
18  came up with 7, do you see that, sir, of
19  the 7 in the Vioxx group?
20     A.   Yes. But they --
21     Q.   In the middle?
22     A.   The 7 doesn't correspond to
23  the table above.
24     Q.   The 7, sir, is the number

Page 532

1  that you used in October of 2004 when you
2  wrote to your statistician --
3     A.   Right.
4     Q.   -- correct?
5     A.   Right. So, what we were
6  doing --
7     Q.   My only question was, is
8  that correct?
9     A.   We accepted Dr. Targum's
10  data in proxy for the real data. That
11  was the whole point. We accepted Dr.
12  Targum before we were getting the
13  details. We accepted her data. She
14  apparently didn't do the statistical
15  analysis, not presented here. In fact, I
16  discussed this with Dr. Targum, and I
17  have e-mails back and forth to Dr. Targum
18  that she did not do the statistical
19  analysis that should have been done, but
20  we accepted her numbers before we got the
21  real numbers.
22          MR. GOLDMAN: Move to strike
23     as nonresponsive.
24  BY MR. GOLDMAN:

Page 533

1     Q.   Dr. Topol, the 6, 4 and 2
2  that you wrote in your JAMA article came
3  from a document that Dr. Targum wrote in
4  February of 2001, correct, sir?
5     A.   The JAMA paper, if we can
6  get back to that, was taking that table
7  with the things that were completely
8  erroneous like atrial fibrillation, heart
9  failure, we took those en face. We
10  didn't know the details. We just
11  accepted her numbers. That's why it
12  corresponds to numbers of 6, 2 and 1.
13  That's exactly how the table is laid out,
14  6, 2 and 1. Do you follow me on that?
15          MR. GOLDMAN: Move to strike
16     as nonresponsive.
17  BY MR. GOLDMAN:
18     Q.   Dr. Topol, you were asked a
19  question before about an exhibit, another
20  e-mail that you wrote to 60 Minutes.
21          - - -
22          (Whereupon, Deposition
23     Exhibit Topol-45, E-mail
24     10-17-04, EJT 000343, was marked

| Page 534 | Page 536 |
|---|---|
| 1  for identification.)<br>2  - - -<br>3  BY MR. GOLDMAN:<br>4    Q.  Dr. Topol, this is an<br>5  exhibit I'll mark as Exhibit 45. Mr.<br>6  Kline asked you -- this is another<br>7  e-mail, October 17, you're writing to 60<br>8  Minutes, 2004; correct?<br>9    A.  Right.<br>10   Q.  And you were asked about the<br>11 statement in the first paragraph "We can<br>12 now confirm that the famous study '090'<br>13 of Merck was NEVER published, that it was<br>14 part of the FDA pivotal registration<br>15 packet leading to the May 1999 approval,<br>16 and that it showed a striking risk of<br>17 heart attack and stroke before the drug<br>18 ever got commercialized." Do you see<br>19 that?<br>20   A.  Yes.<br>21   Q.  The reason you told 60<br>22 Minutes that is because you wanted to<br>23 make it look like Merck had information<br>24 before Vioxx was approved about an | 1  left, "Study 090 September 1998 - May<br>2  1999"? Do you see that?<br>3    A.  Yes.<br>4       MR. GOLDMAN: Page 1.<br>5       MR. KLINE: Page what?<br>6       MR. GOLDMAN: 1.<br>7  BY MR. GOLDMAN:<br>8    Q.  Dr. Topol, you agree with me<br>9  that the information that you gave to 60<br>10 Minutes which you confirmed that Merck<br>11 submitted study 090 with the NDA was not<br>12 true?<br>13   A.  It was because we didn't<br>14 have the information. It was the best I<br>15 could do. But just like the numbers that<br>16 we finally got corrected for 5, 1 and 0<br>17 on Page 32, I finally did get the dates<br>18 of the conduct of study 090, and I wrote<br>19 them down on this report, but I didn't<br>20 have it at the time and certainly in mid<br>21 October. I only got that information<br>22 well into November.<br>23   Q.  You confirmed to 60 Minutes<br>24 without knowing whether or not Merck's |
| Page 535 | Page 537 |
| 1  increased cardiovascular risk; correct?<br>2    A.  That is absolutely<br>3  incorrect.<br>4    Q.  You know, Dr. Topol, that<br>5  it's false that the study 090 was not<br>6  part of the pivotal registration packet,<br>7  which is the NDA, because study 090<br>8  wasn't completed by the time Merck<br>9  submitted the NDA?<br>10   A.  There was no way of us<br>11 knowing that from the FDA documents.<br>12 There were no dates in here about when<br>13 the study was done, and only later did we<br>14 find out that 085, 090 and VIGOR were in<br>15 this pivotal supplement to get expanded<br>16 application -- expanded indication for<br>17 VIGOR. So, it wasn't in the original<br>18 approval packet, and I only learned that<br>19 subsequent to this e-mail.<br>20   Q.  Do you see if you look at<br>21 Dr. Targum's report --<br>22   A.  Yes.<br>23   Q.  -- that we talked about, do<br>24 you see your handwriting there in the top | 1  090 study was part of the NDA. You<br>2  confirmed that fact with 60 Minutes?<br>3    A.  I had no idea when the study<br>4  was performed. And there's no way of<br>5  telling in this document when this study<br>6  was performed.<br>7    Q.  Dr. Topol, when you wrote to<br>8  60 Minutes, we now can confirm that study<br>9  090 was part of the NDA leading to the<br>10 May 1999 approval, you didn't know<br>11 whether that was true; correct?<br>12   A.  I thought it was true, but I<br>13 only found out later it was a mistake.<br>14 Because, again, dealing with a study<br>15 that's never been published, and dealing<br>16 with FDA documents -- and, actually, I<br>17 called Shari Targum, I sent e-mails to<br>18 her, I even sent e-mails to Maria<br>19 Villalba asking them, and they would not<br>20 release the dates to me. So, I tried<br>21 very hard to do the best I could to get<br>22 the dates of the trial. I finally got<br>23 the dates, but, again, it was extremely<br>24 difficult because they're not on the FDA |