

Jun 26 2006
7:31PM

## Topol, M.D., Eric

From:     David Graham [hylabrook1@msn.com]
Sent:     Monday, November 15, 2004 10 44 PM
To:       Topol, M D , Eric
Subject:  Re. 60 Minutes

Eric,

I'm sorry you won't be testifying, but I think you should take heart knowing that you've made and will continue to make important contributions to the cause of patient safety and responsible government. We're all called to play our part and do our best, and you've clearly done that. As this thing unfolds, I think there will be many more opportunities for you to make a difference. And I think you did a great job on 60 Minutes last night. I'm sure we'll get to meet in the near future.

Each day, this issue gets more and more complicated and fishy smelling. Apparently, Merck was heavily lobbying the members of the Finance Committee to cancel the hearing today, and our acting Center Director, Dr. Galson, has reportedly refused to appear before the Committee. At least that's what I've heard. We'll all learn more as the 18th approaches. But it does make you wonder, why is everyone afraid, and what are they trying to hide? There must be more to this than meets the eye because the reaction from Merck and from FDA is disproportionate to the stimulus of a hearing.

I'll read your analyses with great attentiveness. I'm sure I'll learn much from them.

Best regards, and cheer up, you're one of the "good guys "

David

> --- Original Message ---
> From: Topol, M.D., Eric
> To: hylabrook1@msn.com
> Sent: Monday, November 15, 2004 8 46 AM
> Subject: 60 Minutes
>
> David,
> I attach my analysis of the 2 trials submitted to FDA as part of Supplement 007--one never published. I'd be interested in your thoughts as I think this, along with the Juni paper, nails this down as to when there was confirmatory evidence that rofecoxib was a dangerous drug.
> I was disinvited from the Senate hearing this week and Bruce Psaty was invited in my place. I don't know why but I had looked forward to meeting you and hope to support all of your heroic efforts as best as I can.
>
> Warm regards,
> Eric
>
> Eric J. Topol, MD
> Provost, Cleveland Clinic Lerner College of Medicine
> Chief Academic Officer, Cleveland Clinic Foundation
> Chairman, Department of Cardiovascular Medicine
> Professor of Medicine and Genetics, CWRU
> 216-445-9490
> topole@ccf.org

**CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657**

EJT 000327

11/18/2004

Topol

EXHIBIT NO. 20
11-19-05
L. GOLKOW

TOPOLE 0000458



Jun 26 2006
7:31PM

"What" &
"When" Merck Know

- STUDY 090    6wk study 6X RISK
                ? 1998 (earlier)          Peterkin etc N9
- DSMB Nov 18, 1999                        Transcript
- Lancet (semi paper)
Position
       "Naproxen"    UNTENABLE    |"First knew in May 2000"|

Deception / Falsifying / Suppression of Data.
- No publication of "b90"
- Bombardieri papers — Deaths, Incomplete info.
- Multiple publications Reicin, Kensra, et al.
- Marketing / Sales.
- Symposia for MDs. / DTC to Consumers.
- Did not do the appropriate trial. (no new trials)
  Post w/D - 18 mos. , Annualized Rate
- APPROVE               3.6 vs 1.9
                        or 1.5 vs 0.75

- Paid consultants on "Independent DSMB"

TOPOL
EXHIBIT NO. 22
11-22-05
L. GOLKOW

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657

EJT 000338