UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 1657<br>SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0810 | * | |
| CHARLES L. MASON,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | * | MAGISTRATE JUDGE<br>KNOWLES |

* * * * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR OPPOSITION OF MERCK & CO., INC. ("MERCK") TO PLAINTIFF'S MISCELLANEOUS MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN *LIMINE* AND/OR REQUEST FOR LIMITING INSTRUCTIONS**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Opposition of Merck to Plaintiff's Miscellaneous Motion To Exclude Or, In The Alternative, Motion In *Limine* And/Or Request For Limiting Instructions. The memorandum addresses the facts and law demonstrating why plaintiff's motion should be denied. Merck requests that it be granted three (3) additional pages, for a total of eighteen (18) pages for its opposition memorandum.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted three (3) additional pages, for a total of eighteen (18) pages for its Opposition of Merck

to Plaintiff's Miscellaneous Motion To Exclude Or, In The Alternative, Motion In *Limine*

And/Or Request For Limiting Instructions

Dated: October 4, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Tarek Ismail
Shayna Cook
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax: 312-494-4440

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax: 213-430-6407

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Opposition of Merck to Plaintiff's Miscellaneous Motion To Exclude Or, In The Alternative, Motion In *Limine* And/Or Request For Limiting Instructions been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3