## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| CHARLES L. MASON, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Opposition of Merck to Plaintiff's Miscellaneous Motion To Exclude Or, In The Alternative, Motion In *Limine* And/Or Request For Limiting Instructions,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted three (3) additional pages, for a total of eighteen (18) pages for its opposition memorandum.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.

_____
DISTRICT JUDGE

833293v.1