Exhibit A - Olson-Fields Deposition Excerpts

• Mason - Oppo MIL 1 (Limiting Instructions)

| | | |
|---|---|---|
| [1:] - [1:24] | 7/27/2006   Olson-Fields, Karen (Mason) | |

```
page 1
   0001
1                   IN THE UNITED STATES DISTRICT COURT
2                       EASTERN DISTRICT OF LOUISIANA
3
4       IN RE:  VIOXX PRODUCTS        :   MDL DOCKET NO. 1657
        LIABILITY LITIGATION          :
5                                     :   Deposition of:
        THIS DOCUMENT RELATES TO:     :
6       CHARLES LARON MASON           :   KAREN OLSON-FIELDS, RN,
        v.                            :   FNP
7       MERCK & CO., INC.             :
                                      :
8
9
10
                               July 27, 2006 - 8:02 a.m.
11
12
                               Location:  Women's Center
13                                Alta View Hospital
                                 9600 South 1300 East
14                                 Sandy, Utah  84094
15
16                  Reporter:  Teri Hansen Cronenwett
                Certified Realtime Reporter, Registered Merit Reporter
17             Notary Public in and for the State of Utah
18
19
20
21
22
23
24
```

| | | |
|---|---|---|
| [49:3] - [49:9] | 7/27/2006   Olson-Fields, Karen (Mason) | |

```
page 49
3       Q.   And in connection with your reviewing the medical
4   literature and labels as appropriate, you became aware at
5   some point -- you probably don't remember exactly when --
6   that Celebrex changed its label to include risks concerning
7   cardiovascular events?
8       A.   I don't recall being -- that brought to my
9   attention specifically.
```

| | | |
|---|---|---|
| [54:13] - [58:16] | 7/27/2006   Olson-Fields, Karen (Mason) | |

```
page 54
13      Q.   Now, back to, is it Exhibit 3?
14      A.   Yes.
15      Q.   The Celebrex label.
16      A.   Yes.
17      Q.   You see where it says cardiovascular risk in the
18  black box warning that's on the front page of Exhibit 3?
19      A.   Uh-huh.
20      Q.   Do you see that?
21      A.   Uh-huh.
22      Q.   Is that a yes?
23      A.   Yes.
24      Q.   It says, "Celebrex may cause an increased risk of
25  serious cardiovascular thrombotic events, myocardial
26
page 55
```

**Exhibit A - Olson-Fields Deposition Excerpts**

• **Mason - Oppo MIL 1 (Limiting Instructions)**

```
 1    infarction and stroke, which can be fatal."  Did I read that
 2    right?
 3         A.   Yes.
 4         Q.   And it says, "All NSAIDs may have a similar risk."
 5    Did I read that correctly?
 6         A.   Yes.
 7         Q.   And the risk may increase with duration of use.
 8    Did I read that correctly?
 9         A.   Yes.
10         Q.   And I assume that you became familiar with those
11    risks that the manufacturer of Celebrex indicates in its
12    black box warning before you prescribed it after July of
13    2005?
14         A.   I recall never being -- it brought to my immediate
15    attention that Celebrex had increased risk of serious
16    cardiovascular thrombotic events, myocardial infarction,
17    stroke, which would be fatal.  No.  I do not recall a time at
18    which that was brought to my medial attention.  This -- I
19    have not seen this particular literature before.
20         Q.   This is the first time that you have ever seen it?
21         A.   Yeah.  I don't -- and then this thing about all
22    NSAIDs, that's -- that is not what you would say the -- a
23    well known fact, if it's a fact, in the medical community.
24         Q.   I'll object as nonresponsive.  What I'm really
25    asking -- well, first of all, you understand that all drugs
26
page 56
 1    that are marketed in the United States have to be approved by
 2    the FDA?
 3         A.   Yes.
 4         Q.   And do you understand the labeling has to be
 5    approved by the FDA?
 6              MR. NABERS:  Objection to the form.
 7         A.   The labeling meaning the --
 8         Q.   (By Mr. Krumholz)  Package insert.
 9         A.   Package insert, yes.
10         Q.   Things like Exhibit 3, items like Exhibit 3, which
11    is the package insert and the labeling and prescribing
12    instructions for Celebrex.
13         A.   Is this the new package insert for Celebrex that
14    comes in Celebrex samples?
15         Q.   That's listed within the PDR.
16         A.   It's -- this information in here is now listed in
17    the PDR for Celebrex?
18         Q.   True.
19         A.   True?  Is that's what you're telling me?
20         Q.   Yeah.  I'm just saying that you understand that the
21    labeling or package insert -- and assume with me that Exhibit
22    3 is a package insert or label for Celebrex.
23         A.   Okay.
24         Q.   That you understand the labeling has to be approved
25    by the FDA?
26
page 57
 1         A.   Yes, I do.
 2         Q.   And it contains the risks associated with the drug,
 3    according to the FDA and the drug manufacturer, true?
 4         A.   True.
 5         Q.   And you understand the FDA has a host of scientists
 6    and analysts who analyze that sort of information?
 7              MR. NABERS:  Objection to the form.
 8         A.   I assume that.
 9         Q.   (By Mr. Krumholz)  You don't know it because you
10    haven't researched it, I assume?
11         A.   The FDA is the governing body to approve medication
12    and set the standards and requirements for drugs that are put
13    on the market.
14         Q.   And so it's important for you to become familiar
```

