**Exhibit C - Linda Mason Deposition Excerpts**

• **Mason - Oppo MIL 1 (Limiting Instructions)**

[:] - [2:]            8/29/2006    Mason, Linda (Mason)
```
page
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
      In re:  VIOXX               :  MDL DOCKET NO. 1657
      PRODUCT LIABILITY LITIGATION :  SECTION L
                                   :  Judge Fallon
                                   :  Mag. Judge Knowles
                                   :
      THIS DOCUMENT RELATES TO:    :  Deposition of:
      CHARLES LARON MASON v.       :  LINDA KAYE MASON
      MERCK & CO., INC.            :
                  August 29, 2006 - 1:13 p.m.
              Location:  Ray, Quinney & Nebeker
                36 South State Street, Suite 1400
                     Salt Lake City, Utah 84111
                       Diane W. Flanagan, RPR
             Notary Public in and for the State of Utah
page 2
                       A P P E A R A N C E S
      For the Plaintiff:
                          Stephen P. McCarthy
                          BLIZZARD, MCCARTHY & NABERS
                          440 Louisiana
                          Suite 1710
                          Houston, Texas 77002
                          713.844.3750
      For the Defendants:
                          Shayna S. Cook
                          BARTLIT BECK HERMAN PALENCHAR & SCOTT
                          Courthouse Place
                          54 West Hubbard Street
                          Chicago, Illinois 60610
                          312.494.4465
                           I N D E X
      WITNESS                                              PAGE
          LINDA KAYE MASON
```

[24:4] - [24:13]      8/29/2006    Mason, Linda (Mason)
```
page 24
 4      Q    When you say that you had some different things
 5   happen over the years, can you remember anything specific?
 6      A    Once after they had repossessed, I believe --
 7   foreclosed on a house, the person called up about 1:00 in
 8   the morning and told us that they were going to -- you
 9   better watch it when you start your truck in the morning.
10   So we did have the police come out and check underneath it
11   to see if there was a bomb or anything.  That's the biggest
12   one I can remember.  But that was back, I believe, when he
13   was working for the state credit union.
```

[123:25] - [123:16]   8/29/2006    Mason, Linda (Mason)
```
page 123
                   L. Mason * August 29, 2006
 1              C E R T I F I C A T E
 2   STATE OF UTAH        )
 3   COUNTY OF SALT LAKE  )
 4       THIS IS TO CERTIFY that the sworn testimony of LINDA
     KAYE MASON was taken before me, Diane W. Flanagan, a
 5   Registered Professional Reporter, and Notary Public in and
     for the State of Utah.
 6
             That the said witness was by me, before examination,
```

**Exhibit C - Linda Mason Deposition Excerpts**

• **Mason - Oppo MIL 1 (Limiting Instructions)**

```
 7    duly sworn to testify the truth in said cause.
 8        That said testimony was reported by me and thereafter
      transcribed into typewriting, and that a full, true, and
 9    correct transcription of said testimony is set forth in the
      foregoing pages, numbered from 3 through 121 inclusive.
10
          I further certify that after said testimony was
11    transcribed, a reading copy of same was delivered to the
      witness for reading and signature and signed before a Notary
12    Public.
13        I further certify that I am not of kin or otherwise
      associated with any of the parties to said cause of action
14    and that I am not interested in the event thereof.
15        WITNESS MY HAND and official seal at Salt Lake City,
      Utah, this 30th day of August, 2006.
16
```