**Exhibit D - Rothkopf Deposition Excerpts**

• Mason - Oppo MIL 1 (Limiting Instructions)

| | | |
|---|---|---|
| [1:1] - [1:24] | 9/20/2006 Rothkopf, Michael | |

```
page 1
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
       IN RE: VIOXX           :  MDL DOCKET NO.
 3     LITIGATION PRODUCTS    :  1657
       LIABILITY LITIGATION   :  SECTION L
 4                            :
       THIS DOCUMENT RELATES  :  JUDGE FALLON
 5     TO                     :
       CHARLES LARON MASON    :  MAGISTRATE JUDGE
 6              V.            :  KNOWLES
       MERCK & CO., INC.      :
 7
 8
 9                   - - -
10              September 20th, 2006
11                   - - -
12
13
14         Oral deposition of MICHAEL
15     ROTHKOPF, M.D., held at the offices of the
16     witness, 1320 Greenway, Suite 200, Irving,
17     Texas, commencing at 1:58 p.m., on the above
18     date, before Daniel J. Skur, Certified
19     Shorthand Reporter and Notary Public.
20                   - - -
21
               GOLKOW LITIGATION TECHNOLOGIES
22                  Four Penn Center
             1600 John F. Kennedy Boulevard
23                   Suite 1210
             Philadelphia, Pennsylvania 19103
24                  877.DEPS.USA
```

| | | |
|---|---|---|
| [146:18] - [147:10] | 9/20/2006 Rothkopf, Michael | |

```
page 146
18         Q.    And when the Merck lawyers
19  stand up at trial and make a listing of all
20  the risk factors that Mr. Mason had for
21  coronary artery disease, are you going to say
22  erectile dysfunction is on one of those that
23  goes on that list?
24         MR. KRUMHOLZ:  Objection, form.
page 147
 1         A.    I'm going to say it's a marker
 2  for coronary artery disease and supports the
 3  fact that he had underlying coronary artery
 4  disease.  You have to understand that risk
 5  factors don't necessarily apply to the
 6  individual, meaning that coronary artery
 7  disease is extremely prevalent in this
 8  society and that probably one or more of us
 9  in this room, with no risk factors, has
10  coronary artery disease and may be at risk by
```

| | | |
|---|---|---|
| [399:1] - [399:22] | 9/20/2006 Rothkopf, Michael | |

```
page 399
 1          C E R T I F I C A T E
 2
 3          I, DANIEL J. SKUR, a Notary
     Public and Certified Shorthand Reporter, do
```

**Exhibit D - Rothkopf Deposition Excerpts**

- **Mason - Oppo MIL 1 (Limiting Instructions)**

```
 4    hereby certify that prior to the commencement
      of the examination, MICHAEL ROTHKOPF, M.D.
 5    was duly sworn by me to testify to the truth,
      the whole truth and nothing but the truth.
 6
              I DO FURTHER CERTIFY that the
 7    foregoing is a verbatim transcript of the
      testimony as taken stenographically by and
 8    before me at the time, place and on the date
      hereinbefore set forth, to the best of my
 9    ability.
10            I DO FURTHER CERTIFY that I am
      neither a relative nor employee nor attorney
11    nor counsel of any of the parties to this
      action, and that I am neither a relative nor
12    employee of such attorney or counsel, and
      that I am not financially interested in the
13    action.
14
15
16
17              Daniel J. Skur
                Notary Public, State of Texas
18              My Commission Expires 7/10/2010
                Dated:  9/22/06
19
20
21
22
```