**Exhibit F - Vogeler Deposition Excerpts**

**• Mason - Oppo MIL 1 (Limiting Instructions)**

[1:] - [1:25]          7/26/2006   Vogeler, Douglas (Mason)

```
page 1
    0001
1                               UNITED STATES DISTRICT COURT
                                EASTERN DISTRICT OF LOUISIANA
2

3    _____
                                    )
     IN RE:  VIOXX                  )      MDL DOCKET NO. 1657
4    PRODUCTS LIABILITY             )      SECTION L
     LITIGATION                     )
5                                   )
     This document relates to:      )      JUDGE FALLON
6    Case No. 2:06-CV-00810;        )      MAGISTRATE JUDGE KNOWLES
     CHARLES LARON MASON v.         )
7    MERCK & CO., INC.,             )
                                    )      DEPOSITION OF:
8         Defendant.                )      DOUGLAS M. VOGELER, M.D.
     _____)
9
10
11
12                                    July 26, 2006
13                                    8:17 a.m.
14
15
16
17                              Alta View Women's Center
18                               9600 south 1300 East
19                               Murray, UT  84094
20
21
22
23                                  Sharon Morgan
24                        - Registered Professional Reporter -
25                            Certified Realtime Reporter
```

[9:25] - [10:2]        7/26/2006   Vogeler, Douglas (Mason)

```
page 9
25       Q.   How long have you been a treating physician
page 10
1    of Mr. Mason's?
2        A.   It looks like it goes back since 1990.
```

[24:14] - [24:16]      7/26/2006   Vogeler, Douglas (Mason)

```
page 24
14       Q.   Do you have any type of supervisory role over
15   her?
16       A.   Yes.  She works for me.
```

[25:22] - [26:7]       7/26/2006   Vogeler, Douglas (Mason)

```
page 25
22       Q.   Okay.  Like for Mr. Mason, you're his family
23   physician and you see him in the office a lot,
24   correct?
25       A.   Correct.
page 26
1        Q.   But Nurse Olson also sees him in the office a
2    lot, correct?
3        A.   Correct.  I'm not sure why she did that
4    particular physical.  It may be that I was booked up
5    because I'm busier.  I probably have a month or six
```

Exhibit F - Vogeler Deposition Excerpts

• **Mason - Oppo MIL 1 (Limiting Instructions)**
```
                6   weeks' waiting period to get in for a physical whereas
                7   she only has a week or so.
```

[192:16] - [192:19]    7/26/2006   Vogeler, Douglas (Mason)
```
              page 192
                16       Q.   I think the records indicate he's had
                17   significant back pain since 1972?
                18       A.   On his first visit we noted that was one of
                19   his problems, recurring back pain for years.
```

[201:10] - [204:3]    7/26/2006   Vogeler, Douglas (Mason)
```
              page 201
                10       Q.   I want to talk, first of all, about your own
                11   use.  It's my understanding you have taken Vioxx
                12   because of a surgery that you had as well as
                13   osteoarthritis; is that right?
                14       A.   Yes.
                15           MR. NABERS:  Objection to the form.
                16       Q.   (By Mr. Krumholz)  Is that true?
                17       A.   Yes.
                18           MR. NABERS:  Objection to the form.
                19       Q.   (By Mr. Krumholz)  Was it effective?
                20       A.   Yes.
                21           MR. NABERS:  Objection to the form.
                22       Q.   (By Mr. Krumholz)  Tell us how it was
                23   effective.
                24           MR. NABERS:  Objection to the form.
                25       A.   It didn't upset my stomach and it got rid of
              page 202
                1   my pain.
                2       Q.   (By Mr. Krumholz)  Up until the time that you
                3   took Vioxx, was it the best pain relief that you had
                4   obtained in connection with your osteoarthritis?
                5           MR. NABERS:  Objection to the form.
                6       A.   It was comparable to pain.  I used to take
                7   Naprosyn.  I've taken Motrin.  I've taken Tylenol.  It
                8   was comparable to Naprosyn.  Naprosyn was better than
                9   the others.
                10       Q.   (By Mr. Krumholz)  So it was -- it was able
                11   to reduce your pain or eliminate your pain as well as
                12   Naprosyn was able to eliminate it?
                13       A.   Yes.
                14           MR. NABERS:  Objection to the form.
                15       Q.   (By Mr. Krumholz)  Is that true?
                16       A.   Yes.
                17           MR. NABERS:  Objection to the form.
                18       A.   I just developed more stomach problems as I
                19   got older and I couldn't tolerate the Naprosyn after a
                20   few years.
                21       Q.   (By Mr. Krumholz)  So were COX-2s your only
                22   alternatives in terms of reducing your pain in your
                23   mind given your GI issues with the traditional NSAIDs?
                24           MR. NABERS:  Objection to the form.
                25       A.   I can take them for a limited amount of time
              page 203
                1   as long as I'm taking -- I take Aciphex for my
                2   stomach.  So as long as I'm protecting my stomach, I
                3   can do it for a short period of time.
                4       Q.   (By Mr. Krumholz)  Did you find Vioxx to be a
                5   safe drug for you?
                6       A.   Yes.
                7           MR. NABERS:  Objection to the form.
                8       Q.   (By Mr. Krumholz)  Did you have any untoward
                9   side effects?
                10           MR. NABERS:  Objection to the form.
                11       A.   No.
```

