## HISTORY AND PHYSICAL — DOUGLAS VOGELER, M.D.

Name: Charles L. Mason
Address: 4124 S. 4580 W.
Phone (Home): 801-969-7558
SS#: 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
(Work): 801-972-4057
Date: 1-27-94
Occupation: Collection Mgr
Birth Date: 12-12-41

**Chief complaint:**

**DRUG ALLERGIES:** None Known

**CURRENT MEDS:**

### FAMILY HISTORY

| | Father | Mother | Father's Parents | Mother's Parents | Siblings | Children |
|---|---|---|---|---|---|---|
| Heart disease | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| High blood pressure | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Stroke | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Cancer | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Glaucoma | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Diabetes | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Epilepsy/Convulsions | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Bleeding disorder | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Kidney disease | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Thyroid disease | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Mental illness | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### HOSPITALIZATION OR SURGERY

| Date | Reason | Date |
|---|---|---|
| | | |

### MEDICAL HISTORY

Mark ☒ for current problems. Tick ☒ box and indicate age when you had any of following symptoms or diseases.

**MAIN PROBLEMS (1)**
- ☐ Decreased Hearing
- ☐ Ringing in ear
- ☐ Ear infections - frequent
- ☐ Dizzy Spells
- ☐ Failing Vision
- ☐ Double or Blurred Vision
- ☐ Eye Pain
- ☐ Eye infections - frequent
- ☐ Nose Bleeds - recurrent
- ☐ Sinus Trouble
- ☐ Sore Throats - frequent
- ☒ Hayfever / Allergies — Last Few Yrs
- ☐ Hoarseness - prolonged
- ☒ Pneumonia / Pleurisy
- ☐ Bronchitis / Chronic Cough
- ☐ Asthma / Wheezing
- Shortness of breath:
  - ☐ on Exertion   ☐ Lying Flat
- ☐ Chest Pain
- ☐ High Blood Pressure
- ☒ Heart Murmur — youth
- ☐ Palpitations
- ☐ Irregular Pulse
- ☐ Swollen Ankles
- ☐ Fainting Spells

**(2)**
- ☐ Leg Pain when walking
- ☐ Varicose Veins / Phlebitis
- ☐ Loss of Appetite - recent
- ☐ Difficulty Swallowing
- ☐ Indigestion or Heartburn
- ☐ Persistent Nausea / Vomiting
- ☐ Peptic Ulcers
- ☐ Abdominal Pain - chronic
- ☐ Change in Bowel Habits - recent
- ☒ Diarrhea   ☐ Constipation
- ☐ Diverticulosis
- ☐ Bloody or Tarry Stools
- ☒ Hemorrhoids — not too bad
- ☒ Gall Bladder Trouble — 12/93
- ☐ Jaundice / Hepatitis
- ☐ Hernia
- ☐ Urine infection - frequent
- ☐ Painful Urination
- ☐ Blood in Urine
- ☐ Overnight Urination - More than 2
- ☐ Control in Urination
- ☐ Decrease in Force of Urination
- ☐ Kidney Stones
- ☐ Venereal Disease
- ☐ Urethral Discharge

- ☐ Chronic Fatigue
- ☐ Weight Loss - recent
- ☐ Anemia   Bruise easily
- ☐ Cancer
- ☐ Diabetes
- ☐ Thyroid Disease
- ☐ Convulsions / Seizures
- ☐ Stroke
- ☐ Tremor / Hands Shaking
- ☐ Muscle Weakness
- ☐ Numbness/Tingling Sensations
- ☐ Headaches - frequent
- ☐ Arthritis / Rheumatism
- ☐ Back Pain - recurrent
- ☐ Bone Fracture / Joint injury
- ☐ Gout
- ☐ Foot Pain   ☐ Cold Numb Feet
- ☐ Rashes   ☐ Hives
- ☐ Psoriasis   ☐ Eczema
- ☐ Sleeping - difficulty
- ☐ Nervousness   ☐ Depression
- ☐ Memory Loss
- ☐ Moodiness - excessive
- ☐ Phobias
- ☐ Mental Illness

