Exhibit A - 6/28/06 C. Mason Deposition Excerpts

• **Mason - Oppo MIL 9**

[1:] - [1:24]         6/28/2006     Mason, Charles (Mason)

```
                      page 1
                           0001
                      1                       UNITED STATES DISTRICT COURT
                                              EASTERN DISTRICT OF LOUISIANA
                      2
                      3    _____
                      4    In re:  VIOXX                )
                                                        )
                      5    PRODUCTS LIABILITY LITIGATION )
                                                        ) MDL DOCKET NO. 1657
                      6    This document relates to:    )
                           Case No. 2:06-CV-00810       ) SECTION L
                      7                                 )
                           CHARLES MASON,               ) JUDGE FALLON
                      8                                 )
                                 Plaintiff,             ) MAGISTRATE JUDGE
                      9                                 )  KNOWLES
                              vs.                       )
                      10                                ) Deposition of:
                           MERCK & CO., INC.,           ) CHARLES L. MASON
                      11                                )
                                 Defendant.             )
                      12   _____
                      13
                      14                      June 28, 2006
                                                9:08 a.m.
                      15
                                     Location:  Ray, Quinney & Nebeker
                      16               36 South State Street, Suite 1400
                                              Salt Lake City, Utah
                      17
                      18              Reporter:  Rashell Garcia
                               Notary Public in and for the State of Utah
                      19
                      20
                      21
                      22
                      23
                      24
                      25
                      page 2
                      1                  A P P E A R A N C E S
                      2
                      3
```

[69:20] - [70:10]         6/28/2006     Mason, Charles (Mason)

```
                      page 69
                      16    Q.   And it says, sister?  Sisters?
                      17    A.   That's correct.
                      18    Q.   And it says "heart attack," does it not?
                      19    A.   It does.
                      20    Q.   And so one of your sisters had a heart attack;
                      21  true?
                      22    A.   That is -- that's an assumption on my part.
                      23    Q.   Well that's what you believed?
                      24    A.   I believed it was a heart attack.  We never
                      25  received any definite as to what caused her death.
                      page 70
                      1     Q.   You were told it was a heart attack?
                      2     A.   I was told by my nephew that it was a heart
                      3   attack.
                      4     Q.   Your nephew being your sister's-
                      5     A.   Son.
                      6     Q.   -- son.  Is that a yes?
                      7     A.   That's a yes.
                      8     Q.   And you have no reason to disbelieve that;
```

**Exhibit A - 6/28/06 C. Mason Deposition Excerpts**

• **Mason - Oppo MIL 9**

```
 9   true?
10   A.   That is correct.
11   Q.   Any other of your siblings have heart attacks
12   or strokes?
13   A.   No, sir.
14   Q.   Or cardiovascular disease, to your knowledge?
```

[238:2] - [238:25]     6/28/2006     Mason, Charles (Mason)

```
page 237
                         NOTARY PUBLIC
25
page 238
 1                   C E R T I F I C A T E
 2
     STATE OF UTAH          )
 3                          :ss
     COUNTY OF SALT LAKE    )
 4
 5       THIS IS TO CERTIFY that the deposition of CHARLES
     L. MASON, the witness in the foregoing deposition
 6   named, was taken before me, Rashell Garcia, Certified
     Shorthand Reporter and Notary Public in and for the
 7   State of Utah, residing in Salt Lake City.
 8       That the said witness was by me, before
     examination, duly sworn to testify the truth, the whole
 9   truth, and nothing but the truth in said cause.
10       That the testimony of said witness was by me
     reported in Stenotype, and thereafter caused to be
11   transcribed into typewriting, and that a full, true,
     and correct transcription of said testimony so taken
12   and transcribed is set forth in the foregoing pages,
     numbered from 2 to 238, inclusive, and said witness
13   deposed and said as in the foregoing annexed
     deposition.
14
         I further certify that a reading copy of
15   the same was delivered to the witness for reading and
     signature, signing before a Notary Public, and
16   to be returned within 30 days of the date hereon.
17       I further certify that I am not of kin or
     otherwise associated with any of the parties to said
18   cause of action, and that I am not interested in the
     event thereof.
19
         WITNESS MY HAND and official seal at Salt Lake
20   City, Utah, this _____ day of_____,
     2006.
21
22   My Commission Expires:     _____
     12-15-2008                 Rashell Garcia C.S.R.
23                              License No. 144
24
25
```