Date: 4-5-97

Screening of PSA + CBC

972-3308



Accredited by

## INTERMOUNTAIN SLEEP DISORDERS CENTER
## LDS HOSPITAL
## QUESTIONNAIRE

Name: __MASON__ __Charles__ __L.__
         Last            First          Middle

Address: __4124 South 4580 West__
                         Street

__West Valley City,__ __Utah__ __84120__
     City                State     Zip

Telephone: __(801) 969-7558__ (home)       Date of Birth: __12/12/41__
           __(801) 977-9700__ (work)       Sex: __M__ Age: __55__

Current Marital Status: (Married)   Single   Divorced   Widow/Widower

Occupation: __Credit/Collection__   Working Hours: From __8:00__ to __5:00__

Family MD: __Doug Vogeler__   Referring MD: __Doug Vogeler__

Insurance: __IHC · Network Choice__

Social Security # __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__

Birthplace: __Tremonton__                    __Utah__
             City                       State (or Country)

Race: White _X_ Black ___ Hispanic ___ Am Indian ___ Asian or Pacific Islander ___

---

**PRESENT ILLNESS:**

What is the PRIMARY reason for this examination? __Sleep Apnea__

Please describe your problem in your own words. If possible, specify how long you have had trouble and what has been done about it so far. How has it affected the quality of your life?

Even though tried to get sleep, wake up always tired. No rest yet. Take naps during days when able. Have had for several years. Shortness of breath - Break into sweat after showers.

SL 4-87 (REV 92)

EXHIBIT 3

MasonC-LDSHosp-   00007

M006785942

## PERSONAL HABITS:

**Cigarette Smoking:**

Have you ever smoked cigarettes regularly?   No   (Yes)   (If no, go to next section)

If yes, how many years altogether have you smoked? _16_

Overall, how many cigarettes a day would you typically smoke? _60-80_

Do you smoke presently?   (No)   Yes

If yes, about how many cigarettes a day do you average? _____

If you smoked previously, when did you quit? _1977_

**Alcohol Use:**

Have you ever regularly consumed alcoholic beverages?   No   Yes   (If no, go to next section)

Do you presently drink alcoholic beverages?   (No)   Yes   (If no, go to next section)

If yes, how often on the average do you drink an alcoholic beverage?   once a month or less   2-3 times/month   1-2 times/week   nearly every day

**Caffeine Use:**

Do you drink caffeinated beverages?   No   (Yes)   coffee ✓   tea ___   cola ✓

What is your typical consumption in a 24 hour period? _3 to 6 cups_

**Diet:**

Do you follow a special diet?   (No)   Yes
Describe _____

2

| | | |
|---|---|---|
| **Exercise Program:** | Please describe any exercise you perform beyond what you do at work or with ordinary activities. | Normally walk (3) times per week - about 45 minutes each |
| **Drug Use:** | Do you ever use "recreational" drugs? | (No)  Yes  Describe _____ |
| **Bedtime:** | What is the usual time you get — | in to bed? 10:00 PM<br>out of bed? 6:00 AM |

## FAMILY HISTORY:

| | Living | Age (or Age at Death) | Health Problems or Cause of Death |
|---|---|---|---|
| Father | Y (N) | 88 | Alzheimers - Pneumonia |
| Mother | (Y) N | 89 | Heart Palsey |

| | Number | Ages | |
|---|---|---|---|
| Sisters | 5 | 70, 69, 65, (63) 59 | (1) Heart Attack |
| Brothers | 3 | (67) 57, | (1) Cancer - |
| Children | 3 | 27, 24, 18 | . |

Please circle illnesses which have occurred in your BLOOD relatives:

- (Sleep abnormalities (any kind))
- Narcolepsy
- Problems with staying awake
- (Sleep Apnea)
- (Allergies (asthma, hayfever, or eczema))
- Strokes
- Hypertension
- (Diabetes)
- Cardiac Disease _____
- Breast Cancer _____

Other significant conditions _____

3

MasonC-LDSHosp-   00009

M006785944

## PAST MEDICAL HISTORY:

Height _5'10"_   Weight _265_

How would you rate your over-all health?

excellent   (good)   fair   poor

Have you ever been diagnosed or treated for any of the following conditions?

