IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| | Section L |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v.<br>MERCK & CO., INC. | Mag. Judge Knowles |

**OPPOSITION OF PLAINTIFF CHARLES LARON MASON TO DEFENDANT'S MOTION TO PRECLUDE IMPROPER REFERENCE TO MERCK'S DEFENSE OF OTHER VIOXX-RELATED LAWSUITS OR TO THE NUMBER OF TIMES MERCK WITNESSES HAVE TESTIFIED PREVIOUSLY**

**(Defendant's Motion in Limine No. 1)**

**TO THE HONORABLE JUDGE ELDON FALLON:**

In an effort to streamline this issue, Plaintiff will not make any "gratuitous" reference to Merck's defense of other Vioxx-related lawsuits. Plaintiff also will not make any reference to the number of times Briggs Morrison or Alice Reicin or any other Merck witnesses have testified at trial during opening or closing statements. However, as this Court has implied, plaintiffs' experts are questioned time and time again about the number of times that have testified on behalf of plaintiffs in litigation and the amount of money they have earned doing so. The reason courts continue to allow these questions is because defense attorneys argue that such testimony goes to potential bias and credibility. The same is true here. If Merck questions Plaintiff's experts about the number of times they have testified for plaintiffs, Plaintiff should be entitled to question Merck's witnesses about the number of times they have testified on behalf of Merck. Obviously, this issue may also be raised for impeachment purposes.

1

Therefore, Plaintiff requests, at a minimum, that the Court defer its ruling on this issue until the time of trial as it has previously done.

Dated:  October 4, 2006

Respectfully submitted,

*/s/ Holly Wheeler*

Edward Blizzard (TBN 02495000)
Scott Nabers (TBN 14769250)
Rebecca Briggs King (TBN 24027110)
Holly M. Wheeler (TBN: 24006035)
BLIZZARD, MCCARTHY & NABERS, L.L.P.
440 Louisiana, Suite 1710
Houston, Texas 77002
(713) 844-3750
(713) 844-3755 (fax)

**ATTORNEYS FOR PLAINTIFF
CHARLES LARON MASON**

| | |
|---|---|
| Andy D. Birchfield, Esq.<br>P. O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Christopher Seeger, Esq.<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Leonard Davis<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70013<br>PH: (504) 581-4892<br>FAX: (504) 561-6024 | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70013<br>PH: (504) 581-4892<br>FAX: (504) 561-6024 |

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition has been served on Liaison Counsel Russ Herman and Phillip Wittmann, Shayna S. Cook and Richard Krumholz by U.S. Mail, facsimile and/or e-mail; and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced, in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of October, 2006.

_____
Holly M. Wheeler