Exhbit C - 9/05/06 G. Sander Deposition Excerpts

- Mason - Expert Challenge 6 (Rothkopf)

| | | |
|---|---|---|
| [1:1] - [1:25] | 9/5/2006 | Sander, Gary (Mason) |

```
page 1
1            UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF LOUISIANA
3
4
  IN RE: VIOXX           MDL DOCKET NO. 1657
5 PRODUCTS LIABILITY
  LITIGATION
6
  THIS DOCUMENT RELATES    SECTION "L"
7 TO:
8 CHARLES MASON            JUDGE FALLON
9 VERSUS
10 MERCK & CO., INC.
11 Civil Action No. 2:06-CV-00810
12
13 CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
14
           Deposition of DR. GARY SANDER,
15 taken at the Law Offices of Stone, Pigman,
   Walther, Wittmann, 546 Carondelet Street, New
16 Orleans, Louisiana, on the 5th day of
   September, 2006.
17
18
   APPEARANCES:
19
   Representing the Plaintiff:
20
           BLIZZARD, McCARTHY & NABERS
21         Attorneys at Law
           BY:  J. SCOTT NABERS, ESQ.
22         Lyric Centre Building
           440 Louisiana, Suite 1710
23         Houston, Texas 77002-1689
           (713) 844-3750
24
25
page 2
1 Representing the Defendant:
2
           BARTLIT, BECK, HERMAN,
3          PALENCHAR & SCOTT
```

| | | |
|---|---|---|
| [92:5] - [92:17] | 9/5/2006 | Sander, Gary (Mason) |

```
page 92
1 BY MR. ISMAIL:
2      Q.    You may answer.
3      A.    090 is an arthritis trial.  VIGOR
4 was a rheumatoid trial I believe.
5      Q.    Do you know, sir, whether or not
6 there were osteoarthritis trials done on Vioxx
7 other than 090 and ADVANTAGE?
8      A.    At this time I don't recall that,
9 because I am not prepared to do that in this
10 deposition.
11     Q.    Do you agree that your expert
12 report does not discuss any osteoarthritis
13 trials done on Vioxx other than 090 and
14 ADVANTAGE?
15     A.    My expert report was not designed
16 to discuss those trials.  It is not designed
17 to be a basic science report.
18     Q.    Well, these are clinical trials,
19 not basic science I am referring to.  Let me
20 restate my question.
21            Are you aware of any other
```

**Exhbit C - 9/05/06 G. Sander Deposition Excerpts**

**• Mason - Expert Challenge 6 (Rothkopf)**

[94:1] - [94:16]        9/5/2006        Sander, Gary (Mason)

```
page 93
22  would you agree your expert report does not
23  discuss any other osteoarthritis drugs on
24  Vioxx?
25       A.    That is true.
page 94
1        Q.    Are you aware of clinical trials
2   done on Vioxx and Alzheimer's patients?
3        A.    Yes.
4        Q.    Have you reviewed that clinical
5   trial data?
6        A.    I reviewed Dr. Farquhar's review
7   of that trial data.
8        Q.    Have you reviewed the
9   peer-reviewed publications in regards to the
10  Vioxx Alzheimer's studies?
11       A.    I reviewed Dr. Farquhar's review
12  of those studies.
13       Q.    But my question is different, so
14  can you answer?
15       A.    I didn't actually review the
16  studies.
17       Q.    Do you know what the Vioxx
18  Alzheimer's study showed with regard to
19  cardiovascular safety of Vioxx?
20       A.    I think that at this point is one
```

[95:21] - [96:2]        9/5/2006        Sander, Gary (Mason)

```
page 95
17  Alzheimer's studies, what interpretations are
18  you referring to?
19       A.    The epidemiologic report of Dr.
20  Farquhar.
21       Q.    When you rely -- when you state
22  that the results of the Alzheimer's studies
23  have been contested, is there any other source
24  other than a paid expert for the plaintiff
25  lawyers that you are relying upon for that
page 96
1   statement?
2        A.    I am not familiar with that data.
3        Q.    So there is nothing else other
4   than Dr. Farquhar's report with regard to
5   Alzheimer's that you are relying on?
6        A.    I am not here to discuss
```

[98:23] - [100:13]        9/5/2006        Sander, Gary (Mason)

```
page 98
19  and that of his statistician.  Correct?
20       A.    Yes.  That was again a minor
21  issue in my evaluation of the Vioxx
22  literature.
23       Q.    Now, your expert report does not
24  discuss the trial known as ViP.  Correct?
25       A.    That is correct.
page 99
1        Q.    Have you seen the data from the
2   ViP study?
3        A.    The ViP is a prostate study I
4   believe.  Prostate study or is that VICTOR?
5   ViP I think is a prostate cancer study.  I
6   have seen the data presented two different
7   ways.  I have seen it presented --
8              I don't think it is published.
9   As Merck reported it, I have seen it as Dr.
10  Farquhar and -- what is the man's name
11  from Stanford?
```

Exhbit C - 9/05/06 G. Sander Deposition Excerpts

**• Mason - Expert Challenge 6 (Rothkopf)**

```
          12         Q.    Farquhar is from Stanford.  I
          13 don't know who else.
          14         A.    The statistician he used.
          15         Q.    The guy from Berkley?
          16         A.    Berkley.  Their review of the
          17 three studies as a continuum as Merck
          18 initially planned the analysis which shows
          19 that there is an increased risk.
          20               The problem with ViP and VICTOR
          21 themselves, as I understand it, is that they
          22 were underpowered in sharp studies to
          23 actually, you know, give definitive data on
          24 the cardiovascular risk.
          25         Q.    Did I hear you correctly say a
          page 100
          1  minute ago that you reviewed the ViP data as
          2  presented by Merck?
          3          A.    I reviewed what Dr. Faquhar gave
          4  as the ViP data Merck presented.
          5          Q.    I am sorry.  Were you done?
          6          A.    Yes.  I reviewed what was in that
          7  expert report.
          8          Q.    To the extent that you considered
          9  the ViP data in reaching your opinions
          10 regarding the cardiovascular safety of Vioxx,
          11 you relied solely upon Dr. Farquhar's expert
          12 report and that of his statistician.  Correct?
          13         A.    Correct.
          14         Q.    To the extent you considered the
          15 VICTOR data when arriving at your opinions
          16 regarding the cardiovascular safety of Vioxx,
          17 you relied only on the expert report of Dr.
```

[232:1] - [232:23]          9/5/2006     Sander, Gary (Mason)

```
          page 231
          22
          23
          24
          25
          page 232
          1                REPORTER'S CERTIFICATE
          2
          3
          4                I, RUBY M. WALLEN, Certified Court
          5  Reporter, do hereby certify that the
          6  above-named witness, after having been first
          7  duly sworn by me to testify to the truth, did
          8  testify as hereinabove set forth;
          9                That the testimony was reported by me
          10 in shorthand and transcribed under my personal
          11 direction and supervision, and is a true and
          12 correct transcript, to the best of my ability
          13 and understanding;
          14               That I am not of counsel, not related
          15 to counsel or the parties hereto, and not in
          16 any way interested in the outcome of this
          17 matter.
          18
          19
          20
          21               _____
                           RUBY M. WALLEN
          22               CERTIFIED COURT REPORTER
                           CSR NO. 78022
          23
          24
          25
```