UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　Product Liability Litigation | MDL NO. 1657<br><br>SECTION:　L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Ronald Duane Gillette, et al. v. Merck & Co., Inc., et al.* No. 05-5442

---

ORDER GRANTING SUBSTITUTION OF COUNSEL

---

The Court considered Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright's ("Plaintiffs") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Kenneth T. Fibich and the law firm of Fibich, Hampton & Leebron, LLP are granted leave to withdraw as counsel of record for the Plaintiffs and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L.

Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright.

Signed this _____ day of _____, 2006

_____
Judge Presiding

APPROVED AND AGREED TO:

Fibich, Hampton & Leebron, LLP

_____
Kenneth T. Fibich
State Bar No. 06952600
W. Michael Leebron, II
State Bar No. 12149000
1401 McKinney, Suite 1800
Houston, Texas  77010
Telephone:  713.751.0025
Telecopier:  713.751.0030

**Withdrawing Attorney-In-Charge for Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott  L. Foor, and Janet Wright**

Blizzard, McCarthy & Nabers, LLP

*Rebecca B. King*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: (713) 844-3750
Fax:    (713) 844-3763

**Substituting Attorney-In-Charge for Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright**