UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Terry T. Courtney, et al. v. Merck & Co., Inc., et al.* No. 05-4437

---

PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

---

1.   Plaintiffs, Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason, and Gershon Y. Perry files this Motion to Substitute Edward Blizzard, Attorney-in-Charge, and the law firm of Blizzard, McCarthy & Nabers, LLP as counsel for Plaintiffs, Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason; and Gershon Y. Perry in place of Kenneth T. Fibich and the law firm of Fibich, Hampton & Leebron, LLP.

2.   The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3.   The substitution of counsel is agreed to by the Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason, and Gershon Y. Perry.

Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason, and Gershon Y. Perry respectfully request that the Court grant this Motion and all other just relief.

Respectfully submitted,

**Fibich, Hampton & Leebron, LLP**

*/s/ Kenneth T. Fibich*

Kenneth T. Fibich
State Bar No. 06952600
W. Michael Leebron, II
State Bar No. 12149000
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: 713.751.0025
Telecopier: 713.751.0030

**Withdrawing Attorney-In-Charge for Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason, and Gershon Y. Perry**

**Blizzard, McCarthy & Nabers, LLP**

*/s/ Rebecca B. King*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: (713) 844-3750
Fax:    (713) 844-3763

          **Substituting Attorney-In-Charge for Plaintiffs Kathy S. Halcomb, Donita F. Howard, Mary E. Massie, Margaret A. Nolan, Lena Redwine, Orbadella Seal, Charlene Smith, Don E. Thomason, and Gershon Y. Perry**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Motion for Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A on September 30th, 2006. The undersigned hereby certifies that counsel will make the change directly on File & Serve LexisNexis as soon as the Order is entered.

*/s/ Rebecca B. King*
Rebecca B. King