# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| ROBERT G. SMITH | REF NO. 05-4379 |
| VERSUS | SECTION: L |
| MERCK & CO., INC. | |

### JUDGMENT

This matter came on before the Court for trial by jury on previous days. Now therefore, considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Robert G. Smith, dismissing said plaintiff's complaint with prejudice and costs.

New Orleans, Louisiana, this 4th day of October, 2006.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**