**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  VIOXX                                    *       **MDL NO. 1657**
      **PRODUCTS LIABILITY LITIGATION**      *
                                         *       **SECTION: L(3)**
                                         *
                                         *       **JUDGE FALLON**
                                         *       **MAG. JUDGE KNOWLES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Mason v. Merck & Co., Inc.*, 06-810

<u>**ORDER**</u>

    Considering the Defendant's request that the following motion be withdrawn, IT IS

ORDERED that the Defendant's Motion to Exclude Testimony of Lemuel A. Moye, M.D., Ph.D.

(Rec. Doc. 7188) is DENIED AS MOOT.

    New Orleans, Louisiana, this   4th   day of   October  , 2006.

                                         _____
                                         UNITED STATES DISTRICT JUDGE