IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| | * | Case No. 05-4508 |
| **HERBERT POINDEXTER, SR.,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & COMPANY, INC.,** a | * | |
| | * | |
| foreign corporation, | * | |
| | * | |
| DEFENDANT. | * | |

(Related Matter: Pat Geasley, et al. v. Merck & Co., Inc.; U.S. District Court, Eastern District of Louisiana, Case No. 05-4508)

### ORDER OF DISMISSAL OF HERBERT POINDEXTER, SR.

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Herbert Poindexter, Sr. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Herbert Poindexter, Sr., are dismissed, without prejudice.

Dated this 4th day of October, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE