**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 4, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO**
   *Dedrick v. Merck & Co., Inc.*, 05-2524

  A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon.  Andy Birchfield and Leigh O'Dell participated on behalf of the Plaintiff.  Phil Beck, Elaine Horn, and Mark Ouweleen participated on behalf of the Defendant.  At the conference, the parties discussed the Plaintiff's request for Merck's Regional Sales Manager's custodial file and the Plaintiff's request to take this individual's deposition.

  Counsel indicated that Merck has provided the custodial files for five sales representatives who visited the Plaintiff's treating physician and that Merck has made three of these representatives available for deposition.  The Plaintiff has deposed one of these sales representatives, and may depose another.  Counsel informed the Court that Merck is in the process of providing the custodial file for the Business Manager who supervises these sales

-1-

JS10(00:20)

representatives.  Accordingly, IT IS ORDERED that Merck shall provide the relevant Business Manager's custodial file to the Plaintiff no later than Friday, October 6, 2006.  The Plaintiff has also requested the custodial file for, and the opportunity to depose, the Regional Sales Manager.  The Regional Sales Manager is one step up the chain-of-command; this individual supervises the Business Managers in the region that includes Tennessee, the Plaintiff's home state.  Merck has objected to these requests on the grounds that this is not appropriate, case-specific discovery.

      The Court views the material that could be garnered from the Regional Sales Manager as somewhat cumulative of the generic discovery regarding the marketing of Vioxx that has already been obtained through the MDL.  To date, the plaintiffs have already elicited testimony from individuals further up the chain-of-command regarding the sale and marketing of Vioxx.  Therefore, at this time, the Court will not order Merck to produce the Regional Sales Manager's custodial file, nor order Merck to make this individual available for deposition.  Although this material may be appropriate for generic discovery, that is not the issue presently before the Court.  The Plaintiff may revisit this issue with the Court, however, if after taking the deposition of the Business Manager the Plaintiff believes that relevant case-specific information could be obtained through the Regional Sales Manager.