# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

JULIAN NIEDBALA,
                    Plaintiff,

vs.

MERCK & CO., INC., GINA ELLIS,
JONATHAN KENNEDY, MELISSA PAIGE MILLER,
AMY MOORE, ROXANNE POST, JONATHAN G. SMITH,
VICKI ST. JOHN CRAWFORD, RICHARD TATMAN, and
MARK WAGNER,

_____ Defendants.          /

MDL No.: 1657

SECTION: L

Civil Action No. 06-CV-5504

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JULIAN NIEDBALA, by and through his undersigned counsel, hereby files the

copy of an Affidavit of Service evidencing service upon Defendant, RICHARD TATMAN, on

June 28, 2006.

Dated this 5th day of October, 2006.

By:   ____/s/ Brenda S. Fulmer_____
            BRENDA S. FULMER, Esq.
            Fla. Bar No. 999891
            ALLEY, CLARK, GREIWE & FULMER
            701 E. Washington Street
            P.O. Box 3127
            Tampa, FL 33601-3127
            Tele: (813) 222-0977
            Fax: (813) 224-0373
            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of October, 2006.

By:___/s/ Brenda S. Fulmer_____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# SHERIFF

**MARION COUNTY**

## SHERIFF'S RETURN OF SERVICE



| | |
|---|---|
| **SERVICE #** | S06025566 |
| **TYPE OF** | SUMMONS |
| **PLAINTIFF:** | NIEDBALA, JULIAN |
| **DEFENDANT:** | MERCK & CO., INC., ET AL |
| **RETURN TO:** | ALLEY & INGRAM |
| **ADDRESS:** | 701 E. WASHINGTON STREET |
| **CITY:** | TAMPA, FL 33602-5016 |
| **POE:** | |
| **NOTARY:** | |
| **DIRECTIONS:** | COMPLAINT |
| **COMMENTS:** | |

| | |
|---|---|
| **ACCOUNT #:** | A06002607 |
| **CASE #:** | 061183CAG |
| **COURT:** | MARION COUNTY CIRCUIT COURT |
| **COURT DATE:** | |
| **DUE DATE:** | |
| **SERVE** | TATMAN,RICHARD |
| **ADDRESS:** | 10520 SE 42 TERR |
| **CITY:** | BELLEVIEW, FL 34420 |
| **DESCRIPTION:** | |

Received this writ on the 19 day of June A.D. 2006 and served same on the within named

at _1630_ on the _28_ day of _June_ A.D. 2006 in Marion County, Florida

**____INDIVIDUAL**

By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a true copy of the initial pleading.

**X SUBSTITUTE**

By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleading by leaving the copies at (his/her) usual place of abode with a resident of the household above the age of 15 years, to-wit: _SHARON TATMAN_ _WIFE_ and informing the person of the contents thereof.

(Name and Relationship)

**____CORPORATION**

By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleadings to _____ as _____ of said corporation: In the absence of the President, Vice President, Cashier, Treasurer, Secretary, General Manager, Director or any officer, (as defined in FS 48.081(1)). To _____ as registered agent of the within named Corporation (as defined in FS 48.091(1)). To _____ as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with FS 48.091 thereby complying with 48.081(3).

**____POSTING**

By posting on the premises located at _____ a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleadings attached to a conspicuous place on the property described within after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person on the property residing therein, fifteen (15) years of age or older upon whom service could be made.

**____OTHER** _____

**____NON-SERVICE**

For the reason that after diligent search and inquiry failed to find said _____

**____COMMENTS** _____

_____

_____

_____

_____

**ED DEAN SHERIFF** _____

BY: _____

Deputy Sheriff

Note: Only that service indicated by the **X** is applicable to this return.

PAYOR COPY

MCSO FORM #CIV101 DEC 98