UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-CV-5505

LINDA MATRULLA,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., KRISTIN BAYER,
LINDA BLEICH, ROBERT C. BROWN,
KEVIN BURTON, KARA COBEY, HEIDI
DINGFELDER, BARRY GOGEL, CHRISTOPHER
HARRIS, KIMBERLY JEFFARES, MICHAEL
JOHNSON, WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA, JULIE
MAXWELL, KEITH MCCARTHY, CATHERINE
MCGRATH, LISA MILLAR, JASON NICKELL,
JEFFREY NORRIS, RANDI PARRISH, MARCI
PETERS, BRIAN POPP, ROBERT SHIRMOHAMMAD,
MARCUS STAFFORD, LISA WEAVER,
DANIEL G. ALFONSO, KATHLEEN BALLASH,
YVONNE C. FIGUEREDO, YVETTE HILMS,
JESSE HOLLINGSWORTH, JOHN KILKELLY,
ANNE M. KONOVITCH, DOUGLAS PAUL,
MARK B. SEUZENEAU, TOBIE R. SMITH, and
TONY WOODS,
        Defendants.
_____Defendant._____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LINDA MATRULLA, by and through her undersigned counsel, hereby files a copy of an Affidavit of Service evidencing service upon Defendant, CHRISTOPHER HARRIS, on June 19, 2006.

Dated this 5th day of October, 2006.

By: ___/s/ Brenda S. Fulmer_____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of October, 2006.

By: ___/s/ Brenda S. Fulmer_____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

2

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200

Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

4

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0025102

PERSON TO BE SERVED: CHRISTOPHER HARRIS
    CORP/DBA:
     ADDRESS: 2535 GERBER DAIRY RD
              WINTER HAVEN


    PLAINTIFF/ATTORNEY:

    BRENDA S FULMER
    ALLEY, CLARK, GREIWE & FULMER
    P O BOX 3127
    TAMPA, FL

PLAINTIFF: LINDA MATRULLA
DEFENDANT: MERCK & CO INC, KRISTIN BAYER, LINDA BLEICH, ETC.

CASE NUMBER: 06004713
      COURT: CIRCUIT/HILLSBOROUGH                   COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 06/09/2006 and served the same at 05:57 PM on 06/20/2006 in Polk County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: CHRISTOPHER HARRIS


CIVIL COSTS                                     GRADY JUDD, SHERIFF
                                                POLK COUNTY, FLORIDA
FEE: $20.00

TOTAL DEPOSIT: $20.00              BY: _____
                                        EARL N CHISHOLM JR,
                                        DEPUTY SHERIFF/SPECIAL PROCESS SERVER

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

LINDA MATRULLA,

    Plaintiff,

Case No.: 06 004713
Division: DIVISION I

vs.

MERCK & CO., INC., KRISTIN BAYER,
LINDA BLEICH, ROBERT C. BROWN, KEVIN BURTON,
KARA COBEY, HEIDI DINGFELDER, BARRY GOGEL,
CHRISTOPHER HARRIS, KIMBERLY JEFFARES,
MICHAEL JOHNSON, WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA, JULIE MAXWELL, KEITH
MCCARTHY, CATHERINE MCGRATH, LISA MILLAR, JASON NICKELL,
JEFFREY NORRIS, RANDI PARRISH, MARCI PETERS, BRIAN POPP,
ROBERT SHIRMOHAMMAD, MARCUS STAFFORD, LISA WEAVER,
DANIEL G. ALFONSO, KATHLEEN BALLASH, YVONNE C. FIGUEREDO,
YVETTE HILMS, JESSE HOLLINGSWORTH, JOHN KILKELLY, ANNE M.
KONOVITCH, DOUGLAS PAUL, MARK B. SEUZENEAU, TOBIE R. SMITH, and
TONY WOODS,

    Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

        Christopher Harris
        2535 Gerber Dairy Road
        Winter Haven, FL 33880

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

        **BRENDA S. FULMER, Esq. (FBN: 999891)**
        **C. TODD ALLEY, Esq. (FBN: 321788)**
        **JAMES D. CLARK, Esq. (FBN: 191311)**
        **DON GREIWE, Esq. (FBN: 218911)**

ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on *May 31*, 2006.

Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk

5414   **SERVED**
**In Polk County**
Upon: Christopher Harris
Type: _____

_O6_  _20_  _O6_
Month  Day  Year
Time: _557_ A.M. P.M.

**GRADY JUDD, SHERIFF - Polk County**

By: _____  5414
Deputy/Special Process Server   Mem.#

2

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of FLORIDA | County of HILLSBOROUGH | Circuit Court |

Case Number: 06-4713

Plaintiff:
**LINDA MATRULA**

vs.

Defendant:
**MERCK & CO., INC., ET AL.**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 7th day of June, 2006 at 2:04 pm to be served on **MARK G. SEUZENEAU, 20722 LAUREL CHASE LANE, WESLEY CHAPEL, FL 33543**.

I, Margaret Angell Investigations, being duly sworn, depose and say that on the **20th day of June, 2006** at **7:56 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **MARK G. SEUZENEAU** at the address of: **20722 LAUREL CHASE LANE, WESLEY CHAPEL, FL 33543** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 7th day of July, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Margaret Angell Investigations**
Process Server

**CHOICE PROCESS - TAMPA**
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

Our Job Serial Number: 2006003319