UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-CV-5505

LINDA MATRULLA,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., KRISTIN BAYER,
LINDA BLEICH, ROBERT C. BROWN,
KEVIN BURTON, KARA COBEY, HEIDI
DINGFELDER, BARRY GOGEL, CHRISTOPHER
HARRIS, KIMBERLY JEFFARES, MICHAEL
JOHNSON, WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA, JULIE
MAXWELL, KEITH MCCARTHY, CATHERINE
MCGRATH, LISA MILLAR, JASON NICKELL,
JEFFREY NORRIS, RANDI PARRISH, MARCI
PETERS, BRIAN POPP, ROBERT SHIRMOHAMMAD,
MARCUS STAFFORD, LISA WEAVER,
DANIEL G. ALFONSO, KATHLEEN BALLASH,
YVONNE C. FIGUEREDO, YVETTE HILMS,
JESSE HOLLINGSWORTH, JOHN KILKELLY,
ANNE M. KONOVITCH, DOUGLAS PAUL,
MARK B. SEUZENEAU, TOBIE R. SMITH, and
TONY WOODS,
        Defendants.
_____Defendant._____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LINDA MATRULLA, by and through her undersigned counsel, hereby files a copy of an Affidavit of Service evidencing service upon Defendant, LISA MILLAR, on June 13, 2006.

1

Dated this 5th day of October, 2006.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of October, 2006.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200

Fax: (561) 655-1509
Email: blitten@ssd.com
Email: plowry@ssd.com
Email: jbmurray@ssd.com
Email: dstibolt@ssd.com
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: VIOXX@hhkc.com
Plaintiff's Liaison Counsel

| | |
|---|---|
| PROCESS RECEIVED: 6/12/2006 1:51:00PM<br>RETURN DAYS: 20<br>RETURN DATE:<br>SHOW CAUSE DATE:<br>WRIT #: 264273 -<br>CIV-SUMMONS & COMPLAINT | **Orange County Sheriffs Office**<br>**Return of Service** |

SERVE TO:   MILLAR, LISA

CASE: 064713
COURT: CIRCUIT CIVIL
COUNTY: HILLSBOROUGH

HOME ADDRESS:   6040 BLAKEFORD DR
WINDERMERE, FL

***** DO NOT POST

BUSINESS ADDRESS:

MAIL TO:   ALLEY, CLARK, GREIWE & FULMER, PA
701 E WASHINGTON ST POB 3127
TAMPA, FL 33601-0977

SERVER: CO38
ENTERED BY: CO
FEE CODE: 2
Fee/Xfee: $ 20.00
WITNESS FEE: $ 0.00
OVERPAYMENT: $ 0.00
LEVY DEPOSIT: $ 0.00

SERVICE INFORMATION: (407) 836-4570 (9AM - 1PM)
PLAINTIFF: LINDA MATRULLA
DEFENDANT: MILLAR, LISA
TOTAL AMOUNT DUE:   $ 0.00          Daily Interest:   $ 0.00
SERVED THIS PROCESS AT _10-18 a_, ON _6-13-06_ IN ORANGE COUNTY, FLORIDA, BY:

[X] INDIVIDUAL SERVICE: By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

[ ] SUBSTITUTE SERVICE: By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit :

_____          _____
Name                                                  Relationship

[ ] CORPORATE SERVICE: By delivering a true copy of this process, with any attachments provided, to :

_____          _____
Name                                                  Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

[ ] POSTED SERVICE: By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

[ ] OTHER: By delivering a true copy of this process, with any attachments provided, to

_____, as _____.

[ ] NON-SERVICE: And hereby return same unserved on: _____ (date) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida, or for reasons specified below :

EXPLANATION

SERVICE ATTEMPTS
Date/Time

SHERIFF OF ORANGE COUNTY, FLORIDA

RECEIVED BY                                                     OFFICER                                  ID #

264273

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

LINDA MATRULLA,

    Plaintiff,                                   Case No.: 06-4713
                                              Division: I

vs.

MERCK & CO., INC., KRISTIN BAYER,
LINDA BLEICH, ROBERT C. BROWN, KEVIN BURTON,
KARA COBEY, HEIDI DINGFELDER, BARRY GOGEL,
CHRISTOPHER HARRIS, KIMBERLY JEFFARES,
MICHAEL JOHNSON, WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA, JULIE MAXWELL, KEITH
MCCARTHY, CATHERINE MCGRATH, LISA MILLAR, JASON NICKELL,
JEFFREY NORRIS, RANDI PARRISH, MARCI PETERS, BRIAN POPP,
ROBERT SHIRMOHAMMAD, MARCUS STAFFORD, LISA WEAVER,
DANIEL G. ALFONSO, KATHLEEN BALLASH, YVONNE C. FIGUEREDO,
YVETTE HILMS, JESSE HOLLINGSWORTH, JOHN KILKELLY, ANNE M.
KONOVITCH, DOUGLAS PAUL, MARK B. SEUZENEAU, TOBIE R. SMITH, and
TONY WOODS,
    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

                    Lisa Millar
                    6040 Blakeford Drive
                    Windermere, FL 34786

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

                **BRENDA S. FULMER, Esq. (FBN: 999891)**
                **C. TODD ALLEY, Esq. (FBN: 321788)**
                **JAMES D. CLARK, Esq. (FBN: 191311)**
                **DON GREIWE, Esq. (FBN: 218911)**

ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on _____, 2006.

PAT FRANK
Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk

2