UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-CV-5505

LINDA MATRULLA,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., KRISTIN BAYER,
LINDA BLEICH, ROBERT C. BROWN,
KEVIN BURTON, KARA COBEY, HEIDI
DINGFELDER, BARRY GOGEL, CHRISTOPHER
HARRIS, KIMBERLY JEFFARES, MICHAEL
JOHNSON, WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA, JULIE
MAXWELL, KEITH MCCARTHY, CATHERINE
MCGRATH, LISA MILLAR, JASON NICKELL,
JEFFREY NORRIS, RANDI PARRISH, MARCI
PETERS, BRIAN POPP, ROBERT SHIRMOHAMMAD,
MARCUS STAFFORD, LISA WEAVER,
DANIEL G. ALFONSO, KATHLEEN BALLASH,
YVONNE C. FIGUEREDO, YVETTE HILMS,
JESSE HOLLINGSWORTH, JOHN KILKELLY,
ANNE M. KONOVITCH, DOUGLAS PAUL,
MARK B. SEUZENEAU, TOBIE R. SMITH, and
TONY WOODS,
        Defendants.
_____Defendant._____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LINDA MATRULLA, by and through her undersigned counsel, hereby files a copy of an Affidavit of Service evidencing service upon Defendant, ERIK KANT, on June 14, 2006.

1

Dated this 5th day of October, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of October, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

2

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200

3

Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of FLORIDA | County of HILLSBOROUGH | Circuit Court |

Case Number: 06-4713

Plaintiff:
**LINDA MATRULA**

vs.

Defendant:
**MERCK & CO., INC., ET AL.**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 7th day of June, 2006 at 2:04 pm to be served on **ERIK KANT, 3016 WEST BAY VISTA AVENUE, TAMPA, FL 33611**.

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **14th day of June, 2006** at **1:38 pm, I**:

**PERSONALLY** served by delivering two true and correct copies of the **SUMMONS AND COMPLAINT** and leaving the same with **MARCI KANT** . That at the time and place set forth above, affiant duly-served the above described documents in the above-entitled matter upon **ERIK KANT**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy thereof to and leaving same with **MARCI KANT** being a person of suitable age and discretion then resident therein.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
THE GIVEN ADDRESS WAS A VACANT LOT. LOCATED AND SERVED AT 4015 WEST SAN PEDRO STREET, TAMPA, FLORIDA 33611.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.



ORIGINAL
FILED WITH COURT

Subscribed and Sworn to before me on the 16th day of June, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NATHANIAL POWELL
CPS02-4510244

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006003307

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h