UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO *Kenneth Britton et al v. Merck & Co., Inc.,* No. 2:05-cv-02577-EEF-DEK, previously filed as 4:05-cv-0096, E.D. Mo. | * * * * | <br>Judge Fallon<br>Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, John P. Rahoy of the law firm of Brown & James P.C. and David A. Dick, B. Matthew Struble and Frank J. Smith, Jr. of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Rahoy's motion to withdraw and substituting Mr. Dick, Mr. Struble, and Mr. Smith as counsel for St. Mary's Pharmacy, LLC in *Kenneth Britton et al v. Merck & Co., Inc. et al.*, No. 2:05-cv-02577-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1.    St. Mary's Pharmacy, LLC has informed John P. Rahoy that it has obtained other counsel, specifically, David A. Dick, B. Matthew Struble and Frank J. Smith, Jr. of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.    David A. Dick, B. Matthew Struble and Frank J. Smith, Jr. are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

3433012

3.      St. Mary's Pharmacy, LLC has been notified of all deadlines and pending court appearances.

WHEREFORE, John P. Rahoy of the law firm of Brown & James, P.C. and David A. Dick, B. Matthew Struble and Frank J. Smith, Jr. of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Rahoy to withdraw from this matter and allowing Mr. Dick, Mr. Struble and Mr. Smith to enter an appearance on behalf of Defendant St. Mary's Pharmacy, LLC, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN & JAMES, P.C.

By: _____
John P. Rahoy, #
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3128  Telephone

Attorney for Defendant St. Mary's Pharmacy, LLC

and

THOMPSON COBURN LLP

By: _____
David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
Frank J. Smith, Jr., E.D. Mo. #502669
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorney for Defendant St. Mary's Pharmacy, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of October, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

_____