UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO *Kenneth Britton et al v. Merck & Co., Inc.,* No. 2:05-cv-02577-EEF-DEK, previously filed as 4:05-cv-0096, E.D. Mo. | * * * * | Judge Fallon<br>Magistrate Judge Knowles |

**************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant St. Mary's Pharmacy, LLC, in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that John P. Rahoy of the law firm of Brown & James P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for St. Mary's Pharmacy, LLC in this matter.

It is further ORDERED that David A. Dick, B. Matthew Struble and Frank J. Smith, Jr. of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for St. Mary's Pharmacy, LLC in this matter.

Dated:

_____

3433017