UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
 *Arnold v. Merck & Co., Inc.*, 05-2627
 *Gomez v. Merck & Co., Inc.*, 05-1163

### ORDER

IT IS ORDERED that the Defendant shall have until October 10, 2006, to file its Reply to the Plaintiffs' Response in Opposition to the Defendant's Motion for Summary Judgment.

New Orleans, Louisiana, this __4th__ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE