# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY McMURTRY | CIVIL ACTION NO. 06-5807 |
| v. | |
| MERCK & CO., INC. | |

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657<br>SECTION: L |
| This Document Relates to:<br>SHIRLEY McMURTRY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## LEAVE TO FILE AMENDED COMPLAINT

Plaintiff SHIRLEY McMURTRY files this unopposed motion for leave of Court to file an Amended Complaint for the purposes of correcting typographical errors. Plaintiff would respectfully show this Court the following:

### A.
### FACTUAL BACKGROUND & PROCEDURAL HISTORY

1.      On September 5, 2006, Plaintiff SHIRLEY McMURTRY filed an Original Complaint against Merck & Company, Inc. for personal injuries sustained by Plaintiff as a result of her use of the prescription medication Vioxx.

2.      Particularly, Plaintiff suffered a stroke after taking Vioxx for approximately thrity-two (32) months (December 1999 to August 2002).

3.      Defendant Merck filed its answer On October 2, 2006. Defendant Merck was contacted by Plaintiff's counsel on October 4, 2006, and counsel for Merck consents to the filing of this motion for leave to file an amended complaint.

## B.
### LEAVE SHOULD BE GRANTED

4. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Walton v. Mental Health Ass'n*, 168 F.3d 661, 665 (3d Cir. 1999).

5. Here, leave to file an amended complaint is unopposed by counsel for Merck. Additionally, counsel for Merck consents to the filing of such motion. LR 7.3E. Further, not withstanding Merck's consent, no prejudice, bad faith, or undue delay exists in allowing Plaintiff to amend her complaint to correct typographical errors, because this suit is in its infancy and none of the proposed changes create any additional hurdles for Merck.

6. Specifically, since the filing of Plaintiff's Original Complaint, numerous typographical errors were discovered, including the misspelling of Plaintiff's name. Accordingly, Plaintiff should be freely granted leave by this court, as justice so requires.

7. Plaintiff is filing her First Amended Original Complaint contemporaneously with this motion. The proposed amended pleading is attached as Exhibit A.

## C.
### CONCLUSION

8. For these reasons, Plaintiff asks the Court to grant her leave to file her First Amended Original Complaint to correct typographical errors.

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

_____
Russell W. Endsley
SBOT # 24026824
rendsley@sheltonsmith.com
Shawn P. Fox
SBOT # 24040926
sfox@sheltonsmith.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE FOR CONSENT MOTION

Pursuant to Local Rule 7.4.1W and 7.6E, I certify that on October 4, 2006, I or someone in my office conferred with Thomas Owen and he is unopposed to Plaintiff's Unopposed Motion For Leave To File An Amended Complaint.

_____
Russell W. Endsley

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Motion for Leave to File Second Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading th same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of October 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

SHIRLEY McMURTRY

v.

MERCK & CO., INC.;

CIVIL ACTION NO. 06-5807

In Re: VIOXX
   Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
   SHIRLEY McMURTRY

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _____, 2006, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint and ORDERS that Plaintiff have leave to file Plaintiff's First Amended Complaint.

SIGNED on _____, 2006.

_____
U.S DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

_(signature)_
Russell W. Endsley
Attorney for Plaintiffs