UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:06-CV-00810<br><br>CHARLES MASON,<br><br>             Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>             Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S OBJECTIONS TO<br>PLAINTIFF'S PRE-ADMISSIBLE<br>EXHIBIT LIST** |

TO:    Edward F. Blizzard
         J. Scott Nabers
         Rebecca B. King
         BLIZZARD, MCCARTHY & NABERS, LLP
         440 Louisiana, Suite 1710
         Houston, Texas 77002

      Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections to Plaintiff's Pre-Admissible Exhibit List (attached as Exhibit A). Merck reserves the right to add additional objections, withdraw any objections, and supplement any changes based on the Court's rulings on motions in *limine*. Merck also reserves all right to object to the use of any of the documents on Plaintiff's Pre-Admissible Exhibit List (including exhibits Merck did not object to) with a specific witness.

      Exhibit A reflects Merck's objections for purposes of the *Mason* trial only. It also includes the Court's ruling, if any, from the *Smith* case.

Dated:  October 5, 2006               Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

*Defendant's Liaison Counsel*

Philip S. Beck, 147168
Tarek Ismail, 6225226
Shayna S. Cook, 6285959
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Telephone:         (312) 494-4400
Telecopier:         (312) 494-4440

*Attorneys for Merck & Co., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Merck's Objections to Plaintiff's Pre-Admissible Exhibit List has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of October, 2006.

                                                                   */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel