# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In re: VIOXX**

**PRODUCTS LIABILITY LITIGATION**

**This document relates to
Case No. 2:06-CV-00810**

**CHARLES MASON,**

           Plaintiff,

**v.**

**MERCK & CO., INC.,**

        Defendant.

**MDL DOCKET NO. 1657
SECTION L**

**JUDGE FALLON**

**MAGISTRATE JUDGE KNOWLES**

**<u>MERCK'S OBJECTIONS TO
PLAINTIFF'S COUNTER
DEPOSITION DESIGNATIONS</u>**

TO:    Edward F. Blizzard
       J. Scott Nabers
       Rebecca B. King
       BLIZZARD, MCCARTHY & NABERS, LLP
       440 Louisiana, Suite 1710
       Houston, Texas 77002

       Merck & Co., Inc. hereby serves its objections to Plaintiff's counter deposition

designations.

Dated:  October 5, 2006          Respectfully submitted,

          */s/ Dorothy H. Wimberly*
          Dorothy H. Wimberly, 18509
          STONE PIGMAN WALTHER
          WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana  70130
          Phone:  504-581-3200
          Fax:      504-581-3361

          *Defendant's Liaison Counsel*

Philip S. Beck, 147168
Tarek Ismail, 6225226
Shayna S. Cook, 6285959
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Telephone:          (312) 494-4400
Telecopier:          (312) 494-4440

*Attorneys for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Objections to Plaintiff's Counter Deposition Designations has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of October, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Gregory Curfman**
**January 24, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 242 | 12 | 249 | 10 | Re: 242:24-243:5 |
| | | | | **Def Obj:** Colloquy |
| | | | | Re: 244:8-244:9 |
| | | | | **Def Obj:** Colloquy |
| | | | | Re: 245:3-245:4 |
| | | | | **Def Obj:** Colloquy |
| | | | | Re: 245:20-246:3 |
| | | | | **Def Obj:** Leading |
| | | | | Re: 246:4-246:6 |
| | | | | **Def Obj:** Colloquy |
| | | | | 247:2-247:7 |
| | | | | **Def Obj:** Question is withdrawn without an answer |
| | | | | Re: 247:8-247:11 |
| | | | | **Def Obj:** Colloquy |
| | | | | Re: 247:22-248:4 |
| | | | | **Def Obj:** Foundation; calls for speculation |
| | | | | Re: 248:5-248:8 |
| | | | | **Def Obj:** Colloquy |
| | | | | Re: 249:5-249:10 |
| | | | | **Def Obj:** "Expression of Concern" is hearsay |
| 260 | 14 | 261 | 13 | Re: 260:14-261:13 |
| | | | | **Def Obj:** Relevance; improper and undisclosed expert opinion on naproxen |
| 264 | 8 | 264 | 11 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Gregory Curfman**
**January 24, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 264 | 19 | 264 | 23 | |
| 266 | 1 | 268 | 4 | |
| 268 | 16 | 270 | 3 | Re: 268:16-270:3 |
| | | | | **Def Obj:** Foundation; Merck internal document Witness had not seen before |
| 306 | 24 | 307 | 11 | Re: 306:24-307:5 |
| | | | | **Def Obj:** Sarcastic |
| | | | | Re: 307:6-307:11 |
| | | | | **Def Obj:** Foundation; Witness has not seen document before |
| 308 | 11 | 309 | 7 | Re: 308:11-309:7 |
| | | | | **Def Obj:** Foundation; Witness has not seen document before. Witness' opinion about what constitutes a prespecified cutoff date is irrelevant and speculative |
| 319 | 2 | 319 | 21 | Re: 319:2-319:21 |
| | | | | **Def Obj:** Foundation; Witness has not seen document before |
| 319 | 24 | 320 | 2 | Re: 319:24-320:2 |
| | | | | **Def Obj:** Foundation; Witness has not seen document before |
| 320 | 24 | 322 | 8 | Re: 320:24-322:8 |
| | | | | **Def Obj:** Beyond the scope of cross exam |

5

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
COUNTER DEPOSITION DESIGNATIONS**

**Gregory Curfman
January 24, 2006**

| <u>START PAGE</u> | <u>LINE</u> | <u>END PAGE</u> | <u>LINE</u> | <u>OBJECTIONS</u> |
|---|---|---|---|---|
| 322 | 14 | 323 | 16 | Re: 322:14-323:16 |
| | | | | <u>Def Obj:</u> Beyond the scope of cross exam; 403; lacks foundation as to what Merck wanted to do and what is and is not appropriate |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**
**TO MERCK'S COUNTER DEPOSITION DESIGNATIONS**

