UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:06-CV-00810<br><br>CHARLES MASON,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**<u>MERCK'S REVISED<br>OBJECTIONS TO<br>PLAINTIFF'S REVISED<br>AFFIRMATIVE DEPOSITION<br>DESIGNATIONS</u>** |

TO:   Edward F. Blizzard
        J. Scott Nabers
        Rebecca B. King
        BLIZZARD, MCCARTHY & NABERS, LLP
        440 Louisiana, Suite 1710
        Houston, Texas 77002

Merck & Co., Inc. hereby serves its revised objections to Plaintiff's revised affirmative deposition designations for James S. Zebrack, M.D..

Dated: October 5, 2006                       Respectfully submitted,

                                                 */s/ Dorothy H. Wimberly*
                                                 Dorothy H. Wimberly, 18509
                                                 STONE PIGMAN WALTHER
                                                 WITTMANN L.L.C.
                                                 546 Carondelet Street
                                                 New Orleans, Louisiana 70130
                                                 Phone: 504-581-3200
                                                 Fax:    504-581-3361

                                                 *Defendant's Liaison Counsel*

Philip S. Beck, 147168
Tarek Ismail, 6225226
Shayna S. Cook, 6285959
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Telephone:		(312) 494-4400
Telecopier:		(312) 494-4440

*Attorneys for Merck & Co., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulated Motion Allowing Plaintiff's Counsel to Withdraw as Attorneys of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of October, 2006.

>   /s/ Dorothy H. Wimberly
>   Dorothy H. Wimberly, 18509
>   STONE PIGMAN WALTHER
>   WITTMANN L.L.C.
>   546 Carondelet Street
>   New Orleans, Louisiana  70130
>   Phone:  504-581-3200
>   Fax:    504-581-3361
>   dwimberly@stonepigman.com
>
>   Defendants' Liaison Counsel

<u>**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**</u>
**DEFENDANT'S REVISED OBJECTIONS TO PLAINTIFF'S
REVISED AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition
August 30, 2006**

| <u>START PAGE</u> | <u>LINE</u> | <u>END PAGE</u> | <u>LINE</u> | <u>OBJECTIONS</u> |
|---|---|---|---|---|
| 4 | 10 | 11 | 1 | **Re: 4:20-5:14**<br><br>**<u>Def Obj:</u>  403; Irrelevant** |
| 11 | 3 | 11 | 18 | |
| 11 | 20 | 11 | 24 | |
| 12 | 1 | 14 | 18 | |
| 14 | 20 | 15 | 9 | |
| 15 | 11 | 15 | 23 | |
| 15 | 25 | 16 | 4 | |
| 16 | 6 | 16 | 14 | |
| 16 | 16 | 16 | 21 | |
| 16 | 23 | 18 | 6 | |
| 18 | 8 | 18 | 19 | **Re: 18:9-19**<br><br>**<u>Def Obj:</u>  403; Irrelevant; No claim of congestive heart failure has been made in this case.** |
| 18 | 21 | 19 | 25 | **Re: 18:21-25**<br><br>**<u>Def Obj:</u>  403; Irrelevant; No claim of congestive heart failure has been made in this case.** |
| 20 | 2 | 20 | 4 | |
| 20 | 6 | 20 | 10 | |
| 21 | 4 | 21 | 18 | |
| 21 | 20 | 21 | 22 | |
| 21 | 24 | 22 | 8 | |
| 22 | 10 | 22 | 12 | |
| 22 | 14 | 23 | 2 | **Re: 22:24-23:2** |

Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)
**DEFENDANT'S REVISED OBJECTIONS TO PLAINTIFF'S
REVISED AFFIRMATIVE DEPOSITION DESIGNATIONS**

