UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| | * | JUDGE KNOWLES |
| Deryl Orton v. Merck & Co., Inc., | * | |
| 05-cv-02286 | * | |
| | * | |
| Gary Murray v. Merck & Co., Inc., | * | |
| 05-cv-01030 | * | |
| | * | |
| Bobbie L. Thompson v. Merck & Co., | * | |
| Inc., 05-cv-04055, And Only Regarding | * | |
| Reynaldo Salinas | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

**NOTICE OF WITHDRAWAL OF DEFENDANT MERCK & CO., INC.'S RULE TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE AS TO PLAINTIFFS DERYL ORTON, GARY MURRAY, AND REYNALDO SALINAS**

On September 7, 2006, Defendant Merck & Co., Inc. ("Merck"), filed a rule to show cause why certain claims, including the claims of the three plaintiffs referenced above, should not be dismissed with prejudice for failure to provide any response to the Plaintiff Profile Form as required by Pre-Trial Order No. 18C. Deryl Orton, case no. 05-2286, Gary Murray, case no. 05-1030, and Reynaldo Salinas, one of a number of plaintiffs in case no. 05-4055, subsequently submitted Plaintiff Profile Forms to Merck. Accordingly, Merck hereby gives notice to the Court that it is withdrawing its rule against plaintiffs Deryl Orton, Gary Murray, and

833551v.1

Reynaldo Salinas only. Merck intends to proceed with its rule against the remaining plaintiffs identified in the rule.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

833551v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of October, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

833551v.1