# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX**<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to**<br>**Case No. 2:06-CV-00810**<br><br>**CHARLES MASON,**<br><br>                Plaintiff,<br><br>**v.**<br><br>**MERCK & CO., INC.,**<br><br>                Defendant. | **MDL DOCKET NO. 1657**<br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES**<br><br><u>**MERCK'S OBJECTIONS TO**</u><br><u>**PLAINTIFF'S SUPPLEMENTAL**</u><br><u>**AFFIRMATIVE DEPOSITION**</u><br><u>**DESIGNATIONS**</u> |

TO:    Edward F. Blizzard
       J. Scott Nabers
       Rebecca B. King
       BLIZZARD, MCCARTHY & NABERS, LLP
       440 Louisiana, Suite 1710
       Houston, Texas 77002


       Merck & Co., Inc. hereby serves its objections to Plaintiff's supplemental

affirmative deposition designations for Jerome L. Avorn, M.D.

       Plaintiff's supplemental affirmative deposition designations were served more

than two weeks after the deadline for serving affirmative designations set forth in the

Court's scheduling order and the parties' signed stipulation.  There is no stated reason for

these late designations.  Accordingly, Merck objects to these designations and requests

that they be stricken.

Dated:  October 6, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361

*Defendant's Liaison Counsel*

Philip S. Beck, 147168
Tarek Ismail, 6225226
Shayna S. Cook, 6285959
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Telephone:          (312) 494-4400
Telecopier:          (312) 494-4440

*Attorneys for Merck & Co., Inc.*

833572v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Objections to Plaintiff's Supplemental Affirmative Deposition Designations has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

833572v.1

**Charles Mason v. Merck & Co., Inc. (Case No. 2:06-CV-810)**
**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S**
**SUPPLEMENTAL AFFIRMATIVE DEPOSITION DESIGNATIONS**

**Jerome L. Avorn, M.D. Deposition**
**June 29, 2006**

| START PAGE | LINE | END PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|
| 294 | 21 | 296 | 6 | Re: 294:21-296:6<br><br>**Def Obj:** Late designation served after the deadline in the parties' stipulation; cumulative with Dr. Curfman's testimony; cumulative opinion on naproxen with Dr. Topol, Graham and Curfman |
| 297 | 12 | 299 | 5 | Re: 297:12-299:5<br><br>**Def Obj:** Late designation served after the deadline in the parties' stipulation; cumulative with Dr. Curfman's testimony; cumulative opinion on naproxen with Dr. Topol, Graham and Curfman |

833572v.1