UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-5507

MARTHA TRAVIS,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., HEIDI DINGFELDER,
THOMAS M. ADAMS, TIMOTHY HAMMONS,
JOHN J. GALEOTA, JR., LYNN D. RICHARDS,
DOUGLAS A. McELROY, CHRISTOPHER HARRIS,
and ROXANNE POST,

        Defendants.

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, MARTHA TRAVIS, by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, LYNN RICHARDS, on July 25, 2006.

Dated this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# Original Return

Control Number: 2006-23080

| Martha Travis | Merck & Co., etc., ET al | | Summons | 53-2006-CA-002040 |
|---|---|---|---|---|
| ( Plaintiff ) | VS | ( Defendant ) | Type of Process | Case No. |

Circuit Court, Polk County, Florida

Ret. 20 days

| Brenda S. Fulmer, Esquire |
|---|
| 701 E. Washington St |
| P.O. Box 3127 |
| Tampa, FL 33601 |

Serve: Lynn Richards
Address: 3688 Pine St., Jax, FL 32205

jh

Received this writ on the __13th__ Day of __June__ A.D. 20 __06__ and served the same on __Lynn Richards__ (~~Corporation~~ - Individual ) The Within Named (~~Respondent~~ ~~Garnishee~~ - Defendant - ~~Witness~~ ) at __7:30p__ M, on the __25th__ day of __July__ A.D. 20 __06__ in Duval County, Florida. Complaint

Individual Service

By delivering to the Within Named Lynn Richards a trued copy of this process with the date and hour of service endorsed by me and at the same time, I delivered to the Within Named Lynn Richards a copy of the Complaint

mk

Carol Cullins
Special Process Server Duly Appointed and
Qualified Pursuant to F.S. 48.021 (2)

John R. Rutherford, Sheriff of Duval County, Florida

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

June 7, 2006

Duval County Sheriff
Attn: Civil Process
501 E. Bay St.
Jacksonville, FL 32202

RE: Travis v. Merck

Dear Sirs:

Enclosed is my firm's check in the amount of $20.00 for service of the enclosed summons on Lynn Richards in the above-referenced case.

If you have any questions regarding this matter, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

Brenda S. Fulmer

BSF/jld

Enclosures

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, STATE OF FLORIDA

MARTHA TRAVIS,

    Plaintiff,

vs.

Case No.: 53-2006CA-002040-0000-00
Division: SEC 4

MERCK & CO., INC., HEIDI DINGFELDER,
THOMAS M. ADAMS, TIMOTHY HAMMONS,
JOHN J. GALEOTA, JR., LYNN D. RICHARDS,
DOUGLAS A. McELROY, CHRISTOPHER HARRIS,
and ROXANNE POST,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

    Lynn Richards
    3688 Pine Street
    Jacksonville, FL 32205

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GRIEWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days *after service* of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on __25 MAY__, 2006.

(Court Seal)

RICHARD M. WEISS
Clerk of the Circuit Court

By: _____
Deputy Clerk