UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-5507

MARTHA TRAVIS,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., HEIDI DINGFELDER,
THOMAS M. ADAMS, TIMOTHY HAMMONS,
JOHN J. GALEOTA, JR., LYNN D. RICHARDS,
DOUGLAS A. McELROY, CHRISTOPHER HARRIS,
and ROXANNE POST,

        Defendants.

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, MARTHA TRAVIS, by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, THOMAS M. ADAMS, on June 13, 2006.

Dated this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 28th day of September, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

2

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

| | | | |
|---|---|---|---|
| PROCESS RECEIVED: | 6/12/2006 1:51:00PM | | **Orange County Sheriffs Office** |
| RETURN DAYS: | 20 | | **Return of Service** |
| RETURN DATE: | | | |
| SHOW CAUSE DATE: | | | |
| WRIT #: | 264269 | | |
| CIV-SUMMONS & COMPLAINT | | CASE: | 532006CA002040 |
| | | COURT: | CIRCUIT CIVIL |
| SERVE TO: | ADAMS, THOMAS M | COUNTY: | POLK |
| HOME ADDRESS: | 353 BLUE STONE CIR | | |
| | WINTER GARDEN, FL | | ***** DO NOT POST |
| BUSINESS ADDRESS: | | | |

| | | | |
|---|---|---|---|
| MAIL TO: | ALLEY, CLARK, GREIWE & FULMER, PA | SERVER: | CO38 |
| | 701 E WASHINGTON ST POB 3127 | ENTERED BY: | CO |
| | TAMPA, FL 33601-0977 | FEE CODE: | 2 |
| SERVICE INFORMATION: (407) 836-4570 (9AM - 1PM) | | Fee/Xfee: | $ 20.00 |
| | | WITNESS FEE: | $ 0.00 |
| PLAINTIFF: MARTHA TRAVIS | | OVERPAYMENT: | $ 0.00 |
| DEFENDANT: ADAMS, THOMAS M | | LEVY DEPOSIT: | $ 0.00 |
| TOTAL AMOUNT DUE: $ 0.00 | | Daily Interest: $ 0.00 | |

SERVED THIS PROCESS AT  9:45a  , ON  6-13-06  IN ORANGE COUNTY, FLORIDA, BY:

[X] **INDIVIDUAL SERVICE:** By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

[ ] **SUBSTITUTE SERVICE:** By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit :

_____     _____
Name                                             Relationship

[ ] **CORPORATE SERVICE:** By delivering a true copy of this process, with any attachments provided, to :

_____     _____
Name                                             Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

[ ] **POSTED SERVICE:** By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

[ ] **OTHER:** By delivering a true copy of this process, with any attachments provided, to

_____ , as _____ .

[ ] **NON-SERVICE:** And hereby return same unserved on: _____ (date) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida, or for reasons specified below :

EXPLANATION

SERVICE ATTEMPTS

| Date/Time | |
|---|---|
| | |
| | |
| | |

SHERIFF OF ORANGE COUNTY, FLORIDA

RECEIVED BY                                    OFFICER                                    ID #

264265

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## IN AND FOR POLK COUNTY, STATE OF FLORIDA

MARTHA TRAVIS,

    Plaintiff,

53-2006CA-002040-0000-00

Case No.: _____ SEC 4

Division: _____

vs.

MERCK & CO., INC., HEIDI DINGFELDER,
THOMAS M. ADAMS, TIMOTHY HAMMONS,
JOHN J. GALEOTA, JR., LYNN D. RICHARDS,
DOUGLAS A. McELROY, CHRISTOPHER HARRIS,
and ROXANNE POST,

    Defendants.
_____/

### SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

        **Thomas M. Adams**
        **353 Blue Stone Circle**
        **Winter Garden, FL 34787**

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

        **BRENDA S. FULMER, Esq. (FBN: 999891)**
        **C. TODD ALLEY, Esq. (FBN: 321788)**
        **JAMES D. CLARK, Esq. (FBN: 191311)**
        **DON GRIEWE, Esq. (FBN: 218911)**
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Telephone: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on 25 MAY, 2006.

RICHARD M. WEISS
Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk