IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN DISTRICT OF MISSISSIPPI~~
~~JACKSON DIVISION~~
EASTERN DISTRICT OF LOUISIANA

FILED SEP 29 2006
LORETTA G. WHYTE
CLERK

JOHNNIE BARR, INDIVIDUALLY AND
AS SURVIVING SPOUSE OF SHARON
TILLMAN BARR, DECEASED, ET AL                                      PLAINTIFF

SUBPOENA IN A CIVIL CASE
FOR THE EASTERN DISTRICT OF LOUISIANA
CASE NO. 05-6369

V.

MERCK & CO., INC.                                                  DEFENDANT

## OBJECTION TO SUBPOENA DUCES TECUM

COMES NOW Mississippi Baptist Health Systems, Inc. and Mississippi Hospital for Restorative Care, Inc. (hereinafter referred to as "Baptist"), non-parties, through counsel, and pursuant to Rule 45, Federal Rules of Civil Procedure, file their objections to the Civil Subpoena Duces Tecum served upon them as follows, to-wit:

1. Baptist objects to the method and manner by which the subpoena and affirmatively alleges that the foregoing was/is insufficient.

2. Baptist is not a party to the above-referenced litigation and all documentation is privileged, confidential and not the subject of public disclosure or disclosure in this proceeding or any other forum. Further, the subpoena duces tecum is appended with a "Notice of Intention to Take Deposition by Written Questions" which exceed the scope of discovery pursuant to Rule 45, Federal Rules of Civil Procedure and otherwise. (A copy of the subpoena duces tecum and attachments are attaches hereto as Exhibit "A").

3. Baptist has offered to provide a custodial affidavit in response to the subpoena duces tecum, however the subpoenaing parties have rejected this proffer. Custodial affidavits are consistent with the Federal Rules of Civil Procedure and applicable evidentiary rules, and the refusal of this proffer is unreasonable.

4. The request is over broad, burdensome and oppressive and inquires of matters which are not relevant and which are not subject to disclosure in the context of a subpoena duces tecum for



medical records.

5. Correspondence attached to the subpoena duces tecum suggests alternatively that the request is governed by the <u>Texas Rules of Civil Procedure</u> or <u>Federal Rules of Civil Procedure</u> and is vague and ambiguous.

6. There may be, and probably are other basis for objection and Baptist reserves the right to assert the same.

WHEREFORE, PREMISES CONSIDERED, Baptist objects to the civil subpoena duces tecum and notice of intention to take deposition by written questions served upon it.

Respectfully submitted,

MISSISSIPPI BAPTIST HEALTH SYSTEMS, INC. & MISSISSIPPI HOSPITAL FOR RESTORATIVE CARE, INC.

BY: _____
EUGENE R. NAYLOR; MSB #3757

OF COUNSEL:

WISE CARTER CHILD & CARAWAY
401 EAST CAPITOL STREET, SUITE 600
POST OFFICE BOX 651
JACKSON, MS 39205-0651
PHONE: (601) 968-5500

ATTORNEYS FOR MISSISSIPPI BAPTIST HEALTH SYSTEMS, INC.
& MISSISSIPPI HOSPITAL FOR RESTORATIVE CARE, INC.

## CERTIFICATE OF SERVICE

I, EUGENE R. NAYLOR, one of the attorneys for Mississippi Baptist Health Systems, Inc. and Mississippi Hospital for Restorative Care, Inc., do hereby certify that I have this day caused to be mailed, U. S. Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Richard Brzoska
Keasis Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002

This the 27th day of September, 2006.

_____
EUGENE R. NAYLOR