# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J. M. WALTERS, JR. | CIVIL ACTION: 2:05-CV-03837-EEF-DEK |
| VERSUS | |
| MERCK & COMPANY, INC. | JUDGE FALLON<br>MAGISTRATE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, through undersigned counsel, comes DANA B. BROWN, attorney for J. M. WALTERS, Plaintiff herein, upon suggesting to the Court that mover desires to withdraw as attorney of record in the above captioned matter, and that a copy of the Motion has been forwarded to the client and all opposing parties; and upon further suggesting to the Court that there is no pending motion in this case and that the case has not been set for trial and that the client's present address is 7211 Conestoga Drive, Greenwell Springs, LA 70739-3007.

A copy of our firm's letter attached at "Exhibit A" showing J. M. Walters has picked up his file and has released the Law Offices of Ossie Brown.

RESPECTFULLY SUBMITTED:

**LAW OFFICES OF OSSIE BROWN**
123 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 343-1111

By: _____
DANA B. BROWN, #20128

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

August 31, 2006

I, JM Walters, have picked up a my entire file from the Law Offices of Ossie Brown regarding the Vioxx case. I understand it is my responsibility to seek other counsel regarding my vioxx matter.

I understand the Law Offices of Ossie Brown is not responsible for any further legal representation regarding my vioxx matter.

WITNESS

*[signature]* Patti Suiri
on behalf of
Law Offices of Ossie Brown

*[signature]* JM Walters
JM WALTERS