UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J. M. WALTERS | CIVIL ACTION: 2:05-CV-03837-EEF-DEK |
| VERSUS | |
| MERCK & COMPANY, INC. | JUDGE FALLON<br>MAGISTRATE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONSIDERING THE FOREGOING MOTION:

IT IS ORDERED that, **DANA B. BROWN** is hereby permitted to withdraw as attorney of record for J. M. Walters.

New Orleans, ~~Baton Rouge~~, Louisiana this 3rd day of October, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
Eastern DISTRICT OF LOUISIANA