IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT -4  AM 7: 44
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JEROME E. and VALERIE BURLET, § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> MERCK & CO., INC. § <br> Defendant § | Civil Action No. 05-5980 |
| IN RE: VIOXX MARKETING, § <br> SALES PRACTICES AND § <br> PRODUCTS LIABILITY § <br> LITIGATION § <br> § <br> THIS DOCUMENT RELATES TO: § <br> JEROME E. and VALERIE BURLET § <br> § <br> § | MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

On **October 3rd**, 2006, the Court considered Plaintiffs' Unopposed Motion For Leave to File Second Amended Complaint. After considering the application, the Court:

GRANTS Plaintiffs' Motion for Leave to File Second Amended Complaint.

SIGNED on **October 3rd**, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiffs

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____