FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -2 1 P 12: 25

LORETTA G. WHYTE
CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

MICHAEL DAUZAT, §
INDIVIDUALLY, AND ON §
BEHALF OF §
RUSSELL DAUZAT, SR., DECEASED §
     **Plaintiff** §
 §
VS. §     **Civil Action No. 05-5986**
 §
MERCK & CO., INC. §
     **Defendant** §

---

IN RE: VIOXX MARKETING, §
SALES PRACTICES AND §    **MDL NO. 1657**
PRODUCTS LIABILITY §
LITIGATION §    **SECTION L**
 §
THIS DOCUMENT RELATES TO: §    **JUDGE ELDON E. FALLON**
   MICHAEL DAUZAT, §
   INDIVIUALLY, AND ON §    **MAGISTRATE JUDGE**
   BEHALF OF §    **DANIEL E. KNOWLES, III**
   RUSSELL DAUZAR, SR., §
   DECEASED §

## PLAINTIFF'S UNOPPOSED MOTION FOR
## LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, MICHAEL DAUZAT, INDIVIDUALLY AND ON BEHALF OF

RUSSELL DAUZAT, SR., DECEASED, hereinafter referred to as Plaintiff, pursuant to

Fed. R. Civ. P.15, and LR 7.3E and LR 7.4.1W, files this unopposed motion for leave of

Court to file an Amended Complaint for two purposes.

1. To correct substantive law that was not properly asserted in the Original

   Complaint on November 23, 2005. The modification was necessary in order to

   assert the proper theory of Strict Product Liability.

2. To amend complaint to reflect all of Plaintiff's causes of action.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

# I.

## FACTUAL AND PROCEDURAL HISTORY

1.      On November 23, 2005, Plaintiff filed an Original Complaint against Defendant MERCK & CO., INC, ("Defendant") for personal injuries sustained as a result of his ingestion of the prescription medication VIOXX.

2.      Plaintiff ingested Vioxx during the time period from June 1999 to August 2004, and as a result thereof, he sustained injuries.

3.      Defendant Merck filed its answer to the complaint on March 30, 2006.

4.      Counsel for Plaintiff contacted counsel for Defendant Merck on September 29, 2006.  Defendant Merck consented to the filing of this Motion for Leave to File Amended Complaint.

# II.

## LEAVE SHOULD BE GRANTED FOR THE FOLLOWING REASONS

5.      Pursuant to Fed. R. Civ. P. 15, a motion for leave to amend a complaint, "shall be freely given when justice so requires."  Courts have generally accepted amended complaints unless the amended change is prejudicial against the opposing party. *Foman v. Davis*, *371 U.S. 178, 182, 83 S.Ct.227, 230 (1962)*

6.      Furthermore, if the amendment is not submitted for the purposes of undue delay, bad faith, or undue prejudice, "the leave sought should, as the rules require, be 'given freely.'" *Foman v. Davis*, *371 U.S. 178, 182, 83 S.Ct.227, 230 (1962)*

7.      The amendment being submitted by the Plaintiff is offered in good faith. The original petition asserted that Merck was liable under the theory of Strict Product Liability Law set forth in Section 402A of the Restatement of Torts 2d and under Texas Strict Liability Law.  The amended complaint also asserts Merck's liability under the theory of Strict Product Liability in Section 402A of the Restatement of Torts 2d,

however, it also includes the application of that law under Louisiana Strict Product Liability Law, La. R.S. 9:2800.51 *et. seq.* This amendment properly states the applicable law without substantially altering the basis of Plaintiff's claim.

8.      The complaint was also submitted to state all causes of action on behalf of Plaintiff's statutory beneficiaries.

9.      The Leave to File Amended Complaint is unopposed by counsel for Merck. LR 7.4.1W.

## III.
## CONCLUSION

10.     For these reasons, Plaintiff prays that this Court grant this leave to file Plaintiff's Amended Complaint to modify the applicable substantive law; and for such other and further relief to which Plaintiff may show herself entitled.

Respectfully submitted,

**THE O'QUINN LAW FIRM**

JOHN R. LEACH, III (Federal No: 6929)
MICHAEL J. LOWENBERG (Federal No: 22584)
ANTHONY E. FARAH (Federal No: 23059)
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:  713-223-1000
Facsimile:  713-223-4870

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF CONFERENCE FOR CONSENT MOTION**

Pursuant to Local Civil Rule 7.4.1W and 7.6E, I certify that on the $\underline{29^{th}}$ day of September, I or someone in my office conferred with Thomas Owen, Jr., and he is unopposed to Plaintiff's Unopposed Motion For Leave To File An Amended Complaint.

JOHN R. LEACH, III (Federal No: 6929)
MICHAEL J. LOWENBERG (Federal No: 22584)
THE O'QUINN LAW FIRM
440 Louisiana, Suite 2300
Houston, TX 77002
Telephone:  713-223-1000
Facsimile:  713-223-4870

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's First Amended Original Complaint has been served on Liaison Counsel, as listed below, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by U.S. Mail on this 29th day of September, 2006.


**VIA U.S. MAIL**
Russ Herman
PLAINTIFF'S LIAISON COUNSEL
HERMAN, HERMAN, KATZ & COTLAR, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Email: rherman@hhkc.com

**VIA U.S. MAIL**
Philip Wittman
DEFENDANT'S LIAISON COUNSEL
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com

**VIA U.S. MAIL**
Thomas P. Owen, Jr.
DEFENDANT'S STEERING COMMITTEE
STANLEY, FLANAGAN  & REUTER, L.L.C.
Counselors at Law
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Email: tpo@sfr-lawfirm.com


JOHN R. LEACH, III  (Federal No: 6929)
MICHAEL J. LOWENBERG (Federal No: 22584)
ANTHONY E. FARAH (Federal No: 23059)