IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  AM 7: 45

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| MICHAEL DAUZAT, INDIVIDUALLY, AND ON BEHALF OF RUSSELL DAUZAT, SR., DECEASED<br>Plaintiff | § § § § § § | |
| VS. | § § | Civil Action No. 05-5986 |
| MERCK & CO., INC.<br>Defendant | § § § | |

---

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>MICHAEL DAUZAT, INDIVIUALLY, AND ON BEHALF OF RUSSELL DAUZAR, SR., DECEASED | § § § § § § § | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On  October 3rd , 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on  October 3rd , 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____