IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -2  P 12: 26

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| LINDA SCHLEICHER,<br>　　　　Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>　　　　Defendant | §<br>§<br>§<br>§  Civil Action No. 05-6025<br>§<br>§<br>§ |

| | |
|---|---|
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>LINDA SCHLEICHER | §<br>§  MDL NO. 1657<br>§<br>§  SECTION L<br>§<br>§  JUDGE ELDON E. FALLON<br>§<br>§  MAGISTRATE JUDGE<br>§  DANIEL E. KNOWLES, III |

### THE O'QUINN LAW FIRM'S MOTION
### TO WITHDRAW AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

　　THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH, Movants herein, ask that this Court allow them to withdraw as attorneys in charge for Plaintiff Linda Schleicher. In support of their motion, Movants show the Court the following

　　1.　　Plaintiff is Linda Schleicher; Defendant is Merck & Co., Inc.

　　2.　　Plaintiff sued Defendant for Strict Products Liability, Negligence, Misrepresentation and Fraud, Civil Conspiracy and Commercial Bribery, Breach of the Implied Warranty of Merchantability, Breach of the Implied Warranty of Fitness For a Particular Purpose, Breach of Express Warranty, and Gross Negligence/Malice.

　　3.　　Discovery is being conducted under this Court's Case Management Order No. 19.

　　4.　　The case is not presently set for trial.



### A.   STATEMENT OF FACTS

5. Plaintiff was prescribed and ingested the drug Vioxx as directed by a physician. She suffered physical injury and damages arising from the prescription of Vioxx. Plaintiff was using Vioxx in a manner for which it was intended and/or in a reasonably foreseeable manner.

### B.   ARGUMENT & AUTHORITIES

6. Pursuant to Louisiana Rules of Professional Conduct 1.16 (b) 4 and 5, there is good cause for this Court to grant the Motion to Withdraw because Plaintiff Linda Schleicher and the Firm have philosophical differences as to how to prosecute her case and it is not in the best interest of the client for our representation to continue.

7. THE O'QUINN LAW FIRM has delivered a copy of this Motion to Ms. Schleicher and has notified her in writing, by both certified and regular mail, of her right to object to the Motion.

8. The following information is provided pursuant to Louisiana Local Civil Rule 83.2.11:

> Ms. Linda Schleicher's last known address is:
> 930 Cedre Drive, Westwego, Louisiana 70096
> Ms. Linda Schleicher's telephone number is:
> Ms. Schleicher does not have a telephone but she may be contacted through her friend Barbara Bullock's cell phone number 225-802-4565.

9. Following is a list of all pending settings and deadlines in this case:

> Plaintiff's Profile Form is due February 6, 2006.

### C.   CONCLUSION

10. Because Ms. Linda Schleicher and THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH have philosophical differences as to how best to proceed with the prosecution of her case, THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH request that they be permitted to withdraw as attorneys in charge.

11. THE O'QUINN LAW FIRM is not aware of a substitute attorney and The O'Quinn Firm requests this withdrawal not only on behalf of The Firm and its attorneys, but also on behalf

of Franklin D. Azar & Associates, P.C., the referring lawyers who maintained responsibility for the case with the O'Quinn firm.

### D. PRAYER

WHEREFORE Movants request that THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH be allowed to withdraw as the Attorneys-of-Record for Plaintiff and for such other and further relief, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

THE O'QUINN LAW FIRM

By: _____
John R. Leach, III
SBN: 12084500
Michael J. Lowenberg
SBN: 24001164
Anthony E. Farah
SBN: 24007172
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFF**

## VERIFICATION

STATE OF TEXAS   §
HARRIS COUNTY   §

    Before me, the undersigned notary, on this day personally appeared JOHN R. LEACH, III, a person whose identity is known to me. After I administered an oath to him and upon his oath he stated that he had read The O'Quinn Law Firm's Motion to Withdraw and that the facts stated therein are within his personal knowledge and are true and correct.

_____
JOHN R. LEACH, III

    SUBSCRIBED AND SWORN to before me on this 29th day of September, 2006.

SUSAN CASTILLO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 27, 2010

_____
Notary Public for the State of Texas

3/27/2010
My commission expires

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Withdraw and Proposed Order were served on the 29th day of September, 2006, as described below to all counsel of record in accordance with the Federal Rules of Civil Procedure and more specifically, this Court's orders as entered in the MDL No. 1657. Moreover, pursuant to Local Civil Rule 83.2.11, Plaintiff Linda Schleicher, by copy of this motion, has been notified of all deadlines and as indicated below, she is being so advised by both certified and regular U.S. Mail:

Mr. Wilfred P. Coronato
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
**Attorney for Defendant Merck**

Ms. Linda Schleicher [CMRRR# 7006 0810 0000 1725 0452 and Regular U.S. Mail]
930 Cedre Drive
Westwego, Louisiana 70096
**Plaintiff**

Frank Azar & Associates [Via U.S. Mail and E-Mail]
14426 East Evans Ave
Aurora, CO 80014

All Counsel of Record Via LexisNexis File & Serve:

By: _____
John R. Leach, III