UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT -4  AM 7:46
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| Greg Gouge v. Merck & Co., Inc., et al. | * | |
| (E.D. La. Index No. CA-05-5589-L) | * | MAG. JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER DISMISSING WITHOUT PREJUDICE
### CLAIMS OF GREG GOUGE AGAINST TAFFANY SHIPP

Considering the Stipulation and Voluntary Dismissal Without Prejudice of All Claims Against Taffany Shipp, filed herein,

IT IS ORDERED that the claims of Plaintiff Greg Gouge against Taffany Shipp are hereby dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs. *If the Plaintiff desires to refile his claims, he must do so in federal court.*

NEW ORLEANS, LOUISIANA, this 2nd day of October, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

WESTPALMBEACH/488857.1