

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  AM 7: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: VIOXX PRODUCT LIABILITY LITIGATION, | MDL Docket No. 1657 |
|---|---|
| James Jackson, PR for the Estate of Darlene Jackson, | Judge Eldon E. Fallon |
| Plaintiff, | |
| vs. | ORDER ALLOWING PLAINTIFF'S COUNSEL TO WITHDRAW |
| MERCK & CO., INC., a foreign corporation, | Case No. 2:05-cv-00108-EEF-DEK |
| Defendant. | |

This matter came before the court on the stipulated motion of plaintiff's counsel and defendant's counsel to withdraw as attorney of record in this matter. The court has considered the matter,

NOW THEREFORE IT IS HEREBY ORDERED, plaintiff's attorneys, Jeffrey A. Bowersox, Bowersox Law Firm, P.C., Savage Bowersox Supperstein, LLP, Daniel E. Becnel, Jr., Matthew Moreland, Kevin Klibert, Bradley Becnel, Holly LaMarche and The Law Offices of Daniel E. Becnel, Jr. are hereby permitted to withdraw as attorneys of record for plaintiff herein.

___ F
___ ___ess
X  Dktd
___ CtRmDep
___ Doc. No.

Further, it is hereby ORDERED that defendants shall take no adverse action nor seek any relief of any kind against plaintiff for sixty days from the date of entry of this order to allow plaintiff time to obtain new counsel.

Dated this 3rd day of October 2006.

_____
Honorable Eldon E. Fallon