

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SYLVESTER LEVY<br>   Plaintiff, | CIVIL ACTION NO. 05-5926 |
| VERSUS | HON. ELDON E. FALLON |
| MERCK & CO., INC. and<br>ABC INSURANCE COMPANY<br>   Defendants. | |

### JOINT MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT,** through undersigned counsel comes petitioner in the above-captioned matter, who respectfully states unto this Honorable Court, that:

1.

Petition was filed in the Civil District Court for the Parish of Orleans as number 05-11952.

2.

This matter has been removed to the United States District Court for the Eastern District of Louisiana and joined with other Vioxx cases pending before the Honorable Judge Eldon E. Fallon.

3.

Petitioner now wishes to substitute the name of Louis B. Merhige, Attorney At Law, as his trial attorney of record, and have the name of J. Nelson Mayer, III, Esq., stricken as counsel of record in these proceedings.

**WHEREFORE,** undersigned counsel prays that this motion be granted by this Honorable Court.

**IT IS ORDERED,** that in view of the foregoing motion and reasons assigned therein, let the name of Louis B. Merhige be entered as Attorney of Record for the petitioner, and that J. Nelson Mayer, III, Esq., be stricken as Attorney of Record for petitioner in these proceedings.

New Orleans, Louisiana, this 3rd day of October, 2006.

_____
JUDGE

Respectfully Moved:

_____
Louis B. Merhige (LSBA #9441)
4008 N. Labarre Road
Metairie, Louisiana 70002
Telephone: (504) 836-2004
Facsimile: (504) 835-6080

Respectfully Moved:

_____
J. Nelson Mayer, III (LSBA #9124)
Valteau, Harris, Koenig & Mayer
1010 Common Street, Suite 2700
New Orleans, Louisiana 70112
Telephone: (504) 524-2291