UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -5 AM 7: 09

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to<br>Case No. 06-1688 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| ELENA BOZZI, | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER DISMISSING WITHOUT PREJUDICE
### CLAIMS OF ORLANDO HERNANDEZ AGAINST SHANNON LAYTON

Considering the Stipulation and Voluntary Dismissal Without Prejudice of All Claims Against Shannon Layton, filed herein,

IT IS ORDERED that the claims of Plaintiff Elena Bozzi against Shannon Layton are hereby dismissed without prejudice, subject to the terms and conditions set forth in said stipulation. Each party shall bear its own costs. *If the plaintiff desires to refile her claims, she must do so in federal court.*

NEW ORLEANS, LOUISIANA, this 4th day of October, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No ___

832782v.1