FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -6  P 2: 23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 06-0810 | |
| CHARLES L. MASON, | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Exhibit C to Merck's Opposition to Plaintiff's Motion In Limine No. 9 Under Seal,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file Exhibit C to its Opposition to Plaintiff's Motion to Exclude or, in the Alternative, Motion in *Limine* and/or Request for Limiting Instructions Regarding The Cause of Reta Mason Hurley's Death under seal.

NEW ORLEANS, LOUISIANA, this 5th day of October, 2006.

_____
DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

833315v.1