Exhibit A - 6/28/06 C. Mason Deposition Excerpts

• Mason - Oppo MIL 9

[1:] - [1:24]       6/28/2006    Mason, Charles (Mason)

```
page 1
    0001
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2
3    _____
4    In re:  VIOXX                   )
                                     )
5    PRODUCTS LIABILITY LITIGATION   )
                                     ) MDL DOCKET NO. 1657
6    This document relates to:       )
     Case No. 2:06-CV-00810          ) SECTION L
7                                    )
     CHARLES MASON,                  ) JUDGE FALLON
8                                    )
            Plaintiff,               ) MAGISTRATE JUDGE
9                                    )   KNOWLES
            vs.                      )
10                                   ) Deposition of:
     MERCK & CO., INC.,              ) CHARLES L. MASON
11                                   )
            Defendant.               )
12
13   _____
14                  June 28, 2006
                     9:08 a.m.
15
             Location:  Ray, Quinney & Nebeker
16             36 South State Street, Suite 1400
                      Salt Lake City, Utah
17
18                  Reporter:  Rashell Garcia
             Notary Public in and for the State of Utah
19
20
21
22
23
24
25
page 2
1                    A P P E A R A N C E S
2
3
```

[69:20] - [70:10]   6/28/2006    Mason, Charles (Mason)

```
page 69
16    Q.    And it says, sister?  Sisters?
17    A.    That's correct.
18    Q.    And it says "heart attack," does it not?
19    A.    It does.
20    Q.    And so one of your sisters had a heart attack;
21  true?
22    A.    That is -- that's an assumption on my part.
23    Q.    Well that's what you believed?
24    A.    I believed it was a heart attack.  We never
25  received any definite as to what caused her death.
page 70
1     Q.    You were told it was a heart attack?
2     A.    I was told by my nephew that it was a heart
3  attack.
4     Q.    Your nephew being your sister's-
5     A.    Son.
6     Q.    -- son.  Is that a yes?
7     A.    That's a yes.
8     Q.    And you have no reason to disbelieve that;
```

Exhibit A - 6/28/06 C. Mason Deposition Excerpts

• Mason - Oppo MIL 9

```
9    true?
10        A.    That is correct.
11        Q.    Any other of your siblings have heart attacks
12   or strokes?
13        A.    No, sir.
14        Q.    Or cardiovascular disease, to your knowledge?
```

[238:2] - [238:25]      6/28/2006      Mason, Charles (Mason)

```
page 237
                              NOTARY PUBLIC
25
page 238
 1                        C E R T I F I C A T E
 2
     STATE OF UTAH          )
 3                          :ss
     COUNTY OF SALT LAKE    )
 4
 5         THIS IS TO CERTIFY that the deposition of CHARLES
     L. MASON, the witness in the foregoing deposition
 6   named, was taken before me, Rashell Garcia, Certified
     Shorthand Reporter and Notary Public in and for the
 7   State of Utah, residing in Salt Lake City.
 8         That the said witness was by me, before
     examination, duly sworn to testify the truth, the whole
 9   truth, and nothing but the truth in said cause.
10         That the testimony of said witness was by me
     reported in Stenotype, and thereafter caused to be
11   transcribed into typewriting, and that a full, true,
     and correct transcription of said testimony so taken
12   and transcribed is set forth in the foregoing pages,
     numbered from 2 to 238, inclusive, and said witness
13   deposed and said as in the foregoing annexed
     deposition.
14
           I further certify that a reading copy of
15   the same was delivered to the witness for reading and
     signature, signing before a Notary Public, and
16   to be returned within 30 days of the date hereon.
17         I further certify that I am not of kin or
     otherwise associated with any of the parties to said
18   cause of action, and that I am not interested in the
     event thereof.
19
           WITNESS MY HAND and official seal at Salt Lake
20   City, Utah, this _____ day of_____,
     2006.
21
22   My Commission Expires:          _____
     12-15-2008                      Rashell Garcia C.S.R.
23                                   License No. 144
24
25
```

Date: HS-97

Screening of
PSA + CPND

972-3328

## INTERMOUNTAIN SLEEP DISORDERS CENTER
## LDS HOSPITAL
## QUESTIONNAIRE

Name: __MASON_____ __Charles_____ __L.____
        Last                    First              Middle

