Exhibit A - Pechmann Deposition Excerpts

- **Mason - Pechmann Reply**

[1:] - [1:25]   9/14/2006   Pechmann, Cornelia (Mason)

```
page 1
   0001
1                   UNITED STATES DISTRICT COURT
2                   EASTERN DISTRICT OF LOUISIANA
3
4      _____
                                        )
5      In re: VIOXX                     )
       PRODUCTS LIABILITY LITIGATION    ) MDL DOCKET NO. 1657
6                                       ) SECTION L
                                        )
7      This document relates to:        ) JUDGE FALLON
       Case No. 2:06-CV-00810;          ) MAGISTRATE
8      CHARLES MASON v.                 ) JUDGE KNOWLES
       MERCK & CO., INC.                )
9                                       )
       _____)
10
11
12
13
14
15
                 DEPOSITION OF CORNELIA PECHMANN, PH.D.
16
                       NEWPORT BEACH, CALIFORNIA
17
                           SEPTEMBER 14, 2006
18
19
20
21
22
23
24              Reported by Gail Nesson, CSR No. 7010
                        PRS Job No. 116-347505
25
```

[99:18] - [99:21]   9/14/2006   Pechmann, Cornelia (Mason)

```
page 99
18     Q    Now, your opinion is that the April 2002 Dear
19  Doctor letter contained confusing and ambiguous
20  information about Vioxx's potential for CV risk; correct?
21     A    Yes.
```

[100:11] - [101:1]   9/14/2006   Pechmann, Cornelia (Mason)

```
page 100
11     Q    Within the text of the letter, the only place
12  where you believe the letter states that Vioxx is as safe
13  as or safer than placebo is on Page 4?
14     A    Yes.
15     Q    Do you understand that the language on Page 4 is
16  taken verbatim from the FDA approved label?
17     A    Yes, I do.
18     Q    Now, are there any other places in the letter
19  that you believe are confusing and ambiguous?
20     A    Yes.
21     Q    Can you point those out for me, please.
22     A    First of all, the cardiovascular risk isn't in
23  the warning section.
24     Q    That is consistent with the FDA approved label;
25  correct?
```

**Exhibit A - Pechmann Deposition Excerpts**

• **Mason - Pechmann Reply**

```
                  page 101
                  1       A    Yes.
```

[101:12] - [102:1]    9/14/2006   Pechmann, Cornelia (Mason)

```
                  page 101
                  12       Q    Is there anything else about the letter that you
                  13  believe to be misleading or confusing?
                  14       A    Where it says the significance of the
                  15  cardiovascular findings from the three studies is
                  16  unknown.
                  17       Q    That statement is verbatim from the FDA approved
                  18  label; correct?
                  19       A    Yes, it is.
                  20       Q    Any other instances that are confusing on this
                  21  label?
                  22       A    Because of its lack of platelet effects, Vioxx
                  23  is not a substitute for aspirin for cardiovascular
                  24  prophylaxis.
                  25       Q    That's verbatim from the FDA label; correct?
                  page 102
                  1        A    That text is verbatim from the label, correct.
```

[149:1] - [149:25]    9/14/2006   Pechmann, Cornelia (Mason)

```
                  page 149
                  1                    REPORTER'S CERTIFICATION
                  2
                  3        I, Gail Nesson, Certified Shorthand Reporter, in and
                  4   for the State of California, do hereby certify:
                  5
                  6        That the foregoing witness was by me duly sworn;
                  7   that the deposition was then taken before me at the time
                  8   and place herein set forth; that the testimony and
                  9   proceedings were reported stenographically by me and
                  10  later transcribed into typewriting under my direction;
                  11  that the foregoing is a true record of the testimony and
                  12  proceedings taken at that time.
                  13
                  14       IN WITNESS WHEREOF, I have subscribed my name this
                  15  _____ day of _____, 2006.
                  16
                  17
                  18
                  19
                  20
                  21
                  22
                                             _____
                  23                              Gail Nesson, CSR No. 7010
                  24
                  25
```