UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE<br>KNOWLES |
| CHARLES L. MASON, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

**REPLY BRIEF IN SUPPORT OF MOTION OF MERCK & CO., INC. ("MERCK")
TO EXCLUDE TESTIMONY OF JERRY AVORN, M.D.**

**(EXPERT CHALLENGE NO. 7)**

In opposition to Merck's motion to exclude the testimony of Dr. Avorn, plaintiff makes the same arguments – almost word for word – that plaintiffs in *Barnett v. Merck* and *Smith v. Merck* made in opposition to the *Daubert* challenges Merck filed to exclude Dr. Avorn's testimony from those cases.  He makes no attempt to challenge Merck's request that the Court exclude Dr. Avorn's testimony concerning matters not disclosed in his expert report (*see* Merck's Mot. at 12-13), thus implicitly conceding the point.  The Court should accordingly exclude Dr. Avorn's undisclosed expert opinions, including his testimony on: (i) the standard of care applicable to a "reasonable and prudent" pharmaceutical company; (ii) direct to consumer advertising; (iii) the APPROVe "correction"; (iv) mortality data; and (v) what "all major

publications" disclosed about the cardiovascular risks associated with Vioxx. (*See id.* (collecting testimony).)

The Court also should exclude – for the reasons articulated in Merck's underlying motion as well as its prior briefing on this subject – those portions of Dr. Avorn's testimony that are either improper or outside his area of expertise, including any causation opinions offered by Dr. Avorn. In further support of this argument, Merck hereby incorporates by reference, as if fully set forth herein, its reply brief in support of Merck's *Barnett v. Merck* motion to exclude Dr. Avorn's testimony. (*See* Reply Brief in Support of Motion of Merck for Order Excluding Testimony of Jerry Avorn, M.D., filed July 17, 2006, attached hereto as Ex. A.)

Dated: October 10, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Tarek Ismail
Shayna Cook
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:   312-494-4440

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:   213-430-6407

And

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reply Brief in Support of Motion to Exclude Testimony of Jerry Avorn, M.D. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

833775v.1