# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION * | SECTION L |
| * | JUDGE FALLON |
| This document relates to * Case No. 06-0810 * | |
| * | MAGISTRATE JUDGE KNOWLES |
| CHARLES L. MASON, * | |
| Plaintiff, * | |
| v. * | |
| MERCK & CO., INC., * | |
| Defendant. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR REPLY BRIEF IN SUPPORT OF MOTION OF MERCK & CO., INC. ("MERCK") TO EXCLUDE TESTIMONY OF GARY SANDER, M.D.**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Reply Brief in Support of Motion to Exclude Testimony of Gary Sander, M.D.. The memorandum addresses the facts and law demonstrating why Dr. Sander's testimony should be excluded. Merck requests that it be granted two (2) additional pages, for a total of seventeen (17) pages for its reply brief.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted two (2) additional pages, for a total of seventeen (17) pages for its Reply Brief in Support of Motion to Exclude Testimony of Gary Sander, M.D.

833781v.1

Dated:  October 10, 2006                                Respectfully submitted,


                                                */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:       504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Tarek Ismail
Shayna Cook
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:       312-494-4440

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:       213-430-6407

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:       202-434-5029

Attorneys for Merck & Co., Inc.

833781v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Brief in Support of Motion to Exclude Testimony of Gary Sander, M.D. been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of October, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

833781v.1