9/05/06 Sander's Deposition Excerpts

• Mason - Reply - Expert Challenge 3 (Sander)

[1:1] - [1:24]        9/5/2006     Sander, Gary (Mason)

```
page 1
 1          UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF LOUISIANA
 3
 4
    IN RE: VIOXX          MDL DOCKET NO. 1657
 5  PRODUCTS LIABILITY
    LITIGATION
 6
    THIS DOCUMENT RELATES    SECTION "L"
 7  TO:
 8  CHARLES MASON            JUDGE FALLON
 9  VERSUS
10  MERCK & CO., INC.
11  Civil Action No. 2:06-CV-00810
12
13  CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
14
             Deposition of DR. GARY SANDER,
15  taken at the Law Offices of Stone, Pigman,
    Walther, Wittmann, 546 Carondelet Street, New
16  Orleans, Louisiana, on the 5th day of
    September, 2006.
17
18
    APPEARANCES:
19
    Representing the Plaintiff:
20
          BLIZZARD, McCARTHY & NABERS
21        Attorneys at Law
          BY:  J. SCOTT NABERS, ESQ.
22        Lyric Centre Building
          440 Louisiana, Suite 1710
23        Houston, Texas 77002-1689
          (713) 844-3750
24
25
page 2
 1  Representing the Defendant:
 2
          BARTLIT, BECK, HERMAN,
```

[67:21] - [68:3]        9/5/2006     Sander, Gary (Mason)

```
page 67
17  between prostacyclin and thromboxane and
18  potentially blood pressure, is there any other
19  mechanism by which you believe Vioxx
20  contributed to Mr. Mason's 2003 heart attack?
21       A.    There is suggestion in the
22  literature -- and I am just going to mention
23  this to complete my answer.  Although, I am
24  not going to go there -- that Vioxx may in
25  fact accelerate atherosclerosis.  So there is
page 68
 1  a potential that the plaque formation is
 2  accelerated.  But I am not prepared, you know,
 3  to discuss that literature.
 4       Q.    Okay.  You will not be offering
 5  the opinion at trial that Vioxx accelerated
 6  the formation of atherosclerosis in Mr. Mason.
 7  Correct?
```

9/05/06 Sander's Deposition Excerpts

**• Mason - Reply - Expert Challenge 3 (Sander)**

[71:14] - [71:21]     9/5/2006     Sander, Gary (Mason)

```
page 71
10  in Mr. Mason.  Right?
11       A.    No.  As I say, we believe that he
12  had already had plaque prior to starting
13  Vioxx.
14       Q.    Certainly Vioxx did not make Mr.
15  Mason's plaque any more rupture prone than it
16  otherwise was.  Correct?
17       A.    Again, that is something where I
18  am not going to go.  I mean, it could have
19  accelerated atherosclerosis.  But I am not
20  going there.  You are asking me the question,
21  so I am answering it.
22       Q.    Let me state it differently.
23  Vioxx certainly didn't make Mr. Mason's
24  atherosclerotic plaque have any thinner cap
25  than it otherwise would?
```

[72:6] - [72:14]     9/5/2006     Sander, Gary (Mason)

```
page 72
2        Q.    Vioxx certainly didn't make any
3   Mason's plaque any more lipid rich than it was
4   otherwise.  Correct?
5        A.    Correct.  Yes.  That is correct.
6        Q.    And you certainly will not be
7   offering the opinion at trial that Vioxx made
8   Mr. Mason's plaque rupture prone.  Correct?
9        A.    Yes.  Correct.
10       Q.    Let me state that differently.
11  Vioxx did not make Mr. Mason's plaque
12  vulnerable to rupture.  Correct?
13       A.    Yes.  I am just trying to get the
14  right answer.  That is correct.
15       Q.    Now, once Mr. Mason's -- now, you
16  believe Mr. Mason's plaque did rupture.
17  Correct?
18       A.    Unequivocally ruptured.
```

[74:19] - [74:23]     9/5/2006     Sander, Gary (Mason)

```
page 74
15       Q.    And what I am focusing on now is
16  the, in that sequence of events, the rupture
17  itself.  Okay?
18       A.    All right.
19       Q.    Now, do you believe Vioxx caused
20  Mr. Mason's plaque to rupture?
21       A.    I believe that the increased
22  blood pressure was a contributing factor to
23  plaque rupture.
24       Q.    Taking generally a patient who
25  has never taken an NSAID, why do plaques
page 75
1   rupture?
2        A.    Generally issues of shear stress,
```

[232:1] - [232:22]     9/5/2006     Sander, Gary (Mason)

```
page 231
22
23
24
25
page 232
1                REPORTER'S CERTIFICATE
2
3
```

9/05/06 Sander's Deposition Excerpts

**• Mason - Reply - Expert Challenge 3 (Sander)**

```
 4          I, RUBY M. WALLEN, Certified Court
 5   Reporter, do hereby certify that the
 6   above-named witness, after having been first
 7   duly sworn by me to testify to the truth, did
 8   testify as hereinabove set forth;
 9          That the testimony was reported by me
10   in shorthand and transcribed under my personal
11   direction and supervision, and is a true and
12   correct transcript, to the best of my ability
13   and understanding;
14          That I am not of counsel, not related
15   to counsel or the parties hereto, and not in
16   any way interested in the outcome of this
17   matter.
18
19
20
21              _____
                RUBY M. WALLEN
22              CERTIFIED COURT REPORTER
                CSR NO. 78022
23
24
25
```