UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE |
| CHARLES L. MASON, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**JOINT STIPULATION REGARDING EXTENSION OF TIME FOR
RESPONDING TO PLAINTIFF'S REQUESTS FOR ADMISSIONS**

Plaintiff Mason and Defendant Merck ("the parties") hereby jointly stipulate that Merck shall have an extension of time until October 13, 2006 to respond to plaintiff's Requests For Admissions ("RFAs").

Per joint stipulation of the parties, responses to the RFAs are due on October 9, 2006. The parties are currently negotiating a resolution to their remaining differences over the requests. In light of this fact, the parties have agreed that Merck shall have an extension of time until October 13, 2006 to respond to plaintiff's RFAs, pending the resolution of the parties' discussions.

833785v.1

Dated: October 9, 2006                                Respectfully submitted,

/s/ Rebecca B. King
Edward F. Blizzard
Scott Nabers
Rebecca B. King
**BLIZZARD, MCCARTHY & NABERS, LLP**
440 Louisiana, Suite 1710
Houston, TX 77002
Tel. (713) 844-3750
Fax (713) 844-3755

ATTORNEYS FOR PLAINTIFF

/s/ Shayna S. Cook
Philip S. Beck
Tarek Ismail
Shayna S. Cook
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLC**
54 West Hubbard, Suite 300
Chicago, IL  60610
Tel. (312) 494-4400
Fax (312) 494-4440

ATTORNEYS FOR MERCK

833785v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Stipulation Regarding Extension of Time for Responding to Plaintiff's Requests for Admission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

833785v.1