UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0810 | * | |
| CHARLES L. MASON, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

### ORDER REGARDING JOINT STIPULATION FOR EXTENSION OF TIME FOR RESPONDING TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

On this day, the Court considered the Parties' Joint Stipulation and Proposed Order regarding the extension of time for responding to Plaintiff's Requests for Admissions.  After reviewing the pleadings and considering the agreement of the Parties, the Court is of the opinion that the Parties' request should be GRANTED.

It is therefore ORDERED that Merck shall have until October 13, 2006 to respond to Plaintiff's Request for Admissions.

NEW ORLEANS, LOUISIANA, this ____ day of October, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

833784v.1