NDA 21-042        October 6, 1999

VIOXX™
(rofecoxib tablets)

SPECIAL SUPPLEMENT – CHANGES BEING EFFECTED

Information and data submitted herein contains trade Secrets, or privileged or confidential information, the Property of Merck & Co., Inc. and government Agencies are not authorized to make it public without written Permission from Merck.


EXHIBIT 30

MRK-99420023355

M000B72619

Eric A. Floyd, Ph.D.
Associate Director
Regulatory Affairs

Merck & Co., Inc.
P.O. Box 4
West Point PA 19486
Fax 610 397 2516
Tel 610 397 7788
215 652 5000

October 6, 1999


**MERCK**
Research Laboratories

Central Document Room
Food and Drug Administration
Center for Drug Evaluation and Research
12229 Wilkins Avenue
Rockville, MD 20850

## NDA 21-042: VIOXX™
### (rofecoxib tablets)

### SPECIAL SUPPLEMENT – CHANGES BEING EFFECTED

Pursuant to Section 505(b) of the Food, Drug and Cosmetic Act and in accordance with 21 CFR 314.70 (c), we submit a supplement to NDA 21-042.

As indicated on the attached Form FDA 356h, this supplemental application provides for changes in the *Labeling* Section of the approved New Drug Application for VIOXX™. The package circular has been revised to include post-marketing adverse reactions and post-marketing experience of concurrent administration of clinical doses of VIOXX™ with warfarin. In addition, Merck's pregnancy registry information, including an "800" number, was added and the company address was changed. All information is in an electronic format as indicated in the Table of Contents for this supplemental application.

The revised labeling will be used on or before April 1, 2000 in all packages sold or distributed from the Company's manufacturing facilities.

This supplemental application is formatted as required in Title 21 paragraph 314.50 of the Code of Federal Regulations. This supplemental application is being submitted in accordance with the January 1999, *Guidance for Industry – Providing Regulatory Submissions in Electronic Format – NDAs*. As an attachment to this letter, Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is providing one Compact Disk (CD) which contains the supplemental application. All documents requiring signatures for certification are included as paper for archival purposes.

MRK-99420023356

M000B72620

Central Document Room
NDA 21-042: VIOXX™
Page 2

Attached on the CD, are the following items:

Labeling
I. Labeling history
II. Labeling text
   a. Proposed labeling text (#9183801)
   b. Currently used labeling text (#9183800)
   c. Last approved labeling text
III. Final Printed Package Insert

Summary
I. Annotated package circular

All of the information is contained on one CD and has an approximate size of 100MB. We have taken precautions to insure that any software on the CD is free of computer viruses (Norton Anti-Virus 4.0, Symantec Corp., 1991-1997) and we authorized the use of anti-virus software, as appropriate.

A list of reviewers from the Division of Anti-Inflammatory, Analgesic and Ophthalmologic Drug Products who should be provided access to this electronic submission on their desktops may be obtained from Ms. Sandra Cook, Regulatory Project Manager, Division of Anti-Inflammatory, Analgesic and Ophthalmologic Drug Products. MRL will follow-up with Ms. Cook to ensure that the appropriate reviewers have been given access to this electronic submission.

Merck & Co., Inc. is requesting a categorical exclusion for the requirements to prepare an Environmental Assessment under 21 CFR 25.31(a). This supplement meets the requirements of a categorical exclusion under 21 CFR 25.31(a) because it will not increase the use of the active moiety. To the best of the firm's knowledge no extraordinary circumstances exist in regards to this action.

In accordance with the Food and Drug Administration Modernization Act of 1997, as indicated in the attached Form 3397, no user fee is required for this supplemental application.

MRK-99420023357

M000B72621

Central Document Room
NDA 21-042: VIOXX™
Page 3

We consider the filing of this Supplemental New Drug Application to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this supplemental application should be directed to Eric A. Floyd, PhD (610/397-7788) or, in my absence, to Robert E. Silverman, MD, PhD (610/397-2944).

Sincerely,

Eric A. Floyd, PhD
Associate Director
Regulatory Affairs

Q:\Mandrach\Christa\NDA21042\labelsscbe.doc

Attachment

Federal Express #1    4206 6804 8000

Desk Copies:  Ms. Sandra Cook, Regulatory Project Manager (cover letter + diskette containing Word version of the proposed labeling text as review aid)
HFD-550, Rm. N322
Federal Express #2    4206 6804 8011

Dr. Kenneth Edmunds, Jr. (cover letter only):
Division of Technology Support Services Staff
HFD-073, Room 8B45
Federal Express #3    4206 6804 8022

