

DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

NDA 21-042/S-003                                          Food and Drug Administration
                                                         Rockville MD 20657

Merck Research Laboratories
Attention: Eric A. Floyd, Ph.D.                          OCT 2 8 1999
Associate Director, Regulatory Affairs
Sumneytown Pike
P.O. Box 4, BLA-20
West Point, Pennsylvania 19486

Dear Dr. Floyd:

We acknowledge receipt of your labeling supplemental application submitted under section
505(b) of the Federal Food, Drug, and Cosmetic Act for the following:

Name of Drug Product: Vioxx (rofecoxib tablets) Tablets, 12.5 mg and 25 mg.

NDA Number: 21-042                                       provides for circular revisions to
                                                         include post-marketing adverse reactions and
Supplement Number: S-003                                 post-marketing experience of concurrent
                                                         administration of clinical doses of VIOXX™
                                                         with warfarin. In addition, Merck's pregnancy
Date of Supplement: October 6, 1999                      registry information, including an "800"
                                                         number, was added and the company address
Date of Receipt: October 7, 1999                         was changed.

This supplement proposes the following change(s): Labeling changes

Your submission stated April 1, 2000, as the implementation date for the change(s).

We note that you have submitted this supplement under 21 CFR 314.70(c), 'Special Supplement -
Changes Being Effected.' Changes of the kind that you have proposed are not the kind of
changes permitted by regulation to be put into effect prior to approval of a supplement. An
approved supplement is required for the proposed changes; therefore, the supplement is being
reviewed under 21 CFR 314.70(b).

Unless we notify you within 60 days of our receipt date that the application is not sufficiently
complete to permit a substantive review, this application will be filed under section 505(b) of the
Act on December 5, 1999, in accordance with 21 CFR 314.101(a).

Please cite the application number listed above at the top of the first page of any communications
concerning this application. All communications concerning this supplemental application
should be addressed as follows:

Regulatory Affairs

NOV 4 1999

E. Floyd

MRK-99420023527

EXHIBIT
3

NDA 21-042/S-003
Page 2

U.S. Postal Service:

Food and Drug Administration
Center for Drug Evaluation and Research
Division of Anti-Inflammatory, Analgesic
and Ophthalmic Drug Products, HFD-550
Attention: Division Document Room
5600 Fishers Lane
Rockville, Maryland 20857

Courier/Overnight Mail:

Food and Drug Administration
Center for Drug Evaluation and Research
Division of Anti-Inflammatory, Analgesic
and Ophthalmic Drug Products, HFD-550
Attention: Division Document Room
9201 Corporate Blvd.
Rockville, Maryland 20850-3202

If you have any questions, contact Sandra N. Cook, Project Manager, at (301) 827-2090.

Sincerely,

Anthony Zeccola
Chief, Project Management Staff
Division of Anti-Inflammatory, Analgesic and
  Ophthalmic Drug Products
Office of Drug Evaluation V
Center for Drug Evaluation and Research

MRK-99420023528

M006023980