MRK05262782



EXHIBIT
Wenzberg No. 3119

Updated 5/26/2006

Restricted
Confidential
limited access

This is a summary of tables and figures produced through 26May2006 for the analysis of follow-up data of the APPROVe study. For ease of review it is broken into several sections.

**Section A**

Section A contains basic accounting information. Table A1 is an accounting of patients included in the analyses/figures. Table A2 is a listing of all events that were sent to the adjudication committee and includes the result of adjudication.

**Sections B, C and D**

Background: There were 2 pre-specified censoring points for the analysis. One was patient based – Week 210 the time at which a patient would have finished the base study plus one year follow-up. The second was study based and included data through an October 31, 2005 cut-off date, which would represent an approximately 1- year follow-up after the last patient's final visit in the base study. This extends data in some patients out as far as week 299. There were also 5 patients with events after the October 31, 2005 cutoff date. The statistical analysis plan stated that these events would be listed. However post hoc analyses were done which included all available information after the cut-off date. This extends data in some patients out as far as week 306.

The primary analysis for the off-drug extension used an intention to treat (ITT) approach to data analysis and thus included data both on study therapy and post-discontinuation. The secondary analysis for the off-drug extension considered only the data from each patient's off-drug period (that is, data starting on day 15 post-discontinuation of study therapy) and did not consider events during the on-drug period.

Section B contains tables and figures from the analyses with the Week 210 censoring for confirmed thrombotic cardiovascular events (TCVSAE), confirmed Antiplatelet Trialist Collaboration (APTC) events, and all-cause deaths. There are summary tables, relative risks for pre-specified events, events by various lengths of follow-up, Kaplan-Meier plots and plots of hazard rates. The hazard rate plots in this section and subsequent sections include the results of tests of proportional hazards using two models: treatment*log(time) and treatment*time.

Sections C and D are similar to section B, but use the October 31, 2005 and all available information for censoring points.

1

MRK-O2725783

Updated 5/26/2006

Restricted
Confidential
limited access


## Sections E and F:

Section E presents results during the follow-up for the subgroup of patients that were on treatment in the base study for at least 150 weeks (1050 days). These patients were those with the longest duration to drug exposure and potentially at a greater risk of events during follow-up.

Section F presents results during the follow-up for subgroups of patients that were on treatment in the base study for various periods of time. The subgroups were 0-183 days, 184-1049 days, 1050 days or more (this is a subset of the information in Section E), 18 months of less (1-548 days), and more than 18 months.

## Section G:

Section G presents results for confirmed thrombotic cardiovascular events excluding those patients who had a confirmed thrombotic cardiovascular event in the base study (i.e. up through 14 days after last day of therapy in the base study.) Confirmed APTC events are presented in an analogous way by excluding patients who had an APTC event in the base study. For deaths results are presented excluding those patients who had a confirmed thrombotic cardiovascular event or APTC event in the base study. These analyses were done to address the question of what happened to patients off-drug who did not have an event while on study therapy.

MNK02725784

Updated 5/26/2006  Restricted
Confidential
limited access

Table of Contents

Section A – Basic Information
    Patient Accounting                                                          Table A1
    Listing of all events sent to the adjudication committee                    Table A2

Section B – Analyses using Week 210 Censoring
    Confirmed Thrombotic Cardiovascular Events
        ITT Population                                                          Tables B1-B4, Figures B1, B2
        Events During off-drug follow-up                                        Tables B5-B7, Figures B3, B4
    Confirmed APTC Events
        ITT Population                                                          Tables B8-B11, Figures B5, B6
        Events During off-drug follow-up                                        Tables B12-B14, Figures B7, B8
    Deaths
        ITT Population                                                          Tables B15-B17, Figures B9, B10
        Events During off-drug follow-up                                        Tables B18-B19, Figures B11, B12

Section C – Analyses using October 31, 2005 Censoring
    Confirmed Thrombotic Cardiovascular Events
        ITT Population                                                          Tables C1-C4, Figures C1, C2
        Events During off-drug follow-up                                        Tables C5-C7, Figures C3, C4
    Confirmed APTC Events
        ITT Population                                                          Tables C8-C11, Figures C5, C6
        Events During off-drug follow-up                                        Tables C12-C14, Figures C7, C8
    Deaths
        ITT Population                                                          Tables C15-C17, Figures C9, C10
        Events During off-drug follow-up                                        Tables C18-C19, Figures C11, C12

MRK-00725785

Updated 5/26/2006 **Restricted Confidential Limited Access**

Section D – Analyses using Censoring at the Last Day of Risk

Confirmed Thrombotic Cardiovascular Events
    ITT Population                                       Tables D1-D4, Figures D1, D2
    Events During off-drug follow-up                   Tables D5-D7, Figures D3, D4
Confirmed APTC Events
    ITT Population                                        Tables D8-D11, Figures D5, D6
    Events During off-drug follow-up                   Tables D12-D14, Figures D7, D8
Deaths
    ITT Population                                          Tables D15-D17, Figures D9, D10
    Events During off-drug follow-up                   Tables D18-D19, Figures D11, D12

Section E – Analyses of Events During the Off-Drug Follow-Up in Patients on Treatment for 150 Weeks or More

Confirmed Thrombotic Cardiovascular Events              Tables E1-E6
Confirmed APTC Events                                       Tables E7-E12
Deaths                                                   Tables E13-E18

Section F – Analyses of Events During the Off-Drug Follow-Up by Duration of Treatment in the Base Study

1-183, 184-1049, ≥ 1050 Days
    Confirmed Thrombotic Cardiovascular Events          Tables F1-F3
    Confirmed APTC Events                             Tables F4-F6
    Deaths                                        Tables F7-F9
0-18 Months, > 18 Months
    Confirmed Thrombotic Cardiovascular Events          Tables F10-F12
    Confirmed APTC Events                             Tables F13-F15
    Deaths                                        Tables F16-F18

Section G – Analyses of Events During the Off-Drug Follow-Up Excluding Patients with Events in the Base Study

Confirmed Thrombotic Cardiovascular Events              Tables G1-G3, Figures G1, G2
Confirmed APTC Events                                  Tables G4-G6, Figures G3, G4
Deaths                                            Tables G7-G8, Figures G5, G6

M007225786

Updated 5/26/2006   Restricted Confidential Limited Access

Table A1
Patient Accounting

| | Rofecoxib | Placebo | Total |
|---|---|---|---|
| Randomized into base study (Population A) | 1287 | 1300 | 2587 |
| No follow up for CV events | 206 | 203 | 409 |
| Followed up for CV events > 14 days after last day of study therapy in base study @ (Population B) | 1081 (84%) | 1097 (84%) | 2178 (84%) |
| No follow up for death | 59 | 70 | 129 |
| Followed up for Death > 14 days after last day of study therapy | 1228 (95%) | 1230 (95%) | 2458 (95%) |

@ 1081 rofecoxib patients were followed up for TCVSAE events, but only 1080 for APTC events. One patient had no follow-up other than the report of a TCVSAE event that was not an APTC event.

