M007225811

Updated 5/26/2006

Restricted
Confidential
Limited access

MRK-07225812



Figure B3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI

Months of Follow-Up

| Patients at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1081 | 1063 | 498 | 226 | 199 | 167 |
| Placebo | 1097 | 1091 | 488 | 165 | 139 | 114 |

Placebo

Rofecoxib 25 mg

Updated 5/26/2006   Restricted Confidential   limited access



Figure B4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.597; Treatment*Time p-Value=0.255
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210
Confirmed TC VSAE Endpoint



Updated 5/26/2006

Restricted
Confidential
Restricted access

Restricted
Confidential
Limited Access

Updated 5/26/2006

Table BB
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| Total number of patients with events | 54 (4.20) | 1.18 (0.89, 1.54) | 30 (2.31) | 0.64 (0.43, 0.91) |
| Cardiac Events | 38 (2.95) | 0.83 (0.58, 1.13) | 21 (1.62) | 0.44 (0.27, 0.68) |
| Fatal/Non-Fatal Acute myocardial infarction | 31 (2.41) | 0.67 (0.46, 0.96) | 15 (1.15) | 0.32 (0.18, 0.52) |
| Fatal acute myocardial infarction | 3 (0.23) | 0.06 (0.01, 0.19) | 5 (0.38) | 0.11 (0.03, 0.25) |
| Sudden cardiac death | 7 (0.54) | 0.15 (0.06, 0.31) | 6 (0.46) | 0.13 (0.05, 0.27) |
| Cerebrovascular Events | 17 (1.32) | 0.37 (0.21, 0.59) | 6 (0.46) | 0.13 (0.05, 0.28) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 17 (1.32) | 0.37 (0.21, 0.59) | 6 (0.46) | 0.13 (0.05, 0.28) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.19) | 0 (0.00) | 0.00 (0.00, 0.08) |
| Hemorrhagic Events | 1 (0.08) | 0.02 (0.00, 0.12) | 3 (0.23) | 0.06 (0.01, 0.18) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.12) | 3 (0.23) | 0.06 (0.01, 0.18) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.08) | 1 (0.08) | 0.02 (0.00, 0.12) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incidence(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MO007225815

Updated 5/26/2006  Restricted Confidential Limited access

## Table B9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at Week 210

| | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| Event Terms | Events/Patient -Years | PY-Rate¹ (95% CI) | Events/Patient -Years | PY-Rate¹ (95% CI) | Difference (95% CI) | Relative Risk² (95% CI) | p-Value |
| Total number of patients with events | 54/4581 | 1.18 (0.89, 1.54) | 30/4722 | 0.64 (0.43, 0.91) | 0.54 (0.16, 0.93) | 1.86 (1.19, 2.90) | 0.0066 |
| Cardiac Events | 38/4604 | 0.83 (0.58, 1.13) | 21/4734 | 0.44 (0.27, 0.68) | 0.38 (0.06, 0.71) | 1.86 (1.00, 3.17) | 0.0224 |
| Fatal/Non-Fatal Acute myocardial infarction | 31/4601 | 0.67 (0.46, 0.96) | 15/4726 | 0.32 (0.18, 0.52) | 0.36 (0.07, 0.64) | 2.12 (1.15, 3.93) | 0.0108 |
| Cerebrovascular Events | 17/4614 | 0.37 (0.21, 0.59) | 6/4736 | 0.13 (0.05, 0.28) | 0.24 (0.04, 0.44) | 2.91 (1.15, 7.39) | 0.0244 |
| Fatal/Non-Fatal Ischemic cardiovascular stroke | 17/4614 | 0.37 (0.21, 0.59) | 6/4736 | 0.13 (0.05, 0.28) | 0.24 (0.04, 0.44) | 2.91 (1.15, 7.39) | 0.0244 |
| Hemorrhagic Events | 1/4631 | 0.02 (0.00, 0.12) | 3/4744 | 0.06 (0.01, 0.18) | -0.04 (-0.12, 0.09) | 0.34 (0.01, 4.25) | 0.6433 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/4631 | 0.02 (0.00, 0.12) | 3/4744 | 0.06 (0.01, 0.18) | -0.04 (-0.12, 0.04) | 0.34 (0.01, 4.25) | 0.6433 |

