

Figure C4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.607; Treatment*Time p-Value=0.397
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

Restricted
Confidential
Restricted access

Updated 5/26/2006



MRK0072269393

MRK0725840

Updated 5/26/2006

Restricted
Confidential
Limited access

Table C8
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)† | PY-Raw‡(95% CI) | n(%)† | PY-Raw‡(95% CI) |
| Total number of patients with events | 59 (4.58) | 1.15 (0.88, 1.49) | 34 (2.62) | 0.65 (0.45, 0.90) |
| Cardiac Events | 42 (3.26) | 0.82 (0.59, 1.10) | 25 (1.92) | 0.47 (0.31, 0.70) |
| Fatal/Non-Fatal Acute myocardial infarction | 34 (2.64) | 0.66 (0.46, 0.92) | 18 (1.38) | 0.34 (0.20, 0.54) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.20) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.33) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Cerebrovascular Events | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal Ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Hemorrhagic Events | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.17) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.17) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

IM007225841

Updated 5/26/2006

Restricted
Confidential
Redacted Access



Table C9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years | PY-Rate[†](95% CI) | Events/Patient-Years | PY-Rate[†](95% CI) | Difference (95% CI) | Relative Risk[‡](95% CI) | p-Value |
| Total number of patients with events | 59/5111 | 1.15 (0.88, 1.49) | 34/5267 | 0.65 (0.45, 0.90) | 0.51 (0.14, 0.87) | 1.79 (1.17, 2.73) | 0.0069 |
| Cardiac Events | 42/5140 | 0.82 (0.59, 1.10) | 25/5282 | 0.47 (0.31, 0.70) | 0.34 (0.03, 0.65) | 1.73 (1.05, 2.83) | 0.0307 |
| Fatal/Non-fatal Acute myocardial infarction | 34/5138 | 0.66 (0.46, 0.92) | 18/5274 | 0.34 (0.20, 0.54) | 0.32 (0.05, 1.59) | 1.94 (1.09, 3.43) | 0.0232 |
| Cerebrovascular Events | 18/5156 | 0.35 (0.21, 0.55) | 6/5285 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |
| Fatal/Non-fatal Ischemic cerebrovascular stroke | 18/5156 | 0.35 (0.21, 0.55) | 6/5288 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |
| Hemorrhagic Events | 1/5178 | 0.02 (0.00, 0.11) | 3/5298 | 0.06 (0.01, 0.17) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.25) | 0.6422 |
| Fatal/Non-fatal Hemorrhagic stroke | 1/5178 | 0.02 (0.00, 0.11) | 3/5298 | 0.06 (0.01, 0.17) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.25) | 0.6422 |

† Patient-years at risk.

‡ Patients with events per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M007225842

Updated 5/26/2006 

Table C10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk* | Events/Patient-Years† | PY-Rate(95% CI) | Number At Risk* | Events/Patient-Years† | PY-Rate(95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1230 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.73) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| > 42 Months | 1042 | 12/1072 | 1.12 (0.58, 1.96) | 1079 | 10/1105 | 0.90 (0.43, 1.66) | 1.24 (0.53, 2.87) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk* | Events/Patient-Years† | PY-Rate(95% CI) | Number At Risk* | Events/Patient-Years† | PY-Rate(95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 41/3296 | 1.24 (0.89, 1.69) | 1196 | 22/3407 | 0.65 (0.40, 0.98) | 1.93 (1.15, 3.24) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Figure C5
ITT Population
Confirmed APTC Events
October 31, 2005 Censoring
Kaplan-Meier Plor

| Patients at Risk | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 998 | 521 | 144 |
| Placebo | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1032 | 525 | 144 |



Restricted
Confidential
limited access

Updated 5/26/2006

MRK-007225843

62



Figure C6
ITT Population
Confirmed APTC Events
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) P-Value=0.803; Treatment*Time p-Value=0.923
All Patients (ITT Population) and censored at 31-Oct-2005

Updated 5/26/2006

Restricted
Confidential
limited access

MRK-02225844

63

IM007228845

Updated 5/26/2006  Restricted Confidential Limited access

Table C12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)[1] | PY-Rate[1](95% CI) | n(%)[1] | PY-Rate[1](95% CI) |
| Total number of patients with events | 26 (2.41) | 1.25 (0.82, 1.83) | 16 (1.46) | 0.82 (0.47, 1.33) |
| Cardiac Events | 18 (1.67) | 0.86 (0.51, 1.36) | 15 (1.37) | 0.77 (0.43, 1.26) |
| Fatal/Non-Fatal Acute myocardial infarction | 13 (1.21) | 0.62 (0.33, 1.07) | 9 (0.82) | 0.46 (0.21, 0.88) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.10 (0.01, 0.34) | 2 (0.18) | 0.10 (0.01, 0.37) |
| Sudden cardiac death | 6 (0.56) | 0.29 (0.10, 0.62) | 6 (0.55) | 0.31 (0.11, 0.67) |
| Cerebrovascular Events | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal Ischemic cerebrovascular stroke | 2 (0.19) | 0.10 (0.01, 0.34) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.18) | 1 (0.09) | 0.05 (0.00, 0.29) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.18) | 1 (0.09) | 0.05 (0.00, 0.29) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[1]: Crude Incident(n/Nx100)
[2]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK00225296

