Updated 5/26/2006

Restricted Confidential
Limited Access
IM0072225868

Table D9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | |
|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Total number of patients with events | 60/5200 | 1.15 (0.88, 1.49) | 37/5353 | 0.69 (0.49, 0.95) | 0.46 (0.10, 0.83) | 1.67 (1.11, 2.52) | 0.0141 |
| Cardiac Events | 43/5230 | 0.82 (0.60, 1.11) | 26/5368 | 0.48 (0.32, 0.71) | 0.34 (0.03, 0.65) | 1.70 (1.04, 2.76) | 0.0333 |
| Fatal/Non-Fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Cerebrovascular Events | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 9/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Hemorrhagic Events | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.4914 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.6414 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Updated 5/26/2006

Restricted Confidential
Limited Access

Table D10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1220 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.93) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| > 42 Months | 1042 | 13/1161 | 1.12 (0.60, 1.92) | 1079 | 13/1190 | 1.09 (0.58, 1.87) | 1.03 (0.48, 2.21) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 42/3385 | 1.24 (0.89, 1.68) | 1196 | 25/3493 | 0.72 (0.46, 1.06) | 1.73 (1.06, 2.85) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-07225699



Figure D5
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Kaplan-Meier Plot

| Patients at Risk | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 1002 | 602 | 201 |
| Placebo | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1036 | 607 | 204 |



IM007225870

Updated 5/26/2006
Restricted
Confidential
limited access



Figure D6
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.915; Treatment*Time p-Value=0.575
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at last day at risk

Updated 5/26/2006



Restricted
Confidential
Limited Access

M007225872

Updated 5/26/2006

Restricted Confidential — Limited access

Table D12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)‡ | PY-Rate†(95% CI) | n(%)‡ | PY-Rate†(95% CI) |
| Total number of patients with events | 27 (2.50) | 1.25 (0.82, 1.81) | 19 (1.73) | 0.93 (0.56, 1.45) |
| **Cardiac Events** | 19 (1.76) | 0.87 (0.53, 1.36) | 16 (1.46) | 0.78 (0.45, 1.27) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| **Cerebrovascular Events** | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| **Hemorrhagic Events** | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/N x100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

91

Updated 5/26/2006

Restricted Confidential
Limited Access

Table D13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | |
|---|---|---|---|---|---|---|
| | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Total number of patients with events | 27/2168 | 1.25 (0.82, 1.81) | 19/2043 | 0.93 (0.56, 1.45) | 0.32 (-0.31, 0.94) | 1.32 (0.73, 2.38) | 0.3514 |
| Cardiac Events | 19/2176 | 0.87 (0.53, 1.36) | 16/2044 | 0.78 (0.45, 1.27) | 0.09 (-0.46, 0.64) | 1.13 (0.58, 2.19) | 0.7266 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.51 (0.66, 3.53) | 0.3223 |
| Cerebrovascular Events | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.50) | 3.75 (0.75, 36.25) | 0.1340 |
| Hemorrhagic Events | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |

[*] Patient-years at risk
[†] Patients with events per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Comparison |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Relative Risk[‡] (95% CI) |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/542 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 1010 | 2/423 | 0.47 (0.06, 1.71) | 1035 | 2/424 | 0.47 (0.06, 1.71) | 1.00 (0.07, 13.83) |
| > 18 Months | 681 | 7/680 | 1.03 (0.41, 2.12) | 662 | 9/530 | 1.70 (0.78, 3.22) | 0.60 (0.22, 1.63) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Figure D7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot


IM007225875

Figure D8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.146; Treatment*Time p-Value=0.088
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

Updated 5/26/2006
Restricted Confidential
Limited access

Updated 5/26/2006

Restricted Confidential Limited access

Table D15
Analysis of Death
All Patients (ITT[1] Population) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[a] | PY-Rate[2] (95% CI) | Events/Patient-Years[a] | PY-Rate[2] (95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Death | 36/5554 | 0.65 (0.45, 0.90) | 29/5646 | 0.51 (0.34, 0.74) | 0.13 (-0.15, 0.42) | 1.26 (0.77, 2.06) | 0.349 |

[a] Patient-years at risk.
[2] Patients with death Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is ratio of rates.



Updated 5/26/2006

Restricted Confidential Limited access

Table D16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 9/1222 | 0.74 (0.34, 1.40) | 1143 | 6/1242 | 0.48 (0.18, 1.05) | 1.52 (0.54, 4.27) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1]; otherwise, relative risk is a ratio of rates.

Table D17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1979 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 23/3654 | 0.63 (0.40, 0.94) | 1271 | 20/3716 | 0.54 (0.33, 0.83) | 1.17 (0.64, 2.13) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1]; otherwise, relative risk is a ratio of rates.



