Reference P090

MRL Clinical Study Report, Multicenter Study: A Randomized, Placebo-Controlled, Parallel-Group, Double-Blind Study to Evaluate the Efficacy and Safety of MK–0966 (Rofecoxib) 12.5 mg Versus Nabumetone 1000 mg in Patients With Osteoarthritis of the Knee (Protocol 090).

Confidential - Disclosure to Unauthorized Persons forbidden by Order of the Court          MRK-00420016832

CLINICAL STUDY REPORT

MK-0966

A RANDOMIZED, PLACEBO-CONTROLLED, PARALLEL-GROUP, DOUBLE-BLIND STUDY TO EVALUATE THE EFFICACY AND SAFETY OF MK-0966 (ROFECOXIB) 12.5 MG VERSUS NABUMETONE 1000 MG IN PATIENTS WITH OSTEOARTHRITIS OF THE KNEE

(PROTOCOL 090)

    I.  SYNOPSIS
   II.  COMPREHENSIVE STUDY SUMMARY
  III.  APPENDICES

/MK-0966/CSR/BC2506.DOC  APPROVED        15-Jun-2000

Confidential - Disclosure to Unauthorized Persons forbidden by Order of the Court    MRK-00420016833

MK-0966 Prot. No. 090
MK-0966 12.5 mg Versus Nabumetone 1000 mg
-112-

4. **Safety** **(Cont.)**

Ten patients (8, rofecoxib; 1, nabumetone; 1, placebo) were discontinued due to a serious clinical adverse experience. These adverse experiences were myocardial infarction (2, rofecoxib; 1, nabumetone), cerebrovascular accident (2, rofecoxib), acute myocardial infarction (1, rofecoxib), atrial fibrillation (1, rofecoxib), lumbar vertebral fracture (1, rofecoxib), coronary artery occlusion (1, placebo), and appendicitis (1, rofecoxib).

Table 41 lists all patients who withdrew from the study due a clinical adverse experience by treatment group.

/MK-0966/CSR/BC2506.DOC  APPROVED                                        15-Jun-2000

Confidential - Disclosure to Unauthorized Persons forbidden by Order of the Court                MRK-00420016955

MK-0966 Prot. No. 090
MK-0966 12.5 mg Versus Nabumetone 1000 mg
-135-

### D. DISCUSSION (CONT.)

In order to evaluate onset of osteoarthritis efficacy, this study was amended to include take-home evaluations of walking pain and PGART to therapy 4 hours after the dose of study medication on Day 1 through Day 6. Patients were instructed not to take any acetaminophen rescue therapy from the period 24 hours prior to the Flare Visit (Visit 2.0) until the Day 6 form was completed.

Rofecoxib 12.5 mg demonstrated superior onset of osteoarthritis efficacy to nabumetone 1000 mg in terms of both PGART ($p=0.001$) and Pain Walking on a Flat Surface ($p<0.001$) over the first 124 hours postdose. The median time to first report of Good or Excellent response (PGART) was 52 hours in the rofecoxib group, compared with 100 hours in the nabumetone group. A difference between the active treatment groups was observed as early as 4 hours postdose, when the percentage of patients with a report of a Good or Excellent response (PGART) was 28.3% in the rofecoxib group, compared with 19.4% in the nabumetone group ($p=0.010$).

Both active treatment groups demonstrated superior onset of osteoarthritis efficacy to placebo in terms of both PGART ($p<0.001$) and Pain Walking on a Flat Surface ($p<0.001$) over the six days of therapy.

Osteoarthritis patients often switch NSAIDs or start an NSAID due to inadequate pain control [1.2.2]. Patients who experience inadequate pain control with nabumetone may achieve improved efficacy with rofecoxib. Osteoarthritis patients experiencing inadequate pain control while taking analgesic medications may have faster pain relief with rofecoxib compared with nabumetone based on the more rapid onset of osteoarthritis efficacy of rofecoxib.

