Reference P085

MRL Clinical Study Report, Multicenter Study: A Randomized, Placebo-Controlled, Parallel-Group, Double-Blind Study to Evaluate the Efficacy and Safety of MK–0966 (Rofecoxib) 12.5 mg Versus Nabumetone 1000 mg in Patients With Osteoarthritis of the Knee (Protocol 085).

# CLINICAL STUDY REPORT

## MK-0966

### A RANDOMIZED, PLACEBO-CONTROLLED, PARALLEL-GROUP, DOUBLE-BLIND STUDY TO EVALUATE THE EFFICACY AND SAFETY OF MK-0966 (ROFECOXIB) 12.5 MG VERSUS NABUMETONE 1000 MG IN PATIENTS WITH OSTEOARTHRITIS OF THE KNEE

### (PROTOCOL 085)

I. SYNOPSIS
II. COMPREHENSIVE STUDY SUMMARY
III. APPENDICES

/MK-0966/CSR/BC2491.DOC  APPROVED                                                08-Jun-2000

MRK-00420011609

MK-0966 (L-749345) Prot. No. 085
MK-0966 12.5 mg Versus Nabumetone 1000 mg
-96-

4. <u>Safety</u> **(Cont.)**

Five patients (2, rofecoxib; 3, nabumetone) had a total of 6 serious adverse experiences that resulted in the discontinuation of study drug. These serious adverse experiences were cholecystitis (AN 1134, rofecoxib; AN 0270, nabumetone), cholelithiasis (AN 1134, rofecoxib), acute myocardial infarction (AN 1353, rofecoxib), coronary artery disease (AN 1211, nabumetone), and lower GI hemorrhage (AN 0524, nabumetone).