Exhibit A - Graham Deposition Excerpts

- Mason - Reply to Excess Events Motion

| [1:] - [1:24] | 5/9/2006 Graham, David - (MDL) |

```
page 1
   0001
1                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
2                          - - -
        IN RE:  VIOXX         :  MDL DOCKET NO.
3       LITIGATION            :  1657
4       ----------------------------------------
        SUPERIOR COURT OF THE STATE OF CALIFORNIA
5                 COUNTY OF LOS ANGELES
                    CENTRAL CIVIL WEST
6
        VIOXX CASES           :  JCCP NO. 4247
7                             :  ASSIGNED TO HON
                              :  VICTORIA CHEYNEY
8                          - - -
                        CONFIDENTIAL
9            SUBJECT TO PROTECTIVE ORDER
                           - - -
10                      May 9, 2006
                           - - -
11           Videotape deposition of DAVID J.
12      GRAHAM, M.D., M.P.H, held at The
13      Renaissance Mayflower Hotel, 1127
14      Connecticut Avenue, N.W., Washington,
15      D.C. 20036, commencing at 9:23 a.m., on
16      the above date, before Linda L. Golkow, a
17      Federally-Approved Registered Diplomate
18      Reporter and Certified Shorthand
19      Reporter.
                           - - -
20
21          GOLKOW LITIGATION TECHNOLOGIES
                   Four Penn Center
22         1600 John F. Kennedy Boulevard
                      Suite 1210
23         Philadelphia, Pennsylvania 19103
                     877.DEPS.USA
24
```

| [410:1] - [410:23] | 5/9/2006 Graham, David - (MDL) |

```
page 410
1            Q.   You indicated before that
2    there were two specific FDA employees
3    that you had suggested as peer reviewers,
4    right?
5            A.   Correct.
6            Q.   And I think it was Dr. Bruce
7    Stadel and Dr. Bob O'Neill?
8            A.   Stadel, yes.
9            Q.   Stadel is how to pronounce
10   it?
11           A.   Yes.
12           Q.   And they, in fact, looked at
13   your manuscript, the one that had the
14   27,000 number in it, Vioxx versus
15   Celebrex, as part of their peer review,
16   right?
17           A.   Correct.
18           Q.   And they told you, as part
19   of the people that you suggested as peer
20   reviewers, they told you that they didn't
21   think you should include that comparison
22   as a matter of sound science, right?
```

**Exhibit A - Graham Deposition Excerpts**

• **Mason - Reply to Excess Events Motion**

```
                              23          A.   That's correct.  And in the
```

| | |
|---|---|
| [425:1] - [425:14] | 5/9/2006    Graham, David - (MDL) |

```
page 425
1           Q.   And what you said before is
2    the normal population not taking any
3    medicine at all, the background rate that
4    you used was 7.9 heart attacks per
5    thousand person years, right?
6           A.   Yes.  And the patients
7    enrolled in the VIGOR study were selected
8    to be patients who were unlikely to have
9    cardiovascular disease.  So, there were a
10   number of exclusions that would exclude
11   patients who were at higher risk of
12   having myocardial infarction.  Those
13   patients weren't excluded from the CLASS
14   study.
```

| | |
|---|---|
| [428:13] - [428:19] | 5/9/2006    Graham, David - (MDL) |

```
page 428
13          Q.   And, again, the real life
14   heart attack rate in both VIGOR and
15   APPROVe was lower than what you say is
16   the normal background rate for people who
17   are not taking any medicine at all,
18   right?
19          A.   That's correct.  But
```

| | |
|---|---|
| [429:24] - [430:3] | 5/9/2006    Graham, David - (MDL) |

```
page 429
24               But background rates are
page 430
1    important because at the end of the day,
2    the background rate is what drives what
3    that actual estimate of numbers is.
```

| | |
|---|---|
| [430:6] - [430:15] | 5/9/2006    Graham, David - (MDL) |

```
page 430
6    of affected bodies.  And we put a number
7    in our paper, and what we were more
8    concerned with was the public health
9    impact of Vioxx exposure than we were
10   with what were the particular numbers,
11   recognizing that the particular numbers
12   could be different than the range that we
13   gave, but that was our best estimate at
14   what we thought was likely to be the
15   case.
```

| | |
|---|---|
| [430:16] - [431:11] | 5/9/2006    Graham, David - (MDL) |

```
page 430
16          Q.   Now, the patients involved
17   in the VIGOR study, these were rheumatoid
18   arthritis patients, right?
19          A.   Yes.
20          Q.   And rheumatoid arthritis
21   patients have a higher risk of heart
22   attack, all other things being equal,
23   than people who don't have rheumatoid
24   arthritis, right?
page 431
```

**Exhibit A - Graham Deposition Excerpts**

• **Mason - Reply to Excess Events Motion**

```
 1          A.   Some studies have found
 2   that, and other studies have found that
 3   there's no increase in risk.
 4          Q.   Now, you mentioned that
 5   CLASS was one of the studies that you
 6   used to come up with your range.  Those
 7   people had osteoarthritis, right?
 8          A.   That's correct.
 9          Q.   And that is not associated
10   with a higher heart attack risk, right?
11          A.   Not that we're aware of.
```

[432:22] - [433:1]     5/9/2006     Graham, David - (MDL)

```
page 432
22          Q.   But even with all of that,
23   VIGOR and APPROVe both had lower rates
24   than your background rates, correct?
page 433
 1          A.   Yes.
```

[566:1] - [566:24]     5/9/2006     Graham, David - (MDL)

```
page 566
 1              C E R T I F I C A T E
 2
 3          I, LINDA L. GOLKOW, a Notary
     Public and Certified Shorthand Reporter
 4   of the State of New Jersey, do hereby
     certify that prior to the commencement of
 5   the examination, DAVID J. GRAHAM, M.D.,
     MPH was duly sworn by me to testify to
 6   the truth, the whole truth and nothing
     but the truth.
 7
 8          I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 9   testimony as taken stenographically by
     and before me at the time, place and on
10   the date hereinbefore set forth, to the
     best of my ability.
11
12          I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor
13   attorney nor counsel of any of the
     parties to this action, and that I am
14   neither a relative nor employee of such
     attorney or counsel, and that I am not
15   financially interested in the action.
16
17
18
19          _____
            LINDA L. GOLKOW, CSR
20          Notary Number:  1060147
            Notary Expiration:  1-2-08
21          CSR Number:  30XI176200
            Dated:  May 16, 2006
22
23
24
```