Confidential - Subject To Protective Order

# *U.S. Long Range Operating Plan*

# *Franchise: Analgesic & Anti-Inflammatory*

# *Products: VIOXX®, Etoricoxib*

# *July, 2001*

P1.1135

MRK-ABI0008659

7/12/01

1

Confidential - Subject To Protective Order

# *Analgesic & Anti-inflammatory*
## *Background*
### *Products in Arthritis Franchise*

## <u>US Launch Date</u>

| | |
|---|---|
| <u>*VIOXX®*</u> | *6/99* |
| | |
| *VIOXX Acute Pain* | *6/99* |
| *Chronic Pain* | *3/04* |
| *RA* | *1/02* |
| *RPD* | *6/04* |
| *Peri-Op Analgesia* | *9/04* |
| *Migraine - Acute* | *6/04* |
| *Migraine - Prophylaxis* | *12/04* |
| *AD (MCI)* | *3/05* |
| *Colon Cancer* | *6/06* |

OP – Redacted – other product

7/12/01

MRK-ABI0008660

2

Confidential - Subject To Protective
Order



## Analgesic and Anti-inflammatory US Market by Major Classes

**2000:** Total Market:   $4.8 Billion

Growth vs. 99:  +37%

*CAGR (95/00)*

+21.9%   Total Market

N/A   Coxibs

-5.7%   Traditional NSAIDs

7/12/01

*Source:  IMS/MAT 4Q00/MTA*

3

MRK-ABI0008661

Confidential - Subject To Protective
Order



*Analgesic and Anti-inflammatory
Penetration of Coxibs in the US:
Market Share - Patient Days*

7/12/01
*Source: IMS  1Q01/MTA*

4

Confidential - Subject To Protective
Order

# VIOXX MONHLY SALES PERFORMANCE
## May 99 - May 2001



MRK-ABI0008663

7/12/01

5

Confidential - Subject To Protective Order

MRK-ABI0008664



# Analgesic and Anti-inflammatory
## Future Timeline
### Key Merck and External Competitive Events

**Merck Events:**

OP – Redacted other product

OP – Redacted other product

File Valdecoxib 1Q01

File Parecoxib 3Q00

7/12/01

**External Events:**

Confidential - Subject To Protective Order

# *Major Assumptions in the LROP*

## Franchise

– Market expansion will continue (CAGR '06:'01: 6.2%)

– Merck will achieve 44.8% TRX market share of Coxib class in 2006

– Coxibs will achieve 51.6% TRX market share of the A&A market in 2006

– Superior GI safety perception maintained for for all coxibs, even when combined with low dose ASA

– CV class labeling will exist in the precautions section for all Coxibs

– No price competition among coxibs

MRK-ABI0008665

7/12/01

7

Confidential - Subject To Protective Order

# *Major Assumptions in the LROP*

## <u>VIOXX®</u>

– VIOXX® perceived to provide more effective pain relief than Celecoxib

– Perception around HT/edema relative to other Coxibs will not worsen

– Valdecoxib perceived to be no more efficacious than VIOXX®

– Chronic pain filing delayed from 4Q00 to 1Q03; RA 1Q01

– VIGOR label change approved in US 4Q01

MRK-ABI0008666

7/12/01

8



OP – Redacted – other product

9

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008667

Confidential - Subject To Protective Order

## *Key Success Factors for Merck*

| Franchise | |
|---|---|
| <u>Increase Penetration into the A&A Market</u><br>•Enhance powerful efficacy image vs NSAIDs<br><br>•Effectively communicate CV safety profile<br><br>•Continue to communicate NSAID related GI risk | <u>Grow and defend Merck Coxib Share</u><br>•Promote unsurpassed efficacy and safety<br><br>•Aggressively resource the Franchise<br><br>•Ensure distinct positioning for Merck Coxibs<br><br>•Capitalize on competitors' weaknesses |

| **VIOXX®** |
|---|
| • Enhance perception of VIOXX as a powerful pain reliever superior to Celecoxib<br><br>• Manage HT/ Edema issues<br><br>• Capitalize on launch of new indications |


