



*Long Range Operating Plan: 2002-2007*

*Franchise:  Arthritis*

*Products: VIOXX & ARCOXIA*

*July 15, 2002*

1

P1.0166

1

Confidential - Subject To Protective Order

MRK-ABI0011027

 

# Recent Events & Adjustments to the LROP

- **Recent events not reflected in LROP base case**
  OP – Redacted – other product
  - Germany & France removed from MR process
    - Germany launch estimated in Jan 2004 vs. Sept 2002
    - France launch estimated in Jan 2005 vs. Jan 2004
  OP – Redacted – other product

- **Adjustments to be made to LROP**
  - US re-forecasting with specific approval / labeling scenarios to include upside & downside projections
  - GMT / Finance creating "alternative base case" based on new events that is reflected in the "downside scenario" line
  - Expense forecast will be adjusted based on US, Germany, France situation

2

2

Confidential - Subject To Protective Order

MRK-ABI0011028

MERCK MARKETING

*Arthritis*
*Background*
*Products in Arthritis Franchise*

Restricted
Confidential
Sealed unless

| Launch Dates | US | LA | EMEA/AP |
|---|---|---|---|
| *VIOXX* | 6/99 | 3/99 | 7/99 |
| *VIOXX Acute Pain* | 6/99 | 3/99 | 8/01* & 1/02** |
| *Chronic Pain* | NA | 1/04 | 1/04 |
| *RA* | 4/02 | 9/01 | 9/01* & 1/02** |
| *Migraine - Acute* | 6/04 | 6/04 | 6/04 |
| *RPD - 12.5 & 25 mg* | 3/05 | 3/05 | 3/05 |
| *Mild Cognitive Impairment* | NA | 9/06 | 9/06 |
| *Colon Cancer (SAP)* | 6/06 | 6/06 | 6/06 |

OP – Redacted – other product

*UK, **EU, OP – Redac

3

OP – Redacted – other product

3

Confidential - Subject To Protective Order



4

MRK-ABI0011030



WW Market Growth driven by rapid uptake of coxibs in US

A&A sales by market ($ Bn)

|  | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|
| Worldwide | 6.1 | 5.9 | 6.2 | 7.7 | 9.4 | 10.7 |
| Americas | 2.8 | 2.9 | 3.3 | 4.5 | 6.0 | 7.0 |
| EMEA | 2.2 | 2.1 | 2.1 | 2.2 | 2.3 | 2.6 |
| A/P | 1.1 | 0.9 | 0.8 | 1.0 | 1.0 | 1.1 |

Regional differences partly due to:
- DTC advertising in the US - none in EME&, LA and AP
- Price ex-US
- Reimbursement in EU markets e.g. VIOXX delayed in France
- Market expansion in PDT

- See Backup Slide #35 for WW Market by Region - Patient Days of Therapy Slide

5

Confidential - Subject To Protective Order                                    MRK-ABI0011031



Branded NSAIDs had 54% value share and 48% PDT share in 1996 - in 2001 the value share was 21% and the PDT share was 33%.

See Backup Slides #37 for WW Market by Major Brands Sales & #38 for WW Market by Major Brands Patient Days of Therapy

6

Confidential - Subject To Protective Order

MRK-ABI0011032



Coxib penetration into the M1A category to date has primarily resulted from the value proposition of gastro-intestinal safety, however, further penetration will result with a focus on efficacy to allow for increased usage in every day patients.

7

MRK-ABI0011033



Note:

•1Q01 - Sales decrease resulted from Dec 2000 buy-in in anticipation of November price increase in the US.  (Customers were able to buy VIOXX at pre-November prices, through the month of December).

