UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:06-CV-00810<br><br>CHARLES MASON,<br><br>               Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>               Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**NOTICE OF FILING<br>CASE SPECIFIC<br>DEPOSITION TESTIMONY** |

TO:    Edward F. Blizzard
         J. Scott Nabers
         Rebecca B. King
         BLIZZARD, MCCARTHY & NABERS, LLP
         440 Louisiana, Suite 1710
         Houston, Texas 77002

      Merck & Co., Inc. hereby submits the following deposition testimony for the Court's consideration and pre-trial rulings:[1]

1. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Edward Ganellen;

2. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Jay Grove;

---

[1] The notebooks submitted herewith contain the deposition designations of plaintiff and of Merck so that the Court has before it, in a single binder, all testimony at issue.

833917v.1

3. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Aaron Jacobs;

4. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Mark Keep;

5. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Bard Madsen;

6. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Karen Olson-Fields;

7. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Charles Rardin;

8. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Gary Symkoviak;

9. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Douglas Vogeler;

10. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of James Zebrack.

Please note that the transcripts include Plaintiff's handwritten Objections to Defendant's Counter Designations even though Plaintiff did not file these Objections with the Court.

Dated: October 10, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
*Defendant's Liaison Counsel*


Philip S. Beck, 147168
Tarek Ismail, 6225226
Shayna S. Cook, 6285959
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Telephone:         (312) 494-4400
Telecopier:         (312) 494-4440

*Attorneys for Merck & Co., Inc.*

833917v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing of Deposition Testimony has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of October, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

833917v.1