UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:06-CV-00810<br><br>**CHARLES MASON,**<br><br>     Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>     Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><u>NOTICE OF FILING<br>DEPOSITION TESTIMONY</u> |

TO: Edward F. Blizzard
   J. Scott Nabers
   Rebecca B. King
   BLIZZARD, MCCARTHY & NABERS, LLP
   440 Louisiana, Suite 1710
   Houston, Texas 77002

  Merck & Co., Inc. hereby submits the following deposition testimony for the Court's consideration and pre-trial rulings:[1]

1. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Gregory Curfman;

2. Plaintiff's Affirmative and Defendant's Counter Designations with Objections to the testimony of James Dunn;

---

[1] The notebooks submitted herewith contain the deposition designations of plaintiff and of Merck so that the Court has before it, in a single binder, all testimony at issue.

833909v.1

3. Defendant's Affirmative and Plaintiff's Counter Designations with Objections to the testimony of Stephen Epstein;

4. Defendant's Affirmative and Plaintiff's Counter Designations with Objections to the testimony of Raymond Gilmartin;

5. Plaintiff's Affirmative and Defendant's Counter Designations with Objections to the testimony of David Graham;

6. Plaintiff's Affirmative and Defendant's Counter Designations with Objections to the testimony of Marilyn Krahe;

7. Defendant's Affirmative and Plaintiff's Counter Designation with Objections to the testimony of Malachi Mixon;

8. Defendant's Affirmative and Plaintiff's Counter Designation with Objections to the testimony of Alan Nies;

9. Plaintiff's and Defendant's Affirmative and Counter Designations with Objections to the testimony of Edward Scolnick;

10. Plaintiff's Affirmative and Defendant's Counter Designations with Objections to the testimony of Eric Topol.

Dated:  October 10, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

*Defendant's Liaison Counsel*

833909v.1

Philip S. Beck, 147168
Tarek Ismail, 6225226
Shayna S. Cook, 6285959
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Telephone:	(312) 494-4400
Telecopier:	(312) 494-4440

*Attorneys for Merck & Co., Inc.*

833909v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Filing of Deposition Testimony has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of October, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

833909v.1