DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| William Jeffries, et al., | ) |
| | ) CASE NO. 1:05 CV 2547 |
| Plaintiff(s), | ) |
| | ) |
| v. | ) O R D E R |
| | ) |
| Merck & Co., Inc., et al., | ) |
| | ) |
| Defendant(s). | ) |

Before the Court is the motion of defendants Massillon Community Hospital, Lokendra B. Sahgal, M.D., and Rudy P. Zarate, M.D. for an immediate ruling on certain jurisdictional matters <u>prior to</u> any transfer by the MDL Panel. <u>See</u> Doc. No. 9. By Order dated December 1, 2005, this Court did lift the stay for the sole purpose of considering this motion. The Court directed the parties to respond to the motion by December 8, 2005. Responses have been filed by Merck & Co., Inc. (Doc. Nos. 11 and 12).[1]

The Court finds convincing Merck's argument that this jurisdictional matter should be left for decision by the MDL Panel. Accordingly, the stay order is reasserted and the instant motion is denied without prejudice to renewal before the MDL Panel.

IT IS SO ORDERED.

| | |
|---|---|
| <u>December 9, 2005</u> | <u>s/ David D. Dowd, Jr.</u> |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |

---

[1] The memorandum contained in Doc. No. 12 is a duplicate of Doc. No. 11. Doc. No. 12 also includes several attachments which were not included in Doc. No. 11.

