UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>  Products Liability Litigation<br><br>This Document Relates to:<br><br>BOYD EDMONDS and<br>  JANET EDMONDS, Plaintiffs,<br><br>  versus<br><br>MERCK & CO., INC., Defendant,<br><br>Case No. 05-5450,<br><br>&<br><br>DONALD STINSON, Plaintiff,<br><br>  versus<br><br>MERCK & CO., INC., Defendant,<br><br>Case No. 05-5494,<br><br>&<br><br>TIMOTHY R. WATSON, Plaintiff,<br><br>  versus<br><br>MERCK & CO., INC., Defendant,<br><br>Case No. 05-5545. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

**MOTION AND INCORPPORATED MEMORANDUM FOR LEAVE
TO FILE AMENDED MEMORANDUM OF LAW IN SUPPORT
<u>OF MERCK'S MOTION FOR SUMMARY JUDGMENT</u>**

On September 22, 2006, defendant Merck & Co., Inc. ("Merck"), filed its Motion for

Summary Judgment, Memorandum of Law in Support of Motion for Summary Judgment, and

1

accompanying exhibits.  *See* Rec. Doc. 7345.  Merck hereby seeks leave to file the attached amended supporting memorandum in order to correct an error in its original motion and memorandum regarding Alabama's statute of limitations, which has been found unconstitutional by the Alabama Supreme Court.

WHEREFORE, Merck respectfully requests that the Court enter an Order granting it leave to file the attached amended supporting memorandum in place of the supporting memorandum filed on September 22, 2006.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

2

833978v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Leave to File Amended Memorandum of Law in Support of Merck's Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

833978v.1