UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|    Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
| BOYD EDMONDS and * | SECTION L |
|    JANET EDMONDS, Plaintiffs, * | |
| * | JUDGE ELDON E. FALLON |
|    versus * | |
| * | MAGISTRATE JUDGE |
| MERCK & CO., INC., Defendant, * | KNOWLES |
| * | |
| Case No. 05-5450, * | |
| * | |
| & * | |
| * | |
| DONALD STINSON, Plaintiff, * | |
| * | |
|    versus * | |
| * | |
| MERCK & CO., INC., Defendant, * | |
| * | |
| Case No. 05-5494, * | |
| * | |
| & * | |
| * | |
| TIMOTHY R. WATSON, Plaintiff, * | |
| * | |
|    versus * | |
| * | |
| MERCK & CO., INC., Defendant, * | |
| * | |
| Case No. 05-5545. * | |
| * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion and Incorporated Memorandum for Leave to File

Amended Memorandum of Law in Support of Merck's Motion for Summary Judgment,

1

833984v.1

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file the attached Amended Memorandum of Law in Support of Merck's Motion for Summary Judgment to correct and replace its original memorandum, Rec. Doc. 7345.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.

_____
DISTRICT JUDGE

833984v.1