UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: <br>     LENE ARNOLD <br><br> versus <br><br> MERCK & CO., INC. <br>     Defendant <br><br> Case No. 05-2627 <br><br> & <br><br> ALICIA GOMEZ <br><br> versus <br><br> MERCK & CO., INC. <br>     Defendant <br><br> Case No. 05-1163 | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * KNOWLES <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM FOR
ADDITIONAL PAGES FOR REPLY MEMORANDUM IN
<u>SUPPORT OF MERCK'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Reply Memorandum in Support of Merck's Motion for Summary Judgment. The memorandum addresses the facts and law supporting Merck's Motion for Summary Judgment. Merck requests that it be granted eleven (11) additional pages, for a total of twenty-six (26) pages for its reply memorandum.

833964v.1

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted eleven (11) additional pages, for a total of twenty-six (26) pages for its Reply Memorandum in Support of Merck's Motion for Summary Judgment.

    Respectfully submitted,

    */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    Stone Pigman Walther Wittmann L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone:  504-581-3200
    Fax:  504-581-3361

    Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support of Merck's Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

833964v.1