UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX *<br>   Products Liability Litigation *<br> * <br> This Document Relates to: *<br>   LENE ARNOLD *<br> * <br> versus *<br> * <br> MERCK & CO., INC. *<br>   Defendant *<br> * <br>  Case No. 05-2627 *<br> * <br> & *<br> * <br> ALICIA GOMEZ *<br> * <br> versus *<br> * <br> MERCK & CO., INC. *<br>   Defendant *<br> * <br>  Case No. 05-1163 * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### **O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support of Merck's Motion for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted eleven (11) additional pages, for a total of twenty-six (26) pages for its Reply Memorandum in Support of Merck's Motion for Summary Judgment.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.

_____
DISTRICT JUDGE

833965v.1