# Exhibit A

## Exhibit A

### Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
### Plaintiffs Who Provided Grossly Deficient Plaintiff Profile Forms

| Case Name | Docket Number | Plaintiff | LNFS/Service Date of PPF | Ex. | Date of 1st Deficiency Notice | Ex. | Date of 2nd/3rd Deficiency Notice | Ex. |
|---|---|---|---|---|---|---|---|---|
| Linda M. Cable v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Sheila McCoy | December 22, 2005 | B | May 11, 2006 | L | August 14, 2006 | V |
| Linda M. Cable v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Ann L. Ramsey representing the estate of Alisa Ann Thomas | December 14, 2005 | C | May 8, 2006 | M | August 14, 2006 | W |
| Linda M. Cable v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Robert K. Ford | January 13, 2006 | D | July 7, 2006 | N | August 14, 2006 | X |
| Rueben Miranda Velez v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | Rosa Otero Soto | December 22, 2005 | E | May 12, 2006 | O | August 14, 2006 | Y |
| Rueben Miranda Velez v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | Teresa Oquendo Rivera | January 12, 2006 | F | June 20, 2006 | P | August 14, 2006 | Z |
| Rueben Miranda Velez v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | Maria M. Rosario Rivera | January 12, 2006 | G | June 20, 2006 | Q | August 14, 2006 | AA |
| Antonia Acosta Cabrera v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | Minerva Torres Torres Individually and on behalf of the estate of Gilberto Candelario Figueroa | December 22, 2005 | H | June 19, 2006 | R | August 14, 2006 | BB |
| Antonia Acosta Cabrera v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | Pedro Castillo Torres | December 19, 2005 | I | May 12, 2006 | S | August 12, 2006 | CC |
| Antonia Acosta Cabrera v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | Jose E. Collazo Serrano | December 19, 2005 | J | May 17, 2006 | T | August 14, 2006 | DD |
| Johnny E. Anderson v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Carrie T. Dixon | January 4, 2006 | K | March 31, 2006 | U | August 14, 2006 | EE |

# Exhibit B

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

7704032

Dec 22 2005
10:00AM

THIS RELATES TO:
Linda M. Cable, et al
vs.
Merck & Co., Inc.
Civil Action No: 05-4759

Plaintiff: Sheila McCoy
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A.   Name of person completing this form: Sheila McCoy

B.   If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.   Social Security Number: N/A

2.   Maiden Or Other Names Used or By Which You Have Been Known: N/A

3.   Address: N/A

4.   State which individual or estate you are representing, and in what capacity you are representing the individual or estate? N/A

5.   If you were appointed as a representative by a court, state the:
Court: N/A                              Date of Appointment: N/A

6.   What is your relationship to deceased or represented person or person claimed to be injured? N/A

7.   If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: N/A

C.   Claim Information

774182v.1

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes __X__ No _____ If *"yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

   b. When do you claim this injury occurred? _____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____
   If *"yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____.
   If *"yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a Consequence of VIOXX®? Yes _____ No _____
If *"yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   b. To your understanding, condition for which treated: _____
   c. When treated: _____
   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Sheila McCoy_

B. Maiden or other names used or by which you have been known: _McMinn_

C. Social Security Number: _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_

D. Address: _113 Parkview Ct, Lexington, TN 38351_

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates Of Residence |
|---------|--------------------|

774182v.1

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: _12/22/1955_ _____

H. Sex:     Male _____     Female X _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
|  |  |  |  |

J. Employment Information.

1. Current employer (if not current employed, last employer)

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

3. Are you making a wage loss claim for either your present or previous employment?
Yes _____ No __X__

If *"yes,"* state your annual income at the time of the injury alleged in Section 1(C):
_____N/A_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard?     Yes _____ No __X__

If *"yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No __X__

L.     Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?     Yes __X__ No _____ If *"yes,"* to the best of your

774182v.1

knowledge, please state:

a. Year claim was filed: _____

b. Nature of disability: _____

c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?     Yes _____ No _____
If *"yes,"* set forth when and the reason. _____
_____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?     Yes _____ No __X__
If *"yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. __N/A__
_____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?     Yes _____ No _____
If *"yes,"* set forth where, when and the felony and/or crime. _____
_____

### III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
_____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No __X__

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
Yes _____ No _____ Don't Know _____ If *"yes,"* identify each such person below and provide the information requested.

