# Exhibit E

7705835

Dec 22 2005
11:59AM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |

| | |
|---|---|
| THIS RELATES TO: | Plaintiff: ROSA OTERO SOTO |
| Civil Action No: | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _Rosa Otero Soto_

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _N/A_

2.  Maiden Or Other Names Used or By Which You Have Been Known: _N/A_

3.  Address: _____ N/A

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _N/A_

5.  If you were appointed as a representative by a court, state the:
Court: _N/A_ _____ Date of Appointment: _N/A_

6.  What is your relationship to deceased or represented person or person claimed to be injured? _N/A_

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _N/A_

774182v.1

M0051 43036

C.    Claim Information

    1.    Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?    Yes __X__    No _____    If *"yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _Damage to the heart and warning of heart attack_

        b. When do you claim this injury occurred? _2002_

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?  Yes _____    No __X__
        If *"yes,"* when and who diagnosed the condition at that time? _____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____    No _____
        If *"yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D.    Are you claiming mental and/or emotional damages as a Consequence of VIOXX®?

Yes __X__    No _____

If *"yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a.    Name and address of each person who treated you: _Corporacion de Seguro Fondo del Estado de Puerto Rico_
        b.    To your understanding, condition for which treated: _Pasmo Muscular, Bulsitis, Miositis, Ridiculopatia_
        c.    When treated: _2003-2004_
        d.    Medications prescribed or recommended by provider: _Vioxx, Celebrex, Soma, Norfex, Flexevil, Utrace_

## II.    PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Rosa Otero Soto_

B. Maiden or other names used or by which you have been known: _None_

774182v.1

MDL5143037

C. Social Security Number: _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_

D. Address: Calle Cambodia C-36 Sta. Juanita, Bayamon, P.R.

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates Of Residence |
|---|---|
| Calle Cambodia C-36 Sta. Juanita, Bayamon, P.R. | 15 – 35 years (Present) |
| Calle Ramos #EE-16-A, Cia Rexville, Bayamon, P.R. | 7 – 10 years |

F. Driver's License Number and State Issuing License: _1560287_

G. Date of Place and Birth: _October 15, 1961_

H. Sex:       Male _____       Female ___X___

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |

J. Employment Information.

1. Current employer (if not current employed, last employer)

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Junta Calidad Ambiental | Ave. Ponce del Leon #431 Hato Rey, P.R. | 1993 – 2005 | Office worker |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

3. Are you making a wage loss claim for either your present or previous employment?

Yes ___X___ No _____

If "yes," state your annual income at the time of the injury alleged in Section 1(C):

Page 3

774182v.1

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard?     Yes _____ No __X____

If "*yes,*" were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _____

L.     Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?

Worker's compensation claim?   Yes ___X___ No _____
If "*yes,*" to the best of your knowledge, please state:
a. Year claim was filed: June 2005
b. Nature of disability: _____
c. Approximate period of disability: _____

Social security disability (SSI or SSD) claim?   Yes _____ No _____
If "*yes,*" to the best of your knowledge, please state:
a. Year claim was filed: 2003 -
b. Nature of disability: _____
c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?     Yes __X___ No _____
If "*yes,*" set forth when and the reason. _____
_____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?     Yes _____ No _____

If "*yes,*" state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
_____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?     Yes _____ No __X____

If "*yes,*" set forth where, when and the felony and/or crime. _____
_____

774182v.1

MODS143039

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):

Current spouse:
Name: _____
Date of birth: _____
Occupation: _____
Date of marriage: _____

Previous spouse:
Name: _____
Occupation: _____
Date of marriage: _____
Date the marriage ended: _____
How the marriage ended: _____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No __X__

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?

Yes _____ No _____ Don't Know __X__ If "yes," identify each such person below and provide the information requested.

Name: _____
Current Age (or Age at Death): _____
Type of Problem: _____
If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address:

Name: Ricardo Martinez Otero (son) _____
Age: _____
Address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. No _____

774182v.1

M005143040

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?  Different doctors

B. On which dates did you begin to take, and stop taking, VIOXX®?  2002

C. Did you take VIOXX® continuously during that period?
Yes __X__ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®?  Pasmo Musculare, Bulsitis, Miositis, Ridiculopatia

E. Did you renew your prescription for VIOXX®?
Yes __X__ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
__X__ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
__X__ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?  Once daily

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No __X__ Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?
Yes _____ No __X__ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it?
Yes _____ No __X__ Don't Recall _____

3. If "yes,"

a. When did you receive that information? _____
b. From whom did you receive it? _____
c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____

774182v.1

M0051430-41

## V.   MEDICAL BACKGROUND

A. Height: _5'7"_

B. Current Weight: _195_
   Weight at the time of the injury, illness, or disability described in Section 1(C): _____

C. Smoking/Tobacco Use History: Check the answer and fill in the blanks applicable to your
   history of smoking and/or tobacco use.

