# Exhibit J

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: Jose E. Collazo Serrano

Civil Action No:  **05-4599**

_____
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®.  Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A.    Name of person completing this form:  Jose E. Collazo

B.    If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.    Social Security Number: _____

   2.    Maiden Or Other Names Used or By Which You Have Been Known: _____

   3.    Address: _____

   4.    State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5.    If you were appointed as a representative by a court, state the:
         Court: _____ Date of Appointment: _____

   6.    What is your relationship to deceased or represented person or person claimed to be injured? _____

   7.    If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

M005708128

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?

Yes __x__ No _____ If *"yes,"*

a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®?

I was prescribed by the "Fondo del Seguro del Estado.

b. When do you claim this injury occurred? March 1998

c. Who diagnosed the condition? "Fondo del Seguro del Estado".

d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?

Yes _____ No __x__

If *"yes,"* when and who diagnosed the condition at that time? Dr. Melendez & Dr. Ramirez

e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes __x__ No __

If *"yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. Due to the consumption of Vioxx

my immune system failed and my respiratory system stopped after having surgery on my shoulder.

D. Are you claiming mental and/or emotional damages as a Consequence of VIOXX®?

Yes _____ No __x__

If *"yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

a. Name and address of each person who treated you: _____
b. To your understanding, condition for which treated: _____
c. When treated: _____
d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

MC05708129

A. Name: Jose E. Collazo Serrano

B. Maiden or other names used or by which you have been known: Pio Collazo

C. Social Security Number: 581 68 9986

D. Address: 5B St. #I-68 - Alturas - San Lorenzo, PR  00754

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates Of Residence |
|---|---|
| 5B St. #I68 - Alturas - San Lorenzo, PR  00754 | 1990 - 2005 |
| | |

F. Driver's License Number and State Issuing License: 0866667

G. Date of Place and Birth: San Lorenzo, Puerto Rico

H. Sex:          Male _x_          Female _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Luis Munoz Rivera | 1952 | General Studies | High School |

J. Employment Information.

    1. Current employer (if not current employed, last employer)

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Municipio San Lorenzo | Luis Munoz Rivera St. San Lorenzo, P.R.  00754 | 1972- 2000 | Supervisor- Municipal Public work Sub-director OPM |

    2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

M005708130

3. Are you making a wage loss claim for either your present or previous employment?

Yes _____ No __x_____

If *"yes,"* state your annual income at the time of the injury alleged in Section 1(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard?   Yes __x____ No _____

If *"yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes _____ No ____x_____

L.   Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?
Yes _____x_____ No _____ If *"yes,"* to the best of your knowledge, please state:

a. Year claim was filed: _2000_____

b. Nature of disability: _20%_____

c. Approximate period of disability: _Two years aproximately._____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____ No _____
If *"yes,"* set forth when and the reason. _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes __x_____ No ___
If *"yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____ No ____x_____
If *"yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your
current spouse only); spouse's occupation; date of marriage; date the marriage ended,
if applicable; and how the marriage ended (e.g., divorce, annulment, death): _Married_
_to: Mrs. Maria De Jesus Silva.  DOB: 01/09/1948.  Occupation: Housewife.  Married_
_date: 1990_

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No
___x___

M005708132

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?

Yes _____ No _____ Don't Know _____ If "yes," identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV.    VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Dr. Ramirez_

B. On which dates did you begin to take, and stop taking, VIOXX®? _About 1998 - 1999_

C. Did you take VIOXX® continuously during that period?

Yes __x__ No _____ Don't Recall _____

D. To your understanding, for what condition were you proscribed VIOXX®? _Pain reliever._

E. Did you renew your prescription for VIOXX®?

Yes _____ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _I received samples from "El Fondo del Seguro del Estado"._

G. Which form of VIOXX® did you take (check all that apply)?

_____ 12.5 mg Tablet (round, cream, MRK 74)

_____ 12.5 mg Oral Suspension

_____ 25 mg Tablet (round, yellow, MRK 110)

_____ 25 mg Oral Suspension

_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _Twice a day, morning and afternoon. I don't recall which ones._

M005708133

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®?

Yes _____ No _____ Don't Recall _____ x _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?

Yes _____ No __ x ____ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it?

Yes _____ No __ x ____ Don't Recall _____

3. If *"yes,"*

a. When did you receive that information? _____
_____

b. From whom did you receive it? _____
_____

c. What information did you receive? _____
_____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®?

___ None. _____

## V.   MEDICAL BACKGROUND

A. Height: _5' 7"_____

B. Current Weight: _184 lbs._____
Weight at the time of the injury, illness, or disability described in Section I(C): _184 lbs._____

C. Smoking/Tobacco Use History: Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use,

_x_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

M005708134

_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
     a. Date on which smoking/tobacco use ceased: _____
     b. Amount smoked or used: on average _____ per day for _____
     years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing
tobacco/snuff
     a. Amount smoked or used: on average _____ per day for _____ years.

