# Exhibit M

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799.

Wilfred P. Coronato
Resident Partner

May 8, 2006

## VIA TELECOPY AND MAIL

Jason C. Webster, Esq.
Abraham, Watkins, Nichols, Sorrels,
Matthews & Friend
800 Commerce Street
Houston, Texas 77002-1776

Re:       In re Vioxx® Products Liability Litigation

Dear Mr. Webster:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Ann L. Ramsey is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the aforementioned PPF within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr
cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

M005B19761

**\*\* TX STATUS REPORT \*\***   AS OF   MAY 08 2006 17:29   PAGE.01

HUGHES HUBBARD

| 10 | DATE TIME 05/08 17:28 | TO/FROM 713 225 0827 | MODE EC--S | MIN/SEC 01'15" | PGS 005 | JOB# 191 | STATUS OK |
|----|-----------------------|----------------------|------------|----------------|---------|----------|-----------|

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos | 201-536-9220 | May 8, 2006 |

| TO | Firm/City | Fax No. | Tel No. |
|----|-----------|---------|---------|
| Jason C. Webster, Esq. | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | 713-225-0827 | |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 | |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar, LLP | 850-837-8178 | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1049375_1.DOC

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

July 7, 2006

## VIA TELECOPY AND MAIL

David P. Matthews, Esq.
Abraham, Watkins, Nichols,
Sorrels, Matthews & Friend
800 Commerce Street
Houston, TX 77022

Re:     In Re Vioxx® Products Liability Litigation

Dear Mr. Matthews:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *Michael J. LaFavers, Larry V. Hanes, Alethea D. Bordelon, Ernestine Collins, Dallas W. Bowling, Evelyn Forcell, Robert K. Ford, Frances I. Gregory, Juanita M. Haywood, Leroy Lumpkin, Jr., and Shanita R. Johnson* are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/mm

cc: Russ M. Herman, Esq.
1067494_1.DOC

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-1442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
** TX STATUS REPORT **              AS OF   JUL 07 2006 14:02   PAGE.01

                                              HUGHES HUBBARD

      DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
  01  07/07 14:02    713 225 0827 EC--S   00'35"   002    067    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO:  David P. Matthews, Esq.          DATE:   July 7, 2006

FIRM:   Abraham, Watkins, Nichols, Sorrels,   FAX NO:   713-225-0827
        Matthews & Friend

CITY:   Houston                       TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM:   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1032922_1.DOC

# Exhibit O

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 12, 2006

**VIA TELECOPY (713-225-0827) AND MAIL**
David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, Texas 77002

Re:    In Re Vioxx® Products Liability Litigation

Dear Mr. Matthews:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for *Rosa Otero Soto* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/lmd
cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-7771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

** TX STATUS REPORT **          AS OF  MAY 12 2006 16:34   PAGE.01

                                        HUGHES HUBBARD

        . DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     09  05/12 16:34      713 225 0827 EC--S  00'32"   002   151   OK

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO:   David P. Matthews, Esq.          DATE:   May 12, 2006

FIRM:   Abraham Watkins Nichols        FAX NO:   713-225-0827

CITY:                                  TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM:   John N. Poulos, Esq.           TEL NO:   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1035393_1.DOC

M006359791

# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 20, 2006

**VIA TELECOPY AND MAIL**

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, Texas 77002

　　　　　Re:　　**In re Vioxx® Products Liability Litigation**

Dear Mr. Matthews:

　　　　　We are writing to inform you that the Plaintiff Profile Form ("PPF") for *Teresa Oquendo Rivera* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses within twenty (20) days.

　　　　　Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　　Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

/s/ John N. Poulos
John N. Poulos

JNP/dlm

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
1062949_(3)) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3239-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

