IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY McMURTRY | |
| v. | CIVIL ACTION NO. 06-5807 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657<br>SECTION: L |
| This Document Relates to:<br>SHIRLEY McMURTRY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On  October 6th , 2006, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint and ORDERS that Plaintiff have leave to file Plaintiff's First Amended Complaint.

SIGNED on  October 6th , 2006.

*[signature: Eldon E. Fallon]*
U.S DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

*[signature]*
Russell W. Endsley
Attorney for Plaintiffs