# HISTORY AND PHYSICAL — DOUGLAS VOGELER, M.D.

Name: Charles L. Mason
Address: 4124 S. 4580 W.
Phone (Home): 801-969-7558
(Work): 801-972-4057
SS#: 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
Date: 1-27-94
Occupation: Collection Mgr
Birth Date: 12-12-41

Chief complaint:

### DRUG ALLERGIES
None Known

### CURRENT MEDS

### FAMILY HISTORY

| | Father | Mother | Father's Parents | Mother's Parents | Siblings | Children |
|---|---|---|---|---|---|---|
| Heart disease | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| High blood pressure | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Stroke | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Cancer | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Glaucoma | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Diabetes | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Epilepsy/Convulsions | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Bleeding disorder | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Kidney disease | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Thyroid disease | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Mental illness | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### HOSPITALIZATION OR SURGERY

| Date | Reason | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### MEDICAL HISTORY
Mark ☒ for current problems. Tick ☑ box and indicate age when you had any of following symptoms or diseases.

**MAIN PROBLEMS (1)**
- ☐ Decreased Hearing
- ☐ Ringing in ear
- ☐ Ear infections - frequent
- ☐ Dizzy Spells
- ☐ Failing Vision
- ☐ Double or Blurred Vision
- ☐ Eye Pain
- ☐ Eye infections - frequent
- ☐ Nose Bleeds - recurrent
- ☐ Sinus Trouble
- ☐ Sore Throats - frequent
- ☑ Hayfever / Allergies  Last Few Yrs
- ☐ Hoarseness - prolonged
- ☐ Pneumonia / Pleurisy
- ☐ Bronchitis / Chronic Cough
- ☐ Asthma / Wheezing

Shortness of breath:
- ☐ on Exertion   ☐ Lying Flat
- ☐ Chest Pain
- ☐ High Blood Pressure
- ☑ Heart Murmur  youth
- ☐ Palpitions
- ☐ Irregular Pulse
- ☐ Swollen Ankles
- ☐ Fainting Spells

**(2)**
- ☐ Leg Pain when walking
- ☐ Varicose Veins / Phlebitis
- ☐ Loss of Appetite - recent
- ☐ Difficulty Swallowing
- ☐ Indigestion or Heartburn
- ☐ Persistent Nausea / Vomiting
- ☐ Peptic Ulcers
- ☐ Abdominal Pain - chronic
- ☐ Change in Bowel Habits - recent
- ☑ Diarrhea       ☐ Constipation
- ☐ Diverticulosis
- ☐ Bloody or Tarry Stools
- ☑ Hemorrhoids  not too bad
- ☑ Gall Bladder Trouble  12/93
- ☐ Jaundice / Hepatitis
- ☐ Hernia
- ☐ Urine infection - frequent
- ☐ Painful Urination
- ☐ Blood in Urine
- ☐ Overnight Urination - More than 2
- ☐ Control in Urination
- ☐ Decrease in Force of Urination
- ☐ Kidney Stones
- ☐ Venereal Disease
- ☐ Urethral Discharge

- ☐ Chronic Fatigue
- ☐ Weight Loss - recent
- ☐ Anemia  .  Bruises easily
- ☐ Cancer
- ☐ Diabetes
- ☐ Thyroid Disease
- ☐ Convulsions / Seizures
- ☐ Stroke
- ☐ Tremor / Hands Shaking
- ☐ Muscle Weakness
- ☐ Numbness/Tingling Sensations
- ☐ Headaches - frequent
- ☐ Arthritis / Rheumatism
- ☐ Back Pain - recurrent
- ☐ Bone Fracture / Joint injury
- ☐ Gout
- ☐ Foot Pain   ☐ Cold Numb Feet
- ☐ Rashes    ☐ Hives
- ☐ Psoriasis   ☐ Eczema
- ☐ Sleeping - difficulty
- ☐ Nervousness  ☐ Depression
- ☐ Memory Loss
- ☐ Moodiness - excessive
- ☐ Phobias
- ☐ Mental Illness

