DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

William Jeffries, et al.,                    )
                                             )     CASE NO. 1:05 CV 2547
                    Plaintiff(s),            )
                                             )
            v.                               )     O R D E R
                                             )
Merck & Co., Inc., et al.,                   )
                                             )
                    Defendant(s).            )
                                             )

     Before the Court is the motion of defendants Massillon Community Hospital, Lokendra

B. Sahgal, M.D., and Rudy P. Zarate, M.D. for an immediate ruling on certain jurisdictional

matters prior to any transfer by the MDL Panel. See Doc. No. 9. By Order dated December 1,

2005, this Court did lift the stay for the sole purpose of considering this motion. The Court

directed the parties to respond to the motion by December 8, 2005. Responses have been filed

by Merck & Co., Inc. (Doc. Nos. 11 and 12).[1]

     The Court finds convincing Merck's argument that this jurisdictional matter should be

left for decision by the MDL Panel. Accordingly, the stay order is reasserted and the instant

motion is denied without prejudice to renewal before the MDL Panel.

     IT IS SO ORDERED.

  December 9, 2005                  s/ David D. Dowd, Jr.
Date                                David D. Dowd, Jr.
                                  U.S. District Judge

---

    [1] The memorandum contained in Doc. No. 12 is a duplicate of Doc. No. 11. Doc. No. 12
also includes several attachments which were not included in Doc. No. 11.

