UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG.JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | * | |
| | * | Case No. 2:06-cv-00680 |
| Anthony J. Pontrelli, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| Merck & Co., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO SUBSTITUTE COUNSEL

(SUBSTITUTION OF ATTORNEY)

NOW INTO COURT, through undersigned counsel comes Plaintiff, Anthony J. Pontrelli, by and for himself alone, who requests that he be permitted to substitute Robinson, Calcagnie & Robinson, as his counsel of record in place of the firm of Curcio Law Office.

Dated: October 11, 2006

_____
David M. Hundley
Curcio Law Office
161 N. Clark Street, Suite 2550
Chicago, IL 60601
312-321-1111
Attorney for Plaintiff
Anthony J. Pontrelli

and

Dated: October 11, 2006

*Mark P. Robinson, Jr.*
_____
MARK P. ROBINSON, JR.
Carlos A. Prietto, III
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288/ Fax: (949) 720-1292

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | | * * | Case No. 2:06-cv-00680 |
| Anthony J. Pontrelli, | | * * | |
| | Plaintiff, | * * | |
| vs. | | * * | |
| Merck & Co., et al., | | * * | |
| | Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S CONSENT TO

## SUBSTITUTION OF COUNSEL

NOW INTO COURT, comes Plaintiff, Anthony J. Pontrelli, by and for himself alone, hereby consents to the substitution of his counsel herein and requests that the Court approve the substitution of Robinson, Calcagnie & Robinson, 620 Newport Center Drive, Suite 700, Newport Beach, California 92660, telephone number (949) 720-1288, as attorney of record in the place and stead of the firm of Curcio Law Office, 161 N. Clark Street, Suite 2550, Chicago, IL 60601, 312-321-1111.

Plaintiff, ANTHONY J. PONTRELLI, hereby authorizes the following substitution of attorney with respect to the above-referenced matter:

**Former Counsel:**

David M. Hundley
Curcio Law Office
161 N. Clark Street, Suite 2550
Chicago, Illinois 60601
Telephone: 312-321-1111

**New Counsel:**

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Fl
Newport Beach, CA 92660
Telephone:   949-720-1288
Facsimile:   949-720-1292

I, ANTHONY J. PONTRELLI, hereby authorize this substitution of counsel.

Dated:  7-17 , 2006

_____
ANTHONY J. PONTRELLI

I, MARK P. ROBINSON, JR., hereby accept this substitution of counsel.

Dated:  8-25 , 2006

_____
MARK P. ROBINSON, JR.

I, DAVID M. HUNDLEY, hereby consent to this substitution of counsel.

Dated:  6/24 , 2006

By: _____
DAVID M. HUNDLEY

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO:<br><br>Anthony J. Pontrelli, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>Merck & Co., et al.,<br><br>Defendants. | * * * * * * * * * * * * | Case No. 2:06-cv-00680 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby GRANTED, and Robinson, Calcagnie & Robinson is substituted as counsel of record for plaintiff in this matter for the firm of Curcio Law Office.

**IT IS SO ORDERED** this ____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on October 11, 2006, a copy of the foregoing Joint Motion to Substitute Counsel was mailed to:

<u>Defendants' Liaison Counsel</u>
Phillip A. Wittman
Dorothy H. Wimberly
Carmelite M. Bertaut
**Stone Pigman Walther Wittman, L.L.C.**
546 Carondelet Street
New Orleans, LA 70130

<u>Plaintiffs' Liaison Counsel</u>
Russ M. Herman
Leonard A. Davis
Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
3411 Richmond Ave., Suite 460
Houston, TX 77046

and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8.

*/s/ Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.