IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL DOCKET 1657 |
| | ) | CIVIL ACTION NO. 05-2308 |
| PRODUCTS LIABILITY LITIGATION | ) | Judge Fallon |
| | ) | |
| This document relates to: | ) | Magistrate Judge Knowles |
| | ) | |
| MARIA E. QUINN, ESQ. as | ) | **STIPULATION OF** |
| Administrator of the Estate of | ) | **DISMISSAL** |
| ANNETTE M. ZEMAN, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular

- 1 -

plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

_/s/ Mark A. DiCello_

Mark A. DiCello
The DiCello Firm
7556 Mentor Avenue
Mentor, Ohio  44060-5418
Telephone:    (440) 953-8888
Facsimile:    (440) 953-9138
Attorneys for Plaintiffs

_/s/ Dorothy H. Wimberly_

Phillip A. Whittman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittman L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:    (504) 581-3200
Facsimile:    (504) 581-3361
Defendant's Liaison Counsel


John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:    (405) 235-9621
Facsimile:    (405) 235-0439
Counsel for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or hand delivery and e-mail and e-mail and upon all parties electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 11th day of October, 2006.

_____
Mark A. DiCello