UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 05-2308 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| MARIA E. QUINN, ESQ., as Administrator of the Estate of ANNETTE M. ZEMAN, Deceased | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal Without Prejudice filed herein,

IT IS ORDERED that the above-styled lawsuit be and it hereby is dismissed without prejudice, subject to the terms and conditions set forth in said stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1