## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | ) | **MDL DOCKET 1657** |
| | ) | **Civil Action NO. 05-03578** |
| **PRODUCTS LIABILITY LITIGATION** | ) | **Judge Fallon** |
| | ) | |
| **This document relates to:** | ) | **Magistrate Judge Knowles** |
| | ) | |
| **VIRGINIA BLOOMBERG, et al.,** | ) | **STIPULATION OF** |
| | ) | **DISMISSAL** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the following individuals, subject to the following conditions:

1.      Plaintiffs agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.      Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though

Plaintiffs have been a party and have had an opportunity to participate in that discovery.

| | | | |
|---|---|---|---|
| 1. | Dennis and Janice Alexander | 2. | Stanton and Vicky Barnes |
| 2. | Clara Bartson | 4. | Virginia Bloomberg |
| 5. | Charles (Sr.) and Paula Boling | 6. | Linda and Daniel V. Brubaker |
| 7. | Steven and Alice Brumbaugh | 8. | Mary Ann and Evert Calvert |
| 9. | Dale and Sue Carroll | 10. | Estella Chevarria |
| 11. | Douglas and Bernadine Clark | 12. | Sharon and Raymond Claus |
| 13. | Dennis Cook | 14. | Ewaldean and Charles J. Cooper |
| 15. | Leland and Irene Delamater | 16. | Anthony and Ophelia Durso |
| 17. | Brenda and Joseph C. Edwards | 18. | Arthur and Eloise Evans |
| 19. | William and Diane Fleming | 20. | Devera Fortuna |
| 21. | Frank (Jr.) and Ruth Fox | 22. | Tina Fulk |
| 23. | Tamara Hackenburg | 24. | Joanne Harber |
| 25. | Wesley Harris | 26. | Geraldine & Edward K. Hauenstein |
| 27. | Jeremiah Herlihy | 28. | Gary and Sue Hollingsworth |
| 29. | Jim Jehle | 30. | Tom Keating |
| 31. | John Kellet | 32. | M. Jean & Edward S. LeRoy |
| 33. | John Linton | 34. | Josephine Linton |
| 35. | Robert & Katherine Lorenson | 36. | Donald & Irene Mautz |
| 37. | Willie McCarty | 38. | David & Linda McKeever |
| 39. | Dorothy & Charles H. Meek | 40. | Nancy & Delner Mullins |
| 41. | Alan & Barbara Murray | 42. | Richard & Carole Noftz |

| 43. | Bonnie Norman | 44. | Art Ochs |
| 45. | Linda & James Patterson | 46. | Harold & Patricia Payne |
| 47. | John Ragon | 48. | Donna & Paul Michael Reimer |
| 49. | Max Rhonehouse | 50. | Rickey & Tracey Ring |
| 51. | Ray Salazar | 52. | Carl Smiddy |
| 53. | Laura Smith | 54. | Ron Schwartz |
| 55. | Randall & Christine Smith | 56. | George & Marie Spier |
| 57. | Marla and Willis Staib | 58. | William & Betty J. Stange |
| 59. | Lorraine and James Stiefel | 60. | Luvada Stovall |
| 61. | James and Debbie Sullivan | 62. | Bonnie & Michael VanWormer |
| 63. | Julie Webster-Smith | 64. | Judith Weglicki |
| 65. | Mary Wierzba | 66. | Hubert Young |
| 67. | Verda Young | 68. | Ruth Holthe |

Plaintiffs agree to the above-stated conditions and wish to dismiss the instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims.

Mark A. DiCello
The DiCello Firm
7556 Mentor Avenue
Mentor, Ohio  44060-5418
Telephone:     (440) 953-8888
Facsimile:      (440) 953-9138
Attorneys for Plaintiffs

Phillip A. Whittman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittman L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:     (504) 581-3200
Facsimile:      (504) 581-3361
Defendant's Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:     (405) 235-9621
Facsimile:      (405) 235-0439
Counsel for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or hand delivery and e-mail and e-mail and upon all parties electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 11th day of October, 2006.

Mark A. DiCello