832782v.1

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 05-2578 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| VIRGINIA BLOOMBERG, et al. | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal Without Prejudice filed herein,

IT IS ORDERED that all claims of the following individuals be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

| | |
|---|---|
| Dennis and Janice Alexander | Stanton and Vicky Barnes |
| Clara Bartson | Virginia Bloomberg |
| Charles (Sr.) and Paula Boling | Linda and Daniel V. Brubaker |
| Steven and Alice Brumbaugh | Mary Ann and Evert Clavert |
| Dale and Sue Carroll | Estella Chevarria |
| Douglas and Bernadine Clark | Sharon and Raymond Claus |

832782v.1

| | |
|---|---|
| Dennis Cook | Ewaldean and Charles J. Cooper |
| Leland and Irene Delamater | Anthony and Ophelia Durso |
| Brenda and Joseph C. Edwards | Arthur and Eloise Evans |
| William and Diane Fleming | Devera Fortuna |
| Frank (Jr.) and Ruth Fox | Tina Fulk |
| Tamara Hackenburg | Joanne Harber |
| Wesley Harris | Geraldine and Edward K. Hauenstein |
| Jeremiah Herlihy | Gary and Sue Hollingsworth |
| Jim Jehle | Tom Keating |
| John Kellet | M. Jean and Edward S. LeRoy |
| John Linton | Joesphine Linton |
| Robert and Katherine Lorenson | Donald and Irene Mautz |
| Willie McCarty | David and Linda McKeever |
| Dorothy and Charles H. Meek | Nancy and Delner Mullins |
| Alan and Barbara Murray | Richard and Carole Noftz |
| Bonnie Norman | Art Ochs |
| Linda and James Patterson | Harold and Patricia Payne |
| John Ragon | Donna and Paul Michael Reimer |
| Max Rhonehouse | Rickey and Tracey Ring |
| Ray Salazar | Carl Smiddy |
| Laura Smith | Ron Schwartz |
| Randall and Christine Smith | George and Marie Spier |
| Marla and Willis Staib | William and Betty J. Stange |

832782v.1

832782v.1

| | |
|---|---|
| Lorraine and James Stiefel | Luvada Stovall |
| James and Debbie Sullivan | Bonnie and Michael VanWormer |
| Julie Webster-Smith | Judith Weglicki |
| Mary Wierzba | Hubert Young |
| Verda Young | Ruth Holthe |

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1