UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   VIOXX   PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1657   SECTION: L(3)   JUDGE FALLON   MAG.JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO:   Anthony J. Pontrelli,   Plaintiff,   vs.   Merck & Co., et al.,   Defendants. | * * * * * * * * * * * * | Case No. 2:06-cv-00680 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION TO SUBSTITUTE COUNSEL

(SUBSTITUTION OF ATTORNEY)

NOW INTO COURT, through undersigned counsel comes Plaintiff, Anthony J. Pontrelli, by and for himself alone, who requests that he be permitted to substitute Robinson, Calcagnie & Robinson, as his counsel of record in place of the firm of Curcio Law Office.

Dated: October 11, 2006

_____
David M. Hundley
Curcio Law Office
161 N. Clark Street, Suite 2550
Chicago, IL 60601
312-321-1111
Attorney for Plaintiff
Anthony J. Pontrelli

and

Dated: October 11, 2006

*Mark P. Robinson, Jr.*
_____
MARK P. ROBINSON, JR.
Carlos A. Prietto, III
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288/ Fax: (949) 720-1292

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1657 SECTION: L(3) JUDGE FALLON MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: Anthony J. Pontrelli, Plaintiff, vs. Merck & Co., et al., Defendants. | * * * * * * * * * * | Case No. 2:06-cv-00680 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S CONSENT TO SUBSTITUTION OF COUNSEL

NOW INTO COURT, comes Plaintiff, Anthony J. Pontrelli, by and for himself alone, hereby consents to the substitution of his counsel herein and requests that the Court approve the substitution of Robinson, Calcagnie & Robinson, 620 Newport Center Drive, Suite 700, Newport Beach, California 92660, telephone number (949) 720-1288, as attorney of record in the place and stead of the firm of Curcio Law Office, 161 N. Clark Street, Suite 2550, Chicago, IL 60601, 312-321-1111.

Plaintiff, ANTHONY J. PONTRELLI, hereby authorizes the following substitution of attorney with respect to the above-referenced matter:

| **Former Counsel:** | **New Counsel:** |
|---|---|
| David M. Hundley<br>Curcio Law Office<br>161 N. Clark Street, Suite 2550<br>Chicago, Illinois 60601<br>Telephone: 312-321-1111 | Mark P. Robinson, Jr.<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 Newport Center Drive, 7th Fl<br>Newport Beach, CA 92660<br>Telephone: 949-720-1288<br>Facsimile: 949-720-1292 |

I, ANTHONY J. PONTRELLI, hereby authorize this substitution of counsel.

Dated: 7-17, 2006

_____
ANTHONY J. PONTRELLI

I, MARK P. ROBINSON, JR., hereby accept this substitution of counsel.

Dated: 8-25, 2006

_____
MARK P. ROBINSON, JR.

I, DAVID M. HUNDLEY, hereby consent to this substitution of counsel.

Dated: 6/24, 2006

By: _____
DAVID M. HUNDLEY

2