UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | VIOXX | * | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION | * | |
| | | * | SECTION: L(3) |
| | | * | |
| | | * | JUDGE FALLON |
| | | * | MAG.JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | | * | |
| | | * | Case No. 2:06-cv-2970 |
| Gary Magratten, | | * | |
| | Plaintiff, | * | |
| vs. | | * | |
| Merck & Co., et al., | | * | |
| | Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO SUBSTITUTE COUNSEL**

(SUBSTITUTION OF ATTORNEY)

NOW INTO COURT, through undersigned counsel comes Plaintiff, Gary Magratten, by and for himself alone, who requests that he be permitted to substitute Robinson, Calcagnie & Robinson, as his counsel of record in place of himself in pro per pursuant to the attached consent.

Dated: October 11, 2006

_/s/ Mark P. Robinson, Jr._
MARK P. ROBINSON, JR.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288/
Facsimile: (949) 720-1292

Plaintiff, GARY MAGRATTEN, hereby authorizes the following substitution of attorney with respect to the above-referenced matter:

| **Former Counsel:** | **New Counsel:** |
|---|---|
| GARY MAGRATTEN<br>26901 Ridge Road<br>Willits, CA 95490<br>(707) 459-1435 telephone<br>(707) 459-9298 Fax<br><br>Attorney in Pro Per | Mark P. Robinson, Jr.<br>ROBINSON, CALCAGNIE &<br>ROBINSON<br>620 Newport Center Drive, 7th Fl<br>Newport Beach, CA 92660<br>Telephone: 949-720-1288<br>Fax: 949-720-1292 |

I, GARY MAGRATTEN, hereby authorize this substitution of counsel.

Dated: September 28, 2006

*/s/ Gary Magratten*
GARY MAGRATTEN

I, MARK P. ROBINSON, JR., hereby accept this substitution of counsel.

Dated: September 28, 2006

_____
MARK P. ROBINSON, JR.

I, GARY MAGRATTEN, hereby consent to this substitution of counsel.

Dated: September 28, 2006

By: */s/ Gary Magratten*
GARY MAGRATTEN, in pro per

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO:<br><br>Gary Magratten,<br><br>    Plaintiff,<br><br>vs.<br><br>Merck & Co., et al.,<br><br>    Defendants. | * * * * * * * * * * * * | Case No. 2:06-cv-2970 |

* * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF'S CONSENT TO

SUBSTITUTION OF COUNSEL

NOW INTO COURT, comes Plaintiff, Gary Magratten, by and for himself alone, hereby consents to the substitution of his counsel herein and requests that the Court approve the substitution of Robinson, Calcagnie & Robinson, 620 Newport Center Drive, Suite 700, Newport Beach, California 92660, telephone number (949) 720-1288, as attorney of record in the place and stead of himself in pro per.