UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL No. 1657 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO *Doris Crenshaw v. Merck & Co., Inc.*, No. 2:06-cv-02085-EEF-DEK, previously filed as 4:05-cv-01669 E.D. Mo. | * <br> * <br> * <br> * | <br><br> Judge Fallon <br> Magistrate Judge Knowles |

*****************************************************

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Doris Crenshaw ("Plaintiff") and Defendant SEM Enterprises, Inc. d/b/a The Medicine Shoppe ("SEM") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against SEM, subject to the following conditions:

1. Plaintiff agrees that, in the event she re-files a lawsuit against SEM that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

3433063

Nothing in this stipulation shall constitute a waiver of any rights and defenses SEM may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Doris Crenshaw in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

By: _____
Aaron K. Dickey, #6281731
GOLDENBERG HELLER ANTOGNOLI
ROWLAND SHORT & GORI, P.C.
2227 South State Route 157
Edwardsville, Illinois 62025
(618) 656-5150 Telephone
(618) 656-6230 Facsimile

Attorney for Plaintiff

By: _____
David A. Dick, #65275
B. Matthew Struble, #498813
Frank J. Smith, Jr., #502669
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000 Telephone
(314) 552-7000 Facsimile

Attorneys for Defendant SEM Enterprises, Inc.
d/b/a The Medicine Shoppe


Phillip A. Whitman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Telephone
(504) 581-3361 Facsimile

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of October, 2006.

Russ M. Herman  
Herman, Herman, Katz & Cotlar, LLP  
201 St. Charles Ave., Suite 4310  
New Orleans, LA 70170  
Email: rherman@hhkc.com  
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann  
Stone Pigman Walther Wittmann, LLC  
546 Carondelet St.  
New Orleans, LA 70130  
Email: pwittmann@stonepigman.com  
*Liaison Counsel for Defendants*

3433063

- 4 -