IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| | Section L |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARSON MASON v.<br>MERCK & CO., INC. | Magistrate Judge Knowles |

### NOTICE OF APPEARANCE OF AMY M. CARTER
### AS CO-COUNSEL FOR PLAINTIFF

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Amy M. Carter of Williams Bailey Law Firm, L.L.P. and enters an appearance in this matter for and on behalf of Plaintiff, Charles Larson Mason, as co-counsel to Edward Blizzard, Scott Nabers, Rebecca Briggs King and Holly M. Wheeler.

Dated: October 12, 2006                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Rebecca B. King
　　　　　　　　　　　　　　　　　　　　Edward Blizzard (TBN 02495000)
　　　　　　　　　　　　　　　　　　　　Scott Nabers (TBN 147692500)
　　　　　　　　　　　　　　　　　　　　Rebecca Briggs King (TBN 24027110)
　　　　　　　　　　　　　　　　　　　　Holly M. Wheeler (TBN 24006035)
　　　　　　　　　　　　　　　　　　　　BLIZZARD, MCCARTHY & NABERS, L.L.P.
　　　　　　　　　　　　　　　　　　　　440 Louisiana, Suite 1710
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　(713) 844-3750
　　　　　　　　　　　　　　　　　　　　(713) 844-3755 (fax)

　　　　　　　　　　　　　　　　　　　　Amy M. Carter (TBN 24004580)
　　　　　　　　　　　　　　　　　　　　WILLIAMS BAILEY LAW FIRM, L.L.P.
　　　　　　　　　　　　　　　　　　　　8441 Gulf Freeway, Suite 600
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77010
　　　　　　　　　　　　　　　　　　　　(713) 230-2200
　　　　　　　　　　　　　　　　　　　　(713) 643-6226 (fax)

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　**CHARLES LARSON MASON**

| | |
|---|---|
| Andy D. Birchfield, Esq.<br>P. O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555 | Christopher Seeger, Esq.<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799 |
| Leonard Davis<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA  70013<br>PH:  (504) 581-4892<br>FAX:  (504) 561-6024 | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA  70013<br>PH:  (504) 581-4892<br>FAX:  (504) 561-6024 |

**PLAINTIFFS' STEERING COMMITTEE**


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, Shayna S. Cook and Richard Krumholz by U.S. Mail, facsimile and/or e-mail; and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced, in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of day of October, 2006.

/s/ Rebecca B. King
Rebecca B. King