IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| JOHN MATTHEWS, § | |
| § | |
| Plaintiff, § | |
| And § | |
| § | |
| WISCONSIN PHYSICIANS SERVICE § | |
| INSURANCE CORPORATION, § | |
| § | |
| Involuntary Plaintiff, § | |
| § | |
| vs. § | CASE NO. 2:06-cv-05606 |
| § | |
| MERCK & CO., INC. § | MDL No. 1657 |
| § | |
| Defendant. § | |

In re: Vioxx Products Liability Litigation

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearances of Todd M. Weir and Jennifer A. Slater Carlson as additional counsel in this case for: **MERCK & CO., INC.**

Dated: October 12, 2006            Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504 / 581 3200
Fax: 504 / 581 3361

834290v.1

Defendants' Liaison Counsel

Todd M. Weir, WI SBN 101442
Jennifer A. Slater Carlson SBN 1026790
Otjen, Van Ert, Lieb & Weir, S.C.
700 N. Water Street, Suite 800
Milwaukee, WI  53202
Phone:  414 / 271 7271
Fax:  414 / 271 7272

Counsel for Merck & Co., Inc.

834290v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

834290v.1