UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, | * | MDL NO. 1657 |
| SALES PRACTICES, and | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

**************************************

THIS DOCUMENT RELATES TO:       Donna L. Painter, Individually on behalf
of Jack S. Painter, Deceased v. Merck & Co., Inc., a foreign corporation, Case No.
2:06 CV 2904

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW THE PLAINTIFF, Donna L. Painter, pursuant to Rule 15(a),

*F.R.Civ.P.*, and respectfully requests this Court for leave to amend the Complaint

previously filed in this cause by changing the identity of the Plaintiff to "Donna L.

Painter, Individually and as personal representative of the Estate of Jack S. Painter,

Deceased," and by amending the Complaint to appropriately state causes of action

against the Defendant Merck & Co., Inc., on behalf of the Estate of Jack S. Painter,

deceased, and on behalf of the survivors of Jack S. Painter entitled to recover under

Florida law, Donna L. Painter and Lauren Painter, the surviving widow and dependent

daughter, respectively.   In further support of this motion, Donna L. Painter states as

follows:

1.      This cause was originally filed in this Court on the 2nd day of June, 2006,

with Donna L. Painter, seeking a claim on her own behalf and on behalf of her deceased

husband, Jack S. Painter.  Donna L. Painter had been appointed personal representative of the Estate of Jack S. Painter, deceased, on the 17th day of June, 2004.

2.     Defendant filed an Answer to the Complaint in this cause on or about July 27, 2006.

3.     Pursuant to Florida law, the personal representative of the estate of a decedent is entitled to bring the cause of action on behalf of the deceased person and all legal heirs who are entitled to recover.

4.     Under Florida law, in addition to damages recoverable on behalf of the decedent and his estate, the surviving widow and the adult dependent daughter are also entitled to recover appropriate damages.

5.     The amended complaint filed herewith more completely and correctly sets forth the claims recoverable under Florida law as a result of the injuries caused to and death of Jack S. Painter, resulting from his ingestion of Vioxx® (Rofecoxib), and more completely and correctly sets forth the claims of the survivors, Donna S. Painter and Lauren Painter.

6.     Rule 15(a), Fed.R.Civ.P., states that leave to amend shall be freely granted when justice so requires.  Plaintiff, through her counsel, has acted timely to amend her complaint to set forth the proper identity of the Plaintiff and to bring all claims recoverable by the Personal Representative as a result of the death of Jack S. Painter, deceased.

7.     A trial date has not been set in this cause.

8.      Plaintiff's Counsel has contacted Defendant's counsel regarding this Motion to Amend and Defendant's Counsel has state that they will not oppose Plaintiff's Motion for leave to file the amended complaint.

9.      Therefore, in the interest of justice, Plaintiff respectfully requests this Honorable Court grant leave to file the amended complaint, attached hereto as Exhibit "A."

RESPECTFULLY SUBMITTED this the 12th day of October, 2006.

By:  _____
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**BENJAMIN L. LOCKLAR (LOC009)**
**Attorneys for Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
 **METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 - Fax

3

## CERTIFICATE OF CONFERENCE FOR CONSENT MOTION

Pursuant to Local Civil rule 7.431W and 7.6E, I certify that on the 12th day of October 2006,  I or someone in my office conferred with Thomas Owen, Jr., and he is unopposed to Plaintiff's Unopposed Motion For Leave to File Amended Complaint.


/s/ Benjamin L. Locklar
ANDY BIRCHFIELD, JR.
(BIR006)
BENJAMIN L. LOCKLAR
(LOC0009)
Attorneys for Plaintiff
**Beasley, Allen, Crow, Methvin,**
**Portis, & Miles, P.C.**
**234 Commerce Street**
**Montgomery, Alabama  36104**
**Telephone:    334-269-2343**
**Facsimile:      334 – 954-7555**
**Andy.Birchfield@beasleyallen.com**
**Ben.Locklar@bealseyallen.com**

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Amend has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No: 8B, and that the foregoing was electronically filed with the Clerk of  Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of October, 2006.

/s/ Benjamin L. Locklar
ANDY BIRCHFIELD, JR.
(BIR006)
BENJAMIN L. LOCKLAR
(LOC0009)
Attorneys for Plaintiff
**Beasley, Allen, Crow, Methvin,**
**Portis, & Miles, P.C.**
**234 Commerce Street**
**Montgomery, Alabama  36104**
**Telephone:    334-269-2343**
**Facsimile:      334 – 954-7555**
**Andy.Birchfield@beasleyallen.com**
**Ben.Locklar@bealseyallen.com**