UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657<br><br>SECTION L |
| DONNA L. PAINTER, Individually and as Personal Representative of the Estate of JACK S. PAINTER, Deceased | * * * * | CASE NO. 06-2904<br><br>JUDGE ELDON E. FALLON |
| Plaintiff, | * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| v. | * * | |
| MERCK & COMPANY, INC., et al., | * * | |
| Defendant. | * | |

(Related Matter: Donna L. Painter, Individually and on behalf of Jack S. Painter, Deceased v. Merck & Co., Inc., a foreign corporation, No. 06-2904)

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

THIS CAUSE comes before the Court on Plaintiff's *Unopposed Motion for Leave to File Amend Complaint*, submitted by the Plaintiff, Donna L. Painter, personal representative of the Estate of Jack S. Painter, deceased, pursuant to Rule 15(a), of the Federal Rules of Civil Procedure. Along with the *Unopposed Motion for Leave to File Amend Complaint*, the Plaintiff has submitted the proposed amended complaint.

It is hereby ORDERED that Donna L. Painter's *Unopposed Motion for Leave to File Amend Complaint* be **GRANTED**. The Clerk of the Court is directed to receive the Amended Complaint and to show it as filed.

DONE this the ___ day of _____, 2006.

_____
**ELDON E. FALLON**
UNITED STATES DISTRICT JUDGE

1