UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657 SECTION L |
| This document relates to: | * * | JUDGE ELDON E. FALLON |
| CASE NO. 06-2904 | * * | MAGISTRATE JUDGE |
| DONNA L. PAINTER, Individually and as Personal Representative of the Estate of Jack S. Painter, Deceased, | * * * * | DANIEL E. KNOWLES, III |
| Plaintiff, v. | * * * | PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |
| MERCK & CO., INC., | * * | |
| Defendant. | * | |

**FIRST AMENDED COMPLAINT**

COMES NOW the Plaintiff, Donna L. Painter, Personal Representative of the Estate of Jack S. Painter, Deceased, and amends her previously filed complaint as follows:

**Identification of Parties**

1. Plaintiff Donna L. Painter has been appointed the Personal Representative of the Estate of Jack S. Painter, Deceased, and is authorized pursuant to Florida Statute, section 768.20, to bring this wrongful death and product liability action against the Defendant. A copy of the Letters of Administration/Testamentary are attached hereto as Exhibit "B."

2. Plaintiff Donna L. Painter is bringing this action in all counts set forth in the original filed Complaint, as amended, for the benefit of Donna L. Painter, as the

1

surviving widow of Jack S. Painter; for the benefit of Lauren Painter, a surviving dependent child of Jack S. Painter; and for the benefit of the Estate of Jack S. Painter.

3. At the time of his death, Jack S. Painter had certain survivors as defined by Florida's Wrongful Death Act. The survivors include his wife, Donna L. Painter, and his daughter, Lauren Painter.

4. DONNA L. PAINTER is the surviving spouse of Jack S. Painter and, at all times material hereto, was a resident of Pinellas County, Florida. Lauren Painter is the surviving dependent child, under Florida law, of Jack S. Painter and, at all times material hereto, was a resident of Pinellas County, Florida. As a direct and proximate result of the death of Jack S. Painter and the negligence and the other actions and/or omissions of Defendant Merck as more fully set forth in the Complaint, as amended:

    a. DONNA L. PAINTER has suffered the loss of the decedent's companionship and protection and the loss of decedent's support and services, and she has suffered mental pain and suffering from the date of decedent's injury or death.

    b. LAUREN PAINTER has suffered the loss of the decedent's support and services, the loss of decedent's parental companionship, instruction, and guidance and has suffered mental pain and suffering from the date of decedent's injury or death.

    c. THE ESTATE OF JACK S. PAINTER has incurred medical or funeral expenses due to the decedent's injury or death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

6. In all other respects, the identity and location of the named parties set forth in the original Complaint shall remain unchanged.

**Damages**

7. In addition to the damages claimed and the recovery sought in the original Complaint, Donna L. Painter, as Personal Representative of the Estate of Jack S. Painter, seeks the following additional damages, pursuant to Florida law:

    a. Donna L. Painter, as the surviving spouse of Jack S. Painter, suffered the loss of support and services and endured mental pain and suffering and loss of consortium of her husband. The losses are permanent and continuing in nature.

    b. Lauren Painter, as the surviving dependent daughter of Jack S. Painter, suffered the loss of decedent's parental companionship, instruction, and guidance, and has suffered mental pain and suffering from the date of decedent's injury and death.

    c. The Estate of Jack S. Painter has incurred medical and/or funeral expenses due to the decedent's injury or death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

    d. Donna L. Painter, as Personal Representative, seeks all other damages recoverable under law and related to the death of Jack S. Painter.

8. In all other respects, Plaintiff Donna L. Painter adopts and incorporates the original complaint as if set forth fully herein.

**DEMAND FOR JURY TRIAL**

**PLAINTIFF RESTATES HER DEMAND FOR A TRIAL BY STRUCK JURY ON ALL ISSUES PRESENTED.**

Signed this 12th day of October, 2006.

By: /s/ Benjamin L. Locklar
    **ANDY D. BIRCHFIELD, JR. (BIR006)**
    **BENJAMIN L. LOCKLAR (LOC009)**
    **Attorneys for Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
 **METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing First Amended Complaint has been served on Liason Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No: 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of October, 2006.

/s/ Benjamin L. Locklar
ANDY BIRCHFIELD, JR. (BIR006)
BENJAMIN L. LOCKLAR (LOC0009)
Attorneys for Plaintiff
**Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C.**
**234 Commerce Street**
**Montgomery, Alabama  36104**
**Telephone:    334-269-2343**
**Facsimile:     334 – 954-7555**
**Andy.Birchfield@beasleyallen.com**
**Ben.Locklar@bealseyallen.com**

4