UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * ** | * | |

**THIS DOCUMENT RELATES TO:**  <u>*Webster, et al. v. Merck & Co., Inc.*</u>
<u>Civil Action No. 06-3594</u>

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a), undersigned counsel for Plaintiff notifies the Court and counsel for the Defendant of the death of Plaintiff Gerald Hutton on June 26, 2006. This pleading shall constitute a suggestion of death upon the record as required by Fed. R. Civ. P. 25(a).

Dated: October 12, 2006        Respectfully Submitted by:

<u>/s/ Regina L. L. Wells</u>
Roger C. Denton (MO 30292)
Regina L. L. Wells (MO 52473)
Schlichter, Bogard & Denton
100 S. 4th ST, Suite 900
St. Louis, MO 63102
314/621-6115 telephone
314/621-7151 facsimile
rdenton@uselaws.com
rwells@uselaws.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, on this 12th day of October, 2006.

/s/ Regina L. L. Wells