UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   <u>Webster, et al. v. Merck & Co., Inc.</u>
<u>Civil Action No. 06-3594</u>

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Felise Hutton, by and through her undersigned counsel, pursuant to Fed. R. Civ. P 25(a), and respectfully moves this Court to substitute her as Plaintiff for Gerald Hutton, Sr. in the above-referenced action. In support of her motion, Felise Hutton states as follows:

1. On or about May 12, 2006, Plaintiff Gerald Hutton commenced this against Defendant Merck & Co., Inc. ("Merck") to recover damages for the wrongful death of Gerald Hutton's wife, Marjorie Hutton, pursuant to Mo. Rev. Stat. § 537.080, which provides in pertinent part:

> 1. Whenever the death of a person results from any act, conduct, occurrence, transaction, or circumstance which, if death had not ensued, would have entitled such person to recover damages in respect thereof, the person or party who, or the corporation which, would have been liable if death had not ensued shall be liable in an action for damages, notwithstanding the death of the person injured, which damages may be sued for:
>
> (1) By the spouse or children or the surviving lineal descendants of any deceased children, natural or adopted, legitimate or

>       illegitimate, or by the father or mother of the deceased, natural or adoptive….

2. On June 26, 2006, Plaintiff Gerald Hutton, Sr. died.

3. Counsel for Plaintiff Gerald Hutton, Sr. has filed a Suggestion of Death contemporaneously herewith.

4. Felise Hutton is the only surviving child of Gerald and Marjorie Hutton, who have no lineal descendants of one deceased child.

5. Pursuant to the Missouri Wrongful Death Statute, Mo. Rev. Stat. § 537.080, Felise Hutton is entitled to maintain this action for the wrongful death of her mother, Marjorie Hutton.

WHEREFORE, for the foregoing reasons, Felise Hutton respectfully requests that this Court enter an order substituting her as Plaintiff for Gerald Hutton, Sr..

Dated: October 12, 2006         Respectfully Submitted by:


>       /s/ Regina L. L. Wells
>       Roger C. Denton (MO 30292)
>       Regina L. L. Wells (MO 52473)
>       Schlichter, Bogard & Denton
>       100 S. 4th ST, Suite 900
>       St. Louis, MO 63102
>       314/621-6115 telephone
>       314/621-7151 facsimile
>       rdenton@uselaws.com
>       rwells@uselaws.com
>
>       Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, on this 12th day of October, 2006. I further certify that the change in parties shall be entered directly on LexisNexis File & Serve as soon as this Order is entered.

/s/ Regina L. L. Wells

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:**     <u>*Webster, et al. v. Merck & Co., Inc.*</u>
                                  <u>*Civil Action No. 06-3594*</u>

## ORDER ON MOTION FOR SUBSTITUTION OF PARTY

THIS matter having come before this Court on Felise Hutton's Motion for Substitution of Party, and the Court being fully apprised in its premises:

It is hereby ORDERED that said motion be GRANTED.

Dated:_____


                                              ENTER:_____