UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:**   <u>*Webster, et al. v. Merck & Co., Inc.*</u>
<u>*Civil Action No. 06-3594*</u>

### ORDER ON MOTION FOR SUBSTITUTION OF PARTY

THIS matter having come before this Court on Felise Hutton's Motion for Substitution of Party, and the Court being fully apprised in its premises:

It is hereby ORDERED that said motion be GRANTED.

Dated:_____

ENTER:_____