UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>MAMIE FARWELL, et al.,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>　　　　　　　　　Defendant. | MDL Docket NO. 1657<br><br>JUDGE ELDON E. FALLON<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>CASE NO. 2:05-cv-04445-EEF-DEK |

　　　IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff MAMIE FARWELL originally filed in the US District Court, District of Louisiana, Case Number 2:05-cv-04445-EEF-DEK, and then later transferred to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation,* may be and is hereby dismissed with prejudice.

　　　The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204

Respectfully submitted:

Dated: 10-9-06          By: _____
                             Mamie Farwell

Dated: 10-9-06          By: _____
                             Jeffrey A. Bowersox, OSB # 81442
                             Email: Jeffrey@BLFpc.com
                             BOWERSOX LAW FIRM, P.C.
                             620 SW Fifth Avenue, Suite 1125
                             Portland, Oregon 97204
                             Telephone: (503) 452-5858
                             Facsimile: (503) 248-0200

                             Daniel E. Becnel, Jr., LA Bar #2929
                             Matthew B. Moreland, LA Bar #24567
                             Kevin P. Klibert, LA Bar #26954
                             LAW OFFICES OF DANIEL E. BECNEL, JR.
                             106 W. Seventh Street
                             Post Office Drawer H
                             Reserve, LA 70084
                             Telephone: (985) 536-1186
                             Facsimile: (985) 536-6445

                             Ronald Goldser, MN Bar #35932
                             Zimmerman Reed PLLP
                             651 Nicollet Mall #501
                             Minneapolis, MN 55402
                             Telephone: (612) 341-0400
                             Facsimile: (612) 341-0844
                             *Attorneys for Plaintiff Mark Fernquist*

Dated: 10-12-06         By: _____
                             Phillip A. Wittmann, Esq.
                             Stone, Pigman, Walther & Wittmann, L.L.C.
                             546 Carondelet Street
                             New Orleans, LA 70130
                             Telephone: (504) 581-3200
                             Facsimile: (504) 581-3361

                             *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL