IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM LONG, | ) | IN RE:   Vioxx |
| | ) | Products Liability |
| | ) | Litigation |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | MDL 1657 |
| | ) | |
| PFIZER, INC., | ) | DOCKET NO.: 2:05-cv-06383 |
| | ) | EEF-DEK |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS WILLIAM LONG AS PLAINTIFF

    Comes now William Long, by and through one of his attorneys of record, Elisabeth French, and hereby requests that this Court dismiss William Long as a plaintiff in this cause of action. This request is in no way intended to alter, change and/or affect the claims of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto. This motion is not opposed by defense counsel.

    **WHEREFORE**, Plaintiff William Long, respectfully requests that this Honorable Court to dismiss him as a party plaintiff in the present matter.

/s/ Elisabeth French_____

Elisabeth French
ASB-3527-T81E
Attorney for the Plaintiff

OF COUNSEL:

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 322-8880

      Notice to:    William Long
                            400 Edwards Street
                            Montgomery, AL 36110

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed this 12th day of October, 2006.  Notice of filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

I further certify that a copy was served via regular U.S. mail, postage prepaid, to the following counsel:

Wilfred P. Coronato, Esquire
HUGHES, HUBBARD & REED, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918

                                          /s/ Elisabeth French