IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM LONG, | ) | IN RE:  Vioxx |
| | ) | Products Liability |
| | ) | Litigation |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | MDL  1657 |
| | ) | |
| PFIZER, INC., | ) | DOCKET NO.: 2:05-cv-06383 |
| | ) | EEF-DEK |
| | ) | |
| Defendants. | ) | |

## ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

On October 12, 2006, Plaintiff, William Long, filed a Motion for Voluntary Dismissal of his claims as to all remaining defendants. The Motion for Voluntary Dismissal is hereby granted. William Long is dismissed from this case with costs taxed as paid.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Eldon E. Fallon
United States District Judge