UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2524 | * | |
| ANTHONY WAYNE DEDRICK, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION AND PROPOSED ORDER REGARDING SERVICE ON DAVID ANSTICE

Plaintiff Anthony Wayne Dedrick and Defendant Merck ("the Parties") jointly submit this Stipulation and Proposed Order regarding service of plaintiff's subpoena requesting David Anstice to give testimony at trial (the "Subpoena").

The Parties have agreed, for purposes of this case only, to treat service by electronic copy to Merck's counsel as if plaintiff had served Mr. Anstice personally at his residence in Montgomery County, Pennsylvania, as required by Federal Rule of Civil Procedure 45(b)(1).

By agreeing to this stipulation, Merck does not intend to waive any rights other than those specifically stated herein. Merck reserves all rights and objections it may otherwise have under state and federal law. In particular, Merck reserves its right to challenge service of the Subpoena under Federal Rule of Civil Procedure 45(b)(2).

Dated: October 4th, 2006

Respectfully submitted,

/s/ Andy Birchfield
Andy Birchfield
Leigh O'Dell
**BEASLEY, ALLEN, CROW,
METHYVIN, PORTIS & MILES, P.C.**
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343; fax (334) 954-7555

Russ Herman
Leonard A. Davis
**HERMAN, HERMAN, KATZ
& COTLAR**
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892; fax (501) 561-6024

Christopher A. Seeger
**SEEGER WEISS**
One William Street
New York, NY 10004
(212) 584-0700; fax (212) 594-0799

ATTORNEYS FOR PLAINTIFFS

/s/ Carrie Jablonski
Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
**BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLC**
54 W. Hubbard, Suite 300
Chicago, IL 60610
(312) 494-4400; fax (312) 494-4440

ATTORNEYS FOR MERCK