# Exhibit D



Aug 16 2006
2:23PM

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No.: 2:05-CV-02380-<br>EEF-DEK [Sylvia Castillo, et al] | Plaintiff: : __Rosa Maria Ortiz__<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as may sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: __Rosa Maria Ortiz__

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

  1. Social Security Number:

  2. Maiden or other names used or by which you have been known:

  3. Address:

  4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate?

  5. If you were appointed as a representative by a court, state the:
     Court: _____  Date of Appointment: _____

  6. What is your relationship to deceased or represented person or person claimed to be injured? _____

  7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes __X__ No____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? __Stroke__

   b. When do you claim this injury occurred? __2002__

   c. Who diagnosed the conditions? Medical Center Hospital. 500 W. 4th, Odessa, TX 79760

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior questions? Yes____ No __X__ *If "yes,"* when and who diagnosed the condition at that time?

   e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes____ No __X__ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any:

D. Are you claiming mental and/or emotional damages as a consequent of VIOXX®? Yes __X__ No____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: None

   b. To your understanding, condition for which treated:

   c. When treated:

   d. Medications prescribed or recommended by provider:

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: __Rosa Maria Ortiz__

B. Maiden or other names used or by which you have been known: __Rosa Maria Valadez__

C. Social Security Number: __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__

D. Address: __616 Lindberg, Odessa, Tx. 79761__

M007C35049

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Date of Residence |
|---|---|
| 616 Lindberg, Odessa, Texas 79761 | 1985-2005 |
| | |

F. Driver's License Number and State Issuing License: __14620367, Texas__

G. Date and Place of Birth __2-25-51; Mexico__

H. Sex: Male_____ Female__X__

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |

J. Employment Information

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Nurses Unlimited | 715 N Texas Ave Odessa, TX | 1998 - 2003 | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes_____ No__X__

M007C35050

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C):

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes____ No __X__

*If "yes,"* were you ever rejected or discharged from military service for any reason related to your physical, psychiatric or emotional condition? Yes____ No____

L. Insurance / Claim Information

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes __X__ No____ *If "yes,"* to the best of your knowledge please state:

      a. Year claim was filed: __cannot recall__

      b. Nature of disability: __Stroke, no use of left leg & shoulder__

      c. Approximate period of disability: __granted May, 2004 - present__

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes __X__ No____ *If "yes,"* set forth when and the reason. __See answer to No. 1 above__

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes____ No __X__ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted.

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes____ No __X__ *If "yes,"* set forth where, when and the felony and/or crime.

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): __Husband - Lorenzo Ortiz, married 2003 - present__

B. Has your spouse filed a loss of consortium claim in this action? Yes __X__ No____

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?

M007C35051

Yes_____ No_X_ Don't Know_____    *If "yes,"* identify each such person below and provide the information requested.

    Name:

    Current Age (or Age at Death):

    Type of Problem:

    If Applicable, Cause of Death:

D. If applicable, for each of your children, list his/her name, age and address: _N/A_.

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _N/A_

## IV. VIOXX PRESCRIPTION INFORMATION®

A. Who prescribed VIOXX® for you? _Felito Gotardo, M.D., Family Health Center, 840 West Clements, Odessa, Texas 79763; Margaret DeMarco, R.N., B.S.N., Family Health Center, 840 West Clements, Odessa, Texas 79763_

B. On which dates did you begin to take, and stop taking, VIOXX®? _Appx. 1999 - 9/2004_

C. Did you take VIOXX® continuously during that period?
Yes_X_ No_____ Don't recall_____

D. To your understanding, for what condition were you prescribedd VIOXX®? _Arthritis_

E. Did you renew your prescription for VIOXX®?
Yes_X_ No_____ Don't recall_____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided:

G. Which form of VIOXX® did you take (check all that apply)?
    _____ 12.5 mg Tablet (round, cream, MRK 74)
    _____ 12.5 mg Oral Suspension
    _X_ 25 mg Tablet (round, yellow, MRK 110)
    _____ 25 mg Oral Suspension
    _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _Once and sometimes twice_

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes_____ No_X_ Don't recall_____

M007C35052

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes____ No_X_ Don't recall____

2. Did you receive any written or oral information about VIOXX® while you took it? Yes____ No_X_ Don't recall____

3. *If "yes,"*

   a. When did you receive that information?

   b. From whom did you receive it?

   c. What information did you receive?

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _N/A_

## V. MEDICAL BACKGROUND

A. Height: _5'2"_

B. Current Weight _170 lbs._
Weight at the time of the injury, illness, or disability described in Sections I(C): same

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   _X_ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased:
      b. Amount smoked or used: on average _____ per day for _____ years.
   ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
         Amount smoked or used: on average _____ per day for _____ years.
   ____ Smoked different amounts at different times.

