UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| This relates to all cases | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM IN
SUPPORT OF MERCK & CO., INC. ("MERCK'S") MOTION FOR EXPEDITED
HEARING ON MERCK'S MOTION FOR PROTECTIVE ORDER**

    Defendant Merck respectfully requests an expedited telephone hearing regarding its Motion For Protective Order Prohibiting Discovery Of Attorney Work Product And Privileged Communications Related To The Martin Report.

    Plaintiffs have already requested documents and depositions related to the Martin Report, discovery that Merck argues is barred by work-product protection and attorney-client privilege. Moreover, plaintiffs' counsel have indicated that they do not want to proceed with several depositions that have been noticed already or that have been requested and for which dates have been proposed until Merck's motion is resolved.  Because the next MDL status conference is not scheduled until November 2, 2006, waiting until that time to resolve this discovery issue would cause unnecessary delay in the litigation.

    Accordingly, Merck requests that the Court hold an expedited hearing by telephone on its motion for a protective order at the Court's earliest convenience.

834733v.1

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

834733v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion for Expedited Hearing on Merck's Motion for Protective Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of October, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

834733v.1