UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

DEBORAH S. KOWALSKY, as the
Personal Representative of
MADELINE RIEHL,

CASE NO: 2:06-CV-00404-EEF-DEK

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.
_____/

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the above cause has been set for hearing before the Honorable Eldon E. Fallon, Judge of the above styled Court, on <u>Wednesday, October 11, 2006</u>, at <u>9:00 a.m.</u>, or soon thereafter as the same may be heard upon:

PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO INCLUDE A COUNT FOR WRONGFUL DEATH.

PLEASE GOVERN YOURSELF ACCORDINGLY.

I HEREBY CERTIFY that a copy of the above motion has been furnished by certified mail, return receipt requested, this _28_ day of September, 2006 to Ellen M. Gregg, Esq., Womble Carlyle Sundridge & Rice, PLC, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101 and Catherine Whitfield, Esq., Squire Sanders & Dempsey L.L.P., 200 Biscayne Boulevard Way, Suite 4000, Miami Florida, 33131-2123, Wilfred P. Coronato, Hughes Hubbard & Reed, LLP., 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, Russ Herman, and Phillip A Wittmann, Stone, Pigman Walther, Wittmann, 546 Carondelet Street, New Orleans, LA 70130, Dimitrios Mavroudis, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-

2808, Susan Giamportone, Womble Carlyle Sundridge & Rice, PLC, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101.

        LAW OFFICES OF ROBERT J.. FENSTERSHEIB, P.A.
        Florida Bar No. 307300
        Attorneys for Plaintiff
        520 W. Hallandale Beach Blvd.
        Hallandale, Florida 33009
        Telephone: Broward (954) 456-2488
        Dade (305) 945-3630
        Fax: (954) 456-2588
        E-mail: RJF@Fenstrsheiblaw.com

        By: _____
          Robert J. Fenstersheib, Esquire
          Fla. Bar. No.: 307300

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing *Notice of Hearing* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically file with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of September, 2006.

                                  LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
                                  Attorneys for Plaintiff
                                  520 W. Hallandale Beach Blvd.
                                  Hallandale, Florida 33009
                                  Telephone: Broward (954) 456-2488
                                  Dade (305) 945-3630
                                  Fax: (954) 456-2588
                                  E-mail: RJF@Fenstersheiblaw.com

By: _____
                                  Robert J. Fenstersheib, Esquire
                                  Fla. Bar. No.: 307300