UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT 13 P 5:29
LORETTA G. WHYTE
CLERK

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

MADELINE RIEHL,

CASE NO: 2:06-CV-00404-EEF-DEK

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
### TO INCLUDE A COUNT FOR WRONGFUL DEATH

THIS CAUSE CAME BEFORE me to be heard on the __ day of ___ on Plaintiff's Motion for Leave to Amend Complaint to Include a Count for Wrongful Death and the Court having been apprised of the facts therein it is hereby ordered and adjudged as follows:

THAT Plaintiff's motion be in the same is hereby granted.

ACCORDINGLY, Deborah S. Kowalsky as personal representative of the Estate of Madeline Riehl, is hereby substituted as the party Plaintiff in this case in place of Madeline Riehl.

DONE AND ORDERED in Chambers, this 13th day of October, 2006.

                                                Judge Eldon E. Fallon

Copies Furnished to:
Ellen M. Gregg, Esq.
Catherine Whitfield, Esq.
Wilfred P. Coronato, Esq.
Russ Herman, Esq.
Phillip A. Wittmann, Esq.
Dimitrios Mavrodis, Esq.
Susan Giamportone, Esq.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____