Bruce Cully Moore, OSB. 80315
bruce@mooreslaw.com
Lance A. Brooks, OSB. 05107
lance@mooreslaw.com
MOORE & ASSOCIATES
96 E. Broadway, Suite 7
Eugene, Oregon 97401
Telephone: (541) 345-2691
Facsimile: (541) 345-0101
*Attorneys for Plaintiff Wayne S. Harger*



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  OCT - 5 2006
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to :**<br><br>WAYNE S. HARGER,<br><br>Plaintiff,<br>v.<br><br>MERCK & CO., INC., EVERGREEN FAMILY MEDICINE P.C., CHARLES MUSGRAVE, P.A., John and Jane Does 1-5.,<br><br>Defendants. | IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>MDL Docket NO. 1657<br><br>**MOTION FOR ALLOWANCE OF WITHDRAWAL; AND ORDER** |

Lance A. Brooks respectfully moves the court for an order allowing his withdrawal, and that of the firm of Moore & Associates, as attorneys of record herein. The Client has been notified of all deadlines and pending court appearances in this matter.

///

///

///

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
Doc.No._____

Page 1 -    MOTION FOR ALLOWANCE OF WITHDRAWAL; AND ORDER

Wayne S. Harger
P.O. Box 307
Oakland, OR 97462-0307
Ph: (541) 913.8360
yodananda@willamette.net

This motion is based upon the records and files herein.

Moore & Associates

By: _____
Lance A. Brooks, OSB. 05107
Of Plaintiff's Attorneys

## ORDER

IT IS HEREBY ORDERED that the motion is  [ ]  Allowed.
 [ ]  Denied.

DATED this 10th day of October, 2006.

_____
Judge of the United States District Court

SUBMITTED BY:
MOORE & ASSOCIATES
Attorneys for Plaintiff Wayne S. Harger

By: _____
Lance A. Brooks, OSB. 05107
(541) 345-2691
One of Plaintiff's Attorneys

Page 2 -   MOTION FOR ALLOWANCE OF WITHDRAWAL; AND ORDER

## CERTIFICATE OF SERVICE AND STATEMENT

I CERTIFY that I served a full, true and exact copy of the foregoing Motion for Allowance of Withdrawal and Order on the Plaintiff and the following attorneys, by mailing a true and complete copy of the same by first class United States Mail, postage prepaid, on the 2nd day of October, 2006, addressed as follows:

>Wayne S. Harger (by Certified Mail)
>P.O. Box 307
>Oakland, OR 97462-0307
>Ph: (541) 913.8360
>
>Nancy M. Erfle
>Anne M. Talcott
>Andrew J. Lee
>SCHWABE, WILLIAMSON & WYATT, P.C.
>1211 S.W. 5th Avenue, Suites 1600-1900
>Portland, OR 97204-3795
>
>Mark S. Wagoner
>Michael R. Fendall
>HOFFMAN, HART & WAGNER LLP
>1000 S.W. Broadway
>PORTLAND, OR 97205

I hereby further certify that the Client, Wayne S. Harger, has been notified of all deadlines and pending court appearances in this matter.

*/s/ Lance A. Brooks*
Lance A. Brooks, OSB. 05107
(541) 345-2691
Attorney for Plaintiff Wayne S. Harger