AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -6 PM 2: 22

LORETTA G. WHYTE
CLERK

SANDRA BURNETT, et al.

V.

MERCK AND CO., INC., et al.

**SUMMONS IN A CIVIL CASE**

MDL 1657

CASE NUMBER: 06-3903

TO: (Name and address of Defendant)

EDWARD M. SCOLNICK, M.D.
1201 Magnolia Drive, Wayland
Middlesex County, MA  01778

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN E. DUDA
2101 Richmond Road, Suite 5
Beachwood, OH  44122

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH, CLERK

CLERK

(By) DEPUTY CLERK

JUN 1 4 2006

DATE

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE: June 20, 2006 |
| NAME OF SERVER (PRINT): Kimberly D. Rood | TITLE: Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: **Edward Scolnick, 1201 Magnolia Dr. Wayland, MA 01778**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: not available - Can be provided upon request

☐ Returned unexecuted:

☐ Other (specify): **Served by Certified Mail Return Receipt Requested (per Ohio law F. Civil Rules 4(e)(i) Receipt attached**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES: Certified U.S. mail $7.04 | TOTAL: $7.04 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/15/06

*Signature of Server*

Address of Server: 2101 Richmond Rd., Ste. 5, Beachwood, OH 44122

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0004 9802 4421**
Status: **Delivered**

Your item was delivered at 12:53 pm on June 20, 2006 in WAYLAND, MA 01778. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

[ Restore Offline Details > ]  (?)    [ Return to USPS.com Home > ]



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy