AO 440  (Rev. 8/01) Summons in a Civil Action

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

# UNITED STATES DISTRICT COURT

2006 OCT -6  PM 2: 21

LORETTA G. WHYTE
CLERK

**EASTERN**   District of   **LOUISIANA**

SANDRA BURNETT, et al.

V.

MERCK AND CO., INC., et al.

## SUMMONS IN A CIVIL CASE

MDL 1657

CASE NUMBER:   06-3903

TO: (Name and address of Defendant)

> PETER S. KIM, Ph.D.
> 119 Henning Drive, North Wales
> Montgomery County, PA  19446

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> JOHN E. DUDA
> 2101 Richmond Road, Suite 5
> Beachwood, OH  44122

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**GERI M. SMITH, CLERK**

_____
CLERK

_____
(By) DEPUTY CLERK

JUN 1 4 2006
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>June 17, 2006 |
| NAME OF SERVER *(PRINT)*<br>Kimberly D. Rood | TITLE<br>Paralegal |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: ** 119 Henning Dr., No. Wales Montgomery Cty., PA 19446

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Peter S. Kim

G Returned unexecuted:

G Other (specify): **Served by Certified Mail Return Receipt Requested (per Ohio law F. Civil Rules 4(e)(i) Receipt attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Certified U.S. mail $7.04 | $7.04 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/15/06
                    Date

*Signature of Server*   Kimberly D. Rood

2101 Richmond Road, Ste. 5
Beachwood, Ohio  44122
*Address of Server*

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PETER S. KIM
119 HENNING DR. NoWALES
MONTGOMERY COUNTY, PA.
19446

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )

C. Date of Delivery
6-17-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*

7005 0390 0004 9802 4452

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540