AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT -6 PM 2:21
LORETTA G. WHYTE
CLERK

SANDRA BURNETT, et al.

V.

MERCK AND CO., INC., et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: MDL 1657    06-3903

TO: (Name and address of Defendant)

LOUIS M. SHERWOOD, M.D.
1241 Forest Hill Drive
Lower Gwynedd, PA   19002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN E. DUDA
2101 Richmond Road, Suite 5
Beachwood, OH   44122

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**GERI M. SMITH, CLERK**

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 22, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kimberley D. Rood | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: **1241 Forest Hill Drive, Lover Gwynedd, PA 19002**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **L. Sherwood**

☐ Returned unexecuted:

☐ Other (specify): **Served by Certified Mail Return Receipt Requested (per Ohio law F. Civil Rules 4(e)(i) Receipt attached**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Certified U.S. mail $7.04 | $7.04 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/15/06
              Date

Signature of Server: *Kimberly D. Rood*

Address of Server:
2101 Richmond Road, Ste. 5
Beachwood, Ohio  44122

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LOUIS M. SHERWOOD, M.D.
1241 FOREST HILL DR.
LOWER GWYNEDD, PA
19002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _L. Sherwood_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
L. SHERWOOD

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[USPS AMBLER PA JUN 20 2006 postmark]

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7005 0390 0004 9802 4445

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540