# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

October 5, 2006

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 1 0 2006
LORETTA G. WHYTE
CLERK*

Clerk's Office
U.S. District Court Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      RE:    Matrulla v. Merck, et al.
               MDL 1657, Eastern District of LA Case Number: 2:06-cv-5505

Dear Clerk:

Enclosed are original summonses to be issued for the above-referenced case. Please return these documents to my office at your earliest convenience.

If you have any questions or concerns, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

Brenda S. Fulmer

BSF/jld

Enclosures

✓ Fee_____
✓ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc.No._____