

UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL NO. 1657 |
|     Products Liability Litigation | § | |
| | § | Section L |
| This Document Relates to: | § | |
| | § | Judge Fallon |
| 05-CV-4742 | § | Magistrate Judge Knowles |

### MOTION FOR WITHDRAWAL OF COUNSEL

*TO THE HONORABLE ELDON FALLON,*
*UNITED STATES DISTRICT JUDGE:*

**NOW COMES** Movant, Robert A. Schwartz, Attorney for Plaintiff, and brings this Motion for Withdrawal of Counsel, and in support thereof, shows the Court the following:

I.

Good cause exists for withdrawal of Movant as counsel because Plaintiff does not meet the minimum criteria. The succeeding attorney is not known. Therefore, Movant apprises the Court and party that Plaintiff's name, address, and telephone number are as follows:

    Mr. Rogelio Acevedo
    11668 Cedar Crest Drive
    El Paso, Texas 79936
    (915) 592-1364

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

Movant informed Plaintiff of his intention to withdraw from this representation and the reasons therefore by U.S. First Class Mail and Certified Mail Return Receipt Requested.

II.

A copy of the Court's June 29, 2006, date of the Pre-Trial Order No. 18C setting deadlines is attached hereto as "Exhibit A". Specifically, and being a case filed in or transferred to MDL 1657 as of September 1, 2005, the only pending deadline is the completion and verification of Plaintiff Profile Forms, signed and dated Authorizations, and all responsive documents shall be produced on the following schedule: for plaintiffs whose last name begins with the letters A through C, on or before November 15, 2005. This case was filed on April 22, 2005.

III.

This Motion is not sought for the purposes of delay.

IV.

A copy of this motion has been delivered to the last known address of Plaintiff via U.S. First Class Mail and Certified Mail, Return Receipt Requested:

> **Mr. Rogelio Acevedo**
> **11668 Cedar Crest Drive**
> **El Paso, Texas 79936**
> **(915) 592-1364**

Plaintiff is hereby notified in writing of the right to object to this motion. You are hereby notified that you do not have to agree to this motion. If you wish to contest the withdrawal of Robert A. Schwartz as your attorney, you should act accordingly by contacting Movant, filing an objection to the withdrawal with the Court and or appear at the hearing on

2

the same. If you do not oppose Robert A. Schwartz's withdrawal as your attorney, you may notify Robert A. Schwartz in writing of your consent to this motion.

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court enters an order discharging Movant as attorney of record for Plaintiff, Rogelio Acevedo, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,
**BAILEY & GALYEN**

By: /Robert A. Schwartz
Robert A. Schwartz
State Bar No. 17869670
Federal Bar No. 4287
18333 Egret Bay Blvd., Suite 120
Houston, Texas 77058
Tel. (281) 335-7744
Fax. (281) 335-4774
Attorney for Plaintiff Rogelio Acevedo

## CERTIFICATE OF CONFERENCE

A telephone conference was held on July 26, 2006, with Defendant's Liaison Counsel, Dorothy H. Wimberly, and she is <u>unopposed</u> to Robert A. Schwartz's Motion for Withdrawal of Counsel.

Robert A. Schwartz

## CERTIFICATE OF SERVICE

I certify that on October 6, 2006, a true copy of the Motion for Withdrawal of Counsel was served by facsimile transmission on the following:

Phillip A. Wittmann
Anthony DiLeo
Dorothy H. Wimberly
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588
Telephone No: (504) 581-3200
Facsimile No: (504) 581-3361
**Liaison Counsel for Defendants**
**Merck & Co., Inc.**

Robert A. Schwartz

4