UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL NO. 1657 |
|     Products Liability Litigation | § | |
| | § | Section L |
| This Document Relates to: | § | |
| | § | Judge Fallon |
| 05-CV-4742 | § | Magistrate Judge Knowles |

### AFFIDAVIT OF ROBERT A. SCHWARTZ

On this day, Robert A. Schwartz appeared before me, the undersigned notary public. After I administered an oath, he said:

1. "My name is Robert A. Schwartz. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and true and correct.

2. "Good cause exists for withdrawal of Affiant as counsel because Plaintiff does not meet the minimum criteria. Affiant informed Plaintiff of his intention to withdraw from this representation and the reasons therefore by U.S. First Class Mail and Certified Mail Return Receipt Requested.

*[signature]*
Robert A. Schwartz

SWORN TO and SUSCRIBED before me by Robert A. Schwartz on October 6, 2006.

*[Notary seal: ANGELA L. NIXON, Notary Public, State of Texas, My Commission Expires May 23, 2007]*

_____
Notary Public in and for
the State of Texas