

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 13  PM 5: 35

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRIC COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | § | **MDL NO. 1657** |
| **Products Liability Litigation** | § | |
| | § | **Section L** |
| **This Document Relates to:** | § | |
| | § | **Judge Fallon** |
| **05-CV-4742** | § | **Magistrate Judge Knowles** |

## AGREED PROPOSED ORDER GRANTING
## MOTION FOR WITHDRAWAL OF COUNSEL

On ___October 13___, 2006, the Court considered the Motion for Withdrawal of Counsel by Movant Robert A. Schwartz.

The Court finds that:

1.      Good cause exists for withdrawal of Movant as counsel and withdrawal of Movant is not sought for delay only.

2.      Robert A. Schwartz's withdrawal as counsel is due to claimant not meeting minimum criteria.

3.      The current settings and deadlines are:

Pre-Trial Order No. 18C setting deadlines is attached hereto as "Exhibit A". Specifically, and being a case filed in or transferred to MDL 1657 as of September 1, 2005, the only pending deadline is the completion and verification of Plaintiff Profile Forms, signed and dated Authorizations, and all responsive documents shall be produced on the following schedule: for plaintiffs whose last name begins with the letters A through C, on or before

Process_____
X  Dktd_____
___CtRmDep_____
Doc.No._____

November 15, 2005. This case was filed on April 22, 2005. A copy of this order is filed electronically via LexisNexis File & Serve to advise them of this withdrawal.

**IT IS THEREFORE ORDERED** that Movant is permitted to withdraw as counsel of record for Plaintiff and **ORDERED** that all notices in this cause shall hereafter be served on Plaintiff either delivered in person or sent by certified and first class mail to the address in the motion.

**IT IS FURTHER ORDERED** that Robert A. Schwartz, Movant, immediately attempt to notify Plaintiff at his last known address:

**Mr. Rogelio Acevedo**
**11688 Cedar Crest Drive**
**El Paso, TX 79936**

in writing of any additional settings or deadlines of which Robert A. Schwartz now has knowledge and has not already notified Plaintiff.

SIGNED on ___October 13___, 2006.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Robert A. Schwartz
BAILEY & GALYEN
18333 Egret Bay Blvd.
Suite 120
Houston, Texas 77058
Telephone No: (281) 335-7744
Facsimile No: (281) 335-4774
**Counsel for Plaintiff Rogelio Acevedo**

Phillip A. Wittmann
Anthony DiLeo
Dorothy H. Wimberly
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588
Telephone No: (504) 581-3200
Facsimile No: (504) 581-3361
**Liaison Counsel for Defendants**
**Merck & Co., Inc.**