

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | § § § | MDL No. 1657 |
| | § | Section: L |
| This Document Relates to:<br>    05-CV-4649 | § § § | Judge Fallon |
| | § | Magistrate Judge Knowles |

### MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE ELDON E. FALLON,
UNITED STATES DISTRICT JUDGE:

**NOW COMES** Movant, Robert A. Schwartz, Attorney for Plaintiff, and brings this Motion for Withdrawal of Counsel, and in support thereof, shows the Court the following:

I.

Good cause exists for withdrawal of Movant as counsel because of a conflict that has recently arisen between Movant and Plaintiff. Specifically, Plaintiff has failed to respond to, cooperate with or communicate with Movant. The succeeding attorney is not known. Therefore, Movant apprises the Court and party that Plaintiff's name, address, and telephone number are as follows:

        Mr. Martin Galindez
        9109 Roanoke
        El Paso, Texas 79924
        Phone: 915-759-6178

____Fee_____
____Process_____
_X__Dktd_____
____CtRmDep_____
____Doc.No._____

Movant informed Plaintiff of his intention to withdraw from this representation and the reasons therefore by Federal Express mail, but did not receive a response. Further, Movant has been unable to obtain Plaintiff's written consent to the same by signing this Motion.

II.

A copy of the Court's June 29, 2006, date of the Pre-Trial Order No. 18C setting deadlines is attached hereto as "Exhibit A". Specifically, and being a case filed in or transferred to this MDL proceeding after September 1, 2005, the only pending deadline is the completion and verification of Plaintiff Profile Forms, signed and dated Authorizations, and all responsive documents within 75 days of their transfer order or the date on which they are filed in the MDL proceeding. This case being filed on September 30, 2005, Plaintiff's completed, verified Plaintiff Profile Form, signed and dated Authorizations, and all responsive documents are due on December 14, 2005.

III.

This Motion is not sought for the purposes of delay.

IV.

A copy of this motion has been delivered to the last known address of Plaintiff via U.S. First Class Mail and Certified Mail, Return Receipt Requested:

**Mr. Martin Galindez**
**9109 Roanoke**
**El Paso, Texas 79924**
**Phone: 915-759-6178**

V.

Plaintiff is hereby notified in writing of the right to object to this motion. You are hereby notified that you do not have to agree to this motion. If you wish to contest the withdrawal of Robert A. Schwartz as your attorney, you should act accordingly by contacting Movant, filing an

2

objection to the Withdrawal with the Court and/or appear at the hearing on the same. If you do not oppose Robert A. Schwartz's withdrawal as your attorney, you may notify Robert A. Schwartz in writing of your consent to this motion.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that the Court enters an order discharging Movant as attorney of record for Plaintiff, Martin Galindez, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,
**BAILEY & GALYEN**

By: _____
Robert A. Schwartz
State Bar No. 17869670
Federal Bar No. 4287
18333 Egret Bay Blvd., Suite 120
Houston, Texas 77058
Tel. (281) 335-7744
Fax. (281) 335-4774
Attorney for Plaintiff Martin Galindez

## CERTIFICATE OF CONFERENCE

A telephone conference was held and email correspondence exchanged on June 5, 2006, with Defendants' Liaison Counsel, Dorothy H. Wimberly, and she is <u>unopposed</u> to Robert A. Schwartz's Motion for Withdrawal of Counsel.

_____
Robert A. Schwartz

## CERTIFICATE OF SERVICE

I certify that on October 6, 2006 a true and correct copy of the Motion for Withdrawal of Counsel was served by facsimile transmission on the following:

Phillip A. Wittmann
Anthony DiLeo
Dorothy H. Wimberly
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588
Telephone No: (504) 581-3200
Facsimile No: (504) 581-3361

_____
Robert A. Schwartz

4