UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL No. 1657 |
|     Products Liability Litigation | § | |
| | § | Section: L |
| This Document Relates to: | § | |
|     05-CV-4649 | § | Judge Fallon |
| | § | Magistrate Judge Knowles |

## AFFIDAVIT OF ROBERT A. SCHWARTZ

On this day, Robert A. Schwartz appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

1. "My name is Robert A. Schwartz. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "Good cause exists for withdrawal of Affiant as counsel because of a conflict that has recently arisen between Affiant and Plaintiff. Specifically, Plaintiff has failed to respond to, cooperate with or communicate with Affiant. Affiant informed Plaintiff of his intention to withdraw from this representation and the reasons therefore by Federal Express mail, but did not receive a response. Further, Affiant had been unable to obtain Plaintiff's written consent to the same by signing this Motion.

_____
Robert A. Schwartz

SWORN TO and SUBSCRIBED before me by Robert A. Schwartz on June 27, 2006.

ANGELA L. NIXON
Notary Public, State of Texas
My Commission Expires
May 23, 2007

_____
Notary Public in and for
the State of Texas