

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL No. 1657 |
|     Products Liability Litigation | § | |
| | § | Section: L |
| This Document Relates to: | § | |
| 05-CV-4649 | § | Judge Fallon |
| | § | Magistrate Judge Knowles |

### AGREED PROPOSED ORDER GRANTING
### MOTION FOR WITHDRAWAL OF COUNSEL

On _October 13_, 2006, the Court considered the Motion for Withdrawal of Counsel by Movant Robert A. Schwartz.

The Court finds that:

1. Good cause exists for withdrawal of Movant as counsel and withdrawal of Movant is not sought for delay only.

2. Robert A. Schwartz's withdrawal as counsel is due to a conflict that recently arose between Movant and Plaintiff and constitutes grounds for withdrawal.

3. The current settings and deadlines are:

Pre-Trial Order No. 18C setting deadlines is attached hereto as "Exhibit A". Specifically, and being a case filed in or transferred to this MDL proceeding after September 1, 2005, the only pending deadline is the completion and verification of Plaintiff Profile Forms, signed and dated Authorizations, and all responsive documents within 75 days of their transfer order or the date on

_____Fee_____
_____Process_____
__X__Dktd_____
_____CtRmDep_____
_____Doc.No._____

which they are filed in the MDL proceeding. This case being filed on September 30, 2005, Plaintiff's completed, verified Plaintiff Profile Form, signed and dated Authorizations, and all responsive documents are due on December 14, 2005. A copy of this order is filed via LexisNexis File & Serve to advise them of this withdrawal.

**IT IS THEREFORE ORDERED** that Movant is permitted to withdraw as counsel of record for Plaintiff and **ORDERED** that all notices in this cause shall hereafter be served on Plaintiff either delivered in person or sent by certified and first class mail to the address in the motion.

**IT IS FURTHER ORDERED** that Robert A. Schwartz, Movant, immediately attempt to notify Plaintiff, Martin Galindez at his last known address:

> **Mr. Martin Galindez**
> **9109 Roanoke**
> **El Paso, TX 79924**

in writing of any additional settings or deadlines of which Robert A. Schwartz now has knowledge and has not already notified Plaintiff.

SIGNED on _October 13_, 2006.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Robert A. Schwartz
BAILEY & GALYEN
18333 Egret Bay Blvd.
Suite 120
Houston, Texas 77058
Telephone No: (281) 335-7744
Facsimile No: (281) 335-4774
**Counsel for Plaintiff Martin Galindez**

2

*Dorothy H. Wimberly* (signature)

Phillip A. Wittmann
Anthony DiLeo
Dorothy H. Wimberly
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588
Telephone No: (504) 581-3200
Facsimile No: (504) 581-3361
**Liaison Counsel for Defendants**
**Merck & Co., Inc.**