MINUTE ENTRY
FALLON, J.
OCTOBER 11, 2006

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 13 PM 12: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
*ALL CASES*

A conference was held on this date in the Chambers of Judge Eldon E. Fallon. Leonard Davis participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Arnold Levin and Michael Weinkowitz also participated on behalf of the PSC via telephone. Phillip Wittmann, Benjamin Barnett, and Eben Flaster participated on behalf of Merck.

At the conference, the parties discussed the PSC's Motion to Compel the Production of Merck Profile Forms ("MPF") and for an Order Compelling Merck to Cease and Desist Delaying the Production of MPFs Based on Unwarranted Grounds (Rec. Doc. 6491). The parties indicated that they believed they could jointly fashion a proposed order resolving this issue. Accordingly, IT IS ORDERED that the parties shall submit a joint proposed order within ten (10) days.

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No

JS10(00:30)