# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX  
    PRODUCTS LIABILITY LITIGATION

\* MDL NO. 1657  
\* SECTION: L(3)  
\* JUDGE FALLON  
\* MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  
*Mason v. Merck & Co., Inc.*, 06-810

## ORDER

Considering the parties' request that the following motions be withdrawn, IT IS ORDERED that the following motions are DENIED AS MOOT:

1. Merck's Motion to Exclude Testimony of Isaac Wiener, M.D. (Rec. Doc. 7178);

2. Merck's Motion to Exclude Testimony of Gary Sander, M.D. (Rec. Doc. 7197);

3. Merck's Motion to Exclude Testimony of Plaintiff's Experts that Vioxx Accelerates Atherosclerosis or Causes Plaque Rupture (Rec. Doc. 7196).

New Orleans, Louisiana, this __13th__ day of __October__, 2006.

_____  
UNITED STATES DISTRICT JUDGE

___ Fee_____  
___ Process_____  
_X_ Dktd_____  
___ CtRmDep_____  
___ Doc. No_____