

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 13  PM 12: 37

LORETTA G. WHYTE
CLERK

:     MDL NO. 1657

**IN RE: VIOXX**     :

**PRODUCTS LIABILITY LITIGATION**     :     SECTION: L

:

:     **JUDGE FALLON**

:     **MAG. JUDGE KNOWLES**

... .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO**
*Mason v. Merck & Co., Inc.*, 06-810

### ORDER

Pending before the Court is the Defendant's Motion to Exclude Testimony of Cornelia

Pechmann, Ph.D. (Rec. Doc. 7347) and the Plaintiff's Motion for Order Excluding Testimony of

Donald David, M.D. (Rec. Doc. 7405).  After considering the issues and for the reasons

transcribed during the October 12, 2006 hearing, IT IS ORDERED that:

(1) The Defendant's Motion to Exclude Testimony of Cornelia Pechmann, Ph.D. (Rec.

Doc. 7347) is GRANTED IN PART AND DENIED IN PART; and

(2) The Plaintiff's Motion for Order Excluding Testimony of Donald David, M.D. (Rec.

Doc. 7405) is GRANTED IN PART AND DENIED IN PART.

New Orleans, Louisiana, this ___13th___ day of ___October___, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-