UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 13 PM 12: 37

LORETTA G. WHYTE
CLERK

IN RE: VIOXX : MDL NO. 1657

PRODUCTS LIABILITY LITIGATION : SECTION: L

: JUDGE FALLON

: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Mason v. Merck & Co., Inc.*, 06-810

### ORDER

Pending before the Court are the Motion of Merck & Co., Inc. ("Merck") to Exclude Expert Testimony that Short-Term Vioxx Use Increases Cardiovascular Risk (Rec. Doc. 7195), the Plaintiff's Motion to Exclude Argument or Opinion Testimony that an Increased Risk of Heart Attack Exists Only After 18 Months of Vioxx Use (Rec. Doc. 7401), and the Plaintiff's Motion to Exclude Opinion Testimony that Vioxx is the Same as all NSAIDs Regarding Cardiotoxic Effects (Rec. Doc. 7400).

As a gatekeeper, the Court must evaluate methodology, not conclusions. The proper forum for challenging conclusions is during cross-examination, not in a *Daubert* motion.

Accordingly, for the reasons given in its Order & Reasons dated November 18, 2005 (Rec. Doc. 1516), IT IS ORDERED that Merck's Motion to Exclude Expert Testimony that

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Short-Term Vioxx Use Increases Cardiovascular Risk (Rec. Doc. 7195), the Plaintiff's Motion to Exclude Argument or Opinion Testimony that an Increased Risk of Heart Attack Exists Only After 18 Months of Vioxx Use (Rec. Doc. 7401), and the Plaintiff's Motion to Exclude Opinion Testimony that Vioxx is the Same as all NSAIDs Regarding Cardiotoxic Effects (Rec. Doc. 7400) are DENIED.

New Orleans, Louisiana, this __13th__ day of __October__, 2006.

_____
UNITED STATES DISTRICT JUDGE