IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| Products Liability Litigation ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE |
| ) | DANIEL E. KNOWLES, III |
| ) | |

**This document relates to Peggy B. West v. Merck & Co., Inc., et al.,
No 05-1233, previously filed as CV-05-AR-0226-S, N.D. Al.**

### MOTION TO WITHDRAW

COME NOW, David H. Marsh and Jeffrey C. Rickard, with law firm of Marsh, Rickard & Bryan, P.C., and move to withdraw as counsel for the plaintiff, Peggy B. West, in the above-styled action. Plaintiff agrees to the withdrawal by Marsh, Rickard & Bryan, P.C., and has been actively seeking other counsel.

_____
DAVID H. MARSH
Attorney for the Plaintiff

_____
JEFFREY C. RICKARD
Attorney for the Plaintiff

**OF COUNSEL:**

MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600-D
Birmingham, Alabama 35209
Telephone: (205) 879-1981
Facsimile: (205) 879-1986

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion to withdraw has been served on Liaison Counsel by United States Mail on this 29 day of August 2006.

_____
Attorney for Plaintiff

Plaintiffs' Liaison Counsel:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Phone: 504-581-4892
Fax: 504-561-6024
Email: **rherman@hhkc.com**


Defendants' Liaison Counsel:

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361
Email: **pwittmann@stonepigman.com**