FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -6 AM 7:53

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | ) MDL NO. 1657 |
| Products Liability Litigation | ) |
| | ) SECTION: L |
| | ) |
| | ) JUDGE ELDON E. FALLON |
| | ) |
| | ) MAGISTRATE JUDGE |
| | ) DANIEL E. KNOWLES, III |
| | ) |

This document relates to Peggy B. West v. Merck & Co., Inc., et al., No 05-1233, previously filed as CV-05-AR-0226-S, N.D. Al.

## ORDER GRANTING MOTION TO WITHDRAW

The Court considered the Motion to Withdraw filed by plaintiff's counsel, David H. Marsh and Jeffrey C. Rickard, with law firm of Marsh, Rickard & Bryan, P.C. and decided to grant the motion.

It is ORDERED that David H. Marsh, Jeffrey C. Rickard, and the law firm of Marsh, Rickard & Bryan, P.C., are granted leave to withdraw as counsel of record for Peggy West and that they are relieved from all responsibility as counsel of record in this cause.

Signed the 4th day of October, 2006.

Denied
See Local
Rule
83.2.11

_____
Judge Presiding

Fee _____
Process _____
✓ Dkd _____
CRmDep _____
Doc. No _____