```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                      EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2006 OCT 16  PM 2: 36

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Dedrick v. Merck & Co., Inc.*, 05-2524

### ORDER

Pending before the Court is Mr. David Anstice and Merck & Co., Inc.'s ("Merck") Motion to Quash Subpoena (Rec. Doc. 7958).

On October 5, 2006, the Plaintiff served a trial subpoena on Mr. Anstice that compels him to appear at the *Dedrick* trial, set to begin in New Orleans on November 27, 2006. The parties have agreed that electronic service of the subpoena on Mr. Anstice's counsel would have the same effect as if Mr. Anstice had been personally served at his Pennsylvania residence. Mr. Anstice and Merck now move to quash the Plaintiff's subpoena.

On July 20, 2006, the Court denied an identical motion to quash in the *Barnett* case (Rec. Doc. 5883). Accordingly, IT IS ORDERED that Mr. Anstice and Merck's Motion to Quash Subpoena (Rec. Doc. 7958) is DENIED for the reasons stated in the attached Order & Reasons of July 20, 2006.

New Orleans, Louisiana, this ___16th___ day of ___October___, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____