UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT 16 PM 2:36
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Jamal Ali Bilal v. Merck & Co., Inc.*, 06-2364

## ORDER

IT IS ORDERED that the Plaintiff's Motion for Continuation to File Plaintiff Profile Form (Rec. Doc. 7396) is GRANTED and that he shall file a Plaintiff Profile Form in accordance with Pre-Trial Order No. 18C within 120 days. Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657 and to assist him in obtaining counsel and filing a Plaintiff Profile Form. A blank Plaintiff Profile Form and Pre-Trial Order No. 18C are attached to this Order.

New Orleans, Louisiana, this __16th__ day of October, 2006.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Jamal Ali Bilal, 99-0124
FCCC, 13613 S.E. Hwy 70
Arcadia, Fl 34266

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____