UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX                    :

PRODUCTS LIABILITY LITIGATION   :   SECTION: L

                                :

                                :   JUDGE FALLON

                                :   MAG. JUDGE KNOWLES

............................... :

**THIS DOCUMENT RELATES TO**
*Mason v. Merck & Co., Inc.*, 06-810

## ORDER

Before the Court are several Motions in Limine filed by both the Plaintiff and Defendant. The Court ruled on some of these motions on the record and as indicated more fully on the attached documents.

New Orleans, Louisiana, this __13th__ day of __October__, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-