**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 12, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| This document relates to CA 06-810 | JUDGE FALLON |
| Charles Mason v. Merck & Co., Inc. | MAG. JUDGE KNOWLES |

**BEFORE JUDGE ELDON E. FALLON**

**Courtroom Deputy:** Gaylyn Lambert
**Court Reporter:** Cathy Pepper

**Appearances:**  Ed Blizzard, Esq., Scott Nabers, Esq. and Amy Carter, Esq. for plaintiff
                Phil Beck, Esq. and Tarek Ismail, Esq. for defendant

---

Various Daubert Motions were heard this date.

See: Court's Order for its rulings.

| |
|---|
| **JS-10:   1:00** |