**MASON v. MERCK**
**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 6.0015 | | 1996-12-12 (MRK-ABC0005426) - Relationship of Hb/HCT to serum/albumin in MK-0966 Phase II Studies | |
| 6.0016 | | 1997-09-05 (MRK-ABK02814II (A Double Blind Parallel Study to Investigate the Effect of MK-0966 on Oral Methotrexate Pharmacokinetics in Rheumatoid Arthritis Patients) (Protocol 011) | |
| 6.0017 | | 1996-08-30 (MRK-AKO00227186) - Protocol 030 : "A Double Blind, Parallel Study to Investigate the Effect of 75 MG MK-0966 On Oral Methotrexate Pharmacokinetics in Rheumatoid Arthritis Patients." | |
| 6.0018 | | 1997-11-19 (MRK-AKO00211158) (Protocol 013) "A Double Blind, Placebo Controlled, Crossover Study to Evaluate and Compare the Effects of Single Doses of MK-0966 and Indomethacin on Inulin Clearance and Other Parameters of Renal Function." | |
| 6.0019 | | 1996-10-08 (MRK-ABC0027955 - Email re: 017 Extension) Ehrich to Morrison and others | |
| 6.0020 | | 1997/08/21 (MRK-NJ0257621) Memo from Brian Daniels to many, cc: Morrison, re: "Standard Queries for Patients Reporting Adverse Experiences of Edema or Hypertension." | |
| 6.0021 | | 1996-05-14 (MRK-ABC0000534 - Taketo to Ford Hutchinson, Briggs name is on paper, re: Knock-Out Mice | |
| 6.0022 | | 10-24-97 - Morrison 3 (MRK-NJ0061632/634) - Emails from Fitzgerald to Nies/Catella Lawson (10/24/97) | |
| 6.0023 | | 1996-07-02 (MRK-ABF0003570) - MK-0966 Project Team Meeting July 2, 1996 | |
| 6.0024 | | 1997-11-26 (MRK-ACD0002056); Frozen File Memo from Morrison to Wardle, re: 023 | |
| 6.0025 | | 1998-02-02 (MRK-AOP0001443 Email from Morrison to Tanaka, re: GC/MS Analysis request | |
| 6.0026 | | 1997-12-05 (MRK-NK0017199) Memo from Morrison to Catella-Lawson re: Abstract | |
| 6.0027 | | 1997-12-29 (MRK-NJ0017231 Mmo from Morrison to Nies & Spector re: Attached Abstract | |
| 6.0028 | | 1997-09-03 (MRK-AAA-0800006) - Sledenberg to Morrison Award for Excellence (027 & 029) | |
| 6.0029 | | 1996-03-25 (FITG-0025E0) Email re: Nues to FitzGerald, Morrison sent one at bottom | |
| 6.0030 | | 1998-04-09 (MRK-NJ0027792; Memo from Morrison to Rozdilsky | |
| 6.0031 | | 1998-04-17 (MRK-NJ0017391); Memo from Morrison to Spector, Nies * Seidenberg | |

**MASON v. MERCK**
**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 6.0032 | 1998-04-17 (MRK-ABK0282226) (Protocol 023) "A Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate and Compare the Effects of L-748,731 (MK-0966), Indomethacin, and Placebo on Urinary Sodium Excretion and Other Parameters of Renal Function I | | |
| 6.0033 | 1998-04-04 (MRK-AGO0001919: Email from Bolognese to Morrison re: 023 Protocol data | | |
| 6.0034 | 1998-06-04 (MRK-NJ0002997) Memo from Morrison to Many, including Scolnick | | |
| 6.0035 | 1998-06/26 (MRK-NJ0002946) Memo from Morrison to Catella-Lawson | | |
| 6.0036 | 1998-07-13 (MRK-ABK0465139) (Memo from Catella-Lawson to Morrison, re: manuscript | | |
| 6.0037 | 1998-09-02 (MRK-NJ0014618) Memo from Morrison to Rezniksky | | |
| 6.0038 | 1998-09-02 (MRK-NJ0017324) Memo from Aymer to Morrison | | |
| 6.0039 | 1998-09-30 (FITZG-002634) Emails FitzGerald to Morrison | | |
| 6.0040 | 1998-09-30 (FITZG-002633) Email from Garret to Morrison | | |
| 6.0041 | 1998-10-12 (FITZG-002632) Email from Catella Lawson to Morrison | | |
| 6.0042 | 1998-10-12 (FITZG-002631) Email from Morrison to Catella-Lawson | | |
| 6.0043 | 2001-07-16 (MRK-AAZ0001878) Email from Demopoulos to Lawson | | |
| 6.0044 | 1997-10-28 (FITZG-002568): email from Niles to FitzGerald, cc: Morrison | | |
| 6.0045 | Morrison 4 - 10/27/97 attachment, MRK-NJ0152620/623 to Oates email to Alan Niles dated, NOvember 5, 1997 | | |
| 6.0046 | Morrison 5 - 11/17/97 attachment, MRK-ABC0002150 = Oates to Gertz | | |
