UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-0810 | * | |
| CHARLES L. MASON, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Brief in Support of Motion to Exclude Testimony of Gary Sander, M.D.,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted two (2) additional pages, for a total of seventeen (17) pages for its reply memorandum.

NEW ORLEANS, LOUISIANA, this 10th day of October, 2006.

_____
DISTRICT JUDGE

833782v.1