UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>    Products Liability Litigation <br><br> This Document Relates to: <br><br> BOYD EDMONDS and <br>    JANET EDMONDS, Plaintiffs, <br><br>   versus <br><br> MERCK & CO., INC., Defendant, <br><br> Case No. 05-5450, <br><br> & <br><br> DONALD STINSON, Plaintiff, <br><br>   versus <br><br> MERCK & CO., INC., Defendant, <br><br> Case No. 05-5494, <br><br> & <br><br> TIMOTHY R. WATSON, Plaintiff, <br><br>   versus <br><br> MERCK & CO., INC., Defendant, <br><br> Case No. 05-5545. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## **ORDER**

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Amended Memorandum of Law in Support of Merck's Motion for Summary Judgment,

1

833984v.1

2

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file the attached Amended Memorandum of Law in Support of Merck's Motion for Summary Judgment to correct and replace its original memorandum, Rec. Doc. 7345.

NEW ORLEANS, LOUISIANA, this 12th day of October, 2006.

_____
DISTRICT JUDGE

833984v.1