UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>   Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: <br>   LENE ARNOLD | *    MDL No. 1657 <br> * <br> *    SECTION L |
| versus | * |
| | *    JUDGE ELDON E. FALLON |
| MERCK & CO., INC. <br>       Defendant | * <br> *    MAGISTRATE JUDGE <br> *    KNOWLES |
| Case No. 05-2627 | * <br> * |
| & | * <br> * |
| ALICIA GOMEZ | * <br> * |
| versus | * <br> * |
| MERCK & CO., INC. <br>       Defendant | * <br> * <br> * |
| Case No. 05-1163 | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support of Merck's Motion for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted eleven (11) additional pages, for a total of twenty-six (26) pages for its Reply Memorandum in Support of Merck's Motion for Summary Judgment.

NEW ORLEANS, LOUISIANA, this 12th day of October, 2006.

_____
DISTRICT JUDGE

833965v.1