UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Jeffries, et al. v. Merck & Co., Inc.*, 06-1987

## ORDER

IT IS ORDERED that the Defendant, Rudy P. Zarate, M.D.'s Motion to Dismiss, or, in the Alternative, Motion to Remand (Rec. Doc. 7877) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this __12th__ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE