UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|   Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
|   LENE ARNOLD * | |
| * | SECTION L |
| versus * | |
| * | JUDGE ELDON E. FALLON |
| MERCK & CO., INC. * | |
|     Defendant * | MAGISTRATE JUDGE |
| * | KNOWLES |
| Case No. 05-2627 * | |
| * | |
| & * | |
| * | |
| ALICIA GOMEZ * | |
| * | |
| versus * | |
| * | |
| MERCK & CO., INC. * | |
|     Defendant * | |
| * | |
| Case No. 05-1163 * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support of Merck's Motion for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted eleven (11) additional pages, for a total of twenty-six (26) pages for its Reply Memorandum in Support of Merck's Motion for Summary Judgment.

NEW ORLEANS, LOUISIANA, this 12th day of October, 2006.

_____
DISTRICT JUDGE

833965v.1