## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL: 1657

LINDA MATRULLA,
      Plaintiff,

Case No.: 2:06-CV-5505

vs.

MERCK & CO., INC., et al.
KRISTIN BAYER, LINDA BLEICH,
ROBERT C. BROWN, KEVIN BURTON,
KARA COBEY, HEIDI DINGFELDER,
BARRY GOGEL, CHRISTOPHER HARRIS,
KIMBERLY JEFFARES, MICHAEL JOHNSON,
WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA,
JULIE MAXWELL, KEITH MCCARTHY,
CATHERINE MCGRATH, LISA MILLAR,
JASON NICKELL, JEFFREY NORRIS,
RANDI PARRISH, MARCI PETERS, BRIAN POPP,
ROBERT SHIRMOHAMMAD, MARCUS STAFFORD,
LISA WEAVER, DANIEL G. ALFONSO,
KATHLEEN BALLASH, YVONNE C. FIGUEREDO,
YVETTE HILMS, JESSE HOLLINGSWORTH,
JOHN KILKELLY, ANNE M. KONOVITCH,
DOUGLAS PAUL, and MARK B. SEUZENEAU,

JUDGE FALLON
MAG. JUDGE KNOWLES

_____/

### UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

     Plaintiff, LINDA MATRULLA, moves this Honorable Court pursuant to Rule 15,

Federal Rules of Civil Procedure, for leave to amend her Complaint. As grounds in support of

this motion, Plaintiff states as follows:

     1.     Plaintiff initially filed this action against Defendants Merck & Co. Inc., et al,

alleging in paragraph (3) that she suffered from a stroke on May 21, 2000, resulting in permanent

damages and disability as a result of her ingestion of Vioxx.

2.      The reference to a stroke is a scrivener's error.  In fact, Plaintiff suffered from a heart attack, not a stroke, on May 21, 2000, resulting in permanent damages and disability as a result of her ingestion of Vioxx.

3.      Plaintiff seeks to amend her complaint (the proposed Amended Complaint is attached as Exhibit "A") to identify the proper diagnosis of her injuries.  The granting of this Motion will not result in any prejudice to Defendants and should relate back to the original date of filing.

4.      Plaintiff has consulted with defense counsel for MERCK on October 9, 2006, and defense counsel has no objections to the amendment of the Plaintiff's complaint.

WHEREFORE, Plaintiff requests that this Court enter its order granting her Motion for Leave to Amend Complaint.  Further, Plaintiff requests that this Court order that the Amended Complaint attached hereto be filed *instanter* and direct said Defendants to timely file appropriate responses.

Dated this 17th day of October, 2006.


By: ____/s/ Brenda S. Fulmer_____
          BRENDA S. FULMER, Esq.
          Fla. Bar No. 999891
          ALLEY, CLARK, GREIWE & FULMER
          701 E. Washington Street
          P.O. Box 3127
          Tampa, FL 33601-3127
          Tele: (813) 222-0977
          Fax: (813) 224-0373
          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Unopposed Motion for Leave to Amend Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by

U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of October, 2006.

By:___/s/ Brenda S. Fulmer_____
      BRENDA S. FULMER, Esq.
      Fla. Bar No. 999891
      ALLEY, CLARK, GREIWE & FULMER___
      701 E. Washington Street
      P.O. Box 3127
      Tampa, FL 33601-3127
      Tele: (813) 222-0977
      Fax: (813) 224-0373
      Attorneys for Plaintiff
      *bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL: 1657

LINDA MATRULLA,
      Plaintiff,

Case No.: 2:06-CV-5505

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., et al.
KRISTIN BAYER, LINDA BLEICH,
ROBERT C. BROWN, KEVIN BURTON,
KARA COBEY, HEIDI DINGFELDER,
BARRY GOGEL, CHRISTOPHER HARRIS,
KIMBERLY JEFFARES, MICHAEL JOHNSON,
WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA,
JULIE MAXWELL, KEITH MCCARTHY,
CATHERINE MCGRATH, LISA MILLAR,
JASON NICKELL, JEFFREY NORRIS,
RANDI PARRISH, MARCI PETERS, BRIAN POPP,
ROBERT SHIRMOHAMMAD, MARCUS STAFFORD,
LISA WEAVER, DANIEL G. ALFONSO,
KATHLEEN BALLASH, YVONNE C. FIGUEREDO,
YVETTE HILMS, JESSE HOLLINGSWORTH,
JOHN KILKELLY, ANNE M. KONOVITCH,
DOUGLAS PAUL, and MARK B. SEUZENEAU,
_____/

### ORDER ON PLAINTIFF'S UNOPPOSED
### MOTION FOR LEAVE TO AMEND COMPLAINT

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Unopposed Motion for Leave to Amend Complaint is hereby GRANTED.

2.      The Amended Complaint is deemed filed, as of the date hereof and all Defendants

shall file an Answer to the Amended Complaint within ten (10) days from the date hereof.

New Orleans, Louisiana, this _____ day of _____, 2006.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE