834361v.1

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 05-4445 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| MAMIE FARWELL, et al. | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the Stipulation and Order of Dismissal With Prejudice filed herein,

IT IS ORDERED that the Complaint of Plaintiff MAMIE FARWELL be and it hereby is dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 13th day of October, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE