UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1657 SECTION: L(3) JUDGE FALLON MAG.JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: Anthony J. Pontrelli, et al., Plaintiff, vs. Merck & Co., et al., Defendants. | * * * * * * * * * * * * | Case No. 2:06-cv-00680 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby GRANTED, and Robinson, Calcagnie & Robinson is substituted as counsel of record for plaintiff in this matter for the firm of Curcio Law Office.

**IT IS SO ORDERED** this 12th day of October, 2006.

_[signature]_
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on October 11, 2006, a copy of the foregoing Joint Motion to Substitute Counsel was mailed to:

<u>Defendants' Liaison Counsel</u>
Phillip A. Wittman
Dorothy H. Wimberly
Carmelite M. Bertaut
**Stone Pigman Walther Wittman, L.L.C.**
546 Carondelet Street
New Orleans, LA 70130

<u>Plaintiffs' Liaison Counsel</u>
Russ M. Herman
Leonard A. Davis
Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
3411 Richmond Ave., Suite 460
Houston, TX 77046

and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8.

_____
MARK P. ROBINSON, JR.