UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1657 SECTION: L(3) JUDGE FALLON MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: Gary Magratten, Plaintiff, vs. Merck & Co., et al., Defendants. | * * * * * * * * * * * | Case No. 2:06-cv-2970 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby GRANTED, and Robinson, Calcagnie & Robinson is substituted as counsel of record for plaintiff in this matter for the Plaintiff Gary Magratten in pro per.

IT IS SO ORDERED this 12th day of October, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on October 11, 2006, a copy of the foregoing Joint Motion to Substitute Counsel was mailed to:

Defendants' Liaison Counsel
Phillip A. Wittman
Dorothy H. Wimberly
Carmelite M. Bertaut
**Stone Pigman Walther Wittman, L.L.C.**
546 Carondelet Street
New Orleans, LA 70130

Plaintiffs' Liaison Counsel
Russ M. Herman
Leonard A. Davis
Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
3411 Richmond Ave., Suite 460
Houston, TX 77046

and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8.

_____
MARK P. ROBINSON, JR.