UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>  Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Rita B. Barker, et al. v. Merck & Co., Inc., et al.* No. 05-6535

---

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL SUBJECT TO PLAINTIFF'S MOTION TO REMAND

---

1. Plaintiffs, Edith A. Neill and Raymond James Sparr files this Motion to Substitute Edward Blizzard, Attorney-in-Charge, and the law firm of Blizzard, McCarthy & Nabers, LLP as counsel for Plaintiffs, Edith A. Neill and Raymond James Sparr in place of Todd S. Hagemann and the law firm of Simon and Passanante, PC.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. The substitution of counsel is agreed to by the Plaintiffs, Edith A. Neill and Raymond James Sparr, and Plaintiffs respectfully request that the Court grant this Motion and all other just relief.

Respectfully submitted,

**Simon • Passanante, PC**

_____
Todd S. Hageman
Missouri State Bar No. 44770
701 Market Street
Suite 1450
St. Louis, MO 63101
Telephone: 314.241.2929
Telecopier: 314.241.2029

**Withdrawing Attorney-In-Charge for
Plaintiffs Edith A. Neill and Raymond James
Sparr**


**Blizzard, McCarthy & Nabers, LLP**

_____
EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: (713) 844-3750
Fax:    (713) 844-3763

**Substituting Attorney-In-Charge for
Plaintiffs Edith A. Neill and Raymond James
Sparr**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copy of the foregoing Motion for Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A on October 17, 2006. The undersigned hereby certifies that counsel will make the change directly on File & Serve LexisNexis as soon as the Order is entered.

*Rebecca B. King*
Rebecca B. King