UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX | MDL NO. 1657
Product Liability Litigation |
| SECTION:   L
|
| JUDGE ELDON E. FALLON
|
| MAGISTRATE JUDGE
| DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Rita B. Barker, et al. v. Merck & Co., Inc., et al.* No. 05-6535

---

ORDER GRANTING SUBSTITUTION OF COUNSEL

---

The Court considered Plaintiffs Edith A. Neill and Raymond James Sparr's ("Plaintiffs") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Todd S. Hageman and the law firm of Simon and Passanante, PC are granted leave to withdraw as counsel of record for the Plaintiffs and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiffs Edith A. Neill and Raymond James Sparr.

Signed this _____ day of _____, 2006

_____
Judge Presiding

APPROVED AND AGREED TO:

**Simon • Passanante, PC**

*[signature]*

Todd S. Hageman
Missouri State Bar No. 44770
701 Market Street
Suite 1450
St. Louis, MO 63101
Telephone: 314.241.2929
Telecopier: 314.241.2029
**Withdrawing Attorney-In-Charge for Plaintiffs Edith A. Neill and Raymond James Sparr**


**Blizzard, McCarthy & Nabers, LLP**

*[signature]*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: (713) 844-3750
Fax:    (713) 844-3763
**Substituting Attorney-In-Charge for Plaintiffs Edith A. Neill and Raymond James Sparr**