UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | : | MDL Docket No. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| This document relates to: *Colleen Sturm Sitarik and John Sitarik, her husband v. Merck & Co., Inc.* (E.D. La. 05-3218) | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL

It is STIPULATED and AGREED by and between the parties that, pursuant to Fed.R.Civ.P. 41(a)(1), the action captioned above is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs and counsel fees.

By: _/s/_  
Date: 10/9/06

Fred T. Magaziner
Joseph K. Hetrick
Joshua G. Schiller
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Phone: (215) 994-4000
Fax: (215) 994-2222
Attorneys for Defendant Merck & Co., Inc.

Phillip A. Whittmann, 13625
Dorothy H. Wimberly, 18509
Camelite M. Bertaut, 3054
Stone Pigman Walther Whittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

_/s/_  
Date: 10-09-06

Craig Vandergrift
Goldberg, Persky & White, P.C.
1030 Fifth Ave.
Pittsburgh, PA 15219
Phone: 412-471-3980
Fax: 412-471-8308

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of October, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendant's Liaison Counsel