UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 05-3218 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| COLLEEN STURM SITARIK and JOHN SITARIK, her husband | * | |
| Plaintiffs, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Stipulation and Order of Dismissal With Prejudice filed herein,

IT IS ORDERED that the Complaint of Plaintiffs COLLEEN STURM SITARIK and JOHN SITARIK, her husband, be and it hereby is dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

834361v.1