U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN J. STOCKTON and SANDRA STOCKTON, | ) | MDL NO. 1657 |
| | ) | SECTION: L |
| Plaintiffs, | ) | |
| v. | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| MERCK & CO., INC., et al. | ) | |
| | ) | CAUSE NO.:2:05-cv-04639-EEF-DEK |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## PLAINTIFF'S JOINT MOTION TO SUBSTITUTE COUNSEL AND ENTRY OF APPEARANCE

COMES NOW John J. Allan and the law firm of John J. Allan, P. C. and withdraws as Counsel for the Plaintiffs, John J. Stockton and Sandra Stockton, in the above referenced matter.

COMES NOW Todd S. Hageman and the law firm of Simon • Passanante, P.C. and enters his appearance on behalf of the Plaintiff in the above referenced matter.

JOHN J. ALLAN, P. C.

By: _____

John J. Allan, #19079
4931 Lindell Blvd., Suite 1E
St. Louis, Missouri 63108
314-361-7100
314-361-8440 (fax)

Dated: 10-4-06

SIMON • PASSANANTE, P.C.

By: _____

Todd S. Hageman, #44770
701 Market Street, Ste 1450
St. Louis, Missouri 63101
314-241-2929
314-241-2029 (fax)

Dated: 10/2/06

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. __8(B)__ in accord with the procedures established in MDL 1657, on this __18th__ day of __October__, 2006.

_(signature)_
Todd S. Hageman, #44770
Attorney for Plaintiff
**SIMON • PASSANANTE, P.C.**
701 Market Street, Ste 1450
St. Louis, Missouri 63101
314-241-2929
314-241-2029 (fax)
thageman@spstl-law.com

TSH/jld:810014
10/4/06

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. STOCKTON and<br>SANDRA STOCKTON, ) | MDL NO. 1657 |
| ) | SECTION: L |
| Plaintiffs, ) | |
| v. ) | JUDGE FALLON |
| ) | MAG. JUDGE KNOWLES |
| MERCK & CO., INC., et al. ) | |
| ) | CAUSE NO.:2:05-cv-04639-EEF-DEK |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFFS JOHN J. STOCKTON AND SANDRA STOCKTON'S JOINT MOTION TO SUBSTITUTE COUNSEL AND ENTRY OF APPEARANCE

COMES NOW John J. Allan and the law firm of John J. Allan, P. C. and withdraws as Counsel for the Plaintiffs, John J. Stockton and Sandra Stockton, in the above referenced matter.

COMES NOW Todd S. Hageman and the law firm of Simon • Passanante, P.C. and enters his appearance on behalf of the Plaintiff in the above referenced matter.

Simon • Passanante, P.C. certifies that this change will be made directly to Lexis Nexis File & Serve as soon as the Order is entered. This matter having been opened to the Court on the Motion of Plaintiff, through counsel, Simon • Passanante, P.C., and the Court having considered the Motion, it is hereby

**ORDERED**, that Plaintiffs' Motion is granted in its entirety.

_____
Date

_____
The Honorable Eldon E. Fallon
United States District Judge