UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**              MDL NO. 1657
   **PRODUCTS LIABILITY LITIGATION:**

                              SECTION: L

                              JUDGE FALLON
……………………………………………………..   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
         **2:06-cv-01971**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Geraldine Tevlin, Individually and as Personal Representative of the Estate of Jessie Plummer (deceased). After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Geraldine Tevlin, Individually and as Personal Representative of the Estate of Jessie Plummer (deceased), are dismissed, without prejudice, Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect these changes.

         Dated this _____ day of _____, 2006.


                              _____
                              UNITED STATES DISTRICT JUDGE