UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION, <br><br> This document relates to: <br> *Lanagan v. Merck & Co., Inc.,* <br> (E.D. La. 2:06-cv-02664-EEF-DEK) <br> *Dechaine v. Merck & Co., Inc.,* <br> (E.D. La. 2:06-cv-03603-EEF-DEK) <br> *Wedge v. Merck & Co., Inc.,* <br> (E.D. La. 2:06-cv-03602-EEF-DEK) <br> *Grasso v. Merck & Co., Inc.,* <br> (E.D. La. | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## MOTION FOR LEAVE TO WITHDRAW

Claudia Trevor, counsel for Merck & Co., Inc., hereby moves for leave to withdraw as counsel of record for Merck & Co., Inc. ("Merck") in the above-referenced cases. The reason for this withdrawal is that Ms. Trevor will no longer be representing Merck. James J. Dillon of Foley Hoag will continue to act as counsel on Merck's behalf in the above-referenced cases.

B3266682.1

Pursuant to paragraph 14 of Pretrial Order No. 8A, Ms. Trevor's withdrawal will promptly be effected on LexisNexis File & Serve through the use of the Case & Party Management feature of LexisNexis File & Serve as soon as the Order is entered.

Respectfully submitted,

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: (504) 581-3200
Fax: (504) 581-3361

Defendants' Liaison Counsel

James J. Dillon (Mass. BBO# 124660)
Lucy Fowler (Mass. BBO# 647929)
Claudia Trevor (Mass. BBO# 663375)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax: (617) 832-7000

Counsel for Merck & Co., Inc.

Dated: October 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of October, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel