UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®
PRODUCTS LIABILITY LITIGATION,

This document relates to:
*Lanagan v. Merck & Co., Inc.,*
(E.D. La. 2:06-cv-02664-EEF-DEK)
*Dechaine v. Merck & Co., Inc.,*
(E.D. La. 2:06-cv-03603-EEF-DEK)
*Wedge v. Merck & Co., Inc.,*
(E.D. La. 2:06-cv-03602-EEF-DEK)
*Grasso v. Merck & Co., Inc.,*
((E.D. La.

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER

Considering the foregoing Motion for Leave to Withdraw,

IT IS ORDERED that Claudia Trevor be and she hereby is permitted to withdraw as counsel for defendant Merck & Co., Inc. in the above-referenced cases.

NEW ORLEANS, LOUISIANA, this ____ day of October, 2006.

_____
DISTRICT JUDGE

B3266737.1