UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®
PRODUCTS LIABILITY LITIGATION,

This document relates to:
*DiMauro v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-01779-EEF-DEK)
*Pleasant v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-03844-EEF-DEK)
*Basile v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-03843-EEF-DEK)
*Miller v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-03857-EEF-DEK)
*Rafferty v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-03841-EEF-DEK)
*Houghton v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-03842-EEF-DEK)
*Franklin v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-04692-EEF-DEK)
*Barberie v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-04688-EEF-DEK)
*Martin v. Merck & Co., Inc.,*
(E.D. La. 2:06-cv-00784-EEF-DEK)
*Rohr v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-05369-EEF-DEK)
*Lowe v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-06173-EEF-DEK)
*Hagan v. Merck & Co., Inc.,*
(E.D. La. 2:05-cv-06174-EEF-DEK)
*Cranston v. Merck & Co., Inc.,*
(E.D. La. 2:06-cv-00992-EEF-DEK)
*Lanagan v. Merck & Co., Inc.,*
(E.D. La. 2:06-cv-02664-EEF-DEK)
*Leiberman v. Merck & Co., Inc.,*
(E.D. La. 2:06-cv-01705-EEF-DEK)
*Dechaine v. Merck & Co., Inc.,*
(E.D. La. 2:06-cv-03603-EEF-DEK)
*Wedge v. Merck & Co., Inc.,*
(E.D. La. 2:06-cv-03602-EEF-DEK)

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

## **ORDER**

Considering the foregoing Motion for Leave to Withdraw,

IT IS ORDERED that Lucy Fowler be and she hereby is permitted to withdraw as

B3266952.1

- 2 -

counsel for defendant Merck & Co., Inc. in the above-referenced cases.

    NEW ORLEANS, LOUISIANA, this _____ day of October, 2006.

_____
DISTRICT JUDGE
