UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

## PLAINTIFFS' CROSS-NOTICE OF THE PLAINTIFFS' DEPOSITION OF DR. RICHARD KRONMAL

TO: The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Dr. Richard Kronmal** will be held on **October 25, 2006** beginning at **10 a.m.**, at **Best Western University Tower Hotel, 4507 Brooklyn Avenue NE, Seattle, Washington 98105-4508**, to continue from day to day until completed. The deposition will be video-taped by a certified court reporter and may be used at trial. **The call-in number for participation by telephone is (866) 261-4013, I.D. Number 2728103.** You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of Videotaped Oral Deposition of Dr. Richard Kronmal in *In re VIOXX Litigation*, Superior

Court of New Jersey, Atlantic County, Case No. 619.  The questioner/examiner will be a member of the Plaintiffs' Steering Committee or its designee.

>Respectfully submitted,
>
>/s/ Leonard A. Davis
>**Russ M. Herman (Bar No. 6819)**
>Leonard A. Davis (Bar No. 14190)
>Stephen J. Herman (Bar No. 23129)
>*Herman, Herman, Katz & Cotlar, LLP*
>820 O'Keefe Avenue
>New Orleans, LA  70113
>PH:    (504) 581-4892
>FAX:   (504) 561-6024
>
>Temporary Address:
>
>Place St. Charles
>201 St. Charles Ave.
>Suite 4310
>New Orleans, LA  70170
>**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |

| | |
|---|---|
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br><br>Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669 | Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of October, 2006.

I further certify that the foregoing was served on the following plaintiffs' counsel via e-mail or U.S. mail, postage prepaid and properly addressed this 19th day of October, 2006:

David R. Buchanan
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ  07102-4573

David Jacoby
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
402 Park Boulevard
Cherry Hill, NJ  08002

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
201 St. Charles Ave., Suite 4310
New Orleans, LA  70170
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com