UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   OCT 18 2006
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L - DIVISION 3 |
| This document relates to CASE NO. 2:05CV2524 | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK, an Individual, | MAG. JUDGE KNOWLES |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

## ORDER

Considering the foregoing Motion for Expedited Hearing on Motion in Limine No. 1 of Plaintiff,

IT IS ORDERED that the Motion in Limine No. 1 be brought on for hearing on the 2nd day of November ~~October~~, 2006, at 8:00 o'clock a.m.

NEW ORLEANS, LOUISIANA, this 16th day of October, 2006.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____