UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   OCT 18 2006
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | MAG. JUDGE KNOWLES |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

## ORDER

Considering the foregoing Motion for Leave to File Motion in Limine No. 1 Under Seal and to Submit Exhibits In Camera and Under Seal,

IT IS ORDERED that Plaintiff be and hereby is granted leave to file his Motion in Limine No. 1 under seal and to submit the accompanying exhibits in camera and under seal.

NEW ORLEANS, LOUISIANA, this 16th day of October, 2006.

_____
DISTRICT JUDGE