UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Ruby M. Allen, Surviving Mother of Raymond L. Forest, Deceased, and Nancy G. Andrews, Executrix of the Estate of Raymond L. Forest, Deceased v. Merck & Co., Inc.,* **No. 06-2393**

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Ruby M. Allen, as Surviving Mother of Raymond L. Forest, Deceased, and Nancy G. Andrews, as Executrix of the Estate of Raymond L. Forest, Deceased be and the same are hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2006.



_____
UNITED STATES DISTRICT JUDGE