## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Vioxx** | **MDL DOCKET NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | Section L |
| THIS DOCUMENT RELATES TO: | |
| Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v. | Mag. Judge Knowles |
| MERCK & CO., INC. | |

---

## PLAINTIFF CHARLES LARON MASON'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF LEMUEL MOYÉ, M.D., PH. D. (EXPERT CHALLENGE NO. 5)

---

**TO THE HONORABLE ELDON E. FALLON:**

Plaintiff Charles Laron Mason hereby moves this Court for leave to file the attached Opposition to Defendant's Motion to Exclude the Testimony of Lemuel Moyé, M.D., Ph. D. (Expert Challenge No. 5). In an effort to lesson the number of witnesses and thereby shorten the amount of time Plaintiff would need to present his case, Plaintiff's counsel informed Defendant Merck that Dr. Moyé would not be testifying at trial. Based on this representation, and before Plaintiff filed an opposition, Merck withdrew its motion to exclude the testimony of Dr. Moyé. (Rec. Docs. 7188 and 7632-1). Since that time, however, Plaintiff's counsel has determined that it will be necessary to call Dr. Moyé to testify at trial. On October 18, 2006, Plaintiff's counsel informed Merck of this change. Plaintiff assumes, if the Court allows Dr. Moyé to appear at trial, Merck will ask that it's motion to exclude the testimony of Dr. Moyé be heard by the Court. Obviously, Plaintiff would not oppose such a request. Therefore, Plaintiff seeks leave from the Court to file his Opposition.

This Court already allowed Dr. Moyé to testify in *Barnett v. Merck*, 06-485, and *Smith v. Merck*, 05-4379. Plaintiff timely designated Dr. Moyé as an expert in this case and provided his expert report to Merck on August 11, 2006. Merck deposed Dr. Moyé in this case on September 5, 2006. In addition, Merck has deposed Dr. Moyé on other occasions and cross-examined him at trial in *Barnett* and *Smith*. As such, Merck has had ample opportunity to explore Dr. Moyé's opinions generally, and in this case specifically. Merck will not be prejudiced if Dr. Moyé is allowed to testify at the trial in this case.

WHEREFORE, Plaintiff respectfully requests that leave be granted to file his Opposition to Defendant's Motion to Exclude the Testimony of Lemuel Moyé, M.D., Ph. D.

Dated: October 19, 2006

Respectfully submitted,

Edward Blizzard (TBN 02495000)
Scott Nabers (TBN 14769250)
Rebecca B. King (TBN 24027110)
Holly M. Wheeler (TBN: 24006035)
BLIZZARD, McCARTHY & NABERS, L.L.P.
440 Louisiana, Suite 1710
Houston, Texas 77002
(713) 844-3750
(713) 844-3755 (fax)

**ATTORNEYS FOR PLAINTIFF
CHARLES LARON MASON**

| | |
|---|---|
| Andy D. Birchfield, Esq.<br>P. O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555 | Christopher Seeger, Esq.<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799 |
| Leonard Davis<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA  70013<br>PH:  (504) 581-4892<br>FAX:  (504) 561-6024 | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA  70013<br>PH:  (504) 581-4892<br>FAX:  (504) 561-6024 |

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum has been served on Liaison Counsel Russ Herman and Phillip Wittmann, Shayna S. Cook and Richard Krumholz by U.S. Mail, facsimile and/or e-mail; and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced, in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19TH day of October, 2006.

_____

Holly M. Wheeler

4