Lemuel A. Moye, M.D.

1    Q.   Okay.
2         Now, those are the
3  conclusions you've reached after
4  reviewing all the scientific evidence and
5  about 200 hours worth of documents,
6  right?
7    A.   Yes.
8    Q.   Okay.
9         Are there any other
10  mechanisms by which you believe Vioxx
11  produces cardiovascular disease?
12    A.   Well, mechanism two in
13  addition to mechanism -- by catastrophic
14  thrombotic events, I mean that it can
15  increase -- potentially increase
16  atherogenesis or make plaques more
17  friable in addition to producing
18  thrombus.
19    Q.   Where does it say that in
20  your report?
21    A.   Well, that's what I mean.
22  When you asked me what did I mean, that's
23  what I mean.
24    Q.   Well, it says it

1  destabilizes the blood clotting balance.
2  There's nothing in here about
3  destabilizing plaque.
4    A.   Okay.  But that's what I
5  mean.
6    Q.   Okay.
7         Well, let's take them one at
8  a time.  First of all, what's your basis
9  mechanistically for saying that Vioxx
10  destabilizes plaque?  Do you have any
11  paper or any scientific evidence of that?
12    A.   I don't have any paper that
13  shows definitively that in intravascular
14  atherosclerosis production that COX-2
15  inhibitors can accelerate that.  I guess
16  I would have expected to see that from
17  Merck's own development program.  I mean,
18  it wasn't there.
19         However, I do understand the
20  complexity of the atherosclerotic
21  generation system.  I also understand the
22  delicate interplay in the role of
23  thrombus, and I believe it is admissible
24  that COX-2 inhibitors, like Vioxx, and

1  exclusively COX-2 inhibitors, can make
2  atherogenic caps more friable.
3         MR. JOSEPHSON:  Objection,
4     nonresponsive.
5  BY MR. PIORKOWSKI:
6     Q.   Based on what?
7     A.   Based on my understanding of
8  how these mechanisms work.
9     Q.   We already talked about
10  MMP-9 and 2 and their effect on
11  stabilizing plaque when you inhibit them.
12  Do you have any theory or any paper that
13  supports that inhibiting COX-2 causes
14  destabilization of plaque specifically?
15         MR. WACKER:  Object to form.
16         THE WITNESS:  It is my
17     assessment -- it is my opinion
18     based on the summing up of my
19     understanding of the mechanisms by
20     which atherogenic mounds develop
21     and break off.
22         MR. PIORKOWSKI:  Objection,
23     nonresponsive.
24  BY MR. PIORKOWSKI:

1     Q.   So, the answer is, no, you
2  can't cite me to any scientific study?
3         MR. WACKER:  That's
4     argumentative.
5         THE WITNESS:  I guess my
6     answer is --
7         MR. PIORKOWSKI:  No, it's
8     not.  My question is, is there a
9     study, not what's his
10     understanding.
11         THE WITNESS:  My answer is,
12     no, there's not, and I would have
13     expected to see one in Merck's
14     development program.
15  BY MR. PIORKOWSKI:
16     Q.   Is the basis for your belief
17  that Vioxx adds to the force of
18  atherosclerosis, that increases in blood
19  pressure for any reason add to the force
20  of atherosclerosis?
21     A.   I would say chronic
22  increases in blood pressure, not just a
23  temporary acute increase, but chronic
24  increase.

Lemuel A. Moye, M.D.

Page 302

1    Q.   So, is it your opinion with
2  respect to Vioxx, that Vioxx causes
3  chronic increases in blood pressure?
4    A.   Yes.
5    Q.   And what's that based on?
6    A.   It's based on the APPROVe
7  study.
8    Q.   Anything else?
9    A.   I think APPROVe is the best
10  source of information.  I can't think of
11  anything else as I sit here.
12    Q.   Let me ask you this.
13      Is there anything unique in
14  your view about elevated blood pressure
15  caused by Vioxx?
16    A.   I don't know what you mean
17  by that.
18    Q.   Is elevated blood pressure
19  caused by Vioxx different than elevated
20  blood pressure caused by not taking your
21  antihypertensive medication or elevated
22  blood pressure caused by some other
23  medication that causes elevated blood
24  pressure?

Page 303

1    A.   I actually don't know.
2    Q.   You don't have any reason to
3  believe it is?
4    A.   I just don't know.
5    Q.   Well, you're assuming in
6  assuming -- well, part of your inference
7  that Vioxx affects atherosclerosis is
8  based on what you know about blood
9  pressure from causes not Vioxx, right?
10    A.   Yes.
11    Q.   And you're inferring that
12  because it's widely accepted that
13  increases in blood pressure promote
14  atherosclerosis, if Vioxx increases
15  atherosclerosis, then it is reasonable to
16  assume that if Vioxx increases blood
17  pressure, it is reasonable to assume that
18  Vioxx promotes atherosclerosis?  Is that
19  your reasoning?
20    A.   Yes.
21    Q.   Okay.
22      And you believe it is widely
23  known within the medical community that
24  increasing blood pressure can increase

Page 304

1  the risk of atherosclerosis?
2    A.   It does increase the risk of
3  atherosclerosis.
4    Q.   It does increase the risk?
5    A.   Right.
6    Q.   Okay.
7      Now, the potential to cause
8  blood pressure elevations is a potential
9  side effect of all drugs in the
10  nonsteroidal anti-inflammatory family,
11  true?
12      MR. WACKER:  Object to form.
13      THE WITNESS:  There is some
14    increased risk with many different
15    drugs, right, including NSAIDs.
16  BY MR. PIORKOWSKI:
17    Q.   Well, I'm asking
18  specifically, though, about NSAIDs.
19      Are you aware that every
20  NSAID has the potential to cause blood
21  pressure elevations?
22    A.   Yes.
23    Q.   And, in fact, that was a
24  fairly widely known fact back in the

Page 305

1  early '90s, right?
2    A.   Yes.
3    Q.   Okay.
4      And, in fact, because all
5  NSAIDs were known to have the effect of
6  increasing blood pressure, that was a
7  fact that was known to Merck and to the
8  FDA at the time Merck started doing its
9  clinical trials on Vioxx, right?
10    A.   Well, it was certainly
11  appreciated that NSAIDs could increase
12  blood pressure.
13    Q.   Back at that time?
14    A.   Yes.
15    Q.   There was no reason to think
16  that Vioxx was different than any other
17  NSAID or that it was an exception to the
18  rule that NSAIDs could elevate blood
19  pressure, right?
20      MR. WACKER:  Objection to
21    form as to time.
22      MR. PIORKOWSKI:  Okay.
23      Fair point.
24  BY MR. PIORKOWSKI:

Golkow Litigation Technologies - 1.877.DEPS.USA

Lemuel A. Moye, M.D.

Page 306

1    Q.   At the time Vioxx Phase III
2  clinical studies started, right, there
3  was no reason to believe that Vioxx was
4  an exception to the rule that NSAIDs can
5  cause elevated blood pressure?
6    A.   Okay.  Right.
7    Q.   Is that fair to say?
8    A.   Yes.
9    Q.   And because of that, blood
10 pressure was evaluated during the Phase
11 III clinical trials, true?
12   A.   Yes, true.
13   Q.   And you saw several
14 evaluations of the effect of Vioxx on
15 blood pressure in the integrated summary
16 of safety that you reviewed, right?
17   A.   Yes.
18   Q.   Okay.
19        And certainly based on your
20 review of the materials like the medical
21 officer reviews, certainly the FDA was
22 aware that all NSAIDs can elevate blood
23 pressure at the time it was reviewing
24 Vioxx for approval, right?

Page 307

1    A.   Yes.  That's right.
2    Q.   And when the Vioxx clinical
3  studies were submitted to the FDA as a
4  part of the new drug application, all of
5  the information about the effects of
6  Vioxx on blood pressure in the clinical
7  trials was included, wasn't it?
8    A.   Yes.
9    Q.   You have no reason to
10 believe, as you sit here today, that
11 there was any information about adverse
12 effects on blood pressure that was
13 withheld from the FDA or from the FDA
14 Advisory Committee?
15   A.   I don't know.
16   Q.   You don't know one way or
17 the other?
18   A.   I don't know.
19   Q.   You don't have any reason to
20 know that it was withheld, though?
21   A.   Right.
22   Q.   As you sit here today, you
23 can't say here's a document that shows
24 that Merck knew that it really was bad

Page 308

1  for blood pressure elevation, but didn't
2  give it to the FDA?
3    A.   That's correct.
4    Q.   Okay.
5        Let me back up a minute and
6  ask you some general questions about risk
7  factors.
8        Is it correct that
9  cardiovascular disease is what they call
10 a multifactorial disease?
11   A.   You mean atherosclerotic
12 cardiovascular disease?
13   Q.   Yes.
14   A.   By and large, yes.
15   Q.   What do you mean "by and
16 large"?  Is there a --
17   A.   Well, a Prinzmetal variant
18 is not multifactorial.  To my knowledge,
19 that's not multifactorial.
20   Q.   When you teach your
21 students, do you tell your students that
22 cardiovascular disease -- that
23 atherosclerotic cardiovascular disease is
24 a multifactorial disease?

Page 309

1    A.   Yes.
2    Q.   And that means that it has
3  many causes, right?
4    A.   Yes.
5    Q.   Is hypertension a recognized
6  cause of heart disease?
7    A.   It is.
8    Q.   Is hypertension a recognized
9  cause of myocardial infarction?
10   A.   Yes.
11   Q.   Is hypertension a recognized
12 cause of sudden death?
13   A.   In and of itself?  I guess I
14 don't think so, in and of itself.
15   Q.   Is hypertension a recognized
16 cause of stroke?
17   A.   Yes.
18   Q.   Is hypertension a recognized
19 cause of peripheral vascular disease?
20   A.   Yes.
21   Q.   Hypertension can cause
22 cardiovascular disease even in the
23 absence of Vioxx, right?
24   A.   Yes.

Lemuel A. Moye, M.D.

