IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX ) <br> Products Liability Litigation ) <br> _____ ) <br> This document relates to ) <br> Case No. 05-4315 ) <br> ) <br> Michael Carter and Mary Carter, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Merck & Co., Inc. and Merck ) <br> Pharmaceuticals, a/k/a Merck, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the Case of Michael Carter and Mary Carter,

IT IS ORDERED, that all claims of plaintiffs Michael Carter and Mary Carter be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
DISTRICT JUDGE