BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| *Larry Bauman, et al v. Merck & Co., Inc.,* Cause No. 05-0562 | JUDGE FALLON MAG. JUDGE KNOWLES |

PLAINTIFFS' MOTION CHALLENGING DEFENDANTS'
SEPTEMBER 27, 2006 REDESIGNATION OF DOCUMENTS AS "PRIVILEGED"

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Larry Bauman, Lisa Bauman Tolbertt, Kelly Bauman Mincher, Ernest Charles Bauman, III, and Leslie Lynn Bauman Clay, individually and as Representatives of The Estate of Elise Geneva Bauman, Deceased ("Plaintiffs"), file this Motion Challenging Defendants' September 27, 2006, Redesignation of Documents as "Privileged," and would respectfully show the following:

1

Plaintiffs' counsel received the September 27, 2006, letter attached as Exhibit 1 from Kelli Chism Jones of FULBRIGHT & JAWORSKI LLP, counsel for Defendant Merck and Co., Inc. ("Merck"). The letter claims an they "inadvertently produced" and thus caused an "unintentional disclosure" of privileged documents bearing Bates numbers MRK-AFI0018133 through MRK-AFI0018189. Plaintiffs challenge these claim of privilege, particularly since the documents on their face do not indicate any basis for a claim of privilege and, in fact, no privilege is specified in the letter attached as Exhibit 1.

2

Plaintiffs received the documents in question pursuant to an Agreed Protective Order entered in *Larry Lee Bauman, et al. vs. Merck & Co., Inc.;* Cause # A04 CA 707 LY, in the United States District Court, Western District of Texas, Austin Division, which was signed by the Honorable Lee Yeakel, United States District Judge on January 27, 2005. A true copy of said order is attached as Exhibit 2. Under paragraph 15 of said order, Plaintiffs are entitled to retain a copy of the materials in questions while this motion remains pending.

3

Pursuant to paragraph 16 of said order, the documents in question that are in the possession of Plaintiffs are being filed herewith as a Sealed Document as Exhibit 3.

4

Plaintiffs may need to take discovery concerning any privilege Merck may assert respecting these documents if, in fact, Merck makes any specific claim of privilege. Plaintiffs are willing to coordinate such discovery with other parties who may have received the same documents.

WHEREFORE, PREMISES CONSIDERED, Plaintiff's respectfully pray that this Motion Challenging Redesignation of Documents as "Privileged" be granted and pray for other appropriate relief.

Respectfully submitted,

Tommy Jacks, TX Bar #10452000
Mark Guerrero, TX Bar #24032377
JACKS LAW FIRM
1205 Rio Grande
Austin, Texas 78701
512-478-4422
512-478-5015 fax

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion Challenging Defendants's September 27, 2006 Redesignation of Documents as "Privileged" has ben served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of October, 2006.

Tommy Jacks, TX Bar #10452000
Mark Guerrero, TX Bar #24032377
JACKS LAW FIRM
1205 Rio Grande
Austin, Texas 78701
512-478-4422
512-478-5015 fax

Charles A. Deacon
FULBRIGHT & JAWORSKI
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Russ Herman

HERMAN, HERMAN, KATZ & COTLAR, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
phone: 504-581-4892
fax: 504-561-6024

Phillip Wittmann

STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361