BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL NO. 1657

*Larry Bauman, et al v. Merck & Co., Inc.,*
*Cause No. 05-0562*

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER GRANTING PLAINTIFFS' MOTION CHALLENGING DEFENDANTS SEPTEMBER 27, 2006, REDESIGNATION OF DOCUMENTS AS "PRIVILEGED"

Plaintiffs, Larry Bauman, et al., file a Motion Challenging Defendant Merck & Co., Inc.'s September 27, 2006, Redesignation of Documents pursuant to the Protective Order signed by the Honorable Lee Yeakel, United States District Judge on January 27, 2005, calling into question Merck's claim that certain documents produced by Merck in discovery were inadvertently and unintentionally produced when they were, in fact, Merck alleged, privileged. Merck's notice letters to the Plaintiffs dated September 26, 2005, January 31, 2006, and September 27, 2006, did not specify any applicable privilege and from an examination of the documents, which were filed under seal by the Plaintiffs in accordance with the Protective Order, there is nothing about the documents that would indicate they fall within any privilege. The Court is of the opinion that Plaintiffs' motion is meritorious and, accordingly, it is hereby ORDERED:

Plaintiffs' Motion Challenging Defendant Merck & Co., Inc.'s September 27, 2006, Redesignation of Documents is hereby GRANTED in all respects. Plaintiffs need not return the

documents in question to Merck and may use them in this litigation in accordance with the Protective Order and applicable law.

SIGNED this _____ day of _____, 2006

                                                                                        _____
                                                                                        UNITED STATE DISTRICT JUDGE