

# Jacks Law Firm

TOMMY JACKS ♦ LAURA RUTH JACKS ♦ MARK GUERRERO

October 20, 2006

**VIA CM/ECF & LEXISNEXIS**
Clerk, U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

> RE:  Larry Lee Bauman, et al v. Merck & Co., Inc., et al, Before the Judicial
> Panel on Multidistrict Litigation, MDL Docket No. 1657.
> MDL Case Number CA 05-0562 L (3)

Dear Clerk:

The following documents were uploaded to the CM/ECF system for the Eastern
District of Louisiana:

1. Plaintiff's Motion Challenging Defendants' September 27, 2006
   Redesignation of Documents as "Privileged" with corresponding Exhibits;
2. [Proposed] Order

Thank you for your assistance in this matter. Please give me a call if you have
any questions.

Sincerely,

Waylon Stengler
Legal Assistant

Enclosures

cc: Charles Deacon (via regular mail & LexisNexis)
    Phillip Wittmann (via regular mail & LexisNexis)
    Russ M. Herman (via regular mail & LexisNexis)