UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL DOCKET NO. 1657<br>SECTION L |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON |
| This document relates to:<br>Case No. 05-2524 | MAGISTRATE JUDGE KNOWLES |
| ANTHONY WAYNE DEDRICK,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | |

## JOINT STIPULATION REGARDING DEPOSITION DESIGNATIONS FOR NON-CASE SPECIFIC WITNESSES

Plaintiff Dedrick and Defendant Merck ("the Parties") jointly submit this stipulation regarding deposition designations, counter designations, objections to designations, and objections to counter designations for non-case specific witnesses.

1. The Parties stipulate that where deposition testimony of any non-case-specific witness was designated in *Smith*:

    a. The parties agree that they will use the designations from *Smith* as played as a starting point for the following witnesses: Anstice, Avorn, Blake, Braunstein, Cannell, Cannuscio, Demopolous, Fries, Graham, Scolnick, Topol, Weiner. Neither side will add designations to the *Smith* designations (either in the form of affirmatives or counters) or delete designations unless they specifically notify the other party of the page and line numbers of such additions or deletions.

    b. The parties agree that they will use the designations from *Smith* as filed as a starting point for the following witnesses: Baumgartner, Carroll, Curfman, Dixon, Mixon, Nies, Gilmartin. Neither side will add

    designations to the *Smith* designations (either in the form of affirmatives or counters) or delete designations unless they specifically notify the other party of the page and line numbers of such additions or deletions.

2. The parties agree that they will use the designations from *Barnett* as a starting point for the following witnesses: Thomas Bold, James Dunn, Stephen Epstein, Jo Jerman, Charlotte McKines. Neither side will add designations to the *Barnett* designations (either in the form of affirmatives or counters) or delete designations unless they specifically notify the other party of the page and line numbers of such additions or deletions.

3. The parties reserve the right to raise issues and objections with the Court in this case concerning the *Barnett* and *Smith* designations, as well as any new designations made in this case.

4. The parties preserve all objections made to deposition designations in *Barnett* and *Smith* for purposes of appeal.

5. The parties agree to file one joint transcript per witness, and will do so on November 15. The parties will not file designations, objections, and counters for non-case specific witnesses on the dates set out in the scheduling order, with the exception of Paragraph 6.

6. Plaintiff will file general designations for various witnesses on October 20. This filing is simply to preserve the record and Plaintiff agrees that Merck need not object to this set of designations. Merck instead will object to the narrower set of designations exchanged between the parties and filed on November 15. Plaintiff agrees that Merck reserves all of its rights to object, affirmatively and counter-designate testimony, and all other rights, for any testimony outside this narrower set of designations filed on November 15. Plaintiff agrees Merck need not file affirmative designations on October 20, but instead may do so on November 15.

7. The Parties agree to exchange via email on October 27, 2006 a Microsoft Word page/line chart for each witness identifying the changes, if any, to the designations from the baseline designations (per Paragraphs 1-2 above).

8. The Parties agree to exchange via email on November 3, 2006 a Microsoft Word page/line chart for each witness identifying any additional changes to the designations from the baseline designations (per Paragraphs 1-2 above).

9. The Parties agree to exchange via email on November 8, 2006 a Microsoft Word page/line chart for each witness identifying any objections the party wishes to make (whether new, or the reurging of an old objection).

10. The Parties agree to exchange via email on or by November 10, 2006 in Microsoft Excel the full transcripts it was responsible for generating for review and

comment by the other side. Each transcript will include the affirmative designations, the counter-designations, any objections, and the Court's ruling in Smith to those objections (if applicable). Joint designations will be in black, Merck's designations in blue (whether affirmatives or counters), and Plaintiff's designations in red (whether affirmatives or counters). The Parties will provide final comments to the other side on the transcripts by November 13, 2006 at 5:00pm.

11. The Party that designates affirmatively from a non-case-specific deposition is responsible for preparing the single joint Excel spreadsheet for that deponent that will be filed with the Court. This responsibility includes inputting the opposing Party's objections and the rulings on any objections made in *Smith* into the spreadsheet.

12. The Parties will jointly file a single, final transcript (per paragraph 11) with the Court for each witness on November 15, 2006. Each Party is responsible for filing the transcript for the non-case-specific witnesses whose testimony the Party affirmatively designated. The final transcripts will be delivered to the Court in binders that include any cover memos filed by the parties.

Dated: October 20, 2006.

Respectfully Submitted,

| | |
|---|---|
| *[signature]* | *[signature]* |
| Andy Birchfield | Philip S. Beck |
| Leigh O'Dell | Mark S. Ouweleen |
| **BEASLEY, ALLEN, CROW,** | Carrie A. Jablonski |
| **METHYVIN, PORTIS & MILES, P.C.** | **BARTLIT BECK HERMAN** |
| 234 Commerce Street | **PALENCHAR & SCOTT LLC** |
| Post Office Box 4160 | 54 W. Hubbard, Suite 300 |
| Montgomery, AL  36103 | Chicago, IL  60610 |
| (334) 269-2343; fax (334) 954-7555 | (312) 494-4400; fax (312) 494-4440 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR MERCK |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing JOINT STIPULATION REGARDING DEPOSITION DESIGNATIONS FOR NON-CASE SPECIFIC WITNESSES has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel