Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| 3.0022 | MRK-AJD0000001 | MRK-AJD0000015 | | MAX Database |
| 3.0023 | | | | APPROVe Follow-up data - SAS data |
| 3.0024 | | | | VICTOR Data |
| 4.0001 | | | 5/24/2006 | Duren Discount Drugs |
| 4.0002 | | | | Fred's Discount Drugs |
| 4.0003 | | | 5/5/2006 | Collinwood Drugs Pharmacy |
| 4.0004 | | | 5/10/2006 | Wayne County Medical Center |
| 4.0005 | | | | Dr. Esmeraldo Herrera |
| 4.0006 | | | 7/18/2003 | Wayne County EMS |
| 4.0007 | | | 3/8/2006 | Cardiovascular Surgery Associates |
| 4.0008 | | | 3/2/2006 | William H. Coltharp, M.D. |
| 4.0009 | | | 12/30/1999 | The Heart Group, Mark Koenig, M.D. |
| 4.0010 | | | 5/5/2005 | The Heart Group, John A. McPherson, M.D. |
| 4.0011 | | | 3/3/2006 | St. Thomas Hospital |
| 4.0012 | | | 9/20/2002 | St. Thomas Hospital - Radiology |
| 4.0013 | | | 5/19/2006 | Maury Regional Hospital |
| 4.0014 | | | 5/23/2006 | Maury Regional Hospital Laboratory System |
| 4.0015 | | | 1/25/2006 | Veteran's Hospital - Nashville |
| 4.0016 | | | 7/18/2003 | VA Tennessee Valley Healthcare Systems |
| 4.0017 | | | 5/10/2006 | Core Physicians |
| 4.0018 | | | 5/17/2006 | Darrel Rinehart, M.D. |
| 4.0019 | | | 5/2/2006 | Lab One, Inc. |
| 4.0020 | | | 5/5/2006 | Dr. Ralph Hamilton |
| 4.0021 | | | 4/26/2006 | Dr. William E. Springer, D.D.S. |
| 4.0022 | | | 7/18/2006 | Vanderbilt University Medical Center - Patient Billing |
| 4.0023 | | | 3/3/2006 | Vanderbilt University Medical Center |
| 4.0024 | | | 12/30/1999 | Dr. Thomas Limbird |
| 4.0025 | | | 5/5/2005 | Dr. Kevin Kelly |
| 4.0026 | | | 8/8/2005 | Dr. Ken Sharp |
| 4.0027 | | | 5/15/2006 | Blue Cross Blue Shield of Tennessee Medical Records Department |
| 4.0028 | | | 3/2/2006 | Medical Records 1999 to April 2002 |
| 4.0029 | | | | Social Security Administration |
| 4.0030 | | | 3/28/2006 | Lois M. Debeny Special Needs Facility |
| 4.0031 | | | | Wayne County Medical Records |
| 4.0032 | | | | Call Notes to Dr. Herrera |
| 4.0033 | | | 9/11/2006 | Echo Stress Test for Anthony Dedrick |
| 4.0034 | | | | LabCorp |
| 4.0035 | | | | National Personnel Records (Army National Guard) for Anthony |
| 4.0036 | | | 9/27/2006 | Nuclear Stress Test for Anthony |
| 4.0037 | | | 10/7/1999 | State of Tennessee Report |
| 4.0038 | | | 2/12/2002 | Tennessee Health Services, Refusal of Medical Services |
| 5.0001 | | | | All documents, articles, and/or information from websites relied upon by Colin D. Funk, PhD |
| 5.0002 | | | | All documents, articles, and/or information from websites relied upon by Cornelia Pechmann, PhD |
| 5.0003 | | | | All documents, articles, and/or information from websites relied upon by Donna K. Arnett, PhD, MSPH |
| 5.0004 | | | | All documents, articles, and/or information from websites relied upon by Egil Fosslein, MD |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| 5.0004 | | | | All documents, articles, and/or information from websites relied upon by Egil Fosslein, MD |
| 5.0005 | | | | All documents, articles, and/or information from websites relied upon by Ira J. Gelb, MD, FACC |
| 5.0006 | | | | All documents, articles, and/or information from websites relied upon by Jerry Avorn, MD |
| 5.0007 | | | | All documents, articles, and/or information from websites relied upon by John W. Farquhar, MD |
| 5.0008 | | | | All documents, articles, and/or information from websites relied upon by Lemuel A. Moye, MD, PhD |
| 5.0009 | | | | All documents, articles, and/or information from websites relied upon by Mark I. Furman, MD, FACC, FAHA |
| 5.0010 | | | | All documents, articles, information from websites relied upon by John Leo Guerigian, MD. |
| 5.0011 | | | | Any and all clinical trial information including reports, CSR, adverse events, summaries and memorandum |
| 5.0012 | | | | Any and all documents available from the FDA Website regarding VIOXX |
| 5.0013 | | | | Any and all documents available from the Senate Finance Committee Website regarding VIOXX |
| 5.0014 | | | | Any and all documents available from the Senate Health, Education, Labor & Pensions Website regarding VIOXX |
