**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL DOCKET No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L - DIVISION 3** |
| | * | |
| **This document relates to CASE NO. 2:05CV2524** | * | **JUDGE FALLON** |
| | * | |
| | * | |
| **ANTHONY WAYNE DEDRICK, an Individual,** | * | **MAG. JUDGE KNOWLES** |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| **Defendant.** | * | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS FOR CASE-SPECIFIC WITNESSES**

Plaintiff Anthony Wayne Dedrick, by and through his undersigned counsel, hereby designates the following deposition testimony that may be used at the trial of this matter. Plaintiff reserves the right to supplement this list. The list below does not include counter-designations to any deposition testimony offered by Defendant Merck & Co. Plaintiff reserves the right to offer any deposition testimony designated by Defendant Merck & Co. Plaintiff reserves the right to withdraw any testimony designated herein:

**1. Coltharp, William M.D. 9/13/06**

5:20-5:22
6:1-6:2
8:20-8:24
68:15-68:18
69:19-69:23
69:23-70:8
71:10-71:21
80:5-80:9
81:13-81:17
82:2-82:8
82:9-82:16
88:4-89:3
89:4-89:9
95:3-96:12
98:23-99:3

99:3-99:24
99:25-100:10
100:13-100:15
100:19-101:4
101:5-1001:11
101:10-109:24
110:6-110:15
112:19-133:9
136:2-136:9
138:3-138:24
138:25-139:5
139:6-139:10
139:14-139:16
139:19-139:23
139:24-140:21
140:22-141:7
142:21-142:24
142:24-143:16
143:17-144:9
145:11-145:15
145:17-146:1
151:4-151:25
152:1-152:9
152:21-152:24
153:7-154:24
155:15-156:19
156:20-156:24
156:25-157:13
165:25-167:21
169:5-169:8
169:10-169:12
170:7-171:3
171:4-172:13
173:5-173:10
173:15-174:7
174:9-178:5
178:25-179:5
179:6-179:9
179:11-179:22
180:6-181:2
181:10-182:6
182:7-182:13
182:22-183:9
183:10-185:24
186:3-186:9
186:12-187:3
188:22-189:3
189:5-189:8
189:11-189:12
189:13-189:18
189:19-189:23
190:1-190:4
190:7
190:8-190:15
190:22-191:8
201:25-202:7
202:9-202:19
202:21-203:14

**2. Herrera, Esmeraldo, M.D. 9/14/06**

12:22 – 13:23
13:24 – 14:16
15:19 – 16:3
16:13 – 17:5
21:19 – 22:11
22:12 – 22:15
23:22 – 24:2
24:14 – 25:3
24:21 – 25:3
30:12 – 34:19
34:22 – 35:15
36:19 – 36:24
36:25 – 38:5
38:22 – 39:16
50:16 – 50:23
56:2 – 57:3
59:15 – 60:15
64:18 – 64:21
70:21 – 71:10
73:18 – 73:25
88:12 – 89:7
89:8 – 89:23
89:24 – 90:2
103:20 – 104:3
104:7 – 105:5
107:16 – 108:2
114:5 – 114:11
114:16 – 114:25
115:7 – 115:16
147:20 – 147:25
150:11 – 150:13
150:19 – 151:2
151:9 – 151:13
151:20 – 152:5
155:14 – 155:18
165:22 – 166:14
175:8 – 175:16
176:2 – 176:9
178:23 – 179:18
181:6 – 182:23
183:4 – 184:19
185:16 – 186:24
187:15 – 187:16
187:16 – 188:1
188:2 – 190:20
190:21 – 191:8
191:23 – 192:9
192:8 – 192:15
195:20 – 196:17
199:10 – 199:20
200:2 – 200:9
201:20 – 202:8

**3. Koenig, Mark M.D. 9/12/06**

6:11 – 6:13
7:23 – 8:7
8:18 – 9:2
10:15 – 11:15
17:13 – 17:16
17:25 – 18:6
18:7 – 19:19
19:20 – 19:24
22:13 – 22:17
24:2 – 24:11
24:11 – 25:9
44:3 – 44:19
45:4 – 46:3
46:22 – 46:25
47:9 – 47:11
47:19 – 48:12
48:16 – 49:16
55:8 – 55:9
55:9 – 58:1
58:21 – 59:4
59:5 – 60:19
61:14 – 62:6
62:14 – 62:20
63:11 – 63:23
64:18 – 65:1
66:4 – 66:10
68:12 – 69:15
69:15 – 69:19
69:24 – 70:4
70:17 – 71:22
72:14 – 72:19
75:7 – 75:12
76:6 – 76:12
76:20 – 76:23
92:19 – 93:5
93:17 – 95:2
95:3 – 95:11
95:12 – 95:23
97:2 – 97:18
97:18 – 97:19
97:20 – 98:1
98:2 – 98:16
98:24 – 99:7
99:8 – 99:10
99:16 – 100:3
100:4 – 102:2
102:5 – 103:11
104:1 – 104:11
104:22 – 105:7
105:9 – 106:10
106:13 – 106:17
106:19 – 107:6
107:9
107:10 – 108:24
110:21 – 111:24
112:10 – 114:8
115:5 – 117:24
119:17 – 122:4
122:11 – 123:5
124:5 – 125:10
125:11 – 125:13
129:15 – 130:2
130:5 – 130:8

