## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

---

### PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY

Plaintiff Anthony Wayne Dedrick, by and through his undersigned counsel, hereby designates the following deposition testimony that may be used at the trial of this matter. Plaintiff reserves the right to supplement this list.  The list below does not include counter-designations to any deposition testimony offered by Defendant Merck & Co.  Plaintiff reserves the right to offer any deposition testimony designated by Defendant Merck & Co.  Plaintiff reserves the right to withdraw any testimony designated herein:

**1. Anstice, David**      **3/16/05**

| | | |
|---|---|---|
| 13:19 – 14:2 | 104:7 – 104:11 | 151:12 – 158:13 |
| 15:7 – 16:17 | 104:15 – 104:23 | 159:11 – 161:25 |
| 16:20 – 17:1 | 105:11 – 106:14 | 162:4 – 162:7 |
| 17:15 – 18:6 | 106:16 – 108:10 | 162:12 – 164:3 |
| 20:6 – 20:8 | 108:13 – 110:12 | 164:6 – 167:22 |
| 21:1 – 21:7 | 110:14 – 111:2 | 167:25 – 171:4 |
| 21:17 – 21:24 | 111:7 - 112:3 | 171:6 |
| 22:10 – 22:14 | 112:7 – 113:3 | 171:10 – 173:14 |
| 23:21 – 24:15 | 113:5 – 113:9 | 173:16 – 173:17 |
| 26:18 – 27:19 | 113:11 – 113:25 | 173:19 – 173:23 |
| 61:2 – 61:11 | 114:3 – 114:4 | 174:1 – 174:11 |
| 61:18 – 61:24 | 114:7 – 114:17 | 174:21 – 181:2 |
| 62:2 – 62:9 | 114:20 – 114:25 | 181:11 – 187:13 |
| 65:5 – 65:11 | 115:3 – 117:13 | 187:7 – 188:22 |
| 66:9 – 67:20 | 117:18 – 119:15 | 189:2 – 189:5 |
| 68:15 – 68:19 | 119:19 – 121:11 | 189:7 – 190:7 |
| 68:23 – 69:7 | 121:15 – 121:25 | 190:19 – 198:16 |
| 69:22 – 70:8 | 122:2 – 122:16 | 198:18 – 198:22 |
| 70:13 – 71:4 | 122:18 – 124:3 | 198:24 |
| 71:6 – 72:23 | 124:6 – 124:21 | 199:4 – 200:7 |
| 72:25 – 73:7 | 125:1 – 127:1 | 200:11 – 202:22 |
| 73:9 – 73:13 | 127:3 – 127:18 | 202:24 – 205:7 |
| 73:17 – 73:25 | 127:20 – 127:21 | 205:20 – 206:2 |
| 74:2 – 74:22 | 127:23 – 127:25 | 206:4 – 206:11 |
| 74:25 – 76:3 | 128:2 – 128:6 | 206:15 – 207:1 |
| 76:10 – 76:19 | 128:8 – 128:15 | 207:4 – 207:24 |
| 76:22 – 77:25 | 128:17 – 128:25 | 208:2 – 208:7 |
| 78:3 – 78:5 | 129:2 – 129:4 | 208:10 – 208:18 |
| 78:13 – 86:8 | 129:7 – 129:24 | 208:22 – 210:24 |
| 87:7 – 87:13 | 130:16 – 131:10 | 211:1 – 213:13 |
| 87:16 – 87:24 | 131:12 – 131:25 | 213:18 – 215:2 |
| 88:2 – 90:14 | 132:3 – 135:23 | 215:4 – 216:20 |
| 90:25 – 93:7 | 136:7 – 137:17 | 216:24 – 216:25 |
| 93:10 – 93:13 | 137:19 – 138:11 | 217:2 – 219:19 |
| 93:15 | 138:14 – 140:14 | 219:21 – 221:11 |
| 93:17 – 93:22 | 140:18 – 140:20 | 221:21 – 221:22 |
| 93:24 – 94:5 | 140:22 – 141:17 | 221:24 – 231:2 |
| 94:7 – 94:15 | 141:22 – 142:24 | 232:1 – 232:20 |
| 94:17 – 101:25 | 143:1 – 143:14 | 233:22 – 235:12 |
| 102:4 – 102:7 | 143:17 – 144:17 | 235:14 – 236:9 |
| 102:9 – 102:15 | 144:19 – 146:3 | 237:6 – 239:8 |
| 102:17 – 102:22 | 146:18 – 147:20 | 241:22 – 245:5 |
| 102:24 – 103:7 | 147:22 – 148:3 | 245:10 – 245:19 |
| 103:9 – 104:6 | 148:19 – 151:10 | 245:21 – 246:4 |

246:7 – 248:8
248:11 – 248:16
249:14 – 250:3
250:5 – 250:6
251:3 – 251:24
252:2 – 252:17
252:21 – 253:22
253:24 – 254:16

254:20 – 254:22
254:24 – 255:16
255:18 – 256:3
256:6 – 256:10
256:13 – 257:1
257:9 – 257:24
258:5 – 258:11
258:15 – 269:17

269:19 – 278:5
279:3 – 281:6
281:9 – 285:23
285:24 – 286:2
286:6 – 288:2
288:13 – 308:24

**2.      Anstice, David            3/17/05**

328:15 – 328:20
329:4 – 330:25
331:2 – 335:3
335:5 – 341:18
341:22 – 343:25
344:2 –  350:24
351:21 – 355:5
355:15 – 360:14
360:23 – 363:7
363:20 – 364:15
364:21 – 367:18
369:6 – 374:24
375:24 – 376:25
377:2 – 377:23
377:24 – 379:3
379:10 – 381:21
381:24 – 385:13
386:2 – 387:15
388:2 – 390:11
390:14 – 391:2
391:4 – 393:10
393:15 – 395:4
395:17 – 399:15
399:22 – 405:25
406:2 – 417:4
417:23 – 421:21
422:7 – 423:23
424:13 – 425:7
425:20
425:22 – 430:7
430:9 – 430:21
430:25 – 431:1
431:7 – 432:24

433:3 – 434:1
434:3 – 435:6
435:8 – 435:25
436:3 – 436:8
436:13 – 438:6
438:8 – 440:18
440:22 – 447:16
447:19 – 447:22
447:25 – 455:3
455:12 – 456:5
456:16 – 458:3
458:14 – 460:8
460:10 – 462:18
462:23 – 464:15
464:23 – 465:7
465:13 – 469:7
469:10 – 470:8
470:23 – 471:18
472:5 – 474:2
474:4 – 474:22
474:25 – 476:2
476:4 – 477:25
478:2
478:18 – 478:25
479:2 – 482:16
482:18 – 494:7
494:10 – 495:14
495:20 – 496:7
496:10 – 498:9
498:16 – 504:16
504:19 – 505:17
505:20 – 511:18
511:21 – 512:25

513:3 – 522:24
523:11 – 532:10
532:22 – 534:1
534:3 – 534:9
534:25 – 535:5
535:7 – 536:4
536:7 – 540:16
540:18 – 546:5
546:15 – 546:20
547:1 – 549:16
550:8 – 551:6
551:8 – 555:10
555:14 – 556:20
556:22 – 558:15
558:17 – 563:1
563:3 – 573:15
574:4 – 578:20
578:24 – 585:8
585:15 – 590:25
594:10 – 607:16
608:2 – 614:25
615:2 – 627:21
628:3 – 629:11
629:14 – 631:3
633:2 – 635:15
635:17 – 637:3
640:2 – 642:25
643:6 – 644:8
644:10 – 646:21
647:25 – 653:2
653:16 – 657:22

3.      **Anstice, David**              **3/18/05**

| | | |
|---|---|---|
| 674:9 – 690:19 | 798:25 – 800:6 | 937:18 – 939:12 |
| 691:3 – 716:4 | 800:7 | 939:24 – 942:17 |
| 716:14 – 726:25 | 800:23 – 804:11 | 942:19 – 943:6 |
| 727:2 – 743:16 | 804:13 – 804:25 | 943:13 – 944:2 |
| 744:6 – 746:18 | 805:2 – 814:22 | 944:21 – 945:3 |
| 746:22 – 748:1 | 815:5 – 819:13 | 945:24 – 956:16 |
| 748:15 – 749:16 | 820:2 – 830:17 | 957:12 – 958:22 |
| 750:4 – 751:10 | 832:17 – 837:4 | 959:23 – 961:4 |
| 751:13 – 751:22 | 837:25 – 864:23 | 961:10 – 979:1 |
| 751:25 – 752:23 | 865:3 – 872:21 | 979:14 – 980:13 |
| 753:6 – 753:7 | 873:25 – 892:18 | 980:25 – 983:20 |
| 754:4 – 754:5 | 893:7 – 893:19 | 984:1 – 990:14 |
| 754:7 – 758:10 | 894:8 – 896:10 | 990:23 – 995:1 |
| 758:15 – 784:2 | 905:7 – 907:1 | 995:19 – 1008:4 |
| 784:7 – 788:3 | 907:20 – 916:4 | 1008:7 – 1008:16 |
| 788:15 – 790:6 | 918:14 – 929:9 | 1008:19 – 1010:11 |
| 790:8 – 790:25 | 929:20 – 933:3 | 1010:16 – 1011:1 |
| 791:2 – 798:20 | 934:4 – 936:20 | |

4.      **Anstice, David**              **4/12/05**

| | | |
|---|---|---|
| 1058:12 – 1059:23 | 1172:10 – 1172:22 | 1306:15 – 1308:1 |
| 1062:5 – 1063:2 | 1230:1 – 1237:21 | 1309:9 – 1312:5 |
| 1065:22 – 1066:13 | 1237:23 – 1238:1 | 1312:18 – 1325:14 |
| 1075:22 – 1076:25 | 1238:3 – 1284:9 | 1325:18 – 1328:5 |
| 1078:14 – 1078:25 | 1285:1 – 1291:17 | 1328:15 – 1333:14 |
| 1123:24 – 1124:4 | 1291:21 – 1305:1 | 1333:17 – 1336:2 |
| 1153:12 – 1153:25 | 1305:11 – 1305:18 | 1336:14 – 1338:10 |

5.      **Anstice, David**              **5/20/05**

| | | |
|---|---|---|
| 1356:18 – 1360:7 | 1405:3 – 1409:17 | 1576:21 – 1610:22 |
| 1360:17 – 1379:8 | 1410:5 – 1423:18 | 1612:13 – 1614:16 |
| 1380:6 – 1383:11 | 1424:11 – 1425:2 | 1615:4 – 1636:8 |
| 1384:24 – 1386:25 | 1425:3 – 1425:15 | 1637:1 – 1640:4 |
| 1387:7 – 1392:6 | 1425:16 – 1446:7 | 1641:1 – 1642:4 |
| 1392:13 – 1395:17 | 1447:1 – 1477:18 | 1643:1 – 1650:23 |
| 1396:3 – 1399:14 | 1478:8 – 1505:11 | 1651:11 – 1651:19 |
| 1399:18 – 1400:25 | 1507:4 – 1513:22 | 1652:15 – 1653:15 |
| 1401:18 – 1402:8 | 1514:17 – 1531:11 | |
| 1403:17 – 1404:6 | 1531:24 – 1576:10 | |

6.      **Avorn, Jerome MD   6/29/06**

| | | |
|---|---|---|
| 31:1 – 34:6 | 177:1 – 178:1 | 292:1 – 293:8 |
| 35:9 – 36:15 | 178:24 – 179:16 | 294:20 – 296:6 |
| 36:18 – 37:3 | 180:2 – 181:6 | 297:11 – 299:5 |
| 37:18 – 42:10 | 181:22 – 181:24 | 300:9 – 301:15 |
| 42:16 – 44:3 | 182:5 – 183:8 | 301:21 – 302:7 |
| 44:8 – 48:5 | 183:15 – 184:2 | 302:13 – 309:13 |
| 48:12 – 49:13 | 184:5 – 184:20 | 309:21 – 311:12 |
| 50:1 – 63:19 | 189:6 – 189:15 | 311:20 – 312:8 |
| 63:23 – 64:6 | 190:24 – 192:9 | 313:2 – 316:8 |
| 64:18 – 66:8 | 193:6 – 194:20 | 327:18 – 328:1 |
| 66:12 – 68:19 | 194:24 – 195:13 | 329:19 – 330:16 |
| 97:1 – 97:14 | 195:22 – 196:3 | 331:4 – 333:13 |
| 107:16 – 108:13 | 196:8 – 196:17 | 333:23 – 334:18 |
| 109:11 – 109:16 | 196:19 – 200:4 | 335:21 – 336:18 |
| 109:18 – 110:13 | 203:8 – 206:22 | 337:1 – 339:11 |
| 110:18 – 110:22 | 210:7 – 211:2 | 340:2 – 342:23 |
| 110:24 – 111:10 | 212:3 – 213:15 | 343:13 – 344:5 |
| 112:2 – 112:5 | 214:21 – 216:9 | 345:18 – 347:13 |
| 112:11 – 113:15 | 217:1 – 217:15 | 347:23 – 349:12 |
| 113:21 – 115:15 | 218:1 – 218:6 | 350:7 – 350:21 |
| 116:5 – 117:9 | 219:18 – 219:21 | 351:11 – 354:24 |
| 117:11 – 118:4 | 220:14 – 223:14 | 356:4 – 357:18 |
| 123:3 – 124:23 | 226:21 – 227:15 | 358:5 – 358:16 |
| 126:1 – 129:19 | 228:2 – 228:9 | 358:22 – 359:7 |
| 130:14 – 130:20 | 228:19 – 229:21 | 359:13 – 359:24 |
| 131:2 – 131:19 | 232:15 – 233:1 | 366:23 – 367:1 |
| 132:3 – 133:16 | 233:10 – 233:21 | 367:4 – 368:24 |
| 133:22 – 135:12 | 241:2 – 241:6 | 369:9 – 371:18 |
| 136:6 – 136:11 | 243:12 – 244:19 | 374:17 – 385:8 |
| 136:14 – 137:12 | 245:4 – 247:4 | 386:15 – 386:20 |
| 137:17 – 143:17 | 247:7 – 247:15 | 388:19 – 389:5 |
| 146:13 – 147:3 | 247:19 – 248:7 | 389:11 – 390:3 |
| 147:11 – 147:16 | 248:12 – 248:18 | 390:14 – 390:18 |
| 147:22 – 148:16 | 248:20 – 249:10 | 391:2 – 393:3 |
| 149:12 – 151:14 | 249:13 – 256:21 | 393:8 – 393:16 |
| 151:16 – 155:3 | 268:11 – 268:21 | 394:1 – 394:13 |
| 155:8 – 157:24 | 274:13 – 275:5 | 395:19 – 395:24 |
| 158:6 – 162:9 | 275:22 – 277:17 | 396:23 – 397:12 |
| 163:4 – 166:19 | 277:20 – 280:8 | 398:5 – 398:16 |
| 167:3 – 168:4 | 280:11 – 281:2 | 399:19 – 400:4 |
| 169:23 – 173:20 | 284:11 – 286:12 | 400:11 – 400:20 |
| 173:22 – 174:21 | 287:3 – 288:14 | 401:9 – 402:20 |
| 174:24 – 176:2 | 290:5 – 290:11 | 403:2 – 403:13 |
| 176:12 – 176:18 | 290:15 – 291:21 | 404:8 – 404:11 |

404:15 – 402:2
405:13 – 406:21
407:3 – 407:14
408:2 – 408:6
408:9 – 410:20
411:15 – 412:9

412:14 – 412:16
413:7 – 414:23
415:3 – 417:2
417:22 – 419:8
419:14 – 420:13
421:1 – 421:15

421:22 – 423:2
423:21 – 425:9
426:17 – 426:22
430:4 – 430:21
431:9 – 432:10
432:18 – 433:3

**7.     Avorn, Jerome MD          6/30/06**

447:17 – 448:12
514:4 – 514:20
525:19 – 527:22
527:24 – 528:11
538:8 – 538:13
538:15 – 538:22
555:7 – 555:16
569:2 – 569:9
584:8 – 585:6
589:17 – 589:22
589:24 – 590:12
612:19 – 613:1
654:9 – 654:19
661:6 – 661:20
661:23 – 662:21
664:18 – 665:19
668:4 – 668:18
669:20 – 669:24
670:7 – 670:11
670:20 – 672:4
673:1 – 673:11
685:12 – 686:10
686:13 – 687:9
687:11 – 687:21
703:5 – 706:10
706:15 – 707:12
711:20 – 712:18
712:21 – 713:24
728:11 – 728:16
728:19 – 728:22
737:20 – 737:24
742:8 – 743:9
745:17 – 746:14
764:2 – 765:1
799:15 – 799:21
802:9 – 802:15
802:21 – 803:15

810:18 – 810:24
812:23 – 813:8
835:20 – 836:3
837:1 – 838:3
838:10 – 838:16
839:3 – 839:17
847:4 – 848:12
848:23 – 849:7
849:11 – 849:19
849:23 – 850:17
850:20 – 852:2
853:8 – 853:16
853:18 – 853:21
854:9 – 855:14
855:16 – 856:6
856:8 – 857:8
857:10 – 857:17
857:19 – 857:24
858:15 – 859:5
859:17 – 860:5
860:10 – 860:24
861:6 – 862:3
862:11 – 862:14
863:2 – 864:1
864:6 – 866:2
866:9 – 866:19
867:4 – 867:15
868:4 – 868:22
869:8 – 869:16
869:22 – 871:1
871:21 – 872:1
872:5 – 872:16
874:1 – 874:20
880:24 – 881:17
881:20 – 881:24
882:3 – 882:24
883:9 – 883:15

884:14 – 884:23
886:8 – 887:5
887:14 – 887:20
888:5 – 888:11
888:17 – 890:3
890:13 – 892:7
892:18 – 894:12
895:7 – 896:4
896:23 – 897:3
897:13 – 897:18
898:20 – 899:18
900:7 – 900:16
901:10 – 901:13
901:23 – 902:9
902:10 – 902:16
903:11 – 903:21
906:13 – 907:2
907:6 – 907:9
907:12 – 907:14
907:17 – 908:7
908:17 – 910:2
910:11 – 910:18
911:3 – 911:12
911:15 – 911:18
912:5 – 913:9
913:15 – 915:1
915:4 – 915:15
919:8 – 921:6
922:19 – 923:2
923:8 – 923:12
923:19 – 924:6
925:7 – 925:17
927:14 – 927:19
928:22 – 929:1
929:9 – 930:2
930:7 – 930:19
931:5 – 932:2

| | | |
|---|---|---|
| 932:20 – 933:2 | 953:1 – 953:22 | 963:16 – 963:20 |
| 933:7 – 933:13 | 954:14 – 954:20 | 964:11 – 965:5 |
| 934:14 – 936:19 | 955:3 – 955:10 | 965:13 – 965:19 |
| 937:1 – 937:13 | 956:21 – 957:8 | 966:14 – 966:18 |
| 937:19 – 938:13 | 957:12 – 958:3 | 966:24 – 967:6 |
| 940:12 – 943:6 | 958:22 – 960:4 | 967:17 – 968:5 |
| 943:12 – 943:15 | 962:3 – 962:12 | 972:16 – 972:20 |
| 947:11 – 952:19 | 963:6 – 963:9 | 973:7 – 973:11 |

**8.** **Baker, Darrell**

Entire deposition transcript.

**9.** **Barr, Eliav**          **1/28/05**

| | | |
|---|---|---|
| 17:9 – 17:11 | 117:13 – 117:24 | 186:7 – 187:24 |
| 20:14 – 20:19 | 119:2 – 122:9 | 188:17 – 189:5 |
| 21:14 – 22:8 | 132:19 – 133:6 | 189:10 – 190:15 |
| 35:9 – 35:13 | 134:13 – 134:18 | 194:5 – 195:17 |
| 35:16 – 35:21 | 136:21 – 137:2 | 196:2 |
| 36:18 – 36:20 | 154:5 – 155:9 | 197:16 – 198:9 |
| 38:4 – 38:5 | 156:12 – 156:25 | 200:2 – 200:19 |
| 38:7 – 38:14 | 160:8 – 161:7 | 201:18 - 202:5 |
| 50:9 – 50:25 | 161:14 – 161:16 | 203:10 – 203:25 |
| 51:1 – 51:6 | 162:17 – 163:6 | 204:2 – 205:25 |
| 51:17 – 52:1 | 164:14 – 165:9 | 206:1 – 207:14 |
| 64:15 – 65:13 | 171:3 – 171:5 | 219:13 – 219:21 |
| 84:4 – 84:5 | 171:9 – 172:1 | 220:5 – 220:10 |
| 91:1 – 93:7 | 172:19 – 172:21 | 220:24 – 221:3 |
| 105:10 – 106:13 | 173:23 – 174:2 | 221:16 – 222:2 |
| 106:19 – 107:6 | 176:13 – 176:19 | 239:25 – 240:2 |
| 107:13 – 108:1 | 181:2 – 181:7 | 240:11 – 241:2 |
| 108:15 – 108:17 | 181:22 – 182:14 | |

**10.** **Baumgartner, Susan**          **2/25/05**

| | | |
|---|---|---|
| 12:7 - 12:9 | 19:20 – 20:5 | 23:17 – 24:8 |
| 12:14 – 12:15 | 20:6 – 20:8 | 24:9 – 24:20 |
| 13:19 – 14:15 | 20:9 – 20:10 | 24:22 – 25:2 |
| 14:16 – 14:20 | 20:10 – 20:11 | 28:23 – 29:5 |
| 14:21 – 15:13 | 20:12 – 21:10 | 29:6 – 29:10 |
| 16:6 – 16:25 | 21:11 – 21:13 | 29:11 – 29:12 |
| 17:2 – 17:6 | 21:14 – 21:22 | 29:23 – 29:25 |
| 17:8 – 17:12 | 21:23 – 22:21 | 30:1 – 30:14 |
| 17:24 – 18:1 | 22:22 – 23:6 | 30:15 – 30:18 |
| 18:7 – 18:12 | 23:7 – 23:16 | 30:19 – 31:14 |

31:16 – 31:20
32:13 – 37:10
37:19 – 37:22
37:23 – 37:25
38:7
38:8 – 38:12
39:1 – 39:5
39:6 – 39:7
39:8 – 39:16
39:17 – 41:3
41:20 – 41:21
42:5 – 42:19
42:20
42:21 – 42:22
42:23 – 45:10
45:11 – 45:13
45:14
45:15 – 45:23
45:24 – 45:25
46:10 – 46:11
46:13 – 46:15
47:24 – 48:11
48:12 – 48:13
48:14 – 48:15
48:16 – 49:5
49:21 – 50:2
50:3 – 50:6
50:10 – 50:15
51:2 – 53:12
53:23 – 54:7
54:15 – 54:22
56:6 – 60:5
61:15 – 61:17
62:4 – 64:5
64:9 – 69:11
70:16 – 72:16
72:17 – 77:9
77:10 – 78:8
78:15 – 79:22
79:23 – 80:18
81:1 – 81:2
81:14 – 86:4
86:22 – 87:7
88:6 – 89:9
89:25 – 90:2
91:4 – 91:9

91:20 – 91:22
92:6 – 103:15
104:7 – 106:4
106:19 – 107:9
108:6 – 108:20
109:8 – 110:12
110:13 – 110:15
110:16 – 111:10
112:19 – 116:12
118:7 – 119:15
119:24 – 120:23
121:6 – 121:7
124:2 – 124:6
124:20 – 128:17
129:13 – 138:20
139:1 – 140:3
140:25 – 141:5
141:7 – 150:12
153:24 – 153:25
154:9 – 154:16
154:20 – 154:21
154:24 – 155:1
155:11
155:14 – 155:20
156:3 – 156:6
156:8 – 156:11
156:12 – 156:13
156:23 – 156:24
157:2 – 157:3
157:5 – 157:10
157:16 – 157:24
158:24 – 159:1
159:4 – 159:12
159:13 – 159:16
159:19 – 159:22
160:11 – 160:16
160:21 – 161:5
161:6 – 161:17
161:18 – 161:19
161:20 – 162:7
165:17 – 165:23
166:1 – 166:4
167:10 – 167:18
167:22 – 171:6
171:14 – 172:5
176:15 – 176:23

177:2 – 177:14
177:18 – 177:19
178:3 – 179:3
179:10 – 179:24
180:9 – 180:24
181:10 – 181:12
181:20 – 182:16
182:19
182:23 – 182:25
183:25 – 184:13
192:2 – 192:21
193:4 – 193:10
194:2 – 194:7
194:17 – 195:2
199:22 – 199:23
200:17 – 200:25
203:24 – 204:2
207:9 – 207:12
208:6 – 208:9
208:12 – 208:14
208:15 – 208:19
208:20 – 209:15
209:17 – 209:20
210:11 – 210:19
210:20 – 210:24
211:2 – 211:12
211:25 – 212:18
212:20 – 212:21
212:23 – 213:6
214:2 – 214:16
214:20 – 215:9
216:5 – 216:11
217:10 – 217:20
218:16 – 219:4
219:7 – 219:10
219:25 – 220:4
220:7 – 220:13
221:2 – 221:8
221:17 – 221:24
221:25 – 222:2
222:7 – 222:11
222:16 – 222:23
222:25 – 223:4
223:6 – 223:13
223:17 – 223:19
224:5 – 224:7

| | | |
|---|---|---|
| 224:12 – 224:23 | 252:4 – 252:17 | 268:8 – 268:12 |
| 225:14 – 225:24 | 252:19 – 253:9 | 270:6 – 271:13 |
| 226:2 – 226:3 | 253:12 – 253:18 | 271:16 – 272:2 |
| 226:5 – 226:12 | 255:25 – 256:11 | 272:5 – 272:7 |
| 226:15 | 256:20 – 256:25 | 272:16 – 273:2 |
| 245:1 | 257:1 – 257:2 | 273:5 – 273:12 |
| 245:4 – 246:7 | 257:4 – 257:8 | 274:7 – 275:10 |
| 246:10 – 246:13 | 257:11 – 258:5 | 275:13 – 275:14 |
| 246:16 | 258:6 – 258:13 | 275:16 – 276:17 |
| 246:20 – 247:1 | 259:11 – 259:19 | 276:19 – 278:13 |
| 247:2 – 247:3 | 259:21 – 259:25 | 278:16 – 278:17 |
| 247:4 – 247:7 | 260:2 – 260:6 | 278:19 – 279:7 |
| 247:8 – 247:11 | 260:7 – 260:9 | 279:18 – 279:19 |
| 247:12 – 247:14 | 260:11 – 260:12 | 280:3 |
| 247:15 – 247:17 | 260:17 – 260:18 | 280:11 – 281:20 |
| 247:19 – 248:15 | 261:8 – 261:11 | 282:15 – 282:21 |
| 248:16 – 248:18 | 261:24 – 262:1 | 282:25 – 283:14 |
| 248:19 – 248:23 | 262:5 – 262:10 | 283:20 – 284:2 |
| 248:24 – 248:25 | 263:16 – 263:25 | 284:3 – 284:10 |
| 249:1 – 249:3 | 264:3 | 284:13 – 284:18 |
| 249:15 – 249:19 | 264:18 – 264:19 | 284:20 – 285:7 |
| 250:19 – 251:2 | 265:2 – 266:11 | 285:11 – 285:14 |
| 251:8 – 251:9 | 267:14 – 267:16 | 285:15 |
| 251:17 – 251:19 | 267:19 – 267:20 | 285:19 – 285:20 |
| 251:23 – 252:2 | 268:4 – 268:5 | |

