IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05CV2524<br><br>ANTHONY WAYNE DEDRICK,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><u>**MERCK & CO, INC'S CASE-SPECIFIC AFFIRMATIVE DEPOSITION DESIGNATIONS**</u> |

  Merck & Co., Inc. ("Merck") hereby submits Case Specific Deposition Designations. Merck designates testimony from the depositions of the following witnesses as set forth on the attached page and line designations:

    Dr. William Coltharp
    Sherry Curtis
    Kenny Dedrick
    Phil Dedrick
    Dr. Esmeraldo Herrera
    Dr. Mark Koenig
    Melissa McAllister
    Dr. John McPherson

  Merck reserves the right to provide additional and/or supplemental designations from depositions that have not yet taken place or have not yet been completed. Merck reserves the right to offer any deposition testimony designated by Plaintiff and the right to counter-designate testimony based on Plaintiff's designations. Merck reserves the right to withdraw any testimony designated herein.

The Parties will provide a single transcript to the Court for each of these witnesses containing all the testimony designated by both sides after the Parties exchange objections and counters.

As agreed upon, Merck is not filing affirmatives for non-case specific witnesses today, but instead will do so on November 15, 2006 as part of a complete, single transcript for each witness.

**DEDRICK V. MERCK**
**DEFENDANT'S AFFIRMATIVE DEPOSITION DESIGNATIONS**
**WILLIAM COLTHARP, M.D.**
September 13, 2006

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 5 | 16 | 6 | 7 |
| 6 | 17 | 9 | 3 |
| 9 | 13 | 13 | 6 |
| 14 | 5 | 18 | 10 |
| 20 | 7 | 24 | 2 |
| 24 | 4 | 35 | 20 |
| 37 | 12 | 41 | 19 |
| 41 | 23 | 56 | 18 |
| 57 | 5 | 57 | 14 |
| 57 | 19 | 62 | 7 |
| 62 | 10 | 63 | 21 |
| 63 | 23 | 64 | 16 |
| 64 | 19 | 70 | 17 |
| 70 | 19 | 72 | 24 |
| 73 | 1 | 73 | 16 |
| 74 | 8 | 74 | 13 |
| 74 | 16 | 75 | 15 |

| | | | |
|---|---|---|---|
| 76 | 4 | 76 | 9 |
| 76 | 16 | 76 | 21 |
| 76 | 23 | 77 | 22 |
| 77 | 25 | 78 | 3 |
| 78 | 17 | 83 | 8 |
| 83 | 16 (starting with "Given") | 90 | 2 |
| 90 | 20 (starting with "it says") | 91 | 15 |
| 91 | 18 | 93 | 15 |
| 93 | 17 | 94 | 9 |
| 94 | 11 | 94 | 11 |
| 95 | 3 | 95 | 13 |
| 96 | 3 | 97 | 13 |
| 97 | 24 | 98 | 2 |
| 98 | 4 | 98 | 7 |
| 98 | 9 | 98 | 11 |
| 98 | 13 | 98 | 20 |
| 100 | 13 | 100 | 18 |
| 136 | 10 | 136 | 12 |
| 136 | 14 | 137 | 3 |
| 145 | 11 | 145 | 15 |
| 145 | 17 | 146 | 1 |
| 147 | 9 | 147 | 13 |
| 147 | 15 | 148 | 15 |
| 151 | 4 | 151 | 16 |
| 191 | 9 | 193 | 6 |
| 193 | 8 | 193 | 11 |
| 193 | 13 | 195 | 16 |
| 197 | 13 | 198 | 2 |
| 198 | 4 | 198 | 9 |

| | | | |
|---|---|---|---|
| 198 | 11 | 198 | 15 |
| 198 | 17 | 199 | 12 |
| 199 | 14 | 200 | 1 |
| 200 | 3 | 200 | 20 |
| 200 | 23 | 201 | 2 |
| 204 | 3 | 204 | 11 |
| 204 | 13 | 204 | 17 |
| 204 | 19 | 205 | 12 |

