IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to<br>Case No. 2:05CV2524<br><br>**ANTHONY WAYNE DEDRICK,**<br><br>Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br><u>**MERCK'S LIST OF EXHIBITS**</u><br><u>**FOR TRIAL**</u> |

    Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby attaches its Exhibit List (Attached as Appendix A). Defendant reserves the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial or if Plaintiff alters or amends it's Exhibit List. Defendant also reserves the right to offer at trial any exhibit, or portion thereof, (i) identified by Plaintiff, (ii) for which Plaintiff offers only a portion of said exhibit, (iii) which is identified hereafter through discovery, or (iv) as may be offered consistent with applicable law. By identifying the exhibits in Appendix A, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument.

Dated: October 20, 2006

                      Respectfully submitted,

By: */s/ Carrie Jablonski*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:   504-581-3361

Defendants' Liaison Counsel

—and—

    Douglas R. Marvin
    M. Elaine Horn
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Phone: 202-434-5000
    Fax:   202-434-5029

    Philip S. Beck
    Mark S. Ouweleen
    Carrie A. Jablonski
    BARTLIT BECK HERMAN
    PALENCHAR &
        SCOTT LLP
    54 W. Hubbard Street, Suite 300
    Chicago, IL 60610
    Phone: 312-494-4400
    Fax:   312-494-4440

Attorneys for Merck & Co., Inc.

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing DEFENDANT MERCK & CO., INC.'S LIST OF EXHIBITS FOR TRIAL has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel