## Appendix A

## ANTHONY DEDRICK v. MERCK

## MERCK'S TRIAL EXHIBIT LIST

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0001 | | | 10/27/1994 | ICH Harmonized Tripartite Guideline: The Extent of Population Exposure to Assess Clinical Safety for Drugs Intended for Long-Term Treatment of Non-Life Threatening Conditions E1 |
| DX 0002 | MRK-I8940000001 | MRK-I8940001902 | 12/16/1994 | Letter from MRL to FDA re: Original IND: L-748,731 |
| DX 0003 | MRK-AAF0000003 | MRK-AAF0000004 | 12/28/1994 | Letter from FDA to MRL re: IND 46,894 |
| DX 0004 | | | 3/1/1995 | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions |
| DX 0005 | MRK-AAU0000001 | MRK-AAU0000028 | 10/23/1995 | Medical Affairs Procedures and Policies, Procedure 11: Clinical Study Blinding |
| DX 0006 | MRK-AHW0000001 | MRK-AHW0000001 | 12/18/1995 | Letter from Michael Heisler to Ray Gilmartin regarding Merck's participation in the World Bank African Program for Onchocerciasis Control |
| DX 0007 | MRK-I8940010074 | MRK-I8940010196 | 5/3/1996 | Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) |
| DX 0008 | MRK-I8940009984 | MRK-I8940010073 | 5/6/1996 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment – New Protocol |
| DX 0009 | MRK-I8940011851 | MRK-I8940011925 | 6/3/1996 | Letter from MRL to FDA re: MK-0966: IND 46,894 (L-748,731) |
| DX 0010 | MRK-I8940011772 | MRK-I8940011850 | 6/5/1996 | Letter from MRL to FDA re: IND 46,894: MK-0966 Protocol Amendment – Change in Protocol |
| DX 0011 | MRK-AAF0000239 | MRK-AAF0000241 | 6/11/1996 | Fax from FDA to B. Goldmann |
| DX 0012 | MRK-ABC0001578 | MRK-ABC0001599 | 7/2/1996 | MK-966 - Phase III Osteoarthritis Clinical Development Strategy - Update 7/2/96 |

1

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0013 | MRK-AAB0024016 | MRK-AAB0024023 | 11/21/1996 | Memorandum from T. Musliner to B. Friedman, et al. |
| DX 0014 | MRK-ABF0000720 | MRK-ABF0000733 | 12/3/1996 | MRL memorandum to MK-966 (COX-2) Project Team Members re: MK-966 (COX-2) Project Team Minutes - November 8, 1996 |
| DX 0015 | MRK-I8940015949 | MRK-I8940015964 | 1/16/1997 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) |
| DX 0016 | MRK-I8940018452 | MRK-I8940018477 | 5/20/1997 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) |
| DX 0017 | MRK-I8940018908 | MRK-I8940018997 | 6/16/1997 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) Protocol Amendment - New Protocol |
| DX 0018 | MRK-I8940020326 | MRK-I8940020393 | 8/22/1997 | Letter from MRL to FDA re: IND 46, 894; MK-0966 (L-748,731) Protocol Amendment - New Protocol |
| DX 0019 | MRK-I8940021570 | MRK-I8940022275 | 11/13/1997 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) |
| DX 0020 | MRK-NJ0051354 | MRK-NJ0051367 | 11/17/1997 | Project team meeting minutes |
| DX 0021 | MRK-ABM0000873 | MRK-ABM0000873 | 1/19/1998 | Memo from J. Schwartz and P. Wong to B. Gertz et. al re: Prolongation of the QTc Interval Evaluation |
