| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0265 | MRK-ACD0024047 | MRK-ACD0024106 | 2/25/2002 | E-mail from R Silverman to B Gould re: NDA 21-042/ S-007 |
| DX 0266 | MRK-02420000369 | MRK-02420000384 | 2/25/2002 | MRL Response to FDA Request for Information |
| DX 0267 | MRK-AAU0000133 | MRK-AAU0000172 | 3/1/2002 | Worldwide Product Safety & Epidemiology Standard Operating Procedure SOP Number 1 |
| DX 0268 | http://www.fda.gov/ohrms/dockets/ac/05/briefing/2005-4090B1_10_K-FDA-Tab-F-2.pdf | | 3/12/2002 | Memorandum to file – NDA 21-042/s007 (rofecoxib) |
| DX 0269 | MRK-AFN0106618 | MRK-AFN0106685 | 3/15/2002 | APPROVe Trial Cardiovascular Safety Report |
| DX 0270 | | | 7/31/2003 | Amicus Curiae Brief of the United States of America In Support of Defendants/Respondents SmithKline Beecham Consumer Healthcase LP, et al. In Dowhal v. SmithKline Beecham |
| DX 0271 | MRK-AAR0020669 | MRK-AAR0020676 | 3/27/2002 | Our Values and Standards In Action, USHH Field Sales Version, Scenarios and Responses |
| DX 0272 | MRK-LBL0000067 | MRK-LBL0000070 | 6/1/2002 | PI 9183811 |
| DX 0273 | MRK-LBL0000063 | MRK-LBL0000066 | 4/11/2002 | PI 9183810 |
| DX 0274 | MRK-02420002560 | MRK-02420002620 | 4/3/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment |
| DX 0275 | MRK-AAF0008019 | MRK-AAF0008095 | 4/8/2002 | Letter from T. Casola to L. Governale re: NDA 21-042 VIOXX (rofecoxib) Tablets; NDA 21-052 VIOXX (rofecoxib) Oral Suspension |
| DX 0276 | MRK-02420002635 | MRK-02420002687 | 4/10/2002 | NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment (Complete Response) |
| DX 0277 | MRK-AAF0005922 | MRK-AAF0005942 | 4/11/2002 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 |
| DX 0278 | MRK-AAR0021560 | MRK-AAR0021721 | 4/11/2002 | Bulletin COX 02-027 |
| DX 0279 | MRK-AAF0008099 | MRK-AAF0008101 | 4/11/2002 | Letter from T. Casola of Merck to FDA |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0280 | MRK-AAU0000095 | MRK-AAU0000132 | 4/15/2002 | Merck Medical Affairs Procedures and Policies; Procedure 13 Addendum, "Clarification of Adverse Experience Reporting for Clinical Studies and Marketing Programs," |
| DX 0281<br>DX 3088 | MRK-AAR0021884 | MRK-AAR0021895 | 4/18/2002 | Bulletin COX 02-038 |
| DX 0282 | MRK-AAR0021896 | MRK-AAR0021909 | 4/18/2002 | Bulletin COX 02-039 |
| DX 0283 | MRK-02420002709 | MRK-02420002719 | 4/22/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Final Printed Labeling For Approved Supplemental NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 |
| DX 0284 | MRK-02420002720 | MRK-02420002829 | 4/23/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement—Changes Being Effected |
| DX 0285 | MRK-S0420000029 | MRK-S0420000074 | 5/22/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) |
| DX 0286 | MRK-S0420026226 | MRK-S0420028657 | 6/19/2002 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0287 | MRK-ADJ0042906 | MRK-ADJ0042909 | 6/25/2002 | Press Release |
| DX 0288 | MRK-I2690005334 | MRK-I2690005969 | 7/22/2002 | Letter from N. Braunstein to R. Katz re: IND 55,296: MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 |
| DX 0289 | | | 9/19/2002 | Amicus Brief for the United States in Support of the Defendant-Appellee and Cross-Appellant, and in Favor of Reversal of the District Court's Order Denying Partial Summary Judgment to Defendant-Appellee and Cross-Appellant In Motus v. Pfizer, Inc. |
| DX 0290 | MRK-S0420028658 | MRK-S0420029918 | 9/25/2002 | Letter from L. Hostelley to P. Seligman |
| DX 0291 | MRK-I8940074879 | MRK-I8940075347 | 10/10/2002 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment |
| DX 0292 | MRK-I8940075376 | MRK-I8940075383 | 11/21/2002 | Letter from N. Braunstein to L. Simon re: IND 55,269: VIOXX (Rofecoxib) General Correspondence |
| DX 0293 | MRK-I8940075522 | MRK-I8940075530 | 1/17/2003 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence |

