| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | | | | Arthritis.Archives of Internal Medicine."2002;162:1105-1110. |
| DX 0623 | MRK-ABA0041662 | MRK-ABA0041667 | 5/27/2002 | Solomon, et al., 'Non-Steroidal Anti-Inflammatory Drug Use and Acute Myocardial Infarction', Archives of Internal Medicine. 2002 May 27; 162: 1099-1104. |
| DX 0624 | MRK-ABS0386560 | MRK-ABS0386564 | 5/27/2002 | Rahme, E., et al., 'Association Between Naproxen Use and Protection Against Acute Myocardial Infarction, Archives of Internal Medicine. 2002 May 27; 162: 1111-1115 |
| DX 0625 | | | 7/24/2002 | Lamberg, Lynne. 'Mind-Body Medicine Explored at APA Meeting.' JAMA Vol. 288(4), at 435-39. |
| DX 0626 | Public | | 10/1/2002 | Linton M et al., 'Cyclooxygenase-2 and atherosclerosis' |
| DX 0627 | | | 10/5/2002 | Ray W, et al., 'COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease' |
| DX 0628 | MRK-ABA0041612 | MRK-ABA0041614 | 10/5/2002 | Ray, et al, Cox-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease, The Lancet, Oct. 5, 2002, vol. 360:1071-1073 |
| DX 0629 | MRK-ADY0007253 | MRK-ADY0007268 | 11/00/2002 | Hochberg MC. 'Treatment of Rheumatoid Arthritis and Osteoarthritis with COX-2-Selective Inhibitors: a Managed Care Perspective', Am J Manag Care. 2002; 8(17 Suppl): S502-S517. |
| DX 0630 | | | 12/00/2002 | Bacon, P.A., et al. 'Accelerated Atherogenesis in Autoimmune Rheumatic Diseases.' Autoimmunity Reviews Vol. 1(6), at 338-347. |
| DX 0631 | | | 12/00/2002 | Grippo, A.J. and A.K. Johnson. 'Biological Mechanisms in the Relationship Between Depression and Heart Disease.'Neuroscience & Biobehavorial Reviews', Vol. 26(8), at 941-62. |
| DX 0632 | | | 12/17/2002 | Hawkey, C; Laine, L; Simon, T; Quan, H; Shingo, S; Evans, J. "Incidence of Gastroduodenal Ulcers in Patients with Rheumatoid Arthritis after 12 weeks of Rofecoxib, Naproxen, or Placebo: A Multicentre, Randomised, Double-Blind Study." Gut. 2003; 52: 820-82 |
| DX 0633 | | | 7/21/2003 | Yuan Y et al., 'Assessment of the safety of selective cyclo-oxygenase-2 inhibitors: where are we in 2003' |
| DX 0634 | MRK-AAD0195772 | MRK-AAD0195780 | 1/1/2003 | Baigent/Patrono, "Selective Cyclooxygenase-2 Inhibitors, Aspirin, and Cardiovascular Disease" |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0635 | Public | | 09/00/2004 | Patrono C et al., 'Platelet-Active Drugs: The Relationships Among Dose, Effectiveness, and Side Effects - The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy' |
| DX 0636 | Public | | 01/00/2003 | Baigent C, Patrono C, "Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal," Arthritis Rheum 2003 Jan;48(1):12-20. |
| DX 0637 | | | 01/00/2003 | Wolfe, F., et al.,: 'Increase in Cardiovascular and Cerebrovascular Disease Prevalence in Rheumatoid Arthritis.' J. of Rheumatology Vol. 30(1), at 36-40. |
| DX 0638 | Public | | 1/28/2003 | Chenevard, E; Hurlimann, D; Bechir, M; Enseleit, F; Spieker, L; Hermann, M; Riesen, W; Gay, S; Gay, R; Neidhart M; Michel, B; Luscher, T; Noll, G; Ruschitzk, F. 'Selective COX-2 Inhibition Improves Endothelial Function in Coronary Artery Disease' |
| DX 0639 | Public | document too large? | 2/1/2003 | Laine, L; Connors, L; Reicin, A; Hawkey, C; Vargas, B; Schnitzer, T; Yu, Q; Bombardier, C. "Serious lower gastrointestinal clinical events with nonselective NSAID or coxib use." Gastroenterology. 2003;124:288-292. |
| DX 0640 | Public | | 2/15/2003 | MacDonald, T; Wei, L. "Effect of ibuprofen on cardioprotective effect of aspirin". The Lancet. 2003;361:573-574. |
| DX 0641 | MRK-ABT0082313 | MRK-ABT0082315 | 2/15/2003 | Fitzgerald, 'Parsing an enigma: the pharmacodynamics of aspiring resistance,' The Lancet. 2003 Feb 2; 361: 542-44. |
| DX 0642 | MRK-ADM0114045 | MRK-ADM0114050 | 2/24/2003 | Mamdani et al., 'Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly', Arch Intern Med. 2003 Jan 2; 163: 481-86. |
| DX 0643 | MRK-ABT0081722 | MRK-ABT0081727 | 2/24/2003 | Mamdani, M; Rochon, P; Juurlink, D; Anderson, J; Kopp, K; Naglie, G; Austin, P; Laupacis, A. Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly. Archives of Internal Medicine. 2003 |
| DX 0644 | MRK-AAD0305055 | MRK-AAD0305078 | 3/25/2003 | Cox-1 is the Major Isoform of Cyclooxygenase Co-localized with Prostacyclin Synthase in Normal Dog Aortic Endothelium/slides |
