| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2028 | DEDRICKA-LABONEINC-00001 | DEDRICKA-LABONEINC-00044 | Various | Medical records from LabOne, Inc. |
| DX 2031 | DEDRICKA-LMDEBENYSNF-00001 | DEDRICKA-LMDEBENYSNF-00042 | Various | Medical records from Lois M. Debeny Special Needs Facility |
| DX 2034 | DEDRICKA-MAURYREGHOSPLAB-00001 | DEDRICKA-MAURYREGHOSPLAB-00016 | Various | Medical records from Maury Regional Hospital Lab |
| DX 2035 | DEDRICKA-MAURYREGHOSPMR-00001 | DEDRICKA-MAURYREGHOSPMR-00010 | Various | Medical records from Maury Regional Hospital Medical Records |
| DX 2036 | DEDRICKA-MCPHERSONMDJ-00001 | DEDRICKA-MCPHERSONMDJ-00056 | Various | Medical records from Dr. John A. McPherson |
| DX 2037 | DEDRICKA-NTLPERSONNELREC-00001 | DEDRICKA-NTLPERSONNELREC-00372 | Various | Records from National Personnel Records |
| DX 2041 | DEDRICKA-SHARPKMD-00001 | DEDRICKA-SHARPKMD-00295 | Various | Medical records from Dr. Kenneth W. Sharp Medical Records Department |
| DX 2043 | DEDRICKA-SKYLINEMC - 00001 | DEDRICKA-SKYLINEMC - 00111 | Various | Medical records from Skyline Medical Center |
| DX 2044 | DEDRICKA-SLEEPRITE-00001 | DEDRICKASLEEPRITE-00002 | Various | Medical records from Sleep Rite |
| DX 2045 | DEDRICKA-SSADMIN-00001 | DEDRICKA-SSADMIN-00406 | Various | Records from Social Security Administration |
| DX 2046 | DEDRICKA-SPRINGERWDDS-00001 | DEDRICKA-SPRINGERWDDS-00004 | Various | Medical records from Dr. William E. Springer |
| DX 2047 | DEDRICKA-STTHOMASHOSP-00001 | DEDRICKA-STTHOMASHOSP-00548 | Various | Medical records from St. Thomas Hospital |
| DX 2048 | DEDRICKA-STTHOMASHOSPRAD-00001 | DEDRICKA-STTHOMASHOSPRAD-00001 | 6/6/2006 | Medical records from St. Thomas Hospital Radiology Department |
| DX 2050 | DEDRICKA-TNDPTCORRECTION-00001 | DEDRICKA-TNDPTCORRECTION-00612 | Various | Records from Tennessee Department of Corrections |
| DX 2051 | DEDRICKA-TNNATIONALGUARD-00001 | DEDRICKA-TNNATIONALGUARD-00003 | Various | Records from Tennessee National Guard |
| DX 2053 | DEDRICKA-VATENNVALLEYHC-00001 | DEDRICKA-VATENNVALLEYHC-00073 | Various | Records from VA Tennessee Valley Healthcare Systems |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2054 | DEDRICKA-VANDERBILTMR-00001 | DEDRICKA-VANDERBILTMR-00579 | Various | Records from Vanderbilt Medical Records Department |
| DX 2055 | DEDRICKA-WENDELJJDR-00001 | DEDRICKA-WENDELJJDR-00006 | 8/24/2004 | Medical records from Dr. J. Jason Wendel |
| DX 2056 | DEDRICKA-VANDERBILT-00001 | DEDRICKA-VANDERBILT-00003 | Various | Records from Vanderbilt Medical Center |
| DX 2057 | DEDRICKA-VANDERBILTUMC-00001 | DEDRICKA-VANDERBILTUMC-00638 | Various | Records from Vanderbilt Medical Center |
| DX 2058 | DEDRICKA-VANDERBILTPTBIL-00001 | DEDRICKA-VANDERBILTUMC-00012 | Various | Records from Vanderbilt Medical Center Patient Billing |
| DX 2059 | DEDRICKA-VETERANSHOSPNVA-00001 | DEDRICKA-VETERANSHOSPNVA-00083 | Various | Records from Veterans Hospital Nashville |
| DX 2060 | DEDRICKA-WAYNECNTYEMS-00001 | DEDRICKA-WAYNECNTYEMS-00003 | Various | Records from Wayne County EMS |
| DX 2062 | DEDRICKA-WAYNECTYGENHOSP-00001 | DEDRICKA-WAYNECTYGENHOSP-00002 | Various | Records from Wayne County General Hospital |
| DX 2064 | DEDRICKA-WAYNECOUNTYJAIL-00001 | DEDRICKA-WAYNECOUNTYJAIL-00008 | Various | Records from Wayne County Jail |
| DX 2065 | DEDRICKA-WAYNECTYSHERIFF-00001 | DEDRICKA-WAYNECTYSHERIFF-00001 | 8/15/2006 | Records from Wayne County Sherrif's Department |
| DX 2067 | DEDRICKA-WAYNEMEDICAL-00001 | DEDRICKA-WAYNEMEDICAL-00045 | Various | Records from Wayne Medical Center |
| DX 2069 | DEDRICKA-WESTTNSTATEPEN-00001 | DEDRICKA-WESTTNSTATEPEN-00002 | Various | Records from West Tennessee State Penetentiary |
