

Sep 20 2006
2:00PM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JACKIE ROBERTS, Individually and on behalf of the Estate of JOHNNIE MURPHY ROBERTS<br> Plaintiffs | § § § § § | |
| V. | § § | CIVIL ACTION NO. 05-6358-EEF-DEK |
| JUAN MARCOS GARCIA, M.D., ET AL.<br> Defendants | § § § | |

## STIPULATION OF DISMISSAL BY ALL PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Plaintiff JACKIE ROBERTS, Individually and on behalf of the Estate of JOHNNIE MURPHY ROBERTS, and Defendants MERCK & CO., INC., JUAN MARCOS GARCIA, M.D., and RICARDO MENDEZ, P.A., and file their STIPULATION OF DISMISSAL BY ALL PARTIES:

I.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff and Defendants file this stipulational of dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1). Dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(ii). The parties agree that costs be taxed to the party incurring same.

Respectfully submitted,

By: /s/ Joe Escobedo
   Jose Escobedo, Jr.
   State Bar No. 06665850
   Fed. I.D. No. 12203
   Mauro F. Ruiz
   State Bar No. 24007960
   Fed. I.D. NO. 23774
   **HOCKEMA, TIPPIT & ESCOBEDO, L.L.P.**
   1 Paseo del Prado, Bldg 101
   Edinburg, Texas 78504-0540
   956/631-9112; FAX: 956/630-9472

By: /s/ Jay H. Henderson
   Jay H. Henderson
   State Bar No.
   Fed. I.D. No.
   Cruse, Scott, Henderson & Allen
   2777 Allen Pkwy, 7th Floor
   Houston, TX 77019
   713/650-6600; FAX: 713/650-1720

By: /s/ Jerry Lowry
   Jerry Lowry
   State Bar No.
   Fed. I.D. No.
   Fulbright & Jaworski, L.L.P.
   1301 McKinney, Suite 5100
   Houston, TX 77010-5151

By: /s/ Roger W. Hughes
   ROGER W. HUGHES
   State Bar No. 10229500
   Fed. I.D. No. 5950
   FERRIEL C. HAMBY, JR.
   State Bar No. 08817000
   Fed. I.D. No. 1097

   **ADAMS & GRAHAM, L.L.P.**
   P. O. Drawer 1429
   Harlingen, Texas 78551-1429
   956/428-7495; FAX: 956/428-2954

Attorneys for Defendant RICARDO MENDEZ, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 19th day of September 2006, to the following counsel of record and interested parties:

Mr. Roger W. Hughes
Mr. Ferriel C. Hamby
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429

Mr. Sandy Hall
ATTORNEY AT LAW
P. O. Box 275
Port Isabel, TX 78578

Jay H. Henderson
CRUSE, SCOTT, HENDERSON & ALLEN
2777 Allen Pkwy, 7th Floor
Houston, TX 77019

Thomas A. Countryman
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-5151

/s/ Mauro F. Ruiz
MAURO F. RUIZ