

12411763

Sep 20 2006
2:00PM

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **JACKIE ROBERTS, Individually and on** | § | |
| **behalf of the Estate of JOHNNIE** | § | |
| **MURPHY ROBERTS** | § | |
| **Plaintiffs** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 05-6358-EEF-DEK** |
| | § | |
| **JUAN MARCOS GARCIA, M.D., ET AL.** | § | |
| **Defendants** | § | |

---

### ORDER ON STIPULATION OF DISMISSAL

---

BE IT REMEMBERED that on the ___ day of _____, 2006, came to be considered the STIPULATION OF DISMISSAL BY ALL PARTIES, and the Court finds that it is by agreement of all parties and will therefore be granted.

IT IS THEREFOR ORDERED that Plaintiff JACKIE ROBERTS, Individually and on behalf of the Estate of JOHNNIE MURPHY ROBERTS' causes of action against Defendants MERCK & CO., INC., JUAN MARCOS GARCIA, M.D., and RICARDO MENDEZ, P.A., are dismissed without prejudice, cost taxed to the party incurring same.

SIGNED this ___ day of _____, 2006 at New Orleans, Louisiana.

_____
### JUDGE PRESIDING

Copies to:

David Hockema, HOCKEMA, TIPPIT & ESCOBEDO, L.L.P., 1 Paseo del Prado, Bldg 101, Edinburg, Texas 78504-0540
Sandy Hall, Attorney at Law, P. O. Box 275, Port Isabel, TX 78578
Jay H. Henderson, CRUSE, SCOTT, HENDERSON & ALLEN, 2777 Allen Pkwy, 7th Floor, Houston, TX 77019
Thomas A. Countryman, FULBRIGHT & JAWORSKI, L.L.P., 1301 McKinney, Suite 5100, Houston, TX 77010-5151
Roger W. Hughes/Ferriel C. Hamby, Jr., ADAMS & GRAHAM, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429