UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| Luz M. Salinas-Roldán, et al. v. Merck & Co., Inc., et als., MDL Docket No. 05-cv-06401 | MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Rolando Ayala-Toledo, Zulein Ayala-Salinas, Xavier Ayala-Salinas and Josué Ayala-Salinas (hereinafter collectively "Ayala"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Ayala agrees that in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in the United States District Court; and

2. Ayala further agrees that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re Vioxx Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Ayala, as though Ayala had been a party and had an opportunity to participate in that discovery.

Ayala agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. Apart from Merck, Ayala agrees that the dismissal without prejudice includes the claims made against the following unserved defendants, to wit: Astra Merck, Inc.; Merck Sharp & Dohme P.R. LTD; Merck Sharp & Dohme Chemical; Merck & Company, Incorporated; Merck de P.R., Inc.; Merck Sharp & Dohme Química de P.R.   There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

          **TRONCOSO & SCHELL**
          PO Box 9023362
          San Juan, PR 00902-3362
          Telephone (787) 722-0741
          Telefax (787) 724-2563

By: *[signature]*
          Francisco M. Troncoso
          USDC-PR No. 120007
          ftroncoso@troncosolaw.com

          Attorneys for Plaintiffs

          **STONE PIGMAN WALTHER WITTMANN LLC**
          Phillip A. Whittmann, 13625
          Dorothy H. Wimberly, 18509
          Carmelite M. Bertaut, 3054
          546 Carondelet Street
          New Orleans, LA 70130
          Telephone (504) 581-3200
          Telefax (504) 581-3361

By: *Phil Wittmann*
          Defendants' Liaison Counsel

          **McCONNELL VALDÉS**
          PO Box 364225
          San Juan, Puerto Rico 00936-4225
          Telephone: (787) 250-5640
          Telefax: (787) 759-2794

By: *[signature]*
          Manuel Moreda Toledo
          USDC-PR No. 120913
          mmt@mcvpr.com

          Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic filing in accord with the procedures established in MDL 1657, on this 23 day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone (504) 581-3200
Telefax (504) 581-3361
Dwimberly@stonepigman.com

Defendants' Liaison Counsel

- 3 -