**ROBERT C. ANDERSON, ESQ., SBN:**
**THE ANDERSON LAW FIRM**
3333 Camino del Rio South, Suite 220
San Diego, California 92108

T: (619) 233-9070

**CHARLES A. VIVIANO, ESQ., A.P.C. SBN: 078449**
**THE VIVIANO LAW FIRM**
2730 Fifth Avenue
San Diego, California 92103

T: (619) 497-3030

Attorneys for Plaintiff
FRED THOMAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 13 PM 1:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRED THOMAS, | related 05 md 1657 |
| Plaintiff, | CASE NO.: 05-CV-00981 L |
| v. | REQUEST FOR DISMISSAL |
| MERCK & CO., INC., | |
| Defendants. | |

TO THE CLERK AND TO ALL PARTIES:

PLAINTIFF, FRED THOMAS, by and through his attorneys of record Robert C. Anderson, Esq. and Charles A. Viviano, Esq., hereby submits his request for dismissal of his

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____

1
REQUEST FOR DISMISSAL

1 | entire Complaint.
2 | DATED: October __, 2006

Respectfully Submitted,

THE VIVIANO LAW FIRM

By: _____
CHARLES A. VIVIANO
Attorneys for Plaintiff

Thomas v. Merck & Co., Inc.
Case No.: 05-cv-00981

## PROOF OF SERVICE

I, LISA M. OLSEN, declare that:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2730 Fifth Avenue, San Diego, California 92103.

On October 9, 2006, I served the foregoing document(s) described as follows:

REQUEST FOR DISMISSAL

_X_    by placing _____ the original __X__ a true copy thereof enclosed in sealed envelopes addressed as follows:

(SEE ATTACHED SERVICE LIST)

__X__    **(BY MAIL)** I caused such envelope to be deposited in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid.

_____    **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

__X__    **(BY PERSONAL SERVICE VIA FACSIMILE)** I caused such document to be transmitted via facsimile to the above-named persons. I then confirmed receipt of the fax.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 9, 2006, at San Diego, California.

LISA M. OLSEN

**SERVICE LIST**

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, Louisiana 70130

F: (504) 596-0849