| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>THIS RELATES TO: )<br>*Effie Gamble v. Merck & Co.,* )<br>Civil Action No. 2:05-cv-06226) )<br>   (transferred from the Southern )<br>   District of Ohio, Case No. )<br>   02-05-909) ) | MDL Docket No. 1657<br>Section: L<br>Judge Fallon<br>Mag. Judge Knowles<br><br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br>FILED OCT 1 0 2006<br>LORETTA G. WHYTE<br>CLERK |

## OLIVER LAW OFFICES, INC., JAMI S. OLIVER, AND JOHN KIM'S MOTION TO DISMISS

Now comes Plaintiff, Effie Gamble, by and through her counsel, the law firm of Oliver Law Offices, Inc. and attorneys Jami S. Oliver and John Kim, and hereby files her Motion to Dismiss for the reasons set forth herein:

On or about October 3, 2005, Oliver Law Offices, Inc., along with the previously-mentioned co-counsel, filed a Complaint on behalf of Effie Gamble against Defendant arising out of her ingestion of the drug, Vioxx. The case was transferred to the Eastern District of Louisiana as part of the Vioxx MDL.

Good cause now exists for the Court to grant this Motion to Dismiss as Plaintiff no longer desire to pursue her claim and/or claims.

Counsel previously confirmed in writing with the client that this Motion would be filed. Furthermore, a copy of this Motion has been delivered to the client via regular and certified mail at her last known mailing address: Effie Gamble, 88 Sturbridge Road, Columbus, OH 43228. Her last known telephone number was (614) 922-0732.

In summary, because Plaintiff, Effie Gamble, in agreement with counsel, no longer wishes to pursue her Vioxx-related claim, we are requesting permission to dismiss this matter.

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No.____

Pursuant to Local Order 8(B), Plaintiff shall make the appropriate changes with Lexis/Nexis File and Serve after such Order is granted.

Respectfully submitted,

OLIVER LAW OFFICES, INC.

Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Phone: (614) 220-9100
Fax:   (614) 242-3948
joliver@jamioliver.com

Co-Counsel:
**THE KIM LAW FIRM**
John H. Kim
TBN:  00784393
Two Shell Plaza
777 Walker Street, Suite 2500
Houston, Texas 77002-5322
Telephone:  (713) 222-8080
Facsimile:   (713) 238-7710

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically and paper filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF and/or paper system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of October, 200[6].

/s/ Jami S. Oliver
Jami S. Oliver
(Ohio Supreme Court 0061738)
Attorney for Plaintiff, Gamble
OLIVER LAW OFFICES, INC.

**Gamble v. Merck & Co.**
**Motion to Dismiss**
**Page 3 of 3**

---

471 E. Broad St., Ste. 1303
Phone: 614-220-9100
Fax: 614-242-3948
Email: joliver@jamioliver.com