UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

**Plaintiff: Norma Jean Brown**



THIS RELATES TO:

Civil Action No: H 05 4265
    2:06cv03155-EEF-DEK

## MOTION FOR NONSUIT WITHOUT PREJUDICE, OR REQUEST FOR PROTECTIVE ORDER TO EXTEND TIME TO FILE PLAINTIFF PROFILE FORM

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES Plaintiff Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person, and files this Motion for Nonsuit Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, or Request for Protective Order to Extend Time to File Plaintiff Profile Form.

### FACTUAL BACKGROUND

Plaintiff Robert L. Williams ("Williams"), as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person, filed his Complaint against Merck & Co., Inc. ("Merck") on December 16, 2005. Plaintiff did so through the undersigned counsel, Price Ainsworth ("Ainsworth"), who had been referred the case by Roy W. Wright III of Houston, Texas. *See* Exhibit A, Affidavit of Price Ainsworth ("Ainsworth Aff.") ¶ 1. This case was then transferred to the MDL-1657 proceedings on June 14, 2006.

However, unbeknownst to Ainsworth, Plaintiff Williams had also contracted with separate counsel, the Law Offices of Danziger & De Llano, P.C. ("Danziger & De Llano"), on November 19, 2005, to file his Vioxx-related claims. *See* Exhibit B, Declaration of Steven B. Stein Under

PAGE 1

Penalty of Perjury ("Stein Decl.") ¶ 1. Danziger & De Llano subsequently referred Mr. Williams' case to Levin, Simes & Kaiser, L.L.P. ("LSK"). *See id.* Pursuant thereto, and at Plaintiff Williams' urging, LSK filed a separate suit on behalf of Plaintiff Williams seeking recovery on his Vioxx-related claims on December 21, 2005 in New Jersey State Court (the "New Jersey Litigation"). *See* Stein Decl. ¶ 2.

Since that time, the existence of two separate suits has come to the attention of the parties involved. *See* Ainsworth Aff. ¶ 3; Stein Decl. ¶¶ 3-4. Apparently, Plaintiff Williams was under the impression that the representation agreement he executed with Ainsworth was actually an agreement with the law firm working with Danziger & De Llano. *See* Stein Decl. ¶ 5. As such, Plaintiff Williams never *consciously* authorized the filing of the instant lawsuit, and he does not want to proceed with it. *See id.* It has always been Plaintiff's intention to pursue this matter in New Jersey with Danziger & De Llano and LSK. *See id.*

To that end, Plaintiff Williams has since informed Ainsworth and LSK that, consistent with his original intent, he wants to proceed with the New Jersey Litigation and to discontinue without prejudice the instant suit. *See* Ainsworth Aff. ¶ 5; Stein Decl. ¶ 6. Plaintiff's efforts to obtain the consent of Defendant in the instant lawsuit to stipulate as to its dismissal have been rebuffed. *See* Ainsworth Aff. ¶ 4; Stein Decl. ¶ 5. Accordingly, Plaintiff now requests that the Court dismiss this suit without prejudice.

Alternatively, Plaintiff requests that a protective order be entered permitting additional time to file a Plaintiff's Profile Form. Plaintiff does not intend to delay discovery in this matter (a copy of the "Plaintiff's Fact Sheet" filed in the New Jersey Litigation is attached to both Exhibits A and B). Plaintiff merely requests that the Court rule on his motion for nonsuit without prejudice prior to

the time that he would be required to file a Plaintiff's Profile Form, and, in the event that the motion

is denied, that the be afforded a reasonable time to file a Plaintiff's Profile Form.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order of Nonsuit

Without Prejudice on all of Plaintiff Williams' claims against Merck & Co., Inc, or alternatively,

Plaintiff requests that a Protective Order be entered permitting additional time to file a Plaintiff

Profile Form.

Respectfully submitted,

LAW OFFICES OF PRICE AINSWORTH, P.C.
48 East Avenue
Austin, Texas 78701
512-474-6061
512-474-1605 fax
price@ainsworth-law.com

By: _____
      Price Ainsworth
      State Bar No. 00950300

## ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Nonsuit Without Prejudice, or
Request for Protective Order to Extend Time to File Plaintiff Profile Form has been served on
Liaison Counsel, Russ Herman and Phillip Whitmann, by U.S. Mail and e-mail or by hand
delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File
& Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was
filed with the Clerk of Court of the United States District Court for the Eastern District of
Louisiana by FedEx on this 2nd day of ~~September~~ October 2006:

_____
Price Ainsworth