**Exhibit A**

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | **MDL Docket No. 1657** |
| **THIS RELATES TO:**<br><br>**Civil Action No: H 05 4265**<br>**2:06cv03155-EEF-DEK** | Plaintiff:  Norma Jean Brown |

## AFFIDAVIT OF PRICE AINSWORTH

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Price Ainsworth, who under oath did depose and say:

"My name is Price Ainsworth.  I am over the age of 18 years, and am in all respects competent to make this affidavit.   I have personal knowledge of each of the facts and opinions stated herein, and hereby swear that all of the facts stated herein are true and correct.

1. I was referred this case by Roy W. Wright III, an attorney in Houston, Texas.  As a result of that referral, I executed a "Contingent Fee Contract and Power of Attorney" with Robert Williams ("Williams"), which authorized me to file suit on behalf of Mr. Williams with respect to the claims related to the death of Norma Jean Brown.

2. On December 16, 2005, I filed the instant complaint on behalf of Mr. Williams.  Mr. Williams' case was transferred to this Court on June 14, 2006.

3. Shortly after this suit was filed, it came to my attention that Mr. Williams had a separate representation agreement in effect with the law firm of Levin, Simes, Kaiser & Gornick, L.L.P. ("LSK"), and that LSK had filed suit on behalf of Mr. Williams in the State of New Jersey (the "New Jersey Litigation").

4. On January 24, 2006, I attempted to obtain the consent of Defendant Merck & Co., Inc. ("Merck") to file a stipulation of dismissal of this case. *See* Attachment A, Letter from Price Ainsworth to Gerry Lowry dated January 24, 2006.  Defendant Merck refused to execute the stipulation. *See* Attachment B, Letter from Price Ainsworth to

Gerry Lowry dated January 24, 2006.

5.  Mr. Williams has informed me that he would like to dismiss the instant lawsuit in favor of prosecuting the New Jersey Litigation.

6.  Mr. Williams has filed a Plaintiff's Fact Sheet in the New Jersey Litigation.  *See* Attachment C.

_____
Price Ainsworth

SWORN TO AND SUBSCRIBED before me this _28th_ day of September 2006.

TAMMIE L. MARRS
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-31-2007

_____
Notary Public for the State of Texas

2

**Attachment A**

Law Offices of

# Price Ainsworth

A PROFESSIONAL CORPORATION
48 EAST AVENUE
AUSTIN, TEXAS 78701-4320
(512) 474-6061
Fax (512) 474-1605
www.ainsworth-law.com

Email: price@ainsworth-law.com

**PRICE AINSWORTH**
Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

**KEVIN McCOY, TBLS**
Board Certified Legal Assistant
Personal Injury Trial Law

**TAMMIE MARRS**
Paralegal\Bookkeeper

January 24, 2006

#3515-28C.003

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

Re:   Civil Case No. H:  05-4265; *Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon an incapacitated person vs. Merck & Co., Inc.*; in the United States District Court for the Southern District of Texas, Houston Division.

Dear Ms: Lowry:

Enclosed please find a Stipulation of Dismissal in the above referenced case.  If you agree with the stipulation, please sign and return to me for filing with the court today.

Thank you for your attention to this matter.

Sincerely,

Price Ainsworth

PA:kam

Enclosure

**Attachment B**

Law Offices of

# Price Ainsworth

A PROFESSIONAL CORPORATION
48 EAST AVENUE
AUSTIN, TEXAS 78701-4320
(512) 474-6061
Fax (512) 474-1605
www.ainsworth-law.com

**PRICE AINSWORTH**
Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

**KEVIN McCOY, TBLS**
Board Certified Legal Assistant
Personal Injury Trial Law

**TAMMIE MARRS**
Paralegal\Bookkeeper

Email: price@ainsworth-law.com

January 24, 2006                                    #3515-28C.004

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

Re:     Civil Case No. H:  05-4265; *Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon an incapacitated person vs. Merck & Co., Inc.;* in the United States District Court for the Southern District of Texas, Houston Division.

Dear Ms: Lowry:

I received your phone message today regarding the proposed stipulation of dismissal. I am not able to agree that this case will not be filed in state court as the client has indicated his intention of securing other counsel. Please let me know today or tomorrow if you cannot agree to the dismissal so that, if need be, I can file a motion before the case is transferred to the M.D.L.-transferee court.

Thank you for your attention to this matter.

Sincerely,

Price Ainsworth

PA:kam

January 24, 2006
Page 2

bcc:    Steven B. Stein
        Levin Simes & Kaiser L.L.P.
        One Bush Street, 14th Floor
        San Francisco, CA 94104
         (415) 981-1270 fax

**EXHIBIT C**

|  | SUPERIOR COURT OF NEW JERSEY |
| --- | --- |
|  | LAW DIVISION: ATLANTIC COUNTY |
| In Re: VIOXX® LITIGATION | Case Code No. 619 |
|  | **FIRST REVISED AMENDED PLAINTIFF'S FACT SHEET** |
|  | Plaintiff: Robert Williams |
|  | (name) |

This Amended Plaintiff's Fact Sheet and the attached List of Medical Providers and Other Sources of Information must be completed by each plaintiff who used VIOXX® or their personal representatives. Section VIII must be completed by loss of consortium plaintiffs. In filling out this form, please use the following definitions:

(1)      **"health care provider"** means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, mental, emotional or psychological care or advice, and any pharmacy, counselor, dentist, X-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you or your decedent;

(2)      **"document"** means any writing or record or any type, however produced and whatever the medium on which it was produced or reproduced, and includes, without limitation, the original and any non-identical copy (whether different from the original because of handwritten notes or underlying on the copy or otherwise) and all drafts of papers, letters, telegrams, telexes, notes, notations, memoranda of conversations or meeting, calendars, diaries, minutes of meetings, interoffice communications, electronic mail, message slips, notebooks, agreements, reports, articles, books, tables, charts, schedules, memoranda, medical records, X-rays, advertisements, pictures, photographs, films, accounting books or records, billings, credit card records, electrical or magnetic recordings or tapes, or any other writings, recordings, or pictures of any kind of description.

You may attach as many sheets of paper as necessary to fully answer these questions.

2

I.    **CASE INFORMATION**

A.    Name of person completing this form: Robert Williams

B.    Please state the following for the civil action which you filed:
    1.    Case Caption:  Williams vs. Merck & Co., Inc.

