| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: H 05 4265<br>2:06cv03155-EEF-DEK | Plaintiff: Norma Jean Brown |

## ORDER FOR NONSUIT WITHOUT PREJUDICE

Plaintiff Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person, filed a Motion for Nonsuit Without Prejudice on September 26, 2006. Plaintiff Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person, informed the Court that Plaintiff had initiated a similar lawsuit in the State of New Jersey. After considering Plaintiff's Motion for Nonsuit Without Prejudice, the Court GRANTS the Motion.

It is therefore ORDERED that Plaintiff Williams' Complaint be DISMISSED WITHOUT PREJUDICE.

Signed and entered this _____ day of _____, 2006.

_____
JUDGE PRESIDING



PAGE 4

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: H 05 4265<br>2:06cv03155-EEF-DEK | Plaintiff: Norma Jean Brown |

## ORDER FOR NONSUIT WITHOUT PREJUDICE

Plaintiff Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person, filed a Motion for Nonsuit Without Prejudice on September 26, 2006. Plaintiff Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person, informed the Court that Plaintiff had initiated a similar lawsuit in the State of New Jersey. After considering Plaintiff's Motion for Nonsuit Without Prejudice, the Court GRANTS the Motion.

It is therefore ORDERED that Plaintiff Williams' Complaint be DISMISSED WITHOUT PREJUDICE.

Signed and entered this _____ day of _____, 2006.

_____
JUDGE PRESIDING

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: H 05 4265<br>2:06cv03155-EEF-DEK | Plaintiff: Norma Jean Brown |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

After considering Plaintiff Robert L. Williams' motion for protective order, the Court:

GRANTS the motion and ORDERS that Plaintiff shall have 20 days from the final resolution of Plaintiff's Motion to Nonsuit Without Prejudice to file a Plaintiff Profile Form with the Court.

Signed and entered this _____ day of _____, 2006.

_____
JUDGE PRESIDING

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____ PAGE 5
___ Doc. No_____

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: H 05 4265<br>2:06cv03155-EEF-DEK | Plaintiff: Norma Jean Brown |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

After considering Plaintiff Robert L. Williams' motion for protective order, the Court:

GRANTS the motion and ORDERS that Plaintiff shall have 20 days from the final resolution of Plaintiff's Motion to Nonsuit Without Prejudice to file a Plaintiff Profile Form with the Court.

Signed and entered this _____ day of _____, 2006.

_____
JUDGE PRESIDING