FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 16  PM 2: 38

LORETTA G. WHYTE
CLERK



RECEIVED
OCT - 2 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Ruby Evans



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Ruby Evans, on behalf of the heirs of her husband Charles S. Evans, Jr.<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Ruby Evans, on behalf of the heirs

of her husband Charles S. Evans, Jr., and Merck & Company, Inc., stipulate to the dismissal of the

the above-captioned action, with each party to bear its own costs and attorneys' fees. Should she seek

to refile, Plaintiff Ruby Evans will refile in the federal multi-district litigation and not in state court.

___ Fee_____
___ Process._____
_X_ Dktd _____
___ CtRmDep._____
___ Doc. No._____

DATED this **26** day of **SEPTEMBER**, 2006.

MORGAN, MINNOCK, RICE & JAMES, L.C.

Stephen F. Edwards
Attorneys for Plaintiff

DATED this **18** day of **Sept.**, 2006.

RAY, QUINNEY & NEBEKER

Rick Rose
Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 26th day of September, 2006.