STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732



Attorneys for Ruby Evans

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Ruby Evans, on behalf of the heirs of her husband Charles S. Evans, Jr.<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br>**AFFIDAVIT OF RUBY EVANS** |

Ruby Evans, being first duly sworn, states as follows:

1. I am the widow of Charles S. Evans, Jr., who was one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2.  I have been substituted for my husband, who passed away on August 11, 2002, as the Plaintiff in the above-captioned matter on behalf of the heirs of Charles S. Evans, Jr.

3.  It is my desire and request that my claim, on behalf of the heirs of my husband, Charles S. Evans, Jr., against Merck & Company, Inc., be dismissed without prejudice.

4.  Should I seek to refile a Complaint against Merck & Company, Inc., I will refile in the federal multi-district litigation and not in state court.

FURTHER AFFIANT SAYETH NOT.

_____
Ruby Evans

STATE OF Utah          )
                       :ss
COUNTY OF Davis        )

Sworn to and subscribed before me this 4 day of May, 2006.

_____
Notary Public

My Commission Expires:
June 13, 2009

NOTARY PUBLIC
DEBRA L. SMITH
455 South 300 East #300
Salt Lake City, Utah 84111
My Commission Expires
June 13, 2009
STATE OF UTAH

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AFFIDAVIT OF RUBY EVANS** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 26th day of September, 2006.

_____