IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>Products Liability Litigation | §<br>§<br>§<br>§ | MDL NO. 1657<br><br>SECTION: L |
| This Document Relates to:<br>*Cathy Sullivan v. Merck & Co., Inc.*<br>No. 2:06-cv-05603 | §<br>§<br>§ | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL AS TO
## PLAINTIFF CATHY SULLIVAN, ONLY

On this the _____ day of _____, 2006 came on to be heard the parties Joint Stipulation of Dismissal as to all causes of action brought by Plaintiff CATHY SULLIVAN, only. The Court is of the opinion that the same is meritorious and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that all stipulations set forth in the underlying joint motion are expressly approved by the Court and that all causes of action brought by Plaintiff CATHY SULLIVAN, only, are hereby DISMISSED without prejudice.

*Denied*
*See Pretrial order 8B.*

_____
Honorable Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.____