FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 16  PM 5: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| JOHN MATTHEWS, | ) | |
| Plaintiff, | ) | |
| and | ) | No. 06-C-0373-S |
| | ) | |
| WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION, | ) | 06-5606 |
| | ) | |
| Involuntary Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC. | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wisconsin Physicians Service Insurance Corporation appears by Christine M. Witherill, its attorney, in the above-entitled action and demands that copies of all papers subsequent to the Complaint in said action be served upon her at her office address set forth below.

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No

Dated this 11th day of October, 2006.

                                       WISCONSIN PHYSICIANS SERVICE
                                       INSURANCE CORPORATION

                     By: _____
                                       Christine M. Witherill
                                       State Bar No. 1020982
                                       Associate Counsel
                                       1717 W. Broadway
                                       P. O. Box 8190
                                       Madison, WI 53708-8190
                                       Tel: (608) 221-5078
                                       Fax: (608) 223-5898
                                       Email: christine.witherill@wpsic.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * *

---

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN MATTHEWS, ) | |
| Plaintiff, ) | |
| and ) | No. 06-C-0373-S |
| ) | |
| WISCONSIN PHYSICIANS SERVICE ) | |
| INSURANCE CORPORATION, ) | |
| ) | |
| Involuntary Plaintiff, ) | |
| v. ) | |
| ) | |
| MERCK & CO., INC. ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006 I caused to be served electronically the Notice of Appearance and Answer to Complaint, Cross Claim and Claim of Wisconsin Physicians Service Insurance Corporation to the following Court and attorneys of record:

U.S. District Court, Western District of Wisconsin: ecf@wiwd.uscourts.gov
Russ M. Herman: rwestenfeld@hhkc.com
Phillip A. Wittmann: pwittmann@stonepigman.com
Kent Carnell: kcarnell@lawtoncates.com

And I hereby certify also that there were mailed by the United States Postal Service the documents to the following Court and attorneys of record:

U.S. District Court
Eastern District of Louisiana
Clerk's Office
500 Poydras Street, Room C-151
New Orleans, LA 70130

Mark A. Griffin
Keller Rohrback, L.L.P
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Rob Williamson
Williamson & Williams
811 First Avenue, Suite 620
Seattle, WA 98104

WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION

*Sonja M. Schade* (signature)
Sonja M. Schade, Legal Secretary

- 2 -