UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 16 PM 5:53

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * *

---

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN MATTHEWS, ) | |
| Plaintiff, ) | |
| and ) | No. 06-C-0373-S |
| ) | |
| WISCONSIN PHYSICIANS SERVICE ) | 06-5606 |
| INSURANCE CORPORATION, ) | |
| ) | |
| Involuntary Plaintiff, ) | |
| v. ) | |
| ) | |
| MERCK & CO., INC. ) | |
| Defendant. ) | |

### ANSWER TO COMPLAINT, CROSS CLAIM AND CLAIM
### OF WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION

Wisconsin Physicians Service Insurance Corporation, (Hereinafter, "WPS"), Defendant,

by and through its attorney, Christine M. Witherill, as and for its Answer to the Complaint of

John Matthews:

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

1. Answering paragraph one (1) of the Complaint, WPS admits, upon information and belief, the allegations contained therein.

2. Answering paragraph two (2) of the Complaint, WPS admits, upon information and belief, the allegations contained therein.

3. Answering paragraph three (3) of the Complaint, WPS admits its identity as stated in the Complaint and that it has paid claims as stated in paragraph three (3) of the Complaint, however, as to the remainder of the allegations contained in paragraph (3) of the Complaint, WPS denies each and every allegation contained therein and affirmatively alleges its right to subrogation to the extent it has paid claims on behalf of Matthews.

4. Answering paragraph four (4) of the Complaint, WPS admits, upon information and belief, the allegations contained therein.

5. Answering paragraphs five (5) through ninety-two (92) of the Complaint, WPS is without information sufficient to determine the truth of the allegations contained therein, therefore, it denies the same and puts Plaintiff to his strict proof thereon.

6. Answering paragraph six (6) of the Complaint, WPS admits the allegations contained therein.

## CROSS CLAIM AND CLAIM

WPS cross-claims against the Plaintiff John Matthews, and claims against the defendant, Merck & Co., Inc., as follows:

1. Realleges the Plaintiff's Complaint except as modified by the foregoing answer of WPS.

2. Realleges, as if fully set forth, the foregoing answer and affirmations of WPS.

3. The Plaintiff, John Matthews, is required to reasonably cooperate with WPS in the prosecution of this claim, and do nothing to compromise or hinder that prosecution.

**WHEREFORE**, WPS demands judgment for damages as allowed by law in the event of any settlement or verdict by the Plaintiff, John Matthews, together with its taxable costs and such other and further relief as the Court deems just and equitable.

Dated this 11th day of October, 2006.

> WISCONSIN PHYSICIANS SERVICE
> INSURANCE CORPORATION
>
> By: *(signature)*
> Christine M. Witherill
> State Bar No. 1020982
> Associate Counsel
> 1717 W. Broadway
> P. O. Box 8190
> Madison, WI 53708-8190
> Tel: (608) 221-5078
> Fax: (608) 223-5898
> Email: christine.witherill@wpsic.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

-------------------------------------------------------------------------------

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

JOHN MATTHEWS,
                Plaintiff,
and                                            No. 06-C-0373-S

WISCONSIN PHYSICIANS SERVICE
INSURANCE CORPORATION,

                Involuntary Plaintiff,
    v.

MERCK & CO., INC.
                Defendant.

### CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006 I caused to be served electronically the Notice of Appearance and Answer to Complaint, Cross Claim and Claim of Wisconsin Physicians Service Insurance Corporation to the following Court and attorneys of record:

U.S. District Court, Western District of Wisconsin: ecf@wiwd.uscourts.gov
Russ M. Herman: rwestenfeld@hhkc.com
Phillip A. Wittmann: pwittmann@stonepigman.com
Kent Carnell: kcarnell@lawtoncates.com

And I hereby certify also that there were mailed by the United States Postal Service the documents to the following Court and attorneys of record:

U.S. District Court
Eastern District of Louisiana
Clerk's Office
500 Poydras Street, Room C-151
New Orleans, LA 70130

Mark A. Griffin
Keller Rohrback, L.L.P
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Rob Williamson
Williamson & Williams
811 First Avenue, Suite 620
Seattle, WA 98104


WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION

*Sonja M. Schade*
Sonja M. Schade, Legal Secretary