UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| Elsie Román-Iglesias, et al. v. Merck & Co., Inc., et als., MDL Docket No. 05-cv-06405 | MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Elsie D. Román-Román and Luis Román-Román (hereinafter collectively "Román"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1.  Román agrees that in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in the United States District Court; and

2.  Román further agrees that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re Vioxx Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Román, as though Román had been a party and had an opportunity to participate in that discovery.

Román agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. Apart from Merck, Román agrees that the dismissal without prejudice includes the claims made against the following unserved defendants, to wit: Astra Merck, Inc.; Merck Sharp & Dohme P.R. LTD; Merck Sharp & Dohme Chemical; Merck & Company, Incorporated; Merck de P.R., Inc.; Merck Sharp & Dohme Química de P.R.   There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

**TRONCOSO & SCHELL**
PO Box 9023362
San Juan, PR 00902-3362
Telephone (787) 722-0741
Telefax (787) 724-2563

By: /s/ Francisco M. Troncoso
Francisco M. Troncoso
USDC-PR No. 120007
ftroncoso@troncosolaw.com

Attorneys for Plaintiffs

**STONE PIGMAN WALTHER WITTMANN LLC**
Phillip A. Whittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
546 Carondelet Street
New Orleans, LA 70130
Telephone (504) 581-3200
Telefax (504) 581-3361

By: /s/ Phil Wittmann

Defendants' Liaison Counsel

**McCONNELL VALDÉS**
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5640
Telefax: (787) 759-2794

By: /s/
Manuel Moreda Toledo
USDC-PR No. 120913
mmt@mcvpr.com

Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic filing in accord with the procedures established in MDL 1657, on this 23 day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone (504) 581-3200
Telefax (504) 581-3361
Dwimberly@stonepigman.com

Defendants' Liaison Counsel