UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Johnnie Barr, et al. v. Merck & Co., Inc., et al.* No. 05-6369

---

PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

---

1. Plaintiffs, Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith ("Plaintiffs") files this Motion to Substitute Edward Blizzard, Attorney-in-Charge, and the law firm of Blizzard, McCarthy & Nabers, LLP as counsel for Plaintiffs in place of the law firm of Bailey, Blizzard, Salim & Fibich, LLP.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. The substitution of counsel is agreed to by the Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith.

Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith respectfully request that the Court grant this Motion and all other just relief.

.

                Respectfully submitted,

                Bailey, Blizzard, Salim & Fibich, LLP

                _____
                KENNETH T. FIBICH
                Texas Bar No. 06952600
                Withdrawing Attorney-In-Charge for
                **Plaintiffs Johnnie Barr, individually and**
                **as surviving spouse of Sharon Tillman-**

Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith

Blizzard, McCarthy & Nabers, LLP

*/s/ Rebecca B. King*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: (713) 844-3750
Fax:    (713) 844-3763
Substituting Attorney-In-Charge for Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving

                                        **daughter of Pedro Montanez Padilla,
Deceased, Arlene Pavek, Elva Simpson,
and William Arthur Smith**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Motion for Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A on October 24, 2006. The undersigned hereby certifies that counsel will make the change directly on File & Serve LexisNexis as soon as the Order is entered.

_____
Rebecca B. King