UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Johnnie Barr, et al. v. Merck & Co., Inc., et al.* No. 05-6369

## ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court considered Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith's ("Plaintiffs") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that the law firm of Bailey, Blizzard, Salem & Fibich, LLP are granted leave to withdraw as counsel of record for the Plaintiffs and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiffs Johnnie Barr,

individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith.

Signed this _____ day of _____, 2006

_____
Judge Presiding


APPROVED AND AGREED TO:

Bailey, Blizzard, Salim & Fibich, LLP

_/s/ Rebecca B. King_____
REBECCA B. KING
Texas Bar No. 24027110
Withdrawing Attorney-In-Charge for
Plaintiffs Johnnie Barr, individually and
as surviving spouse of Sharon Tillman-
Barr, Deceased, Eddie F. Chapman,
Henry Dinkins, Annita J. Fulton, James
H. Hinton, individually and as surviving
spouse of Donna B. Hinton, Deceased,
Lillie Hunter, individually and as
surviving daughter of Tommie James
Hunter, Myrna L. Jensen, Joseph Jewis,
Debra A. Longenberger, Laura
McComas, Annis M. McClarty, Flora
Padilla, individually and as surviving
daughter of Pedro Montanez Padilla,
Deceased, Arlene Pavek, Elva Simpson,
and William Arthur Smith

Blizzard, McCarthy & Nabers, LLP

*/s/ Rebecca B. King*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: (713) 844-3750
Fax:     (713) 844-3763
**Substituting Attorney-In-Charge for Plaintiffs Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr, Deceased, Eddie F. Chapman, Henry Dinkins, Annita J. Fulton, James H. Hinton, individually and as surviving spouse of Donna B. Hinton, Deceased, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, Myrna L. Jensen, Joseph Jewis, Debra A. Longenberger, Laura McComas, Annis M. McClarty, Flora Padilla, individually and as surviving daughter of Pedro Montanez Padilla, Deceased, Arlene Pavek, Elva Simpson, and William Arthur Smith**