UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>Products Liability Litigation | * | MDL NO 1657 |
| | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

**THIS DOCUMENT RELATES TO** *Bustos, et al. v. Merck & Co., Inc.,* **No. 05-1810, previously filed as 1:05-0163; W.D. Tex.**

## ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court considered Defendant Merck & Co., Inc.'s ("Merck") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Charles A. Deacon is granted leave to withdraw as counsel of record for Merck and that he is relieved from all responsibility as attorney-in-charge in this cause.

It is also ORDERED that Stacey A. Martinez is now substituted as counsel of record and attorney-in-charge for Merck.

Signed this _____ day of _____, 2006.

_____
Judge Presiding

APPROVED AND AGREED TO:

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Charles A. Deacon
State Bar No. 05673300

300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

**Withdrawing Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

Thomas A. Countryman, Senior Counsel
State Bar No. 04888100
Anne E. Grigg
State Bar No. 24032252
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Norman C. Kleinberg
Theodore V.H. Mayer
Charles Avrith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Stacey A. Martinez
State Bar No. 13144575
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

**Substituting Attorney-in-Charge for Defendant Merck & Co., Inc.**

OF COUNSEL:

Anne E. Grigg
State Bar No. 24032252
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

Charles A. Deacon
State Bar No. 0567330
Emilie K. Paterson
State Bar No. 24027712
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205