MINUTE ENTRY
FALLON, J.
OCTOBER 20, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
   *Mason v. Merck & Co., Inc.*, 06-810

The pretrial conference was held on this date in the Chambers of Judge Eldon E. Fallon. Edward Blizzard and Amy Carter participated on behalf of the Plaintiff. Phil Beck and Tarek Ismail participated on behalf of the Defendant. At the conference, the parties discussed issues relating to the upcoming trial.

The Court imposed time limits for the trial of this case. Accordingly, IT IS ORDERED that on Monday, October 30, 2006, the parties will pick the jury and make opening statements. IT IS FURTHER ORDERED that the Plaintiff will have from Tuesday, October 31, 2006 until Tuesday, November 7, 2006 (including Saturday, November 4, 2006 if necessary) to try his case. IT IS FURTHER ORDERED that the Defendant will have from Wednesday, November 8, 2006 until Tuesday, November 14, 2006 to try its case (including Saturday, November 11, 2006 if necessary). On Wednesday, November 15, 2006, the parties will present closing arguments and

JS10(00:45)

the case will be submitted to the jury. The parties are of course free to use less than the allotted time, in which event the case will be submitted to the jury prior to Wednesday, November 15, 2006.

The Court also reviewed the jury questionnaires with the parties on the record, and excused a number of jurors for cause.

The Court's electronic equipment shall be available for the parties' use during trial. The courtroom will be available to the parties on Friday, October 27, 2006, at 9:00 a.m. for setup and preparation. The parties should contact Courtroom Deputy Gaylyn Lambert, 504-589-7686, with any questions about setup and preparation.

