UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
   *Dedrick v. Merck & Co., Inc.*, 05-2524

## ORDER

Pursuant to the joint request of the parties, IT IS ORDERED that the Pre-Trial Conference scheduled for November 10, 2006 is CONTINUED until November 20, 2006 at 9:00 a.m. IT IS FURTHER ORDERED that the final hearing on *Daubert* and Dispositive motions, motions *in limine*, and objections to deposition designations, deposition exhibits, and trial exhibits scheduled for November 17, 2006 is also CONTINUED until November 20, 2006 at 9:00 a.m.

New Orleans, Louisiana, this   20th   day of   October  , 2006.

                                                      UNITED STATES DISTRICT JUDGE