UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
   *Mason v. Merck & Co., Inc.*, 06-810

## ORDER

IT IS ORDERED that the Defendant's Motion to Exclude Testimony of Jerry Avorn, M.D. (Rec. Doc. 7199) is DENIED AS MOOT. The Court's rulings will be noted on the deposition designation transcript.

New Orleans, Louisiana, this   20th   day of    October   , 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-