UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  | : | MDL NO. 1657 |
|---|---|---|
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : | |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO
  *Adams, et al. v. Merck & Co., Inc., et al.*, 06-271 & 06-2101
  *Puma v. Merck & Co., Inc., et al.*, 05-6697 & 06-1890
  *Watson, et al. v. Merck & Co., Inc., et al.*, 06-2000 & 06-2349

## ORDER

From time to time, the Judicial Panel on Multidistrict Litigation will amend, vacate, or reinstate an order transferring cases to the Eastern District of Louisiana to join this MDL.  This has caused the Court to unnecessarily issue multiple case numbers in several cases. Accordingly, these cases should be referred to as follows:

1. *Adams, et al. v. Merck & Co., Inc., et al.*, 06-271 & 06-2101: IT IS ORDERED that 06-2101 is the correct case number and that 06-271 is hereby CLOSED.

2. *Puma v. Merck & Co., Inc., et al.*, 05-6697 & 06-1890: IT IS ORDERED that 06-1890 is the correct case number and that 05-6697 is hereby CLOSED.

3. *Watson, et al. v. Merck & Co., Inc., et al.*, 06-2000 & 06-2349: IT IS ORDERED that

06-2000 is the correct case number and that 06-2349 is hereby CLOSED.

New Orleans, Louisiana, this ___20th___ day of October, 2006.

UNITED STATES DISTRICT JUDGE

2