IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DOCKET NO. 1657
C.A. NO. 06-3666

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

QUIROZ, ET AL v. MED-CURE, ET AL

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS,
MED-CURE PRIMARY CARE PHYSICIANS, P.A.,
GUILLERMO ACEVEDO, M.D., and NAZMUDIN KESHWANI, M.D.**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW all parties and file this stipulation of dismissal with prejudice of all of plaintiffs' claims and causes of action against defendants, Med-Cure Primary Care Physicians, P.A., Guillermo Acevedo, M.D. and Nazmudin Keshwani, M.D. Plaintiffs no longer desire to prosecute their claims against these defendants. All parties to this action stipulate to this dismissal, as evidenced by their signatures below.

WHEREFORE, PREMISES CONSIDERED, all parties respectfully request that this Honorable court dismiss with prejudice all of plaintiffs' claims and causes of action against defendants, Med-Cure Primary Care Physicians, P.A., Guillermo Acevedo, M.D. and Nazmudin Keshwani, M.D. and that all of plaintiffs' remaining claims against all other defendants not be affected by this stipulation.

Respectfully submitted,

*[signature]*

Robert M. Davant, III
State Bar No. 24001969
Attorney and Counselor at Law
11811 North Freeway, Suite 500
Houston, Texas 77060
Tel: (281) 591-4770
Fax: (281) 591-4771
ATTORNEY FOR PLAINTIFFS


KAROTKIN & ASSOCIATES

by *[signature]*

Philip A. Sellers
Fed ID No. 21116
State Bar No. 18015400
3555 Timmons Lane, Suite 850
Houston, Texas 77027
Tel: (713) 963-0533
Fax: (713) 963-0544
ATTORNEYS FOR DEFENDANTS, MED-CURE
PRIMARY CARE PHYSICIANS, P.A. and
GUILLERMO ACEVEDO, M.D.


BAKER BOTTS, L.L.P.

by _____

William Zachary Hughes
State Bar No. 24032441
910 Louisiana Street
Houston, Texas 77002-4995
Tel: (713) 229-2151
Fax: (713) 229-7851
ATTORNEYS FOR MERCK

Respectfully submitted,

---

Robert M. Davant, III
State Bar No. 24001969
Attorney and Counselor at Law
11811 North Freeway, Suite 500
Houston, Texas 77060
Tel: (281) 591-4770
Fax: (281) 591-4771
ATTORNEY FOR PLAINTIFFS


KAROTKIN & ASSOCIATES


by _____
Philip A. Sellers
Fed ID No. 21116
State Bar No. 18015400
3555 Timmons Lane, Suite 850
Houston, Texas 77027
Tel: (713) 963-0533
Fax: (713) 963-0544
ATTORNEYS FOR DEFENDANTS, MED-CURE
PRIMARY CARE PHYSICIANS, P.A. and
GUILLERMO ACEVEDO, M.D.


BAKER BOTTS, L.L.P.


by _____
William Zachary Hughes
State Bar No. 24032441
910 Louisiana Street
Houston, Texas 77002-4995
Tel: (713) 229-2151
Fax: (713) 229-7851
ATTORNEYS FOR MERCK