IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DOCKET NO. 1657
C.A. NO. 06-3666

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23 PM 12: 34

LORETTA G. WHYTE
CLERK

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

QUIROZ, ET AL v. MED-CURE, ET AL

### ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS, MED-CURE PRIMARY CARE PHYSICIANS, P.A., GUILLERMO ACEVEDO, M.D., and NAZMUDIN KESHWANI, M.D.

On this day the court considered the stipulation of all parties to dismiss with prejudice all of plaintiffs' claims and causes of action against defendants, Med-Cure Primary Care Physicians, P.A., Guillermo Acevedo, M.D. and Nazmudin Keshwani, M.D. It is therefore

ORDERED that all of plaintiffs' claims and causes of action against defendants, Med-Cure Primary Care Physicians, P.A., Guillermo Acevedo, M.D. and Nazmudin Keshwani, M.D., are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that all of plaintiffs' remaining claims and causes of action against all other defendants are not affected by this order.

SIGNED this __20th__ day of __October__, 2006.

_____
JUDGE PRESIDING

___ Fee _____
_✓_ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____