MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 2.0338 | 05/01/1999 | "Gierse JK, et al. ""Kinetic basis for selective inhibition of cyclooxygenases."" Biochem. J. 1999 May 1;339 (pt 3):607-14." |
| 2.0339 | 07/01/2000 | "Goldstein JL. ""Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor."" Am J Gastroenterol. 2000 Jul; 95(7): 1681-1690." |
| 2.0340 | 10/01/2000 | "Halpin RA. ""The absorption, distribution, metabolism and excretion of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor in rats and dogs."" Drug Metab Dispos. 2000 Oct:28(10:1244-54." |
| 2.0341 | 06/01/2002 | "Halpin RA. ""The disposition and metabolism of rofecoxib, a potent and selective COX-2 inhibitor in human subjects."" Drug Metab Dispo. 2002; 30(6):684-93." |
| 2.0342 | 02/01/2000 | "Hawkey C. ""Comparison of the effects of rofecoxib (a cyclooxygenase-2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, controlled, double-blind, placebo-controlled trial."" Arthritis Rheum. |
| 2.0343 | 06/01/2003 | "Hawkey, C. ""Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study."" Gut. 2003 Jun;52(6):820-6." |
| 2.0344 | 03/01/2001 | "Huang JJ. ""Preoperative oral rofecoxib does not decrease postoperative pain or morphine consumption in patients after radical prostatectomy: a prospective, randomized, double-blinded, placebo-controlled trial."" J Clin Anesth. 2001 Mar;13(2)94-7." |
| 2.0345 | 01/01/2004 | "Juni P. ""Discontinuation of Vioxx. The Lancet. 2005;365:23-27. (Reply to Article by Peter Juni: Risk of CV events & rofecoxib.) Response to Comments in Lancet 2005"" at page 26; 365:23-28." |
| 2.0346 | 12/9/2002 | "Juni P, Dieppe P, Egger M. ""Risk of myocardial infarction associated with selective COX-2 inhibitors."" Arch Intern Med. 2002 Dec;162:2639-40." |
| 2.0347 | 11/01/2001 | "Kammerl MC. ""Inhibition of Cox-2 counteracts the effects of diuretics in rats."" Kidney Int. 2001 Nov;60(5):1684-91." |
| 2.0348 | 09/01/2001 | "Kammerl MC. ""Inhibition of cyclooxygenase-2 attenuates urinary prostanoid excretion without affecting renal renin expression."" Pflugers Arch. 2001 Sep;442(6):842-7." |
| 2.0349 | 2004 | "Katz N, Rodgers DB, Krupa D, Reicin A. ""Onset of pain relief with rofecoxib in chronic low back pain: results of two four week, randomized, placebo-controlled trials."" Curr Med Res Opin 2004;20:651-58." |
| 2.0350 | 02/01/2005 | "Kimmel SE. ""Patients exposed to Rofecoxib and Celecoxib have different odds of nonfatal myocardial infarction."" Ann Intern Med. 2005 Feb 1; 142(3):157-64." |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 2.0351 | 05/01/2004 | "Kivitz A, Greenwald MW, Cohen SB, Polis AB, Najarian DK, Dixon ME, Moidel RA, Green JA, Baraf HSB, Petruschke RA, Matsumoto AK, Geba GP. ""Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1000 mg in patients with osteoarthritis of the knee."" J" |
| 2.0352 | 7/1/2005 | "Konstantinopoulos PA, Lehmann DF. ""The Cardiovascular Toxicity of Selective and Nonselective Cyclooxygenase Inhibitors: Comparisons, Contrasts, and Aspirin Confounding."" J Clin Pharmacol. 2005 Jul;45(7):742-50." |
| 2.0353 | 02/01/2001 | "Laine L. ""Approaches to nonsteroidal anti-inflammatory drug use in the high-risk patient."" Gastroenterology. 2001 Feb;120(3):594-606." |
| 2.0354 | 04/18/2002 | "Layton D, Riley J, Wilton L, Shakir SA. ""Safety profile of rofecoxib as used in general practice in England: results of a prescription-event monitoring study."" Br J Clin Pharmacol. 2003 Feb;55(2):166-74." |
| 2.0355 | 5/1/03 | "Layton D, Heeley E, Hughes K, Shakir SA. ""Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data."" Rheumatology (" |
| 2.0356 | 09/01/2004 | "Layton D, Wilton LA, Shakir SA. "" Safety profile of celecoxib as used in general practice in England: results of a prescription-event monitoring study."" Eur J Clin Pharmacol. 2004 Sep;60(7):489-501." |
| 2.0357 | 4/5/2005 | "Lévesque, et al. ""The Risk of Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults"" Ann Intern Med. 2005 Apr 5;142(7):481-9." |
| 2.0358 | 06/15/2005 | "Lin M. ""Risk estimates for drugs suspected of being associated with Stevens-Johnson syndrome and toxic epidermal necrolysis: a case-control study."" Intern Med J. 2005 Mar;35(3): 188-90." |
| 2.0359 | 04/10/2000 | "Lipsky PE. ""Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease."" Arch Intern Med. 2000 Apr 10; 160(7):913-920." |
| 2.0360 | 04/01/2002 | "Lundmark J. ""A possible interaction between lithium and rofecoxib.""" |
| 2.0361 | 11/22/1997 | "Macdonald TM. ""Association of upper gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs with continued exposure."" BMJ. 1997 Nov 22;315(7119):1333-7." |
| 2.0362 | 1/5/1999 | "McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. ""Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2."" Proc. Natl. Acad. Sci. USA. 1999 Jan;96:272-277." |
| 2.0363 | 01/02/1999 | "McCormick PA. ""Cox-2 inhibitor and fulminant hepatic failure."" Lancet. 1999 Jan 2;353(9146):40-1." |
| 2.0364 | 01/01/2002 | Prescribing Information for Vioxx. Found at: http://www.vioxx.com/rofecoxib/vioxx/consumer/prescribing_information.jsp |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| ID | Date | Citation |
|---|---|---|
| 2.0365 | 12/15/1993 | "Mitchell JA. ""Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase."" Proc Natl Acad Sci USA. 1993 Dec 15;90(24):11693-7." |
| 2.0366 | 10/01/1999 | "Morrison BW. ""Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial."" Obstet Gynecol. 1999 Oct;94(4):504-8." |
| 2.0367 | 11/01/2001 | "Mukherjee DM, et al. ""Cox-2 inhibitors and cardiovascular risk: we defend our data and suggest caution."" Cleve Clin J Med. 2001 Nov;68(11):963-4." |
| 2.0368 | 12/04/2000 | "Nicoll-Griffith DA. ""Synthesis, characterization, and activity of metabolites derived from the cyclooxygenase-2 inhibitor of rofecoxib."" Bioorg Med Chem Lett. 2000 Dec 4;10(23):2683-6." |
| 2.0369 | 07/01/2001 | "Pall M. ""Induction of delayed follicular rupture in the human by the selective Cox-2 inhibitor rofecoxib: a randomized double-blind study."" Hum Reprod. 2001 Jul;16(7):1323-8." |
| 2.0370 | 2004 | "Petitti D. ""Commentary: Hormone replacement therapy and coronary heart disease: four lessons."" Int'l J Epidemiol. 2004;33:461-463." |
| 2.0371 | 08/01/2002 | "Qi Z. ""Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin."" J Clin Invest. 2002 Aug;110(3):419." |
| 2.0372 | 01/01/2001 | "Rajadhyaksha VD. ""Rofecoxib: a new selective Cox-2 inhibitor."" J Postgrad Med. 2001 Jan-Mar;47(1):77-8." |
