```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2006 OCT 23  PM 12:33

                                          LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ruby M. Allen, Surviving Mother of Raymond L. Forest, Deceased, and Nancy G. Andrews, Executrix of the Estate of Raymond L. Forest, Deceased v. Merck & Co., Inc.,* No. 06-2393

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Ruby M. Allen, as Surviving Mother of Raymond L. Forest, Deceased, and Nancy G. Andrews, as Executrix of the Estate of Raymond L. Forest, Deceased be and the same are hereby dismissed with prejudice, each party to bear their own costs. *If the Plaintiff desires to refile her claims, she must do so in federal court*

New Orleans, Louisiana, this 20th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

4

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```