UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL No. 1657**<br><br>**Section L**<br><br>**Judge Eldon E. Fallon**<br><br>**Magistrate Judge Daniel E. Knowles, III** |

**THIS DOCUMENT RELATES TO:**
*Esther C. Breuer v. Merck & Co., Inc.*, Case No. 2:05-CV-04117

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED PLEADING

Plaintiff, Esther C. Breuer, requests leave of court to file her First Amended Complaint:

1. Plaintiff filed her original complaint on August 25, 2005. Defendant filed its answer on December 2, 2005. Plaintiff now seeks to amend her original complaint.

2. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); Lyn-Lea Travel Corp. v. American Airlines, Inc., 283 F.3d 282, 286 (5th Cir. 2002).

3. The court should permit the filing of Plaintiff's First Amended Complaint because the amended pleading merely clarifies and corrects jurisdictional allegations made in her original complaint. Associated Musicians v. Parker Meridian Hotel, 145 F.3d 85, 89-90 (2d Cir. 1998).

4. The amended pleading does not raise any additional theories of recovery, adds no new parties, and therefore causes no surprise or prejudice. Nelson v. Adams USA, Inc., 529 U.S. 460, 466 (2000). Accordingly, Merck will not be prejudiced by Plaintiff's First Amended Complaint.

5. Plaintiff is filing her amended pleading along with this motion.

## Conclusion

6. Because Plaintiff's First Amended Complaint merely clarifies and corrects the original complaint, and because Merck will not be prejudiced, Plaintiff asks the court to grant leave to file the amended pleading.

                                          Respectfully submitted,

/s/ Grant Kaiser

| | |
|---|---|
| Drew Ranier | Grant Kaiser |
| Louisiana Bar No. 8320 | Texas Bar No. 11078900 |
| **RANIER, GAYLE & ELLIOT LLC** | **THE KAISER FIRM LLP** |
| 1419 Ryan Street | 8441 Gulf Freeway, Suite 600 |
| Lake Charles, Louisiana 70601 | Houston, Texas 77017 |
| (337) 494-7171; fax (337) 494-7218 | (713) 223-0000; fax (713) 223-0440 |
| | |
| Walter Umphrey | John Eddie Williams, Jr. |
| Texas Bar No. 20380000 | Texas Bar No. 21600300 |
| **PROVOST UMPHREY LAW FIRM LLP** | Amy M. Carter |
| | Texas Bar No. 24004580 |
| 490 Park Street | **WILLIAMS BAILEY LAW FIRM LLP** |
| Beaumont, Texas 77701 | 8441 Gulf Freeway, Suite 600 |
| (409) 835-6000; fax (409) 838-8888 | Houston, Texas 77017 |
| | (713) 230-2200; fax (713) 643-6226 |
| | |
| Mikal Watts | |
| Texas Bar No. 20981820 | |
| **THE WATTS LAW FIRM LLP** | |
| Tower II Building, 14th Floor | |
| 555 North Carancahua Street | |
| Corpus Christi, Texas 78478 | |
| (361) 887-0500; fax (361) 887-0055 | |

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of October, 2006.

    /s/ Grant Kaiser
    Grant Kaiser
    **THE KAISER FIRM LLP**
    8441 Gulf Freeway, Suite 600
    Houston, Texas 77017
    (713) 230-0000; fax (713) 230-0440
    gkaiser@thekaiserfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
|---|---|
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
*Esther C. Breuer v. Merck & Co., Inc.*, Case No. 2:05-CV-04117

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED PLEADING

On this day, the Court considered Plaintiff Esther Breuer's motion for leave to file an amended pleading and the response, and after reviewing the motion and response is of the opinion that said Motion should be GRANTED.

SIGNED AND ENTERED on this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE