FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

**UNITED STATES DISTRICT COURT**     2006 OCT 24  AM 6: 58

**EASTERN DISTRICT OF LOUISIANA**

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| This relates to all cases | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum in Support of Merck

& Co., Inc.'s Motion for Expedited Hearing on Merck's Motion for Protective Order,

IT IS ORDERED that the motion is ~~granted and, accordingly, Merck & Co., Inc.'s~~ *Denied*

~~Motion for Protective Order Prohibiting Discovery Of Attorney Work Product And Privileged~~

~~Communications Related To The Martin Report will be brought on for hearing, by telephone, on~~

~~the _____ day of _____, 2006, at _____ o'clock.~~

NEW ORLEANS, LOUISIANA, this *23rd* day of *October*, 2006.

_____
DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
_ Doc. No_____

834734v.1