```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                        EASTERN DISTRICT OF LA
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2006 OCT 24  AM 6: 58

LORETTA G. WHYTE
CLERK

| | | | |
|---|---|---|---|
| WILLIAM LONG, | ) | IN RE: | Vioxx Products Liability Litigation |
| Plaintiff, | ) | | |
| VS. | ) | MDL 1657 | |
| PFIZER, INC., | ) | DOCKET NO.: 2:05-cv-06383 EEF-DEK | |
| Defendants. | ) | | |

## ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

On October 12, 2006, Plaintiff, William Long, filed a Motion for Voluntary Dismissal of his claims as to all remaining defendants. The Motion for Voluntary Dismissal is hereby ~~granted~~ *Denied*. ~~William Long is dismissed from this case with costs taxed as paid~~.

New Orleans, Louisiana, this 23rd day of October, 2006.

*[signature]*
Judge Eldon E. Fallon
United States District Judge

```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep__
___ Doc. No__
```