IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:06-CV-810<br><br>CHARLES L. MASON,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S AMENDED**<br>**MASTER EXHIBIT LIST** |

TO:    Edward F. Blizzard
          J. Scott Nabers
          Rebecca B. King
          BLIZZARD, MCCARTHY & NABERS, LLP
          440 Louisiana, Suite 1710
          Houston, Texas 77002

Defendant Merck & Co., Inc. ("Merck") hereby submits its Amended Master Exhibit List. Merck reserves the right to add or withdraw exhibits on any of the lists referenced herein.

Dated: October 24, 2006

Respectfully submitted,

By: /s/ *Dorothy H. Wimberly*
   Phillip A. Wittmann, 13625
   Dorothy H. Wimberly, 18509
   STONE PIGMAN WALTHER
   WITTMANN L.L.C.
   546 Carondelet Street
   New Orleans, Louisiana 70130
   Phone: 504-581-3200
   Fax:   504-581-3361

Defendants' Liaison Counsel

—and—

   Philip S. Beck
   Tarek Ismail
   Shayna S. Cook
   Brian P. O'Donoghue
   BARTLIT BECK HERMAN PALENCHAR &
      SCOTT LLP
   54 W. Hubbard Street, Suite 300
   Chicago, IL 60610
   Phone: 312-494-4400
   Fax:   312-494-4440

   Douglas R. Marvin
   Robert A. Van Kirk
   M. Elaine Horn
   WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
   Washington, D.C. 20005
   Phone: 202-434-5000
   Fax:   202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Amended Exhibit List has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of October 2006.



/s/ *Dorothy H. Wimberly*