Charles Mason v. Merck Co., Inc. (Case No. 2:06-CV-810)
Defendant Merck's Amended Trial Exhibit List

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0546 | 3/1/1989 | | | K. Green, et al., Pronounced Reduction of in vivo Prostacyclin Synthesis in Humans by Acetaminophen, Prostaglandins, Mar. 1989, vol. 37:311-315 | |
| DX 0547 | 1/1/1992 | MRK-ABY0014115 | MRK-ABY0014134 | Wiseman, 'Indobufen: A review of its Pharmacodynamic and Pharmacokinetic properties and therapeutic efficacy in Cerebral, Peripheral and Coronary Vascular Disease' | |
| DX 0548 | 1/1/1993 | MRK-AGV0092146 | MRK-AGV0092152 | Brochier 'Evaluation of Flurbiprofen for Prevention of Reinfarction and Reocclusion after Successful Thrombolysis or Angioplasty in Acute Myocardial Infarction' | |
| DX 0549 | 1/1/1993 | MRK-AGV0007923 | MRK-AGV0007925 | G. Fornaro, 'Indobufen in the Prevention of Thromboembolic Complications in patients with Heart Disease' | |
| DX 0550 | 09/00/1993 | | | Fornes, P., et al., "Sudden Out-of-Hospital Coronary Death in Patients With No Previous Cardiac History. An Analysis of 221 Patients Studied at Autopsy," Journal of Forensic Sciences, Vol. 38, No. 5, Sept. 1993, pp. 1084-1091. | |
| DX 0551 | 1/8/1994 | MRK-AFK0176603 | MRK-AFK0176686 | Antiplatelet Trialists' Collaboration, 'Collaborative overview of randomised trials of antiplatelet therapy prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients' | |
| DX 0552 | 3/1/1994 | | | Guccione, A.A., et al. "The Effects of Specific Medical Conditions on the Functional Limitations of Elders in the Framingham Study." Am. J. Public Health Vol. 84(3), at 351-8. | |
| DX 0553 | 4/1/1994 | Public | | Rajah et al., 'Effects of anti platelet therapy with indobufen or aspirin-dipyridamole on graft patency one year after coronary artery bypass grafting' | |
| DX 0554 | 1/1/1995 | | | Corrao, S., et al., : "Cardiac Involvement in Rheumatoid Arthritis: Evidence of Silent Heart Disease," European Heart Journal, Vol. 16(2), at 253-56 (Feb. 1995) | |
| DX 0555 | 1/1/1995 | | | Hochberg, M.C., et al. "The Contribution of Osteoarthritis to Disability: Preliminary Data from the Women's Health and Aging Study." J. of Rheumatology, Supp. Vol. 43, at 16-18. | |
| DX 0556 | 6/1/1995 | | | Philbin, E.F., et al. "Cardiovascular Fitness and Health in Patients with end-Stage Osteoarthritis.' Arthritis & Rheumatism Vol. 38(6), at 799-805. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0557 | 12/1/1996 | | | Philbin, E.F., et al. 'Osteoarthritis as a Determinant of an Adverse Coronary Heart Disease Risk Profile.' J. of Cardiovascular Risk Vol. 3(6), at 529-33 (Dec. 1996). | |
| DX 0558 | 4/3/1997 | MRK-ABY0004866 | MRK-ABY0004872 | Ridker PM et al., 'Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men' | |
| DX 0559 | 8/24/1997 | | | Wolfe, F., et al. 'The C-Reactive Protein But Not Erythrocyte Sedimentation Rate is Associated with Clinical Severity in Patients with Osteoarthritis of the Knee or Hip.' J. of Rheumatology Vol. 24)8), at 1486-8. | |
| DX 0560 | 1/1/1998 | MRK-ABY0017695 | MRK-ABY0017700 | Cataldo et. al., 'Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis' | |
| DX 0561 | 1/20/1998 | | | Robert Carney, "Psychological Risk Factors for Cardiac Events: Could There Be Just One?" Circulation, Vol. 97(2), at 128, 129 (January 20, 1998). | |
| DX 0562 | 7/27/1998 | MRK-ABY0004421 | MRK-ABY0004428 | Singh article, 'Recent considerations in Nonsteroidal Anti-Inflammatory Drug Gastropathy', The American Journal of Medicine. 1998 Jul 27; 1-5(1B). 31S-38S. | |
| DX 0563 | 11/1/1998 | MRK-AHN0019084 | MRK-AHN0019093 | Lanza FL, 'A Guideline for the Treatment and Prevention of NSAID-Induced Ulcers', The American Journal of Gastroenterology. 1998 Nov. 1; 93(11): 2037-36 | |
| DX 0564 | 1/1/1999 | Public | | Shah, A, et. al, The In Vivo Assessment of Nimesulide Cyclooxygenase-2 Selectivity', British Society of Rheumatology 1999, 38 (suppl.1) 19-23 | |
| DX 0565 | 5/1/1999 | MRK-00420019123 | MRK-00420019130 | Catella-Lawson, et al.: 'Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids' | |
| DX 0566 | 02/00/1999 | | | Crofford, Leslie J. and Kenneth L. Casey. 'Central Modulation of Pain Perception.' Rheumatic Disease Clinics of North America Vol. 25(1), at 1 (Feb. 1999). | |
| DX 0567 | 02/00/1999 | | | Huyser, Bruce A. and Jerry C. Parker. 'Negative Affect and Pain in Arthritis.' Rheumatic Disease Clinics of North America Vol. 25(1), at 105. | |
| DX 0568 | 02/00/1999 | | | Keefe, Francis J. and Valerie Bonk. 'Psychological Assessment of Pain in Patients Having Rheumatic Diseases.' Rheumatic Disease Clinics of North America Vol. 25(1), at 81. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0569 | 02/00/1999 | | | Moreland, Larry W., and E. William St. Clair. "The Use of Analgesics in the Management of Pain in Rheumatic Diseases." Rheumatic Disease Clinics of North America, Vol. 25(1), at 153. | |
| DX 0570 | 4/7/1999 | | | Cobb, L., et al., 'Influence of Cardiopulmonary Resuscitation Prior to Defibrillation in Patients With Out-of-Hospital Ventricular Fibrillation,' JAMA 4/7/1999-Vol. 281, No. 13. | |
