| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0914 | 1/16/2006 | NEJM 001111 | NEJM 001114 | Email re Submission of Response to Curfman et al | |
| DX 0915 | 7/11/2005 | NEJM 001093 | NEJM 001097 | Email re Clinical Trials | |
| DX 0916 | 7/8/2005 | NEJM 000211 | NEJM 000214 | Email re: VIGOR manuscript | |
| DX 0917 | 10/29/2004 | FDACDER 022462 | FDACDER 022470 | Review of reports of FDA/Kaiser Vioxx study: Questions about Inconsistencies and Bias | |
| DX 0918 | 10/29/2004 | FDACDER 022789 | FDACDER 022789 | Horton E-mail re need to talk | |
| DX 0919 | 12/21/1999 | MRK-NJ0120246 | MRK-NJ0120247 | Changes to the Vigor Data Analysis Plan | |
| DX 0920 | 1/24/2000 | MRK-NJ0071309 | MRK-NJ0071309 | Memo from Shapiro to Bjorkman re: Merck Management Requests | |
| DX 0921 | 12/15/2005 | | | Open Letter from Merck | |
| DX 0922 | 12/8/2005 | | | Merck & Co, Inc. Response to an Editorial Posted on the New England Journal of Medicine Web Site | |
| DX 0923 | 12/10/2005 | NEJM 000849 | NEJM 000851 | Email from Cafasso re: Downloads for EOC | |
| DX 0924 | 12/7/2005 | NEJM 000531 | NEJM 000531 | Email from Pederson re: Update on Expression of Concern | |
| DX 0925 | 1/3/2006 | NEJM 000445 | NEJM 000445 | Email re: Washington Post editorial | |
| DX 0926 | 12/9/2005 | NEJM 000539 | NEJM 000540 | Email re: Next Steps | |
| DX 0927 | 12/8/2005 | NEJM 000303 | NEJM 000304 | Email re: Statement for the press | |
| DX 0928 | 2/28/2000 | MRK-ABC0023052 | MRK-ABC0023544 | Vigor Pre-Unblinding Background Review Meeting | |
| DX 0929 | 11/14/2004 | KP 001136 | KP 001138 | Graham E-mail re "Paper" | |
| DX 0930 | 2/28/2001 | MRK-AKT0720077 | MRK-AKT0720080 | Letter re: Request for Information to Dr. Robinette | |
| DX 0931 | 2/28/2001 | MRK-AKT0753835 | MRK-AKT0753838 | Letter re: Request for Information to Dr. Larson | |
| DX 0932 | 2/28/2001 | MRK-AKT0736861 | MRK-AKT0736864 | Letter re: Request for Information to Dr. Bower | |
| DX 0933 | 10/8/2002 | | | Letter re: Request for Information to Rosenbaum | |
| DX 0934 | 3/25/2004 | MRK-AKT1418003 | MRK-AKT1418004 | Letter re: Request for Information to Tetrokalashvili | |
| DX 0935 | 11/15/2004 | FDACDER 022247 | FDACDER 022249 | Graham E-mail re "response to Dr. Trontell's comments re: our COX-2 study" | |
| DX 0936 | 11/1/2004 | EJT000207 | EJT000207 | Graham E-mail re 60 Minutes | |
| DX 0937 | 10/6/2004 | FDACDER 022681 | FDACDER 022681 | Graham E-mail re COX-2 AMI study | |
| DX 0938 | | FDACDER 005940 | FDACDER 005940 | Incidence rate chart | |
| DX 0939 | 2/17/2000 | MRK-ABC0023147 | MRK-ABC0023147 | Memo re: Vigor Pre-Unblinding | |
| DX 0940 | 3/15/2000 | MRK-00420014517 | MRK-00420014603 | Statistical Data Analysis Plan - Amendment No. 1 | |
| DX 0941 | 4/11/2001 | MRK-AFI0153487 | MRK-AFI0153503 | Email re: market Research Report | |
| DX 0942 | 10/23/2004 | KP 002315 | KP 002315 | Cheetham E-mail re Recoding Vioxx | |
| DX 0943 | 9/30/2004 | FDACDER 022369 | FDACDER 022388 | Graham Memo re Risk of acute MI and SCD in patients treated with COX-2 selective and non-selective NSAIDs | |
| DX 0944 | 11/00/1999 | Public | Public | Guidance for Industry - Changes to an Approved NDA or ANDA | |
| DX 0945 | 00/00/2006 | | | Vioxx Label | |
| DX 0946 | 10/22/2004 | FDACDER 022409 | FDACDER 022409 | Graham E-mail re cox-2 manuscript | |
| DX 0947 | 11/11/2004 | KP 001133 | KP 001133X | Graham E-mail re revised cox-2 manuscript | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0948 | 2/21/1999 | MRK-ABC0006432 | MRK-ABC0006435 | Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary | |
| DX 0949 | 10/1/2001 | MRK-AAF0007803 | MRK-AAF0007810 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 | |
| DX 0950 | 10/6/2004 | MRK-AHC0008096 | MRK-AHC0008096 | Baron E-mail re APPROVe Safety Paper | |
| DX 0951 | 6/6/2005 | MRK-S0420050996 | MRK-S0420053185 | Submission of Protocol 122 CSR | |
| DX 0952 | 2/1/2000 | FRI0000023 | FRI0000024 | Letter from Dr. Naides to Dr. Sherwood re faculty appointment of Dr. McMillen at The Pennsylvania State University College of Medicine | |
| DX 0953 | 6/5/2005 | M007701502 | M007701504 | Newspaper article from The Philadelphia Inquirer entitled, "Threats to Critics of Vioxx Alleged" | |
| DX 0954 | 10/20/2000 | MRK-ABO0002861 | MRK-ABO000262 | E-mail from Dr. Harris to Louis Sherwood re comments made by Dr. Singh | |
| DX 0955 | 11/9/2000 | FRI0000033 | FRI0000033 | Letter from Dr. Louis Sherwood to Dr. James Fries re ACR Meeting in Philadelphia | |
| DX 0956 | 01/00/0000 | FRI0000015 | FRI0000015 | Telephone message re following up on letter to Gilmartin | |
| DX 0957 | 7/19/2001 | 2000 NEJM 000317 | 2000 NEJM 000318 | Letter from the Editor of the New England Journal of Medicine declining to print Dr. Hrachovec's letter re the Bombardier article | |
| DX 0958 | 6/20/2001 | 2000 NEJM 000320 | 2000 NEJM 000324 | Letter to the NEJM Editor | |
| DX 0959 | 5/5/1999 | Public | Public | Division of Gastrointestinal and Coagulation Drug Products - Medical Officer's Consult Review | |
| DX 0960 | 4/11/2002 | MRK-AAK0006209 | MRK-AAX0006210 | FDA Approves New Indication and Label Changes for the Arthritis Drug, Vioxx | |
