U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 11 2006

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx * | MDL Docket No. 1657 |
| * | |
| **PRODUCTS LIABILITY** * | SECTION L |
| **LITIGATION** * | |
| * | JUDGE FALLON |
| **This document relates to:** * | |
| * | MAGISTRATE |
| Andre C. Julien v. Merck & Co., Inc., * | JUDGE KNOWLES |
| 05-01745 * | |
| * | |
| Mathilde Julien v. Merck & Co., Inc., * | |
| 05-01751 * | |
| * | |
| Rosette Manasse v. Merck & Co., Inc., * | |
| 05-01750 * | |
| * | |
| Philomene Oltine v. Merck & Co., Inc., * | |
| 05-01744 * | |
| * | |
| Jeanne Petit Louis v. Merck & Co., Inc., * | |
| 05-01742 * | |
| * | |
| Clamard Reveil v. Merck & Co., Inc., * | |
| 05-01748 * | |
| * | |
| Charite Toussaint v. Merck & Co., Inc., * | |
| 05-01752 * | |
| * | |
| Anne I. Chavannes v. Merck & Co., Inc., * | |
| 05-01743 * | |
| * | |
| Cecilia Achille v. Merck & Co., Inc., * | |
| 05-01749 * | |
| * | |
| * * * * * * * * * * * * * * * * | |

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT MERCK & CO., INC.'S RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROVIDE ANY RESPONSES TO THE PLAINTIFF PROFILE FORM AS REQUIRED BY PRE-TRIAL ORDER NO. 18C**

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and all relevant and applicable Local Rules, Plaintiff requests entry of an order granting Plaintiff's Motion for Enlargement of Time to File Plaintiff's Response to Defendant Merck & Co., Inc.'s Rule and Incorporated Memorandum to Show Cause Why Cases Should not be Dismissed with Prejudice for Failure to Provide Any Responses to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C. As grounds, Plaintiff states:

1. On or about August 23, 2006, Defendant filed the above referenced Motion.

2. Pursuant to the Federal Rules of Civil Procedure and all relevant and applicable Local Rules, 7.1 of the Local Rules, Plaintiff's response to Defendant's Motion is due on or before **October 6, 2006.**

3. Plaintiff's counsel is in need of an extension of time to properly and adequately frame a response due the numerosity and complexity of all the cases involved in this litigation.

4. Moreover, Plaintiff is in need of additional time to research and address all of the relevant key issues.

5. Due to the press of litigation and the reasons set forth above, Plaintiff respectfully requests an additional ten (10) days to file Plaintiff's Response to Defendant's Motion.

6. If Plaintiff's motion is granted, Plaintiff's Response to Defendant's Motion would be due on or before **OCTOBER 16, 2006.**

7. This Court may for good cause shown and upon timely motion enlarge the time within which an act shall otherwise be done.

8. This Motion for Enlargement of Time is not made for the purpose of delay and Defendant will not be prejudiced by this enlargement.

9. Undersigned counsel has in good faith attempted to confer with Defendant's counsel regarding the issues set forth by this motion, however, it is unknown whether Defendant objects to the proposed enlargement of time.

10. A proposed order is attached hereto.

## MEMORANDUM OF LAW

Pursuant to the Federal Rules of Civil Procedure 6(b) and all relevant and applicable Local Rules, Plaintiff requests entry of an order granting Plaintiff's Motion for Enlargement of Time to File its Response to Defendant Merck & Co., Inc.'s Rule and Incorporated Memorandum to Show Cause Why Cases Should not be Dismissed with Prejudice for Failure to Provide Any Responses to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C.

Pursuant to all relevant and applicable Local Rules, Plaintiff's counsel has in good faith made attempts to confer with opposing counsel regarding the issues raised in this motion, however, at this time, it is unknown whether Defendant objects to the proposed extension.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant this Motion for Enlargement of Time to File a Response to Defendant Merck & Co.,

Inc.'s Rule and Incorporated Memorandum to Show Cause Why Cases Should not be Dismissed with Prejudice for Failure to Provide Any Responses to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C, and issue an Order providing the Plaintiff with an additional ten (10) days to file its response.

Dated: 10/6/2006

Respectfully submitted,

**REMER & GEORGES-PIERRE, P.A.**
100 N. Biscayne Boulevard
Suite 2800
Miami, Florida 33132
Tel. (305) 416-5000
Fax: (305) 416-5005

By: _____
Anthony M. Georges-Pierre, Esq.
Florida Bar Number: 0533637

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail this 6th day of October, 2006 to:
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Fax: (504) 581-3361

By: _____
Anthony M. Georges-Pierre, Esq.
Florida Bar Number: 0533637