FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 25  AM 7:38

LORETTA G. WHYTE
           CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE KNOWLES |
| Andre C. Julien v. Merck & Co., Inc., 05-01745 | |
| Mathilde Julien v. Merck & Co., Inc., 05-01751 | |
| Rosette Manasse v. Merck & Co., Inc., 05-01750 | |
| Philomene Oltine v. Merck & Co., Inc., 05-01744 | |
| Jeanne Petit Louis v. Merck & Co., Inc., 05-01742 | |
| Clamard Reveil v. Merck & Co., Inc., 05-01748 | |
| Charite Toussaint v. Merck & Co., Inc., 05-01752 | |
| Anne I. Chavannes v. Merck & Co., Inc., 05-01743 | |
| Cecilia Achille v. Merck & Co., Inc., 05-01749 | |

* * * * * * * * * * * * * * *

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

825277v.1

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT MERCK & CO., INC.'S RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROVIDE ANY RESPONSES TO THE PLAINTIFF PROFILE FORM AS REQUIRED BY PRE-TRIAL ORDER NO. 18C

THIS CAUSE came before the Court on Plaintiff's Motion for Enlargement of Time to File Plaintiff's Response to Defendant Merck & Co., Inc.'s Rule and Incorporated Memorandum to Show Cause Why Cases Should not be Dismissed with Prejudice for Failure to Provide Any Responses to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C. The Court having reviewed the matter, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Enlargement of Time to File Plaintiff's Response to Defendant's Motion, is hereby **GRANTED**.

2. Plaintiff shall have up to and including **OCTOBER 26, 2006**, within which to file Plaintiff's Response to Defendant's Motion.

3. Merck shall have up to and including November 2, 2006, within which to file its Reply, and the Rule will be heard on November 14, 2006, at 8:00 a.m.

**DONE AND ORDERED** in Chambers, in the Eastern District of Louisiana, this 23rd day of October, 2006.

**JUDGE FALLON**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge Knowles
(2) All counsel of record