## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to** | * | **MAG. JUDGE KNOWLES** |
| | * | |
| **Gerald Barnett v. Merck & Co, Inc.** | * | **CASE NO. 02:06cv485** |

## MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR MEMORANDUM IN OPPOSITION TO MOTION OF MERCK & CO., FOR NEW TRIAL ON ALL ISSUES

Plaintiff Gerald Barnett, through undersigned counsel, hereby moves the Court for an extension of page length for his Memorandum in Opposition to Motion of Merck & Co., Inc. for New Trial on All Issues.  Merck & Co., Inc. was granted an additional twenty (20) pages for its Memorandum, for a total of forty-five (45) pages.  Due to the number of issues raised in Merck & Co. Inc.'s Memorandum, Plaintiff Gerald Barnett will require more than twenty (20) additional pages for his Opposition in order to adequately respond.  Additional pages would also permit the Plaintiff to include more quotations directly from the transcript, for easier reference by the Court and Merck.  Plaintiff Gerald Barnett therefore requests that he be granted eight (8) additional pages, for a total of fifty-three (53) pages for his opposing memorandum.

WHEREFORE, Plaintiff Gerald Barnett respectfully requests that he be granted eight (8) additional pages, for a total of fifty-three (53) pages for his Memorandum in

Opposition to Motion of Merck & Co., Inc. for a New Trial on All Issues.

Date:  October 25, 2006                  Respectfully submitted,

                                  By /s/ MARK P. ROBINSON, JR.
                                      Mark P. Robinson, Jr.
                                      Kevin F. Calcagnie
                                      Carlos A. Prietto, III
                                      Ted B. Wacker
                                      Lexi W. Myer
                                      ROBINSON, CALCAGNIE & ROBINSON
                                      620 Newport Center Dr., 7th Floor
                                      Newport Beach, California  92660
                                      Telephone:  (949) 720-1288
                                      Facsimile: (949) 720-1292


                                      Andy D. Birchfield, Jr.
                                      P. Leigh O'Dell
                                      BEASLEY, ALLEN, CROW,
                                      METHVIN, PORTIS & MILES, P.C.
                                      P.O. Box 4160
                                      234 Commerce Street
                                      Montgomery, Alabama  36103-4160
                                      Telephone:  (334) 269-2343
                                      Facsimile: (334) 954-7555

                                      Donald C. Arbitblit
                                      LIEFF, CABRASER, HEIMANN and
                                      BERNSTEIN, LLP
                                      275 Battery Street, 30th Floor
                                      San Francisco, California  94111
                                      Telephone:  (415) 956-1000
                                      Facsimile: (415) 956-1008

                                      Counsel for Plaintiff


**Russ M. Herman**, Esquire            **Christopher A. Seeger**, Esquire
Leonard A. Davis, Esquire              SEEGER WEISS
Stephen J. Herman, Esquire             One William Street
HERMAN, HERMAN, KATZ & COTLAR          New York, NY 10004

820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Gerald E. Meunier
Gainesburgh Benjamin David Meunier & Warshauer
2800 Energy Centre
1100 Polydras Street
New Orleans, LA 70163-2800
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann [with courtesy copy to Merck's trial counsel, Andrew L. Goldman] by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of October, 2006.

/s/ MARK P. ROBINSON, JR.
MARK P. ROBINSON, JR.
California State Bar No.  054426
Attorney for Plaintiff
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Telecopier: 949-720-1292
mrobinson@rcrlaw.net