UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| Sylvia Castillo v. Merck & Co., Inc., No. | * | JUDGE KNOWLES |
| 05-2380, And Only Regarding Lorenzo | * | |
| Ortiz; Virginia Rodriguez; and Regino | * | |
| Urias. | * | |
| | * | |
| Nettie Patterson v. Merck & Co., Inc., | * | |
| No. 05-2378 | | |
| | * | |
| Brenda Green Watkins v. Merck & Co., | * | |
| Inc., No. 05-2378, And Only Regarding | * | |
| Euialia Martinez, Martha Martinez, and | * | |
| Imogene Washington. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | ** | |

## CONSENT ORDER THAT ABOVE STATED PLAINTIFFS DID NOT ALLEGE AND WILL NOT ALLEGE THAT THEY SUFFERED A CARDIOVASCULAR INJURY AS DEFINED BY PRE-TRIAL ORDER NO. 18C

WHEREAS, on August 14, 2006, defendant Merck & Co., Inc. ("Merck") filed its

Rule and Incorporated Memorandum To Show Cause Why Cases Should Not Be Dismissed

With Prejudice For Failure To Provide Any Response To The Plaintiff Profile Form ('PPF") as

Required By Pre-Trial Order 18C; and

WHEREAS, on October 6, 2006, Houssiere Durant Houssiere, LLC

("Houssiere") filed its Opposition of Plaintiffs to Merck's Motion to Dismiss with Prejudice

Plaintiffs Claims for Alleged Failure to Provide any Response to the PPF; and

WHEREAS, Eulaila Martinez, Martha Martinez, Lorenzo Ortiz, Virginia Rodriques, and Regino Urias alleged in their Complaints that they suffered "cardiovascular illness"; and

WHEREAS, Nettie Patterson alleged in her Complaint that she suffered a "stroke"; and

WHEREAS, Imogene Washington alleged in her Complaint that she suffered a "cardiovascular illness including stroke"; and

WHEREAS, Eulaila Martinez, Martha Martinez, Lorenzo Ortiz, Virginia Rodriques, Regino Urias, Nettie Patterson, and Imogene Washington agree that they did not allege and will not allege in the future that they suffered a Myocardial Infarction, ischemic stroke, or death ("Cardiovascular Event") as defined by PTO 18C; and

WHEREAS, Eulaila Martinez, Martha Martinez, Lorenzo Ortiz, Virginia Rodriques, Regino Urias, Nettie Patterson, and Imogene Washington agree that they will not re-file any suit based on any similar claims related to Vioxx against Merck, any of it subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court or forum or amend their current Complaints to allege that they suffered a Cardiovascular Event as defined by PTO 18C,

IT IS HEREBY AGREED between the undersigned parties that, Eulaila Martinez, Martha Martinez, Lorenzo Ortiz, Virginia Rodriques, Regino Urias, Nettie Patterson, and Imogene Washington did not claim and will not claim in the future that they suffered a "Cardiovascular Event" as defined by PTO 18, specifically Myocardial Infarction, an ischemic stroke, or a death.

IT IS HEREBY FURTHER AGREED between the undersigned parties that, Eulaila Martinez, Martha Martinez, Lorenzo Ortiz, Virginia Rodriques, Regino Urias, Nettie Patterson, and Imogene Washington will not re-file any suit based on any similar claims related to Vioxx against Merck, any of it subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court or forum or amend their current Complaints to alleged that they suffered a Cardiovascular Event as defined by PTO 18C.

IT IS HEREBY FURTHER AGREED that Merck will withdraw its Notice to Show Cause and Incorporated Memorandum to Dismiss the above-referenced Plaintiffs claims.

Dated: October ____, 2006

| | |
|---|---|
| HOUSSIERE DURANT & HOUSSIERE LLP | STONE PIGMAN WALTHER WITTMANN LLC |
| By: _____ | By: _____ |
| Charles R. Houssiere III | Phillip A. Wittmann |
| Monica C. Vaughan | 546 Carondelet St. |
| 1990 Post Oak Blvd. #800 | New Orleans, LA 70130 |
| Houston, Texas 77056-3812 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2006.

_____
Hon. Eldon Fallon, U.S.D.J.

3

833559v.1
NY 1100689_1 (3).DOC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Consent Order and Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel