UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: *Arline M. Ellis, et al. v. Merck & Co., Inc., et al.*, (E.D. La. Index No. 06-8385) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF CONSENT TO REMOVAL

Defendants in the above action William G. Bowen, William N. Kelley, Laurence A. Bossidy, Samuel O. Their, Johnetta B. Cole, Raymond V. Gilmartin, William B. Harrison, Jr., Heidi G. Miller, Thomas E. Shenk, William M. Daley, Peter C. Wendell, H. Brewster Atwater, Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, and Erskine B. Bowles, by and through their undersigned counsel, hereby consent to the removal by Merck & Co., Inc. of the above action to the United States District Court for the Western District of New York.

By consenting to the removal of this action, defendants do not waive any of their defenses to this action, and specifically reserve all of their defenses, including but not limited to lack of personal jurisdiction, improper and/or inconvenient venue, and failure to state a claim against them.

While defendants consent to removal, defendants do not concede that they are proper parties to this action, and agree with the arguments in the Notice of Removal of Merck & Co., Inc. that they were fraudulently joined in this action.

Dated: October __, 2006

    Respectfully submitted,

    _s/Dorothy H. Wimberly_
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    Camelite M. Bertaut, 3054
    Stone Pigman Walther Whittmann L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:    504-581-3361

    *Defendants' Liaison Counsel*

    Theodore V. H. Mayer
    Vilia B. Hayes
    Hughes Hubbard & Reed LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Phone: 212-837-6000
    Fax:    212-422-4726

    *Attorneys for Defendants William G. Bowen, William N. Kelley, Lawrence A. Bossidy, Samuel O. Thier, Johnetta B. Cole, Raymond V. Gilmartin, William B. Harrison, Jr., Anne M. Tatlock, Heidi G. Miller, Thomas E. Shenk, William M. Daley, Peter C. Wendell, Wendell P. Weeks, Rochelle Lazarus, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, and Erskine B. Bowles*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice Of Consent Of Removal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of October, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2