**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE:  VIOXX                                        \*      **MDL NO. 1657**
      **PRODUCTS LIABILITY LITIGATION**      \*
                                   \*      **SECTION: L(3)**
                                   \*
                                   \*      **JUDGE FALLON**
                                   \*      **MAG. JUDGE KNOWLES**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    ***Mason v. Merck & Co., Inc.***, 06-810


## ORDER

Considering the parties' request that the following motion be withdrawn, IT IS

ORDERED that the Plaintiff's Motion for Order Excluding Testimony of Craig Pratt, M.D. (Rec.

Doc. 7406) is DENIED AS MOOT.


    New Orleans, Louisiana, this    20th    day of    October   , 2006.


                                           _____
                                        UNITED STATES DISTRICT JUDGE