U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN J. STOCKTON and SANDRA STOCKTON, | ) | MDL NO. 1657 |
| | ) | SECTION: L |
| Plaintiffs, | ) | |
| v. | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| MERCK & CO., INC., et al. | ) | |
| | ) | CAUSE NO.:2:05-cv-04639-EEF-DEK |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFFS JOHN J. STOCKTON AND SANDRA STOCKTON'S JOINT MOTION TO SUBSTITUTE COUNSEL AND ENTRY OF APPEARANCE

COMES NOW John J. Allan and the law firm of John J. Allan, P. C. and withdraws as Counsel for the Plaintiffs, John J. Stockton and Sandra Stockton, in the above referenced matter.

COMES NOW Todd S. Hageman and the law firm of Simon • Passanante, P.C. and enters his appearance on behalf of the Plaintiff in the above referenced matter.

Simon • Passanante, P.C. certifies that this change will be made directly to Lexis Nexis File & Serve as soon as the Order is entered. This matter having been opened to the Court on the Motion of Plaintiff, through counsel, Simon • Passanante, P.C., and the Court having considered the Motion, it is hereby

**ORDERED**, that Plaintiffs' Motion is granted in its entirety.

10/20/06
Date

The Honorable Eldon E. Fallon
United States District Judge