UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                MDL NO. 1657
    **PRODUCTS LIABILITY LITIGATION:**

SECTION: L

JUDGE FALLON
…………………………………………………..    MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    2:06-cv-00917

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Justin Marvin. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Justin Marvin, are dismissed, without prejudice, Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect these changes.

Dated this __20th__ day of __October__, 2006.

_____
UNITED STATES DISTRICT JUDGE