UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**  **PRODUCTS LIABILITY LITIGATION:**

MDL NO. 1657

SECTION:  L

JUDGE FALLON
MAG. JUDGE KNOWLES

………………………………………………………..

**THIS DOCUMENT RELATES TO:**
**2:06-cv-03138**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Lloyd Saathoff, as Special Administrator of the Estate of Rachel Saathoff, deceased.  After considering the Stipulation, the Court concludes it should be GRANTED.  The Court, therefore, orders that the claims of Lloyd Saathoff, as Special Administrator of the Estate of Rachel Saathoff, deceased, are dismissed, without prejudice, John J. Driscoll shall update Lexis Nexis File & Serve to reflect these changes.

Dated this __20th__ day of __October__, 2006.

_____
UNITED STATES DISTRICT JUDGE