IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810<br><br>CHARLES LARON MASON v.<br>MERCK & CO., INC. | MDL DOCKET NO. 1657<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |

### ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Opposition to Defendant's Motion to Exclude Testimony of Lemuel Moyé, M.D., Ph. D. (Expert Challenge No. 5),

IT IS ORDERED that Plaintiff Charles Laron Mason be and it hereby is granted leave to file for his Opposition to Defendant's Motion to Exclude the Testimony of Lemuel Moyé, M.D., Ph. D. (Expert Challenge No. 5).

Dated this 20th day of October, 2006.

_____
JUDGE ELDON E. FALLON