IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| | Section L |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v.<br>MERCK & CO., INC. | Mag. Judge Knowles |

### ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for the Opposition of Plaintiff Charles Laron Mason to Defendant's Motion to Exclude the Testimony of Jerry L. Avorn, M.D.,

IT IS ORDERED that Plaintiff Charles Laron Mason be and it hereby is granted an additional six (6) pages for his Opposition to Defendant's Motion to Exclude the Testimony of Jerry L. Avorn, M.D.

Dated this 20th day of October, 2006.

_____
JUDGE ELDON E. FALLON

1