UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
|    PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO** *Doris Crenshaw* | * | |
| *v. Merck & Co., Inc.,* **No. 2:06-cv-02085-EEF-DEK,** | * | |
| **previously filed as 4:05-cv-01669 E.D. Mo.** | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

**************************************************

## PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Doris Crenshaw ("Plaintiff") and Defendant SEM Enterprises, Inc. d/b/a The Medicine Shoppe ("SEM") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against SEM, subject to the following conditions:

1. Plaintiff agrees that, in the event she re-files a lawsuit against SEM that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims.

3452070

Nothing in this stipulation shall constitute a waiver of any rights and defenses SEM may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Doris Crenshaw in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this 20th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE