UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all cases | * | |
| | * | MAGISTRATE |
| | * | JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Memorandum in Support of Motion for a Protective Order Regarding the Trial Preservation Deposition of John W. Farquhar, filed by defendant Merck & Co., Inc.,

IT IS ORDERED that the trial preservation deposition of Dr. Farquhar not take place on November 16th and 17th in San Francisco, California.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.

_____
DISTRICT JUDGE