**Vergara, Catalina J.**

**Subject:** Re: Farquhar

**From:** Ismail, Tarek [mailto:tarek.ismail@bartlit-beck.com]
**Sent:** Wednesday, October 25, 2006 4:00 PM
**To:** 'Cvtisi@aol.com'
**Subject:** RE: Farquhar

Chris -- we do intend to raise this issue with the Court.

First, Drs. Gueriguian and Farquhar are separate issues. There certainly have been many examples of Merck moving witness schedules around to accommodate the plaintiff's conflicts so I assume that you are not suggesting that schedule accommodation is a one-way street.

Second, as a basic proposition, plaintiffs are proposing to take a trial deposition of Dr. Farquhar for the purpose of preserving the deposition for use in all MDL trials and Merck is entitled to have counsel of its choice conduct the cross examination. Phil is lead trial counsel in the MDL and Phil is the attorney Merck wants doing the cross.

Third, we have suggested various solutions that accommodate your desire to have Dr. Farquhar completed before the Dedrick trial. A few weeks ago we sought several alternative dates in October for the deposition, including the dates originally offered. We also suggested the week of November 20, which would not conflict with the Mason trial. None of those options fit Dr. Farquhar's schedule. We agreed to November 16-17 on the expectation that the Mason trial would be over the prior week. It became clear to us this week with more information about the plaintiff's line-up that the trial will spill over to the week of November 13 and we may be waiting on a verdict on November 16-17. In light of these developments, we suggested conducting the deposition in New Orleans. I understand Dr. Farquhar does not wish to travel for medical reasons and, thus, that solution is not an option as well.

As a result, we will be seeking relief from the Court.

Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)
tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>

10/26/2006

This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

IRS Circular 230 disclosure:
Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Wednesday, October 25, 2006 3:22 PM
**To:** tarek.ismail@bartlit-beck.com
**Cc:** ldavis@hhkc.com; dbuchanan@seegerweiss.com; DARBITBLIT@LCHB.COM; andy.birchfield@beasleyallen.com; leigh.odell@beasleyallen.com; cseeger@seegerweiss.com; RHerman@hhkc.com; beachlawyer51@hotmail.com
**Subject:** Re: Farquhar

Tarek

This follows our call today regarding your request that we move the Farquhar deposition from San Francisco to New Orleans to accommodate Phil Beck and your schedules.

As I said today, we have been more than willing to attempt to accommodate your trial team's schedule to the extent that we can. Indeed, as I pointed out, we recently canceled (at the last minute) the trial preservation deposition of one of our expert witnesses, John Gueriguian, to accommodate Andy Goldman who had a personal issue. (I might add that Dr. Gueriguian had already flown from France to the US for this deposition).

Similarly, we already agreed reschedule Dr. Farquhar once already to accommodate yours and Phil's schedule. As you know, we originally noted this deposition for November 8 in San Francisco. At your request, it was changed to the 16th--a date you chose--with the full knowledge that this would be in San Fransisco. The deposition notice has been outstanding for quite some time now.

As I promised, we informed Dr. Farquhar of your new request to move the deposition from San Fransisco to New Orleans. As I explained to you, his physical limitations cannot accommodate this request. As you know, Dr. Farquhar is almost 80 years old. In the past two months, he has been hospitalized twice for a total of ten days. Under any circumstance, travel is difficult for him. Given his current condition, it is virtually impossible. Moreover, Travel to New Orleans is particularly burdensome for him as it takes a full day from San Francisco on each end, and requires a change of planes and walking around airports. Given his condition, Dr. Farquhar needs a full day to recover when he travels, which is rare these days. By way of example, he has already canceled travel this fall to see his new granddaughter in Minnesota due to his recovery from surgery. He simply cannot come to New Orleans at this time.

Tarek, I think that we have shown a willingness to try and accommodate you and your team's schedule. We accommodated you once with respect to this very witness. We would have accommodated you again had Dr. Farquhar been able to do so. Unfortunately, given the need for this deposition at the Diederick trial and the physical limitations of this witness, we simply cannot do more than we have already done. If you or Phil cannot cover this particular deposition, I am sure that there are others who could do so.

I would trust that you would understand this and that you would not try and force this issue with the Court, However, if you intend to do so, please let me know.

Regards,
Chris

10/26/2006

> In a message dated 10/25/2006 9:37:47 A.M. Mountain Standard Time, tarek.ismail@bartlit-beck.com writes:
>
>> Thanks.  Just let me know either way.
>>
>>
>> Tarek Ismail
>> Bartlit Beck Herman Palenchar & Scott LLP
>> Courthouse Place
>> 54 West Hubbard Street
>> Chicago, Illinois 60610
>> (312) 494-4418 (phone)
>> (312) 494-4440 (fax)
>> (312) 560-0378 (mobile)
>> tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>
>>
>> This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.
>>
>> IRS Circular 230 disclosure:
>> Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.
>>
>> ---
>>
>> **From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
>> **Sent:** Wednesday, October 25, 2006 10:33 AM
>> **To:** tarek.ismail@bartlit-beck.com
>> **Subject:** Re: Farquhar
>>
>> Tarek:
>>
>> I am really not sure we can do this.  I will check but I do know that Dr. Farquhar just had a medical procedure and my not want to leave town.  I will be back in touch.
>>
>> Regards,
>> Chris
>>
>> In a message dated 10/24/2006 10:05:09 A.M. Mountain Standard Time, tarek.ismail@bartlit-beck.com writes:
>>
>>> Chris -- we would like to move the Farquhar deposition to take place in NOLA rather than S.F.  As we gather more information about the length of the Mason trial, we very easily could be waiting on a verdict that week.  We are still willing to proceed to accommodate your desire to have the deposition in time for the Dedrick trial, but we need the deposition to take place in NOLA for the schedule to hold.
>>>
>>> Please let me know if you are agreeable.

10/26/2006

Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)
tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>

This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

IRS Circular 230 disclosure:
Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.