UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

### ORDER

Two of Merck's Rules to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Docs. 6408 & 6724) came before the Court on this date.

IT IS ORDERED that Merck & Co., Inc.'s Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 6408) is DENIED AS MOOT in its entirety because Merck has withdrawn its Rule with respect to (1) those Plaintiffs that have recently filed Plaintiff Profile Forms (*Smith v. Merck & Co., Inc.*, 05-2371; *Castillo v. Merck & Co., Inc.*, 05-2380, regarding only Rosa Ortiz; *Watkins v. Merck & Co., Inc.*, 05-2373, regarding only Wesley Mayo) and (2) those Plaintiffs that are parties to the October 26, 2006 Consent Order (*Patterson v. Merck & Co., Inc.*, 05-2378; *Castillo v. Merck & Co., Inc.*, 05-2380, regarding only Lorenzo Ortiz, Virginia Rodriguez, and Regino Urias; *Watkins v. Merck & Co., Inc.*, 05-2373, regarding only Imogene Washington, Eulalia Martinez, and Martha Martinez).

IT IS FURTHER ORDERED that Merck & Co., Inc.'s Proposed Order to Show Cause

1

Why Cases Should Not Be Dismissed (Rec. Doc. 6724) is DENIED AS MOOT with respect to those Plaintiffs that have recently filed Plaintiff Profile Forms (*Orton v. Merck & Co., Inc.*, 05-2286; *Murray v. Merck & Co., Inc.*, 05-1030; *Thompson v. Merck & Co., Inc.*, 05-4055, regarding only Reynaldo Salinas) and GRANTED with respect to the following cases that are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record:

1. *Pescatallo v. Merck & Co., Inc.*, 05-1255;
2. *Perry v. Merck & Co., Inc.*, 05-1289;
3. *Polk v. Merck & Co., Inc.*, 05-2361;
4. *Lowe v. Merck & Co., Inc.*, 05-2251;
5. *Thomas v. Merck & Co., Inc.*, 05-981;
6. *Sanchez v. Merck & Co., Inc.*, 05-559;
7. *Aiken v. Merck & Co., Inc.*, 05-513;
8. *Richard v. Merck & Co., Inc.*, 05-534.

New Orleans, Louisiana, this __26th__ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE