# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0367 | MRK-ADT0000170 | MRK-ADT0000183 | 12/3/1998 | Presentation: Standard Operating Procedures for the Surveillance Monitoring and Adjudication of Acute Thrombotic Embolic Vascular Events in Clinical Trials of COX-2 Specific Agents |
| 1.0368 | MRK-ADY0006668 | MRK-ADY0006668 | 2/7/2004 | "Spanish drug editor wins case brought by Merck, Sharpe & Dohme" by Liza Gibson BMJ Volume 328 |
| 1.0369 | MRK-ADZ0017722 | MRK-ADZ0017729 | 5/17/2002 | PIR - Use of Vioxx with Low Dose Aspirin |
| 1.0370 | MRK-AEC0041491 | MRK-AEC0041632 | 4/18/2000 | AERs for Vioxx: 12/01/1999 - 04/07/2000 |
| 1.0371 | MRK-AEE0000549 | MRK-AEE0000551 | 4/3/2000 | Metters/Update on post-VIGOR action "to-do" list |
| 1.0372 | MRK-AEF0000025 | MRK-AEF0000026 | 1/28/2002 | Email from Kathleen Metters to Peter Kim, et al. Re: Article on relationship bet cox2 expression and pgi2 synthesis |
| 1.0373 | MRK-AEF0000465 | MRK-AEF0000465 | 3/1/2004 | Handwritten Notes: 3 Trials Planned |
| 1.0374 | MRK-AEF0000653 | MRK-AEF0000653 | 3/4/2002 | Email from Tom Baille to James Yergey-Subject Prostanoid assays |
| 1.0375 | MRK-AEF0000683 | MRK-AEF0000683 | 3/15/2002 | Announcement of Patrignani presentation at Merck |
| 1.0376 | MRK-AEF0000748 | MRK-AEF0000810 | 3/15/2002 | Cardiovascular Effects of Cox-2 Inhibition Seminar by Paola Patrignani |
| 1.0377 | MRK-AEF0000957 | MRK-AEF0000957 | 1/28/2002 | Email from Kathleen Metters to Mervyn Turner; Subject FW: Prostacyclin synthesis and Coxib taskforce 2/14 |
| 1.0378 | MRK-AEF0001034 | MRK-AEF0001038 | 6/7/1999 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser RE: Dog urinary prostaglandin study |
| 1.0379 | MRK-AEG0003239 | MRK-AEG0003239 | 5/1/2000 | Email from Robert Gould to Anthony Ford-Hutchinson, et al. Re: Thrombin Inhibitor Program |
| 1.0380 | MRK-AEG0003240 | MRK-AEG0003240 | 5/1/2000 | R. Gould email re: LucchesiCOX2 / lynch [Vioxx Celebrex Aspirin] |
| 1.0381 | MRK-AEG0004962 | MRK-AEG0004963 | 9/10/1998 | D. Reindeau email re: Completion of animal studies on PGI-M |
| 1.0382 | MRK-AEG0014837 | MRK-AEG0014837 | 10/14/1998 | Email from A. Ford-Hutchinson re: Cox-2 |
| 1.0383 | MRK-AEG0037638 | MRK-AEG0037639 | 9/12/2002 | Email from mervyn Turner to Joan Lasota RE: NitroMed |
| 1.0384 | MRK-AEG0048904 | MRK-AEG0048905 | 10/25/2000 | Email from Denis Riendeau to Kathleen Metters, et al. regarding PGE synthesis |
| 1.0385 | MRK-AEG0049312 | MRK-AEG0049312 | 4/12/2000 | Email from Reindeau to Gresser |
| 1.0386 | MRK-AEI0002734 | MRK-AEI0002746 | 5/6/1998 | Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program |
| 1.0387 | MRK-AET0003502 | MRK-AET0003503 | | Dear Doctor letter from Lewis Sherwood |
| 1.0388 | MRK-AFB0001598 | MRK-AFB0001598 | 1/8/1999 | Memo from James Webb to Brandon Smith Re: VIOXX Seeding Study Selection |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0389 | MRK-AFE0000378 | MRK-AFE0000433 | | VIGOR: Study Results By Gregory Bell |
| 1.0390 | MRK-AFF0000091 | MRK-AFF0000093 | 11/26/2002 | APPROVe ESMB Meeting Minutes |
| 1.0391 | MRK-AFF0000095 | MRK-AFF0000095 | 1/23/2002 | APPROVe ESMB Meeting Minutes |
| 1.0392 | MRK-AFF0000100 | MRK-AFF0000101 | 5/16/2002 | APPROVe ESMB Meeting Minutes |
| 1.0393 | MRK-AFF0000112 | MRK-AFF0000114 | 5/15/2003 | APPROVe ESMB Meeting Minutes / Mtg Date 17 September 2004 |
| 1.0394 | MRK-AFF0000116 | MRK-AFF0000118 | 11/24/2003 | APPROVe ESMB Meeting Minutes |
| 1.0395 | MRK-AFF0000120 | MRK-AFF000122 | 2/18/2004 | APPROVe ESMB Meeting Minutes |
| 1.0396 | MRK-AFF0000318 | MRK-AFF0000352 | 5/9/2002 | Hui Quan Memo re: Safety Update for APPROVe |
| 1.0397 | MRK-AFF0000370 | MRK-AFF0000416 | 2/12/2004 | Hui Quan Memo re: Safety Update for APPROVe |
| 1.0398 | MRK-AFF0209591 | MRK-AFF0209591 | | Top 40 National Advocates |
| 1.0399 | MRK-AFH0023671 | MRK-AFH0023686 | 2/9/2001 | Memorandum from Barbara Norman to Dena Rosen Ramey re: MK0966 091 Adjudication of Deaths |
| 1.0400 | MRK-AFI0000001 | MRK-AFI0000197 | 2/7/2001 | Baumgartner Diary: 01/01/2001 to 09/27/2001 |
| 1.0401 | MRK-AFI0010255 | MRK-AFI0010255 | 1/31/2001 | National Thought Leader Summary VIGOR Study |
| 1.0402 | MRK-AFI0010400 | MRK-AFI0010401 | 4/18/2001 | USHH 2001-2009 Outlook for Vioxx (Vioxx Sales Data) |
| 1.0403 | MRK-AFI0015467 | MRK-AFI0015476 | 9/17/1999 | Letter from Charlotte McKines/Wendy Dixon to Dr. Jim Andrews Re: His consulting service contract |
| 1.0404 | MRK-AFI0015844 | MRK-AFI015845 | | "We Want Victory" (The Vioxx Victory Song) |
| 1.0405 | MRK-AFI0041638 | MRK-AFI0041641 | | Presentation Slides-Leverage Points in the Buying Process |
| 1.0406 | MRK-AFI0043342 | MRK-AFI0043349 | | Memo from Ornskov Flemming to Leo Mendez, et al. Re: Challenging MD customers in ther NERBG (rheumatologists) |
| 1.0407 | MRK-AFI0043351 | MRK-AFI0043351 | | Physicians to be Neutralized: Dr. Palmer |
| 1.0408 | MRK-AFI0044662 | MRK-AFI0044665 | 7/26/1999 | Email from Bruce Freundlich to Susan Baumgartner RE Physicians to neutralize |
| 1.0409 | MRK-AFI0045236 | MRK-AFI0045237 | 9/9/1999 | Email from Caroline Yarbrough to Susan L Baumgartner Re: Background on Dr. Andrew Welton |
| 1.0410 | MRK-AFI0045916 | MRK-AFI0045916 | 11/4/1999 | Email from Donald Miller to Susan L. Baumgartner Re: VIOXX Article - "Managing Osteoarthritis and Pain: Focus on COX-2 Inhibitors" |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0411 | MRK-AFI0045966 | MRK-AFI0045967 | 11/9/1999 | Email from Thomas McCready to Susan L. Baumgartner Re: Nov. 3rd Appointment with Dr. James McMillen |
| 1.0412 | MRK-AFI0048262 | MRK-AFI0048263 | 6/6/2000 | Email from Daniel L. Hall - To Susan L Baumgartner Re: Gurkipal Singh |
| 1.0413 | MRK-AFI0136524 | MRK-AFI0136524 | 8/22/2001 | Email from Linda Coppola to Russell Kosiorek Re: CV Card (1 Year) Revalidation for use in Promotion |
| 1.0414 | MRK-AFI0174637 | MRK-AFI0174637 | 4/29/1999 | Email from Leonardo Mendez to Susan Baumgartner, et al. Re: Physicians to neutralize |
| 1.0415 | MRK-AFI0182292 | MRK-AFI0182293 | 7/1/1999 | Memo from Susan Baumgartner to Charlotte McKines, et al. Re: Advocate Development Opportunity: Physicians to Neutralize |
| 1.0416 | MRK-AFI0193024 | MRK-AFI0193024 | 7/31/2000 | Email from Sheri Welsh to Heidi Lange, et al. Re: MSG Proposal - Coxib Chemoprophylaxis of Colorectal Cancer: Clinical and Economic Considerations |
| 1.0417 | MRK-AFI0193165 | MRK-AFI0193165 | 10/18/2000 | Email from L. Coppola to Susan Baumgartner Re: Medical School Grant Meeting - Thomas Jefferson rationale |
| 1.0418 | MRK-AFI0193166 | MRK-AFI0193166 | | Memo from Rebecca Landenberger to Joe Glasmire Re: Support of the Rothman Institute request for funding |
