**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 1.1257 | MRK-AAD0242552 | MRK-AAD0242553 | 9/26/2002 | Email from Thomas Bold to Alise Reicin |
| 1.1258 | MRK-NJ0246779 | MRK-NJ0246791 | 5/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx |
| 1.1259 | MRK-NJ0439929 | MRK-NJ0439931 | 1/3/2002 | Email from Elizabeth Vadas to Barry Gertz |
| 1.1260 | MRK-NJ0443849 | MRK-NJ0443851 | 1/22/2002 | Email from Sophie Kornowski to Barry Gertz |
| 1.1261 | MRK-NJ0443007 | MRK-NJ0443007 | 1/17/2002 | Email from Douglas Greene to Barry Gertz |
| 1.1262 | MRK-NJ0446169 | MRK-NJ0446169 | 1/30/2002 | Email from Andrew Plump to Barry Gertz |
| 1.1263 | MRK-NJ0193671 | MRK-NJ0193672 | 5/23/2001 | Email from Christine Fanelle to Barry Gertz |
| 1.1264 | MRK-ABA0002572 | MRK-ABA0002577 | 2/6/2001 | African Green Monkey Thrombosis Model |
| 1.1266 | MRK-ABC0006431 | MRK-ABC0006431 | 2/21/1999 | Email from Michael Gresser to Edward Scolnick |
| 1.1267 | MRK-ABA0050403 | MRK-ABA0050407 | 11/7/2002 | Email from Waldemar Radziszewski to Peter DiBattiste |
| 1.1268 | MRK-ABA0049600 | MRK-ABA0049601 | 9/26/2002 | Email from John Paolini to Peter DiBattiste |
| 1.1269 | MRK-AAD0243429 | MRK-AAD0243433 | 10/1/2002 | Email from Riad El-Dada to Christine Fanelle |
| 1.1270 | MRK-AAD0242540 | MRK-AAD0242541 | 9/26/2002 | Email from Keith Gottesdener to Barry Gertz |
| 1.1271 | MRK-AFL0004778 | MRK-AFL0004779 | 1/3/2003 | Handwritten Note from Jennifer Ng's File regarding discuss stopping rules for CV protocols |
| 1.1272 | MRK-BAR0080602 | MRK-BAR0080686 | 4/24/1997 | Clinical Invstigator's Confidential Information Brochure MK-0966 Highly Selective COX-2 Inhibitor Experience Summary of Information |
| 1.1273 | | | 6/22/1998 | Wyeth-Ayerst Laboratories Announces the Withdrawal of Duract from the Market |
| 1.1274 | | | 8/8/2001 | Bayer Voluntarily Withdraws Baycol |
| 1.1275 | | | 3/21/2000 | Rezulin to be Withdrawn from the Market |
| 1.1276 | | | 3/23/2000 | Janssen Pharmaceutica Stops Marketing Cisapride in the US |
| 1.1277 | | | 6/8/1998 | Roche Labarotatries Announces Withdrawal of Posicor from the Market |
| 1.1278 | | | 6/7/2002 | FDA Approves Restricted Marketing of Lotronex |
| 1.1279 | | | 11/28/2000 | Glaxo Wellcome Decides to Withdraw Lotronex from the Market |
| 1.1280 | | | 9/15/1997 | FDA Announces Withdrawal Fen-Phen |
| 1.1281 | | | | Letter from John Jenkins to William Maguire regarding NDA 20-740/S-008 and S-013 |
| 1.1282 | | | | Letter from John Jenkins to Mary Taylor regarding NDA 20-720/2-012 & NDA 20-720/S-014 |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1283 | | | | Letter from Victor Raczkowski to Mark Baumgartner regarding NDA 21-107 |
| 1.1284 | | | 11/23/1998 | Letter from John Jenkins to Edward Brann regarding NDA 19-402/S-014 |
| 1.1285 | | | 7/13/1997 | Approval Package for NDA 20535 |
| 1.1286 | | | | Code of Federal Regulations - Title 21, Volume 5 |
| 1.1287 | | | | Code of Federal Regulations - Title 21, Volume 4 |
| 1.1288 | | | | Approval Letter for 20-210/S030, 20-398/S020, & 20-767/S009 |
| 1.1290 | | | | Letter from Lawrence Goldkind to Peter East regarding NDA 21-341/S-0002 |
| 1.1291 | MRK-ABY0150852 | MRK-ABY0150852 | | Abstract of Risk of Acute Myocardial Infarction and Sudden Cardiac Death with Use of COX-2 Selective and Non-Selective NSAIDs by David Graham |
| 1.1292 | MRK-ABY0154953 | MRK-ABY0154954 | 8/17/2004 | Email from Ne Braunstein to Douglas Watson |
| 1.1293 | MRK-PUBLIC0000152 | MRK-PUBLIC0000155 | | ICH Harmonised Tripartite Guideline |
| 1.1294 | MRK-ACO0144804 | MRK-ACO0144818 | 11/17/2004 | Memo from Robert McMahon to Dennis Erb |
| 1.1295 | MRK-AIU0155454 | MRK-AIU0155527 | 10/12/2004 | Letter from Diane Louie to Brian Harvey |
| 1.1296 | MRK-ABY0164646 | MRK-ABY0164649 | 10/12/2004 | Email from Dawn Graham to Douglas Watson |
| 1.1297 | MRK-ABY0195918 | MRK-ABY0195920 | 1/20/2005 | Email from Douglas Watson to Nancy Santanello |
| 1.1298 | MRK-ABS0390533 | MRK-ABS0390539 | 12/27/2002 | FDA response regarding Protocol 203 |
| 1.1299 | MRK-ABS0392082 | MRK-ABS0392107 | 3/25/2003 | Data Analysis Plan for the Vioxx Combined CV Analysis (Protocol 203) |
| 1.1300 | MRK-AHR0083032 | MRK-AHR0083033 | 8/17/2001 | Email from Ken Truitt to Robert Silverman |
| 1.1301 | MRK-AGV0615452 | MRK-AGV0615453 | 8/27/2001 | Email from Ken Truitt to Anne Altmayer |
| 1.1302 | | | | Naprosyn Label |
| 1.1303 | MRK-AFL0003143 | MRK-AFL0003145 | 10/8/2002 | Attachment 4 - MRL Questions to the Agency |
| 1.1304 | | | 1/5/1999 | Celebrex Label |
| 1.1305 | MRK-AJE0071963 | MRK-AJE0071969 | | Report of the Expert Advisory Panel on the Safety of COX-2 Selective Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) |
| 1.1306 | MRK-00420008017 | MRK-00420008123 | 6/29/2000 | Excerpt from Supplemental NDA 21-042 |
| 1.1307 | MRK-01420163696 | MRK-01420167173 | 11/6/2001 | Excerpt from Amendment to NDA 21-042/S-007 |
| 1.1308 | MRK-AAX0009235 | MRK-AAX0009257 | 12/21/2001 | Email from Elaine Russo transmitting attachment FDA12-21-01.pdf |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| 1.1309 | MRK-AAX0008560 | MRK-AAX0008581 | 10/15/2001 | Email from David Blois transmitting attachment 011015DraftVIOXXlabel.doc |
|---|---|---|---|---|
| 1.1310 | MRK-ACD0119116 | MRK-ACD0119222 | 2/12/2002 | Journal of Robert Silverman 02/12/2002-04/06/2004 |
| 1.1311 | MRK-ADJ0020669 | MRK-ADJ0020669 | 4/18/2002 | Email from Tracy Ogden |
| 1.1312 | MRK-ACR0045738 | MRK-ACR0045749 | 3/1/2002 | Memorandum from NitroMed, Inc." |
| 1.1313 | MRK-ADJ0020162 | MRK-ADJ0020183 | 3/23/2001 | GI Label Change for Vioxx, Public Affairs Plan" |
| 1.1314 | MRK-ACT0035810 | MRK-ACT0035837 | 7/22/2002 | Coxib add-ons and 2nd Generation Coxibs Strategy |
| 1.1315 | MRK-AFI0012255 | MRK-AFI0012258 | 5/7/2001 | Vioxx Publications Summary Table |
| 1.1316 | MRK-AHK0002056 | MRK-AHK0002067 | 5/9/2000 | Research Management Committee No. 00-05 Minutes |
| 1.1317 | MRK-AAZ0007534 | MRK-AAZ0007544 | 2/28/2002 | Draft Summary of the 02/21/02 CRRC Meeting |
| 1.1318 | MRK-AAB0086001 | MRK-AAB0086004 | 6/7/2002 | Presentation entitled "DSMB talk" given by Deborah Shapiro and Tom Capizzi" |
| 1.1320 | MRK-AFI0021309 | MRK-AFI0021309 | 10/24/2000 | Email from Heidi Lange |
| 1.1321 | MRK-AFV021312 | MRK-AFV0231314 | 7/8/2002 | Email from Alise Reicin |
| 1.1322 | MRK-ACD0051480 | MRK-ACD0051502 | 1/8/1997 | Journal of Robert Silverman 1/8/97 - 3/12/98 |
| 1.1323 | MRK-ACD0051376 | MRK-ACD0051479 | 3/12/1998 | Journal of Robert Silverman 3/12/98 - 12/31/99 |
| 1.1324 | FDACDER002906 | FDACDER002909 | 1/26/2001 | Memo from John Koerner to Jonca Bull Re: Consult for IND 46894 |
| 1.1325 | MRK-00420027808 | MRK-00420027810 | 9/29/2000 | Letter from Robert Silverman to FDA Re: Supplement to NDA 21-042 |
| 1.1326 | MRK-AFY0007689 | MRK-AFY0007695 | 1/29/2001 | All changes to the USPC for Vioxx since the Original Approval on May 20, 1999" |
| 1.1327 | FDACDER-004953 | FDACDER-004954 | 9/17/2001 | Meeting Agenda Regulatory Briefing |
| 1.1328 | MRK-NJ0092058 | MRK-NJ0092133 | | Excerpt from "Drug Regualations: The Essentials, Medical Background" |
| 1.1329 | MRK-ADJ0046917 | MRK-ADJ0046919 | 1/14/1999 | Standby/Q&A Regarding COX-2s and Increased Risk of CV Events - Legal approved draft |
| 1.1330 | MRK-ACW0008379 | MRK-ACW0008379 | | Handwritten note from Mary Elizabeth Basaman |
| 1.1331 | MRK-ADI0012430 | MRK-ADI0012431 | | Memo from Mary Elizabeth Basaman to Jan Weiner regarding EMS Review of Pipeline @ Merck Marketing Meeting, March 14" |
| 1.1332 | MRK-ACZ0021097 | MRK-ACZ0021100 | 4/11/2001 | Executive Summary: VIGOR Stratefy |
| 1.1333 | MRK-AAF0007145 | MRK-AAF0007148 | 5/12/2000 | Letter from Ellen Westrick to Spencer Sallis Re: Complaint vs. Celebrex: Campaign to Disseminate False and Misleading Information about the Safety of VIOXX |

