# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1677 | | | | Screen Print of Page 16 of Manuscript with Notes of Deleted Items (Curfman Deposition Exhibit #16) |
| 1.1681 | 2000 NEJM 000050 | 2000 NEJM 000050 | 8/30/2000 | Letter from Dr. Claire Bombardier to Dr. Robert Steinbrook Regarding Additional Changes to Manuscript (Curfman Deposition Exhibit #21) |
| 1.1686 | MRK-NJ0274249 | MRK-NJ0274249 | | Page C-27, Figure C-2 of Comparison of Rofecoxib, A Highly Selective-Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial" (Curfman Deposition Exhibit #27 |
| 1.1689 | 2005 NEJM 000319 | 2005 NEJM 000350 | | Manuscript of "Cardiovascular Events Associated with Rofecoxib in a Three-Year Randomized Colorectal Adenoma Chemoprevention Trial" with Notes of Deleted Notes and Edits (Curfman Deposition Exhibit #30) |
| 1.1691 | MRK-AFV0399485 | MRK-AFV0399488 | 2/9/2005 | Email from Hui Quan to Christopher Lines, et al. RE: APPROVe-Urgent (Curfman Deposition Exhibit #34) |
| 1.1692 | MRK-AFV0403096 | MRK-AFV0403096 | 2/9/2005 | Email from Ned Braustein to Janet Van Adelsberg Re: DO NOT FORWARD. NEJM Letter on APPROVe Study (Curfman Deposition Exhibit #35) |
| 1.1695 | | | | The New England Journal of Medicine Author Center, FAQ Page (Curfman Deposition Exhibit #44)" |
| 1.1696 | TOPOLE 0000450 | TOPOLE 0000450 | | Email from Dr. David Graham to Dr. Eric Topol re: Senate Hearings (Topol Deposition Exhibit #2) |
| 1.1697 | MRK-AAZ0001561 | MRK-AAZ0001593 | | Email from Alise Reicin to Laura Demopoulos re: JAMA Manuscript with Manuscript attached (Topol Deposition Exhibit #6) |
| 1.1698 | EJT 000211 | EJT 000248 | | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database with Eric Topol's Notes (Topol Deposition Exhibit #44A)" |
| 1.1699 | MRK-AIZ0004029 | MRK-AIZ0004073 | 12/16/1998 | 1999 Profit Plan Review |
| 1.1700 | MRK-AAO0000181 | MRK-AAO0000213 | 8/25/2003 | 2004 Profit Plan for Vioxx |
| 1.1701 | | | 3/7/2005 | Summary Minutes from Joint Meeting of the Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee held on February 16-18 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1702 | MRK-ABI0003662 | MRK-ABI0003679 | 4/4/2001 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice (Anstice Deposition Exhibit #130) |
| 1.1703 | TOPOLE0000469 | TOPOLE0000469 | | Topol Handwritten Notes - Knowledge, what/when (Topol Deposition Exhibit #22)" |
| 1.1704 | TOPOLE0000504 | TOPOLE0000504 | | Compelling Evidence of Merck Knowledge of Serious Risk, Topol Handwritten Notes (Topol Deposition Exhibit #23)" |
| 1.1705 | TOPOLE0000463 | TOPOLE0000463 | | Dr. Topol's Handwritten Notes (Topol Deposition Exhibit #24) |
| 1.1706 | MRK-ABW0000243; MRK-ADB0009039; ACZO072955 | MRK-ABW0000248; MRK-ADB0009043; ACZO072956 | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies (Topol Deposition Exhibit #25) |
| 1.1707 | TOPOLE0000465 | TOPOLE0000465 | | Preliminary Questions - 60 Minutes (Topol Deposition Exhibit #26) |
| 1.1708 | | | | Department of Health and Human Services FDA Center for Drug Evaluation and Research Arthritis Advisory Committee NDA#21-042/S007 (Topol Deposition Exhibit #30) |
| 1.1709 | MRK-AAZ0001594 | MRK-AAZ0001594 | | Email String re: COX-2 Inhibitors in ACS Enclosing Bhatt and Topol's Paper (Topol Deposition Exhibit #31) |
| 1.1710 | MRK-ABA0003235 | MRK-ABA0003244 | | Paper Entitled "Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation" by Dr. Deepak L. Bhatt and Dr. Eric Topol (Topol Deposition Exhibit #32)" |
| 1.1711 | MRK-AF10800014 | MRK-AF10800016 | | Merck Year-End Employee Input Form - Susan Baumgartner 2001 (Ex 1 Baumgartner Deposition 2/25/05) |
| 1.1712 | | | | "Merriam Webster Online" Neutralize (Ex 3 Baumgartner Deposition 2/25/05)" |
| 1.1713 | MRK-AF10193472 | MRK-1F10193473 | 1/29/2001 | Email - To Baumgartner; From Phelan; cc: Bazmi, et al. -  Re: Medical School Grant Application (Ex 13 Baumgartner Deposition 2/25/05)" |
| 1.1714 | MRK-AF10043312 | MRK-AF10043313 | 4/19/1999 | Email - To Baumgartner; From Yarbrough; Re: Healthsouth Programs [Ex 14 Baumgartner Deposition 2/25/05) |
| 1.1715 | MRKAF10044326 | MRK-AF10044327 | 7/9/1999 | Email - To Baumgartner, Mckines, Bourdow & Reiss; From Niekelski; Re: Healthsouth American Sports Medicine Institute/Jim Andrews [Ex 15 Baumgartner Deposition 2/25/05]" |
| 1.1716 | | | | Curriculum Vitae of Susan Lynn Baumgartner - Merck & Company, Inc [Ex 17 Baumgartner Deposition 2/25/05]" |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1717 | MRK-AFI0044563 | MRK-AFI0044662 | 7/23/1999 | Email - To Sherrin Johnson; From Baumgartner; cc: Yarbrough; Re: Physicians to Neutralize [Ex 21 Baumgartner Deposition 2/25/05] |
| 1.1718 | MRK-AFI0044569 | MRK-AFI0044569 | 7/23/1999 | Email- cover to list, To Sherrin Johnson; From Baumgartner; cc: Yarbrough; Re: Physicians to Neutralize (Ex 25 Baumgartner Deposition 2/25/05)" |
| 1.1719 | MRK-AFI0025789 | MRK-AFI0025791 | | Handwritten Notes re Meloxicam Symposium [Ex 30 Baumgartner Deposition 2/25/05] |
| 1.1720 | MRK-AFI0201446 | MRK-AFI0201446 | 8/11/1999 | E-mail to Leonard Mendez Re: Update: Physicians to Neutralize [Ex 37 Baumgartner Deposition 3/11/05] |
| 1.1721 | MRK-AFI0185889 | MRK-AFI0185892 | 9/6/2000 | E-mail to Bruce Lesser from Michael Petro cc Baumgartner, re: AHA Meeting , meeting with Bert Pitt $$$ Searle [Ex 38 Baumgartner Deposition 3/11/05]" |
| 1.1722 | MRK-AFI0203170 | MRK-AFI0203172 | 10/3/2000 | Document titled Loren Laine VNC: October 3-5, 2000 [Ex 40 Baumgartner Deposition 3/11/05] |
| 1.1723 | MRK-AFI0201348 | MRK-AFI0201365 | | Managed Care Advocate Development Tactical Plan: A&A Franchise [Ex 41 Baumgartner Deposition 3/11/05] |
| 1.1724 | MRK-AFI0234422 | MRK-AFI0234422 | | Document titled Motivated by Opportunity [Ex 45 Baumgartner Deposition 3/11/05] |
| 1.1725 | MRK-ADF0003422 | MRK-ADF0003423 | 9/25/2001 | Health Science Communications to Baumgartner, List of Service fees for a review manuscript for cardiology audience; for Submission December 2001; Scope: from manuscript development to journal submission [Ex 47 Baumgartner Deposition 3/11/05]" |
| 1.1726 | MRK-ADF0003424 | MRK-ADF0003424 | | Health Science Communications to Baumgartner, List of Service fees for a review manuscript for nephrology audience; for Submission December 2001; Scope: from manuscript development to journal submission [Ex 48 Baumgartner Deposition 3/11/05]" |
