# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2095 | MRK-AHD0075697 | MRK-AHD0075697 | 2/1/2005 | Email from Marvin Konstam to C. Lines RE: APPROVe Paper |
| 1.2096 | MRK-189400096448 | MRK-189400096474 | | Excerpt of CSR 201 |
| 1.2098 | MRK-ABS0369134 | MRK-ABS0369141 | 1/23/2002 | Presentation-Data Analysis Plan-ESMB |
| 1.2099 | MRK-ABS0449542 | MRK-ABS0449554 | 11/26/2002 | ESMB Presentation |
| 1.2100 | MRK-ABS0458093 | MRK-ABS0458101 | | Study Status Update Presentation |
| 1.2101 | MRK-ABS0038612 | MRK-ABS0038621 | 9/17/2004 | Study Update Presentation |
| 1.2102 | MRK-AFL0015427 | MRK-AFL0015431 | | APPROVe SAS Programs |
| 1.2103 | MRK-AFL0015111 | MRK-AFL0015112 | | SAS documentation |
| 1.2104 | MRK-ABS0398054 | MRK-ABS0398055 | | Memorandum from T. Simon re: Conversations w/Drs. Reicin, Neaton & Simon |
| 1.2105 | MRK-12220004239 | MRK-0004308 | | Statistical Data Analysis Plan |
| 1.2106 | MRK-ABS0458333 | MRK-ABS0458341 | | Study Status Update |
| 1.2107 | MRK-ABS0068972 | MRK-ABS0068972 | | Table E-64 |
| 1.2108 | MRK-ABS0068986 | MRK-ABS0068986 | | Table E-64 |
| 1.2109 | MRK-NJ0100874 | MRK-NJ0100874 | | VIGOR Endpoint Chart |
| 1.2110 | MRK-ZAO0000017 | MRK-ZAO0000017 | | Excel Spreadsheet |
| 1.2111 | MRK-ZAO0000053 | MRK-ZAO0000053 | | Excel Spreadsheet |
| 1.2112 | MRK-ZAR0001942 | MRK-ZAR0001942 | | Excel Spreadsheet |
| 1.2113 | MRK-ZAN0000003 | MRK-ZAN0000003 | 6/30/2006 | Dataset for Study 122: MK-0966 for APPROVe |
| 1.2114 | MRK-ZAN0000004 | MRK-ZAN0000004 | 6/30/2006 | Dataset |
| 1.2115 | MRK-ZAN0000005 | MRK-ZAN0000005 | 6/30/2006 | Dataset |
| 1.2116 | MRK-ZAN0000006 | MRK-ZAN0000006 | 6/30/2006 | Dataset |
| 1.2117 | MRK-ZAN0000007 | MRK-ZAN0000007 | 6/30/2006 | Dataset |
| 1.2118 | | | | VIOXX-Excerpts from primary review of NDA 21-042-Osteoarthritis Vioxx NDA 21-042/21-052 |
| 1.2119 | | | | FDA correspondence to Merck (4/11/02) |
| 1.2120 | | | | FDA Standards-Good Enough for Government Work? By Jerry Avorn, M.D. |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 1.2121 | | | | | U.S. Senate Health & Education Committee Video; http://hellp.senate.gov/bills |
| 1.2122 | | | | | The Lessons of Vioxx-Drug Safety & Sales; NEJM |
| 1.2123 | | | | | Title 21-Food & Drugs Chapter 1-Food & Drug Administration Dept of Heallth & Human Services Subchapter C-Drugs: General |
| 1.2124 | | | | | Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study w/Vioxx; Jan Weiner; Mary Elizabeth Basaman, Laura Jordan |
| 1.2125 | | | | | Sequence of Events w/Vioxx, since opening of IND; 12/20/94-9/30/04 |
| 1.2126 | | | | | Warning Ltr, 6/27/00; correspondence to Benard J. Kelly/Merck |
| 1.2127 | | | | 7/16/1999 | Correspondence to Ellen R. Estrick/Merck |
| 1.2128 | | | | 1/12/2001 | Correspondence to FDA from Robert E. Silverman, M.D., Ph.D/Merck; Response to FDA Request for Infomration; 1/12/01; providing Interim Cardiovascular Meta-Analysis that was submitted 1/8/01 (1pg) |
| 1.2129 | | | | 1/12/2001 | Correspondence to FDA from Robert E. Silverman, M.D., Ph.D/Merck; Response to FDA Request for Information; 1/12/01; Number (%) of Patients w/Serum Creatinine Increase 25% above baseline (1pg) |
| 1.2130 | | | | 1/12/2001 | Correspondence to FDA from Robert E. Silverman, M.D., Ph.D/Merck; Response to FDA Request for Information; 1/12/01;Analysis of LFT Values Exceeding the Limits of Change (1pg) |
| 1.2131 | | | | 1/19/2001 | Correspondence to FDA from Robert E. Silverman, M.D., Ph.D/Merck; Response to FDA Request for Information; Request for Teleconference; 1/19/01 (1pg) |
| 1.2132 | | | | 1/19/2001 | Correspondence to FDA from Robert E. Silverman, M.D., Ph.D/Merck; Response to FDA Request for Information; Request for Teleconference; 1/19/01 (1pg)(provide cause of protocol deviation for each patient) |
| 1.2133 | | | | 1/19/2001 | Correspondence to FDA from Robert E. Silverman, M.D., Ph.D/Merck; Response to FDA Request for Information; Request for Teleconference; 1/19/01 (1pg) (providing narratives for patients in the ADVANTAGE study who had APTC events) |
| 1.2134 | | | | 1/23/2001 | Correspondence to FDA from Robert E. Silverman, M.D., Ph.D/Merck; Response to FDA Request for Information; 1/23/01 (1pg); (Summary of Pre-Study Glucocorticoid Use in VIGOR) |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2135 | | | 2/1/2001 | Correspondence to FDA from Robert E. Silverman, M.D., P h.D./Merck; Vioxx Gastrointestinal Outcomes Research Study (VIGOR); Response to FDA Request for Information; 2/1/01 |
| 1.2136 | | | 2/2/2001 | Correspondence to FDA from Robert E. Silverman, M.D., P h.D./Merck; Vioxx Gastrointestinal Outcomes Research Study (VIGOR); Response to FDA Request for Information; 2/2/01 |
| 1.2137 | | | 2/1/2001 | Correspondence to FDA from Robert E. Silverman, M.D., P h.D./Merck; Response to FDA Request for Infomration 2/1/01 |
| 1.2138 | | | 2/5/2001 | Correspondence to FDA from Robert E. Silverman, M.D., P h.D./Merck;Vioxx Gastronintestinal Outcomes Research Study (VIGOR): Response to FDA Request for Information 2/5/01 |
| 1.2139 | | | 2/6/2001 | Correspondence to FDA from Robert E. Silverman, M.D., P h.D./Merck;Response to FDA Request for Information; 2/6/01 |
| 1.2140 | | | 9/28/1994 | MK-0966 CIB; E-37; E. Effects in Humans; 9/28/94; R 12/9/99 |
| 1.2141 | | | 5/24/2000 | Correspondence to physicians; 5/24/00 |
| 1.2142 | | | 8/28/2001 | Correspondence to David Egilman, M.D.; 8/28/01 |
| 1.2143 | | | 1/21/2003 | 1/21/03 Operations Review for Vioxx |
| 1.2144 | | | | Highlights of Drug Safety: Improvement Needed in FDA's Postmarket Decision making & Oversight Process Report; www.gao.gov/cgi-bin/getrpt?GAO-06-402 |
| 1.2145 | | | | GAO report to Congressional Requesters: Improvement Needed in FDA's Postmarket Decision making and Oversight Process |
| 1.2146 | | | | Trial Testimony of Dr. Alise Reicin in Cona case |
| 1.2147 | MRK OS420085537 | MRK OS420085537 | 4/20/2006 | Integrated Safety Summary, Oct 1998 |
| 1.2149 | MRK-02420022612 | MRK-02420022612 | 4/20/2006 | MK-0966 Prot. No. 023,Multiple Dose Sodium Retention |
| 1.2150 | MRK-0S40014785 | MRK-OS40014791 | 4/20/2006 | MK - 0966, Human Pharmacokinetics and Bioavailability Documentation MRK-OS40014785-91 |
| 1.2151 | MRK-OS420022612 | MRK-OS420022612 | 4/20/2006 | MK 0966 HUMAN PHARMACOKINETICS AND BIOAVAILABILITY DOC MRK OS40014785 91 |
| 1.2152 | MRK-AIN0001235 | MRK-AIN0001241 | 4/20/2006 | Statistical Report for Cox 482 (MK-0966, Protocol 112), 4/11/01 Draft MRK-AIN0001235-41; 1275-85; 1416-17; 1419; 1609 |
