# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2807 | MRK-EAIP0029588 | MRK-EAIP0029588 | | Efficacy (Pain relief) the Most Important Consideration for Physicians and Patients |
| 1.2808 | MRK-AAD0239500 | MRK-AAD0239500 | 8/27/2002 | Email "RE: MK966-136 CSR for Review 2." |
| 1.2809 | MRK-AAD0240674 | MRK-AAD0240674 | 9/6/2002 | Email "RE: MK966-136 CSR for Review 2." |
| 1.2810 | MRK-AHD0080447 | MRK-AHD0080447 | 11/18/2003 | Email from Alise Reicin RE: Response to MVX |
| 1.2811 | MRK-ABC0002149 | MRK-ABC0002149 | 10/30/1997 | Summarization of results of the paper discussed at the teleconference on Tuesday and revision of the issue with John Oates on Wednesday 10/29 |
| 1.2812 | MRK-AAD0359666 | MRK-AAD0359666 | 10/12/2004 | Email from Alise Reicin to Tracy Ogden et al RE: Media training for ACR |
| 1.2813 | MRK-ABY0195214 | MRK-ABY0195214 | 11/30/2004 | Email from Denis Riendeau to Janet Van Adelsberg, et al RE: Consultants meeting in re: coxibs |
| 1.2814 | | | 3/17/2000 | Email from Eliav Barr to Deborah Shapiro, Alise Reicin and Leonard Oppenheimer RE: One more longshot |
| 1.2815 | JDN01749 | JDN01752 | 2/14/2000 | Email from James Neaton to Shapiro in response to Plan for analysis of CVD events as described in the attached memo from Reicin to Weinblatt dated 2/7/2000 |
| 1.2816 | MRK-NJ0071266 | MRK-NJ0071266 | 2/15/2000 | Email from Shapiro to Neaton RE: Plan for Analysis of CVD Events (fwd) |
| 1.2817 | MRK-AAD0358661 | MRK-AAD0358661 | 10/3/2004 | Email from Reicin to Barry Gertz, et al RE: Topol editorial NY Times/LEGAL CONFIDENTIAL |
| 1.2818 | MRK-AAD0358670 | MRK-AAD0358670 | 10/3/2004 | Email from Reicin to Colin Baigent et al RE: FW: Confidential Meeting - 9/27/04 - 7:30 a.m. |
| 1.2819 | MRK-ABX0024345 | MRK-ABX0024346 | 3/27/2002 | Email from Riad El-Dada to Truitt; Reicin; Schechter; Silverman; Ruef; and Simon - RE: More detail on the FAP study |
| 1.2820 | MRK-AFK0181884 | MRK-AFK0181884 | 11/24/2004 | Email from Samuel D. Wright to Janet Van Adelsberg, RE: Consultant |
| 1.2821 | MRK-ABX0042064 | MRK-ABX0042064 | 6/9/2002 | Email from Scolnick to Kim RE: thought |
| 1.2822 | MRK-AFV0375884 | MRK-AFV0375887 | 1/21/2005 | Email RE: "FW: DRAFT coxib vs placebo meta-analyses" and attached tables. |
| 1.2823 | MRK-AFV0214160 | MRK-AFV0214160 | 4/26/2002 | Email RE: "Protocol 966-136 has frozen!" |
| 1.2824 | MRK-AAD0359310 | MRK-AAD0359310 | | Email from Reicin to Wainwright re People for Media Training |
| 1.2825 | MRK-NJ0245431 | MRK-NJ0245432 | | Memo from Reicin to Olson and others re Letter of Intent Agreement |
| 1.2826 | MRK-GAR0017246 | MRK-GAR0017248 | | Memo from Kim Burke Hamilton to WWPA VIOXX re DJ Graham Standby Statement |
| 1.2827 | MRK-GAR0017249 | MRK-GAR0017250 | | Memo from Reicin to Melian re Update Request |
| 1.2828 | MRK-AAD0290403 | MRK-AAD0290403 | | Memo from Reicin to Honig re FDA Request |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2829 | MRK-AQO0003247 | MRK-AQO0003248 | 9/30/2004 | Letter To Whom It May Concern from Reicin re withdrawal |
| 1.2830 | MRK-P0002740 | MRK-P0002744 | | Herrera Dear Doctor Letter, dated August 2001, regarding JAMA Article |
| 1.2831 | MRK-P0002475 | MRK-P0002481 | | Herrera Dear Doctor Letter, regarding Data from Osteoarthritis Studies |
| 1.2832 | MRK-P0003302 | MRK-P0003312 | 4/1/2002 | Herrera Dear Healthcare Provider Letter Important Prescribing Information April 2002 |
| 1.2833 | FDA-CDER034122 | FDA-CDER034128 | | Highlights of Vioxx Labeling Changes Proposed by HFD-550 |
| 1.2834 | MRK-02420002835 | MRK-02420002844 | | Important Prescribing Information April 2002 Dear Healthcare Professional |
| 1.2836 | | | | Laura Demopolous out-take video |
| 1.2837 | MRK-AEG0063653 | MRK-AEG0063654 | 9/23/2005 | Letter from Riendeau to Dr. Peter Kim RE: Manuscript entitled "Prostacyclin Synthase Co-Localizes extensively with Cyclooxygenase-1 in aortic endothelium and with Cyclooxygenase-2 in lung epithelium". |
| 1.2838 | STI0052466 | STI0052467 | 2/15/2000 | Letter from Romankiewicz to Weinblatt RE: Vioxx Multidisciplinary Advisory Board meeting. |
| 1.2839 | | | | Loren Laine out-take video |
| 1.2840 | MRK-NJ0245448 | MRK-NJ0245448 | 6/30/1997 | Memo from Alise Reicin to George Williams, Len Oppenheimer, Tom Capizzi, Beth Seidenberg, MD, Jim Bolognese and Iza Peszek SUBJECT: Proposal for Dr. Bombardier's Access to Data for the MK-0966 GI Outcomes Study - handwritten on. |
| 1.2841 | MRK-ADN0047152 | MRK-ADN0047156 | | Merck Vioxx 2000 Creative Rotation |
| 1.2842 | MRK-ADA0051610 | MRK-ADA0051617 | | Merck Vioxx 2001 TV Flowchart |
| 1.2843 | MRK-ADO00130978 | MRK-ADO00130986 | | Merck Vioxx 2002 TV Flowchart |
| 1.2844 | MRK-ADA0085984 | MRK-ADA0085989 | 11/3/2002 | Merck Vioxx 2003 TV Flowchart |
| 1.2845 | MRK-ADA0087348 | MRK-ADA0087353 | 8/3/2004 | Merck Vioxx 2004 TV Flowchart |
| 1.2846 | | | | Merck's 2003 Annual Report. |
| 1.2847 | | | | Merck's 2004 Annual Report. |
| 1.2848 | MRK-HND0000922 | MRK-HND0000924 | 10/2/2001 | Post-Warning PIR with Naproxen Hypothesis |
| 1.2849 | MRK-AAD0200931 | MRK-AAD0200965 | | Preclinical Part of Preliminary Assessment Report on Rofecoxib |
| 1.2850 | MRK-EAD0008337 | MRK-EAD0008349 | | Project Jump Start 1Q03 Campaign for Vioxx |
| 1.2851 | MRK-EAI0012454 | MRK-EAI0012454 | 10/18/2001 | Project "OFFENSE" National Tactical Plan |
| 1.2852 | MRK-AAD0235929 | MRK-AAD0236154 | 8/13/2002 | Reicin edits on draft of CSR dated 08/13/2002. |
| 1.2853 | MRK-EAI0006084 | MRK-EAI0006087 | 4/5/2002 | Weinblatt Consulting Agreement |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2854 | | | 12/29/2005 | Proceedings of the National Academy of Sciences, U.S.A. - Request for opinion on manuscript by Kawka, et al - Prostacyclin Sythase Co-Localizes… |
| 1.2855 | | | | Riendeau PNAS |
| 1.2856 | | | | Email string - RE: PNAS Manuscript for Review |
| 1.2857 | | | | Riendeau PNAS - revised |
| 1.2858 | | | | Prostacyclin Synthase Co-Localizes Extensively with Cyclooxygenase-1 in Aortic Endothelium and with Cyclooxygenase-2 in Lung Epithelium - Kawka et al manuscript; PNAS revised |
