**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0138 | MRK-ABA0002280 | MRK-ABA0002291 | 6/22/1995 | Journal of Clinical Pharmacology - "Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-1 versus COX-1 in Healthy Volunteers" by A Van Hecken, JI Schwartz, M Depre, I De Lepeleire, A Dallob, W Tanaka et al |
| 2.0139 | MRK-ABA0002266 | MRK-ABA0002275 | 12/20/2001 | New England Journal of Medicine - "Cyclooxygenase Inhibitors and the Antiplately Effects of Aspirin" by F Catella-Lawson, MP Reilly, SC Kapoor et al - pp. 1809-1818, volume 345, issue 25 |
| 2.0140 | MRK-ABA0002101 | MRK-ABA0002105 | | Experimental Gerontology "Expressin of COX-1 and COX-2 mRNAs in atherosclerotic plaques" by PL McGeer, EG McGeer, K Yasojima - pp. 925-929, volume 37 |
| 2.0141 | MRK-ABA0001921 | MRK-ABA0001927 | 7/1/2001 | Journal of Clinical Investigation "Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs" by C Patrono, P Patrignani, LA Garcia-Rodriguez - pp. 7-13, volume 108, issue 1 |
| 2.0142 | MRK-ABA0001831 | MRK-ABA0001839 | | BioDrugs "Potential Adverse Effects of Cyclooxygenase-2 Inhibition: Evidence from Animal Models of Inflammation" by PR Colville-Nas & Derek W. Gilroy - pp. 1-9, volume 15, issue 1 |
| 2.0143 | MRK-ABA0001772 | MRK-ABA0001780 | | Journal of Pharmacology and Experimental Therapeutics "Cyclooxygenase-2 -- 10 years later" by B Hinz & K Brune - pp. 367-375, volume 300 |
| 2.0144 | MRK-ABA0001768 | MRK-ABA0001771 | 6/23/1995 | Nephrol Dial Transplant - "Cyclooxygenase-2 and atherosclerosis: friend or foe?" by ZA Massy and SK Swan appeared on pp. 2286-2289 of volume 16. |
| 2.0145 | MRK-ABA0001543 | MRK-ABA0001548 | 2/15/2002 | American Journal of Cardiology "Comparison of Thromboembolic Events in Patients Treated With Celecoxib, a Cyclooxygenase-2 Specific Inhibitor, Versus Ibuprofen or Diclofenac" - pp. 425-430, volume 89, issue 4 |
| 2.0147 | MRK-ABA0001259 | MRK-ABA0001265 | | Journal of Clinical Pharmacology - "A New Cyclooxygenase-2 Inhibitor, Rofecoxib (VIOXX), Did not Alter the Antiplatelet Effects of Low-Dose Aspirin in Heatlhy Volunteers" by H Greenberg, K Gottesdiener, M Huntington et al. pp. 1509-1515, volume 40 |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0148 | MRK-ABA0000194 | MRK-ABA0000196 | | American Journal of Therapeutics "Therapeutic Controversies/Cardiovascular and Renal Effects of COX-2-Specific Inhibitors: Recent Insights and Evolving Clinical Implications" by M Epstein - pp. 81-3, volume 8 |
| 2.0149 | MRK-ABA0000138 | MRK-ABA0000154 | | American Journal of Therapeutics "Renal Safety and Tolerability of Celecoxib, a Novel Cyclooxygenase-2 Inhibitor" by A Whelton, CJ Maurath, KM Verburg - pp. 159-175, volume 7 |
| 2.0150 | MRK-AAZ0000882 | MRK-AAZ0000883 | 4/15/2002 | American Journal of Cardiology - "The Coxib Story: Some Lessons and More Questions" by RM Califf appeared on pp. 971-972 of volume 89. |
| 2.0151 | MRK-AAD0197309 | MRK-AAD0197316 | 11/1/2002 | Pharmacy & Therapeutics "The Impact of NSAID Selection an Gastrointestinal Injury and Risk for Cardiovascular Events: Identifying and Treating Patients at Risk" by RL Ruffalo, RL Jackson, JJ Ofman - pp. 570-576, volume 27, issue 11 |
| 2.0152 | MRK-AAD0197291 | MRK-AAD0197294 | 9/21/2002 | British Medical Journal "Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs" by M Mamdani, PA Rochon, DN Juurlink et al. - pp. 62 |
| 2.0153 | MRK-AAD0195809 | MRK-AAD0195811 | 6/24/1995 | Circulation - "Cyclooxygenase-2 Inhibition and Cardiovascular Events" by B Pitt, C Pepine and J Willerson appeared on pp. 167-169 of volume 106. |
| 2.0154 | MRK-AAB0082581 | MRK-AAB0082582 | 6/1/2002 | British Medical Journal - "Are selective COX2 inhibitors superior to traditional non steroidal anti-inflammatory drugs?  Adequte analysis of the CLASS trial inidcates that this may not be the case" by P Juni, A Rutjes and PA Dieppe appeared on pp. 1287 |
| 2.0155 | | | 5/1/2005 | Annals of Internal Medicine - "Narrative Review: Aspirin Resistance and Its Clinical Implications" by S sanderson, J Emery, T Baglin, AL Kinmonth appeared on pp. 370-380, W-57 of volume 142, issue 5 |
| 2.0156 | | | 7/19/1995 | Initiation of antihypertensive Therapy among new users of cyclooxygenase-2-selective and nonselective NSAIDs by Langman, et al., International Journal of Clinical Pharmacology and Therapeutics, Vol. 42 - No. 5/2004, Pg. 260-266 |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0157 | | | 7/19/1995 | Surveillance and Ascertainment Of Cardiovascular Events The Cardiovascular Health Study by Ives, et al. Annals of Epidemiology Vol. 5 #4, 7/95, Pg. 278-285 |
| 2.0158 | | | 12/1/1995 | Effect of multiple doses of losartan on the pharmacokinetics of single doses of digoxin in healthy volunteers by De Smet, et al. British Journal of Clinical Pharmacalogy, 40(6), Pg 571-575 |
| 2.0159 | | | | "Lipid-Derived Autocoids. Eicosanoids and Platelet-Activating Factor" by JD Morrows, LJ Roberts appears on pp. 669-685 in the book entitled "The Pharmacological Basis of Therapeutics" |
| 2.0160 | | | | "Analgesic-antipyretic and antiinflmmatory agents and drugs employed in the treatment of gout" by LJ Roberts & JD Morrow appears on pp. 687-730 in the book entitled "The Pharmacological Basis of Therapeutics" |
| 2.0161 | MRK-ABS0184374 | MRK-ABS0184381 | 2/1/2000 | Arthritis & Rheumatism  -  "Comparison of the effect rofecoxib (A cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis" by C Hawkey, L Laine, T Simon, A Beaulieu, J Maldonado-Cocco, E Acevedo et |