Exhibit A - Olson-Fields Deposition Excerpts

• **Mason - Oppo MIL 1 (Limiting Instructions)**

```
              15  with what the approved uses are for drugs?
              16      A.   Yes.
              17      Q.   And that's why you look at documents like Exhibit 3
              18  from time to time in your practice?
              19      A.   Yes.
              20      Q.   And in connection with Celebrex, it says that
              21  Celebrex may cause an increased risk of serious
              22  cardiovascular thrombotic events, myocardial infarction and
              23  stroke, which can be fatal, true?
              24      A.   That's what this is saying.
              25      Q.   And you have prescribed Celebrex since July of
              26
              page 58
              1   2005?
              2       A.   Yes.
              3            MR. NABERS:  Objection to the form.
              4       Q.   (By Mr. Krumholz)  Despite these risks, true?
              5            MR. NABERS:  Same objection.
              6       A.   I would disagree with that, so I would say no.
              7   Again, this is -- I have been under the impression that
              8   Celebrex remains on the market as a safe drug and does not
              9   cause, in and of itself, risks.  As it says, Celebrex may
              10  cause an increased risk of serious cardiovascular thrombotic
              11  events, myocardial infarction, stroke, which can be fatal.
              12  That sentence alone is new to me.
              13           So this perhaps -- I am not sure how new this
              14  document is or how recently the FDA issued a change in the
              15  labeling because I am under the impression that the FDA can
              16  require changes in the labeling.
```

[209:1] - [209:25]      7/27/2006   Olson-Fields, Karen (Mason)

```
              page 209
              1                    C E R T I F I C A T E
              2   STATE OF UTAH        )
                  COUNTY OF SALT LAKE  )
              3      THIS IS TO CERTIFY that the deposition of KAREN
              4   OLSON-FIELDS, RN, FNP was taken before me, Teri Hansen
              5   Cronenwett, Certified Realtime Reporter, Registered Merit
              6   Reporter, and Notary Public in and for the State of Utah.
              7      That the said witness was by me duly sworn to testify;
              8   that the testimony was reported by me in Stenotype, and
              9   thereafter transcribed by computer, and that a full, true,
              10  and correct transcription is set forth in the foregoing
              11  pages, numbered 4 through 207 inclusive.
              12     I further certify that the original transcript of the
              13  same was delivered to the witness for reading and signature
              14  before a Notary Public, and to be returned within 30 days of
              15  the date hereon.
              16     I further certify that I am not of kin or otherwise
              17  associated with any of the parties to said cause of action,
              18  and that I am not interested in the event thereof.
              19     WITNESS MY HAND and official seal at Salt Lake City,
              20  Utah, this 31st day of July, 2006.
              21  My commission expires:
                  February 6, 2007
              22
              23
                                          _____
              24                          Teri Hansen Cronenwett, CRR, RMR
                                          License No. 91-109812-7801
              25
```