**Exhibit F - Vogeler Deposition Excerpts**

• **Mason - Oppo MIL 1 (Limiting Instructions)**

```
12        Q.   (By Mr. Krumholz)  Were you happy with the
13   results you obtained in connection with your use of
14   Vioxx?
15            MR. NABERS:  Object to the form.
16        A.   Yes.
17        Q.   (By Mr. Krumholz)  And you found it to be an
18   effective pain reliever?
19            MR. NABERS:  Objection to the form.
20        A.   Yes.
21        Q.   (By Mr. Krumholz)  Did you find it to be
22   effective in terms of reducing inflammation?
23        A.   Yes.
24            MR. NABERS:  Objection to the form.
25        Q.   (By Mr. Krumholz)  In connection with your
page 204
1    patients, did you find it to be an effective pain
2    reliever?
3        A.   Yes.
```

[204:4] - [204:6]        7/26/2006   Vogeler, Douglas (Mason)

```
page 204
4        Q.   Did you find Vioxx to be a safe drug for your
5    patients?
6        A.   Generally, yes.
```

[205:13] - [205:17]        7/26/2006   Vogeler, Douglas (Mason)

```
page 205
13        Q.   You indicated in response to Mr. Nabers'
14   questions that you thought it was appropriate for
15   Nurse Olson to prescribe Vioxx for Mr. Mason given his
16   presentation.  Do you recall that?
17        A.   Yes.
```

[206:9] - [206:20]        7/26/2006   Vogeler, Douglas (Mason)

```
page 206
9        Q.   Let me ask you a different question.  If
10   Vioxx were still on the market, would you have --
11   would you still be prescribing it?
12            MR. NABERS:  Objection to the form.
13        A.   Yes.  Yes.
14        Q.   (By Mr. Krumholz)  You still believe it to be
15   a safe and effective drug --
16            MR. NABERS:  Objection to the form.
17        Q.   (By Mr. Krumholz) -- for appropriate
18   patients?
19            MR. NABERS:  Same objection.
20        A.   Yes.
```

[208:3] - [208:7]        7/26/2006   Vogeler, Douglas (Mason)

```
page 208
3        Q.   When there are significant safety issues that
4    arise in connection with medications your office
5    prescribes, is it routine for you and Nurse Olson to
6    discuss those issues?
7        A.   Yes.
```

[208:8] - [208:17]        7/26/2006   Vogeler, Douglas (Mason)

```
page 208
8        Q.   And long before this label came out that's
9    Exhibit 31, you and Nurse Olson discussed Celebrex's
10   safety factors?
11            MR. NABERS:  Objection.
```

**Exhibit F - Vogeler Deposition Excerpts**

• **Mason - Oppo MIL 1 (Limiting Instructions)**

```
12      A.   Yes.
13      Q.   (By Mr. Krumholz)  Including the
14 cardiovascular risks that are contained in the black
15 box on the first page of Exhibit 31?
16      MR. NABERS:  Objection to the form.
17      A.   Yes.
```

[228:1] - [228:25]     7/26/2006   Vogeler, Douglas (Mason)

```
page 228
1                    C E R T I F I C A T E
2  STATE OF UTAH         )
                             :ss
3  COUNTY OF SALT LAKE   )
4           THIS IS TO CERTIFY that the deposition of
   DOUGLAS M. VOGELER, M.D., the witness in the foregoing
5  deposition named, was taken before me, Sharon Morgan,
   Certified Shorthand Reporter and Notary Public in and
6  for the State of Utah, residing in Salt Lake City.
7           That the said witness was by me, before
   examination duly sworn to testify the truth, the whole
8  truth, and nothing but the truth in said cause.
9           That the testimony of said witness was by me
   reported in Stenotype, and thereafter caused to be
10 transcribed into typewriting, and that a full, true,
   and correct transcription of said testimony so taken
11 and transcribed is set forth in the foregoing pages,
   numbered from 4 to 226, inclusive, and said witness
12 deposed and said as in the foregoing annexed
   deposition.
13
            I further certify that the original
14 transcript of the same was delivered to Mr. Nabers,
   the witness having waived reading and signing before a
15 Notary Public.
16          I further certify that I am not of kin or
   otherwise associated with any of the parties to said
17 cause of action, and that I am not interested in the
   event thereof.
18
            WITNESS MY HAND and official seal at Salt
19 Lake City, Utah, this 27th day of July, 2006.
20
21          _____
            Sharon Morgan, CSR, RPR, CRR
22
23 My Commission Expires:
   6-16-2007
24
25
```