**(3)**
- ☐ Chicken Pox   ☐ Polio
- ☐ Measles   ☐ Germ Measles
- ☐ Rheumatic   ☐ Scarlet Fever
- ☐ Mumps   ☐ Tuberculosis
- ☐ Alcohol _____ oz per week
- ☐ Smoking _____ cig. per day

Females - Menstrual History
Age of onset _____ ☐ Reg  ☐ Irreg
Flow  ☐ Heavy  ☐ Mod  ☐ Light
☐ Pain / Cramps with Mens. Flow
_____ Days of Flow
_____ Length of Cycle
☐ Pain / Bleeding After Sex
No. of Pregnancies _____
No. of Live Births _____
No. of Miscarriages _____
Birth Control Method _____
  B.C. Pill (name) _____
☐ Flushing / Menopause
Other Symptoms or Diseases
☐ _____
☐ _____
☐ _____

**SYNOPSIS:** recent flu + GE/pleurisy was having chest tightness + pain not clearing — meds had effusion tapped off @ knee earlier yr. no pain in neck pain + swell. @ shoulder low back over yrs

## PHYSICAL EXAM

| | | |
|---|---|---|
| Temp. | Pulse | BP 124/68 |
| Ht. 5'9" | Weight 210 | Respiration |

GENERAL APPEARANCE: 52 yo WM mild obese WD

### NOTES

| | N | AB | |
|---|---|---|---|
| Skin | ✓ | | |
| HEENT | ✓ | | |
| Neck | ✓ | | |
| Thyroid | ✓ | | |
| Lymph nodes | ✓ | | |
| Veins/Carotid | ✓ | | |
| Breasts | ✓ | | |
| Lungs | | | clear P+A |
| Heart | ✓ | | S₁ S₂ nl s(w), G, RR |
| Peripheral pulses | | | |
| Abdomen | ✓ | | soft obese s̄ P L S M |
| Genital/Hernia | ✓ | | |
| Pelvic | | | Ext. Gen.  Vagina  Cx.  Ut.  Adn. |
| Rectal / Prostate | ✓ | | |
| Extremities | ✓ | | |
| Joints | ✓ | | |
| Edema | ✓ | | |
| Spine | | | |
| Neurological | ✓ | | |

### LAB

ECG: R'g waves in AVF   wnl
CHEST X RAY: WNL   ↓ chol
CHEMISTRY:

URINE   PROT   GLU   RBC'S   WBC'S 0-2 MICRO
STOOL OB: pending

### ASSESSMENT

1) WAC
2) chest/abd RUQ pain R/O gall stones
3) ment nrv / planning
4) poss DJD mild (R) knee

### PLAN:

→ flex sig nrms
→ GBUS
→ nsdrnrs
→ adrnct pr

## PROGRESS NOTES

Name: Charles Mason
Doctor: Age 48

| DATE | | SIGNATURE |
|---|---|---|
| OCT 29 1990 | HT 5'10"  WT 190  BP 102/86 | |
| | see form | |
| 11-5-90 | guiac x 3 (-) | M |
| JAN 17 1994 | CC: Cough (Dry) Sinus Cong, ST Diarrhea x 1 mth → chest tightness | |
| | O: [illegible exam notes] tender max [illegible] abd soft ō PUS tender deep [illegible] WNL 1 flex  GE  cipro 500 x 10d  metro LA  zantac 150 bid | cipro 500 metro |
| JAN 1994 | Phc. Phys. | |
| 2-1-94 | Phys. | |
| 2-7-94 | guiac x 3 (-) see form | M |
| MAY 27 1994 | CC: Gas Pain, Diarrhea x 10 mos. gets upper abd bloating + diarrhea → no blood comes on ā eating too more than worse c diet soft drinks or spicy food o/w minimal explosive diarrhea  A: hx GB polyps ? giardia other  P: metro 250 tid x 7d if persists ā ? more | metro |