| If yes, when | | If yes, when | |
|---|---|---|---|
| _____ | Hypertension (high blood pressure) | _____ | Hiatal Hernia |
| _____ | Cardiac Arrhythmia (heart irregularities) | ? | Gastric Reflux |
| _____ | | _____ | Hypothyroidism (low thyroid) |
| _____ | Coronary Artery Disease (hardening of arteries) | _____ | Nasal polyps |
| _____ | | _____ | Hay Fever or Allergic Rhinitis |
| _____ | Angina (heart pain) | _____ | Deviated Nasal Septum |
| _____ | Myocardial Infarction (heart attack) | _____ | Vocal Cord Disease |
| _____ | | _____ | Chronic Lung Disease (any kind) |
| _____ | Congestive Heart Failure | _____ | Asthma |
| _____ | Pulmonary Hypertension | _____ | Bronchitis |
| _____ | Polycythemia (excessive red blood cells) | _____ | Emphysema |
| _____ | | _____ | Depression |
| _____ | Edema (water retention) | _____ | Diabetes |

List all surgeries you have had including operations such as tonsillectomy & adenoidectomy (T & A), etc.

| Operation | Date | Operation | Date |
|---|---|---|---|
| Tonsillectomy | 1948 | | |
| Gall Bladder Removal | 11/23/96 | Ngs-op hypoxemia | |

4

MasonC-LDSHosp-   00010

M006785945

List all medications, including non-prescription items (i.e., over-the-counter) that you take on a regular basis.

| Medication | Dosage | Times /day | Medication | Dosage | Times /day |
|---|---|---|---|---|---|
| a. Aspirin | 1-4 | per day | e. | | |
| b. | | | f. | | |
| c. | | | g. | | |
| d. | | | h. | | |

List those you have taken recently but do not take routinely.

| Medication | Dosage | Times /day | Medication | Dosage | Times /day |
|---|---|---|---|---|---|
| a. | | | d. | | |
| b. | | | e. | | |
| c. | | | f. | | |

List any other serious or chronic medical illnesses you have or for which you have been treated. Also list any hospitalizations and reasons:

_____
_____
_____

## REVIEW OF SYMPTOMS:

1. Have you gained (or lost) weight in the past 12 months?   (No)  Yes  How Much? _____

2. Do you regularly have a problem breathing through your nose?
   No — go to question 3.
   (Yes) circle one:
   (some)   moderate   severe

3. Do you have any difficulties with physical exertion such as unusual shortness of breath, difficulty breathing or chest discomfort?
   No (Yes)
   If yes, describe below
   Seem to tire easily

MasonC-LDSHosp-   00011

M006785946

4. Do you have a chronic or persistent cough?  
(No) Yes  
If yes, describe below

5. Do you have excessive phlegm or sputum?  
No  Yes  
If yes, describe below

6. Do you have episodes of wheezing or chest tightness?  
No (Yes)  
If yes, describe below  
Notice wheezing at end of exhale & banil

7. Have you had persistent swelling of your ankles or feet?  
(No) Yes  If yes, when? _____

8. Do you have any difficulty with swallowing food, indigestion, heart burn or regurgitation of acid back into your chest or mouth?  
No (Yes)  
If yes, describe below  
Not as bad since Gall Bladder removed

9. Have you had any change in your usual bowel habits recently, such as constipation or change in shape, color, etc.?  
No  Yes  
If yes, describe below

10. Do you have any difficulty passing your urine such as burning, blood, or poor stream?  
(No) Yes  
If yes, describe below

11. If you are a male, have you had problems with impotency?  
(No) Yes

12. Have you experienced any neurologic problem such as persistent loss of sensation, loss of muscle strength, poor coordination, clumsiness, balance difficulty or memory loss?  
No (Yes)  
If yes, describe below  
Noticed that dizziness occures, certain times

13. Do you have any persistent arthritis, joint pains, or other musculoskeletal discomfort?  
No (Yes)  
If yes, describe below  
Back Problems

14. Do have excessively dry skin?  
(No) Yes  
If yes, describe below

Please describe positive answers to questions above and elaborate on any other persistent symptom(s) which seem important to you:

_____
_____
_____
_____

6

MasonC-LDSHosp-   00012

M006785947

## GENERAL QUESTIONS PERTAINING TO SLEEP HABITS

Select and circle ONLY ONE answer per question that best describes you. If you have any comments, please write them on the questionnaire.