**Gregory Curfman**
**January 24, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 24 | 20 | 24 | 23 | Re: 24:20-24:23 |
| | | | | **Def Obj:** Non-responsive; volunteering; late addition by plaintiff after deadline |
| 39 | 6 | 39 | 24 | |
| 40 | 17 | 41 | 24 | |
| 48 | 2 | 48 | 21 | |
| 51 | 18 | 51 | 19 | |
| 52 | 10 | 52 | 23 | |
| 67 | 18 | 68 | 3 | |
| 77 | 18 | 77 | 24 | |
| 78 | 7 | 78 | 19 | Re: 78:7-78:19 |
| | | | | **Def Obj:** Non-responsive; late addition by plaintiff after deadline |
| 81 | 13 | 81 | 13 | |
| 95 | 5 | 96 | 2 | |
| 120 | 7 | 120 | 15 | Re: 120:7-120:15 |
| | | | | **Def Obj:** Non-responsive; late addition by plaintiff after deadline |
| 162 | 12 | 162 | 12 | |
| 163 | 6 | 163 | 11 | Re: 163:6-163:11 |
| | | | | **Def Obj:** Non-responsive; volunteering; lacks foundation; late addition by plaintiff after deadline |
| 164 | 10 | 164 | 24 | Re: 164:10-164:24 |
| | | | | **Def Obj:** Non-responsive; late addition by plaintiff |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**
**TO MERCK'S COUNTER DEPOSITION DESIGNATIONS**

**Gregory Curfman**
**January 24, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | after deadline |
| 165 | 6 | 165 | 12 | Re: 165:6-165:12 |
| | | | | **Def Obj**: Non-responsive; lacks foundation; speculative; late addition by plaintiff after deadline |
| 172 | 17 | 172 | 20 | |
| 174 | 15 | 174 | 19 | Re: 174:15-174:19 |
| | | | | **Def Obj**: Late addition by plaintiff after deadline and violates parties' stipulation |
| 174 | 21 | 174 | 23 | Re: 174:21-174:23 |
| | | | | **Def Obj**: Late addition by plaintiff after deadline and violates parties' stipulation |
| 180 | 11 | 180 | 17 | Re: 180:11-180:17 |
| | | | | **Def Obj**: Non-responsive; unnecessary volunteering of commentary |
| 183 | 19 | 183 | 19 | Re: 183:19 |
| | | | | **Def Obj**: Non-responsive |
| 202 | 5 | 202 | 6 | Re: 202:5-202:6 |
| | | | | **Def Obj**: Non-responsive; late addition by plaintiff after deadline |