Dr. James Zebrack Deposition
August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
|  |  |  |  | Def Obj: Leading |
| 23 | 4 | 28 | 17 | Re: 23:4<br>Def Obj: Leading |
| 28 | 19 | 29 | 14 |  |
| 29 | 17 | 31 | 17 |  |
| 31 | 25 | 34 | 1 |  |
| 34 | 18 | 34 | 21 |  |
| 34 | 23 | 36 | 13 |  |
| 36 | 20 | 36 | 22 |  |
| 36 | 24 | 36 | 25 |  |
| 37 | 6 | 40 | 12 |  |
| 40 | 20 | 41 | 5 | Re: 41:4-5<br>Def Obj: Foundation; No personal knowledge |
| 41 | 7 | 41 | 9 | Re: 41:7-9<br>Def Obj: Foundation; No personal knowledge |
| 41 | 11 | 42 | 9 | Re: 41:11-18<br>Def Obj: Foundation; No personal knowledge |
| 42 | 18 | 44 | 6 | Re: 42:24-44:6<br>Def Obj: Irrelevant to his treatment of the Plaintiff since this article is dated years after his treatment. |
| 44 | 8 | 44 | 15 | Re: 44:8-15<br>Def Obj: Irrelevant to his treatment of the Plaintiff since this article is dated years after his |

<u>**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**</u>
**DEFENDANT'S REVISED OBJECTIONS TO PLAINTIFF'S
REVISED AFFIRMATIVE DEPOSITION DESIGNATIONS**

Dr. James Zebrack Deposition
August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
|  |  |  |  | treatment. |
| 47 | 16 | 48 | 18 | Re: 47:16-48:18<br><br>**Def Obj:** Irrelevant to his treatment of the Plaintiff since this article is dated years after his treatment. |
| 48 | 25 | 49 | 6 | Re: 48:25-49:6<br><br>**Def Obj:** Irrelevant to his treatment of the Plaintiff since this article is dated years after his treatment. Witness was not qualified as an expert nor designated as an expert on the CV safety of Vioxx. |
| 49 | 19 | 50 | 3 | Re: 49:19-50:3<br><br>**Def Obj:** Irrelevant to his treatment of the Plaintiff since this article is dated years after his treatment. |
| 50 | 5 | 50 | 12 | Re: 50:5-12<br><br>**Def Obj:** Irrelevant to his treatment of the Plaintiff since this article is dated years after his treatment. |
| 50 | 16 | 51 | 13 | Re: 50:16-51:13<br><br>**Def Obj:** Irrelevant to his treatment of the Plaintiff since this article is dated years after his treatment. |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S REVISED OBJECTIONS TO PLAINTIFF'S**
**REVISED AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 51 | 15 | 53 | 10 | Re: 51:15-53:7<br><br>**Def Obj:** Irrelevant to his treatment of the Plaintiff since this article is dated years after his treatment.<br><br>Re: 53:8-10<br><br>**Def Obj:** Witness was not qualified or designated as an expert on the CV safety of Vioxx. |
| 53 | 12 | 53 | 16 | Re: 53:12-16<br><br>**Def Obj:** Witness was not qualified or designated as an expert on the CV safety of Vioxx. |
| 53 | 18 | 53 | 21 | Re: 53:18-21<br><br>**Def Obj:** Witness was not qualified or designated as an expert on the CV safety of Vioxx. |
| 53 | 23 | 53 | 23 | Re: 53:23<br><br>**Def Obj:** Witness was not qualified or designated as an expert on the CV safety of Vioxx. |
| 55 | 21 | 56 | 1 | Re: 55-21-56:1<br><br>**Def Obj:** 403; Irrelevant; Question and Answer do not deal with Plaintiff. |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S REVISED OBJECTIONS TO PLAINTIFF'S**
**REVISED AFFIRMATIVE DEPOSITION DESIGNATIONS**