Address: __4124 South 4580 West_____
                          Street

__West Valley City,__ __Utah__ __84120__
       City              State      Zip

Telephone: _(801) 969-7558_ (home)  Date of Birth: _12/12/41_
           _(801) 977-9700_ (work)  Sex: _M_  Age: _55_
Current Marital Status: (Married)  Single  Divorced  Widow/Widower
Occupation: _Credit/Collection_  Working Hours: From _8:00_ to _5:00_
Family MD: _Doug Vogeler_  Referring MD: _Doug Vogeler_
Insurance: _IHC · Network Choice_
Social Security # _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_
Birthplace: _Tremonton_         _Utah_
              City              State (or Country)
Race: White _X_  Black ___  Hispanic ___  Am Indian ___  Asian or Pacific Islander ___

**PRESENT ILLNESS:**
What is the PRIMARY reason for this examination? _Sleep Apnea_

Please describe your problem in your own words. If possible, specify how long you have had trouble and what has been done about it so far. How has it affected the quality of your life?

_Even though tried to get sleep, wake up always tired. No rest_
_yet Take naps during days when able. Have had for several_
_years. Shortness of breath. Break into sweat after showers_

SL 4-87 (REV 92)


EXHIBIT 3

MasonC-LDSHosp- 00007

M00678594

## PERSONAL HABITS:

**Cigarette Smoking:** Have you ever smoked cigarettes regularly?   No   (Yes)   (If no, go to next section)

If yes, how many years altogether have you smoked? _16_

Overall, how many cigarettes a day would you typically smoke? _60-80_

Do you smoke presently? (No)   Yes

If yes, about how many cigarettes a day do you average? _____

If you smoked previously, when did you quit? _1977_

**Alcohol Use:** Have you ever regularly consumed alcoholic beverages?   No   Yes   (If no, go to next section)

Do you presently drink alcoholic beverages? (No)   Yes   (If no, go to next section)

If yes, how often on the average do you drink an alcoholic beverage?   once a month or less   2-3 times/month   1-2 times/week   nearly every day

**Caffeine Use:** Do you drink caffeinated beverages?   No   (Yes)   coffee ✓   tea __   cola ✓

What is your typical consumption in a 24 hour period? _3 to 6 cups_

**Diet:** Do you follow a special diet?   (No)   Yes
Describe _____

2

| | | | |
|---|---|---|---|
| **Exercise Program:** | Please describe any exercise you perform beyond what you do at work or with ordinary activities. | Normally Walk (3) Times per week - about 45 minutes each | |
| **Drug Use:** | Do you ever use "recreational" drugs? | (No)  Yes Describe _____ | |
| **Bedtime:** | What is the usual time you get -- | in to bed? 10:00 PM out of bed? 6:00 AM | |

## FAMILY HISTORY:

| | Living | Age (or Age at Death) | Health Problems or Cause of Death |
|---|---|---|---|
| Father | Y (N) | 88 | Alzheimers - Pneumonia |
| Mother | (Y) N | 89 | Heart Palsey |

| | Number | Ages | |
|---|---|---|---|
| Sisters | 5 | 70, 68, 65 (63) 59 | (1) Heart Attack |
| Brothers | 3 | (67) 57 | (1) Cancer - |
| Children | 3 | 27, 24, 18 | |

d o B
↑ ↓ ↓

Please circle illnesses which have occurred in your BLOOD relatives:

(Sleep abnormalities (any kind))          Strokes
Narcolepsy                                 Hypertension
Problems with staying awake               (Diabetes)
(Sleep Apnea)                              Cardiac Disease _____
(Allergies (asthma, hayfever, or eczema)) Breast Cancer _____
Other significant conditions _____
_____
_____

3

MasonC-LDSHosp-   00009

M006785944

## PAST MEDICAL HISTORY:

Height _5'10"_   Weight _265_

How would you rate your over-all health?

excellent   (good)   fair   poor

Have you ever been diagnosed or treated for any of the following conditions?

| If yes, when | Condition | If yes, when | Condition |
|---|---|---|---|
| _____ | Hypertension (high blood pressure) | _____ | Hiatal Hernia |
| | | ?       | Gastric Reflux |
| _____ | Cardiac Arrhythmia (heart irregularities) | _____ | Hypothyroidism (low thyroid) |
| | | _____ | Nasal polyps |
| _____ | Coronary Artery Disease (hardening of arteries) | _____ | Hay Fever or Allergic Rhinitis |
| | | _____ | Deviated Nasal Septum |
| _____ | Angina (heart pain) | _____ | Vocal Cord Disease |
| _____ | Myocardial Infarction (heart attack) | _____ | Chronic Lung Disease (any kind) |
| | | _____ | Asthma |
| _____ | Congestive Heart Failure | _____ | Bronchitis |
| _____ | Pulmonary Hypertension | _____ | Emphysema |
| _____ | Polycythemia (excessive red blood cells) | _____ | Depression |
| | | _____ | Diabetes |
| _____ | Edema (water retention) | | |