HERRON    4206 6804 8033

MRK-99420023358

M000B72622

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION | Form Approved OMB No. 0910-0338<br>Expiration Date: April 30, 2000<br>See OMB Statement on last page. |
|---|---|
| **APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>(Title 21, Code Of Federal Regulations, 314) | **FOR FDA USE ONLY**<br>APPLICATION NUMBER |

**APPLICANT INFORMATION**

| NAME OF APPLICANT<br>Merck & Co., Inc. | DATE OF SUBMISSION 10-6-99 |
|---|---|
| TELEPHONE NO. (Include Area Code)<br>(610) 397-7788 | FACSIMILE (FAX) Number (Include Area Code)<br>(610) 397-2516 |
| APPLICANT ADDRESS (Number, Street, City, State, Country, Zip Code or Mail Code, and U.S. License number if previously issued):<br>Sumneytown Pike<br>P.O. Box 4, BLA-20<br>West Point, PA 19486 | AUTHORIZED U.S. AGENT NAME & ADDRESS (Number, Street, City, State, ZIP Code, telephone & FAX number) IF APPLICABLE<br>Eric A. Floyd, Ph.D.<br>Associate Director<br>Regulatory Affairs |

**PRODUCT DESCRIPTION**

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER (If previously issued)   21-042

| ESTABLISHED NAME (e.g., Proper name, USP/USAN name)<br>Rofecoxib | PROPRIETARY NAME (trade name) IF ANY<br>VIOXX™ |
|---|---|
| CHEMICAL/ BIOCHEMICAL/BLOOD PRODUCT NAME (If any)<br>4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone | CODE NAME (If any)<br>MK-0966 |
| DOSAGE FORM<br>Tablets | STRENGTHS:<br>12.5 mg, 25 mg | ROUTE OF ADMINISTRATION<br>Oral |

(PROPOSED) INDICATION(S) FOR USE:
Acute and chronic treatment of the signs and symptoms of osteoarthritis, relief of pain and treatment of primary dysmenorrhea

**APPLICATION INFORMATION**

APPLICATION TYPE
(Check one) [X] NEW DRUG APPLICATION (21 CFR 314.50)   [ ] ABBREVIATED APPLICATION (ANDA, AADA, 21 CFR 314.94)
[ ] BIOLOGICS LICENSE APPLICATION (21 CFR part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   [X] 505 (b) (1)   [ ] 505 (b) (2)   [ ] 507

IF AN ANDA, OR AADA, IDENTIFY THE REFERENCED LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                Holder of Approved Application

TYPE OF SUBMISSION
(check one)   [ ] ORIGINAL APPLICATION   [ ] AMENDMENT TO A PENDING APPLICATION   [ ] RESUBMISSION
[ ] PRESUBMISSION   [ ] ANNUAL REPORT   [ ] ESTABLISHMENT DESCRIPTION SUPPLEMENT   [ ] SUPAC SUPPLEMENT
[ ] EFFICACY SUPPLEMENT   [X] LABELING SUPPLEMENT   [ ] CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   [ ] OTHER

**REASON FOR SUBMISSION**

PROPOSED MARKETING STATUS (check one) [X] PRESCRIPTION PRODUCT (Rx)   [ ] OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED_____   THIS APPLICATION IS   [ ] PAPER   [X] PAPER AND ELECTRONIC   [ ] ELECTRONIC

**ESTABLISHMENT INFORMATION**

Provide locations of all manufacturing, packaging and control sites for the drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

FORM FDA 356h (4/87)                                                                                           EF

MRK-99420023359

M000B72623

This application contains the following items: (Check all that apply)