Updated 5/26/2006

MDL02225787

Restricted Confidential limited access

List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 90043 | 909 | MK-0966 25 mg | 17FEB2003 | 1036 | 1036 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 2 | 90063* | 5306 | MK-0966 50 mg | 20DEC2005 | 112 | 2087 | . | Mitral valve incompetence | not confirmed |
| 3 | 90063* | 5382 | MK-0966 50 mg | 18JAN2006 | 112 | 2116 | . | CRC split - Cardiac thrombus | Cardiac thrombus |
| 4 | 90070 | 4146 | MK-0966 25 mg | 15FEB2001 | 36 | 351 | 15FEB2001 | Death | Sudden cardiac death |
| 5 | 90072* | 5134 | MK-0966 50 mg | 15JUL2003 | 302 | 1345 | 29MAR2004 | Cardiac failure congestive, lung neoplasm malignant | not confirmed |
| 6 | 90114 | 465 | MK-0966 25 mg | 16OCT2000 | 1097 | 110 | . | Myocardial infarction | Acute myocardial infarction |
| 7 | 90114 | 951 | MK-0966 25 mg | 13JUN2003 | 1097 | 1080 | . | Transient ischemic attack, carotid artery stenosis | Transient Ischemic Attack |
| 8 | 90132 | 976 | MK-0966 25 mg | 23APR2003 | 1083 | 1070 | . | Ventricular fibrillation | Acute myocardial infarction |
| 9 | 90149 | 679 | MK-0966 25 mg | 22JUL2001 | 371 | 371 | 22JUL2001 | Sudden cardiac death | Sudden cardiac death |
| 10 | 90151 | 844 | MK-0966 25 mg | 22AUG2002 | 765 | 765 | . | Transient ischemic attack, cerebrovascular accident | Ischemic cerebrovascular stroke |
| 11 | 90156 | 683 | MK-0966 25 mg | 01MAY2001 | 252 | 275 | 15MAY2001 | Metastatic neoplasm of unknown primary | not confirmed |
| 12 | 90161 | 686 | MK-0966 25 mg | 06MAY2001 | 1099 | 293 | . | Coronary artery disease | Unstable angina pectoris |
| 13 | 90161 | 677 | MK-0966 25 mg | 24JUN2001 | 1099 | 342 | . | Coronary artery disease | not confirmed |
| 14 | 90165 | 820 | MK-0966 25 mg | 11MAY2002 | 602 | 564 | . | Acute myocardial infarction | Acute myocardial infarction |
| 15 | 90207 | 4980 | MK-0966 25 mg | 11MAR2004 | 284 | 1220 | . | Cerebral ischaemia | Ischemic cerebrovascular stroke |
| 16 | 90208 | 5132 | MK-0966 25 mg | 01DEC2005 | 1102 | 1831 | . | Myocardial infarction | Acute myocardial infarction |
| 17 | 90223 | 3974 | MK-0966 25 mg | 27NOV2003 | 1091 | 1185 | . | Acute myocardial infarction, coronary artery disease | Acute myocardial infarction |



MRK-07225788

Updated 5/26/2006

Restricted
Confidential
limited access



Table A2
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 18 | 90381 | 970 | MK-0966 25 mg | 11AUG2003 | 1138 | 1034 | . | Intestinal ischaemia | Peripheral arterial thrombosis |
| 19 | 90281 | 3839 | MK-0966 25 mg | 25NOV2003 | 1138 | 1140 | . | Peripheral vascular disorder | not confirmed |
| 20 | 90385 | 4045 | MK-0966 25 mg | 04FEB2002 | 494 | 494 | . | Coronary artery disease | not confirmed |
| 21 | 90591 | 731 | MK-0966 25 mg | 21SEP2001 | 1160 | 457 | . | Shock | not confirmed |
| 22 | 90310 | 722 | MK-0966 25 mg | 18OCT2001 | 135 | 134 | 30AUG2002 | Angina pectoris, Myocardial infarction | Acute myocardial infarction |
| 23 | 90310 | 4182 | MK-0966 25 mg | 24JUL2002 | 135 | 413 | 10AUG2002 | Coronary artery disease | Unstable angina pectoris |
| 24 | 90310 | 4255 | MK-0966 25 mg | 29AUG2002 | 135 | 449 | 30AUG2002 | CRC split: death due to post-op complications | not confirmed |
| 25 | 90324 | 672 | MK-0966 25 mg | 28JUN2001 | 51 | 39 | 04JAN2004 | Angina pectoris; coronary artery occlusion | Unstable angina pectoris |
| 26 | 90324 | 4181 | MK-0966 25 mg | 04JAN2004 | 51 | 959 | 04JAN2004 | Hepatic neoplasm malignant | not confirmed |
| 27 | 90346 | 3731 | MK-0966 25 mg | 16JAN2004 | 1095 | 1191 | . | Deep vein thrombosis | not confirmed |
| 28 | 90370 | 3862 | MK-0966 25 mg | 22JUN2004 | 1083 | 1456 | 22JUN2004 | death | Sudden cardiac death |
| 29 | 90422 | 708 | MK-0966 25 mg | 21SEP2001 | 722 | 409 | 08NOV2002 | Coronary artery disease | Unstable angina pectoris |
| 30 | 90422 | 882 | MK-0966 25 mg | 01AUG2002 | 722 | 723 | 08NOV2002 | Neutropenia, Septic shock, Acute myeloid leukemia | not confirmed |
| 31 | 90565 | 944 | MK-0966 25 mg | 09MAY2003 | 1105 | 950 | . | Coronary artery stenosis | not confirmed |
| 32 | 90580 | 4065 | MK-0966 25 mg | 18SEP2004 | 1086 | 1389 | . | Transient ischaemic attack | Transient Ischemic Attack |
| 33 | 90591 | 765 | MK-0966 25 mg | 06DEC2001 | 1091 | 324 | . | Coronary artery disease | not confirmed |
| 34 | 90591 | 796 | MK-0966 25 mg | 06DEC2001 | 1091 | 324 | . | Carotid artery stenosis | not confirmed |
| 35 | 90607 | 5080 | MK-0966 25 mg | 22SEP2005 | 1106 | 1596 | 22SEP2005 | Myocardial infarction | Fatal acute myocardial infarction |

MK0722S789

Updated 5/26/2006



Restricted
Confidential
Limited Access

Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 90615 | 3799 | MK-0966 25 mg | 06MAY2004 | 1091 | 1346 | 06MAY2004 | Coronary artery atherosclerosis | Sudden cardiac death |
| 37 | 90619 | 911 | MK-0966 25 mg | 25JUL2002 | 675 | 675 | . | Myocardial infarction | Acute myocardial infarction |
| 38 | 90619 | 874 | MK-0966 25 mg | 25JUL2002 | 675 | 675 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 39 | 90623 | 536 | MK-0966 25 mg | 05DEC2000 | 120 | 71 | 02JAN2002 | Cerebral ischemia | not confirmed |
| 40 | 90623 | 4061 | MK-0966 25 mg | 27SEP2004 | 120 | 1463 | 02JAN2002 | Dementia Alzheimer's type | Insufficient data |
| 41 | 90625 | 3842 | MK-0966 25 mg | 29MAY2004 | 1091 | 1320 | . | Coronary artery disease | not confirmed |
| 42 | 90656 | 968 | MK-0966 25 mg | 04SEP2003 | 1087 | 948 | . | Coronary artery atherosclerosis | not confirmed |
| 43 | 90711 | 5169 | MK-0966 25 mg | 13NOV2002 | 104 | 777 | . | Myocardial infarction | Acute myocardial infarction |
| 44 | 90711 | 5170 | MK-0966 25 mg | 10FEB2003 | 104 | 866 | . | Coronary artery disease | not confirmed |
| 45 | 90724 | 4940 | MK-0966 25 mg | 19AUG2005 | 1077 | 1776 | . | Myocardial infarction | Acute myocardial infarction |
| 46 | 90732 | 956 | MK-0966 25 mg | 05JUL2003 | 809 | 964 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 47 | 90806 | 845 | MK-0966 25 mg | 13AUG2002 | 610 | 610 | . | Myocardial infarction | Acute myocardial infarction |
| 48 | 90811 | 4032 | MK-0966 25 mg | 02AUG2001 | 183 | 184 | 02AUG2001 | Death | Fatal acute myocardial infarction |
| 49 | 90872 | 4971 | MK-0966 25 mg | 18JUL2003 | 250 | 943 | 11AUG2003 | Lung neoplasm malignant | not confirmed |
| 50 | 90891 | 661 | MK-0966 25 mg | 04JUN2001 | 88 | 88 | . | Deep vein thrombosis | Peripheral venous thrombosis |
| 51 | 90969 | 878 | MK-0966 25 mg | 08NOV2002 | 599 | 593 | . | Coronary artery stenosis | not confirmed |
| 52 | 90983 | 5053 | MK-0966 25 mg | 28JUN2003 | 1126 | 907 | 07AUG2005 | Peritoneal carcinoma | not confirmed |
| 53 | 91005 | 5071 | MK-0966 25 mg | 10FEB2004 | 1073 | 1073 | 24JUN2005 | Glioblastoma multiforme | not confirmed |