¹ Patient-years at risk.
† Patients with events per 100 Patient-Years.
‡ Patients will receive their number of cases is at least 1 1; otherwise, relative risk is ratio of rates.
♯ Relative risk to placebo using Cox model where the number of cases is at least 1 1; otherwise, relative risk is ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MDL2225916

Updated 5/26/2006 

Restricted
Confidential
limited access

Table B10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1220 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1238 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.43 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.73) |
| > 42 Months | 1042 | 7/543 | 1.29 (0.52, 2.66) | 1079 | 6/560 | 1.07 (0.39, 2.33) | 1.21 (0.41, 3.59) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table B11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 18 Months | 1387 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 36/2766 | 1.30 (0.91, 1.80) | 1196 | 18/2862 | 0.63 (0.37, 0.99) | 2.07 (1.18, 3.65) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Figure B5
ITT Population
Confirmed APTC Events
Week 210 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%)
with 95% CI

Months

Patients at Risk
Rofecoxib 25 mg
Placebo

| | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 1002 |
| | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1036 |

Placebo

Rofecoxib 25 mg

MRK00Z7525817


Updated 5/26/2006
Restricted Confidential
Subject to Protective Order



Figure B6
ITT Population
Confirmed APTC Events
Week 210 Censoring
Hazard Rates

*Hazard Function*

Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.687; Treatment*Time p-Value=0.748
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at Week 210

Updated 5/26/2006   Restricted Confidential   limited access

37

MRK-007225819

Updated 5/26/2006 Restricted Confidential Limited access

Table B12

Summary of Confirmed APTC Endpoint by Class of Terms

During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| Total number of patients with events | 21 (1.94) | 1.37 (0.85, 2.09) | 12 (1.09) | 0.85 (0.44, 1.49) |
| Cardiac Events | 14 (1.30) | 0.91 (0.50, 1.52) | 11 (1.00) | 0.78 (0.39, 1.40) |
| Fatal/Non-Fatal Acute myocardial infarction | 10 (0.93) | 0.65 (0.31, 1.19) | 6 (0.55) | 0.43 (0.16, 0.93) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cerebrovascular Events | 7 (0.65) | 0.45 (0.18, 0.94) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7 (0.65) | 0.45 (0.18, 0.94) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

†: Crude Incidence(n/Nx100)

‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-02852220

Updated 5/26/2006

Restricted
Confidential
Limited access



Table B13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Total number of patients with events | 21/1538 | 1.37 (0.85, 2.09) | 12/1406 | 0.85 (0.44, 1.49) | 0.51 (-0.25, 1.27) | 1.64 (0.81, 3.35) | 0.1718 |
| Cardiac Events | 14/1543 | 0.91 (0.50, 1.52) | 11/1406 | 0.78 (0.39, 1.40) | 0.13 (-0.54, 0.79) | 1.19 (0.54, 2.63) | 0.6654 |
| Fatal/Non-Fatal Acute myocardial infarction | 10/1540 | 0.65 (0.31, 1.19) | 6/1399 | 0.43 (0.16, 0.93) | 0.22 (-0.31, 0.75) | 1.67 (0.61, 4.59) | 0.3332 |
| Cerebrovascular Events | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | - (1.31, $\infty$) | 0.0217 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | - (1.31, $\infty$) | 0.0217 |
| Hemorrhagic Events | 0/1547 | 0.00 (0.00, 0.24) | 1/1400 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.10) | 0.9501 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1547 | 0.00 (0.00, 0.24) | 1/1400 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.10) | 0.9501 |

\* Patient-years at risk.
[1] Patients with events per 100 Patient-Years.
[2] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table B14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[3] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[2] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[2] (95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/514 | 1.36 (0.55, 2.80) | 1093 | 5/528 | 0.95 (0.31, 2.21) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 500 | 0/138 | 0.00 (0.00, 2.87) | 492 | 0/97 | 0.00 (0.00, 3.79) | - |
| > 18 Months | 228 | 3/358 | 0.84 (0.17, 2.45) | 166 | 4/233 | 1.71 (0.47, 4.39) | 0.49 (0.07, 2.89) |