Updated 5/26/2006

Restricted
Confidential
limited access



Table C13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years† | PY-Rate‡(95% CI) | Events/Patient-Years | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Total number of patients with events | 26/2078 | 1.25 (0.82, 1.83) | 16/1957 | 0.82 (0.47, 1.33) | 0.43 (-0.19, 1.06) | 1.53 (0.82, 2.85) | 0.1847 |
| Cardiac Events | 18/2086 | 0.86 (0.51, 1.36) | 15/1958 | 0.77 (0.43, 1.26) | 0.10 (-0.46, 0.65) | 1.14 (0.58, 2.27) | 0.7022 |
| Fatal/Non-Fatal Acute myocardial infarction | 13/2083 | 0.62 (0.33, 1.07) | 9/1950 | 0.46 (0.21, 0.88) | 0.16 (-0.29, 0.62) | 1.42 (0.61, 3.35) | 0.4163 |
| Cerebrovascular Events | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |
| Hemorrhagic Events | 0/2095 | 0.00 (0.00, 0.18) | 1/1954 | 0.05 (0.00, 0.29) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.37) | 0.9651 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2095 | 0.00 (0.00, 0.18) | 1/1954 | 0.05 (0.00, 0.29) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.37) | 0.9651 |

* Patient-years at risk.

† Patients with events per 100 Patient-Years.

‡ Relative risk to Placebo using Cox model where the number of cases is at least 1†; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table C14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/543 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 1009 | 2/396 | 0.50 (0.06, 1.82) | 1034 | 2/396 | 0.51 (0.06, 1.83) | 1.00 (0.07, 13.77) |
| > 18 Months | 606 | 6/617 | 0.97 (0.36, 2.12) | 588 | 6/472 | 1.27 (0.47, 2.77) | 0.75 (0.24, 2.35) |

* Patient-years at risk.

M007225847

† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006

Restricted
Confidential
limited access

66



Figure C7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot



Updated 5/26/2006
Restricted
Confidential
limited access

67



Figure C8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring

Hazard Function

Test of Proportionality: Treatment*LOG(Time) p-Value=0.305; Treatment*Time p-Value=0.206
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

Updated 5/26/2006 

MOW252639649

Updated 5/26/2006    Restricted Confidential    Limited Access



Table C15
Analysis of Death
All Patients (ITT Population) and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years* | PY-Rate†(95% CI) | Events/Patient-Years* | PY-Rate†(95% CI) | Difference (95% CI) | Relative Risk‡ (95% CI) | p-Value |
| Death | 36/5460 | 0.66 (0.46, 0.91) | 28/5557 | 0.50 (0.33, 0.73) | 0.16 (-0.13, 0.44) | 1.31 (0.80, 2.15) | 0.284 |

* Patient-years at risk.
† Patients with death Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006 — Restricted Confidential — limited access

Table C16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/634 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 2.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 9/1129 | 0.80 (0.36, 1.51) | 1143 | 5/1153 | 0.43 (0.14, 1.01) | 1.84 (0.61, 5.48) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Patients with events is at least 1].
§ Relative risk to Placebo using Cox model where the number of cases is at least 1]; otherwise, relative risk is a ratio of rates.

Table C17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 18 Months | 1387 | 13/1900 | 0.68 (0.36, 1.17) | 1387 | 9/1979 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1350 | 23/3560 | 0.65 (0.41, 0.97) | 1271 | 19/3628 | 0.52 (0.32, 0.83) | 1.23 (0.67, 2.27) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Patients with events is at least 1].
§ Relative risk to Placebo using Cox model where the number of cases is at least 1]; otherwise, relative risk is a ratio of rates.