MI007225877

IM0072225878



Figure D9
ITT Population
Deaths
Censored at Last Day at Risk
Kaplan-Meier Plot



Updated 5/26/2006
Restricted Confidential
Limited access



Figure D10
ITT Population
Deaths
Censored at Last Day at Risk
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.496; Treatment*Time p-Value=0.683
All Patients (ITT Population) and censored at last day at risk

Updated 5/26/2006

Restricted
Confidential
limited access

Case 2:05-md-01657-EEF-DEK   Document 7859-6   Filed 10/10/06   Page 13 of 19

MRK-AFV0425880

Updated 5/26/2006

Restricted Confidential
Limited Access

### Table D18
### Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | |
|---|---|---|---|---|---|---|
| | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Death | 30/2466 | 1.22 (0.82, 1.74) | 27/2300 | 1.00 (0.63, 1.50) | 0.22 (-0.38, 0.81) | 1.24 (0.72, 2.14) | 0.437 |

[*] Patient-years at risk.
[†] Patients with death Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

### Table D19
### Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Relative Risk[§] (95% CI) |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1127 | 5/475 | 1.05 (0.34, 2.46) | 1132 | 2/466 | 0.43 (0.05, 1.55) | 2.45 (0.40, 25.78) |
| > 18 Months | 776 | 7/802 | 0.87 (0.35, 1.80) | 742 | 7/633 | 1.11 (0.44, 2.28) | 0.82 (0.29, 2.34) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

99



Figure D11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot

IMO07225881

Updated 5/26/2006

Restricted Confidential
Limited access



Figure D12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.785; Treatment*Time p-Value=0.609
Death During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

Updated 5/26/2006

Restricted Confidential
Limited access
MRK-M007225882

M0007225883

Updated 5/26/2006   Restricted Confidential Limited access

Table E1
Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 15/802 | 1.87 (1.05, 3.08) | 9/885 | 1.02 (0.47, 1.93) | 0.85 (-0.30, 2.01) | 1.85 (0.81, 4.22) | 0.1461 |
| Cardiac Events | 11/803 | 1.37 (0.68, 2.45) | 9/885 | 1.02 (0.47, 1.93) | 0.35 (-0.70, 1.40) | 1.35 (0.56, 3.26) | 0.5021 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| Peripheral Vascular Events | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | (0.03, ∞) | 0.9498 |
| Fatal/Non-Fatal Pulmonary embolism | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | (0.03, ∞) | 0.9498 |
| Cerebrovascular Events | 3/804 | 0.37 (0.08, 1.09) | 0/889 | 0.00 (0.00, 0.42) | 0.37 (-0.05, 0.80) | (0.46, ∞) | 0.2142 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | (0.21, ∞) | 0.4512 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Updated 5/26/2006

Restricted Confidential
Limited access

Table F2
Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡] (95% CI) | Events/Patient -Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 18/1203 | 1.50 (0.89, 2.37) | 12/1334 | 0.90 (0.46, 1.57) | 0.60 (-0.26, 1.46) | 1.66 (0.80, 3.45) | 0.1722 |
| Cardiac Events | 14/1204 | 1.16 (0.64, 1.95) | 12/1334 | 0.90 (0.46, 1.57) | 0.26 (-0.53, 1.06) | 1.29 (0.60, 2.80) | 0.5139 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| Peripheral Vascular Events | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| Cerebrovascular Events | 3/1208 | 0.25 (0.05, 0.73) | 0/1342 | 0.00 (0.00, 0.27) | 0.25 (-0.03, 0.53) | - (0.46, ∞) | 0.2126 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1]; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.



MRK-AFV0425884

Updated 5/26/2006



Table E3
Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡] (95% CI) | Events/Patient -Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 19/1270 | 1.50 (0.90, 2.34) | 15/1403 | 1.07 (0.60, 1.76) | 0.43 (-0.44, 1.29) | 1.40 (0.71, 2.76) | 0.3256 |
| Cardiac Events | 15/1271 | 1.18 (0.66, 1.95) | 12/1403 | 0.86 (0.44, 1.49) | 0.32 (-0.44, 1.09) | 1.38 (0.65, 2.95) | 0.4065 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| Peripheral Vascular Events | 1/1276 | 0.08 (0.00, 0.44) | 1/1412 | 0.07 (0.00, 0.39) | 0.01 (-0.30, 0.21) | 1.11 (0.01, 86.92) | >0.9999 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1276 | 0.08 (0.00, 0.44) | 0/1412 | 0.00 (0.00, 0.26) | 0.08 (-0.08, 0.23) | - (0.03, ∞) | 0.9491 |
| Cerebrovascular Events | 3/1276 | 0.24 (0.05, 0.69) | 2/1412 | 0.14 (0.02, 0.51) | 0.09 (-0.24, 0.42) | 1.66 (0.19, 19.88) | 0.9052 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

104

Updated 5/26/2006

Table E4
Summary of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/387 | 2.07 (0.89, 4.08) | 896 | 6/429 | 1.40 (0.51, 3.04) | 1.48 (0.51, 4.27) |
| 12 - 18 Months | 246 | 0/7 | 0.00 (0.00, 54.27) | 294 | 0/6 | 0.00 (0.00, 58.21) | . |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E5
Summary of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Time Interval
Patient on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 753 | 2/269 | 0.74 (0.09, 2.68) | 837 | 2/300 | 0.67 (0.08, 2.41) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 402 | 1/142 | 0.70 (0.02, 3.91) | 1.14 (0.01, 89.46) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model when the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



MRK-AF0007225886   Restricted Confidential Business Information