### Safety

In this study, both rofecoxib and nabumetone were safe and generally well tolerated in adult patients with osteoarthritis of the knee over a 6-week period. Overall, no deaths were reported, and few patients (1.2%) had a serious clinical adverse experience. Although the overall incidence of serious adverse experiences was low ($\leq 2.3\%$) in each treatment group, the percentage of patients who had a serious adverse experience was significantly higher in patients treated with rofecoxib compared to nabumetone. None of the serious adverse experiences were attributed to the use of study drug. The types of serious adverse experiences observed in this study were not unexpected given the age of the study population. The number of patients with cardiovascular events was too few to support any meaningful comparison.

/MK-0966/CSR/BC2506.DOC  APPROVED                                    15-Jun-2000

Confidential - Disclosure to Unauthorized Persons forbidden by Order of the Court          MRK-00420016978

MK-0966 Prot. No. 090
MK-0966 12.5 mg Versus Nabumetone 1000 mg
-136-

### D. DISCUSSION (CONT.)

Approximately 5% of all patients were discontinued due to a clinical adverse experience. The percentage of patients who withdrew from the study due to a clinical adverse experience was significantly higher in patients treated with rofecoxib (7.4%) compared to placebo (2.6%). The most common type of adverse experience that led to discontinuation was digestive in nature (1.8%). The most common clinical adverse experiences that led to discontinuation were diarrhea, rash, headache, dizziness, and myocardial infarction.

Approximately half of all patients experienced at least 1 clinical adverse experience during the study. The percentage of patients who had a clinical adverse experience was significantly higher in the rofecoxib group (56.4%) than in the placebo (42.9%) and nabumetone (49.2%) groups. However, this was driven by many small differences and not by a single adverse experience term that differed significantly. Incidences of clinical adverse experiences by body system were generally comparable among treatment groups. However, the percentage of patients who had a digestive adverse experience was higher in patients treated with rofecoxib (16.2%) or nabumetone (14.5%) compared with placebo (7.7%). Overall, the most common clinical adverse experiences were headache, upper respiratory infection, and diarrhea. Few differences were observed between treatments for incidences of specific adverse experiences. Less than 20% of the patients in each treatment group had a clinical adverse experience attributed to the use of study drug.

GI toxicity is a common occurrence with existing NSAIDs. Approximately 6% of all patients in this study experienced at least 1 GI nuisance adverse experience commonly associated with the use of NSAIDs (i.e., acid reflux, dyspepsia, epigastric discomfort, heartburn, nausea, or vomiting). No difference was observed among treatment groups for the overall incidence of GI nuisance adverse experiences. None of the patients had GI perforation, ulceration, or upper GI bleeding; only 1 patient (rofecoxib) experienced any GI bleeding (mild anorectal hemorrhage).

Overall, the renal/vascular effects of rofecoxib and nabumetone were similar to those of placebo. Incidences of edema-related adverse experiences were low in each treatment group, with lower extremity edema being the most common type reported. Hypertension occurred in 1% of the study population and was rarely attributed to the use of study drug. No clinically relevant differences were observed among treatment groups for mean changes from baseline in blood pressure (systolic or diastolic) or pulse. In addition, the percentage of patients who exceeded the predefined limit of change for vital signs was comparable among treatment groups.

/MK-0966/CSR/BC2506.DOC  APPROVED                                    15-Jun-2000

Confidential - Disclosure to Unauthorized Persons forbidden by Order of the Court          MRK-00420016979

MK-0966 Prot. No. 090
MK-0966 12.5 mg Versus Nabumetone 1000 mg
-137-

### D. DISCUSSION (CONT.)

Approximately 11.4% of all patients took low-dose aspirin (up to 325 mg/day) during the study. A similar percentage of patients were taking low-dose aspirin in each of the groups. The adverse experience profiles observed in these patients were similar to those observed in patients who did not take aspirin, including incidences of digestive adverse experiences. These results suggest that the concomitant use of low-dose aspirin does not pose any additional safety concern in patients treated with rofecoxib or nabumetone.

None of the laboratory results were indicative of a safety concern for rofecoxib or nabumetone. These demonstrate that the safety profiles for the rofecoxib 12.5 mg daily and nabumetone 500 mg twice daily are similar.

/MK-0966/CSR/BC2506.DOC  APPROVED                                                             15-Jun-2000

Confidential - Disclosure to Unauthorized Persons forbidden by Order of the Court                    MRK-00420016980