OP – Redacted – other product

MRK-ABI0008668

Confidential - Subject To Protective Order

# 5 Year Business Plan Forecast
## U.S. Sales ($ MM)



**2001 - 2006**

**Total Market +6.2% CAGR**

**Coxib Class +9.4%CAGR**

**Merck Coxib Sales +6% CAGR**

MRK-ABI0008669

7/12/01

12

Confidential - Subject To Protective
Order

## 5 Year Forecast (TRX)



**TRx Shares 2006**
**Coxib class**

**Merck Coxibs:**

**VIOXX : 27.4%**

**Pharmacia Coxibs:**

**Coxib class: 45%**

  **Celebrex: 24.4%**

   **Valdecoxib: 20.6%**

**Novartis: 10.2%**

7/12/01

13



OP – Redacted – other product

14

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008671

Confidential - Subject To Protective Order

## *Analgesic & Anti-inflammatory*
## *5 Year Business Plan Forecast*
### *Sales & Growth for VIOXX®*

### U.S. Sales (Constant $ MM) - <u>Growth vs. Previous Year</u>

| | *Sales* | *Sales Growth* | *%* |
|---|---|---|---|
| 2001 | $2,500 | $ 756 | + 43% |
| 2002 | $2,766 | $ 266 | + 11% |
| 2003 | $2,676 | $- 90 | - 3% |
| 2004 | $2,287 | $-389 | - 15% |
| 2005 | $2,181 | $-106 | - 5% |
| 2006 | $1,988 | $-193 | - 9% |

7/12/01

MRK-ABI0008672



OP – Redacted – other product

16

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008673

Confidential - Subject To Protective Order



*Analgesic & Anti-Inflammatory*
*Key Sensitivities*
*Upside/Downside Sales Forecast*
*(Constant $ millions)*
**VIOXX®**

**Upside 25% in '06**
• CV Labeling Milder;
No Prothrombotic
language +25%

**Base**
• Class CV Label
Precaution

**Downside -50% in'06**
• CV Label is
Warning/Not
Precaution -50%

MRK-ABI0008674

7/12/01

17



OP – Redacted – other product

18

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008675

Confidential - Subject To Protective Order

# *Analgesic & Anti-Inflammatory*
## *5 year Forecast Merck Coxib Sales*
## *Franchise Gap Analysis*



## Gap Analysis, $-1.5('05)
Market Growth, $-0.3 Bn:
CAGR 9.4% Mayflower vs 6.2% BP

Coxib Penetration, $-1.4 Bn:
81% Mayflower vs 52% BP

Merck Coxib Share, $+.2 Bn:
40% Mayflower vs 45% BP

MRK-ABI0008676

7/12/01

Confidential - Subject To Protective
Order

## Penetration Rate of Coxibs Into the A&A Market Influenced by Patients at CV Risk, Impact of VIGOR and CLASS, and Managed Care Actions



7/12/01

Source:  2000 Mayflower Forecast; 2001 Business Plan

MRK-ABI0008677

20

Confidential - Subject To Protective
Order

## *Analgesic & Anti-Inflammatory*
## *5 year Forecast*
## *VIOXX Gap Analysis*



Gap Analysis, +0.5 Bn, cumulative

•Higher VIOXX Trend/Weaker Etoricoxib Analogy in BP vs Mayflower, cumulative impact (estimate), $+2.7 Bn