•4Q01 - Sales decrease in resulted from negative publicity in US resulting from Topol JAMA publication and NY Times article and buy-out of inventory

8

Confidential - Subject To Protective Order

MRK-ABI0011034



**Worldwide Market Shares of VIOXX and Celecoxib in Coxib class and A&A market 1Q02 in terms of Patient Days:**

| Worldwide | Coxib Class | A&A market |
|---|---|---|
| Celecoxib | 51.3% | 11.8% |
| VIOXX | 47.4% | 10.9% |

| Ex-US: | | |
|---|---|---|
| Celecoxib | 50.2% | 7.5% |
| VIOXX | 49.6% | 7.5% |

| US: | | |
|---|---|---|
| Celecoxib | 52.5% | 30.7% |
| VIOXX | 44.9% | 26.3% |
| Bextra | 2.6% | 1.5% |

**(See back-up slide # 36 for WW Coxib shares in Patient Days)**

9

Confidential - Subject To Protective Order

MRK-ABI0011035



These filing dates refer to first filing in the world.

**Key Merck Events:**

1. OP -- Redacted – other product

2. **Filing of new indications for VIOXX**

3. Approval of VIOXX Acute Pain in the EU 1-2Q/02

4. VIGOR / RA approval 4/02 in the US

5. OP – Redacted – other product

6. ARCOXIA Outcomes trial results - EDGE (1Q04) & CV Outcomes (4Q05) & VIOXX Prostate Cancer Prevention (1Q07)

**Key External Events:**

1. **Launch of Valdecoxib in US (2/02) and Mexico (4/02) & Parecoxib in UK (4/02)**

2. **Filing of Lumiracoxib by Novartis and TARGET trial results**

3. **Filing of the other Coxibs (BMS, Almirall, Abbott & GSK)**

4. Filing of Valdecoxib for acute pain indication

5. Approval of CLASS in June '02

6. Filing of NicOx-Naproxen

10



These filing dates refer to first filing in the world.

**Key Merck Events:**

OP – Redacted – other product

2. **Filing of new indications for VIOXX**

3. Approval of VIOXX Acute Pain in the EU 1-2Q/02

4. VIGOR / RA approval 4/02 in the US

OP – Redacted – other product

6. ARCOXIA Outcomes trial results - EDGE (1Q04) & CV Outcomes (4Q05) & VIOXX Prostate Cancer Prevention (1Q07)

**Key External Events:**

1. **Launch of Valdecoxib in US (2/02) and Mexico (4/02) & Parecoxib in UK (4/02)**

2. **Filing of Lumiracoxib by Novartis and TARGET trial results**

3. **Filing of the other Coxibs (BMS, Almirall, Abbott & GSK)**

4. Filing of Valdecoxib for acute pain indication

5. Approval of CLASS in June '02

6. Filing of NicOx-Naproxen

11

Confidential - Subject To Protective Order                    MRK-ABI0011037

*Arthritis*
*Key Competition Highlights*

| | Company | Product | Timing | Description | Strategic Implication for Merck |
|---|---|---|---|---|---|
| 1. | Pharmacia/ Pfizer | Celecoxib | 1Q99 | 1st Coxib | - New Coxib entrants from large competitors in '03-'04 threaten Merck share |
| 2. | Pharmacia/ Pfizer | Valdecoxib | 2/02* | Coxib | |
| 3. | Pharmacia | Parecoxib | 4/02* | 1st IV/IM Coxib | - Parecoxib will likely expand the role of Coxibs in acute pain and facilitate discharge Rx (and spillover) for Valdecoxib |
| 4. | Novartis | Lumiracoxib (COX-189) | 3-4Q03 | Coxib | |
| 5. | BMS | BMS347070 | 2Q04 | Coxib | - Role of consumer may increase in driving brand choice |
| 6. | Almirall Prodesfarma | LAS 34475 | 4Q04 | Coxib | |
| 7. | NicOx | HCT-3012 | 3Q05 | NO NSAID | - New formulations of existing traditional NSAIDs will decrease Coxib penetration rate into remaining traditional NSAIDs |
| 8. | Abbott | ABT-963 | 1Q06 | Coxib | |
| 9. | GSK | GW-406381 | 1Q06 | Coxib | - At least one late entry Coxib is likely to use price as a differentiator |

* US launch; ** UK launch.