Name: _____
Current Age (or Age at Death): _____
Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the .
   decedent. _____
   _____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Dr. Harris Frederi, 111 Stonebridge Blvd., Jackson, TN_
   _38305_

B. On which dates did you begin to take, and stop taking, VIOXX®?
   Start Date: 06/2003   Stop Date: 9/15/2003

C. Did you take VIOXX® continuously during that period?
                     Yes _____ No _____ Don't Recall _____ X ·

D. To your understanding, for what condition were you prescribed VIOXX®? _____
   _____

E. Did you renew your prescription for VIOXX®?
                     Yes _____ No _____ Don't Recall _____ X _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much
   and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _____ 25 mg Tablet (round, yellow, MRK 110)
   ___X___ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _1/Day_

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for
   VIOXX®? Yes _____ No __X___ Don't Recall _____

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it?
      Yes __X___ No _____ Don't Recall _____
   2. Did you receive any written or oral information about VIOXX® while you took it?
      Yes __X___ No _____ Don't Recall _____

774182v.1.

3. If *"yes,"*

    a. When did you receive that information? <u>    at the time it was prescribed to me  </u>

    b. From whom did you receive it? <u>Pharmacist at Jones Pharmacy 101 Lexington</u>
       <u>Plaza, Lexington, TN 38351 & Super D Pharmacy, Lexington, TN 38351    </u>

    c. What information did you receive? <u>   Instruction on how often to take medication </u>

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____

_____

## V. MEDICAL BACKGROUND

A. Height: <u>5'1/2"</u>

B. Current Weight: <u>133 lbs.</u>
   Weight at the time of the injury, illness, or disability described in Section I(C): <u>124 lbs.</u>

C. Smoking/Tobacco Use History: Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use,

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    a. Date on which smoking/tobacco use ceased: _____
    b. Amount smoked or used: on average _____ per day for _____ years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff
    a. Amount smoked or used: on average _____ per day for _____ years.

<u> X  </u> Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes <u> X  </u> No _____ If *"yes,"* fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:
    _____ drinks per week,
    _____ drinks per month,
    _____ drinks per year, *or*
    Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1)

7741R2v.1

year before, or any time after, you first experienced your alleged VIOXX®-related injury?
Yes _____ No _____ Don't Recall __X__

If "yes", identify each substance and state when you first and last used it. N/A _____

F. Please indicate to the best of your knowledge whether you have ever received any of the
following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for
what condition the surgery was performed: open heart/bypass surgery, pacemaker
implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery,
lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

*This is all I can recall at this time. Please see medical records for more detailed information.
An authorization has been provided.*

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

*This is all I can recall at this time. Please see medical records for more detailed information.
An authorization has been provided.*

3. To your knowledge, have you had any of the following tests performed: chest X-ray,
CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo),
bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA
of the head/neck, angiogram of the head/neck, CT scan of the head,
bubble/microbubble study, or Holter monitor?

Yes X_ No _____ Don't Recall _____ If "yes," answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |

*This is all I can recall at this time. Please see medical records for more detailed information.
An authorization has been provided.*

## VI.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your
possession, custody, or control, or in the possession, custody, or control of your lawyers by
checking "yes" or "no." Where you have indicated "yes," please attach the documents and
things to your responses to this profile form.

774182v.1

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No _____

B. Decedent's death certificate (if applicable). Yes _____ No _____

C. Report of autopsy of decedent (if applicable). Yes _____ No _____

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A. Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
|  |  |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

E. Each physician or healthcare provider from whom you have received treatment in the last ten

774182v.1

(10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

\* *This is all I can recall at this time.  Please see medical records for more detailed information.
An authorization has been provided.*

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

\* *This is all I can recall at this time.  Please see medical records for more detailed information.
An authorization has been provided.*

G. If you have submitted a claim for social security disability benefits in the last ten (10) years,
state the name and address of the office that is most likely to have records concerning your
claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the
entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

774182v.1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Sheila McCay                     Sheila McCoy                     _____
Signature                        Print Name                       Date

# Exhibit C

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Linda M. Cable, et al.
          vs
Merck & Co., Inc.