   __X__ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   _____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased: _____
      b. Amount smoked or used: on average _____ per day for _____ years.

   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff
      a. Amount smoked or used: on average _____ per day for _____ years.

   _____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine,
   whiskey, etc.)?   Yes _____ No __X__ If "yes," fill in the appropriate blank with
   the number of drinks that represents your average alcohol consumption during the period you
   were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:
      _____ drinks per week,
      _____ drinks per month,
      _____ drinks per year, or
      Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1)
   year before, or any time after, you first experienced your alleged VIOXX®-related injury?
   Yes _____ No _____ Don't Recall _____

   If "yes", identify each substance and state when you first and last used it. _____
   _____

F. Please indicate to the best of your knowledge whether you have ever received any of the
   following treatments or diagnostic procedures:

*This is all I can recall at this time.  Please see medical records for more detailed information.
An authorization has been provided.*

774182v.1

M005143042

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?

Yes _____ No _____ Don't Recall _____ If "yes," answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |

## VI.   DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No __X___

B. Decedent's death certificate (if applicable). Yes _____ No __X___

C. Report of autopsy of decedent (if applicable). Yes _____ No __X___

774182v.1

M00514304J

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A. Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Corporacion Seguro Fondo de | Estado Bayamon, P.R. 00956 |
| Dr. Jose Cardena | Piso 3 Ave., Ponce de Leon, Hato Rey, P.R. 00956 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address |
|------|---------|
|      |         |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

*This is all I can recall at this time.  Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

*This is all I can recall at this time.  Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.
*This is all I can recall at this time.  Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |

774182v.1

M005143044

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address |
|------|---------|
|      |         |
|      |         |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |

774182v.1

M00514304 5

[Si usted ha sometido alguna reclamación por incapacidad para los beneficios del seguro social en los últimos diez (10) años, indique nombre y dirección de la oficina que lleva sus récords en relación a su reclamación]

| Name (Nombre) | Address (Dirección) |
| --- | --- |
|  |  |
|  |  |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

[Si usted ha sometido alguna reclamación por accidente de trabajo, indique el nombre y dirección de la entidad que lleva el récord concerniente a su reclamación]

| Name (Nombre) | Address (Dirección) |
| --- | --- |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

[Yo declaro, bajo la pena de perjurio sujeto a 28 U.S.C. § 1746, que toda la información provista en este Perfil es verdadera y correcta según mi mejor conocimiento; que he provisto la lista de médicos proveedores y otras fuentes de información, los cuales son verdaderos y correctos según mi mejor conocimiento y que he suplido todos los documentos solicitados en el inciso VI de esta declaración, con el conocimiento de que dichos documentos están en mi posesión, custodia o control, o en la posesión, custodia o control de mis abogados, y que junto a esta declaración incluyo autorización a esos fines].

Signature
[Firma]

Print Name
[Nombre impreso]

Date
[Fecha]

20

M005143046

# Exhibit F

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

10245314

Jan 12 2006
4:03PM

THIS RELATES TO:

Civil Action No: 05-4590

Plaintiff Name:  <u>Teresa Oquendo Rivera</u>

## PLAINTIFF PROFILE FORM

.Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®.  Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A. Name of person completing this form: <u>Teresa Oquendo Rivera</u>

B.    If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:  <u>Not Applicable</u>

1.    Social Security Number: _____

2.    Maiden Or Other Names Used or By Which You Have Been Known: _____

3.    Address: _____

4.    State which individual or estate you are representing, and in what capacity you are representing the individual or estate? Not Applicable_____

5.    If you were appointed as a representative by a court, state the:
Court: _____ Date of Appointment: _____

6.    What is your relationship to deceased or represented person or person claimed to be injured? _____

7.    If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

Page 1

774182v.1

M00425818O

C.    Claim Information:

    1.    Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?    Yes __X__    No _____    If *"yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®?  I suffered two strokes

        b. When do you claim this injury occurred? In 1999 and in 2000/2001

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?  Yes _____  No __X__
        If *"yes,"* when and who diagnosed the condition at that time? _____
_____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____  No _____
        If *"yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D.    Are you claiming mental and/or emotional damages as a Consequence of VIOXX®?
    Yes __X__ No _____
    If *"yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:
    None
        a.    Name and address of each person who treated you:_____
        b.    To your understanding, condition for which treated: _____
        c.    When treated: _____
        d.    Medications prescribed or recommended by provider: various