_____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer,
wine, whiskey, etc.)?
Yes _____x_____ No _____ If *"yes,"* fill in the appropriate blank with the
number of drinks that represents your average alcohol consumption during the period
you were taking VIOXX® up to the time that you sustained the injuries alleged in the
complaint:
     __6__ drinks per week,
     __42_ drinks per month,
     __400___ drinks per year, *or*
     Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within
one (1) year before, or any time after, you first experienced your alleged VIOXX®-
related injury? Yes ____ No _x__ Don't Recall _____

   If *"yes"*, identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of
the following treatments or diagnostic procedures:

*This is all I can recall at this time. Please see medical records for more detailed
information. An authorization has been provided.*

    1. Cardiovascular surgeries, including, but not limited to, the following, and
      specify for what condition the surgery was performed: open heart/bypass
      surgery, pacemaker implantation, vascular surgery, IVC filter placement,
      carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| | | | | |
| | | | | |

    2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| | | | |

M005708135

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes x_____ No _____ Don't Recall _____ If *"yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest Xray CT scan MRI EKG |  |  |  | Chest Pain |
|  |  |  |  |  |

## VI.   DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.
   Yes _____ No __x____

B. Decedent's death certificate (if applicable). Yes _____ No _____

C. Report of autopsy of decedent (if applicable). Yes ____ No _____

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dra. Vila Llerena Martinez | Carr 172 L-7 Local 3 –Caguas, Puerto Rico |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address |
|---|---|
|  |  |

M005708136

| Dr. Jose A. Frias | Calle Jose Tous Soto-San Lorenzo, Puerto Rico 00754 |
|---|---|
|  |  |
|  |  |
|  |  |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Hosp. Industrial – Centro Medico- | Rio Piedras, Puerto Rico | March 2000 | Shoulder surgery |
| Hosp. Ryder Memorial | Humacao, Puerto Rico |  | Chest pain |
|  |  |  |  |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Hosp. Ryder – Annexo | San Lorenzo, Puerto Rico |  |  |
|  |  |  |  |
|  |  |  |  |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address | Dates of Treatment |
|---|---|---|

M005708137

| | | |
|---|---|---|
| | | |
| | | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

| Name | Address |
|---|---|
| San Luis Pharmacy | Luis Munoz Rivera St. - San Lorenzo, Puerto Rico  00754 |
| Del Pueblo Pharmacy | Luis Munoz Rivera St. - San Lorenzo, Puerto Rico  00754 |
| Grande Pharmacy | Mall - San Lorenzo, Puerto Rico  00754 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Fondo del Seguro del Estado | Caguas, P. R. |
| | |
| | |

M005708138

CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Declaro bajo pena de perjurio y bajo la ley (28 U.S.C. § 1746) que toda la información proveída en este formulario es, dentro de mi conocimiento, correcta y verdadera, que he proveído una lista de Proveedores Médicos y Otras Fuentes de información, aquí anejada, que es correcta y verdadera, dentro de mi conocimiento. Que he suplido todos los documentos bajo mi posesión, custodia o control (o mis abogados), solicitados en la sección VI de esta declaratoria, y que he suplido todas las autorizaciones anejadas a esta declaratoria.

| _____ | José E. Collazo-Serrano | Oct 11 2005 |
| Signature      (firma) | Print Name | Date (fecha) |

M00570B139

# Exhibit K

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657    FILE COPY

THIS RELATES TO:
JOHNNY E. ANDERSON et al
Vs.
MERCK & CO.,INC.

Plaintiff: Carrie T. Dixon
(name)

Civil Action No: 05-4762

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: Carrie T. Dixon

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: N/A

2. Maiden Or Other Names Used or By Which You Have Been Known: N/A

3. Address: N/A

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? N/A

5. If you were appointed as a representative by a court, state the:
Court: N/A                    Date of Appointment: N/A

6. What is your relationship to deceased or represented person or person claimed to be injured? N/A

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: N/A

1

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?   Yes __X__ No _____   If "yes,"

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? __Heart attack_____

   b. When do you claim this injury occurred? _02/02/2005_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No __X__
      If "yes," when and who diagnosed the condition at that time? _____
      _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No __X__
      If "yes," set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
      _____

D.  Are you claiming mental and/or emotional damages as a Consequence of VIOXX®?
    Yes _____ No _____
    If "yes," for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

       a.  Name and address of each person who treated you: _____
       b.  To your understanding, condition for which treated: _____
       c.  When treated: _____
       d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: __Carrie T. Dixon_____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: __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_____

D. Address: __3200 E. South Street, Long Beach, CA  90805_____

2

M001582725

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates Of Residence |
|---|---|
| 3704 Thalia Parkway, Apt. D<br>New Orleans, LA 70125 | |
| | |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: 3/15/1929

H. Sex:      Male _____      Female X _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |

J. Employment Information.

1. Current employer (if not current employed, last employer)

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

3. Are you making a wage loss claim for either your present or previous employment?
        Yes _____ No _____

If "yes," state your annual income at the time of the injury alleged in Section 1(C):
_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard?      Yes _____ No _____

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _____

3

M00159272/76

L.   Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____ No _____ If "yes," to the best of your knowledge, please state:

a. Year claim was filed: _____

b. Nature of disability: _____

c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____ No _____
If "yes," set forth when and the reason. _____
_____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?                           Yes _____ No _____.
If "yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
_____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?                           Yes _____ No _____
If "yes," set forth where, when and the felony and/or crime. _____
_____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
_____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No _____

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?