MDG6B3929262

```
** TX STATUS REPORT **          AS OF   JUN 20 2006 11:21   PAGE.01

                                            HUGHES HUBBARD


      DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
  24  06/20 11:20   713 225 0827 EC--S   00'33"   002   110   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| TO: | David F. Matthews, Esq. | DATE: | June 20, 2006 |
|-----|-------------------------|-------|---------------|
| FIRM: | Abraham Watkins Nichols, Sorrels, Matthews & Friend | FAX NO: | 713-225-0827 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| FROM: | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1035391_1.DOC

MODB339263

# Exhibit Q

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 20, 2006

**VIA TELECOPY AND MAIL**

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, Texas 77002

Re:     **In re Vioxx® Products Liability Litigation**

Dear Mr. Matthews:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for *Maria M. Rosario Rivera* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

/s/ John N. Poulos
John N. Poulos

JNP/dlm

cc: Russ M. Herman, Esq.

One Battery Park Plaza       47, Avenue Georges Mandel       350 South Grand Avenue       201 South Biscayne Boulevard       Akasaka Tokyu Building 6F       1775 I Street, N.W.
New York, New York       75116 Paris, France       Los Angeles, California       Miami, Florida       2-14-3 Nagata-cho, Chiyoda-ku       Washington, D.C.
10004-1482       1062945_(33) (1) 44.05.80.00       90071-3442       33131-4332       Tokyo 100-0014 Japan       20006-2401
212-837-6000       213-613-2800       305-358-1666       (81) (3) 3539-2771       202-721-4600

M005083604

*** TX STATUS REPORT ***          AS OF   JUN 20 2006 11:43   PAGE.01

HUGHES HUBBARD

| | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | JOBH | STATUS |
|---|---|---|---|---|---|---|---|
| 03 | 06/20 11:43 | 713 225 0827 EC--S | | 00'33" | 002 | 120 | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| TO: | David P. Matthews, Esq. | DATE: | June 20, 2006 |
|---|---|---|---|
| FIRM: | Abraham Watkins Nichols, Sorrels, Matthews & Friend | FAX NO: | 713-225-0827 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| FROM: | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |
|---|---|---|---|

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1035391_1.DOC

M005083605

# Exhibit R

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 19, 2006

**VIA TELECOPY AND MAIL**

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, Texas 77002

Re:    _In Re Vioxx® Products Liability Litigation_

Dear Mr. Matthews:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for _Gilberto Candelario Figueroa_ is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.
1059759_1.DOC

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-7771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
** TX STATUS REPORT **          AS OF   JUN 19 2006 11:58   PAGE.01

                                                HUGHES HUBBARD


    DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
 26 06/19 11:57   713 225 0827 EC--S   00'33"   002   255   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

1o1 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | David P. Matthews, Esq. | **DATE:** | June 19, 2006 |
| **FIRM:** | Abraham Watkins Nichols, Sorrels, Matthews & Friend | **FAX NO:** | 713-225-0827 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1035391_1

MDL00792976

# Exhibit S

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 12, 2006

**VIA FACSIMILE & U.S. MAIL**

Davis P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels,
Matthews & Friend
800 Commerce Street
Houston, Texas 77002-1776

Re:    **In re Vioxx® Products Liability Litigation**

Dear Mr. Matthews:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Pedro Castillo Torres is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/mjh
cc:    Russ M. Herman, Esq.

| | | | | | |
|---|---|---|---|---|---|
| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

M006B19758

```
** TX STATUS REPORT **              AS OF   MAY 12 2006 16:37   PAGE.01

                                            HUGHES HUBBARD

      DATE  TIME    TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
  11  05/12 16:36   713 225 0827 EC--5  00'33"    002   153    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO: David P. Matthews, Esq.            DATE: May 12, 2006

FIRM: Abraham Watkins Nichols          FAX NO: 713-225-0827

CITY:                                  TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM: John N. Poulos, Esq.            TEL NO:  201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1035391_1.DOC

MDL0619799

# Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 17, 2006

**VIA TELECOPY AND MAIL**

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels,
    Matthews & Friend
800 Commerce Street
Houston, TX 77022

      Re:    **In Re Vioxx® Products Liability Litigation**

Dear Mr. Matthews:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for *Jose E. Collazo Serrano* is grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the aforementioned within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

              Very truly yours,
              HUGHES HUBBARD & REED LLP

              John N. Poulos

JNP/mm
cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3239-7771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

MDL0SB197787

```
** TX STATUS REPORT **                  AS OF   MAY 17 2006 17:03    PAGE.01

                                                    HUGHES HUBBARD


      DATE  TIME        TO/FROM       MODE    MIN/SEC    PGS    JOB#  STATUS
  20  05/17 17:02       713 225 0827 EC--S    00'33"     002    060   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | David P. Matthews, Esq. | **DATE:** | May 17, 2006 |
| **FIRM:** | Abraham Watkins Nichols, Sorrels, Matthews & Friend | **FAX NO:** | 713-225-0827 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1035391_1.DOC

M00GB19788

# Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

March 31, 2006

**VIA TELECOPY AND MAIL**

Jason C. Webster, Esq.
Abraham, Watkins, Nichols, Sorrels,
  Matthews & Friend
800 Commerce Street
Houston, Texas 77002-1776

Re:     In re Vioxx® Products Liability Litigation

Dear Mr. Webster:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for Kenneth Burnett, Edmond Comeaux, Barbara A. Davis, Marilyn E. Deraps, and Carrie T. Dixon are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the aforementioned within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*John N. Poulos*

John N. Poulos

JNP/zcr
cc: Russ M. Herman, Esq.

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
|---|---|---|---|---|---|
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

```
** TX STATUS REPORT **            AS OF.  MAR 31 2006 14:19   PAGE.01

                                          HUGHES HUBBARD

      DATE  TIME     TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
  05  03/31 14:19   713 225 0827 EC--S  00'34"   002   058   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Jason C. Webster, Esq. | **DATE:** | March 31, 2006 |
| **FIRM:** | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | **FAX NO:** | (713) 225-0827 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.    TEL NO:  201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1035313_1.DOC