**(3)**
- ☐ Chicken Pox   ☐ Polio
- ☐ Measles      ☐ Germ Measles
- ☐ Rheumatic    ☐ Scarlet Fever
- ☐ Mumps       ☐ Tuberculosis
- ☐ Alcohol _____ oz per week
- ☐ Smoking _____ cig. per day

Females - Menstrual History
Age of onset ___ ☐ Reg ☐ Irreg
Flow ☐ Heavy ☐ Mod ☐ Light
☐ Pain / Cramps with Mens. Flow
_____ Days of Flow
_____ Length of Cycle
☐ Pain / Bleeding After Sex
No. of Pregnancies _____
No. of Live Births _____
No. of Miscarriages _____
Birth Control Method _____
  B.C. Pill (name) _____
☐ Flushing / Menopause
Other Symptoms or Diseases
☐ _____
☐ _____
☐ _____

**SYNOPSIS:** recent flu + GE / pleurisy  was having chest tightness + pain but clearing — meds) had effusion tapped off @ knee — was hurting w/ pain all R.U.Q. pain + until @ shoulder — had low over years

## PHYSICAL EXAM

| | | | |
|---|---|---|---|
| Temp. | Pulse | | BP 124/68 |
| Ht. 5'9" | Weight 210 | | Respiration |

GENERAL APPEARANCE: 52 yo WM mildly obese WD

### NOTES

| | N | AB | |
|---|---|---|---|
| Skin | ✓ | | |
| HEENT | ✓ | | |
| Neck | ✓ | | |
| Thyroid | ✓ | | |
| Lymph nodes | ✓ | | |
| Veins/Carotid | ✓ | | |
| Breasts | ✓ | | |
| Lungs | | | clear P+A |
| Heart | ✓ | | S1 S2 nl S(4), G, RR |
| Peripheral pulses | | | |
| Abdomen | ✓ | | soft obese s̄ P L S M |
| Genital/Hernia | ✓ | | |
| Pelvic | | | Ext. Gen.   Vagina   Cx.   Ut.   Adn. |
| Rectal / Prostate | ✓ | | |
| Extremities | ✓ | | |
| Joints | ✓ | | |
| Edema | ✓ | | |
| Spine | | | |
| Neurological | ✓ | | |

### LAB

| | | |
|---|---|---|
| ECG | R'g waves in AVF   wnl | URINE   PROT   GLU   RBC'S   WBC'S  0-2 MICRO |
| CHEST X RAY | | STOOL OB   pending |
| CHEMISTRY | wnl  ↓ chol | |

### ASSESSMENT

1) WAC
2) chest/abd RUQ pain R/O gall stones
3) ment mrs/planning
4) psn DJD mild (R) knee

### PLAN:

→ flex sig mrns
→ 6 BUS
→ medicine
→ admit prn

MasonC-VogelerDDr-    00004

## PROGRESS NOTES

Name: Charles Mason
Doctor: Age 48

| DATE | | SIGNATURE |
|---|---|---|
| OCT 29 1990 | HT 5'10" WT 190 BP 102/86 | |
| | see form | |
| 11-5-90 | guiac x 3 (-) | M |
| JAN 17 1994 | CC: Cough (Dry) Sinus Cong, ST Diarrhea x1 mth → chest tightness | |
| | o Ms dm | cipro 500 |
| | tender max | mtx |
| | throat pnk | |
| | abd soft ō PCS tender dup epig | |
| | wnl / flex    GE | |
| | p: cipro 500 x 10d | |
| | mtx LA | |
| | zantac 150 bid | M |
| JAN 2 1994 | Pre Phys | |
| 2-1-94 | Phys | |
| 2-7-94 | guiac x 3 (-)  see form | M |
| MAY 27 1994 | CC: Gas Pain, Diarrhea x 10 mos | |
| | gets upper abd bloating if drinks → no blood | |
| | comes on c excercise too more than | |
| | worse c diet soft drinks or spicy food | |
| | o/w minimal explosive diarrhea | |
| | ? Hx GB polyps ? giardia | metro |
| | other | |
| | p: metro 250 tid x 7d | |
| | if persists or sx worse | M |