D. Drinking History: Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes____ No_X_ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:
   _____ drinks per week,
   _____ drinks per month,
   _____ drinks per year, *or*
   Other (describe):

M007C35053

E. Illicit Drugs: Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury? Yes____ No_X_ Don't recall____

*If "yes,"* identify each substance and state when you first and last used it.

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| N/A | | | |
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes_X_ No____ Don't recall____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| EKG | 3/19/2002 | Kenneth Adams, M.D. | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | chest pain |

MD07C35054

| chest x-ray | 3/19/2002 | Kenneth Adams, M.D. | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | chest pain |
|---|---|---|---|---|
| CT lower extremities | 11/1/2001 | Phillip Zeeck, M.D. | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | fracture left tibia |
| doppler | 8/8/2001 | Roland Heidenhofer, M.D. | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | right leg pain |
| chest x-ray | 1/10/1998 | Michael Simmons, M.D. | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | chest congestion |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes_X_ No_____

B. Decedent's death certificate (if applicable). Yes_____ No_____

C. Report of autopsy of decedent (if applicable). Yes_____ No_____

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|

| Felito Gotardo, M.D. | Family Health Center, 840 West Clements, Odessa, Texas 79763 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Felito Gotardo, M.D. | Family Health Center 840 West Clements Odessa, Texas 79763 | 2002 - present |
| Christine Wan, M.D. | 4222 Wendover, Suite 600 Odessa, Texas 79762 | 2002 |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Medical Center Hospital | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | 1/10/1998 | chest congestion, fever |
| Medical Center Hospital | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | 12/4/1999 | laceration finger on left hand |
| Medical Center Hospital | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | 12/14/1999 | removal sutures from finger |

M007C35056

| | | | |
|---|---|---|---|
| Medical Center Hospital | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | 8/18/2001 | swelling right leg |
| Medical Center Hospital | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | 10/26/2001 | left leg pain |
| Medical Center Hospital | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | 11/1/2001 | fracture left tibia |
| Medical Center Hospital | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | 3/2/2002 | bronchitis |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Steven Ellsworth, M.D. | 5000 E. University, Suite 6 Odessa, TX 79762 | 2003 |
| Kenneth Adams, M.D. | 1301 Pennsylvania Ave. Fort Worth, TX 76104 | 3/19/2002 |
| Phillip Zeeck, M.D. | 500 N. Washington, Ste 400 Odessa, Texas 79761 | 11/1/2001 |
| Felito Gotardo, M.D. | Family Health Center 840 West Clements Odessa, Texas 79763 | 2002 - present |
| Margaret DeMarco, R.N., B.S.N. | Family Health Center 840 West Clements Odessa, Texas 79763 | 2004 |
| Roland Heidenhofer, M.D. | 3001 Windgren Irving, TX 75062 | 8/8/2001 |
| Michael Simmons, M.D. | Medical Center Hospital 500 W. 4th Odessa, TX 79760 | 1/1/1998 |

| Gary W. Spangler, Jr., M.D. | 6807 Emmett F. Lowry Expwy, Texas City, Tx 77591 [treated at Medical Center Hospital] | Jan. 2002 - April 2002 |
|---|---|---|
| Christine Wan, M.D. | 4222 Wendover, Suite 600 Odessa, Texas 79762 | 2002 |
| Phillip Jackson, M.D. | 4609 Schwerin Dr. Corpus Christi, TX 78413 | June, 2003 |
| Richard Fears, PA-C | Family Health Center 500 W. 4th Street Odessa, Texas 79761 | 2004 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Golder Pharmacy | 319 North Golder, Odessa, Texas 79761 |
| Medical Center Hospital Pharmacy | 500 W. 4th, Odessa, TX 79760 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security Administration | 2015 E. 37th Street, Odessa, TX 79762 |
|  |  |
|  |  |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A |  |
|  |  |

M007C35058

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff Profile Form has been duly served upon each party or their duly authorized agent or attorney of record either in person or by agent or by courier receipted delivery or by certified or registered mail to each party's last known address, or by telephonic document transfer to the recipient's current telecopier number as indicated below, on the __16__ day of August, 2006.

Wilfred P. Coronato                                                             Via Hard Copy & E-Filing
Hughes, Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
Via E-Filing

Dimitrios Mavroudis
Dechert LLP
Via E-Filing

Susan Giamportone
Womble, Carlyle, Sandridge & Rice, PLLC
Via E-Filing

_____
Monica C. Vaughan

M007C35059

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

*Rosa Maria Ortiz*     ROSA MARIA ORTIZ     11-21-05
Signature               Print Name            Date

M007C35060