| 6.0047 | 1997-10-21 (MRK ABK0282149) (Protocol 022) ("An Open, Randomized, Parallel-group, Placebo-Controlled Study to Assess the Selectivity of MK-0966, Etodolac, Nabumetone, and Diclofenac on COX 1 versus COX 2 Activity Measured EX Vivo In Healthy Volunteers" | | |
| 6.0048 | 1998-08-27 (MRK-ABC0024093 (Protocol 061) "A Partially Blinded, Randomized, Parallel-Group, Placebo-ontrolled Study to Assess The Selectivity of MK-0966, Diclofenac, Ibuprofen, Naproxen and Meloxicam on COX-1 vs. COX-2 Activity in Female Volunteers Based | | |
| 6.0049 | 1997/87/-01-12 Morrison to MRL., re: Modification of MK-0966 Data Review Plans for Phase III Studies (Protocols 034, 035, 033, 040, and 045) | | |
| 6.0050 | 1998-01-22 (MRK-AFK00012051) (Protocol 029) "A Placebo-Controlled, Parallel-group, Double Blind Study to Assess Safety and Further Define the Clinically Effective Dose Range of MK-0966 in Patients with Osteoarthritis of the Knee or Hip" | | |
| 6.0051 | 1996-04-15 (MRK-NJ0022422 (showing Morrison attended May, 1996 Scientific Advisory Committee Meeeting | | |
| 6.0052 | 1997-05-12 (MRK-AAA-0800005) - Siedenberg to Morrison Award for Excellence (029) | | |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 6.0053 | 1996-11-06 (MRK-ABS0270093 )Memo from Morrison to Ehrich re: Lab Monitoring | |
| 6.0054 | SOP | |
| 6.0055 | 09-04-99 (Morrison 13)- COX PROJECT TEAM MINUTES (MRK-NJ-0000882/889) | |
| 6.0056 | 09-04-99 (Morrison 14)- COX PROJECT TEAM MINUTES (MRK-NJ-0000895/902) | |
| 6.0056 | 1998-09-17 (MRK-ADB0105714) - Protocol 033 - "A Placebo- and Active Comparator Controlled, Parallel-Group, 6-Week, Double Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of MK-0966 Versus Ibuprofen In Patients | |
| 6.0057 | 1998-06-24 (MRK-AOG00000855) Memo from Brian Daniels to Morrison and others re: Initial runs of the Integrated Summary of Safety Tables for the Vioxx Osteoarthritis Population." | |
| 6.0058 | 1998-09-16 (MRK-ABC0016053) - Protocol 034 "An Active Comparator Controlled, Parallel Group, 1-year, Double Blind Study, Conducted Under In-House Blinding Conditionas to Assess the Safety and Efficacy of MK-0966 versus Diclofenac Sodium In Patients with O | |
| 6.0059 | 1998-09-13 (RMK-AKO0241447) (Protocol 035) "An Active-Comparator-Controlled, Parallel-Group, 1-Year, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of MK-0966 Versus Diclofenac Sodium In Patients with O | |
| 6.0060 | 1998-10-16 (MRK-ABS0023662) (Protocol 044) "A Multicenter, Randomized, Parallel Group, Active and Placebo Controlled, Double Blind Study Conducted Under In House Blinding Conditions to Deermine the Incidence of Gastroduodenal Ulceration After 12 weeks of T | |
| 6.0061 | 1998-10-21 (MRK-ABS0148334) (Protocol 045) - "A Multicenter, randomized, Parallel Group, Actie and Placebo Controlled, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Determine the Incidence of Gastroduodenal Ulceration after 12 weeks | |
| 6.0062 | Email to Briggs Morrison dated 9/28/2001; Subject: CV Outcomes Study. | |
| 6.0064 | Email dated 10/18/2001 In response to a string of emails about CV Outcomes Trials. | |
| 6.0065 | Email from Briggs Morrison; re: Somebody approved at same level the Vioxx CV Outcomes Trial. | |
| 6.0067 | Email to Briggs Morrison from ed Scolick. | |
| 6.0068 | Clinical Study Report for Protocol 08H Part Two - This is the Extension to the Rheumatoid Arthritis trials. | |
| 6.0069 | Clinical Study Report for 097. | |
| 6.0070 | Protocol 088 and 103. | |
| 6.0071 | Clinical Study Report for 097. | |
| 6.0072 | Alzheimer's Trials Mortality Data | |

*MASON v. MERCK*
*PLAINTIFF'S EXHIBIT LIST*

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| 7.0075 | | | | Email from Briggs Morrison to Cheryl Russo, July 2001, re: a CV and Meta-Analysis and Safety Review Article. |
| 7.0001 | MRK-AIU0217929 | | 03/09/2005 | Email from Reicin to Huang |