Page 310

1      Q.    Been doing it for centuries,
2  right?
3      A.    Sadly, right.
4      Q.    Sadly.
5           Is elevated cholesterol a
6  recognized cause of heart disease?
7      A.    Yes.
8      Q.    Is elevated cholesterol a
9  recognized cause of myocardial
10 infarction?
11     A.    Yes.
12     Q.    Is elevated cholesterol a
13 recognized cause of sudden cardiac death?
14     A.    Yes.
15     Q.    Is elevated cholesterol a
16 recognized cause of stroke?
17     A.    Yes.  And just so I can be
18 clear, we are talking about total
19 cholesterol.  We're not talking HDL.
20     Q.    My question -- that's a good
21 clarification.  My question that I was
22 asking right now is total cholesterol.
23     A.    Okay.
24     Q.    Right.

Page 311

1      A.    Okay.
2      Q.    And is elevated total
3  cholesterol a recognized cause of
4  peripheral vascular disease?
5      A.    It is.
6      Q.    If I asked you the same
7  question and instead of total
8  cholesterol, I asked you LDL cholesterol,
9  would all the answers be the same?
10     A.    They would.
11     Q.    If I asked you whether
12 having a low HDL cholesterol is a
13 recognized cause of heart disease, what
14 would you say to that?
15     A.    I would agree with that.
16     Q.    Okay.
17           Is having a low HDL
18 cholesterol a recognized cause of stroke?
19     A.    I don't know.  It certainly
20 follows.  I just don't know if there's
21 any study that really shows that.
22     Q.    Is having a low HDL
23 cholesterol a recognized cause of
24 peripheral vascular disease?

Page 312

1      A.    Again, I'm not really sure
2  about that.  But the reasoning tracks.
3      Q.    Is smoking a recognized
4  cause of heart disease?
5      A.    It is.
6      Q.    Is it a recognized cause of
7  myocardial infarction?
8      A.    Yes.
9      Q.    Is smoking a recognized
10 cause of sudden cardiac death?
11     A.    Yes.
12     Q.    Is smoking a recognized
13 cause of stroke?
14     A.    Yes.
15     Q.    Is it a recognized cause of
16 peripheral vascular disease?
17     A.    Yes.
18     Q.    Is diabetes a recognized
19 cause of heart disease?
20     A.    Yes.
21     Q.    Is it a recognized cause of
22 myocardial infarction?
23     A.    Yes.
24     Q.    Is diabetes a recognized

Page 313

1  cause of sudden cardiac death?
2      A.    Yes.
3      Q.    Is diabetes a recognized
4  cause of stroke?
5      A.    Yes.
6      Q.    Is it a recognized cause of
7  peripheral vascular disease?
8      A.    Yes.
9           MR. WACKER:  You should have
10     sent us a request for admissions.
11 BY MR. PIORKOWSKI:
12     Q.    Is obesity a recognized
13 cause of heart attack?
14     A.    Yes.
15     Q.    Is it a recognized cause of
16 heart disease generally?
17     A.    Yes.
18     Q.    Is it a recognized cause of
19 stroke?
20     A.    Yes.
21     Q.    Is it a recognized cause of
22 peripheral vascular disease?
23     A.    Yes.
24     Q.    Do you regard stress as a

Lemuel A. Moye, M.D.

Page 314

1    recognized cause of heart disease?
2        A.    Yes, I do.
3        Q.    Do you recognize it as a
4    cause of myocardial infarction?
5        A.    Yes.
6        Q.    Is stress a recognized cause
7    of stroke?
8        A.    Yes.  It certainly seems
9    that way.
10       Q.    Okay.
11             Is stress a recognized cause
12   of sudden cardiac death?
13       A.    Yes.
14       Q.    Is sedentary lifestyle a
15   recognized cause of heart disease?
16             MR. WACKER:  Object to form.
17             THE WITNESS:  I believe so,
18       yes.
19   BY MR. PIORKOWSKI:
20       Q.    Is sedentary lifestyle a
21   recognized cause of myocardial
22   infarction?
23       A.    Yes.
24       Q.    Is sedentary lifestyle a

Page 315

1    recognized cause of sudden death?
2        A.    Yes.
3        Q.    Is sedentary lifestyle a
4    recognized cause of stroke?
5        A.    Yes.
6        Q.    Is it a recognized cause of
7    peripheral vascular disease?
8        A.    Yes.
9             MR. WACKER:  Is this a good
10       point for a two-minute break?
11            MR. PIORKOWSKI:  Sure,
12       absolutely.
13            - - -
14            (Whereupon, a recess was
15       taken from 3:58 p.m. until 4:11
16       p.m.)
17            - - -
18   BY MR. PIORKOWSKI:
19       Q.    Doctor, one of FDA's goals
20   when it reviews a label for a drug prior
21   to approval is to ensure that the
22   information from the clinical trials is
23   fairly and accurately set forth in the
24   label; is that right?

Page 316

1        A.    Yes.
2        Q.    And the original Vioxx label
3    contained information about the effects
4    of blood pressure, correct?
5        A.    May I see that, please?
6        Q.    Do you know?
7        A.    I just need to see it.
8        Q.    I'm not sure I have it
9    handy.
10            MR. JOSEPHSON:  What are you
11       looking for, Joe?
12            MR. PIORKOWSKI:  Original
13       label.
14            MR. JOSEPHSON:  No.
15            MR. WACKER:  I think it is
16       on the CD.
17            MR. JOSEPHSON:  I had it
18       yesterday.
19   BY MR. PIORKOWSKI:
20       Q.    Do you know without looking
21   at the label?  I can let you refer to it,
22   but do you know whether the effect of
23   Vioxx on increasing blood pressure was
24   disclosed in the original label?

Page 317

1        A.    I just need to look to be
2    sure.
3             MR. WACKER:  I think it's in
4        the adverse event section.
5            - - -
6            (Whereupon, Deposition
7        Exhibit Moye MDL 8, Vioxx May 1999
8        Label MRK-LBL0000027 -
9        MRK-LBL0000030, was marked for
10       identification.)
11            - - -
12            (Witness reviewing
13       document.)
14            THE WITNESS:  Okay.
15   BY MR. PIORKOWSKI:
16       Q.    So, my question is, is it
17   correct, Dr. Moye, that the original
18   Vioxx product label contained information
19   about the effect of Vioxx on blood
20   pressure?
21       A.    Yes.  Thank you for this
22   copy.  Yes.  It appears in the adverse
23   event -- adverse reaction section.
24       Q.    Okay.

Golkow Litigation Technologies - 1.877.DEPS.USA

Lemuel A. Moye, M.D.

Page 318

1     And that is where it
2 belonged based on the findings in the
3 clinical trial, right?
4         MR. WACKER:  Object, calls
5     for speculation.
6         THE WITNESS:  I'm not
7     certain.  At this point, I guess I
8     am just not certain about that.
9 BY MR. PIORKOWSKI:
10     Q.   My question is, you've
11 already established that you're not aware
12 of any information about hypertension or
13 about blood pressure effects that the FDA
14 did not have at the time it approved the
15 initial label, right?
16     A.   Right, right.
17     Q.   And one of the goals the FDA
18 has when it approves the original label
19 is to ensure that information from the
20 clinical trials is fairly and accurately
21 set forth in the label, right?
22     A.   Yes.
23     Q.   Do you have any reason to
24 believe they didn't do that in this case?

Page 319

1     A.   Well, I believe what we have
2 here is a clear statement of what
3 happened within the clinical trials, to
4 the prevalence of hypertension associated
5 with Vioxx in the clinical trials.  I
6 believe we have that here.
7     Q.   Okay.
8         So, the label fairly and
9 accurately reflects the results of the
10 clinical trials with respect to Vioxx and
11 hypertension, fair?
12     A.   Yes, that's true.
13     Q.   All right.
14         In fact, in the adverse
15 events section, it specifically lists the
16 rates for both Vioxx 12.5 and 25
17 milligrams as well as the placebo
18 comparator and two other nonsteroidal
19 anti-inflammatory comparators, right?
20     A.   It is a description of the
21 rates of hypertension experienced within
22 the clinical trials.
23     Q.   Okay.
24         And in fact, further down

Page 320

1 under the next paragraph, it also
2 indicates that when 50 milligrams was
3 studied, the rate of hypertension was
4 even higher than for 25 and 12.5
5 milligrams, right?
6     A.   Yes.
7     Q.   Now, we started off talking
8 about your having two mechanisms that you
9 were discussing, and you told me in
10 addition, you had this destabilization
11 that was part of your opinion, right?
12     A.   Right.  Destabilization, I
13 mentioned that.  And also I need to
14 mention the potential for atherosclerosis
15 generation separate and apart from the
16 effect of elevated blood pressures.
17     Q.   Well, that's not in your
18 report either.
19     A.   I understand that.  Neither
20 was the fissure rupture, but I should
21 have put those in.
22     Q.   What scientific evidence do
23 you have to show that Vioxx causes
24 atherosclerosis promotion other than in

Page 321

1 the context of hypertension?
2     A.   Let me see my -- I'm sorry.
3 What paragraph of my report are we
4 talking about?
5     Q.   24.
6     A.   24.
7         MR. WACKER:  That's where
8     you discuss it, but don't just
9     limit yourself to that.
10         THE WITNESS:  Right, yes.
11         The best information I have
12     is the work done by Dr.
13     FitzGerald.
14 BY MR. PIORKOWSKI:
15     Q.   Dr. FitzGerald doesn't say
16 anywhere that it causes atherosclerosis,
17 does he?
18     A.   Well, he talks about the
19 possibility that atherosclerosis might be
20 caused by Vioxx, and, in fact, suggested
21 a test that might be carried out that
22 would answer this question that he posed.
23     Q.   What test is that?
24     A.   The test was to follow the

81 (Pages 318 to 321)

Lemuel A. Moye, M.D.

Page 322

1  APPROVe protocol patients beyond the
2  conclusion of the study. And this test
3  was carried out and an answer was
4  provided most recently in an evaluation
5  of the APPROVe followup, which showed
6  increased risk of disease, that is to
7  say, cardiovascular disease associated
8  with Vioxx.
9      Q.   Is this something that you
10 discussed with counsel on one of the
11 breaks?
12     A.   No.
13     Q.   No?
14     A.   No. You mean today?
15     Q.   Yes.
16     A.   Absolutely not, no.
17     Q.   When we started the
18 deposition today, I asked you if, since
19 you finished your report on May 22nd, you
20 had come up with any other opinions.
21     A.   Right.
22     Q.   You said no, right?
23     A.   Right. This is in my
24 report.