| 5.0015 | | | | Any and all documents available from the Waxman Website regarding VIOXX |
| 5.0016 | | | | Any and all exhibits attached to all Defendant's expert depositions and expert reports as well as all documents they cite in their report. |
| 5.0017 | | | | Any and all exhibits attached to all Plaintiff's expert depositions and expert reports as well as all documents they cite in their report. |
| 5.0018 | | | | Any animation to be used for demonstrative purposes |
| 5.0019 | | | | Any document or material necessary for demonstrative purposes. |
| 5.0020 | | | | Blow ups of any exhibits already listed |
| 5.0021 | | | | Curriculum Vitae for Colin D. Funk, PhD |
| 5.0022 | | | | Curriculum Vitae for Cornelia Pechmann, PhD |
| 5.0023 | | | | Curriculum Vitae for Donna K. Arnett, PhD, MSPH |
| 5.0024 | | | | Curriculum Vitae for Egil Fosslein, MD |
| 5.0025 | | | | Curriculum Vitae for Ira J. Gelb, MD, FACC |
| 5.0026 | | | | Curriculum Vitae for Jerry Avorn, MD |
| 5.0027 | | | | Curriculum Vitae for John Leo Guerigian, MD |
| 5.0028 | | | | Curriculum Vitae for John W. Farquhar, MD |
| 5.0029 | | | | Curriculum Vitae for Lemuel A. Moye, MD, PhD |
| 5.0030 | | | | Curriculum Vitae for Mark I. Furman, MD, FACC, FAHA |
| 5.0031 | | | | Curriculum Vitae of Esmeraldo Herrera, MD |
| 5.0032 | | | | Curriculum Vitae of John Addison McPherson, MD, FACC, FSCAI |
| 5.0033 | | | | Curriculum Vitae of Mark Koenig, MD, FACC |
| 5.0034 | | | | Curriculum Vitae of William Hubert Coltharp, MD |
| 5.0035 | | | | Exhibits from Deposition of Darrell Baker |
| 5.0036 | | | | Exhibits from Deposition of Donna K. Arnett, PhD, MSPH |
| 5.0037 | | | | Exhibits from Deposition of Dr. Alfred W.H. Stanley, Jr. |
| 5.0038 | | | | Exhibits from Deposition of Dr. Phillip Oranburg |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| 5.0039 | | | | Exhibits from Deposition of Dr. Saji Jacob |
| 5.0040 | | | | Exhibits from Deposition of Esmeraldo Herrera, MD |
| 5.0041 | | | | Exhibits from Deposition of Ira J. Gelb, MD, FACC |
| 5.0042 | | | | Exhibits from Deposition of John Addison McPherson, MD, FACC, FSCAI |
| 5.0043 | | | | Exhibits from Deposition of Jude Dingas |
| 5.0044 | | | | Exhibits from Deposition of Mark Koenig, MD, FACC |
| 5.0045 | | | | Exhibits from Deposition of Melissa McAllister |
| 5.0046 | | | | Exhibits from Deposition of William Hubert Coltharp, MD |
| 5.0047 | | | | Exhibits from Deposition(s) of Carolyn Cannuscio, Sc. D |
| 5.0048 | | | | Exhibits from Deposition(s) of Charlotte McKines |
| 5.0049 | | | | Exhibits from Deposition(s) of Cornelia Pechmann, PhD |
| 5.0050 | | | | Exhibits from Deposition(s) of David Anstice |
| 5.0051 | | | | Exhibits from Deposition(s) of David J. Graham, MD, MPH |
| 5.0052 | | | | Exhibits from Deposition(s) of Dr. Egil Fosslien |
| 5.0053 | | | | Exhibits from Deposition(s) of Dr. John Farquhar |
| 5.0054 | | | | Exhibits from Deposition(s) of Ned Braunstein, MD |
| 5.0055 | | | | Exhibits from Deposition(s) of Dr. Nicholas Flavahan |
| 5.0056 | | | | Exhibits from Deposition(s) of Edward M. Scolnick, MD |
| 5.0057 | | | | Exhibits from Deposition(s) of Eric J. Topol, MD |
| 5.0058 | | | | Exhibits from Deposition(s) of Gregory D. Curfman, MD |
| 5.0059 | | | | Exhibits from Deposition(s) of James Richard Dunn |
| 5.0060 | | | | Exhibits from Deposition(s) of James Fries, MD |
| 5.0061 | | | | Exhibits from Deposition(s) of Jan Wiener |
| 5.0062 | | | | Exhibits from Deposition(s) of Jerome L. Avorn, MD |
| 5.0063 | | | | Exhibits from Deposition(s) of Jo Jerman |
| 5.0064 | | | | Exhibits from Deposition(s) of John Leo Guerigian, MD |
| 5.0065 | | | | Exhibits from Deposition(s) of Laura Demopolous, MD |
| 5.0066 | | | | Exhibits from Deposition(s) of Lemuel A. Moye, MD, PhD |
| 5.0067 | | | | Exhibits from Deposition(s) of Mark Elizabeth Blake |
| 5.0068 | | | | Exhibits from Deposition(s) of Mark I. Furman, MD, FACC, FAHA |
| 5.0069 | | | | Exhibits from Deposition(s) of Martin Carroll |
| 5.0070 | | | | Exhibits from Deposition(s) of Stephen Epstein, MD |
| 5.0071 | | | | Exhibits from Deposition(s) of Susan Baumgartner, PharmD |