**4. McAllister, Melissa 9/26/06**

6:5
7:2-7:14
8:6-8:8
8:10-8:13
8:15-8:17
8:19-8:22
8:24-8:25
9:2-9:6
9:8-9:10
9:12-9:16
9:18-9:21
9:23-10:1
10:3-10:15
10:17-10:22
10:24-11:2
13:15-13:19
14:21-15:4
15:6-15:8
15:10-15:12
15:14-15:16
16:2-16:5
16:7-16:16
16:19
16:21-16:23
17:1-17:4
17:6-17:7
17:9-17:13
17:15-17:17
17:19-17:24
18:1
18:3-18:5
18:13-18:15
18:17-18:18
18:25-19:11
19:13-19:21
19:23-20:8
20:10-20:14
20:16-20:18
20:20-20:23
20:25-21:1
21:3-21:9
21:11
21:13-21:17
21:19-22:1
22:3-22:5
22:7-22:12
23:7-23:8
23:10-23:14
23:16-23:18
23:20-23:24
24:1-24:2
24:4-24:11
24:13-25:4
25:6-26:4
26:7
26:9-26:12
26:14-26:19
26:21-26:25

27:2-27:3
27:11-27:13
27:15-27:16
27:18-28:7
28:8-28:10
28:12-28:16
28:18-28:22
28:24-30:3
30:5-30:8
30:10-30:12
30:15-30:17
30:19-30:20
30:24-31:3
31:6-31:21
31:23-31:25
32:2-32:4
32:6-32:8
32:10-32:12
32:14-32:22
32:24-33:9
33:11-33:14
33:16-33:19
33:22-35:1
35:3-35:14
35:16-36:5
36:7-36:10
36:12-36:15
36:18-37:3
38:1-38:4
38:6-38:8
38:10-38:18
38:20-39:8
39:10-39:11
39:13-39:15
39:17-39:21
39:23-40:16
40:18-40:21
40:23-41:6
41:9-41:17
41:19-42:13
42:15-43:10
43:25-44:12
44:14-45:1
45:3-45:4
45:6-45:7
45:9-45:11
45:13-45:22

45:
46:1-46:6
46:8-46:9
46:17-47:19
47:20-47:21
47:23-47:25
48:2-48:9
48:11-48:14
48:16-48:23
48:25-49:4
49:6-50:3
50:5-50:13
50:15-50:19
50:21-51:6
51:8-51:23
53:7-53:12
53:20-55:16
55:18-56:5
56:7-56:9
56:11-56:18
57:5-58:3
58:5-58:24
59:1-59:9
59:11 - 59:21
61:12 - 62:6
62:8 - 64:4
65:7 - 66:13
66:14 - 67:1
67:3 - 67:4
67:6 - 67:7
67:9 - 67:10
67:12 - 67:14
67:17 - 68:9
68:11 - 68:23
68:24 - 69:19
69:22
69:24 - 70:2
70:4 - 70:8
70:10 - 71:1
71:3 - 71:7
71:10 - 71:11
71:12 - 71:15
71:17 - 72:10
72:12 - 73:6
73:8 - 73:13
73:16
73:18 - 74:3

74:5 - 74:9
74:11 - 74:24
75:2 - 75:10
75:12 - 75:16
76:8 - 76:10
76:13 - 76:17
76:19 - 77:17
77:19 - 78:6
78:9 - 79:21
79:23 - 79:24
80:1 - 80:8
80:10 - 80:13
81:10 - 81:14
81:16 - 82:7
82:9 - 83:13
83:15 - 83:23
83:25 - 84:4
84:6 - 84:12
85:1 - 85:3
85:5 - 85:10
85:12 - 85:15
85:21 - 86:18
86:20 - 87:4

87:6 - 87:11
87:13 - 87:16
87:18 - 88:1
88:3 - 88:16
88:18 - 89:3
89:5 - 89:21
89:24 - 89:25
90:4 - 90:20
90:22 - 91:5
91:7 - 91:18
91:20 - 92:3
92:11 - 93:1
93:3 - 93:10
93:12 - 93:24
93:25
94:3 - 94:16
94:20 - 95:17
95:19 - 95:22
96:18 - 96:19
96:21 - 97:3
99:17 - 99:20
100:4 - 100:12
100:13 - 100:15