**11.    Baumgartner, Susan          3/11/05**

| | | |
|---|---|---|
| 299:2 – 299:4 | 401:25 – 402:12 | 424:22 – 424:23 |
| 340:23 – 340:25 | 402:16 – 404:21 | 429:25 – 430:12 |
| 342:11 – 342:14 | 404:25 – 405:11 | 434:6 – 434:9 |
| 342:17 | 405:15 – 405:16 | 500:7 – 500:10 |
| 345:1 – 345:3 | 413:15 – 413:16 | 500:17 |
| 345:6 – 345:7 | 414:3 – 414:8 | 501:13 – 501:17 |
| 346:19 – 347:2 | 414:12 - 414:15 | 501:19 – 501:20 |
| 347:5 | 417:17 – 418:4 | 509:18 – 509:19 |
| 401:2 – 401:3 | 418:7 – 418:10 | 509:21 |
| 401:8 – 401:12 | 418:13 – 418:16 | |
| 401:16 – 401:18 | 424:10 – 424:13 | |

**12.    Baumgartner, Susan          9/30/05**

| | | |
|---|---|---|
| 18:16 – 18:24 | 24:2 – 24:4 | 38:18 – 39:6 |
| 21:19 – 22:2 | 30:15 – 30:20 | 48:2 – 48:13 |
| 22:24 – 23:3 | 33:1 – 33:17 | 55:1 – 55:7 |
| 23:6 – 23:23 | 34:12 – 35:6 | 55:11 – 55:14 |

| | | |
|---|---|---|
| 57:1 – 57:8 | 234:18 – 238:8 | 268:17 – 268:22 |
| 57:11 – 57:21 | 238:12 - 240:21 | 269:1 – 270:5 |
| 70:17 – 72:10 | 240:24 – 242:16 | 271:4 – 271:18 |
| 72:13 – 74:1 | 243:1 – 243:4 | 271:21 – 272:2 |
| 76:14 – 76:19 | 243:8 – 249:2 | 273:6 – 273:9 |
| 77:17 – 77:23 | 249:5 – 249:10 | 273:12 – 274:7 |
| 78:4 – 78:7 | 249:13 – 250:7 | 274:11 – 275:7 |
| 80:4 – 80:12 | 251:12 – 251:24 | 275:10 – 275:10 |
| 81:9 – 83:5 | 266:3 – 266:7 | |
| 131:16 – 132:11 | 266:10 – 267:16 | |

**13.   Beneduce, Michele          1/30/06**

| | | |
|---|---|---|
| 8:8 – 8:12 | 61:5 – 61:5 | 203:1 – 203:4 |
| 9:23 – 10:5 | 80:2 – 80:7 | 203:7 – 203:9 |
| 10:15 – 10:17 | 80:10 – 81:4 | 203:12 – 203:23 |
| 12:10 – 12:22 | 81:7 – 81:9 | 204:3 – 204:8 |
| 13:16 – 14:10 | 82:6 – 82:10 | 248:22 – 249:8 |
| 14:13 – 14:17 | 82:13 – 82:16 | 249:21 – 250:3 |
| 16:9 – 16:24 | 82:19 – 83:2 | 255:4 – 255:6 |
| 27:7 – 27:14 | 83:5 – 83:13 | 255:9 – 255:14 |
| 27:15 – 27:17 | 83:17 – 84:2 | 255:17 – 256:10 |
| 27:20 – 27:21 | 84:10 – 84:19 | 256:13 – 256:17 |
| 27:24 – 27:24 | 84:22 – 84:24 | 256:20 – 256:24 |
| 28:1 – 28:5 | 87:21 – 88:7 | 257:3 – 257:3 |
| 28:8 – 28:10 | 88:10 – 89:3 | 263:13 – 264:5 |
| 28:17 – 28:20 | 105:23 – 106:7 | 266:23 – 267:5 |
| 28:23 – 28:23 | 106:10 – 106:15 | 268:6 – 269:24 |
| 30:3 – 30:5 | 108:22 – 109:6 | 270:14 – 273:21 |
| 30:8 – 30:8 | 109:15 – 110:3 | 276:15 – 277:4 |
| 30:21 – 31:2 | 110:14 – 110:19 | 284:1 – 284:23 |
| 31:5 – 31:9 | 125:4 – 125:8 | 285:2 – 285:6 |
| 31:12 – 31:13 | 142:10 – 142:17 | 285:9 – 285:18 |
| 33:2 – 33:6 | 142:20 – 143:9 | 288:15 – 288:24 |
| 33:9 – 33:14 | 143:12 – 143:12 | 289:14 – 289:17 |
| 33:17 – 33:17 | 144:14 – 145:8 | 333:9 – 333:21 |
| 35:1 – 35:9 | 145:11 – 145:17 | 333:24 – 333:24 |
| 36:1 – 36:12 | 186:13 – 186:15 | 334:8 – 334:18 |
| 38:8 – 39:6 | 187:5 – 187:11 | 334:21 – 334:21 |
| 43:2 – 43:6 | 187:14 – 187:17 | 335:10 – 336:6 |
| 46:19 – 47:3 | 187:20 – 187:20 | 336:9 – 336:16 |
| 57:2 – 58:5 | 187:24 – 188:3 | 336:19 – 336:23 |
| 58:9 – 59:2 | 188:6 – 188:14 | 337:2 – 337:12 |
| 59:5 – 59:14 | 188:22 – 188:24 | 337:15 – 337:22 |
| 59:17 – 59:17 | 189:3 – 189:4 | 338:1 – 338:8 |
| 60:17 – 61:2 | 202:20 – 202:22 | 338:24 – 339:3 |

339:6 – 339:6
351:7 – 351:11
351:20 – 352:16
352:19 – 353:4
353:7 – 353:9

353:13 – 353:17
353:20 – 354:3
354:6 – 354:6
354:9 – 354:18
354:21 – 354:21

354:24 – 355:7
355:10 – 355:22
356:1 – 356:4

**14.   Bell, Gregory      11/10/05**

10:1 – 10:3
11:18 – 11:19
13:15 – 15:18
16:2 – 16:18
17:15 – 19:1
19:5 – 19:19
22:6 – 22:12
23:7 – 29:5
29:22 – 30:1
30:10 – 32:25
33:4 – 36:19
37:13 – 38:12
38:23 – 44:23
45:8 – 45:20
47:5 – 48:22
49:3 – 51:3
51:8 – 54:18
55:1 – 56:6
56:23 – 59:15
60:1 – 61:10
64:2 – 65:20
70:20 – 70:23
71:11 – 76:1
76:14 – 79:20
81:22 – 82:10
82:23 – 88:13
88:24 – 89:10
89:14 – 89:16
89:22 – 90:17
90:23 – 101:7
102:7 – 104:10
104:19 – 106:25

108:5 – 108:6
108:9 – 109:20
110:1 – 110:16
111:2 – 116:22
117:12 – 117:14
118:10 – 119:2
119:22 – 119:24
120:3 – 122:19
123:6 – 127:1
127:4 – 129:10
130:1 – 131:14
132:4 – 138:12
138:15 – 139:8
139:15 – 139:16
139:22 – 145:18
145:24 – 146:16
146:21 – 147:5
147:8 – 151:19
152:4 – 152:6
152:20 – 153:3
153:10 – 154:15
155:2 – 156:17
157:10 – 157:11
157:15 – 157:17
158:7 – 159:13
159:21 – 162:12
162:24 – 170:25
171:15 – 173:19
174:8 – 177:8
177:16 – 178:16
178:24 – 185:13
185:16 – 185:17

186:4 – 188:10
188:13 – 189:3
189:22 – 192:25
193:15 – 194:9
194:17 – 197:10
198:16 – 199:6
201:9 – 204:13
209:2 – 211:25
212:11 – 212:20
212:23 – 215:2
216:4 – 219:2
219:15 – 223:2
224:1 – 224:18
225:6 – 227:2
227:10 – 233:17
236:14 – 240:12
242:5 – 244:18
245:5 – 247:24
256:23 – 260:17
261:21 – 265:5
265:15 – 266:23
267:25 – 269:4
269:16 – 272:2
272:18 – 277:8
278:2 – 279:2
279:20 – 281:10
281:17 – 283:1
283:18 – 284:15
284:24 – 286:3
288:14 – 292:9

**15.   Bold, Thomas      3/11/05**

17:24 – 18:22
35:9 – 35:13
35:15 – 35:17

36:1 – 36:21
46:25 – 47:3
47:5 – 47:9

47:23 – 48:2

16.     **Bold, Thomas**          **7/29/05**

The entire deposition transcript.

17.     **Braunstein, Ned**     **7/18/06**

| | | |
|---|---|---|
| 4:21 – 5:14 | 131:24 | 207:4 – 209:8 |
| 8:1 – 11:10 | 132:1 – 133:2 | 209:12 – 213:2 |
| 12:19 – 16:14 | 134:5 – 135:13 | 213:4 – 213:6 |
| 17:1 – 19:20 | 135:16 – 137:1 | 213:9 – 217:11 |
| 19:23 – 19:24 | 143:11 – 149:20 | 217:14 – 217:18 |
| 20:1 – 20:6 | 150:1 – 151:13 | 217:21 – 218:11 |
| 21:18 – 21:21 | 151:16 – 152:22 | 218:14 – 218:17 |
| 21:24 | 153:1 – 155:22 | 218:20 – 220:5 |
| 22:1 – 22:21 | 156:1 – 158:21 | 220:8 – 220:10 |
| 22:24 – 23:2 | 158:24 | 220:13 – 221:11 |
| 23:5 – 23:14 | 159:1 – 160:7 | 221:14 – 221:24 |
| 23:17 – 25:4 | 160:10 – 161:15 | 222:3 – 224:16 |
| 31:15 – 31:22 | 161:20 – 163:23 | 224:19 – 225:2 |
| 32:1 – 32:10 | 164:2 – 164:19 | 225:4 – 225:22 |
| 32:13 – 34:5 | 164:22 – 165:14 | 226:1 – 229:18 |
| 34:8 – 34:17 | 165:17 – 167:1 | 229:21 – 232:24 |
| 34:20 – 38:13 | 167:4 – 167:19 | 233:3 – 233:11 |
| 38:16 – 39:19 | 167:22 – 172:11 | 233:14 – 234:9 |
| 39:22 – 41:10 | 172:14 – 173:24 | 234:12 – 235:2 |
| 42:6 – 42:7 | 174:3 – 174:19 | 235:5 – 235:18 |
| 42:10 – 42:16 | 174:22 – 175:15 | 235:21 – 236:12 |
| 42:21 – 43:2 | 175:18 – 176:2 | 236:15 – 237:9 |
| 78:14 – 78:15 | 176:5 – 176:15 | 237:12 – 238:5 |
| 78:18 – 79:15 | 176:18 – 182:16 | 238:8 – 239:7 |
| 79:18 – 81:5 | 182:19 – 183:15 | 239:10 – 239:15 |
| 81:8 – 81:20 | 183:18 – 184:20 | 239:17 – 240:11 |
| 81:23 – 82:6 | 184:23 – 186:5 | 240:14 – 241:21 |
| 82:9 – 82:22 | 186:8 – 187:15 | 241:24 – 242:11 |
| 83:1 – 83:22 | 187:18 – 189:2 | 242:14 – 243:3 |
| 84:1 – 84:6 | 189:5 – 191:8 | 243:5 – 244:21 |
| 84:9 – 85:3 | 191:11 – 196:6 | 244:24 – 245:14 |
| 85:6 – 86:9 | 196:9 – 200:7 | 245:17 – 245:23 |
| 91:13 – 97:24 | 200:10 – 200:22 | 246:2 – 251:4 |
| 98:1 | 201:1 – 201:13 | 251:7 – 251:17 |
| 98:4 – 100:24 | 201:16 – 202:15 | 251:20 – 259:19 |
| 101:3 – 103:6 | 202:18 – 203:1 | 259:22 – 262:10 |
| 104:16 – 106:4 | 203:4 – 204:8 | 262:13 – 263:4 |
| 115:7 – 128:9 | 204:11 – 205:3 | 263:7 – 267:2 |
| 128:12 – 129:1 | 205:6 – 205:19 | 267:5 – 267:20 |
| 129:4 – 131:21 | 205:21 – 207:1 | 267:23 – 269:5 |

269:8 – 269:15
269:18 – 270:10
270:13 – 271:8
271:11 – 272:15
272:18 – 273:4
273:7 – 273:8
273:11 – 274:7
274:10 – 275:1
275:4 – 275:12
275:15 – 276:11
276:14 – 276:20
276:23 – 277:15
277:18 – 278:10
178:14 – 279:4
280:20 – 281:24
282:3 – 282:22
283:2 – 283:17
283:20 – 284:8
284:11 – 285:13
285:16 – 287:4
287:7 – 288:1
288:4 – 288:l7
288:21 – 289:16
289:19 – 290:20
290:23 – 291:22
292:2 – 293:5
293:9 – 295:9
295:12 – 296:15
296:18 – 297:24
298:3 – 298:13
298:16 – 299:2
299:5 – 299:22
300:1 – 300:15
300:18 – 301:11
301:14 – 301:22
302:1 – 303:8
303:11 – 305:2
305:5 – 305:19
305:22 – 305:24
306:3 – 306:14
306:17 – 306:24
307:1 – 307:18
307:21 – 308:21
308:24 – 310:9
310:11 – 310:21
310:24 – 312:24

316:16 – 319:4
319:6 – 319:12
319:15 – 324:20
324:23 – 325:15
325:18 – 326:11
326:15 – 328:16
328:19 – 331:3
331:6 – 331:9
331:12 – 336:4
336:7 – 336:9
336:12 – 337:2
337:5 – 338:22
339:1 – 340:6
340:9 – 349:15
349:18 – 350:5
352:22 – 353:6
353:9 – 355:6
355:9 – 357:7
357:19 – 359:7
359:10 – 359:24
360:3 – 361:8
361:11 – 365:7
365:10 – 366:8
366:11 – 367:7
367:10 – 368:4
368:7 – 368:15
368:18 – 369:17
369:20 – 370:17
370:20 – 371:7
371:10 – 371:14
371:17 – 372:12
372:15 – 374:2
374:5 – 376:5
376:8 – 377:16
377:19 – 378:6
378:9 – 378:18
378:21 – 379:15
379:17 – 382:8
382:11 – 383:19
383:22 – 386:19
386:22 – 388:17
388:20 – 389:7
389:10 – 394:7
394:10 – 394:21
394:24 – 395:7
395:10 – 395:17

395:20 – 404:14
404:18 – 405:6
405:8 – 412:19
412:22 – 415:18
415:21 – 417:6
417:8 – 417:10
417:13 – 418:3
418:6 – 420:9
420:12 – 423:9
423:12 – 424:7
424:10 – 425:4
425:7 – 425:22
426:1 – 427:23
428:2 – 429:7
429:10 – 429:22
430:1 – 431:4
431:7 – 432:5
432:8 – 432:20
432:23 – 433:16
433:19 – 434:5
434:8 – 435:9
435:12 – 438:2
438:5 – 439:23
440:2 – 440:19
440:22 – 440:24
441:3 – 441:18
441:21 – 443:11
443:15 – 443:17
443:20 – 444:20
444:23 – 445:17
445:20 – 446:6
446:9 – 446:23
447:2 – 447:5
447:8 – 447:20
447:23 – 449:2
449:5 – 450:1
450:4 – 450-19
450:22 – 451:11
451:14 – 451:23
452:3 – 452:21
453:2 – 455:12
455:15 – 458:4
458:6 – 458:9
458:12 – 458:22
459:1 – 459:22
460:1 – 460:10

460:13 – 462:6                  462:9 – 462:18                  462:21 – 462:23

18.    **Ned Braunstein (Vol 2) 7/19/2006:**

| | | |
|---|---|---|
| 9:6 – 14:22 | 63:15 – 64:3 | 111:19 – 111:20 |
| 17:21 – 23:16 | 64:6 – 64:20 | 111:23 – 112:5 |
| 23:19 – 25:15 | 64:24 – 65:23 | 112:8 – 112:18 |
| 25:18 – 26:23 | 66:1 – 66:13 | 112:21 – 113:14 |
| 27:2 – 28:22 | 66:16 – 67:18 | 113:17 – 113:18 |
| 29:1 – 29:13 | 67:21 – 71:11 | 113:21 – 114:8 |
| 29:16 – 33:9 | 71:14 – 72:13 | 114:12 – 117:3 |
| 33:12 – 34:5 | 72:16 – 72:24 | 117:6 – 117:15 |
| 34:8 – 35:6 | 73:3 – 73:13 | 117:18 – 118:23 |
| 35:9 – 35:19 | 73:15 – 74:8 | 119:2 – 119:6 |
| 35:22 – 36:14 | 74:11 – 74:14 | 119:9 – 120:11 |
| 36:17 – 37:2 | 74:17 – 75:1 | 120:14 – 120:18 |
| 37:7 – 37:16 | 75:4 – 75:16 | 120:21 – 122:6 |
| 37:19 – 39:4 | 78:24 – 79:8 | 122:11 – 122:16 |
| 39:7 – 39:12 | 79:11 – 79:13 | 122:19 – 123:18 |
| 39:14 – 39:23 | 84:16 – 84:20 | 123:20 – 123:22 |
| 40:3 – 40:9 | 84:23 – 85:2 | 124:1 – 124:14 |
| 40:12 – 41:8 | 85:6 – 85:11 | 124:17 – 125:23 |
| 41:11 – 43:6 | 85:14 – 85:17 | 126:2 – 126:4 |
| 43:9 – 43:17 | 85:20 – 85:22 | 126:7 – 128:6 |
| 43:20 – 44:19 | 89:24 – 90:20 | 128:9 – 128:22 |
| 44:22 – 47:13 | 90:23 – 91:5 | 129:1 – 130:14 |
| 47:16 – 48:6 | 91:8 – 91:21 | 130:17 – 131:23 |
| 48:9 – 49:20 | 91:24 – 92:22 | 132:2 – 132:13 |
| 49:22 – 52:10 | 93:1 – 93:4 | 132:16 – 132:23 |
| 52:13 – 52:15 | 93:7 – 93:22 | 133:2 – 133:18 |
| 52:18 – 52:21 | 93:24 – 95:24 | 133:21 – 135:24 |
| 52:24 – 53:9 | 96:3 – 97:7 | 136:3 – 137:22 |
| 53:12 – 53:20 | 97:10 – 98:14 | 138:1 – 138:9 |
| 53:23 – 54:15 | 98:16 – 98:22 | 138:12 – 138:14 |
| 54:18 – 54:20 | 99:1 – 100:3 | 138:17 – 139:11 |
| 54:23 – 57:20 | 100:6 – 101:4 | 139:14 – 139:15 |
| 57:23 – 58:15 | 101:7 – 101:16 | 139:17 – 140:10 |
| 58:19 – 59:11 | 101:19 – 103:2 | 140:13 – 142:11 |
| 59:14 – 59:23 | 103:5 – 108:7 | 142:14 – 143:17 |
| 60:2 – 60:16 | 108:10 – 108:11 | 143:20 – 144:12 |
| 60:19 – 61:9 | 108:14 – 108:23 | 144:15 – 145:6 |
| 61:12 – 61:16 | 109:2 – 109:10 | 145:8 – 145:18 |
| 61:19 – 62:3 | 109:13 – 109:14 | 145:21 – 146:5 |
| 62:6 – 62:11 | 109:17 – 110:10 | 146:8 – 146:9 |
| 62:14 – 62:20 | 110:13 – 110:14 | 146:12 – 146:23 |
| 62:23 – 63:12 | 110:17 – 111:16 | 147:2 – 147:6 |

| | | |
|---|---|---|
| 147:9 – 147:12 | 182:9 – 182:23 | 232:4 - 233:8 |
| 147:15 – 148:1 | 183:3 – 185:16 | 233:10 – 233:19 |
| 148:4 – 148:23 | 185:19 - 186:5 | 233:22 – 234:5 |
| 149:3 – 149:18 | 186:9 – 186:16 | 234:9 – 234:12 |
| 149:20 – 149:21 | 186:19 – 187:9 | 234:14 – 235:2 |
| 149:24 – 150:7 | 187:11 – 187:12 | 235:5 – 235:9 |
| 150:9 – 150:23 | 187:17 – 188:2 | 235:12 – 235:16 |
| 151:2 – 151:13 | 188:5 – 188:18 | 235:19 – 241:4 |
| 151:18 – 151:20 | 188:21 – 189:11 | 241:6 – 242:15 |
| 151:23 – 152:4 | 189:15 – 189:24 | 242:18 – 243:11 |
| 152:11 – 152:15 | 190:3 – 190:4 | 243:13 – 243:22 |
| 152:18 – 153:10 | 190:7 – 191:19 | 244:1 – 244:3 |
| 153:13 – 154:9 | 191:22 – 192:7 | 244:6 – 244:8 |
| 154:12 – 155:1 | 192:10 – 194:2 | 244:11 – 245:13 |
| 155:4 – 156:5 | 194:5 – 194:22 | 245:17 – 246:1 |
| 156:8 – 156:15 | 195:1 – 196:11 | 246:4 – 246:16 |
| 156:18 – 157:2 | 196:14 – 197:21 | 246:19 – 248:12 |
| 157:5 – 157:6 | 198:24 – 199:5 | 248:15 – 249:11 |
| 157:9 – 158:3 | 199:9 – 200:8 | 249:14 – 249:19 |
| 158:6 – 159:10 | 200:11 – 200:14 | 249:21 – 249:22 |
| 159:17 – 160:20 | 200:17 – 201:8 | 250:2 – 250:21 |
| 160:23 – 162:1 | 201:11 – 202:15 | 251:1 – 251:10 |
| 162:4 – 162:20 | 202:18 – 203:6 | 251:18 – 252:11 |
| 162:22 – 163:9 | 203:9 – 203:22 | 252:14 – 253:3 |
| 163:12 – 164:4 | 204:1 – 204:14 | 253:6 – 254:1 |
| 164:8 – 164:12 | 204:17 – 205:17 | 254:4 – 256:4 |
| 164:15 – 164:19 | 205:20 – 206:18 | 256:7 – 256:16 |
| 164:22 – 165:4 | 206:20 – 207:1 | 256:19 – 257:11 |
| 165:7 – 165:21 | 207:4 – 207:22 | 257:14 – 258:5 |
| 165:24 – 166:10 | 208:1 – 209:17 | 258:8 – 259:9 |
| 166:13 – 167:8 | 209:20 – 209:21 | 259:12 – 259:18 |
| 167:11 – 168:5 | 209:24 – 210:5 | 259:22 – 261:7 |
| 168:8 – 168:9 | 210:8 – 210:16 | 261:10 – 262:22 |
| 168:12 – 169:20 | 210:19 – 211:12 | 263:2 – 263:15 |
| 169:23 – 170:14 | 211:15 – 212:12 | 263:20 – 265:18 |
| 170:17 – 173:13 | 212:15 – 216:7 | 274:7 – 274:12 |
| 173:16 – 174:24 | 216:9 – 216:11 | 274:15 – 275:13 |
| 175:3 – 175:13 | 216:14 – 224:7 | 275:16 – 276:11 |
| 175:16 – 175:24 | 224:10 – 225:10 | 276:14 – 277:8 |
| 176:2 – 176:3 | 225:13 – 226:13 | 277:11 – 278:5 |
| 176:6 – 176:8 | 226:16 – 227:21 | 278:7 – 278:8 |
| 176:11 – 177:19 | 228:1 – 228:9 | 278:11 – 278:23 |
| 177:22 – 179:1 | 228:12 – 229:2 | 279:2 – 279:15 |
| 179:4 – 179:14 | 229:6 – 230:12 | 279:18 – 280:6 |
| 179:17 – 180:2 | 230:14 – 230:16 | 280:9 – 280:21 |
| 180:5 – 182:6 | 230:19 – 231:24 | 280:24 – 281:15 |

281:18 – 282:10
282:12 – 282:22
282:24 – 284:6
284:9 – 284:23
285:2 – 287:18
287:21 – 289:20
289:22 – 289:23
290:2 – 291:15
291:18 – 292:5
292:8 – 292:18
292:21 – 293:16
293:18 – 294:8
294:11 – 295:6
295:9 – 295:10
295:13 – 296:6
296:9 – 300:3
300:6 – 302:21
302:23 – 303:1
303:4 – 304:14
304:17 – 308:4
308:7 – 310:8
310:11 – 311:3
311:6 – 312:20
312:23 – 313:11
313:14 – 314:19
314:22 – 315:11

315:14 – 316:17
316:20 – 317:16
317:19 – 318:13
318:16 – 319:7
320:2 – 320:24
321:2 – 321:5
321:8 – 321:22
322:1 – 322:9
322:11 – 322:19
322:22 – 323:7
323:10 – 330:8
330:11 – 330:13
330:16 – 330:23
331:2 – 331:14
331:14 – 331:18
331:21 – 332:17
332:20 – 333:8
333:11 – 333:18
333:22 – 334:12
334:15 – 335:15
335:17 – 336:17
336:20 – 337:17
337:20 – 338:4
338:7 – 338:22
339:1 – 339:10
339:13 – 339:21

339:24 – 341:10
341:13 – 341:21
341:24 – 342:8
342:11 – 342:20
342:23 – 343:10
343:13 – 344:18
344:23 – 348:18
348:21 – 349:10
349:12 – 349:20
349:23 – 352:3
352:6 – 352:19
352:22 – 353:24
354:3 – 354:4
354:7 – 354:12
354:15 – 354:19
354:22 – 355:7
355:10 – 355:24
356:3 – 356:9
356:12 – 357:3
357:6 – 357:21
357:24 – 358:13
358:16 – 359:23
360:2 – 360:10
360:13 – 361:24
362:2 – 362:16
362:19 – 365:23

**19.     Cannuscio, Carolyn          10/8/04**

9:9 – 9:11
13:14 – 13:23
14:7 – 14:16
14:22 – 15:11
31:19 – 32:20
48:21 – 50:9
50:14 – 51:22
60:22 – 61:2
61:6 – 62:21
64:7 – 64:11
64:16 – 65:2
65:10 – 66:18
66:20 – 66:21
67:1 – 67:2
76:23 – 77:2

77:3 – 77:15
77:16 – 77:19
77:24 – 80:5
80:9 – 80:24
81:4 – 82:3
82:6 – 82:12
82:13 – 82:15
82:20 – 83:18
83:20 – 84:3
84:23 – 85:3
85:7 – 85:24
87:9 – 87:13
87:17 – 87:21
99:23 – 102:10
102:13 – 102:20