## SHERRY CURTIS
### September 26, 2006

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 5 | 5 | 5 | 8 (end with "Merck.") |
| 7 | 8 | 7 | 20 |
| 8 | 11 | 8 | 23 |
| 19 | 12 | 19 | 22 |
| 20 | 5 | 21 | 16 |
| 21 | 21 | 22 | 24 |
| 23 | 5 | 23 | 10 |
| 23 | 14 | 23 | 25 |
| 24 | 16 | 24 | 22 |
| 24 | 25 | 26 | 6 |
| 26 | 16 | 26 | 24 |
| 27 | 7 | 27 | 18 |
| 29 | 10 | 29 | 25 |
| 31 | 3 | 31 | 6 |
| 34 | 12 | 34 | 18 |
| 34 | 23 | 35 | 8 |
| 36 | 21 | 37 | 4 |

| 38 | 12 | 39 | 25 |
|---|---|---|---|
| 40 | 11 | 40 | 14 |
| 44 | 4 | 44 | 10 |
| 44 | 16 | 44 | 20 |
| 49 | 9 | 49 | 24 |
| 50 | 14 | 50 | 21 |
| 60 | 18 | 61 | 5 |
| 61 | 13 | 61 | 18 |
| 70 | 11 | 70 | 15 |
| 70 | 18 | 70 | 23 |
| 71 | 3 | 71 | 6 |
| 71 | 10 | 71 | 12 |
| 71 | 16 | 71 | 22 |

**KENNY DEDRICK**
**September 26, 2006**

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 5 | 6 | 5 | 9 (end with "of Merck.") |
| 5 | 12 | 5 | 14 |
| 7 | 6 | 7 | 15 |
| 8 | 22 | 8 | 25 |
| 9 | 7 | 10 | 3 |
| 12 | 23 | 12 | 25 |
| 15 | 23 | 16 | 22 |
| 18 | 3 | 18 | 7 |
| 18 | 10 | 18 | 11 |
| 18 | 15 | 19 | 1 |
| 19 | 23 | 20 | 9 |
| 20 | 13 | 20 | 16 |

| | | | |
|---|---|---|---|
| 22 | 11 | 22 | 16 |
| 24 | 1 | 24 | 6 |
| 25 | 17 | 25 | 24 |
| 26 | 3 | 26 | 4 |
| 26 | 7 | 26 | 9 |
| 26 | 12 | 26 | 15 |
| 26 | 22 | 27 | 6 |
| 31 | 19 | 32 | 10 |
| 32 | 13 (starting with "2002") | 33 | 14 |
| 34 | 6 | 35 | 22 |
| 36 | 23 | 37 | 3 |
| 37 | 13 | 37 | 24 |
| 38 | 11 | 38 | 15 |
| 38 | 20 | 40 | 4 |
| 40 | 10 | 43 | 12 |
| 47 | 16 | 51 | 8 |
| 51 | 11 | 52 | 1 |
| 52 | 19 | 54 | 5 |
| 54 | 19 | 54 | 23 |
| 55 | 3 | 55 | 16 |
| 56 | 5 | 58 | 24 |
| 59 | 7 | 60 | 20 |
| 61 | 1 | 61 | 9 |
| 61 | 14 | 62 | 24 |
| 63 | 18 | 63 | 23 |
| 70 | 25 | 72 | 24 |
| 74 | 19 | 74 | 24 |
| 75 | 3 | 75 | 14 |
| 80 | 15 | 80 | 17 |

| | | | |
|---|---|---|---|
| 85 | 7 | 85 | 10 |
| 85 | 12 | 85 | 14 |
| 86 | 5 | 86 | 7 |
| 86 | 19 | 86 | 22 |
| 86 | 25 | 87 | 3 |
| 87 | 10 | 87 | 16 |
| 87 | 23 | 88 | 6 |
| 88 | 12 | 88 | 15 |
| 88 | 17 | 88 | 25 |
| 89 | 25 | 92 | 8 |
| 92 | 10 | 92 | 23 |
| 93 | 12 | 93 | 18 |
| 93 | 22 | 94 | 16 |
| 97 | 21 | 98 | 12 |
| 101 | 18 | 103 | 23 |