| DX 0022 | FDACDER 011048 | FDACDER 011049 | 8/11/2004 | Harvey E-mail re cox-2 Ispe poster |
| DX 0023 | MRK-NJ0066804 | MRK-NJ0066827 | 2/2/1998 | MRL Epidemiology Department Techinical Report No. EPR7005.005.98 |
| DX 0024 | MRK-I2690000020 | MRK-I2690000264 | 2/12/1998 | Letter from MRL to FDA re: Original IND; MK-0966 (L-748, 731) |
| DX 0025 | MRK-AAF0000640 | MRK-AAF0000642 | 2/20/1998 | Letter from FDA to MRL re: IND 55,269 |
| DX 0026 | MRK-AAC0019509 | MRK-AAC0019519 | 4/13/1998 | Project Team Meeting Minutes |
| DX 0027 | MRK-AEI0002734 | MRK-AEI0002746 | 5/3/1998 | Programmatic Review – Vioxx Program |
| DX 0028 | | | 6/3/1998 | The American Benefactor Letter |
| DX 0029 | MRK-I8940025804 | MRK-I8940025813 | 6/4/1998 | Letter from MRL to FDA re: IND 46,894; MK-0996 (L-748,731) |
| DX 0030 | MRK-ABH0014141 | MRK-ABH0014192 | 6/8/1998 | Minutes from May VIOXX project team |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0031 | MRK-ABI0001204 | MRK-ABI0001204 | 6/22/1998 | Email from Scolnick re: VIOXX strategy |
| DX 0032 | MRK-I8940025887 | MRK-I8940025905 | 6/26/1998 | Letter from MRL to FDA re: re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment - Change in Protocol |
| DX 0033 | MRK-ABH0014235 | MRK-ABH0014244 | 8/20/1998 | Email from L. Patino to D. Anstice et al. with Background Package for Review Prior to HHPAC Meeting 8/21 |
| DX 0034 | MRK-ACD0082369 | MRK-ACD0082369 | 8/24/1998 | Letter from Robert Silverman to Robert DeLapp |
| DX 0035 | MRL-I8940040476 | MRL-I8940040502 | 9/2/1998 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) |
| DX 0036 | MRK-AAD0026972 | MRK-AAD0027322 | 9/30/1998 | Clinical Safety Report for Protocol 069 |
| DX 0037 | MRK-AAC0041003 | MRK-AAC0041007 | 10/12/1998 | E-mail from A. Nies to T. Baillie re: draft discussion 'Effect of Chronic Dosing of COX-2 Inhibitors on Prostanoid Excretion in Conscious Dogs'. |
| DX 0038 | MRK-AAC0041008 | MRK-AAC0041011 | 10/22/1998 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser |
| DX 0039 | MRK-AHW0000003 | MRK-AHW0000003 | 10/26/1998 | Letter from Gro Harlem Brundtland to Raymond Gilmartin |
| DX 0040 | MRK-OS420124072 | MRK-OS420124403 | 10/26/1998 | 'E. Clinical Safety' Vioxx Clinical Documentation |
| DX 0041 | MRK-OS420124400 | MRK-OS420124403 | 10/26/1998 | 2.3.3.4 Thromboembolic Cardiovascular Adverse Experiences |
| DX 0042 | MRK-I8940042547 | MRK-I8940042549 | 10/30/1998 | Fax from FDA to MRL |
| DX 0043 | MRK-OS420000001 | MRK-OS420166451 | 11/23/1998 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets |
| DX 0044 | MRK-AAR0017417 | MRK-AAR0017461 | 12/1/1998 | Policy Letter 128 |
| DX 0045 | MRK-AAR0017511 | MRK-AAR0017534 | 12/1/1998 | Policy Letter 140 |
| DX 0046 | MRK-AAR0017330 | MRK-AAR0017345 | 12/1/1998 | Policy Letter No. 110 |
| DX 0047 | MRK-AAR0017392 | MRK-AAR0017410 | 12/1/1998 | Policy Letter No. 118 |
| DX 0048 | MRK-I2690000736 | MRK-I2690000881 | 12/10/1998 | Letter from MRL to FDA re: IND# 55,269: MK-0966 Protocol Amendment - New Protocol |