18

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0294 | MRK-I7680000773 | MRK-I7680000791 | 1/30/2003 | Letter from P. Huang to D. Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment- New Protocol |
| DX 0295 | MRK-SO420017406 | MRK-SO420017450 | 2/18/2003 | Letter from MRL to FDA re: NDA 21-042: VIOXX Rofecoxib Tablets NDA 21-052: VIOXX Rofecoxib Oral Suspension Response to Information Request |
| DX 0296 | MRK-I7680001065 | MRK-I7680001206 | 3/25/2003 | Letter from N. Braunstein to D. Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment -Change in Protocol |
| DX 0297 | MRK-SO420029919 | MRK-SO420030915 | 4/16/2003 | Letter from L. Hostelley to P. Seligman |
| DX 0298 | MRK-I8940076901 | MRK-I8940076922 | 5/29/2003 | Letter from MRL to FDA re: IND 45,894: VIOXX (Rofecoxib) New Epidemiologic Studies on MI Risk with Rofecoxib |
| DX 0299 | MRK-01420030380 | MRK-01420030383 | 2/16/2001 | MRL Response to FDA Request for Information MRL responds to 02/14/01 FDA request for information |
| DX 0300 | MRK-SO420017519 | MRK-SO420017608 | 6/17/2003 | NDA 21-042: VIOXX (Rofecoxib Tablet) NDA 21-052: VIOXX (Rofecoxib Oral Suspension) Supplement - Changes Being Effected |
| DX 0301 | MRK-I2220004378 | MRK-I2220004453 | 6/27/2003 | Letter from MRL to FDA re: IND 59,222: Rofecoxib (MK-0966) Protocol Amendment - Change in Protocol |
| DX 0302 | MRK-SO420018154 | MRK-SO420024028 | 7/18/2003 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) |
| DX 0303 | MRK-I8940077717 | MRK-I8940077883 | 7/25/2003 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol |
| DX 0304 | MRK-AAF0014936 | MRK-AAF0014955 | 8/6/2003 | Letter from FDA to MRL re: NDA 21-042/S-018 & NDA 21-052/S-012 |
| DX 0305 | MRK-ADC0031643 | MRK-ADC0031643 | 8/12/2003 | Email from C. Cannuscio to D. Watson et al. re: Solomon Paper rejected by NEJM |
| DX 0306 | MRK-SO420024270 | MRK-SO420024280 | 8/20/2003 | NDA 21-042/S-018: VIOXX Rofecoxib Tablet NDA 21-052/S-012: VIOXX Rofecoxib Oral Suspension Final Printed Labeling for Approved NDA 21-042/S-018 |
| DX 0307 | MRK-AAC0129304 | MRK-AAC0129305 | 8/25/2003 | Email from C. Cannuscio to A. Schecter et al re: NEJM reviewer comments on Solomon paper.doc |
| DX 0308 | MRK-ABI0007195 | MRK-ABI0007195 | 2/23/2001 | Email from Anstice to Gilmartin |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0309 | MRK-S0420030917 | MRK-S0420032315 | 9/23/2003 | Letter from MRL to P. Seligman |
| DX 0310 | MRK-ADC0003251 | MRK-ADC0003257 | 10/1/2003 | Fax from D. Solomon to C. Cannuscio |
| DX 0311 | MRK-I8940078826 | MRK-I8940078829 | 11/11/2003 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Amendment to Request for Meeting/Teleconference (Rofecoxib Protocol 203 VIOXX CV Outcomes Study) |
| DX 0312 | MRK-ABI 0007187 | MRK-ABI 0007187 | 3/22/2001 | Letter from R. Gilmartin to J. Fries |
| DX 0313 | MRK-AAF0015091 | MRK-AAF0015096 | 12/5/2003 | sNDA -- NDA 21-052: VIOXX |
| DX 0314 | MRK-I2690007514 | MRK-I2690008935 | 12/17/2003 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information |
| DX 0315 | MRK-YNG0061569 | MRK-YNG0061570 | 11/10/2000 | Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting Agenda |
| DX 0316 | MRK-LBL0000244 | MRK-LBL0000247 | 2/1/2004 | PI 9556414 |
| DX 0317 | MRK-LBL0000248 | MRK-LBL0000251 | 3/1/2004 | PI 9556415 |
| DX 0318 | MRK-LBL0000252 | MRK-LBL0000255 | 3/1/2004 | PI 9556416 |
| DX 0319 | MRK-I8940080062 | MRK-I8940080133 | 3/22/2004 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical |
| DX 0320 | MRK-S0420042249 | MRK-S0420043175 | 3/25/2004 | Letter from MRL to P. Seligman |
| DX 0321 | MRK-AAF0015434 | MRK-AAF0015436 | 3/26/2004 | Letter from FDA to Merck |
| DX 0322 | MRK-N0520018572 | MRK-N0520018621 | 3/30/2004 | sNDA 21-052 (rofecoxib oral suspension) |
| DX 0323 | MRK-ADI0010978 | MRK-ADI0010985 | 8/20/2001 | Email regarding Media coverage of Vioxx, including quotes from Garrett Fitzgerald in Barron's article |
| DX 0324 | MRK-AAF0017139 | MRK-AAF0017168 | 8/19/2004 | Letter from FDA to MRL re: NDA 21-042 |
| DX 0325 | MRK-AGO0007435 | MRK-AGO0007535 | 9/1/2004 | Quan Safety Update for APPROVe |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0326 | MRK-AFF0000212 | MRK-AFF0000215 | 9/30/2004 | VIOXX Timeline |
| DX 0327 | MRK-AFF0000202 | MRK-AFF0000203 | 9/30/2004 | FDA Press Release |
| DX 0328 | MRK-AAR00200233; MRK-ACI 0012982 | MRK-AAR00200234; MRK-ACI 0012984 | 10/1/2001 | Reminder re: Bulletings re: Appropriate Conduct as to Speakers and VIGOR |
| DX 0329 | MRK-AFF0000053 | MRK-AFF0000055 | 9/30/2004 | Dear Healthcare Provider Letter re: Merck Announce Voluntary Worldwide Withdrawal of VIOXX |
| DX 0330 | MRK-S0420049485 | MRK-S0420050344 | 10/4/2004 | Letter from MRL to P. Seligman |
| DX 0331 | MRK-AAF0017698 | MRK-AAF0017699 | 10/12/2004 | Letter from Diane Louie, MD to Brian Harvey, MD re: IND 46,894 |
| DX 0332 | MRK-AFF0000179 | MRK-AFF0000201 | 10/18/2004 | Slides: Preliminary Cardiovascular Safety Data from the APPROVe Study |
| DX 0333 | MRK-ABY0185401 | MRK-ABY0185411 | 1/1/2005 | Braunstein's 'Cox-2 FDA Advisory Committee Meeting 2005' |
| DX 0334 | MRK-S0420050740 | MRK-S0420050920 | 1/24/2005 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Advisory Committee Background Package (Revised) |
| DX 0335 | MRK-IB940081443 | MRK-IB940095877 | 2/3/2005 | Letter from MRL to FDA re: IND 46,894 VIOXX: General Correspondence |
| DX 0336 | | | 3/1/2005 | U.S. Department of Health and Human Services: Guidance for Industry: Premarketing Assessment |
| DX 0337 | Public | Public | 12/6/2001 | Fitzgerald Response to Rich Letter to Editor |
| DX 0338 | | | 4/6/2005 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 |
| DX 0339 | MRK-AAX0002759 | MRK-AAX0002759 | 12/20/1999 | Letter from Weinblatt to Reicin |
| DX 0340 | http://www.fda.gov/cder/drug/advi sory/COX2.htm | | 4/7/2005 | FDA Public Health Advisory |
| DX 0341 | | | 6/15/2005 | FDA Release re: COX-2 and non-selective NSAIDs |
| DX 0342 | http://www.fda.gov/cder/drug/info page/cox2/default.htm. Then click on: Prescription NSAID Products | | 6/15/2005 | FDA – New CV Language for NSAIDs |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | (6/15/2005) –Supplemental Request Letter –Labeling Template –Medication Guide [PDF] [HTML] | | | |
| DX 0343 | MRK-AFH0092246 | MRK-AFH0092321 | 7/28/2005 | Merck, Cardiac Event Documentation Inventory, Allocation No. 10385 |
| DX 0344 | MRK-I8940096388 | MRK-I8940096445 | 8/22/2005 | Merck, Letter from P. Huang to B. Rappaport re Information Amendment - Clinical, and attachment |
| DX 0345 | MRK-I8940096446 | MRK-I8940100730 | 9/7/2005 | Clinical Study Report (CSR) Protocol 201 |
| DX 0346 | MRK-ADW0042083 | MRK-ADW0042083 | 2/7/2002 | Email from R. Griffing to A. Scheder, et al. |
| DX 0347 | MRK-AHW0000004 | MRK-AHW0000004 | 00/00/0000 | Certificate of Appreciation |
| DX 0348 | MRK-GAR0001724 | MRK-GAR0001743 | 12/1/1999 | Appendix to SOP |
| DX 0349 | | | 6/9/2005 | Report of the Expert Advisory Panel on the Safety of Cox-2 Selective Non-steroidal Anti-Inflammatory Drugs (NSAIDS) |
| DX 0350 | MRK-NJ0315838, MRK-NJ0315784 | MRK-NJ0315837 | 2/25/1997 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population |
| DX 0351 | FDA website | | 2/16/2005 | Transcript of Joint Meeting of the Arthritis Advisory Committee |
| DX 0352 | MRK-AEH0009025 | MRK-AEH0009093 | 7/10/1998 | Memo attaching executive summary minutes of VIOXX Project Team Meeting for 6/9/98 |
| DX 0353 | MRK-AFX0019242 | MRK-AFX0019402; MRK-00420029550 | 1/4/2001 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure |
| DX 0354 | | | 2/8/2001 | FDA – CDER – AAC Draft Questions |
| DX 0355 | FDA website | | 4/20/1999 | Transcript of Arthritis Advisory Committee Meeting |
| DX 0356 | OATES 001412 | OATES 001415 | 10/30/2000 | Prostaglandins Consultants Meeting |
| DX 0357 | MRK-ABA0009274 | MRK-ABA0009274 | 4/20/2001 | Email re Follow up to meeting |
| DX 0358 | TOP1PRO0000285 | TOP1PRO0000311 | 6/20/2001 | Email re: COX-2 manuscript |

22

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0359 | MRK-AAF0007894 | MRK-AAF0007895 | 1/2/2002 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. |
| DX 0360 | MRK-AAX0002760 | MRK-AAX0002760 | 1/24/2000 | Letter from Weinblatt to Reicin |
| DX 0361 | MRK-AAX0002761 | MRK-AAX0002766 | 2/7/2000 | Letter from Reicin to Weinblatt |
| DX 0362 | MRK-AAX0002768 | MRK-AAX0002850 | 3/2/2000 | Statistical Data Analysis Plan |
| DX 0363 | MRK-ABC0022825 | MRK-ABC0022878 | 4/27/2000 | Board of Advisors – Alan S. Nies, MD |
| DX 0364 | MRK-ABX0002367 | MRK-ABX0002404 | 2/1/2001 | Targum Memo to Cook re: Review of Cardiovascular Safety Database |
| DX 0365 | | | 4/7/2002 | FDA 'Questions and Answers - FDA Regulatory Actions for the COX-2 Selective and Non-Selective and Non-Steroidal anti-inflammatory drigs (NSAIDs)' |
| DX 0366 | MRK-NJ0189508 | MRK-NJ0189509 | 3/28/2000 | Emails re: Carl Patrono on VIGOR |
| DX 0367 | MRK-ADS0000216 | MRK-ADS0000233 | 4/11/2002 | Vioxx Label Change - Questions and Answers |
| DX 0368 | MRK-AHR0009546 | MRK-AHR0009546 | 10/20/1997 | Memo re P023 Data |
| DX 0369 | MRK-AAC 0100438 | MRK-AAC 0100438 | 4/12/2002 | Schechter Email |
| DX 0370 | MRK-00420014017 | MRK-00420014261 | 9/3/1999 | MK-0966 - Protocol / Amendment No. 088-04 |
| DX 0371 | MRK-00420013554 | MRK-00420013669 | 8/21/2000 | CV Events Analysis |
| DX 0372 | MRK-ACI0013233 | MRK-ACI0013246 | 11/19/2001 | Letter from Casola to Abrams re: NDA No. 21-042 VIOXX (rofecoxib) tablets |
| DX 0373 | MRK-ABA0003235 | MRK-ABA0003244 | 5/2/2001 | Rofecoxib In the Prevention of Ischemic Events In Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation |
| DX 0374 | MRK-ABA0011062 | MRK-ABA0011062 | 8/30/2001 | Email re: Revisions in 6 month data |
| DX 0375 | MRK-ADG 0008180 | MRK-ADG 0008180 | 4/16/2002 | Letter from Laura Governale to Thomas Casola |
| DX 0376 | TOP1PRO0000279 | TOP1PRO0000279 | 6/22/2001 | Email re: Follow up |