| DX 0645 | KP 001521 | KP 001526 | 08/00/2004 | Graham, et al., "Risk of Acute Myocardial Infarction and Sudden Cardiac Death with Use of COX-2 Selective and Non-Selective NSAIDs" |
| DX 0646 | MRK-AAA0087359 | MRK-AAA0087359 | 5/28/2003 | Singer et al. 'COX-1 is the Major isoform of cyclooxygenase co-localizing with prostacyclin synthase in normal dog aortic endothelium.' |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0647 | MRK-ADY0005464 | MRK-ADY0005468 | 6/1/2003 | Tuleja, E; Mejza, F; Emiel, A; Szczeklik, A. Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men." Arteriosclerosis Thrombosis and Vascular Biology. 2003; 23: 1111-111 |
| DX 0648 | Public | | 06/00/2003 | Tuleja, Ewa, et al. 'Effects of Cyclooxygenase -1 and -2 Inhibitors on the Balance of Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men.' Arteriosclerosis, Thrombosis, and Vascular Biology Vol. 23(6), at 111 |
| DX 0649 | | | 6/30/2003 | Watson, D.J., et al. 'All-Cause Mortality and Vascular Events Among Patients with Rheumatoid Arthritis, Osteoarthritis, or No Arthritis in the UK General Practice Research Database.' J. of Rheumatology Vol. 30(6), at 1196-202. |
| DX 0650 | Public | | 11/14/1999 | Greenberg, H; Schwartz, J; Waldman, S; Veronese, L; Musser, B; Gertz, B. "Inhibition of Prostacyclin (PGI2) in Healthy Volunteers by Acetaminophen." (Abstract of Presentation). 1999; 0: 445. |
| DX 0651 | Public | | 6/27/2003 | Layton D, et al., 'Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data', British Society of Rheumatology |
| DX 0652 | | | 07/00/2003 | Scherrer, J.F., et al. 'A Twin Study of Depression Symptoms, Hypertension, and Heart Disease in Middle-Aged Men.' Psychosomatic Med. Vol. 65(4), at 548-57. |
| DX 0653 | | | 8/1/2003 | Katon, W.J. 'Clinical and Health Services Relationships Between Major Depression, Depressive Symptoms, and General Medical Illness.' Biological Psychiatry Vol. 54(3), at 216-26. |
| DX 0654 | | | 09/00/2003 | Brooks, "Inflammation As an Important Feature of Osteoarthritis," Bulletin of the World Health Organization Vol. 81(9) Genebra (Sept. 2003). |
| DX 0655 | | | 09/00/2003 | Yuan, G., et al. 'Expression of C5aR (CD88) of Synoviocytes Isolated from Patients with Rheumatoid Arthritis and Osteoarthritis.' Chinese Medical Journal (English) Vol. 116(9), at 1408-12. |
| DX 0656 | MRK-ADY0006153 | MRK-ADY0006166 | 10/1/2003 | American Heart Journal - "Selective COX-2 inhibition and cardiovascular effects: A Review of the rofecoxib development program" by MR Weir, RS Sperling, A Reicin, BJ Gertz appeared on pp. 591-604 of volume 146 issue 4 |
| DX 0657 | Public | | 10/7/2003 | Lisse, J; Perlman, M; Johansson, G; Shoemaker, J; Schechtman, J; Skalky, C; Dixon, M; Polis, A; Mollen, A; Geba, G. "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | | | | Osteoarthritis. Annals of Internal of Med |
| DX 0658 | Public | | 7/21/2004 | Watson, D; Yu, Q; Bolognese, J; Reicin, A; Simon, T. "The Upper Gastrointestinal Safety of Rofecoxib vs. NSAIDs: An Updated Combined Analysis." Curr Med Res Opinion, 2004 Oct. 1; 20(10): 1539-48. |
| DX 0659 | | | 11/12/2003 | Lin, E.H., et al. "Effect of Improving Depression Care on Pain and Functional Outcomes Among Older Adults with Arthritis: A Randomized Controlled Trial." JAMA Vol. 290(18), at 2428, 2429. |
| DX 0660 | | | 11/19/2003 | Title L et al., 'Effect of Cyclooxygenase-2 Inhibition with Rofecoxib on Endothelial Dysfunction and Inflammatory Markers in Patients with Coronary Artery Disease, ' Journal of the American College of Cardiology, 2003, Nov. 10; 42(10): 1747-1753 |
| DX 0661 | | | 12/00/2003 | So, A.K., et al. 'Arthritis is Linked to Local and Systemic Activation of Coagulation and Fibrinolysis Pathways.' J. of Thrombosis and Haemostasis Vol. 1(12), at 25010-15 (Dec. 2003). |
| DX 0662 | Public | | 1/1/2004 | Monakier D et al., 'Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes', European Heart Journal. 2004 Jan 1, 1303 |
| DX 0663 | Public | | 1/1/2004 | Gross G et al., 'Effect of COX-1/COX-2 Inhibition versus Selective COX-2 Inhibition on Coronary Vasodilator Responses to Arachidonic Acid and Acetylcholine. Pharmacology' Pharmacology. 2003, Nov. 15; 71: 135-142. |
| DX 0664 | Public | | 1/1/2004 | Bogaty P et al., 'Impact of Prolonged Cyclooxygenase-2 Inhibition on Inflammatory Markers and Endothelial Function in Patients with Ischemic Heart Disease and Raised C-Reactive Protein: A Randomized Placebo-Controlled Study', Circulation. 2004 Apr. 30. |