| DX 2070 | DEDRICKA-PPR-00001 | DEDRICKA-PPR-00025 | | Plaintiff Provided Records - Duren Discount Drugs |
| DX 2071 | DEDRICKA-PPR-00026 | DEDRICKA-PPR-00042 | | Plaintiff Provided Records - St. Thomas Hospital |
| DX 2072 | DEDRICKA-PPR-00043 | DEDRICKA-PPR-00044 | | Plaintiff Provided Records - Dr. Mark Koenig |
| DX 2073 | DEDRICKA-PPR-00045 | DEDRICKA-PPR-00088 | | Plaintiff Provided Records - PPR Provider |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2074 | DEDRICKA-PPR-00089 | DEDRICKA-PPR-00132 | | Plaintiff Provided Records - PPR Provider |
| DX 2075 | DEDRICKA-PPR-00133 | DEDRICKA-PPR-00370 | | Plaintiff Provided Records - PPR Provider (Nashville Memorial Hospital, IRS, Boca Raton Community Hospital) |
| DX 2076 | | | 8/3/2006 | Coltharp Deposition Ex. 1 (Defendant's). Merck & Co., Inc.'s Amended Notice of Videotape Deposition of William Coltharp, M.D. |
| DX 2077 | | | | Coltharp Deposition Ex. 2 (Defendant's). CV of William Hubert Coltharp |
| DX 2078 | DEDRICKA-STTHOMASHOSP-00004 | | 1/17/2003 | Coltharp Deposition Ex. 3 (Defendant's). Saint Thomas Hospital Discharge Summary |
| DX 2079 | DEDRICKA-SSADMIN-00270 | DEDRICKA-SSADMIN-00271 | 1/10/2003 | Coltharp Deposition Ex. 4 (Defendant's). Cardiac Catheterization Laboratory - Saint Thomas Hospital, Nashville, Tennessee |
| DX 2080 | DEDRICKA-SSADMIN-00253 | DEDRICKA-SSADMIN-002755 | 1/20/2003 | Coltharp Deposition Ex. 5 (Defendant's). St. Thomas Hospital H&P Records, Consultation Record |
| DX 2081 | DEDRICKA-STTHOMASHOSP-00051 | | 1/17/2003 | Coltharp Deposition Ex. 6 (Defendant's). Saint Thomas Hospital, Nashville, Tennessee - Report of Operation |
| DX 2082 | DEDRICKA-CARDIOVASCSURMR-00011 | | 2/13/2003 | Coltharp Deposition Ex. 7 (Defendant's). Tedder letter (Cardiovascular Surgery Associates, PC) to John McPherson regarding mr. Decrick's routine follow up post-coronary artery bypass-grafting - one month prior |
| DX 2083 | | | | Coltharp Deposition Ex. 8 (Defendant's). Heart-Coronary Arteries (Diagram) |
| DX 2084 | DEDRICKA-KOENIGMMD-00018 | DEDRICKA-KOENIGMMD-00020 | 1/11/2003 | Coltharp Deposition Ex. 9 (Defendant's). Saint Thomas Hospital, Nashville, Tennessee Consultation Record. |
| DX 2085 | DEDRICKA-STTHOMASHOSP-00342 | DEDRICKA-STTHOMASHOSP-00343 | 1/9/2003 | Coltharp Deposition Ex. 10 (Defendant's). Saint Thomas Health Services Echo Report |
| DX 2086 | | | 3/31/2003 | Coltharp Deposition Ex. 11 (Defendant's). Saint Thomas Hospital, Nashville, Tennessee - Final Note and Discharge Summary |
| DX 2087 | DEDRICKA-STTHOMASHOSP-00072 | DEDRICKA-STTHOMASHOSP-00078 | 1/13/2003 | Coltharp Deposition Ex. 12 (Defendant's). Saint Thomas Health Services - Blood Gas Studies of Anthony Dedrick |
| DX 2088 | DEDRICKA-STTHOMASHOSP-00249 | DEDRICKA-STTHOMASHOSP-00261 | 3/31/2003 | Coltharp Deposition Ex. 13 (Defendant's). Saint Thomas Health Services Discharge Summary |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2089 | DEDRICKA-STTHOMASHOSP-00079 | | 1/8/2003 | Coltharp Deposition Ex. 14 (Defendant's). ECG Reading/Routine Record (Technician: Amanda Pingston) |
| DX 2090 | DEDRICKA-STTHOMASHOSP-00080 | | 1/9/2003 | Coltharp Deposition Ex. 15 (Defendant's). ECG Reading (Technician: Roger Farmer) |
| DX 2091 | DEDRICKA-STTHOMASHOSP-00081 | | 1/9/2003 | Coltharp Deposition Ex. 16 (Defendant's). ECG Reading (Technician: Sheryl Minnis) |
| DX 2092 | DEDRICKA-KOENIGMMD-00062 | | | Coltharp Deposition Ex. 17 (Defendant's). Chart. |
| DX 2093 | | | 8/25/2006 | Curtis Deposition Ex. 1 (Defendant's). Subpoena in a Civil Case to Sherry Curtis |