    2.    Case No.: ATL-L-8255-05-MT

    3.    Please state the name, address, and telephone number of the principal attorney
        representing you:
        William A. Levin, Esq.; Steven B. Stein, Esq.
        Name
        Levin Simes Kaiser & Gornick LLP
        Firm
        One Bush Street, 14th Floor, San Francisco, CA 94104
        City, State, and Zip Code
        (415) 646-7160
        Telephone Number

C.    If you are completing this questionnaire in a representative capacity (e.g., on behalf of the
    estate of a deceased person or a minor), please complete the following:
    1.    Robert L. Williams    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
        Your name and Social Security Number
    2.    n/a
        Maiden or Other Names Used by Which You Have Been Known
    3.    1612 West Kettelle
        Street Address
    4.    Peoria, IL  61605
        City, State and Zip Code:
    5.    If you are in a representative capacity, state which individual or estate you are
        representing, and in what capacity you are representing the individual or estate:
        Norma J. Brown: Independent Administrator of Estate
    6.    If you were appointed as a representative by a court, state the:
        Probate #3 Harris County, TX    March 26, 2005
        Court                                       Date of Appointment
    7.    Your relationship to deceased or represented person or person claimed to be
        injured:
        Brother
    8.    If you represent a decedent's estate or claim loss of consortium based on a
        decedent's death, state the date of death of the decedent and the address of the
        place where the decedent died:
        n/a

3

*If you are completing this questionnaire in a representative capacity, please respond to the remaining questions with respect to the person who used VIOXX®, unless the question instructs you otherwise. Those questions using the term "You" refer to the person who used the VIOXX®, unless you are instructed otherwise. If the individual is deceased, please respond as of the time immediately prior to his or her death, unless a different time period is specified.*

**D.    Claim Information**

1.    What bodily injury do you claim resulted from your use of VIOXX®?
Pulmonary embolism, death and all injuries related thereto

2.    When do you claim this injury occurred? On or about December 22, 2003

3.    Who diagnosed the condition? Dr. Peter Curtis

4.    Did you ever suffer this injury prior to the date set forth in answer to the prior question? If "yes," when and who diagnosed the condition at that time?
No.

5.    Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past?
            Yes _____ No  X
If "yes," set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any.  n/a

**E.**    Are you claiming damages for mental or emotional distress as a consequence of VIOXX®?
            Yes _____ No  X

If "yes," describe the kind of injury you allege and when you allegedly suffered it, and list all individuals from whom you received treatment for such injury and the dates on which treatment was received.

Also if "yes," state whether you have experienced or been treated for any psychological, psychiatric or emotional problem prior to the use of VIOXX®, including but not limited to panic attacks, anxiety, post traumatic stress disorder, depression, thoughts of hurting yourself or other people, schizophrenia, bipolar disorder, personality disorders (e.g., obsessive compulsive, paranoid, borderline, histrionic, other), generalized anxiety disorder, social phobia/anxiety disorder, post-traumatic stress disorder, depression, mania, poor sleep, poor concentration, suicidal thoughts/attempts, and drug abuse.

            Yes _____ No  X

If "yes," state:
a.    Name and address of each person who treated you:

Name

4

Address (if not otherwise provided)

b.   Condition for which treated: _____

c.   When treated: _____

d.   Medications prescribed for such condition: _____

## II.   VIOXX® PRESCRIPTION INFORMATION

A.   Who prescribed VIOXX® for you? Dr. J. Lee

B.   On which dates did you begin to take, and stop taking, VIOXX®?
Started on October 16, 2003 and stopped on December 22, 2003

C.   For what condition were you prescribed VIOXX®? Arthritis

D.   Did you renew your prescription for VIOXX®? *If "yes"*, how many times?
Plaintiff renewed her Vioxx prescription twice.

E.   If you received any samples of VIOXX®, state who provided them, how much and
when they were provided: unknown

F.   Which form of VIOXX® did you take (check all that apply)?
12.5 mg Tablet (cream, round, MRK 74): _____
12.5 mg Oral Suspension: _____
25 mg Tablet (round, yellow, MRK 110) __X__
25mg Oral Suspension: _____
50 mg Tablet (round, orange, MRK 114): _____

G.   How many times per day did you take VIOXX®? Once daily

H.   Pharmacy Information. If you received a prescription for VIOXX®, state for each
prescription the name and address of the pharmacy where it was filled, and the
number of times it was filled:
Walgreen's: 8300 Wilcrest Drive, Houston, TX 77072 : filled (3) times at this location.

I.   Have you reviewed any written, televised or internet-based advertising or labeling
material regarding VIOXX®?
Yes _____ No __X__
If "yes", state which written, televised or internet-based advertising or labeling materials
you reviewed regarding VIOXX® and when you reviewed such materials.

_____

_____

J.   1.   Have you had discussions with any doctor about whether your claimed injury as

5

set forth in Section I (D), above, is related to the use of VIOXX®?
Yes_____ No __X__

2.    Identify the doctor or doctors with whom you had such discussions:
_____
Name

_____
Address (if not otherwise provided)
[If discussed with more than one doctor, please copy and complete Part 2 for each.]

K.    State whether you requested that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®:
_____ Yes_____ No __X__

L.    Were you given any written instructions or warnings regarding the use of VIOXX®?
Yes _____ No __X__
*If "yes"*, state:
1) When the written instructions or warnings were given:

2) A description of the written warnings or instructions (e.g., package insert, patient product information; pharmacy handout, etc.): _____

3) Identify each person or entity from whom you received warnings or instructions:
_____

Approximate date you received the written instructions or warnings: _____

Summary of instructions/warnings received:

_____

M.    What other medications (including aspirin), if any, were you taking at the same time you were taking VIOXX®?
Femhert; Macrobia

N.    1.    What other medications (including, but not limited to, aspirin, ibuprofen, naproxen, and Celebrex) have you taken for osteoarthritis, rheumatoid arthritis, or pain relief, and when did you take them?
None known
_____

2.    Do you believe you have ever experienced gastrointestinal problems or other adverse side effects from any or all of these other medications? If yes, list the side effect, the medication you were taking and the date(s) on which you experienced the adverse side effect. n/a _____

3.    Did you believe you experienced any of the adverse side effects listed in your answer to the preceding question while taking VIOXX®? If yes, set forth which

adverse side effect you experienced, when, what treatment you received for the adverse side effect, and who prescribed that treatment. n/a

O. On what date, and in what city and state, did you first experience any symptoms you believe are related to the injury alleged in your complaint and what were those symptoms? December 22, 2003: Houston, TX, abdominal pain

P. Were there any witnesses to the symptoms identified above? *If "yes"*, state their names, addresses, phone numbers and relationships to you.
Witnesses include, but are not limited to:
Mary McKinsey, friend, Houston, TX, Tel (281)-752-9249

Q. When did you first contact a doctor or healthcare professional concerning this injury? Whom did you contact?
December 22, 2003: 911 phone call

R. If you were taken to a doctor or health care facility for the injury alleged in your complaint, state the name and address of the persons, police department, fire department, emergency medical workers, or Ambulance Company that took you to the doctor or health care facility.
Houston Fire Department: 601 Sawyer, Ste. 500, Houston, TX 77007

III. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Last Name: Brown

First Name: Norma

Middle Name or Initial: Jean

B. Maiden or other names used or by which you have been known:  n/a

C. Social Security Number: 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

D. Present Street Address:
Deceased

| City | State | Zip Code |
| --- | --- | --- |

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | From | to |
| --- | --- | --- |
| 11314 Concho, Houston, TX 77072 | 1/1990 | 12/22/2003 |
| Address | From | to |
| Address | From | to |

7

Address                                                      From          to

F.   Identify each high school, college, university or other educational institution (except
     grade school) you have attended, the dates of attendance, courses of study pursued, and
     diplomas or degrees awarded:
     Peoria High School; Bradley University (details unknown)

G.   Employment information:
     1.   Current employer (if not currently employed, last employer):
          Select Medical Services
          Name
          Houston, Texas (Exact address unknown)
          Address
          Unknown to 12/22/2003
          Dates of employment
          Registered nurse
          Occupation/Job Duties