| 2.0373 | 1/2003 | "Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. ""COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease."" Pharmacoepidemiol Drug Saf. 2003 Jan-Feb;12(1):67-70." |
| 2.0374 | 01/01/2002 | "Reuben SS. ""Evaluation of the safety and efficacy of the perioperative administration of rofecoxib for total knee arthroplasty."" J Arthroplasty 2002 Jan;17(1):26-31." |
| 2.0375 | 01/01/2002 | "Reuben SS. ""The preemptive analgesic effect of rofecoxib after ambulatory arthroscopic knee surgery."" Anesth Analg. 2002 Jan;94(1):55-9, table of contents." |
| 2.0376 | 06/16/2001 | "Rocha JL. ""Acute tubulointerstitial nephritis associated with the selective COX-2 enzyme inhibitor, rofecoxib."" Lancet. Jun 16;357(9272):1946-1947." |
| 2.0377 | 12/14/1995 | "Roujeau JC, et al. ""Medication use and the risk of Stevens-Johnson syndrome or toxic epidermal necrolysis."" N Engl J Med. 1995 Dec 14;333(24):1600-7." |
| 2.0378 | 05/19/2005 | "Rudic RD, Fitzgerald GA. ""Cox-2 derived prostacyclin modulates vascular remodeling."" Circ Res. 2005 May 19" |
| 2.0379 | 09/01/2000 | "Sattari S. ""High performance liquid chromatographic determination of cyclooxygenase II inhibitor rofecoxib in rat and human plasma."" J Pharm Pharm Sci. 2000 Sep-Dec;3(3):312-7." |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 2.0380 | 01/01/2002 | "Scheuren N. ""Cyclooxygenase-2 in myocardium stimulation by angiotensin II in cultured cardiac fibroblasts and role at acute myocardial infarction."" J Moll Cell Cardiol. 2002 Jan;34(1):29-37." |
| 2.0381 | 04/21/2004 | "Schnitzer TJ, Burmester GR, Mysler E, Hochberg MC, Doherty M, Ehrsam E, Gitton X, Krammer G, Mellein B, Matchaba P, Gimona A, Hawkey CJ; TARGET Study Group. ""Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and" |
| 2.0382 | 02/01/2002 | "Schwartz JI. ""Effect of rofecoxib on the pharmacokinetics of chronically administered oral contraceptives in healthy female volunteers."" J Clin Pharmacol. 2002 Feb;42(2):215-21." |
| 2.0383 | 01/01/2001 | "Schwartz JI. ""Effect of rofecoxib on the pharmacokinetics of digoxin in healthy volunteers."" J Clin Pharmacol. 2001 Jan;41(1):107-12." |
| 2.0384 | 10/01/2001 | "Schwartz JI. ""Lack of pharmacokinetic interaction between rofecoxib and methotrexate in rheumatoid arthritis patients."" J Clin Pharmacol. 2001 Oct;41(10):1120-30." |
| 2.0385 | 01/24/2005 | "Shaya FT. ""Cardiovascular risk of selective cyclooxygenase-2 inhibitors compared to other nonsteroidal anti-inflammatory agents:an observational study of a Medicaid population."" Arch Intern Med. 2005 Jan 24;165(2):181-86." |
| 2.0386 | 10/06/1999 | "Sheehan K. ""The relationship between cyclooxygenase-2 expression and colorectal cancer."" JAMA. 1999 Oct 6;282(13):1254-7." |
| 2.0387 | 09/23/2000 | "Silverstein FE. ""Gastrointestinal toxicity with Celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis. CLASS study"" JAMA. 2000 Sep 13;284(10):1247-55." |
| 2.0388 | 11/24/1999 | "Simon LS. ""Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial."" JAMA. 1999 Nov 24;282(20):1921-8." |
| 2.0389 | 01/01/2000 | "Smith WL. ""Cyclooxygenases: structural, cellular, and molecular biology."" Annu Rev Biochem. 2000;69:145-82." |
| 2.0390 | 1/24/2005 | "Solomon DH, Avorn J. ""Coxibs, Science, and the Public Trust."" Arch Intern Med. 2005 Jan 24;165(2):158-60." |
| 2.0391 | 1/24/2005 | "Sowers, et al. ""The Effects of Cyclooxygenase-2 Inhibitors and Nonsteroidal Anti-inflammatory Therapy on 24-Hour Blood Pressure in Patients With Hypertension, Osteoarthritis, and Type 2 Diabetes Mellitus."" Arch Internal Med. 2005 Jan 24;165(2):161-8." |
| 2.0392 | 11/01/2001 | "Stading JA. ""Seven cases of interaction between warfarin and cyclooxygenase-2 inhibitors."" Am J Health Syst Pharm. 2001 Nov 1;58(21):2076-80." |
| 2.0393 | 8/15/2002 | "Strand V, Hochberg MC. ""The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors."" Arthritis Rheum. 2002 Aug15;47(4):349-55." |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 2.0394 | 7/4/2000 | "Swan SK, Rudy DW, Lasseter KC, et al. ""Effect of cyclo-oxygenase-2 inhibition on renal function in elderly persons receiving a low-salt diet: a randomized, controlled trial."" Ann Intern Med. 2000 Jul 4;133(1):1-9." |
| 2.0395 | 04/21/2004 | "Schnitzer TJ, Burmester GR, Mysler E, Hochberg MC, Doherty M, Ehrsam E, Gitton X, Krammer G, Mellein B, Matchaba P, Gimona A, Hawkey CJ; TARGET Study Group. ""Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and" |
| 2.0396 | 10/9/2004 | "Editorial. ""Vioxx: an unequal partnership between safety and efficacy."" Lancet. 2004 Oct 9-15;364(9442):1287-8." |
| 2.0397 | 01/19/2005 | "Topol E. ""Arthritis medicines and cardiovascular events- house of coxibs. "" JAMA. 2005 Jan 19;293(3):366-8. Epub 2004 Dec 28." |
| 2.0398 | 01/01/2001 | "Verburg KM. ""Cox-2 specific inhibitors: definition of a new therapeutic concept."" Am J Ther. 2001 Jan-Feb:8(1):49-64." |
| 2.0399 | 12/11/2001 | "Verma S. ""Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: a randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilation."" Circulation. 2001 Dec 11;104(24):2879-82." |
| 2.0400 | 6/22/1999 | "Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. ""Nonsteroid drug selectivities for cyclo-oxygenase- 1 rather than cyclo-oxygenase 2 are associated with human gastrointestinal toxicity."" Proc. Natl. Acad. Sci. USA. 1999 Jun 22;96(13):" |
| 2.0401 | 10/23/2000 | "Watson DJ. ""Gastrointestinal tolerability of the selective cyclooxygenase-2 (Cox-2) inhibitor rofecoxib compared with nonselective Cox-1 and Cox-2 inhibitors in osteoarthritis."" Arch Int Med. 2000 Oct 23: 160(19):2998-3003." |
| 2.0402 | 9/1/2002 | "Whelton A. ""COX-2-specific inhibitors and the kidney: effect on hypertension and oedema."" J Hypertens. 2002 Sep;20 Suppl 6:S3 1-5." |
| 2.0403 | 08/15/2003 | "White WB. ""Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib."" Am J Cardiol. 2003 Aug 15;92(4):411-8." |
| 2.0404 | 07/01/2004 | "White WB. ""Effects of cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis."" Am J Ther. 2004 Jul-Aug;1(4):244-50." |
| 2.0405 | 09/05/2000 | "Wolf G. ""Acute renal failure associated with rofecoxib."" Ann Intern Med. 2000 Sep 5;133(5):394." |
| 2.0406 | 04/19/2002 | "Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, Lawson JA, FitzGerald GA. ""Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2"" Science. 2002 Apr 19;296(5567):539-41." |
| 2.0407 | 05/01/2003 | "Zhang JY. ""Involvement of human UGT2B7 and 2B15 in rofecoxib metabolism."" Drug Metab Dispos. 2003 May;31(5):652-8." |