| DX 0571 | 5/1/1999 | | | Fitzgerald, G., et al: "Effects of specific inhibition of cyclooxgenase on sodium balance, Hemodynamics, and Vasoactive Eicosanoids", Journal of Pharmacology and Experimental Therapeutics article. | |
| DX 0572 | 6/17/1999 | MRK-ABT0013898 | MRK-ABT0013909 | Wolfe, M., et al., 'Gastrointestinal Toxicity of Nonsteroidal Anti-Inflammatory Drugs,' NEJM | |
| DX 0573 | 08/00/1999 | | | Hamerman, David, et al. 'Emerging Evidence for Inflammation in Conditions Frequently Affecting Older Adults: Report of a Symposium.'J. Am. Geriatrics Society Vol. 47(8), at 1016-1025. | |
| DX 0574 | 10/1/1999 | | | L. Laine, et al: "A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2-Specific Inhibitor, With That of Ibuprofen on the Gastroduodenal Mucosa of Patients with Osteoarthritis." | |
| DX 0575 | 11/24/1999 | | | Langman, M; Jensen, D; Watson, D; Harper, S; Zhao, P; Quan, H; Bolognese, J; Simon, T. 'Adverse Upper Gastrointestinal Effects of Rofecoxib Compared with NSAIDS' JAMA. 1999; 282: 1929-1933. | |
| DX 0576 | 2/1/2000 | | | Hawkey, C; Laine, L; Simon, T; Beaulieu, A; Maldonado-Cocco, J; Acevedo, E; Shahane, A; Quan, H; Bolognese, J; Mortensen, E. "Comparison of the effect of rofecoxib (A cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of pati | |
| DX 0577 | 1/1/2000 | Public | | Crofford L et al., 'Basic Biology and Clinical Application of Specific Cyclooxygenase-2 Inhibitors', Arthritis & Rheumatism. 2000 Jan 1; 43(1) 4-13. | |
| DX 0578 | 2/2/2000 | MRK-ADB0005782 | MRK-ADB0005791 | Leese et al., 'Effects of Celecoxib, a Novel Cyclooxygenase-2 Inhibitor, on Platelet Function in Healthy Adults' | |
| DX 0579 | 7/5/2000 | Public | | Saito T et al., 'Inhibition of Cyclooxygenase-2 Improves Cardiac Function in Myocardial Infarction', Biochemical and Biophysical Research Communications. 2000 June 1; 273: 772-775. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0580 | 08/00/2000 | | | Loeser, Richard F. 'Aging and the Etiopathogenesis and Treatment of Osteoarthritis.' Rheumatic Disease Clinics of North America Vol. 26(3), at 547. | |
| DX 0581 | 08/00/2000 | | | Percy, Lydia A. and Meika A. Fang. 'Geropharmacology for the Rheumatologist.', Rheumatic Disease Clinics of North America Vol. 26(3), at 433 (Aug. 2000). | |
| DX 0582 | 08/00/2000 | | | Sharif, M., et al.: 'Increased Serum C Reactive Protein May Reflect Events that Precede Radiographic Progression in Osteoarthritis of the Knee.' Annals of the Rheumatic Diseases Vol. 59(1), at 71-4. | |
| DX 0583 | 9/13/2000 | | | Silverstein, F., et al., "Gastrointestinal Toxicity with Celecoxib vs. Nonsteroidal Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis," JAMA 2000 Sept. 13; 284(10):1247-1255. | |
| DX 0584 | 10/00/2000 | | | Conrozier, Thierry, et al. 'Serum Levels of YKL-40 and C Reactive Protein in Patients With Hip Osteoarthritis and Healthy Subjects: A Cross Sectional Study.' Annals of the Rheumatic Diseases Vol. 59, at 828-31. | |
| DX 0585 | 10/1/2000 | MRK-ABK0477641 | MRK-ABK0477652 | Van Hecken et al. 'Comparative inhibitory activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen and Naproxen on COX-2 versus COX-1 in healthy volunteers | |
| DX 0586 | 11/23/2000 | MRK-ACD0086310 | MRK-ACD0086318 | Bombardier, Laine, Reicin, et al., 'Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis' | |
| DX 0587 | 7/1/2001 | Public | | FitzGerald, G. "Prostaglandins and their Precursors". The Journal of Clinical Investigation. 2001: 107(12): 1491-95. | |
| DX 0588 | 1/1/2001 | Public | | FitzGerald, G; Cheng, Y; Austin, S. "Cox-2 inhibitors and the cardiovascular system." Clinical and Experimental Rheumatology. 2001; 19: S31-S36. | |
| DX 0589 | 1/1/2001 | Public | | Garcia Rodriguez, L. "The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data." Clinical and Experimental Rheumatology. 2001; 19 (6 Suppl 25): S41-4. | |
| DX 0590 | 1/1/2001 | MRK-ABY0005401 | MRK-ABY0005420 | Bhana and McClennan, 'Indobufen: An update review of its use in the management of Atherothrombosis' | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0591 | 03/00/2001 | | | Penninx, Brenda, et al. 'Depression and Cardiac Mortality: Results from a Community-Based Longitudinal Study.' Archives of General Psychiatry Vol. 58(3), at 221-27 (March 2001). | |
| DX 0592 | 3/13/2001 | MRK-AAC0025747 | MRK-AAC0025752 | Pratico, et al., Acceleration of atherogenesis by Cox-1 dependent prostanoid formation in low density lipoprotein receptor knockout mice, PNAS, Mar. 13, 2001, vol. 98, no. 6:3358-3363 | |
| DX 0593 | 4/1/2001 | | | Guedes, Claudie, et al. 'Cardiac Manifestations of Rheumatoid Arthritis: A Case-Control Transesophageal Echocardiography Study in 30 Patients.' Arthritis Care & Research Vol. 45(2), at 129-35 (April 2001). | |
| DX 0594 | 05/00/2001 | | | Ted R. Mikuls and Kenneth G. Saag, "Comorbidity in Rheumatoid Arthritis," Rhematic Disease Clinics of North America Vol. 27(2), at 283 (May 2001). | |
| DX 0595 | 7/1/2001 | | | Patrono, C. 'Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs.' J Clin Invest. 2001 Jul; 108(1):7-13. | |