| DX 0961 | 3/15/2005 | MRK-S0420051232 | MRK-S0420051330 | APPROVe Trial Cardiovascular Safety Report | |
| DX 0962 | 5/20/1999 | MRK-ACD0078494 | MRK-ACD0078517 | Letter re new drug application | |
| DX 0963 | 2/13/2003 | MRK-I8940075710;MRK-I8940075864 | MRK-I8940075712; MRK-I8940075874 | Annual IND report attaching CSR synopsis for P 112-01 | |
| DX 0964 | 6/1/2006 | MRK-ARQ0006102 | MRK-ARQ0006103 | E-mail regarding update on NEJM and re-analysis | |
| DX 0965 | 5/30/2006 | MRK-AFN0110062 | MRK-AFN0110063 | Letter to NEJM re Bresalier et al. | |
| DX 0966 | | MRK-AAF0017702 | MRK-AAF0017703 | 2253 Form | |
| DX 0967 | 5/26/2006 | MRK-SO420112195 | MRK-SO420112331 | Summary of tables re APPROVe study | |
| DX 0968 | | MRK-AAR0021300 | MRK-AAR0021304 | Dear Healthcare Provider Letter | |
| DX 0970 | 6/26/2006 | | | An Open Letter from Merck | |
| DX 0971 | | MRK-AIU0327775 | MRK-AIU0327778 | Bresalier letter to NEJM | |
| DX 0972 | | MRK-AFN0159297 | MRK-AFN0159299 | Letter re APPROVe trial | |
| DX 0973 | | MRK-AFN0110054 | MRK-AFN0110055 | Cover e-mail to 5/30/06 APPROVe letter | |
| DX 0974 | | MRK-AAF0007454 | MRK-AFF0042133 | Correspondence re Hamill ads (Group Ex.) | |
| DX 0975 | 12/4/2005 | NEJM 005070 | NEJM 005070 | Morrissey E-mail | |
| DX 0976 | | MRK-ABCT0000316 | MRK-ABCT0000316 | Theory of Cox-2 Inhibitors | |
| DX 0977 | 10/5/2001 | MRK-ABH0019975 | MRK-ABH0019975 | E-mail re Update | |
| DX 0978 | 6/29/2006 | | | Brigham and Women's Health Information | |
| DX 0979 | 3/22/2000 | MRK-AAB0060594 | MRK-AAB0060594 | E-mail re: conference call | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 0980 | 1/24/2006 | | | Federal Register Part II Department of Health and Human Services; 21 CFR Parts 201, 314, and 601. | |
| DX 0981 | 12/27/2002 | MRK-AFV0044360 | MRK-AFV0044365 | Memo from L. Goldkind to N. Braustein re: IND 46,894. | |
| DX 0982 | 1/26/2005 | MRK-I2220005574 | MRK-I2220005640 | Memo from P. Huang to J. Korvick re: IND 59,222: VIOXX (rofecoxib) General Correspondence (Cardiovascular Safety Report for APPROVe). | |
| DX 2001 | 10/29/1990 | Vogeler DDr 00090 | Vogeler DDr 00091 | Vogeler Office Visit | Vogeler 27 |
| DX 2002 | 1/27/1994 | Vogeler DDr 00003 | Vogeler DDr 00004 | Vogeler History and Physical | |
| DX 2003 | 7/8/1994 | Vogeler DDr 00231 | Vogeler DDr 00231 | Letter from Dr. Dennis Avner to Dr. Vogeler re C. Mason's consultation for abdominal pain, bloating and diarrhea | |
| DX 2004 | 11/21/1996; 1/1/1997 | Vogeler DDr 00007 | Vogeler DDr 00007 | Vogeler Office Visit | |
| DX 2005 | 11/23/1996 | Alta View Hosp 00002-00003; 00024; 00027 | | Alta View Hospital, History and Physical | |
| DX 2006 | 1/15/1997 | LDS Hosp 00007 | LDS Hosp 000017 | LDS Hospital Intermountain Sleep Disorders Center Questionnaire | Mason, C. 3, Olson 14 |
| DX 2007 | 1/15/1997 | LDS Hosp 00054 | LDS Hosp 00056 | Farney Letter to Dr. Vogeler Regarding Sleep Study for C. Mason | |
| DX 2008 | 2/28/1997 | LDS Hosp 00024 | LDS Hosp 00026 | Farney Sleep Study evaluating C. Mason for obstructive sleep apnea | |
| DX 2009 | 4/10/1997 | LDS Hosp 00057 | LDS Hosp 00059 | Farney Letter to Dr. Vogeler Regarding Sleep Study | |
| DX 2010 | 1/9/1998 | Vogeler DDr 00050 | Vogeler DDr 00050 | Lumbar Spine Radiology Report | |
| DX 2011 | 01/17/1998; 4/1/1998; 4/13/1998 | Vogeler DDr 00010 | Vogeler DDr 00010 | Olson Office Visit | Olson 9; Mason, C. 6; Vogeler 36 |
| DX 2012 | 4/8/1998 | Vogeler DDr 00012 | Vogeler DDr 00013 | Vogeler History and Physical | Mason, C. 2, Olson 7; Vogeler 37 |
| DX 2013 | 4/8/1998 | Vogeler DDr 00053 | Vogeler DDr 00053 | Lab Results | |
| DX 2014 | 5/12/1998 | PPR 00484 | PPR 00484 | Vogeler Office Note | |
| DX 2015 | 5/12/1998 | Vogeler DDr 00104 | Vogeler DDr 00104 | Upper Right Leg Cyst Biopsy Results | |
| DX 2016 | 5/11/1999 | Vogeler DDr 00020 | Vogeler DDr 00021 | Vogeler History and Physical | |
| DX 2017 | 5/11/1999 | SandyFamPract 00022 | SandyFamPract 00023 | Vogeler Office Visit | |
| DX 2018 | 6/2/1999 | PPR 00220-00221; PPR 00475 | PPR 00220-00221; PPR 00475 | Cutler Pre-Op History and Physical for Endoscopy | |
| DX 2019 | 6/18/1999 | PPR 00484 | PPR 00484 | Vogeler Office Note | |
| DX 2020 | 3/28/2000 | Alta View Hosp 00044 | Alta View Hosp 00045 | Alta View Hospital, Preoperative Information | |
| DX 2021 | 3/28/2000 | Alta View Hosp 00058 | Alta View Hosp 00059 | Alta View Hospital Patient Information | |
| DX 2022 | 2000; 8/4/2000 | Vogeler DDr 00269 | Vogeler DDr 00269 | Vogeler Office Visit | |
| DX 2023 | 4/25/2001 | Vogeler DDr 00270 | Vogeler DDr 00270 | Vogeler Progress Notes | |
| DX 2024 | 7/25/2001 | PPR 00248 | PPR 00249 | Olson History and Physical | |
| DX 2025 | 8/1/2001 | PPR 00239 | PPR 00239 | Olson Office Visit | |
| DX 2026 | 11/12/2001 | | | "Cardiovascular Safety of Cox-2 Inhibitors," The Medical Letter on Drugs and Therapeutics 2001; 43(1118):99-100 | Vogeler 33 |
| DX 2027 | 6/21/2002 | SandyFamPract 00105 | SandyFamPract 00105 | Vogeler M.D. Patient Information Sheet | Vogeler 4 |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2028 | 06/21/2002; 9/10/2002 | Vogeler DDr 00271 | Vogeler DDr 00271 | Olson Office Visit | |