| 1.0419 | MRK-AFI0200437 | MRK-AFI0200466 | 6/22/2000 | Advocate Development Plan 2000 Vioxx |
| 1.0420 | MRK-AFI0201399 | MRK-AFI0201399 | 4/29/1999 | Email from Susan Baumgartner to Leonardo Mendez Re: Physicians to neutralize |
| 1.0421 | MRK-AFJ0000001 | MRK-AFJ0000058 | 11/24/2003 | Memo from J. Chen re: Combined safety analysis report / Clinical safety of Rofecoxib versus Placebo in the / Vioxx Rofecoxib / MK-0966 Alzheimer s disease AD studies / protocol 078 and protocol 091 analysis of confirmed thrombotic / events confirmed antip |
| 1.0422 | MRK-AFJ0000067 | MRK-AFJ0000067 | 9/24/2004 | Fax from Keving Horgan to Peter Kim, et al. Re: Minutes of the VIOXX Colon Polyp APPROVeTrial ESMB |
| 1.0423 | MRK-AFJ0000520 | MRK-AFJ0000520 | 2/3/2002 | Email from Edward Scolnick to Peter Kim; Subject: coxib task force |
| 1.0424 | MRK-AFJ0000576 | MRK-AFJ0000576 | 3/9/2002 | Email from Peter M. DiBattiste to Barry J. Gertz, et al. Re: RMC Options for CV Outcome Trials |
| 1.0425 | MRK-AFJ0003506 | MRK-AFJ0003510 | 4/30/2003 | Email from Barry J. Gertz to Peter S. Kim, et al. Re: Review of the Manuscript on the Relationship Between Selective COX-2 Inhibitors and Acute Myocardial Infarction |
| 1.0426 | MRK-AFJ0008381 | MRK-AFJ0008382 | 8/27/2004 | Email from Drs. Richard and Jane Dybas to Peter S. Kim Re: Merck's Stock Retreats over VIOXX concerns |
| 1.0427 | MRK-AFJ0009715 | MRK-AFJ0009716 | 10/2/2004 | Email from Edward Scolnick to Peter S. Kim Re: VIOXX Withdrawal |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0428 | MRK-AFJ0009967 | MRK-AFJ0009967 | 12/30/2004 | Letter from S Robert Snodgrass to Peter S. Kim, et al. Re: your letter to the New England Journal about rofecoxib and its marketing |
| 1.0429 | MRK-AFL0000114 | MRK-AFL0000115 | 6/18/2004 | Memo from Jennifer Ng to David Bjorkman, et al. Regarding Open Session Minutes for ViP ESMB Meeting |
| 1.0430 | MRK-AFL0000899 | MRK-AFL0000903 | 12/22/1999 | Memo from Michael Weinblatt to David Bjorkman, et al. Re: Cardiovascular Safety Analysis of VIGOR - Unblinded Minutes |
| 1.0431 | MRK-AFL0000978 | MRK-AFL0000978 | 11/25/2003 | Letter from James Neaton to Thomas Simon Regarding ESMB for APPROVe |
| 1.0432 | MRK-AFL0003294 | MRK-AFL0003295 | 3/14/2002 | Memorandum of Consultation from M. F. Huque to Lawrence Goldkind Regarding Rofecoxib Labeling Comments |
| 1.0433 | MRK-AFL0003978 | MRK-AFL0004000 | 8/5/2002 | Periodic Update Strategies for Pooled Analysis of CV Events in COXIB Projects by James Bolognese, et al. |
| 1.0434 | MRK-AFL0004780 | MRK-AFL0004782 | 12/2/2002 | Email from James Bolognese to Beverly Jacobsen, et al. Regarding Stopping rules for VIOXX CV protocol |
| 1.0435 | MRK-AFL0010627 | MRK-AFL0010817 | 4/1/1998 | Protocol 17 CSR |
| 1.0436 | MRK-AFL0037411 | MRK-AFL0037412 | 2/19/2004 | Email from Jennifer Ng to Dena Ramey, et al Regarding CV Adjudication SOP |
| 1.0437 | MRK-AFL0045821 | MRK-AFL0045821 | 9/13/2004 | Email from Adelsberg to Ng Regarding Stopping Rule Slide |
| 1.0438 | MRK-AFL0062908 | MRK-AFL0062909 | 9/15/2004 | Gould letter to Louie re:Rofecoxib / FDA Advisory Committee Background Information |
| 1.0439 | MRK-AFL0076074 | MRK-AFL0076150 | 1/9/2004 | Statistical Data Analysis Plan for A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo Controlled Studies of Rofecoxib (Protocol Study 203) by Jennifer Ng, et al. |
| 1.0440 | MRK-AFL0090328 | MRK-AFL0090341 | 6/27/2002 | Purposes and Proposals of CV Outcomes Trial |
| 1.0441 | MRK-AFO0000260 | MRK-AFO0000263 | 1/19/2001 | J. Bolognese email to E. Scolnick re: ASA use predicted PUB rate |
| 1.0442 | MRK-AFO0023534 | MRK-AFO0023536 | 5/20/1998 | Memo from Doug Watson to J. Anderson, et al. Re: 5-15-98 COX-2 CV SAE surveillance task force meeting minutes |
| 1.0443 | MRK-AFO0048871 | MRK-AFO0048891 | 6/24/1997 | Statistical data analysis plan / MK-0966 phase III gastrointestinal / clinical event monitoring plan / (protocol 029 and its extensions / 033 034 035 040 045 058) |
| 1.0444 | MRK-AFO0052074 | MRK-AFO0052075 | 10/24/2001 | Oppenheimer email re:Confidential mortality analyses Vioxx - AD protocols -091 -126 -078 combined 8 |
| 1.0445 | MRK-AFT0005926 | MRK-AFT0005927 | 4/19/2001 | Email from Susanne Eddowes to Raymond Bain, et al. Re: The Need to Set Up External DSMB for ongoing Vioxx AD Prevention Trial |
| 1.0446 | MRK-AFT0009588 | MRK-AFT0009589 | | Summary of 040501 teleconf |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0447 | MRK-AFV0056013 | MRK-AFT0056014 | 1/23/2002 | Approve ESMB closed session meeting minutes |
| 1.0448 | MRK-AGT0028811 | MRK-AGT0028813 | 9/30/2004 | Merck announces voluntary worldwide withdrawal of vioxx |
| 1.0449 | MRK-AID0000019 | MRK-AID0000020 | 8/16/2002 | CBE |
| 1.0450 | MRK-AAR0073250 | MRK-AAR0073250 | | Coaching Advocates MI0088 |
| 1.0451 | MRK-BDN0000035 | MRK-BDN0000042 | 10/5/2000 | PIR - Vioxx vs. Celebrex |
| 1.0452 | MRK-BDN0000081 | MRK-BDN0000098 | 5/14/2001 | PIR - Vioxx 50 mg |
| 1.0453 | MRK-BDN0000099 | MRK-BDN0000102 | 5/16/2001 | PIR - Results of VIGOR trial |
| 1.0454 | MRK-BDN0000103 | MRK-BDN0000108 | 5/16/2001 | PIR - Vioxx for RA patients |
| 1.0455 | MRK-EAH0009919 | MRK-EAH0009925 | 4/13/2002 | PIR - Cardiovascular profile of Vioxx |
| 1.0456 | MRK-HND0000189 | MRK-HND0000193 | 9/2/2000 | PIR - Results of VIGOR trial |
| 1.0457 | MRK-I2220002346 | MRK-I2220002347 | 7/16/2001 | R. Silverman letter to L. Talarico of the FDA re: Information Amendment-Clinical Information Brochure |
| 1.0458 | MRK-I2220002351 | MRK-I2220002466 | 6/15/2001 | Investigator's Brochure Edition 5 |
| 1.0459 | MRK-I2220004937 | MRK-I2220005071 | 5/12/2004 | Investigator's Brochure-Edition 8 |
| 1.0460 | MRK-I2690007833 | MRK-I2690008224 | 11/26/2003 | Clinical Study Report for Protocol 078 |
| 1.0461 | MRK-I2690005738 | MRK-I2690005969 | 6/13/2002 | Clinical Study Report for Protocol 126 |
| 1.0462 | MRK-I8940073691 | MRK-I8940074090 | 6/4/2002 | MRL Clinical Study Report for Protocol 091 |
| 1.0463 | MRK-LBL0000035 | MRK-LBL0000038 | 11/1/1999 | Vioxx Label Nov. '99 |
| 1.0464 | MRK-LBL0000047 | MRK-LBL0000050 | 7/1/2000 | Vioxx Label July 2000 |
| 1.0465 | MRK-LBL0000059 | MRK-LBL0000062 | 7/1/2001 | Vioxx Label July 2001 |
| 1.0466 | MRK-LBL0000063 | MRK-LBL0000066 | 4/1/2002 | Vioxx Label April 2002 |
| 1.0467 | MRK-LBL0000248 | MRK-LBL0000251 | 3/1/2004 | Vioxx Label March 2004 |
| 1.0468 | MRK-LBL0000252 | MRK-LBL0000255 | 3/1/2004 | Package Circular |
| 1.0469 | MRK-N0520018938 | MRK-N0520019113 | 1/13/2005 | Rofecoxib / FDA Advisory Committee Background Information |