### Dedrick v. Merck Co.
### Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1334 | MRK-ACW0007157 | MRK-ACW0007158 | 3/28/2000 | Email from Roger Sergel to Mary Basaman Re: GI Outcomes Study with Vioxx |
| 1.1335 | MRK-ACX0011216 | MRK-ACX0011219 | 3/26/2000 | Email from Jeffrey Niekelski to Susan Baumgartner, et al. Re: JP Morgan" |
| 1.1336 | MRK-ADI0002614 | MRK-ADI0003256 | 10/18/2000 | Vioxx (rofecoxib) Master Briefing Book, Briefing Documents, Q's and A's, Standby Statements, Press Releases, Prescribing Information & PPI" |
| 1.1337 | MRK-ADI0008201 | MRK-ADI0008201 | 4/28/2000 | Email from Sherry Pudloski to Mary Basaman, et al. Re: Issues" |
| 1.1338 | MRK-ACX0012388 | MRK-ACX0012393 | 4/29/2000 | Email from Mary Basaman to Linda Distlerath, et al. Re: Media Coverage Update/VIGOR" |
| 1.1339 | | | 5/3/2000 | Email from Art Kaufman to Errol McKinney, et al. Re: UK/Canadian Website Reports on VIGOR MI Issue" |
| 1.1340 | MRK-ADI0012386 | MRK-ADI0012388 | 5/9/2000 | Email from Mary Basaman to Jan Weiner Re: Q & A on Hypertension and Mis |
| 1.1341 | MRK-ACX0012510 | MRK-ACX0012511 | 5/19/2000 | Email from Eliav Barr to Linda Distferath, et al. Re: For Review: Revised cardiovascular language" |
| 1.1342 | MRK-ACI0007894 | MRK-ACI0007896 | 5/23/2000 | Draft Press Release - Merck to present important data from GI study with Vioxx tomorrow |
| 1.1343 | MRK-ADI0008060 | MRK-ADI0008061 | 1/29/2001 | Email from Laura Jordan to Laurence Hirsch, et al. Re: Contigency Draft Release" |
| 1.1344 | 2000 NEJM 000001; 5; 16 | 2000 NEJM 000002; 7; 16 | 5/18/2000 | Letter from Claire Bombardier to Robert Utiger Re: Manscript Entitled "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: the |
| 1.1345 | | | | Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2. and Naproxen (A Dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial by Claire Bombardier, et al. (DRAFT)" |
| 1.1346 | 2000 NEJM 000040 | 2000 NEJM 000043 | 8/20/2000 | Letter from Claire Bombardier to Robert Steinbrook Re: Manusctipt Entitled "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: |
| 1.1347 | 2000 NEJM 000235 | 2000 NEJM 000282 | 5/1/2000 | Draft of article entitled  "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: the VIGOR Trial" |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1348 | | | | Screen Print of a document entitled "NEJM-VIGOR-final.doc" |
| 1.1349 | MRK-AAB0109378 | MRK-AAB0109411 | | Comparison of the Effects of Rofecoxib, a Highly Selective-Inhibitor of COX-2. and Naproxen (a dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: Results from the VIGOR Trial, et al. (DRAFT)" |
| 1.1350 | 2000 NEJM 000025 | 2000 NEJM 000027 | 6/30/2000 | Letter from Marshall Kaplan, Associate Editor of NEJM, to Claire Bombardier her manuscript entitled "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper |
| 1.1351 | 2000 NEJM 000028 | 2000 NEJM 000038 | 7/17/2000 | Letter from Claire Bombardier to Marshall Kaplan, Associate Editor of NEJM, responding to his June 30th letter." |
| 1.1352 | 2000 NEJM 000050 | 2000 NEJM 000050 | 8/30/2000 | Letter from Claire Bombardier to Robert Steinbrook Re: revision of the Manusctipt Entitled "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastroi |
| 1.1353 | 2000 NEJM 000051 | 2000 NEJM 000053 | 9/11/2000 | Fax from Sec. to Dr. Claire Bombardier to Kerry Lyons of NEJM Re: Updatd Version of the Disclosure Statement |
| 1.1354 | 2000 NEJM 000054 | 2000 NEJM 000055 | 9/13/2000 | Letter from Jefrey Drazen, Editor-in-Chief of NEJM, to Claire Bombardier Re: her article entitled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" |
| 1.1355 | 2000 NEJM 000056 | 2000 NEJM 000056 | 9/13/2000 | Letter from Pat Lamy, Director of Editorial Support Services, to Claire Bombardier Re: the publication date of her manuscript" |
| 1.1356 | 2000 NEJM 000057 | 2000 NEJM 000057 | 10/17/2000 | Fax from Alise Reicin to Sandra McLain of NEJM Re: Additional Agreed Upon Text and Reference for MS 00-1401 |
| 1.1357 | 2005 NEJM 000286 | 2005 NEJM 000318 | 2/6/2005 | Email from John Baron to Jeff Drazen Re: Approve cardiovascular |
| 1.1358 | 2005 NEJM 000013 | 2005 NEJM 000014; 270-285; 8 | 2/9/2005 | Letter from Gregory Curfman to John Baron Re: his manuscript entitled "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Adenoma Chemoprevention Trial" |
| 1.1359 | 2005 NEJM 000319 | 2005 NEJM 000350 | | Draft article entitled "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial" by Robert Bresalier, et al." |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1360 | RBRES-001815 | RBRES-001817 | 11/15/2004 | Email from James Bolognese to Christopher Lines, et al. Re: Requested Plots from Hui's 9/13/04 ESMB Report" |
| 1.1361 | MRK-AFV0399485 | MRK-AFV0399488 | 2/9/2005 | Email from Hui Quan to Christopher Lines, et al. Re: K-M and Hazard Plots for Edema, Hypertension, and Congestive Heart Failure + Pulmonary Edema + Cardiac Failure" |
| 1.1362 | MRK-AFV0399495 | MRK-AFV0399499 | 3/26/2002 | Email from Saurabh Muknopadhyay to Beilei Xu Re: APTC Listing |
| 1.1363 | MRK-AHD0075789 | MRK-AHD0075794 | | Investigator - Reported Cardiovascular Events |
| 1.1364 | RBRES-001059 | RBRES-001079 | 11/12/2004 | (DRAFT) Cardiovascular Events in a Randomized Study of Rofecoxib |
| 1.1365 | MAK 01130 | MAK 01151 | 11/18/2004 | (DRAFT) Cardiovascular Events Associated with Rofecoxib: Results from a 3-Year Randomized Trial to Prevent Recurrence of Colorectal Adenomas |
| 1.1366 | MRK-AHD0075199 | MRK-AHD0075234 | 1/26/2004 | Email from Christopher Lines to Kevin Horgan, et al. Re: APPROVe Paper" |
| 1.1367 | MRK-AHD0075531 | MRK-AHD0075567 | 1/31/2004 | Email from Christopher Lines to John Baron, et al. Re: APPROVe Paper" |
| 1.1368 | MRK-AHD0000061 | MRK-AHD0000082 | | NEJM Manuscript 05-0493: Author's responses to Reviewer's Comments |
| 1.1369 | | | 11/18/2005 | Memo from Tom Easley to Gregory Curfman Re: Bombardier, et al. Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" |
| 1.1370 | | | | List of Members of the Editorial Board of New England Journal of Medicine |
| 1.1371 | 2005 NEJM 000005 | 2005 NEJM 000017 | | Signed Statements of the authors for the article entitled "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: the VIGOR Trial" |
| 1.1372 | 2005 NEJM 000018 | 2005 NEJM 000018 | 6/23/2000 | Letter from Robert Steinbrook to Clair Bombardier Re: her VIGOR trial manuscript |