| 1.1727 | MRK-ADF0003428 | MRK-ADF0003429 | 9/25/2001 | Health Science Communications to Baumgartner, List of Service fees for a review manuscript for primary care audience; for Submission December 2001; Scope: from manuscript development to journal submission [Ex 49 Baumgartner Deposition 3/11/05]" |
| 1.1728 | MRK-AFI0069145; MRK-AFI0015467 | MRK-AFI0069146; MRK-AFI0069476 | 5/1/2001 | Draft Letter regarding ongoing Consultant Arrangement for services 5/1/2001 to 4/30/2002.[Ex 56 Baumgartner Deposition 3/11/05] |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1729 | | | 5/4/2004 | Includes Mention of Cannuscio 'Relationship Between Selective Cyclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults by Daniel Solomon, et al., Circulation, Pg. 2068-2073 [Ex 7 Cannuscio depo 10/08/04]" |
| 1.1729a | | | 2/5/2004 | Selective Cyclooxygenase - 2 Inhibitors and acute myocardial infarction in adults by Daniel Solomon, et al. pg 2068-2073 |
| 1.1730 | MRK-ACT0003274 | MRK-ACT0003275 | 1/9/2002 | Memo to Cannuscio from Dan Solomon Re: Cox-2 and MI Project Proposed Milestones [Ex9 Cannuscio Deposition 10/08/04] |
| 1.1731 | MRK-ACT0005692 | MRK-ACT0005699 | | Study Agreement with Brigham & Women's Hospital for Research entitled "Cox-2 Inhibitors, Traditional NSAIDs, and Myocardial Infarction in Patients With and Without Rheumatoid Arthritis: An Epidemiologic Analysis" [Ex12 Cannuscio Deposition 10/08/04]" |
| 1.1732 | MRK-ACT0002525 | MRK-ACT0002525 | 11/17/2001 | Email to Cannuscio From Doug Watson Sub: Addtl First Call Notes and ACR; states that rheumatologists are still using Vioxx [Ex 17 Cannuscio Deposition 10/08/04] |
| 1.1733 | MRK-ABR0007553 | MRK-ABR0007559 | | Sherwood "Dear Doctor" Correction Letter with attached Label -November 2001 [Ex 20 Cannuscio Deposition 10/08/04]" |
| 1.1734a | | | | "Drug Regulations: The Essentials, Medical Background" Merck Resource Document not to be used for detailing (Ex. 1 Blake depo 11/29/2005) |
| 1.1735 | MRK-ACW0800000 | MRK-ACW0800030 | | Merck Performance Review Form, Mary Elizabeth Basaman, (Blake) [Ex 2 Blake Deposition 11/29/05]" |
| 1.1736 | MRK-ACI0007897 | MRK-ACI0007898 | 5/1/2000 | Press Release, 5/1/00, Merck Confirms Favorable CardiovascularSafety Profile of Vioxx: Draft [Ex 26 Blake Deposition 11/29/05]" |
| 1.1737 | | | 5/24/2000 | Dear Doctor: Letter, 5/24/00, regarding VIGOR [Ex 34 Blake Deposition 11/29/05]" |
| 1.1738 | | | | Video "Merck Confirms Favorable Safety Profile of Vioxx" TV Newsfeed" |
| 1.1739 | MRK-GUE0009557 | MRK-GUE0009558 | 8/22/2000 | Letter to Robert Steinbrook from Claire Bombardier re Manuscript 00-1401; Re-re-re-revised revision, choke" |
| 1.1740 | MRK-ADO105704 | MRK-ADO105705 | | VIGOR article reprint orders placed in 2002 by Gail Dodd - Merck and Company Inc. (June and September 2002) |
| 1.1741 | MRK-AHN0018228 | MRK-AHN0018237 | 3/1/2001 | Reprint Review- Web Based Training Storyboards |
| 1.1742 | | | 2/16/2005 | Joint Meeting of the Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1743 | | | 2/17/2005 | Joint Meeting of the Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee |
| 1.1745 | MRK-AAL0000034 | MRK-AAL0000034 | | Organizational Chart of Merck |
| 1.1746 | MRK-AAL0000068 | MRK-AAL0000068 | | Organization Chart of DWA Management Team |
| 1.1747 | MRK-AFS0002209 | MRK-AFS0002210 | 1/21/2002 | Email exchange Leonard Oppenheimer and Steven Snapinn, Sub: CRRC Comments, notes on VALOR protocol, re: stopping points for CV safety concerns" |
| 1.1748 | MRK-AFS0004269 | MRK-AFS0004272 | 5/9/2000 | Memo by Raymond Bain, Unblinding of MK-0966 Protocols 078 and 091; summary of serious cv events reported in unblinded trials 5/2000" |
| 1.1749 | MRK-AFS0004273 | MRK-AFS0004274 | 3/28/2000 | Cardiovascular AE Summary for MK-0966 Protocols 078 and 091; author Frank Liu; cv event summary removed to minimize impact of the CV AE analysis on the ongoing study |
| 1.1750 | MRK-AJM0000056 | MRK-AJM0000063 | 10/1/2001 | Letter from Anstice to Abrams at FDA re:NDA No 21-042 Vioxx Rofecoxib Tablets/ MACMIS ID 9456; Merck response to FDA Warning letter that Merck press release misrepresented cv risk for Vioxx |
| 1.1751 | TOPOLE0000313 | TOPOLE0000313 | 10/22/2004 | Email exchange Eric Topol, Gregory Curfman Sub: VIGOR Bombardier et al, Re: discrepencies in the VIGOR NEJM Article" |
| 1.1752 | TOPOLE0000304 | TOPOLE0000309 | | "Vioxx Vanished" handwritten note says oped@nytimes.com " |
| 1.1753 | TOPOLE0000316 | TOPOLE0000316 | 11/12/2004 | Email Topol and Marlene Goormastic Sub: one other comparison; RR of 090 plus VIGOR |
| 1.1754 | MRK-ADK0000374 | MRK-ADK0000377 | | JCJ/BM MVX Offense Week of July 24 with handwritten notes |
| 1.1755 | MRK-ADK0000878 | MRK-ADK0000883 | 3/27/2000 | Bulletin for Vioxx: Vioxx Gastrointestinal Outcomes Research Study |
| 1.1756 | MRK-ADK0001640 | MRK-ADK0001641 | 8/24/2001 | Email from Thomas Cannell to Mary Tilger, et al. re: Quick Reference: Quite a Week" |
| 1.1757 | MRK-ADK0002208 | MRK-ADK0002210 | | "Dash for the Cash" Sales Rep/Sales Manager Incentive Program" |
| 1.1758 | MRK-ADK0005608 | MRK-ADK0005608 | 10/29/2001 | Email from James Palmer to Jo Jerman re: "Vioxx Local Newspaper Add" |
| 1.1759 | TOPOLE0000334 | TOPOLE0000335 | 11/1/2004 | Email Targum Re: Study 090; requests information on 090 and raised question of why it was not published |
| 1.1760 | TOPOLE0000452 | TOPOLE0000452 | 2/5/2002 | Letter to Topol from Robert Temple re: naproxen theory |
| 1.1761 | TOPOLE0000456 | TOPOLE0000457 | 1/7/2002 | Letter to Robert Temple from Topol re: Naproxen theory and risk to high risk patients |
| 1.1762 | TOPOLE0000486 | TOPOLE0000486 | | Major Inaccuracies in Senate Vioxx Hearings, Topol summary of ommissions and false statements " |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1763 | NISSENS0000402 | NISSENS0000424 | | Presentation: Mechanism Based Adverse Cardiovascular Events and Specific Inhibitors of Cox-2, Garret Fitzgerald" |
| 1.1764 | FDACDER022667 | FDACDER022668 | 9/22/2004 | Updated Discussion on ODE Issues and Manuscripts, Dr. David Graham re Kaiser Vioxx Study" |
| 1.1765 | FDACDER022669 | FDACDER022670 | 9/24/2004 | Weekly Meeting with Dave Notes, Dr. David Graham" |
| 1.1766 | FDACDER006077 | FDACDER006077 | 9/24/2004 | Weekly Meeting with Dave Notes, Dr. David Graham includes 2 paragraphs not shown in FDACDER022669" |
| 1.1767 | MRK-AKL0000671 | MRK-AKL0000743 | 12/8/2000 | HALO-Objectives and Conclusions 7/10 physicians Celebrex over Vioxx |
| 1.1768 | MRK-AKL0002223 | MRK-AKL0002225 | 4/24/2002 | Cox-2-044 Bulletin for Vioxx, New RA Hypertension PIR ; Merck's Protocol for answering physician questions re CV and Renovascular profile of vioxx" |