| 1.2153 | MRK-S0420112129 | MRK-S0420112132 | 5/16/2006 | APPROVe Off-Drug Extension Preliminary Analyses of Thrombotic Cardiovascular Safety Bates: MRK-S0420112129 |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2154 | MRK-S0420112017 | MRK-S0420112017 | 5/16/2006 | Letter to Bob Rappaport re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence Bates: MRK-S0420112017 |
| 1.2155 | MRK-S0420112022 | MRK-S0420112132 | 5/16/2006 | Summary of Tables and Figures produced through May 9, 2006 for the analysis of follow-up data of the APPROVe study  Bates: MRK-S0420112022 |
| 1.2156 | MRK-AFO0047672 | MRK-AFO0047672 | 5/17/2006 | Pages from 2001 Transcript |
| 1.2157 | MRK-AAW0000366 | MRK-AAW0000474 | 5/18/2006 | A&A Management Committee Presentation |
| 1.2161 | MRK-12690007857 | MRK-12690007861 | 5/31/2006 | Clinical Study Report Synopsis |
| 1.2162 | MRK-AKP0038549 | MRK-AKP0038659 | | A&A Attribute Tracker MDS Summary |
| 1.2163 | MRK-AJT0060750 | MRK-AJT0060762 | | 2002 Target Rx & dtw Proposals |
| 1.2164 | MRK-ADO0194820 | MRK-ADO0194877 | | Specialty Review for Vioxx |
| 1.2165 | MRK-ACB0005808 | MRK-ACB0006000 | | Link TV commercial copy test |
| 1.2166 | MRK-AJT0061075 | MRK-AJT0061126 | | Monthly Report for VIOXX September 2001 |
| 1.2167 | MRK-AKC0039095 | MRK-AKC0039149 | | Monthly Report for Vioxx October 2001 |
| 1.2168 | MRK-AJL0000361 | MRK-AJL0000364 | | COX-2 selective inhibitor message monitoring proposal |
| 1.2169 | MRK-AKC0002623 | MRK-AKC0002871 | | PMRD NSAID study reporting period May/June 2001 |
| 1.2170 | MRK-AKC0002879 | MRK-AKC0002977 | | PMRD NSAID study reporting period May/June 2001 |
| 1.2171 | MRK-AKG0004107 | MRK-AKG0004134 | | PMRD NSAID study reporting period July/August 2001 |
| 1.2172 | MRK-AJT0030375 | MRK-AJT0030584 | | PMRD NSAID study reporting period September/October 2001 |
| 1.2173 | MRK-AKP0004061 | MRK-AKP0004719 | | Vioxx Chronic Pain Study |
| 1.2174 | MRK-AKP0005579 | MRK-AKP0005945 | | Vioxx Chronic Pain Study |
| 1.2175 | MRK-AKP0001730 | MRK-AKP0001730 | | Vioxx Net Action Series Table |
| 1.2176 | MRK-AKP0001800 | MRK-AKP0001803 | | Vioxx Chronic Pain Study |
| 1.2177 | MRK-AKP0001519 | MRK-AKP0001543 | | Vioxx Chronic Pain Study |
| 1.2178 | MRK-AKP0016847 | MRK-AKP0016854 | 6/12/2003 | VIOXX GRPS by execution |
| 1.2179 | DDBP-0018535 | DDBP-0018535 | | POV Help-seeking for Vioxx |
| 1.2180 | DDBP-0000965 | DDBP-0000965 | 6/17/2002 | Email from Molly Bucholz to Janet Guillet |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2182 | MRK-AGO0004507 | MRK-AGO0004507 | 2/13/2002 | Minutes from ESMB Meetings |
| 1.2184 | MRK-AGO0006778 | MRK-AGO0006779 | 8/7/2002 | Minutes from ESMB Meetings; Closed Session Version |
| 1.2190 | MRK-AGO0006753 | MRK-AGO0006753 | 1/21/2002 | Safety Analysis for APPROVe |
| 1.2192 | MRK-AGO0006588 | MRK-AGO0006588 | 5/9/2002 | Safety Updates for APPROVe |
| 1.2193 | MRK-AGO0006537 | MRK-AGO0006537 | 8/2/2002 | Safety Updates for APPROVe |
| 1.2194 | MRK-AGO0019457 | MRK-AGO0019457 | 11/20/2002 | Safety Updates for APPROVe |
| 1.2195 | MRK-AGO0098381 | MRK-AGO0098381 | 5/8/2003 | Safety Updates for APPROVe |
| 1.2196 | MRK-AGO0007185 | MRK-AGO0007231 | 11/18/2003 | Safety Updates for APPROVe |
| 1.2197 | MRK-AGO0006866 | MRK-AGO0006866 | 2/12/2003 | Safety Updates for APPROVe |
| 1.2198 | MRK-AAD0357791 | MRK-AAD0357843 | 9/13/2003 | Safety Updates for APPROVe |
| 1.2199 | MRK-AGO0098098 | MRK-AGO0098098 | | For closed session (Tables) |
| 1.2200 | MRK-NJ0125519 | MRK-NJ0125521 | | Bolognese email, 3/14/01, Unblinded Stat'n for VIOXX SAP study (Protocol 122) |
| 1.2201 | MRK-AGO0029087 | MRK-AGO0029087 | | Quan email, 12/2/02, ESMB mortality different |
| 1.2202 | MRK-AGO0028233 | MRK-AGO0028233 | | Neaton email, 2/20/04, Follow-up to APPROVe Call |
| 1.2203 | MRK-AGO0103084 | MRK-AGO0103085 | | Korn email, 2/6/05, ESMB Story |
| 1.2204 | MRK-AGO0102355 | MRK-AGO0102355 | | Bolognese email, 2/3/05, WSJ and ESMB review of pulmonary edema, CHF, cardiac failure |
| 1.2206 | MRK-AGO0000370 | MRK-AGO0000382 | | Neaton email, 2/29/04, Re: APPROVe ESMB teleconference and attached tables (see handwriting on tables) |
| 1.2207 | MRK-AGO0073492 | MRK-AGO0073501 | | Additional Preliminary Results for APPROVe, 9/26/04 |
| 1.2208 | MRK-AGO0000122 | MRK-AGO0000140 | | Memo, 9/28/2004, Assessments of the Effect of BP on CV Related Events for APPROVe |
| 1.2209 | MRK-AGO0073466 | MRK-AGO0073491 | 10/7/2004 | Memo, 10/7/04, Assessments of the Effect of BP on CV Related Events for APPROVe |
| 1.2210 | MRK-AGO0029643 | MRK-AGO0029643 | 11/1/2004 | Bolognese email, 11/1/04, SBP>160 and CV events in APPROVe |
| 1.2211 | MRK-AGO0072398 | MRK-AGO0072398 | 11/9/2004 | Bolognese email, 11/9/04, Add'l bp analyses |
| 1.2212 | MRK-AG0073350 | MRK-AG0073350 | 11/17/2004 | Bolognese email, 11/17/04, SBP >=160 proposal |
| 1.2213 | MRK-AGO0073351 | MRK-AGO0073351 | 11/17/2004 | Draft Proposal, 11/17/04 |
| 1.2214 | MRK-AGO0073444 | MRK-AGO0073444 | 11/17/2004 | Selwyn email, 11/17/04, SBP >=160 proposal |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 1.2215 | MRK-AGO0073445 | MRK-AGO0073445 | | Selwyn edited proposal |
| 1.2216 | MRK-AGO0062442 | MRK-AGO0062443 | 11/18/2004 | Bolognese email, 11/18/04, SBP >=160 proposal |
| 1.2217 | MRK-AGO0074588 | MRK-AGO0074588 | 11/18/2004 | Quan email, 11/18/04, SBP >=160 proposal, |
| 1.2218 | MRK-AGO0073463 | MRK-AGO0073463 | 11/18/2004 | Bolognese email, 11/18/04, Relationship of SBP >=160 with TCVSAE's in APPROVe ??, |
| 1.2219 | MRK-AGO0073464 | MRK-AGO0073465 | 11/18/2004 | Proposal, 11/18/04 |
| 1.2220 | MRK-AFK0183970 | MRK-AFK0183971 | 11/18/2004 | Van Adelsberg email, 11/18/04, Relationship of SBP >=160 with TCVSAE's in APPROVe?? |
| 1.2221 | MRK-ACG0004346 | MRK-ACG0004346 | 9/29/2004 | Additional Results, 9/29/04 |
| 1.2222 | MRK-AAD0202523 | MRK-AAD0202523 | 10/6/2004 | Memo, 10/6/04, Subgroup analyses of CV related events for APPROVe |
| 1.2223 | MRK-AGO0037280 | MRK-AGO0037281 | 1/14/2005 | Quan email, 1/14/05, Comments on CV memo for APPROVe |
| 1.2224 | MRK-AGO0069490 | MRK-AGO0069490 | 1/5/2005 | Quan email, 1/5/05, CV report for the final FF |
| 1.2225 | MRK-AGO0063694 | MRK-AGO0063694 | 1/5/2005 | Bolognese email, 1/5/05, CV report for the final FF |
| 1.2226 | MRK-AGO0063692 | MRK-AGO0063692 | 1/5/2005 | Loftus email, 1/5/05, APPROVe CSR comments |
| 1.2227 | MRK-AGO0069336 | MRK-AGO0069336 | 1/4/2005 | Quan email, 1/4/05, CV report for the final FF |