| 1.2859 | | | | Review 4 - PNAS letter |
| 1.2860 | MRK-AFV0279037 | MRK-AFV0279038 | 2/27/2003 | Email from Scott H. Korn to Ned Braunstein RE: GI Division response to telecon questions Vioxx SAP program. (Braunstein No. 1) |
| 1.2861 | MRK-AFV0347108 | MRK-AFV0347118 | 11/3/2004 | Coxib Advisory Committee Contributors (Braunstein No. 2) |
| 1.2862 | MRK-AFV0358631 | MRK-AFV0358632 | 12/30/2004 | Email from Michelle Kloss to Ned Braunstein RE: COMPLETE Coxib Advisory Committee Back Pack (Braunstein No. 3) |
| 1.2863 | MRK-AFV0365727 | MRK-AFV0365728 | 12/8/2004 | Email from Ned Braunstein to Theodore F. Reiss RE: Please do not forward: Confidential: APPROVe section for Vioxx ACM backgrounder (Braunstein No. 4) |
| 1.2864 | MRK-AFV0366166 | MRK-AFV0366167 | 12/11/2004 | Email from Ned Braunstein to Philip Lin Huang RE: Comments on direction of slide on APPROVe (Braunstein No. 5) |
| 1.2865 | MRK-AFV0353472 | MRK-AFV0353473 | 12/8/2004 | Email from Kevin Horgan to Ned Braunstein RE: APPROVe section for ACM backgrounder (Braunstein No. 6) |
| 1.2866 | MRK-AFV0375230 | MRK-AFV0375231 | 1/13/2005 | Email from Ned Braunstein to Janet Van Adelsberg RE: Please review "Backup overview for 14 jan" (Braunstein No. 7) |
| 1.2867 | MRK-AFV0375732 | MRK-AFV0375733 | 1/21/2005 | Email from Ned Braunstein to Murra Selwyn and Sean Curtis RE: Mockup slides for Rofe and Etori talks (Braunstein No. 9) |
| 1.2868 | MRK-AFV0363599 | MRK-AFV0363667 | 12/1/2004 | Email from Ned Braunstein to Judith Boice RE: Rofecoxib CV updateAug03-final.doc with attached Rofecoxib CV update (Braunstein No. 11) |
| 1.2869 | MRK-SO420050740 | MRK-SO420050920 | 1/24/2005 | Letter from Philip Huang to Kimberly Topper - Advisory Committee Background Package (Revised) (Braunstein No. 12) |
| 1.2870 | MRK-AFV0044408 | MRK-AFV0044493 | 8/22/2002 | NSAID Workshop - Ottawa (Braunstein No. 13) |
| 1.2871 | MRK-AFV0343649 | MRK-AFV0343659 | | 200 Key Back-ups slides (Braunstein No. 14) |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2872 | MRK-AFV0416389 | MRK-AFV0416447 | 3/29/2005 | Email from Ned Braunstein to Laurence Hirsch RE: Vioxx materials you asked for with attachments (Braunstein No. 15) |
| 1.2873 | MRK-AFV0393484 | MRK-AFV0393666 | 3/7/2005 | Email from Jessica Anderson to Marjorie Pinto RE: Stuff for New Zealand (Braunstein No. 16) |
| 1.2874 | MRK-AFV0327222 | MRK-AFV0327259 | | Draft Speech (Braunstein No. 17) |
| 1.2875 | MRK-AFV0353360 | MRK-AFV0353361 | 12/7/2004 | Email from Judith Boice to Ned Braunstein concerning the fact that there was no p-test performed (Braunstein No. 18) |
| 1.2876 | MRK-AFV0336677 | MRK-AFV0336789 | 12/9/2004 | Memo - "Management Review of the Coxib Advisory Committee Background Package" (Braunstein No. 19) |
| 1.2877 | MRK-AFV0367059 | MRK-AFV0367173 | 12/14/2004 | Email from Ned Braunstein to Judith Boice RE: Coxib ACM: Rofecoxib background package for urgent review with attachments (Braunstein No. 20) |
| 1.2878 | MRK-AFV0367466 | MRK-AFV0367566 | 12/16/2004 | Email from Ned Braunstein to Judith Boice RE: WMA86795 Ned2.doc with attached document (Braunstein No. 21) |
| 1.2879 | MRK-AFV0355450 | MRK-AFV0355451 | 12/20/2004 | Email from Barry Gertz to Ned Braunstein RE: Data for FDA background document (Braunstein No. 22) |
| 1.2880 | MRK-AFV0371847 | MRK-AFV0371867 | 1/5/2005 | Email from Ned Braunstein to Philip Huang RE: ACM Planning (Braunstein No. 23) |
| 1.2881 | MRK-ABS0044563 | MRK-ABS0044564 | 8/27/2001 | Email from Ken Truitt to Anne Altmeyer RE: for PDT, background for CV outcomes study discussion (Braunstein No. 25) |
| 1.2882 | MRK-I2690006157 | MRK-I2690006223 | 12/4/2002 | Letter from Ned Braunstein to Russell Katz, MD RE: IND 55,269: Rofecoxib (MK-0966) Information Amendment - Clinical - Data Analysis Plan (Braunstein No. 26) |
| 1.2883 | MRK-I2690008225 | MRK-I2690008934 | 12/17/2003 | Letter from Diane Louie to Russell Katz, MD RE: IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information (Braunstein No. 27) |
| 1.2884 | MRK-AFV0311324 | MRK-AFV0311414 | 9/29/2004 | Email with attachment from Ned Braunstein to Barry Gertz RE: Pages from P078 (Braunstein No. 28) |
| 1.2885 | MRK-AFV0348786 | MRK-AFV0348788 | 11/10/2004 | Minutes FDA Teleconference November 10, 2004 (Braunstein No. 29) |
| 1.2886 | MRK-I2220004818 | MRK-I2220004906 | 7/29/2003 | Letter from Diane Louie to Robert Justice, MD RE: IND 59,222: Rofecoxib (MK-0966) Information Amendment - Clinical (Braunstein No. 30) |
| 1.2887 | MRK-AHD0055888 | MRK-AHD0056020 | 11/3/2003 | Email from Christopher Assaid to Ned Braunstein RE: Changes to PP/Compliance Analysis -078 CSR (Braunstein No. 31) |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2888 | MRK-AAD0379773 | MRK-AAD0379774 | 11/4/2003 | Email from Ned Braunstein to Assaid, Reicin, Bain and Visser RE: Changes to PP/Compliance Analysis -078 CSR (Vioxx Alzheimers) (Braunstein No. 32) |
| 1.2889 | MRK-AFV0431065 | MRK-AFV0431065 | | Draft Version 2 - Rofecoxib does not delay the onset of Alzheimer's disease: results from a randomized, double-blind, placebo-controlled study (Braunstein No. 33) |
| 1.2890 | MRK-AFV0398311 | MRK-AFV0398380 | 2/3/2005 | Email with attachment from James Bolognese to Modrak et al RE: VIOXX - Advisory Committee (Braunstein No. 36) |
| 1.2891 | MRK-AKR0002017 | MRK-AKR0002021 | 2/11/2005 | Email from Beilei Xu to Wenjie Wang RE: VIP and VICTOR CV analyses (Braunstein No. 37) |
| 1.2892 | MRK-AFV0455488 | MRK-AFV0455489 | 7/25/2005 | Email from Cynthia Smith to Ned Braunstein RE: Victor question - Canada (Braunstein No. 39) |
| 1.2893 | MRK-0455565 | MRK-AFV0455565 | 7/25/2005 | Email from Cynthia Smith to Ned Braunstein RE: Victor Study (Braunstein No. 40) |
| 1.2894 | MRK-AFV0457713 | MRK-AFV0457714 | 7/25/2005 | Email from Ned Braunstein to Cynthia Smith RE: WSJ Stuff (Braunstein No. 41) |
| 1.2895 | MRK-AFV0343898 | MRK-AFV0343899 | | Handwritten Notes (Braunstein No. 24) |
| 1.2897 | MRK-ADK0006184 | MRK-ADK0006212 | 9/4/2001 | Email from Karen Woomer to Mike Bagwell, et al RE: FW: 2001-8-27 FUTURE VIOXX - ZOCOR programs |