| 2.0162 | MRK-AAZ0000860 | MRK-AAZ0000865 | 1/1/1999 | "Systemic biosyntheses of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of Cox-2" by BF McAdam et al Pro Natl Acad Sci USA; Vol 96, pp 272-277 |
| 2.0163 | MRK-ABY0079135 | MRK-ABY0079160 | | All-Cause Mortality and Vascular Events Among Patients with Rheumatoid Arthritis, Osteoarthritis, Or No Arthritis in the UK General Practice Reserch Database By Watson, et al., The Journal of Rheumatology 2003; 30:6, Pg. 1196-1202 |
| 2.0164 | | | 2/12/2002 | Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study by Way Ray, et al., The Lancet, Vol. 359, Pg.118-123, 2002 |
| 2.0165 | | | | Spontaneous Reporting Systems Outside of the US by Erik Wilholm, et al. Chapter from pharmacoepidemiology, Third edition, Pg. 175-192 |
| 2.0166 | | | 3/14/2005 | Meta-analysis of COX2 Inhibitors and Their Effects on Blood Pressure by Tai-Juan Aw, et al., Arcf Intern Med, Vol. 165, Pg. 1-7 |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0167 | | | 2/15/2005 | Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial by Robert Bresalier, et al., The New Englad Journal of Medicine, Pg. 1-11 |
| 2.0168 | MRK-ABH0025737 | MRK-ABH0025745 | 1/25/2005 | Cyclooxygenases, Thromboxane, and Atherosclerosis Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined with Thromboxane Reception Antagonism by Karine Egan, et al., Circulation, 111, Pg. 334-342 |
| 2.0169 | MRK-AHD0004782 | MRK-AHD0004787 | 1/1/2005 | "Discontinuation of Vioxx" appeared in Lancet on pp. 23-28 of volume 365. |
| 2.0171 | MRK-AFJ0013391 | MRK-AFJ00133941 | 12/30/2004 | "Rofecoxib, Merck, and the FDA" appeared in The New England Journal of Medicine on pp. 2875-2878 of volume 351, issue 27. |
| 2.0172 | MRK-AAC0155905 | MRK-AAC0155914 | 11/10/2004 | The upper gastrointestinal Safety of rofecoxib vs. NSAIDs: An updated combined analysi By Douglas Watson, et al. Current Medical Research and Opinion, Vol. 20, Pg. 1539-1548 |
| 2.0174 | MRK-AFJ0009922 | MRK-AFJ0009924 | 10/21/2004 | New England Journal of Medicine  -  "Coxibs and Cardiovascular Disease" by GA Fitzgerald appeared on pp. 1709-1711 of volume 351, issue 17 |
| 2.0175 | MRK-ACO0069029 | MRK-ACO0069030 | 8/21/2004 | Lancet  -  "A coxib a day won't keep the doctor away" by EJ Topol and GW Falk appeared on pp. 639-640 of volume 364. |
| 2.0176 | MRK-ABY0089702 | MRK-ABY0089711 | 8/21/2004 | Lancet  -  "Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial" by ME Farkouh, H Kirshner, RA Harrington, S Ruland et |
| 2.0177 | MRK-ADY0007373 | MRK-ADY0007378 | 5/29/2004 | Cyclo-oxygenase-2 Inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study by Muhammad Mamdani, et al, The Lancet, Vol. 363, Pg. 1751-1756 |
| 2.0178 | | | 3/24/2004 | "Cox-2 Inhibitors: A CLASS Act or Just VIGORously Promoted"  by Malhotra et al: Medscape General Medicine 6(1) 2004 |
| 2.0179 | | | 11/3/2002 | Letter to the Editor in Clinical Therapeutics |
| 2.0180 | MRK-ABA0002590 | MRK-ABA0002592 | 4/19/2002 | "Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2" by Yan Cheng et al Science; Vol 296 |
| 2.0181 | | | 11/1/2001 | Prescription Drugs and Mass Media Advertising, 200 by The National Institute for Health Care Management Research and Educational Foundation |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0182 | MRK-AH00026119 | MRK-AH00026124 | 10/16/2001 | "Quality Indicators for Pain Management in Vulnerable Elders" by Joshua Chodosh et al; Ann Intern Med. 2001; 1335: 731-735 |
| 2.0183 | ABA0001301 | ABA0001309 | 11/23/2000 | Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis by Claire Bombardier, et al., New England Journal of Medicine, Vol. 343, Issue 21, Pg. 1520-1528 |
| 2.0184 | MRK-ABT0000950 | MRK-ABT0000960 | 9/1/2000 | "Receommendations for the Medical Management of Osteoarthritis of the Hip and Knee"; Official Journal of the American College of rheumatology; Vol 43, No. 9 pp 1905-1915 |
| 2.0185 | MRK-ABT0015339 | MRK-ABT0015344 | 7/1/2000 | Differential Effects of Aspirin and Non-Aspirin Nonsteroidal Antiinflammatory Drugs in the Primary Prevention of Myocardial Infarction in Postmenopausal Women by Garcia Rodriguez, et al., Epidemiology: Volume 11(4), Pg. 382-387 |
| 2.0186 | MRK-AFI0034689 | MRK-AFI0034700 | 11/24/1999 | Adverse Upper Gastrointestinal Effects of Rofecoxib Compared With NSAIDs by Langman, et al., JAMA, November 24, 1999 - Vol 282 No. 20, Pg. 1929-1933 |
| 2.0187 | | | 8/1/1999 | "Relation of Probability of Causation to Relative Risk and Doubling Dose: A Methodologic Error That Has Become a Social Problem" by Sander Greenland, DrPH; Am J Public health. 1999;89:1166-1169 |
| 2.0188 | | | 3/12/1999 | "Effect of Specific Cox-2 Inhibition in Ostheoarthritis of the Knee: A 6 Week double Blind, Placebo Controlled Pilot Study of rofecoxib", By Elliot Ehrich et al; The Journal of Rheumatology; 1999 26:11 |
| 2.0189 | | | 12/22/1998 | Effects of Specific Inhibtion of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids by Francesca Catella-Lawson, et al. The Journal of Pharmacology and Experimental Therapeutics, Volume 289, Number 2, Page 735 |
| 2.0190 | | | 6/27/1995 | "Cardiovascular Events Associated with Rofecoxib in a Coloractal Adenoma Chemoprevention Trial" By Robert Bresliar et al: N Eng J Med 2005;352 |