1. How often do you have any problems with your sleep?

   - 0 never
   - 1 occasionally
   - 2 frequently
   - **(3) almost always**

2. If yes, for how long (years)?

   - 0 0-1
   - **(1) 2-5**
   - 2 5-10
   - 3 10 or more

3. When I sleep

   - 0 I sleep very soundly and rarely change positions
   - **(1) I occasionally change positions but generally do not move very much**
   - 2 I am restless, change positions frequently and am easily disrupted
   - 3 I never sleep

4. When I sleep

   - **(0) I never dream or can't recall dreaming**
   - **(1) I dream occasionally**
   - 2 I have vivid dreams which are bizarre but generally pleasant
   - 3 I have intense dreams or nightmares which I sometimes seem to act out

5. How often do you have problems with excessive daytime sleepiness?

   - 0 never (go to question 7)
   - **(1) occasionally**
   - 2 frequently
   - 3 almost always

6. If yes, for how long (years)?

   - 0 0-1
   - **(1) 2-5**
   - 2 5-10
   - 3 10 or more

7. How many hours do you usually sleep at night?

   - **(0) less than 4**
   - 1 4-6
   - 2 6-8
   - 3 8-10

8. How often does your bedtime vary from night to night?

   - 0 rarely
   - **(1) occasionally**
   - 2 frequently
   - 3 almost always

9. How often do you have difficulty going to sleep at night?

   - 0 never
   - **(1) occasionally**
   - 2 frequently
   - 3 almost always

   *No [illegible] sleep [illegible]*

10. How often do you have trouble staying asleep?

    - 0 never
    - 1 occasionally
    - **(2) frequently**
    - 3 almost always

*[illegible handwritten comment at bottom: wife sometimes leaves due to his snoring]*

7

MasonC-LDSHosp-   00013

M006785948

**Select and circle ONLY ONE answer per question that best describes you.**

11  How many times during sleep do you typically wake up for more than 3-5 minutes?

- (0) 0-4
- 1  5-8
- 2  9-12
- 3  more than 12

12  How many times do you awaken from sleep and go to the bathroom to urinate?

- (0) 0-1
- 1  2-3
- 2  3-4
- 3  5 or more

13  Do you use alcohol within several hours of bedtime or to help you sleep?

- (0) never
- 1  occasionally (once a month or less)
- 2  frequently (1-2 times a week)
- 3  almost always (nearly every day)

14  How often do you use sleeping medications or tranquilizers to help you sleep?

- (0) never
- 1  occasionally
- 2  frequently
- 3  almost always

15  When you sleep, do you have persistent twitching or jerking of your arms or legs?

- 0  never or don't know
- (1) occasionally
- 2  frequently
- 3  almost always

16  When trying to fall asleep, how often do you experience crawling or aching sensations in your legs, and inability to keep your legs still?

- 0  never
- (1) occasionally
- 2  frequently
- 3  almost always

17  Have you ever had loud snoring?

- no  Go to question 22
- (yes) Go to next question

18  All together, how many years have you snored?

- 0  0-1
- 1  2-5
- (2) 5-10
- 3  10 or more

19  At the present time, how often do you snore?

- 0  never
- 1  occasionally
- (2) frequently
- (3) almost always

20  When you now snore, it is usually ....

- 0  light or quiet (barely audible in the bedroom)
- 1  average (easily heard in the bedroom, but not disruptive)
- 2  moderately loud (disturbs my bed partner)
- (3) extremely loud (can be heard by people outside of my bedroom)

*multiple [illegible] nasal [illegible] in bed[illegible] complain [illegible]*

8

MasonC-LDSHosp-   00014
M006785949

**Select and circle ONLY ONE answer per question that best describes you.**

21  If you snored in the past, was it usually

   0   light or quiet
   (1) average
   2   moderately loud
   3   extremely loud

22  How often do you make loud and disruptive noises (not snoring) when you breathe during sleep?

   0   never
   1   occasionally
   (2) frequently
   3   almost always

23  How often do you sleep on your back?

   0   never
   (1) occasionally
   2   frequently
   3   almost always

24  As far as either you or your bed partner know, your breathing during sleep is ...

   0   normal or I don't know
   (1) sometimes interrupted by long pauses (10 or more seconds of absent or shallow breathing)
   2   frequently interrupted by long pauses
   3   continuously interrupted by pauses