**<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Stephen Epstein, M.D.**
**May 30, 2006**

| <u>START PAGE</u> | <u>LINE</u> | <u>END PAGE</u> | <u>LINE</u> | <u>OBJECTIONS</u> |
|---|---|---|---|---|
| 13 | 5 | 13 | 7 | |
| 13 | 12 | 15 | 19 | |
| 16 | 2 | 17 | 15 | |
| 17 | 19 | 24 | 12 | |
| 24 | 19 | 25 | 2 | |
| 25 | 20 | 26 | 9 | |
| 26 | 12 | 27 | 8 | |
| 28 | 6 | 28 | 24 | |
| 29 | 6 | 29 | 18 | |
| 30 | 2 | 30 | 12 | |
| 31 | 20 | 32 | 10 | |
| 32 | 12 | 32 | 23 | |
| 65 | 8 | 69 | 23 | |
| 70 | 10 | 70 | 14 | |
| 237 | 20 | 238 | 19 | Re: 238:16-238:19<br><br>**<u>Def Obj</u>: Foundation; Witness has not read article.  If objection is overruled, then need to add 239:9-10 and 242:16-23 for completeness.** |
| 238 | 22 | 239 | 4 | Re: 238:22-239:4<br><br>**<u>Def Obj</u>: Foundation; Witness has not read article. If objection is overruled, then need to add 239:9-10 and 242:16-23 for completeness.** |
| 240 | 6 | 240 | 13 | Re: 240:6-240:13<br><br>**<u>Def Obj</u>: Foundation; Witness has not read APPROVe article. If** |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Stephen Epstein, M.D.**
**May 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | objection is overruled, need to add 241:5-7 for completeness. |
| 240 | 16 | 241 | 3 | Re: 240:16-241:3 |
| | | | | **Def Obj**: Foundation; Witness has not read APPROVe article.  If objection is overruled, need to add 241:5-7 for completeness. |
| 264 | 20 | 265 | 18 | |
| 266 | 11 | 267 | 18 | Re: 266:11-267:18 |
| | | | | **Def Obj:** Foundation; internal email Witness has never seen before |
| 267 | 21 | 267 | 22 | Re: 267:21-267:22 |
| | | | | **Def Obj:** Foundation; internal email Witness has never seen before |
| 293 | 4 | 293 | 13 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Raymond Gilmartin**
**June 17, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 17 | 21 | 17 | 23 | |
| 21 | 6 | 21 | 17 | Re: 21:6-21:17 |
| | | | | Def Obj: Not appropriate testimony for compensatory stage; world-wide sales irrelevant under State Farm. |
| 22 | 1 | 22 | 14 | Re: 22:1-22:14 |
| | | | | Def Obj: Not appropriate testimony for compensatory stage; world-wide sales irrelevant under State Farm. |
| 22 | 18 | 24 | 7 | |
| 46 | 10 | 46 | 15 | |
| 46 | 19 | 46 | 25 | |
| 52 | 14 | 52 | 17 | Re: 52:14-52:17 |
| | | | | Def Obj: Question without an answer |
| 63 | 19 | 63 | 20 | |
| 64 | 3 | 64 | 8 | |
| 65 | 7 | 65 | 12 | |
| 79 | 1 | 79 | 3 | |
| 79 | 20 | 80 | 1 | Re: 79:20-80:1 |
| | | | | Def Obj: Irrelevant and prejudicial |
| 97 | 3 | 97 | 8 | |
| 109 | 24 | 110 | 21 | |
| 110 | 24 | 111 | 6 | Re: 110:13-110:17 |
| | | | | Def Obj: Lack of |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Raymond Gilmartin**
**June 17, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | personal knowledge (602) |
| 111 | 8 | 111 | 21 | |
| 112 | 13 | 112 | 19 | |
| 114 | 6 | 114 | 8 | |
| 115 | 9 | 115 | 13 | |
| 117 | 11 | 117 | 21 | |
| 123 | 1 | 123 | 7 | |
| 136 | 8 | 136 | 18 | |
| 139 | 4 | 139 | 7 | |
| 139 | 9 | 139 | 17 | |
| 177 | 20 | 177 | 24 | |
| 178 | 3 | 178 | 11 | |
| 179 | 21 | 179 | 25 | |
| 183 | 13 | 183 | 15 | |
| 183 | 18 | 183 | 19 | |
| 183 | 21 | 183 | 24 | |
| 188 | 5 | 188 | 18 | |
| 191 | 2 | 191 | 5 | |
| 191 | 23 | 192 | 1 | |
| 197 | 16 | 197 | 20 | |
| 198 | 14 | 198 | 18 | |
| 202 | 3 | 202 | 12 | |
| 219 | 13 | 219 | 19 | |
| 220 | 1 | 220 | 6 | |
| 225 | 13 | 225 | 17 | |
| 226 | 2 | 226 | 12 | Re: 226:7-226:12<br><br>Def Obj: Lack of personal knowledge (602) |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Raymond Gilmartin**
**June 17, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 229 | 20 | 230 | 1 | Re: 229:20-230:1 |
| | | | | **Def Obj:** Lack of personal knowledge (602) |
| 230 | 5 | 230 | 13 | |
| 232 | 2 | 232 | 6 | |
| 243 | 8 | 243 | 11 | |
| 243 | 17 | 244 | 3 | |
| 287 | 22 | 287 | 25 | |
| 288 | 8 | 288 | 12 | Re: 288:8-288:12 |
| | | | | **Def Obj:** Lack of personal knowledge (602) |
| 288 | 19 | 288 | 25 | |
| 289 | 3 | 289 | 4 | |
| 290 | 7 | 290 | 9 | |
| 290 | 11 | 290 | 14 | |
| 364 | 23 | 365 | 1 | |
| 365 | 7 | 365 | 10 | |
| 365 | 23 | 366 | 7 | |
| 366 | 10 | 366 | 12 | Re: 366:10-366:12 |