Dr. James Zebrack Deposition
August 30, 2006

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 56 | 3 | 56 | 6 | Re: 56-3-6<br>Def Obj: 403; Irrelevant; Question and Answer do not deal with Plaintiff. |
| 56 | 8 | 56 | 14 | Re: 56:8-11<br>Def Obj: 403; Irrelevant; Question and Answer do not deal with Plaintiff.<br>Re: 56:12-14<br>Def Obj: Leading |
| 56 | 16 | 56 | 16 | |
| 56 | 24 | 57 | 2 | Re: 56:24-57:2<br>Def Obj: The witness did not diagnose Vioxx as a contributing factor pursuant to his treatment of the Plaintiff; Witness was not designated as an expert on specific cause; Witness did not follow an accepted methodology since he did not review all the relevant medical records. If objection is overruled, need to add 72:7-21 and 73:22-74:1 for completeness. If objection to 56:24-57:4 is overruled, need to add 60:19-23 for completeness. |
| 57 | 4 | 57 | 9 | Re: 57:4-9<br>Def Obj: The witness did not diagnose Vioxx as a |

8

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S REVISED OBJECTIONS TO PLAINTIFF'S**
**REVISED AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
|  |  |  |  | contributing factor pursuant to his treatment of the Plaintiff; Witness was not designated as an expert on specific cause; Witness did not follow an accepted methodology since he did not review all the relevant medical records.  If objection is overruled, need to add 72:7-21 and 73:22-74:1 for completeness.  If objection to 56:24-57:4 is overruled, need to add 60:19-23 for completeness. |
| **57** | **11** | **57** | **12** | Re:  57:11-12 <br><br>**Def Obj:**  The witness did not diagnose Vioxx as a contributing factor pursuant to his treatment of the Plaintiff; Witness was not designated as an expert on specific cause; Witness did not follow an accepted methodology since he did not review all the relevant medical records.  If objection is overruled, need to add 72:7-21 and 73:22-74:1 for completeness.  If objection to 56:24-57:4 is overruled, need to add 60:19-23 for completeness. |
| **57** | **14** | **57** | **16** | Re:  57:14-16 <br><br>**Def Obj:**  The witness did |

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S REVISED OBJECTIONS TO PLAINTIFF'S**
**REVISED AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition**
**August 30, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| | | | | not diagnose Vioxx as a contributing factor pursuant to his treatment of the Plaintiff; Witness was not designated as an expert on specific cause; Witness did not follow an accepted methodology since he did not review all the relevant medical records.  If objection is overruled, need to add 72:7-21 and 73:22-74:1 for completeness.  If objection to 56:24-57:4 is overruled, need to add 60:19-23 for completeness. |
| **57** | **18** | **57** | **21** | Re:  57:18-21<br><br>**Def Obj:**  The witness did not diagnose Vioxx as a contributing factor pursuant to his treatment of the Plaintiff; Witness was not designated as an expert on specific cause; Witness did not follow an accepted methodology since he did not review all the relevant medical records.  If objection is overruled, need to add 72:7-21 and 73:22-74:1 for completeness.  If objection to 56:24-57:4 is overruled, need to add 60:19-23 for completeness. |
| **58** | **20** | **58** | **23** | Re:  58:20-23 |

10

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S REVISED OBJECTIONS TO PLAINTIFF'S**
**REVISED AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Dr. James Zebrack Deposition**
**August 30, 2006**

| **START PAGE** | **LINE** | **END PAGE** | **LINE** | **OBJECTIONS** |
|---|---|---|---|---|
| | | | | **Def Obj:** Witness was not qualified or designated as an expert on the CV safety of Vioxx. |
| 58 | 25 | 59 | 2 | Re: 58:25-59:2 **Def Obj:** Witness was not qualified or designated as an expert on the CV safety of Vioxx. |
| 59 | 4 | 59 | 5 | Re: 59:4-5 **Def Obj:** Witness was not qualified or designated as an expert on the CV safety of Vioxx. |
| 111 | 1 | 112 | 4 | |
| 112 | 20 | 113 | 5 | |