List all surgeries you have had including operations such as tonsillectomy & adenoidectomy (T & A), etc.

| Operation | Date | Operation | Date |
|---|---|---|---|
| Tonsillectomy | 1948 | [illegible] hysterectomy | |
| Gall Bladder Removal | 11/23/96 [illegible] | | |

4

List all medications, including non-prescription items (i.e., over-the-counter) that you take on a regular basis.

| Medication | Dosage | Times /day | Medication | Dosage | Times /day |
|---|---|---|---|---|---|
| a. Aspirin  1-V | | per day | e. | | |
| b. | | | f. | | |
| c. | | | g. | | |
| d. | | | h. | | |

List those you have taken recently but do not take routinely.

| Medication | Dosage | Times /day | Medication | Dosage | Times /day |
|---|---|---|---|---|---|
| a. | | | d. | | |
| b. | | | e. | | |
| c. | | | f. | | |

List any other serious or chronic medical illnesses you have or for which you have been treated. Also list any hospitalizations and reasons:

_____
_____
_____

**REVIEW OF SYMPTOMS:**

1. Have you gained (or lost) weight in the past 12 months?   (No)  Yes  How Much? _____

2. Do you regularly have a problem breathing through your nose?
   No – go to question 3.
   Yes, circle one:
   (some)   moderate   severe

3. Do you have any difficulties with physical exertion such as unusual shortness of breath, difficulty breathing or chest discomfort?
   No (Yes)
   If yes, describe below
   Seem to tire easily

5

4. Do you have a chronic or persistent cough?  
   (No) Yes  
   If yes, describe below

5. Do you have excessive phlegm or sputum?  
   No  Yes  
   If yes, describe below

6. Do you have episodes of wheezing or chest tightness?  
   No (Yes)  
   If yes, describe below  
   Notice wheezing at end of exhale & cough  
   (No) Yes  If yes, when? ____

7. Have you had persistent swelling of your ankles or feet?

8. Do you have any difficulty with swallowing food, indigestion, heart burn or regurgitation of acid back into your chest or mouth?  
   No (Yes)  
   If yes, describe below  
   Not as bad since Gall Bladder removal

9. Have you had any change in your usual bowel habits recently, such as constipation or change in shape, color, etc.?  
   No  Yes  
   If yes, describe below

10. Do you have any difficulty passing your urine such as burning, blood, or poor stream?  
    (No) Yes  
    If yes, describe below

11. If you are a male, have you had problems with impotency?  
    (No) Yes

12. Have you experienced any neurologic problem such as persistent loss of sensation, loss of muscle strength, poor coordination, clumsiness, balance difficulty or memory loss?  
    No (Yes)  
    If yes, describe below  
    Noticed that dizziness occures, couldn't Thmr

13. Do you have any persistent arthritis, joint pains, or other musculoskeletal discomfort?  
    No (Yes)  
    If yes, describe below  
    Back Problem

14. Do have excessively dry skin?  
    (No) Yes  
    If yes, describe below

Please describe positive answers to questions above and elaborate on any other persistent symptom(s) which seem important to you:

_____
_____
_____
_____

MasonC-LDSHosp-   00012

M006785947

## GENERAL QUESTIONS PERTAINING TO SLEEP HABITS

Select and circle ONLY ONE answer per question that best describes you. If you have any comments, please write them on the questionnaire.

1. How often do you have any problems with your sleep?

    0 never
    1 occasionally
    2 frequently
    (3) almost always

2. If yes, for how long (years)?

    0 0-1
    (1) 2-5
    2 5-10
    3 10 or more

3. When I sleep

    0 I sleep very soundly and rarely change positions
    (1) I occasionally change positions but generally do not move very much
    2 I am restless, change positions frequently and am easily disrupted
    3 I never sleep

4. When I sleep

    0 I never dream or can't recall dreaming
    (1) I dream occasionally
    2 I have vivid dreams which are bizarre but generally pleasant
    3 I have intense dreams or nightmares which I sometimes seem to act out

5. How often do you have problems with excessive daytime sleepiness?

    0 never (go to question 7)
    (1) occasionally
    2 frequently
    3 almost always

6. If yes, for how long (years)?

    0 0-1
    (1) 2-5
    2 5-10
    3 10 or more

7. How many hours do you usually sleep at night?

    (0) less than 4
    1 4-6
    2 6-8
    3 8-10

8. How often does your bedtime vary from night to night?

    0 rarely
    (1) occasionally
    2 frequently
    3 almost always

9. How often do you have difficulty going to sleep at night?

    0 never
    (1) occasionally
    2 frequently
    3 almost always

    *No [illegible]*

10. How often do you have trouble staying asleep?

    0 never
    1 occasionally
    (2) frequently
    3 almost always

*w/ [illegible] leaves me hrs. [illegible]*

7

Select and circle ONLY ONE answer per question that best describes you.