| ✓ | Item |
|---|---|
| ✓ | 1. Index |
| ✗ | 2. Labeling (check one)  ☒ Draft Labeling  ☐ Final Printed Labeling |
| | 3. Summary (21 CFR 314.50 (c)) |
| | 4. Chemistry Section |
| | A. Chemistry, manufacturing, and controls information (e.g. 21 CFR 314.50 (d) (1), 21 CFR 601.2) |
| | B. Samples (21 CFR 314.50 (e) (1), 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| | C. Methods validation package (e.g. 21 CFR 314.50 (e) (2) (l), 21 CFR 601.2) |
| | 5. Nonclinical pharmacology and toxicology section (21 CFR 314.50 (d) (2), 21 CFR 601.2) |
| | 6. Human pharmacokinetics and bioavailability section (21 CFR 314.50 (d) (3), 21 CFR 601.2) |
| | 7. Microbiology section (21 CFR 314.50 (d) (4)) |
| | 8. Clinical data section (21 CFR 314.50 (d) (5), 21 CFR 601.2) |
| | 9. Safety update report (21 CFR 314.50 (d) (5) (vi) (b), 21 CFR 601.2) |
| | 10. Statistical section (21 CFR 314.50 (d) (6), 21 CFR 601.2) |
| | 11. Case report tabulations (21 CFR 314.50 (f) (1), 21 CFR 601.2) |
| | 12. Case reports forms (21 CFR 314.50 (f) (1), 21 CFR 601.2) |
| | 13. Patent information on any patent which claims the drug (21 U.S.C. 355 (b) or (c)) |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b) (2) or (j) (2) (A)) |
| | 15. Establishment description (21 CFR Part 600, if applicable) |
| ✓ | 16. Debarment certification (FD&C Act 306 (k) (1)) |
| | 17. Field copy certification (21 CFR 314.5 (k) (3)) |
| ✓ | 18. User Fee Cover Sheet (Form FDA 3397) |
| | 19. OTHER (Specify) |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all laws and regulations that apply to approved applications, including, but not limited to the following:
1. Good manufacturing practice regulations in 21 CFR 210 and 211, 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR 201, 606, 610, 680 and/or 809.
4. In case of a prescription drug product or biological product, prescription drug advertising regulations in 21 CFR 202.
5. Regulations on making changes in application in 21 CFR 314.70, 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on reports in 21 CFR 314.80, 314.81, 600.80 and 600.81.
7. Local, State and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.
Warning: a willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE |
|---|---|---|
| *Eric A. Floyd* | Eric A. Floyd, Ph.D.  Associate Director, Regulatory Affairs | 10-6-99 |
| ADDRESS (Street, City, State, and ZIP Code)  Sumneytown Pike, P.O. Box 4, BLA-20  West Point, PA 19486 | Telephone Number  (610) 397-7786 | |

Public reporting burden for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

DHHS, Reports Clearance Officer
Paperwork Reduction Project (0910-0338)
Hubert H. Humphrey Building, Room 531-H
200 Independence Avenue, S.W.
Washington, DC 20201

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

Please DO NOT RETURN this form to this address.

FORM FDA 356h (4/97)

MRK-99420023360

M000B72624

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | Form Approved: OMB No. 0910-0297<br>Expiration Date: 04-30-01<br>**USER FEE COVER SHEET** |
|---|---|

*See Instructions on Reverse Side Before Completing This Form*

**1. APPLICANT'S NAME AND ADDRESS**
Merck & Co., Inc.
Sumneytown Pike, BLA-10
P. O. Box 4
West Point, PA 19486

**3. PRODUCT NAME**
VIOXX ™ (rofecoxib tablets)

**4. DOES THIS APPLICATION REQUIRE CLINICAL DATA FOR APPROVAL?**
IF YOUR RESPONSE IS "NO" AND THIS IS FOR A SUPPLEMENT, STOP HERE AND SIGN THIS FORM.

IF RESPONSE IS "YES", CHECK THE APPROPRIATE RESPONSE BELOW:

☐ THE REQUIRED CLINICAL DATA ARE CONTAINED IN THE APPLICATION.

☐ THE REQUIRED CLINICAL DATA ARE SUBMITTED BY REFERENCE TO _____
(APPLICATION NO. CONTAINING THE DATA).

**2. TELEPHONE NUMBER** (include Area Code)
( 610 ) 397-2383

**5. USER FEE I.D. NUMBER**

**6. LICENSE NUMBER / NDA NUMBER**
N021042

**7. IS THIS APPLICATION COVERED BY ANY OF THE FOLLOWING USER FEE EXCLUSIONS? IF SO, CHECK THE APPLICABLE EXCLUSION.**

☐ A LARGE VOLUME PARENTERAL DRUG PRODUCT APPROVED UNDER SECTION 505 OF THE FEDERAL FOOD, DRUG, AND COSMETIC ACT BEFORE 9/1/92 (Self Explanatory)

☐ A 505(b)(2) APPLICATION THAT DOES NOT REQUIRE A FEE (See item 7, reverse side before checking box.)

☐ THE APPLICATION QUALIFIES FOR THE ORPHAN EXCEPTION UNDER SECTION 736(a)(1)(E) of the Federal Food, Drug, and Cosmetic Act (See item 7, reverse side before checking box.)

☐ THE APPLICATION IS A PEDIATRIC SUPPLEMENT THAT QUALIFIES FOR THE EXCEPTION UNDER SECTION 736(a)(1)(F) of the Federal Food, Drug, and Cosmetic Act (See item 7, reverse side before checking box.)