MRK00722527000

Updated 5/26/2006



Restricted Confidential limited access

Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 54 | 91018 | 4696 | MK-0966 25 mg | 10JAN2005 | 1095 | 1446 | . | Atrial fibrillation | Cardiac thrombus |
| 55 | 91037 | 840 | MK-0966 25 mg | 25JUL2002 | 855 | 550 | . | Coronary artery occlusion | Unstable angina pectoris |
| 56 | 91093 | 941 | MK-0966 25 mg | 01MAY2003 | 1081 | 756 | . | Ischemic stroke NOS | Ischemic cerebrovascular stroke |
| 57 | 91093 | 963 | MK-0966 25 mg | 13JUL2003 | 1081 | 829 | . | Myocardial infarction | Acute myocardial infarction |
| 58 | 91113 | 877 | MK-0966 25 mg | 08NOV2002 | 618 | 619 | 15NOV2002 | Lung cancer metastatic | not confirmed |
| 59 | 91133 | 4984 | MK-0966 25 mg | 02MAY2003 | 1127 | 684 | . | Myocardial infarction | Acute myocardial infarction |
| 60 | 91247 | 714 | MK-0966 25 mg | 17AUG2001 | 29 | 86 | 18AUG2001 | Thromboembolic stroke, carotid artery obstruction, cerebral infarction | Fatal ischemic cerebrovascular stroke |
| 61 | 91251 | 5122 | MK-0966 25 mg | 20JUN2005 | 66 | 1524 | . | Aortic valve stenosis | not confirmed |
| 62 | 91273 | 990 | MK-0966 35 mg | 24DEC2003 | 1085 | 1043 | . | Transient ischemic attack | Transient Ischemic Attack |
| 63 | 91301 | 4094 | MK-0966 25 mg | 07JUL2004 | 1085 | 1087 | . | Oedema peripheral, pain in extremity | not confirmed |
| 64 | 91354 | 795 | MK-0966 25 mg | 22FEB2002 | 1078 | 545 | . | Age indeterminate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction |
| 65 | 91354 | 946 | MK-0966 25 mg | 23MAY2003 | 1078 | 1000 | . | Coronary artery disease | Acute myocardial infarction |
| 66 | 91363 | 792 | MK-0966 25 mg | 18MAR2002 | 527 | 524 | . | Venous thrombosis NOS | Peripheral venous thrombosis |
| 67 | 91375 | 980 | MK-0966 25 mg | 16OCT2003 | 1092 | 983 | . | Coronary artery disease | not confirmed |
| 68 | 91390 | 621 | MK-0966 25 mg | 11MAR2001 | 1091 | 88 | . | Phlebitis NOS | not confirmed |
| 69 | 91435 | 727 | MK-0966 25 mg | 04NOV2001 | 145 | 145 | . | Intracranial haemorrhage | Haemorrhagic cerebrovascular stroke |
| 70 | 91439 | 4349 | MK-0966 35 mg | 14JAN2005 | 1097 | 1276 | . | Acute coronary syndrome | Acute myocardial infarction |
| 71 | 91512 | 709 | MK-0966 25 mg | 28MAY2001 | 494 | 200 | . | Age indeterminate myocardial infarction | Acute myocardial infarction |

9

IMI007225791

Updated 5/26/2006


Restricted Confidential limited access

Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 91536 | 703 | MK-0966 25 mg | 05SEP2001 | 302 | 224 | . | Ischemic heart disease | not confirmed |
| 73 | 91584 | 950 | MK-0966 25 mg | 03JUN2003 | 769 | 769 | 04JUN2003 | Myocardial infarction, metastatic carcinoma | Fatal acute myocardial infarction |
| 74 | 91602 | 810 | MK-0966 25 mg | 03APR2002 | 467 | 467 | 26APR2002 | Lung cancer stage unspecified (excl mesba), Bone neoplasm malignant | not confirmed |
| 75 | 91621 | 780 | MK-0966 25 mg | 20FEB2002 | 601 | 548 | . | Myocardial infarction | Acute myocardial infarction |
| 76 | 91621 | 5133 | MK-0966 25 mg | 01JUL2002 | 601 | 679 | . | Myocardial infarction | Acute myocardial infarction |
| 77 | 91642 | 4091 | MK-0966 25 mg | 07OCT2003 | 933 | 891 | 15JUN2004 | renal neoplasm | not confirmed |
| 78 | 91671 | 973 | MK-0966 25 mg | 14OCT2003 | 1093 | 884 | . | Coronary artery disease NOS | not confirmed |
| 79 | 91671 | 4311 | MK-0966 25 mg | 26DEC2004 | 1093 | 1323 | . | Pulmonary embolism | Pulmonary embolism |
| 80 | 91706 | 912 | MK-0966 25 mg | 03MAR2003 | 1103 | 885 | . | Myocardial ischemia, coronary artery disease NOS | not confirmed |
| 81 | 91706 | 5238 | MK-0966 25 mg | 27JUN2005 | 1103 | 1732 | . | Myocardial ischemia | not confirmed |
| 82 | 91712 | 693 | MK-0966 25 mg | 29JUL2001 | 355 | 296 | . | Cardiac catheter complication | not confirmed |
| 83 | 91720 | 5106 | MK-0966 25 mg | 17APR2005 | 1085 | 1629 | 01JUL2005 | Myocardial ischemia | Acute myocardial infarction |
| 84 | 91720 | 5035 | MK-0966 25 mg | 01JUL2005 | 1085 | 1704 | 01JUL2005 | Death | Sudden cardiac death |
| 85 | 91752 | 5067 | MK-0966 25 mg | 25JAN2005 | 21 | 1593 | . | Transient ischemic attack | Transient Ischemic Attack |
| 86 | 91752 | 5217 | MK-0966 25 mg | 28SEP2005 | 21 | 1839 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 87 | 91757 | 859 | MK-0966 25 mg | 17OCT2002 | 1077 | 498 | . | Angina unstable | Unstable angina pectoris |
| 88 | 91773 | 954 | MK-0966 25 mg | 30JUN2003 | 1109 | 724 | . | Transient ischemic attack | Transient Ischemic Attack |



Updated 5/26/2006

Restricted Confidential Limited Access

Table A2 (continued)