\* Patient-years at risk.
[2] Patients with events Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-07225921



Figure B7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot



Updated 5/26/2006

Restricted
Confidential
limited access

40

M007225822



**Figure B8**
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

*Hazard Function*

——— Rofecoxib 25 mg
········· Placebo

*Months of Follow-Up (bandwidth = 6.00)*

Test of Proportionality: Treatment*LOG(Time) p-Value=0.256; Treatment*Time p-Value=0.069
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210
Confirmed APTC Endpoint


Restricted
Confidential
Limited access

Updated 5/26/2006

41

Updated 5/26/2006   Restricted Confidential Limited access

Table B15
Analysis of Death
All Patients (ITT Population) and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Death | 30/4905 | 0.61 (0.41, 0.87) | 25/4994 | 0.50 (0.32, 0.74) | 0.11 (-0.18, 0.40) | 1.22 (0.72, 2.08) | 0.457 |

[1] Patient-years at risk.
[2] Patients with death per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006   Restricted Confidential Limited access

Table B16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[4] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk* | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Number At Risk* | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | -   (0.03,   ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 3/574 | 0.52 (0.11, 1.53) | 1143 | 2/590 | 0.34 (0.04, 1.23) | 1.54 (0.18, 18.47) |

* Patients at risk.
[1] Patients with events Per 100 Patient-Years.
[2] Patient-years at risk.
[4] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table B17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[4] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Number At Risk | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1939 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 17/3005 | 0.57 (0.33, 0.91) | 1271 | 16/3064 | 0.52 (0.30, 0.85) | 1.09 (0.55, 2.15) |

* Patient-years at risk.
[1] Patients with events Per 100 Patient-Years.
[4] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK2Z5292B4





Figure B9
ITT Population
Deaths
Week 210 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%)
with 95% CI

Months

Rofecoxib 25 mg
Placebo

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1273 | 1260 | 1250 | 1246 | 1242 | 1207 | 1110 | 1055 |
| Placebo | 1300 | 1290 | 1285 | 1271 | 1262 | 1258 | 1233 | 1143 | 1085 |

Updated 5/26/2006

Restricted
Confidential
limited access



44



Figure B10
ITT Population
Deaths
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.373; Treatment*Time p-Value=0.498
All Patients (ITT Population) and censored at Week 210

Updated 5/26/2006

MRK-AAF0007225826

MRK0725827

Updated 5/26/2006

Restricted
Confidential
limited access

**Table B18**
**Analysis of Death**
**During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210**

| Isoprotsin | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 24/1818 | 1.32 (0.85, 1.96) | 19/1648 | 1.15 (0.69, 1.80) | 0.17 (-0.57, 0.91) | 1.17 (0.64, 2.14) | 0.613 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is ratio of rates.

**Table B19**
**Summary of Death by Time Interval**
**During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210**

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1330 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/575 | 1.39 (0.60, 2.74) | 1302 | 3/582 | 0.52 (0.11, 1.51) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 604 | 1/175 | 0.57 (0.01, 3.19) | 581 | 1/135 | 0.74 (0.02, 4.13) | 0.77 (0.01, 60.67) |
| > 18 Months | 316 | 5/467 | 1.07 (0.35, 2.50) | 238 | 4/326 | 1.23 (0.33, 3.15) | 0.87 (0.19, 4.40) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.





Figure B11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI

Months of Follow-Up

| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1228 | 1191 | 604 | 316 | 274 | 226 | 154 |
| Placebo | 1230 | 1202 | 581 | 238 | 201 | 160 | 102 |

Rofecoxib 25 mg

Placebo


Restricted
Confidential
limited access

Updated 5/26/2006

MRK-02725829

Updated 5/26/2006   Restricted Confidential   limited access



Figure B12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Hazard Function

Rofecoxib 25 mg
Placebo

Months of Follow-Up (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.883; Treatment*Time p-Value=0.591
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