MRK0702252691



MRK-ACC0072985B2



Figure C9
ITT Population
Deaths
October 31, 2005 Censoring
Kaplan-Meier Plot



Updated 5/26/2006



Figure C10
ITT Population
Deaths
October 31, 2005 Censoring

Test of Proportionality: Treatment*LOG(Time) p-Value=0.822; Treatment*Time p-Value=0.879
All Patients (ITT Population) and censored at 31-Oct-2005

Updated 5/26/2006

Restricted
Confidential
limited access



MRK-07228853

72

MVK0722S5854

Updated 5/26/2006

Restricted Confidential Limited Access



**Table C18**

Analysis of Death

During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 30/2373 | 1.26 (0.85, 1.80) | 23/2312 | 0.99 (0.63, 1.51) | 0.27 (-0.34, 0.88) | 1.30 (0.75, 2.26) | 0.351 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of ratios.

**Table C19**

Summary of Death by Time Interval

During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1302 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1126 | 5/447 | 1.12 (0.36, 2.61) | 1131 | 2/438 | 0.46 (0.06, 1.65) | 2.45 (0.40, 25.68) |
| > 18 Months | 699 | 7/735 | 0.95 (0.38, 1.96) | 668 | 6/572 | 1.05 (0.38, 2.28) | 0.96 (0.32, 2.85) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Figure C11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot

Updated 5/26/2006
Restricted
Confidential
limited access

MRK-07925859

Figure C12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Hazard Rate



*Hazard Function*

Rofecoxib 25 mg
Placebo

*Months of Follow-Up (bandwidth = 6.00)*

Test of Proportionality: Treatment*LOG(Time) p-Value=0.926; Treatment*Time p-Value=0.818
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

Updated 5/26/2006   Restricted Confidential Limited Access

MRK007225857

Updated 5/26/2006   Restricted Confidential   limited access

Table D1
Summary of Confirmed TCV/SAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| Total number of patients with events | 77 (5.98) | 1.49 (1.18, 1.86) | 50 (3.85) | 0.94 (0.70, 1.24) |
| Cardiac Events | 50 (3.89) | 0.96 (0.71, 1.26) | 33 (2.54) | 0.62 (0.42, 0.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Unstable angina pectoris | 8 (0.62) | 0.15 (0.07, 0.30) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.11) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Peripheral Vascular Events | 6 (0.47) | 0.11 (0.04, 0.25) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.17) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.11) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.00, 0.14) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Cerebrovascular Events | 24 (1.86) | 0.46 (0.29, 0.68) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Transient ischemic attack | 8 (0.62) | 0.15 (0.07, 0.30) | 2 (0.15) | 0.04 (0.00, 0.13) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incidence(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

IM007225858



Updated 5/26/2006

Restricted
Confidential
Limited access

Table D2
Analysis of Confirmed †CV&AE Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years* | PY-Rate†(95% CI) | Events/Patient-Years* | PY-Rate†(95% CI) | Difference (95% CI) | Relative Risk‡ (95% CI) | p-Value |
| Total number of patients with events | 77/5168 | 1.49 (1.18, 1.86) | 50/5321 | 0.94 (0.70, 1.24) | 0.55 (0.13, 0.97) | 1.59 (1.11, 2.26) | 0.0111 |
| Cardiac Events | 50/5214 | 0.96 (0.71, 1.26) | 33/5356 | 0.62 (0.42, 0.87) | 0.34 (0.00, 0.68) | 1.56 (1.00, 2.41) | 0.0488 |
| Fatal/Non-fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Peripheral Vascular Events | 6/5363 | 0.11 (0.04, 0.25) | 9/5370 | 0.17 (0.08, 0.32) | -0.05 (-0.20, 0.09) | 0.68 (0.24, 1.91) | 0.4665 |
| Fatal/Non-fatal Pulmonary embolism | 3/5269 | 0.06 (0.01, 0.17) | 2/5380 | 0.04 (0.00, 0.13) | 0.02 (-0.06, 0.10) | 1.53 (0.18, 18.34) | 0.5805 |
| Cerebrovascular Events | 24/5235 | 0.46 (0.29, 0.68) | 9/5371 | 0.17 (0.08, 0.32) | 0.29 (0.08, 0.50) | 2.74 (1.27, 5.89) | 0.0100 |
| Fatal/Non-fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.36) | 2.31 (1.00, 5.30) | 0.0493 |

* Patient-years at risk.
† Patients with events per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Updated 5/26/2006   Restricted Confidential   limited access

Table D3
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk† (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate²(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate²(95% CI) | |
| 0 – 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.62 (0.53, 4.94) |
| 6 – 12 Months | 1231 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 – 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 – 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 – 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 – 36 Months | 1117 | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 – 42 Months | 1092 | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| > 42 Months | 1032 | 16/1147 | 1.40 (0.80, 2.27) | 1071 | 16/1179 | 1.36 (0.78, 2.20) | 1.03 (0.51, 2.06) |