•All coxibs have a prothrombotic precaution in the label, cumulative, $-2.6 Bn

•Delay in etoricoxib launch, $+0.4 Bn

MRK-ABI0008678

7/12/01

21



OP – Redacted – other product

22

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008679



OP – Redacted – other product

Confidential - Subject To Protective
Order

MRK-ABI0008680

Confidential - Subject To Protective Order

## *Product Contribution*
# VIOXX®

| Constant | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| Net Sales | 1,615.2 | 2,232.0 | 2,444.9 | 2,316.8 | 1,944.2 | 1,624.5 | 1,636.6 |
| Product Sales | 1,744.8 | 2,486.0 | 2,766.0 | 2,676.5 | 2,287.3 | 2,181.0 | 1,967.5 |
| Medco Uplift / Rebates | (18.0) | (15.4) | (16.0) | (22.7) | (23.6) | (26.6) | (36.6) |
| Mail/Retail Uplift | (1.9) | 14.6 | 15.0 | 13.1 | 11.7 | 11.2 | 8.6 |
| Client Rebates | (16.1) | (30.0) | (31.0) | (35.8) | (35.3) | (38.0) | (45.4) |
| Rebates/Discounts : | (111.6) | (238.6) | (305.2) | (336.9) | (319.4) | (329.7) | (314.2) |
| Cash Discounts | (27.6) | (39.1) | (42.4) | (40.0) | (33.4) | (31.5) | (26.7) |
| Rebates/Chargebacks | (83.9) | (199.4) | (262.8) | (296.9) | (286.0) | (298.2) | (287.5) |
| Other Revenue : | | | | | | | |
| Product Cost | 28.5 | 49.3 | 54.9 | 50.7 | 45.1 | 43.8 | 42.5 |
| Standard Cost | 21.5 | 25.4 | 29.0 | 27.4 | 23.8 | 22.8 | 21.3 |
| Royalty Expense | | | | | | | |
| Medco Pharmacy Markup | 7.1 | 23.9 | 25.9 | 23.3 | 21.4 | 20.9 | 21.2 |
| Other | | | | | | | |
| Total Expenses | 670.8 | 694.3 | 675.7 | 707.0 | 713.3 | 690.4 | 696.5 |
| FBG Budget : | 347.0 | 309.4 | 290.2 | 367.0 | 330.0 | 316.0 | 289.9 |
| Promotion Related | 341.5 | 302.4 | 282.0 | 358.0 | 320.0 | 305.0 | 278.0 |
| Medical Education | 74.7 | 92.0 | 46.1 | 80.6 | 79.7 | 78.9 | 73.6 |
| Samples | 39.9 | 24.9 | 26.0 | 27.0 | 22.2 | 21.5 | 19.7 |
| DTC | 126.1 | 111.9 | 106.0 | 134.0 | 108.3 | 99.9 | 91.9 |
| Clinical Development | 31.3 | 11.7 | 12.0 | 22.7 | 20.4 | 16.7 | 15.2 |
| All Other | 69.4 | 62.5 | 91.9 | 93.7 | 89.3 | 66.1 | 77.6 |
| External Alliances | 2.8 | 3.2 | 4.3 | 5.2 | 6.1 | 7.1 | 8.0 |
| Business Groups | 2.8 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 3.9 |
| Telerx Expenses | | | | | | | |
| Other FBG Budget | | | | | | | |
| Controllable Income | 1,239.6 | 1,873.3 | 2,099.8 | 1,899.1 | 1,569.1 | 1,464.8 | 1,304.2 |
| MC Direct Admin Fees | 6.5 | 15.3 | 25.4 | 26.3 | 29.5 | 33.8 | 39.0 |
| Sales and Managed Care | 263.8 | 317.9 | 328.3 | 296.0 | 323.7 | 307.9 | 334.8 |
| OBR Selling | 186.1 | 212.0 | 248.9 | 215.4 | 255.3 | 244.9 | 268.5 |
| Specialty Sales Group | 17.4 | 32.0 | 13.8 | 13.8 | 13.8 | 13.8 | 13.8 |
| National HSAs | 5.3 | 12.0 | 7.3 | 4.4 | 3.7 | 3.7 | 3.7 |
| Sales/MC Support & Training | 54.2 | 61.8 | 60.3 | 52.3 | 51.0 | 45.5 | 48.6 |
| Sales and Managed Care Indirect | 0.6 | | | | | | |
| Total Vertical Specialty Sales Forces | | | | | | | |
| Total Hospital Sales Forces | 39.7 | 38.1 | 20.1 | 21.1 | 20.6 | 20.8 | 20.8 |
| Medsa | 10.8 | 11.1 | 9.2 | 4.1 | 7.1 | 9.4 | 11.7 |
| Marketing Services | 2.7 | 2.5 | 2.4 | 2.4 | 2.3 | 2.4 | 2.4 |
| General Admin | 0.4 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| Unidentified Cuts | | | | | | | |
| Aggrastat Unidentified | | | | | | | |
| Miscellaneous Credits | | | | | | | |
| Operating Income | 915.9 | 1,486.3 | 1,714.3 | 1,559.1 | 1,185.7 | 1,090.4 | 895.6 |

7/12/01

24

MRK-ABI0008681



OP – Redacted – other product

Confidential - Subject To Protective
Order

MRK-ABI0008682

Confidential - Subject To Protective Order

## *Analgesic & Anti-Inflammatory Summary/Conclusions*

In 2006, USHH will achieve $3.3 billion in sales with a TRX market share of 44.8% provided that we:

### Franchise

- Continue to establish the efficacy of Coxibs
- Manage CV issues
- Minimize the impact of new competition

### VIOXX®

- Achieve VIOXX 2001 EA sales target
- Defend/grow VIOXX share vs celecoxib
- Manage HT/edema issue
- Minimize cannibalization by Etoricoxib
- Launch new indications

OP – Redacted – other product

MRK-ABI0008683