12

Key messages from Competition Highlights slide:

- Merck must differentiate on science and marketing by maintaining clinical programs and publications to sustain a high level of medical Share of Voice
- Traditional NSAIDs, re-formulated and / or re-packaged, will continue to be a major competitor

12

Confidential - Subject To Protective Order

MRK-ABI0011038

 

### *Arthritis*
### *Major Assumptions in the LROP*

**Market and Class Growth ($):**

- Coxibs grew the A&A (M1A) market value ($) by 81% ('98-'01) primarily through higher value Coxibs entering the market; PDT grew by 33% ('98-'01).

- A&A market growth will moderate to 6.6% (CAGR) over the planning period as penetration of the traditional NSAID share slows.

- Coxibs dollar share of the A&A market was 56% in 1Q02; Coxibs are estimated to obtain 77% of the A&A market in 2007.

- Merck Coxibs will achieve class leadership by 2004 and sustain it throughout the LROP.

**Safety:**

- Existing CV concerns will not increase during the planning period.

- Superior GI safety perception maintained for all Coxibs.

13

•Forecast available only in dollars, no forecast in terms of Patient Days

Estimated Market Share of **Merck Coxibs** in the Coxib class in 2007:
- Worldwide    ($) %
- US (TRx) 36.0%
- Canada (TRx) 59.5%
- France ($) 50.2%
- Italy ($) 53.9%
- Germany ($) 54.1%
- Spain ($) 49.0%
- UK ($) 58.0%
- Brazil ($) 56.5%
- Australia ($) 52.9%
- Japan ($) 54.8%

13

Confidential - Subject To Protective Order




### *Arthritis*
### *Major Assumptions in the LROP*

## VIOXX

- VIOXX is perceived to provide pain relief superior to Celecoxib and comparable to traditional NSAIDs.

- VIOXX will be the only Coxib to have positive GI Outcomes in label (change in US approved in April 2002)

- Perception around HT/edema relative to other Coxibs will not worsen

- VIOXX will have market shares ($) of 17% and 22% of the A&A and Coxib class respectively, in 2007

- Delay of ARCOXIA launch in US will provide upside to VIOXX forecast

14

14

Confidential - Subject To Protective Order

MRK-ABI0011040



OP – Redacted – other product

15

Confidential - Subject To Protective Order

MRK-ABI0011041



*Arthritis*
*Key Success Factors for Merck*

**Franchise**

**VIOXX**

OP – Redacted – other product

**Increase Coxib penetration into A&A**

• Enhance powerful efficacy and safety image vs NSAIDs and other Coxibs

• Effectively communicate CV safety profile

• Elevate recognition of NSAID-related GI risk

**Grow Merck share within Coxib class**

• Enhance powerful efficacy image vs NSAIDs and other Coxibs

• Ensure optimal positioning for Merck brands

• Capitalize on competitors' weaknesses

• Aggressively resource the franchise

• Enhance perception of VIOXX as a powerful pain reliever

• Capitalize on launch of new indications

• Effectively manage non-GI safety issues

• Capitalize on VIGOR label changes

• Maintain clinical programs and publications to sustain medical SOV

16

Market growth will occur with increased DTC advertising on new products

16

Confidential - Subject To Protective Order

MRK-ABI0011042



WW Sales in $ Bn:

|  | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Total Market | 12.0 | 12.9 | 13.5 | 14.4 | 15.8 | 16.5 |
| Coxibs | 6.8 | 7.9 | 9.1 | 10.5 | 11.8 | 12.7 |
| NSAIDs | 5.1 | 5.0 | 4.4 | 3.9 | 4.0 | 3.8 |

17

Confidential - Subject To Protective Order                                    MRK-ABI0011043



WW Sales in $ Bn:

|  | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Total Market | 12.0 | 12.9 | 13.5 | 14.4 | 15.8 | 16.5 |
| Coxibs | 6.8 | 7.9 | 9.2 | 10.5 | 11.8 | 12.7 |
| Merck Coxibs (2) | 3.2 | 3.7 | 4.6 | 5.1 | 5.6 | 6.0 |
| Pharmacia/Pfizer (3) | 3.6 | 4.2 | 3.8 | 3.8 | 3.9 | 4.0 |
| Other Coxibs (4) |  | 0.1 | 0.8 | 1.7 | 2.3 | 2.7 |
| NSAIDS | 5.1 | 5.0 | 4.4 | 3.9 | 4.0 | 3.8 |