Plaintiff: Ann L. Ramsey
                      (name)

Civil Action No: 05-4759

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A.   Name of person completing this form: Ann L. Ramsey

B.   If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

　　1.   Social Security Number:

　　2.   Maiden Or Other Names Used or By Which You Have Been Known: Beene

　　3.   Address: 426 West Michigan Ave., Whitwell, Tn 37397

　　4.   State which individual or estate you are representing, and in what capacity you are representing the individual or estate? Alisa Thomas

　　5.   If you were appointed as a representative by a court, state the:
　　　　Court: _____ Date of Appointment: None

　　6.   What is your relationship to deceased or represented person or person claimed to be injured? Mother

　　7.   If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: 12/09/2003

7741R2v.1

MDL0635017B

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?   Yes __X__   No _____ If *"yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Stroke

      b. When do you claim this injury occurred? 11/25/2003

      c. Who diagnosed the condition? Dr. Lenord

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No __X__
      If *"yes,"* when and who diagnosed the condition at that time? _____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No __X__
      If *"yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a Consequence of VIOXX®? Yes _____ No __X__
If *"yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: _____
    b. To your understanding, condition for which treated: Heart Attack, Clots in Legs and Kidney Failure
    c. When treated: 12/2002, 12/2002 and 03/2002
    d. Medications prescribed or recommended by provider: Do not recall

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Alisa Ann Thomas

B. Maiden or other names used or by which you have been known: Alisa Ann ramsey

C. Social Security Number: 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

D. Address: 139 North Walnut Street

774182v.1

M006350179

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates Of Residence |
|---|---|
| Ross Roger Trailer park, Jasper, TN | App. For 5 years |
| Shadowy Grove Rd. , Sequatchie, TN | App. For 2 years |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: Grundy co Palmer, TN _____

H. Sex:       Male _____       Female X _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Whit Well High School | 1970-1982 | | Diploma |

J. Employment Information.

1. Current employer (if not current employed, last employer)

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Do not recall | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Do not recall | | | |
| | | | |

3. Are you making a wage loss claim for either your present or previous employment?
Yes _____ No X _____

If "yes," state your annual income at the time of the injury alleged in Section 1(C):

_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard?      Yes _____ No X _____

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No X _____

7741K2v.1

M00083501B0

L.   Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or
      SSD) claim?      Yes __X__ No _____ If *"yes,"* to the best of your
      knowledge, please state:

      a. Year claim was filed: Do not recall _____

      b. Nature of disability: Do not recall _____

      c. Approximate period of disability: Do not recall _____

   2. Have you ever been out of work for more than thirty (30) days for reasons related to
      your health (other than pregnancy)?      Yes _____ No __X__
      If *"yes,"* set forth when and the reason. _____
      _____

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to
      any bodily injury?                       Yes _____ No __X__
      If *"yes,"* state to the best of your knowledge the court in which such action was filed,
      case name and/or names of adverse parties, and a brief description for the claims
      asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or
   dishonesty?                                 Yes _____ No __X__
   If *"yes,"* set forth where, when and the felony and/or crime. _____
   _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current
   spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable;
   and how the marriage ended (e.g., divorce, annulment, death): N/A _____
   _____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No __X__

774182v.1

M00635018I

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
Yes   X    No _____ Don't Know _X_____ If "yes," identify each such person below and provide the information requested.

   Name: James Tony Hobbs
   Current Age (or Age at Death): 62
   Type of Problem: do not recall
   If Applicable, Cause of Death: Heart attack

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. Not Applicable

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? A doctor in the emergency room at Parkridge Hospital, Dr. Lenord.
B.
B. On which dates did you begin to take, and stop taking, VIOXX®?
   Start Date: Do not recall   Stop Date: Do not recall

C. Did you take VIOXX® continuously during that period?
            Yes _____ No _____ Don't Recall ____X____

D. To your understanding, for what condition were you prescribed VIOXX®? For Pain

E. Did you renew your prescription for VIOXX®?
            Yes _____ No _____ Don't Recall ____X____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: Do not recall

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _____ 25 mg Tablet (round, yellow, MRK 110)
   ___X_____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? Twice a day

774182v.1

M006350182

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No __X__ Don't Recall _____

J. Instructions or Warnings:

    1. Did you receive any written or oral information about VIOXX® before you took it?
        Yes _____ No __X__ Don't Recall _____
    2. Did you receive any written or oral information about VIOXX® while you took it?
        Yes _____ No __X__ Don't Recall _____

    3. If "yes,"

      a. When did you receive that information? _____

      b. From whom did you receive it? _____

      c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? Tylenol, Asprin _____
_____

## V.    MEDICAL BACKGROUND

A. Height: Don't know _____

B. Current Weight: Don't know _____
   Weight at the time of the injury, illness, or disability described in Section I(C): Don't know

C. Smoking/Tobacco Use History: Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use:

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
__X____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    a. Date on which smoking/tobacco use ceased: _____
    b. Amount smoked or used: on average _1 pack_ per day for _10_____ years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff
    a. Amount smoked or used: on average _____ per day for _____ years.