    II.    <u>PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®</u>

A. Name:    Teresa Oquendo Rivera

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 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

D. Address: Apartado 464, Trujillo Alto, PR 00977

774182v.1

M0042581S1

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates Of Residence |
|---|---|
| Apartado 464, Trujillo Alto, PR 00977 | |
| | |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: 10/15/32 Puerto Rico _____

H. Sex:     Male _____ Female ____ X ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |
| | | | |

J. Employment Information.

1. Current employer (if not current employed, last employer)

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

3. Are you making a wage loss claim for either your present or previous employment?
    Yes _____ No _____

If "yes," state your annual income at the time of the injury alleged in Section 1(C):

K. Military Service Information: Have you ever served in the military, including the military reserve or National Guard?     Yes _____ No _____

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _____

L.     Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?     Yes _____ No _____ If "yes," to the best of your

Page 3

774382v.1

M00425818Z

knowledge, please state:

a. Year claim was filed: _____

b. Nature of disability: _____
_____

c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?      Yes _____ No _____
If *"yes,"* set forth when and the reason. _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?      Yes _____ No _____
If *"yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?      Yes _____ No _____
If *"yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (*e.g.*, divorce, annulment, death Marriage Info: _
_____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No _____

B. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?

C.      Yes _____ No _____ Don't Know _____ If *"yes,"* identify each such person below and provide the information requested.

Name: _____
Current Age (or Age at Death): _____
Type of Problem: _____
If Applicable, Cause of Death: _____

Name: _____
Current Age (or Age at Death): _____

774182v.1

M00425618B

Type of Problem: _____

If Applicable, Cause of Death: _____

If applicable, for each of your children, list his/her name, age and address: _____

_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. N/A _____

_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A  Who prescribed VIOXX® for you? Dr. Miguel Berrios _____

B. On which dates did you begin to take, and stop taking, VIOXX®? _____

C. Did you take VIOXX® continuously during that period?

Yes _____ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? Osteoarthritis

_____

_____

E. Did you renew your prescription for VIOXX®?

Yes _____ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?

____X____ 12.5 mg Tablet (round, cream, MRK 74)

_____ 12.5 mg Oral Suspension

_____ 25 mg Tablet (round, yellow, MRK 110)

_____ 25 mg Oral Suspension

_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _____

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?

Yes _____ No _____ Don't Recall _____

Page 5

774182v.1

M004258184

2. Did you receive any written or oral information about VIOXX® while you took it?
Yes _____ No __X___ Don't Recall _____

3. If "yes,"

a. When did you receive that information? _____

b. From whom did you receive it? _____

c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? Sometimes Tylenol _____

## V.    MEDICAL BACKGROUND

A. Height: _5' 3"_____

B. Current Weight: _150 lbs._____
Weight at the time of the injury, illness, or disability described in Section I(C): ___ lbs_____

C. Smoking/Tobacco Use History: Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use,

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
a. Date on which smoking/tobacco use ceased: _____
b. Amount smoked or used: on average _____ per day for _____ years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff
a. Amount smoked or used: on average _One (1) pack_____ per day for _____ years.
_____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?    Yes _____ No _____ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:
_____ drinks per week,
_____ drinks per month,
_____ drinks per year, or
Other (describe):_____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?
Yes ____ No _____ Don't Recall _____

If "yes", identify each substance and state when you first and last used it.

774182v.1

M00425B185

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3. To your knowledge, have you had any of the **following tests performed: chest X-ray,** CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____ No _____ Don't Recall _____ If *"yes,"* answer the following:

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |
|                 |      |                    |          |        |
|                 |      |                    |          |        |

Page 7

7741R2v.1

M00425818G

## VI.   DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No _____

B. Decedent's death certificate (if applicable). Yes _____ No _____ N/A

C. Report of autopsy of decedent (if applicable). Yes _____ No _____ N/A

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

**A. Your current family and/or primary care physician:**

| Name | Address |
|------|---------|
|      |         |
|      |         |

**B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.**

| Name | Address |
|------|---------|
|      |         |
|      |         |

**C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.**

*This is all I can recall at this time.  Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

Page 8

M00425818

**D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.**

| Name | Address | Admission Dates. | Reason for Admission |
|------|---------|------------------|----------------------|
|      |         |                  |                      |
|      |         |                  |                      |
|      |         |                  |                      |
|      |         |                  |                      |

**E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.**

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |

**F. Each pharmacy that has dispensed medication to you in the last ten (10) years.**

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

**G.** If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

**H.** If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |

774182v.1

M004258188

# Exhibit G

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: 05-4590

Plaintiff: Maria M. Rosario Rivera
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.      CASE INFORMATION