4

MDL1502727

Yes __X__ No _____ Don't Know _____ If "yes," identify each such person below and provide the information requested.

Name: Mother _____

Current Age (or Age at Death): _____

Type of Problem: Stroke _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Dr. Henry Evans _____

B. On which dates did you begin to take, and stop taking, VIOXX®?
   Start Date: 2/1/2002  Stop Date: 01/2005 _____

C. Did you take VIOXX® continuously during that period?
   Yes _____ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _____

_____

E. Did you renew your prescription for VIOXX®?
   Yes _____ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

_____

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   __X__ 25 mg Tablet (round, yellow, MRK 110)
   _____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? 2 times daily _____

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

5

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?
   Yes  X   No _____   Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it?
   Yes  X   No _____   Don't Recall _____

3. If "yes,"

   a. When did you receive that information? _____ at the time it was prescribed to me

   b. From whom did you receive it? _____

   c. What information did you receive? ___ Instruction on how often to take medication

K. What over-the-counter pain relief medications, if any, were you taking at the same time you
   were taking VIOXX®? _____
   _____


## V.   MEDICAL BACKGROUND

A. Height: 5' 4'

B. Current Weight: _____
   Weight at the time of the injury, illness, or disability described in Section I(C): 160

C. Smoking/Tobacco Use History: Check the answer and fill in the blanks applicable to your
   history of smoking and/or tobacco use,

   X   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   _____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   a. Date on which smoking/tobacco use ceased: _____
   b. Amount smoked or used: on average _____ per day for _____ years.

   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff
   a. Amount smoked or used: on average _____ per day for _____ years.

   _____ Smoked different amounts at different times.

6

M00158272 9

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No _____ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,
_____ drinks per month,
_____ drinks per year, or
Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury? Yes _____ No _____ Don't Recall _____

If "yes", identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

  1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Angioplasty | | 02/02/2005 | | Oschner Foundation 1514 Jefferson Hwy. New Orleans, LA 70121 |
| | | | | |

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

  2. Treatments/interventions for heart attack; angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| | | | |
| | | | |

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

7

M001562730

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?

Yes _____ No _____ Don't Recall _____   If "yes," answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | | | | |
| | | | | |

\* This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.

## VI.   DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No __X__

B. Decedent's death certificate (if applicable). Yes _____ No __N/A__

C. Report of autopsy of decedent (if applicable). Yes _____ No __N/A__

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| | |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Henry Evans | 2500 Louisiana Ave. New Orleans, LA 70115 504.899.3686 | |
| | | |
| | | |

8

MRK-ABH0315421

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Oschner Foundation | 1514 Jefferson Hwy New Orleans, LA 70121 | 02/02/2005 | Heart attack |
|  |  |  |  |
|  |  |  |  |

* *This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* *This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Dr. Henry Evans | 2500 Louisiana Ave. New Orleans, LA 70115 504.899.3686 |  |
|  |  |  |
|  |  |  |

* *This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Louisiana Avenue Pharmacy | 2500 Louisiana Ave. New Orleans, LA 70115 504.899.3686 |
| Walgreens | 4400 S. Claiborne Street New Orleans, LA 70125 504.891.0976 |
| Walgreens | Carrollton Street New Orleans, LA 70125 |

9

*This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|  |  |
|  |  |
|  |  |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|  |  |
|  |  |
|  |  |

10

M00158Z733

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____          _____          _____
Signature                        Print Name                       Date

11

MNJ1730127-H

# Exhibit L

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-6799

Wilfred P. Coronato
Resident Partner

May 11, 2006

## VIA TELECOPY AND MAIL

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, Texas 77002

       Re:     **In Re Vioxx® Products Liability Litigation**

Dear Mr. Matthews:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *Sheila McCoy* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg
cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

M0DGB19770

```
** TX STATUS REPORT **              AS OF  MAY 11 2006 15:51   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME     TO/FROM    MODE   MIN/SEC   PGS   JOB#  STATUS
  12  05/11 15:50    713 225 0827 EC—S  00'33"   002   099   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-5210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** David P. Matthews, Esq.                **DATE:** May 11, 2006

**FIRM:** Abraham, Watkins, Nichols, Sorrels,   **FAX NO:** 713-225-0827
Matthews & Friend

**CITY:** Houston                              **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.                 **TEL NO:** 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1032923_1.DOC

M006B19771