| 7.0002 | MRK-AAD0359310 | | 10/06/2004 | Email from Reicin to Wainwright re People for Media Training |
| 7.0003 | MRK-AFK0201242 | | 01/25/2005 | Email from Reicin to Van Adelsberg re Approve |
| 7.0004 | MRK-ABH0006712 | | 05/26/2004 | Memo from Reicin to Scolnick re VIGOR sNDA |
| 7.0005 | MRK-AAD0359273 | MRK-AAD0359276 | 10/06/2004 | Email from Reicin to Horgan re Vioxx - VIGOR steroids follow-up questions from Wall Street Journal |
| 7.0006 | MRK-AAD0359694 | | 10/14/2004 | Email from Martinez (WSJ) to Plohoraus re Steroids |
| 7.0007 | MRK-ABC0017875 | | 04/30/1997 | Memo from Reicin to Seinberg re April 7th Meeting with Bombardier |
| 7.0008 | MRK-NJ0245465 | | 04/08/1997 | MRL Memo from Reicin to Bombardier |
| 7.0009 | MRK-NJ0245401 | | 11/24/1997 | Memo from Reicin to Olson and others re Letter of Intent Agreement |
| 7.0010 | MRK-ABL0000687 | | 03/26/1999 | Memo from Seidenberg and Reicin to HHPAC re Additional 1999 Vigor Project Resources |
| 7.0011 | MRK-AFV0345163 | MRK-AFV0345165 | 10/25/2004 | Email from Patrick Davish to Alise Reicin re URGENT Response to WSJ re VIGOR allegations |
| 7.0012 | MRK-NJ0245749 | | 01/19/2000 | NOTICE OF RELEASE of Vigor Article |
| 7.0013 | MRK-NJ0243151 | | 03/08/2000 | Memo from Reicin to Scolnick and others re Confidentiality Agreement |
| 7.0014 | MRK-NJ0245456 | | 03/09/2000 | Memo from Bombardier, Laine and Reicin to others re draft VIGOR manuscript |
| 7.0015 | MRK-NJ0246390 | | 03/09/2000 | Return memo from Art Weaver |
| 7.0016 | JDN01773 | | 03/24/2000 | Memo from Alise Reicin to Bombardier and others |
| 7.0017 | MRK-AFN0046092 | | 10/11/2004 | Email from Reicin to Horgan re Quick Question on APPROVe/VICTOR/VIP - APPROVE post-VIGOR charges |
| 7.0018 | MRK-ABT0000639 | | 04/15/2000 | Memo from Reicin to Scolnick re background materials for 4/18/00 |
| 7.0019 | MRK-NJ0070477 | | 09/26/2000 | Memo from Reicin to Day and others re NEJM article |
| 7.0020 | | | 11/2000 | Bombardier, New England Journal of Medicine (Nov. 2000);23:343[21]:1520-8 |
| 7.0021 | MRK-ABH0019823 | | 02/07/2000 | Email from Morrison to Scolnick |
| 7.0022 | MRK-ADM0011443? | | 02/04/2003 | Memo from Reicin re Oregon - Analysis of VIGOR Safety Study |
| 7.0023 | MRK-AAC0154093 | | 10/10/2004 | Email from Reicin to Boice re CV data |
| 7.0024 | MRK-AAD0359438 | MRK-AAD0359439 | 10/11/2004 | Email from Reicin to Boice re CV data |
| 7.0025 | MRK-AAD0416278 | | 11/22/2004 | Email from Reicin to Braunstein re "Q re: VIGOR" |
| 7.0026 | MRK-AAD0416279 | | 11/22/2004 | Email from Reicin to Ric Day re: "Q re: VIGOR" |
| 7.0027 | MRK-AHC0022015 | | 01/12/2005 | Email from Reicin to Horgan re "Approve Manuscript Update" |
| 7.0028 | MRK-AAD0418147 | | 01/13/2005 | Email from Reicin to Yamo re teleconference |
| 7.0029 | MRK-AAD0418139 | | 01/12/2005 | Email from Reicin to Kashuba re Original VIGOR manuscript submitted to NEJM |
| 7.0030 | MRK-AAD0421179 | | 01/12/2005 | Email from Reicin to Bombardier |
| 7.0031 | MRK-AAD0516012 | | 01/13/2006 | Memo from Reicin to Mehta re Response to NEJM |
| 7.0032 | MRK-AAD0516018 | MRK-AAD0516019 | 01/16/2006 | Memo from Bombardier to NEJM |
| 7.0033 | MRK-AFS026382 | MRK-AFS026384 | 01/19/2006 | Kim and Reicin's response entitled "Discontinuation of Vioxx" |
| 7.0034 | MRK-AFS031609 | MRK-AFS031612 | 02/06/2006 | "Response to Expression of Concern Regarding VIGOR Study" |

*MASON v. MERCK*
*PLAINTIFF'S EXHIBIT LIST*

| Exhibit No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| 7.0035 | MRK-AALD497970 | | 03/04/2005 | Memo re Vioxx MCI paper |
| 7.0036 | MRK-AAC0152621 | | 10/03/2004 | Email from Reich to Gertz |
| 7.0037 | MRK-AALD359390 | MRK-AALD359291 | 10/05/2004 | Email from Reich to Larsen re NEJM Early Release of Respective Articles on Rofecoxib |