Page 323

1      Q.   The APPROVe followup data?
2      A.   I don't know where it is,
3  but it is certainly in my report.
4      Q.   And the fact that that's a
5  separate mechanism?
6      A.   Well, let me just find it
7  and we'll see what it says.
8      Q.   Okay.
9          So, really, though, on Page
10 11, Paragraph 24, where it says,
11 "Rofecoxib excites the production of
12 cardiovascular disease. It produces this
13 disease through two mechanisms," really
14 that should have to say four
15 mechanisms, right?
16     A.   Right. Yes. On Paragraph
17 134 and 135, Page 50. Actually, it goes
18 even earlier than that. It starts on --
19 it really starts on 133, I think.
20     Q.   When did you look at the
21 APPROVe followup data?
22     A.   Sometime in May.
23     Q.   Your opinion is that the
24 APPROVe followup data shows -- well, what

Page 324

1  is your opinion about the APPROVe
2  followup data?
3      A.   Well, I'm looking at
4  Paragraph 135 here.
5          MR. WACKER: I think it is
6      actually 132.
7          THE WITNESS: Well, 132
8      begins, I guess if we come down
9      seven lines, the line that ends,
10     "In 2004, Dr. FitzGerald wrote an
11     article entitled 'Coxibs and CV
12     Disease.' On Page 1711...he
13     stated, 'Patients in the APPROVe
14     study should continue to be
15     followed" to provide "some
16     estimate of how quickly the
17     developed risk may dissipate.
18     Give the relatively short
19     half-lives of these
20     compounds...dissipation may occur
21     rapidly. On the other hand, if
22     treatment has accelerated
23     atherosclerosis,'" which is what
24     we're talking about, "'the offset

Page 325

1      of risk,'" that is, the decrease
2      in risk "'may be more gradual.'"
3  BY MR. PIORKOWSKI:
4      Q.   Let's back up to the middle
5  of that paragraph. Okay?
6      A.   Right.
7      Q.   Do you see where it says,
8  "In 1998, one of the fears voiced by the
9  Merck Scientific Advisory Panel"?
10     A.   Right. Sure do.
11     Q.   It says, "was that COX-2
12 inhibitors could accelerate
13 atherosclerosis."
14     A.   Right.
15     Q.   "This would occur by
16 fostering the development of lipid rich
17 plaque or the destabilization of the
18 plaque's fibrous cap," right?
19     A.   Yes.
20     Q.   We already talked about that
21 memo, right?
22     A.   Yes.
23     Q.   Actually, what the board was
24 suggesting was that Vioxx would have a

82 (Pages 322 to 325)

Lemuel A. Moye, M.D.

Page 326

1  beneficial effect on lipid rich plaque
2  and on destabilization of the plaque's
3  fibrous cap?
4       A.   No.  What that report said
5  is that they didn't know what the effect
6  was, first of all.
7            Secondly, they came up with
8  a mechanism untested, unproven, that
9  showed how it might be possible that COX
10  inhibitors could reduce atherosclerotic
11  disease.  Those were the paragraphs that
12  you and I worked through earlier.  All
13  those were ideas.  That's all that was.
14       Q.   And that's the memo you're
15  talking about here?
16       A.   Right.  That's right.  So,
17  all we have are ideas, and I then go
18  on -- okay.  So, just to stay focused on
19  what you were talking about, in that
20  memo, the Scientific Advisory Panel,
21  they're talking about ideas.  And
22  certainly that memo was consistent with
23  the theme that these ideas might be wrong
24  and that, in fact, COX-2 inhibitors may

Page 327

1  make disease worse and, therefore, they
2  advised Merck to keep an eye out.
3       Q.   There's nothing in that memo
4  that even suggests the possibility that
5  Vioxx fosters the development of lipid
6  rich plaque or the destabilization of --
7       A.   Well, let's look at the memo
8  again.
9       Q.   Look at the memo.
10       A.   "The board addressed the
11  potential for either benefits or adverse
12  consequences of selective COX-2
13  inhibitors...The possible effects of
14  COX-2 inhibition on three separate
15  components of the process leading to
16  coronary ischemic events were considered.
17  These are," and it lists these three
18  reasons.
19            Now, it says up above it is
20  either beneficial or adverse
21  consequences.
22       Q.   That's right.
23       A.   It does not matter to me
24  that this board chooses to provide a

Page 328

1  couple of paragraphs that say how there
2  might not be a risk.  It does matter to
3  me that they say that there are either
4  benefits or adverse consequences.
5       Q.   You said that the benefit
6  was speculation?
7       A.   The entire board's comment
8  here is speculation.
9       Q.   Well, there's not even a
10  speculation about how Vioxx could foster
11  the development of lipid rich plaque or
12  destabilization of the plaque?
13       A.   Well, I disagree.
14       Q.   Show me where it says --
15       A.   I just did.
16       Q.   No.  What you showed me is
17  where there's a discussion that says pro
18  or con.  And the first two items are pro,
19  and the third item is con.  That's what
20  you showed me.
21            MR. WACKER:  That's --
22            THE WITNESS:  Let me not
23  argue with you.
24            MR. WACKER:  That's your

Page 329

1       interpretation.
2            THE WITNESS:  To answer your
3  question, I believe these -- that
4  first section down to the
5  beginning of the underlined
6  paragraph there, that first
7  section is a warning about the
8  possible adverse effects of COX-2
9  inhibition on any of those three
10  mechanisms.
11  BY MR. PIORKOWSKI:
12       Q.   That's your interpretation.
13       A.   Of course, it is.
14       Q.   And to really understand,
15  we'd have to talk to the people on the
16  Board of Scientific Advisors to find out
17  what they meant.  Is that fair?
18            MR. WACKER:  Objection.
19            THE WITNESS:  Well, I would
20  just say that's my interpretation
21  of what they have written, and if
22  they have other motivations for
23  what they have written, then they
24  are the best people to talk to

Lemuel A. Moye, M.D.

Page 330

1    about it.
2         MR. WACKER:  Object to form.
3         MR. PIORKOWSKI:  Are you
4    objecting to the answer?
5         MR. WACKER:  I'm objecting
6    to the form of the question.
7  BY MR. PIORKOWSKI:
8         Q.   So, what basis, what study,
9  what scientific article do you have to
10 show that in the absence of blood
11 pressure that Vioxx has an effect on
12 atherosclerosis?
13        MR. WACKER:  Objection,
14     asked and answered.
15        THE WITNESS:  What I told
16     you, I think, was that the APPROVe
17     followup data demonstrates that.
18 BY MR. PIORKOWSKI:
19        Q.   The APPROVe followup data
20 which shows no statistically significant
21 increase?
22        A.   The APPROVe followup data is
23 what I rely on.
24        Q.   Anything else?

Page 331

1         A.   No.  That's it.
2         Q.   Okay.
3              Page 26 of your report,
4  Paragraph 64 and 65, you're talking about
5  prostaglandins?
6         A.   Yes.
7         Q.   Is prostacyclin a
8  prostaglandin?
9         A.   (Witness reviewing
10 document.)
11             I'm sorry.  I don't see
12 where I mention prostacyclin here.
13        Q.   You don't.
14        A.   Oh, okay.  I'm sorry.
15        Q.   I said you mentioned
16 prostaglandins.
17        A.   Yes.
18        Q.   My question is, is
19 prostacyclin a prostaglandin?
20        A.   It's related to it.  I don't
21 know the chemical composition of it.  So,
22 I don't know if it meets the chemist's
23 definition of being a prostaglandin or
24 not.

Page 332

1         Q.   Is that outside your area of
2  expertise?
3         A.   Whether prostacyclin is a
4  prostaglandin, yes.
5         Q.   Do you know whether
6  thromboxane is a prostaglandin?
7         A.   It's regulated by
8  prostaglandin.  I don't know if itself it
9  is a prostaglandin.
10        Q.   You say that in Paragraph 68
11 that NSAIDs --
12        A.   I'm sorry.  68?
13        Q.   Yes.
14        A.   Okay.
15        Q.   You have a discussion about
16 general NSAIDs?
17        A.   Yes.
18        Q.   You say that they have been
19 available for approximately 30 years?
20        A.   Yes.
21        Q.   They have well-known
22 clinical characteristics?
23        A.   Yes.
24        Q.   Okay.

Page 333

1              Are you aware of any
2  long-term placebo-controlled study of any
3  nonsteroidal anti-inflammatory drug that
4  has evaluated cardiovascular risks?
5         A.   I don't know what you mean
6  by that.  If you are talking about a
7  clinical trial, then, no, I'm not.
8         Q.   For any NSAID?
9         A.   For a clinical trial?
10        Q.   Yes.
11        A.   No.
12        Q.   Okay.
13             You say that disturbing the
14 balance, delicate clotting balance is one
15 of the mechanisms by which you believe
16 Vioxx can exert an effect, right?
17        A.   Right.
18        Q.   And is that effect one that
19 is related to what you believe to be its
20 effect on prostacyclin?
21        A.   Yes.
22        Q.   Okay.
23             And for how long does that
24 effect continue to exert itself after

Lemuel A. Moye, M.D.