| 5.0072 | | | | Exhibits from Deposition(s) of Thomas Bold, MD |
| 5.0073 | | | | Exhibits from Deposition(s) of Tom Cannell |
| 5.0074 | | | | Exhibits from Deposition(s) of Wendy Dixon, PhD |
| 5.0075 | | | | Exhibits from the Deposition of Colin D. Funk, PhD |
| 5.0076 | | | | Plaintiff reserves the right to offer any exhibit listed by Defendant |
| 5.0077 | | | | Plaintiff reserves the right to use all depositions and any exhibits attached thereto for any future depositions taken in this matter |
| 5.0078 | | | | Plaintiff reserves the right to use all depositions and any exhibits attached thereto taken in this matter |
| 5.0079 | | | | Plaintiff reserves the right to use all video tapes of Depositions |
| 5.0080 | | | | Plaintiff reserves the right to use any exhibit found through outstanding discovery |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| 5.0081 | | | | Plaintiff reserves the right to use any exhibit necessary for rebuttal |
| 5.0082 | | | | Plaintiff reserves the right to use any exhibit found through any discovery requested but not yet produced |
| 5.0083 | | | | Plaintiff reserves the right to use any exhibit necessary for cross-examination |
| 5.0084 | | | | Any and all medical records relating to Anthony Wayne Dedrick. |
| 3-11-05 Bold Depo Ex. 1 | MRK-GUE 0051402 | MRK-GU0051451 | | Bresalier, R. et al., "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial" NEJM, 2005; 352 |
| 3-11-05 Bold Depo Ex. 10 | MRK-ACO0020200 | MRK-ACO0020201 | | String of e-mails |
| 3-11-05 Bold Depo Ex. 11 | MRK-ACO0020202 | MRK-ACO0020203 | | Letter addressed to Dear Sir, unsigned |
| 3-11-05 Bold Depo Ex. 12 | | | | Letters to the Editor in Clinical Therapeutics, Vol. 24, No. 3, 2002, from Danny Schoors, M.D., Ph.D. |
| 3-11-05 Bold Depo Ex. 13 | | | | Article from the British Journal of Clinical Pharmacology, 1995 Dec;40(6):571-5, entitled "Effect of multiple doses of losartan on the pharmacokinetics of single doses of digoxin in healthy volunteers" by De Smet M., et al., |
| 3-11-05 Bold Depo Ex. 14 | MRK-ACO 0020046 | MRK-ACO 0020046 | | e-mail dated 10/5/01 to Thomas M. Bold from Laura E. Vilardo |
| 3-11-05 Bold Depo Ex. 15 | MRK-ACO0020265 | MRK-ACO0020266 | | String of e-mails |
| 3-11-05 Bold Depo Ex. 16 | MRK-ACO0020225 | MRK-ACO0020226 | 10/5/2001 | Memo dated 10/5/01 to Distribution from K. Grosser attaching agenda for Vioxx PDT Working Group Meeting |
| 3-11-05 Bold Depo Ex. 17 | MRK-ACO 0007936 | MRK-ACO 0007949 | | Document entitled "Comparison of Selected ADRs from the AERS Database for selected NSAIDs," |
| 3-11-05 Bold Depo Ex. 18 | MRK-ACO0029917 | MRK-ACO0029930 | | Document entitled "Comparison of Selected ADRs from the AERS Database for selected NSAIDs," |
| 3-11-05 Bold Depo Ex. 19 | MRK-ACO 0025656 | MRK-ACO 0025662 | | Database entitled "AERS Database through 1Q2000, Primary and Secondary Suspect with DUPS Removed," |
| 3-11-05 Bold Depo Ex. 2 | | | | e-mail dated 1/9/98 to Sean Harper, et al., from Suzanne M. Pemrick, enclosing Minutes for December's Vioxx (M0966) Project Team Meeting |
| 3-11-05 Bold Depo Ex. 20 | MRK-ACO0800000 | MRK-ACO0800049 | | Personnel file of Thomas M. Bold, M.D., beginning |
| 3-11-05 Bold Depo Ex. 21 | MRK-ACO0025775 | MRK-ACO0025778 | | Spreadsheets entitled "AERS 1Q2001, with dups removed, primary and secondary suspect *terms per T. Bold, |
| 3-11-05 Bold Depo Ex. 22 | MRK-ACV 0002812 | MRK-ACV 0002812 | | String of e-mails dated |
| 3-11-05 Bold Depo Ex. 23 | | | | Chapter from Pharmacoepidemiology, Third Edition, entitled "Spontaneous Reporting Systems Outside the US," by Bengt-Erik Wiholm, et al. |
| 3-11-05 Bold Depo Ex. 3 | | | | Lexis Publishing's Code of Federal Regulations 21 CFR 201.57 |
| 3-11-05 Bold Depo Ex. 4 | | | | Statement of Harry A. Guess, M.D., Ph.D., before the Committee on Ways and Means, Subcommittee on Health, 3/24/98 |