100:17 - 100:23
101:7 - 101:17
106:22 - 107:11
107:13 - 107:16
107:18 - 109:25
111:24 - 112:5
112:7 - 112:9
112:18 - 112:25
113:2 - 113:10
113:12 - 113:23
113:25 - 114:9
114:11 - 114:13
114:15 - 114:19
114:21 - 115:7
115:13 - 115:16
115:18 - 116:9
116:11 - 116:14
116:16 - 116:19
116:21 - 116:22
116:24 - 116:25
117:2 - 117:23
118:21 - 119:11
119:16 - 121:20
121:21 - 123:3
123:5 - 123:10
123:12 - 124:7
124:14 - 124:16
124:18 - 124:22
124:24 - 126:1
126:3 - 126:19
126:21 - 127:9
127:10 - 127:11
127:13 - 128:11
128:23 - 128:25
129:2 - 130:3
130:5 - 130:18
130:20 - 131:23
135:14 - 136:4
137:19 - 137:23
139:5 - 139:25
140:1 - 140:6
140:11 - 142:1
142:3 - 142:8
142:10 - 142:16
145:16 - 147:2
147:4 - 147:8
147:10 - 147:22
148:19 - 149:2
149:4 - 149:6
150:13 - 151:5
193:24 - 194:9
194:10 - 194:19
250:3 - 250:6
250:8 - 250:13
250:15 - 250:17
250:19 - 251:9
251:24 - 251:25
252:4 - 252:5
252:14 - 252:16
252:18 - 252:23
252:25 - 253:13
253:15 - 254:4
254:6 - 254:11
254:21 - 254:24
255:1 - 255:7
255:9 - 255:13
255:18 - 255:19
255:25 - 256:1
256:3 - 256:7
256:9 - 257:2
257:4 - 257:13
257:15 - 258:7
258:9 - 259:16
259:18 - 260:2
260:4 - 260:21
261:19 - 262:24
263:1 - 263:6
263:8 - 263:13
263:17 - 263:18
263:20 - 263:24
264:1 - 264:7
264:9 - 264:12
264:14
264:25 - 265:3
265:5 - 265:10
265:12 - 265:22
265:24 - 266:6
266:8 - 266:13
266:15 - 266:23
266:25 - 267:16
267:17 - 268:2
268:3 - 268:5
268:7 - 268:19
268:20 - 269:7
269:9 - 269:16
269:18 - 269:19
271:3 - 272:4
272:6 - 272:10
272:12 - 273:8
273:10 - 273:11
273:13 - 273:14
273:16 - 273:23
274:3 - 274:6
274:8 - 274:21
274:23 - 275:2
275:4 - 275:8
277:9 - 277:19
277:20
277:22 - 278:17
278:18 - 279:23
279:25 - 280:8
280:10 - 280:12
280:14 - 280:21
290:4 - 290:9
290:11 - 290:13
290:15 - 290:25

**5. McPherson, John M.D. 9/12/06**

| | | |
|---|---|---|
| 6:11-6:13 | 71:1-71:11 | 85:1-85:5 |
| 7:7-8:2 | 74:19-75:2 | 85:7-85:11 |
| 8:8-8:17 | 75:2-75:18 | 85:8-85:11 |
| 8:18-8:22 | 75:19-75:24 | 85:14-86:16 |
| 9:3-9:13 | 76:1-76:9 | 86:19 |
| 15:22-16:17 | 76:11-80:5 | 87:23-88:14 |
| 16:18-16:22 | 80:7-80:15 | 88:16 |
| 39:6-39:16 | 81:7-82:8 | 88:23-89:13 |
| 40:16-41:2 | 82:13-82:16 | 89:15-89:21 |
| 41:14-41:19 | 82:18-82:20 | 89:23-90:12 |
| 41:23-42:5 | 82:25-83:3 | 93:2-93:23 |
| 42:9-42:12 | 83:12-83:20 | 94:15-94:22 |
| 43:15-43:20 | 83:21-84:23 | 95:16-95:25 |
| 44:5-45:5 | 84:8-84:23 | 96:2 |
| 46:1-46:15 | 85:1 | 100:8 – 100:12 |

**Guerigian, John Leo, MD 10/20/06**

Plaintiff will serve page and line designations after the deposition is taken.

**Farquhar, John MD**

Plaintiff will serve page and line designations after the deposition is taken.

Respectfully submitted this 20th day of October, 2006.

P. Leigh O'Dell

**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**Plaintiffs' Liaison Counsel**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Deposition Designations for Case-Specific Witnesses has been served on Liaison Counsel, Russ Herman and Phillip A. Wittman by U.S. Mail and email, upon Defendant's Counsel, Douglas R. Marvin and Philip S. Beck by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8B, on this 20th day of October, 2006.

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.