102:24 – 103:15
103:19 – 104:5
108:3 – 109:24
110:4 – 110:16
110:20 – 111:10
111:14 – 112:12
112:18 – 112:24
113:15 – 114:18
114:22 – 115:12
116:3 – 116:11
124:21 – 124:24
125:13 – 126:8
127:1 – 128:7
130:18 – 132:5

**20.     Carroll, Marty          10/27/05**

15:11 – 15:19
17:6 – 17:13
18:21 – 20:4
44:5 – 44:9
44:12 – 45:7
95:23 – 96:15
96:24 – 98:7
99:19 – 101:5
101:8 – 102:23
103:2 – 103:9
103:19 – 108:11
108:14 – 109:4
109:14 – 112:4
112:7 – 112:21
113:6 – 113:24
114:4 – 114:21
120:9 – 120:15
121:3 – 123:21
124:11 – 126:17
126:21 – 127:2
127:22 – 127:24
128:8 – 129:2
129:5 – 129:23
130:3 – 130:12
130:24 – 132:23
133:3 – 133:19
134:7 – 134:9
134:17 – 135:11
136:4 – 136:13
136:16 – 136:17
136:20 – 137:19

134:22 – 137:24
138:8 – 138:15
138:19 – 138:24
142:22 – 143:16
170:10 – 170:11
170:17 – 170:21
170:23 – 172:5
172:8 – 172:9
173:23 – 174:19
174:22 – 175:7
175:9 – 176:5
176:8 – 176:14
176:18 – 177:9
177:12 – 177:19
179:5 – 179:17
179:20 – 180:17
180:23 – 182:16
182:19 – 183:20
190:19 – 192:3
192:13 – 193:2
193:5 – 193:23
194:3 – 195:4
195:8 – 196:19
197:7 – 198:7
199:7 – 200:1
200:4 – 200:10
200:13 – 201:5
201:9 – 201:10
201:19 – 201:24
294:16 – 294:17
295:3 – 295:9

295:12 – 295:22
297:1 – 298:11
298:21 – 300:5
300:8 – 301:7
301:11 – 303:12
418:15 – 418:20
419:8 – 419:20
420:6 – 420:16
420:21 – 421:3
421:7 – 423:1
424:24 – 426:5
426:11 – 426:13
426:23 – 427:24
428:4 – 429:5
429:9 – 429:13
429:17 – 429:22
430:24 – 431:2
431:4 – 431:9
432:2 – 432:5
432:13 – 433:8
434:6 – 434:9
434:16 – 436:17
436:20 – 437:15
437:18 – 439:13
445:1 – 445:5
445:10 – 446:8
446:17 – 447:5
448:14 – 449:6
469:11 – 469:17

**21.**   **Casola, Thomas**       **6/24/04**

92:20 – 92:23
93:13 – 93:14
93:16 – 94:6
94:8
94:10 – 94:19
94:22 – 95:3
95:4 – 96:22
96:23 – 97:4
97:6 – 97:22
98:6 – 98:22
99:3 – 100:19

101:8 – 102:15
102:23 – 103:2
103:20 – 103:24
104:17 – 105:6
105:8 – 105:12
106:6 – 106:8
107:1 – 107:20
108:1 – 108:9
108:12 – 108:16
109:5 – 109:15
109:17 – 110:3

110:4 – 111:1
111:2 – 112:3
112:6 – 112:15
113:6 – 113:22
114:8 – 114:24
115:9 – 116:14
116:16 – 116:20
116:21 – 117:18
117:21 – 118:8
118:10 – 118:23
119:1

119:2 – 119:18
119:19 – 120:6
120:8 – 120:11
120:13 – 122:14
122:15 – 123:7
123:9 – 123:16
123:18 – 124:4
124:22 – 125:18
125:20 – 126:6
126:19 – 127:19
127:22 – 128:4
128:8 – 128:23
129:1 – 129:10
129:12
129:21 – 130:5
131:10 – 132:4
132:6 –133:1
133:2 – 134:20
134:24 – 135:8
135:10 – 135:11
136:7 – 136:10
136:21 – 136:23
137:1 – 137:10
137:12 – 137:17
137:18 – 138:19
138:21 – 139:9
139:11 – 140:4
141:1 – 141:11
141:13 – 141:17
141:19 – 142:10
142:15 – 142:21
143:16 – 144:5
144:7 – 144:15
145:21 – 145:24
146:1 – 147:12
147:14
147:15 – 148:1

148:3 – 148:7
148:8 – 149:1
149:2 – 149:15
149:24 – 150:2
150:4
150:6
150:21 – 151:6
151:8 –151:22
152:9 – 152:15
152:17 – 152:19
154:5 – 155:4
155:5 – 155:14
155:22 – 155:24
156:2 – 156:20
156:21 – 157:1
157:3 – 157:7
157:9 – 157:11
158:7 – 159:2
159:9 – 160:7
160:21 – 161:2
161:4 – 161:8
161:20 – 162:15
162:16 – 163:9
163:15 – 164:1
164:4 – 164:12
165:21 – 166:4
166:6 – 167:2
167:10 – 167:16
167:18 – 168:19
168:21 – 169:2
169:4 – 169:14
169:17 – 169:20
170:6 – 171:1
171:4
171:10 – 172:1
172:3 – 172:15
172:24 – 173:1

173:4 – 173:20
175:2 – 175:14
175:23 – 176:2
176:8 – 176:15
176:18 – 176:24
177:16 – 177:21
177:23 – 178:2
178:5 – 178:9
178:12 – 179:4
179:6
179:9 – 180:3
180:5 – 180:15
180:18 – 180:22
181:14 – 182:20
182:21 – 183:4
183:7 – 183:9
183:18 – 184:5
184:13 – 184:22
185:3 – 185:17
185:20 – 186:1
187:4 – 187:11
187:16 – 188:18
188:20 – 188:24
189:2 – 189:16
189:24
193:10 – 193:16
193:20 – 194:3
194:5 – 194:14
194:17
194:23 – 195:2
195:10 – 195:17
195:23 – 196:1
197:1 – 197:7
197:9 – 197:13
197:14 – 198:16
199:5 – 199:22
200:11 – 200:16

**22.     Casola, Thomas Vol. II      5/21/2003**

7:23 – 8:4
8:23 – 9:8
9:12 – 10:4

10:14 – 10:24
11:10 – 11:12
13:1 – 13:7

13:15 – 13:19

**23.**    **Coltharp, William MD        9/13/06**

| | | |
|---|---|---|
| 5:20-5:22 | 138:25-139:5 | 174:9-178:5 |
| 6:1-6:2 | 139:6-139:10 | 178:25-179:5 |
| 8:20-8:24 | 139:14-139:16 | 179:6-179:9 |
| 68:15-68:18 | 139:19-139:23 | 179:11-179:22 |
| 69:19-69:23 | 139:24-140:21 | 180:6-181:2 |
| 69:23-70:8 | 140:22-141:7 | 181:10-182:6 |
| 71:10-71:21 | 142:21-142:24 | 182:7-182:13 |
| 80:5-80:9 | 142:24-143:16 | 182:22-183:9 |
| 81:13-81:17 | 143:17-144:9 | 183:10-185:24 |
| 82:2-82:8 | 145:11-145:15 | 186:3-186:9 |
| 82:9-82:16 | 145:17-146:1 | 186:12-187:3 |
| 88:4-89:3 | 151:4-151:25 | 188:22-189:3 |
| 89:4-89:9 | 152:1-152:9 | 189:5-189:8 |
| 95:3-96:12 | 152:21-152:24 | 189:11-189:12 |
| 98:23-99:3 | 153:7-154:24 | 189:13-189:18 |
| 99:3-99:24 | 155:15-156:19 | 189:19-189:23 |
| 99:25-100:10 | 156:20-156:24 | 190:1-190:4 |
| 100:13-100:15 | 156:25-157:13 | 190:7 |
| 100:19-101:4 | 165:25-167:21 | 190:8-190:15 |
| 101:5-1001:11 | 169:5-169:8 | 190:22-191:8 |
| 101:10-109:24 | 169:10-169:12 | 201:25-202:7 |
| 110:6-110:15 | 170:7-171:3 | 202:9-202:19 |
| 112:19-133:9 | 171:4-172:13 | 202:21-203:14 |
| 136:2-136:9 | 173:5-173:10 | |
| 138:3-138:24 | 173:15-174:7 | |

**24.**    **Curfman, Gregory, MD        11/21/05**

| | | |
|---|---|---|
| 12:13 – 12:14 | 61:10 – 62:4 | 71:19 – 72:1 |
| 13:5 – 16:18 | 62:6 – 62:16 | 72:3 – 72:8 |
| 17:22 – 18:3 | 62:17 – 62:19 | 72:9 – 73:13 |
| 20:22 – 22:1 | 62:20 – 63:10 | 73:14 – 73:18 |
| 22:2 – 22:14 | 66:7 – 66:17 | 73:21 – 74:23 |
| 23:2 – 24:12 | 66:18 – 67:19 | 73:24 – 74:24 |
| 26:3 – 26:15 | 67:20 – 67:24 | 75:7 – 75:15 |
| 26:17 – 27:11 | 68:2 – 68:6 | 75:21 – 75:22 |
| 44:1 – 46:3 | 68:9 – 68:11 | 75:24 – 78:17 |
| 46:8 – 48:8 | 68:13 – 68:22 | 80:20 – 81:3 |
| 54:5 – 54:9 | 68:24 – 69:1 | 81:5 – 81:9 |
| 54:11 – 54:21 | 69:3 – 69:5 | 84:14 – 84:18 |
| 55:16 – 58:15 | 69:22 – 70:1 | 85:13 – 86:2 |
| 59:8 – 59:22 | 70:2 – 70:23 | 87:1 – 87:18 |
| 59:24 – 59:24 | 71:1 – 71:1 | 87:20 – 87:21 |
| 60: 1 – 61:2 | 71:9 – 71:18 | 88:6 – 89:15 |

| | | |
|---|---|---|
| 89:17 – 90:23 | 157:7 – 158:5 | 263:21 – 264:16 |
| 91:1 – 92:9 | 164:20 – 164:24 | 264:18 – 265:7 |
| 92:11 – 92:17 | 165:3 – 165:3 | 267:15 – 269:6 |
| 92:19 – 93:2 | 165:5 – 165:20 | 269:7 – 269:16 |
| 93:4 – 93:20 | 165:23 – 166:14 | 269:19 – 270:6 |
| 93:23 – 94:2 | 166:16 – 167:12 | 270:8 – 274:1 |
| 94:4 – 95:1 | 167:14 – 168:23 | 274:3 – 275:17 |
| 95:14 – 95:15 | 169:1 – 169:9 | 275:19 – 277:8 |
| 95:18 – 97:11 | 169:11 – 169:11 | 279:15 – 280:23 |
| 97:13 – 97:14 | 169:12 – 169:18 | 281:1 – 281:8 |
| 98:8 – 98:19 | 187:2 – 187:23 | 281:10 – 281:16 |
| 98:23 – 99:23 | 190:15 – 191:4 | 281:18 – 283:1 |
| 100:13 – 101:8 | 191:13 – 191:21 | 283:3 – 283:14 |
| 104:13 – 104:19 | 191:23 – 192:10 | 283:16 – 284:16 |
| 104:21 – 105:5 | 192:18 – 193:2 | 284:19 – 285:1 |
| 105:7 – 105:22 | 193:14 – 195:9 | 285:4 – 285:14 |
| 105:24 – 106:23 | 195:12 – 196:10 | 285:17 – 285:24 |
| 110:6 – 110:8 | 196:17 – 197:17 | 286:3 – 286:14 |
| 110:13 – 111:2 | 198:4 – 198:7 | 287:11 – 287:14 |
| 111:23 – 112:7 | 198:9 – 200:6 | 287:16 |
| 112:9 – 112:12 | 204:7 – 206:10 | 288:4 – 289:1 |
| 112:23 – 113:5 | 219:7 – 220:16 | 289:9 – 289:24 |
| 113:7 – 113:17 | 221:3 – 224:24 | 290:2 – 290:14 |
| 119:4 – 120:13 | 225:11 – 225:22 | 290:16 – 290:20 |
| 121:16 – 122:6 | 226:23 – 229:5 | 290:22 |
| 124:4 – 126:1 | 236:22 – 238:5 | 291:3 – 291:7 |
| 126:3 – 126:15 | 238:7 – 239:4 | 291:8 – 291:13 |
| 127:2 – 127:22 | 240:2 – 241:5 | 291:15 – 291:17 |
| 128:6 – 128:13 | 241:6 – 245:12 | 292:24 – 293:5 |
| 128:15 – 128:21 | 250:19 – 251:1 | 293:8 – 294:6 |
| 130:4 – 130:8 | 255:9 – 255:19 | 294:8 – 294:13 |
| 141:20 – 143:14 | 259:4 – 259:19 | 305:3 – 306:2 |
| 143:24 – 144:2 | 259:21 – 261:9 | 306:10 – 308:5 |
| 144:4 – 144:20 | 261:11 – 262:4 | 307:7 – 308:8 |
| 148:19 – 148:20 | 262:6 – 262:9 | 308:10 – 309:2 |
| 148:23 – 149:14 | 262:12 – 263:10 | 309:19 – 310:9 |
| 151:10 – 152:24 | 263:12 – 263:17 | 320:2 – 322:21 |

**25.     Curfman, Gregory, MD         1/24/06**

| | | |
|---|---|---|
| 43:15 – 43:21 | 131:19 – 132:1 | 260:14 – 261:13 |
| 45:21 – 46:11 | 176:1 – 177:1 | 263:21 – 264:11 |
| 69:5 – 70:16 | 177:10 – 179:3 | 264:19-264:23 |
| 122:20 – 123:9 | 187:17 – 188:12 | 265:2-265:18 |
| 123:16 – 125:7 | 188:16 – 191:7 | 265:20-270:3 |
| 131:10 – 131:14 | 248:12 – 249:10 | 272:19-272:5 |

| | | |
|---|---|---|
| 273:12-274:16 | 297:12-297:15 | 309:22-311:5 |
| 276:9-282:8 | 298:10-298:15 | 311:24-313:7 |
| 282:16-283:17 | 298:17-299:2 | 313:16-313:22 |
| 285:20-285:24 | 299:4-299:8 | 316:1-317:19 |
| 286:15-286:18 | 299:16-299:18 | 318:17-319:21 |
| 286:21-288:17 | 300:23-301:15 | 319:24-320:2 |
| 290:7-290:17 | 305:20-305:23 | 320:24-322:8 |
| 290:20-293:24 | 306:12-307:11 | 322:14-323:16 |
| 296:5-296:10 | 308:11-309:13 | |

## 26.    **Daniels, Brian**        **10/20/2004**

| | | |
|---|---|---|
| 9:7 – 9:11 | 157:17 – 160:1 | 327:19 – 329:12 |
| 9:20 – 10:21 | 160:23 – 162:9 | 337:7 – 340:8 |
| 11:8 – 11:24 | 162:10 – 167:3 | 341:10 – 348:1 |
| 12:17 – 13:18 | 169:18 – 171:4 | 348:5 – 349:22 |
| 15:14 – 15:24 | 175:17 – 177:14 | 349:23 – 352:1 |
| 21:10 – 23:2 | 182:11 – 188:22 | 352:12 – 354:5 |
| 23:19 – 25:22 | 189:20 – 196:14 | 358:9 – 359:5 |
| 26:8 – 26:24 | 196:16 – 197:24 | 359:21 – 360:19 |
| 30:16 – 31:7 | 203:17 – 208:23 | 360:21 – 363:5 |
| 33:22 – 35:14 | 208:24 – 212:20 | 363:10 – 366:8 |
| 53:2 – 57:10 | 215:17 – 215:23 | 369:8 – 370:19 |
| 60:21 – 64:13 | 217:24 – 218:21 | 371:13 – 385:18 |
| 66:13 – 70:23 | 219:6 – 223:13 | 386:11 – 388:8 |
| 73:6 – 73:12 | 228:6 – 229:5 | 389:2 – 394:1 |
| 73:17 – 77:20 | 230:10 – 232:9 | 395:4 – 401:16 |
| 79:15 – 81:9 | 232:12 – 249:20 | 402:8 –402:17 |
| 101:7 – 101:21 | 252:1 – 257:15 | 410:22 – 413:20 |
| 102:19 – 106:2 | 259:2 – 262:18 | 416:6 – 417:20 |
| 121:22 – 123:15 | 263:22 – 264:21 | 420:22 – 426:18 |
| 129:12 – 132:12 | 267:6 – 268:4 | 429:3 – 430:14 |
| 134:1 – 134:12 | 268:15 – 270:5 | 434:13 – 435:3 |
| 136:17 – 139:15 | 270:10 – 272:10 | 435:9 – 436:16 |
| 143:4 – 144:1 | 290:7 – 293:11 | 442:11 – 450:1 |
| 144:15 – 145:11 | 297:21 – 298:16 | 453:5 – 460:6 |
| 145:13 – 146:3 | 301:19 – 311:17 | 461:1 – 465:9 |
| 150:11 – 155:13 | 315:22 – 323:10 | 465:15 – 474:23 |
| 156:13 – 157:10 | 323:12 – 325:4 | 481:8 – 486:5 |

## 27.    **Dingas, Jude**

Entire deposition transcript.

**28.** __Dixon, Wendy__          __1/19/2005__

| | | |
|---|---|---|
| 19:18 – 19:21 | 155:12 – 155:15 | 373:4 – 373:8 |
| 25:23 – 26:2 | 171:12 – 171:23 | 374:7 – 374:12 |
| 31:17 – 31:22 | 172:14 – 172:25 | 383:23 – 384:1 |
| 32:7 – 32:21 | 174:13 – 174:17 | 384:20 – 384:25 |
| 32:25 – 33:8 | 175:25 – 176:12 | 388:11 – 389:2 |
| 33:11 | 181:1 – 181:2 | 390:16 – 391:1 |
| 34:11 – 34:14 | 181:13 – 182:6 | 393:22 – 394:4 |
| 34:17 | 182:7 – 182:19 | 394:7 – 394:9 |
| 35:16 – 35:24 | 183:1 – 183:11 | 394:12 – 394:20 |
| 60:23 – 61:1 | 183:13 – 183:23 | 395:25 – 396:11 |
| 61:5 – 61:11 | 185:2 – 185:12 | 397:4 – 397:10 |
| 61:19 – 61:23 | 185:25 – 186:16 | 397:18 – 398:8 |
| 62:10 – 63:8 | 187:2 – 187:5 | 398:10 – 399:3 |
| 64:7 – 64:11 | 188:13 – 188:16 | 399:6 – 399:11 |
| 64:15 – 64:20 | 189:19 – 190:11 | 399:14 – 400:3 |
| 72:22 – 72:24 | 190:14 – 190:15 | 400:6 – 400:16 |
| 73:3 – 73:5 | 192:23 – 193:5 | 401:7 – 401:20 |
| 76:2 – 76:4 | 195:7 – 195:12 | 402:14 – 403:4 |
| 79:25 – 80:11 | 230:1 – 230:6 | 404:18 – 405:2 |
| 80:18 – 80:25 | 230:9 – 230:14 | 405:5 – 405:12 |
| 81:1 – 81:3 | 238:14 – 238:15 | 405:19 – 405:25 |
| 82:6 – 82:7 | 239:15 – 239:17 | 411:14 – 411:21 |
| 82:10 – 82:12 | 239:20 – 240:8 | 411:24 – 412:4 |
| 86:12 – 86:17 | 241:10 – 241:14 | 412:7 – 412:12 |
| 87:17 – 88:3 | 242:1 – 242:7 | 412:22 – 412:24 |
| 89:22 – 89:25 | 242:10 – 242:16 | 413:3 – 414:25 |
| 90:3 – 90:4 | 247:20 – 247:25 | 419:13 – 420:9 |
| 100:18 – 101:1 | 279:24 – 279:25 | 423:25 – 424:13 |
| 104:3 – 104:5 | 304:13 – 304:15 | 424:18 – 425:1 |
| 104:8 | 307:9 – 307:19 | 426:12 – 426:19 |
| 105:2 - 105:4 | 309:23 – 310:11 | 426:25 – 427:8 |
| 105:11 – 105:13 | 324:15 – 325:3 | 429:25 – 431:6 |
| 118:16 – 118:22 | 326:10 – 326:21 | 432:20 – 433:12 |
| 119:1 – 120:6 | 327:17 – 327:20 | 433:19 – 434:19 |
| 120:18 – 121:10 | 328:9 – 328:12 | 435:9 – 435:13 |
| 139:12 – 139:17 | 329:3 – 329:12 | 412:22 – 413:1 |
| 140:20 – 140:23 | 347:16 – 350:2 | 418:10 – 418:21 |
| 140:25 – 141:1 | 350:7 – 350:18 | 419:13 – 420:8 |
| 142:4 – 142:7 | 350:22 – 351:2 | 427:12 – 427:16 |
| 142:16 – 142:24 | 351:5 – 351:11 | 429:15 – 430:12 |
| 143:3 – 143:13 | 351:13 – 352:7 | 432:8 – 433:12 |
| 147:2 – 147:25 | 352:21 – 353:9 | 435:9 – 435:22 |
| 148:4 – 149:9 | 364:18 – 365:7 | 436:3 – 436:15 |
| 151:10 – 151:25 | 365:13 – 365:23 | 442:8 – 442:17 |

443:5 – 443:14                458:17 – 458:22

**29.    Dixon, Wendy              2/18/2005**

| | | |
|---|---|---|
| 512:3 – 512:4 | 529:3 – 529:16 | 568:2 – 568:21 |
| 512:11 – 512:13 | 530:7 – 530:25 | 569:24 – 571:8 |
| 514:19 – 515:5 | 531:22 – 531:25 | 600:15 – 600:19 |
| 516:11 – 516:15 | 532:12 – 532:24 | 602:23 – 603:25 |
| 517:14 – 517:17 | 534:10 - 534:19 | 607:6 – 607:20 |
| 518:4 – 519:10 | 534:24 – 535:10 | 608:5 – 608:16 |
| 520:15 – 521:3 | 548: 9 – 548:20 | 608:20 – 608:23 |
| 521:8 – 521:11 | 549:16 – 549:23 | 617:7 – 618:12 |
| 522:13 – 522:17 | 565:4 – 565:7 | 619:9 – 619:24 |
| 523:22 | 565: 14 – 566:3 | 620:4 – 621:3 |
| 524:1 – 524:13 | 566:4 – 567:8 | |
| 526:4 – 526:11 | 567:15 – 567:23 | |

**30.    Dumas, Jarrod        4/2/2004**

8:7 – 211:11

**31.    Dunn , James R. Vol I        11/7/2002**

| | | |
|---|---|---|
| 6:13 – 6:15 | 53:6 – 53:17 | 97:15 – 98:8 |
| 8:8 – 8:9 | 53:18 – 54:24 | 99:2 – 100:25 |
| 8:12 – 9:3 | 56:14 – 56:22 | 101:1 – 101:14 |
| 9:6 – 9:11 | 57:8 – 58:3 | 101:15 – 102:14 |
| 9:15 – 9:16 | 60:16 – 63:15 | 102:15 – 104:16 |
| 9:18 – 9:23 | 63:16 – 65:6 | 104:17 – 105:1 |
| 11:2 – 11:14 | 67:2 – 67:12 | 105:2 – 105:16 |
| 11:18 – 11:19 | 67:13 – 67:19 | 105:17 – 106:4 |
| 23:9 – 23:16 | 67:20 – 68:22 | 106:5 – 106:14 |
| 26:18 – 28:8 | 68:23 – 70:9 | 106:15 – 106:25 |
| 36:14 – 36:20 | 71:6 – 73:10 | 107:7 – 107:19 |
| 37:14 – 37:21 | 74:3 – 74:14 | 107:20 – 108:11 |
| 40:6 – 40:15 | 74:19 – 75:13 | 108:13 – 108:19 |
| 41:2 – 41:10 | 75:14 – 76:2 | 108:20 – 109:9 |
| 41:15 – 41:22 | 76:8 – 78:7 | 109:15 – 110:6 |
| 42:21 – 42:24 | 78:8 – 78:23 | 110:7 – 110:20 |
| 42:25 – 43:10 | 82:8 – 85:13 | 110:21 – 111:19 |
| 44:6 – 45:3 | 86:2 – 92:22 | 113:24 – 114:18 |
| 45:18 – 46:2 | 93:3 – 93:9 | 115:8 – 116:7 |
| 46:9 – 46:23 | 93:17 – 94:3 | 116:8 – 116:21 |
| 48:8 – 49:4 | 94:11 – 94:18 | 116:22 – 117:12 |
| 50:14 – 51:8 | 94:19 – 97:2 | 117:17 – 118:12 |
| 52:4 – 52:21 | 97:4 – 97:14 | 118:15 – 118:20 |

| | | |
|---|---|---|
| 118:21 – 119:12 | 128:8 – 129:5 | 158:20 – 159:4 |
| 119:19 – 120:6 | 129:6 – 129:14 | 159:19 – 160:2 |
| 120:7 – 120:15 | 129:19 – 130:4 | 160:3 – 160:20 |
| 120:16 – 120:22 | 130:5 – 130:19 | 161:22 – 162:3 |
| 120:23 – 121:9 | 131:18 – 132:5 | 162:4 – 162:13 |
| 121:10 – 121:22 | 132:13 – 132:18 | 163:8 – 163:23 |
| 121:23 – 122:6 | 133:6 – 134:6 | 164:11 – 166:7 |
| 122:7 – 122:14 | 134:7 – 135:24 | 166:19 – 167:10 |
| 122:15 – 124:4 | 136:9 – 136:25 | 170:15 – 170:23 |
| 124:13 - 124:20 | 138:1 – 138:15 | 171:12 - 173:6 |
| 124:21 – 125:14 | 138:16 – 139:8 | 175:9 – 175:13 |
| 125:15 – 125:24 | 145:8 – 146:15 | 175:14 – 175:21 |
| 125:25 – 126:15 | 148:1 – 148:7 | 176:5 – 177:15 |
| 126:16 – 127:9 | 149:19 – 148:20 | 179:10 – 181:2 |
| 127:10 – 127:13 | 153:6 – 153:15 | 182:3 – 182:24 |
| 127:19 – 128:2 | 154:23 - 157:7 | |
| 128:3 – 128:7 | 158:7 – 158:12 | |