## PHIL DEDRICK
### September 26, 2006

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 5 | 6 | 5 | 9 (end with "Merck.) |
| 7 | 18 | 8 | 1 |
| 13 | 3 | 13 | 12 |
| 14 | 8 | 14 | 10 |
| 18 | 1 | 18 | 12 |
| 24 | 8 | 24 | 11 |
| 24 | 16 | 25 | 17 |
| 29 | 11 | 31 | 10 |
| 31 | 13 | 31 | 25 |
| 32 | 21 | 33 | 16 |

| | | | |
|---|---|---|---|
| 33 | 20 | 34 | 9 |
| 34 | 15 | 34 | 21 |
| 38 | 16 | 39 | 10 |
| 42 | 1 | 42 | 4 |
| 42 | 20 | 42 | 23 |
| 43 | 5 | 43 | 7 |
| 43 | 11 | 43 | 15 |
| 50 | 17 | 50 | 19 |
| 50 | 22 | 51 | 2 |
| 51 | 9 | 51 | 14 |
| 51 | 17 | 51 | 18 |
| 52 | 2 | 52 | 15 |
| 53 | 3 | 53 | 17 |
| 53 | 23 | 53 | 25 |
| 54 | 22 | 55 | 9 |
| 56 | 15 | 57 | 6 |
| 59 | 3 | 59 | 21 |

### ESMERELDO HERRERA, M.D.
### September 14, 2006

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 5 | 15 | 5 | 21 |
| 6 | 18 | 6 | 23 |
| 7 | 13 | 10 | 8 |
| 10 | 20 | 11 | 8 |
| 13 | 5 | 14 | 16 |
| 15 | 2 | 17 | 5 |
| 23 | 18 | 26 | 13 |
| 26 | 15 | 27 | 2 |

| | | | |
|---|---|---|---|
| 27 | 4 | 27 | 16 |
| 27 | 18 | 27 | 22 |
| 28 | 20 | 29 | 2 |
| 29 | 7 | 30 | 9 |
| 30 | 12 | 37 | 23 |
| 38 | 6 (starting with "he had") | 40 | 8 |
| 40 | 10 | 46 | 16 |
| 47 | 1 | 47 | 3 |
| 47 | 5 | 47 | 25 |
| 48 | 2 | 48 | 13 |
| 48 | 15 | 48 | 18 |
| 48 | 20 | 49 | 18 |
| 49 | 20 | 51 | 17 |
| 51 | 19 | 51 | 21 |
| 51 | 23 | 54 | 14 |
| 54 | 16 | 55 | 14 (ending with "they do") |
| 55 | 20 | 59 | 11 |
| 59 | 13 | 61 | 8 |
| 61 | 10 | 64 | 7 |
| 64 | 9 | 64 | 15 |
| 64 | 17 | 65 | 17 |
| 65 | 19 | 65 | 23 |
| 65 | 25 | 66 | 19 |
| 66 | 21 | 66 | 23 |
| 66 | 25 | 67 | 5 |
| 67 | 7 | 67 | 9 |
| 67 | 11 | 67 | 13 |
| 67 | 15 | 67 | 17 |
| 67 | 19 | 67 | 21 |

| | | | |
|---|---|---|---|
| 67 | 23 | 68 | 11 |
| 68 | 13 | 68 | 18 |
| 68 | 20 | 70 | 1 |
| 70 | 3 | 72 | 5 |
| 75 | 5 | 75 | 11 |
| 75 | 13 | 76 | 14 |
| 76 | 16 | 76 | 23 |
| 77 | 11 | 77 | 13 |
| 77 | 15 | 78 | 17 |
| 78 | 19 | 78 | 24 |
| 79 | 1 | 79 | 8 |
| 79 | 21 (starting with "did") | 80 | 12 |
| 80 | 24 | 81 | 7 |
| 82 | 21 | 84 | 13 |
| 84 | 15 | 85 | 7 |
| 85 | 9 | 85 | 11 |
| 85 | 13 | 85 | 15 |
| 85 | 17 | 85 | 24 |
| 86 | 11 | 87 | 8 |
| 87 | 21 | 88 | 12 |
| 88 | 14 | 89 | 23 |
| 90 | 10 | 91 | 7 |
| 91 | 9 | 91 | 20 |
| 91 | 22 | 92 | 18 |
| 92 | 20 | 93 | 19 |
| 93 | 21 | 94 | 15 |
| 94 | 17 | 95 | 2 |
| 95 | 4 | 95 | 14 |
| 95 | 16 | 95 | 20 |