3

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0049 | MRK-I8940042985 | MRK-I8940043013 | 12/16/1998 | Minutes: FDA/Merck Research Laboratories VIOXX G.I. Outcomes Meeting |
| DX 0050 | MRK-I8940042881 | MRK-I8940042984 | 12/16/1998 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment - New Protocol |
| DX 0051 | MRK-ABC0031705 | MRK-ABC0031717 | 11/4/1996 | Minutes from VIOXX Consultants Meeting to Discuss GI Clinical Outcomes Megatrial |
| DX 0052 | MRK-AAR0000129 | MRK-AAR0000660 | 1/1/1999 | Analgesic and Anti-Inflammatory Training Program |
| DX 0053 | MRK-AAR0016467 | MRK-AAR0016579 | 1/1/1999 | Rules of the Road |
| DX 0054 | MRK-AAF0001136 | MRK-AAF0001138 | 1/11/1999 | FDA facsimile to MRL |
| DX 0055 | MRK-ABM0000911 | MRK-ABM0000911 | 1/26/1999 | Memo from M. Lee to E. Ehrich and B. Daniels re: Effect of MK-0966 on QTc Interval (Attachment 1) |
| DX 0056 | MRK-ACK0014359 | MRK-ACK0014370 | 2/4/1999 | Memo from E. Ehrich and J. Giuliano to B. Seidenberg et al. |
| DX 0057 | MRK-AAU0000029 | MRK-AAU0000094 | 2/16/1999 | Procedure 13 of the Medical Affairs Procedures and Policies entitled, "Adverse Experience Reporting to Worldwide Product Safety and Epidemiology" |
| DX 0058 | MRK-AAA 0800014 | MRK-AAA 0800014 | 10/24/1997 | Catella-Lawson Letter |
| DX 0059 | MRK-AAC0013130 | MRK-AAC0013132 | 3/8/1999 | Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in Isolated hepatocytes by / COX-2 Inhibitors |
| DX 0060 | MRK-ABC0006396 | MRK-ABC0006404 | 3/8/1999 | Memo to Denis Riendeau, et al. re: "Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib" |
| DX 0061 | MRK-9942005094 | MRK-9942010778 | 3/23/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX Tablets NDA 21-052: VIOXX Oral Suspension (Rofecoxib) Safety Update Report |
| DX 0062 | MRK-I8940046217 | MRK-I8940046311 | 3/23/1999 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment - New Protocol |
| DX 0063 | MRK-CAH420046233; MRK-OS420047250 | MRK-CAH420046233; MRK-OS420047250 | 2/24/1998 | Protocol 010 |
| DX 0064 | MRK-ACD0055835 | MRK-ACD0055839 | 3/31/1999 | Letter from Robert Silverman to Robert DeLapp re: NDA 21-042 |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0065 | MRK-AAP0000649 | MRK-AAP0000788 | 4/20/1999 | Arthritis Advisory Committee meeting, Silverman's Slides |
| DX 0066 | MRK-AFT0002227 | MRK-AFT0002430 | 4/20/1999 | 'NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999' |
| DX 0067 | MRK-LBL0000027 | MRK-LBL0000030 | 5/20/1999 | PI 9183800 - Vioxx label |
| DX 0068 | MRK-AAF0002010 | MRK-AAF0002029 | 5/7/1999 | Fax from FDA to MRL |
| DX 0069 | MRK-99420019261 | MRK-99420019308 | 5/10/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets, Response to FDA Request |
| DX 0070 | MRK-ACD0004278 | MRK-ACD0004294 | 5/13/1999 | Email from S. Cook to MRL Regulatory Liaison re: Draft |
| DX 0071 | MRK-AAF0002054 | MRK-AAF0002077 | 5/15/1999 | Fax from FDA to MRL |
| DX 0072 | MRK-ACD0002571 | MRK-ACD0002612 | 5/19/1999 | Email from MRL Regulatory Liaison - Domestic to Sandra Cook re: NDA 21-042: Label |
| DX 0073 | MRK-99420021411 | MRK-99420021434 | 5/20/1999 | Letter from FDA to MRL re: NDA 21-042 |
| DX 0074 | MRK-AAF0006267 | MRK-AAF0006269 | 5/20/1999 | Fax from MRL to FDA re: Press Materials for VIOXX |
| DX 0075 | MRK-AFL0000899 | MRK-AFL0000903 | 12/22/1999 | Memorandum from Weinblatt to Bjorkman et al. re VIGOR |
| DX 0076 | MRK-99420021435 | MRK-99420021449 | 5/26/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets |
| DX 0077 | MRK-AEG0015642 | MRK-AEG0015644 | 6/7/1999 | Memo from Denis Riendeau |
| DX 0078 | MRK-99420021501 | MRK-99420021530 | 7/15/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application 50 mg Tablets |
| DX 0079 | MRK-AAB0029224 | MRK-AAB0029273 | 8/30/1999 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors |
| DX 0080 | MRK-LBL0000031 | MRK-LBL0000034 | 9/1/1999 | PI 9163801 |