23

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0377 | EJT000323 | EJT000324 | 10/16/2001 | Letter from Temple to Letters Editor JAMA |
| DX 0378 | 2000 NEMJ 000001 | 2000 NEMJ 000016 | 5/18/2000 | Letter from Bombardier to Utiger with signature pages |
| DX 0379 | MRK-AAB0109378 | MRK-AAB0109411 | 5/1/2000 | Comparison of the Effects of Rofecoxib, a Highly Selective-Inhibitor of Cox-2, and Naproxen (a dual Cox-1/Cox-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: Results from the VIGOR Trial |
| DX 0380 | 2000 NEMJ 000025; 2000 NEMJ 000134 | 2000 NEMJ 000027; 2000 NEMJ 000138 | 6/30/2000 | Letter from Kaplan to Bombardier |
| DX 0381 | 2000 NEMJ 000005 | 2000 NEMJ 000017 | 00/00/0000 | Author Signature Sheets |
| DX 0382 | 2000 NEMJ 000001 | 2000 NEMJ 000002 | 5/18/2000 | Letter from Bombardier to Utiger |
| DX 0383 | 2000 NEMJ 000018 | 2000 NEMJ 000018 | 6/23/2000 | Letter from Steinbrook to Bombardier |
| DX 0384 | 2000 NEJM 000022 | 2000 NEJM 000024 | 6/27/2000 | Fax from Bombardier to Steinbrook re Manuscript No. 00-1401 |
| DX 0385 | MRK-ABC015053 | MRK-ABC015214 | 9/16/1998 | Clinical Study Report MK-0966 |
| DX 0386 | MRK-AAD016662 | MRK-AAD016904 | 3/1/1999 | VIGOR closeout guidelines |
| DX 0387 | MRK-AAF0006282 | MRK-AAF0006282 | 5/20/1999 | Letter from MRL to DDMAC: re: NDA 21-042 VIOXX (Rofecoxib) |
| DX 0388 | MRK-AFT0011205 | MRK-AFT0011214 | 1/10/2000 | Memo from K. Grosser to B. Seidenberg et al., 'VIOXX - VIGOR Management Planning Meeting Agenda' with attachments |
| DX 0389 | MRK-AAB-0059566 | MRK-AAB-0059567, MRK-AAB-0033543 | 1/24/2000 | Email chain from Capizzi to Reicin et al., 're: Clean File: VIGOR adjudicated CV events analysis procedures' |
| DX 0390 | MRK-AAD0017670 | MRK-AAD0017671 | 1/28/2000 | Letter from Reicin to Chubick |
| DX 0391 | MRK-AAD0017031 | MRK-AAD0017031 | 1/28/2000 | Letter from Reicin to Bombardier |
| DX 0392 | MRK-AAD0017032 | MRK-AAD0017032 | 1/28/2000 | Letter from Reicin to Laine |
| DX 0393 | MRK-AAD0017030 | MRK-AAD0017030 | 1/28/2000 | Letter from Reicin to Brooks |
| DX 0394 | MRK-AAD0017029 | MRK-AAD0017029 | 1/28/2000 | Letter from Reicin to Burgos Vargas |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0395 | MRK-AAD0017028 | MRK-AAD0017028 | 1/28/2000 | Letter from Reicin to Davis |
| DX 0396 | MRK-AAD0017034 | MRK-AAD0017034 | 1/28/2000 | Letter from Reicin to Day |
| DX 0397 | MRK-AAD0017027 | MRK-AAD0017027 | 1/28/2000 | Letter from Reicin to Ferraz |
| DX 0398 | MRK-AAD0017026 | MRK-AAD0017026 | 1/28/2000 | Letter from Reicin to Hawkey |
| DX 0399 | MRK-AAD0017025 | MRK-AAD0017025 | 1/28/2000 | Letter from Reicin to Hochberg |
| DX 0400 | MRK-AAD0017033 | MRK-AAD0017033 | 1/28/2000 | Letter from Reicin to Kvien |
| DX 0401 | MRK-AAD0017024 | MRK-AAD0017024 | 1/28/2000 | Letter from Reicin to Schnitzer |
| DX 0402 | MRK-AAD0017023 | MRK-AAD0017023 | 1/28/2000 | Letter from Reicin to Weaver |
| DX 0403 | MRK-AAD0017413 | MRK-AAD0017413 | 2/4/2000 | Letter from Reicin to Weinblatt |
| DX 0404 | MRK-AFV 0041128 | MRK-AFV 0041131 | 6/7/2002 | Telecon Minutes |
| DX 0405 | MRK-AFH0069026 | MRK-AFH0069093 | 4/27/2000 | WAES Report for Patient 1657 |
| DX 0406 | MRK-AFH0067907 | MRK-AFH0067946 | 5/15/2000 | WAES Report for Patient 1997 |
| DX 0407 | MRK-AFH0067825 | MRK-AFH0067860 | 5/15/2000 | WAES Report for Patient 3895 |
| DX 0408 | MRK-AFH0067740 | MRK-AFH0067774 | 5/15/2000 | WAES Report for Patient 2214 |
| DX 0409 | MRK-AABD000518 | MRK-AABD000518 | 1/24/2000 | Letter from Weinblatt to Reicin |
| DX 0410 | MRK-AFH0073296 | MRK-AFH0073324 | 5/22/2000 | WAES Report for Patient 7670 |
| DX 0411 | MRK-00420016832 | MRK-00420016849 | 6/15/2000 | Clinical Study Report to Protocol 090 |
| DX 0412 | MRK-PRL0000128 | MRK-PRL0000130 | 6/22/2000 | Press Release - Merck Confirms Renal Safety Profile of VIOXX |
| DX 0413 | MRK-00420015705 | MRK00420015709 | 6/29/2000 | Appendix 4.16 to MK-0966, Reference P088C submission to the FDA |