| DX 0665 | MRK-ACD0112041 | | 1/1/2004 | Kimmel, et al., "Risk of Myocardial Infarction By Type of Cyclooxygensae-2 Inhibitor" [Abstract] |
| DX 0666 | Public | | 1/1/2004 | Gimeno V et al., 'Gastrointestinal and cardiovascular characterization of users of valdecoxib and other cox-2 specific inhibitors', Pharmacoepidemiology and Drug Safety 2004 Jan 1; 12: S1-S189 [Abstract] |
| DX 0667 | Public | | 1/13/2004 | Reines SA, et al., 'Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study', Neurology. 2004. Jan 13; 62: 66-71. |
| DX 0668 | | | 02/00/2004 | Stürmer, T., et al. 'Severity and Extent of Osteoarthritis and Low Grade Systemic Inflammation As Assessed by High Sensitivity C Reactive Protein.' |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | | | | Annals Rheumatic Diseases Vol. 63(6), at 200-05. |
| DX 0669 | MRK-AHN0006779 | MRK-AHN0006788 | 02/00/2004 | Cipollone F, et al., 'Cyclooxygenase-2 expression and inhibition in atherothrombosis,' Arterioscler Thromb Vasc Biol. 2004 Feb;24(2):246-55. |
| DX 0670 | Public | | 3/17/2004 | Kimmel SE , 'The Effects of Nonselective Non-Aspirin Non-Steroidal Anti-Inflammatory Medications on the Risk of Nonfatal Myocardial Infarction and Their Interaction With Aspirin', Journal of the American College of Cardiology. 2004 Mar. 17; 43(6): 985-99 |
| DX 0671 | MRK-YNG0459428 | MRK-YNG0459431 | 3/30/2004 | Capone, M; Tacconelli, S; Sciulli, M; Grana, M; Ricciotti, E; Minuz, P; Di Gregorio, P; Merciaro, G; Patrono, C; Patrignani, P. "Clinical Pharmacology of Platelet, Monocyte and Vascular Cyclooxygenase Inhibition by Naproxen and Low-Dose Aspirin in Healthy |
| DX 0672 | | | 04/00/2004 | Kadam, U.T., et al. 'Clinical Comorbidity in Patients with Osteoarthritis: A Case-Control Study of General Practice Consulters in England and Wales.' Annals of the Rheumatic Diseases, Vol. 63(4), at 408-14. |
| DX 0673 | Public | | 06/00/2004 | Hrycaj, P.Z. 'Systemic Inflammation in Osteoarthritis.' Annals of the Rheumatic Diseases Vol. 63(6), at 750, 751. |
| DX 0674 | MRK-ACO0069031 | MRK-ACO0069040 | 8/21/2004 | Farkouh M et al., 'Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial' The Lancet. 2004 Aug 21; 364: 665-74. |
| DX 0675<br>DX 3524 | Public | | 9/1/2004 | Patrono/FitzGerald survey "Platelet Active Drugs: The Relationship Among Dose, Effectiveness & Side Effects," CHEST 2004; 126:234S-264S |
| DX 0676 | Public | | 10/00/2004 | Chan, F.K., et al. 'Celecoxib Versus Diclofenac Plus Omeprazole in High-Risk Arthritis Patients: Results of a Randomized Double-Blind Trial.' Gastroenterology Vol. 124(4), at 1038-43. |
| DX 0677 | | | 11/00/2004 | Unutzer, Jurgen, et al. 'Pharmacotherapy of Pain in Depressed Older Adults.' J. of Am. Geriatrics Society Vol. (52(11), at 1916-22. |
| DX 0678 | | | 1/24/2005 | Shaya F et al., 'Selective Cyclooxygenase-2 Inhibition and Cardiovascular Effects: An Observational Study of a Medicaid Population', Arch Intern Med. 2005 Jan 24; 165: 181-86 |
| DX 0679 | Public | | 1/1/2005 | Harrison-Woolrych M et al., 'Incidence of Thrombotic Cardiovascular Events in Patients Taking Celecoxib Compared with Those Taking Rofecoxib: Interim Results from the New Zealand Intensive Medicines Monitoring Programme' |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | | | | Drug Safety. 2005 Jan 1; 28(5):4 |
| DX 0680 | Public | | 1/1/2005 | Straube S et al., 'Effect of Preoperative Cox-II-selective NSAIDs on Postoperative Outcomes: A systematic Review of Randomized Studies' 2005 Jan 1. |
| DX 0681 | Public | | 1/1/2005 | Capone ML et al., 'Pharmacodynamic Interaction of Naproxen with Low-Dose Aspirin in Healthy Subjects', J Am Coll Cardiol. 2005; 45:1295-1301 |
| DX 0682 | Public | | 00/00/2005 | Justice E et al., 'Cardiovascular Risk And COX-2 Inhibition In Rheumatological Practice', Journal of Human Hypertension. 2004 Sep 23:101-5. |
| DX 0683 | | | 1/1/2005 | C.S. Bonnet and D.A. Walsh,: "Osteoarthritis, Angiogenesis and Inflammation," Rheumatology, Vol. 44(1), at 7-16. |
| DX 0684 | Public | | 1/21/2005 | Merck & Co., Inc., 'Rofecoxib: FDA Advisory Committee Background Information.' dated Jan. 21, 2005. |
| DX 0685 | Public | | 1/24/2005 | Shaya, et al. 'Selective Cyclooxygenase-2 Inhibition and Cardiovascular Effects.' Arch Int Med. Vol 165:181-6. |