| DX 2094 | | | 8/25/2006 | Dedrick, Anthony Deposition Ex. 1 (Defendant's). Merck & CO., Inc's Amended Notice of Videotape Deposition of Anthony Wayne Dedrick on September 7, 2006 |
| DX 2095 | | | 11/29/2005 | Dedrick, Anthony Deposition Ex. 2 (Defendant's). Plaintiff Profile Form |
| DX 2096 | | | 11/24/2005 | Dedrick, Anthony Deposition Ex. 3 (Defendant's). Plaintiff Profile Form (Signed by Dedrick, Anthony Wayne) |
| DX 2097 | | | 8/29/2006 | Dedrick, Anthony Deposition Ex. 4 (Defendant's). Plaintiff Profile Form (Signed by Dedrick, Anthony Wayne) |
| DX 2098 | | | 10/19/1999 | Dedrick, Anthony Deposition Ex. 5 (Defendant's). State of Tennessee Department of Correction Investigation Report |
| DX 2099 | DEDRICKA-KOENIGMMD-00010 | | 1/8/2003 | Dedrick, Anthony Deposition Ex. 6 (Defendant's). Admission History and Ohysical Examination - Patent Dedrick, Anthony Wayne -(Page 1 Only) |
| DX 2100 | DEDRICKA-HERRERAEMD-000086 | | 1/13/1997 | Dedrick, Anthony Deposition Ex. 7 (Defendant's). EKG Reports |
| DX 2101 | DEDRICKA-SSADMIN-00230 | | 3/12/1998 | Dedrick, Anthony Deposition Ex. 8 (Defendant's). EKG Report for Dedrick, Anthony Wayne |
| DX 2102 | DEDRICKA-SSADMIN-00227 | | 2/12/2003 | Dedrick, Anthony Deposition Ex. 9 (Defendant's). Tennessee Department of Correction Health Services Refusal of Medical Serviced for Anthony Wayne Dedrick |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2103 | DEDRICKA-SSADMIN-00284 | | 5/16/2003 | Dedrick, Anthony Deposition Ex. 10 (Defendant's). Report on Consultation from Dr. Rinehart on Anthony Dedrick |
| DX 2104 | DEDRICKA-HERRERAEMD-000042 | DEDRICKA-HERRERAEMD-000043 | 8/3/2004 | Dedrick, Anthony Deposition Ex. 11 (Defendant's). Office Visit Notes for Anthony Dedrick |
| DX 2105 | DEDRICKA-VETERANSHOSPNVA-00039 | | 6/25/2003 | Dedrick, Anthony Deposition Ex. 12 (Defendant's). Progress Note on Anthony Dedrick - Rosenblum M.D. |
| DX 2106 | DEDRICKA-SSADMIN-00369 | DEDRICKA-SSADMIN-00381 | 11/12/2004 | Dedrick, Anthony Deposition Ex. 13 (Defendant's). Notice of Decision - Unfavorable - SSA - Disability Insurance Benefits Denied |
| DX 2107 | DEDRICKA-SSADMIN-00336 | | 12/00/2005 | Dedrick, Anthony Deposition Ex. 14 (Defendant's). Disability Determination and Transmittal Claimant Anthony Dedrick |
| DX 2108 | DEDRICKA-KOENIGMMD-00001 | DEDRICKA-KOENIGMMD-00004 | 3/24/2006 | Dedrick, Anthony Deposition Ex. 15 (Defendant's). Patent Information Form for Anthony Dedrick |
| DX 2109 | DEDRICKA-VANDERBILTMR-00270 | DEDRICKA-VANDERBILTMR-00280 | 3/27/1992 | Dedrick, Anthony Deposition Ex. 16 (Defendant's). Vanderbilt University Medical Center Clinical Chemistry Report |
| DX 2110 | | | 8/25/2006 | Dedrick, Kenny Deposition Ex. 1 (Defendant's). Subpoena in a Civil Case issued to Kenny Dedrick |
| DX 2111 | | | 8/25/2006 | Dedrick, Phil Deposition Ex. 1 (Defendant's). Subpoena in a Civil Case issued to Phil Dedrick |
| DX 2112 | | | 8/25/2006 | Herrera Deposition Ex. 1. Merck & Co., Inc.'s Second Amended Notice of Videotape Deposition of Esmeraldo Herrerra, M.D. and Subpoena Duces Tecum |
| DX 2113 | MRK-ABA-0001301 | MRK-ABA-0001309 | 11/23/2000 | Herrera Deposition Ex. 2. Article: "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients With Rheumatoid Arthritis" |
| DX 2114 | | | Various | Herrera Deposition Ex. 3. Six Articles |
| DX 2115 | | | 6/00/2006 | Herrera Deposition Ex. 4. Journal Watch, Volume 26, Nos. 11 & 12 |
| DX 2116 | MRK-LBL-000063 | | 4/00/2002 | Herrera Deposition Ex. 5. Vioxx Label |
| DX 2117 | | | | Herrera Deposition Ex. 6. Curriculum Vitae of Esmeraldo Herrera |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2118 | | | | Herrera Deposition Ex. 7. Timeline chart for Dedrick |