     2.   List the following for each employer you have had in the last ten (10) years:

          Name

          Address

          Dates of employment

          Occupation/Job Duties

          Name

          Address

          Dates of employment

          Occupation/Job Duties

          Name

          Address

          Dates of employment

          Occupation/Job Duties

H.   Driver's License Number and State Issuing License:  Texas: TX11008547

8

I.    Date and Place of Birth: July 19, 1947: Peoria, IL _____

J.    Sex:  Male _____   Female  X____

K.    Military Service Information

    1.    Have you ever served in any branch of the U.S. Military?
            Yes _____ No  X____

        *If "yes"*, please state:
        1. What branch and the dates of service: _____

        2. Were you discharged for any reason relating to your physical, psychiatric or emotional condition?
            Yes _____ No _____
        *If "yes"*, state what that condition was: _____

    2.    Have you ever been rejected from military service for any reason relating to your health or physical condition?
            Yes _____ No  X____

        If "yes", state what that condition was: _____

    3.    Have you ever served in the military overseas?
            Yes _____ No  X____
        If "yes", state location and dates: _____

L.    Insurance/Claim Information

    1.    Have you ever filed a worker's compensation claim?
            Yes _____ No  X____
      *If "yes"*, please state:
      1.    Year claim was filed: _____

      2.    Court/State where claim was filed: _____

      3.    Claim/docket number, if applicable: _____

      4.    Nature of disability: _____

      5.    Period of disability: _____

      6.    Benefits received, if any: _____

[Attach additional sheets if necessary to describe more than one claim]

    2.    Have you ever filed a social security disability claim (SSI or SSD)?
            Yes _____ No  X____
      If yes, please state:
      1.    Year claim was filed: _____

      2.    Where claim was filed: _____

      3.    Nature of disability: _____

      4.    Period of disability: _____

[Attach additional sheets if necessary to describe more than one claim]

3. Have you ever been denied life insurance or medical insurance for reasons relating to your medical or physical condition?
   Yes _____ No __X__
   If "yes", state when, the name of the company and the company's stated reason for denial: _____

4. *(Answer this question if you are claiming damages for mental or emotional distress.)* Have you ever been denied life insurance or medical insurance for reasons relating to your mental or emotional condition?
   Yes _____ No _____
   If "yes", state when, the name of the company and the company's stated reason for denial: _____

5. Has any insurance or other company provided medical coverage to you (either directly or through including and employer of yours) or paid medical bills on your behalf at any time, beginning ten (10) years before your alleged injury through the present?
   Yes __X__ No_____
   *If yes*, then as to each company, separately state:
   Name of the company:  Blue Shield _____

   Address of the company: unknown _____

   The account/policy number or designation: SBR353381723 _____

   Dates of coverage:  unknown _____

   When claim was made: unknown _____

6. Have you ever been out of work for more than thirty (30) days for reasons related to your health? *If "yes"* set forth when and the reason.
   Yes _____ No __X__
   When: _____

   Reason: _____

7. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?
   Yes_____ No __X__
   If "yes", state the court in which such action was filed, the caption, case name and/or names of adverse parties, and the civil action or docket number assigned to each claim, action or suit, and a brief description for the claims asserted.
   _____

M. Have you ever been convicted of a crime? If "yes", set forth where, when and the crime.
   Yes_____ No __X__
   _____

10

**IV.    FAMILY INFORMATION**

A.    List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g. divorce, annulment, death):
None

B.    Has your spouse filed a loss of consortium claim in this action?
      Yes _____ No __X__

C.    Has any parent, grandparent, child, or sibling ever been diagnosed with a problem or condition relating to the same organ or organ system identified in your answer to section I (D)?
      Yes _____ No __X__ Don't Know _____

      *If "yes"*, identify each such person below and provide the information requested.

      1.    Name: _____
            Current Age (or Age at Death): _____
            Type of Problem: _____
            If Applicable, cause of Death: _____

      2.    Name: _____
            Current Age (or Age at Death): _____
            Type of Problem: _____
            If Applicable, cause of Death: _____

      3.    Name: _____
            Current Age (or Age at Death): _____
            Type of Problem: _____
            If Applicable, cause of Death: _____

D.    If applicable, for each of your children, list his/her name, age, occupation and address.
      Dora Rene Dixon, disabled, 1612 W. Kettelle, Peoria, IL 61605.

E.    If you are claiming the wrongful death of a family member, list any and heirs of the decedent who have standing to assert a wrongful death claim. Dora Rene Dixon-Daughter
                                    Robert Williams- brother and
                                    independent Administrator of Deceased
                                    Estate

F.    If you are bringing a survivor cause of action, state whether you have been appointed as the decedent's personal representative authorized to prosecute the decedent's claims, and when and by whom you were so appointed.  n/a

**V.    CURRENT MEDICAL CONDITION**

11

A.  Do you currently suffer from any physical injuries, illnesses or disabilities other than those you alleged are the result of your use if VIOXX® in section I(D)?

　　　Yes _____ No __X__

B.  If "yes", please state the following for each injury, illnesses or disability:

1.  Identify the injury, illness, or disability, their symptoms and date of onset, injury, illness, or disability, and their symptoms:

_____

Date of onset: _____

2.  By whom first diagnosed:

Name _____  Address (If not otherwise provided)_____

Date of diagnosis

VI.  **MEDICAL BACKGROUND**

A.  Height: 5'9"

B.  Current Weight: n/a

Weight at the time of the injury, illness, or disability described in section I(D): 235lbs

C.  Prescription Medicines

1.  List each prescription medicine you have taken regularly in the last ten (10) years, identifying the medication and the condition for which it was prescribed.

Vioxx
_____
Medication

Pain
_____
Condition for which prescribed

Cardizem
_____
Medication

Unknown
_____
Condition for which prescribed

HCTZ
_____
Medication

Unknown
_____
Condition for which prescribed

Protonix
_____
Medication

Unknown
_____
Condition for which prescribed

Femhert
_____
Medication

Unknown
_____
Condition for which prescribed

Macrobia
_____
Medication

Unknown
_____
Condition for which prescribed

12

2.    To the best of your knowledge, state whether you used any of the following from ten (10) years prior to the date of your injury you allege in Section I (D) through the present, circle all medications you have used, state the first and last dates you took the medication, and identify the doctor that prescribed the medication..

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Angiotension Converting Enzyme ("ACE") Inhibitors (Altace, Aceon, Accupril, Monopril, Lotensin, Capoten, Vasotec, Prinivil, Zestril, Univasc, Mavik, other_____) | n/a | | | High blood pressure, heart disease, cardiomyopathy, previous heart attack, enlarged heart, kidney problems, diabetes, other_____ |
| Angiotension II Receptor Antagonists ("ARBs") (Cozaar, Diovan, Avapro, Micardis, Atacard, other_____) | n/a | | | High blood pressure, heart disease, cardiomyopathy, previous heart attack, enlarged heart, kidney problems, diabetes, other_____ |
| Beta Blockers (Inderal, opresser,Toprol,Sectral, Corgard,Coreg,Tenormin, Timoptic, Betoptic, Brevibloc, Betapace, Viskin, other_____) | n/a | | | High blood pressure, heart problems, previous heart attack, recurrent chest pain, migraine headaches, eye problems, panic disorders, social phobias. other:_____ |
| Calcium Channel Blockers (Norvasc, Procardia, Calan, Cardizem, Plendil, Cardene, Sular, other_____) | Unknown | Unknown | Unknown | Recurrent chest pain, heart problems, Raynaud's phenomenon, migraine headaches, esophageal (throat) spasm, other unknown |