125

| | | | |
|---|---|---|---|
| 2.0408 | | 10/2002 | "Zhao SZ, Burke TA, Whelton A, von Allmen H, Henderson SC. ""Comparison of the baseline cardiovascular risk profile among hypertensive patients prescribed COX-2-specific inhibitors or nonspecific NSAIDs: data from real- life practice."" Am J Manag Care. 2 |
| 2.0409 | MRK-ADY0003117 | | "Rosenthal et al, New England Journal of Medicine article, February 14, 2002" |
| 2.0410 | MRK-ADY0003124 | 02/14/02 | Bresalier RS, Sandler RS, Quan H, et al, Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial, N Eng J Medicine, 2005;352:1092-102. |
| 2.0411 | MRK-GUE 0051402 | | "Article in the New England Journal of Medicine entitled ""Cardiovascular Events Associated with Rofecoxib in a" |
| 2.0412 | | | "Article from the British Journal ofClinical Pharmacology, 1995 Dec;40(6):571-5, entitled ""Effect of multiple doses of losartan on the pharmacokinetics of single doses of digoxin in healthy volunteers"" by De Smet M., et al.." |
| 2.0413 | MRK-GU0051451 | | Article from Clinical Therapeutics, Vol. 23, No. 9, 2001, entitled ""A Comparison of Renal-Related Adverse Drug Reactions Between Rofecoxib and Celecoxib, Based on the World Health Organization/Uppsala Monitoring Centre Safety Database"" by Sean Z. Zhao. |
| 2.0414 | | 07/21/2006 | Rockoff JD, FDA Scientists Report Their Safety Concerns in Poll, Baltimore Sun, 7/21/06. Http://www.latimes.com/news/printedition/asection/la-na-fda21jul21,1,280982,print.story |
| 2.0415 | | 05/23/2006 | Levesque LE, Brophy JM, Zhang B, Time Variations in the Risk of Myocardial Infarction Among Elderly Users of COX-2 Inhibitors, CMAJ, 5/13/2006; 174(100):Online 1-8 |
| 2.0416 | | 2006 | Motsko SP, Rascati KL, Busti AJ, et al, Temporal Relationship Between Use of NSAIDs, Including Selective COX-2 Inhibitors, and Cardiovascular Risk, Drug Safety 2006:29(7):621-632. |
| 2.0417 | | 07/18/2006 | Brophy J, Levesques L, Zhang B, The coronary risk of cyclooxygenase-2 (cox-2) inhibitors in subjects with a previous myocardial infarction, heart.bmjjournals.com |
| 2.0418 | | 07/10/2006 | Lloyd-Jones DM, Tian L, Editorial: Predicting Cardiovascular Risk - So What Do We Do Now?, Arch Intern Med, 2006:166:1342-44. |
| 2.0419 | | 05/11/2006 | Hellstrom HR, It is likely that the risk of cardiovascular events from pharmaceuticals as COX-2 inhibitors can be reduced significantly by standard pharmaceutical and lifestyle preventative measures, Medical Hypotheses (2006)   Http://intl.elsevierhealth. |
| 2.0420 | | 06/12/2006 | Langford RM, Mehta V, Selective cyclooxygenase inhibition: its role in pain and anaesthesia, Biomedicine & Pharmacotherapy (2006). Http://france.elsevier.com/direct/BIOPHA/ |
| 2.0421 | | 03/02/2006 | Maxwell SRJ, Payne RA, Murray GD, Webb DJ, Selectivity of NSAIDs for COX-2 and cardiovascular outcome, Br J Clin Pharmacol, 2006: 62:2:243-245. |

*MASON v. MERCK*
*PLAINTIFF'S EXHIBIT LIST*

| | | |
|---|---|---|
| 2.0422 | 2006 | Salpeter SR, Gregor P, Ormiston TM, et al, Meta-Analysi: Cardiovascular Events Associated with Nonsteroidal Anti-inflammatory Drugs, Am J Med, 2006: 119:552-559. |
| 2.0423 | 1989 | Willerson JT, Golino P, Eidt J, et al, Point of View - Research on Unstable Coronary Syndromes - Specific Platelet Mediators and Unstable Coronary Artery Lesions - Experimental Evidence and Potential Clinical Implications, Circulation, 1989: 80: 198-205. |
| 2.0424 | 03/16/1983 | Falk S, Plaque rupture with severe pre-existing stenosis precipitating coronary thrombosis - Characteristics of coronary atherosclerotic plaques underlying fatal occlusive thormbi, Br Heart J, 1983: 50: 127-34. |
| 2.0425 | 07/22/1998 | Virmani R, Farb A, Burke A, Risk Factors in the Pathogenesis of Coronary Artery Disease, Comp Ther, 1998: 24(10): 519-529. |
| 2.0426 | 05/01/1993 | Cassis LA, Lodder RA, Near-IR Imaging of Atheromas in Living Arterial Tissue, Anal Chem, 1983: 65(9): 1247-56. |
| 2.0427 | 04/25/1996 | van der Wal AC, Becker AE, Koch KT, et al, Clinically stable angina pectoris is not necessarily associated with histologically stable artherosclerotic plaques, 1996: 76: 312-316. |
| 2.0428 | 08/1995 | Uchida Y, Nakamura F, Tomaru T, et al, Clinical Investigations - Prediction of acute coronary syndromes by percutaneous coronary angioscopy in patients with stable angina, Am Heart J, 1995: 130(2): 195-203. |
| 2.0429 | | Dempsey RJ, Cassis LA, Davis DG, Lodder RA, Near-Infrared Imaging and Spectroscopy in Stroke Research: Lipoprotein Distribution and Disease, Annals New York Academy of Sciences, 149-169. |
| 2.0430 | 05/03/1984 | Davies MJ, Thomas A, Thrombosis and Acute Coronary-Artery Lesions in Sudden Cardiac Ischemic Death, 1984: 310(18): 1137-40. |
| 2.0431 | 05/25/1996 | Casscells W, Hathorn B, David M, et al, Early reports - Thermal detection of cellular infiltrates in living artherosclerotic plaques: possible implications for plaque rupture and thrombosis, The Lancet, 1996: 347: 144749. |
| 2.0432 | 10/2004 | Madjid M, Zarrabi A, Litovsky S, et al, Finding Vulnerable Atherosclerotic Plaques: Is It Worth the Effort? [Brief Review], J Am Heart Assn, 2004: 24(10): 1775-82. |
| 2.0433 | 06/02/1998 | Burke AP, Farb A, Malcom GT, et al, Effect of Risk Factors on the Mechanism of Acute Thrombosis and Sudden Coronary Death in Women [Clinical Investigation and Reports], Circulation, 1998: 97(21): 2110-16. |
| 2.0434 | 12/01/1984 | Willerson JT, Campbell WB, Winniford MD, et al, Editorial - Conversion from Chronic to Acute Coronary Artery Disease: Speculation Regarding Mechanisms, Am J Cardiology, 1984: 54: 1349-54. |
| 2.0435 | 1936 | Leary T, Archives of Pathology: Atherosclerosis, American Medical Association 1936: 419-458. |
| 2.0436 | | Drury RAB, The Role of Intimal Hemorrhage in Coronary Occlusion |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 2.0437 | | 10/1993 | MacIsaac AI, Thomas JD, Topol EJ, Review Article - Toward the Quiescent Coronary Plaque, JACC 1993; 22(4): 1228-41. | |
| 2.0438 | | | Muller JE, Abela GS, Nesto RW, Toffer GH, Review Articles - Triggers, Acute Risk Factors and Vulnerable Plaques: The Lexicon of a New Frontier, 1994; 23(3): 809-813. | |
| 2.0439 | | 03/01/1994 | | |
| 2.0440 | | 07/1986 | Willerson JT, Hillis LD, Winniford M, Buja LM, Editorial - Speculation Regarding Mechanisms Responsible for Acute Ischemic Heart Disease Syndromes, 1986; 8(1): 245-250. | |
| 2.0441 | | 1998 | Willerson JT, ADVANCES IN INTERNAL MEDICINE (vol. 43); Chapter 6 - Stable Angina Pectoris: Recent Advances in Predicting Prognosis and Treatment, 1998; 175-202. | |
| 2.0442 | | 12/12/1998 | Kuilo IJ, Edwards WD, Schwartz RS, Vulnerable Plaque: Pathobiology and Clinical Implications, Annals of Internal Medicine, 1998; 129(12): 1050-60. | |
| 2.0443 | | 1999 | Little WC, Applegate RJ, Editorial Comment - The Shadows Leave a Doubt -- The Angiographic Recognition of Vulnerable Coronary Artery Plaques, JACC, 1999; 33(5): 1362-64. | |
| 2.0444 | | 1998 | Bocan TMA, Mueller SB, Brown EQ, et al, HMG-CoA reductase and ACAT inhibitors act synergistically to lower plasma cholesterol and limit atherosclerotic lesion development in the cholesterol-fed rabbit, Atherosclerosis, 1998; 139: 21-30. | |
| 2.0445 | | 07/15/1997 | Gupta S, Leatham E, Carrington D, et al, Elevated Chlamydia pneumoniae Antibodies, Cardiovascular Events, and Azithromycin in Male Survivors of Myocardial Infarction, Circulation, 96(2): 1997: 404-407. | |
| 2.0446 | | 09/01/1995 | Stary HC, Chandler AB, Dinsmore RE, et al, A Definition of Advanced Types of Atherosclerotic Lesions and a Histological Classification of Atherosclerosis: A Report From the Committee on Vascular Lesions of the Council on Arteriosclerosis, American Heart | |
| 2.0447 | | 08/13/2002 | Rioufol G, Finet G, Ginon I, et al, Multiple Atherosclerotic Plaque Rupture in Acute Coronary Syndrome - A Three-Vessel Intravascular Ultrasound Study, Circulation, 2002: 808-808. | |
| 2.0448 | | 04/2001 | Asakura M, Ueda Y, Yamaguchi O, et al, Extensive Development of Vulnerable Plaques as a Pan-Coronary Process in Patients With Myocardial Infarction: An Angioscopic Study, 2001; 37(5): 1284-88. | |
| 2.0449 | | 05/1994 | Stary HC, Chaldier AB, Glagov S, et al, Special Report: A Definition of Initial, Fatty Streak, and Intermediate Lesions of Atherosclerosis: A Report from the Committee on Vascular Lesions of the Council on Arteriosclerosis, American Heart Association, Cir | |
| | | 05/01/1997 | Burke AP, Farb A, Malcom GT, et al, Coronary Risk Factors and Plaque Morphology in Men with Coronary Disease Who Died Suddenly, N Eng J Med, 1997; 336(18): 1276-82. | |