| DX 0596 | 8/21/2001 | Public | | Cipollone F et al., 'Overexpression of Functionally Coupled Cyclooxygenase-2 and Prostaglandin E Synthase in Symptomatic Atherosclerotic Plaques as a Basis of Prostaglandin E(2)-Dependent Plaque Instability' | |
| DX 0597 | 10/3/2001 | MRK-AAD0203761 | MRK-AAD0203769 | Konstam, Weir et al. 'Cardiovascular thrombotic events in controlled, clinical Trials of Rofecoxib' | |
| DX 0598 | 11/1/2001 | MRK-AAC0000735 | MRK-AAC0000744 | Wong et al., Effects of Cox-2 Inhibitors on Aortic Prostacyclin Production in Cholesterol-fed Rabbits', Atherosclerosis, 2001; 157-393-402 | |
| DX 0599 | 11/12/2001 | MRK-ABK0308747 | MRK-ABK0308750 | Cardiovascular Safety of Cox-2 Inhibitors. The Medical Letter on Drugs and Therapeutics. 2001; 43: 99-100. | |
| DX 0600 | 11/30/2001 | MRK-ABH0002262 | MRK-ABH0002262 | Funk, 'Prostaglandins and Leukotrienes: Advances in Eicosand Biology', Science. 2001 Nov. 30; 294: 1871-1875. | |
| DX 0601 | 12/1/2001 | | | Catella-Lawson F et al., 'Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin', The New England Journal of Medicine. 2001 Dec. 20, 345(25): 1809-1817. | |
| DX 0602 | 12/00/2001 | | | Abramson, S.B., et al. 'The Role of Nitric Oxide in Tissue Destruction.' Best Practice & Research in Clinical Rheumatology Vol. 15(5), at 831-45. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0603 | 12/4/2001 | MRK-AHN0009572 | MRK-AHN0009577 | Ouellet, M; Riendeau, D; Percival, D. "A high level of cyclooxygenase-2 inhibitor selectivity is associated with a reduced interference of platelet cyclooxygenase-1 inactivation by aspirin." Proceedings of the National Academy of Sciences of the United St | |
| DX 0604 | 12/11/2001 | MRK-ABA0000545 | MRK-ABA0000548 | Verma, S; Raj, S; Shewchuk, L; Mather, K; Anderson, T. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulatio | |
| DX 0605 | 12/12/2001 | MRK-ABK0322607 | MRK-ABK0322613 | Burnakis et al., Responses in JAMA to Mukherjee 2001 | |
| DX 0606 | 12/20/2001 | | | Catella-Lawson, , F; Reilly, M; Kapoor, S; Cucchiara, A; DeMarco, S; Tournier, B; Vyas, S; FitzGerald, G. "Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin". New England Journal of Medicine. 2001; 345: 1809-1817. | |
| DX 0607 | 3/21/2002 | MRK-ACT0026006 | MRK-ACT0026012 | American Journal of Cardiology - "Cardiovascular Pharmacology of Nonselective Nonsteroidal Anti-inflammatory Drugs and Coxibs: Clinical Considerations" by GA FitzGerald - pp. 26D-32D, volume 89, issue 6A. | |
| DX 0608 | 4/16/2002 | Public | | Burleigh, M; Babaev, V; Oates, J; Harris, R; Gautam, S; Riendeau, D; Marnett, L; Morrow, J; Fazio, S; Linton, M. "Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice." Circulation. 2002; 105(15): 1816-1823. | |
| DX 0609 | 3/21/2002 | Public | | DeMaria, A. "Relative Risk of Cardiovascular Events in Patients with Rheumatoid Arthritis." American Journal of Cardiology. 2002; 89: 33D-38D. | |
| DX 0610 | 1/1/2002 | Public | | Dalen, J. Selective COX-2 Inhibitors, NSAIDs, Aspirin, and Myocardial Infarction (editorial). Archives of Internal Medicine. 2002;162: 1091-92. | |
| DX 0611 | 1/1/2002 | Public | | Fendrick A, "Developing an economic rationale for the use of selective COX-2 inhibitors for patients at risk for NSAID gastropathy" | |
| DX 0612 | 1/1/2002 | Public | | Hawkey CJ, "Cyclooxygenase Inhibition: Between the Devil and the Deep Blue Sea" | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0613 | 1/1/2002 | MRK-ADB0017179 | MRK-ADB0017186 | Wolfe F, et al., "Increase in Lifetime Adverse Drug Reactions, Service, Utilization, and Disease Severity Among Patients who will start COX-2 Specific Inhibitors: Quantatative Assessment of Channelgn Bias and Confounding by Indication in 6689 Pateints w | |
| DX 0614 | 6/20/2001 | | | Ersoy, Y., et al. "Serum Nitrate and Nitrite Levels in Patients with Rheumatoid Arthritis, Ankylosing Spondylitis, and Osteoarthritis." Annals of the Rheumatic Diseases Vol. 61(1), at 76-8. | |
| DX 0615 | 00/00/2006 | | | American Heart Association/American Stroke Association website, "Heart Disease and Stroke Statistics - 2006 Update" | |
| DX 0616 | 1/15/2002 | MRK-AAB0013563 | MRK-AAB0013568 | Reicin, et al, Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib versus Nonselective Nonsteroidal Anti-inflammatory Drugs Ibuprofen, Diclofenac and Nabumetone, The Am. J. of Cardiology, Jan. 15, 2002, vo | |
| DX 0617 | 02/00/2002 | | | Mahaffey, K, et al., 'Misreporting of myocardial infarction endpoints: Results of adjudication by a central clinical events committee in the PARAGON-B trial,' Am. Heart. J. Feb. 2002;143(2):242-248 | |
| DX 0618 | 2/27/2002 | | | Geba, GP, and AL Weaver, A Polis, ME Dixon, TJ Schnitzer; Vioxx, Acetaminophen, Celecoxib Trial (VACT) Group. "Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial." JAMA. 2002 Feb 27; 287(8): 989. | |
| DX 0619 | 3/1/2002 | MRK-AFO0098642 | MRK-AFO0098662 | Mukhopadhyay, "Thrombotic Cariovascular Safety Update for VIOXX Placebo-Controlled Data." 2002 March. | |
| DX 0620 | 03/00/2002 | | | Kimmel, Stephen E., et al. 'Parenteral Ketorolac and Risk of Myocardial Infarction.' Pharmacoepidemiology & Drug Safety Vol. 11(2), at 113-9. | |