| DX 2029 | 9/10/2002 | Vogeler DDr 00027 | Vogeler DDr 00028 | Vogeler History and Physical | Mason, C. 10; Olson 10; Vogeler 35 |
| DX 2030 | 9/10/2002 | Vogeler DDr 00063 | Vogeler DDr 00064 | Quest Diagnostics Lab Results | Keep 14; Symkoviak 17 |
| DX 2031 | 9/10/2002 | Vogeler DDr 00066 | Vogeler DDr 00066 | EKG Interpretation | |
| DX 2032 | 9/16/2002 | PPR 00238 | PPR 00238 | Vogeler Office Note | |
| DX 2033 | 9/17/2002 | Symkoviak 00004; Heart Lung InstUT 00062 | Heart Lung InstUT 00064 | Exercise Stress Test Report | Madsen 6; Olson 11; Sander 6; Vogeler 28; Weiner 8 |
| DX 2034 | 10/6/2002 | AhlersGMD 0001 | AhlersGMD 0001 | Ahlers Office Note | |
| DX 2035 | 7/25/2003 | Alta View Hosp 00067 | Alta View Hosp00068 | Transfer Summary | |
| DX 2036 | 7/25/2003 | GoldCrossAmb 00001 | GoldCrossAmb 00001 | Gold Cross Ambulance Patient Assessment | |
| DX 2037 | 7/25/2003 | HeartLungInstUT 00095 | HeartLungInstUT 00097 | Intermountain Healthcare Cardiac Catheterization Report | |
| DX 2038 | 7/25/2003 | LDS Hosp 00070 | LDS Hosp 00071 | LDS Hospital Emergency Department Record | |
| DX 2039 | 7/25/2003 | LDS Hosp 00074 | LDS Hosp 00075 | LDS Hospital History and Physical | Gannellan 3 |
| DX 2040 | 7/25/2003 | LDS Hosp 00076 | LDS Hosp 00076 | Cardiac Rehabilitation Education Note | |
| DX 2041 | 7/25/2003 | LDS Hosp 00087 | LDS Hosp 00088 | LDS Hospital Patient History | Mason, L. 1 |
| DX 2042 | 7/25/2003 | LDS Hosp 00092 | LDS Hosp 00092 | Diagram of Cath Report | Gannellan 7 (one page) |
| DX 2043 | 7/25/2003 | LDS Hosp 00094-00100; 00054-00056; 00094-00095 | | LDS Hospital Cardiac Cath Reports (Edward Ganellan, MD), | Ganellan 6; 9; Keep 8; Symkoviak 13; Zebrack 7; Sander 9 |
| DX 2044 | 7/25/2003 | | | Compact Disc of Cardiac Catheterization Scan | |
| DX 2045 | 7/25/2003 | PPR 00043 | PPR 00044 | LDS Hospital Admission History and Physical | |
| DX 2046 | 7/26/2003 | LDS Hosp 00077 or 151-153 | LDS Hosp 00078 | Lab Results | |
| DX 2047 | 7/27/2003 | LDS Hosp 00081 | LDS Hosp 00081 | Cardiac Rehabilitation Initial Note | |
| DX 2048 | 7/27/2003 | PPR 00196 | PPR 00196 | Discharge Instruction | |
| DX 2049 | 8/6/2003 | CottonwoodCR 00008 | CottonwoodCR 00008 | Referral from James Zebrack M.D. Heart Center | Grove 3 |
| DX 2050 | 8/6/2003 | CottonwoodCR 00010 | CottonwoodCR 00010 | Initial Assessment Note | Grove 4 |
| DX 2051 | 8/6/2003 | CottonwoodCR 00078 | CottonwoodCR 00078 | Cottonwood Hospital Medical Center Cardiac Rehabilitation - Current Medical Information Sheet | |
| DX 2052 | 8/6/2003 | CottonwoodCR 00098 | CottonwoodCR 00099 | Patient Health Survey | |
| DX 2053 | 8/8/2003 | CottonwoodCR 00013 | CottonwoodCR 00013 | Cardiac/Pulmonary Rehabilitation Report | |
| DX 2054 | 8/13/2003 | PPR 00102 | PPR 000104 | Cottonwood Hospital Medical History & Physical (James Quan, M.D.) | Symkoviak 7 |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2055 | 8/13/2003 | PPR 00490; Symkoviak 00008-00013 | Symkoviak 00013 | Cottonwood Hospital Cardiac Catheterization Report (Gary Symkoviak, M.D.) | Gannellan 10; Keep 4, 9; Symkoviak 11; Zebrack 10 |
| DX 2056 | 8/13/2003 | PPR 00595 | PPR 00595 | Symkoviak Progress Note | Symkoviak 9 |
| DX 2057 | 8/13/2003 | | | Compact Disc of Cardiac Catheterization Scan | |
| DX 2058 | 8/14/2003 - 10/27/2003 | CottonwoodCR 00015 | CottonwoodCR 00015 | Rehabilitation Note | |
| DX 2059 | 8/20/2003 | CottonwoodCR 00019 | CottonwoodCR 00019 | Cardiac/Pulmonary Rehabilitation Report | |
| DX 2060 | 8/22/2003 | CottonwoodCR 00020 | CottonwoodCR 00020 | Cardiac/Pulmonary Rehabilitation Report | |
| DX 2061 | 8/25/2003 | CottonwoodCR 00021 | CottonwoodCR 00021 | Cardiac/Pulmonary Rehabilitation Report | |
| DX 2062 | 8/27/2003 | CottonwoodCR 00023 | CottonwoodCR 00023 | Cardiac/Pulmonary Rehabilitation Report | |
| DX 2063 | 8/29/2003 | CottonwoodCR 00025 | CottonwoodCR 00025 | Cardiac/Pulmonary Rehabilitation Report | |
| DX 2064 | 9/5/2003 | CottonwoodCR 00110 | CottonwoodCR 00110 | Cardiac/Pulmonary Rehabilitation Report | Grove 7 |
| DX 2065 | 9/30/2003 - 11/7/2003 | Vogeler DDr 00029 | Vogeler DDr 00029 | Vogeler Office Note | |
| DX 2066 | 10/10/2003 | Symkoviak 00001 | Symkoviak 00003 | Heart & Lung Institute of Utah, Cardiac History and Physical (Mark Keep, M.D.) | Keep 5 |
| DX 2067 | 10/22/2003 | SymkoviakG Dr 00014; Heart Lung Inst. 00001-00002; 00007-00023 | | Heart and Lung Institute of Utah, Cardiolite Spect Myocardial Perfusion Scintigraphy Stress Test (Mark Keep, M.D.) | Gannellan 11; Keep 6; Keep 10; Sander 10; Symkoviak 14; Weiner 9; Zebrack 11 |
| DX 2068 | 11/10/2003 | HeartLungInstUT 00067 | HeartLungInstUT 00068 | Lab Results | |
| DX 2069 | 11/10/2003 | PPR 00244 | PPR 00245 | Vogeler Office Note | |
| DX 2070 | 03/19/2004; 5/14/2004 | PPR 00236 | PPR 00236 | Vogeler Office Visit | |
| DX 2071 | 9/17/2004 | Vogeler DDr 00034 | Vogeler DDr 00035 | Douglas Vogeler MD History & Physical | Olson 13 |
| DX 2072 | 9/17/2004 | Vogeler DDr 00200 | Vogeler DDr 00201 | Lab Results | |
| DX 2073 | 9/20/2004 | Vogeler DDr 00033 | Vogeler DDr 00033 | Vogeler Office Visit (physical) | |
| DX 2074 | 04/04/2005; 6/22/2005; 7/5/2005 | Vogeler DDr 00036 | Vogeler DDr 00036 | Vogeler Office Visit | Mason, C. 8 |