| 1.0470 | MRK-NJ0000827 | MRK-NJ00000835 | 9/26/1996 | Memo from Terri Randall re: MK-0966 Project Team Minutes |
| 1.0471 | MRK-NJ0002955 | MRK-NJ00002956 | 1/1/1998 | New England Journal of Medicine Suggestion for transmittal to authors |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0472 | MRK-NJ0017610 | MRK-NJ0017610 | | Memo excerpt summarizing the results of the Rosenkranz paper |
| 1.0473 | MRK-NJ0017825 | MRK-NJ0017853 | 2/17/1998 | Letter from Catella-Lawson and Garret FitzGerald to Briggs Morrison Re: MK 966 in the elderly |
| 1.0474 | MRK-NJ0030199 | MRK-NJ0030199 | 10/6/2001 | Email from Briggs Morrison to Laura Demopoulos Re: Vioxx CV outcomes trial |
| 1.0475 | MRK-NJ0033547 | MRK-NJ0033548 | 3/26/1998 | B. Morrison letter to F. Lawson |
| 1.0476 | MRK-NJ0035562 | MRK-NJ0035564 | 4/21/2000 | Email from Christie Mikulyak to Briggs Morrison, et al. Re: MF Arthritis Advisory Board |
| 1.0477 | MRK-NJ0051533 | MRK-NJ051534 | 10/24/1997 | Email from Alan Nies to Barry Gertz and Briggs Morrison; Subject: FW: cox2 |
| 1.0478 | MRK-NJ0061275 | MRK-NJ0061276 | 6/6/2000 | Memo from Thomas Capizzi to Paige Reagan Re: VIGOR Amended DAP Process |
| 1.0479 | MRK-NJ0066297 | MRK-NJ0066301 | | Charts re: VIGOR: Myocardial Infarctions Over Time |
| 1.0480 | MRK-NJ0080219 | MRK-NJ0080219 | 8/16/2001 | Shapiro custodial file: fda on dsmb1.doc |
| 1.0481 | MRK-NJ0085923 | MRK-NJ0085926 | 9/12/2000 | Memo from Deborah Shapiro re: Unblinding of Merck Personnel to Limited Data to the Ongoing Alzheimer's Studies-Revised |
| 1.0482 | MRK-NJ0087216 | MRK-NJ0087296 | 9/10/1999 | VIGOR Data Analysis Plan |
| 1.0483 | MRK-NJ0089349 | MRK-NJ0089410 | 12/22/2000 | Expert Opinion Report on the Cardiovascular Findings of the VIGOR Study |
| 1.0484 | MRK-NJ0094478 | MRK-NJ0094493 | 4/19/2002 | Vioxx Final Label April 2002 |
| 1.0485 | MRK-NJ0101555 | MRK-NJ0101664 | 5/10/2000 | VIGOR Interim Non-Endpoint Safety Report As of 10-7-99 |
| 1.0486 | MRK-NJ0101706 | MRK-NJ0101764 | 5/10/2000 | VIGOR Interim Non-Endpoint Safety Report |
| 1.0487 | MRK-NJ0106699 | MRK-NJ0106722 | 10/13/2000 | Shapiro Meta-Analysis |
| 1.0488 | MRK-NJ0120172 | MRK-NJ0120173 | 1/14/2000 | Email from Thomas Capizzi to Alise Reicin, et al. Re: VIGOR CV Events Analysis |
| 1.0489 | MRK-NJ0120246 | MRK-NJ0120248 | 1/17/2000 | Changes to the VIGOR Data Analysis Plan 12-1-99 |
| 1.0490 | MRK-NJ0120249 | MRK-NJ0120250 | 1/18/2000 | Email from Douglas Watson to Alise Reicin, et al. Re: VIGOR Cardiovascular Event Adjudications: Alert on a potential problem |
| 1.0491 | MRK-NJ0120258 | MRK-NJ0120266 | 1/18/2000 | Email from Alise Reicin to Deborah Shapiro Re: VIGOR CV Events Analysis |
| 1.0492 | MRK-NJ0120769 | MRK-NJ0120769 | 2/17/2000 | Email from Thomas Capizzi to Leonard Oppenheimer, et al. Re: Meeting with Dr. Scolnick - Feb. 26th - VIGOR Protocols |
| 1.0493 | MRK-NJ0120992 | MRK-NJ0120992 | 3/9/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Testing Vioxx 50 mg in RA Patients |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0494 | MRK-NJ0121088 | MRK-NJ0121089 | 3/14/2000 | Email from Alise Reicin to Eliave barr and Deborah Shapiro RE: Vascular Event Status Spreadsheet for 3/13 |
| 1.0495 | MRK-NJ0121134 | MRK-NJ0121135 | 3/16/2000 | Email from Eliav Barr to Eve Slater et al subject : KEEP ADJUDICATION COMMITTEE BLINDED-DAVID's TIMELINES |
| 1.0496 | MRK-NJ0121273 | MRK-NJ0121274 | 3/20/2000 | R. Oppenheimer email to D. Shapiro re: FW: Consent Form |
| 1.0497 | MRK-NJ0121627 | MRK-NJ0121628 | 4/1/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Update to thromboembolic CVD cases VIGOR |
| 1.0498 | MRK-NJ0121906 | MRK-NJ0121907 | 4/13/2000 | Email from James Bolognese to Alise Reicin, et al. Re: RA and CV Mortallity |
| 1.0499 | MRK-NJ0122464 | MRK-NJ0122469 | 5/5/2000 | Email from Harry Guess to Deborah Shapiro, et al. Re: Antiplatet: Trials Graph |
| 1.0500 | MRK-NJ0123784 | MRK-NJ0123785 | 9/18/2000 | Spreadsheet: XL 0966 P078 P091 Cause of Death Rows-DS.xls |
| 1.0501 | MRK-NJ0123880 | MRK-NJ0123882 | 9/19/2000 | Email from E. Barr to D. Shapiro RE: more review-Alzheimer studies |
| 1.0502 | MRK-NJ0124427 | MRK-NJ0124428 | 11/8/2000 | A. Reicin email to E. Barr RE: Hypertensive Heart Disease Patient |
| 1.0503 | MRK-NJ0125295 | MRK-NJ0125296 | 2/2/2001 | Email from Thomas Capizzi to Leonard Oppenheimer, et al. Re: PowerPoint Presenation of VIGOR Pre-NDA |
| 1.0504 | MRK-NJ0125536 | MRK-NJ0125538 | 3/15/2001 | C. Skalky eimal to D. Shapiro re: RE: Urgent request for Advantage info |
| 1.0505 | MRK-NJ0126325 | MRK-NJ0126332 | | Analysis of Investigator-Reported Vascular Event AE and APTC AE for MK-0966 AD Studies Using WPS&E Database (Protocols 078, 091, 126) |
| 1.0506 | MRK-NJ0130083 | MRK-NJ0130087 | 2/14/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Searler Recapturing Momentum in COX-2 Inhibitor Market |
| 1.0507 | MRK-NJ0150139 | MRK-NJ0150140 | 2/13/1998 | Letter from Barry Gertz to Arthur Specter RE: Prostaglandin Metabolism and Cyclooxygenase Inhibitors |
| 1.0508 | MRK-NJ0152895 | MRK-NJ0152904 | 10/18/2000 | Handwritten notes of Barry Gertz from Cardiovascular Consultants Meeting |
| 1.0509 | MRK-NJ0153143 | MRK-NJ0153143 | 9/2/2000 | Email from Barry Gertz to Alan Nies and Alise Reicin; subject FW: aspirin |
| 1.0510 | MRK-NJ0155912 | MRK-NJ0155916 | 8/13/1999 | Letter from John Oates to Edward Scolnick Re: Thrombotic Complications Occurring in Patients with Antiphospholipid Syndrome |
| 1.0511 | MRK-NJ0162361 | MRK-NJ0162371 | 4/13/1998 | Attachment #1, Dr. Alan Nies' writeup for meeting of Board of Scientific Advisors on |
| 1.0512 | MRK-NJ0166668 | MRK-NJ0166669 | 8/7/2000 | Memo from Eliav Barr to Alise Reicin Re: Cardiovascular consultants/experts for VIGOR issues |
| 1.0513 | MRK-NJ0170152 | MRK-NJ0170274 | 6/15/2000 | MRL Clinical Study Report: Protocol 90 |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0514 | MRK-NJ0183397 | MRK-NJ0183402 | 11/6/2001 | Draft letter to Jonca Bull re: Amendment to the Supplemental New Drug Application |
| 1.0515 | MRK-NJ0186457 | MRK-NJ0186465 | 10/31/2001 | R. Bain email re: CV analysis for alzheimers protocol |
| 1.0516 | MRK-NJ0189508 | MRK-NJ0189509 | 3/28/2000 | Email from Alan Nies to Barry Gertz R: Patrono on VIGOR |
| 1.0517 | MRK-NJ0189565 | MRK-NJ0189565 | 3/13/2000 | Email from E. Scolnick to B. Gertz RE: PGI-M data |
| 1.0518 | MRK-NJ0209299 | MRK-NJ0209301 | 10/15/2001 | Email from Douglas Greene to Barry Gertz Re: William Harvey Research Conference |
| 1.0519 | MRK-NJ0209457 | MRK-NJ0209457 | 10/15/2001 | Email from Robert E. Silverman to David W. Blois, et al. Re: VIOXX Draft Label of July '00 |