| 1.1373 | 2005 NEJM 000022 | 2005 NEJM 000024 | 6/27/2000 | Fax from Claire Bombardier to Robert Steinbrook in response to his June 23rd letter |
| 1.1374 | 2005 NEJM 000001 | 2005 NEJM 000012 | | Financial Disclosure & Authorship Forms |
| 1.1375 | NEJM 005073 | NEJM 005073 | 12/3/2005 | Email from Jeff Drazen to Gregory Curfman, et al. Re: Expression of Concern" |
| 1.1376 | NEJM 000040 | NEJM 000045 | 12/8/2005 | Email from Karen Pedersen to Gregory Curfman Re: Talking Points |
| 1.1377 | NEJM 000880 | NEJM 000881 | 12/12/2005 | Expression of Concern: Key Points and Q&A |
| 1.1378 | NEJM 000001 | NEJM 000001 | 12/8/2005 | Email from Stephen Morrissey to Gregory Curfman Re: Release of Expression of Concern |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1379 | NEJM 000661 | NEJM 000663 | 12/8/2005 | Email from Tom Easley to Kent Anderson, et al. Re: VIGOR editorial points FROM MERCK" |
| 1.1380 | NEJM 000533 | NEJM 000533 | 12/8/2005 | Email from Karen Pedersen to Ed Cafasso Re: Talking Points |
| 1.1381 | NEJM 000108 | NEJM 000109 | 12/7/2005 | Email from Sarah Wolf to Stephe Morrissey, et al. Re: NEJM Expression of Concern" |
| 1.1382 | NEJM 000023 | NEJM 000025 | 12/8/2005 | Email from Stephen Morrissey Re: NEJM Expression of Concern regarding the VIGOR article |
| 1.1383 | NEJM 000107 | NEJM 000107 | 12/8/2005 | Email from Claire Bombardier to Stephen Morrissey Re: New England Journal of Medicine |
| 1.1384 | NEJM 000011 | NEJM 000014 | 12/12/2005 | Email from Stephen Morrisey to Claire Bombardier Re: NEJM Expression of Concern |
| 1.1385 | NEJM 000033 | NEJM 000039 | 1/16/2006 | Email from Stephen Morrissey to Jeff Drazen Re: Non Merck VIGOR authors response to the NEJM expression of concern |
| 1.1386 | NEJM 001111 | NEJM 001114 | 1/16/2006 | Email from Stephen Morrissey to Jeff Drazen Re: Submission of response to Curfman, et al" |
| 1.1387 | 2000 NEJM 000134 | 2000 NEJM 000138 | | New England Journal of Medicine's Suggestion for Transmittal to Authors |
| 1.1389 | NEJM 005070 | NEJM 005070 | 12/4/2005 | Email from Jeff Drazen to Gregory Curfman, et al. Re: Expression of Concern" |
| 1.1390 | NEJM 005071 | NEJM 005072 | | Draft of "Expression of Concern: Bombardier et al., 'Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis,' N Engl J Med 2000'343:1520-8" by Gregory Curfman, et al" |
| 1.1391 | NEJM 001093 | NEJM 001097 | 7/11/2005 | Email from Snigdha Prakash to Jeff Drazen Re: Clinical Trials-6 |
| 1.1392 | NEJM 000211 | NEJM 000214 | 7/8/2005 | Email from Stephen Morrissey to Jeff Drazen, et al. Re: Clinical Trials" |
| 1.1393 | NEJM 001013 | NEJM 001013 | 12/10/2005 | Email from Stephen Morrissey to Jeff Drazen, et al. Re: Clinical Trials" |
| 1.1394 | MRK-NJ0071309 | MRK-NJ0071309 | 1/24/2000 | Email from Deborah Shapiro to David Bjorkman, et al. Re: Merck Management Requests to VIGOR DSMB" |
| 1.1395 | MRK-AAX0002760; MRK-NJ0243719 | MRK-NJ0243720 | 1/24/2000 | Listing of VIGOR Cardiovascular Adverse Experiences Eligible for Adjudication |
| 1.1396 | MRK-NJ0243715 | MRK-NJ0243718 | 2/7/2000 | Letter from Alise Reicin to Michael Weinblatt Re: Serious Thrombolic & Embolic CV Aes From the VIGOR study |
| 1.1397 | MRK-AJA0119085 | MRK-AJA0119087 | 5/26/2000 | Email from Linda Nelsen to Alise Reicin Re: Adjudication results for 11 events after 2/10/00 |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1398 | NEJM 000280 | NEJM 000280 | 1/3/2006 | Email from Gregory Curfman to Karen Pedersen, et al. Re: Washingtom Post Editorial |
| 1.1399 | MRK-ADI0012436 | MRK-ADI0012436 | 6/2/2000 | Memo from Public Affairs to Wendy Dixon, et al. Re: Coverage of VIGOR and Class at DDW |
| 1.1400 | MRK-NJ0192163 | MRK-NJ0192166 | 5/8/2001 | Email from K. Grosser Re: Arthritis & Analgesia (A&A) Busines Strategy Team Meeting - Agenda for 5/17/01 |
| 1.1401 | MRK-NJ0196217 | MRK-NJ0196220 | 5/17/2001 | Memo from K. Grosser Re: Summary of the 5/17/01 A&A WBST Meeting |
| 1.1402 | MRK-NJ0199944 | MRK-NJ0199968 | 6/18/2001 | Arthritis & Analgesia WBST HHBT Briefing Slides for 6/18/01 |
| 1.1403 | MRK-NJ0215083 | MRK-NJ0215247 | 12/14/2000 | Management Committee Presentation Arthiritis & Analgesia WBST Slides |
| 1.1404 | MRK-NJ0185637 | MRK-NJ0185724 | | Arthiritis & Analgesia's Key Success Factors for Merck Slide Set |
| 1.1405 | MRK-ABA0010573 | MRK-ABA0010596 | 7/23/2001 | Email from Barry Gertz to Peter DiBattiste Re: Draft Slides for HHPAC discussion of VIOXX CV study |
| 1.1406 | MRK-NJ0202215 | MRK-NJ0202215 | 8/13/2001 | Memo from K. Grosser to A&A WBST Re: Summary of the 8/13/01 A&A WBST Meeting |
| 1.1407 | MRK-NJ0199995 | MRK-NJ0200013 | | Vioxx Cardiovascular Outcomes Trial Considerations Slide Set |
| 1.1408 | MRK-NJ0203123 | MRK-NJ0203164 | | What are the salient questions facing VIOXX regarding cardiovascul risk slides |
| 1.1409 | MRK-NJ0201006 | MRK-NJ0201008 | | A&A Franchise Outline |
| 1.1410 | MRK-NJ0204613 | MRK-NJ020653 | 9/8/2001 | Email from Ken Truitt to Barry Gertz, et al. Re: primary Princeton Slides (minor FYIs/comments) |
| 1.1411 | MRK-NJ0224536 | MRK-NJ022599 | | Arthritis & Immunology Domain Slide Sets |
| 1.1412 | MRK-AAC0104245 | MRK-AAC0104253 | | Final Planning Status of 2002 New Studies and Formulation Programs Approved by HH PAC Slides |
| 1.1413 | MRK-ABK0019478 | MRK-ABK0019491 | 10/29/2001 | Cardiovascular Outcomes Study Consultant Meeting Background Information |
| 1.1414 | MRK-ABA0013243 | MRK-ABA0013249 | 10/28/2001 | Email to Peter DiBattiste Re: Vs.ACS Trial: Vioxx in Stabalized Acute Coronary Syndromes |
| 1.1415 | MRK-ABA0033588 | MRK-ABA0033591 | | Questions |
| 1.1416 | MRK-NJ0209942 | MRK-NJ0209994 | 10/15/2001 | Vioxx Label Mockup "Merck text submitted May 2001 with FDA changes of 15 Oct 2001 shown with revision marks (Merck changes of 16 Oct shown with revision marks in BOLD)" |
| 1.1417 | MRK-ADI0017766 | MRK-ADI0017776 | | ADVANTAGE, Vioxx (rofecoxib) Assessment of the Differences Between Vioxx and Naproxen to Ascertain Gastrointestinal Tolerability and Effectiveness |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 1.1418 | MRK-ABA0028214 | MRK-ABA0028215 | | ACS Trial Study Information |
| 1.1419 | MRK-NJ0167722 | MRK-NJ0167824 | 11/20/2001 | Memo frol Peter DiBattiste to DMC Re: Coxib Cardiovascular Outcomes Studies |
| 1.1420 | MRK-NJ0438707 | MRK-NJ0438712 | 12/10/2001 | J.P. Morgan Securities Inc. - Equity Research Morning Meeting Research Notes |
| 1.1421 | MRK-NJ0438693 | MRK-NJ0438700 | 12/10/2001 | Email from Laura Friedman to Barry Gertz Re: Merck's Annual Business Briefing |