| 1.1769 | MRK-AKL0002226 | MRK-AKL0002229 | 4/24/2002 | Cox-2-044 Bulletin for Vioxx, New RA Hypertension Obstacle Response" |
| 1.1770 | MRK-AKL0002400 | MRK-AKL0002404 | 6/5/2002 | Cox-2-056 Bulletin for Vioxx, Press Response British Medical Journal, Express Scripts (Cost Effectiveness) Obstacle Response" |
| 1.1771 | MRK-ACB0002080 | MRK-ACB0002081 | 3/8/2000 | Email Chris Posner/ Carrie Burdow Sub: A&A Tracking data to address balance concern (Vigor label) |
| 1.1772 | MRK-ACB0018765 | MRK-ACB0018776 | 4/23/2002 | Patient Script . Dear Doctor-Recent DDMAC Correspondence for VIGOR/RA |
| 1.1773 | MRK-AJA0004061 | MRK-AJA0004061 | 3/13/2002 | Handwritten notes for management committee - Suspension of VALOR- edema arthritis |
| 1.1774 | MRK-AFQ0010863 | MRK-AFQ0010867 | 5/31/2004 | Email Walter Straus, Santanello, Alexander Nikas, Patricia Saddier Sub: HAS Epi Slides; Merck's statement re removal scientist's name as an author Solomon article" |
| 1.1775 | MRK-AFQ0011381 | MRK-AFQ0011382 | 5/3/2004 | Email Reicin to Santanello, Blake sub: An article from Circulation (http://circ.ahajournals.org/), response to WSJ about removal Cannuscio name" |
| 1.1776 | MRK-AAZ0003351 | MRK-AAZ0003351 | 11/21/2001 | Email Demopolous to Scolnick Sub: CV study design; naproxen cannot be presumed to be aspriin substitute |
| 1.1777 | MRK-ABL0000095 | MRK-ABL00000101 | 7/1/1997 | MK-0966 stage Review/ Factors influencing resource needs, pre-launch slide show" |
| 1.1778 | MRK-AFQ00009926 | MRK-AFQ00009934 | 5/4/2003 | Email Doug Watson Sub: Important Confidential, Do not Distribute; Re Kimmel Tables Incident case-control study Cox-2 and MIs" |
| 1.1781 | MRK-ABW0800000 | MRK-ABW0800031 | | Merck Year-End Performance Review Form - Wendy Dixon 1996-2000 (Ex. 2 to Dixon depo 1/19/05) |
| 1.1782 | | | | Your Heart Matters, A Guide to Help Protect Your Heart (Ex. 3 to Dixon depo 1/19/05)" |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1783 | MRK-ABI0001779 | MRK-ABI0001786 | 8/26/1998 | Still Draft Memo from David Anstice to Wendy Dixon and Gerry Gallivan re: Resources Required to Ensure the Success of Vioxx in the U.S. (Ex. 4 to Dixon depo 1/19/05) |
| 1.1784 | MRK-ABI0001223 | MRK-ABI0001223 | 6/22/1998 | Email from Ed Scolnick to Ray Gilmartin et al. re: Vioxx strategy with Anstice's hand-written reply (Ex. 5 to Dixon depo 1/19/05) |
| 1.1785 | MRK-ABI0001952 | MRK-ABI0001953 | 5/1/2000 | Press Release: [Studies Confirm Vioxx Cardiovascular Safety Profile] (Ex. 6 to Dixon depo 1/19/05) |
| 1.1786 | MRK-ABI0001965 | MRK-ABI0001966 | | Article: Merck's VIGOR Trial Raises Further Issues Regarding the Safety of Vioxx (Ex. 8 to Dixon depo 1/19/05) |
| 1.1787 | MRK-ABI0001949 | MRK-ABI0001950 | 5/1/2000 | Email from Mary Elizabeth Basaman to Wendy Dixon et al. FW: Wall Street Journal Story (Ex. 9 to Dixon depo 1/19/05) |
| 1.1788 | MRK-ABW0011834 | MRK-ABW0011836 | 9/27/2001 | Email string from Wendy Dixon to Ed Scolnick RE: Dear Patient Letter (Ex. 14 to Dixon depo 1/19/05) |
| 1.1789 | MRK-ABW0011783 | MRK-ABW0011791 | 9/26/2001 | Email from Wendy Dixon to David Anstice FW: addtl. Warning letter media coverage (Ex. 15 to Dixon depo 1/19/05) |
| 1.1790 | MRK-ABW0011849 | MRK-ABW0011864 | | Vioxx Going on OFFENSE (Ex. 20 to Dixon depo 1/19/05) |
| 1.1791 | MRK-ABW0003071 | MRK-ABW0003151 | 10/19/2001 | Branchburg Review, Vioxx and Arcoxia Draft 3 - CFT )Ex. 22 to Dixon depo 1/19/05)" |
| 1.1792 | MRK-ABW0012985 | MRK-ABW0012988 | | Standby Questions & Answers (Ex. 24 to Dixon depo 1/19/05) |
| 1.1793 | MRK-ABI0002648 | MRK-ABI0002648 | | Handwritten note to Wendy (Ex. 32 to Dixon depo 1/20/05) |
| 1.1794 | | | | Publication of the Results of the "CLASS" study slides (Ex. 34 to Dixon depo 1/20/05)" |
| 1.1795 | MRK-ABW0010153 | MRK-ABW0010159 | | Summary Plan for 2002 (Ex. 35 to Dixon depo 1/20/05) |
| 1.1796 | MRK-ABI0001471 | MRK-ABI0001484 | 4/22/1998 | Vioxx Branding Research, HHMC (Ex. 41 to Dixon depo 2/18/05)" |
| 1.1797 | | | 11/15/1999 | Article in Employment Outlook entitled, "Teamwork, Multifunctional teams help companies cut through bureaucracy and unleash creativity to improve their bottom line." (Ex. 43 to Dixon depo 2/18/05)" |
| 1.1798 | MRK-ADI0012436 | MRK-ADI0012436 | 6/2/2000 | Memo from Public Affairs to Wendy Dixon et al. re: Coverage of VIGOR and CLASS at DDW (Ex. 56 to Dixon depo 8/5/05) |
| 1.1799 | LEH 0125437 | LEH 0125441 | 8/31/1999 | Obstacle Reponses for VIOXX |
| 1.1800 | | | 6/4/2002 | Vioxx International Patent Application |
| 1.1801 | | | 2/7/2002 | Vioxx Patent Information |
| 1.1802 | MRK-GUE0019150; MRK-GUE0019185 | MRK-GUE10019198 | | VIGOR Final Results |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1803 | MRK-GUE0035229 | MRK-GUE0035230 | 11/18/1999 | Dr. Michael Weinblatt Letter to Shapiro et al., Re: Interim Non-Endpoint Safety Analysis of VIGOR - Unblinded Minutes" |
| 1.1804 | LEH0027336 | LEH0027363 | 3/16/2000 | Letter from CJ Hawkey to Alise Reicin, Claire Bombardier, and Loren Laine" |
| 1.1805 | MRK-ACS0011848 | MRK-ACS0011859 | 9/30/2004 | Q&A Vioxx Voluntary Withdrawal Leader Communication Final |
| 1.1806 | MRK-ABRA0000005 | MRK-ABRA0000007 | 11/1/2001 | Dear Healthcare Provider Letter - Important Correction of Drug Information |
| 1.1807 | MRK-ABO0000246 | MRK-ABO0000247 | 11/1/2001 | Dear Healthcare Provider Letter - Important Correction of Drug Information DRAFT |
| 1.1808 | MRK-ABO0000248 | MRK-ABO0000249 | 11/1/2001 | Dear Healthcare Provider Letter - Important Correction of Drug Information DRAFT |
| 1.1809 | MRK-ABO0000166 | MRK-ABO0000167 | 11/1/2001 | Dear Healthcare Provider Letter - Important Correction of Drug Information |
| 1.1810 | MRK-ABO0000171 | MRK-ABO0000176 | 5/1/2001 | MedAd News Brand of the Year |
| 1.1811 | MRK-ABW0002095 | MRK-ABW0002097 | 11/12/2001 | Letter from Ronald Ahrens to Wendy Dixon re: Arthritis, Analgesia, and New Products" |
| 1.1812 | MRK-ABW0003742 | MRK-ABW0008657 | | Vioxx 2002 Profit Plan; |
| 1.1813 | MRK-ABW0008495 | MRK-ABW0008514 | 9/10/2001 | Cardiovascular and Renal Review, HHMC" |
| 1.1814 | MRK-ABW0011264 | MRK-ABW0011273 | | Publications Renal Safety |
| 1.1815 | | | 3/12/2002 | Memo from Maria Villalba to Lawrence Goldkind Re: Cardiovascular data in Alzheimer's Studies |
| 1.1816 | MRK-BAR0080602 | MRK-BAR0080685 | | Clinical Investigators Confidential Informational Brochure 9/28/94, Revised 4/24/97" |
| 1.1817 | MRK-ABW0002827 | MRK-ABW0002827 | 4/17/2001 | Email from Andreas Moan to Jeffrey Melin et al., re: Understanding the BP in our studies" |