| 1.2228 | MRK-AGO0073798 | MRK-AGO0073798 | 11/23/2005 | Bolognese email, 11/23/05, CV memo for APPROVe |
| 1.2229 | MRK-AGO0073799 | MRK-AGO0073840 | 11/22/2004 | Cardiovascular Safety Report (Draft, 11/22/04) |
| 1.2230 | MRK-AGO0106856 | MRK-AGO0106856 | 2/15/2005 | Memo, 2/15/02, Additional Analyses for APPROVe Based on the Final Data Set |
| 1.2231 | MRK-AJJ0036578 | MRK-AJJ0036578 | 1/24/2005 | Ko email, 1/24/05, APPROVe bp vs. CV |
| 1.2232 | MRK-AGO0067909 | MRK-AGO0067909 | 1/26/2005 | Ko email, 1/26/05, BP and CV analysis |
| 1.2233 | MRK-AGO0102732 | MRK-AGO0102732 | 2/3/2005 | Bolognese email, 2/3/05, Approx numbers of subgroup analyses in APPROVe |
| 1.2234 | MRK-AGO0102592 | MRK-AGO0102593 | 2/3/2005 | Li email, 2/3/05, List of allocation numbers and treatment groups for patients in APPROVe with CV |
| 1.2235 | MRK-AGO0102733 | MRK-AGO0102735 | 2/3/2005 | Li email, 2/3/05, List of allocation numbers and treatment groups for patients in APPROVe with CV |
| 1.2236 | MRK-AGO0103137 | MRK-AGO0103140 | 2/7/2005 | Li email, 2/7/05, Effpp_exclude |
| 1.2237 | MRK-AGO0106225 | MRK-AGO0106226 | 2/9/2005 | Quan email, 2/9/05, Approve-URGENT (forward originally from Bolognese) |
| 1.2238 | | | 3/14/2006 | Quan depo transcript March 14, 2006 |
| 1.2240 | MRK-AGO0032233 | MRK-AGO0032236 | | APPROVe post hoc requests |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2241 | | | 3/14/2005 | Bresalier article, Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial |
| 1.2242 | MRK-AGO0075273 | MRK-AGO0075274 | 12/9/2004 | Quan email, 12/09/04, re approve cardiovascular |
| 1.2243 | MRK-AGO0072511 | MRK-AGO0072511 | 11/10/2004 | Bologneses email, 11/10/04, re Dealing w/non-proportional hazards in APPROVe |
| 1.2244 | MRK-AGO0072896 | MRK-AGO0072897 | 11/12/2004 | Assaid email, 11/12/04, re Coxib TCVSAE results by time period (<18 vs >18 months) |
| 1.2245 | MRK-AGO0072923 | MRK-AGO0072925 | 11/12/2004 | Bolognese email, 11/12/04, re Coxib TCVSAE results by time period (<18 vs >18 months) |
| 1.2246 | MRK-AGO0065793 | MRK-AGO0065794 | 1/13/2005 | Selwyn email, 1/13/05, re Modeling the hazard ration in APPROVe and Alzheimer's studies |
| 1.2247 | MRK-AGO0076954 | MRK-AGO0076954 | 1/31/2005 | Lines email, 1/31/05, re APPROVe Paper |
| 1.2248 | MRK-AAC0164443 | MRK-AAC0164444 | 1/31/2005 | Reicin email, 1/31/05, re APPROVe Paper |
| 1.2249 | JDN 04414 | JDN 04416 | 1/31/2005 | Zeger email, 1/31/05, re Modeling hazard & hazard ratio curves |
| 1.2251 | MRK-AGO0077016 | MRK-AGO0077016 | 1/31/2005 | Lines email, 1/31/05, re APPROVe Paper |
| 1.2252 | MRK-AGO0075564 | MRK-AGO0075565 | | Subgroup Analysis of Confirmed Thrombotic Events Which Occurred Before Month 18 |
| 1.2253 | MRK-AGO0076060 | MRK-AGO0076061 | | Subgroup Analysis of Investigator-Reported Cardiovascular Events which Occurred within 18 Months of Study Medication |
| 1.2254 | MRK-AGO0042566 | MRK-AGO0042566 | 11/10/2004 | Cumulative Incidence Chart (Quan Ex. No. 15) |
| 1.2255 | MRK-AGO0042567 | MRK-AGO0042567 | 11/10/2004 | Cumulative Incidence Chart (Quan Ex. No. 16) |
| 1.2256 | MRK-AGO0042568 | MRK-AGO0042568 | 11/10/2004 | Cumulative Incidence Chart (Quan Ex. No. 17) |
| 1.2257 | MRK-AGO0042569 | MRK-AGO0042569 | 11/10/2004 | Cumulative Incidence Chart (Quan Ex. No. 18) |
| 1.2258 | MRK-AGO0042570 | MRK-AGO0042582 | | Cumulative Incidence Chart (Quan Ex. No. 19) |
| 1.2259 | MRK-AGO0042594 | MRK-AGO0042594 | 11/10/2004 | Cumulative Incidence Chart (Quan Ex. No. 20) |
| 1.2260 | MRK-AGO0042595 | MRK-AGO0042595 | 11/10/2004 | Cumulative Incidence Chart (Quan Ex. No. 21) |
| 1.2261 | MRK-AGO0042624 | MRK-AGO0042624 | 11/10/2004 | Cumulative Incidence Chart (Quan Ex. No. 22) |
| 1.2262 | MRK-AGO0042625 | MRK-AGO0042625 | 11/11/2004 | Cumulative Incidence Chart (Quan Ex. No. 23) |
| 1.2263 | MRK-AGO0042654 | MRK-AGO0042654 | | Cumulative Incidence Chart (Quan Ex. No. 24) |
| 1.2264 | MRK-AGO0042712 | MRK-AGO0042712 | | Cumulative Incidence Chart (Quan Ex. No. 25) |
| 1.2265 | MRK-AGO0042741 | MRK-AGO0042741 | | Cumulative Incidence Chart (Quan Ex. No. 26) |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2266 | MRK-AGO0042770 | MRK-AGO0042770 | | Cumulative Incidence Chart (Quan Ex. No. 27) |
| 1.2267 | MRK-AGO0042799 | MRK-AGO0042799 | | Cumulative Incidence Chart (Quan Ex. No. 28) |
| 1.2268 | MRK-AGO0042800 | MRK-AGO0042800 | | Cumulative Incidence Chart (Quan Ex. No. 29) |
| 1.2269 | MRK-AGO0042830 | MRK-AGO0042830 | | Cumulative Incidence Chart (Quan Ex. No. 30) |
| 1.2270 | MRK-AGO0042860 | MRK-AGO0042860 | | Cumulative Incidence Chart (Quan Ex. No. 31) |
| 1.2271 | MRK-AGO0042683 | MRK-AGO0042683 | | Cumulative Incidence Chart (Quan Ex. No. 32) |
| 1.2272 | MRK-AGO0042890 | MRK-AGO0042890 | | Cumulative Incidence Chart (Quan Ex. No. 33) |
| 1.2273 | MRK-AGO0042920 | MRK-AGO0042920 | | Cumulative Incidence Chart (Quan Ex. No. 34) |
| 1.2274 | MRK-AGO0042950 | MRK-AGO0042950 | | Cumulative Incidence Chart (Quan Ex. No. 35) |
| 1.2275 | MRK-AGO0042985 | MRK-AGO0042985 | | Cumulative Incidence Chart (Quan Ex. No. 36) |
| 1.2276 | MRK-AGO0042986 | MRK-AGO0042986 | | Cumulative Incidence Chart (Quan Ex. No. 37) |
| 1.2277 | MRK-AGO0043021 | MRK-AGO0043021 | | Cumulative Incidence Chart (Quan Ex. No. 38) |
| 1.2278 | MRK-AGO0043056 | MRK-AGO0043056 | | Cumulative Incidence Chart (Quan Ex. No. 39) |
| 1.2279 | MRK-AGO0043091 | MRK-AGO0043091 | | Cumulative Incidence Chart (Quan Ex. No. 40) |
| 1.2280 | MRK-AGO0043126 | MRK-AGO0043126 | | Cumulative Incidence Chart (Quan Ex. No. 41) |
| 1.2281 | MRK-AGO0043127 | MRK-AGO0043127 | | Cumulative Incidence Chart (Quan Ex. No. 42) |
| 1.2282 | MRK-AGO0043162 | MRK-AGO0043162 | | Cumulative Incidence Chart (Quan Ex. No. 43) |
| 1.2283 | MRK-AGO0043197 | MRK-AGO0043197 | | Cumulative Incidence Chart (Quan Ex. No. 44) |
| 1.2284 | MRK-AGO0043232 | MRK-AGO0043232 | | Cumulative Incidence Chart (Quan Ex. No. 45) |
| 1.2285 | MRK-AGO0043909 | MRK-AGO0043909 | | Cumulative Incidence Chart (Quan Ex. No. 46) |
| 1.2286 | MRK-AGO0044066 | MRK-AGO0044066 | | Cumulative Incidence Chart (Quan Ex. No. 47) |
| 1.2287 | MRK-AGO0044887 | MRK-AGO0044887 | | Cumulative Incidence Chart (Quan Ex. No. 48) |
| 1.2288 | MRK-AGO0034798 | MRK-AGO0034798 | 10/6/2004 | Quan email, 10/06/04, re ?? [High Spam] |
| 1.2289 | MRK-AGO0056486 | MRK-AGO0056487 | 12/6/2004 | Bolognese email, 12/06/04, re FDA FAX on VIOXX Studies |
| 1.2290 | MRK-AGO0074482 | MRK-AGO0074485 | 11/10/2004 | Quan email, 11/10/04, re Alzheimer's analyses (078 by duration, all by BP categ) |