| 1.2899 | | | 6/26/1979 | Federal Register Vol. 44, No. 124, June 26, 1979; 37434-37467 |
| 1.2900 | | | 8/16/1995 | Federal Register Vol. 60, No. 158, Aug 16, 1995; 42581-84 |
| 1.2901 | MRK-AGO0074495 | MRK-AGO0074498 | 11/12/2004 | Email from Hui Quan to James Bolognese titled re SBP>=160 and TCVSAE's in APPROVe and Alzheimer's with attachment authored by Bolognese titled Assessment of Rofecoxib TCVSAE Results by systolic BP spike occurrence |
| 1.2902 | MRK-AHC0004323 | MRK-AHC0004359 | 4/15/2002 | Clinical Team Cardiovascular Event Form Protocol 122 Onset 5/28/2001 |
| 1.2903 | MRK-AHC0004710 | MRK-AHC0004787 | 3/11/2004 | Cardiac Event Documentary Inventory- Merck Clinical Vascular Event Surveillance and Adjudication Form Onset 2/10/2004 |
| 1.2904 | MRK-ABS0047174 | MRK-ABS0047179 | 8/1/1997 | Memo from Laura Jordan to Scolnick, Seidenberg, cc: Morrison Re analyst report on Searle's cox-2 program |
| 1.2905 | MRK-ABC0012752 | MRK-ABC0012893 | 9/28/1996 | Consultants Meeting - Phase III Monitoring of GI Clinical Events Background Package. |
| 1.2906 | MRK-AIU0217934 | MRK-AIU0217934 | | Email from Reicin to Huang Re: Urgent Review Requested: Additional Vioxx Language |
| 1.2907 | MRK-AFN0115399 | MRK-AFN0115400 | 9/30/2004 | Letter Investigator from Reicin re withdrawal |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 1.2909 | MRK-ABS0187540 | MRK-ABS0187550 | 7/18/1997 | Memo from Reicin to Seidenberg & Simon Re: Discuss Algorithm for the MK-0966 GI Outcomes Study |
| 1.2911 | MRK-AAB0112436 | MRK-AAB0112436 | 9/18/2000 | CV SAEs with terms that need review from Alzheimer Studies |
| 1.2912 | MRK-AAD0507604 | MRK-AAD0507605 | | Email from Reicin to Boice re Response from Murray Selwyn |
| 1.2913 | MRK-AAC0163936 | MRK-AAC0163936 | 1/9/2005 | Email from Reicin to Boice, Braunstein, Gertz Re: Another thought |
| 1.2914 | MRK-AAD01417651 | MRK-AAD01417651 | | Email from Reicin to Bolognese re Update of CV events in ViP |
| 1.2915 | MRK-AAD0289645 | MRK-AAD0289645 | 9/10/2004 | Email from Reicin to Braunstein & Watson Re: Anticipated rates of PUBs and POBs in elderly |
| 1.2916 | MRK-AAC0164098 | MRK-AAC0164101 | 1/16/2005 | Email from Reicin to Braunstein, Gertz, Honig, Erb, Lahner, Bain Re: Urgent approval: International COX-2 Study Group meeting-Meeting |
| 1.2917 | MRK-AAD0417664 | MRK-AAD0417665 | 1/5/2005 | Email from Reicin to Curtis, Gertz, Braunstein Re: Update of CV events in VIP |
| 1.2918 | MRK-AAD04979209 | MRK-AAD04979209 | 2/9/2005 | Email from Reicin to Gertz Re: FW: Additional rofecoxib analyses you may or may have not seen |
| 1.2919 | MRK-AAC0164328 | MRK-AAC0164330 | 1/26/2005 | Email from Reicin to Gertz RE: FW: Are you still there? Re: Hawkey & James 20050104 doc. |
| 1.2921 | MRK-AHD0075681 | MRK-AHD0075683 | | Email from Reicin to Lines re APPROVe Paper includes response from Marvin Konstam |
| 1.2922 | MRK-AFV0398204 | MRK-AFV0398204 | 2/2/2005 | Email from Reicin to Santanello, Braunstein, Watson, Huang Re: new rofecoxib epi study-did we know about this? |
| 1.2923 | MRK-AAD0418105 | MRK-AAD0418106 | 1/9/2005 | Email from Reicin to Van Adelsberg RE: FW: Potential submission to PROJ |
| 1.2925 | MRK-AAD0418124 | MRK-AAD0418125 | 1/12/2005 | Email from Richard Pasternak to Alise Reicin re ACC Meeting Invite |
| 2.0001 | MRK-NJ0413109 | MRK-NJ0413141 | 5/1/2001 | Drugs - "Rofecoxib/A Review of its Use in the Management of Osteoarthritis, Acute Pain and Rheumatoid Arthritis" by AJ Matheson and DP Figgitt appeared on pp. 833-865 of volume 61, issue 6 |
| 2.0002 | MRK-NJ0290574 | MRK-NJ0290583 | 9/15/1988 | New England Journal of Medicine - "Clinical implications of prostaglandin and thromboxane A formation" by JA Oates, GA FitzGerald, RA Brach, EK Jackson, HR Knapp, LJ Roberts appeared on pp. 689-698 of volume 319, issue 11 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0003 | MRK-NJ0287733 | MRK-NJ0287739 | 2/15/1991 | Annals of Internal Medicine - "Nonsteroidal anti-inflammatory drug use an increased risk for peptic ulcer disease in elderly persons" by MR Griffin, JM Piper, JR Daughtery, M Snowden and WA Ray - pp. 257-263 of volume 114, issue number 4 |
| 2.0004 | MRK-NJ0287506 | MRK-NJ0287510 | 9/8/1988 | Annals of Internal Medicine - "Nonsteroidal anti-inflammatory drug use an increased risk for peptic ulcer disease in elderly persons" by MR Griffin, WA Ray, W Schaffner appeared on pp. 359-363 in volume 109 |
| 2.0005 | MRK-NJ0283179 | MRK-NJ0283182 | 1/26/2005 | The Risk of Gastroinstestinal Bleed, Myocardial Infarction, and Newly Diagnosed Hypertension in Users of Meloxicam, Diclofenac, Naproxen, and Piroxicam by Susann Jick, et. al., Medscape Pharmacotherapy 20(7), Pg. 741-744 |
| 2.0006 | MRK-NJ0154819 | MRK-NJ0154827 | 8/15/1995 | Annals of Internal Medicine - "Misprostol Reduces Serious Gastrointestinal Complications in patients with Rheumatoid Arthritis Receiving Nonsteroidal Anti-Inflammatory Drugs" by FE Silverstein, Dy Graham, JR Senior, H Wyn Davies, BJ Struthers, RM Bittma |
| 2.0007 | MRK-AHD0004828 | MRK-AHD0004837 | 4/5/2005 | The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Aduls by Linda E, Levesque, et al. The Annals of Internal Medicine, Volume 142, Number 7, Pg. 1 |
| 2.0008 | MRK-AGO0007705 | MRKAGO0007714 | 6/27/1995 | New England Journal of Medicine - "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention" by SD Solomon, JJV McMurray, MA Pfeffer, J Witts, R Fowler, P Finn et al appeared on pp. Solomon 1-10 in volume 352. |
| 2.0009 | RK-AFV0344187 | MRK-AFV0344195 | 1/25/2005 | Circulation - "Cyclooxygenases, Thromboxane, and Atherosclerosis/ Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined With Thromboxane Receptor Antagonism" by KM Egan, M Wang, MB Lucitt, AM Zukas, E Pure, JA Lawson and GA FitzGerald appeared |
| 2.0010 | MRK-AFN0054704 | MRK-AFN0054705 | | "COX-2 Inhibitors -- A Lesson in Unexpected Problems" by Jeffrey M. Drazen appeared in The New England Journal of Medicine on pp. Drazen 1-2 of volume 352, issue 1. |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0011 | MRK-AFK0174539 | MRK-AFK0174549 | | New England Journal of Medicine - "Complications of the COX-2 Inhibitors Parecoxib and Valdecoxib after Cardiac Surgery" by NA Nussmeir, AA Whelton, Mt Brown, RM Langford, A Hoeft, JL Parlow et al. appeared on pp. Nussmeier 1-11 of volume 352, issue 1 |