| 2.0191 | MRK-ABY0089732 | MRK-ABY0089738 | 6/26/1995 | Circulation - "Nonsteroidal Antiinflammatory Drugs and the Risk of Myocardial Infarction in the General Population" by LA Garcia-Rodriguez, C Vara-Lorenzo, A Maguire and A Gonzalez-Perez appeared on pp. 3000-3006 of volume 109. |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0192 | MRK-ANR0011510 | MRK-ANR0011514 | 6/26/1995 | "The Coxib Conundrum; Lessons from the Rise and Fall of Rofecoxib" By Whelton; American Journal of Therapeutics 11, 417-421 |
| 2.0193 | MRK-ADY0005557 | MRK-ADY0005564 | 11/9/2003 | SPINE - "Efficacy and Safety of Rofecoxib in Patients with Chronic Low Back Pain" by N Katz, WD Ju, DA RS Sperling, DB Rodgers, BJ Gertz et al. appeared on pp. 851-858 of volume 28, issue 9 |
| 2.0194 | | | 6/25/1995 | "Gastrointestinal tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis" by Jeffrey Lisse; Ann Intern Med. 2003; 139:539-546 |
| 2.0195 | | | | "Cox-2 Inhibition, H pylori Infection and the Risk of Gastrointestinal Complications" by Francis Chan; Current Pharmaceutical Design; 2003, 9, 2213-2219 |
| 2.0196 | MRK-AAD0197326 | MRK-AAD0197328 | 9/3/2002 | Non-steroidal anti-inflammatory drugs: overall risks and management. Complementary roles for COX-2 inhibitors and proton pump inhibitors b C J Hawkey and Langman,  Gut 2003:52:600-608 |
| 2.0197 | MRK-AHD0008775 | MRK-AHD0008785 | | A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment by Thal et al, Neuropsychopharmacology, pg. 1-12 |
| 2.0198 | MRK-ADY0005395 | MRK-ADY0005402 | 6/4/2003 | Effects of Rofecoxib or Naproxen or Placebo on Alzheimer Disease Progression by Paul Aisen et al, JAMA, Vol. 289, pg 2819-2826 |
| 2.0199 | MRK-AHD0018247 | MRK-AHD0018260 | 10/3/2005 | Selective COX-2 inhibition and cardiovascular effects: A review of the rofecoxib development program by Weir et al, American Heart Journal, pg. 591-604 |
| 2.0200 | MRK-ADL0053460 | MRK-ADL0053468 | 9/13/2000 | Gastrointestinal Toxicity With Celecoxib vs Nonsteriodal Anti-inflammatory Drugs for osteoarthritis and Rheumatoid Arthritis. Sliverstein, FE, Faich, G. et al JAMA Vol 284, Page 1247-55" |
| 2.0203 | MRK-ABC0024635 | MRK-ABC0024644 | 1/5/2000 | Rofecoxib, a Specific Inhibitor of Cyclooxygenase 2, with Clinical Efficacy Comparable with that of Diclofenac Sodium by Peter Holt, et al. |
| 2.0204 | | | 5/9/2005 | Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, Celecoxib, and Other NSAIDs by S. Johnsen, Heidi Larsson; Arch Intern Med, Vol. 165, Pg. 978-984 |
| 2.0205 | MRK-NJ0152833 | MRK-NJ0152839 | 10/16/1986 | Platelet Activation in Unstable CoronarY Disease by Desmond Fitzgerald, et al.; New England Journal of Medicine; Vol. 315; Pg. 983-989 |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0206 | | | | Current perspective on the cardiovascular effects of coxibs by Marvin Konstam and Matthew Weir; Cleveland Clinic Journal of Medicine; Volume 69; Pg. S1-47 - S1-52 |
| 2.0207 | MRK-ABA0031794 | MRK-ABA0031796 | 4/19/2002 | Role of Prostacyclin in the Cardiovascular Response to Thromboxane A by Chen, et al.; Science Magazine; Vol. 296: Pg. 539-541 |
| 2.0208 | MRK-NJ0146547 | MRK-NJ0146553 | | Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction by M. L. Brochier; European Heart Journal (1993) Vol. 14, pg. 951-957. |
| 2.0209 | MRK-NJ0070657 | MRK-NJ0070662 | 7/3/1991 | Analysis and Interpretation of Treatment Effects in Subgroups of Patients in Randomized Clinical Trials by Salim Yusuf et al, JAMA, Vol. 266, No. 1, Pg. 93 - 98 |
| 2.0210 | | | 10/17/2005 | Stress, myocardial infarction, and the "tako-tsubo" phenomenon by K A Connelly, et al; Heart 2004 |
| 2.0211 | MRK-ABA0000387 | MRK-ABA0000392 | 2/5/2001 | Effects of Selective Cyclooxygenase-2 Inhibition on Vascular Responses and Thrombosis in Canine Coronary Arteries by James Hennan, et al.; Circulation 2001; 104; Pg. 820-825 |
| 2.0212 | | | 5/1/1989 | Regional Variability of Prostacyclin Biosynthesis by James Fann, et al.; Arterlosclerosis 9: 366-373 |
| 2.0213 | | | 6/1/2003 | Effects of Cyclooxygenases Inhibitors on Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men by Ewa Tuleja, et al; Arterioscler Throm vasc Biol. 2003:23:1111-1115 |
| 2.0214 | MRK-AFK0174823 | MRK-AFK0174830 | 11/18/2004 | COX-2 Derived Prostacyclin Confers Atheroprotection on Female Mice by Karine Egan, et al, Science Express |
| 2.0215 | MRK-AAZ0005107 | MRK-AAZ0005114 | 6/20/2001 | Roles of Cyclooxygenase (COX)-1 and COX-2 in Prostanoid Production by Human Endothelial Cells: Selective Up-Regulation of Prostacyclin Synthesis by COX-2 by Gillian Caughey, et al, The American Journal of Immunologists, 2001, 167: 2831-2838 |
| 2.0216 | MRK-NJ0146028 | MRK-NJ0146033 | 6/17/1996 | Inden. of vascular endothelial genes differentially resp. to fluid mech. stimuli: COX-2 manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated steady laminar shear stress by J. Topper; 10417-10422 |
| 2.0217 | MRK-AAZ0006712 | MRK-AAZ0006720 | 8/27/2001 | Cyclooxygenase-2 -- 10 Years Later by B. Hinz and K. Brune; Perspectives in Pharmacology, Pg. 367- 375 |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0218 | MRK-ACO0144177 | MRK-ACO0144185 | | Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs by Mary Walter et al; Atherosclerosis 177, Pg. 235-243 |
| 2.0219 | | | 4/1/1993 | Circadian Variation and Possible External Triggers of Onset of Myocardial Infarction by Solomon Behar et al, The American Journal of Medicine, Vol. 94, Pg. 395-400 |