25  How often do you awaken with choking or the sensation of not breathing?

   0   never
   1   occasionally
   (2) frequently
   3   almost every night

26  How often do you awaken with heart burn?

   0   never
   (1) occasionally
   2   frequently
   3   almost every night

27  How often do you experience stomach acid coming up into your throat or mouth during sleep?

   0   never
   (1) occasionally
   2   frequently
   3   almost always

28  How often do you awaken with night sweats?

   0   never
   1   occasionally
   (2) frequently
   3   almost every night

29  How often do you awaken and experience heart palpitations or feel your heart racing at night?

   0   never
   (1) occasionally
   2   frequently
   3   almost always

30  When you finally get out of bed in the morning, do you feel refreshed and ready to start the day?

   0   almost always
   1   frequently
   (2) occasionally
   3   never

9

MasonC-LDSHosp-    00015

M0067859S0

Select and circle **ONLY ONE** answer per question that best describes you.

31  How often do you awaken from sleep or in the morning with a headache?

   0  never
   (1) occasionally
   2  frequently
   3  almost always

32  How often do you have a problem throughout the day due to tiredness and fatigue?

   0  never
   1  occasionally
   (2) frequently
   3  almost always

33  Following your usual night's sleep, do you have difficulty with becoming drowsy when not physically active (for example: while reading, watching television, at movies)?

   0  rarely or never
   1  occasionally (such as after lunch)
   2  frequently
   (3) almost always

34  Following your usual night's sleep, do you have difficulty with sleepiness when physically active and may even unintentionally fall asleep for short periods (for example: while in conversation with other people, driving a car, working, during sexual intercourse, etc.)?

   (0) rarely or never
   1  occasionally
   2  frequently
   3  almost always

   *No drowsy push.*

35  If you have excessive daytime sleepiness, do you feel refreshed after a nap?

   (0) never
   1  occasionally
   2  frequently
   3  almost always
   4  I rarely nap or not applicable

36  Have you ever or do you now use stimulants such as caffeine or Ritalin because of excessive sleepiness?

   (0) never (go to question 38)
   1  occasionally
   2  frequently
   3  almost every day

37  When I use stimulants, my symptoms of excessive sleepiness are

   0  never improved
   1  slightly better
   2  much better
   3  completely gone

38  Do you have difficulty concentrating and focusing attention during the day because of drowsiness?

   0  never
   (1) occasionally
   2  frequently
   3  almost always

39  If you work, how often have you had difficulty doing your job because of sleepiness?

   0  never or not applicable
   (1) occasionally
   2  frequently
   3  almost always

10

MasonC-LDSHosp-   00016

M006785951

Select and circle ONLY ONE answer per question that best describes you.

40  Compared to the past, your interest in sex is?

   0  about the same
   ①  a little less
   ②  much less
   3  no interest at all

41  Are you more irritable than in the past?

   0  no
   1  a little more
   ②  quite a bit
   3  a lot more

42  Do you experience depression?

   0  no
   1  a little more
   ②  quite a bit
   3  a lot more

43  Do you experience vivid dream-like images while falling asleep or when awakening from sleep? (either daytime naps or sleep at night)

   ⓪  never
   1  occasionally
   2  frequently
   3  almost always

44  Do you awaken from sleep or a nap with the feeling that you are unable to move or are paralyzed?

   0  never
   ①  occasionally
   2  frequently
   3  almost always

45  Do you experience sudden muscular weakness or "weak knees" with emotional situations, especially laughter?

   ⓪  never
   1  occasionally
   2  frequently
   3  almost always

I hereby give permission for the reports of my sleep studies be sent to the following doctors and/or insurance companies:

_____
_____
_____
_____

Signature _____ Date 1-15-97
Witness  Cynthia _____ Date 1-15-97

11

MasonC-LDSHosp- 00017

M0067785952