| | | | | **Def Obj:** Incomplete question and answer; need to add 366:22-367:19 for completeness (as sustained in Barnett) |
| 391 | 1 | 391 | 4 | |
| 392 | 19 | 393 | 10 | |
| 424 | 15 | 424 | 19 | Re: 424:15-424:19 |
| | | | | **Def Obj:** Irrelevant and prejudicial during compensatory phase |
| 425 | 6 | 425 | 9 | Re: 425:6-425:9 |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Raymond Gilmartin**
**June 17, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj:** Irrelevant and prejudicial during compensatory phase |
| 457 | 20 | 457 | 25 | |
| 459 | 15 | 459 | 20 | |
| 460 | 21 | 461 | 1 | |
| 461 | 3 | 461 | 9 | |
| 461 | 11 | 461 | 12 | |
| 461 | 14 | 461 | 15 | |
| 461 | 17 | 461 | 19 | |
| 462 | 14 | 462 | 16 | |
| 462 | 18 | 462 | 22 | |
| 470 | 8 | 470 | 13 | |
| 470 | 15 | 470 | 21 | |
| 472 | 9 | 472 | 22 | |
| 479 | 9 | 479 | 12 | |
| 479 | 14 | 479 | 17 | |
| 484 | 7 | 484 | 11 | |
| 485 | 1 | 485 | 5 | Re: 485:1-485:5 |
| | | | | **Def Obj:** Incomplete question and answer; need to add 485:14-19, 485:22, 485:25-486:6 for completeness (as sustained in Barnett) |
| 485 | 7 | 485 | 13 | Re: 485:7-485:13 |
| | | | | **Def Obj:** Incomplete question and answer; need to add 485:14-19, 485:22, 485:25-486:6 for completeness (as sustained in Barnett) |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Raymond Gilmartin**
**June 17, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 490 | 10 | 490 | 21 | |
| 491 | 12 | 491 | 23 | **Re: 491:12-491:23** |
| | | | | **Def Obj:** Incomplete question and answer; need to add 491:24-492:9 for completeness (as sustained in Barnett) |
| 492 | 13 | 492 | 15 | |
| 492 | 17 | 493 | 1 | |
| 493 | 9 | 493 | 23 | |
| 495 | 8 | 495 | 11 | |
| 496 | 10 | 497 | 20 | |
| 497 | 22 | 497 | 22 | |
| 508 | 23 | 509 | 5 | **Re: 508:23-509:1** |
| | | | | **Def Obj:** Answer without a question |
| 552 | 11 | 552 | 17 | **Re: 552:11-552:17** |
| | | | | **Def Obj:** Incomplete question and answer; need to add 552:18-553:2, 553:9-559:5, 560:7-14 for completeness |
| 554 | 12 | 554 | 20 | |
| 554 | 22 | 555 | 4 | |
| 558 | 16 | 558 | 23 | |
| 564 | 10 | 565 | 1 | |
| 565 | 3 | 565 | 13 | |
| 575 | 2 | 575 | 14 | **Re: 575:12-575:14** |
| | | | | **Def Obj:** Argumentative; assumes facts not in evidence |
| 575 | 16 | 575 | 19 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Raymond Gilmartin**
**June 17, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 576 | 11 | 576 | 14 | |
| 576 | 16 | 576 | 20 | |
| 578 | 9 | 578 | 13 | |
| 578 | 15 | 579 | 7 | |
| 582 | 10 | 582 | 25 | |
| 613 | 24 | 614 | 13 | |
| 617 | 7 | 617 | 10 | |
| 617 | 13 | 617 | 15 | |
| 618 | 17 | 618 | 20 | Re: 618:17-618:20<br><br>**Def Obj:** Answer without a question; Foundation; Speculation (see 617:13-15) |
| 628 | 25 | 629 | 4 | |
| 633 | 9 | 633 | 12 | Re: 633:9-633:12<br><br>**Def Obj:** Foundation; Lack of personal knowledge (602) |
| 633 | 15 | 634 | 2 | Re: 633:15-634:2<br><br>**Def Obj:** Foundation; Lack of personal knowledge (602) |
| 635 | 6 | 635 | 10 | Re: 635:6-635:10<br><br>**Def Obj:** Foundation; Lack of personal knowledge (602) |
| 635 | 13 | 635 | 23 | Re: 635:13-635:23<br><br>**Def Obj:** Foundation; Lack of personal knowledge (602) |
| 636 | 17 | 637 | 7 | Re: 636:17-637:7<br><br>**Def Obj:** Foundation; |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Raymond Gilmartin**
**June 17, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Lack of personal knowledge (602) |
| 638 | 12 | 638 | 14 | Re: 638:12-638:14 |
| | | | | **Def Obj:** Foundation; Lack of personal knowledge (602) |
| 638 | 16 | 638 | 22 | Re: 638:16-638:22 |
| | | | | **Def Obj:** Foundation; Lack of personal knowledge (602) |
| 639 | 14 | 639 | 19 | |
| 640 | 5 | 640 | 11 | |
| 640 | 20 | 640 | 24 | Re: 640:20-640:24 |
| | | | | **Def Obj:** Foundation; Lack of personal knowledge (602) |
| 642 | 4 | 643 | 2 | Re: 642:4-643:2 |
| | | | | **Def Obj:** Foundation; Lack of personal knowledge (602) |
| 652 | 13 | 652 | 15 | |
| 652 | 18 | 652 | 21 | |
| 655 | 1 | 655 | 2 | |
| 655 | 5 | 655 | 11 | |
| 658 | 8 | 658 | 14 | |
| 658 | 17 | 658 | 17 | Re: 658:17 |
| | | | | **Def Obj:** Incomplete answer; need to add 658:18 for completeness |
| 682 | 19 | 682 | 22 | |
| 683 | 1 | 683 | 4 | |
| 683 | 20 | 683 | 23 | |