11  How many times during sleep do you typically wake up for more than 3-5 minutes?

- (**0**)  0-4
- 1  5-8
- 2  9-12
- 3  more than 12

12  How many times do you awaken from sleep and go to the bathroom to urinate?

- (**0**)  0-1
- 1  2-3
- 2  3-4
- 3  5 or more

13  Do you use alcohol within several hours of bedtime or to help you sleep?

- (**0**)  never
- 1  occasionally (once a month or less)
- 2  frequently (1-2 times a week)
- 3  almost always (nearly every day)

14  How often do you use sleeping medications or tranquilizers to help you sleep?

- (**0**)  never
- 1  occasionally
- 2  frequently
- 3  almost always

15  When you sleep, do you have persistent twitching or jerking of your arms or legs?

- 0  never or don't know
- (**1**)  occasionally
- 2  frequently
- 3  almost always

16  When trying to fall asleep, how often do you experience crawling or aching sensations in your legs, and inability to keep your legs still?

- 0  never
- (**1**)  occasionally
- 2  frequently
- 3  almost always

17  Have you ever had loud snoring?

- no   Go to question 22
- (**yes**)  Go to next question

18  All together, how many years have you snored?

- 0  0-1
- 1  2-5
- (**2**)  5-10
- 3  10 or more

19  At the present time, how often do you snore?

- 0  never
- 1  occasionally
- (**2**)  frequently
- (**3**)  almost always

20  When you now snore, it is usually ....

- 0  light or quiet (barely audible in the bedroom)
- 1  average (easily heard in the bedroom, but not disruptive)
- 2  moderately loud (disturbs my bed partner)
- (**3**)  extremely loud (can be heard by people outside of my bedroom)



8

Select and circle ONLY ONE answer per question that best describes you.

21  If you snored in the past, was it usually

   0   light or quiet
   (1) average
   2   moderately loud
   3   extremely loud

22  How often do you make loud and disruptive noises (not snoring) when you breathe during sleep?

   0   never
   1   occasionally
   (2) frequently
   3   almost always

23  How often do you sleep on your back?

   0   never
   (1) occasionally
   2   frequently
   3   almost always

24  As far as either you or your bed partner know, your breathing during sleep is ...

   0   normal or I don't know
   (1) sometimes interrupted by long pauses (10 or more seconds of absent or shallow breathing)
   2   frequently interrupted by long pauses
   3   continuously interrupted by pauses

25  How often do you awaken with choking or the sensation of not breathing?

   0   never
   1   occasionally
   (2) frequently
   3   almost every night

26  How often do you awaken with heart burn?

   0   never
   (1) occasionally
   2   frequently
   3   almost every night

27  How often do you experience stomach acid coming up into your throat or mouth during sleep?

   0   never
   (1) occasionally
   2   frequently
   3   almost always

28  How often do you awaken with night sweats?

   0   never
   1   occasionally
   (2) frequently
   3   almost every night

29  How often do you awaken and experience heart palpitations or feel your heart racing at night?

   0   never
   (1) occasionally
   2   frequently
   3   almost always

30  When you finally get out of bed in the morning, do you feel refreshed and ready to start the day?

   0   almost always
   1   frequently
   (2) occasionally
   3   never

9

**Select and circle ONLY ONE answer per question that best describes you.**

31. How often do you awaken from sleep or in the morning with a headache?

    0 never
    (1) occasionally
    2 frequently
    3 almost always

32. How often do you have a problem throughout the day due to tiredness and fatigue?

    0 never
    1 occasionally
    (2) frequently
    3 almost always

33. Following your usual night's sleep, do you have difficulty with becoming drowsy when not physically active (for example: while reading, watching television, at movies)?

    0 rarely or never
    1 occasionally (such as after lunch)
    2 frequently
    (3) almost always

34. Following your usual night's sleep, do you have difficulty with sleepiness when physically active and may even unintentionally fall asleep for short periods (for example: while in conversation with other people, driving a car, working, during sexual intercourse, etc.)?