☐ THE APPLICATION IS SUBMITTED BY A STATE OR FEDERAL GOVERNMENT ENTITY FOR A DRUG THAT IS NOT DISTRIBUTED COMMERCIALLY
(Self Explanatory)

**FOR BIOLOGICAL PRODUCTS ONLY**

☐ WHOLE BLOOD OR BLOOD COMPONENT FOR TRANSFUSION

☐ A CRUDE ALLERGENIC EXTRACT PRODUCT

☐ AN APPLICATION FOR A BIOLOGICAL PRODUCT FOR FURTHER MANUFACTURING USE ONLY

☐ AN "IN VITRO" DIAGNOSTIC BIOLOGICAL PRODUCT LICENSED UNDER SECTION 351 OF THE PHS ACT

☐ BOVINE BLOOD PRODUCT FOR TOPICAL APPLICATION LICENSED BEFORE 9/1/92

**8. HAS A WAIVER OF AN APPLICATION FEE BEEN GRANTED FOR THIS APPLICATION?**  ☐ YES  ☐ NO
(See reverse side if answered YES)

A completed form must be signed and accompany each new drug or biologic product application and each new supplement. If payment is sent by U.S. mail or courier, please include a copy of this completed form with payment.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

DHHS, Reports Clearance Officer
Paperwork Reduction Project (0910-0297)
Hubert H. Humphrey Building, Room 531-H
200 Independence Avenue, S.W.
Washington, DC 20201

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

Please DO NOT RETURN this form to this address.

| SIGNATURE OF AUTHORIZED COMPANY REPRESENTATIVE | TITLE Bonnie J. Goldmann, M.D.<br>Vice President, Domestic Liaison<br>Regulatory Affairs | DATE<br>10-6-99 |
|---|---|---|

FORM FDA 3397 (5/96)

MRK-99420023361

M000B72625

## INSTRUCTIONS FOR COMPLETING USER FEE COVER SHEET
## FORM FDA 3397

Form FDA 3397 is to be completed for and submitted with each new drug or biologic product original application or supplemental application submitted to the Agency on or after April 27, 1998. Form 3397 should be placed in the first volume of the application with the application form. A copy of Form 3397 should be included with the fee payment.

| ITEM NOS. | INSTRUCTIONS |
|---|---|
| 1-2. | Self-explanatory |
| 3. | **PRODUCT NAME** - Include generic name and trade name, as applicable. |
| 4. | **CLINICAL DATA** - The definition of 'clinical data' for the assessment of user fees is found in Interim Guidance: Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees under the Prescription Drug User Fee Act of 1992. |
| 5. | **USER FEE I.D. NUMBER** - PLEASE INCLUDE THIS NUMBER ON THE APPLICATION PAYMENT CHECK. If the application is exempted from a fee, a User Fee I.D. Number is not required. To obtain the appropriate User Fee I.D. Number, read and complete the following: |

FOR DRUG PRODUCTS - A unique identification number will be assigned to each submission. This individual identification number may be obtained by calling the Center for Drug Evaluation and Research, Central Document Room, at (301) 827-4210.

FOR BIOLOGIC PRODUCTS - The first 4 characters are the U.S. License Number, including leading zeros; the next 4 characters are the product code (2 letters followed by 2 numbers); and the last 7 characters are the date on the cover letter of the submission, in the format: DDMONYR. If the facility is unlicensed, or the product code is unknown, a number can be obtained by calling the Center for Biologics Evaluation and Research, at (301) 827-3503.

   EXAMPLE: For U.S. License Number 4, product code XX01, with a document submission date of 8/3/93, the number would be: 0004XX0103AUG93.

6.   **LICENSE NUMBER / NDA NUMBER**

FOR BIOLOGIC PRODUCTS - Indicate the U.S. License Number. If the facility is unlicensed, leave this section blank.

FOR DRUG PRODUCTS - Indicate the NDA number, including a leading zero. NDA numbers can be obtained by calling the Center for Drug Evaluation and Research, Central Document Room, at (301) 827-4210.

   EXAMPLE: For NDA 99999, the number would be: N099999.

7.   **EXCLUSIONS:**

Section 505(b)(2) applications, as defined by the Federal Food, Drug, and Cosmetic (FD&C) Act, are excluded from application fees if: they are NOT for a new molecular entity which is an active ingredient (including any salt or ester of an active ingredient); or NOT a new indication for use.

The application is for an orphan product. Under section 736(a)(1)(E) of the FD&C Act, a human drug application is not subject to an application fee if the proposed product is for a rare disease or condition designated under section 526 of the FD&C Act (orphan drug designation) AND the application does not include an indication that is not so designated. A supplement is not subject to an application fee if it proposes to include a new indication for a rare disease or condition, and the drug has been designated pursuant to section 526 for a rare disease or condition with regard to the indication proposed in the supplement.

The submission is a supplement for a new pediatric indication. Under section 736(a)(1)(F) of the FD&C Act, a supplement to a "human drug application" proposing to include a new indication for use in pediatric populations is not subject to a fee.

8.   **WAIVER** - Complete this section only if a waiver of user fees, including the small business waiver, has been granted for this application. A copy of the official FDA notification that the waiver has been granted must be provided with the submission.

FORM FDA 3397 (5/98) (BACK)

MRK-99420023362

M000B72626