List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome

Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 89 | 91779 | 827 | MK-0966 25 mg | 21APR2002 | 1107 | 301 | . | Myocardial ischaemia | Unstable angina pectoris |
| 90 | 91779 | 4563 | MK-0966 25 mg | 15JAN2005 | 1107 | 1301 | . | Myocardial ischaemia | Acute myocardial infarction |
| 91 | 91815 | 964 | MK-0966 25 mg | 08SEP2003 | 1027 | 1028 | 08SEP2003 | Sudden death, myocardial infarction | Sudden cardiac death |
| 92 | 91828 | 3651 | MK-0966 25 mg | 06JUN2001 | 142 | 142 | . | Cardiac disorder | not confirmed |
| 93 | 91843 | 771 | MK-0966 25 mg | 05FEB2002 | 435 | 435 | 27OCT2003 | Myocardial infarction | Acute myocardial infarction |
| 94 | 91843 | 4121 | MK-0966 25 mg | 27OCT2003 | 435 | 1064 | 27OCT2003 | Cerebrovascular accident | Insufficient data |
| 95 | 91906 | 5041 | MK-0966 25 mg | 25JUL2005 | 1098 | 1799 | . | Coronary artery disease | not confirmed |
| 96 | 92040 | 743 | MK-0966 25 mg | 15DEC2001 | 459 | 459 | 15DEC2001 | Cardiac arrest | Sudden cardiac death |
| 97 | 92095 | 975 | MK-0966 25 mg | 13OCT2003 | 833 | 837 | 23OCT2003 | Cerebellar infarction | Fatal ischemic cerebrovascular stroke |
| 98 | 92122 | 5219 | MK-0966 25 mg | 02SEP2002 | 198 | 540 | . | Transient ischemic attack | Ischemic cerebrovascular stroke |
| 99 | 92122 | 5138 | MK-0966 25 mg | 18NOV2002 | 198 | 617 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 100 | 92131 | 3570 | MK-0966 25 mg | 12FEB2004 | 1101 | 977 | . | Acute coronary syndrome | Acute myocardial infarction |
| 101 | 92145 | 4160 | MK-0966 25 mg | 09OCT2004 | 1084 | 1262 | 02DEC2004 | Acute myocardial infarction | Acute myocardial infarction |
| 102 | 92145 | 4257 | MK-0966 25 mg | 03NOV2004 | 1084 | 1387 | 02DEC2004 | Subdural haematoma | not confirmed |
| 103 | 92145 | 4258 | MK-0966 25 mg | 03NOV2004 | 1084 | 1387 | 02DEC2004 | Myocardial infarction | Fatal acute myocardial infarction |
| 104 | 92171 | 3819 | MK-0966 25 mg | 17FEB2004 | 1092 | 1066 | 02DEC2004 | Myocardial ischaemia | not confirmed |
| 105 | 92211 | 3970 | MK-0966 25 mg | 11MAY2004 | 946 | 946 | . | Cardiac failure congestive, acute pulmonary oedema, bronchopneumonia | not confirmed |

Updated 5/26/2006



Restricted Confidential Limited Access

Table A.2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 106 | 92213 | 849 | MK-0966 25 mg | 01OCT2002 | 1090 | 434 | . | Coronary artery occlusion | not confirmed |
| 107 | 92213 | 4123 | MK-0966 25 mg | 21SEP2004 | 1090 | 1155 | . | Coronary artery disease | not confirmed |
| 108 | 92371 | 4093 | MK-0966 25 mg | 02OCT2004 | 1091 | 1286 | . | Myocardial infarction | Acute myocardial infarction |
| 109 | 93314 | 830 | MK-0966 25 mg | 13JUL2002 | 381 | 375 | . | Transient ischemic attack | Transient Ischemic Attack |
| 110 | 93314 | 5005 | MK-0966 25 mg | 22NOV2003 | 381 | 872 | . | Coronary artery disease | not confirmed |
| 111 | 92314 | 5006 | MK-0966 25 mg | 03FEB2004 | 381 | 945 | . | Peripheral vascular disorder | not confirmed |
| 112 | 92360 | 5105 | MK-0966 25 mg | 16NOV2004 | 1079 | 1224 | . | Acute myocardial infarction | Acute myocardial infarction |
| 113 | 92475 | 5072 | MK-0966 25 mg | 03APR2005 | 806 | 1578 | . | Death | Sudden cardiac death |
| 114 | 93555 | 622 | MK-0966 25 mg | 27APR2001 | 14 | 4 | 03APR2005 | Transient ischemic attack | Insufficient data |
| 115 | 92591 | 901 | MK-0966 25 mg | 01DEC2002 | 1035 | 577 | . | Cerebral infarction | Ischemic cerebrovascular stroke |
| 116 | 92591 | 966 | MK-0966 25 mg | 31AUG2003 | 1035 | 850 | . | Brain stem infarction | Ischemic cerebrovascular stroke |
| 117 | 92591 | 3652 | MK-0966 25 mg | 16FEB2004 | 1035 | 1019 | . | Transient ischemic attack | Transient Ischemic Attack |
| 118 | 92608 | 938 | MK-0966 25 mg | 05MAY2003 | 1096 | 1009 | . | Acute myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction |
| 119 | 92643 | 3767 | MK-0966 25 mg | 30APR2004 | 1097 | 1306 | 30APR2004 | Road traffic accident, Cardio-respiratory arrest, | not confirmed |
| 120 | 93708 | 4120 | MK-0966 25 mg | 21SEP2001 | 198 | 306 | 10OCT2001 | Hepatic cancer metastatic | not confirmed |
| 121 | 92718 | 725 | MK-0966 25 mg | 09OCT2001 | 151 | 203 | 09OCT2001 | Sudden death | Sudden cardiac death |
| 122 | 92739 | 986 | MK-0966 25 mg | 03DEC2003 | 1085 | 897 | . | Angina unstable | not confirmed |
| 123 | 92754 | 983 | MK-0966 25 mg | 07NOV2003 | 900 | 900 | . | Myocardial infarction | Acute myocardial infarction |

MRK-AFV0725793

Updated 5/26/2006



Restricted Confidential Subject to Protective Order

Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 134 | 93809 | 794 | MK-0966 25 mg | 21MAR2002 | 1091 | 324 | . | Age indeterminate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction |
| 125 | 92832 | 883 | MK-0966 25 mg | 12DEC2002 | 1092 | 648 | . | Angina pectoris, coronary artery disease NOS | not confirmed |
| 126 | 92849 | 884 | MK-0966 25 mg | 11NOV2002 | 1075 | 498 | . | Coronary artery stenosis | not confirmed |
| 127 | 92890 | 4604 | MK-0966 25 mg | 17APR2005 | 1100 | 1448 | . | Transient ischaemic attack | Ischemic cerebrovascular stroke |
| 128 | 92919 | 939 | MK-0966 25 mg | 27MAR2003 | 1101 | 614 | . | Subdural haematoma | not confirmed |
| 129 | 92924 | 4014 | MK-0966 25 mg | 24AUG2004 | 1093 | 1248 | 05SEP2004 | Embolic stroke | Fatal ischemic cerebrovascular stroke |
| 130 | 93028 | 969 | MK-0966 25 mg | 22SEP2003 | 910 | 789 | . | Transient ischemic attack | Ischemic cerebrovascular stroke |
| 131 | 93193 | 646 | MK-0966 25 mg | 06JUN2001 | 1092 | 9 | . | Myocardial infarction, Coronary artery disease | Acute myocardial infarction |
| 132 | 93264 | 3581 | MK-0966 25 mg | 16FEB2004 | 1098 | 551 | . | Coronary artery disease | not confirmed |
| 133 | 93311 | 942 | MK-0966 25 mg | 04MAY2003 | 1097 | 661 | . | Transient ischaemic attack | Insufficient data |
| 134 | 93369 | 732 | MK-0966 25 mg | 07NOV2001 | 76 | 77 | . | Non-Q wave myocardial infarction; Ventricular tachycardia | Acute myocardial infarction |
| 135 | 93385 | 4145 | MK-0966 25 mg | 22FEB2002 | 119 | 282 | 07MAY2004 | Breast cancer metastatic | not confirmed |
| 136 | 93424 | 4702 | MK-0966 25 mg | 05JUN2005 | 1101 | 1383 | . | Myocardial infarction | Acute myocardial infarction |
| 137 | 93519 | 4789 | MK-0966 25 mg | 15JUL2005 | 1098 | 1438 | . | Coronary artery disease | Acute myocardial infarction |
| 138 | 93522 | 3634 | MK-0966 25 mg | 10FEB2004 | 947 | 933 | . | Coronary artery disease, Myocardial infarction | Acute myocardial infarction |
| 139 | 93549 | 4991 | MK-0966 25 mg | 17MAY2005 | 39 | 1327 | . | Carotid artery stenosis | Transient Ischemic Attack |
| 140 | 93602 | 4072 | MK-0966 25 mg | 30AUG2004 | 1075 | 1044 | . | Myocardial ischaemia | not confirmed |
| 141 | 93966 | 730 | MK-0966 25 mg | 13NOV2001 | 1086 | 170 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |

MRK-02Z2S794

MRK-ACE0072000000001 ... Restricted Confidential

Updated 5/26/2006 

Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 142 | 94060 | 3762 | MK-0966 25 mg | 04MAY2004 | 1095 | 1146 | . | Myocardial ischaemia | not confirmed |
| 143 | 94072 | 933 | MK-0966 25 mg | 04APR2003 | 693 | 729 | . | Pulmonary embolism | Pulmonary embolism |
| 144 | 94267 | 888 | MK-0966 25 mg | 10DEC2002 | 1100 | 513 | . | Myocardial ischaemia | Unstable angina pectoris |
| 145 | 94272 | 987 | MK-0966 25 mg | 01NOV2003 | 1092 | 783 | . | Myocardial infarction | Insufficient data |
| 146 | 94388 | 724 | MK-0966 25 mg | 18JUL2001 | 161 | 162 | . | Ischemic heart disease | Insufficient data |
| 147 | 94392 | 4122 | MK-0966 25 mg | 02JUL2002 | 232 | 492 | 03JUL2002 | Aspiration | not confirmed |
| 148 | 94403 | 982 | MK-0966 25 mg | 03DEC2003 | 982 | 983 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 149 | 94494 | 749 | MK-0966 25 mg | 20DEC2001 | 1069 | 46 | . | Angina pectoris | not confirmed |
| 150 | 94500 | 958 | MK-0966 25 mg | 01SEP2002 | 802 | 381 | . | Intermittent claudication | not confirmed |
| 151 | 94500 | 4909 | MK-0966 25 mg | 01JAN2005 | 802 | 1234 | . | Pulmonary embolism | not confirmed |
| 152 | 94503 | 945 | MK-0966 25 mg | 31DEC2002 | 41 | 455 | 22APR2003 | Lung cancer metastatic | not confirmed |
| 153 | 94556 | 3807 | MK-0966 25 mg | 29MAY2004 | 956 | 951 | . | Myocardial infarction, cardiac arrest | Acute myocardial infarction |
| 154 | 94566 | 5036 | MK-0966 25 mg | 07FEB2005 | 1094 | 1223 | 29OCT2005 | Sarcoma | not confirmed |
| 155 | 94615 | 914 | MK-0966 25 mg | 01FEB2003 | 476 | 467 | . | Angina pectoris | not confirmed |
| 156 | 94678 | 815 | MK-0966 35 mg | 24APR2002 | 205 | 183 | . | Deep venous thrombosis NOS | Insufficient data |
| 157 | 94712 | 931 | MK-0966 25 mg | 16MAR2003 | 580 | 544 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 158 | 94712 | 5216 | MK-0966 35 mg | 22JUN2005 | 580 | 1373 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 159 | 94718 | 852 | MK-0966 25 mg | 07JUN2002 | 289 | 304 | 09JUL2002 | Pulmonary tuberculosis | not confirmed |

14

MRK007225796

Updated 5/26/2006  Restricted Confidential limited access

Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 160 | 94728 | 3728 | MK-0966 25 mg | 16APR2004 | 919 | 920 | . | Cardiovascular accident | Ischemic cerebrovascular stroke |
| 161 | 94749 | 5135 | MK-0966 25 mg | 13FEB2005 | 203 | 1199 | 13FEB2005 | Pancreatic carcinoma | not confirmed |

* events excluded from analysis. The patients was randomized to MK-0966 50 mg and excluded from all analyses

15

MRK07225797

Updated 5/26/2006



Restricted Confidential Limited access

Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Rel/day of Last Dose Date | Rel/day of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 90016 | 733 | Placebo | 13OCT2001 | 553 | 542 | . | Transient ischemic attack | Transient Ischemic Attack |
| 2 | 90052 | 5318 | Placebo | 24OCT2002 | 774 | 784 | . | Aortic occlusion, arterial thrombosis limb | Peripheral arterial thrombosis |
| 3 | 90134 | 5182 | Placebo | 15JUL2005 | 1089 | 1863 | . | Angina pectoris | not confirmed |
| 4 | 90164 | 952 | Placebo | 31MAY2003 | 1104 | 986 | . | Angina unstable | not confirmed |
| 5 | 90164 | 4062 | Placebo | 11JUL2004 | 1104 | 1393 | . | Coronary artery disease | Unstable angina pectoris |
| 6 | 92309 | 989 | Placebo | 07OCT2003 | 990 | 1044 | 23OCT2003 | hepatic failure | not confirmed |
| 7 | 90243 | 4180 | Placebo | 25MAY2002 | 64 | 376 | 25MAY2002 | Lung neoplasm malignant | not confirmed |
| 8 | 90254 | 509 | Placebo | 11DEC2000 | 1105 | 35 | . | Peripheral vascular disorder | Peripheral arterial thrombosis |
| 9 | 90280 | 4972 | Placebo | 22JAN2004 | 51 | 1213 | 22JAN2004 | Acute myocardial infarction, arteriosclerosis | Sudden cardiac death |
| 10 | 90296 | 885 | Placebo | 30NOV2002 | 1091 | 838 | . | Acute myocardial infarction | Acute myocardial infarction |
| 11 | 90342 | 474 | Placebo | 17OCT2000 | 54 | 55 | 01FEB2004 | Death | not confirmed |
| 12 | 90342 | 5203 | Placebo | 01FEB2004 | 54 | 1257 | 01FEB2004 | Coronary artery disease, Unstable angina | not confirmed |
| 13 | 90406 | 977 | Placebo | 31MAR2003 | 855 | 855 | 23MAY2003 | Pneumonia NOS | Sudden cardiac death |
| 14 | 90406 | 940 | Placebo | 31MAR2003 | 855 | 855 | 23MAY2003 | Gangrene NOS | not confirmed |
| 15 | 90481 | 932 | Placebo | 02APR2003 | 764 | 765 | 23MAY2003 | Carotid artery occlusion | not confirmed |
| 16 | 90546 | 4284 | Placebo | 13DEC2004 | 1086 | 1476 | . | Coronary artery stenosis | not confirmed |
| 17 | 90573 | 996 | Placebo | 26NOV2003 | 1089 | 1130 | . | Myocardial infarction | Acute myocardial infarction |
| 18 | 90577 | 754 | Placebo | 18DEC2001 | 372 | 387 | 27DEC2001 | Stab wound, completed suicide | not confirmed |

16

MDL07225786

Updated 5/26/2006 

Table A2 (continued)