MO07225830

Updated 5/26/2006   Restricted Confidential   United Science



Table C1
Summary of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate*(95% CI) | n(%)† | PY-Rate*(95% CI) |
| Total number of patients with events | 76 (5.91) | 1.50 (1.18, 1.87) | 46 (3.54) | 0.88 (0.64, 1.17) |
| Cardiac Events | 49 (3.81) | 0.96 (0.71, 1.26) | 32 (2.46) | 0.61 (0.42, 0.86) |
| Fatal/Non-Fatal Acute myocardial infarction | 34 (2.64) | 0.66 (0.46, 0.92) | 18 (1.38) | 0.34 (0.20, 0.54) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.20) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Unstable angina pectoris | 8 (0.62) | 0.15 (0.07, 0.31) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.33) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.11) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Peripheral Vascular Events | 6 (0.47) | 0.12 (0.04, 0.25) | 8 (0.62) | 0.15 (0.07, 0.30) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.17) | 2 (0.15) | 0.04 (0.00, 0.14) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.11) | 2 (0.15) | 0.04 (0.00, 0.14) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.00, 0.14) | 4 (0.31) | 0.08 (0.02, 0.19) |
| Cerebrovascular Events | 24 (1.86) | 0.47 (0.30, 0.69) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal Ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Transient ischemic attack | 8 (0.62) | 0.15 (0.07, 0.30) | 2 (0.15) | 0.04 (0.00, 0.14) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
*: Crude Incident(n/Nx100)
†: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

M007225831

Table C2
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Dec-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years | PY-Rate[†] (95% CI) | Events/Patient-Years | PY-Rate[†] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 76/5081 | 1.50(1.18, 1.87) | 46/5236 | 0.88(0.64, 1.17) | 0.62(0.20, 1.04) | 1.70(1.18, 2.46) | 0.0044 |
| Cardiac Events | 49/5125 | 0.96(0.71, 1.26) | 32/5270 | 0.61(0.42, 0.86) | 0.35(0.01, 0.69) | 1.57(1.01, 2.46) | 0.0461 |
| Fatal/Non-Fatal Acute myocardial infarction | 34/5138 | 0.66(0.46, 0.92) | 18/5274 | 0.34(0.20, 0.54) | 0.32(0.05, 0.59) | 1.94(1.09, 3.43) | 0.0232 |
| Peripheral Vascular Events | 6/5172 | 0.12(0.04, 0.25) | 8/5283 | 0.15(0.07, 0.30) | -0.04(-0.18, 0.10) | 0.77(0.27, 2.21) | 0.6228 |
| Fatal/Non-Fatal Pulmonary embolism | 3/5178 | 0.06(0.01, 0.17) | 2/5293 | 0.04(0.00, 0.14) | 0.02(-0.06, 0.10) | 1.53(0.18, 18.36) | 0.7795 |
| Cerebrovascular Events | 24/5145 | 0.47(0.30, 0.69) | 7/5284 | 0.13(0.05, 0.27) | 0.33(0.12, 0.54) | 3.52(1.52, 8.18) | 0.0034 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5156 | 0.35(0.21, 0.55) | 6/5298 | 0.11(0.04, 0.25) | 0.24(0.05, 0.42) | 3.08(1.22, 7.76) | 0.0170 |

† Patient-years per 100 Patient-Years.
‡ Patients with events.
§ Relative risk in Placebo using Cox model where the number of cases is at least 1:1; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Updated 5/26/2006  Restricted Confidential Highly Confidential

MRK-AFJ0270832

Updated 5/26/2006 
Restricted Confidential
Limited access

Table C3
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate†(95% CI) | |
| 0 - 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.62 (0.53, 4.94) |
| 6 - 12 Months | 1221 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.93) |
| 12 - 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 1117 | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 1092 | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| > 42 Months | 1032 | 15/1060 | 1.42 (0.79, 2.33) | 1071 | 12/1093 | 1.10 (0.57, 1.92) | 1.29 (0.60, 2.76) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Patients with events at risk.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C4
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 50/3267 | 1.53 (1.14, 2.02) | 1189 | 25/3380 | 0.74 (0.48, 1.09) | 2.07 (1.28, 3.34) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Patients with events at risk.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Figure C1
ITT Population
Confirmed Thrombotic Cardiovascular Events
October 31, 2005 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI

Patients at Risk

| | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1221 | 1187 | 1152 | 1131 | 1117 | 1092 | 1032 | 985 | 515 | 141 |
| Placebo | 1300 | 1247 | 1224 | 1189 | 1173 | 1157 | 1133 | 1071 | 1023 | 518 | 142 |

Months

Placebo

Rofecoxib 25 mg

Updated 5/26/2006



Restricted
Confidential
Limited access

MRK-AFV0226933

52

IM007225834



Figure C2
ITT Population
Confirmed Thrombotic Cardiovascular Events
October 31, 2005 Censoring
Hazard Rate

Hazard Function

Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.383; Treatment*Time p-Value=0.506
Confirmed TCVSAE Endpoint
All Patients (ITT Population) and censored at 31-Oct-2005

Updated 5/26/2006

Restricted
Confidential
limited access

MRK-0725835

Updated 5/26/2006  Restricted Confidential Limited access

Table C5
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| Total number of patients with events | 33 (3.05) | 1.59 (1.10, 2.34) | 20 (1.82) | 1.03 (0.63, 1.58) |
| Cardiac Events | 20 (1.85) | 0.96 (0.59, 1.48) | 20 (1.82) | 1.03 (0.63, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 13 (1.21) | 0.62 (0.33, 1.07) | 9 (0.82) | 0.46 (0.21, 0.88) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.10 (0.01, 0.34) | 2 (0.18) | 0.10 (0.01, 0.37) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.27) | 5 (0.46) | 0.26 (0.08, 0.60) |
| Sudden cardiac death | 6 (0.56) | 0.29 (0.10, 0.62) | 6 (0.55) | 0.31 (0.11, 0.67) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.27) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Peripheral Vascular Events | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Cerebrovascular Events | 10 (0.93) | 0.48 (0.23, 0.88) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal Ischemic cerebrovascular stroke | 2 (0.19) | 0.10 (0.01, 0.34) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.



Updated 5/26/2006

**Table C6**
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§](95% CI) | p-Value |
| Total number of patients with events | 33/2073 | 1.59 (1.10, 2.24) | 20/1950 | 1.03 (0.63, 1.58) | 0.57 (-0.14, 1.27) | 1.56 (0.89, 2.73) | 0.1170 |
| Cardiac Events | 20/2086 | 0.96 (0.59, 1.48) | 20/1950 | 1.03 (0.63, 1.58) | -0.07 (-0.68, 0.55) | 0.96 (0.52, 1.79) | 0.8988 |
| Fatal/Non-Fatal Acute myocardial infarction | 13/2083 | 0.62 (0.33, 1.07) | 9/1950 | 0.46 (0.21, 0.88) | 0.16 (-0.29, 0.62) | 1.42 (0.61, 3.33) | 0.4163 |
| Peripheral Vascular Events | 3/2091 | 0.14 (0.03, 0.42) | 0/1955 | 0.00 (0.00, 0.19) | 0.14 (-0.02, 0.31) | - (0.39, ∞) | 0.2761 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2091 | 0.14 (0.03, 0.42) | 0/1955 | 0.00 (0.00, 0.19) | 0.14 (-0.02, 0.31) | - (0.39, ∞) | 0.2761 |
| Cerebrovascular Events | 10/2086 | 0.48 (0.23, 0.88) | 0/1955 | 0.00 (0.00, 0.19) | 0.48 (0.18, 0.78) | - (2.10, ∞) | 0.0027 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |

[*] Patient-years at risk.
[†] Patients with events per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

**Table C7**
Summary of Confirmed TCVSAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | |
|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Relative Risk[‡](95% CI) |
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/527 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 - 18 Months | 1005 | 3/395 | 0.76 (0.16, 2.22) | 1031 | 2/394 | 0.51 (0.06, 1.83) | 1.50 (0.17, 17.93) |
| > 18 Months | 604 | 7/614 | 1.14 (0.46, 2.35) | 585 | 6/469 | 1.28 (0.47, 2.78) | 0.87 (0.29, 2.59) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.

*Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Restricted
Confidential
Limited access

Updated 5/26/2006

MRK-07225936



Figure C3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot



Updated 5/26/2006

Restricted
Confidential
limited access