* Patient-years at risk.
² Patients with events Per 100 Patient-Years.
† Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D4
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk† (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate²(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate²(95% CI) | |
| 0 – 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 51/3354 | 1.52 (1.13, 2.00) | 1189 | 29/3466 | 0.84 (0.56, 1.20) | 1.82 (1.15, 2.87) |

* Patient-years at risk.
² Patients with events Per 100 Patient-Years.
† Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



MRK-02220660



Figure D1
ITT Population
Confirmed Thrombotic Cardiovascular Events
Censored at Last Day at Risk
Kaplan-Meier Plot



Updated 5/26/2006
Restricted Confidential
Limited Access

MRK-07226961



Figure D2.
ITT Population
Confirmed Thrombotic Cardiovascular Events)
Censored at Last Day at Risk

Test of Proportionality: Treatment*LOG(Time) p-Value=0.671; Treatment*Time p-Value=0.870
All Patients (ITT Population) and censored at last day at risk



Updated 5/26/2006

MRK00072225862

Updated 5/26/2006

Restricted
Confidential
Limited access

Table D5
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡ (95% CI) | n(%)† | PY-Rate‡ (95% CI) |
| Total number of patients with events | 34 (3.15) | 1.57 (1.09, 2.20) | 24 (2.19) | 1.18 (0.76, 1.75) |
| Cardiac Events | 21 (1.94) | 0.97 (0.60, 1.48) | 21 (1.91) | 1.03 (0.64, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.25) | 5 (0.46) | 0.25 (0.08, 0.57) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.25) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Peripheral Vascular Events | 3 (0.28) | 0.14 (0.03, 0.40) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Cerebrovascular Events | 10 (0.93) | 0.46 (0.22, 0.84) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal Ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MDL02272699

Updated 5/26/2006

Restricted Confidential — limited access

Table D6
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | Difference (95% CI) | Comparison | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 34/2162 | 1.57 (1.09, 2.20) | 24/2036 | 1.18 (0.76, 1.75) | 0.39 (-0.31, 1.10) | 1.34 (0.79, 2.26) | 0.2769 |
| Cardiac Events | 21/2176 | 0.97 (0.60, 1.48) | 21/2037 | 1.03 (0.64, 1.58) | -0.07 (-0.67, 0.54) | 0.96 (0.52, 1.75) | 0.8853 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.53 (0.66, 3.53) | 0.3323 |
| Peripheral Vascular Events | 3/2182 | 0.14 (0.03, 0.40) | 1/2042 | 0.05 (0.00, 0.27) | 0.09 (-0.09, 0.27) | 2.81 (0.23, 147.39) | 0.6755 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2182 | 0.14 (0.03, 0.40) | 0/2042 | 0.00 (0.00, 0.18) | 0.14 (-0.02, 0.29) | - (0.39, ∞) | 0.2757 |
| Cerebrovascular Events | 10/2177 | 0.46 (0.22, 0.84) | 2/2042 | 0.10 (0.01, 0.35) | 0.36 (0.05, 0.68) | 4.34 (0.95, 19.90) | 0.0586 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |

[†] Patient-years at risk.

[‡] Patients with events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D7
Summary of Confirmed TCVSAE Endpoint by Time Interval
During follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Comparison |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Relative Risk[§] (95% CI) |
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/527 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 - 18 Months | 1005 | 3/421 | 0.71 (0.15, 2.08) | 1033 | 2/422 | 0.47 (0.06, 1.71) | 1.50 (0.17, 18.01) |
| > 18 Months | 678 | 8/678 | 1.18 (0.51, 2.33) | 659 | 10/527 | 1.90 (0.91, 3.49) | 0.63 (0.25, 1.60) |

[†] Patient-years at risk.

MV007225864

† Patients with events Per 100 Patient-Years.

‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006

**Restricted Confidential**
*limited access*

MI007228865



Figure D3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot

Updated 5/26/2006 Restricted Confidential Limited access



Figure D4
Patients with Follow-Up,
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk



MRK-AFV0225967

Updated 5/26/2006

Restricted
Confidential
Limited Access

Table DR
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
| --- | --- | --- | --- | --- |
| | n(%)[†] | PY-Raw[‡](95% CI) | n(%)[†] | PY-Raw[‡](95% CI) |
| Total number of patients with events | 60 (4.66) | 1.15 (0.88, 1.49) | 37 (2.85) | 0.69 (0.49, 0.95) |
| Cardiac Events | 43 (3.34) | 0.82 (0.60, 1.11) | 26 (2.00) | 0.48 (0.32, 0.71) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Cerebrovascular Events | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Hemorrhagic Events | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.10) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incidence(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.