18



WW sales in $ Bn:

|  | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| VIOXX | 2.9 | 2.8 | 2.5 | 2.5 | 2.6 | 2.7 |
| OP – Redacted – other product | | | | | | |

Back-up slide # 40 provides Relative Market Shares of Merck Coxibs in 2007  by key country

19

Confidential - Subject To Protective Order

MRK-ABI0011045



Back-up slide # 41 provides sales and growth of Merck Coxibs by major market

|           | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|-----------|------|------|------|------|------|------|
| Americas  | 2.2  | 2.7  | 3.5  | 3.6  | 3.8  | 4.0  |
| EMEA      | 0.6  | 0.8  | 1.0  | 1.2  | 1.3  | 1.5  |
| A/P       | 0.1  | 0.1  | 0.2  | 0.3  | 0.5  | 0.6  |
| Worldwide | 2.9  | 3.6  | 4.6  | 5.1  | 5.5  | 6.0  |

20

Confidential - Subject To Protective Order



**LROP 2002:**
- A&A Market will grow ($) +6.6% CAGR '02/'07
- Coxibs will grow($) +13.1% CAGR '02/'07
- Estimated ($) penetration of Coxibs into A&A  market = 77% by 2006

**LROP 2001:**
- A&A Market will grow ($) +9.2% CAGR '01/'06
- Coxibs will grow($) +16.9% CAGR '01/'06
- Estimated ($) penetration of Coxibs into A&A  market = 74% by 2006

**LROP 2000:**
- A&A Market will grow ($) +17.0% CAGR '00/'05
- Coxibs will grow ($) +32.5% CAGR '00/'05
- Estimated ($) penetration of Coxibs into A&A  market = 81% by 2005

21

Confidential - Subject To Protective Order



The key reasons for the Gaps, by region, include:

US:        2001 LROP completed prior to Topol publication in JAMA and the NY Times
           article on VIOXX

EMEA:      - Guidelines decreasing Coxib prescriptions growth rate - product prescribed for
           high GI risk patients primarily
           - Shift from VIOXX to ARCOXIA in UK
           - Price reductions from France agreement; possible in Italy and Spain
           - VIOXX acute pain filing withdrawn in France

LA:        - Economic situation in Argentina - -$30M
           - Shift from VIOXX to ARCOXIA in Brazil

AP:        - Price reimbursement / formulary acceptance in Asia North (China & Taiwan)
           accounts for 80% of gap
           - Price reimbursement in Korea

22

Confidential - Subject To Protective Order                                    MRK-ABI0011048



OP – Redacted – other product

23

Confidential - Subject To Protective Order

MRK-ABI0011049



**Arthritis**
**Key Sensitivities**
*Upside/Downside Forecasts - VIOXX*
*Worldwide*

Upside (+$1.7 Bn)
- Majority of physicians ex-US will perceive VIOXX as superior in efficacy vs competitors ($ 0.6 Bn)
- Non-GI safety issues effectively managed - ($0.4 Bn)
- Studies for the new indications will be positive ($0.7 Bn)
  - Colon Cancer (SAP) - ($0.5 Bn)
  - Migraine - ($154 M)
  - Chronic pain - ($60 M)
  - MCI ($18 M)

Downside (-$0.9Bn)
- CV labeling issues elevate safety concerns ($0.5 Bn)
- New Coxibs obtain better overall product image vs. VIOXX and increased Coxib share - ($0.3 Bn)
- Reimbursement issues result in price erosion ex-US ($ 0.1 Bn)