_____ Smoked different amounts at different times.

D. Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine,

774182v.1

MC06350183

whiskey, etc.)?    Yes __X__  No _____    If "*yes*," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,
_____ drinks per month,
_____ drinks per year; *or*
Other (describe): _1 or 2 drinks per year_____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury? Yes _____ No __X__ Don't Recall _____

If "*yes*", identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Intestinal | Do not recall | Do not recall | Do not recall | Do not recall |
| | | | | |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| N/A. | | | |
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes X_____ No _____  Don't Recall _____    If "*yes*," answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| Yes but do not know any other information | | | | |
| | | | | |

774182v.1

M00650184

## VI.    DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _X_ No _____

B. Decedent's death certificate (if applicable). Yes _____ No _N/A_

C. Report of autopsy of decedent (if applicable). Yes ____ No ____ N/A

## VII.    LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A. Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Dr. Lenord | South Pittsburg, Grandview, TN |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Dr. Lenord | South Pittsburg, Grandview, TN | Do not recall |
|  |  |  |
|  |  |  |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Grandview Hospital | South Pittsburg, TN | Do not recall dates | Do not recall |
| Memorial Hospital | Chattanooga, TN | Do not recall dates | Do not recall |
| East Ridge Hospital | Chattanooga, TN | Do not recall dates | Do not recall |

774182v.1

M005350165

| Earlange Hospital | Chattanooga, TN | Do not recall dates | Do not recall |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Grandview Hospital | South Pittsburg, TN | Do not recall dates | Do not recall |
| Memorial Hospital | Chattanooga, TN | Do not recall dates | Do not recall |
| East Ridge Hospital | Chattanooga, TN | Do not recall dates | Do not recall |
| Earlange Hospital | Chattanooga, TN | Do not recall dates | Do not recall |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| See Above information | | |
| | | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Jasper Pharmacy | Jasper, TN |
| Parker Pharmacy | Jasper, TN |
| Steyes Pharmacy | Whitewell, TN |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |
| | |
| | |

774182v.1

M00B350186

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____          _____          _____
Signature                                      Print Name                                      Date

M00G3501B7

# Exhibit D

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Linda M. Cable et al.
.Vs
Merck & Co.,Inc.

Plaintiff: Robert K. Ford
(name)

Civil Action No: 05-4759

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A.    Name of person completing this form: Robert K. Ford

B.    If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.    Social Security Number: _____

2.    Maiden Or Other Names Used or By Which You Have Been Known: _____

3.    Address: ___ _____

4.    State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.    If you were appointed as a representative by a court, state the:
Court: _____ Date of Appointment: _____

6.    What is your relationship to deceased or represented person or person claimed to be injured? _____

7.    If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

774182v.1

C.   Claim Information

1.   Are you claiming that you have or may develop bodily injury as a result of taking
VIOXX®?     Yes __X__     No _____     If "yes,"

a. What is your understanding of the bodily injury you claim resulted from your
use of VIOXX®? Heart Attack

b. When do you claim this injury occurred? 01/01/2003

c. Who diagnosed the condition? Bradley Memorial Emergency Room

d. Did you ever suffer this type of injury prior to the date set forth in answer to the
prior question? Yes _____ No _____
If "yes," when and who diagnosed the condition at that time? _____

e. Do you claim that that your use of VIOXX® worsened a condition that you
already had or had in the past? Yes _____ No _____
If "yes," set forth the injury or condition; whether or not you had already
recovered from that injury or condition before you took VIOXX®; and the date
of recovery, if any. _____