A.      Name of person completing this form: Maria M. Rosario Rivera

B.      If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following: Not Applicable

    1.      Social Security Number: _____

    2.      Maiden Or Other Names Used or By Which You Have Been Known: _____

    3.      Address: _____

    4.      State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5.      If you were appointed as a representative by a court, state the:
        Court: _____ Date of Appointment: _____

    6.      What is your relationship to deceased or represented person or person claimed to be injured? _____

    7.      If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

774182v.1

M00439571 9

C. Claim Information

    1.    Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?    Yes __X__   No _____ If *"yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Stroke, chest pain, facial paralysis due to stroke, renal problems

        b. When do you claim this injury occurred? _____

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____
        If *"yes,"* when and who diagnosed the condition at that time? _____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____
        If *"yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a Consequence of VIOXX®?
    Yes __X__ No _____
If *"yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.    Name and address of each person who treated you: _____
    b.    To your understanding, condition for which treated: _____
    c.    When treated: _____
    d.    Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Maria M. Rosari Rivera

B. Maiden or other names used or by which you have been known: Magdalena

C. Social Security Number: 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

D. Address: HC-01 Box #16456, Humacau, PR 00971

Page 2

774182v.1

M004395720

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates Of Residence |
|---|---|
| HC-01 Box #16456, Humacau, PR 00971 | For over ten years |
| | |

F. Driver's License Number and State Issuing License: _____

G. Date and Place of Birth: 11/14/41 Puerto Rico _____

H. Sex:      Male _____      Female ____X____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |
| | | | |

J. Employment Information.

1. Current employer (if not current employed, last employer)

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3. Are you making a wage loss claim for either your present or previous employment?
       Yes _____ No _____

       If "yes," state your annual income at the time of the injury alleged in Section 1(C):
_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard?    Yes _____ No _____

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _____

774182v.1

M00439572I

L.    Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?      Yes _____ No _____ If "yes," to the best of your knowledge, please state:

   a. Year claim was filed: _____

   b. Nature of disability: _____

   c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?      Yes _____ No _____
If "yes," set forth when and the reason. _____
_____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?                              Yes _____ No _____
If "yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
_____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?                                          Yes _____ No _____
If "yes," set forth where, when and the felony and/or crime. _____
_____

# III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____ _____
_____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No _____

774182v.1

M00439572

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
Yes _____ No _____ Don't Know _____ If "yes," identify each such person below and provide the information requested.

    Name: _____

    Current Age (or Age at Death): _____

    Type of Problem: _____

    If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. N/A

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Dr. Rivera Rivera and Dr. Algaun

B. On which dates did you begin to take, and stop taking, VIOXX®? _____

C. Did you take VIOXX® continuously during that period?
    Yes _____ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _____

E. Did you renew your prescription for VIOXX®?
    Yes _____ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
    _____ 12.5 mg Tablet (round, cream, MRK 74)
    _____ 12.5 mg Oral Suspension
    _____ 25 mg Tablet (round, yellow, MRK 110)
    _____ 25 mg Oral Suspension
    _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _____

774182v.1

M004395723

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?
   Yes _____ No _____ Don't Recall _____
2. Did you receive any written or oral information about VIOXX® while you took it?
   Yes _____ No _____ Don't Recall _____

3. If "yes,"

   a. When did you receive that information? _____

   b. From whom did you receive it? _____

   c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____
_____

## V.  MEDICAL BACKGROUND

A. Height: _____

B. Current Weight: _____ lbs
   Weight at the time of the injury, illness, or disability described in Section I(C): _____ lbs

C. Smoking/Tobacco Use History: Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use,

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   a. Date on which smoking/tobacco use ceased: _____
   b. Amount smoked or used: on average _____ per day for _____ years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff
   a. Amount smoked or used: on average _____ per day for _____ years.

_____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?   Yes _____ No _____ If "yes," fill in the appropriate blank with

Page 6

the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. **Illicit Drugs.** Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury? Yes _____ No _____ Don't Recall _____

If *"yes"*, identify each substance and state when you.first and last used it. _____

_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?

Yes _____ No _____ Don't Recall _____   If *"yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |

Page 7

774182v.1

MDL439572S

## VI.    DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No _____

B. Decedent's death certificate (if applicable). Yes _____ No _____ N/A

C. Report of autopsy of decedent (if applicable). Yes ____ No _____ N/A

## VII.    LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A. Your current family and/or primary care physician:

| Name | Address |
|------|---------|
|      |         |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

Page 8

774182v.1

M004357726

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

7741REv.1

M004395727