| 7.0038 | MRK-AFK0143558 | | 10/11/2004 | Email from Horgan to Reich |
| 7.0039 | MRK-AFK0143509 | | 10/11/2004 | Email from Reich to Hirsch re Publication of Interim CV Data |
| 7.0040 | MRK-AALD359583 | MRK-AALD359585 | 10/12/2004 | Email from Reich to Konstam |
| 7.0041 | MRK-AALD359801 | | 10/14/2004 | Email from Reich to Kim |
| 7.0042 | MRK-AAC0157237 | MRK-AAC0157238 | 10/20/2004 | Email from Reich to Ross |
| 7.0043 | MRK-AFJ0010720 | | 10/20/2004 | Email from Reich to Ross |
| 7.0044 | MRK-AALD418098 | | 01/09/2005 | Email from Reich to Braunstein re Combined (1)B2.DOC |
| 7.0045 | MRK-AALD289578 | | 09/08/2004 | Email from Reich to Gertz re NICOCX Press Release |
| 7.0046 | MRK-ADB0054245 | | | Distribution List for USHH Advisory Board Members |
| 7.0047 | MRK-AALD359057 | | 10/08/2004 | Email from Horgan to Reich re New England Journal - VIOXX this week |
| 7.0048 | MRK-AAD0418148 | | 01/13/2005 | Email from Reich to Davish re International COX-2 Study Group |
| 7.0049 | MRK-AAD0418260 | | 01/26/2005 | Email from Reich to Einhorn re Avorn-Solomon editorial re CV Safety of coxibs-today's Archives of Int Med-FYI |
| 7.0050 | MRK-AAD0289627528 | | 08/26/2004 | Memo from Kim Burke Hamilton to WWPA VIOXX re D.J. Graham press |
| 7.0051 | MRK-AFK0227524 | MRK-AFK0227525 | 03/03/2005 | Email from Reich to Van Adelsberg re commentary by Felix Arellano |
| 7.0052 | MRK-AALD289510 | | 09/01/2004 | Memo from Reich to Zaller re Mitchell-IC School of Medicine |
| 7.0053 | MRK-AALD289507 | | 09/01/2004 | re ISPE studies |
| 7.0054 | MRK-AALD289626 | MRK-AALD289528 | 09/07/2004 | Memo from Reich to White re Dr. D.J. Graham, Standby Statement/ISPC |
| 7.0055 | MRK-AALD289601 | | 09/07/2004 | Memo from Reich to Ogden re "AT 56B a Year, Are Cox-2 Painkillers Worth It?" |
| 7.0056 | MRK-AALD289578 | | 09/08/2004 | Memo from Reich to Gertz re NICOX Press Release |
| 7.0057 | MRK-GAR0017249 | | 09/08/2004 | Memo from Reich to Mellan re Update Request |
| 7.0058 | MRK-GAR0017251 | | 09/15/2004 | Email from Reich to Einhorn re Rofecoxib 6-month PSUR for Review |
| 7.0059 | MRK-AALD290403 | MRK-AALD290404 | 09/15/2004 | Memo from Reich to Honig re FDA Request |
| 7.0060 | MRK-AALD290452 | | 09/23/2004 | Email from Reich to Morrison re MRL Aug Operating Report |
| 7.0061 | MRK-AILD006344 | | 09/26/2004 | Email from Stoner to Reich and others re CONFIDENTIAL Meeting - 9/26/04 - 8:00 - 10:00 |
| 7.0062 | MRK-ACV0036164 | | 09/2004 | Letter To Whom It May Concern from Reich |
| 7.0063 | MRK-AALD356902 | | 10/03/2004 | Email from Reich to Einhorn re "Addl WSJ and NYT Stories." |
| 7.0064 | MRK-AALD356877 | | 10/03/2004 | Email from Reich to Salzmann re Vioxx |
| 7.0065 | MRK-AALD359793 | MRK-AALD359794 | 10/14/2004 | Email from Reich to Heydemann |
| 7.0066 | MRK-AALD359795 | | 10/12/2004 | Email from Santanello to Reich re Epi Draft Q&A on Epidemiology Studies |
| 7.0067 | MRK-AALD359889 | | 10/17/2004 | Email from Reich to Einhorn re FINAL Communications Guidance for All ACR Attendees |
| 7.0068 | MRK-AALD415666 | MRK-AALD415667 | 10/27/2004 | Email from Reich to Her Group re Vioxx Morale |
| 7.0069 | MRK-AALD418105 | MRK-AALD418106 | 01/09/2005 | Email from Reich to Van Adelsberg |

**MASON v. MERCK**
**PLAINTIFF'S EXHIBIT LIST**

| Exhibit No. | Begin Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 7.0070 | MRK-AFV0288204 | | 02/01/2005 | Email from Reich to Kim re New rofecoxib epi study-did we know all about this? |
| 7.0071 | MRK-AAD0504304 | MRK-AAD0604305 | 04/12/2005 | Email from Reich to Ric Day re CVD events in your 2000 Archieves in Int. Med. Paper |
| 7.0072 | MRK-AAD0604511 | | 04/18/2005 | Email re Decision memo - Analysis and recommendations for Agency Action - COX-2 - Selective and Non-Selective NSAIDs |
| 7.0073 | MRK-AAD0506012 | | 04/22/2005 | Email from Reich to CIA@NorthAmerican re Forbes.com - Pharmaceuticals Behind Bextra's Fall |