Page 334

1  Vioxx is out of the system?
2          MR. WACKER:  Object to form.
3          THE WITNESS:  I think the
4      best answer I can give you today
5      is quite a long time.
6  BY MR. PIORKOWSKI:
7      Q.   Well, let me stop and make
8  sure we're on the same page here.
9          I'm not asking you about
10  your views about risks in general.  I'm
11  asking you about your views about
12  increasing the potential for clotting
13  through the mechanism of affecting the
14  balance.  That's what I'm limiting my
15  question to.
16          I'm saying with respect to
17  that issue, how long does Vioxx continue
18  to exert an effect on clotting after it
19  is out of your system?
20          MR. WACKER:  Objection.
21          THE WITNESS:  Again, I would
22      have to say I don't know.  I am
23      now uncertain.  In the presence of
24      the APPROVe followup data, I just

Page 335

1      don't know.
2  BY MR. PIORKOWSKI:
3      Q.   Do you have any reason to
4  believe that any events in the APPROVe
5  followup data were related to an
6  increased -- a disturbance of the
7  clotting balance?
8      A.   I can only say that it's
9  possible.  I don't know.
10      Q.   Do you know what the
11  half-life of Vioxx is?
12      A.   I did.  Actually, I thought
13  I put it in my report.  It is a fairly
14  short half-life.
15      Q.   Is it your belief that Vioxx
16  has no effect on thromboxane, but it has
17  an effect of inhibiting prostacyclin?
18      A.   That it is primarily a COX-2
19  inhibitor, so, it has no effect on
20  thromboxane, yes.  It works primarily
21  through its effect on prostacyclin.
22      Q.   Okay.
23          And by contrast, aspirin has
24  an effect of inhibiting thromboxane,

Page 336

1  correct?
2      A.   Yes.  For the duration of
3  the life of the platelet, yes.
4      Q.   Other nonselective NSAIDs
5  inhibit both thromboxane and
6  prostacyclin, correct?
7      A.   Yes.
8      Q.   Now, the idea about this
9  imbalance is that the imbalance is caused
10  by inhibiting prostacyclin without the
11  thromboxane, right?
12      A.   Of the clotting imbalance.
13      Q.   Of the clotting imbalance?
14      A.   Yes.
15      Q.   Right.
16          So, to the extent that the
17  clotting imbalance is caused by not
18  having inhibition of thromboxane, if one
19  were to take aspirin at the same time,
20  that would straighten out the balance
21  problem?
22          MR. WACKER:  Object to form.
23          THE WITNESS:  Well, if I
24      understand the circumstance right,

Page 337

1      by adding a pure COX-1 to a pure
2      COX-2, you've got an NSAID, which
3      means that you really haven't
4      disturbed the balance.  That's
5      what I think I just heard.  That's
6      what I think we're talking about.
7  BY MR. PIORKOWSKI:
8      Q.   Okay.
9          Well, you recognize that
10  when you're talking about inhibiting
11  thromboxane, for example, that you can
12  inhibit it so much and any additional
13  inhibition is sort of clinically
14  insignificant, right?
15      A.   That's true, yes.
16      Q.   The same thing is true with
17  prostacyclin?
18      A.   You have to have, I think, a
19  90 percent inhibition.
20      Q.   Right.
21      A.   Right.
22      Q.   So, if you add a higher dose
23  that gives you 92, that doesn't really
24  have any meaningful effect.  Fair to say?

85 (Pages 334 to 337)

Lemuel A. Moye, M.D.

Page 338

1    A.   Yes.
2    Q.   So, you would agree then
3  that aspirin, at least with respect to
4  the clotting issue, would counterbalance
5  the effect of what you believe Vioxx
6  causes?
7        MR. WACKER: Objection. Are
8    you talking about in a
9    hypothetical sense or in a
10   clinical that's actually been
11   tested?
12       MR. PIORKOWSKI: I'm asking
13   him his understanding based on his
14   knowledge of the biochemistry of
15   these compounds as he's described
16   in his report.
17       THE WITNESS: Well, based on
18   the model that we used which
19   reflects our belief at how this
20   works, then, in fact, adding
21   aspirin undoes the imbalance that
22   has been produced by COX-2 -- by
23   Vioxx.
24  BY MR. PIORKOWSKI:

Page 339

1    Q.   Okay.
2        You have opinions in your
3  report about the risks, the balance of
4  the risks and benefits, right, of Vioxx?
5    A.   Yes.
6    Q.   Is it your opinion that
7  Vioxx is always unsafe for all people at
8  any dose under any circumstances?
9        MR. WACKER: Objection.
10   Overly broad.
11  BY MR. PIORKOWSKI:
12   Q.   Well, let me just read you
13  your statement then and make sure this is
14  accurate.
15       "Rofecoxib," which is Vioxx?
16       MR. WACKER: What page are
17   you on?
18       MR. PIORKOWSKI: I'm on Page
19   11.
20  BY MR. PIORKOWSKI:
21   Q.   -- "is unsafe at any
22  dose/duration combination in any patient
23  regardless of their underlying risk for
24  cardiovascular disease."

Page 340

1        Is that your opinion?
2    A.   Yes.
3    Q.   So, there's no patient ever
4  for whom the risks of Vioxx justify
5  giving that product?  Is that your view?
6    A.   That's my view.  That is my
7  view, yes.
8    Q.   Okay.
9        You recognize that there are
10  patients -- let me back up.
11       You talk about the efficacy
12  of Vioxx, and you say that there is no --
13  that Vioxx was not more effective than
14  other NSAIDs, right?
15   A.   Yes, sir.
16   Q.   Okay.
17       Certainly you would agree
18  that the evidence shows that it was as
19  effective as other NSAIDs, right?
20   A.   Yes.
21   Q.   There's no suggestion that
22  it was less effective than the other
23  available NSAIDs?
24   A.   That's correct.

Page 341

1    Q.   Do you know from your
2  clinical experience that there are also
3  people for whom one drug product works
4  and cures their pain or alleviates their
5  pain, and another drug product doesn't
6  work?
7    A.   Well, I know from my
8  clinical experience that pain is
9  subjective and that some modalities work
10  better than others at some time.
11   Q.   Let me back up and make sure
12  I understand one thing.
13       Do you accept that arthritis
14  is a serious disease?
15   A.   Yes.
16   Q.   Do you recognize that
17  arthritis leaves many patients crippled
18  and disabled?
19   A.   Yes.
20   Q.   That arthritis leaves some
21  patients unable to work?
22   A.   Yes.
23   Q.   Unable to earn a living?
24   A.   Yes.  So far, I mean, the

Lemuel A. Moye, M.D.

Page 342

1  answers I give apply to rheumatoid as
2  well as osteo.
3     Q.   As I meant them to.
4     A.   Okay.
5     Q.   You agree that arthritis
6  patients are often unable to enjoy life
7  with their families?
8     A.   I don't think I agree with
9  that.
10    Q.   I mean, a dad can't go to
11 the backyard and throw the ball with his
12 kid because of his arthritis?
13    A.   It doesn't mean you don't
14 enjoy life with your family, though.
15    Q.   Okay.
16       Do you agree that providing
17 effective relief to arthritis patients is
18 an important public health goal?
19    A.   No.
20    Q.   You don't?
21    A.   No.  Not the way you phrased
22 it, no.
23    Q.   What don't you agree with
24 about that?

Page 343

1     A.   You didn't use the word
2  "safe."
3     Q.   I said -- well, okay.
4        What do you mean by the word
5  "safe"?  Do you mean having no risks?
6     A.   No, no.  I just mean that --
7  two things.  I mean that the benefits of
8  the drug exceed the risk, number one.
9        And number two, that the
10 patient understands what the potential
11 risks are, as well as the physician and
12 pharmacist, but primarily the patient
13 understands.
14    Q.   Who decides if the benefits
15 outweigh the risks, you?
16       MR. WACKER:  Objection.
17       THE WITNESS:  The patients
18 do.
19 BY MR. PIORKOWSKI:
20    Q.   Okay.
21       Well, you're expressing the
22 view that there's no patient for whom the
23 benefits outweigh the risks?
24    A.   That's true.

Page 344

1     Q.   Okay.
2        You told me that you read
3  through the 2005 Advisory Committee
4  meeting transcripts, right?
5     A.   I did.
6     Q.   Did you read the
7  testimonials of individual patients at
8  the end of that meeting?
9     A.   I did.
10    Q.   Did you recognize that there
11 were a number of patients who were
12 pleading with the FDA to have Vioxx back
13 on the market because it was the only
14 drug that allowed them relief from their
15 crippling condition?
16       MR. WACKER:  I object to
17       form.
18       THE WITNESS:  I understand
19       that anecdotes can be persuasive
20       to some people.  I also understand
21       that when one doesn't have the
22       opportunity to speak to the person
23       providing the anecdote, they
24       really don't -- they really -- the

Page 345

1        person providing the anecdote may
2        not understand that there are
3        other modalities that would be
4        safer and effective.  But with no
5        opportunity to speak with them
6        about it, you don't get a chance
7        to educate them.
8  BY MR. PIORKOWSKI:
9     Q.   Well, first of all, they are
10 patients, not anecdotes, right?
11    A.   Excuse me.  No.  They are
12 providing patient anecdotes.  They are
13 providing single, sole experiences which
14 may or may not be reproducible, in fact,
15 may or may not be accurate.  We don't
16 know.
17    Q.   A lot of things may or may
18 not be accurate.
19    A.   But when you stand before
20 an Advisory Committee, we certainly
21 expect Merck to provide accurate
22 information for the Advisory Committee,
23 right?  However, when it comes to
24 anecdotes, we don't know if those are

87 (Pages 342 to 345)

Lemuel A. Moye, M.D.

Page 346

1  accurate or not.  I mean, we just don't
2  know.
3      Q.    So, you're assuming that
4  they are not accurate?
5      A.    I'm saying that we don't
6  know.
7      Q.    I'm asking you.
8      A.    I'm just saying we don't
9  know.
10     Q.    Do you have a reason to
11 believe that they are not true?
12     A.    Insofar as that people don't
13 always remember things appropriately,
14 yes.  Recollection is not perfect, yes.
15 That they have a particular point of view
16 they want to promulgate, yes.
17     Q.    The clinical trials really
18 can't measure whether Vioxx works in
19 patients for whom no other drug works,
20 can it?
21     A.    I'm sorry.  I didn't hear
22 the last part.
23     Q.    The clinical trials were
24 really not able to measure whether Vioxx

Page 347

1  works in patients for whom no other NSAID
2  works, were they?
3      A.    That's true.  That has to do
4  with the exclusion -- an exclusion
5  criteria of the study.
6      Q.    Because to be a participant
7  in the study, you had to have had success
8  on an NSAID by definition?
9      A.    Right.  Yes.
10     Q.    All right.
11         So, if you had success on an
12 NSAID by definition, then you couldn't be
13 a patient for whom Vioxx was the only
14 drug that worked, right?
15     A.    Yes.
16     Q.    The only way to determine if
17 there are cases like that that exist is
18 through patient anecdotes.
19     A.    No.  It's through a trial
20 that looks at -- recruits patients who
21 are failures.  I mean, that's not an
22 unethical trial to do.  Patients who have
23 failed on therapy are admissible to the
24 study.