| 3-11-05 Bold Depo Ex. 5 | LAU 0000067 | LAU 0000106 | | WPS&E Standard Operating Procedure, Processing of Adverse Experience Information, Effective Date 4/1/98 |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| 3-11-05 Bold Depo Ex. 6 | MRK-ACO0067004 | MRK-ACO0067010 | | Article entitled "Identification of Sulfonamide-like Adverse Drug Reactions to Celecoxib in the World Health Organization Database" by Bengt-Erik Wiholm |
| 3-11-05 Bold Depo Ex. 7 | MRK-ACO 0020275 | MRK-ACO 0020275 | | e-mail dated 10/9/01 to Thomas M. Bold from Andreas Moan |
| 3-11-05 Bold Depo Ex. 8 | MRK-ACO 0020022 | MRK-ACO 0020024 | | String of e-mails dated 10/4/01 |
| 3-11-05 Bold Depo Ex. 9 | | | | Article from Clinical Therapeutics, Vol. 23, No. 9, 2001, entitled "A Comparison of Renal-Related Adverse Drug Reactions Between Rofecoxib and Celecoxib, Based on the World Health Organization/Uppsala Monitoring Centre Safety Database" by Sean Z. Zhao, |
| 6-25-04 Bold Depo Ex. 1 | | | 2/15/2005 | Plaintiffs' 4th Amended Second Notice of Intention to Take the Oral and Videotaped Depo(s) of the Corporate Representative(s) of Defendant Merck & Co., Inc., 7 double-sided page |
| 6-25-04 Bold Depo Ex. 3 | MRK-AAL0000013 | MRK-AAL0000013 | | Clinical & Regulatory Development organizational chart |
| 6-25-04 Bold Depo Ex. 4 | MRK-GAR0014236 | MRK-GAR0014236 | 3/24/1998 | Worldwide Regulatory Affairs and Product Safety organizational chart |
| 6-25-04 Bold Depo Ex. 5 | MRK-GAR0014238 | MRK-GAR0014238 | 4/1/1998 | Clinical Risk Management & Safety Surveillance organizational chart |
| 6-25-04 Bold Depo Ex. 6 | MRK-GAR0014164 | MRK-GAR0014169 | | SOP 210, 6 pages |
| 6-25-04 Bold Depo Ex. 7 | MRK-GAR0014123 | MRK-GAR0014126 | 10/9/2001 | SOP No. 530, 4 pages |
| 6-25-04 Bold Depo Ex. 7a | MRK-GAR0014127 | MRK-GAR0014127 | | SOP 530, 10 pages |
| 6-25-04 Bold Depo Ex. 7b | MRK-GAR0014137-14 | MRK-GAR0014137-14 | | SOP 530, 12 pages |
| 6-25-04 Bold Depo Ex. 7c | MRK-GAR0014149 | MRK-GAR0014163 | | SOP 530, 10 pages |
| 7-29-05 Bold Depo Ex. 24 | MRK-ACO0062744 | MRK-ACO0062756 | 5/19/2003 | Draft Review of Epidemiologic Studies of COX-2 inhibitors and the Risk of MI HHPAC May 19, 2003 Slide Set |
| 7-29-05 Bold Depo Ex. 25 | MRK-GAR0014123 | MRK-GAR0014126 | 5/1/1998 | Adverse Experience Information Management Standard Operating Procedure Merck & Co., Inc., Title: Labeling Review Procedures SOP No. 530  5-1-98 |
| 7-29-05 Bold Depo Ex. 26 | | | 3/25/2004 | The Food and Drug Administration Algorithm Special Workshop -Regulatory (Turner) Drug Information Journal Vol. 18, pp 259-266, 1984 |
| 7-29-05 Bold Depo Ex. 27 | MRK-GAR0014164 | MRK-GAR0014169 | 12/1/1999 | Report Evaluation and Safety Surveillance Standard Operating Procedure Merck & Co., Inc. Title:  RESS Physician Medical Review, SOP No. 210 |
| 7-29-05 Bold Depo Ex. 28 | MRK-GAR0014127 | MRK-GAR0014136 | 5/12/2002 | Adverse Experience Information Management Standard Operating Procedure Merck & Co., Inc., Title:  Labeling Review Procedures SOP No. 530, 5-21-02 |
| 7-29-05 Bold Depo Ex. 29 | MRK-ACO0064484 | MRK-ACO0064484 | 7/27/1999 | Memo to the File 7-27-99  AE Label Review: Rofecoxib |
| 7-29-05 Bold Depo Ex. 30 | MRK-ACO0064483 | MRK-ACO0064483 | 1/20/2000 | Memo to the File 1-20-00 AE Label Review: Rofecoxib |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| 7-29-05 Bold Depo Ex. 31 | MRK-ACO0030008 | MRK-ACO0030032 | | WAES Adverse Event Summary Sheets |
| 7-29-05 Bold Depo Ex. 32 | MRK-ACO0064481 | MRK-ACO0064482 | 6/28/2000 | Memo 6-28-00 "AE Review Team meeting for rofecoxib (VIOXX" |
| 7-29-05 Bold Depo Ex. 33 | MRK-ACO0064477 | MRK-ACO0064479 | 1/19/2001 | Memo 1-19-01 "AE Review Team meeting for rofecoxib (VIOXX" |
| 7-29-05 Bold Depo Ex. 34 | MRK-ACO0015796 - MRK-ACO0015797; MRK-ACO0015816 - MRK-ACO0015817 | MRK-ACO0015796 - MRK-ACO0015797; MRK-ACO0015816 - MRK-ACO0015817 | | Rofecoxib Dr. Med. Thomas Bold Worldwide Product Safety & Epidemiology, |
| 7-29-05 Bold Depo Ex. 35 | MRK-ACO0064475 | MRK-ACO0064475 | 7/19/2001 | Memo, 7-19-01 "AE Review Team meeting for Vioxx" |
| 7-29-05 Bold Depo Ex. 36 | MRK-ACO0025304 | MRK-ACO0025304 | 11/28/2001 | Memo, 11-28-01 "Vioxx AERT" |
| 7-29-05 Bold Depo Ex. 37 | MRK-ACO0051067 | MRK-ACO0051067 | 3/18/2002 | Memo  "Vioxx Re Results of AERT" |