**32.   Dunn , James R. Vol. II       2/21/2003**

| | | |
|---|---|---|
| 4:8 – 4:10 | 54:6 – 54:11 | 119:2 – 121:21 |
| 5:11 – 5:20 | 56:11 – 56:23 | 124:11 – 125:5 |
| 5:21 – 5:25 | 56:24 – 57:13 | 125:6 – 127:7 |
| 7:13 – 7:22 | 57:16 – 58:14 | 127:24 – 129:17 |
| 8:10 – 8:13 | 59:9 – 60:16 | 129:18 – 130:3 |
| 8:14 – 8:25 | 65:20 – 66:11 | 131:5 – 131:9 |
| 10:7 – 10:18 | 66:12 – 67:11 | 131:10 – 131:24 |
| 11:2 – 11:10 | 69:7 – 69:15 | 132:22 – 133:8 |
| 14:4 – 14:13 | 69:16 – 72:9 | 134:11 - 136:6 |
| 15:23 – 17:13 | 73:5 – 74:15 | 143:10 - 144:15 |
| 18:25 – 19:12 | 75:15 – 77:4 | 146:7 - 146:17 |
| 20:3 – 20:7 | 77:12 – 77:18 | 146:21 - 147:11 |
| 24:18 – 26:3 | 77:25 – 78:6 | 147:12 - 148:9 |
| 27:9 – 27:13 | 80:12 – 80:25 | 148:13 - 149:5 |
| 29:25 – 30:6 | 81:15 – 82:7 | 149:6 - 150:8 |
| 30:7 – 30:20 | 90:9 – 91:8 | 151:15 - 151:18 |
| 39:16 – 40:16 | 94:8 – 95:23 | 151:19 - 151:25 |
| 42:22 – 45:23 | 96:6 – 97:20 | 154:9 - 155:5 |
| 47:12 – 47:17 | 97:21 – 101:11 | 156:16 - 157:6 |
| 48:2 – 48:5 | 103:23 – 109:21 | 162:16 - 164:5 |
| 48:23 – 49:23 | 113:11 – 115:5 | 164:6 - 164:18 |
| 51:23 – 52:18 | 116:23 – 117:14 | |
| 52:19 – 53:23 | 117:23 – 118:11 | |

**33.**    **Dunn, James**          **10/7/05**

| | | |
|---|---|---|
| 9:3 – 10:4 | 292:12 – 292:20 | 299:4 – 299:13 |
| 12:2 – 12:5 | 292:23 – 295:7 | 304:5 – 305:22 |
| 12:8 – 12:12 | 295:9 – 297:11 | |
| 291:7 – 291:14 | 298:24 – 299:2 | |

**34.**    **Ehrich, Elliott**      **10/21/2004**

| | | |
|---|---|---|
| 9:13 - 9:14 | 59:7 - 61:7 | 112:16 - 113:15 |
| 10:12 - 10:22 | 65:18 - 66:12 | 114:16 - 116:14 |
| 17:2 - 19:19 | 67:12 - 67:24 | 117:15 - 119:8 |
| 21:14 - 24:7 | 88:17 - 88:22 | 122:11 - 125:2 |
| 28:13 - 30:9 | 89:14 - 92:3 | 126:24 - 130:9 |
| 33:23 - 35:20 | 92:21 - 93:13 | 140:13 - 141:22 |
| 36:12 - 37:21 | 94:13 - 95:13 | 144:21 - 146:20 |
| 40:9 - 40:19 | 97:1 - 98:20 | 149:18 - 151:22 |
| 44:2 - 44:23 | 99:19 - 100:14 | 153:23 - 161:14 |
| 53:15 - 56:5 | 108:5 - 112:5 | 164:12 - 166:9 |

**35.**    **Epstein, Stephen**      **5/30/06**

| | | |
|---|---|---|
| 13:5 – 13:7 | 56:7 – 56:14 | 99:8 – 99:9 |
| 13:12 – 15:24 | 58:2 – 58:16 | 100:4 – 100:23 |
| 16:2 – 17:15 | 59:3 – 59:24 | 104:18 – 105:10 |
| 17:19 – 24:12 | 60:10 – 61:3 | 108:8 – 108:9 |
| 24:19 – 25:2 | 61:14 – 61:15 | 108:16 – 109:11 |
| 25:20 – 26:3 | 61:18 – 61:24 | 109:20 – 110:3 |
| 26:12 – 28:24 | 62:7 – 63:5 | 112:22 – 113:16 |
| 29:6 – 29:18 | 65:8 – 69:23 | 115:11 – 115:22 |
| 30:2 – 30:12 | 70:10 – 70:14 | 116:8 – 116:11 |
| 31:15 – 32:10 | 71:11 – 71:22 | 116:14 – 119:3 |
| 32:12 – 32:23 | 72:2 – 73:10 | 119:7 – 120:20 |
| 33:20 – 33:24 | 75:16 – 76:22 | 120:23 – 120:23 |
| 36:12 – 37:8 | 77:15 – 77:23 | 123:4 – 123:5 |
| 37:11 – 38:13 | 79:19 – 83:3 | 123:18 – 123:23 |
| 41:17 – 42:19 | 85:1 – 85:2 | 124:12 – 124:16 |
| 42:23 – 43:1 | 85:4 – 87:10 | 124:19 – 125:22 |
| 43:5 – 43:12 | 88:12 – 88:15 | 126:1 – 126:10 |
| 43:15 – 43:15 | 88:17 – 89:23 | 131:13 – 131:21 |
| 51:2 – 51:6 | 91:15 – 91:19 | 134:4 – 134:9 |
| 51:19 – 52:5 | 92:22 – 93:4 | 140:18 – 141:13 |
| 53:16 – 54:7 | 93:10 – 93:13 | 141:19 – 142:19 |
| 54:11 – 54:16 | 93:17 – 93:17 | 207:17 – 207:22 |
| 55:11 – 55:12 | 93:20 – 94:1 | 210:8 – 212:5 |
| 55:14 – 55:15 | 97:10 – 97:19 | 228:7 – 229:2 |

| | | |
|---|---|---|
| 230:12 – 231:14 | 240:16 – 241:3 | 267:21 – 267:22 |
| 237:20 – 238:19 | 263:14 – 264:2 | 290:13 – 290:16 |
| 238:22 – 239:4 | 264:5 – 264:7 | 291:3 – 291:8 |
| 239:22 – 240:3 | 264:20 – 265:18 | 292:6 – 292:17 |
| 240:6 – 240:13 | 266:11 – 267:18 | 293:4 – 293:13 |

**36.** __Farquhar, John MD__

Plaintiff will serve upon Defendant page and line designations after deposition is taken.

**37.** __Fries, James__       **6/16/06**

| | | |
|---|---|---|
| 11:8 – 14:6 | 38:11 – 38:14 | 80:12 – 82:5 |
| 17:4 – 17:11 | 39:14 – 39:24 | 82:9 – 83:17 |
| 18:3 – 18:15 | 40:5 – 40:16 | 86:13 – 87:8 |
| 18:16 – 18:22 | 40:17 – 40:19 | 89:1 – 89:9 |
| 19:2 – 19:23 | 40:22 – 41:24 | 89:12 – 89:14 |
| 20:9 – 20:12 | 42:3 – 42:4 | 89:15 – 92:8 |
| 20:18 – 20:20 | 43:11 – 44:14 | 94:21 – 95:10 |
| 20:22 – 21:11 | 44:16 – 45:10 | 109:4 – 109:17 |
| 21:13 – 21:23 | 46:6 – 46:20 | 168:13 – 168:22 |
| 22:12 – 25:8 | 46:22 – 47:13 | 169:19 – 170:22 |
| 26:22 – 26:24 | 49:3 – 53:5 | 180:20 – 185:21 |
| 34:4 – 35:1 | 54:21 – 57:19 | 186:7 – 190:3 |
| 35:20 – 36:1 | 58:7 – 59:1 | 190:11 – 191:10 |
| 36:3 – 36:20 | 59:17 – 60:17 | 191:17 – 191:23 |
| 37:9 – 37:17 | 68:19 – 70:13 | 194:17 – 195:17 |
| 37:19 – 38:9 | 75:10 – 75:20 | 206:6 – 207:5 |

**38.** __Gertz, Barry__       **8/27/2003**

| | | |
|---|---|---|
| 7:24 - 7:25 | 58:11 - 60:18 | 115:10 - 115:15 |
| 8:9 - 8:11 | 61:16 - 63:20 | 116:11 - 118:16 |
| 20:5 - 20:20 | 64:4 - 65:23 | 122:23 - 124:8 |
| 21:20 - 24:15 | 66:5 - 68:19 | 125:16 - 127:5 |
| 25:9 - 26:2 | 70:4 - 71:3 | 127:7 - 129:9 |
| 26:21 - 28:16 | 71:16 - 74:19 | 130:4 - 130:15 |
| 30:24 - 31:24 | 77:2 - 83:21 | 130:20 - 131:12 |
| 32:23 - 32:25 | 84:10 - 85:21 | 133:6 - 133:19 |
| 34:16 - 40:21 | 95:21 - 96:14 | 137:6 - 139:19 |
| 41:8 - 41:25 | 97:20 - 99:25 | 149:2 - 150:7 |
| 42:20 - 43:25 | 106:7 - 107:15 | 166:16 - 172:14 |
| 44:5 - 51:9 | 108:9 - 108:12 | |
| 51:15 - 53:17 | 110:10 - 110:19 | |
| 54:11 - 55:5 | 111:9 - 115:5 | |

**39.**   **Gertz, Barry**          **8/15/2005**

| | | |
|---|---|---|
| 15:6 – 16:9 | 161:8 – 162:3 | 308:7 – 309:11 |
| 23:16 – 25:3 | 164:23 – 165:11 | 315:13 – 316:8 |
| 26:5 – 27:8 | 166:19 – 167:4 | 323:11 – 334:23 |
| 27:18 – 29:4 | 167:12 – 169:20 | 347:13 – 349:19 |
| 29:20 – 36:22 | 170:17 – 171:10 | 359:8 – 359:11 |
| 38:15 – 45:16 | 179:5 – 179:16 | 361:2 – 362:5 |
| 46:17 – 42:21 | 180:13 – 182:13 | 367:15 – 373:25 |
| 47:10 – 53:1 | 182:20 – 183:11 | 382:2 – 384:8 |
| 55:1 – 62:5 | 184:22 – 184:25 | 428:17 – 428:23 |
| 65:9 – 67:8 | 187:3 – 190:11 | 451:17 – 459:6 |
| 70:24 – 71:13 | 191:17 – 193:19 | 471:11 – 471:24 |
| 71:19 – 75:11 | 194:11 – 196:9 | 477:12 – 485:19 |
| 77:6 – 78:6 | 197:5 – 197:8 | 487:6 – 494:3 |
| 80:1 – 81:14 | 198:11 – 198:16 | 495:22 – 496:2 |
| 82:6 – 82:25 | 201:15 – 201:23 | 496:9 – 500:14 |
| 84:20 – 85:17 | 206:1 – 207:5 | 501:7 – 525:17 |
| 86:5 – 89:1 | 209:3 – 217:13 | 526:5 – 536:22 |
| 92:16 – 98:8 | 218:1 – 218:7 | 537:6 – 540:10 |
| 101:13 – 103:15 | 221:2 – 223:6 | 541:3 – 548:15 |
| 107:17 – 117:9 | 246:23 – 249:12 | 549:14 – 556:25 |
| 118:7 – 118:21 | 249:18 – 254:2 | 560:13 - 560:23 |
| 119:6 – 125:5 | 255:3 – 256:10 | 564:16 – 571:19 |
| 126:9 – 135:7 | 262:15 – 266:11 | 578:9 – 583:6 |
| 135:22 – 140:7 | 267:3 – 267:13 | 584:3 – 604:11 |
| 141:2 – 141:20 | 269:17 – 278:9 | 605:11 – 632:5 |
| 142:5 – 149:23 | 280:1 – 283:20 | 632:15 – 632:21 |
| 151:9 – 153:23 | 286:2 – 286:24 | 636:14 – 636:18 |
| 154:5 – 156:6 | 291:1 – 296:10 | 642:2 – 652:18 |
| 157:3 – 157:19 | 296:24 – 298:7 | |
| 158:12 – 159:5 | 298:19 – 299:5 | |
| 159:22 – 160:11 | 303:6 – 304:22 | |

**40.**   **Gilmartin, Raymond**        **3/24/2005**

| | | |
|---|---|---|
| 15:22 - 16:21 | 47:17 - 55:18 | 97:9 - 105:3 |
| 17:8 - 17:12 | 56:20 - 60:8 | 109:16 - 110:25 |
| 19:8 - 19:15 | 61:13 - 62:3 | 114:6 - 116:17 |
| 20:6 - 20:19 | 64:3 - 68:1 | 117:11 - 118:15 |
| 21:10 - 21:25 | 79:1 - 79:24 | 120:20 - 120:24 |
| 22:6 - 25:12 | 80:21 - 81:6 | 122:23 - 125:25 |
| 25:16 - 27:6 | 81:20 | 128:7 - 132:14 |
| 29:6 - 29:15 | 81:21 - 84:16 | 136:8 - 140:10 |
| 33:16 - 34:19 | 86:19 - 89:22 | 141:6 - 141:24 |
| 45:17 - 47:9 | 90:11 - 95:16 | 142:9 - 144:18 |

144:20 - 147:2
147:11 - 147:20
151:25 - 154:12
158:20 - 159:1
160:11 - 160:20
175:15 - 189:7
189:9 - 189:17
189:18 - 191:13
213:8 - 213:11
217:22 - 218:5
221:20 - 221:25
225:13 -225:17
229:14 - 229:19
230:5 - 230:25

231:2 - 231:10
232:2 - 232:6
237:2 - 237:21
238:2 - 240:6
242:8 - 244:9
244:24 - 245:2
245:11 - 256:2
257:2 - 258:5
259:7 - 260:18
268:16 - 269:8
270:7 - 278:7
286:22 - 301:19
307:22 - 310:23
311:13 - 313:2

315:20 - 318:11
319:18 - 322:23
323:18 - 334:11
335:3 - 336:16
337:8 - 338:12
338:24 - 344:16
346:24 - 347:8
350:7 - 361:13
362:1 - 378:4
378:17 - 383:13
385:2 - 399:4
403:14 - 405:8

**41.    Gilmartin, Raymond        4/11/2005**

424:19 - 424:21
425:15 - 429:11
429:20 - 464:19
465:12 - 476:9
478:13 - 482:21
483:18 - 485:11
486:9 - 489:1
491:2 - 513:23
514:25 - 539:16
541:2 - 546:23
548:3 - 548:13
548:15 - 552:24
553:11 - 554:17
554:18 - 557:3
557:19 - 564:12
564:25 - 573:25

575:11 - 578:14
579:6 - 594:20
595:20 - 598:5
598:19 - 609:11
610:6 - 612:3
612:22 - 622:25
625:1 - 626:19
626:22 - 629:3
629:4 - 630:25
632:24 - 644:23
645:10 - 658:7
659:8 - 659:18
661:2 - 666:1
681:7 - 682:1
683:5 - 683:15
711:20 - 718:2

718:7 - 718:12
721:21 - 729:9
729:18 - 738:4
740:4 - 747:8
747:10 - 750:3
754:17 - 765:9
772:23 - 773:3
780:10 - 780:19
785:17 - 788:5
801:14 - 804:8
809:20 - 811:22
813:6 - 817:20
826:24 - 831:13
837:11 - 838:15
842:7 - 842:23
846:15 - 847:2

**42.    Gilmartin, Raymond        4/18/2005**

14:20 - 15:6
31:11-13
31:16 - 32:24
33:4
33:7 - 34:2
34:5-22
35:1 - 36:8
36:11 - 37:4
37:7-15
38:21 - 40:4

40:7 - 41:15
41:18 - 42:5
42:8 - 44:23
45:3 - 46:24
46:3 - 47:12
47:15-21
47:24 - 48:5
48:8-14
48:17 - 49:4
49:7-15

49:20 - 50:4
50:9-24
51:3-18
51:21 - 52:10
53:13-21
54:4 - 93:14
94:3 - 99:17
101:2 - 101:9
106:5 - 114:3
200:13 - 221:14

| | | |
|---|---|---|
| 225:19 - 228:21 | 302:14 - 309:8 | 457:3 - 465:19 |
| 232:5 - 252:24 | 309:15 - 337:19 | 465:22 - 466:12 |
| 254:11 - 263:2 | 338:24 - 341:6 | 466:15 - 467:15 |
| 269:23 - 272:7 | 341:19 - 357:4 | 468:1 - 476:3 |
| 273:2 - 281:16 | 388:9 - 439:4 | 476:7 - 480:10 |
| 282:14 - 294:15 | 440:13 - 441:4 | 481:11 - 487:8 |
| 298:8 - 301:17 | 445:12 - 456:7 | 487:10 - 502:15 |

**43.    Gilmartin, Raymond        6/17/2005**

921:2 – 1205:2

**44.    Graham, David        5/9/06**

| | | |
|---|---|---|
| 33:23 – 34:1 | 110:19 – 115:2 | 178:13 – 178:21 |
| 34:8 – 34:10 | 115:5 – 117:18 | 178:23 – 179:6 |
| 35:13 – 38:1 | 118:18 – 120:12 | 182:6 – 182:13 |
| 39:8 – 40:2 | 120:18 – 121:1 | 186:1 – 186:17 |
| 40:20 – 41:13 | 121:9 | 186:21 – 187:17 |
| 41:18 – 44:22 | 121:13 – 122:6 | 187:23 – 188:13 |
| 47:8 – 48:11 | 123:5 – 124:10 | 192:24 – 196:21 |
| 60:9 – 60:13 | 124:17 – 124:18 | 203:14 – 205:23 |
| 61:5 – 63:7 | 124:20 – 124:23 | 222:11 – 222:14 |
| 63:15 – 64:16 | 133:3 – 133:9 | 222:16 – 222:20 |
| 65:14 – 66:6 | 133:12 – 133:19 | 222:22 – 224:5 |
| 66:22 – 68:3 | 134:3 – 137:23 | 463:2 – 463:13 |
| 69:9 – 69:18 | 138:3 – 141:6 | 463:16 – 463:18 |
| 70:11 – 70:14 | 141:8 – 143:10 | 509:13 – 511:6 |
| 73:14 – 74:9 | 143:14 – 143:18 | 515:10 – 516:6 |
| 74:13 – 75:24 | 143:20 – 152:10 | 516:7 – 517:12 |
| 76:5 – 76:7 | 152:21 – 153:13 | 517:15 – 517:20 |
| 80:19 – 81:4 | 153:18 – 155:11 | 517:21 – 518:14 |
| 82:18 – 82:24 | 158:7 – 159:8 | 561:21 – 561:22 |
| 83:2 – 83:9 | 159:17 – 168:1 | 562:11 – 562:18 |
| 83:13 – 84:10 | 169:16 – 171:23 | 563:2 – 563:13 |
| 84:20 – 86:18 | 172:2 – 172:3 | 564:12 |
| 89:12 – 89:23 | 172:6 – 173:8 | 564:15 – 565:1 |
| 91:18 – 94:15 | 174:11 – 174:20 | 565:5 – 565:6 |
| 94:19 – 95:3 | 175:1 – 176:24 | |
| 95:5 – 97:17 | 177:5 – 178:11 | |

**45.    Guerigian, John Leo, MD        10/20/06**

Plaintiff will serve upon Defendant page and line designations after deposition is taken.

**46.    Herrera, Esmeraldo, MD        9/14/06**

| | | |
|---|---|---|
| 12:22 – 13:23 | 70:21 – 71:10 | 175:8 – 175:16 |
| 13:24 – 14:16 | 73:18 – 73:25 | 176:2 – 176:9 |
| 15:19 – 16:3 | 88:12 – 89:7 | 178:23 – 179:18 |
| 16:13 – 17:5 | 89:8 – 89:23 | 181:6 – 182:23 |
| 21:19 – 22:11 | 89:24 – 90:2 | 183:4 – 184:19 |
| 22:12 – 22:15 | 103:20 – 104:3 | 185:16 – 186:24 |
| 23:22 – 24:2 | 104:7 – 105:5 | 187:15 – 187:16 |
| 24:14 – 25:3 | 107:16 – 108:2 | 187:16 – 188:1 |
| 24:21 – 25:3 | 114:5 – 114:11 | 188:2 – 190:20 |
| 30:12 – 34:19 | 114:16 – 114:25 | 190:21 – 191:8 |
| 34:22 – 35:15 | 115:7 – 115:16 | 191:23 – 192:9 |
| 36:19 – 36:24 | 147:20 – 147:25 | 192:8 – 192:15 |
| 36:25 – 38:5 | 150:11 – 150:13 | 195:20 – 196:17 |
| 38:22 – 39:16 | 150:19 – 151:2 | 199:10 – 199:20 |
| 50:16 – 50:23 | 151:9 – 151:13 | 200:2 – 200:9 |
| 56:2 – 57:3 | 151:20 – 152:5 | 201:20 – 202:8 |
| 59:15 – 60:15 | 155:14 – 155:18 | |
| 64:18 – 64:21 | 165:22 – 166:14 | |

**47.   Honig, Peter          8/8/2005**

| | | |
|---|---|---|
| 12:2 – 12:23 | 104:15 – 120:2 | 469:14 – 469:23 |
| 13:17 – 41:12 | 120:12 – 125:10 | 470:11 – 498:3 |
| 41:17 – 44:7 | 126:1 – 183:17 | 498:17 – 520:8 |
| 44:9 – 45:5 | 183:25 – 235:18 | 520:21 – 525:23 |
| 45:8 – 46:15 | 236:3 – 277:8 | 526:23 – 536:12 |
| 46:21 – 47:7 | 277:24 – 291:24 | 536:18 – 570:4 |
| 47:16 – 49:14 | 292:20 – 305:14 | 571:1 – 574:10 |
| 50:3 – 50:21 | 305:19-322:16 | 574:20 – 584:14 |
| 51:2 – 57:24 | 322:18 – 338:11 | 584:24 – 595:3 |
| 58:7 – 69:23 | 351:20 – 351:21 | 595:10 – 606:7 |
| 69:25 – 70:17 | 352:5 – 369:8 | 608:10 – 608:18 |
| 71:21 – 75:16 | 370:13 – 377:18 | 609:3 – 615:1 |
| 76:4 – 80:7 | 378:3 – 385:5 | 615:12 – 666:11 |
| 80:14 – 82:14 | 385:10 – 398:7 | 667:1 – 685:1 |
| 82:25 – 84:25 | 400:23 – 443:11 | 685:5 – 698:9 |
| 85:8 – 85:25 | 444:8 – 452:21 | 699:6 – 703:4 |
| 86:4 – 86:13 | 453:2 – 463:16 | |
| 86:22 – 104:11 | 465:12 – 469:4 | |

**48.   Jerman, Jo    1/25/06**

| | | |
|---|---|---|
| 23:2 – 23:4 | 67:3 – 67:13 | 86:23 – 87:6 |
| 66:4 – 66:8 | 69:6 – 70:1 | 87:11 – 87:16 |
| 66:11 – 66:11 | 83:22 – 86:13 | 102:19 – 102:20 |

104:5 – 106:12
106:19 – 106:24
108:2 – 108:5
108:9 – 108:11
109:5 – 109:11
109:14 – 109:14
284:12 – 284:14

284:15 – 284:19
284:24 – 286:2
286:14 – 287:11
288:16 – 289:5
291:16 – 292:3
294:2 – 294:9
294:14 – 294:23

343:7 – 343:8
343:24 – 344:2
344:4 – 345:8
347:13 – 348:3
348:9 – 348:14
348:15 – 348:21
348:22 – 349:6

**49.    Kim, Peter       3/15/2005**

12:13 - 12:15
12:25 - 13:5
19:7 - 20:18
21:25 - 22:9
23:14 - 23:17
25:13 - 25:23
26:3 - 26:8
31:23 - 32:14
33:6 - 33:11
34:1 - 34:4
35:25 - 36:2
36:7 - 36:18
37:13 - 37:20
38:22 - 39:16
40:18 - 42:13
42:21 - 42:23
43:12 - 43:22
45:21 - 47:7
55:7 - 55:14
56:19 - 57:8
57:23 - 58:6
59:13 - 59:15
61:9 - 61:13
61:25 - 62:7
62:18 - 63:13
64:21 - 64:25
65:8 - 65:19
65:23 - 66:1
66:13 - 66:24

68:5 - 69:2
76:18 - 76:20
77:8 - 77:11
77:23 - 78:23
79:13 - 79:22
83:1 - 84:4
84:21 - 84:23
85:7 - 85:9
85:16 - 87:7
87:21 - 90:22
100:4 - 100:16
101:7 - 101:14
106:15 - 106:23
108:11 - 108:15
109:2 - 109:16
110:5 - 111:7
113:22 - 113:24
115:6 - 115:19
119:20 - 119:24
123:19 - 123:20
124:18 - 125:3
126:17- 126:22
127:12 - 127:14
127:19 - 127:21
128:4 - 128:8
128:15 - 128:18
129:5 - 129:13
129:17 - 130:11
130:21 - 131:11

133:2 - 133:14
133:21 - 133:24
134:16 - 135:8
136:18 - 136:25
137:11 - 137:13
174:5 - 178:25
206:21 - 207:1
207:9 - 207:13
207:21 - 207:24
209:6 - 209:16
210:23 - 211:25
212:9 - 212:20
214:4 - 214:9
214:15 - 216:1
216:8 - 217:8
247:10 - 247:18
247:22 - 248:10
248:22 - 249:3
255:2 - 255:19
256:8 - 259:7
260:4 - 260:11
262:1 - 263:23
264:22 - 265:14
267:3 - 268:6
269:1 - 269:15
271:13 - 271:16
272:1 - 272:6

**50.    Kim, Peter       3/16/2005**

336:9 - 338:7
348:6 - 351:5
363:21 - 364:13
364:18 - 364:21

366:1 - 366:3
369:21 - 370:15
370:16 - 371:14
371:24 - 372:11

387:1 - 388:2
389:16 - 390:2
410:14 - 410:17
461:12 – 462:4

| | | |
|---|---|---|
| 478:7 - 479:6 | 591:9 – 591:22 | 598:5 – 599:24 |
| 494:10 – 494:21 | 593:1 – 593:15 | 600:24 – 601:4 |
| 546:10 – 546:16 | 597:8 – 597:10 | 601:10 – 602:3 |
| 546:19 – 547:3 | 597:19 – 597:20 | |

**51.     Kim, Peter         4/8/2005**

| | | |
|---|---|---|
| 647:5 – 649:7 | 705:17 – 706:6 | 751:4 – 751:16 |
| 650:16 – 651:19 | 707:14 – 707:17 | 752:11 – 752:17 |
| 652:7 – 652:18 | 708:14 – 709:18 | 755:12 – 755:25 |
| 653:3 – 653:12 | 710:7 – 710:11 | 756:21 – 757:18 |
| 654:1 – 654:10 | 714:9 – 714:14 | 758:24 – 759:3 |
| 657:20 – 658:4 | 716:15 – 716:19 | 759:4 – 759:10 |
| 658:8 – 658:10 | 718:17 – 719:2 | 759:11 – 759:15 |
| 660:8 – 660:13 | 724:20 – 725:15 | 766:1 – 766:8 |
| 661:1 – 661:3 | 728:2 – 728:25 | 766:14 – 767:1 |
| 661:13 – 662:5 | 729:9 – 729:15 | 786:24 – 787:4 |
| 662:9 – 662:24 | 729:16 – 729:24 | 787:13 – 788:16 |
| 663:14 – 663:15 | 730:2 – 730:15 | 793:14 – 794:3 |
| 663:25 – 664:3 | 731:23 – 732:18 | 825:11 – 825:18 |
| 664:9 – 664:21 | 734:1 – 734:3 | 825:25 – 826:17 |
| 664:22 – 665:8 | 737:3 – 737:11 | 827:7 – 827:21 |
| 667:4 – 667:7 | 738:16 – 739:9 | 828:4 – 830:3 |
| 670:18 – 670:19 | 740:8 – 740:11 | 830:4 – 830:10 |
| 672:1 – 672:6 | 742:15 – 742:19 | 830:21 – 831:15 |
| 672:25 – 673:11 | 743:1 – 743:4 | 831:23 – 836:20 |
| 673:21 – 674:21 | 743:21 – 743:25 | 838:19 – 838:21 |
| 675:10 – 677:1 | 744:15 – 745:5 | 858:12 – 860:14 |
| 702:10 – 702:24 | 745:24 – 746:5 | 861:3 – 862:2 |
| 703:21 – 704:11 | 749:14 – 749:18 | 862:24 – 863:19 |
| 705:4 – 705:8 | 750:18 – 750:21 | 869:13 – 869:24 |