|     |     |     |     |
| --- | --- | --- | --- |
| 97  | 3   | 97  | 18  |
| 97  | 20  | 98  | 9   |
| 98  | 11  | 98  | 16  |
| 98  | 18  | 100 | 9   |
| 100 | 15  | 100 | 23  |
| 101 | 8   | 101 | 10  |
| 101 | 12  | 101 | 14  |
| 102 | 12  | 105 | 9   |
| 105 | 11  | 105 | 13  |
| 105 | 21  | 106 | 23  |
| 107 | 2   | 109 | 19  |
| 109 | 21  | 109 | 25  |
| 110 | 2   | 111 | 1   |
| 111 | 3   | 111 | 5   |
| 111 | 7   | 111 | 8   |
| 111 | 18  | 112 | 18  |
| 113 | 9   | 117 | 25  |
| 118 | 2   | 118 | 2   |
| 118 | 17  | 119 | 1   |
| 119 | 3   | 119 | 9   |
| 119 | 11  | 119 | 15  |
| 119 | 17  | 119 | 19  |
| 119 | 21  | 125 | 2   |
| 126 | 2   | 126 | 16  |
| 126 | 18  | 128 | 7   |
| 128 | 9   | 128 | 10  |
| 128 | 12  | 129 | 10  |
| 129 | 12  | 131 | 12  |
| 132 | 3   | 135 | 16  |

| | | | |
|---|---|---|---|
| 135 | 18 | 135 | 18 |
| 135 | 20 | 136 | 14 |
| 136 | 16 | 137 | 14 |
| 137 | 16 | 137 | 23 |
| 138 | 10 | 138 | 13 |
| 138 | 15 | 138 | 24 |
| 139 | 6 | 139 | 8 |
| 139 | 12 | 140 | 18 |
| 140 | 20 | 141 | 18 |
| 141 | 20 | 142 | 5 |
| 142 | 7 | 142 | 11 |
| 142 | 13 | 144 | 12 |
| 144 | 14 | 145 | 1 |
| 145 | 3 | 145 | 13 |
| 145 | 17 | 145 | 20 |
| 145 | 22 | 146 | 18 |
| 147 | 19 | 151 | 2 |
| 151 | 4 | 152 | 1 |
| 152 | 11 | 153 | 9 |
| 153 | 11 | 153 | 21 |
| 153 | 23 | 154 | 1 |
| 154 | 8 | 156 | 6 |
| 156 | 8 | 156 | 14 |
| 156 | 16 | 157 | 19 |
| 157 | 21 | 158 | 23 |
| 159 | 6 | 160 | 7 |
| 160 | 12 | 161 | 10 |
| 161 | 15 | 162 | 15 |
| 162 | 22 | 164 | 7 |

| 164 | 9 | 164 | 23 |
|---|---|---|---|
| 167 | 15 | 167 | 16 |
| 167 | 18 | 171 | 15 |
| 172 | 12 | 172 | 23 |
| 173 | 20 | 174 | 4 |
| 198 | 20 | 199 | 9 |
| 202 | 24 | 203 | 3 |
| 203 | 5 | 203 | 19 |
| 203 | 21 | 204 | 4 |
| 204 | 6 | 205 | 7 |

**MARK KOENIG, M.D.**
**September 12, 2006**

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 6 | 11 | 6 | 17 |
| 7 | 5 | 7 | 8 |
| 7 | 17 | 8 | 15 |
| 8 | 18 | 16 | 23 |
| 17 | 13 | 28 | 13 |
| 28 | 24 | 33 | 3 |
| 33 | 14 | 34 | 1 |
| 34 | 6 | 41 | 3 |
| 41 | 5 | 41 | 16 |
| 41 | 20 | 42 | 1 |
| 42 | 5 | 42 | 18 |
| 42 | 24 | 43 | 13 |
| 43 | 19 | 44 | 10 |
| 44 | 20 | 46 | 3 |
| 46 | 11 | 46 | 25 |

| | | | |
|---|---|---|---|
| 47 | 19 | 52 | 1 |
| 52 | 3 | 53 | 20 |
| 54 | 8 | 58 | 10 |
| 58 | 21 | 64 | 7 |
| 64 | 18 | 65 | 1 |
| 65 | 13 | 77 | 23 |
| 78 | 2 | 79 | 10 |
| 80 | 21 | 81 | 1 |
| 81 | 3 | 85 | 1 |
| 85 | 3 | 85 | 9 |
| 85 | 11 | 85 | 11 |
| 85 | 14 | 87 | 8 |
| 87 | 10 | 87 | 14 |
| 88 | 12 | 90 | 6 |
| 91 | 20 | 91 | 23 |
| 125 | 21 | 126 | 6 |
| 126 | 8 | 126 | 10 |
| 126 | 12 | 129 | 8 |