| DX 0081 | MRK-I8940053887 | MRK-I8940053972 | 9/2/1999 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Information Amendment - Clinical, Data Analysis Plan for Protocol 088 |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0082 | FDACDER 006056 | FDACDER 006058 | 8/12/2004 | Hertz E-mail re cox-2 lspe poster |
| DX 0083 | MRK-99420022188 | MRK-99420022933 | 9/17/1999 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0084 | FDACDER 021810 | FDACDER 021811 | 8/26/2004 | Villalba E-mail re "interesting reading" |
| DX 0085 | MRK-AEH0010263 | MRK-AEH0010270 | 3/16/1999 | Wong emails re: rabbit aorta prostacyclin study |
| DX 0086 | MRK-II8940054833 | MRK-II8940054990 | 9/22/1999 | Letter from MRL to FDA re: IND 46,894 Protocol Amendment - Change in Protocol |
| DX 0087 | MRK-99420022952 | MRK-99420023354 | 9/30/1999 | Letter from MRL to FDA |
| DX 0088 | MRK-99420023355 | MRK-99420023462 | 10/6/1999 | NDA 21-042: VIOXX (rofecoxib tablets) Special Supplement - Changes Being Effected |
| DX 0089 | MRK-AAR0008337 | MRK-AAR0008696 | 10/18/1999 | Bulletin COX 00-079 Reference Binder for VIOXX |
| DX 0090 | MRK-ABK0342879 | MRK-ABK0342948 | 3/31/1999 | Atherosclerosis Consultants' Meeting |
| DX 0091 | MRK-99420023527 | MRK-99420023528 | 10/28/1999 | Letter from FDA to MRL re: NDA 21-042/S-003 |
| DX 0092 | MRK-ACD00078935 | MRK-ACD00078939 | 10/28/1999 | FDA Letter to MRL re: sNDA — May 26, 1999 |
| DX 0093 | MRK-LBL0000035 | MRK-LBL0000038 | 11/00/1999 | PI 9183802 |
| DX 0094 | MRK-I2220000003 | MRK-I2220000268 | 11/5/1999 | Letter from MRL to FDA re: Rofecoxib (L-748731; MK-0966) Initial Investigational New Drug Application |
| DX 0095 | MRK-AAF0002438 | MRK-AAF0002438 | 11/17/1999 | Letter from FDA to MRL re: IND 59,222 |
| DX 0096 | MRK-II8940056346 | MRK-II8940056350 | 11/30/1999 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence |
| DX 0097 | MRK-II8940056345 | MRK-II8940056347 | 11/30/1999 | Letter from MRL to FDA re: IND 46,894; VIOXX (Rofecoxib) General Correspondence, Request for Pre-sNDA Meeting, Rheumatoid Arthritis |
| DX 0098 | MRK-99420023576 | MRK-99420023583 | 12/14/1999 | NDA 21-042: VIOXX (rofecoxib tablets), Final Printed Labeling for Approved Supplemental NDA S-001 |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0099 | MRK-99420023584 | MRK-99420024838 | 12/17/1999 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0100 | MRK-00420019103 | MRK-00420019109 | 1/1/2000 | Physician's Desk Reference -- Reference 80 |
| DX 0101 | | | 1/1/2000 | PDR -- Genuine Bayer Professional Labeling |
| DX 0102 | MRK-I8940047457 | MRK-I8940047529 | 5/11/1999 | MRL submits Protocol Amendment to Protocol 088 |
| DX 0103 | MRK-PRL 0000069 | MRK-PRL 0000071 | 5/21/1999 | Press Release |
| DX 0104 | MRK-I2690001556 | MRK-I2690001681 | 2/7/2000 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - New Protocol |
| DX 0105 | MRK-AAF0002844 | MRK-AAF0002845 | 2/25/2000 | Letter from FDA to MRL |
| DX 0106 | MRK-LBL0000039 | MRK-LBL0000042 | 3/1/2000 | PI 9163804 |
| DX 0107 | MRK-ACI 0008871 | MRK-ACI 0008872 | 7/30/1999 | Merck Response to 7/16/99 to DDMAC Letter |
| DX 0108 | MRK-I8940059581 | MRK-I8940059667 | 3/7/2000 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Information Amendment |
| DX 0109 | MRK-00420000382 | MRK-00420000414 | 3/8/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (Rofecoxib) Response to FDA Request for Information |
| DX 0110 | MRK-00420000448 | MRK-00420000679 | 3/10/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Background Package for April 10, 2000 Pre-sNDA Meeting VIOXX Gastrointestinal Outcomes Research Study (VIGOR) |
| DX 0111 | MRK-00420018280 | MRK-00420018283 | 3/13/2000 | Memo from Gruer to Reicin |
| DX 0112 | MRK-AAF0002719 | MRK-AAF0002721 | 3/17/2000 | Fax from FDA to MRL |
| DX 0113 | MRK-0420000801 | MRK-00420002868 | 3/21/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0114 | MRK-ABH0017550 | MRK-ABH0017551 | 3/22/2000 | E-mail from Reicin to Scolnick et al. |
| DX 0115 | MRK-AAB 0000512 | MRK-AAB 0000513 | 11/18/1999 | Memo from Weinblatt to Bjorkman et al., Interim Non-Endpoint Safety Analysis of VIGOR - Unblinded Minutes |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0116 | MRK-IB94006D171 | MRK-IB94006D238 | 3/23/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application |
| DX 0117 | MRK-ABH0017794 | MRK-ABH0017796 | 3/26/2000 | Dear Investigator Letter |
| DX 0118 | MRK-AAR0007265 | MRK-AAR0007288 | 3/27/2000 | Bulletin COX 00-019 |
| DX 0119 | MRK-PRL0000114 | MRK-PRL0000115 | 3/27/2000 | Press release re prliminary results of GI outcomes study |
| DX 0120 | MRK-IB94006D167 | MRK-IB94006D244 | 3/27/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) General Correspondence |
| DX 0121 | MRK-00420028874 | MRK-00420003949 | 3/28/2000 | Letter from MRL to FDA |
| DX 0122 | MRK-ABK0290070 | MRK-ABK0290070 | 3/28/2000 | Email from Alise Reicin to Alan Nies, Barry Gertz |
| DX 0123 | MRK-LBL0000240 | MRK-LBL0000243 | 4/1/2003 | PI 9556412 |
| DX 0124 | MRK-00420003960 | MRK-00420003971 | 4/19/2000 | NDA 21-042/S-003: VIOXX (rofecoxib tablets) NDA 21-052/S-003: VIOXX (rofecoxib oral suspension) Final Printed Labeling for Approved Supplemental NDAs |
| DX 0125 | MRK-00420003972 | MRK-00420003973 | 4/21/2000 | Fax from FDA to MRL |
| DX 0126 | MRK-ADI0000959 | MRK-ADI0000962 | 4/27/2000 | Randall Pierson, "Merck's Vioxx Seen Facing FDA Scrutiny on Heart Attacks" |
| DX 0127 | MRK-ADX0021505 | MRK-ADX0021506 | 4/28/2000 | 'Merck falls on safety concerns from Vioxx arthritis trial', Reuters |
| DX 0128 | MRK-ADX0021498 | MRK-ADX0021499 | 4/28/2000 | Dow Jones article |
| DX 0129 | MRK-ADX0021525 | MRK-ADX0021525 | 4/28/2000 | CNBC transcript from 'Today's Business Early Edition' |
| DX 0130 | MRK-ADX0021535 | MRK-ADX0021535 | 4/28/2000 | CNBC transcript from 'Street Signs' |
| DX 0131 | MRK-AAR0068150 | MRK-AAR0068151 | 5/1/2000 | Bulletin for Vioxx New Obstacle Response COX 00-029 New Obstacle Response |
| DX 0132 | MRK-ADX0021480 | MRK-ADX0021482 | 5/1/2000 | 'Shares of Merck Sink on Worries Over Vioxx,' Wall Street Journal |
| DX 0133 | MRK-ADO0000738 | MRK-ADO0000738 | 5/1/2000 | FDA Webview |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0134 | MRK-ERN0076919 | MRK-ERN0076920 | 5/9/2000 | Memo re: MK-0966 Protocols -078 and -091 |
| DX 0135 | MRK-I8940061593 | MRK-I8940061598 | 5/18/2000 | MRL letter to FDA re: IND 46,894: VIOXX (Rofecoxib) Response to FDA Request for Information |
| DX 0136 | MRK-ERN0252799 | MRK-ERN0252802 | 5/18/2000 | Letter to Robert Uliger from Claire Bombardier |
| DX 0137 | MRK-PRL0000124 | MRK-PRL0000127 | 5/24/2000 | Press Release |
| DX 0138 | MRK-AAC0023877 | MRK-AAC0023878 | 5/24/2000 | A Report from Digestive Disease Week Congress |
| DX 0139 | MRK-00420003977 | MRK-00420003984 | 5/25/2000 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) NDA 21-052/S-003: VIOXX (rofecoxib oral suspension) Request for Agency Response |
| DX 0140 | MRK-I8940061854 | MRK-I8940061859 | 5/25/2000 | Fax from FDA to MRL |
| DX 0141 | MRK-I8940062034 | MRK-I8940062034 | 6/14/2000 | Fax from FDA to MRL |
| DX 0142 | MRK-BAR0139719 | MRK-BAR0139740 | 6/18/2000 | Email from Dorothy Bolton re: Press Materials: EULAR Journalists Workshop |
| DX 0143 | MRK-00420004000 | MRK-00420008014 | 6/19/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0144 | MRK-I2220000632 | MRK-I2220000786 | 6/23/2000 | Letter from D. Erb to R. Pazdur re: IND 59,222: MK-0966 Protocol Amendment - Change in Protocol Protocol 122: Sporadic Adenomatous Polyp (SAP) Chemoprevention Study |
| DX 0145 | MRK-00420008017 | MRK-00420019547 | 6/29/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) |
| DX 0146 | MRK-LBL0000047 | MRK-LBL0000050 | 7/1/2000 | PI 9183806 |
| DX 0147 | MRK-ACR0011080 | MRK-ACR0011084 | 7/15/2000 | Email from Scolnick to Greene et al. |
| DX 0148 | MRK-00420021830 | MRK-00420021831 | 8/3/2000 | Letter from FDA to MRL re: NDA 21-042/S-007 |
| DX 0149 | MRK-LBL0000258 | MRK-LBL0000261 | 8/3/2000 | PI 9556413 |
| DX 0150 | MRK-00420021832 | MRK-00420021835 | 8/7/2000 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|----------|--------------|-------------|------|-------------|
| | | | | NDA 21-052/S-004 VIOXX (rofecoxib oral suspension) |
| DX 0151 | MRK-00420021930 | MRK-00420026365 | 9/19/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0152 | MRK-I8940063136 | MRK-I8940063238 | 9/28/2000 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information |
| DX 0153 | MRK-00420026367 | MRK-00420027806 | 9/28/2000 | Letter from MRL to FDA |
| DX 0154 | MRK-00420027807 | MRK-00420027814 | 9/29/2000 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) Special Supplement |
| DX 0155 | MRK-00420027859 | MRK-00420027931 | 10/13/2000 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) |
| DX 0156 | MRK-I2690003180 | MRK-I2690003191 | 11/16/2000 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - Change In Protocol |
| DX 0157 | MRK-00420028062 | MRK-00420028066 | 11/27/2000 | Fax from FDA to MRL |
| DX 0158 | MRK-AAR0016829 | MRK-AAR0016851 | 12/1/2000 | Policy Letter 140 |
| DX 0159 | MRK-AAR0012196 | MRK-AAR0012214 | 12/1/2000 | Orientation and Welcome |
| DX 0160 | MRK-OS420047245 | MRK-OS420047245 | 12/11/1999 | Chart from Protocol 010 |
| DX 0161 | MRK-00420033120 | MRK-00420033142 | 12/20/2000 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information |
| DX 0162 | MRK-00420028716 | MRK-00420033063 | 12/20/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0163 | MRK-ACF0012016 | MRK-ACF0012077 | 12/21/2000 | Barr Report on VIGOR CV Data |
| DX 0164 | MRK-00420033153 | MRK-00420033163 | 12/21/2000 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information |
| DX 0165 | MRK-I4190000001 | MRK-I4190000419 | 12/21/2000 | Letter from MRL to FDA re: Initial Investigational New Drug Application MK-0966 (L-748731): VIOXX (rofecoxib) - Treatment of Migraine |
| DX 0166 | MRK-AAF0003185 | MRK-AAF0003186 | 12/29/2000 | Fax from FDA to MRL |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0167 | MRK-AAR0028370 | MRK-AAR0028387 | 1/1/2001 | Merck Culture, Leader's Guide |
| DX 0168 | MRK-AAR0016692 | MRK-AAR0016704 | 1/1/2001 | Policy Letter No. 110: Statement of Professional Responsibility of U.S. Human Health Professional Representatives |
| DX 0169 | MRK-AAR0016737 | MRK-AAR0016747 | 1/1/2001 | Policy Letter No. 116: Pharmaceutical Information to Physicians, Pharmacists, and Other Health Care Professional |
| DX 0170 | MRK-AAR0019804 | MRK-AAR0019874 | 1/1/2001 | Basic Training Orientation |
| DX 0171 | MRK-AAR0016852 | MRK-AAR0016856 | 1/1/2001 | Policy Letter 141 |
| DX 0172 | MRK-AAR0030548 | MRK-AAR0030610 | 10/12/2001 | District Implementation Meeting |
| DX 0173 | MRK-IB940064922 | MRK-IB940065038 | 1/8/2001 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information |
| DX 0174 | MRK-IB940064858 | MRK-IB940064921 | 1/8/2001 | Letter from R. Silverman to J. Bull re: IND 46,894: VIOXX (rofecoxib) Information Amendment - Clinical |
| DX 0175 | MRK-IB940065088 | MRK-IB940065186 | 1/11/2001 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) - General Correspondence |
| DX 0176 | MRK-01420019493 | MRK-01420019499 | 1/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information |
| DX 0177 | MRK-01420019506 | MRK-01420019510 | 1/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information |
| DX 0178 | MRK-01420019520 | MRK-01420019527 | 1/17/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib) Request for Agency Meeting |
| DX 0179 | MRK-NJ0293423 | MRK-NJ0293478 | 6/29/2000 | FDA ACM Background Package |
| DX 0180 | MRK-01420019618 | MRK-01420019655 | 1/19/2001 | Letter from MRL to FDA Letter from MRL to FDA re: NDA 21-042/S-007 |
| DX 0181 | MRK-01420019528 | MRK-01420019617 | 1/19/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information |
| DX 0182 | MRK-AFT0001740 | MRK-AFT0001745 | 1/26/2001 | Memo from D. Shapiro to R. Silverman |

11

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0183 | MRK-AAF0003409 | MRK-AAF0003411 | 1/31/2001 | Minutes to VIGOR Pre-Advisory Committee Meeting |
| DX 0184 | MRK-ADO0003772 | MRK-ADO0003778 | 2/1/2001 | DDMAC Warning Letter to Pharmacia |
| DX 0185 | MRK-ABO0002821 | MRK-ABO0002824 | 2/2/2001 | DDMAC Letter to McMillen |
| DX 0186 | MRK-ACT0009918 | MRK-ACT0009918 | 2/4/2001 | Email from Harry Guess to Rhodes, Watson, et al. |
| DX 0187 | MRK-AAP0000407 | MRK-AAP0000648 | 2/8/2001 | FDA Advisory Committee Hearing, Transcript |
| DX 0188 | MRK-ABR0000214 | MRK-ABR0000349 | 2/8/2001 | Merck Slide Show Presentation to FDA Advisory Committee |
| DX 0189 | MRK-PRL0000170 | MRK-PRL0000172 | 2/8/2001 | Press Release |
| DX 0190 | MRK-0142003118B | MRK-0142003123 1 | 2/27/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) General Correspondence - Request for Meeting |
| DX 0191 | MRK-0142003126 5 | MRK-0142003126 8 | 2/28/2001 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 |
| DX 0192 | MRK-N052000443 7 | MRK-N052000444 5 | 2/28/2001 | Letter from MRL to FDA re: NDA 21-052: VIOXX (rofecoxib tablets) Supplemental New Drug Application Rheumatoid Arthritis |
| DX 0193 | MRK-LBL0000051 | MRK-LBL0000054 | 3/1/2001 | PI 918380 7 |
| DX 0194 | MRK-AAR0012290 | MRK-AAR0012309 | 03/00/2001 | Selling Clinics Leader's Guide |
| DX 0195 | MRK-AAC0020867 | MRK-AAC0020877 | 7/4/2000 | Fax from Bombardier to Reich Re: New England Journal of Medicine Manuscript |
| DX 0196 | MRK-ACD000315B; MRK-ACD000616 9 | MRK-ACD000318 5; MRK-ACD000616 3 | 3/2/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application |
| DX 0197 | MRK-I269000334 7 | MRK-I269000336 0 | 3/7/2001 | Letter from D. Erb to R. Katz re: IND 55,296: MK-0966 (L-748731) Protocol Amendment - Change In Protocol |
| DX 0198 | MRK-AAF0003963 | MRK-AAF0003965 | 3/8/2001 | Regulatory Liaison FDA Conversation Record |
| DX 0199 | MRK-0142009075 3 | MRK-0142009075 8 | 3/15/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0200 | MRK-ADF0006157 | MRK-ADF0006167 | 3/20/2001 | Animal Model of Thrombosis |
| DX 0201 | MRK-01420090989 | MRK-01420093073 | 3/22/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0202 | MRK-01420093081 | MRK-01420094329 | 3/22/2001 | Letter from MRL to FDA |
| DX 0203 | MRK-01420094336 | MRK-01420098951 | 3/30/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information |
| DX 0204 | RICH00195 | RICH00197 | 4/1/2001 | Celebrex DDMAC letter |
| DX 0205 | MRK-AAF0003835 | MRK-AAF0003836 | 4/2/2001 | Email from R. Silverman to S. Folkendt re: NDA 21-042/S-007 |
| DX 0206 | MRK-01420098953 | MRK-01420098960 | 4/5/2001 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Oral Suspension) Special Supplement – Changes Being Effected |
| DX 0207 | MRK-01420099056 | MRK-01420099059 | 4/6/2001 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 |
| DX 0208 | MRK-01420099071 | MRK-01420099109 | 4/16/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information |
| DX 0209 | MRK-AAF0003926 | MRK-AAF0003927 | 4/30/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information |
| DX 0210 | MRK-LBL0000055 | MRK-LBL0000058 | 5/1/2001 | PI 9183808 |
| DX 0211 | MRK-01420139549 | MRK-01420139554 | 5/16/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information/ Request for FDA Comment |
| DX 0212 | MRK-01420139568 | MRK-01420139569 | 5/18/2001 | Fax from FDA to MRL |
| DX 0213 | MRK-N0520006102 | MRK-N0520006163 | 5/21/2001 | Letter from MRL to FDA re: NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application |
| DX 0214 | MRK-01420139576 | MRK-01420139593 | 5/25/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Response to FDA Request for Information/Request for FDA Comment |
| DX 0215 | MRK-AAB0004998 | MRK-AAB0005007 | 5/29/2001 | Memo from D. Shapiro and S. Mukhopadhyay to R. Silverman and A. Reicin |
| DX 0216 | MRK-I2690004499 | MRK-I2690004511 | 6/1/2001 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - Change in Protocol |

13

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0217 | MRK-I2690D04512 | MRK-I2690D04644 | 6/8/2001 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - Change in Protocol |
| DX 0218 | MRK-AAF0004005 | MRK-AAF0004008 | 6/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 (Rofecoxib Tablets) Minutes to April 11, 2001 FDA/MRL Meeting |
| DX 0219 | MRK-PRL0000202 | MRK-PRL0000204 | 6/13/2001 | Merck Press Release |
| DX 0220 | MRK-01420139624 | MRK-01420139845 | 6/14/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information |
| DX 0221 | MRK-0142D139856 | MRK0142D142171 | 6/19/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0222 | MRK-I7680000001 | MRK-I7680000270 | 6/20/2001 | Letter from MRL to FDA re: Initial Investigational New Drug Application MK-0966 (L-748731): Rofecoxib - Adjuvant Therapy for Patients with Prostate Cancer |
| DX 0223 | MRK-AAF 0004045 | MRK-AAF 0004045 | 6/22/2001 | Fax from FDA to MRL re. 21-042 S-007 Exclusion from SUR |
| DX 0224 | MRK-I7680000271 | MRK-I7680000273 | 6/22/2001 | Letter from FDA to MRL re: IND 62,768 |
| DX 0225 | MRK-01420142209 | MRK-01420145815 | 6/27/2001 | Letter from MRL to FDA re: NDA 21-042/S-012: VIOXX (Rofecoxib Tablets) Safety Update Report Rheumatoid Arthritis |
| DX 0226 | MRK-AAR0029230 | MRK-AAR0029265 | 07/30/2001 | Training module for sales reps (revised) |
| DX 0227 | MRK-LBL0000059 | MRK-LBL0000062 | 7/1/2001 | PI 9183809 |
| DX 0228 | MRK-AAF0004093 | MRK-AAF0004093 | 7/5/2001 | Fax from FDA to MRL re: NDA21-042/s007 Advantage, FDA April 6, 2001 Approvable letter |
| DX 0229 | MRK-AAF0004157 | MRK-AAF0004159 | 7/6/2001 | Teleconference between R. Silverman and L. Goldkind re. 21-042/21-052 |
| DX 0230 | MRK-01420145843 | MRK-01420154245 | 7/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) |
| DX 0231 | MRK-01420159554 | MRK-01420159658 | 7/30/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report No. 2) |
| DX 0232 | MRK-01420159659 | MRK-01420159666 | 8/3/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report No. 3) |

14

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0233 | MRK-AAF0004145 | MRK-AAF0004146 | 8/8/2001 | Fax from FDA to MRL re: NDA 21-042 Clinical Information Request |
| DX 0234 | MRK-01420159781 | MRK-01420162347 | 9/19/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets VIOXX (rofecoxib) |
| DX 0235 | MRK-01420162364 | MRK-01420163562 | 10/1/2001 | Letter from MRL to FDA |
| DX 0236 | MRK-AAF0007803 | MRK-AAF0007853 | 10/1/2001 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID No. 9456 |
| DX 0237 | MRK-01420163595 | MRK-01420163604 | 10/2/2001 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement – Changes Being Effected |
| DX 0238 | MRK-ADM0024906 | MRK-ADM0024912 | 10/3/2001 | E-mail from A. Moan to S. Karnowski and S. Nichtberger |
| DX 0239 | MRK-01420163606 | MRK-01420163615 | 10/3/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0240 | MRK-AAB0004788 | MRK-AAB0004803 | 10/8/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information |
| DX 0241 | MRK-AAF0004389 | MRK-AAF0004410 | 10/15/2001 | Email from Barbara Gould to Robert Silverman re: VIOXX Draft Label |
| DX 0242 | MRK-ADM0022362 | MRK-ADM0022366 | 11/5/2001 | Letter from MRL to FDA re NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information |
| DX 0243 | MRK-01420163696 | MRK-01420163805 | 11/6/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application |
| DX 0244 | MRK-AAD0111414 | MRK-AAD0111414 | 11/7/2001 | Email from E. Scolnick to A. Reidn |
| DX 0245 | MRK-ABG0000024 | MRK-ABG0000025 | 1/23/2001 | Letter from Gilmartin to Fries |
| DX 0246 | MRK-AAF0004696 | MRK-AAF0004725 | 11/16/2001 | Email from Robert E. Silverman (MRL) to B. Gould re: NDA 21-042/S-007; information relevant to VIGOR label negotiations |
| DX 0247 | MRK-ADM0092006 | MRK-ADM0092009 | 11/28/2001 | Email from S. Duffy-Cyr to B. Blehn et al.: Newsedge-web.com summary |
| DX 0248 | MRK-ABH0002230 | MRK-ABH0002231 | 11/28/2001 | COX-2 Conference Call |
| DX 0249 | MRK-01420167105 | MRK-01420167173 | 12/5/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application |

15

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0250 | MRK-ABI0007170 | MRK-ABI0007173 | 1/23/2001 | Memo from Sherwood to Anstice Re: Academic Interactions |
| DX 0251 | MRK-N0520007792 | MRK-N0520007830 | 12/20/2001 | Letter from MRL to FDA re: NDA 21-052: Oral Suspension Vioxx (Rofecoxib) |
| DX 0252 | MRK-AAF0005093 | MRK-AAF0005097 | 12/21/2001 | Fax from FDA to MRL re: NDA 21-042/S-012 AE Letter |
| DX 0253 | MRK-AAF0005071 | MRK-AAF0005092 | 12/21/2001 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 Draft Label Proposal |
| DX 0254 | MRK-AAR0020540 | MRK-AAR0020566 | 1/1/2002 | Our Values and Standards: The Basis of Our Success |
| DX 0255 | MRK-02420000006 | MRK-02420000083 | 1/7/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Amendment to Supplemental New Drug Application (Revised Proposed Label) |
| DX 0256 | MRK-N0520007910 | MRK-N0520007913 | 1/11/2002 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 AE Letter |
| DX 0257 | MRK-02420000100 | MRK-02420000195 | 1/21/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) General Correspondence (Rofecoxib and Cardiovascular Events) |
| DX 0258 | MRK-ABI 0007291 | MRK-ABI 0007292 | 1/28/2001 | Emails re: Dr. Singh (VISN 22 Follow up) |
| DX 0259 | MRK-AAF0005350 | MRK-AAF0005369 | 1/29/2001 | Fax from FDA to MRL re: NDA 21-042/S-007, 012 & NDA 21-042/S-004, 007 Proposed Label |
| DX 0260 | MRK-02420000216 | MRK-02420000266 | 2/5/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application |
| DX 0261 | MRK-02420000239 | MRK-02420000298 | 2/19/2002 | Letter from R. Silverman to L. Simon re: NDA 21-042/S-007: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application |
| DX 0262 | MRK-AAF0005515 | MRK-AAF0005515 | 2/19/2002 | FDA Request for Information |
| DX 0263 | MRK-AAF0005536 | MRK-AAF0005538 | 2/20/2002 | E-mail from Robert E. Silverman to B. Gould re: VIGOR label negations proposals |
| DX 0264 | MRK-ABI 0007169 | MRK-ABI 0007169 | 2/16/2001 | Letter from Anstice to Fries |