25

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0414 | KP 002153 | KP 002153 | 5/25/2004 | Graham email re: analysis of cox2 data |
| DX 0415 | MRK-ABHD018247 | MRK-ABHD018250 | 7/13/2000 | Memo from N. Braunstein to E. Scolnick and R. Perlmutter et al. re: Potential thrombotic AEs with VIOXX use in patients with APS |
| DX 0416 | MRK-ABS0361865; MRK-ABS0361902 | MRK-ABS0361866; MRK- ABS0361911 | 7/17/2000 | Letter from Claire Bombardier to Marshall Kaplan |
| DX 0417 | MRK-ABC0024527 | MRK-ABC0024532 | 08/00/2000 | Memo from Alice Reicin to Alan Nies re: correspondence with NEJM on Bombardier article |
| DX 0418 | MRK-AAD0017914 | MRK-AAD0017915 | 8/15/2000 | Fax from Robert Steinbrook to Claire Bombardier re: revision request |
| DX 0419 | MRK-AAD0019399 | MRK-AAD0019402 | 8/22/2000 | Letter from Claire Bombardier to Robert Steinbrook |
| DX 0420 | MRK-AAD0019455 | MRK-AAD0019455 | 8/28/2000 | Fax from Robert Steinbrook to Claire Bombardier re: revision request |
| DX 0421 | MRK-AAD019447 | MRK-AAD019450 | 8/30/2000 | Letter from Claire Bombardier to Robert Steinbrook re: additional changes to manuscript |
| DX 0422 | MRK-AAB0009735 | MRK-AAB0009735 | 9/13/2000 | Letter from Pat Lamy to Claire Bombardier |
| DX 0423 | MRK-AAB0009730 | MRK-AAB0009731 | 9/13/2000 | Letter from Jeffrey Drazen of New England Journal of Medicine to Claire Bombardier re: article acceptance |
| DX 0424 | MRK-AAD0407350; MRK-AAD0407351 | MRK-AAD0407412 | 10/12/2000 | Fax from Vickie Cullmann of Institute for Work & Health to Alise Reicin and Claire Bombardier |
| DX 0425 | MRK-AAD0407351 | MRK-AAD0407412 | 10/17/2000 | Fax from Alise Reicin and Loren Laine to Sandra McLain at NEJM with agreed upon text for the VIGOR manuscript |
| DX 0426 | FDACDER 006048 | FDACDER 006049 | 8/11/2004 | Seligman E-mail re cox-2 ispe poster |
| DX 0427 | DG 0000107 | DG 0000127 | 2/17/2005 | Review of Epidemiologic Studies on Cardiovascular Risk with Selected NSAIDs |
| DX 0428 | MRK-0140019409 | MRK-0140019410 | 1/2/2001 | Fax from Sandra Folkendt to Robert Silverman re: requests from reviewers of NDA 21-042/S-007 |
| DX 0429 | MRK-0142001951513 | MRK-0142001951515 | 1/15/2001 | Letter from Silverman to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0430 | FRI0000011 | FRI0000014 | 2/2/2001 | Fax from Judy Rechsteiner to Lee Simon re: "Per your email request of Jan 31" |
| DX 0431 | MRK-JAI0005629 | MRK-JAI0005630 | 4/3/2001 | Email from P. Saddler to K. Beck et al. |
| DX 0432 | MRK-JAI0005668 | MRK-JAI0005669 | 4/5/2001 | Summary of 4/5/01 Teleconference on Deaths in MK-0966 Alzheimer's and MCI studies |
| DX 0434 | TOP1PRO0000282 | TOP1PRO0000283 | 5/3/2001 | Email re: COX-2 Inhibitors in ACS |
| DX 0435 | MRK-AJA0057350 | MRK-AJA0057353 | 5/2/2001 | WAES Report for Patient 9191 |
| DX 0436 | MRK-AAZ0001594 | MRK-AAZ0001594 | 5/3/2001 | Email re COX-2 Inhibitors in ACS |
| DX 0437 | MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | Press Release |
| DX 0438 | | | 9/30/2004 | FDA Vioxx Questions and Answers |
| DX 0439 | FITZG-002256 | FITZG-002256 | 10/8/2004 | Fitzgerald Email |
| DX 0440 | MRK-AHD0007600 | MRK-AHD0007607 | 11/18/2004 | Statement of Sandra Kweder, M.D. |
| DX 0441 | MRK-PRL0000214 | MRK-PRL0000217 | 8/21/2001 | Press Release - Merck Stands Behind the Cardiovascular Safety Profile of VIOXX |
| DX 0442 | MRK-PUBLIC0000047 | MRK-PUBLIC0000151 | 11/18/2004 | Testimony of Sandra Kweder, to Senate Finance Committee |
| DX 0443 | FDACDER 023063 | FDACDER 023065 | 11/30/2004 | Email from L. Villalba to L. Lemley re: barton Vioxx related 7.  FW: Comment on Topol's way to look at the data |
| DX 0444 | | | 10/15/2001 | Health & Fitness, "Easing Arthritis: Are controversial new drugs worth the risk", Ferraro |
| DX 0445 | MRK-0142016725 5 | MRK-0142016726 7 | 12/18/2001 | Letter from MRL to FDA re NDA 21-042 / S-007 (Vioxx Rofecoxib) tablets Response to FDA request for Information |
| DX 0446 | MRK-AAF0007896 | MRK-AAF0007930 | 12/4/2001 | Fax from T. Casola to L. Govemale re: NDA 21-042 VIOXX (rofecoxib) tablets |
| DX 0447 | | | 5/5/2006 | Letter re: MDL-1657 Vioxx Product Liability Litigation |

27

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0448 | | | 5/6/2006 | Dagostino E-mail re "Part I" |
| DX 0449 | MRK-AFF0000095 | MRK-AFF0000098 | 1/23/2002 | APPROVe ESMB Meeting Minutes |
| DX 0450 | MRK-AAF0006077 | MRK-AAF0006079 | 2/8/2002 | Telecon Minutes |
| DX 0451 | MRK-AAF0006080 | MRK-AAF0006082 | 3/7/2002 | Telecon Minutes re: Labeling Negotiations |
| DX 0452 | MRK-AAF0006083 | MRK-AAF0006093 | 3/20/2002 | Telecon Minutes re: Labeling Negotiations |
| DX 0453 | MRK-0242002835 | MRK-0242002844 | 04/00/2002 | Dear Healthcare Professional Letter |
| DX 0454 | MRK-AIO0006887 | MRK-AIO0006887 | 4/11/2002 | Letter from T. Mills to E. Topol |
| DX 0455 | MRK-AFF0000100 | MRK-AFF0000101 | 5/16/2002 | APPROVe ESMB Meeting Minutes |
| DX 0456 | MRK-ABH0028575 | MRK-ABH0026584 | | E. Scolnick's address to scientific community 'Vioxx: A Scientific Overview' |
| DX 0457 | MRK-P0001442 | MRK-P0001447 | 10/25/2002 | Renal Card |
| DX 0458 | MRK-AAD 120092 | MRK-AAD 120129 | | Abstract |
| DX 0459 | MRK-AAF0012706 | MRK-AAF0012711 | 9/10/2003 | Fax from FDA to MRL re: IND 46,894 Vioxx Protocol 302 Teeecon Minutes |
| DX 0460 | MRK-ACM0005290 | MRK-ACM0005340 | 11/10/2003 | Memo from Joshua Chen to Hester Visser, et al. Re: Combined Safety Analysis Report |
| DX 0461 | MRK-I8940078422 | MRK-I8940078473 | 10/17/2003 | Letter from MRL to FDA re: IND 46, 894: VIOXX (rofecoxib) Request for Type A Meeting/ Teleconference (Rofecoxib Protocol 203 VIOXX CV Outcomes Study) |
| DX 0462 | MRK-I8940079570 | MRK-I8940079624 | 12/30/2003 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) |
| DX 0463 | MRK-AAF0015464 | MRK-AAF0015466 | 3/26/2004 | Letter from FDA to MRL re: IND 61,419 |
| DX 0464 | MRK-N0520018911 | MRK-N0520018916 | 9/15/2004 | NDA 21-052/S-023: VIOXX (Rofecoxib Oral Suspensions) |
| DX 0465 | MRK-ACM0003471 | MRK-ACM0003472 | 10/1/2004 | E-mail from P. Honig to K. Horgan re: RE: APPROVe steering committee member feedback |

28

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0466 | FDACDER 018433 | FDACDER 018435 | 10/5/2004 | E-mail from J. Jenkins |
| DX 0467 | FDACDER 021878 | FDACDER 021878 | 10/7/2004 | E-mail from B. Harvey to S. Hertz, et al. Re: FW: Number of AE's Associated with NSAIDs |
| DX 0468 | FDACDER 018888 | FDACDER 018889 | 10/15/2004 | E-mail from L. Villalba to S. Kweder |
| DX 0469 | | | | Patient Assistance Program |
| DX 0470 | EJT000191 | EJT000191 | 10/25/2004 | E-mail from Goormastic to Topol, RE: Help on stats |
| DX 0471 | FDACDER 022462 | FDACDER 022470 | 10/29/2004 | Memo from Anne Trontell, M.D. M.P.H. to Paul Seligman, M.D. M.P.H. Re: Review of reports of FDA/Kaiser Vioxx study: Questions about Inconsistencies and Bias |
| DX 0472 | FDACDER 019132 | FDACDER 019133 | 11/1/2004 | E-mail from S. Kweder |
| DX 0473 | FDACDER 019098 | FDACDER 019101 | 11/4/2004 | E-mail from S. Hertz |
| DX 0474 | FDACDER 023057 | FDACDER 023058 | 11/8/2004 | E-mail from L. Villalba to L. Lemley and J. Woodcock |
| DX 0475 | EJT000190 | EJT000190 | 11/12/2004 | E-mail from Goormastic to Topol re: one other comparison |
| DX 0476 | MRK-AAI0000236 | MRK-AAI0000237 | | Patient Assistance Program - River Blindness |
| DX 0477 | | | 2/8/2001 | Arthritis Advisory Committee minutes excerpt |
| DX 0478 | MRK-GAR0700086 | MRK-GAR0700106 | 00/00/2000 | Texas State Board of Medical Examiners, Fall 2000 Newsletter |
| DX 0479 | MRK-00420018274 | MRK-00420018279 | 3/24/2000 | Memo to RIBL from D. Watson: Plan for the Adjudication and Analysis of Cardiovascular events in VIGOR (MK-0966 Protocols 088/089) |
| DX 0480 | MRK-LBL 0000011 | MRK-LBL 0000012 | | PPI 9183905 |
| DX 0481 | | | 00/00/2004 | Naproxen label |
| DX 0482 | MRK-AFV0062199 | MRK-AFV0062221 | 9/28/2004 | Vioxx CV Update - Interim Data from Approve Study thru 8/16/04 |
| DX 0483 | MRK-LBL0000043 | MRK-LBL0000046 | 05/00/2000 | PI 9183805 |

29

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0484 | | | 1/6/2000 | The New England Journal of Medicine Information for Authors |
| DX 0485 | | | 10/00/2005 | Uniform Requirements for manuscripts submitted to biomedical journals |
| DX 0486 | | | 5/18/2000 | Comparison of Rofecoxib, a Highly Selective-Inhibitor of Cox-2 Manuscript |
| DX 0487 | 2000 NEMJ 000040 | 2000 NEMJ 000043 | 8/20/2000 | Manuscript No. 00-1401 A Double-blind Comparison of Rofecoxib and Naproxen on the Incidence of clinically important upper gastrointestinal events: the VIGOR trial |
| DX 0488 | | | 00/00/0000 | Floppy Disk |
| DX 0489 | 2000 NEJM 000235 | 2000 NEJM 000252 | 5/6/2000 | VIGOR Manuscript |
| DX 0490 | | | | Patience Assistance Program - Uninsured |
| DX 0491 | 2000 NEJM 000028 | 2000 NEJM 000038 | 7/17/2000 | Manuscript No. 00-1401 |
| DX 0492 | 2000 NEJM 000051 | 2000 NEJM 000053 | 9/11/2000 | Manuscript No. 00-1401 - Authors Bombardier et al. |
| DX 0493 | 2000 NEJM 000054 | 2000 NEJM 000055 | 9/13/2000 | Letter to Bombardier from Drazen re: Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis which the Journal is pleased to accept for publication |
| DX 0494 | 2000 NEJM 000056 | 2000 NEJM 000056 | 9/13/2000 | Letter re: manuscript Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis |
| DX 0495 | MRK-ACG0000355 | MRK-ACG0000355 | 3/17/2000 | Memo from Regulatory Document Services to Capizzi re: DAP |
| DX 0496 | MRK-ACG0000356 | MRK-ACG0000363 | 3/3/2000 | Data Analysis Plan (DAP) Approval Forms |
| DX 0497 | MRK-ACV0001489 | MRK-ACV0001490 | 3/3/2000 | Email from Deneen to Hostelley re: VIGOR DAP Amendment |
| DX 0498 | MRK-ABK0040103 | MRK-ABK0040243 | 11/10/2000 | Consultant Meeting - Reidn Slides |
| DX 0499 | MRK-AAB0003864 | MRK-AAB0003971 | 6/20/2000 | VIGOR - Clinical and Statistical Documentation |
| DX 0501 | | | 00/00/1983 | Jouven, X, et al., "Predicting sudden death in the population: the Paris Prospective I," Circulation. 99:1978-1983 |

30

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0502 | | | 00/00/1984 | Warnes, C.A., et al., "Sudden Coronary Death: comparison of Patients with to Those Without Coronary Thrombus at Necropsy,' Am J Cardiol, 1984; 54:1206-1211 |
| DX 0503 | | | 00/00/1985 | Goldstein, S., et al., "Predictive survival model for resuscitated victims of out-of-hospital cardiac arrest with coronary heart disease,' Circulation, 71, No.5, 873-880, 1985. |
| DX 0504 | | | 00/00/1988 | Hackett, D., et al., 'Pre-existing coronary stenoses in patients with first myocardial infarction are note necssarily severe,', European Heart Journal, 1988 9:1317-1323. |
| DX 0505 | | | 00/00/1989 | Davies, M. J., et al., "Factors influencing the presence or absence of acute coronary artery thrombi in sudden ischaemic death,' European Heart Journal, (1989) 10, 203 208 |
| DX 0506 | MRK-AHO0056305 | MRK-AHO0056308 | 00/00/1990 | "Effects of Non-Steroidal Anti-Inflammatory Drugs on In Vivo Synthesis of Thromboxane and Prostacyclin in Humans', Advances in Prostaglandin, Thromboxane, and Leukotriene Res., 1990, vol. 21:153-156 |
| DX 0507 | | | 00/00/1992 | Braunwald, E, Heart Disease, A Textbook of Cardiovascular Medicine |
| DX 0508 | | | 00/00/1995 | Farb, A., et al., "Sudden Coronary Death - Frequency of Active Coronary Lesions, Inactive Coronary Lesions and Myocardial Infarction,' Circulation, 1995;92:1701-1709. |
| DX 0509 | | | 00/00/1996 | Gordis, L, Epidemiology. 1996. |
| DX 0510 | | | 00/00/1996 | Farb, A., et al., "Coronary Plaque Erosion Without Rupture Into a Lipid Core, A Frequent Cause of Coronary Thrombosis in Sudden Coronary Death,' Circulation, 1996;93:1354-1363. |
| DX 0511 | | | 00/00/1996 | Mann, J. M., et al., "Vulnerable Plaque -- Relation of Characteristics to Degree of Stenosis in Human Coronary Arteries,' Circulation, 1996;94:928-931. |
| DX 0512 | MRK-ABS0145598 | MRK-ABS0145606 | 00/00/1998 | Singh and Ramey, NSAID-Induced Gastrointestinal Complications: the ARAMIS Perspective – 1997, The J. of Rheumatology, 1998, vol. 25, Suppl. 51:8-16 |
| DX 0513 | | | 00/00/1998 | de Vreede-Swagemakers, APM, et al, "Circumstances and causes of out-of-hospital cardiac arrest in sudden death survivors," Heart 1998: 79:356-361. |
| DX 0514 | | | 00/00/1999 | Lanza, F., et al., "Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage that either aspirin or ibuprofen", |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | | | | 1999 Blackwell Science Ltd., Aliment Pharmacol Ther 13, 761-767. |
| DX 0515 | Public | | 00/00/1999 | Effects of nabumetone compared with naproxen on platelet aggregation in patients with rheumatoid arthritis, Ann Rheum Dis 1999;58:257-259. |
| DX 0516 | | | 00/00/2000 | Brandt, Kenneth D. 'Diagnosis and Nonsurgical Management of Osteoarthritis, Second Edition.' Professional Publications. 2000. |
| DX 0517 | | | 00/00/2001 | Virmani, R, et al., "Sudden cardiac death,' Cardiovascular Pathology. 10 (2001) 211-218. |
| DX 0518 | | | 00/00/2001 | Singh, G., et al. 'SUCCESS Trial: Celecoxib vs Common NSAIDS,' J. of Rheumatology Vol. 28(Suppl. 6.3), at 6 (2001). |
| DX 0519 | | | 8/8/2001 | A Comparison of Renal-Related Adverse Drug Reaction Between Rofecoxib and Celecoxib, Based on the World Health Organization/Uppsala Monitoring Centre Safety Database by Sean Zhao, et al. Clinical Therapeutics/Vol. 23, Pg. 1478-1491 |
| DX 0520 | | | 00/00/2001 | Kelly's Textbook of Rheumatology, Sixth Edition. WB Saunders and Co., 2001. |
| DX 0521 | | | 00/00/2001 | Primer on the Rheumatic Diseases, 12th Edition. Arthritis Foundation Publication. |
| DX 0522 | | | 00/00/2002 | Stephen E. Kimmel, et al., "Parenteral Ketorolac and Risk of Myocardial Infarction," Pharmacoepidemiology and Drug Safety, 2002,(11):113-119. |
| DX 0523 | MRK-AHO0066601 | MRK-AHO0068607 | 00/00/2002 | Leese, P; Talwalker, S; Kent, J; Recker, D. Valdecoxib does not Impair Platelet Function. American Journal of Emergency Medicine. 2002; 20: 275-28 |
| DX 0524 | | | 00/00/2002 | De Sutter, J. et al., 'Prevention of Sudden Death in Patients With Coronary Artery Disease: Do Lipid-Lowering Drugs Play a Role?' Prev Cardiol. 5(4):177-182, 2002. |
| DX 0525 | | | 00/00/2002 | Esch, Tobias, and George B. Stefano, Gregory L. Fricchione, Herbert Benson. "Stress in cardiovascular diseases.' Med Sci Monit, 2002; 8(5): RA93-101. |
| DX 0526 | | | 12/00/2002 | Laine, L., et al., "Dyspepsia in NSAID Users," Seminars in Arthritis and Rheumatism Vol. 32(3Suppl.), at 25-32 (2002). |
| DX 0527 | MRK-ADB0039011 | MRK-ADB0039016 | 00/00/2003 | Bannwarth, B; Treves, R; Euller-Ziegler, L; Rolland, D; Ravaud, P; Dougados, M. Adverse Events Associated with Rofecoxib Therapy --Results of a Large Study in Community Derived Osteoarthritis Patients. Drug Safety. 2003;26:49- |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | | | | 54. |
| DX 0528 | | | 00/00/2003 | Silver, M., Gotlieb, A., Schoen, F., "Cardiovascular Pathology," 3rd Edition, Churchill Livingstone, 2003. |
| DX 0529 | | | 3/30/2004 | Capone, et al. "Relationship Between 80% ("Therapeutic") Inhibition of COX-2 and Inhibition of COX-1," Int'l J. of Immunpathology and Pharmacology, Vol. 16 (Suppl. 2), at 49-58 (2003) |
| DX 0530 | | | 7/2/2003 | Estevez-Collantes, et al. "Improved Control of Osteoarthistis Pain and Self-Reported Health Status in Non-Reponsers to Celecoxib Switched to Rofecoxib: Results of PAVA, an Open-Label Post Marketing Survery in Spain" Current Medical Research and Opinion |
| DX 0531 | | | 00/00/2004 | Heckbert, S, et al., "Comparison of Self-Report, Hospital Discharge Codes, and Adjudication of Cardiovascular Events in the Women's Health Initiative," Am. J. of Epidemiology, 2004; 160:1152-1158. |
| DX 0532 | Public | | 00/00/2004 | Chan, F.KL., et al., "Review Article: Prevention of Non-steroidal Anti-Inflammatory Drug Gastrointestinal Complications - Review and Recommendations Based on Risk Assessment," Aliment Pharmacol Ther 2004;19:1051-1061. |
| DX 0533 | | | 8/21/2004 | Schnitzer, T.J., et al. "TARGET Trial: Safety of Lumericoxib vs. Naproxen and Ibuprofen," Lancet Vol. 364, at 665-74. |
| DX 0534 | MRK-AFV0395118 | MRK-AFV0395124 | 00/00/2005 | Tikz, Canan, Uluk, Ozan, Bayluran, Ozur, Bayindir, Petek, Ekmekei, Cenk, Tikz, Hakan, "Selective COX-2 Inhibition with Different Doses of Rofecoxib Does Not Impair Endothelial Function in Patients with Coronary Artery Disease, Acta Medica Okayama, 2005, |
| DX 0535 | | | 00/00/2005 | Kelley's Textbook of Rheumatology. Edited by Harris, E., et al. 2005 (7th ed.). |
| DX 0536 | | | 00/00/2005 | Kelly's Textbook of Rheumatology, Seventh Edition. WB Saunders and Co., 2005. |
| DX 0537 | | | 9/10/1973 | Friedman, M., et al., "Instantaneous and Sudden Deaths -- Clinical and Pathological Differentiation in Coronary Artery Disease,' JAMA Sept. 10, 1973, Vol 225, No. 11. |
| DX 0538 | | | 00/00/1974 | Baum, R., et al., "Survival after Resuscitation from Out-of-Hospital Ventricular Fibrillation," Circulation, Volume 50, December 1974. |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0539 | | | 4/14/1975 | Ehrlich, G.E., "Oseoarthritis Beginning with Inflammation, " J. of the Am. Medical Assoc. (JAMA) Vol. 232(2), at 157 (April 14, 1975) |
| DX 0540 | | | 00/00/1975 | Lie, J.T., et al., Pathology of the Myocardium and the Conduction System in Sudden Coronary Death," Circulation. Vols. 51 and 52, December 1975. |
| DX 0541 | | | 12/00/1975 | Cobb, L., et al., "Resuscitation From Out-of-Hospital Ventricular Fibrillation: 4 Years follow-up," Circulation, Vols. 51 and 52, December 1975. |
| DX 0542 | Public | | 4/1/1981 | Smith and Lefer Article: Stabilization of cardiac lysomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion- Efficacy of the Nonsteroidal Anti-Inflammatory Agent, Naproxen. American Heart Journal April 1981. |
| DX 0543 | | | 5/31/1984 | Davies, M. J., et al., "Thrombosis and Acute Coronary-Artery Lesions in Sudden Cardiac Ischemic Death; N Engl J Med 1984; 310:1137-40. |
| DX 0544 | MRK-ABK0441489 | MRK-ABK0441500 | 1/30/1988 | Antiplatelet Trialists' Collaboration, "Secondary prevention of vascular disease by prolonged antiplatelet treatment" |
| DX 0545 | | | 1/30/1988 | Little, WC, et al., "Can Coronary Angiography Predict the Site of a Subsequent Myocardial Infarction in Patients with Mild-to-Moderate Coronary Artery Disease," Circulation. 1988 78(5):1157-1166. |
| DX 0546 | | | 3/1/1989 | K. Green, et al., Pronounced Reduction of In vivo Prostacyclin Synthesis in Humans by Acetaminophen, Prostaglandins, Mar. 1989, vol. 37:311-315 |
| DX 0547 | MRK-ABY0014115 | MRK-ABY0014134 | 1/1/1992 | Wiseman, 'Indobufen: A review of its Pharmacodynamic and Pharmacokinetic properties and therapeutic efficacy in Cerebral, Peripheral and Coronary Vascular Disease' |
| DX 0548 | MRK-AGV0092146 | MRK-AGV0092152 | 1/1/1993 | Brochier 'Evaluation of Flurbiprofen for Prevention of Reinfarction and Reocclusion after Successful Thrombolysis or Angioplasty in Acute Myocardial Infarction' |
| DX 0549 | MRK-AGV0007923 | MRK-AGV0007925 | 1/1/1993 | G. Fornaro, 'Indobufen in the Prevention of Thromboembolic Complications in patients with Heart Disease' |
| DX 0550 | | | 09/00/1993 | Fornes, P., et al., "Sudden Out-of-Hospital Coronary Death in Patients With No Previous Cardiac History. An Analysis of 221 Patients Studied at Autopsy," Journal of Forensic Sciences, Vol. 38, No. 5, Sept. 1993, pp. 1084-1091. |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0551 | MRK-AFK0176603 | MRK-AFK0176686 | 1/8/1994 | Antiplatelet Trialists' Collaboration, 'Collaborative overview of randomised trials of antiplatelet therapy prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients' |
| DX 0552 | | | 3/1/1994 | Guccione, A.A., et al. "The Effects of Specific Medical Conditions on the Functional Limitations of Elders in the Framingham Study," Am. J. Public Health Vol. 84(3), at 351-8. |
| DX 0553 | Public | | 4/1/1994 | Rajah et al, 'Effects of anti platelet therapy with indobufen or aspirin-dipyridamole on graft patency one year after coronary artery bypass grafting' |
| DX 0554 | | | 1/1/1995 | Corrao, S., et al., : "Cardiac Involvement in Rheumatoid Arthritis: Evidence of Silent Heart Disease," European Heart Journal, Vol. 16(2), at 253-56 (Feb. 1995) |
| DX 0555 | | | 1/1/1995 | Hochberg, M.C., et al. "The Contribution of Osteoarthritis to Disability: Preliminary Data from the Women's Health and Aging Study," J. of Rheumatology, Supp. Vol. 43, at 16-18. |
| DX 0556 | | | 6/1/1995 | Philbin, E.F., et al. "Cardiovascular Fitness and Health in Patients with end-Stage Osteoarthritis,' Arthritis & Rheumatism Vol. 38(6), at 799-805. |
| DX 0557 | | | 12/1/1996 | Philbin, E.F., et al. 'Osteoarthritis as a Determinant of an Adverse Coronary Heart Disease Risk Profile.' J. of Cardiovascular Risk Vol. 3(6), at 529-33 (Dec. 1996). |
| DX 0558 | MRK-ABY0004866 | MRK-ABY0004872 | 4/3/1997 | Ridker PM et al., 'Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men' |
| DX 0559 | | | 8/24/1997 | Wolfe, F., et al. The C-Reactive Protein But Not Erythrocyte Sedimentation Rate is Associated with Clinical Severity in Patients with Osteoarthritis of the Knee or Hip. J. of Rheumatology Vol. 24(8), at 1486-8. |
| DX 0560 | MRK-ABY0017695 | MRK-ABY0017700 | 1/1/1998 | Cataldo et. al., 'Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis' |
| DX 0561 | | | 1/20/1998 | Robert Carney, "Psychological Risk Factors for Cardiac Events: Could There Be Just One?" Circulation, Vol. 97(2), at 128, 129 (January 20, 1998). |
| DX 0562 | MRK-ABY0004421 | MRK-ABY0004428 | 7/27/1998 | Singh article, 'Recent considerations in Nonsteroidal Anti-Inflammatory Drug Gastropathy', The American Journal of Medicine. 1998 Jul 27; 1-5(1B), 31S-38S. |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0563 | MRK-AHN0019084 | MRK-AHN0019093 | 11/1/1998 | Lanza FL, "A Guideline for the Treatment and Prevention of NSAID-Induced Ulcers,' The American Journal of Gastroenterology. 1998 Nov. 1; 93(11): 2037-36 |
| DX 0564 | Public | | 1/1/1999 | Shah, A. et. al, The In Vivo Assessment of Nimesulide Cyclooxygenase-2 Selectivity,' British Society of Rheumatology 1999, 38 (suppl.1) 19-23 |
| DX 0565 | MRK-00420019123 | MRK-00420019130 | 5/1/1999 | Cattella-Lawson, et al.: 'Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids' |
| DX 0566 | | | 02/00/1999 | Crofford, Leslie J. and Kenneth L. Casey, 'Central Modulation of Pain Perception,' Rheumatic Disease Clinics of North America Vol. 25(1), at 1 (Feb. 1999). |
| DX 0567 | | | 02/00/1999 | Huyser, Bruce A. and Jerry C. Parker, 'Negative Affect and Pain in Arthritis,' Rheumatic Disease Clinics of North America Vol. 25(1), at 105. |
| DX 0568 | | | 02/00/1999 | Keefe, Francis J. and Valerie Bonk, 'Psychological Assessment of Pain in Patients Having Rheumatic Diseases,' Rheumatic Disease Clinics of North America Vol. 25(1), at 81. |
| DX 0569 | | | 02/00/1999 | Moreland, Larry W., and E. William St. Clair, "The Use of Analgesics In the Management of Pain In Rheumatic Diseases," Rheumatic Disease Clinics of North America, Vol. 25(1), at 153. |
| DX 0570 | | | 4/7/1999 | Cobb, L., et al., 'Influence of Cardiopulmonary Resuscitation Prior to Defibrillation in Patients With Out-of-Hospital Ventricular Fibrillation,' JAMA 4/7/1999-Vol. 281, No. 13. |
| DX 0571 | | | 5/1/1999 | Fitzgerald, G., et al: 'Effects of specific inhibition of cyclooxygenase on sodium balance, Hemodynamics, and Vasoactive Eicosanoids', Journal of Pharmacology and Experimental Therapeutics article. |
| DX 0572 | MRK-ABT0013898 | MRK-ABT0013809 | 6/17/1999 | Wolfe, M., et al., 'Gastrointestinal Toxicity of Nonsteroidal Anti-Inflammatory Drugs,' NEJM |
| DX 0573 | | | 08/00/1999 | Hamerman, David, et al. 'Emerging Evidence for Inflammation in Conditions Frequently Affecting Older Adults: Report of a Symposium,'J. Am. Geriatrics Society Vol. 47(8), at 1016-1025. |
| DX 0574 | | | 10/1/1999 | L. Laine, et al: "A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2-Specific Inhibitor, With That of Ibuprofen on the Gastroduodenal Mucosa of Patients with Osteoarthritis." |

36

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0575 | | | 11/24/1999 | Langman, M; Jensen, D; Watson, D; Harper, S; Zhao, P; Quan, H; Bolognese, J; Simon, T. 'Adverse Upper Gastrointestinal Effects of Rofecoxib Compared with NSAIDS' JAMA. 1999; 282: 1929-1933. |
| DX 0576 | | | 2/1/2000 | Hawkey, C; Laine, L; Simon, T; Beaulieu, A; Maldonado-Cocco, J; Acevedo, E; Shahane, A; Quan, H; Bolognese, J; Mortensen, E. 'Comparison of the effect of rofecoxib (A cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of pati |
| DX 0577 | Public | | 1/1/2000 | Crofford L et al., 'Basic Biology and Clinical Application of Specific Cyclooxygenase-2 Inhibitors', Arthritis & Rheumatism. 2000 Jan 1; 43(1) 4-13. |
| DX 0578 | MRK-ADB0005782 | MRK-ADB0005791 | 2/2/2000 | Leese et al., 'Effects of Celecoxib, a Novel Cyclooxygenase-2 Inhibitor, on Platelet Function in Healthy Adults' |
| DX 0579 | Public | | 7/5/2000 | Saito T et al., 'Inhibition of Cyclooxygenase-2 Improves Cardiac Function in Myocardial Infarction', Biochemical and Biophysical Research Communications. 2000 June 1; 273:  772-775. |
| DX 0580 | | | 08/00/2000 | Loeser, Richard F. 'Aging and the Etiopathogenesis and Treatment of Osteoarthritis.' Rheumatic Disease Clinics of North America Vol. 26(3), at 547. |
| DX 0581 | | | 08/00/2000 | Percy, Lydia A. and Meika A. Fang. 'Geropharmacology for the Rheumatologist.' Rheumatic Disease Clinics of North America Vol. 26(3), at 433 (Aug. 2000). |
| DX 0582 | | | 08/00/2000 | Sharif, M., et al.: 'Increased Serum C Reactive Protein May Reflect Events that Precede Radiographic Progression in Osteoarthritis of the Knee.' Annals of the Rheumatic Diseases Vol. 59(1), at 71-4. |
| DX 0583 | | | 9/13/2000 | Silverstein, F., et al., 'Gastrointestinal Toxicity with Celecoxib vs. Nonsteroidal Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis,' JAMA 2000 Sept. 13; 284(10):1247-1255. |
| DX 0584 | | | 10/00/2000 | Conrozier, Thierry, et al. 'Serum Levels of YKL-40 and C Reactive Protein in Patients With Hip Osteoarthritis and Healthy Subjects: A Cross Sectional Study.' Annals of the Rheumatic Diseases Vol. 59, at 828-31. |
| DX 0585 | MRK-ABK0477641 | MRK-ABK0477652 | 10/1/2000 | Van Hecken et al. 'Comparative Inhibitory activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen and Naproxen on COX-2 versus COX-1 in healthy volunteers |
| DX 0586 | MRK-ACD0086310 | MRK-ACD0086318 | 11/23/2000 | Bombardier, Laine, Reicin, et al., 'Comparison of Upper Gastrointestinal |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | | | | Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis' |
| DX 0587 | Public | | 7/1/2001 | FitzGerald, G. "Prostaglandins and their Precursors". The Journal of Clinical Investigation. 2001: 107(12): 1491-95. |
| DX 0588 | Public | | 1/1/2001 | FitzGerald, G; Cheng, Y; Austin, S. "Cox-2 Inhibitors and the cardiovascular system." Clinical and Experimental Rheumatology. 2001; 19: S31-S36. |
| DX 0589 | Public | | 1/1/2001 | Garcia Rodriguez, L. "The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data." Clinical and Experimental Rheumatology.  2001; 19 (6 Suppl 25): S41-4. |
| DX 0590 | MRK-ABY0005401 | MRK-ABY0005420 | 1/1/2001 | Bhana and McClennan, 'Indobufen: An update review of its use in the management of Atherothrombosis' |
| DX 0591 | | | 03/00/2001 | Penninx, Brenda, et al. 'Depression and Cardiac Mortality: Results from a Community-Based Longitudinal Study.' Archives of General Psychiatry Vol. 58(3), at 221-27 (March 2001). |
| DX 0592 | MRK-AAC0025747 | MRK-AAC0025752 | 3/13/2001 | Pratico, et al., Acceleration of atherogenesis by Cox-1 dependent prostanoid formation in low density lipoprotein receptor knockout mice, PNAS, Mar. 13, 2001, vol. 98, no. 6:3358-3363 |
| DX 0593 | | | 4/1/2001 | Guedes, Claudie, et al. 'Cardiac Manifestations of Rheumatoid Arthritis: A Case-Control Transesophageal Echocardiography Study in 30 Patients.' Arthritis Care & Research Vol. 45(2), at 129-35 (April 2001). |
| DX 0594 | | | 05/00/2001 | Ted R. Mikuls and Kenneth G. Saag, "Comorbidity in Rheumatoid Arthritis," Rheumatic Disease Clinics of North America Vol. 27(2), at 283 (May 2001). |
| DX 0595 | | | 7/1/2001 | Patrono, C. 'Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs.' J Clin Invest. 2001 Jul; 108(1):7-13. |
| DX 0596 | Public | | 8/21/2001 | Cipollone F et al., 'Overexpression of Functionally Coupled Cyclooxygenase-2 and Prostaglandin E Synthase in Symptomatic Atherosclerotic Plaques as a Basis of Prostaglandin E(2)-Dependent Plaque Instability' |
| DX 0597 | MRK-AAD0203761 | MRK-AAD0203769 | 10/3/2001 | Konstam, Weir et al. 'Cardiovascular thrombotic events in controlled, clinical Trials of Rofecoxib' |
| DX 0598 | MRK-AAC0000735 | MRK-AAC0000744 | 11/1/2001 | Wong et al., Effects of Cox-2 Inhibitors on Aortic Prostacyclin Production in Cholesterol-fed Rabbits', Atherosclerosis, 2001; 157:393-402 |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0599 | MRK-ABK0308747 | MRK-ABK0308750 | 11/12/2001 | Cardiovascular Safety of Cox-2 Inhibitors. The Medical Letter on Drugs and Therapuetics. 2001; 43: 99-100. |
| DX 0600 | MRK-ABH0002262 | MRK-ABH0002262 | 11/30/2001 | Funk, "Prostaglandins and Leukotrienes: Advances in Eicosanid Biology', Science. 2001 Nov. 30; 294: 1871-1875. |
| DX 0601 | | | 12/1/2001 | Catella-Lawson F et al., "Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin', The New England Journal of Medicine. 2001 Dec. 20, 345(25): 1809-1817. |
| DX 0602 | | | 12/00/2001 | Abramson, S.B., el al. 'The Role of Nitric Oxide in Tissue Destruction.' Best Practice & Research in Clinical Rheumatology Vol. 15(5), at 831-45. |
| DX 0603 | MRK-AHN0009572 | MRK-AHN0009577 | 12/4/2001 | Ouellet, M; Riendeau, D; Percival, D. "A high level of cyclooxygenase-2 inhibitor selectivity is associated with a reduced interference of platelet cyclooxygenase-1 inactivation by aspirin." Proceedings of the National Academy of Sciences of the United St |
| DX 0604 | MRK-ABA0000545 | MRK-ABA0000548 | 12/11/2001 | Verma, S; Raj, S; Shewchuk, L; Mather, K; Anderson, T. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulatio |
| DX 0605 | MRK-ABK0322607 | MRK-ABK0322613 | 12/12/2001 | Bumakis et al., Responses in JAMA to Mukherjee 2001 |
| DX 0606 | | | 12/20/2001 | Catella-Lawson, , F; Reilly, M; Kapoor, S; Cucchiara, A; DeMarco, S; Tournier, B; Vyas, S; FitzGerald, G. "Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin'. New England Journal of Medicine. 2001; 345: 1809-1817. |
| DX 0607 | MRK-ACT0026006 | MRK-ACT0026012 | 3/21/2002 | American Journal of Cardiology - "Cardiovascular Pharmacology of Nonselective Nonsteroidal Anti-Inflammatory Drugs and Coxibs: Clinical Considerations" by GA FitzGerald - pp. 26D-32D, volume 89, Issue 6A. |
| DX 0608 | Public | | 4/16/2002 | Burleigh, M; Babaev, V; Oates, J; Harris, R; Gautam, S; Riendeau, D; Marnett, L; Morrow, J; Fazio, S; Linton, M. "Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice." Circulation. 2002; 105(15): 1816-1823. |
| DX 0609 | Public | | 3/21/2002 | DeMaria, A. "Relative Risk of Cardiovascular Events in Patients with Rheumatoid Arthritis." American Journal of Cardiology. 2002; 89: 33D-38D. |
| DX 0610 | Public | | 1/1/2002 | Dalen, J. Selective COX-2 Inhibitors, NSAIDs, Aspirin, and Myocardial Infarction (editorial). Archives of Internal Medicine. 2002;162: 1091-92. |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|----------|--------------|-------------|------|-------------|
| DX 0611 | Public | | 1/1/2002 | Fendrick A, "Developing an economic rationale for the use of selective COX-2 inhibitors for patients at risk for NSAID gastropathy" |
| DX 0612 | Public | | 1/1/2002 | Hawkey CJ, "Cyclooxygenase Inhibition: Between the Devil and the Deep Blue Sea" |
| DX 0613 | MRK-ADB0017179 | MRK-ADB0017186 | 1/1/2002 | Wolfe F, et al., "Increase in Lifetime Adverse Drug Reactions, Service, Utilization, and Disease Severity Among Patients who will start COX-2 Specific Inhibitors: Quantatative Assessment of Channelign Bias and Confounding by Indication in 6689 Patients w |
| DX 0614 | | | 6/20/2001 | Ersoy, Y., et al. "Serum Nitrate and Nitrite Levels in Patients with Rheumatoid Arthritis, Ankylosing Spondylitis, and Osteoarthritis." Annals of the Rheumatic Diseases Vol. 61(1), at 76-8. |
| DX 0615 | | | 00/00/2005 | American Heart Association/American Stroke Association website, "Heart Disease and Stroke Statistics - 2006 Update" |
| DX 0616 | MRK-AAB0013563 | MRK-AAB0013568 | 1/15/2002 | Reicin, et al, Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib versus Nonselective Nonsteroidal Anti-Inflammatory Drugs Ibuprofen, Diclofenac and Nabumetone, The Am. J. of Cardiology, Jan. 15, 2002, vo |
| DX 0617 | | | 02/00/2002 | Mahaffey, K, et al., "Misreporting of myocardial infarction endpoints: Results of adjudication by a central clinical events committee in the PARAGON-B trial," Am. Heart. J. Feb, 2002;143(2);242-248 |
| DX 0618 | | | 2/27/2002 | Geba, GP, and AL Weaver, A Polis, ME Dixon, TJ Schnitzer, Vioxx, Acetaminophen, Celecoxib Trial (VACT) Group. "Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial." JAMA. 2002 Feb 27; 287(8): 989. |
| DX 0619 | MRK-AFO0098642 | MRK-AFO0098662 | 3/1/2002 | Mukhopadhyay, "Thrombotic Carlovascular Safety Update for VIOXX Placebo-Controlled Data." 2002 March. |
| DX 0620 | | | 03/00/2002 | Kimmel, Stephen E., et al. "Parenteral Ketorolac and Risk of Myocardial Infarction," Pharmacoepidemiology & Drug Safety Vol. 11(2), at 113-9. |
| DX 0621 | MRK-ADC0000018 | MRK-ADC0000071 | 3/21/2002 | Garret FitzGerald, ed., "Nonsteroidal Anti-Inflammatory Drugs, Coxibs, and Cardio-Renal Physiology: A Mechanism-Based Approach" The American Journal of Cardiology. 2002 Mar 21; 89(6A) |
| DX 0622 | MRK-ABT0079063 | MRK-ABT0079068 | 5/27/2002 | Watson, D; Rhodes,T; Cai, B; Guess, H, "Lower Risk of Thromboembolic Cardiovascular Events Among Patients with Naproxen Among Patients with Rheumatoid |