| DX 0686 | MRK-AFK0174550 | MRK-AFK0174560 | 2/15/2005 | Bresalier, R; Sandler, R; Quan, H; Bolognese, J; Oxenius, B; Horgan, K; Lines, C; Riddell, R; Morton, D; Lanas, A; Konstam, M; Baron, J. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemopprevention Trial." The New England Jour |
| DX 0687 | Public | | 2/17/2005 | Moride, Y., and T. Ducruet, JF Boivin, N. Moore, S. Perreault, S. Zhao. 'Prescription channeling of COX-2 inhibitors and traditional nonselective nonsteroidal anti-inflammatory drugs: a population-based case-control study.' Arthritis Res Ther. 2005; 7(2): |
| DX 0688 | Public | | 3/2/2005 | Thal LJ et al., 'A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment' |
| DX 0689 | MRK-AHC0002136 | MRK-AHC0002145 | 3/10/2005 | Solomon SD, et al., 'Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention', New England Journal of Medicine 2005 Mar 10; 352(10) Solomon 1-10 |
| DX 0690 | | | 04/00/2005 | Garnero, P., et al.: "Cross-Sectional Association of 10 Molecular Markers of Bone, Cartilage, and Synovium with Disease Activity and Radiological Joint Damage in Patients with Hip Osteoarthritis: the ECHODIAH Cohort."J. of Rheumatology Vol. 32(4), at 697- |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0691 | | | 1/1/1990 | Tofler GH, Stone PH, Maclure M, Edelman E, Davis VG, Robertson T, Antman EM, Muller JE, and the MILIS Study Group. 'Analysis of Possible Triggers of Acute Myocardial Infarction (The MILIS Study)' Am J Cardiol. 1990; 66(1): 22-27. |
| DX 0692 | Public | | 4/30/2005 | Emery P et al., Letter to the Editor of The Lancet |
| DX 0693 | | | 06/00/2005 | L. Punzi, et al.: "Value of C reation Protein in the Assessment of Erosive Osteoarthritis of the Hand," Annals of the Rheumatic Diseaase Vol. 64(6), at 955-57 |
| DX 0694 | Public | | 06/00/2005 | Geba et al., 'Efficacy of rofecoxib, celecoxib, and acetaminophen in patients with osteoarthritis of the knee. A Randomized Trial.' The Journal of Rheumatology. 2002; 287: 64-71. |
| DX 0695 | | | 10/00/2005 | Chang, DJ, and SR Bird, NR Bohidar, T. King. 'Analgesic efficacy of rofecoxib compared with codeine/acetaminophen using a model of acute dental pain.' Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 2005 Oct; 100(4):e74-80 |
| DX 0696 | Public | | 04/00/2003 | Schwartz et al. "Inhibition of Platelet Aggregation by Naproxen, Rofecoxib, Diclofenac, Ibuprofen and Meloxicam" [Abstract EULAR presentation] |
| DX 0697 | MRK-AAA0062488 | MRK-AAA0062497 | 00/00/2001 | Wong, E; Huang, J; Tagari, P; Riendeau, D. 'Effects of Cox-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits.' Atherosclerosis. 2001; 157: 393-402. |
| DX 0698 | | | 00/00/1998 | Friedlander, Y, et al., 'Family History as a risk factor for primary cardiac arrest,' Circulation. 97:155-160. |
| DX 0699 | | | 4/30/2003 | MacDonald, TM, and SV Morant, JL Goldstein, TA Burke, D Pettitt. 'Channelling bias and the incidence of gastrointestinal haemorrahage in users of meloxicam, coxibs, and older, non-specific non-steroidal anti-inflammatory drugs.' Gut. 2003; 52: 1265-1270. |
| DX 0700 | | | 11/10/2004 | Maradit-Kremers, H., et al. 'Increased unrecognized coronary heart disease and sudden deaths in rheumatoid arthritis: a population-based cohort study.' Arth Rheum Vol 52(2): 402-11. |
| DX 0701 | | | 02/00/2001 | del Rincon, I.D., et al. 'High Incidence of Cardiovascular Events in a Rheumatoid Arthritis Cohort Not Explained by Traditional Cardiac Risk Factors.' Arthritis and Rheumatism, 2001 Dec.; vol. 44(12):2737-45. |
| DX 0702 | Public | | 3/11/2003 | Solomon D. H., et al., "Cardiovascular Morbidity and Mortality in Women Diagnosed With Rheumatoid Arthritis," Circulation. 2003:107:1303-1307. |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | | | | Merck study. |
| DX 0703 | Public | | 00/00/2005 | Schnitzer T., Weaver A., et al, 'Efficacy of Rofecoxib, Celecoxib, and Acetaminophen in Patient with Osteaoarthritis of the Knee. A Combined Analysis of the VACT Studies., The Journal of Rheumatology 2005; 32:6, p.1093-1105 . |
| DX 0704 | Public | | 9/1/1996 | Mann, J.M. et al., 'Vulnerable Plaque - Relation of Characteristics to Degree of Stenosis in Human Coronary Arteries,' Circulation. 1996; 94:928-931. |
| DX 0705 | | | 4/1/1996 | Farb, et al., 'Coronary Plaque Erosion Without Rupture Into A Lipid Core,' Circulation, Vol. 93, No. 7, April 1, 1996. |
| DX 0706 | | | 00/00/1988 | Hackett, D., et al., "Pre-existing coronary stenosis in patients with first myocardial infarction are not necessarily severe," European Heart Journal (1988), 9, 1317-1323 |
| DX 0707 | MRK-ABS0080684 | MRK-ABS0080688 | 2/19/2001 | Catella-Lawson, Crofford, 'Cyclooxygenase Inhibition and Thrombogenicity' |
| DX 0708 | Public | Public | 3/25/2003 | Cipollone, et al, "Suppression of the Functionally Coupled Cyclooxygenase-2/Prostaglandin E Synthase as a Basis of Simvastatin-Dependent Plaque Stabilization in Humans", Circulation, 1479-1485 |
| DX 0709 | Public | Public | 5/12/2004 | Cipollone, F., et al, "A Polymorphism in the Cyclooxygenase 2 Gene as an Inherited Protective Factor Against Myocardial Infarction and Stroke", JAMA, Vol. 291, No. 18, 2221-2228 |
| DX 0710 | Public | Public | 1/9/2006 | Newby et al. "Long-Term Adherence to Evidence-Based Secondary Prevention Therapies in Coronary Artery Disease," Circulation. 2006 Jan 9 (published online before print, doi:10.1161/ CIRCULATIONAHA.105.505636) |
| DX 0711 | Public | Public | 08/00/2001 | Mahaffey, K, et al., 'Systematic Adjudication of myocardial infarction end-points in an international clinical trial' Current Controlled Trials in Cardiovascular Medicine Vol. 2 No. 4 August 2001 |
| DX 0712 | Public | Public | 1/23/1997 | International Committee of Medical Journal Editors, "Uniform Requirements for Manuscrips Submitted to Biomedical Journals", Vol. 336 No. 4, 309-315 |
| DX 0713 | NEJM 005071; MRK-ABA0001301 | NEJM 005072; MRK-ABA0001309 | 11/23/2000 | Gregory Curfman, M.D.; Stephen Morrissey, Ph.D.; Jeffrey M. Drazen, M.D. "Expression of Concern: Bombardier et al.'Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis', The N Engl J Med 2000; 343:1 |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0714 | MRK-ABT0083796 | MRK-ABT0083802 | 8/1/2001 | Mahaffey, et al., "Systematic Adjudication of Myocardial Infarction End-Points in an International Clinical Trial," Current Controlled Trials in Cardiovascular Medicine. 2001 Aug;2(4) |
| DX 0715 | | | 10/16/2001 | Letters Editor, JAMA from R. Temple |
| DX 0716 | Public | | 11/5/2001 | Stein, C.M., et al., "Educational Program for Nursing Home Physicians and Staff to Reduce Use of Non-Steroidal Anti-Inflammatory Drugs Among Nursing Home Residents - A Randomized Controlled Trial," Med Care. 2001; 39(5):436-445 |
| DX 0717 | Public | | 11/5/2001 | Ray, W.A., et al., "Educational Program for Physicians to Reduce Use of Non-Steroidal Anti-Inflammatory Drugs Among Community Dwelling Elderly Persons - A Randomized Controlled Trial," Med Care. 2001;39(5):425-435 |
| DX 0718 | Public | | 00/00/2005 | Ilkhanoff et al., "Potential Limitations of Electronic Database Studies of Prescription Non-Aspirin Non-Steroidal Anti-Inflammatory Drugs (NANSAIDs) and Risk of Myocardial Infarction (MI)," Pharmacoloepidemiol Drug Saf. 2005;14:513-22 |
| DX 0719 | MRK-ACO0144158 | MRK-ACO0144164 | 1/25/2005 | Graham, D., et al., "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study," The Lancet. 2005 February 2; 365: 1 |
| DX 0720 | Public | | 12/00/2005 | Lekakis et al., "Divergent Effects of Rofecoxib on Endothelial Function and Inflammmation in Acute Coronary Syndromes," Int J Cardiol. 2005 Dec |
| DX 0721 | Public | | 00/00/0000 | Curfman, Morrisey, Drazen, "Expression of Concern Subdo J et al DNA Content as a Prognostic Marker in Patients with Oral Leukoplakia. N Engl J Med 2001 The Influence of Resection and Aneuploidy on Mortality in Oral Leukoplakia. N. Engl J Med 2004; 350-140 |
| DX 0722 | Public | | 5/22/2003 | Schiffl, "Expression of Concern -Daily Hemodialysis and the Outcome of Acute Renal Failure" N Engl J Med 2002 |
| DX 0723 | | | 4/19/2005 | Capone et al., "Pharmacodynamic Interaction of Naproxen with Low-Dose Aspirin in Healthy Subjects,' Journal of the American College of Cardiology: 2005; 45: 1295-1301 |
| DX 0724 | | | | Braunwald, Zipes, Libby, 'Heart Disease', 6th Edition, p. 892, 1001-1002 (color version) |
| DX 0725 | Public | Public | 3/30/1998 | Mechanism of Action of Nonsteroidal Anti-Inflammatory Drugs, The American |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | | | | Journal of Medicine, Vol. 104, (3A), 5S |
| DX 0726 | | | 2/1/1999 | Features Magazine: Health & Science |
| DX 0727 | | | 9/1/2002 | Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III) Final Report, September 2002 |
| DX 0728 | MRK-AGT0018952 | MRK-AGT0018959 | 8/15/2003 | White, W., et al., 'Cardiovascular Thrombotic Events in Arthritis Trials of the Cyclooxygenase-2 Inhibitor Celecoxib' |
| DX 0729 | | | | Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure |
| DX 0730 | | | 1/24/2005 | Brotman, 'In Search of Fewer Independent Risk Factors', Arch Intern Med. 2005 Jan 24; 165: 138-45 |
| DX 0731 | | | 2/1/2006 | Weaver AL, Messner RP, Storms WW, Polis AB, Najarian DK, Petruschke RA, Geba GP, Tershakovec AM. 'Treatment of Patients with Osteoarthritis with Rofecoxib Compared with Nabumetone', J Clin Rheumatol. 2006 Feb; 12: 17-25 |
| DX 0732 | | | 00/00/2000 | Ray, et al., 'COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease,' Pharmacology and Drug Safety 2003, 12: 67-70 |
| DX 0733 | | | 7/15/2004 | Griffin, et al., 'High Frequency of use of rofecoxib at greater than recommended dosees: Cause for concern,' Pharmacoepidemiology and Drug Safety 2004; 13: 339-343 |
| DX 0734 | | | 10/00/2002 | Levy et al 2002 ACR abstract |
| DX 0735 | FDACDER 022550 | FDACDER 022550 | 09/00/2004 | Campen, et al. 'Risk of Acute Cardiac Events Among Patients Treated with Cycloxygenase-2 Selective and Non-Selective-Nonsteroidal Anti-Inflammatory Drugs Category: Osteoarthritis clinical aspects' American College of Rheumatology Abstract |
| DX 0736 | | | 00/00/2004 | Article, Efficacy and Safety of Rofecoxib 12.5 mg Versus Nabumetone 1,000 mg in Patinets with Osteoarthritis of the Knee: A Randmoized Controlled Trial |
| DX 0737 | | | | New England Journal of Medicine - Response to Expression of Concern Regarding VIGOR Study |
| DX 0900 | NEJM 000376 | NEJM 000376 | 12/8/2005 | NEJM Statement on the Expression of Concern |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0901 | NEJM 000040 | NEJM 000045 | 12/8/2005 | Email re: Talking Points |
| DX 0902 | NEJM 000880 | NEJM 000881 | 12/12/2005 | Expression of Concern Key Points and Q&A |
| DX 0903 | NEJM 000001 | NEJM 000001 | 12/8/2005 | Email re Probable Early Releases Tomorrow PM |
| DX 0904 | NEJM 000661 | NEJM 000663 | 12/8/2005 | Email re Vigor Editorial points from Merck |
| DX 0905 | NEJM 000533 | NEJM 000533 | 12/8/2005 | Email re 'for talking points'. |
| DX 0906 | | | 10/00/2005 | International Committee of Medical Journal Editors, Uniform Requirements for Manuscripts Suited to Biomedical Journals |
| DX 0907 | NEJM 000108 | NEJM 000109 | 12/7/2005 | Email re: NEJM Expression of Concern |
| DX 0908 | NEJM 000023 | NEJM 000025 | 12/8/2005 | Email re Release of Expression of Concern regarding the Vigor article |
| DX 0909 | NEJM 000107 | NEJM 000107 | 12/8/2005 | Email re NEJM Article re Expression of Concern |
| DX 0910 | NEJM 000011 | NEJM 000014 | 12/12/2005 | Email re NEJM Expression of Concern |
| DX 0911 | NEJM 000033 | NEJM 000039 | 1/16/2006 | Email re: responses to the NEJM expression of concern |
| DX 0912 | 2000 NEMJ 000136 | 2000 NEMJ 000136 | 00/00/0000 | NEJM Memo re Suggestion for Transmittal to Authors |
| DX 0913 | FDACDER 010352 | FDACDER 010353 | 8/30/2004 | Trontell E-mail re Vioxx/Merck update Monday August 30 |
| DX 0914 | NEJM 001111 | NEJM 001114 | 1/16/2006 | Email re Submission of Response to Curfman et al |
| DX 0915 | NEJM 001093 | NEJM 001097 | 7/11/2005 | Email re Clinical Trials |
| DX 0916 | NEJM 000211 | NEJM 000214 | 7/8/2005 | Email re: VIGOR manuscript |
| DX 0917 | FDACDER 022462 | FDACDER 022470 | 10/29/2004 | Review of reports of FDA/Kaiser Vioxx study: Questions about Inconsistencies and Bias |
| DX 0918 | FDACDER 022789 | FDACDER 022789 | 10/29/2004 | Horton E-mail re need to talk |
| DX 0919 | MRK-NJ0120246 | MRK-NJ0120247 | 12/21/1999 | Changes to the Vigor Data Analysis Plan |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0920 | MRK-NJ0071309 | MRK-NJ0071309 | 1/24/2000 | Memo from Shapiro to Bjorkman re: Merck Management Requests |
| DX 0921 | | | 12/15/2005 | Open Letter from Merck |
| DX 0922 | | | 12/8/2005 | Merck & Co, Inc. Response to an Editorial Posted on the New England Journal of Medicine Web Site |
| DX 0923 | NEJM 000849 | NEJM 000851 | 12/10/2005 | Email from Cafasso re: Downloads for EOC |
| DX 0924 | NEJM 000531 | NEJM 000531 | 12/7/2005 | Email from Pederson re: Update on Expression of Concern |
| DX 0925 | NEJM 000445 | NEJM 000445 | 1/3/2006 | Email re: Washington Post editorial |
| DX 0926 | NEJM 000539 | NEJM 000540 | 12/9/2005 | Email re: Next Steps |
| DX 0927 | NEJM 000303 | NEJM 000304 | 12/8/2005 | Email re: Statement for the press |
| DX 0928 | MRK-ABC0023052 | MRK-ABC0023544 | 2/28/2000 | Vigor Pre-Unblinding Background Review Meeting |
| DX 0929 | KP 001136 | KP 001138 | 11/14/2004 | Graham E-mail re "Paper" |
| DX 0930 | MRK-AKT0720077 | MRK-AKT0720080 | 2/28/2001 | Letter re: Request for Information to Dr. Robinette |
| DX 0931 | MRK-AKT0753835 | MRK-AKT0753838 | 2/28/2001 | Letter re: Request for Information to Dr. Larson |
| DX 0932 | MRK-AKT0736861 | MRK-AKT0736864 | 2/28/2001 | Letter re: Request for Information to Dr. Bower |
| DX 0933 | | | 10/8/2002 | Letter re: Request for Information to Rosenbaum |
| DX 0934 | MRK-AKT1418003 | MRK-AKT1418004 | 3/25/2004 | Letter re: Request for Information to Tetrokalashvili |
| DX 0935 | FDACDER 022247 | FDACDER 022249 | 11/15/2004 | Graham E-mail re "response to Dr. Trontell's comments re: our COX-2 study" |
| DX 0936 | EJT000207 | EJT000207 | 11/1/2004 | Graham E-mail re 60 Minutes |
| DX 0937 | FDACDER 022681 | FDACDER 022681 | 10/6/2004 | Graham E-mail re COX-2 AMI study |
| DX 0938 | FDACDER 005940 | FDACDER 005940 | | Incidence rate chart |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0939 | MRK-ABC0023147 | MRK-ABC0023147 | 2/17/2000 | Memo re: Vigor Pre-Unblinding |
| DX 0940 | MRK-00420014517 | MRK-00420014603 | 3/15/2000 | Statistical Data Analysis Plan - Amendment No. 1 |
| DX 0941 | MRK-AFI0153487 | MRK-AFI0153503 | 4/11/2001 | Email re: market Research Report |
| DX 0942 | KP 002315 | KP 002315 | 10/23/2004 | Cheetham E-mail re Recoding Vioxx |
| DX 0943 | FDACDER 022369 | FDACDER 022388 | 9/30/2004 | Graham Memo re Risk of acute MI and SCD in patients treated with COX-2 selective and non-selective NSAIDs |
| DX 0944 | Public | Public | 11/00/1999 | Guidance for Industry - Changes to an Approved NDA or ANDA |
| DX 0945 | | | 00/00/2006 | Vioxx Label |
| DX 0946 | FDACDER 022409 | FDACDER 022409 | 10/22/2004 | Graham E-mail re cox-2 manuscript |
| DX 0947 | KP 001133 | KP 001133X | 11/11/2004 | Graham E-mail re revised cox-2 manuscript |
| DX 0948 | MRK-ABC0006432 | MRK-ABC0006435 | 2/21/1999 | Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary |
| DX 0949 | MRK-AAF0007803 | MRK-AAF0007810 | 10/1/2001 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 |
| DX 0950 | MRK-AHC0008096 | MRK-AHC0008096 | 10/6/2004 | Baron E-mail re APPROVe Safety Paper |
| DX 0951 | MRK-S0420050996 | MRK-S0420053185 | 6/6/2005 | Submission of Protocol 122 CSR |
| DX 0952 | FRI0000023 | FRI0000024 | 2/1/2000 | Letter from Dr. Naides to Dr. Sherwood re faculty appointment of Dr. McMillen at The Pennylvania State University College of Medicine |
| DX 0953 | M007701502 | M007701504 | 6/5/2005 | Newspaper article from The Philadelphia Inquirer entitled, "Threats to Critics of Vioxx Alleged" |
| DX 0954 | MRK-ABO0002861 | MRK-ABO000262 | 10/20/2000 | E-mail from Dr. Harris to Louis Sherwood re comments made by Dr. Singh |
| DX 0955 | FRI0000033 | FRI0000033 | 11/9/2000 | Letter from Dr. Louis Sherwood to Dr. James Fries re ACR Meeting in Philadelphia |
| DX 0956 | FRI0000015 | FRI0000015 | 01/00/0000 | Telephone message re following up on letter to Gilmartin |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0957 | 2000 NEJM 000317 | 2000 NEJM 000318 | 7/19/2001 | Letter from the Editor of the New England Journal of Medicine declining to print Dr. Hrachovec's letter re the Bombardier article |
| DX 0958 | 2000 NEJM 000320 | 2000 NEJM 000324 | 6/20/2001 | Letter to the NEJM Editor |
| DX 0959 | Public | Public | 5/5/1999 | Division of Gastrointestinal and Coagulation Drug Products - Medical Officer's Consult Review |
| DX 0960 | MRK-AAK0006209 | MRK-AAX0006210 | 4/11/2002 | FDA Approves New Indication and Label Changes for the Arthritis Drug, Vioxx |
| DX 0961 | MRK-S0420051232 | MRK-S0420051330 | 3/15/2005 | APPROVe Trial Cardiovascular Safety Report |
| DX 0962 | MRK-ACD0078494 | MRK-ACD0078517 | 5/20/1999 | Letter re new drug application |
| DX 0963 | MRK-I8940075710;MRK-I8940075864 | MRK-I8940075712; MRK-I8940075874 | 2/13/2003 | Annual IND report attaching CSR synopsis for P 112-01 |
| DX 0964 | MRK-ARQ0006102 | MRK-ARQ0006103 | 6/1/2006 | E-mail regarding update on NEJM and re-analysis |
| DX 0965 | MRK-AFN0110062 | MRK-AFN0110063 | 5/30/2006 | Letter to NEJM re Bresalier et al. |
| DX 0966 | MRK-AAF0017702 | MRK-AAF0017703 | | 2253 Form |
| DX 0967 | MRK-SO420112195 | MRK-SO420112331 | 5/26/2006 | Summary of tables re APPROVe study |
| DX 0968 | MRK-AAR0021300 | MRK-AAR0021304 | | Dear Healthcare Provider Letter |
| DX 0970 | | | 6/26/2006 | An Open Letter from Merck |
| DX 0971 | MRK-AIU0327775 | MRK-AIU0327778 | | Bresalier letter to NEJM |
| DX 0972 | MRK-AFN0159297 | MRK-AFN0159299 | | Letter re APPROVe trial |
| DX 0973 | MRK-AFN0110054 | MRK-AFN0110055 | | Cover e-mail to 5/30/06 APPROVe letter |
| DX 0974 | | | | Correspondence re Hamill ads |
| DX 0975 | NEJM 005070 | NEJM 005070 | 12/4/2005 | Morrissey E-mail |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 0976 | MRK-ABCT0000316 | MRK-ABCT0000316 | | Theory of Cox-2 Inhibitors |
| DX 0977 | MRK-ABH0019975 | MRK-ABH0019975 | 10/5/2001 | E-mail re Update |
| DX 0978 | | | 6/29/2006 | Brigham and Women's Health Information |
| DX 0979 | MRK-AAB0060594 | MRK-AAB0060594 | 3/22/2000 | E-mail re: conference call |
| DX 0980 | MRK-LBL 0000013 | MRK-LBL0000014 | 4/00/2002 | Patient information about VIOXX |
| DX 0981 | | | 4/00/2002 | VIOXX Package Insert |
| DX 0982 | MRK-AFV0044360 | MRK-AFV—0044365 | 1/29/2002 | FDA Letter re IND 46,894 |
| DX 0983 | MRK-AAF0005071 | MRK-AAF0005092 | 12/21/2001 | Fax to FDA re proposed draft label change |
| DX 0984 | MRK-AAA0800014 | MRK-AAA0800014 | 10/24/1997 | Letter from Catella-Lawson to Beth Seidenberg re Briggs Morrison |
| DX 0985 | | | 1.24.2006 | 21 CFR 201 |
| DX 0986 | MRK-I2220005574 | MRK-12220005640 | 1/26/2005 | IND 59,222: Vioxx (rofecoxib) – General Correspondence (Cardiovascular Safety Report for APPROVe) |
| DX 2001 | | | 6/20/2005 | Complaint |
| DX 2002 | | | 6/15/2006 | Plaintiff's Response to First Set of Interrogatories propounded by Merk & Co. |
| DX 2003 | | | 9/15/2006 | Plaintiffs Amended Response to First Set of Interrogatories propounded by Merk & Co. |
| DX 2004 | DEDRICKA-BCBLUESHIELDTN-00001 | DEDRICKA-BCBLUESHIELDTN-00035 | Various | Medical records from Blue Cross Blue Shield of Tennessee Medical Records Department |
| DX 2005 | DEDRICKA-BRISTOLMYERSCO-00001 | DEDRICKA-BRISTOLMYERSCO-00003 | Various | Medical records from Bristol-Myers Squibb Co. in Summerville, NJ |
| DX 2006 | DEDRICKA-BRUSHYMTSTAPENN-00001 | DEDRICKA-BRUSHYMTSTAPENN-00002 | Various | Medical records from Brushy Mountain State Penitentiary |
| DX 2007 | DEDRICKA- | DEDRICKA-CARDIOVASCSURMR- | Various | Medical records from Cardiovascular Surgery Associates Medical Records |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | CARDIOVASCSURMR-00001 | 00046 | | Department |
| DX 2008 | | | Various | IRS Tax Return Listing for Anthony Dedrick |
| DX 2009 | DEDRICKA-COLLINWOODDRUGS-00001 | DEDRICKA-COLLINWOODDRUGS-00004 | Various | Medical records from Collinwood Drugs Pharmacy |
| DX 2010 | DEDRICKA-COLTHARPWMD-00001 | DEDRICKA-COLTHARPWMD-00016 | Various | Medical records from Dr. William Coltharp |
| DX 2011 | DEDRICKA-COLUMBIACH-00001 | DEDRICKA-COLUMBIACH-00001 | 9/19/2006 | Medical records from Columbia Crockett Hospital |
| DX 2012 | DEDRICKA-COREPHYSICIANS-00001 | DEDRICKA-COREPHYSICIANS-00018 | Various | Medical records from Core Physicians |
| DX 2013 | DEDRICKA-DURENDISCDRUGS-00001 | DEDRICKA-DURENDISCDRUGS-00038 | Various | Medical records from Duren Discount Drugs |
| DX 2014 | DEDRICKA-EXPRSSCRPTSPHAR-00001 | DEDRICKA-EXPRSSCRPTSPHAR-00002 | Various | Medical records from Express Scripts |
| DX 2014 | | | Various | Medical records from Express Scripts |
| DX 2015 | DEDRICKA-FREDSDISCTPHHARM-00001 | DEDRICKA-FREDSDISCTPHHARM-00005 | Various | Medical records from Fred's Discount Pharmacy |
| DX 2018 | DEDRICKA-HAMILTONRAL-00001 | DEDRICKA-HAMILTONRAL-00006 | Various | Medical Records from Dr. Ralph F. Hamilton |
| DX 2019 | DEDRICKA-HERRERAEMD-00001 | DEDRICKA-HERRERAEMD-00287 | Various | Medical records from Dr. Ermeraldo Herrera |
| DX 2020 | DEDRICKA-HERRERAEDR-00001 | DEDRICKA-HERRERAEDR-000013 | Various | Medical records from Dr. Ermeraldo Herrera |
| DX 2024 | DEDRICKA-KEMPWEDR-00001 | DEDRICKA-KEMPWEDR-00001 | 9/18/2006 | Medical records from Dr. Wilson E. Kemp |
| DX 2026 | DEDRICKA-KOENIGMMD-00001 | DEDRICKA-KOENIGMMD-00117 | Various | Medical records from Dr. Mark Koenig |
| DX 2027 | DEDRICKA-LABCORPLVLLLAB-00001 | DEDRICKA-LABCORPLVLLLAB-00015 | Various | Medical records from LabCorp - Louisville |