| DX 2119 | | | 4/11/2002 | Herrera Deposition Ex. 8. Vioxx Label |
| DX 2120 | DEDRICKA-SSADMIN-00287 | DEDRICKA-SSADMIN-00288 | 1/13/1997 | Herrera Deposition Ex. 9. Medical History of Anthony Dedrick |
| DX 2121 | DEDRICKA-HERRERAEMC-00152 | | | Herrera Deposition Ex. 10. Anthony Dedrick Progress Notes |
| DX 2122 | DEDRICK-SSADMIN-00060 | | | Herrera Deposition Ex. 11. Tennessee Department of Correction Mental Health Treatment Plan |
| DX 2123 | DEDRICKA-PPR-00043 | DEDRICKA-PPR-00044 | 1/10/2003 | Herrera Deposition Ex. 12. Letter from Mark Koenig, M.D., to Esmeraldo Herrera, M.D. regarding catheterizationon Mr. Dedrick |
| DX 2124 | DEDRICKA-WAYNEMEDICAL - 00021 | | 4/21/2003 | Herrera Deposition Ex. 13. Procedure Report (Arterial Study Lower Extremities) |
| DX 2125 | DEDRICKA-SSADMIN-00238 | | 8/18/2003 | Herrera Deposition Ex. 14. Progress Note |
| DX 2126 | DEDRICKA-SSADMIN-00336 | | 1/22/2003 | Herrera Deposition Ex. 15. Disability Determination and Transmittal |
| DX 2127 | MRK-P0003302 | MRK-P0003312 | 4/00/2002 | Herrera Deposition Ex. 16. Letter from John Yates to Healthcare Professionals regarding "Important Prescribing Information" |
| DX 2128 | MRK-AKT-1184063 | MRK-AKT-1184066 | 6/8/2001 | Herrera Deposition Ex. 17. Letter from Margaret Loveland, M.D., to Esmeraldo Herrera, M.D., regarding request for information regarding VIOXX, specifically request for a reprint of the VIOXX Gastrointestinal Outcomes Research Trial (VIGOR) |
| DX 2129 | | | | Herrera Deposition Ex. 18. Dr. Herrera's File. |
| DX 2130 | | | 2/17/2006 | Koenig Deposition Ex. 1 (Defendant's). Curriculum Vitae of Mark Koenig, M.D., F.A.C.C. |
| DX 2131 | | | 1/8/2003 | Koenig Deposition Ex. 2 (Defendant's). Saint Thomas Hospital Admission History and Physical Examination Report |
| DX 2132 | | | 1/10/2003 | Koenig Deposition Ex. 3 (Defendant's). Cardiac Catheterization Laboratory Procedures Performed (Dedrick) |
| DX 2133 | DEDRICKA-STTHOMASHOSP- | | 1/10/2003 | Koenig Deposition Ex. 4 (Defendant's). Saint Thomas Heart Institute Cardiac |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| | 00016 | | | Procedure Preliminary Report |
| DX 2134 | DEDRICKA-KOENIGMMD-00016 | | 1/10/2003 | Koenig Deposition Ex. 5 (Defendant's). Letter from Mark Koenig, M.D. to Esmeraldo Herrera, M.D. re: procedure performed |
| DX 2135 | MRK-ADW0068406 | MRK-ADW0068409 | | McAllister Deposition Ex. 4. Bulletin for VIOXX: Action Required: Response to New York Times Article |
| DX 2136 | | | 6/8/2001 | McAllister Deposition Ex. 5. Letter from Margaret Loveland, M.D. to Esmeraldo Herrera, M.D. regarding inquiry for a reprint of the VIOXX Gastrointestinal Outcomes Research Trial (VIGOR) |
| DX 2137 | | | 4/11/2002 | McAllister Deposition Ex. 6. Bulletin for VIOXX: Action Required: Label Change for Vioxx GI Outcomes Research Study and RA Indication |
| DX 2138 | | | 3/22/2006 | McAllister Deposition Ex. 7. Defendant Case Profile Form |
| DX 2139 | | | 4/18/2002 | McAllister Deposition Ex. 8. Bulletin for VIOXX: Action Required: Dear Health Care Provider Letter Distribution |
| DX 2140 | | | 4/00/2002 | McAllister Deposition Ex. 9. Letter from John Yates to Dear Healthcare Professional regarding recent changes to Prescribing Information and Patient Product Information for VIOXX |
| DX 2141 | | | 5/14/2006 | McPherson Deposition Ex. 1 (Defendant's). Curriculum Vitae of John Addison McPherson, MD, FACC, FSCAI |
| DX 2142 | | | | McPherson Deposition Ex. 2 (Defendant's). Article: "Risk Factors for Atherothrombotic Disease" |
| DX 2143 | DEDRICKA-KOENIGMMD-00046 | DEDRICKA-KOENIGMMD-00048 | 1/10/2003 | McPherson Deposition Ex. 3 (Defendant's). Saint Thomas Hospital Admission History and Physical Examination |
| DX 2144 | DEDRICKA-SSADMIN-00270 | DEDRICKA-SSADMIN-00271 | 1/10/2003 | McPherson Deposition Ex. 4 (Defendant's). Cardiac Catheterization Laboratory Procedure Performed Report |
| DX 2145 | DEDRICKA-STTHOMASHOSP-00051 | DEDRICKA-STTHOMASHOSP-00053 | 1/10/2003 | McPherson Deposition Ex. 5 (Defendant's). Saint Thomas Hospital Report of Operation |
| DX 2146 | | | | McPherson Deposition Ex. 6 (Defendant's). History Physical & Progress Record (5) |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2147 | | | | McPherson Deposition Ex. 7 (Defendant's) |
| DX 2148 | | | 3/24/2003 | McPherson Deposition Ex. 8 (Defendant's). The Heart Group Patient Information Form |
| DX 2152 | | | 12/8/2004 | Patient Prescription Summary (Duren Discount Drugs) (Attachment A to Plaintiff's Response to First Set of Requests for Production to Plaintiff Propounded by Merck & Co., Inc.) |
| DX 2153 | | | 10/12/1999 | Various Medical Records (Attachment B to Plaintiff's Response to First Set of Requests for Production to Plaintiff Propounded by Merck & Co., Inc.) |
| DX 2154 | | | 8/30/2003 | Various Documents Relating to Social Security Benefits, Disability Benefits, Unemployment Benefits, Medicaid, Health, Disability or Life Insurance Records, Evidencing or Relating to any Claim, Lawsuit and/or Other Legal Proceeding (Attachment C to Plaintiff's Response to First Set of Requests for Production to Plaintiff Propounded by Merck & Co., Inc.) |
| DX 2155 | | | | Placeholder for Barr deposition exhibits - deposition yet to be taken. |
| DX 2158 | | | | Placeholder for Oranburg deposition exhibits - deposition yet to be taken. |
| DX 2159 | | | | Placeholder for Stanley deposition exhibits - deposition yet to be taken. |
| DX 2160 | | | | Placeholder for Jacob deposition exhibits - deposition yet to be taken. |
| DX 2161 | | | | Placeholder for Baker deposition exhibits - deposition yet to be taken. |
| DX 2162 | | | | Public Records from Wayne County Courthouse re: Anthony Dedrick. |
| DX 2165 | DEDRICKA-MCPHERSONJMD-00001 | DEDRICKA-MCPHERSONJMD-00004 | | Medical records from Dr. McPherson |
| DX 2166 | DEDRICKA-WAYNEMCRAD-00001 | DEDRICKA-WAYNEMCRAD-00004 | | Medical Records from Wayne Medical Center Radiology |
| DX 2167 | DEDRICKA-STTHOMASHOSPRAD-00001XR | DEDRICKA-STTHOMASHOSPRAD-00003XR | | Medical records from St. Thomas Hospital Radiology Department |
| DX 2168 | DEDRICKA-WAYNEMCRAD-00001XR | DEDRICKA-WAYNEMCRAD-00004XR | | Radiology records from Wayne MC Radiology |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2169 | DEDRICKA-STTHOMHOSPRAD-00001XR | DEDRICKA-STTHOMHOSPRAD-00001XR | | Radiology records from St. Thomas Hospital Radiology |
| DX 2170 | DEDRICKA-VANDERUNIVRAD-00001XR | DEDRICKA-VANDERUNIVRAD-00001XR | | Radiology records from Vanderbilt Radiology |
| DX 2171 | DEDRICKA-SPRINGERWDR-00001XR | DEDRICKA-SPRINGERWDR-00001XR | | Radiology records from Dr. Springer |
| DX 2172 | DEDRICKPL-00031 | DEDRICKPL-00128 | | Plaintiff provided records - Miltary records |
| DX 2174 | | | | Medical Records from the VA - yet to be received. |
| DX 2175 | | | | 1999 PDR label for Adalat |
| DX 2176 | | | | 1999 PDR label for Avandia |
| DX 2177 | | | | 1999 PDR label for Diabinese |
| DX 2178 | | | | 1999 PDR label for DimeTapp |
| DX 2179 | | | | 1999 PDR label for Glucotrol XL |
| DX 2180 | | | | 1999 PDR label for Glyburide |
| DX 2181 | | | | 1999 PDR label for Ibuprofen |
| DX 2182 | | | | 1999 PDR label for Motrin TID |
| DX 2183 | | | | 1999 PDR label for Penacillin |
| DX 2184 | | | | 1999 PDR label for Tylenol |
| DX 2185 | | | | 1999 PDR label for Tylenol PM |
| DX 2186 | | | | 2000 PDR label for Adalat |
| DX 2187 | | | | 2000 PDR label for Amoxicillin |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2188 | | | | 2000 PDR label for Diabinese |
| DX 2189 | | | | 2000 PDR label for Dilaudid |
| DX 2190 | | | | 2000 PDR label for Dimetapp |
| DX 2191 | | | | 2000 PDR label for Dolobid |
| DX 2192 | | | | 2000 PDR label for Feldene |
| DX 2193 | | | | 2000 PDR label for Glyburide |
| DX 2194 | | | | 2000 PDR label for Ibuprofen |
| DX 2195 | | | | 2000 PDR label for Lorcet Plus |
| DX 2196 | | | | 2000 PDR label for Maxzide |
| DX 2197 | | | | 2000 PDR label for Medrol Dosepak |
| DX 2198 | | | | 2000 PDR label for Motrin |
| DX 2199 | | | | 2000 PDR label for Penicillin VK |
| DX 2200 | | | | 2000 PDR label for Robaxin |
| DX 2201 | | | | 2000 PDR label for Tylenol |
| DX 2202 | | | | 2000 PDR label for Tylenol #3 |
| DX 2203 | | | | 2000 PDR label for Vicodin |
| DX 2204 | | | | 2001 PDR label for Adalat |
| DX 2205 | | | | 2001 PDR label for AllerChlor |
| DX 2206 | | | | 2001 PDR label for Amoxil |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2207 | | | | Gelb Deposition Ex. 5.  American Heart Association Brochure |
| DX 2208 | | | | 2001 PDR label for Diltiazem |
| DX 2209 | | | | 2001 PDR label for Enalapril Maleate |
| DX 2210 | | | | 2001 PDR label for Feldene |
| DX 2211 | | | | 2001 PDR label for Glucophage (Metformin) |
| DX 2212 | | | | 2001 PDR label for Glyburide (DiaBeta) |
| DX 2213 | | | | 2001 PDR label for Ibuprofen |
| DX 2214 | | | | 2001 PDR label for Indocin |
| DX 2215 | | | | 2001 PDR label for Motrin |
| DX 2216 | | | | 2001 PDR label for Naproxen |
| DX 2217 | | | | 2001 PDR label for Nifedipine |
| DX 2218 | | | | 2001 PDR label for Piroxicam |
| DX 2219 | | | | 2002 PDR label for Altocor |
| DX 2220 | | | | 2002 PDR label for Altoprev |
| DX 2221 | | | | 2002 PDR label for Diltiazem |
| DX 2222 | | | | 2002 PDR label for Enalapril |
| DX 2226 | | | | 2002 PDR label for Enalapril Maleate |
| DX 2227 | | | | 2002 PDR label for Glyburide |
| DX 2228 | | | | 2002 PDR label for Hydrocodone/APAP |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2229 | | | | 2002 PDR label for Indocin |
| DX 2230 | | | | 2002 PDR label for Lescol XL |
| DX 2231 | | | | 2002 PDR label for Lortab |
| DX 2232 | | | | 2002 PDR label for Metformin |
| DX 2233 | | | | 2002 PDR label for Motrin |
| DX 2234 | | | | 2002 PDR label for Naproxen |
| DX 2235 | | | | 2002 PDR label for Nasonex |
| DX 2236 | | | | 2002 PDR label for Phenylephrine Hydrochloride |
| DX 2237 | | | | 2002 PDR label for Tetracaine |
| DX 2238 | | | | 2002 PDR label for Tropicamide |
| DX 2239 | | | | 2002 PDR label for Tylenol |
| DX 2240 | | | | 2002 PDR label for VIOXX |
| DX 2241 | | | | 2002 PDR label for Zyrtec-D |
| DX 2242 | | | | 2003 PDR label for Altace |
| DX 2243 | | | | 2003 PDR label for Altocor |
| DX 2244 | | | | 2003 PDR label for Altoprev |
| DX 2245 | | | | Documents received from Dr. Oranburg |
| DX 2246 | | | | Documents received from Boca Raton Hospital |
| DX 2247 | | | | Documents received from Plaintiffs re: Dr. Oranburg |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2248 | | | | 2003 PDR label for Altace |
| DX 2249 | | | | 2003 PDR label for Altocor |
| DX 2250 | | | | 2003 PDR label for Altoprev |
| DX 2251 | | | | 2003 PDR label for Avandamet |
| DX 2252 | | | | 2003 PDR label for Avelox |
| DX 2253 | | | | 2003 PDR label for Bextra |
| DX 2254 | | | | 2003 PDR label for B-Tuss Liquid |
| DX 2255 | | | | 2003 PDR label for Cephalexin |
| DX 2256 | | | | 2003 PDR label for Clarinex |
| DX 2257 | | | | 2003 PDR label for Claritin-D 12 Hour Tab |
| DX 2258 | | | | 2003 PDR label for Cyclobenz |
| DX 2259 | | | | 2003 PDR label for Darvocet |
| DX 2260 | | | | 2003 PDR label for Diazepam |
| DX 2261 | | | | 2003 PDR label for Diltiazem |
| DX 2262 | | | | 2003 PDR label for EC Aspirin |
| DX 2263 | | | | 2003 PDR label for Flexeril |
| DX 2264 | | | | 2003 PDR label for Flonase |
| DX 2265 | | | | 2003 PDR label for Furosemide tablet |
| DX 2266 | | | | 2003 PDR label for Glyburide |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2267 | | | | 2003 PDR label for H-C Tussive Syrup |
| DX 2268 | | | | 2003 PDR label for Heparin |
| DX 2269 | | | | 2003 PDR label for Hydro/apap 5/500 Tab |
| DX 2270 | | | | 2003 PDR label for Klor-Con 10 Meq Tab |
| DX 2271 | | | | 2003 PDR label for Lasix |
| DX 2272 | | | | 2003 PDR label for Lortab |
| DX 2273 | | | | 2003 PDR label for Metformin |
| DX 2274 | | | | 2003 PDR label for Morphine Sulfate |
| DX 2275 | | | | 2003 PDR label for Neurontin |
| DX 2276 | | | | 2003 PDR label for Nitro-Drip |
| DX 2277 | | | | 2003 PDR label for Nitroglycerin |
| DX 2278 | | | | 2003 PDR label for Nitropaste |
| DX 2279 | | | | 2003 PDR label for Plavix |
| DX 2280 | | | | 2003 PDR label for Risperdal |
| DX 2281 | | | | 2003 PDR label for Singulair |
| DX 2282 | | | | 2003 PDR label for Soma |
| DX 2283 | | | | 2003 PDR label for Sonata |
| DX 2284 | | | | 2003 PDR label for TNKase |
| DX 2285 | | | | 2003 PDR label for Viagra |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2286 | | | | 2003 PDR label for VIOXX |
| DX 2287 | | | | 2003 PDR label for Wellbutrin SR |
| DX 2288 | | | | 2003 PDR label for Xanax |
| DX 2289 | | | | 2003 PDR label for Zithromax |
| DX 2290 | | | | 2003 PDR label for Zyrtec |
| DX 2291 | | | | 2003 PDR label for Zyrtec-D 12 Hour |
| DX 2292 | | | | 2004 PDR label for Actos |
| DX 2293 | | | | 2004 PDR label for Altace |
| DX 2294 | | | | 2004 PDR label for Amoxicillin |
| DX 2295 | | | | 2004 PDR label for Augmentin XR |
| DX 2296 | | | | 2004 PDR label for Avandamet |
| DX 2297 | | | | 2004 PDR label for Bacitracin Ointment |
| DX 2298 | | | | 2004 PDR label for Celebrex |
| DX 2299 | | | | 2004 PDR label for Cephalexin |
| DX 2300 | | | | 2004 PDR label for Chlorhexidine Rinse |
| DX 2301 | | | | 2004 PDR label for Decadron (Dexamethasone) |
| DX 2302 | | | | 2004 PDR label for Diazepam |
| DX 2303 | | | | 2004 PDR label for Dicloxacill |
| DX 2304 | | | | 2004 PDR label for EC Aspirin |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2305 | | | | 2004 PDR label for Ed-A-Hist DM Liquid |
| DX 2306 | | | | 2004 PDR label for Endocet |
| DX 2307 | | | | 2004 PDR label for Flonase |
| DX 2308 | | | | 2004 PDR label for Humalog Vial |
| DX 2309 | | | | 2004 PDR label for Hydrocodone/APAP |
| DX 2310 | | | | 2004 PDR label for Ketek |
| DX 2311 | | | | 2004 PDR label for Lantus Insulin |
| DX 2312 | | | | 2004 PDR label for Levaquin |
| DX 2313 | | | | 2004 PDR label for Levitra |
| DX 2314 | | | | 2004 PDR label for Loratadine |
| DX 2315 | | | | 2004 PDR label for Lortab |
| DX 2316 | | | | 2004 PDR label for Nasonex |
| DX 2317 | | | | 2004 PDR label for Neurontin |
| DX 2318 | | | | 2004 PDR label for Omnicef |
| DX 2319 | | | | 2004 PDR label for Oxycodone w/ APAP |
| DX 2320 | | | | 2004 PDR label for Percocet |
| DX 2321 | | | | 2004 PDR label for Plavix |
| DX 2322 | | | | 2004 PDR label for Prevacid Naprapac |
| DX 2323 | | | | 2004 PDR label for Q-Bid Dm Tablet |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2324 | | | | 2004 PDR label for Robitussin-DM |
| DX 2325 | | | | 2004 PDR label for Rocephin |
| DX 2326 | | | | 2004 PDR label for Singulair |
| DX 2327 | | | | 2004 PDR label for Sudal 12 Hour Suspension |
| DX 2328 | | | | 2004 PDR label for Terumo Insulin |
| DX 2329 | | | | 2004 PDR label for Viagra |
| DX 2330 | | | | 2004 PDR label for Wellbutrin SR |
| DX 2331 | | | | 2004 PDR label for Wellbutrin XR |
| DX 2332 | | | | 2004 PDR label for Zithromax |
| DX 2333 | | | | 2004 PDR label for Zocor |
| DX 2334 | | | | 2005 PDR label for Aciphex |
| DX 2335 | | | | 2005 PDR label for Altace |
| DX 2336 | | | | 2005 PDR label for Amoxil |
| DX 2337 | | | | 2005 PDR label for Atrovent |
| DX 2338 | | | | 2005 PDR label for Augmentin XR |
| DX 2339 | | | | 2005 PDR label for Avandamet |
| DX 2340 | | | | 2005 PDR label for Avandia |
| DX 2341 | | | | 2005 PDR label for Decadron |
| DX 2342 | | | | 2005 PDR label for Diazepam |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2343 | | | | 2005 PDR label for EC Aspirin |
| DX 2344 | | | | 2005 PDR label for Ed-A-Hist MD Liquid |
| DX 2345 | | | | 2005 PDR label for Gabapentin |
| DX 2346 | | | | 2005 PDR label for GNP Insulin Syr |
| DX 2347 | | | | 2005 PDR label for Humalog Vial |
| DX 2348 | | | | 2005 PDR label for Humulin 70/30 - Insulin |
| DX 2349 | | | | 2005 PDR label for Hydrocodone/APAP |
| DX 2350 | | | | 2005 PDR label for Lancets #200 |
| DX 2351 | | | | 2005 PDR label for Lantus |
| DX 2352 | | | | 2005 PDR label for Levaquin |
| DX 2353 | | | | 2005 PDR label for Loratadine |
| DX 2354 | | | | 2005 PDR label for Lortab |
| DX 2355 | | | | 2005 PDR label for Metformin |
| DX 2356 | | | | 2005 PDR label for Nasonex |
| DX 2357 | | | | 2005 PDR label for Neurontin |
| DX 2358 | | | | 2005 PDR label for Nexium |
| DX 2359 | | | | 2005 PDR label for Omnicef |
| DX 2360 | | | | 2005 PDR label for Plavix |
| DX 2361 | | | | 2005 PDR label for Prevacid |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2362 | | | | 2005 PDR label for Reprexain |
| DX 2363 | | | | 2005 PDR label for Rimantadine HCL |
| DX 2364 | | | | 2005 PDR label for Rocephin |
| DX 2365 | | | | 2005 PDR label for Terumo Insulin |
| DX 2366 | | | | 2005 PDR label for Tri-Vent HC Syrup |
| DX 2367 | | | | 2005 PDR label for Vytorin |
| DX 2368 | | | | 2005 PDR label for Zocor |
| DX 2369 | | | | 2006 PDR label for Altace |
| DX 2370 | | | | 2006 PDR label for Avandia |
| DX 2371 | | | | 2006 PDR label for Avelox |
| DX 2372 | | | | 2006 PDR label for Diazepam |
| DX 2373 | | | | 2006 PDR label for EC Aspirin |
| DX 2374 | | | | 2006 PDR label for Enalapril Maleate |
| DX 2375 | | | | 2006 PDR label for Glyburide |
| DX 2376 | | | | 2006 PDR label for Hydrocodone/APAP |
| DX 2377 | | | | 2006 PDR label for Lortab |
| DX 2378 | | | | 2006 PDR label for Neurontin |
| DX 2379 | | | | 2006 PDR label for Plavix |
| DX 2380 | | | | 2006 PDR label for Tri-Vent HC Syrup |

| TRIAL EX | FIRST DOC NO | LAST DOC NO | DATE | DESCRIPTION |
|---|---|---|---|---|
| DX 2381 | | | | 2006 PDR label for Viagra |
| DX 2382 | | | | 2006 PDR label for Vytorin |
| DX 2383 | | | | Records received from Plaintiffs re: Nuclear Stress Test |
| DX 2384 | | | | Second set of records received from Plaintiffs re: Nuclear Stress Test |
| DX 2385 | | | | Curriculum Vitae of Dr. Kyung Mann Kim |
| DX 2386 | | | | Curriculum Vitae of Dr. Nicholas A. Flavahan |
| DX 2387 | | | | Curriculum Vitae of Dr. Janet B. Arrowsmith-Lowe |
| DX 2388 | | | | Curriculum Vitae of Dr. Craig M. Pratt |
| DX 2389 | | | | Curriculum Vitae of Dr. Paul J. Roach |
| DX 2390 | | | | Expert Report of Dr. Janet B. Arrowsmith-Lowe |
| DX 2391 | | | | Expert Report of Dr. Nicholas A. Flavahan |
| DX 2392 | | | | Expert Report of Dr. Kyung Mann Kim |
| DX 2393 | | | | Expert Report of Dr. Craig M. Pratt |
| DX 2394 | | | | Expert Report of Dr. Paul J. Roach |