13

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Alpha Blockers (Cardura, Minipress, Hytrin, other _____) | n/a | | | High blood pressure, benign prostatic hypertrophy (BPH), hear problems, other _____ |
| Diuretics (Hydrodiuril, Hygroton, Microx, Lozol, Lasix, (furosemide), Demadex, Dyazide, Aldactazide, Moduretic, other **HCTZ**) | unknown | unknown | Dr. Anderson | High blood pressure, edema in legs (fluid), heart problems, other **Unknown** |
| Central Alpha Agonists (Catapres, Tenex, Aldomet, Wytensin, other _____) | n/a | | | High blood pressure, other _____ |
| Other (please list) (can include combination pills, or any other pill thought to be prescribed for high blood pressure) | n/a | | | |
| Heart Medications (other than ACE inhibitors, ARBs, or high blood pressure medications already listed above) (Digoxin (lanoxin), Amrinone, Primacor, other _____) | n/a | | | |

14

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Anticoagulants (Coumadin (warfin), Heparin or Low Molecular Weight Heparin, other _____) | n/a | | | Blood clot (DVT), atrial fibrillation, previous heart attack, prolonged hospitalization, suspected or proven pulmonary embolism (PE), heart valve problems, other |
| Aspirin (circle dose (81mg or 325 mg) and number of times taken each day: ____) | n/a | | | Prevention for heart attack, prevention for stroke and/or transient ischemic attack (TIA), rheumatoid arthritis, other pain syndromes, rheumatic fever, osteoarthritis, previous heart or other surgery, other |
| Anti-Platelet Medications (other than aspirin) (Plavix, Apo-Dipyridamole, Ticlid, other _____) | n/a | | | Heart surgery, heart attack, catherization, stenting, chest pain at rest, other |
| Cholesterol Lowering Drugs (Lipitor, Zocor, Pravachol, Lescol, Colestid, Niacin, Lopid, other _____) | n/a | | | |

15

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Pain Medications (Advil, Motrin, naproxen (can be sold as "Naprosyn"), Aleve, Tylenol (acetaminophen) Actron, Indocin (indomethacin), migraine medications (e.g., Imitrex), other _____ ) | n/a | | | |
| | | | | |
| Hormone Replacement Therapy (Prepro, Premarin, other _____ ) | n/a | | | |
| Rifampin | n/a | | | |
| Theophylline | n/a | | | |
| Methotrexate | n/a | | | |
| Diet Drugs or Diet Supplements (Phen-Fen, other) | n/a | | | |
| Herbal Remedies or Supplements (Kava, Ginseng, Ginko Biloba, St. John's Wort, Sal Palmetto, other: _____ ) | n/a | | | |

16

**Psychiatric Medications** *(Only answer these questions if you are claiming damages for mental or emotional distress. If you are not claiming such damages, please go to Section D, below.)*

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| **Antidepressants** Tricyclic Anti-Depressants (TCAs) (Amitril, Asendin, Anafranil, Adapin, Ludiomil, Vivactil, Surmontil-Elavil-Endep, Norpramin, Pertofrane, Imipramine, Janimine, Tofranil, Aventyl, Pamelor, other_____) | n/a | | | Depression, chronic fatigue syndrome, bipolar disorder, generalized anxiety disorder, poor concentration, suicidal thoughts or attempts, alcohol or drug abuse, personality disorders, schizophrenia, eating disorders, other _____ |
| **Selective Serotonin Reuptake Inhibitors (SSRIs)** (Prozac, Paxil, Zoloft, Celexa, Luvox, other _____) | n/a | | | |
| **Monamine Oxidase Inhibiotrs (MAOIs)** (Nardil, Parnate, other_____) | n/a | | | |

17

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Anti-Anxiety Medications Benzodiazepines (Xanax, Librium, Klonopin, Tranxene, Valium, Dalmane, Paxipam, Ativan, Serax, Centrax, other _____ ) | n/a | | | Depression, chronic fatigue syndrome, bipolar disorder, generalized anxiety disorder, poor concentration, suicidal thoughts or attempts, alcohol or drug abuse, personality disorders, schizophrenia, eating disorders, other _____ |
| Anti-Psychotic Medications (Haldol, Risperdal, Zyprexa, Clozaril, Leponex, Geodon, other _____ ) | n/a | | | Schizophrenia, other _____ |
| Anti-Convulsant Medications (Tegretol, Depakote, other _____ ) | n/a | | | Schizophrenia, seizure disorder, other _____ |
| Lithium | n/a | | | Bipolar disorder, other _____ |

D.    Smoking/Tobacco Use History:
*Check the answer and fill in the blank applicable to your history of smoking and/or tobacco use.*

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

**X** Past smoker of **cigarettes**/cigars/pipe tobacco or used chewing tobacco/snuff.
Date on which smoking/tobacco use ceased: <u>unknown</u>
Amount smoked or used: <u>1 cigarette</u> per day for <u>20</u> years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
Amount smoked or used: _____ per day for _____ years.

18

E.   Drinking History:

1.   Do you now drink or have you in the past drunk alcohol (beer, wine, whiskey, etc.)?

Yes __X__ No_____

*If "no"*, go to Section F below.  If yes, check the following box which represents your greatest alcohol consumption over an extended (6 months or greater) period within the last 10 years:

__X__ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 11-14 drinks per week
_____ 15 or more drinks per week
_____ Other (describe)_____

Check the following box which represents your weekly alcohol consumption for the month prior to the time that you sustained the injuries alleged in the complaint:

__X__ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 11-14 drinks per week
_____ 15 or more drinks per week
_____ Other (describe)_____

F.   Caffeine History:

1.   Do you now or have you in the past consumed caffeinated beverages (coffee, tea, sodas, etc.)?

Yes _____ No __X__

*If "yes"*, check the following box which represents your greatest caffeine consumption over an extended (6 months or greater) period within the last 10 years:

_____ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 11-14 drinks per week
_____ 15 or more drinks per week
_____ Other (describe)_____

Check the following box which represents your weekly caffeine consumption for the month prior to the time that you sustained the injuries alleged in the complaint:

_____ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 11-14 drinks per week
_____ 15 or more drinks per week
_____ Other (describe)_____

G.   Illicit Drugs:

1.   a) Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?

Yes_____ No __X__

b) *If "yes"*, identify each substance and state when you first and last used it.

_____

H.  To the best of your knowledge, have you or your parents, grandparents, children or siblings ever experienced, or been told by a doctor or other healthcare professional, that you/they have, may have or had any of the following (circle all that apply)?

Abdominal aortic aneurysm (AAA disease)
Alcoholism (as to you only, if applicable)
Allergic reaction to medication
Amputations (as to you only, if applicable)
Aneurysm
Atherosclerosis (blocked or narrow arteries)
Bipolar Disorder (as to you only, if applicable)
Bleeding/clotting disorders (hemophilia, Von Willibrands disease, scurvy, other)
Blood in stool or dark/black stools
Cancer (lung, colon, liver, breast, other)
Carotid stenosis (neck arteries)
Chest pain/angina (at rest or with exertion)
Chronic Fatigue Syndrome
Chronic obstructive pulmonary disease/COPD
Congenital heart disease
Congestive heart failure
Cor pulmonale
Coronary heart disease
Deep vein thrombsis/DVT/blood clot in lower legs
Dermatomyositis
Diabetes
Eating disorders (anorexia, bulimia) (as to you only, if applicable)
Endocarditis
Esophagus problems (strictures, achalasia, Barrett's esophagus, difficulty
Swallowing, other)
Eye hemorrhages
Fibromyalgia
Glaucoma
Gout
Heart attack/MI/myocardial infarction
Heart Murmur
Heart valve problems (pulmonary hypertension, mitral valve prolapse, aortic/mitral
Valve regurgitation, aortic/mitral stenosis, bicuspid aortic valve, other)
Heartburn/reflux/esophageal reflux disease/GERD
Hernia (strangulated or incarcerated)
Herpes (as to you only, if applicable)
High blood pressure/hypertension
High total cholesterol, high LDLs (bad cholesterol), or low HDLs (good cholesterol)
High triglycerides
HIV/AIDS (as to you only, if applicable)
Hodgkins disease/non-hodgkin's lymphoma
Hypoxia (low oxygen saturation)
Intestinal obstruction (not including constipation)
Irregular heart rhythm (palipations, tachycardia, bradycardia, atrial fibrillation, skipped
beats, other)
Kidney disease
Leukemia
Liver disease (hepatitis B/C, cirrhosis, cysts, other)

Lupus
Obesity (as to you only, if applicable)
Osteoarthritis
Pancreatitis
Panic Disorder
Peptic ulcer disease
Peripheral vascular disease
Pulmonary embolism/blood clot in the lung
Rheumatic fever (as to you only, if applicable)
Rheumatoid arthritis
Seizure disorder
Shortness of breath not associated with vigorous exercise
Sickle cell anemia/sickle cell trait
Silent MI
Sleep apnea
Stomach problems (ulcers, perforations, bleeding)
Stroke
Swelling/edema/fluid in legs ankles (other than in pregnancy)
Syphilis (as to you only, if applicable)
Thyroid disorder and/or goiter
Transient ischemic attack/TIA
Tuberculosis

I.   *If you respond "yes" to any of the above*, please identify/state the condition, the individual affected, the date of onset (as to you only, if applicable), any medication prescribed to treat the condition (as to you only, if applicable), and the name of the physician or other person who made the diagnosis or informed the individual of the condition and their address if not provided in the accompanying list (as to you only, if applicable).

   1.   Condition: None known _____

        Patient's name: _____

        Onset date and medication: _____

        Name and address of physician or other person:

        _____

   2.   Condition: _____

        Patient's name: _____

        Onset date and medication: _____

        Name and address of physician or other person:

        _____

   3.   Condition: _____

        Patient's name: _____

        Onset date and medication: _____

        Name and address of physician or other person:

        _____

J.    Please indicate whether you have ever received any of the following treatments or diagnostic procedures:

1.    Surgeries (other than abortion), including but not limited to the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery.

Surgery and condition for which it was performed:
None known

When:

Treating physician:

Hospital:

Hospital:

2.    Treatments/interventions for heart attack, angina (chest pain), or lung ailments, including but not limited to the following: cardiac catheterization, angioplasty (balloon), stenting, electroconversion.
Treatment/intervention:
None known

When:

Treating physician:

Hospital:

3.    Have you had any of the following test performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (tran-esophogeal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, echocardiogram, TEE (tran-esophogeal echo), bubble/microbubble study, EKG or Holter monitor. *If "yes,"* answer the following:
Diagnostic test:
Chest x-ray, EKG

When:
12/22/2003
Treating physician:
Dr. Curtis
Hospital:
West Houston Medical Center
Reason:
Chest pain

K.   Have you ever participated in any clinical trials or studies relating to any drugs or treatments for any medical conditions?
_____ Yes _____ No __X__
*If "yes"*, please identify:
Name of the trial or study: _____

Sponsor of trial or study: _____

Drug or treatment studied: _____

Purpose of the drug or treatment studied: _____

Name and address of the investigation in charge of your care and treatment in the trial or study: _____

The dates you participated in the trial or study: _____

VII.   **WAGE LOSS INFORMATION AND OTHER MONETARY LOSS CLAIMS**

A.   Are you making a claim for loss of wages?
Yes_____ No __X__
*If "no,"* then go to Section VII.(B).

1.   State the total amount of time you have lost from work as a result of any condition that you claim or believe was caused by your use of VIOXX® and the amount of income that you lost.

_____

2.   State your total earned income (including salary, bonus, and benefits) for each of the last 10 years.

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

B.   Have you paid or incurred any medical expenses that are related to any condition that you claim or believe was caused by your use of VIOXX® and for which you seek recovery in the action you have filed?
Yes __X__ No _____
*If "yes"*, state the total amount of such expenses at this time:
Plaintiff is currently in the process of investigating and calculating any and all medical expenses paid and/or incurred by Plaintiff as a result of Vioxx and will provide this information as soon as it becomes available. Amount of said expenses is currently unknown.

23

C.  Has your insurer, or any other entity or person, paid or incurred any medical expenses that are related to any condition that you claim or believe was caused by your use of VIOXX® and for which you seek recovery in the action you have filed?

Yes __X__ No _____

*If "yes", state the total amount of such expenses at this time:*
Plaintiff is currently in the process of investigating and calculating any and all medical expenses paid and/or incurred by insurers and/or any other entity or person as a result of Vioxx and will provide this information as soon as it becomes available. Amount of said damages is currently unknown.

D.  Please provide an itemized statement of the nature and amount of damages you are claiming.
Plaintiff is seeking all economic and non-economic damages, past and future, to which Plaintiff is entitled to recover and that are permitted under the applicable law. These damages include, but are not limited to, past and future medical expenses and any related care necessitated by Plaintiff's injury, funeral and burial expenses, mental and emotional distress and loss of enjoyment of life, all in an amount to be determined at trial. Amount of said damages is currently unknown.

E.  Please identify all person who you believe posses information relevant to your claims in this matter and for each, state his or her name, address, telephone number and a description of the information you believe he or she possesses.

_____

_____

VIII.  **PERSONAL INFORMATION OF LOSS OF CONSORTIUM AND REPRESENTATIVE PLAINTIFFS**
*If you are a representative or loss of consortium plaintiff, please provide your personal responses to these questions.*

A.  Last Name: Williams

First Name: Robert

Middle Name or Initial: L.

B.  Maiden or other names used or by which you have been known: n/a

C.  Social Security Number: 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

D.  Present Street Address:
1612 W. Kettelle

| Peoria | IL | 61605 |
|--------|-------|----------|
| City | State | Zip Code |

E.    Identify each address at which you have resided during the last ten (10) years, and list
      when you started and stopped living at each one:

| 1612 W. Kettelle, Peoria, IL 61605 | 4/1999 | present |
|---|---|---|
| Address | From | to |
| 1304 S. Stanley, Peoria, IL 61605 | 12/1995 | 4/1999 |
| Address | From | to |
| | | |
| Address | From | to |
| | | |
| Address | From | to |

F.    Identify each high school, college, university or other educational institution (except grade
      school) you have attended, the dates of attendance, courses of study pursued, and diplomas or
      degrees awarded:
      n/a

G.    Employment information:
      1.    Current employer (if not currently employed, last employer):
            n/a
            _____
            Name

            _____
            Address

            _____
            Dates of employment

            _____
            Occupation/Job Duties

      3.    List the following for each employer you have had in the last ten (10) years:

            _____
            Name

            _____
            Address

            _____
            Dates of employment

            _____
            Occupation/Job Duties

            _____
            Name

            _____
            Address

            _____
            Dates of employment

            _____
            Occupation/Job Duties

            _____
            Name

Address

Dates of employment

Occupation/Job Duties

H.   Driver's License Number and State Issuing License:  IL: W452-7725-1316

I.   Date and Place of Birth: Peoria, IL: October 6, 1951

J.   Sex:  Male __X__   Female _____

K.   Date and place of marriage: n/a

L.   Have you ever been convicted of a crime ?
     Yes _____    No __X__
     *If yes,* where and when: _____

## IX.   DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this fact sheet.

A.   A copy of all prescriptions for VIOXX®, any unused VIOXX® you received as a result of such prescriptions, receipts, physician or office records, drug containers, packaging and other records that show the period during which you have taken VIOXX®, the dosage of VIOXX and the frequency with which you took VIOXX®.
     Yes __X__  No ___
     Previously provided. Plaintiff reserves the right to supplement his response to this request should any additional documents become available.

B.   If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.
     Yes_____  No __X__

C.   All diagnostic tests or test results related to your medical history as detailed in Section V.
     Yes __X__  No ___
     Previously provided. Plaintiff reserves the right to supplement his response to this request should any additional documents become available.

D.   Copies of all documents from physicians or others relating to your medical history as detailed in Section VI.
     Yes __X__  No ___
     Previously provided. Plaintiff reserves the right to supplement his response to this request should any additional documents become available.

E.   All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to you when your prescriptions for VIOXX® were filled.

Yes_____   No _X_

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

F.   Copies of all advertisements or promotions for VIOXX® received or reviewed before filing this action.

Yes_____   No _X_

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

G.   Executed authorizations in the forms appended hereto, in the following manner:

- If you are claiming damages for mental or emotional distress, and also are claiming damages for lost earnings or earning capacity, execute authorization forms #s 1-4;
- If you are claiming damages for mental or emotional distress, but are not claiming damages for lost earnings or earning capacity, execute authorization forms #s 1-3 and #5
- If you are not claiming damages for mental or emotional distress, but are claiming damages for lost earnings or earning capacity, execute authorization forms #1 and #4
- If you are not claiming damages for mental or emotional distress, and are not claiming damages for lost earnings capacity, execute authorization forms #1 and #5

H.   If you claim you have suffered loss of earnings capacity, all documents that evidence your income/earnings for each of the last ten (10) years.

Yes_____   No _X_

I.   If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care provider and statements and explanations of benefits from your health care insurer or plan.

Yes_____   No _X_

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

J.   Copy of all written communications, whether written or electronic (including communications as part of internet "chat rooms" or e-mail groups), with others not including your counsel, regarding VIOXX®, your injuries or this case.

Yes_____   No _X_

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

K.   Copies of letters testamentary, letters of administration, powers of attorney, guardianship

or guardian *ad litem* orders or other documents relating to your status as plaintiff if you are suing on behalf of another individual.

 Yes  X   No

Previously provided. Plaintiff reserves the right to supplement his response to this request should any additional documents become available.

L. Decedent's death certificate (if applicable).

 Yes  X   No

Previously provided. Plaintiff reserves the right to supplement his response to this request should any additional documents become available.

M. Report of autopsy of decedent (if applicable).

 Yes  X   No

See attached. Plaintiff reserves the right to supplement his response to this request should any additional documents become available.

N. All photographs, drawings, slides, movies, day-in-the-life films, or videotapes, edited and unedited taken by anyone, in your possession, the possession of your attorney or experts, or any other person acting on your behalf, relating to plaintiff's injuries, limitations or damages, and which are not privileged work product or otherwise not discoverable.

 Yes        No   X

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

O. All documents relating to VIOXX® in plaintiff's possession or control that were generated, published or disseminated by or obtained from Merck, whether or not it originated at Merck, that were in plaintiff's possession prior to the date on which plaintiff filed his/her Complaint in this action.

 Yes        No   X

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

P. All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, discussing alleged risks of VIOXX® or any other COX-2 inhibitor drugs, or any alleged health impact, including but not limited to, newspaper articles, scientific studies, health and fitness publications, union or other organizational newsletters, bulletins, or brochures.

 Yes        No   X

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

Q. All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, concerning any guidelines, procedures, requirements, recommendations, protocols, instructions, warnings or precautions for the use of VIOXX® or any other COX-2 inhibitor drugs.



Yes _____    No   X   
Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

R.    All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, relating to any support or information group, including internet sources, concerning VIOXX® or any other COX-2 inhibitor drugs, including but not limited to communications from you, or received by you from such groups concerning VIOXX® or any other COX-2 inhibitor drugs.

Yes _____    No   X   
Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

S.    All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, concerning VIOXX® or any other COX-2 inhibitor drugs distributed by public or private organizations, including but without limitation, the American Nursing Association, the American Heart Association, the National Institutes of Health, the Occupational Safety and Health Administration, or NIOSH.

Yes _____    No   X   
Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

T.    Any videotape or sound recordings that have been broadcast on television or radio, or any newspaper, magazine or other published document wherein plaintiff has discussed VIOXX® or any aspect of the alleged incident or injury that forms the basis of this action.

Yes _____    No   X   
Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

U.    Any and all product insert data sheets, marketing materials, promotional materials, advertisements, packaging information, labels, bottles, boxes, samples, labeling fact sheets or informational sheets provided to plaintiff by any prescribing physician, pharmacy or other healthcare provider, or anyone else prior to the date on which plaintiff filed his/her Complaint in this action, and relating to VIOXX®, CELEBREX®, or BEXTRA®.

Yes _____    No   X   
Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

V.    Each and every document in plaintiff's possession or control, prior to the date on which Plaintiff filed his/her Complaint in this action, including but not limited to magazine or

newspaper articles, brochures, material from internet sites, videotapes (including videotapes of news or other television programs), or audiotapes (including tapes of news or other radio or television programs), that mentions, refers to or relates to VIOXX® and that was made available to plaintiff or reviewed by plaintiff prior to ingesting VIOXX®.

Yes _____ No __X__

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

W.     All non-privileged documents reflecting communications between plaintiff and any other person or entity, prior to the date on which plaintiff filed his/her Complaint in this action, and relating to, referring to, or regarding the allegations of the Complaint, Merck, VIOXX® or any injury you claim resulted from plaintiff's use of or exposure to, VIOXX®.

Yes _____ No __X__

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

X.     Each and every document that evidences any communication between plaintiff and any doctor, any employer, any defendant, any federal or state agency, or any other person (other than your attorney) regarding the incident made the basis of this suit or your claims in this lawsuit.

Yes _____ No __X__

Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request when responsive documents become available.

Y.     All entries in personal diaries, calendars, journals, logs, appointment books, date books, or similar materials plaintiff kept or continues to keep from January 1, 1995 to the present which relate or refer to plaintiff's medical care, medical condition, or employment and not prepared at the direction of your attorney.

Yes _____ No __X__

Plaintiff objects to this request as it calls for information protected by the attorney/client privilege. Subject to and without waiving such objection, Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request should any responsive documents become available.

Z.     Have you prepared personal diaries, calendars, journals, logs, appointment books, date books, or similar materials at the direction of your attorney(s)?

Yes _____ No __X__

Plaintiff objects to this request as it calls for information protected by the attorney/client privilege. Subject to and without waiving such objection, Plaintiff is currently not in possession of any documents responsive to this request, and reserves the right to supplement his response to this request should any responsive documents become available.

31

## CERTIFICATION

I certify under penalty of perjury that all of the information provided in this First Revised Fact Sheet is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part IX of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ROBERT L. WILLIAMS
**Print Name**

*Robert L Williams*
**Signature**

7-10-06
**Date**

_____
**Print Name**
**(Loss of Consortium Plaintiff)**

_____        _____
**Signature**                                              **Date**

## LIST OF MEDICAL PROVIDERS
## AND OTHER SOURCES OF INFORMATION

EACH PLAINTIFF IS REQUIRED TO FULLY AND ACCURATELY COMPLETE THIS FORM LISTING MEDICAL CARE PROVIDERS AND OTHER SOURCES OF INFORMATION AS REQUESTED.

List the name and address of each of the following:

A.      Your current family and/or primary care physician:

Unknown
_____
Name

_____
Street Address

_____
City, State, Zip Code

B.      To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

1.      Unknown
        _____
        Name                              Approximate Dates

        _____
        Last known address

        _____
        City, State, Zip Code

2.      _____
        Name                              Approximate Dates

        _____
        Last known address

        _____
        City, State, Zip Code

3.      _____
        Name                              Approximate Dates

        _____
        Last known address

        _____
        City, State, Zip Code

4.      _____
        Name                              Approximate Dates

        _____
        Last known address

        _____
        City, State, Zip Code

5.

| Name | Approximate Dates |
|------|-------------------|

Last known address

City, State, Zip Code

C.    Each hospital, clinic, or healthcare facility where you have received inpatient treatment during the last ten (10) years.

1.    West Houston Medical Center

Name
12141 Richmond ave

Street Address

| Houston | TX | 77082 |
|---------|-----|-------|
| City | State | Zip Code |

12/22/2003

Dates of Admission
Abdominal pain

Reason for Admission

2.

Name

Street Address

| City | State | Zip Code |

Dates of Admission

Reason for Admission

3.

Name

Street Address

| City | State | Zip Code |

Dates of Admission

Reason for Admission

3

4. _____

Name _____

Street Address _____

City _____ State _____ Zip Code _____

Dates of Admission _____

Reason for Admission _____

5. _____

Name _____

Street Address _____

City _____ State _____ Zip Code _____

Dates of Admission _____

Reason for Admission _____

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

1. _____ n/a _____

Name _____

Street Address _____

City _____ State _____ Zip Code _____

Dates of Admission _____

Reason for Admission _____

2. _____

Name _____

Street Address _____

City _____ State _____ Zip Code _____

Dates of Admission _____

Reason for Admission _____

4

3.

Name
_____

Street Address
_____

| City | State | Zip Code |
|------|-------|----------|

Dates of Admission
_____

Reason for Admission
_____

4.

Name
_____

Street Address
_____

| City | State | Zip Code |
|------|-------|----------|

Dates of Admission
_____

Reason for Admission
_____

5.

Name
_____

Street Address
_____

| City | State | Zip Code |
|------|-------|----------|

Dates of Admission
_____

Reason for Admission
_____

E.   Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

1.       Dr. Jeffrey Lee Tel (713) 464-7212
        Name
        Internal medicine
        Specialty
        8945 Long point Rd., Ste. 212
        Street Address

| Houston | TX | 77055 |
|---------|-----|-------|
| City | State | Zip Code |

        Unknown
        Dates of  Treatment

5

2.           Dr. Peter Curtis
             Name
             Emergency care
             Specialty
             12121 Richmond Ave #224
             Street Address

| Houston | TX | 77082 |
|---|---|---|
| City | State | Zip Code |

             12/22/2003
             Dates of Treatment

3.           Dr. T Anderson
             Name
             Unknown
             Specialty
             Uuknown
             Street Address

| Houston | TX | |
|---|---|---|
| City | State | Zip Code |

             2003
             Dates of Treatment

4.
             Name

             Specialty

             Street Address

| City | State | Zip Code |
|---|---|---|

             Dates of Treatment

5.
             Name

             Specialty

             Street Address

| City | State | Zip Code |
|---|---|---|

             Dates of Treatment

6

6.

Name _____

Specialty _____

Street Address _____

City _____ State _____ Zip Code _____

Dates of Treatment _____

7.

Name _____

Specialty _____

Street Address _____

City _____ State _____ Zip Code _____

Dates of Treatment _____

8.

Name _____

Specialty _____

Street Address _____

City _____ State _____ Zip Code _____

Dates of Treatment _____

9.

Name _____

Specialty _____

Street Address _____

City _____ State _____ Zip Code _____

Dates of Treatment _____

7

10.

| Name | | |
|------|------|------|
| Specialty | | |
| Street Address | | |
| City | State | Zip Code |
| Dates of Treatment | | |

F.    Each pharmacy that has dispensed medication to you in the last ten (10) years.

1.

| Walgreens | | |
|------|------|------|
| Name | | |
| 8300 Wilcrest Drive | | |
| Street Address | | |
| Houston | TX | 77072 |
| City | State | Zip Code |

2.

| Name | | |
|------|------|------|
| Street Address | | |
| City | State | Zip Code |

3.

| Name | | |
|------|------|------|
| Street Address | | |
| City | State | Zip Code |

4.

| Name | | |
|------|------|------|
| Street Address | | |
| City | State | Zip Code |

5.

| Name | | |
|------|------|------|
| Street Address | | |
| City | State | Zip Code |

8

G.    If you have submitted a claim for social security disability benefits in the last ten (10) years, state
      the name and address of the office which is most likely to have records concerning your claim.

                    n/a
            Name

            Street address

            City                          State                Zip Code


H.    If you have submitted a claim for worker's compensation, state the name and address of the entity
      which is most likely to have records concerning your claim.

                    n/a
            Name

            Street address

            City                          State                Zip Code

(ATTACH ADDITIONAL SHEETS, IF NECESSARY,
TO COMPLETE EACH SUBSECTION)

31

## <u>CERTIFICATION</u>

I certify under penalty of perjury that all of the information provided in this First Revised Fact

Sheet is true and correct to the best of my knowledge, that I have completed the List of Medical Providers

and Other Sources of Information appended hereto, which is true and correct to the best of my

knowledge, that I have supplied all the documents requested in part IX of this declaration, to the extent

that such documents are in my possession, custody, or control, or in the possession, custody, or control of

my lawyers, and that I have supplied the authorizations attached to this declaration. I am aware that if

any of the foregoing statements made by me are willfully false, I am subject to punishment.


Robert L. Williams
_____
Print Name

Robert L. Williams            7-10-06
_____     _____
Signature                             Date


_____
Print Name
(Loss of Consortium Plaintiff)


_____     _____
Signature                             Date

**Exhibit B**

|                                                          |                              |
|----------------------------------------------------------|------------------------------|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION              | **MDL Docket No. 1657**      |
| **THIS RELATES TO:**                                     |                              |
| **Civil Action No: H 05 4265**<br>**2:06cv03155-EEF-DEK** | Plaintiff: Norma Jean Brown  |

## DECLARATION OF STEVEN B. STEIN UNDER PENALTY OF PERJURY

STATE OF CALIFORNIA          §

COUNTY OF SAN FRANCISCO     §

    I declare under penalty of perjury pursuant to the laws of the State of California, that the foregoing is true and correct.

    My name is Steven Stein. I am over the age of 18 years, and am in all respects competent to make this declaration. I have personal knowledge of each of the facts and opinions stated herein, and hereby swear that all of the facts stated herein are true and correct. I am a member in good standing of the bar of the State of California and am admitted to practice before all California Federal Courts.

1. Robert Williams ("Williams"), executor of the Estate of Norma Brown, signed an Attorney Employment Agreement with Danziger & De Llano, P.C. on November 19, 2005. *See* Attachment A. Mr. Williams' agreement with Danziger & De Llano was subsequently referred to the firm of Levin, Simes & Kaiser, L.L.P. ("LSK") to which I am "Of Counsel" and in charge of the firm's Vioxx litigation,

2. After consulting with Mr. Williams as to his wishes, LSK filed a lawsuit styled, *Robert Williams, Individually and as Executor of the Estate of Norma Brown, Deceased; Dora Dixon v. Merck & Co., Inc.*, ATL-L-8255-05-MT, Superior Court of New Jersey Law Division, Atlantic County (the "New Jersey Litigation"), on December 21, 2005. *See* Attachment B.

3. Approximately two months later, Mr. Williams informed LSK that he had a received a copy of a petition filed on his behalf styled, *Robert L. Williams, as administrator of the*

*estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon an incapacitated person v. Merck & Co., Inc.*, Civil Case No. H 05-4265, United States District Court, Southern District of Texas, Houston Division (the "Federal Complaint").

4.  Upon receiving a copy of the Federal Complaint, I contacted the undersigning attorney for Mr. Williams, Price Ainsworth ("Ainsworth"). Mr. Ainsworth informed me that he also had a representation agreement that had been executed by Mr. Williams.

5.  When I questioned Mr. Williams about the existence of the agreement with Ainsworth, he confirmed that he had signed it but explained that he had believed that the agreement had come from Danziger & De Llano and that it was authorizing LSK to file suit in New Jersey. Mr. Williams never intended to retain Ainsworth, and he did not consciously authorize Ainsworth to file the instant lawsuit. From the beginning, Mr. Williams has intended, and believed, that his Vioxx claims were being pursued through the New Jersey Litigation alone.

6.  On or about March 2006, I attempted to resolve this misunderstanding with Defendant Merck & Co., Inc. ("Merck") without success. Specifically, Merck has refused to consent to a stipulation of dismissal of the instant suit. *See* Attachment C, E-mail chain from Steve Stein to Cecily Williams dated April 25, 2006.

7.  Mr. Williams has informed me that he wishes to have the suit file by Mr. Ainsworth dismissed, as he did not knowingly retain Mr. Ainsworth and does not wish for that attorney to represent him. He never intended for the Federal Complaint to be filed and that lawsuit was filed solely as a result of a misunderstanding. Mr. Williams intends to pursue his Vioxx claims exclusively through the New Jersey Litigation.

8.  As can be seen from the discovery pleading filed and served on Merck in the New Jersey litigation, titled "Plaintiff's Fact Sheet" and attached hereto as Attachment D, the New Jersey lawsuit is actively being pursued by LSK on behalf of the plaintiff and is current in all aspects required by the Case Management Orders in that litigation.


Dated: September 28, 2006
        San Francisco, CA


                                            Steven B. Stein

**Attachment A**

## ATTORNEY EMPLOYMENT AGREEMENT

I, *Robert L. Williams* ("Client") hereby employ the LAW OFFICES OF DANZIGER & DE LLANO, PC ("Attorneys"), to represent me in the matter of all my claims and causes of action, both legal and equitable for damages or equitable relief against the Drug Manufacturer of Vioxx and all other responsible parties, arising directly or indirectly, because of injuries and damages sustained from taking Vioxx. I hereby authorize such Attorneys to institute suit on my behalf.

In consideration of the services rendered and to be rendered by Attorneys in the prosecution of our claims, I hereby assign and transfer to Attorneys a present a 33 1/3% interest in my claims or causes of action in the event a settlement is made before a lawsuit is filed, 40% interest in my claims or causes of action in the event a suit is filed and a present 45% in the event a notice of appeal has been given or an appeal bond has been filed. I understand that I am giving up at this time to Attorneys the amount stated above.

It is further agreed between the parties as follows:

1.  **If no recovery is obtained, Client will not be responsible for any Attorney's fees or any other expenses.**

2.  Client agrees that Attorneys may refer this matter to another lawyer or associate additonal lawyers to assist in representing Client and prosecuting the Client's cause of action. Prior to the referral or association becoming effective, Client shall consent in writing to the terms of the arrangement after being advised of (1) the identity of the lawyer or law firm involved, (2) whether the fees will be divided based on the proportion of services rendered or by lawyers agreeing to assume joint reponsibility for the representation, and (3) the share of the fee that each lawyer or law firm will receive or, if the division is based on the proportion of services performed, the basis on which the division will be made. The referral or association of additional attorneys will not increase the total fee owed by the Client.

3.  Client has represented to Attorneys that he does not have an attorney fee contract with any other attorney concerning the subject matter of this Agreement.

4.  That any expenses incurred relating to the prosecution of such suit may, in Attorneys' sole discretion, be advanced by Attorneys but shall be paid out of Client's share of the recovery, if any. However, in no event will all attorney's fees and expenses every exceed 49% of the gross recovery.

5.  Client will make no settlement of the claim or claims herein, or accept any sum as reimbursement for any of Client's injuries and damages or expenses, without Attorneys' consent. Attorney will make no settlement or accept any sum of monies without Client's consent.

6.  That Attorneys, after investigation or review of this matter, may withdraw in such matter by giving notice in writing to Client and that no further consent is necessary.

_____
Initials

7.  Client understands that Attorneys have made no representations concerning the favorable outcome of any legal action that may be filed, and have not guaranteed that Attorneys will obtain the reimbursement to Client of any of his costs or expenses resulting from the incident out of which the claim arises.  Client further expressly acknowledges that all statement of Attorneys on these matter are the statement of opinion only.  Client further understands that Attorneys are not retained to give Client any federal or state income tax advice.

8.  ANY DISPUTE ARISING BETWEEN ATTORNEYS AND CLIENT RELATING DIRECTLY OR INDIRECTLY TO THIS AGREEMENT OR ATTORNEYS' REPRESENTATION OF CLIENT IN THE MATTER WHICH THE SUBJECT OF THIS AGREEMENT, WILL BE SUBMITTED TO BINDING ARBITRATION PURSUANT TO THE RULES OF THE AMERICAN ARBITRATION ASSOCIATION.

9.  I grant to Attorneys the right to execute on my behalf all settlement documents pertaining to the full and final resolution or Final Judgment of all my claims and causes of action against all responsible parties, including but not limited to Release, Motions to Dismiss with Prejudice or Voluntary Nonsuit.

10. I acknowledge that I have read and do understand this Assignment and Power of Attorney in its entirety; that the Assignment has been clearly explained to me and that I fully understand the terms and conditions of same and agrees to abide by the terms hereof.

EXECUTED ON THIS __19__ day of __Nov__, 2005.

_Robert L Williams_
Signature

_Robert L. Williams_
Print Name

_____
DANZIGER & DE LLANO

Tel: 1 800 314-4499 (Toll Free)
Tel:   713 222-9990
Fax:  713-222-8866

Address _____

Zip _____

Home telephone #:_____
Work telephone #:_____

2

**Attachment B**