| | | |
|---|---|---|
| 2.0450 | 03/15/1996 | Maalej N, Folts JD, Increased Shear Stress Overcomes the Antithrombotic Platelet Inhibitory Effect of Aspirin in Stenosed Dog Coronary Arteries, Circulation: 1996; 93(6): 1201-05. |
| 2.0451 | 06/2003 | Virmani R, Burke AP, Kolodgie FD, Farb A, Pathology of the Thin-Cap Fibroatheroma: A Type of Vulnerable Plaque, J of Interventional Cardio, 2003: 16(3): 267-272. |
| 2.0452 | 09/2001 | Kolodgie FD, Burke AP, Farb A, et al, The tin-cap fibroatheroma: a type of vulnerable plaque: The major precursor lesion to acute coronary syndromes, Current Opinion in Cardiology, 2001: 16(5): 285-292. |
| 2.0453 | 10/01/1995 | Farb A, Tang AL, Burke AP, et al, Sudden Coronary Death: Frequency of Active Coronary Lesions, Inactive Coronary Lesions, and Myocardial Infarction, Circulation, 1995: 92(7): 1701-09. |
| 2.0454 | 08/1994 | Moreno PR, Falk E, Palacios IF, et al, Coronary Heart Disease/Myocardial Infarction/Peripheral Vascular Disease: Macrophage Infiltration in Acute Coronary Syndromes: Implications for Plaque Rupture, Circulation, 1994: 90(2): 775-778. |
| 2.0455 | 08/01/1995 | Falk E, Shah PK, Fuster V, Coronary Plaque Disruption, Circulation, 1995: 92(3): 657-671. |
| 2.0456 | 06/01/1995 | Libby P, Molecular Bases of the Acute Coronary Syndromes, Circulation 1995: 91(11): 2844-50. |
| 2.0457 | 12/15/1996 | Moreno PR, Bernardi VH, Lopez-Cuellar J, Coronary Heart Disease/Myocardial Infarction: Macrophages, Smooth Muscle Cells, and Tissue Factor in Unstable Angina: Implications for Cell-Mediated Thrombogenicity in Acute Coronary Syndromes, Circulation, 1996: 9 |
| 2.0458 | 03/10/1999 | Burke AP, Farb A, Malcom GT, et al, Plaque Rupture and Sudden Death Related to Exertion in Men With Coronary Artery Disease, JAMA, 1999: 281(10): 921-926. |
| 2.0459 | 04/01/1996 | Farb A, Burke AP, Tang AL, et al, Coronary Plaque Erosion Without Rupture into a Lipid Core: A Frequent Cause of Coronary Thrombosis in Sudden Coronary Death, Circulation, 1996: 93(7): 1354-63. |
| 2.0460 | 01/1999 | Pasterkamp G, Schoneveld AH, van der Wal AC, et al, Inflammation of the Atherosclerotic Cap and Shoulder of the Plaque is a Common and Locally Observed Feature in Unruptured Plaques of Femoral and Coronary Arteries, Arteriosclerosis, Thrombosis and Vascul |
| 2.0461 | 09/15/1995 | Shah PK, Falk E, Badimon JJ, et al, Human Monocyte-Derived Macrophages Induce Collagen reakdown in Fibrous Caps of Atherosclerotic Plaques: Potential Role of Matrix-Degrading Metalloproteinases and Implications for Plaque Rupture, Circulation, 1995: 92(6) |
| 2.0462 | 07/30/2003 | Adams JA, Moore JE, Moreno MR, et al, Effects of Periodic Body Acceleration on the In Vivo Vasoactive Response to N-w-nitro-L-arginine and the In Vitro Nitric Oxide Production, Annals of Biomedical Engineering, 2003: 31: 1337-46. |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 2.0463 | 10/22/2004 | Adams JA, Bassuk J, Wu D, et al, Periodic acceleration: effects on vasoactive, fibrinolytic, and coagulation factors, J Appl Physiol, 2004: 98: 1083-90. |
| 2.0464 | 07/18/2006 | Brophy J, Levesques L, Zhang B, The coronary risk of cyclooxygenase-2 (cox-2) inhibitors in subjects with a previous myocardial infarction, Heart Online First, 10.1136/hrt.2006.089367. |
| 2.0465 | 09/27/2004 | Buerkle MA, Lehrer S, Sohn HY, et al, Selective Inhibition of Cyclooxygenase-2 Enhances Platelet Adhesion in Hamster Arterioles In Vivo, Circulation, 2004: 110: 2053-59. |
| 2.0466 | 09/02/2004 | Dancu MB, Berardi DE, Vanden Heuvel JP, Tarbel JM, Asynchronous Shear Stres and Circumferential Strain Reduces Endothelial NO Synthase and Cyclooxygenase-2 but Induces Endothelin-1 Gene Expression in Endothelial Cells, Arterioscler Thromb Vasc Biol, 2004: |
| 2.0467 | 06/2006 | Consumer International: Branding the Cure: A consumer perspective on Corporate Social Responsibility, Drug Promotion and the Pharmaceutical Industry in Europe (2006). |
| 2.0468 | 07/10/2006 | Lloyd-Jones DM, Tian L, Editorial - Predicting Cardiovascular Risk: So What Do We Do Now? Arch Intern Med, 2006: 166: 1342-44. |
| 2.0469 | 05/11/2006 | Hellstrom HR, It is likely that the risk of cardiovascular events from pharmaceuticals as COX-2 inhibitors can be reduced significantly by standard pharmaceutical and lifestyle preventative measures, Medical Hypotheses (2006). |
| 2.0470 | 07/08/2002 | Inoue H, Taba Y, Miwa Y, et al, Transcriptional and Posttranscriptional Regulation of Cyclooxygenase-2 Expression by Fluid Shear Stress in Vascular Endothelial Cells, Arterioscler Thromb Basc Biol, 2002: 22: 1415-20. |
| 2.0471 | 2002 | Korbut RA, Adamek-Guzik T, Madej J, Endothelial Secretogogues and Deformability of Erythrocytes, J of Physiol and Pharm, 2002: 53(4): 655+665. |
| 2.0472 | 06/12/2006 | Langford RM, Mehta V, Selective cyclooxygenase inhibition: its role in pain and anaesthesia, Biomedicine & Pharmacology (2006). |
| 2.0473 | 05/23/2006 | Levesque LE, Brophy JM, Zhang B, Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors, CMAJ, 2006: 174(11): Online(1-8). |
| 2.0474 | 2004 | Lowe GDO, Virchow's Triad Revisited: Abnormal Flow, Pathophysiology of Haemostasis and Thrombosis, 2004: 33: 455-457. |
| 2.0475 | 09/01/2006 | Mason RP, Walter FM, McNulty HP, et al, Rofecoxib Increases Susceptibility of Human LDL and Membrane Lipids to Oxidative Damage: A Mechanism of Cardiotoxicity, J Cardiovasc Pharmacol, 2006: 47: S7-14. |
| 2.0476 | 03/02/2006 | Maxwell SRJ, Payne RA, Murray GD, Webb DJ, Selectivity of NSAIDs for COX-2 and cardiovascular outcome, Br J Clin Pharmacol, 2006: 62(2): 243-245. |
| 2.0477 | 2006 | Motsko SP, Rascati KL, Busti AJ, et al, Temporal Relationship between Use of NSAIDs, Including Selective COX-2 Inhibitors, and Cardiovascular Risk, Drug Safety, 2006: 29(7): 621-632. |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 2.0478 | 2006 | O'Rourke JS, Merck & Co. Inc.: communication lessons from the withdrawal of Vioxx, Journal of Business Strategy, 2006: 27(4): 11-22. |
| 2.0479 | 2006 | Salpeter SR, Gregor P, Ormiston TM, et al, Meta-Analysis: Cardiovascular Events Associated with Nonsteroidal Anti-inflammatory Drugs, The Am J Med, 2006: 119: 552-559. |
| 2.0480 | | Union of Concerned Scientists, "Scientific Integrity at Risk: The Food and Drug Administration" www.uscusa.org |
| 2.0481 | 10/01/2005 | Adams JA, Bassuk J, Wu D, et al, Periodic acceleration: effects on vasoactive, fibrinolytic, and coagulation factors, J Appl Physiol, 2005: 98: 10883-90. |
| 2.0482 | 01/2005 | Walshe TE, Gerguson G, Connell P, et al, Pulsatile Flow Increases the Expression of eNOS, ET-1, and Prostacyclin in a Novel In Vitro Coculture Model of the Retinal Vasculature, IOVS, 2005: 46(1): 375-382. |
| 2.0483 | 10/15/2003 | Wang, L, Feng G, Nitric oxide and prostacyclin mediate coronary shear force-induced alterations in cardiac electrophysiology, Medical Mypothesis, 2004: 63: 434-437. |
| 2.0484 | 2003 | Als-Neilisen B, Chen W, Gluud C, Kiaergard LL, Association of Funding and Conclusions in Randomized Drug Trials, JAMA, 2003: 290: 921-928. |
| 2.0485 | 05/02/2006 | Altman LK, For Science's Gatekeepers, A Credibility Gap, New York Times, May 2, 2006. |
| 2.0486 | 2000 | Altman RD, Hochberg MC, Moskowitz, RW, Schnitzer TJ for the American College of Rheumatology Subcommittee on Osteoarthritis Guidelines. Recommendations for the Medical Management of Osteoarthritis of the Hip and Knee, Arthritis & Rheumatism, 2000: 43: 190 |
| 2.0487 | 1999 | Angel M, Wood AJ, Correspondence: Authors' Conflicts of Interest: Editors' Reply, N Eng J Medicine, 1999: 341: 1618-19. |
| 2.0488 | 2005 | Antman EM, DeMets D, Loscalzo J, Cyclooxygenase Inhibition and Cardiovascular Risk, Circulation, 2005: 112: 759-770. |
| 2.0489 | 05/15/2006 | Armstrong D, How the New England Journal Missed Warning Signs on Vioxx Medical Weekly Waited Years to Report Flaws in Article that Praised Pain Drug Merck Seen as 'Punching Bag,' Wall Street Journal May 15, 2006. |
| 2.0490 | 05/08/2000 | Bodenheimer T, Uneasy Alliance -- Clinical Investigators and the Pharmaceutical Industry, N Eng J Med, 2000: 342(20): 1539-44. |
| 2.0491 | 03/16/2006 | Bombardier C, Laine L, Burgos-Vargas R, et al, Response to expression of concern regarding VIGOR study, N Engl J Med, 2006: 354: 1196-99. |
| 2.0492 | 2004 | Bosch X, Spanish editor sued over rofecoxib allegations, Lancet, 2004: 363: 298. |
| 2.0493 | 02/03/2004 | Bosch X, Spanish Scientist Cleared, The Scientist, February 3, 2004. |
| 2.0494 | 2005 | Braunstein N, Polis A, Report of Specific Cardiovascular Outcomes of the ADVANTAGE Trial, Annals of Internal Medicine, 2005: 143: 158-159. |

| | | |
|---|---|---|
| 2.0495 | 07/13/2006 | Bresalier RS, Baron JA, Adverse Cardiovascular Effects of Rofecoxib [Response to Letters], N Eng J Med, 2006: 355: 203-204. |
| 2.0496 | 2004 | Chan AW, Hrobjartsson A, Haahr ME, et al, Empirical Evidence for Selective Reporting of Outcomes in Randomized Trials: Comparison of Protocols to Published Articles, JAMA, 2004: 291: 2457-65. |
| 2.0497 | 2005 | Cholesterol Treatment Trialists' Collaborators, Efficacy and Safety of Cholesterol-Lowering Treatment: prospetive meta-analysis of data from 90 056 participants in 14 randomized trials of statins, The Lancet, 2005: 366: 1267-78. |
| 2.0498 | 02/06/2002 | Choudhry NK, Stelfox HT, Detsky AS, Relationships Between Authors of Clinical Practice Guidelines and the Pharmaceutical Industry, JAMA, 2002: 287: 612-617. |
| 2.0499 | 2002 | Dalen JE, Selective COX-2 Inhibitors, NSAIDs, Aspirin and Myocardial Infarction, Archives of Internal Medicine, 2002: 162: 1091-92. |
| 2.0500 | 2006 | Curfman GD, Morrissey S, Drazen JM, Expression of concern reaffirmed, N Eng J Med, 2006: 354: 1193. |
| 2.0501 | 9/13/2001 | Davidoff F, DeAngelis CD, Drazen JM, et al, Sponsorship, Authorship, and Accountability, N Eng J Med, 2001: 345: 825-827. |
| 2.0502 | 2006 | Renda G, Tacconelli S, Capone ML, et al, Pharmacodynamics and Drug Action - Celecoxib, ibuprofen, and the antiplatelet effect of aspirin in patients with osteoarthritis and ischemic heart disease, Clinical Pharmacology & Therapeutics, 2006;80(3); 264-274. |
| 2.0503 | 03/09/1998 | Liao JK, Endothelium and acute coronary syndromes, Clinica Chemistry, 1998;44:8(B):1799-1808. |
| 2.0504 | 2005 | Wong D, Wang M, Cheng Y, FitzGerald GA, Cardiovascular hazard and non-steroidal anti-inflammatory drugs, Current Opinion in Pharmacology, 2005;5:204-210. |
| 2.0505 | 05/08/2006 | McGettigan P, Han P, Henry D, Cyclooxygenase-2 inhibitors and coronary occlusion -- exploring dose -- response relationships, Br J Clin Pharmacol, 2006;62(3):358-365. |
| 2.0506 | 2006 | Aronson JK, Editors' View - The NSAID roller coaster: more about rofecoxib, Br J Clin Pharmacol, 2006;62(3):257-259. |
| 2.0507 | 08/23/2006 | Mitka M, Report Criticizes Lack of FDA Oversight, JAMA, 2006:296(8):920-922. |
| 2.0508 | 11/18/1999 | Price VH, Authors' Conflits of Interest: A Disclosure and Editors' Reply. N Engl J Med, 1999:341(21):1618-19. |
| 2.0509 | 09/13/2000 | Silverstein FE, Gaich G, Goldstein JL, et al, Gastrointestinal Toxicity with Celecoxib vs Nonsteroidal Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis The CLASS Study A Randomized Controlled Trial. JAMA, 200;284:1247-1255. |
| 2.0510 | 10/04/2004 | Pollack A, New Scrutiny of Drugs in Vioxx's Family, The New York Times, 2004;C-2:1. |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 2.0511 | 12/04/2004 | Juni P, Nartey L, Reichenbach S, et al, Risk of cardiovascular events and rofecoxib: cumulative meta-analysis, The Lancet, 2004;364:2021-29. |
| 2.0512 | 05/2006 | Solomon DH, Avorn J, Sturmer T, et al, Cardiovascular Outcomes in New Users of Coxibs and Nonsteroidal Antiinflammatory Drugs, 2006;54(5):1278-89. |
| 2.0513 | 06/28/2004 | Solomon DH, Schneeweiss S, Levin R, Avorn J, Relationship Between COX-2 Specific Inhibitors and Hypertension, 2004;44:140-145. |
| 2.0514 | 05/27/2002 | Solomon DH, Glynn RJ, Levin R, Avorn J, Nonsteroidal Anti-inflammatory Drug Use and Acute Moycardial Infarction, Arch Intern Med, 2002;162:1099-1104. |
| 2.0515 | 2003 | Solomon DH, Avorn J, Pharmacoepidemiology and rheumatic diseases: 2001-2002, Current Opinion in Rheumatology, 2003;15:122-126. |
| 2.0516 | 06/11/2005 | Hippisley-Cox J, Coupland C, Rick of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis, BMJ, 2005;330:1366. |
| 2.0517 | 2000 | FitzGerald GA, Austin S, Egan K, et al, Cyclo-oxygenase products and atherothrombosis, Ann Med, 2000;32:21-26. |
| 2.0518 | 08/15/2006 | Borgdorff P, Tangelder GJ, Paulus WJ, Cyclooxygenase-2 Inhibitors Enhance Shear Stress-Induced Platelet Aggregation, JACC, 2006;48(4):817-823. |
| 2.0519 | 07/19/2005 | Letters: High-Dosage Vitamin E Supplementation and All-Cause Mortality, Annals of Internal Medicine, 2005;143(2):150-160. |
| 2.0520 | 12/01/2002 | Corti R, Farkouh ME, Badimon JJ, The Vulnerable Plaque and Acute Coronary Syndromes, The Am J Med, 2002;113:668-680. |
| 2.0521 | 1998 | Wilson PWF, D'Agostino RB, Levy D, et al, Prediction of Coronary Heart Disease Using Risk Factor Categories, Circulation, 1998;97:1837-47. |
| 2.0522 | | Heart and Sroke Facts, American Heart Association (1992-2003) |
| 2.0523 | 07/13/2006 | Lagakos SW, Time-to-Event Analyses for Long-Term Treatments -- The APPROVe Trial, N Engl J Med, 2006;355(2):113-117. |
| 2.0524 | 07/13/2006 | Bresalier RS, Baron JA, Adverse Cardiovascular Effects of Rofecoxib, N Engl J Med, 2006;355(2):203-205. |
| 2.0525 | 08/09/2001 | FitzGerald GA, Patrono C, The Coxibs, Selective Inhibitors of Cyclooxygenase-2, N Engl J Med, 2001;345(6):433-442. |
| 2.0526 | 2006 | Garner SE, Fidan DD, Frankish RR, Maxwell LJ, The Cochrane Collaboration: Rofecoxib for osteoarthritis (Review) (2006). |
| 2.0527 | 01/25/2005 | Graham DJ, Campen D, Hui R, et al, Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study, The Lancet, 2005:1-7. |
| 2.0528 | 01/2006 | Grosser T, Fries S, FitzGerald GA, Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities, The Journal of Clinical Investigation, 2006;116(1):4-15. |
| 2.0529 | | Prescription Drugs and Mass Media Advertising, 2000 |

**MASON v. MERCK**
**PLAINTIFF'S EXHIBIT LIST**

| | | |
|---|---|---|
| 2.0530 | 06/23/2005 | Waxman HA. The Lessons of Vioxx -- Drug Safety and Sales, N Engl J Med, 2005;352(25):2576-2578. |
| 2.0531 | | Andersohn F, Suissa S, Garbe E. Use of first- and second-generation Cyclooxygenase 2-selective nonsteroidal anti-inflammatory drugs and risk of acute myocardial infarction. Circulation 2006;113:1950-57. |
| 2.0532 | | Belton O, Byrne D, Kearney D, et al. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patientswith atherosclerosis. Circulation 2000;22:102(8):840-845. |
| 2.0533 | 2004 | Kher N, Marsh J. Pathobiology of Atherosclerosis - a Brief Review. Seminars in Thrombosis and Hemostasis, 2004;30(6):665-672. |
| 2.0534 | 2006 | Sipahi I, Tuzcu EM, Schoenhagen P, et al. Effects of Normal, Pre-Hypertensive, and Hypertensive Blood Pressure Levels on Progression of Coronary Atherosclerosis, JACC, 2006;48(4):833-838. |
| 2.0535 | 2006 | Solomon SD, Pfeffer MA, McMurray JJV, et al. Effect of Celecoxib on Cardiovascular Events and Blood Pressure in Two Trials for the Prevention of Colorectal Adenomas, Circulation, 2006;114:1028-35. |
| 2.0536 | | Belton O, FitzGerald D. Cyclooxygenase-2 inhibitors and atherosclerosis. JACC, 2003;41(10):1820-22. |
| 2.0537 | | Bennett JS, Daugherty A, Herrington D, et al. The Use of Nonsteroidal Anti-Inflammatory Drugs (NSAIDs): A Science Advisory from the American Heart Association. Circulation 2005;11:1713-16. |
| 2.0538 | | Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Basc Biol. 2006;26(5):956-958. |
| 2.0539 | 1984 | Castelli WP. Epidemiology of coronary heart dlease: the Framingham study, Am J Med. 1984;76(2A):4-12. |
| 2.0540 | 2001 | Cipollone F, Prontera C, Pini B, et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of protaglandin E(2)-dependent plaque instability. 2001;104:921-7. |
| 2.0541 | 1995 | Cook NR, Cohen J, Hebert PR, et al. Implications of small reductions in diastolic blood pressure for primary prevention. Arch Intern Med. 1995;155(7):701-709. |
| 2.0542 | 2001 | Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults. Executive Summary of the Third Report of The National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation and Treatment of High Blood Choleste |
| 2.0543 | 2005 | Fosslien E, Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs. Ann Clin lab Sci. 2005;35(4):347-385. |
| 2.0544 | 2005 | Fries S, Grosser T. The cardiovascular pharmacology of COX-2 inhibition. Hematology 2005 (1):445-451. |

*MASON v. MERCK*
*PLAINTIFF'S EXHIBIT LIST*

| | | |
|---|---|---|
| 2.0545 | 2006 | Gislason GH, Jacobsen S, Rasmussen JN, et al. Risk of death or reinfarction associated with the use of selective cyclooxygenase-2 inhibitors and nonselective nonsteroidal antiinflammatory drugs after acute myocardial infarction. Circulation 2006;113(25):2 |
| 2.0546 | 09/30/2004 | Graham DJ. Risk of acute myocardial infarction and sudden cardiac death in patients treated with COX-2 selective and non-selective NSAIDs. FDA Memorandum. September 30, 2004. |
| 2.0547 | 2002 | Halushka MK, Halushka PV. Why Are Some Individuals Resistant to the Cardioprotective Effects of Aspirin? Could it be Thromboxane A2? Circulation 2002;105(14):1620-22. |
| 2.0548 | 2006 | Harris RC. COX-2 and the Kidney. J Cardiovasc Pharmacol 2006;47 suppl 1:S37-42. |
| 2.0549 | 2006 | Helin-Salmivaara A, Virtanen A, Vesalainen R, et al. NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control study from Finland. Eur Heart J 2006:27(14):1657-63. |
| 2.0550 | 2005 | Hudson M, Richard H, Pilote L. Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study. BMJ. 2005;330(7504):1342-43. |
| 2.0551 | 1994 | Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med 1994;12(4):289-300. |
| 2.0552 | 2006 | Kearney PM, Baigent C, Godwin J, et al. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomized trials. BMJ 2005;332(7553):1302-08. |
| 2.0553 | 2002 | Lewington S, Clarke R, Qizilbash N, et al. For the Prospective Studies Collaboration. Age-specific relevance of usual blood pressure to vascular mortality: a meta-analysis of individual data for one million adults in 61 prospective studies. Lancet. 2002;3 |
| 2.0554 | 2003 | Lu W, Resnick HE, Jablonski KA, et al. Non-HDL cholesterol as a predictor of cardiovascular disease in type 2 diabetes: the strong heart study. Diabetes Care 2003;26(1):16-23. |
| 2.0555 | 2006 | Nissen SE, Furberg CD, Bresalier RS, Baron JA. Adverse Cardiovascular Effects of Rofecoxib. N Engl J Med 2005;355:203-205. |
| 2.0556 | 1993 | Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993;153(4):477-84. |
| 2.0557 | 2005 | Pratico D, Dogne JM. Selective cyclooxygenase-2 inhibitors development in cardiovascular disease. Circulation 2005;112(7):1073-79. |
| 2.0558 | 03/2005 | Psaty BM, Burger CD. COX-2 inhibitors -- lessons in drug safety. N Engl J Med. 2005;352(11):1133-35. |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 2.0559 | 2005 | Shcror K, Mehta P, Mehta JL. Cardiovascular risk of selective cyclooxygenase-2 inhibitors. J Cardiovasc Pharmacol Ther. 2005;10(2):95-101. | |
| 2.0560 | 2005 | Shinmura K, Bolli R. The risk of myocardial infarction with cyclooxygenase-2 hinibotrs. Ann Intern Med 2005;18:143(8):617. | |
| 2.0561 | 05/2006 | Solomon DH, Avorn J, Sturner T, et al. Cardiovascular Outcomes in New Uswers of Coxibs and Nonsteroidal Antiinflammatory Drugs. Arthritis and Rheumatism. 2006;54(5):1378-89. | |
| 2.0562 | 2005 | Solomon SD, McMurray JJ, Pfeffer MA, et al. For the Adenoma Prevention with Celecoxib (APC) Study Investigators. Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention. N Engl J Med. 2005;352:1071-80. | |
| 2.0563 | 2/14/2006 | Thom T, et al. Heart Disease and Stroke Statistics -- 2006 Update. | |
| 2.0564 | 2003 | Turnbull F. Blood Pressure Lowering Treatment Trialists' Collaboration. Effects of different blood-pressure-lowering regiments on major cardiovascular events: results of prospectively-designed overviews of randomized trials. Lancet. 2003;362(9395):1527-35 | |
| 2.0565 | 2001 | Vasan RS, Larson MG, Leip, EP. Impact of high-normal blood pressure on the risk of cardiovascular disease. N Engl J Med. 2001;345(18):1291-97. | |
| 2.0566 | 01/04/2006 | Velentgas P, West W, Cannuscio CC, et al. Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications. Pharmacoepidemiol Drug Saf. 2006 Jan 4. | |
| 2.0567 | 2001 | Whelton A, Fort JG, Puma JA, et al. Success VI Study Group. Cyclooxygenas-2 -- specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J. Therapeut. 2001;8(2 | |
| 2.0568 | 11/1971 | Cole P, MacMahon B. Attributable risk percent in case-controlled studies. Br J Prev Soc Med. 1971;25(4):242-244. | |
| 2.0569 | 05/1974 | Miettinen OS. Prooprtion of disease caused or prevented by a given exposure, trait or intervention. Am J Epidemio. 1974;99(5):325-332. | |
| 2.0570 | | American Heart Association Stroke Statistics. In 21001 heart and Stroke Statistical Update. Dallas: American Heart Association, 2000. | |
| 2.0571 | | American Heart Association 2001 Heart and Stroke Facts, Dallas: American Heart Association, 2000. | |
| 2.0572 | 09/2000 | Linder JD. Cyclooxygenase-2 inhibitor celecoxib: a possible cause of gastropathy and hypoprothrombinemia. South Med J. 2000;93(9):930-932. | |
| 2.0573 | 08/2000 | Crofford LJ. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum 2000;43(8):1891-96. | |
| 2.0574 | | Food and Drug Administration Advisory Committee. Cardiovascular safety review of rofecoxib. | |

| | | |
|---|---|---|
| 2.0575 | 2001 | Garcia Rodriguez LA. The effect of nonsteroidal anti-inflammatory drugs (NSAIDS) on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data. Clin Exp Rheumatol 2001;19(6 suppl 25):S41-4. |
| 2.0576 | 2003 | Layton D, et al. Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-events monitoring (PEM) data. Rheumatology 2003;42:1354-65. |
| 2.0577 | 2002 | Vu D, Murty M, McMorran M. Selective COX-2 inhibitors: suspected cardiovascular/cerebrovascular adverse reactions. Can Adv Reaction News 2002:12-13. |
| 2.0578 | 1999 | Fisher LD, Moyd LA. Carvedilol and the Food and Drug Administration approval process: an introduction. Controlled Clin Trials 1999;20:1-15. |
| 2.0579 | 1999 | Moye LA, P-Value Interpretation in Clinical Trials. The Case for Discipline. Controlled Clin Trials 1999;20:40-49. |
| 2.0580 | 1959 | Bull JP. (1959) Hilstorical development of clinical therapeutic trials. Journal of Chronic Disease 10:218-248. |
| 2.0581 | 1947 | Malgaigne LF. (1947) Weuvres Completes d'Ambrosise Pare, vol. 2, Paris, p. 127. |
| 2.0582 | | Connolly HM, Crary JL, McGoon MD, et al. Valvular heart disease associated with fenfluarmine-phentermine. N Engl J Med 1997;337:581-588. |
| 2.0583 | 1997 | Clark C. Radium girls: Women and Industrial Health Reform 1910-1935 (1997) Chapel Hill, University of North Carolina Press. |
| 2.0584 | 1994 | Gehan EA, Lemak NA. Statistics in Medical Research: Developments in Clinical Trials (1994). New York, Plenum Medical Book Company. |
| 2.0585 | 1953 | Hill B. Observation and Experiment. N Engl J Med 1953;248:995-1001. |
| 2.0586 | 1982 | Kleinbaum DG, Kupper LL, Morgenstern H. Epidemiologic Research: Principles and Quantitative Methods (1982). New York, Van Nostrand Reinhold Company. |
| 2.0587 | 1997 | Pepall J. Methyl Mercury Poisoning: The Minamata Bay Disaster (1997). International Development Research Centre, Ottawa, Canada. |
| 2.0588 | 1962 | Lenz W. Thalidomide and congenital abnormalities. Lancet 1962;1:45. |
| 2.0589 | 1995 | Moore T {XE "Thomas Moore"}{XE "More, Thomas"}. (1995) Deadly Medicine. New York, Simon and Schuster. |
| 2.0590 | 1989 | Preliminary report: effect of encainide and flecainide on mortality in a randomized trial of arrhythmia suppression after myocardial infarction. The Cardiac Arrhythmia Suppression Trial (CAST) Investigators. N Engl J Med 1989;321(6):406-412. |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 2.0591 | 1992 | Pfeffer MA, Braunwald E, Moye LA, et al. Effect of captopril on mortality and morbidity in patients with left ventricular dysfunction after myocardial infarction - results of the Survival and Ventricular Enlargement Trial. N Engl J Med 1992;327:669-677. |
| 2.0592 | 1996 | Sacks FM, Pfeffer MA, Moye LA. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. N Engl J Med 1996;335:1001-09. |
| 2.0593 | 1991 | The SHEP Cooperative Research Group (1991) Prevention of stroke by antihypertensive drug therapy in older persons with isolated systolic hypertension: final results of the systolic hypertension in the elderly program (SHEP). JAMA 1991;265:3255-64. |
| 2.0594 | 1998 | The Long-Term Intervention with Pravastatin in Ischemic Disease (LIPID) Study Group (1998). Prevention of cardiovascular events and death with pravastatin in patients with CAD and a broad range of initial cholesterol levels. N Engl J Med 1998;339:1349-57. |
| 2.0595 | 1994 | Moye LA, Pfeffer MA, Wun CC, et al. Uniformity of Captopril benefit in the post infarction population: Subgroup analysis in SAVE. European Hearth Journal 1994;15 supplement B:2-8. |
| 2.0596 | 1998 | Lewis SJ, Moye LA, Sacks, FM, et al. Effect of pravastatin on cardiovascular events in older patients with myocardial infarction and cholesterol levels in the average range. Result of the Cholesterol and Rucrrent Events (CARE) trial. Annals of Internal Me |
| 2.0597 | 1998 | Lewis SJ, Sacks, FM, Mitchell JS, et al. Effect of pravastatin on cardiovascular events in women after myocardial infarction: the cholesterol and recurrent events (CARE) trial. JACC 1998;32:140-46. |
| 2.0598 | 1995 | Peto R, Collins R, Gray R. Large-scal randomized evidence: Large, simple trials and overviews of trials. Journal of Clinical Epidemiology 1995;48:23-40. |
| 2.0599 | 1982 | MRFIT Investigators. Multiple risk factor intervention trial. JAMA 1982;248:1465-77. |
| 2.0600 | 1986 | ISIS-1 Collaborative Group. Randomized trial of intravenous atenolol among 16027 cases of suspected acute myocardial infarction - ISIS-1. Lancet 1986;ii:57-66. |
| 2.0601 | 1980 | Lee KL, McNeer F, Starmer CF, et al. Clinical judgment and statistics. Lessons from a simulated randomized trial in coronary artery disease. Circulation 1980;61:508-515. |
| 2.0602 | 2000 | Assmann SF, Pocock SJ, Enos LE, Lasten LE. Subgroup analysis and other (mis)uses of baseline data in clinical trials. Lancet 2000;355(9209):1064-69. |
| 2.0603 | 1988 | Bulpitt C. Subgroup Analysis. Lancet 1988:31-34. |

138

*MASON v. MERCK*
*PLAINTIFF'S EXHIBIT LIST*

| | | | | |
|---|---|---|---|---|
| 2.0604 | | | 2001 | Exner DV, Dreis DL, Domanski MJ, Cohn JN, Lesser response to antiotensinconverting enzyme inhibitor therapy in black as compared to white patients with left ventricular dysfunction. N Engl J Med 2001;334:1351-57. |
| 2.0605 | | | 2001 | Yancy CW, Fowler MB, Colucci WS, et al. For the US Carvedilol Heart Failure Study Group. 2001. Race and response to adrenergic blockade with carvedilol in patients with chronic heart failure. N Engl J Med 2001;334:1358-65. |
| 2.0606 | | | 05/13/2001 | Stolberg SG, Should a pill be colorblind? New York Times, Week in Review, May 13, 2001, p. 1. |
| 2.0607 | | | 2000 | Moye L. Statistical Reasoning in Medicine: The Intuitive P-Value Primer. New York. Springer. |
| 2.0608 | | | 1993 | Peduzzi P, Wittes J, Deter K, Holford T. Analysis as-randomized and the problem of non-adherence; an exemple from the veterans affairs randomized trial of coronary artery bypass surgery. Statistics in Medicine 1993;12:1184-95. |
| 2.0609 | | | 1991 | Yusuf S, Wittes J, Probstfield J, Tyroler HA. Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. JAMA 1991;266:93-98. |
| 2.0610 | | | 6/15/1905 | Peterson B, George SL. Sample size requirements and length of study for testing interaction in a 1xk factorial design when time-to-failure is the outcome. Controlled Clinical Trials 1993;14:511-522. |
| 2.0611 | | | | McGettigan, Patricia; Henry, David; Cardiovascular Risk and Inhibition of Cyclooxygenase - A Systematic Review of Selective and non-Selective Inhibitors of Cyclooxygenase 2; JAMA |
| 2.0612 | | | | Curfman, et. al; Expression of Concern Reaffirmed; NEJM Vol.354:1193  March 16, 2006, Number 11. |
| 2.0613 | | | | Zhang, Jingjing; Ding, Eric; Song, Yiqing; "Adverse Effects of Cyclooygygenase 2 Inhibitors on Renal and Arrhythmia events"; Meta-analysis of randomized trials; JAMA |
| 2.0614 | | | 4/9/2006 | Janice Hopkins Tanne, NEJM stands by its criticism of Vioxx study |
| 2.0615 | | | 07/13/2006 | NEJM;Correction |
| 2.0616 | | | | The Merch Manuel of Diagnosis and Therapy, 17th Edition |
| 2.0617 | | | | "Prediction of Coronary Heart Disease Using Risk Factor Categories" by Peter W.F. Wilson, MD, Ralph B. D'Agostino, PhD, Daniel Levy, MD, Albert M. Belanger, BS, Halit Silbershatz, PhD, William B. Kannel, MD |
| 2.0620 | | | | APPROVe Extension 7/13/2006 |
| 2.0623 | | | 09/12/2006 | McGettigan, et al., "Cardiovascular Risk and Inhibition of Cyclooxygenase, A Systematic Review of the Observational Studies and Nonselective Inhibitors of Cyclooxygenase 2" |
| 3.0001 | MRK-ZAC0000001 | MRK-ZAC0000056 | | VIOXX SAS files of Dr. Alise Reicin |
| 3.0002 | MRK-ZAA0000001 | MRK-ZAA0002243 | | VIOXX SAS Files delivered to the Food and Drug Administration |
| 3.0003 | MRK-ZAI0000001 | MRK-ZAI0003437 | | APPROVe-related Sas files from Dr. Hui Quan |

MASON v. MERCK
PLAINTIFF'S EXHIBIT LIST

| No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| 3.0004 | MRK-ZAF0001913 | MRK-ZAF0002040 | | SAS-related files pertaining to Konstam/Weir pooled analysis |
| 3.0005 | MRK-ZAF0000001 | MRK-ZAF0001912 | | SAS-related files identified by Deilei Xu re: Konstam/Weir pooled analysis |
| 3.0006 | MRK-ZAD0000001 | MRK-ZAD0005717 | | SAS Files of Qinfen Yu |
| 3.0007 | MRK-ZAB0000001 | MRK-ZAB0023765 | | SAS Files of Dr. Deborah Shapiro |
| 3.0008 | MRK-ZAE0000001 | MRK-ZAE0001466 | | SAS Files of Adam Polis |
| 3.0009 | MRK-ZAA0002244 | MRK-ZAA0002351 | | SAS files delivered to the FDA |
| 3.0010 | MRK-ZAH0000001 | | | FACTS database |
| 3.0011 | MRK-QLIK0000001 | MRK-QLIK0000042 | | Qlikview files from Merck's Clinical Risk Management & safety Surveillance Department |
| 3.0012 | MRK-WAES00000001 | | | Material from the WAES Database |
| 3.0013 | | | | CTS database |
| 3.0014 | MRK-ADY0007451 | MRK-ADY0007963 | | Supplemental CLIC data |
| 3.0015 | MRK-ZAI0003437 | MRK-ZAI0004231 | | APPROVe-related files from Dr. Hui Quan |
| 3.0016 | MRK-ZAG0000001 | MRK-ZAG0000100 | | APPROVe raw data extracts from the CTS database |
| 3.0017 | MRK-AFH0700001 | | | Access file of Vioxx extracts from the Vascular Events database |
| 3.0018 | MRK-ADY0007450 | | | ACCESS File of CLIC Data |
| 3.0020 | MRK-AIO0000001 | MRK-AIO0000021 | | Data models and data dictionaries for iMED and Mesa databases |
| 3.0021 | | | | Microsoft Access extracts of iMED and Mesa databases |
| 3.0022 | MRK-AJD0000001 | MRK-AJD0000015 | | MAX Database |
| 3.0023 | | | | APPROVe Follow-up data - SAS data |
| 3.0024 | | | | VICTOR Data |
| 4.0001 | | | | Bottle of Vioxx |
| 4.0002 | | | | Defendant's production of photographs of Plaintiff's bottled of Vioxx |
| 4.0003 | | | 6/21/2006 | Alta View Hospital - Medical Records (82 pages of records) |
| 4.0004 | | | 6/21/2006 | Alta View Hospital - Billing Records (6 pages of records) |
| 4.0005 | | | 6/13/2006 | Alta View Hospital - Film / X-ray Records (3 pages of records) |
| 4.0006 | | | 7/17/2006 | BBB Dentistry - Dental Records (8 pages of records) |
| 4.0007 | | | 4/21/2006 | Cottonwood Hospital - Medical Records (146 pages) |
| 4.0008 | | | 8/21/2006 | Cottonwood Hospital - Cardiac Rehab Records (158 pages) |
| 4.0009 | | | | Cottonwood Hospital - Billing Records |
| 4.0010 | | | 8/14/2006 | Cottonwood Hospital - Film / X-ray Record (1 Disk) |
| 4.0011 | | | 8/15/2006 | Gold Cross Ambulance - Transport Records (4 pages of records) |
| 4.0012 | | | | Gold Cross Ambulance - Billing Records (2 pages) |
| 4.0013 | | | 6/15/2006 | Heart and Lung Institute of Utah - Medical Records (14 pages of records) |
| 4.0014 | | | 6/19/2006 | Heart and Lung Institute of Utah - Billing Records (2 pages of records) |
| 4.0015 | | | 9/5/2006 | Heart and Lung Institute of Utah - Medical Records with deposition (129 pages of records) |
| 4.0016 | | | 8/18/2006 | Intermountain Healthcare / Select Health - Insurance records (55 pages of records) |