| DX 0621 | 3/21/2002 | MRK-ADC0000018 | MRK-ADC0000071 | Garret FitzGerald, ed., "Nonsteroidal Anti-Inflammatory Drugs, Coxibs, and Cardio-Renal Physiology: A Mechanism-Based Approach" The American Journal of Cardiology. 2002 Mar 21; 89(6A) | |
| DX 0622 | 5/27/2002 | MRK-ABT0079063 | MRK-ABT0079068 | Watson,D; Rhodes,T; Cai, B; Guess, H. "Lower Risk of Thromboembolic Cardiovascular Events with Naproxen Among Patients with Rheumatoid Arthritis.Archives of Internal Medicine."2002;162:1105-1110. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0623 | 5/27/2002 | MRK-ABA0041662 | MRK-ABA0041667 | Solomon, et al., 'Non-Steroidal Anti-Inflammatory Drug Use and Acute Myocardial Infarction', Archives of Internal Medicine. 2002 May 27; 162: 1099-1104. | |
| DX 0624 | 5/27/2002 | MRK-ABS0386560 | MRK-ABS0386564 | Rahme, E., et al., 'Association Between Naproxen Use and Protection Against Acute Myocardial Infarction, Archives of Internal Medicine. 2002 May 27; 162: 1111-1115 | |
| DX 0625 | 7/24/2002 | | | Lamberg, Lynne. 'Mind-Body Medicine Explored at APA Meeting.' JAMA Vol. 288(4), at 435-39. | |
| DX 0626 | 10/1/2002 | Public | | Linton M et al., 'Cyclooxygenase-2 and atherosclerosis' | |
| DX 0627 | 10/5/2002 | | | Ray W, et al., 'COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease' | |
| DX 0628 | 10/5/2002 | MRK-ABA0041612 | MRK-ABA0041614 | Ray, et al, Cox-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease, The Lancet, Oct. 5, 2002, vol. 360:1071-1073 | |
| DX 0629 | 11/00/2002 | MRK-ADY0007253 | MRK-ADY0007268 | Hochberg MC. 'Treatment of Rheumatoid Arthritis and Osteoarthritis with COX-2-Selective Inhibitors: a Managed Care Perspective', Am J Manag Care. 2002; 8(17 Suppl): S502-S517. | |
| DX 0630 | 12/00/2002 | | | Bacon, P.A., et al. 'Accelerated Atherogenesis in Autoimmune Rheumatic Diseases.' Autoimmunity Reviews Vol. 1(6), at 338-347. | |
| DX 0631 | 12/00/2002 | | | Grippo, A.J. and A.K. Johnson. 'Biological Mechanisms in the Relationship Between Depression and Heart Disease.'Neuroscience & Biobehavorial Reviews', Vol. 26(8), at 941-62. | |
| DX 0632 | 12/17/2002 | | | Hawkey, C; Laine, L; Simon, T; Quan, H; Shingo, S; Evans, J. "Incidence of Gastroduodenal Ulcers in Patients with Rheumatoid Arthritis after 12 weeks of Rofecoxib, Naproxen, or Placebo: A Multicentre, Randomised, Double-Blind Study." Gut. 2003; 52: 820-82 | |
| DX 0633 | 7/21/2003 | | | Yuan Y et al., 'Assessment of the safety of selective cyclo-oxygenase-2 inhibitors: where are we in 2003' | |
| DX 0634 | 1/1/2003 | MRK-AAD0195772 | MRK-AAD0195780 | Baigent/Patrono, "Selective Cyclooxygenase-2 Inhibitors, Aspirin, and Cardiovascular Disease" | |
| DX 0635 | 09/00/2004 | Public | | Patrono C et al., 'Platelet-Active Drugs: The Relationships Among Dose, Effectiveness, and Side Effects - The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy' | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0636 | 01/00/2003 | Public | | Baigent C, Patrono C, "Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal," Arthritis Rheum 2003 Jan;48(1):12-20. | |
| DX 0637 | 01/00/2003 | | | Wolfe, F., et al.,: 'Increase in Cardiovascular and Cerebrovascular Disease Prevalence in Rheumatoid Arthritis.' J. of Rheumatology Vol. 30(1), at 36-40. | |
| DX 0638 | 1/28/2003 | Public | | Chenevard, E; Hurlimann, D; Bechir, M; Enseleit, F; Spieker, L; Hermann, M; Riesen, W; Gay, S; Gay, R; Neidhart M; Michel, B; Luscher, T; Noll, G; Ruschitzk, F. 'Selective COX-2 Inhibition Improves Endothelial Function in Coronary Artery Disease' | |
| DX 0639 | 2/1/2003 | Public | document too large? | Laine, L; Connors, L; Reicin, A; Hawkey, C; Vargas, B; Schnitzer, T; Yu, Q; Bombardier, C. "Serious lower gastrointestinal clinical events with nonselective NSAID or coxib use." Gastroenterology. 2003;124:288-292. | |
| DX 0640 | 2/15/2003 | Public | | MacDonald, T; Wei, L. "Effect of ibuprofen on cardioprotective effect of aspirin". The Lancet. 2003;361:573-574. | |
| DX 0641 | 2/15/2003 | MRK-ABT0082313 | MRK-ABT0082315 | Fitzgerald, 'Parsing an enigma: the pharmacodynamics of aspiring resistance,' The Lancet. 2003 Feb 2; 361: 542-44. | |
| DX 0642 | 2/24/2003 | MRK-ADM0114045 | MRK-ADM0114050 | Mamdani et al., 'Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly', Arch Intern Med. 2003 Jan 2; 163: 481-86. | |
| DX 0643 | 2/24/2003 | MRK-ABT0081722 | MRK-ABT0081727 | Mamdani, M; Rochon, P; Juurlink, D; Anderson, J; Kopp, K; Naglie, G; Austin, P; Laupacis, A. Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly. Archives of Internal Medicine. 2003 | |
| DX 0644 | 3/25/2003 | MRK-AAD0305055 | MRK-AAD0305078 | Cox-1 is the Major Isoform of Cyclooxygenase Co-localized with Prostacyclin Synthase in Normal Dog Aortic Endothelium/slides | |
| DX 0645 | 08/00/2004 | KP 001521 | KP 001526 | Graham, et al., "Risk of Acute Myocardial Infarction and Sudden Cardiac Death with Use of COX-2 Selective and Non-Selective NSAIDs" | |
| DX 0646 | 5/28/2003 | MRK-AAA0087359 | MRK-AAA0087359 | Singer et al. 'COX-1 is the Major isoform of cyclooxygenase co-localizing with prostacyclin synthase in normal dog aortic endothelium.' | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0647 | 6/1/2003 | MRK-ADY0005464 | MRK-ADY0005468 | Tuleja, E; Mejza, F; Emiel, A; Szczeklik, A. Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men." Arteriosclerosis Thrombosis and Vascular Biology. 2003; 23: 1111-111 | |
| DX 0648 | 06/00/2003 | Public | | Tuleja, Ewa, et al. 'Effects of Cyclooxygenase - 1 and -2 Inhibitors on the Balance of Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men.' Arteriosclerosis, Thrombosis, and Vascular Biology Vol. 23(6), at 111 | |
| DX 0649 | 6/30/2003 | | | Watson, D.J., et al. 'All-Cause Mortality and Vascular Events Among Patients with Rheumatoid Arthritis, Osteoarthritis, or No Arthritis in the UK General Practice Research Database.' J. of Rheumatology Vol. 30(6), at 1196-202. | |
| DX 0650 | 11/14/1999 | Public | | Greenberg, H; Schwartz, J; Waldman, S; Veronese, L; Musser, B; Gertz, B. "Inhibition of Prostacyclin (PGI2) in Healthy Volunteers by Acetaminophen." (Abstract of Presentation). 1999; 0: 445. | |
| DX 0651 | 6/27/2003 | Public | | Layton D, et al., 'Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data', British Society of Rheumatology | |
| DX 0652 | 07/00/2003 | | | Scherrer, J.F., et al. 'A Twin Study of Depression Symptoms, Hypertension, and Heart Disease in Middle-Aged Men.' Psychosomatic Med. Vol. 65(4), at 548-57. | |
| DX 0653 | 8/1/2003 | | | Katon, W.J. 'Clinical and Health Services Relationships Between Major Depression, Depressive Symptoms, and General Medical Illness.' Biological Psychiatry Vol. 54(3), at 216-26. | |
| DX 0654 | 09/00/2003 | | | Brooks, "Inflammation As an Important Feature of Osteoarthritis," Bulletin of the World Health Organization Vol. 81(9) Genebra (Sept. 2003). | |
| DX 0655 | 09/00/2003 | | | Yuan, G., et al. 'Expression of C5aR (CD88) of Synoviocytes Isolated from Patients with Rheumatoid Arthritis and Osteoarthritis.' Chinese Medical Journal (English) Vol. 116(9), at 1408-12. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0656 | 10/1/2003 | MRK-ADY0006153 | MRK-ADY0006166 | American Heart Journal - "Selective COX-2 inhibition and cardiovascular effects: A Review of the rofecoxib development program" by MR Weir, RS Sperling, A Reicin, BJ Gertz appeared on pp. 591-604 of volume 146 issue 4 | |
| DX 0657 | 10/7/2003 | Public | | Lisse, J; Perlman, M; Johansson, G; Shoemaker, J; Schechtman, J; Skalky, C; Dixon, M; Polis, A; Mollen, A; Geba, G. "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis. Annals of Internal of Med | |
| DX 0658 | 7/21/2004 | Public | | Watson, D; Yu, Q; Bolognese, J; Reicin, A; Simon, T. "The Upper Gastrointestinal Safety of Rofecoxib vs. NSAIDs: An Updated Combined Analysis." Curr Med Res Opinion, 2004 Oct. 1; 20(10): 1539-48. | |
| DX 0659 | 11/12/2003 | | | Lin, E.H., et al. "Effect of Improving Depression Care on Pain and Functional Outcomes Among Older Adults with Arthritis: A Randomized Controlled Trial." JAMA Vol. 290(18), at 2428, 2429. | |
| DX 0660 | 11/19/2003 | | | Title L et al., 'Effect of Cyclooxygenase-2 Inhibition with Rofecoxib on Endothelial Dysfunction and Inflammatory Markers in Patients with Coronary Artery Disease,' Journal of the American College of Cardiology, 2003, Nov. 10; 42(10): 1747-1753 | |
| DX 0661 | 12/00/2003 | | | So, A.K., et al. 'Arthritis is Linked to Local and Systemic Activation of Coagulation and Fibrinolysis Pathways.' J. of Thrombosis and Haemostasis Vol. 1(12), at 25010-15 (Dec. 2003). | |
| DX 0662 | 1/1/2004 | Public | | Monakier D et al., 'Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes', European Heart Journal. 2004 Jan 1, 1303 | |
| DX 0663 | 1/1/2004 | Public | | Gross G et al., 'Effect of COX-1/COX-2 Inhibition versus Selective COX-2 Inhibition on Coronary Vasodilator Responses to Arachidonic Acid and Acetylcholine. Pharmacology' Pharmacology. 2003, Nov. 15; 71: 135-142. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0664 | 1/1/2004 | Public | | Bogaty P et al., 'Impact of Prolonged Cycolooxygenase-2 Inhibition on Inflammatory Markers and Endothelial Function in Patients with Ischemic Heart Disease and Raised C-Reactive Protein: A Randomized Placebo-Controlled Study', Circulation. 2004 Apr. 30. | |
| DX 0665 | 1/1/2004 | MRK-ACD0112041 | | Kimmel, et al., "Risk of Myocardial Infarction By Type of Cyclooxygensae-2 Inhibitor" [Abstract] | |
| DX 0666 | 1/1/2004 | Public | | Gimeno V et al., 'Gastrointestinal and cardiovascular characterization of users of valdecoxib and other cox-2 specific inhibitors', Pharmacoepidemiology and Drug Safety 2004 Jan 1; 12: S1-S189 [Abstract] | |
| DX 0667 | 1/13/2004 | Public | | Reines SA, et al., 'Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study', Neurology. 2004. Jan 13; 62: 66-71. | |
| DX 0668 | 02/00/2004 | | | Stürmer, T., et al. 'Severity and Extent of Osteoarthritis and Low Grade Systemic Inflammation As Assessed by High Sensitivity C Reactive Protein.' Annals Rheumatic Diseases Vol. 63(6), at 200-05. | |
| DX 0669 | 02/00/2004 | MRK-AHN0006779 | MRK-AHN0006788 | Cipollone F, et al., 'Cyclooxygenase-2 expression and inhibition in atherothrombosis,' Arterioscler Thromb Vasc Biol. 2004 Feb;24(2):246-55. | |
| DX 0670 | 3/17/2004 | Public | | Kimmel SE, 'The Effects of Nonselective Non-Aspirin Non-Steroidal Anti-Inflammatory Medications on the Risk of Nonfatal Myocardial Infarction and Their Interaction With Aspirin', Journal of the American College of Cardiology. 2004 Mar. 17; 43(6): 985-99 | |
| DX 0671 | 3/30/2004 | MRK-YNG0459428 | MRK-YNG0459431 | Capone, M; Tacconelli, S; Sciulli, M; Grana, M; Ricciotti, E; Minuz, P; Di Gregorio, P; Merciaro, G; Patrono, C; Patrignani, P. "Clinical Pharmacology of Platelet, Monocyte and Vascular Cyclooxygenase Inhibition by Naproxen and Low-Dose Aspirin in Healthy | |
| DX 0672 | 04/00/2004 | | | Kadam, U.T., et al. 'Clinical Comorbidity in Patients with Osteoarthritis: A Case-Control Study of General Practice Consulters in England and Wales.' Annals of the Rheumatic Diseases, Vol. 63(4), at 408-14. | |
| DX 0673 | 06/00/2004 | Public | | Hrycaj, P.Z. 'Systemic Inflammation in Osteoarthritis.' Annals of the Rheumatic Diseases Vol. 63(6), at 750, 751. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0674 | 8/21/2004 | MRK-ACO0069031 | MRK-ACO0069040 | Farkouh M et al., 'Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial' The Lancet. 2004 Aug 21; 364: 665-74. | |
| DX 0675 DX 3524 | 9/1/2004 | Public | | Patrono/FitzGerald survey "Platelet Active Drugs: The Relationship Among Dose, Effectiveness & Side Effects," CHEST 2004; 126:234S-264S | |
| DX 0676 | 10/00/2004 | Public | | Chan, F.K., et al. 'Celecoxib Versus Diclofenac Plus Omeprazole in High-Risk Arthritis Patients: Results of a Randomized Double-Blind Trial.' Gastroenterology Vol. 124(4), at 1038-43. | |
| DX 0677 | 11/00/2004 | | | Unutzer, Jurgen, et al. 'Pharmacotherapy of Pain in Depressed Older Adults.' J. of Am. Geriatrics Society Vol. (52(11), at 1916-22. | |
| DX 0678 | 1/24/2005 | | | Shaya F et al., 'Selective Cyclooxygenase-2 Inhibition and Cardiovascular Effects: An Observational Study of a Medicaid Population', Arch Intern Med. 2005 Jan 24; 165: 181-86 | |
| DX 0679 | 1/1/2005 | Public | | Harrison-Woolrych M et al., 'Incidence of Thrombotic Cardiovascular Events in Patients Taking Celecoxib Compared with Those Taking Rofecoxib: Interim Results from the New Zealand Intensive Medicines Monitoring Programme' Drug Safety. 2005 Jan 1; 28(5):4 | |
| DX 0680 | 1/1/2005 | Public | | Straube S et al., 'Effect of Preoperative Cox-II-selective NSAIDs on Postoperative Outcomes: A systematic Review of Randomized Studies' 2005 Jan 1. | |
| DX 0681 | 1/1/2005 | Public | | Capone ML et al., 'Pharmacodynamic Interaction of Naproxen with Low-Dose Aspirin in Healthy Subjects', J Am Coll Cardiol. 2005; 45:1295-1301 | |
| DX 0682 | 00/00/2005 | Public | | Justice E et al., 'Cardiovascular Risk And COX-2 Inhibition In Rheumatological Practice', Journal of Human Hypertension. 2004 Sep 23:101-5. | |
| DX 0683 | 1/1/2005 | | | C.S. Bonnet and D.A. Walsh,: "Osteoarthritis, Angiogenesis and Inflammation," Rheumatology, Vol. 44(1), at 7-16. | |
| DX 0684 | 1/21/2005 | Public | | Merck & Co., Inc., 'Rofecoxib: FDA Advisory Committee Background Information.' dated Jan. 21, 2005. | |
| DX 0685 | 1/24/2005 | Public | | Shaya, et al. 'Selective Cyclooxygenase-2 Inhibition and Cardiovascular Effects.' Arch Int Med. Vol 165:181-6. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0686 | 2/15/2005 | MRK-AFK0174550 | MRK-AFK0174560 | Bresalier, R; Sandler, R; Quan, H; Bolognese, J; Oxenius, B; Horgan, K; Lines, C; Riddell, R; Morton, D; Lanas, A; Konstam, M; Baron, J. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemopprevention Trial." The New England Jour | |
| DX 0687 | 2/17/2005 | Public | | Moride, Y., and T. Ducruet, JF Boivin, N. Moore, S. Perreault, S. Zhao. 'Prescription channeling of COX-2 inhibitors and traditional nonselective nonsteroidal anti-inflammatory drugs: a population-based case-control study.' Arthritis Res Ther. 2005; 7(2): | |
| DX 0688 | 3/2/2005 | Public | . | Thal LJ et al., 'A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment' | |
| DX 0689 | 3/10/2005 | MRK-AHC0002136 | MRK-AHC0002145 | Solomon SD, et al., 'Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention', New England Journal of Medicine 2005 Mar 10; 352(10) Solomon 1-10 | |
| DX 0690 | 04/00/2005 | | | Garnero, P., et al.: "Cross-Sectional Association of 10 Molecular Markers of Bone, Cartilage, and Synovium with Disease Activity and Radiological Joint Damage in Patients with Hip Osteoarthritis: the ECHODIAH Cohort." J. of Rheumatology Vol. 32(4), at 697- | |
| DX 0691 | 1/1/1990 | | | Tofler GH, Stone PH, Maclure M, Edelman E, Davis VG, Robertson T, Antman EM, Muller JE, and the MILIS Study Group. 'Analysis of Possible Triggers of Acute Myocardial Infarction (The MILIS Study)' Am J Cardiol. 1990; 66(1): 22-27. | |
| DX 0692 | 4/30/2005 | Public | | Emery P et al., Letter to the Editor of The Lancet | |
| DX 0693 | 06/00/2005 | | | L. Punzi, et al.: "Value of C reation Protein in the Assessment of Erosive Osteoarthritis of the Hand," Annals of the Rheumatic Diseaase Vol. 64(6), at 955-57 | |
| DX 0694 | 06/00/2005 | Public | | Geba et al., 'Efficacy of rofecoxib, celecoxib, and acetaminophen in patients with osteoarthritis of the knee. A Randomized Trial.' The Journal of Rheumatology. 2002; 287: 64-71. | |
| DX 0695 | 10/00/2005 | | | Chang, DJ, and SR Bird, NR Bohidar, T. King. 'Analgesic efficacy of rofecoxib compared with codeine/acetaminophen using a model of acute dental pain.' Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 2005 Oct; 100(4):e74-80 | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0696 | 04/00/2003 | Public | | Schwartz et al. "Inhibition of Platelet Aggregation by Naproxen, Rofecoxib, Diclofenac, Ibuprofen and Meloxicam" [Abstract EULAR presentation] | |
| DX 0697 | 00/00/2001 | MRK-AAA0062488 | MRK-AAA0062497 | Wong, E; Huang, J; Tagari, P; Riendeau, D. 'Effects of Cox-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits.' Atherosclerosis. 2001; 157: 393-402. | |
| DX 0698 | 00/00/1998 | | | Friedlander, Y, et al., 'Family History as a risk factor for primary cardiac arrest,' Circulation. 97:155-160. | |
| DX 0699 | 4/30/2003 | | | MacDonald, TM, and SV Morant, JL Goldstein, TA Burke, D Pettitt. 'Channelling bias and the incidence of gastrointestinal haemorrahage in users of meloxicam, coxibs, and older, non-specific non-steroidal anti-inflammatory drugs.' Gut. 2003; 52: 1265-1270. | |
| DX 0700 | 11/10/2004 | | | Maradit-Kremers, H., et al. 'Increased unrecognized coronary heart disease and sudden deaths in rheumatoid arthritis: a population-based cohort study.' Arth Rheum Vol 52(2): 402-11. | |
| DX 0701 | 02/00/2001 | | | del Rincon, I.D., et al. 'High Incidence of Cardiovascular Events in a Rheumatoid Arthritis Cohort Not Explained by Traditional Cardiac Risk Factors.' Arthritis and Rheumatism, 2001 Dec.; vol. 44(12):2737-45. | |
| DX 0702 | 3/11/2003 | Public | | Solomon D. H., et al., "Cardiovascular Morbidity and Mortality in Women Diagnosed With Rheumatoid Arthritis," Circulation. 2003:107:1303-1307. Merck study. | |
| DX 0703 | 00/00/2005 | Public | | Schnitzer T., Weaver A., et al, 'Efficacy of Rofecoxib, Celecoxib, and Acetaminophen in Patient with Osteoarthritis of the Knee. A Combined Analysis of the VACT Studies., The Journal of Rheumatology 2005; 32:6, p.1093-1105. | |
| DX 0704 | 9/1/1996 | Public | | Mann, J.M. et al., 'Vulnerable Plaque - Relation of Characteristics to Degree of Stenosis in Human Coronary Arteries,' Circulation. 1996; 94:928-931. | |
| DX 0705 | 4/1/1996 | | | Farb, et al., 'Coronary Plaque Erosion Without Rupture Into A Lipid Core,' Circulation, Vol. 93, No. 7, April 1, 1996. | |
| DX 0706 | 00/00/1988 | | | Hackett, D., et al., "Pre-existing coronary stenosis in patients with first myocardial infarction are not necessarily severe," European Heart Journal (1988), 9, 1317-1323 | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0707 | 2/19/2001 | MRK-ABS0080684 | MRK-ABS0080688 | Catella-Lawson, Crofford, 'Cyclooxygenase Inhibition and Thrombogenicity' | |
| DX 0708 | 3/25/2003 | Public | Public | Cipollone, et al, "Suppression of the Functionally Coupled Cyclooxygenase-2/Prostaglandin E Synthase as a Basis of Simvastatin-Dependent Plaque Stabilization in Humans", Circulation, 1479-1485 | |
| DX 0709 | 5/12/2004 | Public | Public | Cipollone, F., et al, "A Polymorphism in the Cyclooxygenase 2 Gene as an Inherited Protective Factor Against Myocardial Infarction and Stroke", JAMA, Vol. 291, No. 18, 2221-2228 | |
| DX 0710 | 1/9/2006 | Public | Public | Newby et al. "Long-Term Adherence to Evidence-Based Secondary Prevention Therapies in Coronary Artery Disease," Circulation. 2006 Jan 9 (published online before print, doi:10.1161/CIRCULATIONAHA.105.505636) | |
| DX 0711 | 08/00/2001 | Public | Public | Mahaffey, K, et al., 'Systematic Adjudication of myocardial infarction end-points in an international clinical trial' Current Controlled Trials in Cardiovascular Medicine Vol. 2 No. 4 August 2001 | |
| DX 0712 | 1/23/1997 | Public | Public | International Committee of Medical Journal Editors, "Uniform Requirements for Manuscrips Submitted to Biomedical Journals", Vol. 336 No. 4, 309-315 | |
| DX 0713 | 11/23/2000 | NEJM 005071; MRK-ABA0001301 | NEJM 005072; MRK-ABA0001309 | Gregory Curfman, M.D.; Stephen Morrissey, Ph.D.; Jeffrey M. Drazen, M.D. "Expression of Concern: Bombardier et al.'Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis', The N Engl J Med 2000; 343:1 | |
| DX 0714 | 8/1/2001 | MRK-ABT0083796 | MRK-ABT0083802 | Mahaffey, et al., "Systematic Adjudication of Myocardial Infarction End-Points in an International Clinical Trial," Current Controlled Trials in Cardiovascular Medicine. 2001 Aug;2(4) | |
| DX 0715 | 10/16/2001 | | | Letters Editor, JAMA from R. Temple | |
| DX 0716 | 11/5/2001 | Public | | Stein, C.M., et al., "Educational Program for Nursing Home Physicians and Staff to Reduce Use of Non-Steroidal Anti-Inflammatory Drugs Among Nursing Home Residents - A Randomized Controlled Trial," Med Care. 2001; 39(5):436-445 | |
| DX 0717 | 11/5/2001 | Public | | Ray, W.A., et al., "Educational Program for Physicians to Reduce Use of Non-Steroidal Anti-Inflammatory Drugs Among Community Dwelling Elderly Persons - A Randomized Controlled Trial," Med Care. 2001;39(5):425-435 | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0718 | 00/00/2005 | Public | | Ilkhanoff et al., "Potential Limitations of Electronic Database Studies of Prescription Non-Aspirin Non-Steroidal Anti-Inflammatory Drugs (NANSAIDs) and Risk of Myocardial Infarction (MI)," Pharmacoloepidemiol Drug Saf. 2005;14:513-22 | |
| DX 0719 | 1/25/2005 | MRK-ACO0144158 | MRK-ACO0144164 | Graham, D., et al., "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study," The Lancet. 2005 February 2; 365: 1 | |
| DX 0720 | 12/00/2005 | Public | | Lekakis et al., "Divergent Effects of Rofecoxib on Endothelial Function and Inflammmation in Acute Coronary Syndromes," Int J Cardiol. 2005 Dec | |
| DX 0721 | 00/00/0000 | Public | | Curfman, Morrisey, Drazen, "Expression of Concern Subdo J et al DNA Content as a Prognostic Marker in Patients with Oral Leukoplakia. N Engl J Med 2001 The Influence of Resection and Aneuploidy on Mortality in Oral Leukoplakia. N. Engl J Med 2004; 350-140 | |
| DX 0722 | 5/22/2003 | Public | | Schiffl, "Expression of Concern -Daily Hemodialysis and the Outcome of Acute Renal Failure" N Engl J Med 2002 | |
| DX 0723 | 4/19/2005 | | | Capone et al., "Pharmacodynamic Interaction of Naproxen with Low-Dose Aspirin in Healthy Subjects,' Journal of the American College of Cardiology: 2005; 45: 1295-1301 | |
| DX 0724 | | | | Braunwald, Zipes, Libby, 'Heart Disease', 6th Edition, p. 892, 1001-1002 (color version) | |
| DX 0725 | 3/30/1998 | Public | Public | Mechanism of Action of Nonsteroidal Anti-Inflammatory Drugs, The American Journal of Medicine, Vol. 104, (3A), 5S | |
| DX 0726 | 2/1/1999 | | | Features Magazine: Health & Science | |
| DX 0727 | 9/1/2002 | | | Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III) Final Report, September 2002 | |
| DX 0728 | 8/15/2003 | MRK-AGT0018952 | MRK-AGT0018959 | White, W., et al., 'Cardiovascular Thrombotic Events in Arthritis Trials of the Cyclooxygenase-2 Inhibitor Celecoxib' | |
| DX 0729 | | | | Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure | |
| DX 0730 | 1/24/2005 | | | Brotman, 'In Search of Fewer Independent Risk Factors', Arch Intern Med. 2005 Jan 24; 165: 138-45 | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0731 | 2/1/2006 | | | Weaver AL, Messner RP, Storms WW, Polis AB, Najarian DK, Petruschke RA, Geba GP, Tershakovec AM. 'Treatment of Patients with Osteoarthritis with Rofecoxib Compared with Nabumetone', J Clin Rheumatol. 2006 Feb; 12: 17-25 | |
| DX 0732 | 00/00/2000 | | | Ray, et al., 'COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease,' Pharmacology and Drug Safety 2003, 12: 67-70 | |
| DX 0733 | 7/15/2004 | | | Griffin, et al., 'High Frequency of use of rofecoxiib at greater than recommended dosees: Cause for concern,' Pharmacoepidemiology and Drug Safety 2004; 13: 339-343 | |
| DX 0734 | 10/00/2002 | | | Levy et al 2002 ACR abstract | |
| DX 0735 | 09/00/2004 | FDACDER 022550 | FDACDER 022550 | Campen, et al. 'Risk of Acute Cardiac Events Among Patients Treated with Cycloxygenase-2 Selective and Non-Selective-Nonsteroidal Anti Inflammatory Drugs Category: Osteoarthritis clinical aspects' American College of Rheumatology Abstract | |
| DX 0736 | 00/00/2004 | | | Article, Efficacy and Safety of Rofecoxib 12.5 mg Versus Nabumetone 1,000 mg in Patinets with Osteoarthritis of the Knee: A Randmoized Controlled Trial | |
| DX 0737 | | | | New England Journal of Medicine - Response to Expression of Concern Regarding VIGOR Study | |
| DX 0900 | 12/8/2005 | NEJM 000376 | NEJM 000376 | NEJM Statement on the Expression of Concern | |
| DX 0901 | 12/8/2005 | NEJM 000040 | NEJM 000045 | Email re: Talking Points | |
| DX 0902 | 12/12/2005 | NEJM 000880 | NEJM 000881 | Expression of Concern Key Points and Q&A | |
| DX 0903 | 12/8/2005 | NEJM 000001 | NEJM 000001 | Email re Probable Early Releases Tomorrow PM | |
| DX 0904 | 12/8/2005 | NEJM 000661 | NEJM 000663 | Email re Vigor Editorial points from Merck | |
| DX 0905 | 12/8/2005 | NEJM 000533 | NEJM 000533 | Email re 'for talking points'. | |
| DX 0906 | 10/00/2005 | | | International Committee of Medical Journal Editors, Uniform Requirements for Manuscripts Sutted to Biomedical Journals | |
| DX 0907 | 12/7/2005 | NEJM 000108 | NEJM 000109 | Email re: NEJM Expression of Concern | |
| DX 0908 | 12/8/2005 | NEJM 000023 | NEJM 000025 | Email re Release of Expression of Concern regarding the Vigor article | |
| DX 0909 | 12/8/2005 | NEJM 000107 | NEJM 000107 | Email re NEJM Article re Expression of Concern | |
| DX 0910 | 12/12/2005 | NEJM 000011 | NEJM 000014 | Email re NEJM Expression of Concern | |
| DX 0911 | 1/16/2006 | NEJM 000033 | NEJM 000039 | Email re: responses to the NEJM expression of concern | |
| DX 0912 | 00/00/0000 | 2000 NEMJ 000136 | 2000 NEMJ 000136 | NEJM Memo re Suggestion for Transmittal to Authors | |
| DX 0913 | 8/30/2004 | FDACDER 010352 | FDACDER 010353 | Trontell E-mail re Vioxx/Merck update Monday August 30 | |