| DX 2075 | 4/12/2005 | Heart Lung Inst. 00004-00005; 00065-00066 | | Heart & Lung Institute of Utah Cardiology Patient Health Questionairre | Keep 7, 11; Sander 11; Symkoviak 16; Weiner 10; Zebrack 13 |
| DX 2076 | 4/12/2005 | Symkoviak 00015 | Symkoviak 00015 | SPECT Myocardial Perfusion Scintigraphy Stress Test (Mark Keep, M.D.) | Keep 7, 11; Sander 11; Symkoviak 16; Weiner 10; Zebrack 13 |
| DX 2077 | 6/10/2005 | PPR 00271 | PPR 00271 | Utah Radiology Associates Radiology Report | Mason, C. 8 |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2078 | 6/10/2005 | Vogeler DDr 00236 | Vogeler DDr 00236 | Vogeler Office Note | |
| DX 2079 | 8/1/2005 | CottonwoodCR 00034 | CottonwoodCR 00034 | Exercise Therapy Note | |
| DX 2080 | 9/30/2005 | AhlersGMD 00006 | AhlersGMD 00007 | Office Visit for Injury to Right Heel | |
| DX 2081 | 10/14/2005 | Vogeler DDr 00040 | Vogeler DDr 00041 | Vogeler Office Visit | |
| DX 2082 | 10/14/2005 | Vogeler DDr 00079 | Vogeler DDr 00079 | EKG Interpretation | Keep 12; Sander 12, Weiner 11 |
| DX 2083 | 10/14/2005-6/15/06 | VogelerDDr 00143 | VogelerDDr 00143 | Vogeler Progress Notes | Vogeler 7 |
| DX 2084 | 11/29/2005 | Vogeler DDr 00039 | Vogeler DDr 00039 | Vogeler Office Note - No Show | |
| DX 2085 | 8/30/2006 | | | Color photographs of Charles Mason's left-over Vioxx prescription bottle | |
| DX 2086 | NO DATE | Vogeler DDr 00218 | Vogeler DDr 00218 | Sandy Family Practice Updated Patient Problem List | Vogeler 6 |
| DX 2087 | NO DATE | | | Sandy Family Pratice Patient Problem List | Vogeler 5 |
| DX 2088 | NO DATE | | | Binder of Documents Vogeler received from Blizzard, McCarthy & Nabers | Vogeler 30 |
| DX 2089 | | | | Douglas Vogeler M.D. Medical Records | Vogeler 3 |
| DX 2090 | | | | Save-On/Albertson Pharmacy Records | Vogeler 8 |
| DX 2091 | | LDSHosp 00001 | LDSHosp 00163 | LDS Hospital Records for Charles Mason | Gannellan 7 |
| DX 2092 | | | | Death Certificate for Reta Mason Hurley | |
| DX 2093 | | MAS-BOT-001 | MAS-BOT-007 | Copies of Charles Mason's left-over Vioxx prescription bottles produced by Plaintiff | |
| DX 2094 | 2/17/2006 | | | Plaintiff's Original Complaint | |
| DX 2095 | 2/24/2006 | Pl Profile Form 00001 | Pl Profile Form 00017 | Plaintiff Profile Form | Mason, C. 4 |
| DX 2096 | 4/13/2006 | SuppPlProForm-00001 | SuppPlProForm-00002 | Plaintiff's Supplemental Profile Form | |
| DX 2097 | 4/18/2006 | First Am Pl Profile 00001 | First Am Pl Profile 00011 | Plaintiff's First Amended and Supplemental Plaintiff Profile Form | Mason, C. 5 |
| DX 2098 | 6/15/2006 | | | Plaintiff Charles Mason's Responses and Objections to Merck & Co., Inc.'s First Set of Interrogatories | |
| DX 2099 | 6/15/2006 | | | Plaintiff's Charles Mason's Responses and Objections to Merck & Co., Inc.'s First Set of Requests for Production | |
| DX 2100 | 7/10/2006 | | | Plaintiff Charles Mason's Supplemental Responses and Objections to Merck & Co., Inc.'s First Set of Interrogatories | |
| DX 2101 | | | | Ganellen CV | Ganellan 2 |
| DX 2102 | 6/30/2006 | | | Grove CV | Grove 2 |
| DX 2103 | 5/4/2004 | | | Keep CV | Keep 1 |
| DX 2104 | 5/00/2003 | | | Madsen CV | Madsen 2 |
| DX 2105 | 6/28/2006 | | | Excerpt from Charles Mason deposition, pages 181-182 | Olson 12 |
| DX 2106 | | | | Olson CV | Olson 2 |
| DX 2107 | 7/4/2006 | | | Sander CV | Sander 1 |
| DX 2108 | 3/00/2005 | | | Symkoviak CV | Symkoviak 2 |
| DX 2109 | | | | Vogeler CV | Vogeler 2 |
| DX 2110 | | | | Zebrack CV | Zebrack 1 |
| DX 2111 | | | | Arrowsmith-Lowe CV | |
| DX 2112 | | | | David CV | |
| DX 2113 | | | | Flavahan CV | |
| DX 2114 | | | | Kim CV | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2115 | | | | Pratt CV | |
| DX 2116 | | | | Rothkopf CV | |
| DX 2117 | 3/22/2000 | MRK-AKT 4162144 | MRK-AKT 4162152 | PIR to Olson re: dose-response effect for Vioxx | |
| DX 2118 | 8/9/2000 | MRK-AKT 0121157 | MRK-AKT 0121163 | PIR to Vogeler re: a comparison of Vioxx and Celebrex | |
| DX 2119 | 11/19/2001 | MRK-AKT 0025045 | MRK-AKT 0025056 | PIR to Olson-Fields re: cardiovascular effects of Vioxx | Olson 4 |
| DX 2120 | 1/2/2002 | MRK-ACI 0013248 | MRK-ACI 0013249 | DDMAC response to Merck | Vogeler 38 |
| DX 2121 | 4/1/2002 | MRK-P 0011429 | MRK-P 0011439 | DHCP Letter re: VIGOR label (sent to Vogeler) | Olson 5; Vogeler 34 |
| DX 2122 | 9/30/2004 | MRK-P 0011253 | MRK-P 0011259 | DHCP Letter re: Withdrawal (sent to Olson & Vogeler) | |
| DX 2123 | 11/00/2001 | MRK ABA 0004287 | MRK ABA 0004288 | DHCP Letter re: DDMAC request on promotional pieces | Vogeler 42 |
| DX 2124 | Undated | MRK-P 0002475 | MRK-P 0002481 | DHCP Letter re: Safety Profile of Vioxx (sent to Vogeler) | |
| DX 2125 | | | | Olson/Vogeler Call Notes | Vogeler 18 |
| DX 2126 | 09/11/2002 - 6/23/2003 | Albertson 00016; PPR 00294 | | Sav-On (Alberston) Pharmacy Record; Vioxx Prescription; Vioxx 25 mg (30 quantity) filled; ordered by Karen Olson FNP | Olson 6 |
| DX 2127 | 9/11/02 - forward | Albertson 00005 | Albertson 00006 | Albertson Pharmacy Record showing Vioxx prescriptions | |
| DX 2128 | | | | Hi-lighted copy of April 2002 VIGOR Label (sent to Vogeler) | |
| DX 2129 | | MRK-AGS0017649 | MRK-AGS0017650 | Vioxx Label PI 9183906 | |
| DX 2130 | | MRK-LBL00000226 | MRK-LBL00000227 | Vioxx Label PI 9183907 | |
| DX 2131 | | | | 1994 PDR label for Cipro (Ciprofloxacin) | |
| DX 2132 | | | | 1994 PDR label for Entex LA | |
| DX 2133 | | | | 1995 PDR label for Entex | |
| DX 2134 | | | | 1994 PDR label for Zantac (Ranitidine) | |
| DX 2135 | | | | 1994 PDR label for Advil (Ibuprofen) | |
| DX 2136 | | | | 1999 PDR label for Advil (Ibuprofen) | |
| DX 2137 | | | | 2003 PDR label for Motrin (Ibuprofen) | |
| DX 2138 | | | | 2005 PDR label for Motrin (Ibuprofen) | |
| DX 2139 | | | | 2002 PDR label for Naproxen | |
| DX 2140 | | | | 2005 PDR label for Naproxen | |
| DX 2141 | | | | 1994 PDR label for Metronidazole | |
| DX 2142 | | | | 1994 PDR label for Citrucel (Methylcellulose) | |
| DX 2143 | | | | 1996 PDR label for Ancef (Cefazolin Sodium) | |
| DX 2144 | | | | 1997 PDR label for aspirin | |
| DX 2145 | | | | 2001 PDR label for aspirin | |
| DX 2146 | | | | 2004 PDR label for aspirin | |
| DX 2147 | | | | 2005 PDR label for aspirin | |
| DX 2148 | | | | 1997 PDR label for Afrin | |
| DX 2149 | | | | 1997 PDR label for Claritin | |
| DX 2150 | | | | 1998 PDR label for Claritin | |
| DX 2151 | | | | 1997 PDR label for Flonase | |
| DX 2152 | | | | 1998 PDR label for naprosyn | |
| DX 2153 | | | | 1999 PDR label for naprosyn | |
| DX 2154 | | | | 1998 PDR label for Lodine | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2155 | | | | 1998 PDR label for Lortab | |
| DX 2156 | | | | 2000 PDR label for Lortab | |
| DX 2157 | | | | 2003 PDR label for Lortab | |
| DX 2158 | | | | 1998 PDR label for Zoloft | |
| DX 2159 | | | | 1999 PDR label for Zoloft | |
| DX 2160 | | | | 2000 PDR label for Zoloft | |
| DX 2161 | | | | 2001 PDR label for Zoloft | |
| DX 2162 | | | | 2002 PDR label for Zoloft | |
| DX 2163 | | | | 2003 PDR label for Zoloft | |
| DX 2164 | | | | 2005 PDR label for Zoloft | |
| DX 2165 | | | | 2000 PDR label for Wellbutrin | |
| DX 2166 | | | | 2000 PDR label for Serzone | |
| DX 2167 | | | | 2000 PDR label for Celexa | |
| DX 2168 | | | | 2001 PDR label for Celexa | |
| DX 2169 | | | | 2001 PDR label for Duratuss | |
| DX 2170 | | | | 2004 PDR label for Duratuss | |
| DX 2171 | | | | 2001 PDR label for Viagra | |
| DX 2172 | | | | 2002 PDR label for Viagra | |
| DX 2173 | | | | 2004 PDR label for Viagra | |
| DX 2174 | | | | 2005 PDR label for Viagra | |
| DX 2175 | | | | 2001 PDR label for Protonix | |
| DX 2176 | | | | 2001 PDR label for Aciphex | |
| DX 2177 | | | | June 2002 PDR label for Lotronex | |
| DX 2178 | | | | December 2002 PDR label for Lotronex | |
| DX 2179 | | | | 2002 PDR label for Amoxicillin | |
| DX 2180 | | | | 2002 PDR label for Cortisporin | |
| DX 2181 | | | | 2003 PDR label for Hydrocodone | |
| DX 2182 | | | | 2003 PDR label for Prevacid | |
| DX 2183 | | | | 2004 PDR label for Prevacid | |
| DX 2184 | | | | 2005 PDR label for Prevacid | |
| DX 2185 | | | | 2003 PDR label for Coreg | |
| DX 2186 | | | | 2003 PDR label for Plavix | |
| DX 2187 | | | | 2004 PDR label for Plavix | |
| DX 2188 | | | | 2005 PDR label for Plaxix | |
| DX 2189 | | | | 2003 PDR label for Ambien | |
| DX 2190 | | | | 2003 PDR label for Nitro Patch | |
| DX 2191 | | | | 2003 PDR label for Paxil | |
| DX 2192 | | | | 2004 PDR label for Paxil | |
| DX 2193 | | | | 2005 PDR label for Paxil | |
| DX 2194 | | | | 2003 PDR label for Altace | |
| DX 2195 | | | | 2004 PDR label for Altace | |
| DX 2196 | | | | 2005 PDR label for Altace | |
| DX 2197 | | | | 2003 PDR label for Zocor | |
| DX 2198 | | | | 2004 PDR label for Zocor | |
| DX 2199 | | | | 2005 PDR label for Zocor | |
| DX 2200 | | | | 2003 PDR label for Norvasc | |
| DX 2201 | 05/26/06 | MRK-S0420112331 | MRK-S0420112331 | Summary of tables re APPROVe study | |
| DX 2202 | 06/01/06 | MRK-ARQ0006103 | MRK-ARQ0006103 | E-mail from Oxenius re NEJM | |
| DX 2203 | 05/30/06 | MRK-AFN0110063 | MRK-AFN0110063 | Merck letter to NEJM | |
| DX 2204 | | | | Kim letter to public re APPROVe | |
| DX 2205 | | MRK-AIU0327778 | MRK-AIU0327778 | Bresalier letter to NEJM | |
| DX 2206 | | MRK-AFN0159299 | MRK-AFN0159299 | Letter re APPROVe trial | |
| DX 2207 | 05/30/06 | MRK-AFN0110055 | MRK-AFN0110055 | Cover e-mail to 5/30/06 APPROVe letter | |
| DX 2208 | | | | 2004 PDR label for Norvasc | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2209 | | | | 2005 PDR label for Norvasc | |
| DX 2210 | | | | 2004 PDR label for NitroQuick | |
| DX 2211 | | | | 2005 PDR label for NitroQuick | |
| DX 2212 | | | | 2004 PDR label for Levitra | |
| DX 2213 | | | | 2004 PDR label for Histussin | |
| DX 2214 | | | | 2004 PDR label of Doxycycline | |
| DX 2215 | | | | 2004 PDR label for Guaifenex PSE | |
| DX 2216 | | | | 2004 PDR label for Histinex | |
| DX 2217 | | | | 2004 PDR label for Prilosec | |
| DX 2218 | | | | 2004 PDR label for Toprol | |
| DX 2219 | | | | 2005 PDR label for Toprol | |
| DX 2220 | | | | 2004 PDR label for Paroxetine | |
| DX 2221 | | | | 2005 PDR label for Paroxetine | |
| DX 2222 | | | | 2005 PDR label for Celebrex | |
| DX 2223 | 7/1/2005 | | | 2005 Celebrex Package Insert | Mason, C. 8; Olson 3; Vogeler 31 |
| DX 2224 | | | | Information card, Cross Section of Artery with Athero. National Cholesterol Education Program | Gannellan 8; Olson 1 |
| DX 2225 | | | | American College of Sports Medicine, Guidelines for Exercise Testing and Prescription, 6th Edition | Grove 9 |
| DX 2226 | | | | Atherosclerosis Diagram | Keep 13 |
| DX 2227 | | | | Comparison of RAMP versus Step Protocols for Exercise Testing in Patients Greater than 60 Years of Age (not included) | Madsen 5 |
| DX 2228 | | | | American Heart Association brochure, "Controlling Your Risk Factors" | Madsen 7; Mason, C., 9; Olson 8 |
| DX 2229 | | | | Predicted METS Table | Symkoviak 15 |
| DX 2230 | | AhlersGMD-00001 | AhlersGMD-0010 | Gordon Ahlers, M.D. Records for Charles Mason | |
| DX 2231 | | Albertson-00001 | Albertson-00023 | Albertsons Records for Charles Mason | |
| DX 2232 | | AltaViewHosp-00001 | AltaViewHosp-00086 | Alta View Hospital Records for Charles Mason | |
| DX 2233 | | AltaViewHospRad-00001 | AltaViewHospRad-00004 | Alta View Hospital Radioloy Records for Charles Mason | |
| DX 2234 | | AncillaryCareMR-0001 | AncillaryCareMR-0003 | Ancillary Care Patient Billing Records for Charles Mason | |
| DX 2235 | | AsscCommerCorp-00001 | AsscCommerCorp-00171 | Associate Commercial Corp. Records for Charles Mason | |
| DX 2236 | | AvnerDennisMD-00001 | AvnerDennisMD-00003 | Dennis Avner, M.D. Records for Charles Mason | |
| DX 2237 | | BBBDentistry-00001 | BBBDentistry-00019 | BBB Dentistry Records for Charles Mason | |
| DX 2238 | | BlackRDDS-00001 | BlackRDDS-00003 | Randy Black, DDS, Records for Charles Mason | |
| DX 2239 | | BryantDrRobert-00001 | BryantDrRobert-00005 | Dr. Robert Bryant Records for Charles Mason | |
| DX 2240 | | CottonwoodCR-00001 | CottonwoodCR-00227 | Cottonwood Hospital Cardiac Rehabilitation Department Records for Charles Mason | |
| DX 2241 | 4/4/2006 | DefResp-00001 | DefResp-00003 | Plaintiff's Defiency Response | |
| DX 2242 | | FirstHealth-00001 | FirstHealth-00002 | First Health Records for Charles Mason | |

Case 2:05-md-01657-EEF-DEK Document 8188-3 Filed 10/24/06 Page 10 of 15
Charles Mason v. Merck Co. Inc 2:06-cv-2110
Defendant Merck's Amended Trial Exhibit List

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2243 | | FtSteilaComC-00001 | FtSteilaComC-00001 | Ft. Steilacoom Community College Records for Charles Mason | |
| DX 2244 | | GoldCrossAmb-00001 | GoldCrossAmb-00010 | Gold Cross Ambulance Records for Charles Mason | |
| DX 2245 | | HeartLungInstUT-00001 | HeartLungInstUT-00171 | Heart and Lung Institute of Utah, Inc. Records for Charles Mason | |
| DX 2246 | | IHCSHomeCare-00001 | IHCSHomeCare-00001 | IHC Home Care Services Records for Charles Mason | |
| DX 2247 | | IHCSelectmed-00001 | IHCSelectmed-00055 | IHC Selectmed Records for Charles Mason | |
| DX 2248 | | LabcorpBurlLab-00001 | LabcorpBurlLab-00001 | Lab Corp Burlington Records for Charles Mason | |
| DX 2249 | | LabCorpSLC-00001 | LabCorpSLC-00008 | Lab Corp Salt Lake City Records for Charles Mason | |
| DX 2250 | | LarsenCDr-00001 | LarsenCDr-00002 | Charles Larsen, M.D. Records for Charles Mason | |
| DX 2251 | | LDSHosp-00001 | LDSHosp-00198 | LDS Hospital Records for Charles Mason | |
| DX 2252 | | LDSHospRad-00001 | LDSHospRad-00005 | LDS Hospital Radiology Records for Charles Mason | |
| DX 2253 | | LifeHeatlhInsNA-00001 | LifeHeatlhInsNA00141 | Life & Health Insurance North American Co. Records for Charles Mason | |
| DX 2254 | | LoeserMDr-00001 | LoeserMDr-00021 | Michael Loeser, M.D. Records for Charles Mason | |
| DX 2255 | | MedcoPhar-00001 | MedcoPhar-00008 | Medco Pharmacy Records for Charles Mason | |
| DX 2256 | | MountainMedImag-00001 | MountainMedImag-00008 | Mountain Medical Imaging Center Records for Charles Mason | |
| DX 2257 | | MtOlymRadGrp-00001 | MtOlymRadGrp-00008 | Mount Olympus Radiology Group Records for Charles Mason | |
| DX 2258 | | NtlPrslRecCtr-00001 | NtlPrslRecCtr-00028 | National Personnel Records Center Records for Charles Mason | |
| DX 2259 | | OgioIntl-00001 | OgioIntl-00027 | Ogio International Records for Charles Mason | |
| DX 2260 | | PathAssocMedLab-00001 | PathAssocMedLab-00019 | Pathology Associates Medical Laboratories Records for Charles Mason | |
| DX 2261 | | PathologySvcs-00001 | PathologySvcs-00003 | Pathology Services Records for Charles Mason | |
| DX 2262 | | PPR-00001 | PPR-02209 | Plaintiff Provided Records for Charles Mason | |
| DX 2263 | | QuanJMD-00001 | QuanJMD-00001 | James Quan, M.D. Records for Charles Mason | |
| DX 2264 | | QuestDiag-00001 | QuestDiag-00006 | Quest Diagnostics Houston Records for Charles Mason | |
| DX 2265 | | QuestDiagInc-00001 | QuestDiagInc-00009 | Quest Diagnostics West Valley Records for Charles Mason | |
| DX 2266 | | QuestDiagLab-00001 | QuestDiagLab-00014 | Quest Diagnostics Denver Records for Charles Mason | |
| DX 2267 | | ResourcMgt-00001 | ResourcMgt-00006 | Resource Management Records for Charles Mason | |
| DX 2268 | | SaltLakeCl-00001 | SaltLakeCl-00008 | Salt Lake Clinic Records for Charles Mason | |
| DX 2269 | | SaltLakeClinic-00001 | SaltLakeClinic-00009 | Salt Lake Clinic Records for Charles Mason | |
| DX 2270 | | SaltLakeClSandy-00001 | SaltLakeClSandy-00019 | Salt Lake Clinic - Sandy Records for Charles Mason | |
| DX 2271 | | SaltLakeCSandyO-00001 | SaltLakeCSandyO-00025 | Salt Lake Clinic - Sandy Office Records for Charles Mason | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2272 | | SandyFamPract-00001 | SandyFamPract-00120 | Sandy Family Practice Records for Charles Mason | |
| DX 2273 | | SelectmedPlus-00001 | SelectmedPlus-00055 | Selectmed Plus (PPO) Records for Charles Mason | |
| DX 2274 | | SierraInsGrp-00001 | SierraInsGrp-0002 | Sierra Insurance Group Records for Charles Mason | |
| DX 2275 | | SLCSOSmithSMD-00001 | SLCSOSmithSMD-00002 | Salt Lake Clinic - Sandy Office; Stephen Smith, M.D. Records for Charles Mason | |
| DX 2276 | | SouthDavisCommH-00001 | SouthDavisCommH-00001 | South Davis Community Hopital Records for Charles Mason | |
| DX 2277 | | StMarksHosp-00001 | StMarksHosp-0004 | St. Marks Hospital Records for Charles Mason | |
| DX 2278 | 4/13/2006 | SuppPlProForm-00001 | SuppPlProForm-00002 | Plaintiff's Supplemental Profile Form | |
| DX 2279 | | SValSurgAssoc-00001 | SValSurgAssoc-00019 | South Valley Surgical Associates Records for Charles Mason | |
| DX 2280 | | SymkoviakGDr-00001 | SymkoviakGDr-00020 | Gary Symkoviak Records for Charles Mason | |
| DX 2281 | | ThiokolChemCEmp-00001 | ThiokolChemCEmp-000054 | Thiokol Chemical Corp. Records for Charles Mason | |
| DX 2282 | | UnitedHlhtCare-00001 | UnitedHlhtCare-00007 | United Healthcare Records for Charles Mason | |
| DX 2283 | | UT1stCredtUnion-00001 | UT1stCredtUnion-00003 | Utah First Credit Union Records for Charles Mason | |
| DX 2284 | | UT1stCredtUnion-00004 | UT1stCredtUnion-00104 | Utah First Credit Union Records for Charles Mason | |
| DX 2285 | | UtahWildlifeRes-00001 | UtahWildlifeRes-00022 | Utah Division of Wildlife Resources Records for Charles Mason | |
| DX 2286 | | VogelerDDr-00001 | VogelerDDr-00374 | Douglas Vogeler, M.D. Records for Charles Mason | |
| DX 2287 | | WrightDrLarryJ-00001 | WrightDrLarryJ-00002 | Dr. Larry Wright Records for Charles Mason | |
| DX 2288 | | ZebrackJDr-00001 | ZebrackJDr-00012 | James Zebrack, M.D. Records for Charles Mason | |
| DX 2289 | | | | Thom, T., et al., "Heart Disease and Stroke Statistics -- 2006 Update: A Report from the American Heart Association Statistics Committee and Stroke Statistics Subcommitee," *Circulation* 2006, downloaded from circaha.journals.org. | |
| DX 2290 | | | | Balady GJ, et al., "Usefulness of Exercise Testing in the Prediction of Coronary Disease Risk Among Asymptomatic Persons as a Function of the Framingham Risk Score," *Circulation* 2004; 110:1920-1925 | |
| DX 2291 | | | | Fletcher GF et al., *"Exercise Standards for Testing and Training,"* Circulation 2001:104:1694-1740. | |
| DX 2292 | | | | Lear SA et al., "Exercise Stress Testing: An Overview of Current Guidelines," Sports Med 1999 May:27(5):295-312. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2293 | | | | Myers J et al., "Exercise Capacity and Mortality Among Men Referred for Exercise Testing," NEJM 2002:346(11):793-801. | |
| DX 2294 | | | | Ciruzi M et al., "Frequency of Family History of Acute Myocardial Infarction in Patients with Acute Myocardial Infarction," Am J Cardiol 1997;80:122-127. | |
| DX 2295 | | | | Colditz GA et al., "A Prospective Study of Parental History of Myocardial Infarction and Coronary Artery Disease in Men," Am J Cardiol 1991;67:933-938. | |
| DX 2296 | | | | Grech ED et al., "Family History as an Independent Risk Factor of Coronary Artery Disease," Eur Heart J 1992:13:1311-1315. | |
| DX 2297 | | | | Hopkins PN et al., "Family History as an Independent Risk Factor for Incident Coronary Artery Disease in a High-Risk Cohort in Utah," Am J Cardiol 1988:62:703-707. | |
| DX 2298 | | | | Lloyd-Jones DM et al., "Parental Cardiovascular Disease as a Risk Factor for Cardiovascular Disease in Middle-Aged Adults: A Prospective Study of Parents and Offspring," JAMA 2004;291:2204-2211. | |
| DX 2299 | | | | Marenberg ME et al., "Genetic Susceptibility to Death from Coronary Heart Disease in a Study of Twins," N Engl J Med 1994:330:1041-1046. | |
| DX 2300 | | | | Murabito JM et al., "Sibling Cardiovascular Disease as a Risk Factor for Cardiovascular Disease in Middle-Aged Adults," JAMA 2005;294(24):3117-3123. | |
| DX 2301 | | | | Shea S et al., "Family History as an Independent Risk Factor for Coronary Artery Disease," JACC1984;4(4):793-801. | |
| DX 2302 | | | | Yusuf S, "Editorial: Prevention of Vascular Events Due to Elevated Blood Pressure," *Circulation* 2006;113:2166-2168. | |
| DX 2303 | | | | Peker Y et al., "An Independent Association Between Obstructive Sleep Apnoea and Coronary Artery Disease," Eur Respir J 1999:13:179-184. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2304 | | | | Schäfer H et al., "Obstructive Sleep Apnea as a Risk Marker in Coronary Artery Disease," Cardiology 1999;92:79-84. | |
| DX 2305 | | | | Peker Y et al., "Increased Incidence of Cardiovascular Disease in Middle-Aged Men with Obstructive Sleep Apnea," Am J Respir Crit Care Med 2002;166:159-165. | |
| DX 2306 | | | | Hayashi M et al., "Nocturnal Oxygen Desaturation Correlates with the Severity of Coronary Atherosclerosis in Coronary Artery Disease," Chest 2003;124:936-941. | |
| DX 2307 | | | | Ford D et al., "Depression is a Risk Factor for Coronary Artery Disease in Men," Arch Intern Med 1998;158:1422-1426. | |
| DX 2308 | | | | Rozanski A et al., "Impact of Psychological Factors on the Pathogenesis of Cardiovascular Disease and Implications for Therapy," Circulation 1999;99:2192-2217. | |
| DX 2309 | | | | Rugulies R, "Depression as a Predictor for Coronary Heart Disease," *Am J Prev Med* 2002;23(1):51-61. | |
| DX 2310 | | | | Wulsin L and Singal B, "Do Depressive Symptoms Increase the Risk for the Onset of Coronary Disease? A Systematic Quantitative Review," Psychosom Med 2003;65:201-210. | |
| DX 2311 | | | | Öhlin B et al., "Chronic Psychosocial Stress Predicts Long-Term Cardiovascular Morbidity and Mortality in Middle-Aged Men," Eur Heart J 2004;25:867-873. | |
| DX 2312 | | | | Rosengren A et al., "Association of Psychosocial Risk Factors with Risk of Acute Myocardial Infarction in 11 119 Cases and 13 648 Controls From 52 Countries (The INTERHEART Study): Case-Control Study," Lancet 2004;364:953-962. | |
| DX 2313 | | | | M¨ller J et al., "Work Related Stressful Life Events and the Risk of Myocardial Infarction. Case-Control and Case-Crossover Analyses within the Stockholm Heart Epidemiology Programme (SHEEP)," J Epidemiol Community Health 2005;59:23-30. | |


| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2314 | | | | Rafanelli R et al., "Stressful Life Events, Depression and Demoralization as Risk Factors for Acute Coronary Heart Disease," Psychotherapy and Pyschosom 2005;74:179-184. | |
| DX 2315 | | | | Rowan P et al., "Depressive Symptoms Have an Independent, Gradient Risk for Coronary Heart Disease Incidence in a Random, Population-based Sample," Ann Epidemiol 2005;15:316-320. | |
| DX 2316 | | | | Bremmer MA et al., "Depression in Older Age is a Risk Factor for First Ischemic Cardiac Events," *Am J Geriatr Psychiatry* 2006 Jun; 14(6):523-30. | |
| DX 2317 | | | | Dincer HE, O'Neill W, "Deleterious Effects of Sleep-Disordered Breathing on the Heart and Vascular System," *Respiration* 2006;73(1):124-30. | |
| DX 2318 | | | | Parish JM, Somers VK, "Obstructive Sleep Apnea and Cardiovascular Disease," *Mayo Clin Proc* 2004 Aug;79(8):1036-1046. | |
| DX 2319 | | | | Parissis JT et al., "Depression in Coronary Artery Disease: Novel Pathophysiologic Mechanisms and Therapeutic Implications," *Int J Cardiol* 2006 Jul 3; epub ahead of print. | |
| DX 2320 | | | | Esch, Tobias, and George B. Stefano, Gregory L. Fricchione, Herbert Benson. "Stress in cardiovascular diseases." Med Sci Monit, 2002; 8(5): RA93-101. | |
| DX 2321 | | | | Jiang, W., et al., "Depression and Heart Disease Evidence of a Link, and its Therapeutic Implications", CNS Drugs 2002: 16 (2): 111-127. | |
| DX 2322 | | | | Zellweger, M.J., et al. "Coronary Artery Disease and Depression," European Heart Journal (2004) 25, 3-9. | |
| DX 2323 | | | | Thomas, A.J., et al. "Depression and Vascular Disease: what is the relationship?", Journal of Affective Disorders 79 (2004) 81-95. | |
| DX 2324 | | | | Shimbo, D., et al., "Negative Impact of Depression on Outcomes in Patients with Coronary Artery Disease: Mechanisms, Treatment, Considerations and Future Directions," Journal of Thrombosis and Haemostasis, 3: 897-908. | |

| DX # | Date | Begin Bates | End Bates | Description | Dep. Ex. # |
|---|---|---|---|---|---|
| DX 2325 | | | | Papademetriou, V., MD., et al., "Transient Coronary Occlusion with Mental Stress", AM Heart J 1996;132:1299-1301. | |
| DX 2326 | | | | Januzzi, J., MD; et al, "The Influence of Anxiety and Depression on Outcomes of Patients with Coronary Artery Disease," Arch Intern Med/Vol. 160, July 10, 2000. | |
| DX 2327 | | | | Strike, P, MRCP and Steptoe, A., DPhh, "Behavioral and Emotional Triggers of Acute Coronary Syndromes: A Systematic Review and Critique," Psychosomatic Medicine 67:179-186 (2005). | |
| DX 2328 | | | | Tofler, G., MB, et al., "Analysis of Possible Triggers of Acute Myocardial Infarction (The MILIS Study), The American Journal of Cardiology, Volume 66. | |
| DX 2329 | | | | Vitaliano, P., Ph.D., et al., "A Path Model of Chronic Stress, the Metabolic Syndrome, and Coronary Heart Disease," Pscyhosomatic Medicine 64:418-435 (2002). | |
| DX 2330 | | | | Any additional records relating to Charles Mason received after this filing | |
| DX 2331 | 4/00/2002 | | | Vioxx package insert, 9183810 | |
| DX 2332 | 4/00/2002 | MRK-LBL00000013 | MRK-LBL00000014 | Vioxx patient information | |
| DX 2333 | | AlbertsonS-00001 | AlbertsonS-00009 | Albertson Pharmacy Records for Charles Mason | |
| DX 2334 | | CottonwdCardReh-00001 | CottonwdCardReh-00161 | Cottonwood Cardiac Rehab Records for Charles Mason | |
| DX 2335 | | DentalSelect-00001 | DentalSelect-00002 | Dental Select Records for Charles Mason | |
| DX 2336 | | SecurityLifeICA-00001 | SecurityLifeICA-00002 | Security Life ICA Records for Charles Mason | |
| DX 2337 | | UniPathLLC-00001 | UniPathLLC-00004 | UniPath LLC Records for Charles Mason | |
| DX 2338 | | AndersonCraigDr-00001 | AndersonCraigDr-00002 | Dr. CraigAnderson Records for Charles Mason | |