| 1.0520 | MRK-NJ0210654 | MRK-NJ0210669 | 10/22/2001 | 906 Preliminary Analysis |
| 1.0521 | MRK-NJ0214465 | MRK-NJ0214466 | 11/21/2001 | Email from P. Kim RE: preliminary assessment of VIOXX protocol 136 |
| 1.0522 | MRK-NJ0214739 | MRK-NJ0214742 | 11/22/2001 | Memo from T. Simon and H. Quan to S. Reines and R. Bain subject Preliminary interim Results for the Vioxx Low-Dose Aspirin Endoscopy Study (Protocol 136) |
| 1.0523 | MRK-NJ0214794 | MRK-NJ0214795 | 11/26/2001 | Email from Adam Schechter to Barry Gertz-Subject FW: Three Items |
| 1.0524 | MRK-NJ0231930 | MRK-NJ0231937 | 9/28/1996 | Consultants Meeting Mk-0966 (COX-2 Inhibitor) Phase III Monitoring of GI Clinical Events and Design of a GI Outcomes Mega-Trial Meeting Minutes |
| 1.0525 | MRK-NJ0232605 | MRK-NJ0232612 | 3/3/1999 | Memo from Linda Simrell to Alise Reicin Re: Patient Consent Form For Protocol No. 088-01 |
| 1.0526 | MRK-NJ0240449 | MRK-NJ0240461 | | Cardiovascular Safety Profile of Rofecoxib in Controlled Clinical Trials by Briand Daniels et al. |
| 1.0527 | MRK-NJ0241392 | MRK-NJ0241402 | 1/21/1997 | Informed Consent for Protocol 051 (1997) |
| 1.0528 | MRK-NJ0242455 | MRK-NJ0242462 | 11/10/1997 | Informed Consent for Protocol 072 (1997) |
| 1.0529 | MRK-NJ0259144 | MRK-NJ0259187 | 12/8/1997 | Memo re: MK-0966 (COX-2) project team minutes for November 17 1997 |
| 1.0530 | MRK-NJ0260895 | MRK-NJ0260979 | 6/29/2000 | Vioxx sNDA (VIGOR Report) to FDA |
| 1.0531 | MRK-NJ0267715 | MRK-NJ0267777 | 1/8/2001 | Letter from Robert Silverman to Jonca Bull Attaching IND 46,894: VIOXX (rofecoxib) |
| 1.0532 | MRK-NJ0272249 | MRK-NJ0272272 | 2/2/1998 | MRL Epidemiology Department Technical Report No. EP07006.005.98 Final Results of an Analysis of the Incidence of Cardiovascular SAEs in the Phase IIb/III VIOXX Osteoarthritis Clinical Trials |
| 1.0533 | MRK-NJ0272376 | MRK-NJ0272376 | 1/22/2001 | Fax from Carlo Patrono to Alise Reicin Re: Garcia Rodrigguez |
| 1.0534 | MRK-NJ0272583 | MRK-NJ0272584 | 10/18/2000 | VIGOR Cardiology Consultants Meeting-Participant List |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0535 | MRK-NJ0284590 | MRK-NJ0284590 | 3/24/2000 | Email from Alan S. Nies to Barry K. Gertz, et al. Re: NSAIDs and Naproxen |
| 1.0536 | MRK-NJ0304303 | MRK-NJ0304304 | 12/7/2001 | R. Bain email to A. Reicin RE: DRAFT VIOXX response to Agency 12-6-01 FAX |
| 1.0537 | MRK-NJ0305259 | MRK-NJ0305259 | 3/29/2001 | Email from Wendy Dixon to Louis Sherwood, et al. RE Scientific Communication Plan for Vioxx |
| 1.0538 | MRK-NJ0315784 | MRK-NJ0315837 | 2/25/1997 | Draft GI Outcomes Protocol |
| 1.0539 | MRK-NJ0317338 | MRK-NJ0317341 | 8/14/1997 | Email from Kyra Lindermann to Beth Seidenberg et al Re: MK9666 GI Outcomes Standby |
| 1.0540 | MRK-NJ0318006 | MRK-NJ0318008 | 10/16/1998 | Email from James Bolognese to Douglas Watson and Alise Reicin RE: Proposal for further adjudication of PUB events |
| 1.0541 | MRK-NJ0320174 | MRK-NJ0320177 | 5/25/2000 | Email from Margie McGlynn to Alise Reicin |
| 1.0542 | MRK-NJ0333225 | MRK-NJ0333235 | 3/21/2001 | Memo Re: Mk-0966 AD Progression Trail (Protocol #091) Imbalance in the Number of Deaths |
| 1.0543 | MRK-NJ0337082 | MRK-NJ0337090 | | Chart-Adjudication |
| 1.0544 | MRK-NJ0353996 | MRK-NJ0354027 | 10/25/2001 | MRL Response to Comments for Interim Cardiovascular Meta-Analysis |
| 1.0545 | MRK-NJ0362712 | MRK-NJ0362737 | 6/12/1998 | Proposal to Generate GI Outcomes Data on Vioxx |
| 1.0546 | MRK-NJ0413327 | MRK-NJ0413327 | 12/13/2000 | FW: Revised: PGI-M Dose Response for MK-0966 |
| 1.0547 | MRK-NJ0442817 | MRK-NJ0442818 | 1/15/2002 | Email from Douglas Watson to Barry Gertz et al- Subject Preliminary comments on Study by Ray et al |
| 1.0548 | MRK-NJ0443360 | MRK-NJ0443361 | 1/21/2002 | Email from Peter Kim to Barry Gertz Re: Vioxx memo for FDA Management |
| 1.0549 | MRK-NJ0443483 | MRK-NJ0443483 | 1/21/2002 | Email from Ned Braunstein to Christine Spritzler attaching VIOXX CV Document for Peter Kim |
| 1.0550 | MRK-NJ0443484 | MRK-NJ0443563 | 1/21/2002 | VIOXX CV Document Draft |
| 1.0551 | MRK-NJ0450927 | MRK-NJ0450929 | 2/26/2002 | Email from Thomas Simon to Robert Silverman and Barry Gertz RE: CV Event Counts |
| 1.0552 | MRK-NJ0451446 | MRK-NJ0451536 | 1/21/2002 | Executive Summary-Review of the Cardiovascular data from Rofecoxib developmental program |
| 1.0553 | MRK-NJO333224 | MRK-NJO333224 | 3/22/2001 | Email from George Williams to Alan Nies Regarding VIOXX AD Safety Data - Imbalance in the number of deaths |
| 1.0554 | MRK-PRL0000003 | MRK-PRL0000003 | 9/3/1997 | Press Release: Merck reaffirms exclusive US patent rights to MK-966 COX-2 inhibitor |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0555 | MRK-PRL0000004 | MRK-PRL0000006 | 11/9/1997 | Press Release: Merck's investigational COX-2 inhibitor shown to relieve osteoarthritis pain with no serious gastrointestinal side effects reported Data on a novel class of therapy for osteoarthritis presented at American College of Rheumatology |
| 1.0556 | MRK-PRL0000007 | MRK-PRL0000011 | 12/3/1997 | Press Release: Merck tells securities analysts growth to remain competitive with leading pharmaceutical companies reveals new investigational medicine |
| 1.0557 | MRK-PRL0000012 | MRK-PRL0000018 | 1/27/1998 | Press Release: Merck's earnings per share increase 20 percent for 1997 |
| 1.0558 | MRK-PRL0000019 | MRK-PRL0000021 | 4/20/1998 | Press Release: Phase II studies showed Vioxx Merck's COX-2 specific inhibitor relieved the symptoms of arthritis and pain Endoscopy study with Vioxx showed gastrointestinal safety profile similar to Placebo |
| 1.0559 | MRK-PRL0000022 | MRK-PRL0000026 | 4/28/1998 | Press Release: Merck chairman Raymond Gilmartin tells stockholders innovation is key to company's growth |
| 1.0560 | MRK-PRL0000027 | MRK-PRL0000030 | 9/6/1998 | Press Release: Treatment with study drug Vioxx enabled arthritis patients to better carry out activities of daily living new study showed Osteoarthritis patients treated with Vioxx experienced relief of pain and inflammation that was sustained over six |
| 1.0561 | MRK-PRL0000031 | MRK-PRL0000032 | 9/6/1998 | Press Release: New findings showed Vioxx specifically targeted enzyme linked to pain while sparing enzyme believed to protect stomach |
| 1.0562 | MRK-PRL0000033 | MRK-PRL0000035 | 10/13/1998 | Press Release: In new safety studies Vioxx did not damage the gastrointestinal tract Study drug Vioxx was comparable to Placebo in its effect on GI integrity |
| 1.0563 | MRK-PRL0000036 | MRK-PRL0000039 | 11/10/1998 | Press Release: In a one - year study Vioxx relieved signs and symptoms of osteoarthritis comparable to maximum doses of Diclofenac Investigational COX-2 specific inhibitor also reduced rheumatoid arthritis signs and symptoms compared to Placebo |
| 1.0564 | MRK-PRL0000040 | MRK-PRL0000042 | 11/10/1998 | Press Release: Arthritis patients treated with Vioxx in a new study reported improved mental outlook due to better physical functioning Study drug Vioxx reduced pain improved ability to perform daily activites and significantly enhanced osteoarthritis |
| 1.0565 | MRK-PRL0000043 | MRK-PRL0000043 | 11/23/1998 | Press Release: Merck submits new drug application for Vioxx an investigational COX-2 specific inhibitor |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0566 | MRK-PRL0000044 | MRK-PRL0000045 | 12/9/1998 | Press Release: New data on Vioxx |
| 1.0567 | MRK-PRL0000051 | MRK-PRL0000051 | 1/11/1999 | Press Release: FDA grants priority review for Vioxx Merck's investigational medicine for osteoarthritis and pain |
| 1.0568 | MRK-PRL0000056 | MRK-PRL0000056 | 2/25/1999 | Press Release: FDA advisory committee meeting on Vioxx confirmed for April 20 |
| 1.0569 | MRK-PRL0000057 | MRK-PRL0000059 | 3/18/1999 | Press Release: In multiple studies Merck's investigational COX-2 specific inhibitor Vioxx relieved moderate to severe acute pain A single dose of Vioxx provided the same degree and onset of pain relief as high doses of widely prescribed medicines in stu |
| 1.0570 | MRK-PRL0000060 | MRK-PRL0000060 | 4/20/1999 | Press Release: FDA panel recommends Vioxx Merck's investigational COX-2 specific inhibitor be approved for the treatment of osteoarthritis and relief of acute pain |
| 1.0571 | MRK-PRL0000066 | MRK-PRL0000068 | 5/21/1999 | Press Release: FDA approves Vioxx Rofecoxib a new medicine from Merck Vioxx is approved for osteoarthritis acute pain in adults and menstrual pain |
| 1.0573 | MRK-PRL0000079 | MRK-PRL0000080 | 6/8/1999 | Press Release: Vioxx Rofecoxib available in pharmacies within days of approval |
| 1.0574 | MRK-PRL0000083 | MRK-PRL0000083 | 6/8/1999 | Press Release: Vioxx Rofecoxib a new medicine from Merck approved in the UK Vioxx is approved for symptomatic relief in the treatment of osteoarthritis |
| 1.0575 | MRK-PRL0000088 | MRK-PRL0000089 | 9/22/1999 | Press Release: CollaGenex to co-promote Merck's medicine Vioxx to dentists |
| 1.0576 | MRK-PRL0000091 | MRK-PRL0000093 | 10/19/1999 | Press Release: Publication shows new medicine Vioxx relieved menstrual pain |
| 1.0577 | MRK-PRL0000098 | MRK-PRL0000100 | 10/25/1999 | Press Release: Study published in Gastroenterology showed patients taking Vioxx developed significantly fewer endoscopic ulcers than patients taking Ibuprofen |
| 1.0578 | MRK-PRL0000101 | MRK-PRL0000102 | 11/17/1999 | Press Release: Significantly fewer osteoarthritis patients on Vioxx needed gastrointestinal medicines than patients taking comparator NSAIDs in a new combined analysis |
| 1.0579 | MRK-PRL0000103 | MRK-PRL0000105 | 11/23/1999 | Press Release: In a study published in the Journal of the American Association Vioxx significantly reduced risk of serious gastrointestinal side effects compared to other NSAIDs |
| 1.0580 | MRK-PRL0000112 | MRK-PRL0000113 | 2/4/2000 | Press Release: Merck wins UK patent infringement suit on Vioxx |
| 1.0581 | MRK-PRL0000114 | MRK-PRL0000115 | 3/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcones Study with Vioxx |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0582 | MRK-PRL0000116 | MRK-PRL0000116 | 3/31/2000 | Press Release: Merck maintains exclusive patent rights for Vioxx in Europe |
| 1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 4/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
| 1.0584 | MRK-PRL0000124 | MRK-PRL0000127 | 5/24/2000 | Press Release - Vioxx significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study. |
| 1.0586 | MRK-PRL0000128 | MRK-PRL0000130 | 6/22/2000 | Press Release: Merck confirms renal safety profile of Vioxx |
| 1.0587 | MRK-PRL0000131 | MRK-PRL0000133 | 6/22/2000 | Press Release: Researchers present findings from the first study evaluating the efficacy and tolerability of Vioxx Celecoxib and Acetaminophen in the treatment of osteoarthritis |
| 1.0588 | MRK-PRL0000134 | MRK-PRL0000134 | 6/29/2000 | Press Release: Merck submits sNDA for Vioxx Based on results of gastrointestinal outcomes study |
| 1.0589 | MRK-PRL0000139 | MRK-PRL0000140 | 9/8/2000 | Press Release: Merck confirms excellent safety profile of Vioxx |
| 1.0590 | MRK-PRL0000141 | MRK-PRL0000143 | 9/12/2000 | Press Release: Dorothy Hamill and Bruce Jenner kick off nationwide tour to honor osteoarthritis champions Former champions and leading orthopedic surgeon Jim Andrews team up to honor Americans meeting the challenge of osteoarthritis |
| 1.0591 | MRK-PRL0000153 | MRK-PRL0000154 | 10/31/2000 | Press Release: Vioxx significantly reduced the risk of gastrointestinal hospitalizations by half compared to Naproxen in a new analysis In this analysis Vioxx also reduced the use of gastrointestinal protective medicines and diagnostic procedures |
| 1.0592 | MRK-PRL0000155 | MRK-PRL0000157 | 11/3/2000 | Press Release: Vioxx significantly reduced pain after dental surgery to a greater degree compared to Codeine with Acetaminophen in a new study |
| 1.0593 | MRK-PRL0000170 | MRK-PRL0000172 | 2/8/2001 | Press Release: FDA arthritis advisory committee reviews Merck s application for revised labeling for Vioxx based on Vioxx gastrointestinal outcomes study |
| 1.0594 | MRK-PRL0000177 | MRK-PRL0000178 | 4/10/2001 | Press Release: Merck receives approvable letter for Vioxx from FDA on application for revised labeling based on Vioxx gastrointestinal outcomes study |
| 1.0595 | MRK-PRL0000182 | MRK-PRL0000184 | 4/23/2001 | Press Release: Vioxx once daily significantly reduced chronic low back pain in two new studies Combined analysis of first two studies of Merck's osteoarthritis and acute pain medicine in patients with low back pain presented today |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0596 | MRK-PRL0000193 | MRK-PRL0000195 | 5/18/2001 | Press Release: New study shows no significant differences in kidney effects of Vioxx Celecoxib or Naproxen in older volunteers |
| 1.0597 | MRK-PRL0000199 | MRK-PRL0000201 | 6/13/2001 | Press Release: In new study of Vioxx vs Naproxen fewer patients on Vioxx stopped taking their medicine due to GI side effects First large GI study of Vioxx in osteoarthritis patients presented at European Rheumatology meeting |
| 1.0598 | MRK-PRL0000202 | MRK-PRL0000204 | 6/13/2001 | Press Release: In new 28,000 - patient meta - analysis of cardiovascular events event rates with Vioxx were similar to Placebo similar to widely prescribed NSAIDs Ibuprofen Diclofenac and Nabumetone event rate was reduced with Naproxen |
| 1.0599 | MRK-PRL0000214 | MRK-PRL0000217 | 8/21/2001 | Press Release: Merck stands behind the cardiovascular safety profile of Vioxx |
| 1.0600 | MRK-PRL0000218 | MRK-PRL0000218 | 8/23/2001 | Press Release: Merck stands behind the cardiovascular safety profile of Vioxx |
| 1.0601 | MRK-PRL0000222 | MRK-PRL0000226 | 10/18/2001 | Press Release: Merck announces third - quarter earnings per share of 84 cents |
| 1.0602 | MRK-PRL0000227 | MRK-PRL0000233 | 12/11/2001 | Press Release: Merck's ability to deliver breakthrough medicines provides opportunities for significant growth over the long term |
| 1.0603 | MRK-PRL0000234 | MRK-PRL0000240 | 1/22/2002 | Press Release: Merck's earnings per share increase 8 percent for 2001 driven by the strong performance of five key products |
| 1.0604 | MRK-PRL0000241 | MRK-PRL0000243 | 3/4/2002 | Press Release: Vioxx 50 mg compared to Oxycodone 5mg Acetaminophen 325 mg for acute pain after dental surgery in new study |
| 1.0605 | MRK-PRL0000244 | MRK-PRL0000245 | 3/5/2002 | Press Release: European Patent Office revokes Pharmacia Searle patent |
| 1.0606 | MRK-PRL0000251 | MRK-PRL0000257 | 4/18/2002 | Press Release: Merck announces first - quarter 2002 earnings per share of 71 cents |
| 1.0607 | MRK-PRL0000259 | MRK-PRL0000261 | 5/21/1996 | Press Release: Merck disclose four new product candidates in research and development |
| 1.0609 | MRK-PRL0000262 | MRK-PRL0000267 | 4/23/2002 | Press Release: Mercks Continued Focus on Innovation will Drive Growth Merck Chairman Tells Stockholders |
| 1.0610 | MRK-PRL0000268 | MRK-PRL0000280 | 7/19/2002 | Press Release: Merck Announces Second - Quarter 2002 Earnings Per Share of 77 Cents |
| 1.0611 | MRK-PRL0000281 | MRK-PRL0000293 | 10/18/2002 | Press Release: Merck Announces Third - Quarter 2002 Earnings Per Share of 83 Cents |
| 1.0612 | MRK-PRL0000294 | MRK-PRL0000298 | 10/25/2002 | Press Release: New Data from 20 Studies with More than 17000 Patients Showed a 62 Percent Reduction in Confirmed Upper - GI Events with VIOXX versus Non - Selective NSAIDs |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0613 | MRK-PRL0000299 | MRK-PRL0000301 | 12/5/2002 | Press Release: Merck Announces 3.40 to 3.47 Dollars Consolidated Earnings Per Share Range for 2003 Guidance Reaffirms Double Digit EPS Growth in Core Pharmaceuticals Business |
| 1.0614 | MRK-PRL0000302 | MRK-PRL0000307 | 12/10/2002 | Press Release: Broadened Portfolio of Breakthrough Medicines will Drive Mercks Growth |
| 1.0615 | MRK-PRL0000308 | MRK-PRL0000316 | 1/28/2003 | Press Release: Merck Announces Fourth - Quarter 2002 Earnings Per Share EPS of 83 Cents Full - Year 2002 EPS of 3.14 Dollars |
| 1.0616 | MRK-PRL0000317 | MRK-PRL0000320 | 3/20/2003 | Press Release: VIOXX Provided Acute Pain Relief as Effective as A Commonly Prescribed Narcotic New Study Showed |
| 1.0617 | MRK-PRL0000321 | MRK-PRL0000324 | 4/3/2003 | Press Release: VIOXX Relieved Acute Migraine Pain in A New Investigational Study of Patients with Migraine Headaches of Moderate to Severe Intensity |
| 1.0618 | MRK-PRL0000325 | MRK-PRL0000338 | 4/21/2003 | Press Release: Merck Announces First - Quarter 2003 Earnings Per Share EPS of 76 Cents |
| 1.0619 | MRK-PRL0000339 | MRK-PRL0000343 | 4/22/2003 | Press Release: Mercks Commitment to Research Remains Key to Success Chairman Tells Stockholders |
| 1.0620 | MRK-PRL0000344 | MRK-PRL0000364 | 7/21/2003 | Press Release: Merck Announces Second - Quarter 2003 Earnings Per Share EPS of 83 Cents |
| 1.0621 | MRK-PRL0000365 | MRK-PRL0000368 | 9/3/2003 | Press Release: VIOXX Relieved Acute Pain Following Bunion Surgery in New Placebo - Controlled Pilot Study |
| 1.0622 | MRK-PRL0000369 | MRK-PRL0000379 | 10/22/2003 | Press Release: Merck Announces Third - Quarter 2003 Earnings Per Share EPS from Continuing Operations of 83 Cents |
| 1.0623 | MRK-PRL0000380 | MRK-PRL0000383 | 10/27/2003 | Press Release: VIOXX in A New Investigational Study Relieved Symptoms of Juvenile Rheumatoid Arthritis |
| 1.0624 | MRK-PRL0000384 | MRK-PRL0000385 | 12/3/2003 | Press Release: Merck Announces 3.11 to 3.17 Dollars Consolidated Earnings Per Share Range for 2004 |
| 1.0625 | MRK-PRL0000386 | MRK-PRL0000389 | 12/9/2003 | Press Release: Merck Strategy in Place to Deliver Long-Term Shareholder Value |
| 1.0626 | MRK-PRL0000390 | MRK-PRL0000400 | 1/27/2004 | Press Release: Merck Announces Full - Year 2003 Earnings Per Share EPS from Continuing Operations of 2.92 Dollars Fourth - Quarter 2003 EPS of 62 Cents |
| 1.0627 | MRK-PRL0000401 | MRK-PRL0000404 | 4/1/2004 | Press Release: FDA Approves VIOXX for the Acute Treatment of Migraine in Adults |
| 1.0628 | MRK-PRL0000405 | MRK-PRL0000412 | 4/22/2004 | Press Release: Merck Announces First - Quarter 2004 Earnings Per Share EPS of 73 Cents |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0629 | MRK-PRL0000413 | MRK-PRL0000423 | 7/21/2004 | Press Release: Merck Announces Second - Quarter 2004 Earnings Per Share EPS of 79 Cents |
| 1.0630 | MRK-PRL0000424 | MRK-PRL0000428 | 8/26/2004 | Press Release: Merck Strongly Disagrees with Conclusions of Observational Analysis Presented at International Medical Meeting |
| 1.0631 | MRK-PRL0000429 | MRK-PRL0000432 | 9/8/2004 | Press Release: FDA Approves VIOXX for Once - Daily Treatment of Juvenile Rheumatoid Arthritis |
| 1.0632 | MRK-PRL0000433 | MRK-PRL0000433 | 9/30/2004 | Press Release: Merck and Co Inc Press Conference |
| 1.0633 | MRK-PRL0000434 | MRK-PRL0000436 | 9/30/2004 | Merck Website-Product News-Merck Announces Voluntary Worldwide Withdrawal of Vioxx |
| 1.0634 | MRK-PRL0000437 | MRK-PRL0000437 | 10/1/2004 | Press Release: Merck Clarifies Number of Patients and Prescriptions for VIOXX |
| 1.0635 | MRK-PRL0000438 | MRK-PRL0000438 | 10/13/2004 | Press Release: Merck and Co Inc Media Briefing |
| 1.0636 | MRK-PRL0000439 | MRK-PRL0000440 | 10/13/2004 | Press Release: Merck to Present Data from APPROVe Trial at American College of Rheumatology Annual Scientific Meeting in San Antonio on Oct 18 |
| 1.0637 | MRK-PRL0000441 | MRK-PRL0000454 | 10/21/2004 | Press Release: Merck Announces Third - Quarter 2004 Earnings Per Share EPS of 60 Cents |
| 1.0638 | MRK-PRL0000455 | MRK-PRL0000455 | 10/22/2004 | Press Release: Merck Corrects Fourth - Quarter Product Gross Margin Guidance |
| 1.0639 | MRK-PRL0000456 | MRK-PRL0000457 | 10/29/2004 | Press Release: Merck Issues Statement on Documents Related to VIOXX Litigation |
| 1.0640 | MRK-PRL0000458 | MRK-PRL0000459 | 11/4/2004 | Press Release: Merck Issues Response to Article Published in the Lancet |
| 1.0641 | MRK-PRL0000460 | MRK-PRL0000464 | 11/5/2004 | Press Release: Merck Posts Scientific Critique on Web Site In Response to Article Published in the Lancet |
| 1.0642 | | Merck Website | 1/1/2005 | "VIOXX: A Scientific Review" by Edward Scolnick, MD |
| 1.0643 | | | | Form 4 for Raymond V. Gilmartin |
| 1.0644 | | | | Form 4 for Raymond V. Gilmartin |
| 1.0645 | | | | Form 4 for Raymond V. Gilmartin |
| 1.0646 | | | | Form 4 for Raymond V. Gilmartin |
| 1.0647 | | | | Form 4 for Raymond V. Gilmartin |
| 1.0648 | | | | Form 4 for Raymond V. Gilmartin |
| 1.0649 | | | | Form 4 for Raymond V. Gilmartin |
| 1.0650 | | | | Form 4 for Raymond V. Gilmartin |
| 1.0651 | | | | Form 4 for David W. Anstice |
| 1.0652 | | | | Form 4 for David W. Anstice |
| 1.0653 | | | | Form 4 for David W. Anstice |
| 1.0654 | | | | Form 4 for David W. Anstice |
| 1.0655 | | | | Form 4 for David W. Anstice |
| 1.0656 | | | | Form 4 for David W. Anstice |
| 1.0657 | | | | Form 4 for David W. Anstice |
| 1.0658 | | | | Form 4 for David W. Anstice |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0659 | | | | Form 4 for Edward Scolnick |
| 1.0660 | | | | Form 4 for Edward Scolnick |
| 1.0661 | | | | Form 4 for Edward Scolnick |
| 1.0662 | | | | Form 4 for Edward Scolnick |
| 1.0663 | | | | Form 4 for Edward Scolnick |
| 1.0664 | | | | Form 4 for Edward Scolnick |
| 1.0665 | | | | Form 4 for Edward Scolnick |
| 1.0666 | | | | Form 4 for Edward Scolnick |
| 1.0667 | | | 4/14/1999 | Wall Street Journal article "Drugs: Merck's Health Hinges on Sales of Arthritis Pill" by R Langreth |
| 1.0668 | MRK-NJ0168210 | MRK-NJ0168212 | 8/22/2001 | Wall Street Journal - "Study Raises Specter of Cardiovascular Risk For Hot Arthritis Pills/Vioxx and Celebrex Marketers Dispute the Research, Sought to Downplay it/A Spurred Appeal to JAMA" by TM Burton and G Harris |
| 1.0670 | MRK-ACW0000498 | MRK-ACW0000503 | 1/10/2001 | The Cure: With Big Drugs Drying, Merck Didn't Merge -- It Found New Ones --- Some Inspired Research, Aided by a Bit of Luck, Saves Company's Independence -- The Path to a Novel Painkiller -- by Gardiner Harris, The Wall Street Journal |
| 1.0671 | MRK-ABI0003157 | MRK-ABI0003196 | 4/27/2001 | Cardiovascular Safety Issues Raised in FDA Advisory Committee Meetings |
| 1.0672 | | | 8/26/2004 | After Study Points to Heart Risks by Anna Mathews, et al., The Wall Street Journal |
| 1.0673 | MRK-OS420000001 | MRK-OS420166451 | | Regulatory filings with the FDA regarding NDA 21 042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0674 | MRK-99420000001 | MRK99420024842 | | Regulatory filings with the FDA regarding NDA 21 042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0675 | MRK-00420000001 | MRK00420033165 | | Regulatory filings with the FDA regarding NDA 21 042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0676 | MRK-01420019409 | MRK-01420169499 | | Regulatory filings with the FDA regarding NDA 21 042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0677 | MRK-02420000001 | MRK-02420002844 | | Regulatory filings with the FDA regarding NDA 21 042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0678 | MRK-S0420000001 | MRK-S0420050950 | | Regulatory filings with the FDA regarding NDA 21 042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0679 | MRK-N0520000001 | MRK-N0520019298 | | Regulatory filings with the FDA regarding NDA 21 042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0680 | MRK-N6470000001 | MRK-N6470007258 | | Regulatory filings with the FDA regarding NDA 21 042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0681 | MRK-I8940000001 | MRK-I8940095877 | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0682 | MRK-I2220000001 | MRKI2220005680 | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0683 | MRK-I2690000001 | MRKI2690009602 | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0684 | MRK-I4190000001 | MRK-I4190004484 | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0685 | MRK-I7680000001 | MRKI7680005185 | | Regulatory filings with the FDA regarding NDA 21-042, NDA 21-052, NDA 21-647, IND 59,222, IND 55,269, IND 61,419, IND 62,768 |
| 1.0686 | MRK-AAF0003892 | MRK-AAF0003893 | 4/5/2001 | Record of Tele-cons |
| 1.0687 | MRK-AAF0003963 | MRK-AAF0003965 | 3/8/2001 | Regulatory Liaison FDA Conversation Record |
| 1.0688 | | | | CD produced by defendant on December 16, 2003 containing advertising materials for VIOXX |
| 1.0689 | | | | CD produced by defendant on December 16, 2003 containing professional promotional material |
| 1.0690 | | | | CD produced by defendant on December 16, 2003 containing press releases for VIOXX |
| 1.0691 | | | | Videos produced by defendant on December 16, 2003 containing advertising materials |
| 1.0692 | | | | Video produced by defendant on December 16, 2003 containing media news releases |
| 1.0693 | MRK-ABZ 0000001 | MRK-ABZ 0000013 | | Advertising/Promotional Material |
| 1.0694 | MRK-A 0000001 | MRK-A 0000038 | | Advertsing/Promotional Material |
| 1.0695 | MRK-A 0000046 | MRK-A 0000046 | | Advertising/Promotional Material |
| 1.0696 | MRK-A 0000058 | MRK-A 0000142 | | Advertising/Promotional Material |
| 1.0697 | MRK-A 0000143 | MRK-A 0000150 | | Advertising/Promotional Material |
| 1.0698 | MRK-A 0000151 | MRK-A 0000153 | | Advertising/Promotional Material |
| 1.0699 | MRK-A 0000154 | MRK-A 0000211 | | Advertising/Promotional Material |
| 1.0700 | MRK-A 0000240 | MRK-A 0000367 | | Advertising/Promotional Material |
| 1.0701 | MRK-A 0000393 | MRK-A 0000400 | | Advertising/Promotional Material |
| 1.0702 | MRK-A 0000467 | MRK-A 0000517 | | Advertising/Promotional Material |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0703 | MRK-A 0000532 | MRK-A 0000625 | | Advertsing/Promotional Material |
| 1.0704 | MRK-A 0000697 | MRK-A 0000697 | | Advertsing/Promotional Material |
| 1.0705 | MRK-A 0000699 | MRK-A 0000712 | | Advertsing/Promotional Material |
| 1.0706 | MRK-A 0000721 | MRK-A 0000997 | | Advertsing/Promotional Material |
| 1.0707 | MRK-A 0001018 | MRK-A 0001044 | | Advertsing/Promotional Material |
| 1.0708 | MRK-A 0001159 | MRK-A 0001178 | | Advertsing/Promotional Material |
| 1.0709 | MRK-A 0001235 | MRK-A 0001341 | | Advertsing/Promotional Material |
| 1.0710 | MRK-A 0001350 | MRK-A 0001369 | | Advertsing/Promotional Material |
| 1.0711 | MRK-A 0001374 | MRK-A 0001422 | | Advertsing/Promotional Material |
| 1.0712 | MRK-A 0001470 | MRK-A 0001566 | | Advertsing/Promotional Material |
| 1.0713 | MRK-AHR0009546 | MRK-AHR0009546 | 10/20/1997 | Memo from Birggs Morrison to Beth Seidenberg, et al. discussing Protocol 023 data |
| 1.0714 | MRK-NJ0177394 | MRK-NJ00178154 | | NDA Submission, section C-Clinical Pharmacology |
| 1.0715 | MRK-NJ0240396 | MRK-NJ0240403 | | Abstract of Cardiovascular Safety Profile of Rofecoxib in Controlled Clinical Trials by Brian Daniels and Beth Seidenberg |
| 1.0716 | MRK-ACO0145019 | MRK-ACO0145024 | | Maria Villalba's background package for APPROVe for AC meeting |
| 1.0717 | MRK-NJ0265620 | MRK-NJ0265656 | | Targum Review of Cardiovascular Safety Database |
| 1.0718 | MRK-AAX0002583 | MRK-AAX0002585 | 3/8/2000 | Letter to Karen Midthun from Eric Floyd regarding labeling supplement (S-003) |
| 1.0720 | MRK-ADM0111639 | MRK-ADM0111666 | | Advantages of Lifting Restrictions on VIOXX |
| 1.0721 | MRK-ABA0019599 | MRK-ABA0019655 | | Standard Operating Procedure for the Surveillance, Monitoring, and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors |
| 1.0722 | MRK-NJ0090392 | MRK-NJ0090399 | | Vigor Data Analysis Plan Amendment |
| 1.0723 | MRK-ABT0040087 | MRK-ABT0040088 | | Appendix B of Vascular SAE Terms (CRISP Broader Term) |
| 1.0724 | MRK-AAD0276109 | MRK-ADZ0276195 | | Rofecoxib Alzheimer's Disease Combined Safety Analysis |
| 1.0725 | MRK-ACD0103156 | MRK-ACD0103157 | | Handwritten notes regarding VIGOR label proposal |
| 1.0726 | MRK-AAD0356476 | MRK-AAD0356477 | | Email from Peter Kim to Alise Reicin regarding NO-Naproxen |
| 1.0727 | MRK-ACD0012344 | MRK-ACD0012344 | 9/20/2001 | Email from Dawn Chitty to Christa Defusco, et al. regarding VIOXX CBE |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0728 | MRK-ACX0017933 | MRK-ACX0017935 | | Email from Gregory Kylish to Jens Kasperzik et al attaching VIGOR - CV Obstacle Handling Aid |
| 1.0729 | MRK-AFO0128716 | MRK-AFO0128716 | 11/1/2001 | Email from Edward Scolnick to Karen Grosser regarding Vioxx Circular |
| 1.0730 | MRK-AFV0372572 | MRK-AFV0372639 | | Rofecoxib Cardiovascular Combined-Analysis Update with Data through June 2003 |
| 1.0731 | MRK-NJ0190999 | MRK-NJ0190999 | 4/19/2001 | Background, Issues and Directed Questions for DSMB Protocol #078 - Vioxx AD Prevention Study |
| 1.0732 | MRK-NJ0220388 | MRK-NJ0220454 | | Product Development Plan Stage 0 Review |
| 1.0733 | MRK-NJ0154159 | MRK-NJ0154197 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0734 | MRK-NJ0154199 | MRK-NJ0154227 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0735 | MRK-NJ0154228 | MRK-NJ0154249 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0736 | MRK-ABC0031770 | MRK-ABC0031811 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0737 | MRK-NJ0233291 | MRK-NJ0233389 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0738 | MRK-NJ0273346 | MRK-NJ0273568 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0739 | MRK-ABS0034494 | MRK-ABS0034577 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0740 | MRK-ABS0250987 | MRK-ABS0251072 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0741 | MRK-ACD0081105 | MRK-ACD0081192 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0742 | MRK-I2690005979 | MRK-I2690006100 | | Clinical Investigator's Confidential Informational Brochure |
| 1.0743 | MRK-AFN0007794 | MRK-AFN0007915 | 1/15/2003 | Clinical Investigator's Confidential Informational Brochure |
| 1.0744 | MRK-AGC0000464 | MRK-AGC0000467 | 7/31/2001 | Clinical Investigator's Confidential Informational Brochure |
| 1.0745 | MRK-AGC0000469 | MRK-AGC0000477 | 7/31/2001 | Clinical Investigator's Confidential Informational Brochure |
| 1.0746 | MRK-AHR0037344 | MRK-AHR0037411 | 6/15/2001 | Clinical Investigator's Confidential Informational Brochure |
| 1.0747 | MRK-NJ0026115 | MRK-NJ0026151 | 9/28/1994 | Clinical Investigator's Confidential Informational Brochure |
| 1.0748 | MRK-I2690009156 | MRK-I2690009290 | 5/12/2004 | Clinical Investigator's Confidential Informational Brochure |
| 1.0749 | MRK-AID0000610 | MRK-AID0000642 | 12/14/2000 | Clinical Investigator's Confidential Informational Brochure |
| 1.0750 | MRK-ABA0041592 | MRK-ABA0041602 | 6/3/2002 | Patient Consent Form |
| 1.0751 | MRK-ABS0231008 | MRK-ABS0231015 | 3/28/2000 | Research Subject Information and Consent Form |
| 1.0752 | MRK-AFN0021714 | MRK-AFN0021720 | 4/23/2001 | Patient Consent Form |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.0754 | MRK-AHC0007010 | MRK-AHC0007034 | 10/1/2004 | Ingenix Draft Manuscript: "Cardiovascular Risk of Cox-2 Inhibitors and Other NANSAID's" |
| 1.0755 | MRK-AFN0052502 | MRK-AFN0052523 | | NEJM Manuscript 05-0493-Author's responses to Reviewer's Comments |
| 1.0756 | MRK-AFO0286105 | MRK-AFO0286107 | 1/31/2005 | Email from James Bolognese to Scott Zeger RE: Modeling hazard & hazard ratio curves |
| 1.0758 | MRK-NJ0123788 | MRK-NJ0123864 | 9/19/2000 | WAES Report for Protocol 078 |
| 1.0759 | MRK-NJ0123668 | MRK-NJ0123679 | 9/18/2000 | WAES Report for Protocol 078 |
| 1.0760 | MRK-ADB-0900000 | MRK-ADB-0900001 | | Summers, Scott |
| 1.0761 | MRK-ABA0900000 | MRK-ABA0900000 | | DiBattiste, Peter/Demopolous Laura |
| 1.0762 | MRK-AFJ0900000 | MRK-AFJ0900000 | | Kim, Peter |
| 1.0763 | MRK-ACU0000001 | MRK-ACU0000001 | | Annual Business Briefing, December 11, 2001, Tape 1 |
| 1.0764 | MRK-ACU0000002 | MRK-ACU0000002 | | Annual Business Briefing, December 11, 2001, Tape 2 |
| 1.0765 | MRK-ACU0000003 | MRK-ACU0000003 | | Annual Business Briefing, December 11, 2001, Tape 3 |
| 1.0766 | MRK-ACU0000004 | MRK-ACU0000004 | | Annual Business Briefing, December 11, 2001, Tape 4 |
| 1.0767 | MRK-ACU0000005 | MRK-ACU0000005 | | Annual Business Briefing, December 10, 2002, Tape 1 |
| 1.0768 | MRK-ACU0000006 | MRK-ACU0000006 | | Annual Business Briefing, December 10, 2002, Tape 2 |
| 1.0769 | MRK-ACU0000007 | MRK-ACU0000007 | | Annual Business Briefmg, December 10, 2002, Tape 3 |
| 1.0770 | MRK-ACU0000008 | MRK-ACU0000008 | | Annual Business Briefing, December 10, 2002, Tape 4 |
| 1.0771 | MRK-ACU0000009 | MRK-ACU0000009 | | Annua1 Shareholders Meeting 1998 |
| 1.0772 | MRK-ACU0000010 | MRK-ACU0000010 | | Annual Shareholders Meeting 1999 |
| 1.0773 | MRK-ACU0000011 | MRK-ACU0000011 | | Annual Sharehollers Meeting 2000 |
| 1.0774 | MRK-ACU0000012 | MRK-ACU0000012 | | Annual Shareholders Meeting 2001, Disc 1 |
| 1.0775 | MRK-ACU0000013 | MRK-ACU0000013 | | Annual Shareholders Meeting 2001, Disc 2 |
| 1.0776 | MRK-ACU0000014 | MRK-ACU0000014 | | Annual Shareholders Meeting 2002 |
| 1.0777 | MRK-ACU0000390 | MRK-ACU0000390 | | Annual Business Briefing, Tape 1, 1996 |
| 1.0778 | MRK-ACU0000391 | MRK-ACU0000391 | | Annual Business Briefing, Tape 1, 1997 |
| 1.0779 | MRK-ACU0000392 | MRK-ACU0000392 | | Annual Business Briefing, Tape 2, 1997 |