| 1.1422 | MRK-ACD0083807 | MRK-ACD0083808 | 12/5/2001 | Draft Press Release - Merck to Conduct Cardiovascular Outcomes Trial |
| 1.1423 | MRK-NJ0450357 | MRK-NJ0450376 | 2/20/2002 | Memo from Anne Altmeyer to Vioxx Project Team Re: 2/25/02 Meeting Agenda |
| 1.1424 | MRK-ABK0473036 | MRK-ABK0473111 | 1/31/2002 | Email Barry Gertz to Carmen Inoa-Gonzalez Re: Revised VALOR Protocol |
| 1.1425 | MRK-ABA0028222 | MRK-ABA0028223 | 3/9/2002 | Email from Laura Demopoulos to Peter M. DiBattiste Re: RMC Options for CV Outcome Trials |
| 1.1426 | MRK-NJ0452758 | MRK-NJ0452758 | 3/11/2002 | Email from Bonnie Goldmann to Barry Gertz Re: RMC Options for CV Outcome Trials |
| 1.1427 | MRK-NJ0451537 | MRK-NJ0451550 | | Draft Introduction and Organization of the Document |
| 1.1428 | MRK-NJ0452488 | MRK-NJ0452573 | 3/8/2002 | Email from Karen Grosser to Barry Gertz Re: DRAFT MC slides for 3/11 |
| 1.1429 | MRK-NJ0453209 | MRK-NJ0453226 | | Vioxx Project Team Updates March 2002 Excerpts |
| 1.1430 | MRK-NJ0450666 | MRK-NJ0450697 | 2/15/2002 | Merck draft of 15 Feb 2002 with proposals resulting from 20 Feb 2002 FDA teleconference shown with revision marks |
| 1.1431 | MRK-JRAA0000437 | MRK-JRAA0000451 | 6/5/2000 | Email from Terri Rinko to David Anstice, et al. Re: Licensing Management Committee Meeting Minutes for 3/30/00 |
| 1.1432 | MRK-ABA0003253 | MRK-ABA0003254 | 2/12/2002 | Letter from Alan Nies to William Terry Re: Contract with Brigham and Women's Hospital |
| 1.1433 | MRK-ACC0028228 | MRK-ACC0028229 | 6/27/2001 | Letter from Rhoda Sperling to William Roberts Re: an entitled "A Comparison of Patients Treated With Rofecoxib, Non-Selective NSAIDs, and Placebo" |
| 1.1434 | MRK-NJ0281596 | MRK-NJ0281596 | | Reicin Handwritten Notes |
| 1.1435 | MRK-NJ0068746 | MRK-NJ0068748 | 7/27/2001 | Letter from William C. Roberts to Rhoda Sperling Re: the manuscript entitled "Comparison of Frequency Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib vs Non-Selective Non-Steroidal Antiinflammatory Drugs" |
| 1.1436 | MRK-ACC0011890 | MRK-ACC0011893 | 8/27/2001 | Letter from Rhoda Sperling to William Roberts Re: an entitled "Comparison of the Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib vs NSAID" |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 1.1437 | MRK-ABH0019058 | MRK-ABH0019058 | 1/21/2001 | Email from Edward Scolnick to Douglas Greene, et al., Re: VIGOR ADV Meeting" |
| 1.1438 | MRK-ABH0002208 | MRK-ABH0002216 | 1/24/2001 | VIGOR and CLASS FDA Advisory Committee Meetings Communication Plans Slide Set |
| 1.1439 | MRK-ABH0002218 | MRK-ABH0002218 | | Merck Key Messages |
| 1.1440 | MRK-ABH0002219 | MRK-ABH0002228 | | Excerpt of Strategic Approach Slides |
| 1.1441 | MRK-ADI0024337 | MRK-ADI0024338 | 3/22/1999 | Email from Christine Fanelle to Kyra Lindermann, et al. Re: Advantage Ideas" |
| 1.1442 | TOPLE 0000001 | TOPLE 0000127 | | Curriculum Vitae of Eric Jeffrey Topol, M.D." |
| 1.1443 | TOPLE 0000450 | TOPLE 0000450 | 11/24/2004 | Email from David Graham to Eric Topol Re: Graham's Senate Hearing Testimony |
| 1.1444 | MRK-ABA0009274 | MRK-ABA0009274 | 4/20/2001 | Email from Laura Demopoulos to Peter M. DiBattiste Re: Followup to Meeting with Eric Topol |
| 1.1445 | MRK-AAZ0001561 | MRK-AAZ0001593 | 4/26/2001 | Email from Alise Reicin to Laura Demopoulos with attachment "Selective COX-2 Inhibitors are Associated with an Increased Risk of Cardiovascular Events" |
| 1.1446 | MRK-ABA0009661 | MRK-ABA0009693 | 6/12/2001 | Email from Alan Nies to Laura Demopoulos, et al. Re: Topol Manuscript" |
| 1.1447 | TOPLE 0000458 | TOPLE 0000458 | 11/15/2004 | Email from David Graham to Eric Topol Re: 60 Minutes |
| 1.1448 | TOPLE 0000333 | TOPLE 0000333 | 11/1/2004 | Email from David Graham to Eric Topol Re: 60 Minutes |
| 1.1449 | TOPLE 0000469 | TOPLE 0000469 | | Handwritten note of Topol |
| 1.1450 | TOPLE 0000504 | TOPLE 0000504 | | Handwritten note of Topol |
| 1.1451 | TOPLE 0000463 | TOPLE 0000463 | | Handwritten note of Topol |
| 1.1452 | TOPLE 0000465 | TOPLE 0000465 | | Preliminary Question from 60 Minutes Interview of Topol |
| 1.1453 | TOPLE 0000462 | TOPLE 0000462 | 10/7/2004 | Letter from Bryan Myers to Eric Topol Re: FDA CardioRenal Division's Review on the Adverse Effects of Vioxx |
| 1.1454 | TOPLE 0000474 | TOPLE 0000474 | 10/17/2004 | Email from Eric Topol to Michael Radutzky Re: a Lance article |
| 1.1457 | MRK-ABA0011062 | MRK-ABA0011062 | 8/30/2001 | Email from Eric Topol to Peter DiBattiste Re: Revision in 6 month data |
| 1.1458 | TOP1PRO0000282 | TOP1PRO0000283 | 4/30/2001 | Email from Laura Demopoulos to Eric Topol Re: His JAMA Manuscript |
| 1.1459 | TOP1PRO0000285 | TOP1PRO0000311 | 6/20/2001 | Email from Peter DiBattiste to Eric Topol Re: Risk of Cardiovascular Events Associated With COX-2 |
| 1.1460 | TOP1PRO0000279 | TOP1PRO0000279 | 6/22/2001 | Email from Eric Topol to Peter DiBattiste Re: Meeting With Steve Nissen |
| 1.1461 | EJT 000323 | EJT 000324 | 10/16/2001 | Letter from Robert Temple to the Editor of JAMA Re: Topol's article |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1462 | EJT 000191 | EJT 000191 | 10/25/2004 | Email from Marlene Goormastic to Eric Topol Re: Help on stats |
| 1.1463 | EJT 000192 | EJT 000192 | 10/25/2004 | Email from Michael Radutzky to Eric Topol Re: Help on stats |
| 1.1464 | EJT 000190 | EJT 000190 | 11/12/2004 | Emai lfrom Marlene Goormastic to Eric Topol Re: One Other Comparison |
| 1.1466 | FDACDER 023057 | FDACDER 023058 | 11/30/2004 | Email from Lourdes Villalba to Lee Lemley Re: Communications with Dr. Topol |
| 1.1466a | FDACDER 023057 | FDACDER 023058 | 11/30/2004 | Email from Lourdes Villalba to Lee Lemley Re: Communications with Dr. Topol |
| 1.1467 | EJT 000044 | EJT 000065 | 4/11/2002 | Letter from Tracy Mills to Eric Topol attaching Vioxx Label |
| 1.1468 | | | | Dr. Topol's Analysis of CV Events in Study 090 |
| 1.1469 | TOPOLE 000149 | TOPOLE 000150 | 11/14/2004 | Email from Alastair Wood to Eric Topol Re: 60 Minutes |
| 1.1470 | TOPOLE 0000511 | TOPOLE 0000511 | 12/17/2001 | Letter from Jody Zylke to Robert Temple Re: His Letter to the JAMA Editor |
| 1.1471 | TOPOLE 0000456 | TOPOLE 0000457 | 1/7/2002 | Letter from Eric Topol to Robert Temple in Response Temple's Letter to the JAMA Editors |
| 1.1472 | TOPOLE 0000452 | TOPOLE 0000452 | 2/5/2002 | Letter from Robert Temple to Eric Topol in Response to Topol's 1/7/02 Letter |
| 1.1473 | MRK-AAC0152575 | MRK-AAC0152576 | 10/2/2004 | Email from Richard Pasternak to Elizabeth Stone, et al. Re: Topol op/ed in today's NYT" |
| 1.1474 | | | 3/31/2000 | FDA Form 2253, Submitted 3/31/00 - Transmittal of Advertisements and Promotional Labeling for Drugs and Biologics for Human Use" |
| 1.1475 | MRK-AAR0021300 | MRK-AAR0021320 | 11/19/2001 | Bulletin for Vioxx: Action Required: Dear Healthcare Provider Letters |
| 1.1476 | MRK-ACF0000907 | MRK-ACF0000925 | | VIGOR Documents - MI Meta-Analysis |
| 1.1477 | | | | Handwritten Calculations by Dr. Barr at Deposition |
| 1.1478 | MRK-ACF0000980 | MRK-ACF0000980 | | Safety Update Report - Table 9, Analysis of Cardiovascular Outcomes in the Subgroup of Patients with Past Medical History of Symptomatic Coronary and/or Cerebrovascular Disease" |
| 1.1479 | MRK-ACF0000926 | MRK-ACF0001018 | | Cardiovascular Meta-Analysis, Rofecoxib Studies of 6-months or Longer" |
| 1.1480 | MRK-ACF0006811 | MRK-ACF0006816 | | Memo from Eliav Barr to Edward Scolnick, et al, Re: Background Material for 4/18/00" |
| 1.1481 | MRK-ACF0005753 | MRK-ACF0005766 | 4/3/2001 | Memo from Eliav Barr to K. Beck Re: Blinded Analysis of Selected Mortality Events in Protocols 078, 091, and 126" |
| 1.1482 | | | 2/16/2005 | Excerpts for Arthritis Advisory Committee Meeting |
| 1.1483 | MRK-AFH0021710 | MRK-AFH0021715 | | Adjudication Worksheet Cardiovascular Events |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1484 | MRK-AFI0071884 | MRK-AFI0071884 | 8/16/2001 | Email from Susan Baumgartner to Tracy Mills Re: JAMA Review |
| 1.1485 | MRK-AFI0045078 | MRK-AFI0045078 | 8/23/1999 | Email from Charlotte McKines to Susan Baumgartner Re: Background - Dr. Andrew Welton |
| 1.1486 | MRK-AFI0047953 | MRK-AFI0047953 | 5/24/2000 | Email from Gregory Bell to Sandra Reiss, et al, Re: Belgium and Dr. Sigh's Position on VIGOR" |
| 1.1487 | MRK-AFI0153487 | MRK-AFI0153501 | 4/11/2000 | Email from Stephen Miller to Joanne Lahner, et al., Re: Market Research Report - National Rheumatology Consultants' Meeting " |
| 1.1488 | | | | The Merck Code of Conduct, http://www.merck.com/about/conduct_print.html" |
| 1.1489 | MRK-ADG0000412 | MRK-ADG0000414 | | Handwritten note of Tom Cannell |
| 1.1490 | MRK-AEF0000643 | MRK-AEF0000643 | | List of Questions for Discussion |
| 1.1491 | MRK-ADG0057776 | MRK-ADG0057845 | | Slides from Presentation by Tom Cannell |
| 1.1492 | MRK-ADG0059921 | MRK-ADG0059921 | 6/5/2002 | Email from Thomas Cannell to Antonia Sisti, et al., Re: "3, 2, 1 Go" theme" |
| 1.1493 | MRK-ADW0025554 | MRK-ADW0025554 | 12/1/2001 | Email from Thomas Cannell to Antonia Sisti, et al., Re: Presentation Themes" |
| 1.1494 | MRK-AEF0000682 | MRK-AEF0000682 | 3/19/2002 | Handwritten document Re: a Dr. Paolo Patrignani |
| 1.1495 | MRK-ACZ0035961 | MRK-ACZ0035969 | 3/27/2001 | Email from Thomas Cannell to Tyrone Edwards, et al., Re: Celebrex vs. Vioxx BP claim: Pharmacia & Merck press releases, Merrill Lynch take" |
| 1.1496 | MRK-EAG0000737 | MRK-EAG0000752 | 4/26/2001 | Memo from Christopher Posner Re: Update on the Status of DTC for Vioxx Results for March 2001 |
| 1.1497 | MRK-AJM0001364 | MRK-AJM0001365 | 11/19/2002 | Email from Michael Cavalier to David Anstice, et al., Re: November Business Review: Data on Vioxx" |
| 1.1499 | MRK-ADG0001181 | MRK-ADG0001182 | 8/15/2001 | Email from Babak Bazmi to Tomas Cannell, et al., Re: Top 10 reasons for AIM ROXX DOX now" |
| 1.1500 | MRK-ADK0002958 | MRK-ADK0002968 | 4/2/2001 | Attendee List from National Cross-Functional Team for Vioxx |
| 1.1501 | MRK-ADK0002973 | MRK-ADK0002974 | | Slides from Presentation by Lucine Beauchard |
| 1.1502 | MRK-ACZ0013719 | MRK-ACZ0013773 | 10/16/2001 | Slides from Presentation Entitled "National Cross Functional Team Meeting for Vioxx" |
| 1.1503 | MRK-ACZ0026253 | MRK-ACZ0026253 | 8/20/2001 | Memo from Tom Cannell to Lucine Beauchard, et al., Re: 2002 DTC Campaign" |
| 1.1504 | MRK-ADO0102729 | MRK-ADO0102729 | 9/21/2002 | Email from Thomas Cannell to Robert Griffing, et al., Re: 12/1 Sales Campaign " |
| 1.1505 | MRK-ADG0013071 | MRK-ADG0013078 | | Slides from Presentation Entitled "2002 Critical Success Factors: Vioxx Strategic Marketing Plan" |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1506 | | | 3/20/2002 | Public Affairs Professional Services Agreement with Merck, signed by Gregory coram" |
| 1.1507 | | | | Purchase Order Statements for Order No.'s X859792 & X1239504 |
| 1.1508 | MRK-NJ0224983 | MRK-NJ0224984 | | Email from K. Grosser to A&A CFT Re: Summary of the 3/23/01 A&A CFT Meeting |
| 1.1509 | MRK-AFI0087727 | MRK-AFI0087728 | | Memo from Saundra Ruffin to Greg Coram Re: Speaker Training Presentation for National Faculty Consultants' Meeting |
| 1.1510 | MRK-ADI0014753 | MRK-ADI0014755 | 4/13/1999 | Email from Kyra Lindemann to Alan Nies, et al., Re: Vioxx Media Coaching" |
| 1.1511 | MRK-ADI0024423 | MRK-ADI0024428 | 3/28/1999 | Email from Kyra Lindemann to Beth Seidenberg, et al., Re: Vioxx Media Coaching - FDA Advisory Talking Points" |
| 1.1512 | MRK-ADI0015428 | MRK-ADI0015428 | 10/19/2000 | Email from Deb Wambold to Mary Basaman, et al., Re: Updated Master Briefing Book for Vioxx" |
| 1.1513 | MRK-AFI0096114 | MRK-AFI0096121 | 4/7/2000 | Agenda for National Meeting on Arthritis and Pain |
| 1.1514 | MRK-ADI0006868 | MRK-ADI0006870 | 3/6/2000 | Memo from Larry Hirsch to Eve Slater Re: VIGOR Communications Plan |
| 1.1515 | MRK-ACW0002234 | MRK-ACW0002243 | 11/22/2000 | Email from Deb Wambold to Mary Blake, et al., Re: Final Standby/Q & A - VIGOR publication in NEJM 11/23/00" |
| 1.1516 | MRK-ADI0008369 | MRK-ADI0008371 | 8/30/2000 | Email from Tracy Stenn to Sandra Reiss, et al., Re: Transcript of Larry King Live and additional coverage" |
| 1.1517 | MRK-AAF0007286 | MRK-AAF0007291 | 9/15/2000 | Fax to Thomas Abrams from Ellen Westrick attaching Summary of Major Points of 9/14/00 Teleconference to Discuss 8/29/00 Television Broadcast of "Larry King Live" Program" |
| 1.1518 | MRK-ACW0002259 | MRK-ACW0002273 | 11/27/2000 | Email from Deb Wambold to Mary Blake, et al., Re: Additions to Briefing Book for Vioxx" |
| 1.1519 | MRK-ACW0007908 | MRK-ACW0007930 | 2/19/2001 | Email from Deb Wambold to Mary Blake, et al., Re: Final VIGOR Advisory Committee Materials for Vioxx" |
| 1.1520 | MRK-ACX0013073 | MRK-ACX0013088 | 10/27/2000 | Email from Deb Wambold to Mary Blake, et al., Re: FINAL Qs and As for Vioxx -- ACR/APS meetings" |
| 1.1521 | MRK-ABC0011953 | MRK-ABC0012086 | 3/31/1999 | Background Package of Consultant Meeting - Therapeutic Potential to VIOXX in Secondary Prevention of Cardiovascular Events |
| 1.1522 | | | 4/30/1999 | Memo from Juan Pelaya to Sandra Cook Re: Consulation NDA 21-042 - Review of Cardiovascular and Renal Safety database |
| 1.1523 | MRK-ABA0009313 | MRK-ABA0009314 | 5/1/2001 | Email from Laura Demopoulos to Peter DiBattiste Re: Topol's Manuscript |
| 1.1524 | MRK-NJ0190194 | MRK-NJ0190203 | | Deaths in MK-0966 Studies 078, 091, 126" |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 1.1525 | MRK-ABA0009276 | MRK-ABA0009308 | 4/27/2001 | Email from Laura Demopoulos to Peter DiBattiste Re: Topol's Manuscript |
| 1.1526 | MRK-ABA0010491 | MRK-ABA0010493 | 7/13/2001 | Email from Laura Demopoulos to Peter DiBattiste Re: JAMA Paper |
| 1.1527 | MRK-ABA0010956 | MRK-ABA0010958 | 8/23/2001 | Email from Laura Demopoulos to Peter DiBattiste Re: NPR - See What Topol Says |
| 1.1528 | MRK-NJ0208065 | MRK-NJ0208069 | 10/2/2001 | Email from Peter Kim to Barry Gertz Re: Breaking news - AHA, Arthritis Foundation, Nat Stroke Assoc call for study of coxibs abd cardiovascular events" |
| 1.1529 | MRK-AJA0145902 | MRK-AJA0145903 | 3/28/2003 | Email from Dena Ramey to Douglas Watson Re: Proposed Changes to COX-2 CV Adjudication Guidelines |
| 1.1530 | MRK-ADW0024602 | MRK-ADW0024605 | 11/1/2001 | Email from Jim Dunn to Linda Coppola Re: New crop of arthritis drugs under safety cloud |
| 1.1531 | MRK-ADW0000142 | MRK-ADW0000144 | 9/14/2001 | Email from Jim Dunn to Wendy Dixon Re: Stand By Press Release: Merck Anticipates that VIOXX will Maintain Coxib Leadership and will Continue to Gain Market Share in the Fourth Quarter |
| 1.1532 | MRK-ADG0027616 | MRK-ADG0027616 | 11/1/2001 | Email from Thomas Cannell to Jim Dunn Re: Vioxx Share |
| 1.1533 | MRK-ACZ0038244 | MRK-ACZ0038248 | 2/8/2002 | Email from Reid Miller to Peter Alberti, et al., Re: Merck Shares Poised to Rebound in 2002" |
| 1.1534 | MRK-ABK0043450 | MRK-ABK0043489 | 10/15/2001 | Operations Review A&A Franchise Slides |
| 1.1535 | MRK-NJ0452644 | MRK-NJ0452644 | 3/9/2002 | Email from Alan Nies to Barry Gertz Re: RMC Options for CV outcomes trials |
| 1.1536 | MRK-NJ0453115 | MRK-NJ0453117 | 3/13/2002 | Email from Alise Reicin to Barry Gertz Re: RMC Options for CV outcomes trials |
| 1.1537 | MRK-ABA0028398 | MRK-ABA0028398 | 3/13/2002 | Email from Anna Esposito to Bridget Baird, et al., Re: Vioxx CV Outcomes Study |
| 1.1538 | MRK-NJ0453315 | MRK-NJ0453316 | 3/15/2002 | Memo from K. Grosser to A&A WBST Re: Outcomes/Assignments from the 3/14/02 A&A WBST Meeting |
| 1.1539 | MRK-NJ0453701 | MRK-NJ0453763 | 3/19/2002 | Email from Sandra Morris to Alise Reicin, et al., Re: HHPAC Draft Slides" |
| 1.1540 | MRK-NJ0453329 | MRK-NJ0453365 | | Evaluation of the Cardiovascular Profile of COX-2 Inhibitors in High Risk CV Patients - A Proposal for Two Surrogate Endpoint Studies |
| 1.1541 | MRK-NJ0449729 | MRK-NJ0449800 | 2/14/2002 | Biomarkers of CV Risk Potential Assessment of Coxib Trials |
| 1.1542 | MRK-NJ0207109 | MRK-NJ0207118 | 9/27/2001 | Memo from Linda Schaffer Re: Summary of the 9/4/01 RMC Meeting |
| 1.1543 | MRK-AAC0157528 | MRK-AAC0157528 | 10/26/2004 | Email from Garret FitzGerald to Barry Gertz Re: Merck Contracts |
| 1.1544 | MRK-AAC0157890 | MRK-AAC0157890 | 11/2/2004 | Email from Alise Reicine to Barry Gertz Re: Plaque Progression |
| 1.1545 | MRK-AAC0155868 | MRK-AAC0155868 | 9/27/2004 | Email from Richard Pasternak to Barry Gertz Re: BP |

### Dedrick v. Merck Co.
### Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1546 | MRK-NJ0189566 | MRK-NJ0189566 | 3/14/2000 | Email from Edward Scolnick to Barry Gertz Re: PGI-M data |
| 1.1547 | MRK-AAR0009964 | MRK-AAR0009994 | | Field Teleconferences Legally Approved slides as of 3/26: Vioxx GI Outcomes Study Teleconferences |
| 1.1548 | MRK-NJ0152945 | MRK-NJ0152945 | 3/27/2000 | Email from Barry Gertz to Garret FitzGerald Re: naproxen time point data |
| 1.1549 | MRK-NJ0153054 | MRK-NJ0153054 | 3/27/2000 | Email from Garret FitzGerald to Barry Gertz Re: naproxen time point data |
| 1.1550 | MRK-ABH0014141 | MRK-ABH0014192 | 6/8/1998 | Email from Suzanne Pemrick to Scott Korn, et al. Re: Minutes for May's MK-0966 (Vioxx) PT Meeting" |
| 1.1551 | MRK-NJ0144437 | MRK-NJ0144441 | | Dear Investigatior Letter |
| 1.1552 | MRK-AAC0139979 | MRK-AAC0139980 | 1/29/2004 | Email from Christopher Lines to Alise Reicin, et al., Re: Vioxx Protocol 078 Paper" |
| 1.1554 | MRK-ADK0000369 | | | Draft - MVX for Vioxx: Jo Jerman, Topic: Publication of VIGOR" |
| 1.1555 | MRK-ADK0004325 | MRK-ADK0004436 | 7/6/2000 | Handwritten notes of Jo Jerman |
| 1.1556 | MRK-ADK0001667 | MRK-ADK0001667 | 5/10/2001 | Email from Thomas Cannell to Mary Tilger, et al. Re: GI Risks Slim Jim" |
| 1.1557 | MRK-ADK0006220 | MRK-ADK0006251 | | Highlights of Celecoxib Cardiovascular Profile - Advisors' Conference Calls |
| 1.1558 | MRK-ADK0000986 | MRK-ADK0000992 | 4/28/2000 | J. Jerman / B. McMahon MVX to Field - 4/28 - Competitive Activities |
| 1.1559 | MRK-H.1.STM001202 | MRK-H.1.STM001218 | 4/27/2001 | MVX for Vioxx - Jo Jerman, Topic: Project A&A Xxceleration" |
| 1.1560 | MRK-ACI0012401 | MRK-ACI0012401 | 1/5/2001 | OML Distribution Template |
| 1.1561 | MRK-ACY0001212 | MRK-ACY0001212 | | Handwritten Notes of Ellen Westrick |
| 1.1562 | MRK-ACY0001882 | MRK-ACY0001885 | 10/2/2000 | Press Releases Excel Spreadsheet |
| 1.1563 | MRK-GUE0051593 | MRK-GUE0051642 | 2/9/1998 | Suzanne Pemrick: Executive Summary |
| 1.1564 | MRK-AAF0017702 | MRK-AAF0017703 | 5/5/2000 | FDA Form 2253, Submitted 5/5/00 - Transmittal of Advertisements and Promotional Labeling for Drugs and Biologics for Human Use" |
| 1.1565 | MRK-ADI0008013 | MRK-ADI0008014 | | VIGOR Public Affairs Activities Chart (DDW 2000) |
| 1.1566 | MRK-ACI0012382 | MRK-ACI0012419 | 1/5/2001 | Letter from Ellen Westrick to Spencer Salis Re: DDMAC correspondence of 12/12/00 |
| 1.1567 | MRK-ACY0000365 | | | Inquiry Checklist for Dr. Peter Holt |
| 1.1568 | MRK-ACJ0004568 | MRK-ACJ0004591 | 8/26/2002 | 2003 Profit Plan for Vioxx |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 1.1569 | MRK-NJ0188420 | MRK-NJ0188421 | 1/11/2002 | Email /Fax to Roberts, Cannell, Laux, Kasperzik, Ruef, Kornowski, Vignau, Reicin, Gartz, Lahner, Silverstein, Melin, Ritchie, Reavs, Wainwright, Weiner, Redmond, Stejbach, Jordan, Wamboid, Markle, Eisele, Ogden, Dunn, Lwicki from Fanelle re: heads up on L |
| 1.1570 | MRK-ADW0057100 | MRK-ADW0057101 | 9/28/2001 | Email from Dunn to Shaffer re: project offense; media reports, vioxx being pulled off market; vioxx extremely important to Merck." |
| 1.1571 | MRK-ADW0054047 | MRK-ADW0054079 | 1/11/2001 | Merck RBG Meetings, Who Wants to Be a Market Leader" Game by Jack Morton" |
| 1.1572 | MRK-ADW0037556 | MRK-ADW0037557 | 2/8/2001 | MVX for Vioxx by Tyrone Edwards to All Hospital Personnell Resonsible for Vioxx re: FDA Advisory Committee Meetings; Sales reps were told that Naproxen is the explanation for Vigor. |
| 1.1573 | MRK-ADW0024614 | MRK-ADW0024614 | 11/2/2001 | Email from Dunn to Brady re: Project Offense 1. New Data; 2. New Obstacles; 3. Memorize Answers; "I feel like I'm Selling Again". " |
| 1.1574 | MRK-ADW0022481 | MRK-ADW0022483 | 9/12/2001 | Memo from French to Vioxx Team attaching 2 page fax from Dunn re: pharmacist's letter dated 09/01 advocates more reasonable use of Vioxx. |
| 1.1575 | MRK-ADW0021924 | MRK-ADW0021928 | | Bulletin for Vioxx re: Label Change for Vioxx GI Outcomes Research Study and RA Indication: Obstacle Responses and Vigor Backgrounder; How to avoid answering/Change the subject. |
| 1.1576 | MRK-ADW0007181 | MRK-ADW0007665 | 6/11/1999 | JCJ: In It to Win It Minute - Field Incentive Plan for Vioxx; Caribbean cruise, $2,000.00 bonus " |
| 1.1577 | MRK-ADG0002386 | MRK-ADG0002386 | 8/23/2001 | Email from Robinson to Dunn, Lindstrom, Cannell, Krahe, Herrera, Randall re: WE RBG CFT Feedback/Needs on JAMA Article; has raised CV warning issue for Vioxx, Managed Heath Care is concerned, Kaiser is recommending doctors don't use vioxx until safety is |
| 1.1578 | MRK-EAD0001697 | MRK-EAD0001698 | 5/24/2000 | Voice Mail Message from Marty Carroll toSales Reps re: "Press will consider results of Vigor in a Very Positive Light", MI rates are not statistically significant", "Are you as excited as I am?", "Help Doctors conclude {sales reps} are the most credible s |
| 1.1579 | MRK-AJF0000697 | MRK-AJF0000697 | 8/2/2001 | Email from Ryan to Carroll re: reduction of PI's (patient inserts) on Vioxx package will save $500,000.00 this year and 3.8 million the next." |
| 1.1580 | MRK-AJF0000460 | MRK-AJF0000462 | 7/19/2001 | Memo from Koerth to Sales Council cc: Beauchard re: Sales Council for Primary Care re: Core Messages; Carroll is member. |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 1.1581 | MRK-AJF0000237 | MRK-AJF0000241 | | Key Competitive Share Trend: Ridgewood; Key Message for Vioxx- Passion and belief in Vioxx, Obstacle in handling for questions re: CV risk, CV card data " |
| 1.1582 | MRK-AJF0000235 | MRK-AJF0000241 | 6/20/2001 | Email to Carroll from Hinckley re: 4 main components of Vioxx message. Nothing regarding CV risk. Subject: FYI and Notes for Vioxx meeting. |
| 1.1583 | MRK-ABI0016540 | MRK-ABI0016540 | 7/9/2001 | Email from Carroll to Anstice, Dixon, Beachard re: Merck is in for fight of their lives for Vioxx. Subject: Vioxx Recall. |
| 1.1584 | MRK-NJ0260083 | MRK-NJ0260087 | 10/20/1997 | Memo from Briggs Morrison to Beth Seidenberg, et al. re: 023 data" |
| 1.1585 | MRK-ABY0199805 | MRK-ABY0199808 | 12/4/1997 | Memo from Doug Watson to Distribution re: COX-2 Cardiovascular AE Task Force 12/3/97 Teleconference Minutes |
| 1.1586 | MRK-AGT0003181 | MRK-AGT0003195 | | Preliminary Safety Data from Protocol 068, Part II (VIOXX RA dose-ranging study: 44-week continuation period)" |
| 1.1587 | MRK-99420007643 | MRK-99420007647 | | Osteoarthritis of the Knee or Hip (Protocol 040) |
| 1.1588 | MRK-AEH0000806 | MRK-AEH0000811 | 3/16/1999 | Memo from Elizabeth Wong to Denis Riendeau re: Rabbit Aorta Prostacyclin Study |
| 1.1589 | MRK-AFI0109360 | MRK-AFI0109362 | 3/11/2001 | Winter Eicosanoid Conference 2001 Summary |
| 1.1590 | MRK-AHR0037447 | MRK-AHR0037476 | 2/13/2002 | CSR Synopsis for Protocol 096 |
| 1.1591 | MRK-NJ0128190 | MRK-NJ0128190 | 10/9/2001 | E-mail from Ken Truitt to Greg Geba, et al. re: Confirmation of ASA User Status for Event Cases in Protocol 090" |
| 1.1592 | MRK-AHR0095395 | MRK-AHR0095395 | 10/10/2001 | E-mail from Carol Skalky to David Chang and Ken Truitt re: Confirmation of ASA User Status for Event Cases in Protocol 090 |
| 1.1593 | MRK-ACV0021006 | MRK-ACV0021008 | 5/5/2000 | Memo from Linda Hostelley and Jack Leitmeyer to Eliav Barr; subject: Reference Memo: Unblinding of ADVANTAGE-Protocol 102 |
| 1.1594 | | | | Dr. Sandra Kweder Video Clips and Transcript |
| 1.1595 | OATES-000882 | OATES-000886 | 10/31/2003 | E-mail from Todd Shinohara to Suzanne Swan, et al. re: Selected 2003 Abstracts from the American College of Rheumatology" |
| 1.1596 | | | 10/17/2005 | Press Release from European Medicines Agency "European Medicines Agency Update on Non-Selective NSAIDs" |
| 1.1597 | | | 10/17/2005 | Press Office of European Medicines Agency "Key Elements for the Summaries of Product Characteristics of Non-Selective NSAIDs Adopted by the CHMP During Its Meeting in October 2005" |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1598 | MRK-ABA0011008 | MRK-ABA0011016 | | Potential Preclinical Studies on ASA/Coxib Interactions |
| 1.1599 | MRK-NJ0199461 | MRK-NJ0199462 | 7/25/2001 | E-mail from Karen Grosser to Wendy Dixon re: African Green Monkey Publication Plans |
| 1.1600 | MRK-ACR0009012 | MRK-ACR0009013 | 2/2/2001 | E-mail from Edward Scolnick to Douglas Greene re: Rhesus Study |
| 1.1601 | MRK-ABS0216671 | MRK-ABS0216873 | | APPROVe Clinical Study Agreement |
| 1.1602 | MRK-NJ0197932 | MRK-NJ0197932 | 7/8/2001 | Email from Briggs Morrison to Rhoda Sperling et al., Re: outline of CV safety review article " |
| 1.1603 | MRK-NJ0198145 | MRK-NJ0198157 | 7/11/2001 | Email from Briggs Morrison to Barry Gerts Re: African green monkey in CV Review article |
| 1.1604 | MRK-NJ0198494 | MRK-NJ0198497 | 7/16/2001 | Email from Robert Gould to Wendy Dixon, et al., Re: African green monkey in CV Review article" |
| 1.1605 | MRK-ABY0001304 | MRK-ABY0001305 | 7/25/2001 | Memo from A. Kostek to Distribution Re: VIOXX Publications Task Force (MRL & Marketing)- Summary and Assignments from 07/19/01 Meeting |
| 1.1606 | MRK-AFI0118647 | MRK-AFI0118647 | 5/15/2001 | Email from Angela Bell to Susan Baumgartner Re: Commnets on AGM Abstract |
| 1.1607 | MRK-NJ0153110 | MRK-NJ0153111 | 5/15/2000 | Email from Denis Riendeau to Mervyn Turner, et al., Re: Update on VIOXX studies at West Point" |
| 1.1608 | MRK-NJ0195100 | MRK-NJ0195100 | 6/7/2001 | Email from Alise Reicin from Barry Gertz Re: For Immediate Release |
| 1.1609 | MRK-ACR0011964 | MRK-ACR0011964 | 12/16/2000 | Email from Ned Braunstein to Douglas Greene Re: VIGOR background package |
| 1.1610 | | | | Public Health Advisory Non-Steroidal Anti-Inflammatory Drug Products (NSAIDS) |
| 1.1611 | MRK-ABY0030147 | MRK-ABY0030148 | 10/1/2001 | Email from Douglas Watson to Harry Guess Re: VIOXX cohort study |
| 1.1612 | MRK-NJ0195130 | MRK-NJ0195142 | 6/8/2001 | Email from Alise Reicin to Art Kaufman, et al., Re: URGENT REVIEW PLEASE: REVISED CV META ANALYSIS PRESS RELEASE" |
| 1.1614 | | | | Briefing Package for NDA 21-389 ETORICOXIB |
| 1.1615 | MRK-ACO0075897 | MRK-ACO0075897 | 8/4/2003 | Email from Alise Reicin to Thomas Bold et al., Re: MI Risk-short term use of rofecoxib" |
| 1.1616 | MRK-ADG0013453 | MRK-ADG0013457 | 3/7/2001 | Memo from Ann Wawczak et al., to Pete Bonacum et al., Re: Addition to the Line: VIOXX Alternate Image Tablets" |
| 1.1617 | MRK-NJ0236902 | MRK-NJ0236941 | | Clinical Adverse Experiences (Protocol 121) |
| 1.1618 | MRK-GUE0003399 | MRK-GUE0003399 | 3/10/2000 | E-mail from Reicin to Shapiro, et al. re: VIGOR (CV Events are clearly there)" |
| 1.1619 | MRK-GUE0002845 | MRK-GUE0002845 | 1/9/2000 | E-mail from Michael Gresser to Erich Elliot re: Stroke Outcomes |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1620 | MRK-GUE0035174 | MRK-GUE0035175 | 10/4/1999 | Letter from Dr. Michael Weinblett to Shapiro re: Data Safety & Monitoring Board Interim Analysis of VIGOR-Unblinded Minutes 10/4/99 |
| 1.1621 | MRK-NJ0243152 | MRK-NJ0243196 | | VIGOR Confidentiality Agreements |
| 1.1622 | MRK-ABS0295981 | MRK-ABS0295981 | | VIGOR Confidentiality Agreements |
| 1.1623 | MRK-ABS0198712 | MRK-ABS0198712 | | VIGOR Confidentiality Agreements |
| 1.1624 | MRK-ACF0002615 | MRK-ACF0002615 | | VIGOR Confidentiality Agreements |
| 1.1625 | MRK-NJ0243241 | MRK-NJ0243241 | 1/8/1999 | Consultant Agreement Letter Between Dr. Jeffrey Probstfield and Merck for VIGOR |
| 1.1626 | MRK-NJ0070711 | MRK-NJ0070712 | 4/15/1999 | Consultant Agreement Letter Between Dr. Michael Weinblatt and Merck for VIGOR |
| 1.1627 | DJB 04121 | DJB 04131 | 2/8/1999 | Consultant Agreement Letter Between Dr. David Bjorkman and Merck for VIGOR |
| 1.1628 | MRK-NJ0070697 | MRK-NJ0070698 | 4/15/1999 | Consultant Agreement Letter Between Dr. David Bjorkman and Merck for VIGOR |
| 1.1629 | MRK-NJ0244639 | MRK-NJ0244640 | 2/8/1998 | Consultant Agreement Letter Between Dr. Loren Laine and Merck for VIGOR |
| 1.1630 | MRK-NJ0244641 | MRK-NJ0244641 | 2/3/1999 | Consultant Agreement Letter Between Dr. Betty Schryver and Merck for VIGOR |
| 1.1638 | | | | Public Health Advisory Non-Steroidal Anti-Inflammatory Drug Products (NSAIDS) |
| 1.1641 | MRK-ABA0000250 | MRK-ABA0000255 | 2/6/2001 | African Green Monkey Thrombosis Model |
| 1.1643 | | | | Briefing Package for NDA 21-389 ETORICOXIB |
| 1.1647 | MRK-18940096438 | MRK-18940096445 | | Protocol 145 (VICTOR) Memo |
| 1.1648 | MRK-NJ0070398 | MRK-NJ0070416 | | Memo from Shapiro Re: VIGOR post mortem |
| 1.1649 | MRK-NJ0072954 | MRK-NJ0072963 | 5/29/2001 | Memo from Shapiro to Silverman Re: VIGOR CV Hazard Rate Analysis |
| 1.1650 | MRK-NJ0168797 | MRK-NJ0168806 | 9/27/2001 | Memo from Chris Brett & Ken Truitt to RMC Members et al., Re: Confirmed Serious Thromboelic Events over time in VIGOR " |
| 1.1651 | MRK-NJ0439354 | MRK-NJ0439354 | 12/19/2001 | Email from Francesca Lawson to Barry Gertz Re: Protocol 158 |
| 1.1652 | MRK-AAK0001042 | MRK-0001058 | 1/28/2003 | Patent |
| 1.1653 | MRK-AAK000820 | MRK-AAK000837 | 10/24/2000 | Patent |
| 1.1654 | MRK-NJ0000874 | MRK-NJ0000874 | | Section V Items E,F,H,I,J,K" |
| 1.1655 | MRK-NJ0000846 | MRK-NJ0000861 | 9/4/1996 | MK-966 Project Team Meeting |
| 1.1656 | MRK-NJ0000895 | MRK-NJ0000914 | 9/27/1996 | Memo from Teri Randall to MK-966 (Cox-2) Project Team Meeting |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 1.1657 | MRK-AFO0284643 | MRK-AFO0284666 | 11/18/2004 | APPROVe DRAFT --Cardiovascular Events Associated with Rofecoxib - Results from a 3-Year Randomized Trial to Prevent Recurrence of Colorectal Adenomas |
| 1.1658 | MRK-AHC0025599 | MRK-AHC0025629 | 1/13/2005 | Ingenix DRAFT (RSB)--Cardiovascular Events Associated with Rofecoxib - Results from a 3-Year Randomized Trial to Prevent Recurrence of Colorectal Adenomas |
| 1.1659 | MRK-AHD0075708 | MRK-AHD0075711 | 2/1/2005 | Email from Christopher Lines to Marvin Konstam Re: APPROVe Paper |
| 1.1660 | MRK-AFK0178908 | MRK-AFK0178918 | 1/14/2005 | Coxib ACM Consultants Meeting |
| 1.1661 | MRK-AGZ0015747 | MRK-AGZ0015747 | | Wall Street Journal-"Vioxx Study Sees Heart Attack Risk" |
| 1.1662 | MRK-ABT0015949 | MRK-ABT0015952 | 4/3/2002 | Letter to Lee Simmons et al., from Robert Silverman Re: NDA 21-052/S-004:VIOXX" |
| 1.1663 | MRK-AAF0003041 | MRK-AAF0003043 | 9/29/2000 | Letter to Central Document Room from Robert Silverman Re: NDA 21-052: VIOXX Special Supplemental Changes Being Effected |
| 1.1664 | MRK-AAF0003860 | MRK-AAF0003861 | 4/5/2001 | Letter to Jonca Bull et al., from Robert Silverman Re: NDA 21-052: VIOXX Special Supplemental Changes Being Effected " |
| 1.1665 | MRK-AAF0004263 | MRK-AAF0004265 | 10/2/2001 | Letter to Jonca Bull et al., from Robert Silverman Re: NDA 21-052: VIOXX Special Supplemental Changes Being Effected " |
| 1.1670 | MRK-ACR0016181 | MRK-ACR0016182 | 11/26/2001 | Email from Steven Nichtberger to Douglas Green Re: Three Items |
| 1.1671 | | | 5/18/2000 | Cover Letter to Dr. Robert Utiger, Deputy Editor of NEJM from Dr. Claire Bombardier Enclosing Manuscript (Curfman Deposition Exhibit #9) |
| 1.1672 | | | | Manuscript Submitted to NEJM of "Comparison of Rofecoxib , A Highly Selective-Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events:  The VIGOR Trial" (Curfman Deposition Exh |
| 1.1673 | | | 8/20/2000 | Letter to Dr. Robert Steinbrook, Deputy Editor of NEJM from Dr. Claire Bombardier Regarding Changes to Manuscript (Curman Deposition Exhibit #12) |
| 1.1674 | | | | Floppy Disc given to NEJM with Draft Manuscripts and Final Manuscript (Curfman Deposition Exhibit #13) |
| 1.1675 | | | | Hard Copy of Contents of Floppy Disc Submitted to NEJM (Curfman Deposition Exhibit#14) |
| 1.1676 | | | | Screen Print of Page 16 of Manuscript with Notes of Deleted Items (Curfman Deposition Exhibit #15) |