| 1.1818 | MRK-ABW0002913 | MRK-ABW0002913 | 2/21/2001 | USA Today Article "Prescriptions Increase as Drugmakers Spend More on Ads" |
| 1.1819 | MRK-ABW0004641 | MRK-ABW0004641 | 10/5/2001 | Email from Alise Reicin to Wendy Dixon RE: Meta-Analysis Article |
| 1.1820 | MRK-ABW0009359 | MRK-ABW0009359 | | Table X - Summary of Cardiovascular Endpoints |
| 1.1821 | | | | Merck Vioxx Timeline - Key Dates for VIGOR and Long-Term, Placebo-Controlled Studies Implemented to Provide Cardiovascular Safety Data" |
| 1.1822 | | | | Merck Timelines of Epidemiological Studies Involving Vioxx and NSAIDs |
| 1.1823 | MRK-NJ0000246 | MRK-NJ0000247 | 1/7/1997 | MK-00966 COX-2 Project Team Minutes |
| 1.1824 | MRK-NJO035473 | MRK-NJO035476 | 9/14/2000 | Email from Errol McKinney to Keith Bousfield RE: Paul Emery-concerns about VIOXX following recent meeting in Finland |
| 1.1825 | MRK-ABA0012287 | MRK-ABA0012292 | 10/9/2001 | Email from Wayne Shaw to Peter DiBattiste RE: CV outcome total cost- still HIGH |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1826 | MRK-AFJ0002573 | MRK-AFJ0002573 | 3/5/2002 | Email from Alise Reicin to Peter Kim RE: More Diclofenac Data |
| 1.1827 | MRK-NJO197019 | MRK-NJO197028 | | Recommended Plan - Targeted A&A Leaders |
| 1.1828 | MRK-ABK0104367 | MRK-ABK0104369 | 8/28/2000 | Email from Alise Reicin to Lucine Beauchard et al. RE: ACR-2000 Master MEMO-Final |
| 1.1829 | MRK-AEV0028802 | MRK-AEV0028804 | 8/26/1999 | Memo from Karen Moore re: 3T Manager's Meeting Concerning Project Coffin Nail |
| 1.1830 | | | | FDA Labeling Requirements 2003 |
| 1.1831 | | | 1/24/2002 | Expert Advisory Committee on Pharmacovigilance - Minutes |
| 1.1832 | MRK-NJO265619 | MRK-NJO265619 | 1/31/2001 | Letter from Roy Castle to Robert Silverman |
| 1.1833 | MRK-ABI0003479 | MRK-ABI0003481 | 2/14/2001 | Results of Label Message Test for VIGOR |
| 1.1834 | MRK-ABI0001556 | MRK-ABI0001602 | 2/18/1998 | Attachment to Memo from David Anstice to Marty Carroll et al. RE: VIOXX (Anstice Depo Ex. 22) |
| 1.1835 | MRK-NJ0273594 | MRK-NJ0273594 | | Table I - Incidence Rate by Treatment |
| 1.1836 | MRK-AFE0000342 | MRK-AFE0000377 | 9/11/2000 | Email from Greg Bell to Kristin Sauers re: Slides |
| 1.1837 | MRK-AFE0000336 | MRK-AFE0000341 | 9/11/2000 | Email from Greg Bell to Kristin Sauers re: Slides |
| 1.1838 | MRK-GUE0051402 | MRK-GUE0051451 | 1/9/1998 | Email from Suzanne Pemrick re: Minutes for December's VIOXX (MK-0966) Project Team Minutes |
| 1.1839 | MRK-ABW0016557 | MRK-ABW0016565 | | Background Information for Discussion of Further Studies to Evaluate Cardiovascular Profile of Rofecoxib (Morrison Deposition Exhibit #39) |
| 1.1840 | MRK-NJ0033554 | MRK-NJ0033554 | | Letter from Unknown to Francesca (Morrison Deposition Exhibit #8) |
| 1.1841 | MRK-AEH0009025 | MRK-AEH0009093 | 7/10/1998 | Email from Suzanne Pemrick re: Minutes for June's MK-0966 (VIOXX) PT Meeting |
| 1.1842 | MRK-NJ0130074 | MRK-NJ0130077 | 2/11/2000 | Email from Deborah Shapiro to Ed Scolnick RE: Talk |
| 1.1844 | MRK-ABA0014165 | MRK-ABA0014165 | 11/21/2001 | Email from Laura Demopoulos to Peter DeBattiste RE: CV Study design |
| 1.1845 | MRK-NJ0120754 | MRK-NJ0120756 | 2/14/2000 | Email from Tom Capizzi to Deborah Shapiro RE: Anticipated CV events in a COX-2 megatrial |
| 1.1846 | MRK-ACZ0068204 | MRK-ACZ0068214 | 5/31/2000 | Email from Stephen Miller to Gregory Kylish, et al. Subject: VSTAAT - Early Effects of VIGOR Results |
| 1.1847 | MRK-ACZ0068319 | MRK-ACZ0068373 | 10/13/2000 | VSTAAT - August 2000 |
| 1.1848 | MRK-ACZ0068890 | MRK-ACZ0068890 | 2/28/2002 | ImpactRx Message Tracker Aided Message Recall |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1849 | MRK-ACZ0072931 | MRK-ACZ0072931 | 12/10/2001 | Email from Robert Rode to Thomas Cannell and Thomas Coppola RE: Review of VIOXX Positioning Statement for 2002 -- New Creative Campaign |
| 1.1850 | MRK-ACZ0075932 | MRK-ACZ0075934 | 8/21/2001 | Email from Rose Brown to Susan Baumgartner et al., FW: Update on expected JAMA Coverage" |
| 1.1851 | MRK-ACZ0094011 | MRK-ACZ0094011 | 9/13/2000 | Email from Rick Robert to Ann Bader et. Al., FW: Review of CLASS Paper" |
| 1.1852 | MRK-ACZ0094208 | MRK-ACZ0094208 | 4/27/2001 | Email from Laura Pulli to Linda Coppola re: Vigor Working Team List |
| 1.1853 | MRK-ADA0002030 | MRK-ADA0002036 | 6/25/2001 | Memo from Debra Black to Peg Melanson Vioxx DTC Television invoice approval - June/ upfront |
| 1.1854 | MRK-ADA0014102 | MRK-ADA0014105 | 4/17/2001 | Memo from Sheila Toner to Julie McCafferty re: Sensitive materials [Corresponding number on post-it on first page of memo presentation deck or binder] |
| 1.1855 | MRK-ADG0042122 | MRK-ADG0042127 | 3/14/2001 | Email from Ann Wawczak to Lucine Beauchard RE: Draft of Alternate Image ATL |
| 1.1856 | MRK-ADK0000260 | MRK-ADK0000297 | 12/16/1999 | Email from Linda Prisk to Andrew Bailey, et al. Subject: Review of policy letters 104, 110. & 118 Presentation Slides" |
| 1.1857 | MRK-ADK0000878 | MRK-ADK0000883 | 3/27/2000 | Email from Linda Rhoads: Bulletin for Vioxx - Vioxx gastrointestinal outcomes research study |
| 1.1858 | MRK-ADK0001005 | MRK-ADK0001005 | 5/1/2000 | Obstacle Handlers #32 - 33 |
| 1.1859 | MRK-ADK0001280 | MRK-ADK0001281 | 10/16/2001 | CFT for Vioxx; October 16th meeting agenda and discussion questions |
| 1.1860 | MRK-ADK0006218 | MRK-ADK0006251 | 9/6/2001 | Email from Michael Thomas to Thomas Cannell FW: Pharmacia Slides re: post JAMA; slides from Pharmacia presentation |
| 1.1861 | MRK-ADG0059428 | MRK-ADG0059430 | 7/17/2002 | Email from Marilyn Krahe Bulletin for Vioxx: Obstacle Response: "The CLASS study only failed by one patient." |
| 1.1863 | MRK-ADN0120226 | MRK-ADN0120226 | 9/30/2004 | Letter from Raymond Gilmartin to Vioxx users re: Merck voluntarily withdraws Vioxx |
| 1.1864 | MRK-ABK0279858 | MRK-ABK0279899 | 5/11/2001 | Email from Lucine Beauchard to Ellen Basford FW: COX-2 Inhibitor outlook cardiovascular safety issues raised in FDA Advisory Committee meetings |
| 1.1865 | MRK-ABK0322061 | MRK-ABK0322170 | 11/6/2001 | NDA 21-042/S-007 Vioxx NDA 21-052-S-004 Vioxx amendment to supplemental new drug application |
| 1.1866 | MRK-ABK0010257 | MRK-ABK0010277 | 8/17/2001 | Email from Briggs Morrison to Barry Gertz et. al. FW: FOR REVIEW [PEER]: 2001-ms-2470 (FULL PAPER) - DUE DATE MONDAY, 27 AUGUST 2001" |
| 1.1867 | MRK-ABK0114225 | MRK-ABK0114234 | 4/25/2001 | Email from Jens Kasperzik to Susan Baumgartner FW: Merck Abstracts/ Presentation at Ex-US Meetings |

# Dedrick v. Merck Co.
# Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1868 | MRK-ABK0265796 | MRK-ABK0265805 | 10/16/2001 | Email from Doug Watson to Epidemiology re:VIOXX CV meta-analysis paper |
| 1.1869 | MRK-AFT0001724 | MRK-AFT0001727 | 1/24/2001 | Email from Alise Reicin to Barry Gertz et. al. FW: Comparison of CV Deaths by review vs |
| 1.1870 | MRK-AFT0009258 | MRK-AFT0009258 | 11/8/2001 | Email from Douglas Greene to Ed Scolnick, Bonnie Goldman RE: History Lesson" |
| 1.1871 | MRK-AFT0009538 | MRK-AFT0009540 | 2/1/2001 | Email from Alise Reicin to Harry Guess, Walter Straus RE: Lelorier analysis of CV events in NSAID users" |
| 1.1872 | MRK-AFV0387560 | MRK-AFV0387570 | | Handwritten Notes - Vigor Dose Issue |
| 1.1873 | MRK-AIQ0007980 | MRK-AIQ0008204 | 8/18/2001 | Transcript of Regional Rheumatology Consultants Meeting |
| 1.1874 | MRK-AGV0003792 | MRK-AGV0003797 | 11/3/2000 | Email from Janet Rush to Greg Geba et. al. re: Teleconference, Ambulatory Blood Pressure, Celebrex; Celebrex in Hypertension Pilot" |
| 1.1876 | MRK-AGV0006781 | MRK-AGV0006797 | 5/6/1998 | COX-2 Inhibitor Franchise 1999-2003 Business Plan |
| 1.1877 | MRK-ABL0001753 | MRK-ABL0001788 | 10/19/2001 | MRL/ Marketing Interface Meeting |
| 1.1878 | MRK-ACZ0005386 | MRK-ACZ0005386 | | Marketing to Women |
| 1.1879 | MRK-ACZ0008078 | MRK-ACZ0008078 | 3/29/2000 | Business Objectives Vioxx |
| 1.1880 | MRK-ACZ0014676 | MRK-ACZ0014676 | 1/15/2001 | Email from Michael Buttala to Linda Coppola re: Teleconference Agenda |
| 1.1881 | MRK-ACZ0041257 | MRK-ACZ0041258 | 1/17/2002 | Email from Linda Coppola to Scott Summers RE: for your eyeballs only |
| 1.1882 | MRK-ACZ0043613 | MRK-ACZ0043616 | 1/29/2001 | Email from Thomas Cannell to Linda Coppola RE: Please expand to 100% of screen |
| 1.1883 | MRK-ACZ0051339 | MRK-ACZ0051347 | 6/14/2000 | Email from Ellen Basford to Susan Baumgartner et. al. FW: Market Research from Broker - VIOXX vs. Celebrex, Vioxx wins" |
| 1.1884 | MRK-ACZ0055672 | MRK-ACZ0055675 | 9/11/2000 | Email from Diane Fitzgibbons re: news story "Merck denies fault in deaths" |
| 1.1885 | MRK-ACZ0056302 | MRK-ACZ0056302 | 3/1/2002 | Email from Riki Metzger re: Important VIOXX Field Bulletins for APS |
| 1.1886 | MRK-ACZ0056460 | MRK-ACZ0056460 | 8/18/1999 | Email from Gerald McLaughlin to Prill Kozel re: 25 Questions to ask your Merck Rep |
| 1.1887 | MRK-ACZ0057295 | MRK-ACZ0057304 | 4/5/2001 | Email from Jeffrey Niekelski to Lawrence Biegelsen et. al. RE: Pharmacia Head to Head (CEL, VXX, NAPR) Study Protocol" |
| 1.1888 | MRK-AKL0002208 | MRK-AKL0002212 | 4/18/2002 | Cox-2-037 4/18/02 Obstacle Response- Article in the Journal- Science; "Role of Prostacyclin in the CV Response to Thromboxane A2" Cheng" |
| 1.1889 | | | | Raw footage of the filming of Video News Releases (mulitple DVDs) |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1890 | MRK-AHD0000817 | MRK-AHD0000841 | 12/19/2004 | Email from Robert Bresalier to Christopher Lines re: APPROVe cardiovascular with attached draft of "Cardiovascular Events Associated with Rofecoxib in a 3-year Randomized Colorectal Adenoma Chemoprevention Trial" |
| 1.1891 | MRK-ABC0024093 | MRK-ABC0024164 | 8/27/1998 | Clinical Study Report for Protocol 061 |
| 1.1892 | | | | Confidential Memorandum of Invention |
| 1.1893 | | | 9/30/2004 | FDA News: "FDA Issues Public Health Advisory on Vioxx as its Manufacturer Voluntarily Withdraws the Product" |
| 1.1894 | MRK-NJ0017640 | MRK-NJ0017663 | 1/27/1998 | Memo from Briggs Morrison to Beth Seidenberg et al. re: Protocol 023 manuscript |
| 1.1895 | | | | 2005 Award in Excellence of Clinical Pharmacology given to Dr. Alan Nies with his story as seen at www.phrmafoundation.org website |
| 1.1896 | | | 11/18/2004 | Summary of Prepared Testimony of Raymond Gilmartin before the United States Committee on Finance and the Prepared Testimony of Raymond Gilmartin before the United States Committee on Finance |
| 1.1897 | 2005 NEJM 000001 | 2005 NEJM 000285 | 2/15/2005 | NEJM File for Robert Bresalier Article |
| 1.1898 | MRK-NJ0450908 | MRK-NJ0450910 | 2/25/2002 | Email string ending from Thomas Simon to Barry Gertz re: CE Event Counts |
| 1.1899 | MRK-ABK0483578 | MRK-ABK0483588 | 12/13/2001 | University of Pennsylvania General Clinical Research Center Protocol Application to study "the Thrombotic Profiles of Cyclooxygenase Inhibitors Alone and in Combination with Low-Dose Aspirin in Reheumatoid Arthritis (RA)" by Garret Fitzgerald |
| 1.1900 | MRK-ABK0483589 | MRK-ABK0483597 | 11/26/2001 | Objectives of the study of "The Thrombotic Profiles of Cyclooxygenase Inhibitors Alone and in Combination with Low-Dose Aspirin in Reheumatoid Arthritis (RA)" |
| 1.1901 | MRK-AFO0023318 | MRK-AFO0023318 | 12/12/1997 | Email from James Bolognese to Ellior Ehrich, et al. re: MK-0966 serious CV AE info |
| 1.1902 | MRK-AFF0000179 | MRK-AFF0000201 | 10/18/2004 | Slide presentation of Preliminary Cardiovascular Safety Data from the APPPROVe Study by Robert Bresalier, et al. |
| 1.1903 | MRK-NJ0186410 | MRK-NJ0186410 | 10/28/2001 | Email from Ned Braunstein to Alise Reicin re: task list from VP Data Review meeting |
| 1.1904 | MRK-NJ0337077 | MRK-NJ0337109 | 10/31/2001 | Email from Alise Reicin to Dena Ramey re: task list from VP Data Review meeting with attachment |
| 1.1905 | | | | Label for flurbiprofen |
| 1.1906 | | | 1/1/1999 | 1999 Physicians Desk Reference entry for naproxen |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1907 | | | 9/30/2004 | Memorandum from David Graham to Paul Seligman re: Risk of Acute Myocardial Infarction and Sudden Cardiac Death in Patients Treated with COX-2 Selective and Non-Selective NSAIDs |
| 1.1908 | MRK-AAC0146909 | MRK-AAC0146918 | 7/9/2004 | Author's Responses to Reviewers Comments of the draft of Manuscript NPP-04-0106, "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment |
| 1.1909 | MRK-ABW0003613 | MRK-ABW0003614 | 11/14/2001 | Email string from David Anstice to Wendy Dixon re: Dorothy Quantitative Results |
| 1.1910 | MRK-ABW0000166 | MRK-ABW0000166 | | Project Offense-Revised |
| 1.1911 | | | | Analysis of Protocol 203 |
| 1.1912 | | | 2/16/2005 | Transcript of FDA Joint Meeting of The Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee |
| 1.1913 | | | 2/16/2005 | Summary of Minutes and Table of Contents from the FDA Joint Meeting of The Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee |
| 1.1914 | | | | Preliminary Review of APPROVe Data-Background Package for February, 2005 AC Meeting |
| 1.1915 | | | | APPROVe Data |
| 1.1916 | | | 12/18/2004 | Interim Review of NDA 21042/s030 by Lourdes Villalba, MD |
| 1.1917 | MRK-AFJ0008920 | MRK-AFJ0008938 | 10/13/2004 | Q&A for Media Briefing |
| 1.1918 | MRK-ABG0004364 | MRK-ABG0004385 | 11/18/2004 | Q&A for Testimony of Ray Gilmartin before Senate Finance Committee |
| 1.1919 | MRK-AFJ0009371 | MRK-AFJ0009371 | | Powerpoint Slide of Effects of NSAIDs on Thromboxane and Prostacyclin (Exhibit 51 Peter Kim deposition) |
| 1.1920 | MRK-AFJ0001533 | MRK-AFJ0001533 | 10/28/2001 | Email from Deborah Shapiro to Alise Reicin re: VIGOR analysis of death by age group |
| 1.1921 | | | | Study 023 with exhibits and CSR docs |
| 1.1922 | | | | Study 010 with exhibits |
| 1.1923 | MRK-AID0002441 | MRK-AID0002460 | | Disclosure of CV issues to not only FDA but also the larger scientific community. |
| 1.1924 | MRK-AHD0016283 | MRK-AHD0016286 | 12/18/2002 | Email chain among marketing and medical communications departments. |
| 1.1925 | MRK-AFV0401055 | MRK-AFV0401060 | 2/15/2005 | Email from James A. Bolognese to Ned S. Braunstein, et al RE: FW: ACM235 - APPROVe SBP >=160 subgroup scatter & km plots |
| 1.1926 | | | 1/21/2005 | FDA Advisory Committee Briefing and Background Information. |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1927 | | | 2/1/2001 | Food and Drug Administration: Cardiovascular safety review rofecoxib, 2001. |
| 1.1928 | | | 4/6/2005 | FDA Advisory Committee, NSAIDS Decision Memo. |
| 1.1929 | | | 2/15/2005 | Presenation to the Committee on Arthritis Advisory and the Drug Safety and Risk Management Advisory Committee. |
| 1.1930 | MRK-AFV0399003 | MRK-AFV0399011 | 2/8/2005 | Email chain from Richard Pastemark to Philip Lin Huang RE: Slides |
| 1.1931 | MRK- | MRK- | 10/15/2001 | Merck response to FDA label proposal |
| 1.1932 | MRK-I8940096298 | MRK-I8940096299 | | Post-APPROVe label proposal |
| 1.1934 | | | 12/19/2002 | Letter to Dr. Braunstein from Goldkind |
| 1.1935 | MRK-AFL0015451 | MRK-AFL0015484 | 1/9/2004 | DAP ( STUDY 203) |
| 1.1937 | | | 11/18/2004 | Video of Dr. Graham's Testimony before Congress. |
| 1.1938 | MRK-LBL0000031 | MRK-LBL0000034 | | 1998 Label |
| 1.1939 | MRK-LBL0000067 | MRK-LBL0000070 | | 4/02 Label |
| 1.1940 | MRK-S0420112022 | MRK-S0420112128 | | APPROVe followup - Summary of tables and figures through 5/26/2006 |
| 1.1941 | MRK-S0420112129 | MRK-S0420112132 | | APPROVe Off-Drug Extension: Prelim. Analyses of Thrombotic Cardiovascular Safety |
| 1.1942 | MRK-AFV0426355 | MRK-AFV0426452 | | APPROVe Trial Cardiovascular Safety Report 3/15/2005 |
| 1.1943 | MRK-I8940096277 | MRK-I8940096279 | | Background Package on the Potential Reintroduction of VIOXX Overview |
| 1.1944 | MRK-ACB0020385 | MRK-ACB0020386 | | C-2SI Vascular Events Monitoring and Adjudication SOP, Appendix B |
| 1.1945 | MRK-NJ0387576 | MRK-NJ0387576 | 1/25/2002 | Cardiovascular Safety Profile of Rofecoxib in Elderly Patients with Alzheimer's Disease or Cognitive Impairment : A Pooled Analysis (MRK-NJ0387576) |
| 1.1946 | MRK-ABP0016678 | MRK-ABP0016681 | 3/21/2001 | CRRC Clinical and Regulatory Review Committee Agenda |
| 1.1948 | MRK-AAC0156124 | MRK-AAC0156132 | 12/10/2004 | Cox-2 Derived Prostacyclin Confers Atheroprotection... |
| 1.1949 | MRK-AAC0156078 | MRK-AAC0156086 | 1/25/2005 | Cyclooxygenases, Thromboxane, and Atherosclerosis... |
| 1.1950 | | | 6/1/2000 | Email from Ian Rodger to Stephen Epstein 6/2000 re: MSGP study #213 |
| 1.1951 | MRK-AFI0134945 | MRK-AFI0134948 | 5/23/2001 | Email from Mills to Baumgartner re Hypertension & Edema Task Force |
| 1.1952 | MRK-AFI0276232 | MRK-AFI0276250 | 2/24/2001 | Email from R. Roberts to T. Mills re Hypertension Obstacle Handler |
| 1.1953 | MRK-ACC0011057 | MRK-ACC0011076 | 3/5/2001 | Email from Sperling to Calderin re Hypertension Obstacle Handler |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1954 | FITZG-000040 | FITZG-000085 | | Fitzgerald presentation - "Mechanism Based Adverse Cardiovascular Events" |
| 1.1955 | MRK-AFW0019581 | MRK-AFW0019581 | 4/6/2001 | Fw: Agenda Item for April 18, CRRC-BL |
| 1.1956 | MRK-AFW0013496 | MRK-AFW0013496 | 3/23/2001 | FW: VIOXX AD Safety Data - Imbalance in the number of deaths |
| 1.1957 | MRK-NJ0191088 | MRK-NJ0191094 | 3/24/2001 | Summary of the CRRC Meeting |
| 1.1958 | MRK-AHO0072871 | MRK-AHO0072871 | | Hypertension Abstracts |
| 1.1959 | MRK-I8940075713 | MRK-I8940076056 | | IND 46,894 Vioxx Annual IND Progress Report 12/17/01 to 12/16/02 |
| 1.1960 | MRK-0S420085537 | MRK-0S420085607 | 10/1/1998 | Integrated Safety Summary, October 1998 |
| 1.1961 | MRK-S0420111986 | MRK-S0420111987 | 6/3/2005 | June 3, 2005 Letter Phillip Huang to Brian Harvey |
| 1.1962 | MRK-NJ0439283 | MRK-NJ0439325 | | Label - FDA text of Oct 15 2001 with Merck proposals shown with revision marks |
| 1.1963 | MRK-S0420112017 | MRK-S0420112018 | | Last Approved Circular Showing Revisions (APPROVe study info) |
| 1.1964 | MRK-AAF0004103 | MRK-AAF0004104 | | Letter from Philip Huang to Bob Rappaport re APPROVe (protocol 122) extension |
| 1.1965 | MRK-AAF0004134 | MRK-AAF0004135 | 7/12/2001 | Letter from Silverman to Bull Re Response to FDA Request for Information |
| 1.1966 | MRK-AFW0000977 | MRK-AFW0000978 | 12/22/1997 | Letter from Thal to Block |
| 1.1967 | MRK-AGV0024070 | MRK-AGV0024084 | 6/25/2001 | Meeting Summary (06/26/01) - Vioxx Working Group Meeting & Vigor Safety Report |
| 1.1968 | MRK-AGV0113870 | MRK-AGV0113880 | 1/9/2001 | Memo from Chen to Geba and Dixon re: Summary of Blood pressure Analysis |
| 1.1969 | MRK-NJ0281966 | MRK-NJ0281968 | 12/26/2000 | Memo from Janet Rush to Wendy Dixon re Risk of Hypertension |
| 1.1970 | MRK-AGU0006035 | MRK-AGU0006086 | 7/27/2001 | Memo From Vandormael to Moan Re Preliminary Statistical Analysis, Prot 906 |
| 1.1971 | MRK-OSF420022606 | MRK-OSF420022612 | | MK- 0966 Prot. No. 023, Multiple Dose Sodium Retention |
| 1.1972 | MRK-OS420014785 | MRK-OS420014791 | | MK- 0966, Human Pharmacokinetics and Bioavailability Documentation |
| 1.1973 | MRK-AFV0426227 | MRK-AFV0426261 | 3/8/2005 | MK-0966, Reference P122, Appendix 2.1.1. Cont. |
| 1.1974 | STI0036203 | STI0036207 | 9/12/1997 | National Advisory Board Invitation Letter from Romankiewicz to Whelton |
| 1.1975 | MRK-AFW0010430 | MRK-AFW0010434 | 4/19/2001 | Need to Set-up DSMB for Protocol 078-VIOXX AD Prevention Study |
| 1.1976 | MRK-AHD0000061 | MRK-AHD0000082 | | NEJM Manuscript 05-0493 - Full Range |
| 1.1977 | MRK-S0420112019 | MRK-S0420112021 | 5/1/2006 | PR "Merck Announces Preliminary Analysis of Off-Drug Extension of APPROVe" |
| 1.1978 | MRK-AFK0002662 | MRK-AFK0002689 | 5/8/1998 | Product: MK-0966 Protocol/Amendment No.: 078-01 |
| 1.1979 | MRK-01420029806 | MRK-01420029899 | | Product: MK-0966, Protocol/Amendment No.: 078-00 |

# Dedrick v. Merck Co.
# Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.1980 | MRK-ABS0027726 | MRK-ABS0027728 | 6/2/2000 | Rofecoxib - VIGOR, Clinical and Statistical Documentation |
| 1.1982 | MRK-AFW0026158; 13485 | MRK-AFW0026159; 13495 | 3/23/2001 | Unblinding of Mortality Events MK-0966 Protocols 078 and 126 |
| 1.1983 | MRK-ABT0013910; AFW0013479 | MRK-ABT0013910; AFW0013482 | 3/22/2001 | Unblinding of Mortality Events: MK-0966 Protocols -078 and -126 |
| 1.1984 | MRK-AGO0000394 | MRK-AGO0000394 | 2/20/2004 | VIOXX - Neaton Re Stage 2 |
| 1.1985 | MRK-AAD0405519 | MRK-AAD0405566 | | VIOXX - PO - 203 DAP |
| 1.1986 | MRK-AFW0019626 | MRK-AFW0019666 | | VIOXX AD Program |
| 1.1987 | MRK-OS420014785 | | | VIOXX Hypertension in the VIOXX Clinical Trials Index |
| 1.1988 | MRK-AFO0262422; 2435; AGO0000394 | MRK-AFO0262423; 2446; AGO0000395 | 4/12/2004 | VIOXX-Neaton Re "Stage 2" |
| 1.1989 | MRK-NJ0281966 | MRK-NJ0281968 | 12/26/2000 | Risk of Hypertension from Rush to Dixon |
| 1.1991 | MRKAA00000119 | MRK-AA00000145 | | Profit plan 2002 |
| 1.1992 | MRK-ABX0002368 | MRK-ABX0002404 | | Targum Memo to Cool and Villalba |
| 1.1993 | MRK-NJ0170513 | MRK-NJ0170732 | 3/16/2001 | Silverman letter to Jonca Bull-Central |
| 1.1994 | MRK-AAF0007777 | MRK-AAF0007785 | | FDA Warning letter from Abrams to Gilmartin |
| 1.1995 | MRK-ABW0000408 | MRK-ABW0000452 | | Draft Merck text submitted May 2001 with FDA changes of 15 Oct 2001 shown with revision marks |
| 1.1996 | FDACDER002364 | FDACDER002385 | 10/15/2001 | Email from FDA with proposed draft label attached |
| 1.1997 | MRK-MPF0173477 | MRK-MPF0173487 | | Table of Meck Sales Representative Meetings with Customer - McCaffrey, Michael. |
| 1.1998 | MRK-SMPF0000030 | MRK-SMPF0000039 | | Table of Meck Sales Representative Meetings with Customer - Mikola, Michael. |
| 1.1999 | MRK-AKT2331598 | MRK-AKT2331618 | 1/22/2002 | Merck Dear Doctor letter to Dr. Mikolajczyk. |
| 1.2000 | MRK-AKT3415343 | MRK-AKT3415349 | 3/28/2003 | Merck Dear Doctor letter to Dr. Mikolajczyk in response to PIR (Professional Information Request). |
| 1.2001 | MRK-ADJ0036867 | MRK-ADJ0036869 | 1/17/2001 | 2000 Year-End Media Analysis |
| 1.2002 | MRK-ADJ0016201 | MRK-ADJ0016236 | 10/9/2001 | Annual Plan Vioxx 2002 Review |
| 1.2003 | MRK-P0003681 | MRK-P0003701 | 3/1/2000 | Advertising/Promotion 003325(1,3) [Vioxx promotional piece for physicians "Once Daily Power - Very Vioxx" (Liz Goodman, 85)] |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2004 | MRK-P0005058 | MRK-P0005083 | 11/1/2001 | Advertising/Promotion 20101310(7-11) [Vioxx promotional piece for physicians that stated REACH FOR THE POWER OF ONCE DAILY VIOXX"] |
| 1.2005 | MRK-P0006161 | MRK-P0006172 | 1/1/2003 | Advertising/Promotion 20209247(1) [Promotional piece for physicians - "Strength. Safety. QD Simplicity"] |
| 1.2006 | MRK-P0006240 | MRK-P0006251 | 1/1/2003 | Advertising/Promotion 20209248(1) [Promotional piece for physicians - "Power Against Pain"] |
| 1.2007 | MRK-ADA0093521 | MRK-ADA0093618 | 4/13/2004 | Millward Brown Presentation VIOXX Annual Review 2002 2003, January December |
| 1.2008 | MRK-AKP0018305 | MRK-AKP0018331 | 6/5/2002 | Awareness, Action & Attributes for the A & A Franchise, T. Hayden, June 5, 2002 |
| 1.2009 | MRK-AKP0021116 | MRK-AKP0021138 | 3/10/2003 | Hayden slides and Back up |
| 1.2010 | MRK-AKP0009579 | MRK-AKP0010027 | | Millward Brown "Vioxx Chronic Pain Study" Dec. 1-17, 2000 |
| 1.2012 | MRK-BNTAC0000938 | MRK-BNTAC0000939 | 5/1/2000 | Bulletin for Vioxx: New Obstacle Response (Obstacle Response #38) |
| 1.2017 | MRK-BNTAC0001349 | MRK-BNTAC0001352 | 5/23/2001 | Bulletin for Vioxx Action Required: Response to New York Times Article |
| 1.2019 | MRK-BNTAC0001384 | MRK-BNTAC0001389 | 8/21/2001 | Bulletin for Vioxx: Action Required: Response to JAMA, "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors" |
| 1.2021 | MRK-AKP0023602 | MRK-AKP0023607 | 4/11/2002 | No. COX 02-029 Bulletin for VIOXX: Action Required: Label Change for VIOXX GI Outcomes Research Study and RA Indication: Obstacle Responses |
| 1.2022 | MRK-BNTAE0000686 | MRK-BNTAE0000691 | 4/11/2002 | No. COX 02-030 Bulletin for VIOXX: Action Required: Label Change for VIOXX GI Outcomes Research Study and RA Indication: Obstacle Responses |
| 1.2023 | MRK-ADG0057401 | MRK-ADG0057479 | 1/1/2002 | Tom Cannell, Executive Director, Marketing, Vioxx - Powerpoint Presentation 2002 |
| 1.2024 | MRK-AKC0022187 | MRK-AKC0022209 | 10/8/2002 | VIOXX© Monthly EAR, August 2002, Michael Stanton |
| 1.2025 | MRK-AJT0094138 | MRK-AJT0094156 | 7/18/2002 | "A New Paradigm for Understanding Physician Behavior" Christopher Posner |
| 1.2026 | MRK-ADB0029964 | MRK-ADB0029968 | 4/30/2002 | Merck memo on the Efficacy Guarantee program. |
| 1.2027 | MRK-ADG0056946 | MRK-ADG0056946 | 7/28/2002 | Why are we Launching the Confidence Program? email memo by Tom Cannell, Executive Director, Marketing. |
| 1.2028 | MRK-ADA0036749 | MRK-ADA0036749 | 1/1/2001 | Efficacy Guarantee Consumer Advertisement |
| 1.2029 | MRK-ADA0025761 | MRK-ADA0025761 | 4/19/2002 | Efficacy Guarantee Physician Advertisement |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2030 | MRK-ACB0032500 | MRK-ACB0032501 | 6/18/2002 | Efficacy Guarantee 2 page Physician Advertisement |
| 1.2031 | MRK-ABI0008139 | MRK-ABI0008214 | 1/31/2003 | "Operations Review for VIOXX January 31, 2003" Report |
| 1.2032 | MRK-ABX0006045 | MRK-ABX0006085 | 1/7/2001 | VIOXX Monthly EAR November 2001 |
| 1.2033 | MRK-ADN0111549 | MRK-ADN0111600 | | Project 'Power Play' Report |
| 1.2034 | MRK-AKP0032111 | MRK-AKP0032141 | 6/9/2003 | April 2003 EAR Core Meeting Vioxx Report |
| 1.2035 | MRK-AKG0011691 | MRK-AKG0011710 | 12/14/2002 | Market Research Findings. VIOXX© 1S03 Detail Piece Assessment. Report |
| 1.2036 | MRK-ADY0003117 | MRK-ADY0003124 | 2/14/2002 | Rosenthal et al. New England Journal of Medicine article, February 14, 2002 |
| 1.2037 | MRK-A0002893 | MRK-A0002894 | 3/1/2001 | Dorothy Hamill Along with all the Great Memories print advertisement, issued March 2001. Advertising/Promotion 20110325(1)(903) |
| 1.2038 | MRK-A0004276 | MRK-A0004277 | 8/1/2003 | Dorothy Hamill Morning Routine print advertisement, issued August 2003 Advertising/Promotion 20350594(1)(910) |
| 1.2039 | MRK-ACB0001449 | MRK-ACB0001486 | 6/7/2001 | VIGOR DTC Strategy Meeting June 7th, 2001. |
| 1.2040 | MRK-ACB0016913 | MRK-ACB0016984 | 6/29/2001 | VIGOR Update June 29th, 2001 |
| 1.2041 | MRK-ADN0003663 | MRK-ADN0003735 | 2/17/2000 | Vioxx© DTC Research Review Doug Black and Alan Heaton February 17, 2000 |
| 1.2042 | MRK-ADN0010135 | MRK-ADN0010148 | 3/7/2000 | Consumer Perceptions of Side Effects for Vioxx© 'Stairs/Bath' and CELEBREX 'Bicycle' Alan Heaton March 7, 2000 |
| 1.2043 | MRK-ABS0164431 | MRK-ABS0164441 | 4/4/2000 | Dept. of Veteran Affairs Memo, April 4, 2000 - Revised Consent Form and Addendum |
| 1.2044 | MRK-ACB0019503 | MRK-ACB0019505 | 11/9/2000 | "Frequently Asked Questions about DDMAC and Promotion Compliance |
| 1.2045 | MRK-ABK0341615 | MRK-ABK0341854 | 5/19/2000 | Medical School Grant Program (MSGP) Meeting Minutes and Review of Study Submissions. |
| 1.2046 | MRK-EAI0002559 | MRK-EAI0002564 | 5/24/2000 | Medical School Grant Program (MSGP) Meeting Minutes For May 19, 2000 and April 19, 2000. (Document dated May 24, 2000). |
| 1.2047 | MRK-AHR0036724 | MRK-AHR0036820 | 1/23/2001 | Vioxx / MSGP review committee meeting / Tuesday January 23 2001. |
| 1.2048 | MRK-NJ0199917 | MRK-NJ0199917 | 7/27/2001 | Email from Ian Rodger and Jill Evans to the Coxib MSGP Committee. |
| 1.2049 | MRK-NJ0199918 | MRK-NJ0199919 | 6/6/2001 | Letter from Stephen Epstein to Ian Rodger. |
| 1.2050 | MRK-AFI0118752 | MRK-AFI0118752 | 7/27/2001 | Email from Peter M Alberti to Susan Baumgartner, and Tracy Mills. |
| 1.2051 | MRK-AFI0118785 | MRK-AFI0118786 | 7/27/2001 | Email from David J. Chang (CDP) to Jilly Evans and Ian Rodger dated July 27, 2001. |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2052 | MRK-AFI0118787 | MRK-AFI0118788 | 7/17/2001 | Letter from Stephen Epstein to David J. Chang, Associate Director Coxib Medical School Grants Review Committee, dated July 17, 2001. |
| 1.2053 | MRK-AHO0170993 | MRK-AHO0170994 | 7/27/2001 | Email from Philip Davies re Epstein abstract. |
| 1.2054 | MRK-AHO0170995 | MRK-AHO0170996 | 7/29/2001 | Email from Robert Young re Epstein abstract. |
| 1.2055 | MRK-AFI0118895 | MRK-AFI0118896 | 8/13/2001 | Email exchange between Michael Petro, Tracy Mills, and Susan Baumgartner regarding Epstein. |
| 1.2056 | MRK-AAZ0002347 | MRK-AAZ0002349 | 9/21/2001 | Emails from Peter DiBattiste to Stephen Epstein and Laura Demopoulos and Barry Getz. |
| 1.2057 | MRK-ABA0011369 | MRK-ABA0011370 | 9/22/2001 | Email from Peter DiBattiste to Laura Demopoulos and Barry Gertz. |
| 1.2058 | MRK-ABA0012531 | MRK-ABA0012531 | 10/12/2001 | Email to Ian Rodgers from Stephen Epstein CC to Peter DiBattiste. |
| 1.2059 | MRK-ABA0012532 | MRK-ABA0012548 | 10/12/2001 | Epstein manuscript. |
| 1.2060 | MRK-AHO0057226 | MRK-AHO0057227 | 10/12/2001 | Email to Ian Rodgers from Jill Evans. |
| 1.2061 | MRK-ACD0005140 | MRK-ACD0005141 | 10/12/2001 | Email to Jilly Evans, Ian Rodger and Coxib MSGP Committee. |
| 1.2062 | MRK-ACD0005142 | MRK-ACD0005142 | 10/12/2001 | Email from Robert Silverman sent to Ian Rodger and Coxib MSGP Committee. |
| 1.2063 | MRK-NJ0335046 | MRK-NJ0335046 | 10/12/2001 | Email from Briggs W. Morrison to Greg P. Geba, Robert E. Silverman, and Ian W. Rodger, CC Alise Reicin. |
| 1.2064 | MRK-NJ0267303 | MRK-NJ0267426 | 10/29/2001 | Meeting Information/Agenda for Cardiovascular Outcomes Study Consultant Meeting |
| 1.2065 | MRK-AHO0135206 | MRK-AHO0135206 | 1/24/2002 | Email from E.B. Brakewood citing a list of abstracts to be presented an the Annual American College of Cardiology meeting in March 2002. |
| 1.2066 | MRK-AGV0086021 | MRK-AGV0086036 | | Chart of MSGP proposals |
| 1.2067 | MRK-AEG0053076 | MRK-AEG0053076 | 5/21/2003 | Rott, Epstein, et al. "Effects of MF-Tricyclic, a Selective Cyclooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apolipoprotein-E Knockout Mice" Journal of the American College of Cardiology Vol. |
| 1.2068 | MRK-AEH0016357 | MRK-AEH0016362 | 1/11/2000 | Memo from Ian Rodger re MSGP RC Mtg. Minutes Oct. 26, 1999 |
| 1.2069 | MRK-AEH0016401 | MRK-AEH0016407 | 1/19/2000 | VIOXX MSGP RC Mtg. Minutes - Jan. 19, 2000 |
| 1.2070 | MRK-ADF0010826 | MRK-ADF0010829 | 6/16/2000 | Vioxx MSGP RC meeting minutes - June 16 2000 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2071 | MRK-EAI0001971 | MRK-EAI0001975 | 8/23/2000 | Vioxx MSGP RC mtg minutes - August 21 2000 |
| 1.2072 | MRK-ABK0478418 | MRK-ABK0478428 | 2/26/2002 | Medical school grant / program / Coxib review committee |
| 1.2073 | MRK-AHO0171272 | MRK-AHO0171273 | 2/27/2002 | Email from Ian Rodger to Jeffrey Melin. |
| 1.2074 | MRK-ACD0097769 | MRK-ACD0097839 | 3/26/2002 | Coxib MSGP review committee minutes - February 26, 2002. |
| 1.2075 | MRK-AFI0192755 | MRK-AFI0192757 | 6/14/2000 | Email from Ian Rodger to VIOXX MSGP COMMITTEE |
| 1.2076 | MRK-ABS0343456 | MRK-ABS0343460 | 12/13/2001 | Email exchange among various MSGP members including Ian Rodger to Thomas Simon. |
| 1.2077 | MRK-ABY0005538 | MRK-ABY0005539 | 11/10/2000 | Handwritten notes re VIGOR Consultant Mtg 11/10/00. |
| 1.2078 | MRK-ABA0004488 | MRK-ABA0004489 | 9/17/2001 | Teleconference notes from 9/17/01 re: "Role of Inflammation, Cox-2 in Atherosclerosis: Potential for Benefit of Cox-2 Inhibition." |
| 1.2079 | MRK-NJ0213434 | MRK-NJ0213436 | 11/13/2001 | Email from Sean E. Harper to Barry Getz. |
| 1.2080 | MRK-AEH0014470 | MRK-AEH0014479 | 4/22/2002 | Slide presentation by Cameron Black. |
| 1.2082 | FDACDER007813 | FDACDER007844 | 4/11/2002 | Email from J. Bull to J. Jenkins, et al |
| 1.2083 | FDACDER010143 | FDACDER010149 | 9/30/2001 | Email from L. Villalba to D. Throckmorton |
| 1.2084 | MRK-AAF0008508 | MRK-AAF0008512 | 6/7/2002 | Fax from B. Gould to N. Braunstein |
| 1.2085 | MRK-AAF0004045 | | 6/22/2001 | Fax from Gould to R. Silverman |
| 1.2086 | MRK-AAF0004251 | | 9/26/2001 | Fax from Gould to R. Silverman |
| 1.2087 | MRK-AAF0008519 | MRK-AAF0008529 | 3/20/2002 | FDA Teleconference Minutes |
| 1.2088 | MRK-NJO185865 | MRK-NJ0185867 | 10/16/2001 | Ltr from M. Griffin to D. Watson |
| 1.2089 | MRK-NJO265338 | MRK-NJO265362 | 3/16/2001 | Ltr from R. Silverman to Bull |
| 1.2090 | MRK-NJO185864 | | 10/24/2001 | Memo from D. Watson |
| 1.2091 | MRK-ABH0003185 | MRK-ABH0003188 | 5/22/2001 | Doubts are Raised on the Safety of 2 Popular Arthritis Drugs by Melody Petersen, The NYT |
| 1.2092 | MRK-ABY0153857 | MRK-ABY0153880 | 2/27/2004 | Ingenix Epidemiology's Draft Manuscript on Cardiovascular Risk of COX-2 Inhibitors & Other NANSAIDs |
| 1.2093 | MRK-ABY0164090 | MRK-ABY0164115 | 9/27/2004 | Ingenix Epidemiology's Draft Manuscript on Cardiovascular Risk of COX-2 Inhibitors & Other NANSAIDs |
| 1.2094 | NEJM000013; NEJM000270 | NEJM000014; NEJM000285 | 2/9/2005 | Reviewer Comments: NEJM |