# Dedrick v. Merck Co.
# Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2291 | MRK-AGO0074485 | MRK-AGO0074485 | | Subgroup Analysis of confirmed thrombotic serious AEs; Correlation between BP and With adjudicated/confirmed thromboembotic serious AEs |
| 1.2292 | MRK-GUE0008582 | MRK-GUE0008583 | 4/22/1999 | Capizzi email, 4/22/99, re Interaction |
| 1.2293 | MRK-ADO0063720 | MRK-ADO0063721 | 2/6/2001 | Coppola email, 2/06/01, re Neutralization Plans Jeff Boone |
| 1.2294 | MRK-AFI0044990 | MRK-AFI0044991 | 8/13/1999 | Merck Resource Request Form |
| 1.2295 | MRK-AEV0004461 | MRK-AEV0004463 | 10/3/1999 | Omskov email, 10/03/99, re Celebrex taped teleconferences |
| 1.2296 | MRK-YNG0457190 | MRK-YNG0457193 | 3/30/2000 | 3/30/00 memo re Mid-Cycle District Meeting |
| 1.2297 | MRK-AGO0034794 | MRK-AGO0034797 | 9/17/2004 | Quan email, 9/17/04, re Aspirin-Strict Definition Tag Set |
| 1.2298 | MRK-YNG0457884 | MRK-YNG0457885 | 3/31/2000 | Richards email, 3/31/00, re 'Bottom Line' Points |
| 1.2299 | MRK-AGO0049638 | MRK-AGO0049638 | | Cumulative Incidence Chart |
| 1.2300 | MRK-AGO0049639 | MRK-AGO0049639 | | Cumulative Incidence Chart |
| 1.2301 | MRK-AGO0049640 | MRK-AGO0049640 | | Cumulative Incidence Chart |
| 1.2302 | MRK-AGO0049641 | MRK-AGO0049641 | | Cumulative Incidence Chart |
| 1.2303 | MRK-AGO0049642 | MRK-AGO0049642 | | Cumulative Incidence Chart |
| 1.2304 | MRK-AGO0049645 | MRK-AGO0049645 | | Cumulative Incidence Chart |
| 1.2305 | MRK-AGO0049647 | MRK-AGO0049647 | | Cumulative Incidence Chart |
| 1.2306 | MRK-AGO0049654 | MRK-AGO0049654 | | Cumulative Incidence Chart |
| 1.2307 | MRK-AGO0049655 | MRK-AGO0049655 | | Cumulative Incidence Chart |
| 1.2308 | MRK-AGO0049656 | MRK-AGO0049656 | | Cumulative Incidence Chart |
| 1.2309 | MRK-AGO0005190 | MRK-AGO0005192 | 11/15/2002 | Merck letter, 11/15/02, to Neaton responding to letter re hypertension in patients enrolled in APPROVe study |
| 1.2310 | MRK-AGO0005193 | MRK-AGO0005193 | 9/27/2002 | Oxenius letter to Baerg, 9/27/02, re hypertension as side effect |
| 1.2311 | MRK-AFO0262446 | MRK-AFO0262446 | 3/2/2004 | Neaton letter to Horgan, 3/02/04, re ESMB recommendations |
| 1.2312 | MRK-AFO0262422 | MRK-AFO0262423 | 4/12/2004 | 4/12/04 APPROVe Study Administrative Committee Meeting Agenda |
| 1.2313 | MRK-AFO0262435 | MRK-AFO0262435 | | Joseph/Oxenius draft follow-up letter re hypertension |
| 1.2314 | JDN 03878 | JDN 03884 | 2/21/2004 | Neaton email, 2/21/04, re Follow-up to APPROVe Call |
| 1.2315 | JDN 03422 | JDN 03422 | 2/26/2004 | Quan email, 2/26/04, re Additional results |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2316 | MRK-AGO0050073 | MRK-AGO0050075 | 12/1/2004 | Huang email string, dated 11/30-12/01/04 re COXIB ACM: Summary of Management feedback |
| 1.2317 | MRK-AGO0050096 | MRK-AGO0050097 | 12/1/2004 | Teng email string, dated 12/01/04 re APPROVe CV with 3 endpoints Meta Plots |
| 1.2318 | MRK-AGO0005231 | MRK-AGO0005232 | 4/14/2000 | Hutchins email string, dated 4/12-4/14/00 re New Vioxx Studies |
| 1.2319 | MRK-AGO0005667 | MRK-AGO0005668 | 5/29/2001 | Bolognese email string, dated 5/28-5/29/01 re Jim Neaton on board |
| 1.2320 | MRK-AGO0006972 | MRK-AGO0006980 | 5/15/2003 | ESMB Committee Meeting May 15, 2003, Protocol 136 |
| 1.2321 | MRK-AGO0022644 | MRK-AGO0022644 | 11/25/2003 | Neaton letter to Simon dated 11/25/03 |
| 1.2322 | MRK-AGO0024488 | MRK-AGO0024488 | | Hazard ratio with adjudicated/confirmed thromboembolic or APTC serious AEs |
| 1.2323 | MRK-AGO0024489 | MRK-AGO0024489 | | Hazard ratio with adjudicated/confirmed thromboembolic serious AEs |
| 1.2324 | MRK-AGO0024491 | MRK-AGO0024491 | | Hazard ratio with adjudicated/confirmed thromboembolic or APTC serious AEs plus not yet adjudicated CVD deaths |
| 1.2325 | MRK-AGO0024492 | MRK-AGO0024492 | | Hazard ratio with APTC AEs |
| 1.2326 | MRK-AGO0024493 | MRK-AGO0024493 | | Hazard ratio with adjudicated/confirmed thromboembolic or APTC serious AEs or (congestive heart failure, pulmonary edema, or cardiac failure from CTS database) |
| 1.2327 | MRK-AGO0024494 | MRK-AGO0024494 | | Hazard ratio with adjudicated/confirmed thromboembolic or APTC serious AEs plus deaths |
| 1.2328 | MRK-AGO0032312 | MRK-AGO0032313 | 10/15/2004 | Horgan email string dated 10/12-10/15/04 re APPROVe BP analyses |
| 1.2329 | MRK-AGO0032324 | MRK-AGO0032324 | 10/15/2004 | Loftus email string dated 10/15/04 re Unmasked allocation schedule |
| 1.2330 | MRK-AGO0032536 | MRK-AGO0032543 | 8/13/2004 | MRL Memo re Rofecoxib Myocardial Infarction Analysis Report, 8/13/04 |
| 1.2331 | MRK-AGO0032648 | MRK-AGO0032648 | 10/26/2004 | Anderson email string dated 10/11-10/26/04 re Ltr. to Senator Grassley_v13.DOC |
| 1.2332 | MRK-AGO0032736 | MRK-AGO0032736 | 10/26/2004 | Reicin email string dated 10/26/04 re Ltr. to Senator Grassley_v13.DOC |
| 1.2333 | MRK-AGO0032739 | MRK-AGO0032739 | 10/26/2004 | Anderson email dated 10/26/04 re APPROVe curves |
| 1.2334 | MRK-AGO0033231 | MRK-AGO0033231 | 10/12/2004 | Anderson email string dated 10/11-10/12/04 re Framingham computations |
| 1.2335 | MRK-AGO0033223 | MRK-AGO0033226 | 10/6/2004 | Anderson memo to Bolognese and Quan dated 10/06/04 re Comparing APPROVe MI rates to expected values based on a Framingham risk model |
| 1.2336 | MRK-AGO0033227 | MRK-AGO0033230 | | Risk Factors chart |
| 1.2337 | MRK-AGO0033232 | MRK-AGO0033232 | | Cumulative incidence for MI for APPROVe |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2338 | MRK-AGO0033734 | MRK-AGO0033734 | 10/29/2004 | Bolognese email dated 10/29/04 re Programs for aCSR for APPROVe |
| 1.2339 | MRK-AGO0034128 | MRK-AGO0034128 | | Incidence of Confirmed CV Events by Equally Sized Subset of Changes in Systolic Blood Pressure (VIGOR) |
| 1.2340 | MRK-AGO0034288 | MRK-AGO0034289 | 9/26/2004 | Horgan email dated 9/26/04 re 5pm outline agenda and questions |
| 1.2341 | MRK-AGO0034784 | MRK-AGO0034784 | 11/27/2001 | Simon email dated 11/27/01 re data sharing for 136 |
| 1.2342 | MRK-AGO0035760 | MRK-AGO0035762 | | Timeline 9/2004 11/2004 Merck on Vioxx safety issues |
| 1.2343 | MRK-AGO0049734 | MRK-AGO0049738 | 11/16/2004 | Assaid email string dated 11/10-11/16/04 re Alzheimer's analyses (078 by duration, all by BP categ) |
| 1.2344 | MRK-AGO0057302 | MRK-AGO0057303 | 12/8/2004 | Quan email string dated 12/07-12/09/04 re Edema and Hypertension AEs |
| 1.2345 | MRK-AGO0057333 | MRK-AGO0057333 | 12/9/2004 | Braunstein email string dated 11/09/04 re Emailing: 2005 Coxib CORE VIOXX presentation 12-9.ppt |
| 1.2346 | MRK-AGO0064497 | MRK-AGO0064499 | 1/7/2005 | Arnett letter to Huang dated 1/07/05 re Review of the FDA Advisory Committee Background Package |
| 1.2347 | MRK-AGO0064501 | MRK-AGO0064529 | 12/30/2004 | Huang memo dated 12/30/04 re Executive Champion Review of the Coxib Advisory Committee Background Package |
| 1.2348 | MRK-AGO0064694 | MRK-AGO0064694 | 1/9/2005 | Braunstein email string dated 1/09/05 re Text to review |
| 1.2349 | MRK-AGO0065961 | MRK-AGO0065964 | | Analysis of Cumulative Recurrence of Colorectal Adenomas for Increased Risk Population (Fig. 1-4) |
| 1.2350 | MRK-AGO0066128 | MRK-AGO0066129 | 1/17/2005 | Van Adelsberg email string dated 1/14-1/17/05 re Comments on CV memo for APPROVe |
| 1.2351 | MRK-AGO0066196 | MRK-AGO0066197 | 1/17/2005 | Korn email string dated 1/17/05 re Final CV report (MRK-AGO0066196-97) (What is definition #1) |
| 1.2352 | MRK-AGO0066330 | MRK-AGO0066331 | 1/17/2005 | Korn email string dated 1/17/05 re Final CV report (MRK-AGO0066330-31) (What is definition #2) |
| 1.2353 | MRK-AGO0066333 | MRK-AGO0066335 | 1/17/2005 | Korn email string dated 1/17/05 re Final CV report (MRK-AGO0066333-35) (What is definition #3) |
| 1.2354 | MRK-AGO0067101 | MRK-AGO0067102 | 1/20/2005 | Jan. 20, 2005 slide presentation overview |
| 1.2355 | MRK-AGO0067203 | MRK-AGO0067203 | 1/24/2005 | Bolognese email dated 1/24/05 re analyses of BP vs. CV events |
| 1.2356 | MRK-AGO0072409 | MRK-AGO0072410 | 11/9/2004 | Bolognese email string dated 10/27-11/09/04 re Coxib TCVSAE results by time period (<18 vs >18 months) |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2357 | MRK-AGO0072411 | MRK-AGO0072420 | 11/9/2004 | Assessment of coxib TCVSAE results by time interval (>18 months vs 0-18 months), J. Bolognese, October 2004, revised 11/09/04 (MRK-AGO0072411-20) |
| 1.2358 | MRK-AGO0072421 | MRK-AGO0072428 | 11/9/2004 | Assessment of coxib TCVSAE results by time interval (>18 months vs 0-18 months), J. Bolognese, October 2004, revised 11/09/04 (MRK-AGO0072421-28) |
| 1.2359 | MRK-AGO0072837 | MRK-AGO0072858 | 11/9/2004 | Cardiovascular Safety of Rofecoxib in the APPROVe Study draft 11/09/04 |
| 1.2360 | MRK-AGO0072882 | MRK-AGO0072882 | | Memo to Jim from Saurabh |
| 1.2361 | MRK-AGO0072898 | MRK-AGO0072907 | 11/9/2004 | Assessment of coxib TCVSAE results by time interval (>18 months vs 0-18 months), J. Bolognese, October 2004, revised 11/09/04 (MRK-AGO0072898-907) |
| 1.2362 | MRK-AGO0072916 | MRK-AGO0072916 | 11/12/2004 | Bolognese email string dated 11/11-11/12/04 re SBP>=160 and TCVSAE's in APPROVe and Alzheimer's |
| 1.2363 | MRK-AGO0077086 | MRK-AGO0077086 | | Subgroup Analysis of Confirmed and Unconfirmed PUBs (Events on Treatment through 14 Days After the Last Dose of Study Therapy) |
| 1.2364 | MRK-AGO0077141 | MRK-AGO0077141 | | Summary of With hypertension-related AEs by Class of Terms (Events Within 14 Days After Last Dose of Study Therapy) |
| 1.2365 | MRK-AGO0077149 | MRK-AGO0077149 | | Summary of Discontinuation due to a hypertension-related AE by Class of Terms (Events Within 14 Days After Last Dose of Study Therapy) |
| 1.2366 | MRK-AGO0086387 | MRK-AGO0086387 | | Analysis of Cardiovascular Related Events (Events Within 28 Days After Last Dose of Study Therapy) |
| 1.2367 | MRK-AGO0086388 | MRK-AGO0086388 | | Analysis of Cardiovascular Related Events (All Events which Occurred within 3 Years + 30 Days for Those Who Discontinued and within Last Dose of Study Therapy + 30 Days for Those Who Completed the Trial) |
| 1.2368 | MRK-AGO0086392 | MRK-AGO0086394 | | Summary of Investigator Reported Cardiovascular Events by Class of Terms (All Events which Occurred within 3 Years + 30 Days for Those Who Discontinued and within Last Dose of Study Therapy + 30 Days for Those Who Completed the Trial) |
| 1.2369 | MRK-AHD0075697 | MRK-AHD0075699 | 1/31/2005 | Gertz email, 2/01/05, re APPROVe Paper |
| 1.2370 | 2005 NEJM 000013 | 2005 NEJM 000014 | 2/9/2005 | NEJM rejection of manuscript of Dr. John A. Baron 2-9-05 |
| 1.2371 | 2005 NEJM 000270 | 2005 NEJM 000285 | | NEJM Suggestion for Transmittal to Authors |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2372 | | | | Goldkind letter to Braunstein re Prospective Combined Analysis of Thrombotic Cardiovascular Events in 3 Randomized, Double-Blind, Placebo-Controlled Studies ... |
| 1.2373 | MRK-AFL0015451 | MRK-AFL0015484 | 1/9/2004 | Statistical Data Analysis Plan (Study 203) |
| 1.2374 | MRK-I8940080858 | MRK-I8940080928 | | Statistical Data Analysis Plan (Study Protocol 122) |
| 1.2375 | MRK-AHD0075757 | MRK-AHD0075824 | | Cardiovascular Safety Report for APPROVe |
| 1.2376 | | | | Pooled Analysis of Confirmed Thrombotic CV Events CV Outcomes Study (Interim Data Feb-2005) |
| 1.2377 | 2005 NEJM 000286 | 2005 NEJM 00318 | 2/6/2005 | Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial, draft with comments |
| 1.2378 | 2005 NEJM 000319 | 2005 NEJM 000350 | | No image on H drive |
| 1.2379 | | | 7/3/1991 | Yusuf, Analysis and Interpretation of Treatment Effects in Subgroups of Patients in Randomized Clinical Trials |
| 1.2382 | MRK-AFV0403096 | MRK-AFV0403096 | 2/9/2005 | Braunstein email, 2/09/05, re DO NOT FORWARD. NEJM letter on APPROVe study. |
| 1.2389 | MRK-AGO0002142 | MRK-AGO0002142 | 7/23/1997 | Quan email, 7/23/97, re Prot 023 |
| 1.2390 | MRK-AGO0002042 | MRK-AGO0002042 | 11/26/1997 | Morrison memo, 11/26/97, re 023 Database |
| 1.2391 | MRK-AGO0001185 | MRK-AGO0001188 | 7/3/1999 | 7/03/99 Comments on Rofecoxib for the Treatment of Osteoarthritis and Acute Pain |
| 1.2392 | MRK-AGO0001190 | MRK-AGO0001193 | 7/24/1999 | Koch memo, 7/24/99, re Review of statistical issues for combined analysis of protocols 044 and 045 for MK-0966 |
| 1.2393 | MRK-AGO0001326 | MRK-AGO0001326 | 8/21/2000 | Shingo memo, 8/21/00, re Safety Statistical Report for VIOXX GI Endoscopy Program (Protocols 098 and 103) |
| 1.2394 | MRK-AGO0005214 | MRK-AGO0005228 | 10/2/2000 | Capizzi email, 10/02/00, re Interaction test |
| 1.2395 | MRK-AGO0005194 | MRK-AGO0005194 | | Supplementary narratives of serious hypertension-related adverse events |
| 1.2396 | MRK-AGO0000118 | MRK-AGO0000120 | 9/30/2004 | Press release, 9/30/04, Merck Announces Voluntary Worldwide Withdrawal of VIOXX |
| 1.2397 | MRK-AGO0032232 | MRK-AGO0032232 | 10/13/2004 | Bolognese email, 10/13/04, re Precision of subgroup analyses |
| 1.2398 | MRK-AGO0032146 | MRK-AGO0032146 | 10/13/2004 | Bolgnese email, 10/13/04, re Combined analysis of AD and APPROVe |
| 1.2399 | MRK-AGO0032142 | MRK-AGO0032142 | 10/14/2004 | Anderson email, 10/14/04, re Framingham computations |
| 1.2400 | MRK-AGO0074509 | MRK-AGO0074511 | 11/4/2004 | Quan email string, 12/08/03-11/04/04, re protocol 122 CV events |
| 1.2401 | MRK-AGO0074505 | MRK-AGO0074508 | 11/4/2004 | Quan email string, 11/04/04-11/08/04, re protocol 122 CV events |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2402 | MRK-AGO0072836 | MRK-AGO0072836 | 11/10/2004 | Horgan email, 11/10/04, re Draft APPROVe Methods and Results |
| 1.2403 | MRK-AGO0072512-3; 22 | MRK-AGO0072512-3; 22 | 11/10/2004 | Araba email, 11/10/04, re P-122 APPROVe ACSR tables w/attached table |
| 1.2404 | MRK-AGO0072509 | MRK-AGO0072510 | 11/10/2004 | Bolognese email, 11/10/04, re Alzheimer's analyses (078 by duration, all by BP categ) |
| 1.2405 | MRK-AGO007505 | MRK-AGO007508 | 11/10/2004 | Ko email, 11/10/04, re Alzheimer's analyses (078 by duration, all by BP categ) |
| 1.2406 | MRK-AGO0075044 | MRK-AGO0075044 | 11/12/2004 | Lines email, 11/12/04, re Draft Outline for APPROVe Paper |
| 1.2407 | MRK-AGO0074491 | MRK-AGO0074494 | 11/12/2004 | Quan email, 11/12/04, re MK0966122-Meeting minutes for tagset meeting |
| 1.2408 | MRK-AGO0074487 | MRK-AGO0074489 | 11/12/2004 | Quan email, 11/12/04, re Draft APPROVe ACSR Tables Revised |
| 1.2409 | MRK-AGO0074523 | MRK-AGO0074526 | 11/15/2004 | Quan email, 11/15/04, re Alzheimer's analyses (078 by duration, all by BP categ) |
| 1.2410 | MRK-AGO0075066 | MRK-AGO0075066 | 11/15/2004 | Bolognese email, 11/15/04, re for manuscript |
| 1.2411 | MRK-AGO0075067 | MRK-AGO0075067 | 11/16/2004 | Lines email, 11/16/04, re APPROVe draft |
| 1.2412 | MRK-AGO0075092 | MRK-AGO0075092 | 11/16/2004 | Quan email, 11/16/04, re APPROVe draft |
| 1.2413 | MRK-AGO0075090 | MRK-AGO0075090 | 11/16/2004 | Quan email, 11/16/04, re APPROVe draft |
| 1.2414 | MRK-AGO0074541 | MRK-AGO0074541 | 11/16/2004 | Quan email, 11/16/04, re FF Case 495356 MK966-122 |
| 1.2415 | MRK-AGO0075095 | MRK-AGO0075095 | 11/17/2004 | Bolognese email, 11/17/04, re APPROVe draft |
| 1.2416 | MRK-AGO0002024 | MRK-AGO0002030 | 2/23/1998 | Protocol 023 draft, Multiple Dose Sodium Retention, Appendix 4.1, Tables 1-7 |
| 1.2417 | MRK-AGO0001151 | MRK-AGO0001151 | | Protocol/Amendment No. 103-01, Safety Measurements, Immediate Reporting of AEs to the SPONSOR |
| 1.2418 | MRK-AGO0002103 | MRK-AGO0002103 | | Table Analysis of Percent Change from Baseline at Day 13 for Urinary 11 Dehydro Thromboxane B2 (pg/mg) |
| 1.2419 | MRK-AGO0002068 | MRK-AGO0002068 | | Table Analysis of Change from Baseline at Day 13 for Urinary PGI-M (pg/mg) |
| 1.2420 | MRK-AGO0002063 | MRK-AGO0002063 | | Urinary Eicosanoids |
| 1.2421 | MRK-AGO0001994 | MRK-AGO0001994 | 2/23/1998 | Protocol 023 draft, Multiple Dose Sodium Retention, Urinary Eicosanoids |
| 1.2422 | MRK-AGO0001995 | MRK-AGO0001995 | 2/23/1998 | Protocol 023 draft, Multiple Dose Sodium Retention, Table Analysis of Change from Baseline at Day 13 for Urinary 11 Dehydro Thromboxane B2 (pg/mg creatinine) |
| 1.2423 | MRK-AGO0001998 | MRK-AGO0001998 | 2/23/1998 | Protocol 023 draft, Multiple Dose Sodium Retention, Urinary PGI-M |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2424 | MRK-AGO0001999 | MRK-AGO0001999 | 2/23/1998 | Protocol 023 draft, Multiple Dose Sodium Retention, Table Analysis of Change from Baseline at Day 13 for Urinary PGI-M (pg/mg creatinine) |
| 1.2425 | MRK-AGO0002013 | MRK-AGO0002013 | 2/23/1998 | Protocol 023 draft, Multiple Dose Sodium Retention, Conclusions |
| 1.2426 | MRK-AGO0001334 | MRK-AGO0001334 | | Table 9 Incidence Rate greater than or equal to 2% Adverse Experiences by Body System |
| 1.2427 | MRK-AGO0000678 | MRK-AGO0000678 | 1/24/2001 | Protocol 098/103, RA Endoscopy, Specific Clinical Adverse Experiences, Table 48, Number (%) of Patients with Specific Clinical Adverse Experiences Hypertension and Related Terms |
| 1.2428 | MRK-AGO0000328 | MRK-AGO0000336 | 9/16/2004 | The SAS System |
| 1.2429 | MRK-AGO0000285 | MRK-AGO0000286 | | K-M PUB Plots |
| 1.2430 | MRK-AGO0000106 | MRK-AGO0000106 | | handwritten notes re hypertension |
| 1.2431 | MRK-AGO0000102 | MRK-AGO0000102 | | Table 6 Thromboembolic Related AE Summary |
| 1.2432 | MRK-AGO0002336 | MRK-AGO0000286 | | Data Analysis (Protocol 905 draft) |
| 1.2433 | MRK-AGO0002341 | MRK-AGO0002342 | 8/5/1999 | Malice email, 8/05/99, re Renal safety protocol draft |
| 1.2434 | MRK-AGO0002355 | MRK-AGO0002355 | 12/2/2004 | CSR Synopsis Protocol 098/103, Conclusions |
| 1.2435 | MRK-AGO0002462 | MRK-AGO0002462 | 3/17/1998 | Approval Form for the Clinical Study Report |
| 1.2436 | MRK-AGO0002544 | MRK-AGO0002551 | 4/17/1998 | Protocol 023, Multiple Dose Sodium Retention, Pharmacodynamics, Urinary Eicosanoids |
| 1.2437 | MRK-AGO0002561 | MRK-AGO0002563 | 4/17/1998 | Protocol 023, Multiple Dose Sodium Retention, Discussion |
| 1.2438 | MRK-AGO0002623 | MRK-AGO0002640 | | Paired Analysis of Urinary Thromboxane B2 Metabolites in Humans, Catella and FitzGerald |
| 1.2439 | MRK-AGO0003247 | MRK-AGO0003247 | 3/5/1996 | 3/05/96, Meeting Confirmation |
| 1.2440 | MRK-AGO0032141 | MRK-AGO0032141 | | No Description |
| 1.2441 | MRK-AGO0072524 | MRK-AGO0072524 | | Table 9 - Analysis of Cardiovascular Related Events |
| 1.2442 | MRK-AGO0072526 | MRK-AGO0072526 | | Table 10 Subgroup Analysis of Thrombotic Cardiovascular Events |
| 1.2443 | MRK-AGO0072527 | MRK-AGO0072527 | | Table 10 Subgroup Analysis of Thrombotic Cardiovascular Events |
| 1.2444 | MRK-AGO0075566 | MRK-AGO0075566 | | Confirmed Thrombotic Events by Subgroup of Average Change in MAP at Weeks 4 and 17 (Events within 14 Days after Last Dose of Study Therapy) |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2446 | MRK-AGO0075079 | MRK-AGO0075082 | | Excerpt pp. 12-15 of draft report |
| 1.2447 | MRK-AGO0042086; 124; 234; 571-4; 577-8; 80; 86; 94; 624 | MRK-AGO0042086; 124; 234; 571-4; 577-8; 80; 86; 94; 624 | | No Description |
| 1.2448 | | | | Practical Aspects of Decision Making in Clinical Trials |
| 1.2449 | | | | Planning and Analysis of Repeated Measures at Key Time-Points in Clinical Trials Sponsored by Pharmaceutical Companies |
| 1.2450 | MRK-ADW0032874 | MRK-ADW0032874 | 4/20/2001 | April 20, 2001 Bulletin for Vioxx: ACTION REQUIRED - "Project A & A Xxceleration": Top 50 Targeting |
| 1.2451 | MRK-AAR0068469 | MRK-AAR0068488 | 4/4/2003 | April 4, 2003 Bulletin for Vioxx: "Project Power Play" Teleconferences |
| 1.2452 | MRK-ADO0035342 | MRK-ADO0035343 | 4/5/2005 | April 5, 2000 Bulletin for Vioxx: The 2000 Field Incentive Plan for Vioxx |
| 1.2453 | MRK-AFI0218275 | MRK-AFI0218277 | 8/26/2004 | August 26, 2004 Bulletin for VIOXX |
| 1.2454 | MRK-AGO0000394 | MRK-AGO0000395 | 2/20/2004 | EMAIL NEATON RE: STAGE 2 |
| 1.2455 | MRK-ACD0150829 | MRK-ACD0150847 | 4/6/2005 | JENKINS AND SELIGMAN MEMORANDUM 4-06-05 RE ANALYSIS AND RECOMMENDATIONS FOR AGENCY ACTION |
| 1.2456 | MRK-S0420111986 | MRK-S0420112005 | 6/3/2005 | JUNE 3, 2005 LETTER FROM PHILLIP HUANG TO BRIAN HARVEY |
| 1.2457 | MRK-ABS0027681 | MRK-ABS0027744 | 6/8/2000 | ROFECOXIB VIGOR CLINICAL AND STATISTICAL DOCUMENTATION |
| 1.2458 | MRK-AIN0001235 | MRK-AIN0001611 | 4/11/2001 | Statistical Report for Cox 482 (MK-0966, Protocol 112), 4/11/01 Draft MRK-AIN0001235-41; 1275-85; 1416-17; 1419; 1609 |
| 1.2460 | FDACDER001257 | FDACDER001267 | 2/3/2001 | FDA Memo from Targum to Folkendt |
| 1.2461 | MRK-AJA0152274 | MRK-AJA0152274 | 7/9/2001 | E-mail from D. Ramey to S. Kom re Protocols 106  112  116  905  906 |
| 1.2462 | MRK-AAF0004134 | MRK-AAF0004135 | 7/30/2001 | Merck corres to FDA re Response to FDA request for info |
| 1.2463 | MRK-AAF004093 | MRK-AAF004093 | 7/5/2001 | Walling to Silverman fax |
| 1.2464 | MRK-AGV0024070 | MRK-AGV0024073 | 6/25/2001 | Minutes for VIOXX sWMA Working Group Meeting VIGOR Safety Report |
| 1.2465 | MRK-AAF0004367 | MRK-AAF0004388 | 10/15/2001 | B. Gould fax to R. Silverman re: NDA 21-042/S007 and internal FDA email re: FDA proposed label with VIGOR |
| 1.2467 | MRK-NJ0220553 | MRK-NJ0220587 | 1/12/1998 | Watson Slides |
| 1.2468 | FDACDER-OL018934 | FDACDER-OL018938 | 6/28/1999 | Minutes for 4-20-1999 AC meeting |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2469 | MRK-AHY0022449 | MRK-AHY0022453 | 4/20/1999 | Agenda for AC mtg |
| 1.2470 | MRK-AAP0000649 | MRK-AAP0000788 | 4/20/1999 | Sliverman FDA Arthritis Advisory Committeed Slides |
| 1.2471 | MRK-NJ0018234 | MRK-NJ0018678 | 11/23/1998 | NDA Vol. 1.3 -- synopsis |
| 1.2472 | MRK-NJ0179628 | MRK-NJ0180250 | 10/26/1998 | Vol. 1.94 |
| 1.2473 | MRK-NJ0019440 | MRK-NJ0020050 | 11/23/1998 | Vol. 1.95 |
| 1.2474 | MRK-ABS0010669 | MRK-ABS0011415 | 11/23/1998 | NDA Vols. 115 -116 (complete CSR) |
| 1.2475 | MRK-S0420112017 | MRK-S0420112132 | 5/1/2006 | APPROVe Off-Drug Extension Documents |
| 1.2476 | MRK-ANK0031333 | MRK-ANK0031334 | 5/9/2000 | E-mail from J. Weiner to A. Kaufman |
| 1.2477 | MRK-AHY0263622 | MRK-AHY0263624 | 1/8/2001 | Minutes WHHM Hypertension Edema Task Force |
| 1.2478 | MRK-AHY0263616 | MRK-AHY0263616 | 1/9/2001 | E-mail from A. Moan to S. Kornowski S. Ko |
| 1.2479 | MRK-AGV0113870 | MRK-AGV0113880 | 1/9/2001 | Memo to G. Geba M. Dixon from E. Chen Sum |
| 1.2480 | MRK-ADG0014840 | MRK-ADG0014842 | 1/5/2001 | Memo from Longley to Beauchard |
| 1.2481 | MRK-AFI0136807 | MRK-AFI0136849 | | Baumgartner email and communications plan |
| 1.2482 | MRK-AFI0148946 | MRK-AFI0148947 | 1/24/2001 | Hypertension Edema Task Force Agenda |
| 1.2484 | MRK-AGV0057297 | MRK-AGV0057311 | 3/2/2001 | Analysis of Adverse Experiences |
| 1.2485 | MRK-AHO0126891 | MRK-AHO0126891 | 8/2/2000 | E-mail from J. Melin to B. Freundlich |
| 1.2486 | MRK-ADW0043438 | MRK-ADW0043438 | 2/6/2001 | E-mail from Mills |
| 1.2487 | MRK-ADW0043439 | MRK-ADW0043440 | 2/11/2001 | E-mail from T. Mills to B. West |
| 1.2490 | MRK-AFI00134945 | MRK-AFI00134948 | 5/23/2001 | E-mail from T. Mills to S. Baumgartner re S |
| 1.2491 | MRK-AFI0177179 | MRK-AFI0177237 | 8/28/2001 | Cardiovascular Renal Update A Global Review |
| 1.2492 | MRK-AHO0167042 | MRK-AHO0167044 | 3/24/2001 | Email from J. Melin |
| 1.2493 | MRK-ACZ0087205 | MRK-ACZ0087206 | 4/12/2001 | E-mail from Wynd |
| 1.2495 | MRK-AJA0152274 | MRK-AJA0152276 | 7/9/2001 | E-mail from D. Ramey to S. Kom re Protocols |
| 1.2496 | MRK-NJ0199449 | MRK-NJ0199450 | 7/24/2001 | Email from S. Kornowski to W. Dixon B. Ger |
| 1.2497 | MRK-NJ0199459 | MRK-NJ0199460 | 7/25/2001 | Email from S. Kornowski to B. Gertz W. Dix |
| 1.2499 | MRK-ABK0281955 | MRK-ABK0282051 | 8/18/1998 | CSR for P054 |

# Dedrick v. Merck Co.
# Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2501 | MRK-AGO0000395 | MRK-AGO0000395 | 2/20/2004 | Email from J. Neaton to D. Bjorkman M. Kon |
| 1.2504 | MRK-ABY0121832 | MRK-ABY0121833 | 3/17/2003 | P. Duong email 3-17-03 re A question |
| 1.2505 | MRK-AKC0019753 | MRK-AKC0019758 | 8/23/2000 | VIOXX Impact of Renal Protocol 106 on Physic |
| 1.2506 | MRK-ADM0167791 | MRK-ADM0167797 | 3/20/2003 | J. Landau email 3-20-03 re Carbonic Anhydrase discus |
| 1.2507 | MRK-AAD0268576 | MRK-AAD0268576 | 3/31/2003 | A. Reicin email 3-31-03 re FW QUESTION re ACC abstra |
| 1.2508 | MRK-AFK0246360 | MRK-AFK0246361 | 6/3/2005 | Email from A. Reicin to P. Huang D. Erb R |
| 1.2509 | MRK-ADB0019480 | MRK-ADB0019532 | 4/11/2001 | Statistical for P112 |
| 1.2510 | MRK-ADL0060602 | MRK-ADL0060607 | 10/4/2000 | E-mail with attachment from A. Altmeyer to G |
| 1.2514 | MRK-NJ0194681 | MRK-NJ0194682 | 6/4/2001 | EULAR abstract in June 2001 for P116 |
| 1.2515 | STI0035586 | STI0035587 | 9/8/1997 | Fax re inviting Whelton |
| 1.2517 | STI0035162 | STI0035162 | 10/16/1997 | Authorization to pay honorarium to Whelton |
| 1.2518 | STI0035720 | STI0035721 | 10/24/1997 | Whelton signature on check receipt |
| 1.2519 | MRK-AHY0263588 | MRK-AHY0263592 | 5/1/2001 | E-mail with attachment Griffing to Kornowski |
| 1.2520 | MRK-AFO0053753 | MRK-AFO0053753 | 6/1/1998 | Summary of June 1 1998 consultant meeting |
| 1.2521 | MRK-ACL0011472 | MRK-ACL0011474 | 6/1/1998 | Draft summary of renovascular safety meeting of June |
| 1.2522 | MRK-AKO0000390 | MRK-AKO0000390 | 7/24/2000 | Scolnick 7-24-2000 e-mail |
| 1.2523 | MRK-ADW0043430 | MRK-ADW0043430 | 1/26/2001 | Email from Buttala to Dunn |
| 1.2524 | MRK--ACZ0087055 | MRK--ACZ0087056 | 9/29/2000 | Baumgartner to Reiss e-mail |
| 1.2526 | MRK-APA0000001 | MRK-APA0000028 | 5/23/2006 | VICTOR Data |
| 1.2527 | MRK-ZAY0000031 | MRK-ZAY0000048 | 5/23/2006 | VICTOR SAS |
| 1.2529 | MRK-01420031582 | MRK-01420031585 | 1/31/2001 | Safety - Summary of prespecified clinical adverse experiences. Table B-27 |
| 1.2530 | MRK-01420142352; 380 | MRK-01420142357; 385. | 6/18/2001 | Safety Update Report Edema and hypertension related adverse experiences |
| 1.2531 | MRK-0S420085537 | MRK-0S420085537 | 10/21/1998 | MK-0966 Prot. No. 045 Safety |
| 1.2532 | MRK-AAD 0357791 | MRK-AAD 0357843 | 9/13/2004 | Memo, re Safety Update for Approve |
| 1.2533 | MRK-ABC0009946 | MRK-ABC0009961 | 2/9/1998 | Memo fr Pemrick to MK-0966 Project team members. Subject MK-0966 Project team minutes for 1/12/98 |
| 1.2534 | MRK-ABS0001713 | MRK-ABS0001713 | 1/22/1998 | MK-0966 Prot. No. 029 Safety - Table 66 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2535 | MRK-ABS0016466 | MRK-ABS0016466 | 2/24/1998 | MK-0966 Prot. No. 010 Safety - Table 54 |
| 1.2536 | MRK-ABS0057147 | MRK-ABS 0057150 | 10/21/1998 | MK-0966 Prot. No. 045 Safety Combined clinical adverse experiences of hypertension and blood pressure increase Table 74 |
| 1.2537 | MRK-ABS0067016 | MRK-ABS 0067019 | 10/26/1998 | MK-0966 Clinical Documentation Thromboembolic cardiovascular adverse experiences Table E-73 |
| 1.2538 | MRK-ABS0067186 | MRK-ABS 0067195 | 10/26/1998 | MK-0966 Clinical Documentation Clinical safety in osteoarthritis studies Table E-109 |
| 1.2539 | MRK-ABS0067370 | MRK-ABS 0067384 | 10/26/1998 | MK-0966 Clinical Documentation Serious adverse experiences from sources other than case report forms |
| 1.2540 | MRK-ABS0072950 | MRK-ABS 0072951 | 9/16/1998 | MK-0966 Prot. No. 034 Diclofenac OA Study Safety Table 58 |
| 1.2541 | MRK-ABS0329466 | MRK-ABS 0329473 | 12/1/1997 | Updates: PTM Clinical pharmacology |
| 1.2542 | MRK-ABS0037009 | MRK-ABS0037019 | 1/14/1998 | Memo fr DiCesare to Distribution re clinical development oversight committee meeting 1/7/98 |
| 1.2543 | MRK-ABT0014774 | MRK-ABT0014797 | 2/2/1998 | Report by Watson Final results of an analysis of the incidence of cardiovascular SAEs |
| 1.2544 | MRK-ABY0199809 | MRK-ABY0199810 | 12/3/1997 | COX-2 Cardiovascular AE task force teleconference agenda |
| 1.2545 | MRK-ACD 0111201 | MRK-ACD 011103 | 10/28/2002 | MK-0966 Prot. No. 029-30/40 Draft Hypertension related adverse experiences |
| 1.2546 | MRK-AFV0426392 | MRK-AFV0426392 | | MK-0966 Reference P122, Appendix 2.1.3 Figure 6 |
| 1.2547 | MRK-AFV0426394 | MRK-AFV0426394 | | MK-0966 Reference P122, Appendix 2.1.3 Tables 14 & 15 |
| 1.2549 | MRK-AHD 0066959 | MRK-AHD 0066994 | | AD FDA ACM Draft powerpoint |
| 1.2551 | MRK-I8940077723 | MRK-I8940077883 | 6/11/2003 | MK-0966 Protocol/Amendment No. 203-00 |
| 1.2552 | MRK-I8940077737 | MRK-I8940077737 | 6/11/2003 | MK-0966 Protocol/Amendment No. 203-00 F & G |
| 1.2553 | MRK-I8940080876 | MRK-I8940080876 | 5/8/2003 | MK-0966 Data analysis plan safety analyses |
| 1.2554 | MRK-NJ0018455 | MRK-NJ0018462 | 11/12/1998 | MK-0966 Synopsis of application C. Worldwide clinical summary |
| 1.2555 | MRK-NJ0066804 | MRK-NJ0066827 | 2/2/1998 | Report by Watson Final results of an analysis of the incidence of cardiovascular SAEs |
| 1.2557 | MRK-OS420022606 | MRK-OS420022612 | 4/17/1998 | MK-0966 Prot. No. 023 Multiple dose sodium retention |
| 1.2558 | MRK-OS420085325 | MRK-OS420085326 | 10/21/1998 | MK-0966 Clinical study report I. Synopsis |
| 1.2559 | MRK-OS420085469 | MRK-OS420085469 | 10/21/1998 | MK-0966 Prot. No. 045 Safety Table 44 |
| 1.2560 | MRK-OS42008555 | MRK-OS42008557 | 10/21/1998 | MK-0966 Prot. No. 045 Safety Table 57 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2561 | MRK-OS420085604 | MRK-OS420085604 | 10/21/1998 | MK-0966 Prot. No. 045 Safety Table 70 |
| 1.2590 | MRK-GUE0051686 | MRK-GUE0051773 | 8/19/1998 | Memo from Reicin and Seidenberg HHPAC Updated Proposal to Proceed with the Vioxx Phase IIIB GI Outcomes Study from meeting of 8/6/1998 |
| 1.2649 | MRK-ABI0002453 | MRK-ABI0002454 | | Direct to Consumer Marketing for Vioxx |
| 1.2657 | | | | The Top 200 Prescriptions for 2004 by U.S. Sales Data furnished by NDC Health. |
| 1.2670 | MRK-H10STM001118 | MRK-H10STM001191 | | Project OFFENSE MEETING AGENDA & CONTENT and CV obstance response |
| 1.2675 | | | | Offices of Inspector General, Department of Health and Human Services, FDA's Review Process for New Drug Applications, March 2003. Http://oig.hhs.gov/oei/reports/oei-01-01-00590.pdf |
| 1.2687 | MRK-NJ0120741 | MRK-NJ0120742 | 2/14/2000 | Email from Capizzi to Reicin and Shapiro Memo re: anticipated CV events in a Cox-2 megatrial Shapiro 2/14/05 deposition exhibit 27 (CV significance Pop a p-star of .05) |
| 1.2692 | | | | Merck's 2000 Form 10-K Annual Report. |
| 1.2693 | | | | Merck's 2001 Form 10-K Annual Report. |
| 1.2694 | | | | Merck's 2003 Form 10-K Annual Report. |
| 1.2695 | | | | Merck's 2005 Annual Report AND 10K. |
| 1.2696 | | | | Merck's 2004 Form 10-K Annual Report. |
| 1.2697 | | | | Merck's 1999 Form 10-K Annual Report. |
| 1.2698 | | | | Merck's 2002 Form 10-K Annual Report. |
| 1.2725 | | | | NEJM: Response to Expression of Concern Regarding VIGOR Study. |
| 1.2800 | MRK-ADM0157759 | MRK-ADM0157797 | 12/6/2002 | A&A Key Influencer Plan - Update and Next Steps by Robert E. McKenna |
| 1.2801 | MRK-AGV0025222 | | 6/23/1905 | AHA 2001 Abstract |
| 1.2802 | | | 5/11/2006 | APPROVe Off-Drug Extension - Preliminary Analysis of Thrombotic Cardiovascular Safety (Study Summary) |
| 1.2803 | MRK-S0420000969 | MRK-S0420000970 | | Excerpt of CSR for Protocol 136 |
| 1.2804 | MRK-ADJ0044415 | | | Data presented from a comparison of the effects of rofecoxib and naproxen treatments in a group of 5557 osteoarthritis patients |
| 1.2805 | | | | DDMAC Draft Guidance for Industry Using FDA-Approved Patient Labeling in Consumer Directed Print Advertisements |
| 1.2806 | MRK-ABA0028399 | | 3/13/2002 | Draft memo from Eugene Braunwald to VALOR TIMI-30 Steering Committee re cancellation of VALOR (attachment to MRK-ABA0028398) |