| 2.0012 | MRK-AEZ0001614 | MRK-AEZ0001625 | 3/1/2001 | "Cyclooxygenase-2-Specific Inhibitors and Cariorenal Function; A Randomized, Controlled Trial of Celecoxib and Rofecoxib in Older Hypertensive Osteoarthritis Patients" By Andrew Whelton; Amer J Therap; Vol 8 No. 2 |
| 2.0013 | MRK-AEG0017883 | MRK-AEG0017884 | 7/1/2002 | Journal of Clinical Investigation commentary "The choreography of cyclooxygenases in the kidney" by GA FitzGerald - pp. 33-34, volume 110, issue 1 |
| 2.0014 | MRK-AEG0017542 | MRK-AEG0017548 | 10/12/2001 | "Up-Regulation of Endothelial of Cyclooxygenase-2 and Prostanoid Synthesis by Platelets"; by Gilliam Caughey et al; Journal of Biological Chemistry; Vol 276 No. 41 |
| 2.0015 | MRK-AEG0016506 | MRK-AEG0016507 | 5/17/2002 | Editorial "Selective COX-2 Inhibitors, NSAIDs, Aspirin, and Myocardial Infarction"; Arch Intern Med/Vol 162 |
| 2.0016 | MRK-AEF0000847 | MRK-AEF0000852 | 5/27/2002 | Archives of Internal Medicine - "Lower Risk of Thromboembolic Cardiovascular Events With Naproxen Among Patients With Rheumatoid Arthritis" by DJ Watson, T Rhodes, B Cai and HA Guess appeared on pp. 1105-1110 of volume 162. |
| 2.0017 | MRK-ADY0006986 | MRK-ADY0006991 | 5/4/2004 | Relationship Between Selective Cyclooxygenase-2 Inhibirtos and Acute Myocardial Infarction in Older Adults by Daniel Solomon, et al., Circulation, Pg. 2068-2073 |
| 2.0017a | MRK-ADY0006986 | MRK-ADY0006991 | 2/5/2004 | Cyclooxygenase - 2 Inhibitors and Acute Myocardial Infarction in Older Adults, Daniel Solomon, et al. Circulation pg 2068-2073 |
| 2.0018 | MRK-ADY0006737 | MRK-ADY0006737 | 3/3/2004 | Abstract "Rofecoxib Increases Cardiovascular Events in Arthritis Patients byt Celcoxib and Nonspecific Nonsteriodal Anti-Inflammatory Drugs Do Not: Results From a Large New England Health Care Claims Database" By Andrew Whelton et al; JACC 838-2 |
| 2.0019 | MRK-ADY0006650 | MRK-ADY0006656 | 11/4/2004 | "Nonsteriodal Anti-Inflammatory Drugs and Cardiovascular Risk" by Patricia Howard et al; J Amer College of Cardio Vol 43, No. 4 |
| 2.0020 | MRK-ADY0006552 | MRK-ADY0006552 | 1/24/2004 | British Medical Journal - "Drug company sues Spanish bulletin over fraud claim" by L Gibson - p. 188, volume 328 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0021 | MRK-ADY0006485 | MRK-ADY0006490 | | Neurology - "Rofecoxib/No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" by SA Reines, GA Block, JC Morris, G Liu, ML Nessly, CR Lines et al appeared on pp. 66-71 of volume 62. |
| 2.0022 | MRK-ADY0006153 | MRK-ADY0006166 | | American Heart Journal - "Selective COX-2 inhibition and cardiovascular effects: A Review of the rofecoxib development program" by MR Weir, RS Sperling, A Reicin, BJ Gertz appeared on pp. 591-604 of volume 146, issue 4 |
| 2.0023 | MRK-ADY0004655 | MRK-ADY0004661 | 11/12/2002 | "The double-edged sword of COX-2 selective NSAIDs" By James Wright; Can Med Assoc J 167(10): 1131-1137 |
| 2.0024 | MRK-ADY0004547 | MRK-ADY0004551 | 11/1/2002 | American Journal of Cardiology - "Effects of Celecoxib and Rofecoxib on Blood Pressure and Edema in patients [greater than or equal to] 65 Years of Age With Systemic Hypertension and Osteoarthritis" by A Whelton, WB white, AE Bello, JA Puma, JG Fort app |
| 2.0025 | MRK-ADY0004478 | MRK-ADY0004480 | 10/5/2002 | Lancet - "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease" by WA Ray, CM Stein, JR Daugherty, PG Arbogast, MR Griffin appeared on pp. 1071-1073 of volume 360. |
| 2.0026 | MRK-ADY0003732 | MRK-ADY0003737 | 5/27/2002 | Archives of Internal Medicine - "Nonsteroidal Anti-inflammatory Drug Use and Acute Myocardial Infarction" by DH Solomon, RJ Glynn, R Levin and J Avorn appeared on pp. 1099-1104 of volume 162. |
| 2.0027 | MRK-ADY0003669 | MRK-ADY0003669 | 11/1/2001 | Hawaii Medical Journal - "Ginko, Vioxx and Excessive Bleeding - Possible Drug-Herb Interactions: Case Report" by T Hoffman - p. 290, volume 60, issue 11. |
| 2.0028 | MRK-ADY0002429 | MRK-ADY0002431 | 9/1/2001 | Journal of Rheumatology - "Nephroxicity of Selective COX-2 Inhibitors" by A Woywodt, A Schwarz, M Mengel et al - pp. 2133-2135, volume 28, issue 9. |
| 2.0029 | MRK-ADO0111993 | MRK-ADO0111999 | 2/1/2003 | CRC "Inhibition of Cyclooxygenase-2 by Rofecoxib Attenuates the Grown and Metastatic Potential of Colorectal Carcinoma in Mice" by M Yao, S Kargman, E lam et al. - pp. 586-592, volume 63. |
| 2.0030 | MRK-ADO0101241 | MRK-ADO0101260 | | JAGS article "The Management of Persistent Pain in Older Persons" - pp. S205-S224, volume 50, issue 6 supplement |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0031 | MRK-ADL0010196 | MRK-ADL0010204 | | American Journal of Therapeutics - "Valdecoxib Is More Efficacious Than Rofecoxib in Reliving Pain Associated With Oral Surgery" by J Fricke, J Varkalis, S Zwillich, R Adler et al. - pp. 89-97, volume 9, issue 2. |
| 2.0032 | MRK-ADJ0035003 | MRK-ADJ0035008 | 8/22/2001 | Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors, by Debahrata Mukherjee, et al., Journal of American Medicine, 8/22-8/29, Vol. 286, No. 8, Pg. 954-959 |
| 2.0033 | MRK-ADB0009726 | MRK-ADB0009729 | 12/12/2001 | Cardiovascular Safety of COX-2 Inhibitors. The Medical Letter, Volume 43, Issue 1118, Page 99 |
| 2.0034 | MRK-ACZ0031674 | MRK-ACZ0031683 | 6/21/1995 | Journal of Pharmacology and Experimental Therapeutics - "Rofecoxib [Vioxx, MK-0966; 4-(4'-Methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: A Potent and Orally Active Cyclooxygenase-2 Inhibitor. Pharmacological and Biochemical Profiles" by C Chan, S. Bo |
| 2.0035 | MRK-ACZ0030738 | MRK-ACZ0030789 | 11/2/1998 | American Journal of Medicine - s (vol. 105, issue 5A): "Clinical Issues in Nonsteroidal Anti-inflammatory Drug-Associated Gastrointestinal Toxicity" - several - s by MM Wolfe, D McCarthy, A soll, D Bjorkman, J Barkin, MB Kimmey, J Scheiman, J Isenberg a |
| 2.0036 | MRK-ACZ0030735 | MRK-ACZ0030737 | 11/2/1998 | American Journal of Medicine Guidelines for Publication Supplement Series |
| 2.0037 | MRK-ACZ0030511 | MRK-ACZ0030511 | 2/1/2000 | Harvard Health Letter - "COX-2 Inhibitors Magic Bullets or Merely Mortal?" volume 25, issue 4. |
| 2.0038 | MRK-ACZ0030424 | MRK-ACZ0030433 | 9/1/1999 | Annals of Pharmacotherapy - "The Cyclooxygenase-2 Inhibitors: Safety and Effectiveness" by B Kaplan-Maclis and B Storyk Klostermeyer - pp. 979-988, volume 33. |
| 2.0039 | MRK-ACZ0030346 | MRK-ACZ0030355 | 10/1/1999 | Postgraduate Medicine - "When to try COX-2-specific inhibitors/Safer than standard NSAIDs in some situations" by Q Rehman and KE Sack - pp. 95-106, volume 106, issue 4. |
| 2.0040 | MRK-ACZ0011444 | MRK-ACZ0011454 | 6/21/1995 | Prostaglandins & Other Lipid Mediators - "The Advent of Highly Selective Inhibitors of Cyclooxygenase -- A Review" by B Cryer and A Dubois - pp. 341-361, volume 56 |
| 2.0041 | MRK-ACV0027676 | MRK-ACV0027678 | 2/1/2002 | Annals of Pharmacotherapy - "Idiopathic Paresthesia Reaction Associated with Rofecoxib" by K Daugherty and ML Gora-Harper - pp. 264-266, volume 36 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0042 | MRK-ACT0026006 | MRK-ACT0026012 | 3/21/2002 | American Journal of Cardiology - "Cardiovascular Pharmacology of Nonselective Nonsteroidal Anti-Inflammatory Drugs and Coxibs: Clinical Considerations" by GA FitzGerald - pp. 26D-32D, volume 89, issue 6A. |
| 2.0043 | MRK-ACT0025989 | MRK-ACT0025996 | 6/22/1995 | European Journal of Clinical Pharmacology "Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans" by M Dupre, E Ehrich, A Van Hecken et al - pp. 167-174, volume 56. |
| 2.0044 | MRK-ACT0024475 | MRK-ACT0024486 | 6/22/1995 | Current Pharmaceutical Design - "Clinical Experience with Specific COX-2 Inhibitors in Arthritis" by Leslie J. Crofford - pp. 1725-1736, volume 6, issue 17. |
| 2.0045 | MRK-ACT0024386 | MRK-ACT0024393 | 6/24/1995 | American Journal of Cardiology - "Effects of Nonsteroidal Anti-Inflammatory Drug Therapy on Blood Pressure and Perifpheral Edema" by WH Frishman appeared on pp. 18D-25D of volume 89, issue 6A. |
| 2.0046 | MRK-ACT0024373 | MRK-ACT0024379 | 3/21/2002 | American Journal of Cardiology - "An Evidence-Based Evaluation of the Gastrointestinal Safety of Coxibs" by C Bombardier - pp. 3D-9D, volume 89, issue 6A |
| 2.0047 | MRK-ACR0036798 | MRK-ACR0036807 | 8/1/1999 | Rheumatology - "Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclooxygenase-2" by P Brooks, P Emery, JF Evans, H Fenner, CJ hawkey, C Patrono et al - pp. 779-788, volume 38, issue 8. |
| 2.0048 | MRK-ACO0144819 | MRK-ACO0144827 | 12/6/2004 | Annals of Internal Medicine - "Patients Exposed to Rofecoxib and Celecoxib Have Different Odds of Nonfatal Myocardial Infarction" by SE Kimmel, JA Berlin, M Reilly, J Jaskowiak, L Kishel, J Chittams and B Strom appeared on pp. 1-9 of volume 142. |
| 2.0049 | MRK-ACO0144485 | MRK-ACO0144489 | 6/25/1995 | Pharmacoepidemiology and Drug Safety - "High frequency of use of reofecoxib at greather than recommended doses: cause for concern" by MR Griffin, CM Stein, D Graham, JR Daughterty et al. appeared on pp. 339-343 of volume 13. |
| 2.0050 | MRK-ACO0144158 | MRK-ACO0144164 | 1/2/2005 | Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study by David Graham, et al., The Lancet, 1-2-05, Pg. 1-7 |

# Dedrick v. Merck Co.
# Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0051 | MRK-ACO0067004 | MRK-ACO0067010 | 1/1/2001 | Indentification of Sulfonamide-like Adverse Drug Reactions to Celecoxib in the World Health Organization Database by Erik Wilholm, Current Medical Research and Opinions, Vol. 17. No. 3, Pg. 210-216 |
| 2.0052 | MRK-ACO0062133 | MRK-ACO0062135 | 3/1/2004 | Digestive Diseases and Sciences - "Acute Cholestatic Hepatitis Associated with Long-Term Use of Rofecoxib" by GI Papachristou, AJ Demetris and M Rabinovitz - pp. 459-461, volume 49, issue 3. |
| 2.0053 | MRK-ACJ0007457 | MRK-ACJ0007459 | 10/21/2004 | New England Journal of Medicine - "Failing the Public Health - Rofecoxib, Merck, and the FDA" by EJ Topol appeared on pp. 1707-1709 of volume 341, issue 17. |
| 2.0054 | MRK-ACH0002572 | MRK-ACH0002596 | 1/1/2001 | CHEST - "Platelet-Active Drugs/The Relationships Among Dose, Effectiveness, and Side Effects" by C Patrono, B Coller, JE Dalen, GA FitzGerlad, V Fuster, M Gent et al. appeared on pp 39S-63S of volume 119, issue 1 |
| 2.0055 | MRK-ACH0000912 | MRK-ACH0000916 | | Journal of Pharmacology and Experimental Therapeutics - " Selective Cyclooxygenase-2 Inhibition by Nimesulide in Man" by L Cullen, L Kelly, SO Connor, DJ FitzGerald appeared on pp. 578-582 of volume 287, issue 2 |
| 2.0056 | MRK-ACH0000803 | MRK-ACH0000817 | 1/1/1999 | Clinical Therapeutics - "The Safety Profile, Tolerability, and Effective Dose Range of Rofecoxib in the Treatment of Rheumatoid Arthritis" by TJ Schnizter, K Truit, R Fleischmann et al - pp. 1688-1702, vol. 21, issue 10 |
| 2.0057 | MRK-ACF0002932 | MRK-ACF0002996 | 1/8/1994 | British Medical Journal - "Collaborative overview of randomised trials of antiplatelet therapy Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients" appeared on pp. 81-106 of volume 3 |
| 2.0058 | MRK-ACD0090130 | MRK-ACD0090132 | 3/25/2002 | Archives of Internal Medicine - "Aseptic Meningitis Associated With Rofecoxib" by RA Bonnel, ML Villalba, CB Karwoski, J Beitz - pp. 713-715, volume 162 |
| 2.0059 | MRK-ABY0095868 | MRK-ABY0095875 | 1/20/2004 | Clinical and Experimental Rheumatology - "NSAIDs and Cox-2 inhibitors: what can we learn from large outcomes tiral? The gastroenterologist's persepective" by CJ Hawkey pp. S23-S30, volume 19 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0060 | MRK-ABY0089863 | MRK-ABY0089892 | 6/26/1995 | Drug Safety - "Do Some Inhibitors of COX-2 Increase the Risk of Thromboembolic Events? Linking Pharmacology with Pharmacoepidemiology" by DWJ Clark, D Layton and SAW Shakir appeared on pp. 427-456 of volume 27, issue 7. |
| 2.0061 | MRK-ABY0089845 | MRK-ABY0089857 | 5/6/2004 | Alimentary Pharmacology & Therapeutics - "Therapeutic Arthritis Research and Gastrointestinal Event Trial of lumiracoxib - study design and patient demographics" by CJ Hawkey, M Farkouh, X Gitton, E Ehrsam et al on pp. 1-13. |
| 2.0062 | MRK-ABY0089805 | MRK-ABY0089810 | 6/24/1995 | British Journal of Clinical Pharmacology - "Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction" by RG Schlienger, H Jick and CR Meier appeared on pp. 327-332 of volume 54. |
| 2.0063 | MRK-ABY0089778 | MRK-ABY0089781 | | Heart Drug - "Is the Use of Selective COX Inhibitors Associated with an Increased Risk of Cardiovascular Events?" by JE Otterstad appeared on pp. 92-95 of volume 4. |
| 2.0064 | MRK-ABY0089726 | MRK-ABY0089731 | | Journal of the American College of Cardiology - "The Effects of Nonselective Non-Aspirin Non-Steroidal Anti-Inflammatory Medications on the Risk of Nonfatal Myocardial Infarction and Their Interaction With Aspirin" by SE Kimmel, JA Berlin, M Reilly, J J |
| 2.0065 | MRK-ABY0089681 | MRK-ABY0089692 | | Journal of Thoracic and Cardiovascular Surgery - "Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery" by E Ott, NA Nussmeier, PC Duke, RO Feneck, RP Alston, MC Snabes et |
| 2.0066 | MRK-ABY0089559 | MRK-ABY0089567 | | Rheumatology - "Underutilization of preventive strategies in patients receiving NSAIDs" by MCJM Sturkenboom, TA Burke, JP Dieleman et al - pp. iii23-iii31, volume 42 |
| 2.0067 | MRK-ABY0089525 | MRK-ABY0089536 | 6/27/2003 | Rheumatology - "Comparison of the incidence rates of Thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data" by D Layton, E Heeley, K. Hughes and SAW S |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0068 | MRK-ABY0088488 | MRK-ABY0088492 | | Drug Safety - "Adverse Events Associated with Rofecoxib Therapy/ Results of a Large Study in Community-Derived Osteoarthritic Patients" by B Bannwarth, R Treves, L Euller-Ziegler and D Rolland - pp. 49-54, volume 26, issue 1. |
| 2.0069 | MRK-ABY0088481 | MRK-ABY0088487 | | European Journal of Clinical Pharmacology "Outcome trials of COX-2 selective inhibitors: global safety evaluation does not promise benefits" by J Gomez Cerezo, RL Hristov, AJ Carcas sansuan et al. - pp. 169-175, volume 59. |
| 2.0070 | MRK-ABY0088477 | MRK-ABY0088480 | | Arthritis Research Therapy Commentary "COX-2: where are we in 2003? Be strong and resolute: continue to use COX-2 selective inhibitors at recommende dosages in appropriate events" by MC Hochberg - pp. 28-31, volume 5. |
| 2.0071 | MRK-ABY0088442 | MRK-ABY0088448 | 12/26/2002 | New England Journal of Medicine - "Celecoxib Versus Diclofenac and Omeprzole in Reducing the Risk of Recurrent Ulcer Bleeding in Patients with Arthritis" by FKL Chan, LCT Hung, BY Suen et al. - pp. 2104-2110, volume 347, issue 26 |
| 2.0072 | MRK-ABY0088436 | MRK-ABY0088438 | 10/23/2003 | New England Journal of Medicine - "Population-Based Studies of Adverse Drug Effects" by WA Ray appeared on pp. 1592-1594 of volume 349, issue 17. |
| 2.0073 | MRK-ABY0087807 | MRK-ABY0087808 | 10/1/2003 | American Heart Journal Editorial "Matters of the heart: Assessing the cardiovascular safety of new drugs" by MA Konstam appeared on pp. 561-562 of volume 146. |
| 2.0074 | MRK-ABY0087805 | MRK-ABY0087806 | 10/1/2003 | American Heart Journal editorial "Pharmaceutical advertising versus research spending: Are profits more important than patients?" by D Mukherjee, EJ Topol - pp. 563-564, volume 146 |
| 2.0075 | MRK-ABY0087695 | MRK-ABY0087706 | | Drug Safety - "Benefit-Risk Assessment of Rofecoxib in the Treatment of Osteoarthritis" by H Schmidt, BG Woodcock, G Geisslinger - pp. 185-196, volume 27, issue 3 |
| 2.0076 | MRK-ABY0087641 | MRK-ABY0087645 | | Age and Ageing - "Older people should NOT be prescribe 'coxibs' in place of conventional NSAIDs" by P Juni and P Dieppe - pp. 100-104, volume 33 |
| 2.0077 | MRK-ABY0087584 | MRK-ABY0087589 | | Drugs Aging abstract "Spontaneous Reports of Hypertension Leading to Hospitalisation in Association with Rofecoxib, Celecoxib, Nabumetone and Oxaprozin" by A Briner, L Goldkind, R Bonnel and J Beitz appeared on pp. 479-484 of volume 21, issue 7. |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0078 | MRK-ABY0087511 | MRK-ABY0087517 | 1/1/2003 | American Journal of Therapeutics - "A Retrospective Review of the Effect of Cox-2 Ihibitors on Blood Pressure Change" by J Cho, CE Cooke, W Proveaux appeared on pp. 311-317 of volume 10 |
| 2.0079 | MRK-ABY0087502 | MRK-ABY0087510 | 5/1/2004 | American Journal of Medicine - "Effects of Rofecoxib and Naproxen on Life Expectancy among Patients with Rheumatoid Arthritis: A Decision Analysis" by HK Choi, JD Seeger, KM Kuntz appeared on pp. 621-629 of volume 116. |
| 2.0080 | MRK-ABY0087349 | MRK-ABY0087358 | 4/4/2003 | British Journal of Clinical Pharmacology - "Assessment of non-steroidal anti-inflammatory drug (NSAID) damage in the human gastrointestinal tract" by MW James, CJ Hawkey pp. 146-155, volume 56. |
| 2.0081 | MRK-ABY0084668 | MRK-ABY0084679 | 5/20/2003 | Annals of Internal Medicine - "The Cost-Effectiveness of Cyclooxygenase-2 Selective Inhibitors in the Mangement of Chronic Arthritis" by BMR Spiegel, L Targownik, GS Dulai, IM Grainek - pp. 795-806, volume 138, issue 10 |
| 2.0082 | MRK-ABY0081318 | MRK-ABY0081319 | 9/21/2002 | British Medical Journal editorial "Efficacy and safety of COX-2 inhibitors/New data are encouraging but the risk:benefit ratio remains unclear" by R Jones - pp. 607-8, volume 325 |
| 2.0083 | MRK-ABY0078883 | MRK-ABY0078933 | 11/1/2002 | The American Journal of Managed Care, volume 8, issue 17 supplement - "Use of Selective COX-2 Inhibitors for Chronic Therapy: The Managed Care Perspective" |
| 2.0084 | MRK-ABY0078812 | MRK-ABY0078882 | 10/1/2002 | The American Journal of Managed Care, volume 8, issue 15 supplement - "Cardiorenal Differences Among NSAIDs and Coxibs: Real-world Difference" |
| 2.0085 | MRK-ABY0018708 | MRK-ABY0018718 | 9/1/2000 | Arthritis & Rheumatism - "Recommendations for the Medical Management of Osteoarthritis of the Hip and Knee/2000 Update" appeared on pp. 1905-1915 of volume 43, issue 9. |
| 2.0086 | MRK-ABY0017773 | MRK-ABY0017781 | 11/2/1998 | American Journal of Medicine - "Future Trends in the Development of Safer Nonsteroidal Anti-inflammatory Drugs" by MM Wolfe - pp. 44S-52S, volume 105, issue 5A |
| 2.0087 | MRK-ABY0017303 | MRK-ABY0017308 | 4/1/2002 | Hypertension - "Effects of Celecoxib on Ambulatory Blood Pressure in Hypertensive Patients on ACE Inhibitors" by WB White, J Kent, A Taylor et al - pp. 929-934, volume 39, issue 4. |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0088 | MRK-ABY0016603 | MRK-ABY0016608 | | Cleveland Journal of Medicine - "Developing an economic rationale for the use of selective COX-2 inhibitors for patients at risk for NSAID gastropathy" by AM Fendrick - pp. SI-59-SI-64, volume 69, Supplement I |
| 2.0089 | MRK-ABY0016164 | MRK-ABY0016168 | | Biochemical Pharmacology - "Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events" by D Mukherjee - pp. 817-821, volume 63 |
| 2.0090 | MRK-ABY0014301 | MRK-ABY0014303 | 3/1/1986 | The Lancet - "Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer" by K. Somerville, G Faulkner and M. Langmen appeared on pp. 462-4 of volume 1 |
| 2.0091 | MRK-ABY0010055 | MRK-ABY0010143 | 11/12/2001 | Clinical and Experimental Rheumatology issue "Controversies in COX-2 inhibitor therapy" edited by SB Abramson, DE Furst, MC Hochberg and C Patrono - volume 19, issue 6 (supplemental 25) |
| 2.0092 | MRK-ABY0085392 | MRK-ABY0085392 | 10/8/2004 | Wall Street Journal - "FDA Officials Tried to Tone Down Report on Vioxx" by Anna Wilde Mathews - p. B2 |
| 2.0093 | MRK-ABY0004665 | MRK-ABY0004670 | | Scand J Rheumatol - "Tolerability profiles of rofecoxib (Vioxx) and Arthrotec/ A comparison of six weeks treatment in patients with osteoarthritis" by E Acevedo, O Castenada, M Guaz et al - pp. 19-24, volume 30 |
| 2.0094 | MRK-ABY0004618 | MRK-ABY0004627 | 2/19/2001 | American Journal of Medicine - "Renal Aspects of Treatment with Conventional Nonsteroidal Anti-Inflammatory Drugs Versus Cycloosygenase-2-Specific Inhibitors" by A Whelton - pp. 33S-42S, volume 110, issue 3A |
| 2.0095 | MRK-ABY0004604 | MRK-ABY0004610 | 2/19/2001 | American Journal of Medicine - "Efficacy of Cyclooxygenase-2 - Specific Inhibitors" by GW Cannon, FC Breedveld - pp. 6S-12S, volume 110, issue 3A |
| 2.0096 | MRK-ABY0004297 | MRK-ABY0004307 | 11/12/2000 | Rofecoxib, a New Cyclooxygenase 2 Inhibitor, Shows Sustained Efficacy, Comparable With Other Nonsteroidal Anti-Inflammatory Drugs by Kenneth Saag, et al., Drug Therapy, Vol. 9, Nov/dec 2000, Pg. 1124-1134 |
| 2.0097 | MRK-ABY0004055 | MRK-ABY0004064 | 1/18/2000 | Annals of Internal Medicine - "Do Cyclooxygenase-2 Inhibitors Provide benefits Similar to Those of Traditional Nonsteroidal Ant-Inflammatory Drugs, with Less Gastrointestinal Toxicity?" by M Feldman, AT McMahon - pp. 134-143, volume 132, issue 2 |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0098 | MRK-ABY0003180 | MRK-ABY0003190 | 10/16/2001 | Annals of Internal Medicine - "Quality Indicators for the Management of Osteoarthritis in Vulnerable Elders" by CH McLean - pp. 711-721, volume 135, issue 8 (part 2) |
| 2.0099 | MRK-ABY0003079 | MRK-ABY0003081 | 6/23/1995 | "Edema and Edma-Associated Adverse Events (Es) Among 6673 Celecoxib, Rofecoxib, Non-specific (NS) NSAID and Non-NSAID Users Receiving Ordinary Clinical Care" by F Wolfe, M Renolds, SZ Zhao, TA Burke and D Pettitt |
| 2.0100 | MRK-ABY0000162 | MRK-ABY0000175 | 8/9/2001 | A Comparison of Renal-Related Adverse Drug Reaction Between Rofecoxib and Celecoxib, Based on the World Health Organization/Uppsala Monitoring Centre Safety Database By Sean Zhao, et al. Clinical Therapeutics/Vol. 23, Pg. 1478-1491 |
| 2.0101 | MRK-ABX0007837 | MRK-ABX0007845 | | Scand J Rheumatol - "A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis" by PP Guesens, K Truit, P Sfikakis, PI Zhao, L DeTora, S Shingo et al appeared on pp. 230-238 of volume 31 |
| 2.0102 | MRK-ABW0009191 | MRK-ABW0009202 | 5/1/2001 | Literature Review "A summarry of current, peer-reviewed published studies from the medical literature on: Coxibs" - pp. 1-12 |
| 2.0103 | MRK-ABT0081722 | MRK-ABT0081727 | 2/24/2003 | Archives of Internal Medicine - "Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly" by M Mamdani, P Rochon, DN Juurlink, GM Anderson, A Kopp, G Naglie, PC Austin, A Laupacis app |
| 2.0104 | MRK-ABT0018283 | MRK-ABT0018288 | 1/15/2002 | American Journal of Cardiology - "Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" by A Reicin, D Shap |
| 2.0105 | MRK-ABT0015857 | MRK-ABT0015862 | 1/12/2002 | Lancet - "Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study" by WA Ray, CM stein, K Hall, JR Daugherty and MR Griffin appeared on pp. 118-123 of volume 359. |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0106 | MRK-ABT0013447 | MRK-ABT0013451 | 7/11/1991 | New England Journal of Medicine - "Comparison of an Antiinflammatory Dose of Ibuprofen, an Analgesic Dose of Ibuprofen, and Acetaminophen in the Treatment of Patients with Osteoarthritis of the Knee" by JD Bradley, KD Brandt, BP Katz, LA Kalasinki, S Ry |
| 2.0107 | MRK-ABT0000844 | MRK-ABT0000855 | 6/17/1999 | New England Journal of Medicine - "Gastrointestinal Toxicity of Nonsteroidal Antiinflammatory Drugs" by MM Wolfe, DR Lichtenstein, G. Singh appeared on pp.1892-1899 of vol. 340, issue 24 |
| 2.0108 | MRK-ABS0396602 | MRK-ABS0396609 | | Clinical and Experimental Rheumatology "What have we learned from the large outcomes trials of COX-2 selective inhibitors? The rheumatologist's perspective" by MC Hochberg - pp. S-15-S-22, volume 19 |
| 2.0109 | MRK-ABS0396526 | -MRK-ABS0396561 | | Journal of Pharmacy and Pharmacology "Rofecoxib: an update on physicochemical, pharmaceutical, pharmacodynamic and pharmacokinetic aspects" by N Ahuja, A Singh and B Singh - pp. 859-894, volume 55 |
| 2.0110 | MRK-ABS0396331 | MRK-ABS0396340 | 6/20/1995 | American Journal of Gastroenterology - "A Guideline for the Treatment and Prevention of NSAID-Induced Ulcers" by FL Lanza appeared on pp. 2037-2046 of volume 93, issue 11. |
| 2.0111 | MRK-ABS0386560 | MRK-ABS0386564 | 5/27/2002 | Archives of Internal Medicine - "Association Between Naproxen Use and Protection Against Acute Myocardial Infarction" by E Rahme, L Pilote and J Lelorier appeared on pp. 1111-1115 of volume 162. |
| 2.0112 | MRK-ABS0325220 | MRK-ABS0325230 | 6/23/1995 | Gut article "Cyclooxygenase 2- implications on maintenance of gastric mucosal integrity and ulcer healing: controversial issues and perspectives" by F Halter and AS Tarnawski - pp.443-453, volume 49 |
| 2.0113 | MRK-ABS0324386 | MRK-ABS0324394 | | American Journal of the Medical Sciences "Cox-2 Inhibitors: Today and Tomorrow" by RW McMurray and KJ Hardy - pp. 181-189, volume 323, issue 4 |
| 2.0114 | MRK-ABS0324371 | MRK-ABS0324385 | 12/1/2001 | Gastroenterology Clinics of North America "COX-2 INHIBITORS/Are They Nonsteroidal Anti-Inflammatory Drugs With a Better Safety Profile?" by LS Simon - pp. 1011-1025, volume 30, issue 4 |
| 2.0115 | MRK-ABS0323292 | MRKABS0323300 | 6/23/1995 | Alimentary Pharmacology & Therapeutics - "Influence of risk factors on endoscopic and clinical ulcers in patients taking rofecoxib or ibuprofen in two randomized controlled trials" by CJ Hawkey, L Laine, E Harper et al on pp. 1593-1601, volume 15. |

| | | | | |
|---|---|---|---|---|
| 2.0116 | MRK-ABS0323147 | MRK-ABS0323157 | 10/16/2001 | Annals of Internal Medicine - "Quality Indicators for the Management of Osteoarthritis in Vulnerable Elders" by CH MacLean - pp. 711-721, volume 135, issue 8. |
| 2.0117 | MRK-ABS0323142 | MRK-ABS0323146 | 10/16/2001 | Annals of Internal Medicine - "Assessing Care of Vulnerable Elders: ACOVE Project Overview" by NS Wenger, PS Shekelle and ACOVE Investigators - pp. 642-646, volume 135, issue 8 |
| 2.0118 | MRK-ABS0184353 | MRK-ABS0184361 | 1/1/2001 | Alimentary Pharmacology & Therapeutics - "Review article: the gastrointestinal safety profile of rofecoxib, a highly selective inhibitor of cyclooxygenase-2, in humans" by CJ Hawkey, L Jackson, SE Harper et al - pp. 1-9, volume 15 |
| 2.0119 | MRK-ABS0143197 | MRK-ABS0143200 | 6/22/1996 | British Medical Journal - "Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis" by D Henry, L Lim, LA Garcia-Rodriguez, SP Gutthann, J Carson, MR Griffin a |
| 2.0120 | MRK-ABS0080684 | MRK-ABS0080688 | 2/19/2001 | American Journal of Medicine "Cyclooxygenase Inhibition and Thrombogenicity" by F Catella-Lawson and LJ Crofford - pp. 28S-32S, volume 110, issue 3A |
| 2.0121 | MRK-ABS0059976 | MRK-ABS0059983 | 3/12/1998 | New England Journal of Medicine - "Omeprazole Compared with Misoprostol for Ulcers Associated with Nonsteroidal Antiinflammatory Drugs" by CJ Hawkey, JA Karrasch, L Szczepanski, DG Walker, A Barkun, AJ Swannell et al appeared on pp. 727-734 of volume 33 |
| 2.0122 | MRK-ABS0013571 | MRK-ABS0013576 | 7/1/1992 | Epidemiology - "Nonsteroidal Antiinflmmatory Drugs and Gastrontestinal Hospitalizations in saskatchewan: A Cohort Study" by LA Garcia-Rodriguez, AM Walker, SP Sutthann appeared on pp. 337-342 of volume 3, issue 4 |
| 2.0123 | MRK-ABO0002968 | MRK-ABO0002972 | 11/24/1999 | Journal of the American Medical Association "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared With NSAIDs" by MJ Langman, DM Jenson, DJ Watson - pp. 1929-1933, volume 282, issue 20 |
| 2.0124 | MRK-ABO0002584 | MRK-ABO0002643 | 2/19/2001 | American Journal of Medicine "The Role of COX-2--Specific Inhibitors in Clinical Practice" - volume 110, supplement 3A |
| 2.0125 | MRK-ABK0444791 | MRK-ABK0444807 | 3/1/1997 | Gastroenterology - "Nonsteroidal Antiinflammatory Drugs and Gastroenteropathy: The Second Hundred Years" by JL Wallace appeared on pp. 1000-1016 in vol. 112 |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0126 | MRK-ABI0013854 | MRK-ABI0013862 | 11/5/2004 | Risk of cardiovascular events and rofecoxib: cumulative meta-analysis by Peter Juni, The Lancet, 11-5-04, Pg. 1-9 |
| 2.0127 | MRK-ABI0003298 | MRK-ABI0003307 | 8/9/2001 | The Coxibs, Selective Inhibtors of Cycloxugenase-2 by Garret FitzGerald and Carlo Patrono, New England Journal of Medicine, Vol. 345, No. 6, Pg 432-442 |
| 2.0129 | MRK-ABH0002267 | MRK-ABH0002270 | 11/12/2001 | The Medical Letter -"Cardiovascular Safety of Cox-2 Inhibitors" - volume 43, issue 1118 |
| 2.0130 | MRK-ABH0002262 | MRK-ABH0002266 | 11/30/2001 | Prostaglandins and Leukotrienes: Advances in Eicosanoid Biology by Colin D. Funk. ScienceMag.org, Volume 294, Pages 1871-1875 |
| 2.0131 | MRK-ABC0024617 | MRK-ABC0024626 | | Arthritis & Rheumatism - "Rofecoxib, A Specific inhibitor of Cyclooxygenase 2, with Clinical Efficacy Comparable with that of Diclofenac Sodium" by GW Cannon, JR Caldwell, P Holt - pp. 978-987, volume 43, issue 5 |
| 2.0132 | MRK-ABA002455 | MRK-ABA0002497 | 3/21/2002 | American Journal of Cardiology "Nonsteroidal Anti-Inflammatory Drugs, Coxibs, and Cardo-Renal Physiology: A Mechanism-Based Approach" - volume 89, issue 6A |
| 2.0133 | MRK-ABA0004431 | MRK-ABA0004440 | 11/6/2001 | Circulation - "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib" by MA Konstam, MR Weir, A Reicin, D Shapiro, RS Sperling, E Barr et al. appeared on pp. 2280-2288 of volume 104. |
| 2.0134 | MRK-ABA0004404 | MRK-ABA0004411 | | Gastroenterology - "A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2 - Specific Inhibitor, With That of Ibuprofen on the Gastroduodenal Mucosa of Patients With Osteoarthritis" by L Laine, S Harper, T Simon, R Bath, J Johanson, H |
| 2.0135 | MRK-ABA0004293 | MRK-ABA0004300 | 1/2/2002 | Journal of American Medical Association - "Efficacy of Rofecoxib, Celecoxib, and Acetaminophen in Osteoarthritis of the Knee" by GP Geba, AL Weaver, AB Polis, ME Dixon, TJ Schnitzer appeared on pp. 64-71 of volume 287, issue 1 |
| 2.0136 | MRK-ABA0002446 | MRK-ABA0002447 | 4/19/2002 | Science's Compass - "Back to an Aspirin a Day?" by JR Vane |
| 2.0137 | MRK-ABA0002340 | MRK-ABA0002341 | 2/6/2002 | Journal of American College of Cardiology - "Why Do Cyclo-Oxygenase-2 Inhibitors Cause Cardiovascular Events?" by RJ Bing and Magdalena Lomnicka appeared on pp. 521-522 of volume 39, issue 3. |