| 2.0220 | | | 11/1/1994 | Symptoms of Anxiety and Risk of Coronary Heart Disease by Ichiro Kawachi et al, Circulation, Vol. 90, Pg. 2225-2229 |
| 2.0221 | MRK-AFN0060088 | MRK-AFN0060091 | 12/1/2004 | Postmarketing Surveillance - Lack of Vigilance, Lack of Trust by Phil Fontanarosa et al, JAMA, Vol 292, Pg. 2647-2650 |
| 2.0222 | MRK-ACT0026107 | MRK-ACT0026112 | 3/3/1999 | Postmarketing Surveillance and Adverse Drug Reactions by T. Brewer and G. Colditz, JAMA, Vol. 281, Pg. 824-829 |
| 2.0223 | | | | Current Rheumatology Reports, "Aspirin, NSAIDs, and Cox-2 Inhibitors in cardiovascular Disease: Possible Interactions and Implications for Treatment of Rheumatoid Arthritis", Kurth, T et al 2004; 6:351-356 |
| 2.0224 | | | | Circulation Research, "Cox-2 Derived Prostacyclin Modulates Vascular Remodeling", Rudic, Daniel et al. 2005; 96:1240-1247 |
| 2.0225 | | | | No Description |
| 2.0226 | | | | No Description |
| 2.0227 | | | 1/6/2000 | NEJM, Information for Authors, Curfman Deposition 11/21/2005 - Exhibti 2 |
| 2.0228 | | | 11/16/2000 | NEJM, "Tracking Peer Reviews" 2000; 343:1485-1486 Curfman Deposition 11/21/2005 - Exhibit 3 |
| 2.0229 | | | 9/14/2004 | Medscape, "Call for Mandatory Clinical Trial Registration, Open Access to Results" Barclay, L., Curfman Deposition 11/21/2005 - Exhibit 4 |
| 2.0230 | | | 9/13/2001 | NEJM, "Sponsorship, Authorship, and Accountability"2001; 345:825-827 - Curfman Deposition Exhibit 5 |
| 2.0231 | | | 6/9/2005 | NEJM, "Is this Clinical Trial Fully Registered? - A Statement from the International Committee of Medical Journal Editors" De Angelis, C et al., 2005; 352:2436-2438, Curfman Deposition 11/21/2005 - Exhibit 4 |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0232 | | | 10/1/2005 | International Committee of Medical Journal Editors, "Uniform Requirements for Manuscripts Submitted to Biomedical Journals: Writing and Editing for Biomedical Publications" October 2005 - Curfman Deposition 11/21/2005 - Exhibit 7 |
| 2.0233 | | | 1/23/1997 | International Committee of Medical Journal Editors, "Uniform Requirements for Manuscripts Submitted to Biomedical Journals" January 23, 1997, 336:309-315 Curfman Deposition 11/21/2005 - Exhibit 8 |
| 2.0234 | | | 7/3/1991 | JAMA, "Analysis and Interpretation of Treatment Effects in Subgroups of Patients in Randomized Clinical Trials" Yusuf, S. et al, 1991; 266:93-96 - Curfman Deposition 11/21/2005 Exhibit 31 |
| 2.0235 | | | 11/19/2005 | NEJM, Author Center - Frequently Asked Questions General Information about the Journal - Curfman Deposition 11/21/2005 Exhibit 44 |
| 2.0236 | NEJM 000374 | NEJM 000375 | 12/29/2005 | NEJM, "Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatorid Arthritis," N Engl J Med 2000; 343:1520-8" December 29, 2005 pg 2813-2814 - Curfman, G. et al - Curfman |
| 2.0237 | NEJM 000376 | NEJM 000376 | | NEJM, "Journal Statement on the Expression of Concern" Curfman Deposition 1/24/2006 exhibit 4 |
| 2.0238 | | | 2/9/2006 | NEJM, "Expression of Concern: Sudbø J et al. DNA Content as a Prognostic Marker in Patients with Oral Leukoplakia. N Engl J Med 2001; 344:1270-8 and Sudbø et al. The Influence of Resection and Aneuploidy on Mortality in Oral Leukoplakia. N Eng J Med 2004; |
| 2.0239 | | | 5/22/2003 | NEJM "Expression of Concern: Schiffl H, et al. Daily Hemodialysis and the Outcome of Acute Renal Failure. N Engl J Med 2002;346:305-10" Drazen, J et al 2003; 348:2137 - Curfman Deposition 1/24/2006 exhibit 14 |
| 2.0240 | | | 12/17/2001 | The Pink Sheet "Merck Cox-2 Cardiovascular Safety Studies Will Enroll 30,000 Subject" 2001; 63:12 - Gertz Deposition 9/1/05 Ex 94; Scolnick Deposition 1/30/03 Ex 23 |
| 2.0241 | | | 7/4/2001 | JAMA "Reporting Financial Conflicts of Interest and Relationships Between Investigators and Research Sponsors" by Catherine DeAngelis, et al., Vol. 286 No. 1, Pg. 89-91. |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0242 | | | 12/1/2004 | Cleveland Clinic Journal of Medicine Commentary "The Sad Story of Vioxx, and What We Should Learn From It" by Juhana Karha and Eric J. Topol, Vol. 71 No. 12, Pg. 933-939. |
| 2.0243 | | | 11/21/2005 | Cleveland Clinic Heart Center Website "Raising a Cautionary Flag About COX-2 Use in High-Risk Heart Patients." |
| 2.0244 | | | 9/23/2002 | Arch Intern Medicine "Lack of Cardioprotective Effect of Naproxen" by Debabrata Mukherjee, Steven Nissen and Eric Topol, Vol. 162, Pg. 2637. |
| 2.0245 | | | 10/2/2004 | New York Times Article "Good Riddance to a Bad Drug" by Eric J. Topol. |
| 2.0246 | | | 10/15/2001 | New York Daily News Article "Easing Arthritis: Are Controversial New Drugs Worth the Risk?" by Susan Ferraro. |
| 2.0247 | | | 1/28/2003 | Circulation "Selective Cox-2 Inhibition Improves Endothelial Function in Coronary Artery Disease" by Remy Chenevard, 1/28/2003, Vol. 107, Pg. 405-409. |
| 2.0248 | | | 8/1/2001 | Current Controlled Trials in Cardiovascular Medicine "Systematic Adjudication of Myocardial Infarction End-points in an International Clinical Trial by Kenneth W. Mahaffey, et al., August 2001, Vol. 2 No. 4, Pg. 180-186. |
| 2.0249 | | | 1/1/1987 | Blood "Inhibition of Thromboxane Formation In Vivo and Ex Vivo:  Implications for Therapy with Platelet Inhibitory Drugs" by Irene A.G. Reilly and Garret A. Fitzgerald, Vol. 69 No. 1, Pg. 180-186. |
| 2.0250 | | | 5/22/2001 | New York Times Article "Doubts are Raised on the Safety of 2 Popular Arthritis Drugs" by Melody Peterson. |
| 2.0251 | | | 5/26/2005 | NEJM, "Gag Clauses in Clinical-Trial Agreements" by Robert Steinbrook, 352;21: 2160-2162 |
| 2.0252 | | | 5/26/2005 | NEJM, "Academic Medical Centers' Standards for Clinical-Trial Agreements with Industry" by Michelle Mello, Brian Clarridge and David Studdert, 352;21: 2202-2210 |
| 2.0253 | | | 7/1/2005 | The Annals of Pharmacotherapy, "Relative Thromboembolic Risks Associated with COX-2 Inhibitors" by S. Christopher Jones, Volume 39 |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0254 | | | | American Journal of Gastroenterology "A Nationwide Study of Mortality Associated with Hospital Admission Due to Severe Gastrointestinal Events and Those Associated with Nonsteroidal Antiinflammatory Drug Use" by Angel Lanza, et al. 2005; 100: 1685-1693 |
| 2.0255 | | | | Journal of Clinical Pharmacology "The Cardiovascular Toxicity of Selective and Nonselective Cyclooxygenase Inhibitors: Comparisons, Contrasts and Aspirin Confounding" by Panagiotis Konstantinopoulos and David F. Lehmann, 2005;45: 742-750 |
| 2.0256 | | | 6/11/2005 | British Medical Journal, "Risk of Myocardial Infarction in Patients Taking Cyclo-oxygenase-2 Inhibitors or Conventional Non-Steroidal Anti-Inflammatory Drugs: Population Based Nested Case-Control Analysis" by Julia Hippisley-Cox, Carol Coupland, Vol. 330 |
| 2.0257 | | | | Circulation, "To the Heart of the Matter" by Matthias Hermann, Henry Krum and Frank Ruschitzka, 2005; 112: 941-945 |
| 2.0258 | | | 11/22/2000 | Elsevier Science, "Effects of COX-2 Inhibitors on Aortic Prostacyclin Production in Cholesterol-Fed Rabbits" by Elizabeth Wong, JingQi Huang, Philip Tagari and Denis Riendeau, Atherosclerosis 157 (2001) 393-402 |
| 2.0259 | | | 10/28/2002 | Arthritis Research and Therapy Commentary "Cyclooxygenase 2: Where are We in 2003 Cardiovascular Risk and Cox-2 Inhibitors" by Debabrata Mukherjee and Eric Topol Vol. 5:8-11 (Topol Deposition Exhibit #12) |
| 2.0260 | | | 10/15/2001 | Collection of Articles (Topol Deposition Exhibit #29) |
| 2.0261 | | | 2/11/2005 | Article - "Marketing of Vioxx:  How Merck Played Game of Catch-up" - NYT - Susan Baumgartner (Ex 4 Baumgartner Deposition 2/25/05) |
| 2.0262 | | | 10/1/2004 | Wall Street Journal Article- "Merck Pulls Vioxx After Link to Heart Problems", [Ex 3 Cannuscio Deposition 10/08/04] |
| 2.0263 | | | 5/18/2004 | Wall Street Journal Article- "Merck Takes Author's Name Off Vioxx Study", [Ex 14 Cannuscio Deposition 10/08/04] |
| 2.0264 | | | 10/6/2004 | Wall Street Journal Article "New Vioxx Study Projects Cases of Heart Attacks" [Ex 32 Cannuscio Deposition 10/08/04] |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0265 | | | | 10/2/2004 | New York Times Article (online) "Merck removes popular arthritis medication after study shows increased risks of heart attacks and strokes" [Ex 36 Cannuscio Deposition 10/08/04] |
| 2.0266 | | | | | Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs by Mary Walter et al; Atherosclerosis 177, Pg. 235-243 |
| 2.0267 | | | | 4/1/1993 | Circadian Variation and Possible External Triggers of Onset of Myocardial Infarction by Solomon Behar et al, The American Journal of Medicine, Vol. 94, Pg. 395-400 |
| 2.0268 | | | | 11/1/1994 | Symptoms of Anxiety and Risk of Coronary Heart Disease by Ichiro Kawachi et al, Circulation, Vol. 90, Pg. 2225-2229 |
| 2.0271 | | | | | Selective Cox-2 Inhibitors and Risk of Myocardial Infarction by Florian Krotz, Journal of Vascular Research, June 20, 2005 |
| 2.0272 | | | | 1/1/2006 | Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities by Tilo Grosser, S Fries and Garrett FitzGerald, The Journal of Clinical Investigation, 2006, Vol. 116, pp 4-15 |
| 2.0273 | | | | | Going from Immutable to Mutable Atherosclerotic Plaques by Michael J. Davies, MBBS |
| 2.0274 | | | | 9/3/1991 | Coronary Thrombosis: Pathogenesis and Clinical Manifestations by Erling Falk, M.D., American Journal of Cardiology Vol. 68, 9/3/91 |
| 2.0300 | | | | 5/5/2006 | "Covalent binding of rofecoxib to arterial elastin" |
| 2.0301 | | | | 7/27/1998 | "Recent Considerations in Nonsteroidal Anti-Inflammatory Drug Gastropathy" by Singh, Am J Med, Vol. 105 (1B), Pg. 31S-38S |
| 2.0302 | | | | 8/1/2004 | "The Rise and Decline of Nonsteroidal Anti-inflammatory Drug-Associated Gastropathy in Rheumatoid Arthritis" by Fries, et al, Am Coll Rheum - Arthritis & Rheumatism, Vol. 50, No. 8, Pg. 2433-2440 |
| 2.0303 | | | | | No exhibit |
| 2.0304 | | | | | Muscara M, Vergnolle N, Lovren F, Triggle C, Elliott S, Asfaha S, et al. "Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence." Br J Pharmacol 2000;129(7):1423-30. |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0305 | | | 6/12/1905 | Collins R, Peto R, MacMahon S, Hebert P, Fiebach N, Eberlein K, et al. Blood pressure, stroke, and coronary heart disease. Part 2, Short-term reductions in blood pressure: overview of randomised drug trials in their epidemiological context. Lancet 1990;33 |
| 2.0306 | | | 6/22/1905 | Shinmura K, Tang X, Wang Y, Xuan Y, Liu S, Takano H, et al. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. Proc Natl Acad Sci U S A 2000;97(18):10197-202. |
| 2.0307 | | | 6/20/1905 | O'Keefe J, Bateman T, Ligon R, Case J, Cullom J, Barnhart C, et al. Outcome of medical versus invasive treatment strategies for non-high-risk ischemic heart disease. J Nucl Cardiol 1998;5(1):28-33. |
| 2.0308 | | | 6/20/1905 | Dalen J. Selective COX-2 Inhibitors, NSAIDs, aspirin, and myocardial infarction. Arch Intern Med 2002;162(10):1091-2. |
| 2.0309 | | | | Lévesque, et al. "The Risk of Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults." Ann Intern Med. 2005 Apr 5;142(7):481-9. |
| 2.0310 | | | 6/23/1905 | Tuzcu E, Kapadia S, Tutar E, Ziada K, Hobbs R, McCarthy P, et al. High prevalence of coronary atherosclerosis in asymptomatic teenagers and young adults: evidence from intravascular ultrasound. Circulation 2001;103(22):2705-10. |
| 2.0311 | | | 6/25/1905 | Rott D, Zhu J, Burnett M, Zhou Y, Zalles-Ganley A, Ogunmakinwa J, et al. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. J |
| 2.0312 | | | 1/1/2002 | Aravind MK, et al. "A rapid and sensitive high-performance liquid chromatography assay for rofeoxib in human serum." J Chromatog Sci. 2002 Jan; 40(1):26-8. |
| 2.0313 | | | 12/1/2001 | Baillie TA, et al. "Mechanistic Studies on the reversible metabolism of rofecoxib to 5-hydroxycoxib in the rat: evident for transient ring opening of a substituted 2-furanone derivative using stable isotope-labeling techniques." Drug Metab Dispos. 2001 |
| 2.0314 | | | 4/21/2001 | Boers M, et al. "NSAIDs and selective COX-2 inhibitors: competition between gastroprotection and cardioprotection." Lancet 2001; 357: 1222-1223. |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0315 | | | 11/1/2004 | Borowski M, et al.  "Risk of cardiovascular events and Vioxx: cumulative meta-analysis."  available at: http://healthinfo.healthgate.com/GetContext.aspx?deliverycontact=&touchurl=&CallbackURL=&token=36A5bdaf-78a2-4091-9f87-1a09d8c938d&docid=/journalnotes/ |
| 2.0316 | | | | Brown CH. "Effect of rofecoxib on the antihypertensive activity of lisinopril." Ann Pharmacother. 2000 Dec;34(12):1486. |
| 2.0317 | | | | Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, Marnett LJ, Morrow JD, Fazio Linton MF Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation. 2002 Apr 16;105(15):1816-23. |
| 2.0318 | | | 3/30/2004 | Capone ML, et al.  "Clinical pharmacology of platelet, monocyte, and vascular COX-2 inhibition by naproxen and low-dose aspirin in healthy subjects." Circulation, 2004; 109:1468-1471. |
| 2.0319 | | | 4/1/1999 | Chan CC, et al. "Rofecoxib (Vioxx), MK-09966; 4-(4'methylsulfonylphenyl)-3-phanyl-2(5H)-furanone: a potent and orally active cyclooxygenase-2 inhibitor: pharmacological and biochemical profiles."  J Pharmacol Exp Ther. 1999 Aug;290(2):551-60 |
| 2.0320 | | | 11/5/2003 | Chenevard R.  "Selective COX-2 inhibition improves endothelial function in coronary artery disease."  Circulation.  2003; 107: 405-409. |
| 2.0321 | | | 4/5/2005 | Cigna Health Care Coverage Position.  Available at: http://www.cigna.com/health/providor/pharmacy/coverage_positions/ph_4008 |
| 2.0322 | | | 6/15/2004 | Comments and Responses: "Tolerability of Rofecoxib versus Naproxen." Ann. Intern. Med. 2004 Jun 15; 140(12): 1059-63. |
| 2.0323 | | | | Dalen JE. "Selective COX-2 inhibitors, NSAIDs, aspirin and myocardial infarction." Arch Intern Med. 2002 May;162:1091-2. |
| 2.0324 | | | 12/1/2003 | Dannenberg AJ.  "targeting cyclooxygenase-2 in human neoplasia: rationale and promise." Cancer Cell. 2003 Dec;4(6):431-6. |
| 2.0325 | | | 1/1/2003 | Davies N. "Pharmacokinetics of Rofecoxib, a specific Cyclo-oxygenase-2 inhibitor."  Clin Pharmacokinet. 2003;42(6):545-56. |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0326 | | | | Day R, Morrison B, Luza A, et al. "A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs. ibuprofen in patients with osteoarthritis."  Arch Inter Med 2000;160:1781-87. |
| 2.0327 | | | | Drazen JM. "COX-2 Inhibitors—A Lesson in Unexpected Problems" N Engl J Med. 2005 Mar 17;352(11):1131-2. Epub 2005 Feb 15. |
| 2.0328 | | | | Dieppe PA, Ebrahim S, Martin RM, Juni P. "Lessons from the withdrawal of rofecoxib: patients would be safer if drug companies disclosed adverse evnets before licensing." BMJ 2004;329:867-8. |
| 2.0329 | | | 5/1/2005 | Egan KM. "COX-2 Derived Prostacyclin Confers Atheroprotection on Female Mice." Obstet Gynecol Surv. 2005 May;60(5):309-10. |
| 2.0330 | | | 11/1/2002 | Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA, and FitzGerald GA. "Cyclooxygenases, Thromboxane, and Atherosclerosis: Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined With Thromboxane Receptor Antagonism."  Am J Cardiol. 2002 Nov 1 |
| 2.0331 | | | | Emery P, Zeidler H, Kvien TK, Guslandi M, Naudin R, Stead H, Verburg KM, Isakson PC, Hubbard RC, Geis GS. "Celecoxib versus dicolfenac in long-term management of rheumatoid arthritis: randomized double -blind comparison." Lancet 1999;354:2106-11. |
| 2.0332 | | | 4/21/2004 | Farkouh, ME.  "Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial."  Lancet 2004 Aug 21; 364(9435): 675-84. |
| 2.0333 | | | 11/1/2003 | Fitzgerald GA, et al.  "Cox-2 and beyond: approaches to prostaglandin inhibition in human disease."  Nat Rev Drug Discov. 2003 Nov;2(11):879-90. |
| 2.0334 | | | 2/15/2005 | Presentation by Garett Fitzgerald to the FDA: "Mechanism Based Adverse  Cardiovascular Events and Specific Inhibitors of COX-2" |
| 2.0335 | | | 7/1/2002 | Fitzgerald GA, et al.  "The choreography of cyclooxygenases in the kidney."  J Clin Invest. 2002 Jul;110(1):33-34. |
| 2.0336 | | | 1/25/2005 | Furberg CD, Psaty BM, FitzGerald GA. "Parecoxib, valdecoxib, and cardiovascular risk." Circulation. 2005 Jan 25;111(3):249. Epub 2005 Jan 17. |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0337 | | | 1/12/1998 | Garcia-Rodriguez LA, et al. "Risk of hospitalization for upper gastrointestinal bleeding associated with ketorolac, other nonsteroidal anti-inflammatory drugs, calcium antagonists, and other antihypertensive drugs." Arch Intern Med. 1998 Jan 12;158(1):33 |
| 2.0338 | | | 5/1/1999 | Gierse JK, et al. "Kinetic basis for selective inhibition of cyclooxygenases." Biochem J. 1999 May 1;339 (pt 3):607-14. |
| 2.0339 | | | 7/1/2000 | Goldstein JL. "Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor." Am J Gastroenterol. 2000 Jul; 95(7): 1681-1690. |
| 2.0340 | | | 10/1/2000 | Halpin RA. "The absorption, distribution, metabolism and excretion of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor in rats and dogs." Drug Metab Dispos. 2000 Oct:28(10:1244-54. |
| 2.0341 | | | 6/1/2002 | Halpin RA. "The disposition and metabolism of rofecoxib, a potent and selective COX-2 inhibitor in human subjects." Drug Metab Dispo. 2002; 30(6):684-93. |
| 2.0343 | | | 6/1/2003 | Hawkey, C. "Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study." Gut. 2003 Jun;52(6):820-6. |
| 2.0344 | | | 3/1/2001 | Huang JJ. "Preoperative oral rofecoxib does not decrease postoperative pain or morphine consumption in patients after radical prostatectomy: a prospective, randomized, double-blinded, placebo-controlled trial." J Clin Anesth. 2001 Mar;13(2))94-7. |
| 2.0345 | | | 1/1/2004 | Juni P. "Discontinuation of Vioxx. The Lancet. 2005;365:23-27. (Reply to Article by Peter Juni: Risk of CV events & rofecoxib.) Response to Comments in Lancet 2005" at page 26; 365:23-28. |
| 2.0346 | | | 12/9/2002 | Juni P, Dieppe P, Egger M. "Risk of myocardial infarction associated with selective COX-2 inhibitors." Arch Intern Med. 2002 Dec;162:2639-40. |
| 2.0347 | | | 11/1/2001 | Kammerl MC. "Inhibition of Cox-2 counteracts the effects of diuretics in rats." Kidney Int. 2001 Nov;60(5):1684-91. |
| 2.0348 | | | 9/1/2001 | Kammerl MC. "Inhibition of cyclooxygenase-2 attenuates urinary prostanoid excretion without affecting renal renin expression." Pflugers Arch. 2001 Sep;442(6):842-7. |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0349 | | | | Katz N, Rodgers DB, Krupa D, Reicin A. "Onset of pain relief with rofecoxib in chronic low back pain: results of two four week, randomized, placebo-controlled trials." Curr Med Res Opin 2004;20:651-58. |
| 2.0350 | | | 2/1/2005 | Kimmel SE. "Patients exposed to Rofecoxib and Celecoxib have different odds of nonfatal myocardial infarction." Ann Intern Med. 2005 Feb 1; 142(3):157-64. |
| 2.0351 | | | 5/1/2004 | Kivitz A, Greenwald MW, Cohen SB, Polis AB, Najarian DK, Dixon ME, Moidel RA, Green JA, Baraf HSB, Petruschke RA, Matsumoto AK, Geba GP. "Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1000 mg in patients with osteoarthritis of the knee." J Am |
| 2.0352 | | | 7/1/2005 | Konstantinopoulos PA, Lehmann DF. "The Cardiovascular Toxicity of Selective and Nonselective Cyclooxygenase Inhibitors: Comparisons, Contrasts, and Aspirin Confounding." J Clin Pharmacol. 2005 Jul;45(7):742-50. |
| 2.0353 | | | 2/1/2001 | Laine L. "Approaches to nonsteroidal anti-inflammatory drug use in the high-risk patient." Gastroenterology. 2001 Feb:120(3):594-606. |
| 2.0354 | | | 4/18/2002 | Layton D, Rilet J, Wilton L, Shakir SA. "Safety profile of rofecoxib as used in general practice in England: results of a prescription-event monitoring study." Br J Clin Pharmacol. 2003 Feb;55(2):166-74. |
| 2.0355 | | | 5/1/2003 | Layton D, Heeley E, Hughes K, Shakir SA. "Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data." Rheumatology (Oxf |
| 2.0356 | | | 9/1/2004 | Layton D, Wilton LA, Shakir SA. " Safety profile of celecoxib as used in general practice in England: results of a prescription-event monitoring study." Eur J Clin Pharmacol. 2004 Sep;60(7):489-501. |
| 2.0357 | | | 4/5/2005 | Lévesque, et al. "The Risk of Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults" Ann Intern Med. 2005 Apr 5;142(7):481-9. |
| 2.0358 | | | 6/15/2005 | Lin M. "Risk estimates for drugs suspected of being associated with Stevens-Johnson syndrome and toxic epidermal necrolysis: a case-control study." Intern Med J. 2005 Mar;35(3):188-90. |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0359 | | | 4/10/2000 | Lipsky PE. "Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease." Arch Intern Med. 2000 Apr 10; 160(7):913-920. |
| 2.0360 | | | 4/1/2002 | Lundmark J. "A possible interaction between lithium and rofecoxib." |
| 2.0361 | | | 11/22/1997 | Macdonald TM. "Association of upper gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs with continued exposure." BMJ. 1997 Nov 22;315(7119):1333-7. |
| 2.0363 | | | 1/2/1999 | McCormick PA. "Cox-2 inhibitor and fulminant hepatic failure." Lancet. 1999 Jan 2;353(9146):40-1. |
| 2.0364 | | | 1/1/2002 | Prescribing information for Vioxx. Found at: http://www.vioxx.com/rofecoxib/vioxx/consumer/prescribing_information.jsp |
| 2.0365 | | | 12/15/1993 | Mitchell JA. "Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase." Proc Natl Acad Sci USA. 1993 Dec 15;90(24):11693-7. |
| 2.0366 | | | 10/1/1999 | Morrison BW. "Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial." Obstet Gynecol. 1999 Oct:94(4):504-8. |
| 2.0367 | | | 11/1/2001 | Mukherjee DM, et al. "Cox-2 inhibitors and cardiovascular risk: we defend our data and suggest caution." Cleve Clin J Med. 2001 Nov;68(11):963-4. |
| 2.0368 | | | 12/4/2000 | Nicoll-Griffith DA. "Synthesis, characterization, and activity of metabolites derived from the cyclooxygenase-2 inhibitor of rofecoxib." Bioorg Med Chem Lett. 2000 Dec 4;10(23):2683-6. |
| 2.0369 | | | 7/1/2001 | Pall M. "Induction of delayed follicular rupture in the human by the selective Cox-2 inhibitor rofecoxib: a randomized double-blind study." Hum Reprod. 2001 Jul;16(7):1323-8. |
| 2.0370 | | | | Petitti D. "Commentary: Hormone replacement therapy and coronary heart disease: four lessons." Intl J Epidemiol. 2004;33:461-463. |
| 2.0371 | | | 8/1/2002 | Qi Z. "Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin." J Clin Invest. 2002 Aug;110(3):419. |
| 2.0372 | | | 1/1/2001 | Rajadhyaksha VD. "Rofecoxib: a new selective Cox-2 inhibitor." J Postgrad Med. 2001 Jan-Mar;47(1):77-8. |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0373 | | | 1/1/2003 | Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. "COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease." Pharmacoepidemiol Drug Saf. 2003 Jan-Feb;12(1):67-70. |
| 2.0374 | | | 1/1/2002 | Reuben SS. "Evaluation of the safety and efficacy of the perioperative administration of rofecoxibfor total knee arthroplasty." J Arthroplasty 2002 Jan;17(1):26-31. |
| 2.0375 | | | 1/1/2002 | Reuben SS. "The preemptive analgesic effect of rofecoxib after ambulatory arthroscopic knee surgery." Anesth Analg. 2002 Jan;94(1):55-9, table of contents. |
| 2.0376 | | | 6/16/2001 | Rocha JL. "Acute tubulointerstitial nephritis associated with the selective COX-2 enzyme inhibitor, rofecoxib." Lancet. Jun 16;357(9272):1946-1947. |
| 2.0377 | | | 12/14/1995 | Roujeau JC, et al. "Medication use and the risk of Stevens-Johnson syndrome or toxic epidermal necrolysis." N Engl J Med. 1995 Dec 14;333(24):1600-7. |
| 2.0379 | | | 9/1/2000 | Sattari S. "High performance liquid chromatographic determination of cyclooxygenase II inhibitor rofecoxib in rat and human plasma." J Pharm Pharm Sci. 2000 Sep-Dec;3(3):312-7. |
| 2.0380 | | | 1/1/2002 | Scheuren N. "Cyclooxygenase-2 in myocardium stimulation by angiotensin II in cultured cardiac fibroblasts and role at acute myocardial infarction." J Moll Cell Cardiol. 2002 Jan;34(1):29-37. |
| 2.0382 | | | 2/1/2002 | Schwartz JI. "Effect of rofecoxib on the pharmacokinetics of chronically administered oral contraceptives in healthy female volunteers." J Clin Pharmacol. 2002 Feb;42(2):215-21. |
| 2.0383 | | | 1/1/2001 | Schwartz JI. "Effect of rofecoxib on the pharmacokinetics of digoxin in healthy volunteers." J Clin Pharmacol. 2001 Jan;41(1):107-12. |
| 2.0384 | | | 10/1/2001 | Schwartz JI. "Lack of pharmacokinetic interaction between rofecoxib and methotrexate in rheumatoid arthritis patients." J Clin Pharmacol. 2001 Oct;41(10):1120-30. |
| 2.0385 | | | 1/24/2005 | Shaya FT. "Cardiovascular risk of selective cyclooxygenase-2 inhibitors compared to other nonsteroidal anti-inflammatory agents:an observational study of a Medicaid population." Arch Intern Med. 2005 Jan 24;165(2):181-86. |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0386 | | | 10/6/1999 | Sheehan K. "The relationship between cyclooxygenase-2 expression and colorectal cancer." JAMA. 1999 Oct 6;282(13):1254-7. |
| 2.0387 | | | 9/23/2000 | Silverstein FE. "Gastrointestinal toxicity with Celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis. CLASS study" JAMA. 2000 Sep 13;284(10):1247-55. |
| 2.0388 | | | 11/24/1999 | Simon LS. "Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial." JAMA. 1999 Nov 24;282(20):1921-8. |
| 2.0389 | | | 1/1/2000 | Smith WL. "Cyclooxygenases: structural, cellular, and molecular biology." Annu Rev Biochem. 2000;69:145-82. |
| 2.0390 | | | 1/24/2005 | Solomon DH, Avorn J. "Coxibs, Science, and the Public Trust." Arch Intern Med. 2005 Jan 24;165(2):158-60. |
| 2.0391 | | | 1/24/2005 | Sowers, et al. "The Effects of Cyclooxygenase-2 Inhibitors and Nonsteroidal Anti-inflammatory Therapy on 24-Hour Blood Pressure in Patients With Hypertension, Osteoarthritis, and Type 2 Diabetes Mellitus." Arch Internal Med. 2005 Jan 24;165(2):161-8. |
| 2.0392 | | | 11/1/2001 | Stading JA. "Seven cases of interaction between warfarin and cyclooxygenase-2 inhibitors." Am J Health Syst Pharm. 2001 Nov 1;58(21):2076-80. |
| 2.0393 | | | 8/15/2002 | Strand V, Hochberg MC. "The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors." Arthritis Rheum. 2002 Aug15;47(4):349-55. |
| 2.0394 | | | 7/4/2000 | Swan SK, Rudy DW, Lasseter KC, et al. "Effect of cyclo-oxygenase-2 inhibition on renal function in elderly persons receiving a low-salt diet: a randomized, controlled trial." Ann Intern Med. 2000 Jul 4;133(1):1-9. |
| 2.0396 | | | 10/9/2004 | Editorial. "Vioxx: an unequal partnership between safety and efficacy." Lancet. 2004 Oct 9-15;364(9442):1287-8. |
| 2.0397 | | | 1/19/2005 | Topol E. "Arthritis medicines and cardiovascular events- house of coxibs." JAMA. 2005 Jan 19;293(3):366-8. Epub 2004 Dec 28. |
| 2.0398 | | | 1/1/2001 | Verburg KM. "Cox-2 specific inhibitors: definition of a new therapeutic concept." Am J Ther. 2001 Jan-Feb:8(1):49-64. |