**<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Raymond Gilmartin**
**June 17, 2005**

| <u>START PAGE</u> | <u>LINE</u> | <u>END PAGE</u> | <u>LINE</u> | <u>OBJECTIONS</u> |
|:---:|:---:|:---:|:---:|:---|
| 684 | 7 | 684 | 12 | |
| 684 | 24 | 685 | 6 | |
| 697 | 10 | 697 | 19 | |
| 698 | 4 | 698 | 9 | Re: 698:4-698:9 |
| | | | | <u>Def Obj:</u> Foundation; Lack of personal knowledge (602) |
| 698 | 18 | 699 | 5 | Re: 698:18-699:5 |
| | | | | <u>Def Obj:</u> Foundation; Lack of personal knowledge (602) |
| 699 | 8 | 699 | 12 | Re: 699:8-699:12 |
| | | | | <u>Def Obj:</u> Foundation; Lack of personal knowledge (602) |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Aaron Curtis Bowe Jacobs**
**August 25, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 23 | 6 | 23 | 9 | |
| 26 | 3 | 26 | 9 | |
| 27 | 5 | 28 | 6 | Re: 27:5-28:6 |
| | | | | Def Obj:  Foundation; Speculation |
| 41 | 10 | 41 | 13 | |
| 49 | 20 | 49 | 23 | |

**<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Bard Madsen, M.D.**
**July 12, 2006**

| <u>START PAGE</u> | <u>LINE</u> | <u>END PAGE</u> | <u>LINE</u> | <u>OBJECTIONS</u> |
|:---:|:---:|:---:|:---:|:---:|
| 46 | 3 | 46 | 25 | Re: 46:6-46:17 |
|  |  |  |  | <u>Def Obj:</u>  Non-responsive |
| 47 | 1 | 47 | 7 |  |
| 49 | 14 | 49 | 25 |  |
| 50 | 1 | 50 | 5 |  |
| 50 | 17 | 50 | 19 |  |
| 93 | 7 | 93 | 21 |  |
| 101 | 22 | 101 | 24 |  |
| 102 | 1 | 103 | 1 |  |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Malachi Mixon**
**Janurary 25, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 34 | 10 | 35 | 4 | |
| 37 | 11 | 37 | 15 | Re: 37:11-37:15 |
| | | | | **Def Obj**: Asked and answered; Repetitive |
| 38 | 19 | 38 | 23 | |
| 39 | 9 | 39 | 10 | Re: 39:9-39:10 |
| | | | | **Def Obj**: Argumentative |
| 39 | 14 | 39 | 15 | |
| 40 | 5 | 40 | 25 | Re: 40:12-40:17 |
| | | | | **Def Obj**: Argumentative; Asked and answered |
| 41 | 2 | 41 | 7 | |
| 43 | 13 | 43 | 15 | Re: 43:13-43:15 |
| | | | | **Def Obj**: Foundation |
| 43 | 18 | 43 | 25 | Re: 43:18-43:19 |
| | | | | **Def Obj**: Foundation |
| | | | | Re: 43:23-43:25 |
| | | | | **Def Obj**: Foundation; No personal knowledge |
| 44 | 5 | 44 | 7 | Re: 44:5-44:7 |
| | | | | **Def Obj**: Foundation; No personal knowledge |
| 44 | 17 | 44 | 19 | Re: 44:17-44:19 |
| | | | | **Def Obj**: Foundation; Answer without a question |
| 49 | 4 | 49 | 20 | |
| 51 | 24 | 53 | 5 | Re: 51:24-52:2 |
| | | | | **Def Obj**: Argumentative; Asked and answered |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Malachi Mixon**
**Janurary 25, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | Re: 52:3-52:8 |
| | | | | **Def Obj**: Colloquy |
| | | | | Re: 53:2-53:5 |
| | | | | **Def Obj**: Asked and answered; Incomplete answer, need to add 53:7 for completeness |
| 53 | 23 | 54 | 6 | Re: 53:23-54:6 |
| | | | | **Def Obj**: Asked and answered |
| 54 | 14 | 54 | 20 | |
| 54 | 22 | 54 | 23 | |
| 55 | 9 | 55 | 18 | |
| 70 | 21 | 70 | 24 | |
| 71 | 3 | 71 | 3 | Re: 71:3 |
| | | | | **Def Obj**: Incomplete answer, need to add 70:25 for completeness |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Alan Nies**
**March 2, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 40 | 1 | 40 | 10 | |
| 43 | 14 | 44 | 9 | Re: 43:14-44:9 |
| | | | | Def Obj: Examiner testifying; no foundation; non-responsive |
| 73 | 7 | 73 | 10 | |
| 112 | 16 | 113 | 10 | |
| 115 | 23 | 116 | 188 | |
| 117 | 2 | 117 | 12 | |
| 117 | 23 | 119 | 4 | |
| 119 | 10 | 119 | 13 | |
| 123 | 13 | 123 | 21 | |
| 125 | 11 | 126 | 9 | |
| 126 | 17 | 126 | 22 | |
| 128 | 21 | 129 | 17 | |
| 130 | 1 | 130 | 5 | |
| 133 | 1 | 133 | 17 | |
| 137 | 13 | 138 | 6 | |
| 140 | 2 | 140 | 23 | |
| 141 | 1 | 141 | 10 | Re: 141:4-141:10 |
| | | | | Def Obj: Misleading; mischaracterizes exhibits; no foundation |
| 141 | 12 | 141 | 13 | |
| 143 | 9 | 144 | 18 | |
| 144 | 24 | 145 | 3 | |
| 145 | 5 | 145 | 19 | |
| 190 | 16 | 191 | 1 | |
| 191 | 22 | 192 | 10 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Alan Nies**
**March 2, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---:|
| 192 | 23 | 193 | 8 | |
| 196 | 7 | 197 | 2 | |
| 197 | 12 | 197 | 19 | |
| 197 | 21 | 197 | 22 | |
| 198 | 12 | 198 | 23 | |
| 200 | 24 | 201 | 12 | |
| 201 | 22 | 202 | 17 | |
| 203 | 12 | 204 | 4 | |
| 204 | 12 | 204 | 15 | |
| 209 | 7 | 211 | 1 | Re: 209:7-211:1 |
| | | | | **Def Obj:** Misleading (selective and incomplete portions of exhibit read into record) |
| 217 | 8 | 218 | 3 | |
| 225 | 14 | 225 | 22 | |
| 226 | 11 | 226 | 18 | |
| 227 | 18 | 228 | 12 | Re: 227:18-228:12 |
| | | | | **Def Obj:** Misleading (selective and incomplete portions of exhibit read into record); potential confusion of issue |
| 243 | 1 | 243 | 11 | Re:  243:1-243:11 |
| | | | | **Def Obj:** Irrelevant and prejudicial |
| 265 | 8 | 265 | 10 | |
| 265 | 24 | 266 | 12 | |
| 266 | 17 | 266 | 23 | |
| 267 | 14 | 267 | 18 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Alan Nies**
**March 2, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 291 | 7 | 293 | 10 | Re:  291:7-293:10 |
| | | | | **Def Obj:** No foundation; calls for speculation; hearsay |
| 293 | 14 | 293 | 16 | |
| 303 | 19 | 304 | 1 | Re:  303:19-304:1 |
| | | | | **Def Obj:** Irrelevant |
| 498 | 15 | 499 | 3 | |
| 499 | 5 | 499 | 6 | |
| 499 | 8 | 499 | 14 | |
| 504 | 3 | 505 | 7 | Re:  504:3-505:7 |
| | | | | **Def Obj:** Examiner testifying; no foundation |
| | | | | Re:  504:16-504:21 |
| | | | | **Def Obj:** Speculation |
| | | | | Re:  504:22-505:7 |
| | | | | **Def Obj:** Hearsay |
| 555 | 24 | 556 | 21 | Re:  555:24-556:21 |
| | | | | **Def Obj:** Incomplete without 555:12-23 |
| | | | | Re:  556:17-556:18 |
| | | | | **Def Obj:** Testimony was struck |
| 556 | 23 | 556 | 25 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Karen Olson-Fields, RN, FNP**
**July 27, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 6 | 11 | 7 | 13 | |
| 16 | 11 | 16 | 21 | |
| 17 | 5 | 17 | 25 | |
| 19 | 1 | 19 | 5 | |
| 19 | 19 | 19 | 25 | |
| 28 | 21 | 28 | 25 | |
| 31 | 7 | 31 | 16 | |
| 32 | 12 | 32 | 15 | |
| 40 | 6 | 40 | 9 | |
| 41 | 19 | 42 | 12 | Re: 41:19-42:4 |
| | | | | Def Obj: 401, 402, 403; Whether this practitioner has had patients with GI bleeds is not relevant. |
| | | | | Re: 42:6-12 |
| | | | | Def Obj: Non-responsive |
| 44 | 20 | 44 | 24 | |
| 45 | 4 | 45 | 9 | |
| 49 | 10 | 49 | 19 | Re: 49:10-19 |
| | | | | Def Obj: 401; 402; 403; what other pharmaceutical companies did after Vioxx was removed from the market is not relevant. |
| 50 | 19 | 50 | 24 | |
| 58 | 1 | 58 | 16 | |
| 60 | 6 | 61 | 5 | |
| 62 | 20 | 62 | 23 | |
| 63 | 13 | 64 | 22 | Re: 64:12-13 |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Karen Olson-Fields, RN, FNP**
**July 27, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | **Def Obj:** Remove objection |
| | | | | **Re: 64:14-22** |
| | | | | **Def Obj:** Foundation- witness does not know why Vioxx was withdrawn. |
| 66 | 21 | 67 | 4 | **Re: 66:21-67:4** |
| | | | | **Def Obj:** Foundation; speculative; witness does not know why Vioxx was removed from the market. |
| 68 | 25 | 69 | 14 | |
| 75 | 8 | 75 | 22 | |
| 77 | 7 | 77 | 19 | **Re: 77:7-19** |
| | | | | **Def Obj:** Foundation- Improper opinion about what Merck sales representative intended. |
| 79 | 2 | 79 | 16 | **Re: 79:2-16** |
| | | | | **Def Obj:** Speculation – witness does not remember details and is testifying about what "possibly" happened. |
| 80 | 18 | 80 | 19 | |
| 80 | 22 | 80 | 23 | |
| 82 | 11 | 82 | 13 | **Re: 82:11-13** |
| | | | | **Def Obj:** Question without answer |
| 83 | 5 | 83 | 15 | |
| 94 | 1 | 94 | 16 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Karen Olson-Fields, RN, FNP**
**July 27, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 95 | 4 | 95 | 9 | |
| 95 | 14 | 96 | 2 | Re: 95:14-96:2 |
| | | | | **Def Obj:**  Non-responsive |
| 97 | 13 | 97 | 14 | Re: 97:13-14 |
| | | | | **Def Obj:**  Non-responsive; speculating (doesn't recall) |
| 97 | 16 | 97 | 22 | Re: 97:16-22 |
| | | | | **Def Obj:**  Non-responsive; speculating (doesn't recall) |
| 98 | 7 | 98 | 14 | |
| 119 | 6 | 120 | 6 | Re: 119:6-10 |
| | | | | **Def Obj:**  Colloquy-no question asked. |
| | | | | Re: 119:15-17 |
| | | | | **Def Obj:**  Remove objection |
| 121 | 12 | 121 | 15 | |
| 123 | 12 | 123 | 19 | Re: 123:17-19 |
| | | | | **Def Obj:**  Foundation-speculation as to what Dr. Vogeler would assume and do. |
| 123 | 21 | 123 | 25 | Re: 123:21-25 |
| | | | | **Def Obj:**  Foundation-speculation as to what Dr. Vogeler would assume and do. |
| 131 | 12 | 131 | 12 | |
| 131 | 14 | 131 | 16 | |
| 133 | 6 | 133 | 16 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Karen Olson-Fields, RN, FNP**
**July 27, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 133 | 23 | 134 | 16 | |
| 164 | 24 | 166 | 10 | Re: 164:24-165:6 |
| | | | | **Def Obj:** Question omitted |
| | | | | Re: 165:14 |
| | | | | **Def Obj:** Remove objection |
| 169 | 13 | 169 | 25 | |
| 178 | 7 | 178 | 15 | Re: 178:7-14 |
| | | | | **Def Obj:** Foundation |
| | | | | Re: 178:15 |
| | | | | **Def Obj:** No answer designated |
| 179 | 17 | 179 | 23 | Re: 179:20 |
| | | | | **Def Obj:** Remove objection |
| 183 | 19 | 183 | 25 | Re: 183:19-25 |
| | | | | **Def Obj:** Speculation; hypothetical question |
| | | | | Re: 183:22 |
| | | | | **Def Obj:** Remove objection |
| 184 | 2 | 184 | 3 | |
| 184 | 6 | 184 | 8 | Re: 184:7-8 |
| | | | | **Def Obj:** Foundation-witness has not reviewed Mason's entire set of medical records. |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Karen Olson-Fields, RN, FNP**
**July 27, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| 184 | 10 | 184 | 12 | Re: 184:10-12 |
| | | | | **Def Obj:**  Foundation-witness has not reviewed Mason's entire set of medical records. |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Charles Rardin**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---:|
| 21 | 18 | 22 | 16 | |
| 23 | 1 | 23 | 17 | |
| 24 | 7 | 24 | 13 | Re: 24:7-24:13 |
| | | | | **Def Obj:** Foundation |
| 29 | 11 | 29 | 13 | |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Edward Scolnick**
**June 1, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---:|
| 1138 | 3 | 1138 | 8 | Re: 1138:3-1138:8 |
| | | | | Def Obj: Incomplete question and answer; need to add 1138:9-10 for completeness |
| 1249 | 12 | 1250 | 9 | Re: 1249:18-1249:21 |
| | | | | Def Obj: Misleading; Foundation; Lack of personal knowledge; see 1247:22-1248:3 |
| 1250 | 11 | 1250 | 17 | |
| 1250 | 24 | 1251 | 2 | Re:  1250:24-1251:2 |
| | | | | Def Obj: Incomplete question and answer; need to add 1251:9-17 for completeness |
| 1251 | 4 | 1251 | 7 | Re: 1251:4-1251:7 |
| | | | | Def Obj: Incomplete answer; need to add 1251:9-17 for completeness |
| 1266 | 23 | 1267 | 9 | Re: 1266:25-1267:9 |
| | | | | Def Obj: Foundation; Lack of personal knowledge; see 1261:23-25 and 1262:7-9 |
| 1267 | 12 | 1267 | 17 | Re: 1267:12-1267:17 |
| | | | | Def Obj: Foundation; Lack of personal knowledge; see 1261:23-25 and 1262:7-9 |
| 1267 | 19 | 1268 | 1 | Re: 1267:19-1268:1 |
| | | | | Def Obj: Foundation; Lack of personal knowledge; see 1261:23- |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Edward Scolnick**
**June 1, 2005**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | 25 and 1262:7-9 |
| 1268 | 4 | 1268 | 15 | Re: 1268:4-1268:15 |
| | | | | **Def Obj**: Foundation; Lack of personal knowledge; see 1261:23-25 and 1262:7-9 |
| 1268 | 17 | 1269 | 12 | Re: 1268:17-1269:12 |
| | | | | **Def Obj**: Foundation; Lack of personal knowledge; see 1261:23-25 and 1262:7-9 |
| 1271 | 4 | 1273 | 14 | Re: 1271:8 |
| | | | | **Def Obj**: Delete Objection |
| 1273 | 16 | 1274 | 25 | Re: 1274:18-1274:25 |
| | | | | **Def Obj**: Incomplete question and answer; need to add 1275:6-10 and 1275:12-20 for completeness |
| 1275 | 2 | 1275 | 4 | Re: 1275:2-1275:4 |
| | | | | **Def Obj**: Incomplete question and answer; need to add 1275:6-10 and 1275:12-20 for completeness |

<u>Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
COUNTER DEPOSITION DESIGNATIONS**

**Gary Symkoviak, M.D.
July 10, 2006**

| <u>START PAGE</u> | <u>LINE</u> | <u>END PAGE</u> | <u>LINE</u> | <u>OBJECTIONS</u> |
|---|---|---|---|---|
| 67 | 8 | 67 | 14 | |
| 68 | 2 | 68 | 13 | |
| 74 | 6 | 74 | 25 | Re: 74:21-25 |
| | | | | **Def Obj:  Plaintiff has moved in *Limine* on the term "widow maker" and this question would be covered by his own motion.** |
| 75 | 1 | 75 | 6 | Re: 75:1-6 |
| | | | | **Def Obj:  Plaintiff has moved in *Limine* on the term "widow maker" and this question would be covered by his own motion.** |
| 75 | 23 | 75 | 25 | Re: 75:23-25 |
| | | | | **Def Obj:  Answer without a question** |
| 76 | 1 | 76 | 22 | |
| 78 | 3 | 78 | 25 | Re: 78:3-25 |
| | | | | **Def Obj:  Incomplete Question and Answer; Need to add 79:1-3 for completeness.** |
| 81 | 19 | 81 | 25 | |
| 82 | 1 | 82 | 8 | |
| 82 | 24 | 82 | 25 | |
| 83 | 1 | 83 | 8 | Re: 83:7-8 |
| | | | | **Def Obj:  Incomplete Answer; Need to add 83:9-10 for completeness.** |
| 84 | 1 | 84 | 20 | Re: 84:1-3 |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Gary Symkoviak, M.D.**
**July 10, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | **Def Obj:** Fragment |
| 85 | 4 | 85 | 17 | **Re: 85:4-17** |
| | | | | **Def Obj:** Incomplete Question and Answer; Need to add 85:1-3 for completeness. |
| 90 | 1 | 90 | 10 | **Re: 90:5-10** |
| | | | | **Def Obj:** Non-responsive |
| 93 | 16 | 93 | 22 | **Re: 93:16-22** |
| | | | | **Def Obj:** Incomplete Question and Answer; Need to add 92:16-93:15 for completeness. |
| 100 | 5 | 100 | 25 | **Re: 100:5-25** |
| | | | | **Def Obj:** Not a proper counter-designation; Witness speculating on pharmacology mechanisms without proper expert foundation, designation or methodology ("I don't care what the author says"). |
| 101 | 1 | 101 | 19 | **Re: 101:1-19** |
| | | | | **Def Obj:** Not a proper counter-designation; Witness speculating on pharmacology mechanisms without proper expert foundation, designation or methodology ("I don't care what the author says"). |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Gary Symkoviak, M.D.**
**July 10, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 106 | 24 | 106 | 25 | Re: 106:24-25 |
| | | | | **Def Obj:** Not a proper counter-designation; if objection is overruled, need to add 117:12-122:4 for completeness. |
| 107 | 1 | 107 | 20 | Re: 107:1-20 |
| | | | | **Def Obj:** Not a proper counter-designation; if objection is overruled, need to add 117:12-122:4 for completeness. |
| 138 | 7 | 138 | 14 | |
| 138 | 15 | 138 | 19 | |

<u>**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**</u>
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Douglas M. Vogeler, M.D.**
**July 26, 2006**

| <u>START PAGE</u> | <u>LINE</u> | <u>END PAGE</u> | <u>LINE</u> | <u>OBJECTIONS</u> |
|:---:|:---:|:---:|:---:|:---:|
| 211 | 5 | 211 | 9 | Re: 211:5-9 |

Re: 211:5-9

<u>Def Obj</u>: Incomplete Question and Answer; need to add 211:10-15 for completeness.

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**James S. Zebrack, M.D.**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 71 | 9 | 71 | 25 | Re: 71:22-25 |
| | | | | **Def Obj:** Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx. If objection is overruled, need to add 74:19-24 for completeness. |
| 72 | 3 | 72 | 6 | Re: 72:3-6 |
| | | | | **Def Obj:** Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx. If objection is overruled, need to add 74:19-24 for completeness. |
| 73 | 13 | 73 | 16 | |
| 73 | 11 | 73 | 21 | Re: 73:11-21 |
| | | | | **Def Obj:** Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx. If objection is overruled, |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**James S. Zebrack, M.D.**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | need to add 73:22-74:1 for completeness. |
| 74 | 6 | 74 | 12 | Re: 74:6-12 |
| | | | | **Def Obj:** Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx. If objection is overruled, need to add 74:19-24 for completeness. |
| 74 | 16 | 74 | 18 | Re: 74:16-18 |
| | | | | **Def Obj:** Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx. If objection is overruled, need to add 74:19-24 for completeness. |
| 74 | 25 | 74 | 25 | Re: 74:25 |
| | | | | **Def Obj:** Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx. If |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**James S. Zebrack, M.D.**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | objection is overruled, need to add 74:19-24 for completeness |
| 75 | 1 | 75 | 4 | Re: 75:1-4 |
| | | | | Def Obj:  Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx.  If objection is overruled, need to add 74:19-24 for completeness |
| 75 | 7 | 75 | 9 | Re: 75:7-9 |
| | | | | Def Obj:  Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx.  If objection is overruled, need to add 74:19-24 for completeness |
| 75 | 18 | 75 | 25 | Re: 75:18-25 |
| | | | | Def Obj:  Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**James S. Zebrack, M.D.**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | effects of Vioxx.  If objection is overruled, need to add 74:19-24 for completeness |
| 76 | 1 | 76 | 6 | Re: 76:1-6 |
| | | | | **Def Obj:**  Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx.  If objection is overruled, need to add 74:19-24 for completeness |
| 76 | 1 | 76 | 24 | Re: 76:1-24 |
| | | | | **Def Obj:**  Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when speculating about the CV effects of Vioxx.  If objection is overruled, need to add 74:19-24 for completeness |
| 77 | 2 | 77 | 25 | Re: 77:2-13 |
| | | | | **Def Obj:**  Witness was not qualified or designated as an expert (this answer demonstrates he did not follow an accepted methodology when |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**COUNTER DEPOSITION DESIGNATIONS**

**James S. Zebrack, M.D.**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|:---:|:---:|:---:|:---:|:---|
| | | | | speculating about the CV effects of Vioxx.  If objection is overruled, need to add 74:19-24 for completeness |
| 78 | 1 | 78 | 11 | |
| 78 | 25 | 79 | 2 | |