    (0) rarely or never
    1 occasionally
    2 frequently
    3 almost always

35. If you have excessive daytime sleepiness, do you feel refreshed after a nap?

    (0) never
    1 occasionally
    2 frequently
    3 almost always
    4 I rarely nap or not applicable

36. Have you ever or do you now use stimulants such as caffeine or Ritalin because of excessive sleepiness?

    (0) never (go to question 38)
    1 occasionally
    2 frequently
    3 almost every day

37. When I use stimulants, my symptoms of excessive sleepiness are

    0 never improved
    1 slightly better
    2 much better
    3 completely gone

38. Do you have difficulty concentrating and focusing attention during the day because of drowsiness?

    0 never
    (1) occasionally
    2 frequently
    3 almost always

39. If you work, how often have you had difficulty doing your job because of sleepiness?

    0 never or not applicable
    (1) occasionally
    2 frequently
    3 almost always

10

MasonC-LDSHosp-   00016

Select and circle ONLY ONE answer per question that best describes you.

40  Compared to the past, your interest in sex is?

   0  about the same
   ① a little less
   ② much less
   3  no interest at all

41  Are you more irritable than in the past?

   0  no
   1  a little more
   ② quite a bit
   3  a lot more

42  Do you experience depression?

   0  no
   1  a little more
   ② quite a bit
   3  a lot more

43  Do you experience vivid dream-like images while falling asleep or when awakening from sleep? (either daytime naps or sleep at night)

   ⓪ never
   1  occasionally
   2  frequently
   3  almost always

44  Do you awaken from sleep or a nap with the feeling that you are unable to move or are paralyzed?

   0  never
   ① occasionally
   2  frequently
   3  almost always

45  Do you experience sudden muscular weakness or "weak knees" with emotional situations, especially laughter?

   ⓪ never
   1  occasionally
   2  frequently
   3  almost always

I hereby give permission for the reports of my sleep studies be sent to the following doctors and/or insurance companies:

_____
_____
_____
_____

Signature _____ Date 1-15-97
Witness  Cynthia _____ Date 1-15-97

11

MasonC-LDSHosp- 00017

M006785952

# EXHIBIT C

Filed Under Seal

Case 2:05-md-01657-EEF-DEK  Document 7842-1  Filed 10/06/06  Page 15 of 15

May a covered entity use or disclose protected health information for litigation?    Page 1 of 1

| Answer ID |
|---|
| 704 |

| Category |
|---|
| Privacy of Health Information/HIPAA |
| Judicial and Administrative Proceedings |
| Smaller Providers/Small Businesses |
| Treatment/Payment/Health Care Operations |

| Date Created |
|---|
| 01/07/2005 02:50 PM |

| Last Updated |
|---|
| 08/08/2005 11:14 AM |

## May a covered entity use or disclose protected health information for litigation?

### Question

May a covered entity use or disclose protected health information for litigation?

### Answer

A covered entity may use or disclose protected health information as permitted or required by the Privacy Rule, see 45 CFR 164.502(a); and, subject to certain conditions the Rule typically permits uses and disclosures for litigation, whether for judicial or administrative proceedings, under particular provisions for judicial and administrative proceedings set forth at 45 CFR 164.512(e), or as part of the covered entity's health care operations, 45 CFR 164.506(a). Depending on the context, a covered entity's use or disclosure of protected health information in the course of litigation also may be permitted under a number of other provisions of the Rule, including uses or disclosures that are required by law (as when the court has ordered certain disclosures), that are for a proceeding before a health oversight agency (as in a contested licensing revocation), that are for payment purposes (as in a collection action on an unpaid claim), or that are with the individual's written authorization.

Where a covered entity is a party to a legal proceeding, such as a plaintiff or defendant, the covered entity may use or disclose protected health information for purposes of the litigation as part of its health care operations. The definition of "health care operations" at 45 CFR 164.501 includes a covered entity's activities of conducting or arranging for legal services to the extent such activities are related to the covered entity's covered functions (i.e., those functions that make the entity a health plan, health care provider, or health care clearinghouse), including legal services related to an entity's treatment or payment functions. Thus, for example, a covered entity that is a defendant in a malpractice action or a plaintiff in a suit to obtain payment may use or disclose protected health information for such litigation as part of its health care operations. The covered entity, however, must make reasonable efforts to limit such uses and disclosures to the minimum necessary to accomplish the intended purpose. See 45 CFR 164.502(b), 164.514(d).

Where the covered entity is not a party to the proceeding, the covered entity may disclose protected health information for the litigation in response to a court order, subpoena, discovery request, or other lawful process, provided the applicable requirements of 45 CFR 164.512(e) for disclosures for judicial and administrative proceedings are met.