List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome

Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 90648 | 5139 | Placebo | 10JAN2005 | 562 | 1593 | . | Myocardial infarction | Acute myocardial infarction not confirmed |
| 20 | 90654 | 5167 | Placebo | 14JUN2001 | 1106 | 169 | 20OCT2005 | Breast cancer metastatic | |
| 21 | 90700 | 557 | Placebo | 14FEB2001 | 1093 | 93 | . | Myocardial infarction | Acute myocardial infarction |
| 22 | 90712 | 3732 | Placebo | 01MAR2004 | 1080 | 1184 | . | coronary artery disease | Unstable angina pectoris |
| 23 | 90718 | 4981 | Placebo | 18APR2002 | 400 | 471 | . | Coronary artery disease | Unstable angina pectoris |
| 24 | 90728 | 781 | Placebo | 17JAN2002 | 512 | 492 | . | Pulmonary embolism | Pulmonary embolism |
| 25 | 90753 | 5202 | Placebo | 01OCT2004 | 1087 | 1320 | . | Cerebrovascular accident | Insufficient data |
| 26 | 90779 | 985 | Placebo | 20NOV2003 | 1087 | 802 | . | Coronary artery occlusion | not confirmed |
| 27 | 90873 | 4179 | Placebo | 15FEB2003 | 33 | 877 | 15FEB2003 | Death | Sudden cardiac death |
| 28 | 90902 | 802 | Placebo | 23FEB2002 | 202 | 202 | . | Coronary artery disease NOS | Unstable angina pectoris |
| 29 | 90936 | 760 | Placebo | 12NOV2001 | 40 | 259 | 12NOV2001 | Injury NOS | not confirmed |
| 30 | 90979 | 4159 | Placebo | 09OCT2004 | 1092 | 1320 | . | Haemorrhage intracranial | Hemorrhagic cerebrovascular stroke |
| 31 | 91003 | 905 | Placebo | 24JAN2003 | 1092 | 743 | . | CRC-split: Transient ischaemic attack | Transient Ischemic Attack |
| 32 | 91003 | 926 | Placebo | 28JAN2003 | 1092 | 747 | . | Ischaemic stroke NOS | Ischemic cerebrovascular stroke |
| 33 | 91048 | 4331 | Placebo | 15AUG2004 | 771 | 1252 | 15AUG2004 | Pulmonary embolism | Insufficient data |
| 34 | 91115 | 4848 | Placebo | 22OCT2004 | 1098 | 1333 | 01MAY2005 | Oesophageal carcinoma | not confirmed |
| 35 | 91115 | 5066 | Placebo | 02APR2005 | 1098 | 1495 | 01MAY2005 | CRC-referred - Pulmonary embolism | not confirmed |
| 36 | 91125 | 4439 | Placebo | 20SEP2004 | 1079 | 1393 | . | Coronary artery atherosclerosis, myocardial infarction | Unstable angina pectoris |

MDL00722572991

Updated 5/26/2006
Restricted Confidential
Limited access

Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Rel day of Last Dose Date | Rel day of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 37 | 91173 | 720 | Placebo | 12OCT2001 | 185 | 185 | . | Cardiac arrest, myocardial infarction | Acute myocardial infarction |
| 38 | 91190 | 5037 | Placebo | 29APR2005 | 1086 | 1527 | . | Coronary artery disease | not confirmed |
| 39 | 91190 | 5038 | Placebo | 26MAY2005 | 1086 | 1554 | . | Vascular graft occlusion, ventricular fibrillation | Acute myocardial infarction |
| 40 | 91283 | 4064 | Placebo | 07SEP2004 | 1088 | 1279 | . | Myocardial infarction | Acute myocardial infarction |
| 41 | 91335 | 957 | Placebo | 10APR2003 | 1094 | 984 | . | Myocardial ischaemia | not confirmed |
| 42 | 91365 | 947 | Placebo | 16APR2003 | 750 | 898 | 16APR2003 | Circulatory collapse | not confirmed |
| 43 | 91369 | 5270 | Placebo | 33JAN2006 | 961 | 1862 | 33JAN2006 | Acute myocardial infarction | Sudden cardiac death |
| 44 | 91508 | 3616 | Placebo | 27FEB2004 | 1068 | 1289 | . | Acute myocardial infarction | Acute myocardial infarction |
| 45 | 91583 | 717 | Placebo | 19SEP2001 | 374 | 152 | 29APR2002 | Myocardial infarction | Acute myocardial infarction |
| 46 | 91583 | 851 | Placebo | 10APR2002 | 374 | 355 | 29APR2002 | Angina unstable | Unstable angina pectoris |
| 47 | 91583 | 805 | Placebo | 29APR2002 | 374 | 374 | 29APR2002 | Myocardial infarction | Fatal acute myocardial infarction |
| 48 | 91626 | 5281 | Placebo | 10APR2004 | 609 | 1392 | 10APR2004 | Sudden cardiac death | Sudden cardiac death |
| 49 | 91638 | 833 | Placebo | 23JUL2002 | 1092 | 559 | . | Cerebrovascular disorder NOS | not confirmed |
| 50 | 91704 | 4063 | Placebo | 19SEP2003 | 1099 | 1086 | 18DEC2003 | Metastatic renal cell carcinoma | not confirmed |
| 51 | 91724 | 832 | Placebo | 20MAY2002 | 794 | 557 | . | Subdural haematoma | not confirmed |
| 52 | 91761 | 5296 | Placebo | 15FEB2006 | 1096 | 1693 | . | Deep vein thrombosis | Peripheral venous thrombosis |
| 53 | 91904 | 735 | Placebo | 21NOV2001 | 475 | 463 | . | Coronary artery disease | not confirmed |
| 54 | 91979 | 5181 | Placebo | 08DEC2005 | 1109 | 1869 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |

MRK00725800

Updated 5/26/2006

Restricted Confidential 

Table A3 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 93046 | 850 | Placebo | 12AUG2002 | 1107 | 667 | . | Myocardial ischemia | not confirmed |
| 56 | 93073 | 890 | Placebo | 14NOV2002 | 457 | 458 | . | Coronary artery disease NOS | Unstable angina pectoris |
| 57 | 93073 | 891 | Placebo | 21NOV2002 | 457 | 465 | . | Acute myocardial infarction | Acute myocardial infarction |
| 58 | 92163 | 791 | Placebo | 03JAN2002 | 1093 | 342 | . | Coronary artery disease NOS | not confirmed |
| 59 | 92386 | 4256 | Placebo | 09DEC2004 | 1093 | 1430 | 09DEC2004 | Arrhythmia | Sudden cardiac death |
| 60 | 92301 | 637 | Placebo | 06MAY2001 | 1098 | 69 | . | Angina pectoris | Unstable angina pectoris |
| 61 | 93301 | 668 | Placebo | 07JUN2001 | 1098 | 101 | . | Angina pectoris | not confirmed |
| 62 | 92154 | 729 | Placebo | 06NOV2001 | 321 | 319 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 63 | 92358 | 841 | Placebo | 04AUG2002 | 398 | 399 | 04AUG2002 | Cardiac arrest | Sudden cardiac death |
| 64 | 92455 | 856 | Placebo | 03OCT2002 | 605 | 605 | 04DEC2002 | Phlebitis NOS | Peripheral venous thrombosis |
| 65 | 93455 | 889 | Placebo | 02DEC2002 | 605 | 665 | 04DEC2002 | Myocardial infarction | Fatal acute myocardial infarction |
| 66 | 92480 | 787 | Placebo | 15MAR2002 | 599 | 330 | . | Pulmonary embolism | Pulmonary embolism |
| 67 | 92557 | 5104 | Placebo | 12SEP2005 | 1098 | 1580 | . | Angina unstable | not confirmed |
| 68 | 92564 | 4767 | Placebo | 26MAY2005 | 1091 | 1515 | . | Coronary artery atherosclerosis | not confirmed |
| 69 | 92583 | 814 | Placebo | 20MAY2002 | 1098 | 389 | . | Angina unstable | not confirmed |
| 70 | 92646 | 5180 | Placebo | 02DEC2005 | 1092 | 1940 | . | Ischaemic stroke | Ischemic cerebrovascular stroke |
| 71 | 95696 | 4192 | Placebo | 27OCT2004 | 1073 | 1305 | . | Acute coronary syndrome | Unstable angina pectoris |
| 72 | 93741 | 870 | Placebo | 14NOV2002 | 585 | 585 | 10DEC2002 | Cerebrovascular accident | Fatal hemorrhagic cerebrovascular stroke |

MRK07225061

Updated 5/26/2006

Restricted
Confidential
limited access



Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Reday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 73 | 92810 | 5166 | Placebo | 13DEC2002 | 1106 | 592 | 15AUG2004 | Small cell lung cancer stage unspecified | not confirmed |
| 74 | 92814 | 904 | Placebo | 27JAN2003 | 736 | 664 | . | Carotid artery stenosis | not confirmed |
| 75 | 92839 | 920 | Placebo | 19MAR2003 | 673 | 673 | . | Deep vein thrombosis | Peripheral venous thrombosis |
| 76 | 92858 | 761 | Placebo | 08JAN2002 | 264 | 264 | 08JAN2002 | Acute myocardial infarction; Cardio-respiratory arrest; coronary artery thrombosis | Fatal acute myocardial infarction |
| 77 | 92887 | 702 | Placebo | 27AUG2001 | 1092 | 146 | . | Coronary artery stenosis | not confirmed |
| 78 | 92998 | 4033 | Placebo | 15MAY2003 | 444 | 717 | 15MAY2003 | Acute myocardial infarction | Fatal acute myocardial infarction |
| 79 | 93030 | 5286 | Placebo | 02FEB2006 | 455 | 1708 | . | Transient ischaemic attack | Insufficient data |
| 80 | 93260 | 930 | Placebo | 13FEB2003 | 507 | 508 | . | Deep vein thrombosis | Peripheral venous thrombosis |
| 81 | 93260 | 994 | Placebo | 17FEB2003 | 507 | 512 | . | Cerebrovascular accident | not confirmed |
| 82 | 93260 | 907 | Placebo | 21FEB2003 | 507 | 516 | . | Brain death, sepsis NOS | not confirmed |
| 83 | 93267 | 948 | Placebo | 28MAY2003 | 1090 | 707 | 21FEB2003 | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 84 | 93371 | 684 | Placebo | 31JUL2001 | 1090 | 6 | . | Acute myocardial infarction | Acute myocardial infarction |
| 85 | 93383 | 5234 | Placebo | 03MAY2005 | 1072 | 1387 | . | Coronary artery disease | Acute myocardial infarction |
| 86 | 93398 | 4029 | Placebo | 07SEP2004 | 1125 | 1126 | 16SEP2004 | Hepatic failure, renal failure acute, disseminated intravascular coagulation | not confirmed |
| 87 | 93572 | 799 | Placebo | 09APR2002 | 190 | 189 | . | Deep venous thrombosis NOS | Peripheral venous thrombosis |
| 88 | 93601 | 3709 | Placebo | 29DEC2003 | 1074 | 798 | . | Coronary artery disease | not confirmed |
| 89 | 93616 | 3881 | Placebo | 38JUN2004 | 1035 | 1042 | . | Cerebral haemorrhage | Hemorrhagic cerebrovascular stroke |
| 90 | 93681 | 4716 | Placebo | 03MAR2005 | 1074 | 1228 | . | Non-cardiac chest pain | not confirmed |

IM007225802

Updated 5/26/2006  Restricted Confidential limited access

Table A2 (continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through the extension follow-up

| N | Allocation Number | Case ID | Treatment | Event date | Relday of Last Dose Date | Relday of Event Date | Death Date | Reported event term | Adjudicated event term |
|---|---|---|---|---|---|---|---|---|---|
| 91 | 94059 | 963 | Placebo | 23MAR2003 | 1078 | 738 | . | Vertebrobasilar insufficiency | Insufficient data |
| 92 | 94103 | 3811 | Placebo | 01JUN2004 | 1092 | 1175 | . | Angina pectoris | not confirmed |
| 93 | 94273 | 5103 | Placebo | 02SEP2005 | 1087 | 1489 | . | Myocardial infarction | Acute myocardial infarction |
| 94 | 94319 | 898 | Placebo | 18JAN2003 | 470 | 457 | 01FEB2003 | Myocardial infarction, coronary artery disease NOS | Fatal acute myocardial infarction |
| 95 | 94336 | 3735 | Placebo | 26APR2004 | 937 | 937 | . | Myocardial infarction | Acute myocardial infarction |
| 96 | 94384 | 819 | Placebo | 15MAY2002 | 483 | 484 | . | Cerebral infarction | Ischemic cerebrovascular stroke |
| 97 | 94405 | 834 | Placebo | 25APR2002 | 1094 | 394 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke |
| 98 | 94405 | 835 | Placebo | 10MAY2002 | 1094 | 409 | . | Carotid artery stenosis | not confirmed |
| 99 | 94430 | 759 | Placebo | 21JAN2002 | 188 | 188 | . | Cerebral infarction | Ischemic cerebrovascular stroke |
| 100 | 94437 | 5063 | Placebo | 15JUL2005 | 1092 | 1655 | 15JUL2005 | Lower respiratory tract infection | Sudden cardiac death |
| 101 | 94585 | 4695 | Placebo | 19APR2005 | 1092 | 1388 | . | Ischaemic cardiomyopathy | not confirmed |
| 102 | 94585 | 4838 | Placebo | 26MAY2005 | 1092 | 1425 | . | Coronary artery occlusion | not confirmed |
| 103 | 94732 | 4119 | Placebo | 09JUL2002 | 261 | 262 | 31DEC2002 | Gastric cancer NOS | not confirmed |
| 104 | 94756 | 4963 | Placebo | 01JAN2005 | 1068 | 1161 | 28FEB2005 | Lung neoplasm malignant | not confirmed |

* events excluded from analysis. The patient was randomized to MK-0966 50 mg and excluded from all analyses

MRK-NJ0002255093

Updated 5/26/2006

Restricted
Confidential
Limited access


## Table B1
### Summary of Confirmed TCVSAF Endpoint by Class of Terms
### All Patients (ITT Population) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| Total number of patients with events | 71 (5.52) | 1.56 (1.22, 1.97) | 42 (3.23) | 0.89 (0.64, 1.21) |
| **Cardiac Events** | 45 (3.50) | 0.98 (0.72, 1.31) | 28 (2.15) | 0.59 (0.39, 0.86) |
| Fatal/Non-Fatal Acute myocardial infarction | 31 (2.41) | 0.67 (0.46, 0.96) | 15 (1.15) | 0.32 (0.18, 0.52) |
| Fatal acute myocardial infarction | 3 (0.23) | 0.06 (0.01, 0.19) | 5 (0.38) | 0.11 (0.03, 0.25) |
| Unstable angina pectoris | 8 (0.62) | 0.17 (0.07, 0.34) | 9 (0.69) | 0.19 (0.09, 0.36) |
| Sudden cardiac death | 7 (0.54) | 0.15 (0.06, 0.31) | 6 (0.46) | 0.13 (0.05, 0.27) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.12) | 0 (0.00) | 0.00 (0.00, 0.08) |
| **Peripheral Vascular Events** | 6 (0.47) | 0.13 (0.05, 0.28) | 8 (0.62) | 0.17 (0.07, 0.33) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.19) | 2 (0.15) | 0.04 (0.01, 0.15) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.12) | 2 (0.15) | 0.04 (0.01, 0.15) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.01, 0.16) | 4 (0.31) | 0.08 (0.02, 0.22) |
| **Cerebrovascular Events** | 23 (1.79) | 0.50 (0.32, 0.75) | 7 (0.54) | 0.15 (0.06, 0.30) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 17 (1.32) | 0.37 (0.21, 0.59) | 6 (0.46) | 0.13 (0.05, 0.28) |
| Fatal Ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.19) | 0 (0.00) | 0.00 (0.00, 0.08) |
| Transient ischemic attack | 7 (0.54) | 0.15 (0.06, 0.31) | 2 (0.15) | 0.04 (0.01, 0.15) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

[†]: Crude Incident(n/Nx100)

[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

IMD072225804

Updated 5/26/2006    Restricted Confidential   Limited Access 

**Table B2**
Analysis of Confirmed TC/VSA/F Endpoint by Class of Terms
All Patients (ITT Population) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years* | PY-Rate† (95% CI) | Events/Patient-Years* | PY-Rate† (95% CI) | Difference (95% CI) | Relative Risk# (95% CI) | p-Value |
| Total number of patients with events | 71/4557 | 1.56 (1.22, 1.97) | 42/4697 | 0.89 (0.64, 1.21) | 0.66 (0.21, 1.12) | 1.74 (1.19, 2.55) | 0.0043 |
| Cardiac Events | 45/4590 | 0.98 (0.71, 1.31) | 28/4725 | 0.59 (0.39, 0.86) | 0.39 (0.03, 0.75) | 1.65 (1.03, 2.63) | 0.0367 |
| Fatal/Non-Fatal Acute myocardial infarction | 31/4601 | 0.67 (0.46, 0.96) | 15/4726 | 0.32 (0.18, 0.52) | 0.36 (0.07, 0.64) | 2.12 (1.15, 3.93) | 0.0108 |
| Peripheral Vascular Events | 6/4627 | 0.13 (0.05, 0.28) | 8/4731 | 0.17 (0.07, 0.33) | -0.04 (-0.20, 0.12) | 0.77 (0.27, 2.21) | 0.6228 |
| Fatal/Non-Fatal Pulmonary embolism | 3/4631 | 0.06 (0.01, 0.19) | 2/4740 | 0.04 (0.01, 0.15) | 0.02 (-0.07, 0.12) | 1.54 (0.18, 18.38) | 0.9782 |
| Cerebrovascular Events | 23/4606 | 0.50 (0.32, 0.75) | 7/4733 | 0.15 (0.06, 0.30) | 0.35 (0.12, 0.58) | 3.38 (1.45, 7.88) | 0.0048 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 17/4614 | 0.37 (0.21, 0.59) | 6/4756 | 0.13 (0.05, 0.28) | 0.24 (0.04, 0.44) | 2.91 (1.15, 7.39) | 0.0244 |

* Patient-years at risk.
† Patients with events per 100 Patient-Years.
# Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Updated 5/26/2006

Restricted Confidential
R Confidential
limited access

Table B3
Summary of Confirmed TC/VSAH Endpoint by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 - 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.63 (0.53, 4.94) |
| 6 - 12 Months | 1221 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 - 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 1117 | 13/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 1092 | 7/533 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| > 42 Months | 1032 | 10/536 | 1.87 (0.89, 3.43) | 1071 | 8/555 | 1.44 (0.62, 2.84) | 1.29 (0.51, 3.28) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Patients with events at risk.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table B4
Summary of Confirmed TC/VSAH Endpoint by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 - 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 45/2744 | 1.64 (1.20, 2.19) | 1189 | 21/2842 | 0.74 (0.46, 1.13) | 2.22 (1.32, 3.73) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



M00072295085

MRK-V2205806



Figure B1
ITT Population
Confirmed Thrombotic Cardiovascular Events
Week 210 Censoring
Kaplan-Meier Plot

Updated 5/26/2006



Restricted
Confidential
Limited access

MRK07229707

Figure B2
ITT Population
Confirmed Thrombotic Cardiovascular Events
Week 210 Censoring
Hazard Rate

Updated 5/26/2006

Restricted
Confidential
limited access



Hazard Function

Test of Proportionality: Treatment*LOG(Time) p-Value=0.306; Treatment*Time p-Value=0.345
Confirmed TC/VSAE Endpoint
All Patients (ITT Population) and censored at Week 210


Updated 5/26/2006

Restricted
Confidential
limited access

MRK007225808

MRK00722509

Updated 5/26/2006

Restricted
Confidential
limited access

Table H5
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (≥ 14 days from last dose of base study therapy) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1007) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡[95% CI] | n(%)† | PY-Rate‡[95% CI] |
| Total number of patients with events | 28 (2.59) | 1.82 (1.21, 2.64) | 16 (1.46) | 1.14 (0.65, 1.85) |
| Cardiac Events | 16 (1.48) | 1.04 (0.59, 1.68) | 16 (1.46) | 1.14 (0.65, 1.85) |
| Fatal/Non-Fatal Acute myocardial infarction | 10 (0.93) | 0.65 (0.31, 1.19) | 6 (0.55) | 0.43 (0.16, 0.93) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Unstable angina pectoris | 1 (0.09) | 0.06 (0.00, 0.36) | 5 (0.46) | 0.36 (0.12, 0.84) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cardiac Thrombus | 1 (0.09) | 0.06 (0.00, 0.36) | 0 (0.00) | 0.00 (0.00, 0.36) |
| Peripheral Vascular Events | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.36) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.36) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.36) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.36) |
| Cerebrovascular Events | 9 (0.84) | 0.58 (0.27, 1.11) | 0 (0.00) | 0.00 (0.00, 0.36) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7 (0.65) | 0.45 (0.18, 0.94) | 0 (0.00) | 0.00 (0.00, 0.36) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.36) |
| Transient ischemic attack | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incidence(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Updated 5/26/2006

Restricted
Confidential
Limited Access



MRK-AAZ0152910

**Table B6**
Analysis of Confirmed TCVSAE† Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years‡ | PY-Rate*(95% CI) | Events/Patient-Years‡ | PY-Rate*(95% CI) | Difference (95% CI) | Relative Risk§(95% CI) | p-Value |
| Total number of patients with events | 28/1535 | 1.82 (1.21, 2.64) | 16/1402 | 1.14 (0.65, 1.85) | 0.68 (-0.19, 1.56) | 1.64 (0.89, 3.04) | 0.1145 |
| Cardiac Events | 16/1543 | 1.04 (0.59, 1.68) | 16/1402 | 1.14 (0.65, 1.85) | -0.10 (-0.86, 0.65) | 0.95 (0.47, 1.90) | 0.8850 |
| Fatal/Non-Fatal Acute myocardial infarction | 10/1540 | 0.65 (0.31, 1.19) | 6/1399 | 0.43 (0.16, 0.93) | 0.22 (-0.31, 0.75) | 1.67 (0.61, 4.59) | 0.3232 |
| Peripheral Vascular Events | 3/1544 | 0.19 (0.04, 0.57) | 0/1401 | 0.00 (0.00, 0.26) | 0.19 (-0.03, 0.41) | - (0.37, ∞) | 0.2883 |
| Fatal/Non-Fatal Pulmonary embolism | 3/1544 | 0.19 (0.04, 0.57) | 0/1401 | 0.00 (0.00, 0.26) | 0.19 (-0.03, 0.41) | - (0.37, ∞) | 0.2883 |
| Cerebrovascular Events | 9/1542 | 0.58 (0.27, 1.11) | 0/1401 | 0.00 (0.00, 0.26) | 0.58 (0.20, 0.97) | - (1.79, ∞) | 0.0060 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | - (1.31, ∞) | 0.0217 |

* Patient-years at risk.
† Patients with events per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 1]; otherwise, relative risk is a ratio of rates.
§ Relative risk to Placebo using Cox model where the number of cases is at least 1]; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

**Table B7**
Summary of Confirmed TCVSAE† Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk§(95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-Years‡ | PY-Rate*(95% CI) | Number At Risk | Events/Patient-Years‡ | PY-Rate*(95% CI) | |
| 0 - 6 Months | 1081 | 13/537 | 2.33 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/513 | 2.14 (1.07, 3.83) | 1091 | 7/526 | 1.33 (0.53, 2.74) | 1.61 (0.62, 4.16) |
| 12 - 18 Months | 498 | 1/127 | 0.78 (0.02, 4.37) | 488 | 0/97 | 0.00 (0.00, 3.82) | - (0.02, ∞) |
| > 18 Months | 226 | 4/357 | 1.12 (0.31, 2.87) | 165 | 4/232 | 1.72 (0.47, 4.42) | 0.65 (0.12, 3.49) |

* Patient-years at risk.
† Patients with events per 100 Patient-Years.
‡ Patients with events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 1]; otherwise, relative risk is a ratio of rates.