*Source: 2002 LROP*

24

24

Confidential - Subject To Protective Order



OP – Redacted – other product

25

Confidential - Subject To Protective Order

MRK-ABI0011051

**MERCK MARKETING**

### *Arthritis Franchise*
### *5 Year LROP Forecast*

*Promotion - By Region*
*($ Millions)*

**Restricted Confidential** *limited access*

|  | 02 | 03 | 04 | 05 | 06 | 07 | CAGR 07/'02 |
|---|---|---|---|---|---|---|---|
| Americas | 266 | 332 | 377 | 327 | 282 | 288 | +2% |
| US | 231 | 285 | 327 | 275 | 228 | 234 | 0% |
| EME&A | 114 | 154 | 165 | 164 | 163 | 165 | +8% |
| A/P | 14 | 20 | 25 | 32 | 35 | 37 | +21% |
| **Total** | **406** | **517** | **579** | **534** | **491** | **500** | **+4%** |

OP – Redacted other product

*Source: 2002 LROP*

26

Confidential - Subject To Protective Order

MRK-ABI0011052

MERCK MARKETING

### Arthritis Franchise
### 5 Year LROP Forecast

*Direct Selling - By Region*
*($ Millions)*

Restricted
Confidential
Limited access

| | 02 | 03 | 04 | 05 | 06 | 07 | CAGR 07/'02 |
|---|---|---|---|---|---|---|---|
| Americas | 321 | 370 | 334 | 322 | 351 | 337 | +1% |
| US | 277 | 317 | 278 | 264 | 291 | 278 | 0% |
| EME&A | 170 | 208 | 238 | 240 | 243 | 252 | +8% |
| A/P | 14 | 17 | 29 | 57 | 62 | 69 | +38% |
| Total | 505 | 595 | 601 | 620 | 656 | 658 | +5% |

OP – Redacted other product

*Source: 2002 LROP*

27

Confidential - Subject To Protective Order

MRK-ABI0011053

27

***Arthritis Franchise***
## CLINICAL STUDIES COSTS

*($ Millions)*

|  | EA 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| **TOTAL** | 162 | 239 | 185 | 150 | 107 | 67 |
| MRL | 54 | 46 | 36 | 32 | 26 | 11 |
| HHPV | 87 | 152 | 116 | 86 | 48 | 24 |
| CDP/CDSP | 22 | 40 | 34 | 32 | 33 | 32 |

28

See back-up slides # 42-43 for VIOXX and ARCOXIA clinical study costs

28

Confidential - Subject To Protective Order

MRK-ABI0011054



29

Confidential - Subject To Protective Order

MRK-ABI0011055



**Arthritis - VIOXX**
**Franchise Contribution**

| | Actual 2001 | EA 2002 | 2003 | 2004 | LROP 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| **GROSS SALES** | $ 2,557 | $ 2,886 | $ 2,802 | $ 2,508 | $ 2,491 | $ 2,596 | $ 2,697 |
| *Ex-Exchange (%)* | 19.7% | 12.8% | -1.7% | -10.3% | -0.5% | 4.4% | 4.1% |
| | | | | | | | |
| **NET SALES** | 2,348 | 2,599 | 2,533 | 2,252 | 2,242 | 2,341 | 2,432 |
| *Ex-Exchange (%)* | 17.1% | 10.6% | -1.2% | -10.9% | -0.2% | 4.6% | 4.1% |
| | | | | | | | |
| **PGM** | 2,285 | 2,532 | 2,468 | 2,187 | 2,171 | 2,261 | 2,347 |
| *Ex-Exchange (%)* | 16.9% | 10.7% | -1.2% | -11.2% | -0.5% | 4.4% | 4.0% |
| *PGM Rate %* | 97.4% | 97.5% | 97.4% | 97.1% | 96.8% | 96.6% | 96.5% |
| | | | | | | | |
| **OPERATING EXPENSES** | 978 | 851 | 680 | 587 | 599 | 556 | 551 |
| *Ex-Exchange (%)* | 1.1% | -12.7% | -18.8% | -13.4% | 2.4% | -7.1% | -0.7% |
| *% of Sales* | 41.7% | 32.8% | 26.9% | 26.1% | 26.7% | 23.8% | 22.7% |
| | | | | | | | |
| **CONTRIBUTION MARGIN** | 1,307 | 1,681 | 1,788 | 1,600 | 1,571 | 1,705 | 1,795 |
| *Ex-Exchange (%)* | 32.4% | 28.2% | 7.7% | -10.3% | -1.6% | 8.7% | 5.5% |
| *% of Sales* | 55.7% | 64.7% | 70.6% | 71.1% | 70.1% | 72.8% | 73.8% |

Note: Contribution margin is not an accurate representation of product profitability because i: excludes capital and expense allocations.
Therefore, any determination of income, margin, profit, or total expense derived from this presentation will be incomplete and inaccurate.  30

30

Confidential - Subject To Protective Order                    MRK-ABI0011056



OP – Redacted – other product

31

Confidential - Subject To Protective Order

MRK-ABI0011057

 

## *Arthritis – Summary Points (1)*

The Market
- Today, Coxibs have 56% of the dollar share but only 23% of the PDT share
- Total A&A dollar growth will moderate to 6.6% (CAGR 02-07) over the planning period
- However, Coxibs are forecasted to achieve 77% of the dollar share by 2007

Competition
- Is forecasted to increase as four new Coxibs may come to market by 1Q06
- Additionally, we may see one nitric oxide-NSAID combination product in 2005

The Merck A&A Franchise
- Merck Coxibs will grow at 13.5% CAGR (02-07) leading to Coxib class leadership (48% dollar share) and A&A market leadership (37% dollar share) by 2007
- ARCOXIA is forecasted to pass VIOXX in sales by 2005 and market shares will be 25.7% and 21.9%, respectively in 2007
- The franchise will reach $6 billion in sales by 2007

32

Confidential - Subject To Protective Order

MRK-ABI0011058

 

### *Arthritis*
### *Summary/Conclusions (2)*

In 2007, A&A franchise sales will be $6 billion dollars provided we:

<u>Franchise</u>
- Differentiate Merck's coxibs on a "powerful efficacy" dimension
- Effectively convey the benefit-risk (CV safety) profile of our coxibs
- Highlight risks of tNSAID use and increase penetration into the A&A market

<u>VIOXX</u>
- Build on the efficacy perception of VIOXX as "powerful pain relief"
- Successfully launch and leverage new indications to build brand loyalty

OP – Redacted – other product

33

33

Confidential - Subject To Protective Order                                    MRK-ABI0011059



34

Confidential - Subject To Protective Order

MRK-ABI0011060



**Global Summary**       **CAGR**

| Region | Q1/97 | Q1/98 | Q1/99 | Q1/00 | Q1/01 | Q1/02 | 97-02 | 99-02 |
|---|---|---|---|---|---|---|---|---|
| **Global** | 7.5 | 7.8 | 8.2 | 9.0 | 10.1 | 10.9 | **7.7%** | **15.4%** |
| **Americas** | 1.9 | 2.0 | 2.2 | 2.7 | 3.1 | 3.3 | **12.1%** | **22.2%** |
| **US** | 0.8 | 0.9 | 1.1 | 1.5 | 1.8 | 2.0 | **20.4%** | **37.4%** |
| **Canada** | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.3 | **21.5%** | **63.5%** |
| **LA** | 0.9 | 1.0 | 1.0 | 1.0 | 1.0 | 0.9 | **-0.5%** | **-4.9%** |
| **EME&A** | 4.1 | 4.3 | 4.5 | 4.8 | 5.2 | 5.8 | **7.0%** | **13.4%** |
| **Asia Pacific** | 1.5 | 1.4 | 1.4 | 1.5 | 1.6 | 1.8 | **3.6%** | **10.7%** |

35

Confidential - Subject To Protective Order      MRK-ABI0011061



Confidential - Subject To Protective Order

MRK-ABI0011062

36



Branded NSAID share decreased from 43% (1Q99) to 18.5% (1Q02); Voltaren holds 5.2% share in 1Q02

Generic NSAIDs decreased from 40% (1Q99) to 26% (1Q02)

37

Confidential - Subject To Protective Order

MRK-ABI0011063



Branded NSAID share decreased from 45% (1Q99) to 31% (1Q02); Voltaren holds 11% share in 1Q02

Generic NSAIDs decreased from 53% (1Q99) to 46% (1Q02)

The total market grew by 715M PDT from 1Q99 to 1Q02; Coxibs grew 580 M PDT (81% of total growth) whereas branded NSAIDS decreased 5% and generic NSAIDs grew 24%.

38

MRK-ABI0011064



### *Arthritis*
### *Key Competition Highlights*



**Novartis Coxib: COX-189**
- Launch expected 3-4Q03 __
- Initial indications will include OA and RA, also considering multiple pain indications
- Phase III trials initiated 2Q00, including:
  - Head-to-head studies vs other COX-2s and NSAIDs with more than 10,000 patients
  - TARGET - Long-term GI safety trial with 14,000 patients
- Efficacy
  - 400 mg for treatment of dental pain > ibuprofen
  - OA and RA studies: COX-189 = Diclofenac
- Dosing: 200mg BID or 400mg QD
- Novartis is expecting peak sales over $1 billion for COX-189


**BMS Coxib: BMS34707**
- Launch 2Q04
- Profile unknown to date. Only data released describes the agent as "long acting"

**Abbott Coxib: ABT963** ____
- Launch 1Q06
- Profile unknown to date. Claim superior pharmacological profile to VIOXX and Celecoxib

39

39

Confidential - Subject To Protective Order

MRK-ABI0011065

### Relative Market Shares
### of VIOXX and ARCOXIA in 2007
### in Select Countries

| | VIOXX | |
|---|---|---|
| **Countries Where VIOXX Share >** | | |
| Brazil ($) | 33.3% | |
| UK ($) | 26.5% | |
| Canada (TRx) | 23.2% | |
| Japan ($) | 29.7% | |
| US (TRx) | 11.7% | |
| **Countries Where VIOXX Share <** | | |
| Australia ($) | 12.5% | |
| Germany ($) | 20.0% | |
| Italy ($) | 18.7% | |
| France ($) | 9.7% | |
| Spain ($) | 13.3% | |
| Mexico ($) | 14.5% | |

OP – Redacted – other product

40

Confidential - Subject To Protective Order

MRK-ABI0011066

MERCK MARKETING

Restricted
Confidential
Sealed names

### Merck Sales & Growth - Major Markets

| | 02 | 03 | 04 | 05 | 06 | 07 | CAGR ('07/'02) |
|---|---|---|---|---|---|---|---|
| **Americas** | **2,231** | **2,669** | **3,447** | **3,606** | **3,761** | **3,967** | +12% |
| US | 1,990 | 2,374 | 3,075 | 3,176 | 3,281 | 3,437 | +12% |
| Canada | 112 | 120 | 148 | 163 | 172 | 183 | +10% |
| Mexico | 51 | 68 | 86 | 102 | 118 | 136 | +22% |
| **EME&A** | **610** | **792** | **1,026** | **1,177** | **1,333** | **1,455** | +19% |
| Italy | 76 | 89 | 121 | 145 | 150 | 157 | +16% |
| UK | 85 | 129 | 163 | 196 | 223 | 246 | +24% |
| Spain | 37 | 58 | 85 | 101 | 119 | 144 | +31% |
| Germany | 96 | 142 | 167 | 197 | 226 | 254 | +21% |
| France | 121 | 131 | 174 | 191 | 213 | 213 | +12% |
| **Asia Pacific** | **86** | **110** | **148** | **297** | **450** | **577** | +46% |
| Aust/NZ | 50 | 51 | 60 | 65 | 68 | 70 | +7% |
| Japan | 0 | 0 | 0 | 109 | 215 | 283 | 0% |

Note: This slide represents inflated dollars

41

41

Confidential - Subject To Protective Order

MRK-ABI0011067



*Arthritis Franchise*
## CLINICAL STUDIES COSTS - VIOXX

### ($ Millions)

|  | EA 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| **TOTAL** | 57 | 55 | 39 | 32 | 30 | 27 |
| MRL | 15 | 6 | 3 | 2 | 2 | 2 |
| HHPV | 24 | 28 | 20 | 13 | 10 | 8 |
| CDP/CD | 18 | 21 | 16 | 17 | 18 | 17 |

42

42

Confidential - Subject To Protective Order

MRK-ABI0011068



OP – Redacted – other product

43

Confidential - Subject To Protective Order



44

Confidential - Subject To Protective Order                MRK-ABI0011070



45

Confidential - Subject To Protective Order

MRK-ABI0011071



46

Confidential - Subject To Protective Order

MRK-ABI0011072



Confidential - Subject To Protective Order

MRK-ABI0011073



## Adjustments to the LROP

**USHH LROP Alternative Base Case**

OP – Redacted – other product

- – VIOXX
  - • Promotion support declines less than current LROP and is consistent with major in-line products
  - • Moderate market share erosion - 8% less than June 2002 LROP submission

**Ex-US LROP Alternative Base Case**

OP – Redacted – other product

- – VIOXX - sales adjusted based on market projected cannibalization rates

48

Confidential - Subject To Protective Order

MRK-ABI0011074



WW Sales in $ Bn:

|  | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Total Market | 11.9 | 12.5 | 13.5 | 14.5 | 15.6 | 16.5 |
| Coxibs | 6.8 | 7.5 | 8.9 | 10.6 | 11.8 | 12.8 |
| NSAIDs | 5.1 | 5.0 | 4.7 | 3.9 | 3.9 | 3.7 |

49

Confidential - Subject To Protective Order

MRK-ABI0011075



WW Sales in $ Bn:

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Total Market | 11.9 | 12.5 | 13.5 | 14.5 | 15.6 | 16.5 |
| Coxibs | 6.8 | 7.5 | 8.9 | 10.6 | 11.8 | 12.8 |
| Merck Coxibs (2) | 3.2 | 3.2 | 3.8 | 4.9 | 5.3 | 5.7 |
| Pharmacia/Pfizer (3) | 3.6 | 4.2 | 4.2 | 4.0 | 4.1 | 4.3 |
| Other Coxibs (4) | 0.0 | 0.1 | 0.8 | 1.7 | 2.4 | 2.8 |
| NSAIDS | 5.1 | 5.0 | 4.7 | 3.9 | 3.9 | 3.7 |

50

Confidential - Subject To Protective Order

MRK-ABI0011076



Alternate Base Case Forecast WW sales in $ Bn:

|  | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| VIOXX | 2.9 | 3.0 | 2.8 | 2.7 | 2.8 | 2.8 |
| OP – Redacted – other product | | | | | | |
| | | | | | | |

51

Confidential - Subject To Protective Order



Alternate Base Case Forecast by Region

|  | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Americas | 2.2 | 2.3 | 2.6 | 3.3 | 3.5 | 3.6 |
| EMEA | 0.6 | 0.8 | 1.0 | 1.1 | 1.3 | 1.4 |
| A/P | 0.1 | 0.1 | 0.1 | 0.3 | 0.5 | 0.6 |
| Worldwide | 2.9 | 3.2 | 3.8 | 4.7 | 5.2 | 5.6 |

52

Confidential - Subject To Protective Order

MRK-ABI0011078



The key reasons for the Gaps, by region, include:

US:      2001 LROP completed prior to Topol publication in JAMA and the NY Times article on VIOXX

EMEA:    - Guidelines decreasing Coxib prescriptions growth rate - product prescribed for high GI risk patients primarily
         - Shift from VIOXX to ARCOXIA in UK
         - Price reductions from France agreement; possible in Italy and Spain
         - VIOXX acute pain filing withdrawn in France

LA:      - Economic situation in Argentina - -$30M
         - Shift from VIOXX to ARCOXIA in Brazil

AP:      - Price reimbursement / formulary acceptance in Asia North (China & Taiwan) accounts for 80% of gap
         - Price reimbursement in Korea

54

Confidential - Subject To Protective Order                                    MRK-ABI0011080



OP – Redacted – other product

Confidential - Subject To Protective Order

MRK-ABI0011081