D.   Are you claiming mental and/or emotional damages as a Consequence of VIOXX®?
Yes _____ No _____
If "yes," for each provider (including but not limited to primary care physician,
psychiatrist, psychologist, counselor) from whom have sought treatment for
psychological, psychiatric or emotional problems during the last ten (10) years, state:

a.   Name and address of each person who treated you: _____
b.   To your understanding, condition for which treated: _____
c.   When treated: _____
d.   Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Robert K. Ford

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 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

D. Address: P.O. Box 761, Decatur, TN 37322

E. Identify each address at which you have resided during the last ten (10) years, and list when

774182v.1

M006157894

you started and stopped living at each one:

| Address | Dates Of Residence |
|---------|-------------------|
|  |  |
|  |  |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: _09/01/1961:_ _____

H. Sex:      Male _X_____      Female _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
|  |  |  |  |

J. Employment Information.

1. Current employer (if not current employed, last employer)

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|----------------------|
|  |  |  |  |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|----------------------|
|  |  |  |  |
|  |  |  |  |

3. Are you making a wage loss claim for either your present or previous employment?
   Yes _____ No _____

   If *"yes,"* state your annual income at the time of the injury alleged in Section 1(C):

   _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard?      Yes _____ No _____

   If *"yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _____

L.      Insurance / Claim Information:

774182v.1

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?      Yes _____ No _____ If "yes," to the best of your knowledge, please state:

   a. Year claim was filed: _____

   b. Nature of disability: _____

   c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?      Yes _____ No _____
   If "yes," set forth when and the reason. _____
   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?                          Yes _____ No _____
   If "yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
   _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?                          Yes _____ No _____
   If "yes," set forth where, when and the felony and/or crime. _____
   _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
   _____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No _____

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
   Yes _____ No _____ Don't Know _____ If "yes," identify each such person below and provide the information requested.

   Name: _____

774182v.1

Current Age (or Age at Death): _____
Type of Problem: _____
If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

## IV.    VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Dr. Manuesh Sinha, River Rd., Decatur, TN 37322

B. On which dates did you begin to take, and stop taking, VIOXX®?
   Start Date: 10/17/01        Stop Date: _____

C. Did you take VIOXX® continuously during that period?
   Yes _____ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? Back Pain
_____

E. Did you renew your prescription for VIOXX®?
   Yes _____ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   ___X____ 25 mg Tablet (round, yellow, MRK 110)
   _____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _____

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for
   VIOXX®? Yes _____ No _____ Don't Recall _____

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it?
      Yes _____ No _____ Don't Recall _____
   2. Did you receive any written or oral information about VIOXX® while you took it?

774182v.1

Yes _____ No _____ Don't Recall _____

3. If "yes,"

a. When did you receive that information? _____

b. From whom did you receive it? _____

c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____
_____

## V.   MEDICAL BACKGROUND

A. Height: 5'8"_____

B. Current Weight: _____
   Weight at the time of the injury, illness, or disability described in Section I(C): 190 lbs.

C. Smoking/Tobacco Use History: Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use,

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   a. Date on which smoking/tobacco use ceased: _____
   b. Amount smoked or used: on average _____ per day for _____ years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff
   a. Amount smoked or used: on average _____ per day for _____ years.

_____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?   Yes _____ No _____ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:
   _____ drinks per week,
   _____ drinks per month,
   _____ drinks per year, or
   Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1)

Page 6

MDG619T898

year before, or any time after, you first experienced your alleged VIOXX®-related injury?
Yes _____ No _____ Don't Recall _____

If *"yes"*, identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

*This is all I can recall at this time.  Please see medical records for more detailed information. An authorization has been provided.*

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____ No _____ Don't Recall _____     If *"yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |

## VI.   DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in

774182v.1

MMUD07/699

response to this profile form. Yes _____ No _____

B. Decedent's death certificate (if applicable). Yes _____ No _____

C. Report of autopsy of decedent (if applicable). Yes ____ No _____

### VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A. Your current family and/or primary care physician:

| Name | Address |
|------|---------|
|      |         |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
|      |         |                   |
|      |         |                   |
|      |         |                   |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

*This is all I can recall at this time.  Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

*This is all I can recall at this time.  Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

774182v.1

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

· F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address |
|------|---------|
| Wil-Sav Drugs | Hwy 58 N. PO Box 1316, Decatur, TN 37322 |
|      |         |
|      |         |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

774181v.1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____          _____          _____
Signature                        Print Name                       Date

MMDI151916