| 7.0074 | MRK-AAD0510503 | | 05/11/2005 | Email from Reich to Cordell re Action Management |
| 7.0075 | MRK-AFN0046052 | | 10/11/2004 | Email from Reich to Horgen re Quick Question on APPROVe/VICTORVIP - APPROVE post-VIGOR changes |
| 7.0076 | MRK-AAD0358815 | | 10/15/2004 | Email from Reich to Hirsch re NEJM Vioxx Topol |
| 7.0077 | MRK-AAD0359819 | | 10/15/2004 | Email from Reich to Bertrand re Merck's missing Vioxx study - Inquiry from Forbes |
| 7.0078 | MRK-AFS0024926 | | 10/11/2004 | Email from Reich to Bahn |
| 7.0079 | MRK-AHD0075861 | MRK-AHD0075683 | 01/31/2005 | Email from Reich to Lines |
| 7.0080 | MRK-AAD0417849 | | 01/05/2005 | Email from Reich to Braunstein re Question from Barbara Martinez at theWall Street Journal |
| 7.0081 | MRK-AAD0409689 | | 10/19/2004 | Email from Shank-Samlec to Reich re Question from Mary Kornstam |
| 7.0082 | MRK-AAD0417675 | | 01/05/2005 | Email from Reich to McMahon re Question from Barbara Martinez at the Wall Street Journal |
| 7.0083 | MRK-AFN-131389 | | 03/03/2005 | Email re Follow up on comments for APPROVe a CSR |
| 7.0084 | MRK-AAD0417661 | | 01/05/2005 | Email from Reich to Bolognese re Update of CV events in VIP |
| 7.0085 | MRK-AJJ0056019 | | 02/03/2005 | Email from Reich to Van Adelsberg re Preliminary Data Discussed this Afternoon |
| 7.0086 | MRK-AAD0513600 | | 09/30/2005 | Memo from Reich to Kashuba re VICTOR memo |
| 7.0087 | MRK-AAD0507604 | | 07/20/2005 | Email from Reich to Bolce re Response from Murray Selwyn |
| 7.0088 | MRK-AAD0505515 | | 07/10/2005 | Email from Reich to Plump |
| 7.0089 | MRK-AAD0269463 | | 09/01/2004 | Email from Reich to Gertz re Kaiser Permanente Coverage |
| 7.0090 | MRK-AAD0360013 | | 09/29/2004 | Email from Reich to Kom |
| 7.0091 | MRK-AAD0417182 | MRK-AAD0417183 | 12/26/2004 | Email from Reich to Gertz re URGENT NIH stops trial w/an Increase in CV and cerebrovascular events on naproxen compared with on placebo |
| 7.0092 | MRK-AAF0004389 | | 12/23/2004 | U.S. Food and Drug Administration website printouts, dated December 23, 2004 |
| 7.0094 | MRK-ABA0009274 | | 10/15/2001 | Memo from Gould to Silverman re Vioxx draft label (DX 241) |
| 7.0095 | MRK-AAX0002766 | | 04/20/2001 | Email from Topol to Reich (DX 357) |
| 7.0096 | MRK-AAX0002761 | AAX0002766 | 02/07/2000 | Letter from Reich to Weinblatt (DX 361) |
| 7.0097 | MRK-AAB0059566 | MRK-AAB0059568 | 01/24/2000 | Email to Reich from Capizzi re Clean File: VIGOR adjudicated CV events analysis |
| 7.0098 | MRK-AAB0000518 | | 01/24/2000 | Letter from Dr. Weinblatt to Reich procedures |
| 7.0099 | MRK-ABS0361865 | | 07/17/2000 | Letter from Bombardier to Kaplan, Associate Editor of NEJM (Reviewer Notes on VIGOR article) (DX 416) |

**MASON v. MERCK**
**PLAINTIFF'S EXHIBIT LIST**

| Exhibit | Bates 1 | Bates 2 | Date | Description |
|---|---|---|---|---|
| 7.0100 | MRK-AAZ0001594 | | 05/03/2001 | Email from Deepak to Reicin re COX-2 Inhibitors in ACS - CONFIDENTIAL |
| 7.0101 | MRK-ACT0009918 | | 02/04/2001 | Email from Scolnick to Reicin re a word of praise |
| 7.0103 | MRK-ABH0017550 | | 03/23/2000 | Memo from Reicin re Steering Committee Conference (DX 114 |
| 7.0104 | MRK-0042001830 | | 08/03/2000 | Letter from FDA to Merck, prior approval supplement (DX 148) |
| 7.0105 | | | 01/11/2005 | Email from Richard Pasternak to Allise Reicin re ACC Meeting Invite |
| 7.0106 | MRK-NJ0256619 | MRK-NJ02856656 | 01/31/2001 | Letter with attachments |
| 7.0101 | | | 10/21/2004 | (NEJM) "Coxibs and Cardiovascular Disease" |
| 7.0102 | | | | May, 1999 - Protocol 090, 1999-11-18 |
| 7.0103 | NJ0246455 | NJ0246480 | 03/23/2000 | Ric Day Comments |
| 7.0104 | MRK-NJ0121195 | MRK-NJ0121196 | 03/17/2000 | Emails from Barr to Reicin and others re One More Longshot |
| 7.0105 | | | 03/27/2000 | News Release (Welner 78) - "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
| 7.0006 | MRK-ERN0252799 | MRK-ERN0252800 | 05/18/2000 | Letter from study authors (including Reicin) to Robert Utiger, Deputy Editor of New England Journal of Medicine (DX 135) |
| 7.0007 | MRK-ABS0361865 | | 07/17/2000 | Letter from Bombardier to Kaplan, Associate Editor of NEJM (Reviewer Notes on VIGOR article) (DX 416) |
| 7.0008 | | | 10/2000 | FDA Proposal of Label, includes CV Language in Warnings Section |
| 7.0009 | | | 10/2000 | Shapiro analysis |
| 7.0010 | MRK-0142001921 | MRK-0142001927 | 01/18/2001 | Merck request for an agency meeting, Reicin is an MRL attendee (325) |
| 7.0011 | | | 04/26/2001 | Reicin workover of Topol paper |
| 7.0012 | | | 08/21/2001 | Demopolous Video Release Play in Jan Weiner's Video |
| 7.0013 | | | 2006 | Tanne (2006): NEJM stands by its criticism of VIOXX study, BMJ, 2006 Mar, 4 332(7540):505. |
| 7.0014 | MRK-AF0031373 | | 07/07/2000 | (Protocol 068, Part II) "A 2-Part, Double-Blind, Randomized Multicenter, Parallel Group, 52-Week Study to Assess the Safety and Tolerability and to Further Define the Clinically Effective Dose Range of Rofecoxib in Patients with Rheumatoid Arthritis (Part |
| 7.0015 | MRK-ABDD-17753 | | 12/13/2000 | (Protocol 097) "An Active-Comparator and Placebo-Controlled, Parallel-Group, Double Blinc, 52-Week Study to Assess the Safety and Efficacy of 25 and 50 mg MK-0966 Daily In Rheumatoid Arthritis Patients (Part I)" |
| 7.0016 | MRK-NJ0183619 | | 12/21/2000 | (Protocol 098/103) "A Multicenter, randomized, Parallel Group, Active and Placebo-Controlled, Double Blind Study Conducted Under In-House Blinding Conditions to Determine the Incidence of Gastroduodenal Ulcers in Patients with Rheumatoid Arthritis After 1 |
| 7.0017 | MRK-ACDD1056817 | | 03/29/2001 | (Protocol 102C) (ADVANTAGE study) "Assessment of Differences between Vioxx and Naproxen to Ascertain Gastrointestinal Tolerability and Effectiveness" - "A Double Blind, Multicenter Study to Evaluate the Tolerability and Effectiveness of Rofecoxib (MK-096 |

**MASON v. MERCK**
**PLAINTIFF'S EXHIBIT LIST**

| Exhibit | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| 7.1018 | MRK-ACD098334 | | 02/27/2002 | (Protocol 096, Part II) "An Active Comparator and Placebo-Controlled, Parallel-Group, Double-Blind, 52 Week Study to Assess the Safety and Efficacy of MK-0966 in Rheumatoid Arthritis Patients (Part II)" |
| Anstice Ex. No. 166 | MRK ACW 0008375 | MRK-ACVV0008376 | | ""Table of All Deaths and/or Confirmed Adjudicated Serious Thromboembolic Aes from VIGOR" - introduced as a Table reflecting the mortality data from Vigor." |
| CM.0002 | MRK-ABO0001407 | MRK-ABO0001415 | 06/05/2000 | "Email string from Nlekelski to Melon, Daniels, Dervishian, Russell, Lahner, Baseman, Baumgartner, Bazmi, Bell, Bourdow, Chirpe, Coppola, El-Dada, McKines, Morio, Reiss, Rode, Wawczak, Wynd, Yarborough re: Vioxx Cardiovascular Safety Issues Unresolved; GI S |
| CM.0005 | MRK-ABI0043906 | MRK-ABI0043923 | NO DATE | "List of Physicians with Information provided by A&A with comments from National HSAs, RMDs, TBG, etc. " |
| CM.0006 | MRK-ADN0018203 | MRK-ADN0018224 | 2000 | Vioxx Consumer Marketing 2000 Profit Plan (powerpoint presentation) |
| CM.0008 | MRK-ADA0015245 | MRK-ADA0015273 | 07/14/1999 | 2000 Profit Plan Extended Team Meeting for Vioxx |
| CM.0009 | MRK-ADK0003208 | MRK-ADK0003407 | 07/07/2000 | Year 2000 Advocate Plan for Merck Coxibs (Draft) |
| CM.0013 | MRK-ABI0004441 | MRK-ABI0004441 | 09/28/1999 | "Email from Anstice to McKines Dixon, Donnelly, and Tacconi re: Vioxx and Consumer Awareness and the need to gather more date; similar to CM.0014, but with additional email strings attached regarding the same." |
| CM.0026 | MRK-AF10038769 | MRK-AF10038772 | 1999 | List of Physicians |
| CM.0034 | MRK-AF10043358 | MRK-AF10043359 | 04/30/1999 | Email from Baumgartner to Hartenbaum re: Physicians to Neutralize; has Baumgartner email of 04/26/1999 attached. |
| CM.0051 | MRK-ADI0017595 | MRK-ADI0017597 | 01/25/1999 | "Email string from Higbee to Weiner, Lindemann, Fanelle in regards to Intelligence/NEJM" |
| CM.0052 | MRK-ADI0013761 | MRK-ADI0013764 | 02/10/1999 | Email string from Higbee to Johnson and McKines in regards to Intelligence/NEJM |
| CM.0059 | MRK-ACJ0005170 | MRK-ACJ0005215 | 04/09/2002 | Pharmaceuticals: The New Consumer Marketing Frontier by Tacconi. |
| CM.0060 | MRK-EAD0001604 | MRK-EAD0001605 | 05/19/2000 | Email from Douglas Wynd to Dreyer and Miles RE: For your eyes only - Draft VIGOR Messages with attachments |
| CM.0071 | MRK-AKO0026709 | MRK-AKO0031037 | 1998-2000 | Merck Disbursement Voucher Requests |
| CM.0072 | MRK-ACJ0004336 | MRK-ACJ0004445 | 2000 | 2000 Profit Plan |
| CM.0074 | MRK-ABY0030136 | MRK-ABY0030137 | 09/20/2001 | "Email from Straus to Kong, Pellissier and Watson in regards to FDA Warning Letter" |
| CM.0075 | FRI0000021 | FRI0000031 | 11/15/2000 | "Fax from James McMillen, M.D. To ??? Enclosing letters from Merck. One letter from Huskey Medical Center; one to James McMillen inviting him to a VIGOR meeting and then one rescinding that invitation. " |
| CM.0077 | MRK-AFI0181589 | MRK-AFI0181597 | 11/21/2005 | Physician Action Plans - ADVOCATE |
| Curfman Ex. 42 | | | | 929,400 reprints of the NEJM VIGOR article were purchased Not marked with Bates number. |
| Curfman I Ex. No. 8 | | | 01/23/1997 | Uniform Requirements for Manuscripts Submitted to Biomedical Journals |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | | | | Description |
|---|---|---|---|---|
| Curfman II Ex. No. 11 | | | | International Committee of Medical Journal Editors - Uniform Requirements for Manuscripts Submitted to Biomedical Journals |
| Graham Ex. No. 1 | | | | Curriculum Vitae for David Graham, M.D., M.P.H. |
| Graham Ex. No. 2 | | | | "Powerpoint slides - Drug Safety in America: A Nation Still at Risk by David J. Graham, MD, MPH" |
| Graham Ex. No. 3 | | | | Rofecoxib - Diagnosis & treatment: What went wrong? Can we avoid? |
| Graham Ex. No. 4 | | | 02/05/2005 | "Lancet Study - Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study, Vol 365, Pg. 475-481" |
| Krahe Ex. No. | MRK-CAAD0006730 | MRK-CAAD0006731 | 2003 | Charts of Southern California Management Team and Executive Professional Representatives |
| Krahe Ex. No. 1 | MRK-CAAD0001495 | MRK-CAAD0001497 | | "Three page document entitled Steele, Anne E., Distribution List / Name: Cross Functional Team for Vioxx." |
| Krahe Ex. No. 11 | MRK-CAAD0013902 | MRK-CAAD0013919 | 07/19/2001 | National Cross-Functional Team Meeting for Vioxx Summary |
| Krahe Ex. No. 13 | MRK-CAAD0014770 | MRK-CAAD0014773 | 05/23/2001 | "Email with attachment entitled, "Bulletin for Vioxx Background Information Only: Archives of Internal Medicine Articles on Naproxen"" |
| Krahe Ex. No. 17 | MRK AKC 0014303 | MRK-AKC0014320 | Sept./Oct/200 1 | "PMRD (Promotion Message Recall Data) An Exclusive Service of the com.DAT Division. dtw Marketing Research Group, Inc."" |
| Krahe Ex. No. 18 | MRK-ADID004755 | MRK-ADID004790 | 10/09/2001 | Annual Plan Vioxx 2002 - Review |
| Krahe Ex. No. 19 | MRK-ADW063887 | MRK-ADW063927 | | Vioxx Monthly EAR Review November 2001 |
| Krahe Ex. No. 2 | MRK-CAAD0006247 | MRK-CAAD0006247 | | Organizational Chart entitled Vioxx WERBG-CFT |
| Krahe Ex. No. 22 | MRK-H-35TM001166 | MRK-H-35TM001169 | 04/05/2000 | Bulletin for Vioxx: The 2000 Field Incentive Plan for Vioxx |
| Krahe Ex. No. 23 | | | | "Merriam Webster Online Dictionary entry for "obstacle"" |
| Krahe Ex. No. 24 | MRK-ABW0000243 | MRK-ABW0000248 | | "CV card entitled, "Cardiovascular System Clinical Profile in Osteoarthritis Studies"" |
| Krahe Ex. No. 25 | MRK-CAAD0001038 | MRK-CAAD0001043 | | Cardiovascular System Clinical Profile in Osteoarthritis Studies [from Krahe file] |
| Krahe Ex. No. 26 | MRK-AAR0003848-43 | MRK-AAR0003848-48 | | Bulletin for Vioxx: New Resources: Cardiovascular Card |
| Krahe Ex. No. 29 | MRK-CAAD0007126 | MRK-CAAD0007127 | 09/24/2000 | Email chain to Krahe and others from Linda Grissom that relates to Singh |
| Krahe Ex. No. 3 | MRK-CAAD0007581 | MRK-CAAD0007635 | | 2001 Sales Incentive Plan Office Based Representative Jan/Feb 2001 |
| Krahe Ex. No. 30 | NEJM000374 | NEJM000376 | 12/29/2005 | ""Expression of Concern" article re VIGOR, [N Eng J Med 2005; 353: 2813-14]" |
| Krahe Ex. No. 31 | MRK-CAAD007201 | MRK-CAAD0007203 | 07/14/2001 | "Emails to Krahe from Tracy Mills regarding Singh. Subject: ""Summary and Next Actions: Guridipal Singh Teleconference on 7/13/01""" |
| Krahe Ex. No. 32 | MRK-CAAD0009905 | MRK-CAAD0009905 | 2003 | "Chart of Western Regional Business Group (WEBG) Vioxx cross-functional team at beginning of 2003" |
| Krahe Ex. No. 4 | MRK-CAAD0008316 | MRK-CAAD0008326 | | "E-mail from W.H. Robinson to Marilyn Krahe, et al. Subject: C2 Mailbox - Draft of MVX announcement to the field. Powerpoint attached." |
| Krahe Ex. No. 5 | MRK CAAD 0001696 | MRK-CAAD0001757 | 01/08/2001 | "Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. |

**MASON v. MERCK**
**PLAINTIFF'S EXHIBIT LIST**

| Exhibit | Bates | Bates | Date | Description |
|---|---|---|---|---|
| Krahe Ex. No. 6 | MRK-CAAD0008623 | MRK-CAAD0008625 | 08/17/1999 | "Email from Christopher Quessenberry to Lori Alcock et al cc to Marilyn Krahe, Subject:  Summary of Vioxx Teleconference/Teleconference August 5, 1999 / Greg Bell speaker" |
| Krahe Ex. No. 8 | MRK-ADN0157964 | MRK-ADN0157964 | 04/24/2003 | Email from Tyrus Barker to Marilyn Krahe et al, Subject:  Project Powerplay Program for Vioxx - Daily Counts: 5700 received in the first week! |
| Krahe Ex. No. 9 | MRK-ADN0124683 | MRK-ADN0124692 | 04/01/2003 | "Presentation ""National Cross-Functional Team Meeting for Vioxx April 1, 2003, Dallas, Texas" |
| Niles Ex. No. 10 | MRK-ABC0015053 to MRK-ABC0015071 | MRK-ABC0015193 to MRK-ABC0015214 | 09/16/1998 | Clinical Study Report MK-0966 |
| Topol Ex. 15 | | | | "Risk of cardiovascular events and rofecoxib: Cumulative meta-analysis, (Juni, et al) The Lancet, Vol. 364, December 4, 2004, 2021-2028." |
| Topol Ex. 16 | | | | "Rofecoxib, Merck, and the FDA, (Kim et al), N Engl J Med 351;27 December 30, 2004, 2875 - 2878" |
| Topol Ex. 25 | | | | "Cardiovascular System Clinical Profile in Osteoarthritis Studies,"" Cardiovascular Card (aka MRK-ABW0000243 - MRK-ABW0000246; MRK-ADB0009039 - MRK-ADB009042; MRK-ACW0008376; MRK-ACZ0072955 - MRK-ACZ0072956)" |
| Topol Ex. 3 | | | | "The sad story Vioxx, and what we should learn from it, (Karha/Topol), Cleveland Clinic Journal of Medicine, Volume 71, Number 12,  December 2004, 933-939" |
| Topol Ex. 4 | | | | "Risk of Cardiovascular Events Associated |
| Topol Ex. 52 | | | | "Cardiovascular Thrombotic Events In Controlled, Clinical Trials of Rofecoxib, (Konstam, et al), Circulation 2001;104:r15-r23" |
| Topol Ex. 6 | | | 4/26/01 | "4/26/01 E-mail from Alise Reicin to Laura Demopoulos with attachment, ""Selective COX-2 Inhibitors are Associated with An Increased Risk of Cardiovascular Events,"" (Mukherjee, et al,) draft manuscript MRK-AAZ0001561 - MRK-AAZ0001593" |
| Topol  Ex. 7 | | | 8/12/01 | 8/12/01 E-Mail from Alan Niles to Laura Demopoulos re: Topol Manuscript |
| Topol  Ex. 9 | | | 6/12/01 | "Excerpt from ""Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors,"" (Mukherjee, et al), JAMA, August 22/29, 2001 Vol. 286, No. 8, 956 (Figure 1 from that article)" |