Page 348

1      Q.    Did you see the testimony at
2  the end of the Advisory Committee from
3  the military physician who talked about
4  the importance of COX-2s in taking care
5  of battlefield casualties?
6      A.    Yes.
7          MR. WACKER:  Objection to
8      form.
9  BY MR. PIORKOWSKI:
10     Q.    Vioxx was an important
11 option because it was not associated with
12 the same bleeding difficulties that other
13 nonsteroidal anti-inflammatory drugs were
14 associated with?
15     A.    That's true.
16         MR. WACKER:  Objection to
17     form.
18         THE WITNESS:  Yes, I did see
19     that.
20 BY MR. PIORKOWSKI:
21     Q.    And for a young healthy U.S.
22 Marine for acute pain relief, you believe
23 that Vioxx is not safe?
24         MR. WACKER:  Object to form.

Page 349

1          THE WITNESS:  I think it
2      would be a shame to give that
3      young, healthy Marine a heart
4      attack.
5  BY MR. PIORKOWSKI:
6      Q.    I agree.
7      A.    Or a stroke.
8      Q.    I agree.
9      A.    So, I don't think Vioxx is
10 worth it.
11     Q.    What's the likelihood of a
12 stroke or a heart attack occurring in a
13 young otherwise healthy patient with no
14 previous cardiac disease and no risk
15 factors for that disease in short-term
16 use?
17         MR. WACKER:  Objection,
18     incomplete hypothetical.
19         THE WITNESS:  I'm sorry.  I
20     lost the conditions.  You are
21     talking about someone who is
22     young, healthy?
23 BY MR. PIORKOWSKI:
24     Q.    Young, healthy, no

Lemuel A. Moye, M.D.

Page 350

1  cardiovascular risk factors.
2      A.   So, let's just go through
3  them.
4          No diabetes, no
5  hypertension, no elevated lipids, no
6  stress, exercises.
7      Q.   Right.
8      A.   Okay.
9          MR. WACKER:  This is
10     somebody taking Vioxx or not
11     taking Vioxx?
12         MR. PIORKOWSKI:  Taking
13     Vioxx.  Short-term use.
14         THE WITNESS:  And then we
15     add Vioxx short-term use?
16 BY MR. PIORKOWSKI:
17     Q.   Yeah.
18         MR. WACKER:  Still
19     incomplete hypothetical.
20         THE WITNESS:  I guess all I
21     can tell you, this is a risk for
22     heart attack?
23 BY MR. PIORKOWSKI:
24     Q.   I am asking you, you said it

Page 351

1  would be unfortunate to give that person
2  a heart attack.
3      A.   Right.
4      Q.   I mean, I think it would be
5  unfortunate to give somebody an aspirin
6  and have them have a bleeding stroke.
7      A.   Or Tylenol?
8      Q.   Or Tylenol.
9      A.   Or medication, or an NSAID
10 and a protease pump inhibitor.  There are
11 alternatives.
12     Q.   There are alternatives that
13 are less risky?
14     A.   There are alternatives that
15 don't cause heart attacks and strokes.
16     Q.   What are those?
17     A.   And there are alternatives
18 for which we know what the risks are.
19     Q.   So tell me what the
20 alternative would be for a Marine in the
21 field that doesn't cause heart attacks
22 and stroke.
23     A.   Tylenol.
24     Q.   Have you ever been in the

Page 352

1  military?
2      A.   No, sir, I have not.
3      Q.   Do you know if Tylenol is an
4  as effective a pain reliever as
5  nonsteroidal antiinflammatories?
6      A.   I will say this, it is in
7  many people.
8      Q.   Does Tylenol have its own
9  potentially fatal side effects?
10     A.   Extremely rare and only on
11 extreme overdoses.
12     Q.   Is it limited to overdoses?
13     A.   My understanding is yes.
14     Q.   Does Tylenol occasionally
15 cause liver failure?
16     A.   Only on overdoses.  Not
17 on -- I don't know of any case of
18 liver -- of hepatotoxicity occurring on
19 normal doses of Tylenol.
20     Q.   In alcohol?
21     A.   Even in alcohol, it's
22 elevated doses.
23     Q.   Okay.
24         Nonsteroidal

Page 353

1  anti-inflammatory drugs have a property
2  not only of reducing pain, but of also
3  reducing inflammation, correct?
4      A.   Yes.
5      Q.   Reducing inflammation is an
6  important medical goal because that
7  breaks the chain of what is causing the
8  pain, true?
9      A.   Yes.
10     Q.   Okay.
11         Tylenol does not reduce
12 inflammation?
13     A.   That's correct.
14     Q.   Okay.
15         Are there any other
16 treatment options besides Tylenol that
17 are not associated with any risk of
18 cardiovascular disease?
19         MR. WACKER:  Asked and
20     answered.
21         MR. PIORKOWSKI:  Any others,
22     I said.
23         MR. WACKER:  I think he said
24     NSAIDs and protease pump

89 (Pages 350 to 353)

Lemuel A. Moye, M.D.

Page 354

1    inhibitors.
2         THE WITNESS:  NSAIDs and
3    protease pump inhibitors, I
4    mentioned.
5    BY MR. PIORKOWSKI:
6         Q.    So, it is your testimony
7    under oath that nonselective NSAIDs plus
8    proton pump inhibitors are not associated
9    with any risk of heart attack or stroke?
10        A.    That they are not associated
11   with an elevated risk of heart attack or
12   stroke.
13        Q.    Elevated compared to what?
14        A.    To baseline.  To what the
15   risk would be in the absence of the
16   medication.  And certainly its risk is
17   much less than that associated with
18   COX-2.
19        Q.    And what do you base that
20   on?
21        A.    Base it on VIGOR.
22        Q.    VIGOR is one study that
23   compared naproxen to Vioxx, right?
24        A.    VIGOR is one large clinical

Page 355

1    trial that compared naproxen to
2    rofecoxib, right.
3         Q.    Anything else you base it on
4    besides VIGOR?
5         A.    That's all I can think of
6    now.
7         Q.    You reviewed the FDA's April
8    2005 memo, right?
9         A.    I did.
10        Q.    And you saw --
11        A.    Not the transcript.  The
12   brief memo that came out at the end.
13        Q.    Right.  By John Jenkins.
14        A.    Yes.
15        Q.    And you said at the end of
16   your report that you weren't certain
17   about the basis of the FDA's conclusions;
18   is that right?
19        A.    That was one thing I said.
20   Yes.
21        Q.    Okay.
22             You do understand that
23   there's a lot of data, while there may
24   not be data comparing nonsteroidal

Page 356

1    anti-inflammatory drugs to placebo
2    groups, there's a lot of clinical
3    controlled data comparing nonsteroidal
4    anti-inflammatory drugs to COX-2s, right?
5         A.    Yes.
6         Q.    And that includes a lot of
7    clinical trials on Vioxx, right?
8         A.    Right.
9         Q.    It includes the CLASS study,
10   right?  Do you know what the CLASS study
11   is?
12        A.    Yes.  But CLASS I didn't
13   think was Vioxx.
14        Q.    It's not.
15        A.    Okay.  Right.
16        Q.    But it is a comparison
17   between two nonsteroidal
18   anti-inflammatory drugs and a COX-2
19   inhibitor.
20        A.    Yes.  That's true.  Yes.
21        Q.    Okay.
22             And it showed no significant
23   difference between the COX-2 inhibitor
24   and the nonsteroidal anti-inflammatory

Page 357

1    drugs with respect to myocardial
2    infarction rate?
3         A.    Well, fair enough, but
4    celecoxib is not Vioxx.  I mean, they are
5    different, and so I don't want to paint
6    Vioxx with this brush.
7         Q.    Well, many of your
8    statements relate to COX-2s generally and
9    the effects of COX-2s.
10        A.    I thought -- actually, I
11   thought I was pretty clear about the
12   differential effect of rofecoxib versus
13   the other drugs.
14        Q.    So, is it your view that
15   celecoxib is a safe drug?
16        A.    I don't think --
17             MR. WACKER:  Objection.
18   Objection to form.
19             THE WITNESS:  Actually, I
20   have to say I haven't studied
21   celecoxib sufficiently to be able
22   to say one way or the other today
23   about that.
24   BY MR. PIORKOWSKI:

90 (Pages 354 to 357)

Lemuel A. Moye, M.D.

Page 358

1    Q.   Is the same thing true for
2  ibuprofen?
3          MR. WACKER:  Object to form.
4      What's your definition of "same"?
5  BY MR. PIORKOWSKI:
6      Q.   I mean, he's not allowed to
7  testify.
8      A.   I understand.  Ask me the
9  question again, please.
10     Q.   What about ibuprofen, is
11 that a safe drug?
12     A.   It is a relatively safe
13 drug, yes.
14     Q.   Relative to what?
15     A.   Relative to nothing.
16 Relative to water.  I mean, relative to
17 placebo.
18     Q.   Well, in here you talk --
19 you know, you use the term "safe."
20     A.   Yes.
21     Q.   And you say that Vioxx is
22 unsafe?
23     A.   Yes.
24     Q.   So, my question is, is

Page 359

1  ibuprofen safe or is it unsafe?
2      A.   Ibuprofen is safe.
3      Q.   Okay.
4          What do you base that on?
5      A.   I base it on the
6  understanding of the serious adverse
7  events associated with it and the
8  understanding we have of the adverse
9  events associated with it and our
10 understanding of those events.
11         MR. WACKER:  Let me, just
12     for the record, so you are clear
13     about my objection, the reason
14     that I'm saying objection to the
15     word "safe" is because people have
16     different understandings and
17     meanings as I've seen in this
18     litigation.
19         One definition of "safe"
20     that I've seen, you know, defense
21     counsel use, means no risk.  And
22     another definition of "safe" could
23     mean that the benefits outweigh
24     the risks, and if you use it as

Page 360

1      directed as labeled, then that's
2      safe.  So, I'm not sure which
3      definition of "safe" you're
4      referring to.
5  BY MR. PIORKOWSKI:
6      Q.   Okay.
7          But your view is that there
8  are no circumstances in which the
9  benefits of Vioxx outweigh the risks,
10 right?
11     A.   Yes, sir.
12     Q.   Ever?
13     A.   Yes.
14           - - -
15         (Whereupon, Deposition
16     Exhibit Moye MDL 9, Memo 4-6-05
17     "Analysis and recommendations for
18     Agency action regarding
19     nonsteroidal and
20     anti-inflammatory drugs and
21     cardiovascular risk" (19 pages),
22     was marked for identification.)
23           - - -
24 BY MR. PIORKOWSKI:

Page 361

1      Q.   Okay.
2          Now, let me hand you what
3  I've marked as Exhibit 9.
4      A.   Yes.
5      Q.   And ask you, you've reviewed
6  this memo?
7          MR. WACKER:  Again, just for
8      the record, this is the subject of
9      a motion in limine.
10         MR. PIORKOWSKI:  Well, he
11     relied on it in his report.
12         MR. WACKER:  Only to the
13     extent that it is allowed into
14     evidence and you have to comment.
15     You could comment on it if -- this
16     is the subject of a motion in
17     limine to exclude it.  It was
18     excluded in New Jersey, as you
19     know, and so to the extent that
20     there is an adverse ruling,
21     obviously he has an ability to
22     comment on it.
23         But it is the subject of a
24     motion in limine, it was excluded

91 (Pages 358 to 361)

Lemuel A. Moye, M.D.

Page 362

1   in New Jersey.
2        MR. PIORKOWSKI:  It wasn't
3   excluded in New Jersey.
4        MR. WACKER:  I'm sorry.
5        MR. PIORKOWSKI:  That's not
6   an entirely accurate statement.
7   There were sections of it that
8   were admitted into evidence in New
9   Jersey.
10       MR. WACKER:  My
11  understanding from the
12  Kona/McDarby trial was that this
13  was not admitted into evidence,
14  and it is the current subject of a
15  motion in limine before Judge
16  Fallon that has not been ruled
17  upon.
18       So, out of caution, we
19  provided it to Dr. Moye to review
20  pending a ruling by Judge Fallon
21  on its admissibility.
22  BY MR. PIORKOWSKI:
23       Q.   Did you consider the FDA's
24  conclusion that "The three approved COX-2

Page 363

1   selective NSAIDs (celecoxib, rofecoxib
2   and valdecoxib) are associated with an
3   increased risk of serious adverse CV
4   events compared to placebo" and that "The
5   available data do not permit a rank
6   ordering of these drugs with regard to CV
7   risk"?
8        A.   Can you show me that in the
9   report?
10       Q.   First point under "Executive
11  Summary."
12       A.   Okay.  Yes.
13       Q.   Okay.
14            And when they say, "The
15  available data do not permit a rank
16  ordering," what that means is that you
17  cannot say that one of those drugs is any
18  better or any worse than any other one of
19  those drugs?
20       A.   No, it doesn't.  It means
21  that they cannot say.
22       Q.   So, you can say, but they
23  can't say?
24       A.   Right.

Page 364

1        Q.   What data do you have that
2   they don't have?
3        MR. WACKER:  Objection.  I
4   mean, that's not part of his --
5        THE WITNESS:  I don't know.
6   BY MR. PIORKOWSKI:
7        Q.   What?
8        A.   I said I don't know.  But
9   certainly I am permitted to have my own
10  conclusion based on the data that I've
11  reviewed, which has been provided to you
12  independent of what the FDA thinks.
13       MR. WACKER:  Just for the
14  record, that's part of the basis
15  of the motion in limine.  There's
16  no citations to what data in this
17  document.  There's no citations in
18  this document to any data.
19  They're just statements.
20  BY MR. PIORKOWSKI:
21       Q.   Well, do you want to turn to
22  the background section, Doctor.
23       A.   Sure.  What page is that?
24       Q.   It is on Page 3.

Page 365

1        A.   Page 3?
2        Q.   All right.
3            Is it fair to say that FDA
4   has clinical trial data available to it
5   on each and every one of the COX-2
6   inhibitors that has been marketed in the
7   United States?
8        A.   Yes.
9        Q.   And they have available to
10  it clinical trial data on each and every
11  nonsteroidal anti-inflammatory drug
12  that's been marketed in the United
13  States?
14       A.   Yes.
15       Q.   Including drugs that have
16  been marketed in the United States and
17  taken off the market, right?
18       A.   Sure.
19       Q.   They have animal studies
20  available to them, right?
21       A.   Yes.
22       Q.   They have post-marketing
23  adverse event information on COX-2
24  inhibitors and NSAIDs ranging back 30

Lemuel A. Moye, M.D.

Page 366

1  years on some drugs?
2      A.   They do, indeed.
3      Q.   Okay.
4           And the FDA additionally has
5  the ability when a drug is on the market
6  or when a drug is being sought for
7  approval to ask for additional studies
8  really at any time it wants, right?
9      A.   They can ask.
10     Q.   They can ask, and if their
11 request is not complied with, they cannot
12 approve the drug, right?
13     A.   But also they can ask, their
14 request not be complied with, and they do
15 approve the drug.
16     Q.   Can you name me a situation
17 where that has happened?
18     A.   Of course.
19     Q.   Where?
20     A.   Warner-Lambert, Rezulin.
21     Q.   Okay.
22          What specific information
23 did they ask for?
24     A.   Specifically the FDA asked

Page 367

1  for a long-term study that would assess
2  the effectiveness of any diabetic
3  medication on morbidity and mortality.
4  It was formally asked for in a pre-NDA
5  meeting.  Warner-Lambert didn't do the
6  study.  They still got it approved.
7      Q.   Did they embark to do the
8  study?
9      A.   I don't know.  They didn't
10 do it.  I don't know.  I don't know what
11 they did do.  I know what they didn't do.
12 They didn't do the study.
13     Q.   If the FDA felt it was
14 important enough, they could have
15 withheld its approval, right?
16     A.   We'd like to think so.  But
17 the fact of the matter is, you asked for
18 a counter example, I gave you one.
19     Q.   Okay.
20          The background section says,
21 "Following the joint meeting, CDER
22 conducted a thorough internal review of
23 the available data regarding" --
24     A.   Second paragraph?

Page 368

1      Q.   Under "Background."
2      A.   Okay.  Thank you.
3      Q.   "Following the joint
4  meeting, CDER conducted a thorough
5  internal review of the available data
6  regarding cardiovascular safety issues
7  for COX-2 selective and non-selective
8  nonsteroidal anti-inflammatory drugs,"
9  correct?
10     A.   Yes.
11     Q.   That includes all of the
12 clinical trial data available to them,
13 right?
14     A.   Well --
15          MR. WACKER:  Objection.
16 Calls for speculation.
17          THE WITNESS:  I don't know.
18 You know, I don't know what
19 "available" means.
20 BY MR. PIORKOWSKI:
21     Q.   Okay.
22          Do you disagree that the FDA
23 also found that data from long-term
24 controlled clinical trials that have

Page 369

1  included a comparison of COX-2 selective
2  and nonselective NSAIDs do not clearly
3  demonstrate that the COX-2 selective
4  agents confer a greater risk of serious
5  adverse CV events than nonselective
6  NSAIDs?
7      A.   If you ask me do I disagree
8  with the fact that they said that, of
9  course not.
10     Q.   Okay.
11          So, let me make sure I got
12 this --
13     A.   That's what they said and I
14 acknowledged that.
15     Q.   And you disagree with that?
16     A.   Well, I'm here to speak
17 today about rofecoxib.
18     Q.   I understand.
19     A.   I'm not here to speak about
20 Bextra or Celebrex.
21     Q.   I understand.
22     A.   And so based on my
23 understanding of the effects of
24 rofecoxib, I would disagree with that.

93 (Pages 366 to 369)

Lemuel A. Moye, M.D.

Page 370

1    Q.    Okay.
2          But you haven't done a
3    scientific review of the literature on
4    the cardiovascular effects of other
5    NSAIDs, have you?
6    A.    That's true.
7    Q.    And the FDA says that they
8    did that?
9    A.    Fair enough.
10   Q.    Okay. All right.
11         Is it your position that you
12   know that Vioxx has a greater
13   cardiovascular risk than these other
14   drugs which you have not done a
15   scientific investigation of, or is it
16   your opinion you've not looked at the
17   question and don't have an opinion one
18   way or the other?
19   A.    I have not looked at the
20   question, so, I can't rank order, I think
21   is the term used by the FDA. At this
22   point in time, I can't rank order.
23   Q.    With respect to
24   cardiovascular risk?

Page 371

1    A.    Right.
2    Q.    Okay.
3          And that's true with respect
4    to Vioxx and Celebrex also, right?
5    A.    Well, it means the same
6    thing. Rank order with respect to
7    COX-2s -- with respect to rofecoxib and
8    other COX-2s, because I haven't looked at
9    other COX-2s.
10   Q.    I just want to make sure
11   we're clear on two things.
12   A.    Maybe not.
13   Q.    Rank order with respect to
14   Vioxx versus Celebrex, you haven't looked
15   at that question, right?
16   A.    That's right. I have not
17   looked at that point.
18   Q.    So, you can't have an
19   opinion not having looked at that
20   question?
21   A.    Right.
22   Q.    And you also have not looked
23   at the question of the CV risk of Vioxx
24   versus nonselective NSAIDs?

Page 372

1    A.    I disagree with that. I
2    have.
3    Q.    What literature search have
4    you done to look -- well, let's back up.
5          You said first that you
6    didn't look at any of the new drug
7    applications on any of the NSAIDs, right?
8    A.    Right.
9    Q.    You didn't look at any of
10   the medical officer reviews on any of the
11   NSAIDs?
12   A.    Right.
13   Q.    You didn't do a medical
14   literature review on any of the
15   nonselective NSAIDs?
16   A.    Right.
17   Q.    And are you prepared today
18   then to say that you've formed an opinion
19   about the cardiovascular risk of the
20   nonselective NSAIDs?
21   A.    What I said about the NSAIDs
22   is that I did look at data involving
23   NSAIDs and their CV risk and I referred
24   to the epidemiological data in my

Page 373

1    affidavit. So, I am comfortable with the
2    solidity of the basis of my opinion about
3    Vioxx versus NSAIDs.
4    Q.    What is your opinion about
5    Vioxx versus NSAIDs? What specific
6    studies are you relying on for your
7    opinion of Vioxx versus nonselective
8    NSAIDs?
9    A.    Primarily VIGOR.
10   Q.    Okay.
11         VIGOR is one nonselective
12   NSAID.
13   A.    Okay.
14   Q.    Is there any other study on
15   any other nonselective NSAID you're
16   relying on, or are you extrapolating that
17   because that's the way naproxen behaved,
18   that that's also the way indomethacin and
19   ibuprofen and diclofenac and nabumetone
20   behave?
21   A.    Actually there was an
22   assessment of nabumetone and Vioxx. That
23   was protocol 90, I think. I don't
24   remember which number it was. So, that's

Lemuel A. Moye, M.D.

Page 374

1 another assessment of the two. But
2 nevertheless, I think I've done enough of
3 a review to understand the relative risk
4 of Vioxx for CV events versus NSAIDs.
5     Q.    Do other NSAIDs have an
6 increased CV risk versus placebo,
7 nonselective NSAIDs?
8     A.    Versus placebo?
9     Q.    Yes.
10     A.    It's unclear.
11     Q.    You acknowledged earlier
12 that every one of the other NSAIDs has
13 blood pressure elevation as a potential
14 side effect, right?
15     A.    Yes.
16     Q.    You also acknowledged that
17 any drug that can cause blood pressure
18 elevations potentially can potentiate
19 atherosclerosis, right?
20     A.    I said used chronically.
21     Q.    Used on a chronic basis?
22     A.    Right.
23     Q.    What's your definition of
24 chronic?

Page 375

1     A.    Longer than how I prescribed
2 it, which was for five -- I would say for
3 months.
4     Q.    Okay.
5     A.    For months.
6     Q.    All right.
7         Are you aware of any data to
8 suggest that the effects on blood
9 pressure do not increase the CV risks?
10     A.    Well, I would put it this
11 way. I think for these NSAIDs that have
12 been around for generations now, I think
13 if there was an appreciable increased
14 risk associated with them, we would know
15 it.
16     Q.    That's the basis of your
17 opinion?
18     A.    I think that we would know
19 it.
20     Q.    Okay.
21         And the fact of the matter
22 is that there just had never been studies
23 like APPROVe or CLASS done on any of the
24 nonselective NSAIDs, true?

Page 376

1     A.    That's true. There have
2 been no such studies done with those
3 drugs.
4     Q.    And if APPROVe and CLASS had
5 never been done, elevated risks in Vioxx
6 and Celebrex never would have been
7 appreciated?
8     A.    Well, I mean, that's all
9 speculative, you know.
10     Q.    It's true.
11     A.    No, it's speculative. I
12 don't know.
13         MR. PIORKOWSKI: Why don't
14     we take a brief break.
15             - - -
16         (Whereupon, a recess was
17     taken from 5:05 p.m. until
18     5:14 p.m.)
19             - - -
20 BY MR. PIORKOWSKI:
21     Q.    Dr. Moye, is there any
22 specific study that you're relying on for
23 your opinion that Vioxx causes an
24 imbalance between prostacyclin and

Page 377

1 thromboxane?
2     A.    No. It was my understanding
3 of the biochemistry of it, but I haven't
4 reviewed the basic biochemical studies,
5 no.
6     Q.    Do you know whether the
7 studies measure prostacyclin directly or
8 whether they measure a metabolite of
9 prostacyclin?
10     A.    I don't know that.
11     Q.    Do you know the difference
12 between PGI2 and PGF1a?
13     A.    No.
14     Q.    Are you aware of any studies
15 of a COX-2 inhibitor's impact on
16 prostacyclin in animal blood vessels?
17     A.    I don't think so.
18     Q.    How about in human blood
19 vessels?
20     A.    Human blood vessels? You
21 mean -- I'm not sure I know what you mean
22 by that.
23     Q.    Are you aware of any studies
24 that have been done evaluating it in

95 (Pages 374 to 377)

Lemuel A. Moye, M.D.

Page 378

1    human blood vessels?
2         A.    I still don't know what you
3    mean.
4         Q.    Evaluating whether
5    prostacyclin causes vasoconstriction.
6         A.    I see.
7         Q.    Whether it causes, you know,
8    an alteration in the endothelium,
9    anything like that?
10        A.    No, I'm not.
11        Q.    We talked about -- when I
12   was asking you originally about your
13   opinions about intent, I broke the time
14   frame down.  One of the things I asked
15   you is whether you were offering any
16   opinions about Merck's intent after April
17   of 2002.  Do you recall that?
18        A.    Yes.
19        Q.    Okay.
20              April 2002 was the point in
21   time in which the VIGOR data was
22   incorporated into the label, right?
23        A.    Right.
24              MR. WACKER:  Well, object to

Page 379

1    form.
2    BY MR. PIORKOWSKI:
3         Q.    Okay.
4              Well, first of all, are you
5    aware of any data pertaining to the VIGOR
6    study that was not provided to the FDA by
7    Merck?
8         A.    That depends on when.
9         Q.    Ever.  I mean, I'm trying to
10   figure out what you're going to say at
11   trial, and there's nothing in your report
12   that suggests that anything about VIGOR
13   was withheld, but I want to be sure that
14   that's your opinion, that there's no
15   information, you are not going to walk
16   into court and say Merck had such and
17   such data about the VIGOR study and never
18   told the FDA.  Understand?
19        A.    Well, I understand.
20              VIGOR is a complicated
21   issue, because there was information that
22   was available at the end of the study
23   that certainly didn't get into the
24   manuscript.  It became available during

Page 380

1    that summer, I guess May/August 2000, I
2    guess it was.
3              Was that information turned
4    over to the FDA before May of 2000?
5    Certainly not.  Was it available after
6    that?  Yes.  So...
7         Q.    Was it available at the time
8    of the Advisory Committee meeting in
9    2001?
10             MR. WACKER:  Objection,
11        vague and ambiguous.
12             THE WITNESS:  Yes, it was.
13   BY MR. PIORKOWSKI:
14        Q.    In fact, you know that
15   because it was specifically written up in
16   the memorandum by Shari Targum, right?
17        A.    Yes, right.
18        Q.    So, as of February 1st,
19   2001, the date of Shari Targum's memo,
20   all of those cases had been reported to
21   the FDA?
22        A.    Yes.
23        Q.    Plus the extra stroke case
24   in the naproxen group?

Page 381

1         A.    Right.
2         Q.    Okay.
3              Now, are you aware of any
4    information about VIGOR that had not been
5    reported to the FDA as of the date of the
6    Advisory Committee meeting in February of
7    2001?
8              MR. WACKER:  Object to form.
9              MR. PIORKOWSKI:  On what
10        basis?
11             MR. WACKER:  Well, the basis
12        is it is overbroad, vague and
13        ambiguous when you are using the
14        statement of, you know, all the
15        data about VIGOR.  And I
16        specifically have in mind
17        something --
18             MR. PIORKOWSKI:  That was
19        sufficient to inform me.
20             MR. WACKER:  I specifically
21        had in mind something about VIGOR
22        that --
23             MR. PIORKOWSKI:  Okay.
24             That's enough.

Lemuel A. Moye, M.D.

Page 382

1       MR. WACKER:  That's about
2    VIGOR.  Anyway, go ahead.
3  BY MR. PIORKOWSKI:
4       Q.   Well, are you aware of any
5  data from the VIGOR study that was not
6  submitted to the FDA as of the time of
7  the February of 2001 Advisory Committee
8  meeting?
9       MR. WACKER:  Same objection.
10      THE WITNESS:  As I sit here
11   now, I can't think of any data set
12   component that wasn't provided to
13   the FDA from VIGOR.
14 BY MR. PIORKOWSKI:
15      Q.   Did the April 2002 label
16  change that included information about
17  VIGOR fairly and accurately set forth the
18  results of the VIGOR study?
19      MR. WACKER:  Objection to
20   form.
21      THE WITNESS:  I would have
22   to look at that again.  Without
23   looking at the label again, I
24   can't answer.

Page 383

1  BY MR. PIORKOWSKI:
2       Q.   Is there any information
3  that you believe after the April 2002
4  label change that Merck was aware of and
5  failed to disclose to physicians between
6  the time of the April 2002 label change
7  and the withdrawal of the medication from
8  the market?
9       A.   Maybe it is just late, but
10  I'm really lost in there.
11      Q.   Okay.
12          There was a label change in
13  April 2002, right?
14      A.   Right.
15      Q.   The drug came off the market
16  in 2004?
17      A.   Right.
18      Q.   Okay.
19          We can argue about the
20  period of time between the VIGOR
21  unblinding and the April 2002 label
22  change.
23      A.   Right.
24      Q.   Okay.

Page 384

1       My question is, between the
2    April 2002 label change and the
3    withdrawal of Vioxx from the market, is
4    there any information that you contend
5    that Merck knew about the safety risks of
6    Vioxx that they failed to disclose?
7       MR. WACKER:  Now, okay.
8    Object to form.
9       MR. PIORKOWSKI:  Okay.
10      THE WITNESS:  Yes.
11 BY MR. PIORKOWSKI:
12      Q.   What?
13      A.   The Alzheimer mortality
14   results.  Alzheimer study mortality
15   results is one thing that comes to mind.
16   This is not a question about VIGOR
17   anymore.  This is a question about any
18   information, if I understand your
19   question correctly.
20      Q.   It is.  That's my question.
21      The Alzheimer study
22   mortality results.  Okay.
23      What else?
24      A.   I have to look in my report

Page 385

1  to see.
2       MR. WACKER:  Your question
3    is limited up until September 30,
4    2004, or are you talking about up
5    until now?  Because obviously if
6    you are talking about up until
7    now, you are talking about the
8    APPROVe and the APPROVe followup.
9       MR. PIORKOWSKI:  The drug's
10   not on the market.
11      MR. WACKER:  Yeah.  That's
12   why I wanted to make sure that you
13   were talking about up to September
14   30th.
15      MR. PIORKOWSKI:  That wasn't
16   my question.
17      (Witness reviewing
18   document.)
19      THE WITNESS:  I guess the
20   fact that they believe, they
21   continue to argue that naproxen
22   might be -- the alleged protective
23   effect of naproxen.  They continue
24   to advocate that.

97 (Pages 382 to 385)

Lemuel A. Moye, M.D.

Page 386

1   BY MR. PIORKOWSKI:
2       Q.   Okay.
3            Anything else?
4       A.   Deborah Shapiro's October
5   18th, 2000 report that showed that Vioxx
6   more than doubled the risk of MIs related
7   to NSAIDs.  But that may be -- I'm
8   confusing the timelines now.  That was
9   2000.
10      Q.   My question is between the
11  label change in April of 2002 and the
12  withdrawal.
13           MR. WACKER:  I guess the
14      point is that even if -- in other
15      words, if something wasn't
16      disclosed before April 2002 and it
17      wasn't further disclosed even
18      after April 2002, then that would
19      encompass that time frame.
20           MR. PIORKOWSKI:  I
21      understand.
22           THE WITNESS:  What I said
23      just reflects what's in my report.
24      So, the degree to which my report

Page 387

1       is responsive to the question is
2       the degree to which I can be
3       responsive.  I don't have anything
4       in here from 2002 to 2004.
5   BY MR. PIORKOWSKI:
6       Q.   You testified, I believe, in
7   February of 2005 that you had made about
8   $1.35 million in your work in fen-phen;
9   is that right?
10      A.   Yes.
11      Q.   How much have you made since
12  February of 2005 additional?
13      A.   In fen-phen?
14      Q.   Yes.
15      A.   I don't know.  2005.  I
16  don't know.
17      Q.   In the last year?
18      A.   I don't know.
19      Q.   Have you testified in cases
20  in the last year?
21      A.   Yeah.
22      Q.   Okay.
23           What's your best estimate of
24  how much you've made in the fen-phen

Page 388

1   litigation overall?
2       A.   I don't know.  A little more
3   than $1 million.
4       Q.   Well, if you made 1.35 --
5       A.   To me, that's a little more.
6       Q.   What?
7       A.   To me, that's a little more.
8       Q.   I'm saying if you had 1.35
9   in February of 2005 --
10      A.   But see, even that was an
11  estimate.  My overall estimate is
12  somewhere between 1 and $1.5 million.
13  That would be probably the best I can do.
14      Q.   Okay.
15           What other litigation have
16  you testified in as an expert over the
17  last three years?
18      A.   The last three years?
19      Q.   Yes.
20      A.   This is '06.
21      Q.   Let me withdraw the question
22  and see if I can expedite it.
23      A.   Okay.
24      Q.   You testified against

Page 389

1   Pfizer, right, in the Rezulin litigation?
2       A.   Yes.  I just wasn't sure
3   that was in the last three years or not.
4       Q.   Okay.
5           Was Pfizer the defendant
6   then or was somebody else the defendant?
7       A.   No.  I think Pfizer was the
8   defendant then.  My last Rezulin trial
9   may have been in the spring of 2004 in
10  California.  I don't remember.
11      Q.   Do you see it on there
12  anywhere?
13           (Handing over document.)
14      A.   Thanks.
15           (Witness reviewing
16  document.)
17           I don't think so, no.
18      Q.   It's not on there?
19      A.   I don't think so.
20      Q.   But it should be on there?
21      A.   Yes.
22      Q.   Okay.
23           Do you know how many cases
24  you testified in against Pfizer?

98 (Pages 386 to 389)

Lemuel A. Moye, M.D.

Page 390

1    A.    For Pfizer?
2    Q.    Yes.
3    A.    I believe there were four.
4    Q.    Four?
5    A.    Four trials against Pfizer.
6    Q.    Okay.
7          And where were those?
8    A.    One was in Houston, one was
9 in Corpus, a third was in McAllen, and a
10 fourth was in Los Angeles.
11    Q.    And your testimony was on
12 behalf of plaintiffs for all of those
13 cases?
14    A.    Yes, sir.
15    Q.    All right.
16          Other than your testimony
17 against Pfizer and American Home Products
18 for Wyeth, have you been involved in any
19 other product cases?
20    A.    Yes, but to very limited
21 degrees.  I gave a deposition I think in
22 Lotronex.  That's all I remember.  I
23 investigated getting into some other
24 ones, but never did.

Page 391

1    Q.    Are you still involved in
2 diet drug cases today?
3    A.    I don't think so anymore,
4 but with fen-phen, one never knows.  So,
5 I would say I think I'm done with that.
6    Q.    You don't have any active
7 things on your calendar at this point?
8    A.    That's right.  That's right.
9    Q.    Do you know how much money
10 you made, best estimate of how much money
11 you made in the Pfizer/Rezulin
12 litigation?
13    A.    No.  I don't have an
14 estimate today.
15          MR. PIORKOWSKI:  Okay.
16          I think we're done for
17    today.  Thanks.
18          THE WITNESS:  Good to see
19    you again.
20          MR. PIORKOWSKI:  Good to see
21    you, too.
22          MR. WACKER:  I just want to
23    ask a few questions.
24          - - -

Page 392

1              EXAMINATION
2                 - - -
3 BY MR. WACKER:
4    Q.    Dr. Moye, there was earlier
5 testimony that you had received a SAS
6 database.  I believe you indicated that
7 that was regarding the APPROVe followup
8 data.  Do you recall that?
9    A.    Yes.
10    Q.    Did you also receive a SAS
11 database, it may be on your index,
12 regarding the study out of Oxford?
13          MR. JOSEPHSON:  Objection,
14    form.
15          THE WITNESS:  Yes, I did.  I
16    guess I assumed it was part of the
17    APPROVe data set.  I didn't know
18    it was part of a separate study.
19 BY MR. WACKER:
20    Q.    So, that's another --
21    A.    But I did receive that, yes.
22    Q.    That's another database that
23 you are going to look at?
24    A.    Yes.

Page 393

1    Q.    Okay.
2          You also mentioned here
3 today that while you haven't reviewed
4 every NDA or every study concerning
5 Bextra or Celebrex, you've looked at
6 those generally with respect to their
7 relationship with Vioxx?
8          MR. PIORKOWSKI:  Objection,
9    form.
10          THE WITNESS:  Yes.  And
11    having reviewed all the FDA, the
12    2005 Advisory Committee meeting, I
13    certainly read about -- I read
14    their discussion of the data.
15 BY MR. WACKER:
16    Q.    And we know that Celebrex
17 remains on the market, right?
18    A.    Yes.
19    Q.    And Bextra has been removed
20 from the market?
21    A.    That's correct.
22    Q.    And Vioxx has been removed
23 from the market?
24    A.    Yes.

99 (Pages 390 to 393)

Lemuel A. Moye, M.D.

Page 394

1          MR. PIORKOWSKI:  Objection
2      to form.
3  BY MR. WACKER:
4      Q.    Would it be fair to say that
5  based upon the studies that you have
6  reviewed, looking at those drugs, that
7  Vioxx was the worst of those COX-2
8  inhibitors?
9          MR. PIORKOWSKI:  Objection
10      to form.
11          THE WITNESS:  I would say
12      not just based on those studies,
13      but based on my understanding of
14      the role of the -- the
15      differential role of COX-1, COX-2,
16      that Vioxx is the worst.  That's
17      my understanding as I sit here
18      today.
19          MR. WACKER:  Thank you.
20          MR. JOSEPHSON:  I have no
21  questions of the witness at this
22  point.  I'll reserve my questions
23  until his next appearance.
24          MS. SNAPKA:  We're reserving

Page 395

1  ours.
2          MR. JOSEPHSON:  Which I
3  think is on the 20th?
4          MS. FILIPPOV:  We're
5  reserving ours also.
6          MR. JOSEPHSON:  16th.  I
7  stand corrected.  It is the 16th.
8              - - -
9          (Whereupon, the deposition
10  adjourned at 5:31 p.m.)
11              - - -
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 396

1          C E R T I F I C A T E
2
3      I, LINDA L. GOLKOW, a Notary
    Public and Certified Shorthand Reporter
4  of the State of New Jersey, do hereby
    certify that prior to the commencement of
5  the examination, LEMUEL A. MOYE, M.D. was
    duly sworn by me to testify to the truth,
6  the whole truth and nothing but the
    truth.
7
8      I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
9  testimony as taken stenographically by
    and before me at the time, place and on
10  the date hereinbefore set forth, to the
    best of my ability.
11
12      I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor
13  attorney nor counsel of any of the
    parties to this action, and that I am
14  neither a relative nor employee of such
    attorney or counsel, and that I am not
15  financially interested in the action.
16
17
18
19      _____
    LINDA L. GOLKOW, CSR
20      Notary Number:  1060147
    Notary Expiration:  1-2-08
21      CSR Number:  30XI176200
    Dated:  June 9, 2006
22
23
24

Page 397

1      ACKNOWLEDGMENT OF DEPONENT
2
3
4      I,_____, do
    hereby certify that I have read the
5  foregoing pages,  1 - 399, and that the
    same is a correct transcription of the
6  answers given by me to the questions
    therein propounded, except for the
7  corrections or changes in form or
    substance, if any, noted in the attached
8  Errata Sheet.
9
10
11
12      _____
    LEMUEL A. MOYE, M.D.              DATE
13
14
15
16
17  Subscribed and sworn
    to before me this
18      Day of        , 20  .
19  My commission expires:
20
21  Notary Public
22
23
24

Golkow Litigation Technologies - 1.877.DEPS.USA

Lemuel A. Moye, M.D.

Page 398

```
1            - - - - - -
               E R R A T A
2            - - - - - -
3    PAGE  LINE  CHANGE
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
```

Page 399

```
1            LAWYER'S NOTES
2    PAGE  LINE
3    ____  ____  _____
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
```

Golkow Litigation Technologies - 1.877.DEPS.USA