| 7-29-05 Bold Depo Ex. 38 | | | 10/20/2000 | Safety Report # 00109754 (1 page) |
| 7-29-05 Bold Depo Ex. 39 | | | 8/16/2000 | Safety Reports  (Tabs 1-46) |
| 7-29-05 Bold Depo Ex. 40 | MRK-ACO0046944 | MRK-ACO0046947 | 6/12/2002 | WAES Adverse Experience Report No. 0202USA01235 v 2 |
| 7-29-05 Bold Depo Ex. 41 | MRK-ACO0015977 | MRK-ACO0015980 | 4/22/2002 | Draft: 4/22/02 Briefing Document: Changes to theLabels for Vioxx to Include Post-Marketing Events of Hypertensive Crisis Blurred Vision and Insomnia |
| 7-29-05 Bold Depo Ex. 42 | | | | Spontaneous Reports of Hypertension Leading to Hospitalisation in Association with Rofecoxib, Celecoxib, Nabumetone and Oxaprozin, (Brinker, et al.) Drugs Aging 2004: 21(7):  479-484 |
| 7-29-05 Bold Depo Ex. 43 | | | 3/1/2005 | Guidance for Industry Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment FDA Document, March 2005 Clinical Medical (23 pages) |
| 7-29-05 Bold Depo Ex. 44 | | | 11/23/2001 | "carneyro vioxx  hypertensive crisis hcp"   11-23-01 |
| 7-29-05 Bold Depo Ex. 45 | MRK-ACO0064474 | MRK-ACO0064474 | 2/27/2002 | Memo, 2-27-02, "AE Review Team meeting for Vioxx" |
| 7-29-05 Bold Depo Ex. 46 | MRK-ACO0007672 | MRK-ACO0007673 | 4/3/2002 | Memo, 4-3-02 "Hypertensive crisis" |
| 7-29-05 Bold Depo Ex. 47 | MRK-ACO0007709 | MRK-ACO0007709 | 4/5/2002 | Memo 4-5-02, "Vioxx - Post-marketing AE Update for HQ, US and EU" |
| 7-29-05 Bold Depo Ex. 48 | | | 7/27/2005 | Code of Federal Regulations Title 21 - Food and Drugs Chapter I - Food and Drug Administration, Department of Health and Human Services, SubChapter D -- Drugs for Human Use Part 314 -- Applications for FDA Approval to Market  A New Drug Subpart B - Appli |
| 7-29-05 Bold Depo Ex. 49 | MRK-ACO0014394 | MRK-ACO0014396 | 4/15/2002 | E-mails |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| 7-29-05 Bold Depo Ex. 50 | MRK-ACO0017229 | MRK-ACO0017231 | 3/26/2002 | E-mail, 3-26-02 with "CVA/TIA Draft" attached |
| 7-29-05 Bold Depo Ex. 51 | MRK-ACO0004133 | MRK-ACO0004138 | | Overview TIA/CVA |
| 7-29-05 Bold Depo Ex. 52 | MRK-ACO0086423 | MRK-ACO0086424 | 6/10/2002 | Memo 6-10-02 "Vioxx AERT," |
| 7-29-05 Bold Depo Ex. 53 | MRK-ACO0058659 | MRK-ACO0058660 | 6/19/2002 | Memo 6-19-02 "Vioxx AERT" |
| 7-29-05 Bold Depo Ex. 54 | MRK-ACO0013837 | MRK-ACO0013837 | | Expedited vs Periodic Reports of Serious AEs in AERS database Celebrex vs VIOXX, Chart |
| 7-29-05 Bold Depo Ex. 55 | MRK-ACO0012077 - | MRK-ACO0012077 - | 2/1/1999 | Addendum 3 Rofecoxib Tablets Cumulative summary tabulations for serious and non- serious spontaneous reports, Excerpts |
| 7-29-05 Bold Depo Ex. 56 | MRK-ACO0108376 | MRK-ACO0108378 | 12/16/2003 | E-mail 12-16-03 with attachment |
| 7-29-05 Bold Depo Ex. 57 | MRK-ACO0107709 | MRK-ACO0107723 | 12/3/2003 | E-mail 12-3-03 with attachment |
| Anstice Ex. 102 | | | | Pepcid label |
| Anstice Ex. 127 | | | | Lanier Chart of Merck Marketing Prep v. CV Study Prep |
| Anstice Ex. No. 166 | MRK ACW 0008375 | MRK-ACW0008376 | | "Table of All Deaths and/or Confirmed Adjudicated Serious Thromboembolic Aes from VIGOR" - introduced as a Table reflecting the mortality data from Vigor |
| Avorn Ex. 17 | MRK-ACC0018681 | MRK-ACC0018692 | 8/28/2001 | Memo from Doug Watson to Santanello, Cannuscio et al RE recent abstracts |
| Avorn Ex. 18 | MRK-ABY0020300 | MRK-ABY0020300 | 9/17/2001 | Email from Cannuscio to Solomon and Avorn RE interest in COXIB study |
| Avorn Ex. 27 | MRK-ADC0018638 | MRK-ADC0018639 | 4/28/2003 | Email from Solomon to Cannuscio RE: ACR Abstract |
| Avorn Ex. 28 | | | | ACR 2003 |
| Avorn Ex. 29 | MRK-ACQ0001088 | MRK-ACQ0001091 | 4/5/2004 | Email from Santanello to Solomon RE: Thank you for your time |
| Avorn Ex. 30 | MRK-AAR0069284 | MRK-AAR0069287 | 4/21/2004 | Bulletin for VIOXX: Background and Obstacle Responses on Retrospective Observational Analysis - Solomon Article. |
| Avorn Ex. 54 | MRK-ADC0003251 | MRK-ADC0003257 | 10/1/2003 | Fax of Letter to Solomon faxed Cannuscico from Solomon RE: MS# JOC31797, THE RELATIONSHIP BETWEEN SELECTIVE COX-2 INHIBITORS AND ACUTE MYOCARDIAL INFARCTION |
| Cannuscio Ex. 16 | | | | |
| Cannuscio Ex. 17 | | | | |
| Cannuscio Ex. 18 | | | | |
| Cannuscio Ex. 21 | | | | |
| Cannuscio Ex. 22 | | | | |
| Cannuscio Ex. 29 | | | | |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| CM.0002 | MRK-ABO0001407 | MRK-ABO0001415 | 6/5/2000 | Email string from Niekelski to Melon, Daniels, Dervishian, Russell, Lahner, Basaman, Baumgartner, Bazmi, Bell, Bourdow, Chope, Coppola, El-Dada, McKines, Morio, Reiss, Rode, Wawczak, Wynd, Yarborough re: Vioxx Cadiovascular Safety Issues Unresolved; GI Sa |
| CM.0005 | MRK-AFI0043906 | MRK-AFI0043923 | | List of Physicians with information provided by A&A with comments from National HSAs, RMDs, TBG, etc. |
| CM.0006 | MRK-ADN0018203 | MRK-ADN0018224 | 6/22/1905 | Vioxx Consumer Marketing 2000 Profit Plan (powerpoint presentation) |
| CM.0008 | MRK-ADA0015245 | MRK-ADA0015273 | 7/14/1999 | 2000 Profit Plan Extended Team Meeting for Vioxx |
| CM.0009 | MRK-ADK0003208 | MRK-ADK0003407 | 7/7/2000 | Year 2000 Advocate Plan for Merck Coxibs (Draft) |
| CM.0013 | MRK-ABI0004441 | MRK-ABI0004441 | 9/28/1999 | Email from Anstice to McKines Dixon, Donnelly, and Tacconi re: Vioxx and Consumer Awareness and the need to gather more data; similar to CM.0014, but with additional email strings attached regarding the same. |
| CM.0026 | MRK-AFI0038769 | MRK-AFI0038772 | 6/21/1905 | List of Physicians |
| CM.0034 | MRK-AFI0043358 | MRK-AFI0043359 | 4/30/1999 | Email from Baumgartner to Hartenbaum re: Physicians to Neutralize; has Baumgartner email of 04/29/1999 attached. |
| CM.0051 | MRK-ADI0017595 | MRK-ADI0017597 | 1/25/1999 | Email string from Higbee to Weiner, Lindemann, Fanelle in regards to Intelligence/NEJM |
| CM.0052 | MRK-ADI0013761 | MRK-ADI0013764 | 2/10/1999 | Email string from Higbee to Johnson and McKines in regards to Intelligence/NEJM |
| CM.0059 | MRK-ACJ0005170 | MRK-ACJ0005215 | 4/9/2002 | Pharmaceuticals: The New Consumer Marketing Frontier by Tacconi. |
| CM.0060 | MRK-EAD0001604 | MRK-EAD0001605 | 5/19/2000 | Email from Douglas Wynd to Dreyer and Miles RE: For your eyes only - Draft VIGOR Messages with attachments |
| CM.0071 | MRK-AKO0026709 | MRK-AKO0031037 | | Merck Disbursement Voucher Requests |
| CM.0072 | MRK-ACJ0004336 | MRK-ACJ0004445 | | 2000 Profit Plan |
| CM.0074 | MRK-ABY0030136 | MRK-ABY0030137 | 9/20/2001 | Email from Straus to Kong, Pellissier and Watson in regards to FDA Warning Letter |
| CM.0075 | FRI0000021 | FRI0000031 | 11/15/2000 | Fax from James McMillen, M.D. To ??? Enclosing letters from Merck. One letter from Huskey Medical Center; one to James McMillen inviting him to a VIGOR meeting and then one rescinding that invitation. |
| CM.0077 | MRK-AFI0181589 | MRK-AFI0181597 | | Physician Action Plans - ADVOCATE |
| Coltharp Ex. No. 8 | | | | Heart-Coronary Arteries Diagram - handwritten on |
| Curfman I Ex. No. 8 | | | 1/23/1997 | Uniform Requirements for Manuscripts Submitted to Biomedical Journals |
| Curfman II Ex. No. 11 | | | | International Committee of Medical Journal Editors - Uniform Requirements for Manuscripts Submitted to Biomedical Journals |
| Epstein Depo Ex. 10 | MRK-AEH0016466 | MRK-AEH0016469 | 6/16/2000 | Memo |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| Epstein Depo Ex. 11 | | | 10/12/2001 | E-mail |
| Epstein Depo Ex. 12 | MRK-ABW0003666 | MRK-ABW0003668 | 10/18/2001 | E-mail String |
| Epstein Depo Ex. 13 | MRK-NJ267303 | MRK-NJ0267322 | 10/29/2001 | Cardiovascular Outcomes Study Consultant Meeting |
| Epstein Depo Ex. 14 | MRK-ABA0003100 | MRK-ABA0003101 | 11/20/2001 | Letter |
| Epstein Depo Ex. 15 | | | 1/26/2000 | Packet of Documents Produced by Witness in Response to Subpoena |
| Epstein Depo Ex. 16 | | | | Cipollone, F et al, Article titled "Overexpression of Functionally Coupled Cyclooxygenase-2 and Prostaglandin in E Synthase in Symptomatic Atherosclerotic Plaques as a Basis of Prostaglandin E2-Dependent Plaque Instability" Circulation 2001; 104:921-27 |
| Epstein Depo Ex. 17 | | | 3/13/2001 | Pratico, D et al "Acceleration of atherogenesis by Cox-1 dependent prostanoid formation in low density lipoprotein receptor knockout mice" 2001; 98:3358-3363 |
| Epstein Depo Ex. 18 | | | | Egan, K. et al "Cyclooxygenases, Thromboxane, and Atherosclerosis Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism" 2005; 111:334-342 |
| Epstein Depo Ex. 19 | | | 12/14/2001 | E-mail String |
| Epstein Depo Ex. 20 | MRK-ABA0011371 | MRK-ABA0011374 | 9/23/2001 | E-mail String |
| Epstein Depo Ex. 21 | | | 10/21/2001 | FitzGerald, Garret "Coxibs and Cardiovascular Disease" NEJM, 2004; 351:1709-1711 |
| Epstein Depo Ex. 3 | MRK-ABA0029203 | MRK-ABA0029203 | 4/17/2000 | E-mail String |
| Epstein Depo Ex. 4 | | | | Rott, D et al. "Effects of MF-Tricyclic, a Selective Cyclooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibilty to Cytomegalovirus Replication in Apolipoprotein-E Knockout Mice" 2003; 41 |
| Epstein Depo Ex. 5 | MRK-AEH0016614 | MRK-AEH0016619 | 7/20/2001 | E-mail String |
| Epstein Depo Ex. 6 | | | 6/2/2000 | E-mail String |
| Epstein Depo Ex. 7 | MRK-NJ0199915 | MRK-NJ019916 | 7/23/2001 | Letter |
| Epstein Depo Ex. 8 | MRK-ACD0015039 | MRK-ACD0015040 | 10/18/2001 | E-mail String |
| Epstein Depo Ex. 9 | | | 7/27/2001 | E-mail String |
| Epstein Depo. Ex. 1 | | | | Curriculum Vitae of Stephen Edward Epstein, M.D. |
| Epstein Depo. Ex.2 | MRK-AE10002734 | MRK-AE10002746 | 5/3/1998 | Scientific Advisers' Meeting |
| Graham Ex. No. 1 | | | 4/1/2006 | Curriculum Vitae for David Graham, M.D., M.P.H. |
| Graham Ex. No. 2 | | | | Powerpoint slides - Drug Safety in America: A Nation Still at Risk by David J. Graham, MD, MPH |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| Graham Ex. No. 3 | | | | Rofecoxib - Diagnosis & treatment: What went wrong? Can we avoid? |
| Graham Ex. No. 4 | | | 2/5/2005 | Lancet Study - Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study, Vol 365, Pg. 475-481 |
| Herrera Depo Ex. 17 | MRK-AKT1184063 | MRK-AKT1184066 | 6/8/2001 | Dear Doctor Herrera letter from Margaret Loveland, MD |
| Herrera Depo Ex. 7 | | | | Handwritten Chart |
| Krahe Ex. No. | MRK-CAAD0006730 | MRK-CAAD0006731 | 6/25/1905 | Charts of Southern California Management Team and Executive Professional Representatives |
| Krahe Ex. No. 1 | MRK-CAAD0001495 | MRK-CAAD0001497 | | Three page document entitled Steele, Anne E., Distribution List / Name: Cross Functional Team for Vioxx. |
| Krahe Ex. No. 11 | MRK-CAAD0013902 | MRK-CAAD0013919 | 7/19/2001 | National Cross-Functional Team Meeting for Vioxx Summary |
| Krahe Ex. No. 13 | MRK-CAAD0014770 | MRK-CAAD0014773 | 5/23/2001 | Email with attachment entitled, "Bulletin for Vioxx Background Information Only: Archives of Internal Medicine Articles on Naproxen" |
| Krahe Ex. No. 17 | MRK AKC 0014303 | MRK-AKC0014320 | 9/1/2001 | PMRD (Promotion Message Recall Data) An Exclusive Service of the com.DAT Division, dtw Marketing Research Group, Inc." |
| Krahe Ex. No. 18 | MRK-ADI0004755 | MRK-ADI0004790 | 10/9/2001 | Annual Plan Vioxx 2002 - Review |
| Krahe Ex. No. 19 | MRK-ADW063887 | MRK-ADW063927 | 1/7/2001 | Vioxx Monthly EAR Review November 2001 |
| Krahe Ex. No. 2 | MRK-CAAD0006247 | MRK-CAAD0006247 | | Organizational Chart entitled Vioxx WERBG-CFT |
| Krahe Ex. No. 22 | MRK-H.3STM001168 | MRK-H.3STM001169 | 4/5/2000 | Bulletin for Vioxx: The 2000 Field Incentive Plan for Vioxx |
| Krahe Ex. No. 23 | | | | Merriam Webster Online Dictionary entry for "obstacle" |
| Krahe Ex. No. 24 | MRK-ABW0000243 | MRK-ABW0000248 | | CV card entitled, "Cardiovascular System Clinical Profile in Osteoarthritis Studies" |
| Krahe Ex. No. 25 | MRK-CAAD0001038 | MRK-CAAD0001043 | | Cardiovascular System Clinical Profile in Osteoarthritis Studies [from Krahe file] |
| Krahe Ex. No. 26 | MRK-AAR00038843 | MRK-AAR00038848 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card |
| Krahe Ex. No. 29 | MRK-CAAD0007126 | MRK-CAAD0007127 | 9/24/2000 | Email chain to Krahe and others from Linda Grissom that relates to Singh |
| Krahe Ex. No. 3 | MRK-CAAD0007581 | MRK-CAAD0007635 | | 2001 Sales Incentive Plan Office Based Representative Jan/Feb 2001 |
| Krahe Ex. No. 30 | NEJM000374 | NEJM000375 | 12/29/2005 | "Expression of Concern" article re VIGOR. [N Eng J Med 2005; 353: 2813-14] |
| Krahe Ex. No. 31 | MRK-CAAD0007201 | MRK-CAAD0007203 | 7/14/2001 | Emails to Krahe from Tracy Mills regarding Singh. Subject: "Summary and Next Actions: Gurkipal Singh Teleconference on 7/13/01" |
| Krahe Ex. No. 32 | MRK-CAAD0006905 | MRK-CAAD0006905 | | Chart of Western Regional Business Group (WEBG) Vioxx cross-functional team at beginning of 2003 |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| Krahe Ex. No. 4 | MRK-CAAD0008318 | MRK-CAAD0008325 | | E-mail from W.H. Robinson to Marilyn Krahe, et al. Subjec: C2 Mailbox - Draft of MVX announcement to the field. Powerpoint attached. |
| Krahe Ex. No. 5 | MRK CAAD 0001696 | MRK-CAAD0001757 | 1/8/2001 | Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. |
| Krahe Ex. No. 6 | MRK-CAAD0008623 | MRK-CAAD0008625 | 8/17/1999 | Email from Christopher Quesenberry to Lori Alcock et al cc to Marilyn Krahe. Subject: Summary of Vioxx Teleconference/Teleconference August 5, 1999 / Greg Bell speaker |
| Krahe Ex. No. 7 | MRK-ADN0111549 | MRK-ADN0111600 | 6/25/1905 | Presentation "Project Power Play" slides |
| Krahe Ex. No. 8 | MRK-ADN0157964 | MRK-ADN0157964 | 4/24/2003 | Email from Tyrus Barker to Marilyn Krahe et al. Subject: Project Powerplay Program for Vioxx - Daily Counts: 5700 received in the first week! |
| Krahe Ex. No. 9 | MRK-ADN0124683 | MRK-ADN0124692 | 4/1/2003 | Presentation "National Cross-Functional Team Meeting for Vioxx April 1, 2003, Dallas, Texas |
| McAllister Depo Ex. 1 | | | | Weekly Notes |
| McAllister Depo Ex. 2 | | | | Call note log |
| McAllister Depo Ex. 3 | | | | Number of visits log |
| McAllister Depo Ex. 4 | | | 5/23/2001 | May 23, 2001 bulletin |
| McAllister Depo Ex. 5 | | | | PIR from Merck to Dr. Herrera |
| McAllister Depo Ex. 6 | | | 4/11/2002 | April 11, 2002 bulletin |
| McAllister Depo Ex. 8 | | | 4/18/2002 | April 18, 2002 bulletin |
| McAllister Depo Ex. 9 | | | | Color copy Dear Healthcare Provider |
| Nies Ex. No. 10 | MRK-ABC0015053 to MRK-ABC0015071 | MRK-ABC0015193 to MRK-ABC0015214 | 9/16/1998 | Clinical Study Report MK-0966 |
| Shapiro Ex 88 | MRK-ACF0000845 | MRK-AFC0000924 | | Shapiro Final Meta-Analysis |
| Shapiro Ex. 79 | MRK-LEH0114734 | MRK-LEH0114741 | 11/18/1998 | DSMB minutes 11/18/1998 |
| Topol Ex. 15 | | | 12/4/2004 | Risk of cardiovascular events and rofecoxib: Cumulative meta-analysis, (Juni, et al) The Lancet, Vol. 364, December 4, 2004, 2021-2029. |
| Topol Ex. 16 | | | 12/30/2004 | Rofecoxib, Merck, and the FDA, (Kim et al), N Engl J Med 351;27 December 30, 2004, 2875 - 2878 |
| Topol Ex. 25 | | | | Cardiovascular System Clinical Profile in Osteoarthritis Studies," Cardiovascular Card (aka MRK-ABW00000243 - MRK-ABW0000248; MRK-ADB0009039 - MRK-ADB0009042; MRK-ACW0008375; MRK-ACZ0072955 - MRK-ACZ0072956) |

Dedrick v. Merck Co., Inc.
Plaintiff's Exhibit List
Exhibit "A"

| Exhibit Number | Begin Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| Topol Ex. 3 | | | 12/1/2004 | The sad story Vioxx, and what we should learn from it, (Karha/Topol), Cleveland Clinic Journal of Medicine, Volume 71, Number 12, December 2004, 933-939 |
| Topol Ex. 4 | | | 8/22/2001 | Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors, (Mukherjee, et al), JAMA, August 22/29, 2001 Vol 286, No. 8, 954-959 |
| Topol Ex. 52 | | | 11/6/2001 | Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib, (Konstam, et al), Circulation 2001;104:r15-r23 |
| Topol Ex. 6 | | | 4/26/2001 | 4/26/01 E-mail from Alise Reicin to Laura Demopoulos with attachment, "Selective COX-2 Inhibitors are Associated with An Increased Risk of Cardiovascular Events," (Mukherjee, et al.) draft manuscript MRK-AAZ0001561 - MRK-AAZ0001593 |
| Topol Ex. 7 | | | 6/12/2001 | 6/12/01 E-Mail from Alan Nies to Laura Demopoulos re: Topol Manuscript |
| Topol Ex. 9 | | | 8/22/2001 | Excerpt from "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors," (Mukherjee, et al), JAMA, August 22/29, 2001 Vol. 286, No. 8, 956 [Figure 1 from that article] |
| Weiner Ex 30 | MRK-ADJ0009826 | MRK-ADJ0009828 | 1/17/2001 | Ogilvy Memo from Kiwala to Baseman |