**52.     Kim, Peter         4/21/2005**

| | | |
|---|---|---|
| 9:4 – 10:12 | 41:4 – 43:20 | 76:1 – 80:23 |
| 12:22 – 14:13 | 43:24 – 44:3 | 84:20 – 85:2 |
| 15:12 – 20:8 | 44:6 – 44:16 | 85:5 – 86:9 |
| 20:11 – 20:23 | 44:19 – 45:1 | 92:11 – 93:7 |
| 21:2 – 21:17 | 45:4 – 45:24 | 93:22 – 94:23 |
| 21:21 – 22:13 | 52:11 – 53:10 | 95:5 – 99:6 |
| 22:16 – 24:20 | 54:8 – 55:18 | 101:1 – 108:8 |
| 24:24 – 27:9 | 56:21 – 56.23 | 108:11 – 111:15 |
| 27:12 – 34:14 | 62:10 – 62:11 | 113:17 – 114:22 |
| 34:17 – 35:8 | 65:1 – 65:13 | 115:1- 118:13 |
| 35:11 – 37:3 | 65:19 – 66:3 | 118:16 – 120:2 |
| 37:6 – 40:16 | 74:22 – 75:13 | 120:21 – 121:12 |

122:7 – 123:20             127:11 – 128:24
124:4 – 124:24            130:24 – 131:9

**53.    Kim, Peter        6/8/2005**

992:7 – 1115:2

**54.    Koenig, Mark MD    9/12/06**

| | | |
|---|---|---|
| 6:11 – 6:13 | 61:14 – 62:6 | 98:24 – 99:7 |
| 7:23 – 8:7 | 62:14 – 62:20 | 99:8 – 99:10 |
| 8:18 – 9:2 | 63:11 – 63:23 | 99:16 – 100:3 |
| 10:15 – 11:15 | 64:18 – 65:1 | 100:4 – 102:2 |
| 17:13 – 17:16 | 66:4 – 66:10 | 102:5 – 103:11 |
| 17:25 – 18:6 | 68:12 – 69:15 | 104:1 – 104:11 |
| 18:7 – 19:19 | 69:15 – 69:19 | 104:22 – 105:7 |
| 19:20 – 19:24 | 69:24 – 70:4 | 105:9 – 106:10 |
| 22:13 – 22:17 | 70:17 – 71:22 | 106:13 – 106:17 |
| 24:2 – 24:11 | 72:14 – 72:19 | 106:19 – 107:6 |
| 24:11 – 25:9 | 75:7 – 75:12 | 107:9 |
| 44:3 – 44:19 | 76:6 – 76:12 | 107:10 – 108:24 |
| 45:4 – 46:3 | 76:20 – 76:23 | 110:21 – 111:24 |
| 46:22 – 46:25 | 92:19 – 93:5 | 112:10 – 114:8 |
| 47:9 – 47:11 | 93:17 – 95:2 | 115:5 – 117:24 |
| 47:19 – 48:12 | 95:3 – 95:11 | 119:17 – 122:4 |
| 48:16 – 49:16 | 95:12 – 95:23 | 122:11 – 123:5 |
| 55:8 – 55:9 | 97:2 – 97:18 | 124:5 – 125:10 |
| 55:9 – 58:1 | 97:18 – 97:19 | 125:11 – 125:13 |
| 58:21 – 59:4 | 97:20 – 98:1 | 129:15 – 130:2 |
| 59:5 – 60:19 | 98:2 – 98:16 | 130:5 – 130:8 |

**55.    McAllister, Melissa        9/27/06**

Plaintiff will serve upon Defendant page and line designations after deposition is taken.

**56.    McKines, Charlotte        8/3/2005**

| | | |
|---|---|---|
| 25:1 – 25:20 | 76:24 – 77:2 | 91:2 – 91:8 |
| 26:1 – 27:5 | 77:4 – 77:23 | 103:24 – 104:23 |
| 31:3 – 31:12 | 77:25 – 78:23 | 125:22 – 125:24 |
| 70:4 – 71:9 | 79:6 – 80:18 | 126:1- 126:2 |
| 71:11 – 71:14 | 81:5 – 81:19 | 126:5 – 126:17 |
| 74:2 – 74:18 | 81:21 – 82:5 | 126:19 – 126:21 |
| 74:20 – 75:10 | 88:4 – 88:10 | 126:23 – 127:2 |
| 75:12 – 75:14 | 88:16 – 88:22 | 127:4 – 127:6 |
| 75:17 – 76:22 | 89:17- 90:5 | 127:8 – 127:11 |

132:7 – 132:15
142:16 – 142:18
142:20 – 142:24
143:4 – 143:9
143:11 – 143:14
144:20 -145:12
145:14 – 145:15
145:17 – 146:8
146:10 -147:3
147:15 – 147:24
148:4 – 148:11
154:16 – 154:17
154:20 – 155:4
155:8 – 155:14
156:13 – 157:8
157:10 – 157:24
158:2 – 159:18
168:19 – 169:17
169:19 – 170:1
170:7 – 170:16
170:18 – 170:25

171:13 – 171:17
196:9 – 199:4
199:12 – 200:19
200:21 – 200:25
201:2 – 201:7
201:22 – 201:25
202:2 – 202:6
206:5 – 206:6
206:10 – 206:11
206:17 – 206:18
206:20 – 207:2
207:7 – 207:17
207:19 – 208:1
208:8 – 208:11
208:13 -208:14
208:16
208:20 – 208:21
208:23 – 209:9
211:22 – 212:4
212:8 – 212:17
212:19 – 212:20

212:23
212:25 – 213:1
213:3 – 213:6
213:9 – 213:13
213:15
213:18 – 214:1
214:3 – 214:6
214:8 – 214:20
215:12 – 216:3
216:6 – 216:12
216:24 – 216:25
217:3 – 217:7
217:9 – 218:5
218:7 – 218:8
218:14 – 218:25
222:3 – 222:10
222:17 – 222:24
228:24 – 229:16
229:19 – 229:25
230:2 – 230:5

**57.**    **McKines, Charlotte**            **8/4/2005**

308:20 – 310:25
318:12 – 319:23
319:25 – 320:12
325:4 – 325:6
325:8 – 325:10
325:12
325:14 – 325:18
325:20 – 325:21
327:4 – 327:13
327:15 – 327:16
327:19 – 327:23
328:4 – 329:1
329:14 – 330:15
330:18 – 330:25
331:4 – 331:23
331:25 – 332:3
332:5 – 332:25
333:2 – 333:11
333:13 – 333:18
333:20 – 334:8
336:10 – 336:18
337:6 – 337:10

337:12 – 337:18
337:20 – 337:25
369:12 – 369:18
370:6
370:8 – 370:10
370:13 – 371:17
371:23 – 372:15
372:20 – 374:15
374:19 – 376:6
376:11 – 376:25
377:2 – 377:10
377:12 – 377:15
377:18 – 377:25
378:2 – 378:5
378:22 – 378:25
379:2 – 379:20
379:25 – 381:20
382:1 – 383:15
383:17 – 384:2
384:7 – 390:24
391:2 – 391:3
391:8 – 391:21

391:24 – 392:8
392:10
392:12 – 392:17
392:19 – 392:21
392:23 – 393:13
393:15 – 393:19
393:24 – 394:3
394:20 – 395:13
395:18 – 396:22
396:24 – 397:8
397:16 – 398:1
398:3 – 398:10
398:15 – 398:21
399:4 – 399:12
399:14 – 399:22
400:4 – 400:9
400:11
415:17 – 416:2
416:6 – 416:20
416:22 – 417:1
417:3 – 417:13
417:15 – 418:8

418:13 – 418:19
418:21 – 419:10
419:14 – 419:20
419:25 – 420:14
420:17 – 421:2
421:4 – 421:13
421:18 – 421:23
421:25 – 422:23
428:11 – 428:25
429:4 – 429:12
429:14 – 430:1
430:10 – 430:12
430:14 – 430:15
430:17 – 430:25
431:12 – 432:2
432:5 – 432:16
432:18 – 432:24
433:7 – 433:16
433:18 – 434:1
434:3 – 434:10
434:12 – 434:18
434:20 – 434:24
435:5
437:16 – 437:22
437:24 – 438:2
439:4 – 439:9
440:2 – 440:25
441:7 – 441:10
442:12 – 442:13
442:15 – 442:17
442:23 – 443:8
443:10 – 444:15
444:20 – 445:12
445:15 – 445:22
446:20 – 447:2
447:14 – 448:2
448:9 – 448:17
448:25 – 449:4
449:8 – 449:14
449:23
449:25 – 450:8

450:10 – 450:14
450:23 – 451:2
451:4 – 451:6
451:18 – 452:1
452:3 – 452:5
452:7 – 452:8
452:13 – 452:14
452:16 – 452:18
453:14 – 453:18
453:22 – 453:24
454:1 – 454:14
454:18 – 454:21
454:23 – 454:25
455:8 – 455:24
457:12 – 457:21
458:1 – 458:4
458:6 – 458:9
458:11 – 458:21
458:23 – 458:25
459:1 – 459:5
459:7 – 459:9
459:16 – 459:19
459:21 – 459:23
461:8 – 461:23
462:4 – 463:10
463:13 – 463:16
463:22 – 463:25
464:1 – 464:9
464:21 – 465:1
465:3 – 465:6
465:13 – 476:10
467:12 – 467:16
467:21 – 468:5
468:10 – 468:19
468:23 – 469:1
469:3 – 469:7
470:11 – 471:20
472:8 – 473:9
473:13 – 473:21
473:24 – 474:8
474:13 – 476:2

476:7 – 477:10
477:14 – 478:11
478:13 – 478:15
478:17 – 478:21
478:23 – 479:8
480:10 – 480:25
481:3 – 481:5
481:10 – 481:21
481:23 – 481:24
482:1 – 482:3
482:5 – 482:17
482:19 – 482:21
482:23 – 483:5
484:17 – 484:21
484:25 – 485:17
485:20 – 485:25
486:12 – 486:20
486:22 – 487:11
488:24 – 489:1
489:5 – 489:24
490:1 – 490:4
490:13 – 490:16
491:1 – 494:7
494:12 – 495:4
495:11 – 495:18
495:20 – 495:23
495:25 – 496:19
496:25 – 497:16
497:19 – 498:1
498:6 – 498:12
498:14 – 498:22
498:24 – 499:4
499:6 – 499:7
499:9 – 499:13
499:15 – 499:17
500:6 – 500:12
500:16 – 500:21
501:1 – 501:12

58.    **McKines, Charlotte        4/20/06**

16:6 – 17:1
17:13 – 17:16

17:17 – 18:16
19:6 – 19:10

19:12 – 19:16
20:19 – 21:1

| | | |
|---|---|---|
| 22:5 – 22:8 | 88:14 – 88:22 | 146:19 – 147:13 |
| 39:12 – 39:23 | 88:24 – 89:23 | 149:3 – 149:6 |
| 40:2 – 40:6 | 90:2 – 90:24 | 149:9 – 149:11 |
| 41:21 – 41:23 | 91:4 – 91:17 | 149:13 – 150:2 |
| 42:2 – 52:5 | 91:20 – 91:21 | 150:3 – 151:22 |
| 42:7 – 42:10 | 91:23 – 92:9 | 172:23 – 173:23 |
| 43:3 – 43:6 | 92:13 – 92:18 | 174:2 – 174:5 |
| 43:8 – 43:11 | 92:19 – 93:3 | 189:1 – 189:20 |
| 43:14 – 43:15 | 93:6 – 93:16 | 194:10 – |
| 45:8 – 45:13 | 93:19 – 94:5 | 194:20 – 194:22 |
| 64:12 – 64:16 | 94:6 – 94:24 | 195:2 – 195:5 |
| 64:19 – 64:23 | 95:3 – 95:5 | 195:17 – 195:24 |
| 65:1 – 65:10 | 95:7 – 96:1 | 197:7 – 197:21 |
| 65:20 – 66:2 | 96:11 – 97:8 | 198:12 – 198:21 |
| 66:21 – 67:2 | 97:17 – 98:3 | 201:19 – 201:22 |
| 67:5 – 67:8 | 98:6 – 98:7 | 202:8 – 202:21 |
| 67:15 – 68:16 | 98:18 – 98:24 | 202:24 – 203:21 |
| 68:17 – 68:20 | 99:3 – 99:11 | 203:22 – 204:1 |
| 68:23 – 69:1 | 99:13 – 99:17 | 204:8 – 204:21 |
| 70:9 – 70:21 | 99:20 – 100:3 | 204:24 – 205:3 |
| 71:11 – 71:14 | 100:5 – 100:9 | 205:17 – 205:21 |
| 71:17 – 71:21 | 100:11 – 100:21 | 205:22 – 206:20 |
| 71:23 – 72:10 | 101:5 – 101:10 | 208:2 – 208:13 |
| 72:14 – 72:20 | 103:22 – 103:23 | 208:17 – 209:18 |
| 73:4 – 73:11 | 105:9 – 105:13 | 233:15 – 233:18 |
| 73:12 – 73:17 | 105:14 – 105:20 | 233:21 – 234:14 |
| 73:20 – 74:16 | 105:21 – 106:10 | 235:4 – 235:19 |
| 75:20 – 76:1 | 106:11 – 107:14 | 236:9 – 237:17 |
| 76:3 – 76:8 | 108:24 – 110:10 | 237:24 – 238:1 |
| 76:9 – 76:21 | 110:14 – 110:24 | 238:11 – 239:22 |
| 78:4 – 78:11 | 111:3 – 111:20 | 239:23 – 241:22 |
| 78:12 – 78:13 | 111:21 – 112:15 | 242:3 – 242:13 |
| 79:3 – 79:4 | 112:19 – 113:1 | 243:13 – 244:21 |
| 79:9 – 79:22 | 113:4 – 113:15 | 244:24 – 245:24 |
| 80:7 – 81:1 | 113:18 – 114:1 | 246:3 – 246:20 |
| 81:2 – 81:12 | 114:20 – 115:14 | 247:4 – 248:16 |
| 81:13 – 81:17 | 115:17 – 116:4 | 248:21 – 250:2 |
| 81:21 – 81:22 | 117:3 – 117:9 | 250:6 – 251:2 |
| 81:24 – 82:4 | 118:7 – 118:15 | 251:5 – 252:9 |
| 82:7 – 82:10 | 118:24 – 119:12 | 252:10 – 252:19 |
| 82:13 – 82:16 | 119:21 – 119:23 | 252:21 – 254:20 |
| 82:18 – 83:6 | 121:9 – 122:2 | 254:23 – 255:8 |
| 83:9 – 83:14 | 140:7 – 140:11 | 255:14 – 255:20 |
| 83:15 – 84:7 | 140:12 – 140:13 | 256:23 – 257:5 |
| 84:10 – 84:14 | 141:1 – 141:10 | 257:15 |
| 84:16 – 87:4 | 141:12 – 141:16 | 258:22 – 259:8 |
| 87:12 – 88:11 | 141:19 – 141:20 | 259:14 – 260:17 |

260:20 – 260:24
263:2 – 263:8
263:12 – 264:5
264:8 – 264:12
264:21 – 265:20
266:2 – 266:23
267:8 – 268:11
268:14 – 268:23
269:7 – 270:11
272:3 – 274:7
274:10 – 274:21
274:24 – 276:5
276:6 – 276:24
277:3 – 277:19
277:22 – 278:1
278:9 – 278:18
280:7 – 280:17
280:21 – 281:15
281:19 – 282:23
283:4 – 283:6
283:11 – 284:9
284:12 – 28414
284:19 – 286:19
286:20
287:24 – 289:10
289:11 – 290:14
290:15 – 290:24
291:3 – 294:16
296:14 – 297:5
297:9 – 298:3
298:11 – 298:17
298:19 – 299:10
300:5 – 300:22
300:23 – 301:16

301:19 – 303:6
303:13 – 303:14
304:2 – 304:24
305:13 – 306:13
307:18
308:4 – 309:6
309:7 – 309:19
309:22 – 311:11
311:14 – 311:17
312:4 – 312:9
313:16 – 315:18
316:1 – 316:22
316:24 – 317:6
321:23 – 323:13
323:22 – 325:19
325:22 – 326:19
326:22 – 326:24
327:10 – 327:12
327:16
327:19 – 329:5
329:8 – 329:16
329:24 – 333:15
333:18 – 334:18
334:20 – 336:5
336:9 – 336:18
336:19 – 336:20
337:7 – 337:17
337:22 – 338:4
338:20 – 339:5
339:14 – 341:16
342:14 – 343:11
344:2 – 345:24
350:14 – 350:19
351:16 – 352:6

352:9 – 353:5
353:8 – 354:24
355:4 – 355:14
356:1 – 356:22
357:5 – 357:17
357:20 – 359:23
360:2 – 362:15
363:11 – 363:14
363:17 – 364:1
364:3 – 364:12
364:15 – 365:21
366:1 – 367:10
367:11 – 367:14
367:22 – 369:22
370:7 – 371:7
371:8 – 371:12
371:21 – 373:2
373:8 – 373:13
376:2 – 376:3
376:14 – 376:24
377:4 – 377:23
377:24 – 378:17
378:20 – 379:11
379:15 – 380:15
381:14 – 381:18
381:22 – 382:15
382:20 – 383:18
383:21 – 384:18
385:9 – 385:20
385:23 – 389:17
389:20 – 389:23
390:8 – 390:16
390:19 – 391:6
391:9 – 394:5

**59.    McPherson, John MD        9/12/06**

6:11-6:13
7:7-8:2
8:8-8:17
8:18-8:22
9:3-9:13
15:22-16:17
16:18-16:22
39:6-39:16
40:16-41:2
41:14-41:19

41:23-42:5
42:9-42:12
43:15-43:20
44:5-45:5
46:1-46:15
71:1-71:11
74:19-75:2
75:2-75:18
75:19-75:24
76:1-76:9

76:11-80:5
80:7-80:15
81:7-82:8
82:13-82:16
82:18-82:20
82:25-83:3
83:12-83:20
83:21-84:23
84:8-84:23
85:1

85:1-85:5
85:7-85:11
85:8-85:11
85:14-86:16
86:19
87:23-88:14

88:16
88:23-89:13
89:15-89:21
89:23-90:12
93:2-93:23
94:15-94:22

95:16-95:25
96:2
100:8-100:12
100:14-100:15

**60.    Morrison, Briggs        2/16/2005**

10:9 – 10:10
11:5 – 11:7
11:20 – 11:24
17:24 – 18:1
19:6 – 19:9
19:12 – 19:16
19:17 – 20:13
20:16 – 21:6
21:7 – 21:8
21:13 – 21:16
21:20 – 22:1
22:2 – 22:6
22:7 – 22:13
22:14 – 22:21
22:22 – 22:25
23:2 – 23:6
24:10 – 24:23
25:12 – 25:16
28:9 – 28:13
29:3 – 29:8
29:20 – 30:1
30:3 – 31:16
33:15 – 33:19
34:2 – 34:9
34:11 – 34:14
34:19 – 34:22
34:23 – 35:6
35:7 – 35:11
35:12 – 35:16
35:25 – 36:6
37:9 – 37:15
39:4 – 40:3
40:10 – 40:24
41:7 – 41:16
41:22 – 41:23
42:12 – 42:15
42:16 – 42:20
42:21 – 42:25

43:19 – 44:9
45:3 – 45:5
45:18 – 45:23
45:24 – 46:20
46:21 – 47:3
47:4 – 47:7
47:10 – 47:16
47:20 – 48:3
48:5 – 48:20
48:21 – 48:24
48:25 – 49:4
49:11 – 51:14
51:15 – 51:18
51:21 – 52:1
53:16 – 53:21
53:22 – 54:6
54:7 – 55:4
55:11 – 55:24
56:1 – 56:17
56:22 – 57:9
57:11 – 57:22
59:18 – 59:22
60:4 – 60:9
60:18 – 60:23
61:9 – 64:18
64:20 – 65:2
65:4 – 65:11
66:8 – 66:12
66:14 – 67:10
67:14 – 67:18
67:21 – 68:11
68:19 – 68:23
68:25 – 70:6
70:8 – 70:19
70:22 – 71:6
71:16 – 72:9
72:12 – 72:17
72:19 – 72:21

74:2 – 74:16
74:19 – 75:5
75:12 – 76:1
76:3 – 76:11
76:13 – 77:4
77:21 – 78:2
78:4 – 78:5
78:22 – 78:24
79:2 – 79:5
79:12 – 79:14
79:23 – 80:8
81:18 – 82:10
82:12 – 83:14
84:11 – 84:15
85:6 – 85:25
86:3
86:5 – 87:5
87:7 – 87:22
87:24 – 89:15
89:17 – 90:1
90:4 – 90:13
90:15 – 91:3
91:5 – 91:9
91:13 – 91:24
96:12 – 96:15
97:5 – 97:9
97:11 – 98:20
99:5 – 99:14
99:25 – 100:23
100:25 – 101:11
101:13 – 102:11
102:15 – 102:21
102:24 – 103:20
103:23 – 104:4
104:8 – 104:21
105:24
106:3 – 106:7
106:9 – 106:20

| | | |
|---|---|---|
| 106:23 – 107:13 | 151:15 – 151:25 | 195:11 – 196:2 |
| 107:21 – 108:20 | 152:1 – 152:12 | 196:15 – 196:20 |
| 109:23 – 110:14 | 152:14 – 152:24 | 196:21 – 197:8 |
| 110:21 – 111:8 | 153:1 – 153:17 | 197:19 – 198:3 |
| 111:11 – 111:17 | 153:19 – 153:22 | 198:5 – 198:6 |
| 111:20 – 112:9 | 155:10 – 155:23 | 198:8 – 198:22 |
| 112:12 – 112:18 | 155:25 | 199:10 – 200:5 |
| 114:15 – 115:14 | 156:12 – 156:16 | 200:7 – 200:25 |
| 115:16 – 116:25 | 156:21 – 156:24 | 201:2 – 201:6 |
| 117:2 – 117:4 | 157:2 – 157:12 | 201:22 – 203:3 |
| 117:13 – 117:15 | 157:23 – 158:6 | 203:6 – 203:19 |
| 117:22 – 118:13 | 159:7 – 163:3 | 203:25 – 204:8 |
| 118:15 – 118:18 | 163:5 – 164:5 | 204:11 – 204:24 |
| 118:23 – 119:3 | 164:8 – 164:23 | 205:2 |
| 119:7 – 119:10 | 164:25 – 165:25 | 205:9 – 206:3 |
| 119:16 – 120:19 | 166:8 – 166:17 | 206:5 – 206:12 |
| 120:20 – 121:3 | 166:19 – 167:6 | 206:14 – 207:15 |
| 121:5 – 121:7 | 167:8 – 167:12 | 208:2 – 208:22 |
| 121:12 – 121:18 | 167:21 – 168:24 | 208:24 – 209:22 |
| 121:20 – 122:2 | 169:11 – 169:15 | 209:24 – 210:2 |
| 122:22 – 123:2 | 170:4 – 170:25 | 210:10 – 211:2 |
| 123:4 – 123:15 | 171:11 – 171:13 | 211:5 – 212:1 |
| 124:7 – 124:21 | 171:22 – 172:4 | 212:5 – 213:5 |
| 125:5 – 125:12 | 172:8 – 172:11 | 213:10 – 213:20 |
| 125:14 – 125:23 | 172:14 – 172:22 | 213:25 – 214:2 |
| 126:6 – 126:18 | 172:24 – 173:8 | 214:17 – 214:21 |
| 128:2 – 128:21 | 173:10 – 173:15 | 215:2 – 215:6 |
| 128:23 – 128:24 | 174:13 – 174:18 | 215:14 – 215:17 |
| 130:14 – 130:19 | 174:20 – 175:15 | 215:19 – 215:20 |
| 130:21 – 131:6 | 175:17 | 216:8 – 216:18 |
| 131:8 – 131:9 | 177:13 – 179:4 | 217:25 – 218:7 |
| 131:12 – 131:23 | 182:13 – 183:2 | 218:9 – 218:11 |
| 131:25 – 132:1 | 183:11 – 183:24 | 218:18 – 218:20 |
| 132:3 – 132:5 | 185:2 – 186:12 | 218:23 – 219:7 |
| 136:23 – 137:3 | 186:14 – 186:19 | 219:9 – 219:10 |
| 138:4 – 140:3 | 186:23 – 187:2 | 219:14 – 220:1 |
| 140:10 – 141:7 | 187:5 – 187:11 | 220:3 – 220:11 |
| 141:9 – 143:5 | 187:13 – 188:8 | 222:8 – 222:11 |
| 143:7 – 143:12 | 188:15 – 188:18 | 223:8 – 224:24 |
| 144:15 – 144:18 | 188:20 – 189:13 | 225:9 – 226:7 |
| 144:20 – 145:19 | 189:16 – 190:5 | 226:12 – 227:4 |
| 145:21 – 146:2 | 190:7 – 191:18 | 227:10 – 227:15 |
| 146:19 – 147:22 | 194:3 – 194:13 | 227:17 – 227:18 |
| 147:24 – 148:3 | 194:15 – 194:16 | 229:6 – 229:10 |
| 150:5 – 150:14 | 194:18 – 194:23 | 229:12 – 229:14 |
| 150:25 – 151:12 | 195:5 – 195:8 | 230:10 – 231:4 |

232:22 – 233:6
233:16 – 233:18
233:21 – 234:9
234:11 – 235:10
235:14 – 236:4
237:14 – 238:10
239:6 – 239:13
239:17 – 239:19
239:22 – 240:6
240:8 – 240:10
240:14 – 240:17
240:18 – 241:16
241:17 – 241:19
241:21 – 241:22
241:24 – 242:3
242:6 – 242:8
242:10 – 242:14
242:16 – 243:17
243:18 – 244:14
244:22 – 245:5
245:8 – 245:9
245:19 – 247:6
247:8 – 247:16
247:19 – 247:21
247:24 – 248:5
248:22 – 248:24
249:8 – 249:13
249:20 -249:22
249:24 – 250:11
250:13 – 250:23
251:1 – 251:2
251:4 – 252:1
252:9 – 253:8
253:9 – 253:11
253:13
253:15 – 254:2
254:4 – 254:13
254:15 – 255:15
255:18 – 256:20
257:7 – 257:9
257:13 – 257:18
257:24 – 258:16
259:12 – 261:22
261:24 – 262:13
262:15 – 262:23
262:25 – 263:2

263:11 – 263:14
263:16 – 264:10
264:12 – 264:22
265:1 – 265:20
265:22 – 266:11
266:13 – 266:14
266:23 – 267:23
268:1 – 269:5
269:7 – 269:15
269:17 – 270:14
270:16 – 270:19
271:13 – 272:21
272:23 -273:3
273:7 – 273:10
273:18 – 273:24
274:4 – 274:11
274:12 – 276:7
276:8 – 276:10
276:14 – 276:23
276:24 – 277:17
277:18 – 278:3
278:11 – 278:18
279:5 – 280:12
281:21 – 281:25
282:5 – 282:7
282:8 – 283:9
283:10 – 283:11
283:14
283:16 – 283:18
284:7 – 285:20
285:21 – 286:14
286:16 – 286:17
287:3 – 287:6
287:8 – 287:9
287:13 – 288:11
288:12 – 288:18
288:21 – 289:11
289:12 – 290:25
291:2 – 291:9
291:11 – 291:15
292:5 – 292:6
292:9 – 292:22
292:24 – 293:5
293:7 – 293:8
293:10 – 293:17
293:21 – 294:18

294:19 – 294:22
295:6 – 295:7
295:9 – 295:14
295:21 – 297:7
297:8
297:10 – 298:13
298:16 – 299:10
299:21 – 300:1
300:12 – 300:24
301:1
301:3 – 301:4
301:6
301:8 – 301:12
301:14 – 301:16
302:12 – 302:16
303:3 – 304:2
304:4 – 304:23
305:9 – 305:12
305:17 – 305:25
306:16 – 307:11
307:13 – 307:23
307:25 – 308:19
312:11 – 312:18
313:10 – 313:24
314:14 – 315:7
315:24 – 316:24
317:4 – 317:6
317:12 – 317:18
318:1 – 319:19
319:21 – 320:20
320:4 – 320:5
320:12 – 321:3
321:24 – 322:1
322:3
322:5 – 322:11
322:13 – 322:25
323:2 – 323:4
323:15 – 323:17
323:21 – 325:6
325:12 – 326:2
326:5
326:8
326:10 – 326:17
327:1 – 327:7
327:16 – 327:17
328:9 – 329:6

| | | |
|---|---|---|
| 329:8 – 330:7 | 332:11 | 389:5 – 389:18 |
| 330:14 – 330:17 | 332:14 – 332:24 | 390:20 – 391:20 |
| 330:22 – 330:23 | 332:25 – 333:2 | 393:15 – 393:25 |
| 330:25 – 331:2 | 333:6 – 333:16 | 395:3 – 395:7 |
| 331:7 – 331:12 | 333:19 – 334:6 | 396:16 -397:3 |
| 331:15 – 331:21 | 335:5 – 336:22 | 398:10 – 399:9 |
| 332:1 – 332:8 | 336:23 – 337:4 | |

**61.    Morrison,  Briggs       2/18/2005**

| | | |
|---|---|---|
| 426:16 – 426:17 | 460:10 – 460:11 | 482:22 – 483:8 |
| 426:20 – 427:6 | 460:17 – 461:6 | 483:9 – 485:10 |
| 428:14 – 428:18 | 461:7 – 461:10 | 485:11 – 485:12 |
| 433:18 – 434:5 | 461:12 – 462:2 | 485:14 – 485:19 |
| 440:15 – 440:22 | 462:15 – 462:23 | 485:21 – 485:25 |
| 440:23 – 440:25 | 462:24 – 463:18 | 486:2 – 486:6 |
| 441:3 – 441:4 | 464:2 – 464:8 | 486:8 – 486:10 |
| 441:19 – 441:22 | 464:9 – 464:10 | 486:12 – 486:14 |
| 441:24 – 442:3 | 464:14 – 464:16 | 486:22 – 487:2 |
| 442:10 | 464:17 – 464:22 | 487:9 – 487:20 |
| 442:17 – 442:19 | 464:23 – 465:14 | 487:21 – 488:3 |
| 442:21 – 442:22 | 465:17 – 466:6 | 488:4 – 488:9 |
| 442:24 – 442:25 | 466:8 – 466:20 | 489:25 – 490:22 |
| 445:2 – 445:3 | 467:4 – 467:9 | 490:24 – 491:1 |
| 445:5 – 445:9 | 467:12 – 467:14 | 491:3 |
| 445:11 – 445:13 | 467:16 – 467:17 | 491:7 – 491:11 |
| 446:24 – 447:10 | 467:19 – 468:12 | 491:13 |
| 448:25 – 449:4 | 468:14 – 469:15 | 491:20 – 493:4 |
| 449:6 – 449:11 | 471:15 – 471:18 | 493:6 – 493:8 |
| 449:25 – 450:3 | 471:24 | 493:10 – 493:22 |
| 450:5 – 450:12 | 472:8 – 472:10 | 493:24 – 494:7 |
| 450:14 – 450:17 | 472:12 – 472:17 | 494:9 – 495:8 |
| 450:19 – 451:1 | 472:19 – 472:22 | 495:11 – 497:1 |
| 451:3 – 451:6 | 475:13 – 476:1 | 498:23 – 498:25 |
| 451:7 – 451:13 | 476:3 – 476:6 | 499:5 – 499:8 |
| 451:23 – 452:1 | 476:21 – 477:4 | 499:9 – 499:12 |
| 452:3 – 452:14 | 477:6 – 478:3 | 499:13 – 499:17 |
| 452:16 – 452:17 | 478:6 – 478:9 | 499:18 – 499:19 |
| 452:19 – 452:22 | 478:11 – 478:12 | 499:24 – 500:1 |
| 452:24 – 453:5 | 478:21 – 478:23 | 500:3 – 500:4 |
| 454:8 – 454:14 | 478:24 – 479:3 | 500:9 – 500:12 |
| 454:16 – 454:23 | 479:4 – 479:17 | 500:14 – 500:20 |
| 458:12 – 458:17 | 479:18 – 479:22 | 501:23 – 502:2 |
| 458:18 – 459:6 | 480:15 – 480:23 | 502:4 – 502:15 |
| 459:7 – 459:20 | 480:24 – 481:12 | 502:22 – 502:23 |
| 459:21 – 460:8 | 4841:13 – 482:13 | 502:25 – 503:3 |

503:4 – 503:10
503:12 – 503:24
504:1 – 504:12
504:14 – 504:16
504:18 – 504:23
504:25 – 505:4
5005:25 – 506:5
506:7 – 506:16
506:18 – 506:20
506:22 – 506:25
507:2 – 507:11
507:13 – 507:17
508:7 – 508:9
508:11 – 508:13
508:19 – 508:22
508:24 – 509:7
509:21 – 509:23
511:8 – 511:13
511:14 – 511:22
511:24 – 512:1
513:15 – 513:17
514:2 – 514:3
514:8 – 514:13
514:15 – 514:16
514:21 – 515:1

515:3 – 515:4
515:6 – 515:11
517:8 – 517:21
517:23 – 518:3
518:5
518:7 – 518:9
518:11 – 518:12
518:14 – 518:23
520:19 – 520:20
520:24 – 521:8
521:9 – 521:16
522:2 – 522:10
522:11 – 522:18
523:19 – 523:23
524:9 – 524:24
525:14 – 525:17
526:7 – 526:19
526:20 – 527:18
527:19 – 527:25
528:2 – 528:14
528:15 – 528:24
528:25 – 529:8
529:9 – 529:18
530:1 – 530:2
530:4 – 530:5

531:6 – 531:11
531:13 – 531:14
532:1 – 532:4
532:8 – 532:10
532:17 – 533:1
533:6 – 533:8
533:13 – 534:1
534:3 – 534:7
534:9 – 534:13
534:15 – 534:16
534:18 – 535:17
538:23 – 539:1
539:18
539:20 – 540:16
540:17 – 540:25
541:2 – 541:6
541:8 – 541:11
541:14 – 541:15
541:19 – 541:22
541:25 – 542:2
542:4 – 542:20
542:22 – 543:5
641:14 – 726:10

**62.   Musliner, Thomas            11/5/2004**

7:20 – 7:23
10:13 – 10:19
12:13 – 12:20
27:9 – 28:7
28:24 – 29:7
30:18 – 30:21
32:10 – 33:16
33:20 – 34:14
36:1 – 37:14
37:20 – 38:20

38:24 – 39:3
39:24 – 40:9
40:15 – 42:12
52:13 – 53:17
76:23
80:11 – 80:18
81:1 – 81:4
81:8 – 82:9
85:10 – 85:14
85:22 – 86:3

86:6 – 86:14
87:2 – 87:7
87:10 – 87:11
88:20 – 89:4
89:8 – 89:24
100:3 -100:7
128:11 – 128:13
128:18 – 129:2
136:23 – 137:13

**63.   Ng , Jennifer          1/21/2005**

9:3 – 16:25
60:7 – 60:23
61:9 – 62:1
63:1 – 68:12
69:10 – 76:5

98:1 – 98:6
100:7 – 101:8
127:21 – 129:19
132:13 – 133:7
162:22 – 164:23

169:12 – 170:12
177:10 – 180:2
181:21 – 184:10
198:5 – 204:23
209:3 – 210:17

| 213:1 – 216:19 | 222:10 – 227:7 | 242:5 – 265:7 |

**64.  Nies, Alan          3/2/2005**

| 10:23 – 11:1 | 133:1 – 134:8 | 270:25 – 273:12 |
| 20:4 – 22:19 | 137:7 – 144:18 | 278:3 – 280:20 |
| 23:10 – 27:1 | 145:5 – 145:19 | 283:1 – 284:25 |
| 27:24 – 29:24 | 153:16 – 156::25 | 285:13 – 288:3 |
| 31:23 – 33:10 | 158:17 – 164:25 | 288:9 – 288:25 |
| 71:21 – 73:20 | 175:14 – 180:18 | 291:13 – 297:11 |
| 76:22 – 79:25 | 199:11 – 216:16 | 298:2 – 299:5 |
| 80:15 – 97:3 | 217:5 – 229:24 | 303:10 – 306:4 |
| 112:16 – 113:10 | 231:6 – 232:2 | 306:16 – 307:7 |
| 115:3 – 119:19 | 233:17 – 239:22 | 331:14 – 333:13 |
| 120:11 – 122:17 | 242:7 – 243:11 | 337:4 – 337:12 |
| 123:13 – 126:9 | 247:12 – 249:6 | 341:5 – 343:13 |
| 126:17 – 128:11 | 255:10 – 255:13 | |
| 128:20 – 130:8 | 267:12 – 268:16 | |

**65.  Nies,  Alan          4/1/2005**

| 490:20 – 492:2 | 529:18 – 531:3 | 559:8 – 566:9 |
| 494:13 – 496:9 | 531:16 – 532:5 | 587:1 – 599:12 |
| 498:15 – 505:6 | 537:3 – 540:7 | 603:17 – 605:16 |
| 513:5 – 518:25 | 544:7 – 547:4 | 606:1 – 626:15 |
| 520:20 – 526:12 | 548:19 – 554:10 | 627:3 – 650:25 |
| 528:12 – 528:25 | 555:12 – 558:21 | |

**66.  Reicin, Alise          3/2/2005**

| 12:22 – 12:25 | 88:6 – 88:7 | 165:14 – 165:18 |
| 30:11 – 30:25 | 88:16 – 88:19 | 166:15 – 166:17 |
| 34:19 – 35:2 | 89:2 – 89:13 | 167:9 – 167:21 |
| 37:11 – 37:16 | 89:17 – 89:25 | 171:2 – 171:6 |
| 45:18 – 46:4 | 90:2 – 90:4 | 171:12 – 171:21 |
| 72:13 – 72:17 | 92:7 – 92:9 | 172:19 – 172:23 |
| 73:15 – 73:17 | 92:12 – 92:18 | 207:5 – 208:24 |
| 74:23 – 75:4 | 94:12 – 94:14 | 209:2 – 209:10 |
| 75:24 – 76:3 | 97:21 – 97:25 | 211:5 – 212:9 |
| 78:23 – 79:23 | 98:21 – 99:2 | 213:5 – 213:10 |
| 80:21 – 80:25 | 99:5 – 99:10 | 213:23 – 213:25 |
| 81:22 – 82:4 | 99:20 – 99:22 | 214:3 – 214:8 |
| 85:16 – 85:19 | 101:6 – 101:17 | 215:11 – 216:9 |
| 87:6 – 87:12 | 109:25 – 110.5 | 216:24 – 217:4 |
| 87:21 – 87:24 | 110:14 – 110:18 | 217:8 – 218:2 |

218:9 – 218:23
218:24 – 219:9
242:18 – 243:5
250:13 – 250:20
252:2 – 252:8
264:7 – 266:15

266:19 – 267:17
275:14 – 275:16
277:2 – 277:10
278:5 – 278:19
279:2 – 279:6
280:14 – 281:13

281:24 – 283:8
284:12 – 284:18
285:7 – 285:13
286:2 – 286:21
287:7 – 287:24
289:14 – 290:6

**67.    Reicin, Alise            3/23/2005**

309:17 – 310:5
311:17 – 311:20
314:17 – 315:11
316:8 – 317:12
320:11 – 321:9
322:5 – 322:13
323:5 – 323:25
324:2 – 324:11
325:5 – 325:10
327:9 – 327:11
334:25 – 335:5
339:5 – 339:11
342:20 – 343:23
343:25 – 344:11
344:7 – 344:17
348:21 – 349:18
349:25 – 350:17
354:4 – 354:13
355:14 – 355:22
356:4 – 356:14
362:11 – 363:2
372:14 – 374:19
378:4 – 378:8
381:10 – 381:15
383:14 – 384:9
385:3 – 388:7
389:21 – 390:15
391:8 – 391:12
393:5 – 393:22
394:2 – 395:2
396:19 – 397:21
398:9 – 398:23
399:14 – 399:20
400:6 – 400:10
400:17 – 403:11
404:3 – 405:2
405:16 – 406:6

407:23 – 408:24
409:5 – 409:10
412:19 – 413:6
414:14 – 414:17
431:25 – 432:8
437:2 – 437:16
437:22 – 439:9
440:11 – 440:14
446:20 – 447:6
452:10 – 452:18
454:7 – 454:14
457:5 – 457:9
459:24 – 460:19
465:10 – 465:24
466:16 – 466:25
468:6 – 468:18
471:20 – 472:16
473:16 – 473:25
476:3 – 478:3
479:23 – 480:17
483:2 – 483:11
484:3 – 485:1
485:12 – 485:20
488:17 – 489:5
489:10 – 489:11
489:19 – 491:16
492:7 – 492:17
493:6 – 493:9
495:8 – 496:17
499:23 – 499:25
504:11 – 505:7
505:9 – 506:1
506:4 – 507:6
507:24 – 508:9
508:13 – 508:18
509:14 – 509:21
510:2 – 510:24

511:1 – 511:3
511:10 – 511:13
515:19 – 516:1
516:3 – 517:2
517:9 – 517:12
517:17 – 517:22
518:1 – 518:7
523:1 – 523:17
527:8 – 527:15
528:24 – 529:5
529:13 – 529:19
529:22 – 530:15
533:10 – 533:12
533:19 – 533:21
533:25 – 534:3
534:11 – 534:13
537:6 – 537:14
537:22 – 538:3
539:15 – 539:22
540:12 – 541:9
541:12 – 542:5
563:16 – 564:20
569:3 – 569:7
569:17 – 571:2
573:4 – 573:8
574:21 – 575:13
577:5 – 577:11
577:19 – 578:6
578:12 – 579:1
580:20 – 581:4
583:1 – 583:13
584:2 – 584:5
584:8 – 584:20
587:20 – 588:5
589:20 – 590:2
591:9 – 594:10
595:7 – 595:8

| | | |
|---|---|---|
| 596:18 – 597:11 | 602:23 – 603:3 | 607:18 – 607:20 |
| 598:1 – 598:10 | 603:7 – 603:13 | 609:8 – 609:15 |
| 599:23 – 601:11 | 604:4 – 606:12 | 609:18 – 609:22 |
| 601:25 – 602:5 | 606:17 – 606:18 | |
| 602:11 – 602:15 | 607:6 – 607:12 | |

**68.**   **Reicin, Alise**        **5/27/2005**

| | | |
|---|---|---|
| 12:19 – 12:21 | 33:8 – 33:21 | 71:3 – 71:7 |
| 18:1 – 18:18 | 50:3 – 51:9 | 72:10 – 72:19 |
| 23:21 – 24:8 | 52:1 – 53:2 | 105:14 – 106:24 |
| 26:20 – 27:21 | 53:10 – 54:13 | 166:2 – 166:10 |
| 28:20 – 29:1 | 70:17 – 70:24 | 178:24 – 179:15 |

**69.**   **Rivas, Carol Ann**           **1/26/06**

| | | |
|---|---|---|
| 10:2 – 10:10 | 255:17 – 255:21 | 475:11 – 476:21 |
| 14:24 – 15:21 | 255:24 – 256:10 | 476:23 – 477:1 |
| 66:5 – 66:7 | 256:13 – 256:15 | 477:22 – 477:25 |
| 74:7 – 74:14 | 261:6 – 261:9 | 478:3 – 478:6 |
| 221:16 – 221:23 | 261:12 – 261:16 | 503:20 – 503:25 |
| 248:19 – 250:5 | 263:4 – 263:8 | 504:3 – 504:4 |
| 250:18 – 251:15 | 389:14 – 390:21 | 504:9 – 504:11 |
| 251:20 – 253:4 | 390:24 – 392:13 | 504:14 – 504:22 |
| 253:10 – 253:15 | 392:17 – 392:17 | 506:8 – 506:15 |
| 253:17 – 254:4 | 392:20 – 393:5 | 506:18 – 507:3 |
| 254:6 – 254:13 | 466:10 – 466:15 | 507:6 – 507:9 |
| 254:15 – 255:3 | 468:13 – 469:1 | |
| 255:5 – 255:7 | 473:13 – 474:6 | |

**70.**   **Santanello, Nancy**        **8/10/2004**

| | | |
|---|---|---|
| 7:20 – 7:22 | 20:18 – 20:23 | 30:13 – 30:25 |
| 8:13 – 8:17 | 21:9 – 21:12 | 31:4 – 31:6 |
| 11:22 – 12:7 | 21:16 – 21:21 | 31:7 – 31:10 |
| 12:11 – 12:14 | 22:21 – 22:24 | 31:17 – 31:20 |
| 12:18 – 12:23 | 23:16 – 23:23 | 31:21 – 32:6 |
| 12:24 – 13:5 | 24:13 – 24:20 | 32:13 – 32:18 |
| 13:18 – 13:20 | 25:11 – 25:13 | 32:24 – 34:1 |
| 15:1 – 15:3 | 25:16 – 25:17 | 34:4 – 34:12 |
| 17:7 – 17:9 | 26:2 – 26:7 | 34:13 – 34:15 |
| 17:15 – 17:16 | 29:1 – 29:3 | 34:19 – 35:2 |
| 17:18 – 17:22 | 29:6 – 29:10 | 35:9 – 35:20 |
| 17:23 – 18:2 | 29:12 | 36:1 – 36:8 |
| 18:14 – 18:21 | 29:17 – 29:22 | 36:24 – 37:4 |
| 19:15 – 19:23 | 30:8 – 30:11 | 37:10 – 37:20 |

39:3 – 39:9     61:17 – 62:15    81:6 – 82:4

| | | |
|---|---|---|
| 39:3 – 39:9 | 61:17 – 62:15 | 81:6 – 82:4 |
| 42:21 – 42:22 | 65:10 – 66:6 | 82:24 – 83:23 |
| 43:3 – 43:7 | 66:7 – 66:23 | 85:5 – 86:12 |
| 43:8 – 43:12 | 66:24 – 67:1 | 86:19 – 87:21 |
| 43:17 – 43:19 | 67:8 – 67:21 | 88:6 – 88:17 |
| 43:21 – 43:22 | 68:2 – 68:14 | 88:23 – 89:1 |
| 51:23 – 52:22 | 69:8 – 69:19 | 89:8 – 89:10 |
| 53:25 – 54:5 | 69:20 – 70:2 | 89:18 – 90:18 |
| 54:6 – 54:19 | 70:10 – 70:19 | 91:19 – 91:23 |
| 54:20 | 71:4 – 71:16 | 91:25 – 92:7 |
| 54:25 – 55:6 | 72:2 – 72:20 | 92:18 – 96:4 |
| 55:21 – 56:14 | 72:24 – 73:4 | 98:2 – 99:18 |
| 56:21 – 57:2 | 73:7 – 75:21 | 100:8 – 101:11 |
| 57:3 – 57:25 | 75:22 – 76:8 | 102:1 – 102:17 |
| 58:23 – 59:11 | 76:11 – 76:14 | 102:18 – 104:18 |
| 59:12 – 60:2 | 78:6 – 79:12 | 104:19 – 105:17 |
| 60:25 – 61:16 | 79:13 – 79:21 | 106:6 – 106:10 |

**71. Schechter, Adam Vol. I   9/13/2002**

6:8 – 8:13
55:5 – 55:14
56:12 – 56:18
80:2 – 80:20
187:17 – 195:5
203:11 – 203:22

**72. Schechter, Adam Vol. II   9/23/2003**

8:4 – 8:11
18:1 – 21:20
27:13 – 32:24
33:23 – 34:9
136:4 – 136:15
192:23 – 193:18

**73. Schechter, Adam   12/10/2004**

| | | |
|---|---|---|
| 13:3 – 14:14 | 100:23 - 105:6 | 137:4 – 141:18 |
| 15:7 – 18:3 | 107:7 – 107:19 | 141:19 – 148:3 |
| 31:5 – 32:19 | 107:20 – 111:25 | 148:9 – 150:23 |
| 34:6 – 37:17 | 112:1 – 127:23 | 154:16 – 161:23 |
| 52:23 – 62:19 | 127:24 – 128:4 | 209:12 – 209:21 |
| 68:18 – 73:11 | 128:7 – 132:24 | 210:14 – 225:9 |
| 82:5 – 86:13 | 132:25 – 136:6 | 258:18 – 292:19 |

**74.**     **Scolnick, Edward**       **3/19/2001**

| | | |
|---|---|---|
| 8:20 – 9:9 | 64:17 – 64:21 | 119:4 – 119:13 |
| 9:14 – 10:13 | 67:10 – 68:11 | 120:7 – 120:12 |
| 13:19 – 14:18 | 69:13 – 72:19 | 120:23 – 121:18 |
| 15:7 – 15:15 | 75:17 – 76:10 | 130:21 – 131:9 |
| 18:9 – 18:18 | 80:16 – 80:19 | 167:2 – 167:9 |
| 18:21 – 18:22 | 82:17 – 83:3 | 177:18 – 179:15 |
| 19:7 – 19:14 | 84:24 – 85:17 | 181:10 – 181:20 |
| 19:19 – 19:21 | 85:21 | 181:24 – 181:25 |
| 26:13 – 27:10 | 86:4 – 86:16 | 185:7 – 185:11 |
| 27:23 – 27:25 | 90:19 – 91:9 | 189:18 – 190:25 |
| 28:5 – 28:10 | 91:20 – 92:8 | 192:9 – 192:25 |
| 31:17 – 32:19 | 92:20 – 92:25 | 193:1 – 193:12 |
| 33:3 – 33:7 | 94:17 – 94:23 | 193:23 – 194:2 |
| 34:8 – 34:19 | 95:16 – 96:6 | 194:20 – 194:25 |
| 37:10 – 37:14 | 97:16 – 98:7 | 196:2 – 194:22 |
| 37:23 – 38:21 | 98:14 – 99:2 | 199:5 – 199:22 |
| 39:14 – 39:20 | 99:16 – 99:22 | 200:5 – 200:11 |
| 41:8 – 42:4 | 100:23 – 101:4 | 201:8 – 201:10 |
| 43:3 – 43:8 | 101:14 – 101:19 | 203:22 – 204:3 |
| 47:14 – 47:18 | 103:5 – 103:22 | 204:15 – 204:19 |
| 57:14 – 57:19 | 104:17 – 106:11 | 228:8 – 228:25 |
| 58:9 – 58:17 | 108:23 – 109:7 | 229:2 – 230:22 |
| 60:14 – 60:24 | 110:7 – 111:4 | 234:9 – 234:18 |
| 62:3 – 62:9 | 114:11 – 116:2 | 235:5 – 235:10 |
| 63:21 – 64:11 | 117:18 – 118:3 | |

**75.**     **Scolnick, Edward**       **1/30/2003**

| | | |
|---|---|---|
| 9:2 – 9:4 | 46:23 – 46:25 | 81:10 – 81:12 |
| 11:21 – 12:10 | 47:1 – 47:3 | 81:13 – 81:16 |
| 20:16 – 20:21 | 47:17 – 48:4 | 81:18 – 82:3 |
| 21:7 – 21:8 | 54:6 – 54:14 | 82:21 – 82:25 |
| 21:18 – 21:19 | 54:18 – 54:22 | 83:3 – 84:16 |
| 22:7 – 22:8 | 62:4 – 62:15 | 84:18 – 85:13 |
| 22:11 – 22:19 | 63:25: - 64:12 | 85:16 – 87:21 |
| 22:24 – 23:1 | 65:10 – 65:18 | 87:22 – 89:18 |
| 27:24 – 28:17 | 65:20 | 90:13 – 90:18 |
| 29:10 – 29:18 | 71:4 – 71:13 | 90:22 – 91:7 |
| 29:20 – 30:3 | 72:14 – 72:22 | 92:3 – 92:19 |
| 36:19 – 36:23 | 73:13– 74:12 | 94:21 – 95:4 |
| 41:24 – 42:12 | 75:2 – 75:14 | 97:24 – 98:12 |
| 42:25 – 43:15 | 75:17 – 75:18 | 98:13 – 98:18 |
| 43:25 – 45:25 | 76:5 – 76:20 | 98:24 – 100:13 |
| 46:15 – 46:18 | 76:21 – 77:13 | 100:15 – 100:19 |

| | | |
|---|---|---|
| 100:20 – 100:21 | 153:17 – 154:7 | 239:3 – 239:7 |
| 100:24 | 154:10 – 154:14 | 239:21 – 239:25 |
| 102:17 – 102:22 | 154:18 – 154:22 | 240:22 – 241:8 |
| 103:1 – 103:10 | 154:23 – 165:9 | 241:10 – 241:25 |
| 104:2 – 104:4 | 165:14 – 167:4 | 245:5 – 245:16 |
| 104:5 – 104:7 | 170:3 – 170:7 | 247:4 – 248:10 |
| 104:15 – 104:20 | 170:10 – 170:20 | 248:13 – 248:24 |
| 104:23 – 105:1 | 170:23 – 172:8 | 249:6 – 249:23 |
| 105:4 – 105:7 | 173:24 – 176:5 | 250:1 – 250:2 |
| 106:1 – 106:3 | 179:21 – 180:7 | 250:5 – 250:16 |
| 107:3 – 107:10 | 180:9 – 180:10 | 250:22 – 252:17 |
| 107:23 – 108:3 | 182:22 – 183:4 | 252:21 – 252:22 |
| 108:4 – 110:5 | 183:11 – 185:16 | 253:1 – 253:13 |
| 110:22 – 111:2 | 193:6 – 193:10 | 253:15 – 253:22 |
| 111:9 – 111:20 | 193:14 – 193:23 | 259:5 – 260:14 |
| 111:21 – 113:7 | 194:2 – 194:19 | 260:24 – 261:5 |
| 113:12 – 113:19 | 194:24 – 194:25 | 261:6 – 263:7 |
| 113:22 – 114:3 | 195:7 – 195:21 | 263:9 – 263:13 |
| 114:5 – 114:11 | 195:22 – 198:14 | 263:23 – 265:5 |
| 114:14 – 115:7 | 198:22 – 199:2 | 265:10 – 266:3 |
| 115:10 – 116:3 | 199:19 – 200:23 | 266:4 – 266:14 |
| 116:6 – 117:22 | 200:24 – 201:11 | 266:24 – 267:20 |
| 117:24 – 118:5 | 202:14 – 202:19 | 268:13 – 270:24 |
| 118:23 – 119:12 | 206:14 – 208:16 | 277:3 – 280:8 |
| 119:17 – 119:19 | 209:1 – 209:2 | 281:16 – 282:5 |
| 119:24 – 120:25 | 209:6 – 209:13 | 285:10 – 288:8 |
| 121:8 – 121:17 | 210:4 – 210:13 | 290:4 – 291:25 |
| 121:21 – 122:20 | 210:16 – 210:23 | 294:3 – 294:20 |
| 123:18 – 124:5 | 211:8 – 211:11 | 298:5 – 298:23 |
| 129:3 – 129:19 | 212:20 – 214:4 | 299:10 – 300:5 |
| 130:4 – 130:10 | 214:5 – 215:7 | 307:18 – 308:3 |
| 130:16 – 131:9 | 215:12 – 215:19 | 309:17 – 309:20 |
| 131:15 – 132:25 | 216:22 – 218:25 | 309:24 – 311:22 |
| 133:1 – 134:7 | 219:5 – 219:7 | 313:23 – 314:16 |
| 134:8 – 135:5 | 219:8 – 219:21 | 318:21 – 318:25 |
| 135:6 – 135:9 | 219:22 – 219:24 | 320:18 – 322:15 |
| 135:10 – 143:3 | 220:11 – 220:15 | 331:13 – 332:7 |
| 144:18 – 145:6 | 220:22 – 221:3 | 332:24 – 333:20 |
| 145:14 – 150:24 | 221:7 – 222:18 | 339:25 – 340:22 |
| 151:7 – 151:9 | 222:19 – 227:16 | |
| 151:12 – 152:18 | 233:9 – 237:2 | |
| 152:19 – 153:14 | 237:24 – 239:2 | |

**76.** __Scolnick, Edward__          __3/22/2005__

| | | |
|---|---|---|
| 13:18 – 13:19 | 73:5 – 74:20 | 138:18 – 138:24 |
| 15:5 – 15:7 | 76:18 – 78:16 | 139:21 – 140:17 |
| 17:5 – 19:1 | 79:6 – 84:20 | 140:19 – 141:1 |
| 19:3 – 19:9 | 85:20 – 86.8 | 141:9 – 142:7 |
| 20:19 – 20:21 | 86:10 – 86:8 | 143:1 – 143:7 |
| 20:23 – 21:4 | 87:9 – 89:12 | 143:13 – 145:20 |
| 21:5 – 21:20 | 90:3 – 91:16 | 146:11 – 146:5 |
| 22:13 – 23:16 | 91:22 – 92:5 | 147:6 – 148:2 |
| 24:7 – 24:11 | 92:15 – 92:23 | 148:4 – 148:7 |
| 24:14 – 24:16 | 93:11 – 95:6 | 148:10 -148:16 |
| 24:18 – 24:19 | 95:8 – 95:13 | 148:17 – 149:16 |
| 24:22 – 27:24 | 95:14 – 96:4 | 149:17 – 150:2 |
| 28:18 - 31:3 | 96:5 – 96:7 | 151:13 – 151:22 |
| 32:3 – 32:10 | 96:8 – 96:11 | 151:23 – 152:11 |
| 32:12 – 32:23 | 96:12 – 96:14 | 152:17 – 153:12 |
| 33:7 – 33:10 | 96:15 – 97:9 | 152:15 – 153:24 |
| 34:16 – 36:4 | 97:12 – 98:2 | 155:9 – 157:14 |
| 37:4 – 37:6 | 98:3 – 98:7 | 158:19 – 159:17 |
| 37:8 – 38:2 | 98:13 – 99:8 | 160:10 – 160:18 |
| 38:6 – 38:11 | 99:20 – 102:3 | 161:20 – 162:3 |
| 38:13 – 38:16 | 104:5 – 104:9 | 163:20 – 164:3 |
| 38:19 – 42:13 | 104:21 – 104:24 | 165:1 – 165:15 |
| 43:9 – 44:21 | 105:10 – 105:23 | 165:23 – 167:14 |
| 45:15 – 46:18 | 106:9 – 106:13 | 167:24 – 169:6 |
| 46:20 - 47:12 | 109:9 – 110:15 | 169:7 – 169:16 |
| 47:13 – 48:2 | 110:19 – 111:8 | 169:17 – 169:24 |
| 48:24 – 49:10 | 114:11 – 114:13 | 170:14 – 170:21 |
| 49:11 – 50:1 | 114:15 – 114:17 | 170:22 – 171:5 |
| 50:2 – 50:8 | 114:19 – 114:23 | 171:6 – 171:13 |
| 50:9 – 51:10 | 115:3 – 115:10 | 172:4 – 172:9 |
| 52:2 – 57:19 | 116:12 – 116:24 | 173:6 – 173:14 |
| 57:21 – 58:15 | 118:5 – 118:11 | 176:11 – 178:8 |
| 58:17 – 58:24 | 119:10 – 120:5 | 179:16 – 180:6 |
| 59:1 – 59:15 | 120:23 – 122:3 | 180:10 – 180:18 |
| 59:16 – 60:17 | 124:2 - 125:6 | 180:22 – 182:6 |
| 60:19 – 61:6 | 128:1 – 128:22 | 186:12 – 186:22 |
| 61:16 – 62:19 | 129:2 – 129:5 | 186:23 – 188:7 |
| 63:9 – 67:18 | 129:8 – 129:13 | 188:8 – 189:1 |
| 67:20 – 67:24 | 129:18 – 130:4 | 189:17 – 189:21 |
| 68:3 – 68:4 | 130:7 - 130:9 | 191:24 – 193:12 |
| 68:11 – 68:18 | 130:11 – 130:20 | 194:9 – 194:19 |
| 68:19 – 69:8 | 134:15 – 135:3 | 194:20 – 195:4 |
| 69:9 – 70:18 | 135:4 – 136:7 | 197:10 – 197:11 |
| 70:19 – 71:12 | 136:9 – 137:16 | 204.24 – 205:5 |

207:5 – 207:24
211:10 – 212:5
212:6 – 213:1
213:2 -213:18
218:10 – 218:19
218:20 – 219:1
219:2 – 219:5
219:6 – 219:23
219:24 – 220:14
224:17 – 224:23
224:24 – 225:16
225:4 – 226:10
226:15 – 226:17
227:7 – 228:6
228:7 – 228:14
228:15 – 229:1
229:2 – 229:8
229:11 – 230:5
230:6 – 230:14

230:21 – 230:22
231:20 – 234:3
234:11 – 234:18
234:19 – 235:17
237:3 – 237:7
239:4 – 240:3
240:6 – 241:2
242:1 – 244:7
244:8 – 244:21
244:22 – 245:9
245:20 – 246:7
251:7 – 253:15
253:17 – 253:20
254:3 – 255:8
255:10 – 256:2
257:24 – 258:9
260:22 – 260:24
261:1 – 261:2
261:5 – 261:11

261:16 – 261:23
263:1 – 263:17
268:7 – 268:17
269:2 – 269:21
271:5 – 274:2
275:10 – 275:17
276:5 – 276:18
276:22 – 278:8
279:8 – 279:24
280:15- 280:16
280:24 – 286:2
289:4 – 290:19
294:10 – 296:8
297:4 – 305:20
307:1 – 308:18
309:8 – 309:21
311:2 – 313:4

**77.**   **Scolnick, Edward**          **4/29/2005**

10:12 – 11:14
11:19 – 12:5
12:20 – 12:24
13:11 – 15:21
16:5 – 16:13
17:24 – 18:3
18:12 – 18:23
20:18 – 20:23
21:11 – 22:9
23:8 – 24:14
25:7 – 26:21
27:14 – 28:1
28:2 – 28:13
28:16 – 28:20
28:24 – 29:6
29:13 – 31:3
31:10 – 31:13
32:8 – 33:25
34:8 – 35:23
36:9 – 40:3
38:17 – 40:3
41:3 – 41:18
42:1 – 42:9
42:10 – 42:17

43:4 – 43:19
44:7 – 45:3
45:14 – 46:4
46:15 – 47:5
47:6 – 48:10
48:23 – 49:17
49:18 – 50:15
52:10 – 53:9
54:4 – 55:14
55:16 – 56:3
56:4 – 58:25
59:9 – 67:9
68:16 – 68:23
69:1 – 69:11
70:4 – 70:6
70:8 – 70:21
72:3 – 72:8
73:1 – 73:6
73:7 – 74:8
75:2 – 75:5
75:6 – 75:10
76:3 – 77:16
77:23 – 77:25
78:14 – 78:24

79:6 – 79:9
82:8 – 82:10
82:21 – 82:25
83:3 – 83:12
83:18 – 83:22
84:8
86:6 – 86:11
87:3 – 87:12
87:18 – 87:22
87:23 – 88:14
89:3 – 89:25
90:8 – 90:10
90:21 – 91:4
92:16 – 92:25
94:16 – 94:22
94:25 – 95:6
97:4 – 97:10
97:20 – 98:23
99:4 – 100:21
101:1 – 101:22
102:13 – 103:14
103:22 – 103:23
104:4 – 104:9
106:6 – 106:20

| | | |
|---|---|---|
| 108:10 – 108:16 | 161:24 – 162:16 | 223:1 – 223:22 |
| 108:18 – 109:9 | 163:24 – 164:10 | 225:3 – 225:9 |
| 109:19 – 11:20 | 164:11 – 164:22 | 225:17 – 225:20 |
| 112:1 – 112:8 | 165:11 – 165:23 | 226:5 – 226:10 |
| 112:9 – 112:13 | 166:20 – 166:25 | 226:22 – 227:10 |
| 112:14 – 112:21 | 167:1 – 167:17 | 227:12 – 228:1 |
| 112:22 – 113:13 | 168:11 – 169:9 | 228:3 – 228:16 |
| 113:22 – 115:10 | 170:2 – 170:12 | 228:17 – 229:23 |
| 115:17 – 115:25 | 170:20 – 171:7 | 231:4 – 231:13 |
| 116:1 – 116:11 | 171:9 – 171:25 | 231:17 – 232:4 |
| 116:21 – 117:15 | 172:1 – 172:3 | 232:8 – 232:11 |
| 117:18 – 117:25 | 172:5 – 172:14 | 232:21 – 233:6 |
| 118:1 – 118:22 | 172:22 – 172:24 | 233:23 – 234:2 |
| 120:17 – 120:19 | 173:4 – 173:7 | 234:10 – 234:25 |
| 120:24 – 121:24 | 174:5 – 174:17 | 235:23 – 236:8 |
| 122:17 – 123:23 | 174:21 – 175:9 | 236:18 – 236:24 |
| 123:25 – 124:11 | 175:16 – 176:7 | 237:20 – 238:12 |
| 124:19 – 124:33 | 176:11 – 176:15 | 238:22 – 238:23 |
| 125:5 – 126:16 | 177:4 – 177:14 | 240:4 – 240:24 |
| 127:6 – 127:12 | 177:24 – 178:3 | 241:6 – 242:21 |
| 127:18 – 127:25 | 178:4 – 178:22 | 243:22 – 244:17 |
| 128:14 – 132:5 | 179:2 – 179:16 | 245:4 – 245:10 |
| 133:15 – 134:10 | 188:6 – 188:18 | 245:17 – 247:19 |
| 134:12 – 134:14 | 189:9 – 189:19 | 248:10 – 248:15 |
| 134:21 – 135:10 | 189:20 – 189:24 | 248:25 – 249:7 |
| 135:15 – 135:25 | 189:25 – 190:2 | 249:14 – 250:11 |
| 136:16 – 137:14 | 190:3 – 190:7 | 250:22 – 251:5 |
| 138:18 – 138:24 | 190:9 – 190:12 | 252:9 – 254:20 |
| 139:21 – 140:3 | 190:17 – 191:1 | 255:16 – 256:15 |
| 140:15 – 141:5 | 191:24 – 193:1 | 256:19 – 257:14 |
| 141:23 – 142:9 | 193:9 – 196:7 | 261:17 – 261:22 |
| 143:15 – 146:21 | 197:16 – 199:15 | 262:21 – 264:1 |
| 147:8 – 148:8 | 199:16 – 200:8 | 264:2 – 264:8 |
| 148:9 – 148:12 | 201:7 – 201:22 | 264:16 – 266:1 |
| 149:3 – 149:8 | 201:24 – 202:1 | 266:25 – 268:21 |
| 150:1 – 150:6 | 202:2 – 202:18 | 270:2 – 273:13 |
| 151:10 – 152:1 | 203:23 – 205:10 | 273:18 – 274:1 |
| 152:12 – 154:20 | 205:17 – 205:18 | 274:3 – 274:6 |
| 155:6 – 155:20 | 205:22 – 206:12 | 274:12 – 274:19 |
| 155:21 – 156:1 | 207:6 – 209:23 | 275:1 – 275:25 |
| 156:2 – 156:9 | 209:25 – 210:3 | 276:1 – 276:5 |
| 157:7 – 157:24 | 210:11 – 210:18 | 276:6 – 276:11 |
| 157:25 – 158:8 | 210:25 – 211:10 | 276:20 – 276:22 |
| 158:14 – 158:22 | 212:2 – 212:25 | 278:4 – 280:7 |
| 159:24 – 160:15 | 220:19 – 221:14 | 280:9 – 280:22 |
| 160:23 – 161:13 | 222:17 – 222:21 | 281:14 – 282:16 |

282:20 – 283:10
283:11 – 284:1
284:5 – 286:1
286:13 – 288:17
289:4 – 289:16
289:19 – 290:2
290:16 – 290:17
291:18 – 292:16
293:11 – 294:2
295:7 – 295:17
295:24 – 296:14
296:25 – 297:19
298:24 – 299:11
300:12 – 301:10
301:11 – 301:16
301:17 – 301:20
302:3 – 302:7
302:15 – 305:13

305:15 – 306:14
307:7 – 307:17
308:11 – 308:22
309:17 – 310:2
311:6 – 315:24
317:8 – 317:12
320:8 – 321:10
322:6 – 325:17
326:7 – 326:13
328:14 – 329:5
329:10 – 329:19
330:17 – 332:25
333:11 – 334:12
334:13 – 334:19
334:20 – 335:4
335:12 – 341:20
342:9 – 344:1
344:2 – 344:13

344:15 – 344:21
345:21 – 346:17
347:16 – 348:3
348:7
349:1 – 351:9
352:5 – 352:16
353:12 – 355:5
355:16 – 355:19
355:23 – 357:17
358:9 – 366:11
366:15 – 370:20
371:15 – 373:2
373:12 – 376:13
377:1 – 378:14
381:5 – 383:8

**78.**     **Scolnick, Edward**      **5/17/2005**

400:15 – 400:16
400:21 – 402:15
402:21 – 403:6
403:18 – 404:21
404:23 – 404:25
405:3 – 405:7
406:11 – 407:17
408:4 – 408:8
408:12 – 408:18
408:24 – 409:15
409:20 – 410:24
411:1 – 411:2
411:14 – 411:24
412:13 – 415:13
415:15 – 416:20
416:24 – 418:5
418:8 – 420:10
420:13 – 420:20
420:23 – 420:24
421:1 – 422:18
423:11 – 423:16
423:19 – 425:5
425:20 – 426:10
426:13 – 426:21
427:14 – 427:19

427:21 – 427:25
428:4 – 428:7
428:10 – 428:17
429:1 – 429:20
429:24 – 431:18
431:20 – 432:8
432:11 – 432:23
433:1 – 433:8
433:11 – 433:25
434:2 – 434:13
434:15 – 434:21
434:24 – 435:5
435:8 – 435:14
435:18 – 435:19
435:22 – 436:9
436:12 – 436:18
436:24 – 439:4
439:6 – 439:12
440:3 – 442:4
442:7 – 443:13
443:16 – 443:19
444:7 – 444:9
444:12 – 444:20
444:23 – 445:13
445:16 – 445:21

446:4 – 446:5
446:8 – 446:23
447:1 – 447:7
447:9 – 447:16
449:1 – 451:3
451:6 – 451:14
451:17 – 453:1
453:7 – 453:21
453:24 – 454:3
454:6 – 454:13
454:16 – 455:7
455:9 – 456:4
459:6 – 460:24
461:2 – 461:6
462:7 – 464:3
464:6 – 464:10
465:11 – 465:12
465:16 – 465:22
466:12 – 466:22
467:1 – 467:3
467:7 – 467:9
467:12 – 467:22
468:15 – 468:25
469:2 – 469:8
470:15 – 470:18

470:21
470:24 – 473:20
473:23 – 475:16
475:19 - 477:12
477:18 – 478:5
478:7 – 479:15
479:17 – 482.11
482:15 – 488:20
488:23 – 489:7
489:10 – 489:14
489:22 – 491:9
491:12 – 491:17
491:21 – 492:11
492:14 – 492:15
493:1 – 494:7
494:11 – 494:12
494:16 – 494:18
500:18 – 503:7
503:10 – 503:18
503:21 – 504:1
504:4 – 504:8
504:11 – 504:16
504:19 – 504:25
505:4 – 505:10
505:13 – 505:24
506:18 – 506:21
506:24 – 506:25
507:3 – 508:24
509:10 – 509:21
509:24 – 509:25
510:3 – 512:6
513:2 – 514:15
515:6 – 515:16
515:24 – 516:4
516:10 – 519:6
520:3 – 520:22
524:2 – 524:9
524:12 – 525:11
525:13 – 526:1
526:20 – 527:16
528:4 – 529:1
530:5 – 530:23
531:1 – 531:8
531:11 – 531:13
531:20 – 532:5
532:8

532:14 – 532:23
533:2 – 534:13
534:15 – 534:18
536:8 – 536:23
537:1 – 538:23
538:25 – 539:6
539:8 – 539:9
539:11 – 539:13
539:15 – 544:18
544:20 - 547:7
547:10 – 547:13
548:14 – 549:9
549:13 – 549:22
549:24 – 550:6
550:9 – 550:19
550:23 – 560:15
560:17 – 560:23
560:25 – 561:7
561:9 – 561:18
561:21 – 563:4
563:6 – 563:10
563:12 – 563:17
563:21 – 563:25
564:2 – 564:13
564:16 – 565:2
565:4 – 566:4
566:6 – 566:10
566:14 – 566:17
566:19 – 568:21
569:3 – 570:4
570:9 – 572:16
572:19 – 573:3
573:6 – 575:7
575:10 – 575:15
575:17 – 576:6
576:9 – 576:15
576:20 – 576:24
577:1 – 577:7
577:11 – 577:14
577:21 – 577:22
577:25 – 579:24
580:6 – 580:22
581:2 – 582:4
582:10 – 582:12
582:4 – 583:1
583:4 – 583:6

584:14 – 584:19
584:22 – 585:2
585:5 – 587:9
587:12 – 588:25
589:11 – 590:20
591:9 – 591:20
591:22 – 592:23
593:1 – 593:24
594:5 – 594:8
594:12 – 594:23
596:1 – 596:20
597:4 – 599:10
599:12 – 600:15
600:19 – 602:18
602:20 – 602:25
603:12 – 605:11
606:1 – 608:18
609:8 – 612:6
612:10 – 612:25
613:8 – 613:23
614:18 – 615:11
616:1 – 616:10
621:11 – 622:6
622:10 – 623:17
623:19 – 624:10
624:12 – 626:7
626:9 – 627:3
627:8 – 627:11
627:17 – 628:24
629:3 – 629:10
629:14 – 629.21
630:2 – 630:13
631:1 – 631:8
631:10 – 631:17
631:19 – 632:12
632:15 – 632.22
633:16 – 634:11
634:15 – 634:18
635:17 – 635:20
636:6 – 636:8
636:11
636:15
636:18 – 639:5
639:7 – 639.17
641:16 – 642:2
642:4 – 643:6

643:8 – 643:17
643:21 – 644:1
644:9 – 645:3
645:4 – 645:10
645:12 – 645:16
645:19 – 645:23
646:2 – 646:24
647:9 – 647:18
648:25 – 649:3
649:5 – 649:9
649:12 – 649:13
651:17 – 653:3
654:2 – 655:10
655:13 – 655:25
657:3 – 657:9
657:12 – 658:11
658:13 – 658:17
658:20 - 660:3
659:3 – 659:15
660:6 – 660:10
660:13 – 661:2
661:8 – 662:22
663:1 – 663:5
664:14 – 664:16
664:25 – 665:12

665:15 – 666:3
666:6 – 666:14
666:16 – 666:17
667:4 – 667:15
667:18 – 667:22
667:24 – 668:1
668:3 – 668:18
668:21 – 668:23
669:1 – 669:13
669:20 – 671:9
671:16 – 672:5
673:5 – 673:9
673:14 – 673:18
673:21 – 674:14
674:19 – 674:25
675:13 – 675:16
676:2 – 676:20
677:1 – 677:2
678:9 – 660:6
680:14 – 680:18
680:22 – 681:15
681:19 – 682:2
682:25 – 683:9
683:12 – 683:17
684:25 – 685:2

685:13 – 686:2
686:5 – 687:2
690:7 – 690:8
690:18 – 691:1
692:24 – 693:17
694:18 – 694:20
695:3 – 696:8
696:12 – 696:17
696:20 – 697:2
697:5 – 697:8
700:25 – 701:9
703:8 – 703:12
703:21 – 704:9
704:17 – 705:1
705:6 – 705:9
705:17 – 705:18
705:25 – 706:13
706:15 – 706:19
707:3 – 707:8
707:11 – 707:25
708:3 – 708:15
708:24 – 709:4

**79.    Scolnick, Edward          6/1/2005**

738:10 – 740:13
740:16 – 740:17
740:19 – 740:20
741:11 – 741:22
742:2 – 742:8
742:13 – 742:14
743:11 – 743:21
743:24 – 743:25
744:3 – 744:6
744:21 – 744:22
745:1 – 745:3
745:10 - 746:15
746:18 – 747:3
747:24 – 748:3
748:5 – 749:1
749:10 – 749:16
750:10 – 751:17
751:22 – 753:23

753:25 – 755:2
756:5 – 756:7
756:15 – 757:17
758:20 – 759:10
759:12 – 759:19
760:6 – 760:22
761:13 – 762:13
762:16 – 762:17
762:19 – 763:7
763:11 – 763:24
764:2 – 764:3
764:5 – 765:6
765:21 – 765:23
766:2 – 766:8
766:11 – 766:22
767:2 – 767:24
786:2 – 768:3
768:7 – 768:14

768:16
769:13 – 770:12
770:18 – 772:6
772:10
772:21 – 773:6
773:9 – 773:10
773:13 – 773:18
773:20 – 774:2
774:5 – 774:8
776:22 – 778:6
778:10 – 778:11
778:13 – 779:2
779:5 – 779:14
779:19 – 780:4
781:8 – 781:11
781:14 – 781:25
782:11 – 782:15
783:7 – 784:6

784:8 – 785:4
785:6 – 786:11
785:16 – 785:22
786:11
786:15 – 787:21
788:2 – 788:7
788:9 – 788:16
788:19 – 790:5
790:7 – 790:18
792:22 – 794:2
794:6 – 794:7
794:9 – 794:13
795:2 – 798:8
798:11 – 799:3

799:6 – 799:14
799:17 – 800:6
800:11 – 800:18
800:20 – 801:16
801:20 – 801:25
802:4 – 802:7
802:9 – 803:2
803:5 – 803:10
803:12 – 803:18
803:20 – 804:8
804:11 – 804:18
806:14 – 806:20
807:5 – 807:16
807:18 – 807:20

808:16 – 808:19
808:25 – 809:7
810:14 – 810:16
812:11 – 813:14
813:24 – 815:3
815:6 – 815:11
815:15 – 815:16
815:19 – 816:8
816:11 – 816:15
817:19 – 818:1
818:5 – 818:15
818:17 – 818:19
818:23 – 818:25

**80.   Seidenberg, Beth C.                          10/7/2004**

20:14 – 20:16
33:24 – 43:21
45:17 – 45:24
47:4 – 47:6
47:7 – 47:13
52:11 – 56:17
64:21 – 68:9
69:20 – 70:24
71:1 – 71:8
75:20 – 76:7
76:8 – 76:18
85:8 – 85:18
85:21 – 85:22
86:16 - 86:18
90:14 – 90:16
90:19 – 90:21
91:12 – 91:16
93:19 – 94:5
98:6 – 98:11
98:12 – 99:24
100:1 – 101:15
103:8 – 103:10
103:20 – 103:22
104:4 – 104:15
108:1 – 108:6
108:7 – 108:23
109:13 – 109:24
110:18 – 110:20

111:7 – 111:8
111:13 – 111:14
113:7 – 116:19
118:3 – 118:9
118:13 – 119:5
119:11 – 119:15
121:3 – 121:21
122:1 – 123:16
124:15 – 125:7
125:22 – 126:15
147:7 – 148:22
149:3 – 149:9
149:10 – 158:2
159:22 – 160:2
167:15 – 182:24
184:17 – 189:4
210:11 – 211:23
212:5 – 212:6
215:1 – 215:11
264:19 -265:19
279:24 – 280:5
280:14 – 281:8
281:11 – 282:5
282:11 – 292:19
285:7 – 285:11
285:14 – 285:18
285:21 – 287:5
287:21 – 288:15

290:18 – 292:2
295:21 – 296:3
296.8 – 296:9
302:14 – 303:8
303:11 – 303:14
303:19 – 303:21
303:23 – 304:5
304:8 – 305:20
305:23 – 305:24
306:4 – 306:24
307:9 – 307:18
308:5 – 308:10
308:13 -309:17
310:7 – 310:10
310:14 – 311:5
311:9 – 311:13
313:18 – 313:24
314:13 – 316:16
318:9 – 318:22
319:1 – 319:5
341:22 – 344:7
395:21 – 395:23
396:7 – 396:8
396:18 – 396:24
397:7 – 398:18

**81.**     **Shapiro, Deborah**     **1/25/2005**

| | | |
|---|---|---|
| 112:18 – 112:24 | 189:12 – 189:14 | 258:22 – 260:20 |
| 112:25 – 113:5 | 194:8 – 194:11 | 262:12 – 263:1 |
| 114:22 – 115:2 | 194:13 – 194:22 | 263:9 – 264:24 |
| 115:3 – 115:9 | 194:23 – 195:10 | 264:25 – 265:9 |
| 115:10 – 115:11 | 222:8 – 224:23 | 266:21 – 267:6 |
| 115:12 – 115:22 | 235:5 – 235:15 | 267:7 – 278:11 |
| 116:1 – 116.50 | 235:24 – 236:5 | 278:12 – 278:17 |
| 116:6 – 117:18 | 240:23 – 241:18 | 291:10 – 298:20 |
| 117:19 – 118:21 | 241:19 – 241:25 | 299:23 – 300:2 |
| 118:22 – 121:7 | 242:2 – 242:5 | 305:21 – 305:25 |
| 154:3 – 154:14 | 243:3 – 243:19 | 307:12 – 307:18 |
| 156:4 – 160:19 | 249:15 – 250:10 | 309:15 – 310:19 |
| 162:20 -164:4 | 252:5 – 252:10 | 315:10 – 315:15 |
| 170:24 – 175:22 | 254:18 – 255:10 | 317:7 – 318:25 |
| 182:19 – 182:24 | 257:15 – 258:5 | 320:1 – 323:15 |
| 183:14 – 184:21 | 258:12 – 258:13 | 323:25 – 326:17 |
| 185:12 – 185:21 | 258:15 – 258:18 | |
| 186:1– 187:14 | 258:19 – 258:21 | |

**82.**     **Shapiro, Deborah**     **2/14/2005**

| | | |
|---|---|---|
| 343:14 – 343:16 | 405:16 – 405:22 | 481:3 – 481:8 |
| 360:2 – 360:6 | 406:11 – 407:11 | 481:9 – 481:12 |
| 360:7 – 360:15 | 409:17 – 410:1 | 481:19 – 482:3 |
| 360:16 – 360:18 | 416:5 – 416:11 | 485:8 – 485:12 |
| 361:3 – 362:5 | 416:16 – 417:19 | 487:1 – 487:7 |
| 362:6 – 362:16 | 418:9 – 418:20 | 487:17 – 487:25 |
| 362:17 – 362:19 | 420:12 – 420:21 | 488:10 – 488:17 |
| 363:6 – 363:11 | 420:22 – 422:3 | 491:19 – 492:6 |
| 363:17 – 365:7 | 422:4 – 423:13 | 505:23 – 506:4 |
| 374:20 – 375:12 | 423:14 – 424:10 | 506:25 – 507:15 |
| 379:24 – 381:1 | 424:11 – 424:18 | 512:4 – 513:4 |
| 381:2 – 381:17 | 424:19 – 424:25 | 531:21 – 532:4 |
| 381:18 – 382:22 | 425:1 – 425:5 | 532:5 – 532:16 |
| 382:23 – 383:5 | 425:6 – 425:14 | 533:8 – 533:17 |
| 383:6 – 383:17 | 425:15 – 425:19 | 533:18 – 534:7 |
| 383:18 – 383:20 | 426:22 – 427:13 | 534:7 – 535:4 |
| 389:14 – 389:16 | 427:14 – 427:22 | 540:10 – 540:11 |
| 391:16 – 391:20 | 453:22 – 453:24 | 540:12 – 540:19 |
| 392:1 – 392:5 | 454:1 – 454:3 | 541:14 – 541:16 |
| 393:23 – 394:8 | 454:14 – 455:4 | 541:17 – 542:12 |
| 394:19 – 394:24 | 455:5 – 455:9 | 546:4 – 548:2 |
| 395:6 – 395:14 | 457:6 – 457:12 | 548:3 – 548:17 |
| 405:1 – 405:10 | 459:1 – 459:14 | 548:18 – 548:23 |

577:15 – 578:4

**83.**   **Shapiro, Deborah   6/29/2005**

| | | |
|---|---|---|
| 627:24 – 628:1 | 659:11 – 660:19 | 739:15 – 746:3 |
| 634:12 – 635:12 | 662:7 – 663:3 | 746:20 – 751:1 |
| 635:25 – 640:5 | 663:17 – 664:14 | 751:20 – 752:17 |
| 642:19 – 645:3 | 672:11 – 673:1 | 753:15 – 774:11 |
| 645:17 – 646:16 | 676:5 – 676:25 | 801:16 – 804:21 |
| 646:25 – 648:2 | 677:14 – 677:15 | 805:10 – 806:13 |
| 648:16 – 649:23 | 677:23 – 678:7 | 806:21 – 808:19 |
| 650:20 – 651:23 | 679:16 – 681:15 | 826:6 – 827:17 |
| 652:3 – 653:17 | 726:13 – 729:2 | 837:2 – 838:20 |
| 657:20 – 658:25 | 729:8 – 730:23 | |

**84.**   **Shapiro, Deborah   6/30/2005**

964:19 – 1012:24

**85.**   **Sherwood, Louis M.  Vol. I  9/30/2004**

| | | |
|---|---|---|
| 12:5 – 12:14 | 169:23 – 170:11 | 358:20 – 362:11 |
| 18:22 – 19:10 | 174:18 – 175:20 | 372:6 – 372:18 |
| 22:19 – 24:4 | 179:14 – 179:20 | 373:14 – 374:3 |
| 24:10 – 26:8 | 180:21 – 181:12 | 374:4 – 376:7 |
| 40:9 – 42:21 | 181:18 – 181:22 | 379:2 – 380:11 |
| 48:6 – 48:16 | 182:8 – 182:19 | 405:13 – 406:10 |
| 53:1 – 53:17 | 185:15 – 185:22 | 406:24 – 409:12 |
| 79:8 – 79:15 | 186:22 – 187:1 | 411:13 – 411:22 |
| 83:15 – 84:1 | 187:4 – 187:5 | 411:23 – 412.4 |
| 91:6 – 91:12 | 187:16 – 187:20 | 412:17 – 413:2 |
| 91:24 – 92:3 | 188:14 – 188:23 | 414:9 – 415:15 |
| 98:17 –99:1 | 239:24 – 240:23 | 418:1 – 422:17 |
| 131:13 – 131:18 | 293:8 – 293:18 | 424:7 – 424:11 |
| 132.24 – 133:6 | 295:4 – 297:4 | 424:12 – 425:11 |
| 135:21 – 136:4 | 299:12 – 304:7 | 429:7 – 432:8 |
| 136:19 – 137:17 | 304:9 – 304:22 | 432:10 – 434:5 |
| 137:22 – 138:4 | 305:11 – 306:13 | 436:23 – 441:18 |
| 139:16 – 140:11 | 308:3 – 308:11 | 441:20 – 442:18 |
| 140:16 – 140:19 | 316:19 – 316:20 | 444:1 – 444:11 |
| 143:21 – 144:6 | 317:17 – 319:11 | 444:19 – 445:11 |
| 159:1 – 159:4 | 324:20 – 325:13 | 445:19 – 446:8 |
| 159:13 – 160:2 | 349:13 – 352:24 | 447:16 – 448:16 |
| 163:8 – 163:23 | 353:24 – 354:13 | |
| 164:14 – 164:24 | 356:11 – 357:17 | |

**86.     Sherwood, Louis M.  Vol. II 12/14/2004**

| | | |
|---|---|---|
| 472:3 – 472:11 | 521:4 – 521:24 | 564:11 – 565:10 |
| 479:15 – 480:25 | 523:4 – 524:5 | 565:17 – 566:19 |
| 481:13 – 481:16 | 526:11 – 529:20 | 567:10 – 567:20 |
| 482:18 – 483:3 | 531:2 – 532:6 | 568:20 – 569:12 |
| 485:22 – 486:17 | 537:10 – 537:15 | 570:19 – 574:15 |
| 487:21 – 490:10 | 538:7 – 538:16 | 577:22 – 578:3 |
| 490:15 | 539:18 – 545:23 | 587:16 – 590:11 |
| 491:9 – 491:17 | 547:13 – 552:25 | 591:12 – 592:13 |
| 494:4 – 494:15 | 554:2 – 554:13 | 594:4 – 595:4 |
| 497:18 – 498:5 | 554:25 – 555:3 | 595:24 – 597:11 |
| 498:10 – 498:11 | 556:2 – 557:20 | 597:20 – 598:23 |
| 509:25 – 510:4 | 558:9 – 558:16 | 600:4 – 606:8 |
| 511:22 – 512:4 | 559:1 – 562:13 | 624:18 – 624:24 |
| 512:15 – 520:9 | 562:22 – 563:5 | 625:12 – 625:16 |
| 520:20 – 521:1 | 563:23 – 564:9 | |

**87.     Sherwood, Louis M.  (Lanier)        12/14/2004**

4:1 – 87:18

**88.     Simon, Thomas        1/5/2005**

| | | |
|---|---|---|
| 6:24 – 7:1 | 122:10 – 122:18 | 156:11 – 159:6 |
| 7:16 – 7:18 | 123:11 – 123:23 | 159:12 – 159:21 |
| 7:21 – 9:25 | 124:9 – 124:18 | 160:3 – 160:23 |
| 21:17 – 21:25 | 124:21 – 124:24 | 161:16 – 162:2 |
| 40:23 – 42:3 | 125:3 – 125:11 | 162:11 – 162:14 |
| 44:4 – 44:21 | 126:24 – 128:10 | 163:1 – 164:11 |
| 46:13 – 46:16 | 128:12 – 128:13 | 164:15 |
| 47:5 – 47:10 | 128:16 – 128:20 | 165:2 – 165:7 |
| 47:22 – 48:7 | 129:1 – 130:22 | 165:14 – 166:19 |
| 49:6 – 50:9 | 132:10 – 132:20 | 167:16 – 168:7 |
| 50:15 – 50:20 | 134:13 – 134:20 | 168:15 – 169:8 |
| 51:14 – 52:9 | 139:21 – 140:22 | 170:7 – 171:11 |
| 52:13 – 52:20 | 141:10 – 142:7 | 171:24 – 172:4 |
| 53:8 – 54:8 | 145:6 – 145:18 | 172:17 – 173:11 |
| 54:15 – 54:20 | 145:25 – 146:5 | 175:4 – 176:4 |
| 55:2 – 56:9 | 147:2 – 147:8 | 176:7 – 176:15 |
| 56:17 – 56:20 | 147:12 – 149:11 | 177:4 – 177:10 |
| 58:19 – 58:25 | 149:20 – 150:13 | 177:24 – 179:12 |
| 59:7 – 60:1 | 150:17 – 151:3 | 179:16 – 179:23 |
| 60:21 – 61:8 | 151:20 – 151:24 | 180:17 – 181:16 |
| 62:21 – 63:15 | 152:5 – 154:6 | 182:10 – 182:24 |
| 63:24 – 64:5 | 154:13 – 154:19 | 183:2 – 183:17 |

| | | |
|---|---|---|
| 184:10 – 185:7 | 209:19 – 209:22 | 233:14 – 233:25 |
| 185:25 – 186:24 | 211:7 – 212:4 | 234:17 – 234:19 |
| 187:16 – 187:24 | 212:7 – 212:20 | 235:2 – 236:18 |
| 188:17 – 188:25 | 213:7 – 214:6 | 236:24 – 237:7 |
| 190:14 – 192:18 | 214:9 – 216:11 | 237:19 – 237:22 |
| 194:4 – 195:6 | 217:5 – 220:14 | 238:6 – 238:9 |
| 195:8 – 195:19 | 220:24 – 221:20 | 238:19 – 238:23 |
| 195:22 – 196:25 | 221:22 – 222:9 | 239:1 – 239:7 |
| 197:2 – 198:21 | 222:20 – 222:22 | 239:21 – 241:5 |
| 199:4 – 199:21 | 225:14 – 226:14 | 241:9 – 241:10 |
| 202:4 – 204:15 | 226:18 – 227:5 | 241:17 – 242:16 |
| 204:22 – 205:9 | 227:13 – 228:10 | 242:20 |
| 206:3 – 206:9 | 228:13 – 228:22 | 243:15 – 243:22 |
| 207:17 – 208:10 | 228:25 – 229:9 | 244:4 – 244:18 |
| 209:2 – 209:4 | 230:23 – 233:9 | 244:21 – 245:17 |

**89.    Simon, Thomas          1/19/2005**

| | | |
|---|---|---|
| 262:20 – 263:10 | 292:25 – 293:13 | 322:17 – 324:16 |
| 264:7 – 264:14 | 293:20 – 294:11 | 325:5 – 325:6 |
| 264:25 – 265:1 | 294:15 | 325:19 – 326:5 |
| 265:5 – 265:8 | 294:18 – 295:21 | 326:10 – 326:20 |
| 265:19 – 267:1 | 298:5 – 298:16 | 327:2 – 327:15 |
| 267:9 – 267:15 | 299:8 – 299:12 | 328:10 – 328:13 |
| 267:19 – 268:8 | 299:25 – 300:5 | 329:15 – 330:23 |
| 269:5 – 269:10 | 300:8 – 300:9 | 331:22 – 332:17 |
| 270:9 – 271:25 | 301:2 – 301:7 | 332:21 – 333:2 |
| 272:4 – 272:19 | 301:24 – 302:6 | 333:6 – 333:19 |
| 275:10 – 275:12 | 302:14 – 303:15 | 334:6 – 334:20 |
| 275:16 – 275:21 | 304:4 – 304:5 | 335:2 – 335:3 |
| 276:5 – 276:20 | 305:3 – 306:7 | 335:6 – 335:17 |
| 277:4 – 277:20 | 306:25 – 307:4 | 336:4 – 336:13 |
| 280:8 –280:22 | 307:7 – 307:14 | 336:17 – 336:21 |
| 280:24 – 281:13 | 307:18 – 308:13 | 337:25 – 340:17 |
| 281:15 – 281:22 | 308:21 – 309:7 | 344:8 – 345:3 |
| 282:1 – 283:3 | 310:22 – 310:24 | 345:22 – 346:12 |
| 283:6 – 283:20 | 311:5 – 311:17 | 346:22 – 346:24 |
| 284:16 – 284:17 | 312:8 – 312:21 | 347:9 – 347:15 |
| 285:5 – 285:12 | 312:24 – 313:10 | 347:21 – 347:24 |
| 286:1 – 286:12 | 314:24 – 315:24 | 348:5 – 348:18 |
| 288:11 – 288:25 | 317:11 – 317:15 | 349:14 - 350:1 |
| 289:3 – 289:9 | 317:23 – 319:2 | 350:4 – 350:25 |
| 289:17 – 291:5 | 319:8 – 319:11 | 351:7 – 351:24 |
| 291:13 – 291:22 | 319:19 – 321:7 | 352:14 – 352:16 |
| 292:3 – 292:5 | 321:12 – 321:21 | 353:19 – 354:4 |
| 292:13 – 292:14 | 322:6 – 322:15 | 354:7 – 354:16 |

| | | |
|---|---|---|
| 354:22 – 355:2 | 363:3 – 363:11 | 384:4 – 384:13 |
| 355:6 – 355:9 | 374:7 – 376:5 | 384:21 – 385:11 |
| 357:15 – 358:10 | 378:10 – 381:17 | 386:12 – 387:3 |
| 358:13 – 358:17 | 382:11 – 382:17 | 387:7 |
| 359:21 – 360:2 | 382:19 – 383:1 | 387:20 – 387:24 |
| 360:8 – 361:1 | 383:4 – 383:7 | 388:3 – 388:16 |
| 361:10 – 362:8 | 383:9 – 383:12 | 388:19 – 388:22 |
| 388:24 – 389:6 | 390:11 – 390:22 | 392:20 – 395:12 |
| 389:10 – 390:3 | 390:25 – 391:17 | 395:16 – 396:5 |
| 390:5 – 390:6 | 391:19 – 392:12 | 397:18 – 397:20 |

**90.   Topol, Eric            11/22/05**

| | | |
|---|---|---|
| 25:11 – 25:13 | 59:16 – 59:23 | 94:2 – 94:5 |
| 26:9 – 29:2 | 60:2 – 60:11 | 95:15 – 97:2 |
| 29:5 – 31:20 | 60:14 – 60:18 | 97:7 – 97:17 |
| 31:24 – 33:5 | 61:5 – 61:13 | 99:16 – 100:6 |
| 33:8 – 34:4 | 62:3 – 62:22 | 101:18 – 101:21 |
| 34:7 – 34:20 | 67:5 – 67:15 | 101:24 – 105:2 |
| 34:23 – 34:24 | 67:19 – 67:22 | 106:14 – 107:12 |
| 35:2 – 35:7 | 68:24 – 69:3 | 107:15 – 108:10 |
| 35:12 – 35:13 | 69:6 – 70:8 | 108:13 – 108:14 |
| 35:16 – 35:19 | 70:12 – 72:8 | 108:17 – 108:18 |
| 35:22 – 36:15 | 72:13 – 72:19 | 109:21 – 110:6 |
| 36:18 – 37:22 | 72:22 – 73:16 | 110:8 – 110:20 |
| 38:1 – 38:2 | 74:10 – 74:22 | 110:24 – 111:4 |
| 38:19 – 39:17 | 75:3 – 75:4 | 111:8 – 111:14 |
| 44:8 – 44:13 | 75:7 – 75:18 | 115:11 – 115:18 |
| 44:16 – 44:17 | 75:21 – 75:22 | 116:22 – 117:1 |
| 45:5 – 45:20 | 76:1 – 76:24 | 117:4 – 117:6 |
| 46:23 – 47:6 | 77:3 – 77:15 | 117:11 – 118:5 |
| 50:1 – 51:1 | 77:18 – 78:7 | 118:8 – 118:22 |
| 52:2 – 52:4 | 79:11 – 80:9 | 119:2 – 119:5 |
| 52:7 – 52:9 | 80:14 – 81:2 | 119:9 – 119:19 |
| 52:11 – 52:17 | 81:5 – 82:6 | 120:23 – 121:11 |
| 52:20 – 52:21 | 83:7 – 83:13 | 121:14 – 121:22 |
| 53:8 – 53:11 | 83:16 – 85:6 | 122:3 – 122:14 |
| 53:23 – 54:14 | 85:11 – 85:17 | 124:17 – 125:4 |
| 54:20 – 54:23 | 87:6 – 87:11 | 125:7 – 126:6 |
| 55:6 – 55:10 | 90:5 – 90:11 | 126:23 – 127:4 |
| 56:11 – 56:15 | 90:21 – 90:24 | 127:8 – 127:10 |
| 56:22 – 57:15 | 91:3 – 91:14 | 127:13 – 127:18 |
| 57:18 – 57:21 | 91:21 – 91:23 | 127:20 – 128:17 |
| 57:24 – 58:12 | 92:10 – 92:12 | 129:3 – 129:7 |
| 58:20 – 58:21 | 92:18 – 92:24 | 129:10 – 130:3 |
| 58:24 – 59:13 | 93:3 – 93:23 | 130:8 – 130:13 |

| | | |
|---|---|---|
| 130:18 – 131:5 | 214:16 – 216:5 | 283:12 – 283:15 |
| 131:20 – 132:2 | 216:17 – 217:4 | 284:9 – 284:12 |
| 132:5 – 132:22 | 217:6 – 217:11 | 284:14 – 285:6 |
| 133:1 – 133:4 | 217:13 – 217:18 | 292:1 – 292:20 |
| 133:7 – 133:16 | 217:20 – 218:1 | 329:10 – 330:6 |
| 136:5 – 136:11 | 218:3 – 218:7 | 334:14 – 334:23 |
| 136:14 – 138:10 | 218:9 – 218:9 | 335:13 – 336:19 |
| 138:21 – 138:24 | 221:22 – 222:3 | 340:1 – 342:12 |
| 139:3 – 139:18 | 222:9 – 223:24 | 356:21 – 357:8 |
| 139:21 – 140:11 | 224:22 – 225:18 | 358:16 – 359:7 |
| 141:5 – 141:21 | 225:22 – 227:13 | 360:1 – 360:12 |
| 141:24 – 142:3 | 227:19 – 228:11 | 401:19 – 402:11 |
| 142:7 – 142:8 | 228:13 – 228:17 | 402:23 – 404:19 |
| 142:11 – 142:12 | 228:19 – 229:2 | 438:5 – 438:19 |
| 143:16 – 143:21 | 229:4 – 229:9 | 457:12 – 457:24 |
| 143:24 – 144:9 | 240:20 – 240:24 | 459:6 – 460:9 |
| 144:18 – 145:9 | 241:5 – 241:6 | 476:10 – 477:13 |
| 145:19 – 145:20 | 241:8 – 242:3 | 486:7 – 486:17 |
| 145:23 – 146:2 | 242:5 – 242:8 | 487:2 – 487:13 |
| 150:7 – 150:7 | 242:10 – 243:1 | 489:10 – 489:17 |
| 150:11 – 150:15 | 243:3 – 243:10 | 519:4 – 520:3 |
| 150:18 – 151:4 | 243:14 – 243:16 | 520:18 – 523:20 |
| 151:8 – 151:9 | 243:19 – 244:7 | 523:13 – 523:20 |
| 151:12 – 152:10 | 244:11 – 244:12 | 524:9 – 526:21 |
| 166:5 – 166:7 | 244:14 – 246:3 | 547:16 – 547:22 |
| 166:10 – 166:21 | 246:5 – 246:18 | 552:5 – 553:22 |
| 175:16 – 175:23 | 247:4 – 247:19 | 555:15 – 555:17 |
| 176:1 – 176:8 | 248:1 – 248:17 | 555:18 – 556:4 |
| 177:11 – 177:18 | 248:20 – 249:2 | 556:6 – 558:7 |
| 177:21 – 177:21 | 249:7 – 249:10 | 562:4 – 564:11 |
| 177:23 – 178:4 | 265:6 – 266:6 | 567:2 – 568:19 |
| 197:4 – 197:6 | 266:13 – 266:22 | 569:19 – 570:14 |
| 197:8 – 197:20 | 272:19 – 273:12 | 580:13 – 585:22 |
| 197:22 – 198:18 | 273:20 – 274:2 | 597:3 – 598:3 |
| 198:20 – 199:7 | 274:4 – 274:7 | 602:2 – 602:4 |
| 204:5 – 204:14 | 279:23 – 279:23 | 602:10 – 604:1 |
| 204:16 – 205:7 | 280:2 – 281:22 | 611:13 – 615:1 |
| 214:7 – 214:14 | 283:6 – 283:9 | |

**91.    Watson, Douglas      2/9/2005**

| | | |
|---|---|---|
| 10:23 – 11:1 | 44:11 – 44:22 | 71:4 – 71:7 |
| 29:24 – 30:1 | 60:11 – 61:1 | 71:10 – 71:12 |
| 43:1 – 43:2 | 64:18 – 65:14 | 99:24 – 100:10 |
| 43:5 – 43:6 | 66:18 – 66:23 | 100:15 – 100:17 |
| 43:21 – 44:1 | 68:21 – 69:23 | 100:22 – 100:25 |

| | | |
|---|---|---|
| 101:9 – 101:15 | 206:9 – 206:10 | 290:21 – 291:6 |
| 103:13 – 104:13 | 207:7 – 207:10 | 291:20 – 292:9 |
| 104:16 – 104:17 | 207:13 – 207:22 | 294:6 – 294:14 |
| 105:23 – 106:5 | 239:9 – 239:18 | 294:25 – 295:4 |
| 106:8 – 106:10 | 240:2 – 240:20 | 296:9 – 296:14 |
| 107:17 – 107:25 | 240:24 – 241:11 | 296:17 – 296:20 |
| 108:3 – 108:4 | 241:14 – 241:18 | 297:17 – 297:22 |
| 108:13 – 108:14 | 251:9 – 251:15 | 299:10 – 299:15 |
| 108:17 | 251:18 | 299:18 |
| 108:19 – 108:24 | 253:3 – 253:8 | 308:22 – 308:24 |
| 109:3 – 109:4 | 253:12 – 253:21 | 309:7 |
| 183:11 – 183:16 | 254:1 – 254:16 | 313:11 – 313:13 |
| 184:1 – 184:3 | 254:19 – 255:13 | 313:17 – 314:6 |
| 184:5 – 184:7 | 269:22 – 269:25 | 314:19 – 315:4 |
| 186:23 – 187:7 | 270:14 – 270:15 | 315:19 – 316:2 |
| 187:11 – 187:25 | 271:1 – 271:2 | 319:12 – 319:15 |
| 190:18 – 190:21 | 271:22 – 272:1 | 320:9 – 320:16 |
| 191:8 – 191:11 | 272:7 | 320:19 – 321:18 |
| 191:14 – 191:16 | 272:12 – 273:5 | 321:20 – 321:22 |
| 191:24 – 192:15 | 273:13 – 274:7 | 322:8 – 322.10 |
| 192:17 – 192:20 | 274:13 – 275:5 | 322:21 – 323:7 |
| 192:22 – 192:25 | 275:8 – 275:11 | 329:19 – 329:20 |
| 193:3 – 193:7 | 275:20 – 276:13 | 330:9 – 330:20 |
| 198:6 – 198:21 | 278:25 – 279:9 | 331:1 – 331:4 |
| 198:23 – 198:24 | 280:5 – 280:17 | 331:13 – 331:18 |
| 199:15 – 200:11 | 281:15 – 282:2 | 331:24 – 332:16 |
| 202:17 – 202:21 | 282:17 – 282:22 | 332:18 – 333:7 |
| 202:23 – 203:4 | 283:15 – 284:24 | 334:16 – 335:11 |
| 203:7 – 203:11 | 285:2 – 283:5 | 337:6 – 337:12 |
| 203:14 – 203:19 | 285:7 – 285:10 | 337:17 – 337:20 |
| 203:21 – 204:12 | 285:13 – 285:20 | 337:24 – 338:2 |
| 204:16 – 204:20 | 288:15 – 289:6 | 338:17 – 339:4 |
| 204:22 – 204:24 | 289:8 – 289:13 | |
| 206:3 – 206:7 | 290:2 – 290:18 | |

92.     The depositions of all Merck marketing personnel, including sales representatives and

managers, taken prior to trial.

93.     Deposition of Stephen Nissen, M.D.

94.     Any further or additional depositions taken prior to trial.

Plaintiff reserves the right to remove any objections included herein upon resolution of the objection. By designating this testimony, Plaintiff does not waive her right to object to or move to exclude any documents or testimony that Defendant Merck & Co. may offer at trial.

Plaintiff reserves the right to object to Defendant Merck & Co.'s designation of deposition testimony and exhibits. Plaintiff reserves the right to make counter-designations upon receipt of Defendant Merck & Co.'s designations.

Respectfully submitted this 10ᵗʰ day of October, 2006.

_B. Leigh O'Dell_

**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff


*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
 **Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Designation of Deposition Testimony has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck,  by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _20th_ day of October, 2006.

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.