## MELISSA MCALLISTER
### September 27, 2006

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 160 | 11 | 162 | 23 |
| 163 | 11 | 172 | 15 |
| 172 | 18 | 173 | 9 |
| 173 | 20 | 181 | 7 |
| 182 | 11 | 185 | 23 |
| 187 | 23 | 188 | 5 |
| 188 | 7 | 188 | 13 |

14

| | | | |
|---|---|---|---|
| 188 | 16 | 193 | 18 |
| 198 | 18 | 199 | 12 |
| 203 | 18 | 204 | 14 |
| 204 | 25 | 209 | 4 |
| 213 | 25 | 215 | 23 |
| 217 | 13 | 220 | 18 |
| 221 | 2 (starting with "The enclosed") | 222 | 2 |
| 222 | 25 | 227 | 21 |
| 227 | 23 | 228 | 9 |
| 229 | 7 | 229 | 15 |
| 230 | 1 | 230 | 20 |
| 230 | 22 | 231 | 21 |
| 231 | 23 | 232 | 8 |
| 232 | 10 | 234 | 19 |
| 235 | 5 | 237 | 5 |
| 237 | 11 | 237 | 21 |
| 237 | 23 | 238 | 25 |
| 239 | 2 | 240 | 1 |
| 240 | 4 | 244 | 25 |
| 245 | 3 | 246 | 15 |
| 246 | 17 | 247 | 5 |
| 247 | 7 | 247 | 21 |
| 247 | 23 | 247 | 24 |
| 248 | 1 | 248 | 16 |
| 248 | 20 | 249 | 25 |

JOHN McPHERSON, M.D.
September 12, 2006

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 6 | 11 | 14 | 20 |
| 14 | 22 | 17 | 9 |
| 17 | 15 | 17 | 18 |
| 18 | 4 | 18 | 19 |
| 18 | 22 | 19 | 10 |
| 19 | 12 | 21 | 16 |
| 21 | 21 | 21 | 24 |
| 22 | 1 | 22 | 23 |
| 22 | 25 | 23 | 11 |
| 23 | 13 | 25 | 10 |
| 25 | 17 | 33 | 19 |
| 34 | 1 | 34 | 13 |
| 34 | 19 | 36 | 17 |
| 37 | 9 | 38 | 6 |
| 38 | 8 | 38 | 17 |
| 38 | 22 (staring with "the risk factors") | 42 | 24 |
| 43 | 1 | 43 | 20 |
| 44 | 5 | 49 | 9 |
| 50 | 11 | 51 | 5 |
| 51 | 10 | 52 | 3 |
| 52 | 7 (starting with "Is the") | 52 | 11 |
| 52 | 18 | 56 | 19 |
| 57 | 2 | 59 | 7 |
| 59 | 15 | 61 | 5 |
| 61 | 12 | 62 | 4 |
| 62 | 9 | 62 | 24 |

| | | | |
|---|---|---|---|
| 63 | 1 | 65 | 4 |
| 65 | 6 | 65 | 17 |
| 66 | 1 | 74 | 8 |
| 93 | 2 | 93 | 23 |
| 94 | 11 | 94 | 14 |
| 98 | 16 | 99 | 14 |
| 100 | 19 | 101 | 24 |
| 102 | 4 | 102 | 7 |

Dated: October 20, 2006

Respectfully submitted,

By: /s/ Carrie Jablonski

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

—and—

Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

>Philip S. Beck
>Mark S. Ouweleen
>Carrie A. Jablonski
>BARTLIT BECK HERMAN PALENCHAR &
>    SCOTT LLP
>54 W. Hubbard Street, Suite 300
>Chicago, IL 60610
>Phone: 312-494-4400
>Fax:    312-494-4440

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MERCK & CO., INC.'S CASE-SPECIFIC AFFIRMATIVE DEPOSITION DESIGNATIONS has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel