# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0399 | | | | 12/11/2001 | Verma S. "Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: a randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilation." Circulation. 2001 Dec 11;104(24):2879-82. |
| 2.0400 | | | | 6/22/1999 | Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. "Nonsteroid drug selectivities for cyclo-oxygenase- 1 rather than cyclo-oxygenase 2 are associated with human gastrointestinal toxicity." Proc. Natl. Acad. Sci. USA. 1999 Jun 22;96(13):756 |
| 2.0401 | | | | 10/23/2000 | Watson DJ. "Gastrointestinal tolerability of the selective cyclooxygenase-2 (Cox-2) inhibitor rofecoxib compared with nonselective Cox-1 and Cox-2 inhibitors in osteoarthritis." Arch Int Med. 2000 Oct 23; 160(19):2998-3003. |
| 2.0402 | | | | 9/1/2002 | Whelton A. "COX-2-specific inhibitors and the kidney: effect on hypertension and oedema." J Hypertens. 2002 Sep;20 Suppl 6:S3 1-5. |
| 2.0403 | | | | 8/15/2003 | White WB. "Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib." Am J Cardiol. 2003 Aug 15;92(4):411-8. |
| 2.0404 | | | | 7/1/2004 | White WB. "Effects of cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis." Am J Ther. 2004 Jul-Aug;1(4):244-50. |
| 2.0405 | | | | 9/5/2000 | Wolf G. "Acute renal failure associated with rofecoxib." Ann Intern Med. 2000 Sep 5;133(5):394. |
| 2.0406 | | | | 4/19/2002 | Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, Lawson JA, FitzGerald GA. "Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2" Science. 2002 Apr 19;296(5567):539-41. |
| 2.0407 | | | | 5/1/2003 | Zhang JY. "Involvement of human UGT2B7 and 2B15 in rofecoxib metabolism." Drug Metab Dispos. 2003 May;31(5):652-8. |
| 2.0408 | | | | 10/2/2002 | Zhao SZ, Burke TA, Whelton A, von Allmen H, Henderson SC. "Comparison of the baseline cardiovascular risk profile among hypertensive patients prescribed COX-2-specific inhibitors or nonspecific NSAIDs: data from real- life practice." Am J Manag Care. 2002 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0500 | | | | | Cyclo-oxygenase-2 contributes to constitutive prostanoid production in rat kidney and brain. Pierre-Olivier Hetu and Denis Riendeau, Biochem J. (2005) 561-566 |
| 2.0501 | | | | | Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. Tilo Grosser, Susanne Fries and Garrett A. FitzGerald, J Clin Investigation, Jan 2006, V116;1 |
| 2.0502 | | | | | Cyclooxygenase-2 Is Widely Expressed in Atherosclerotic Lesions Affecting Native and Transplanted Human Coronary Arteries and Colocalizes with Inducible Nitric Oxide Synthase and Nitrotyrosine Particularly in Macrophages. Christopher S.R. Baker et al. Ar |
| 2.0503 | | | | | Human cyclooxygenase-2 cDNA. Timothy Hla and Karen Neilson, Proc. Natl. Acad. Sci. USA, Vol 89, pg 7384-7388, August 1992 |
| 2.0504 | | | | | The Journal of Biological Chemistry. DA Jones, DP Carlton, TM McIntyre, GA Zimmerman, and SM Prescott, J Bio. Chem., Vol 268, No. 12, 4/25/93, pg. 9049-9054 |
| 2.0505 | | | | | Expression of Cyclo-oxygenase-2 in Human Atherosclerotic Carotid Arteries. V. Stemme, J. Swedenborg, H.E. Claesson and G.K. Hansson. Eur J Vasc Endovasc Surg 20, pg. 146-152 (2000) |
| 2.0600 | | | | | Advertising and Sales Promotion Strategy, Tellis, 1998, pp. 37 |
| 2.0603 | | | | | American Association of Advertising Agencies, cited in Kotler's Marketing Management 9th Edition, 1997, p. 630 |
| 2.0606 | | | | | Antithrombotic Trialists' Collaboration. Collaboratiave meta-analysis of randomized trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002; 324:71-86. [Erratum, BMJ 2002; 324:141.] |
| 2.0607 | | | | 8/2/2005 | Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation; 112(5):759-70 |
| 2.0608 | | | | 5/12/2006 | AP Press Release 5-12-06 |
| 2.0610 | | | | 6/28/1905 | Babaev, V et al., "cyclooxygenase-1 Deficiency in Bone Marrow Cells Increases Early Atherosclerosis in Apolipoprotein E- and LowDensity Lipoprotein Receptor - Null Mice Circulation 2006; 113:108-1117 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0611 | | | | 4/1/1979 | Baenziger NL, Becherer PR, Majerus PW. Characterization of protacyclin synthesis in cultured human arterial smooth muscle cells, venous endothelial cells and skin fibroblasts. Cell; 16(4):967-74 |
| 2.0613 | | | | | Baigent - Patrono - Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovasular disease - A reappraisal |
| 2.0614 | | | | 3/1/1999 | Baker CS, Hall RJ, Evans TJ, Pomerance A, Maclouf J, Creminon C, Yacoub MH, Polak JM. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide sy |
| 2.0615 | | | | | Baldwin, G.S., Murphy, V.J., Yang, Z., Hashimoto, T. Binding of nonsterooidal anti-flammatory drugs to the alpha-subunit of the trifunctional protein of long chain fatty acid oxidation. J Pharmacol Exp Ther. (1998) Aug;286(2):1110-4 |
| 2.0617 | | | | 10/15/2003 | Bea, F., Blessing, E., Bennett, B.J., et al. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in mouse model of advanced unstable atherosclerosis. Cardiovasc. Res. (2003) Oct 15;60(1):198-204. |
| 2.0618 | | | | | Becker, et al. Clincial Therapeutics, 25(2):647-622, 2003. |
| 2.0619 | | | | 8/22/2000 | Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation; 102(8): 840-5 |
| 2.0620 | | | | 7/15/1964 | Bergstroem Sk Danielsson H, Samuelsson B. The enzymatic formation of prostaglandin e2 from arachidonic acid prostaglandins and related factors 32. Biochim Biophys Acta; 90:207-10 |
| 2.0621 | | | | 9/1/1962 | Bergstrom S. Samuelsson B. Isolation of prostaglandin E1 from human seminal plasma. Prostaglandins and related factors. 11. J Biol Chem.; 237:3005-6 |
| 2.0623 | | | | 9/1/1997 | Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arterioscler Thromb Vasc Biol.; 17(9): 1644-8 |
| 2.0626 | | | | 12/1/1994 | Boyce S, Chan CC, Gordon R, Li CS, Rodger IW, Webb JK, Rupniak NM, Hill RG. L-745, 337: a selective inhibitor of cyclooxygenase-2 elicits antinociception but not gastric ulceration in rats. Neuropharmacology; 33(12):1609-11 |

| | | | | | |
|---|---|---|---|---|---|
| 2.0627 | | | | 7/1/1983 | Brash AR, Jackson EK, Saggese CA, Lawson JA, Oates JA, FitzGerald GA. Metabolic dispostion of prostacyclinin humans. J Pharmacol Exp Ther; 226(1):78-87 |
| 2.0628 | | | | 6/27/1905 | Braunstein, N et al., "Report of Specific Cardiovascular Outcomes of the ADVANTAGE Trial" Annals of Internal Medicine, 2005; 143:158-159 |
| 2.0629 | | | | | Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA; Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with rofecoxib in a co |
| 2.0630 | | | | 6/27/1905 | Bresalier, R. et al. "The Editor's Roundtable: Cyclooxygenase-2 Inhibitors and Cardiovascular Risk" American Journal of Cardiology, 2005; 96(11): 1589-1604 |
| 2.0631 | | | | 2/1/1996 | Brideau C, Kargman S, Liu S, Dallob AL, Ehrich EW, Rodger IW, Chan CC. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res; 45(2):68-74 |
| 2.0632 | | | | 10/5/2004 | Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, Krotz F. Selective inhibition of cycloosygenase-2 enhances platelet adhesion in hamster arterioles in vivo. Circulation; 110(14): 2053-9 |
| 2.0635 | | | | 7/1/1983 | Bunting S, Moncada S, Vane JR. The prostacyclin--thromboxane A2 balance: pathophysiological and therapeutic implications. Br Med Bull; 39(3): 271-6 |
| 2.0636 | | | | 6/28/1905 | Burke A, Smyth E, FitzGerald GA. Analgesic-antipyretic agents; pharmacotherapy of gout. In: Goodman and Gilman's The Pharmacological Basis of Therapeutics, Chapter 26, 11th Edition (2006) and Smyth Ee, Burke A, FitzGerald GA. Lipid-derived autocoids: |
| 2.0637 | | | | 9/5/2006 | Burleigh ME, Babaev VR, Yancey PG, Major AS, McCaleb JL, Oates JA, Morrow JD, Fazio S, Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mince. J Mol Cell Cardiol; 39(3): 443-52 |
| 2.0638 | | | | | Campbell and Sneed, JABFP 17(2):131-135, 2004. |
| 2.0639 | | | | | Capone, et al., Clinical Pharmacology of Platelet Monocyte and Vascular Cyclooxegenase Inhibition by Naproxen and low-Dose Aspirin in Health Subjects |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0640 | | | | 6/25/1905 | Casscells, W. et al., "vulnerable Atherosclerotic Plaque A Multifocal Disease" Circulation 2003; 107:2072-2075 |
| 2.0641 | | | | 8/1/1986 | Catella F, Healy D, Lawson JA, FitzGerald GA. 11-Dehydrothromboxane B2: a quantitative index of thromboxane A2 formation in the human circulation. Proc Natl Acad Sci USA; 83(16):5861-5 |
| 2.0642 | | | | 8/25/1986 | Catella F, Nowak J, Fitzgerald GA. Measurement of renal and non-renal eicosanoid synthesis. Am J Med; 81(2B):23-9 |
| 2.0643 | | | | 9/1/1995 | Chan CC, Boyce S, Brideau C, Ford-Hutchinson AW, Gordon R, Guay D, Hill RG, Li CS, Mancini J, Penneton M, et al. Pharmacoloby of a selective cyclooxygenase-2 inhibitor, L-745,337: a novel nonsteroidal anti-inflammatory agent with an ulcerogenic sparing e |
| 2.0644 | | | | 6/28/1905 | Chan, A. et al., "Non-steroidal Anti-inflammatory Drugs, Acetaminophe, and the Risk of Cardiovascular Events" Circulation 2006; 113:1578-1587 |
| 2.0646 | | | | 1/1/1978 | Chaudhury TK, Jacobson ED. Prostaglandin cytoprotection of gastric mucosa. Gastroenterology; 74(1):58-63 |
| 2.0647 | | | | 5/6/2006 | Cheng Y, Wang M, Yu Y, Lawson J, Funk CD, Fitzgerald GA. Cyclooxygenases, microsomal prostaglandin E Synthase-2, and cardiovascular function. J Clin Invest; 116(5): 1391-9 |
| 2.0648 | | | | 6/28/1905 | Cheng, C. et al, "Atherosclerotic Lesion Size and vulnerability are determined by patters of fluid shear stress" Circulation 2006; 113:2744-2753 |
| 2.0649 | | | | | Cheng, et al. Cyclooxygenase, Microsomal Prostaglandin E Synthase-1, and Cardiovascular Function, J. Clin Invest., 2006; doi: 10:1172/JCI27540. |
| 2.0650 | | | | 6/15/1990 | Chlopicki, S., Lomnicka, M., Gryglewski, R.J.. Obligatory role of lipid mediators in platelet-neutrophil adhesion. Thromb Res. (2003) Jun 15;100(5-6):287-92. |
| 2.0651 | | | | | Ciabattoni, G., Porreca, E., DeFebbo, C., et al. Determinants of platelet activation in Alzheimer's disease. Neurobiol Aging. (2006) Jan 23; [Epub ahead of print]. |
| 2.0652 | | | | | Cipollone - Cyclooxygenase-2 expression and inhibition in atherothrombosis |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0653 | | | | 1/1/1998 | Circulation - "Prediction of Coronary Heart Disease Using Risk Factor Categories" by Peter W. F. Wilson, MD; Ralph B. D'Agostino, PhD; Daniel Levy, MD; Albert M. Belanger, BS; Halit Silbershatz, PhD; William B. Kannel, MD appearing on pp. 1837-1847, issue |
| 2.0656 | | | | 10/17/1991 | Clarke RJ, Mayo G, Price P, FitzGerald GA. Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin.  N Engl J Med; 325(16):1137-41 |
| 2.0657 | | | | 8/20/2001 | Cleland, L.G., James, M.J., Stamp, L.K./, Penglis, P.S. COX-2 inhibition and thrombotic tendency: a need surveillance. Med J Aust. (2001) Aug 20;175(4):214-7. |
| 2.0658 | | | | | Cockerill, G.W., Saklatvala, J., Ridley, S,H. et al. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. Arterioscler Thromb Vasc Biol. (1999) Apr; 19(4):910-7. |
| 2.0659 | | | | 12/9/1978 | Cohen MM.  Mucosal cytoprotection by prostaglandin E2. Lancet; 2(8102):1253-4 |
| 2.0661 | | | | 6/23/1905 | Collaborative Group of the Primary PreventionProject.  Low-dose aspirin and vitamin E in people at cardiovascular risk: a randomised trial in general practice.  Lancet 2001; 357:89-95. [Erratum, Lancet 2001; 357:1134.] |
| 2.0662 | | | | 11/1/1985 | Collins PW, Pappo R, Dajani EZ.  Chemistry and synthetic development of misoprostol.  Dig Dis Sci; 30(11 Suppl):114S-117S |
| 2.0664 | | | | 11/8/1994 | Copeland RA, Williams JM, Giannaras J, Nurnberg S, Covington M,  Pinto D, Pick S, Trzaskos JM.  Mechanism of selective inhibition of the inducible isoform of prostaglandin G/H synthase.  Proc natl Acad Sci USA; 91(23):11202-6 |
| 2.0665 | | | | | Crofford, LJ. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum. 2000 Aug;43(8):1891-6. |
| 2.0666 | | | | 6/19/1905 | Davies PF, Barbee KA, Volin MV, Robotewskyj A, Chen J, Joseph L, Griem ML, Wernick MN, Jacobs E, Polacek DC, dePaola N, Barakat AI. Spatial relationships in early signaling events of flow-mediated endothelial mechanotransduction. Annu Rev Physiol; 59:52 |

Dedrick v. Merck Co.
Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0667 | | | 4/1/1986 | Davies PF, Remuzzi A, Gordon EJ, Dewey CF Jr, Grimbrone MA Jr. Turbulent fluid shear stress induces vascular endothelial cell turnover in vitro. Proc Natl Acad Sci USA; 83(7): 2114-7 |
| 2.0669 | | | 9/9/1993 | DeWitt DL, Meade EA, Smith WL. PGH synthase isoenzyme selectivity: the potential for safer nonsteroidal anti-inflammatory drugs. Am J Med; 95(2A):40S-44S |
| 2.0671 | | | 4/21/2000 | Dixon DA, Kaplan CD, McIntyre TM, Zimmerman GA, Prescott SM. Post-transcriptional control of cyclooxygenase-2 gene expression. The role of the 3'-untranslated region. J Biol Chem; 275(16): 11750-7 |
| 2.0672 | | | 6/19/1905 | Dorn GW 2nd. Role of thromboxane A2 in mitogenesis of vascular smooth muscle cells. Agents Actions Suppl; 48:42-62 |
| 2.0673 | MRK-ABH0003185 | MRK-ABH0003188 | 5/22/2001 | Doubts are Raised on the Safety of 2 Popular Arathritis Drugs by Melody Petersen, The New York Times |
| 2.0675 | | | 3/1/1999 | Ehrich EW, Dallob A, De Lepeleire I, Van Hecken A, Riendeau D, Yuan W, Porras A, Wittreich J, Seibold JR, De Schepper P, Mehlisch DR, Gertz BJ. Characterization of rofecoxib as a cycloosygenase-2 isoform inhibitor and demonstration of analgesia in the de |
| 2.0677 | | | 3/16/2006 | Expression of concern reaffrimed. NEJM 2006 Mar 16:354(11):1193. |
| 2.0679 | | | 9/1/1973 | Ferreira SH, Moncada S, Vane JR. Prostaglandins and the mechanism of analgesia produced by aspirin-like drugs. Br J Pharmacol; 49(1):86-97 |
| 2.0681 | | | 2/1/1986 | Herting RL, Nissen CH. Overview of misoprostol cl_inical experience. Dig Dis Sci; 31(2Supp):47S-54S |
| 2.0682 | | | 11/1/1981 | FitzGerald GA, Brash AR, Falardeau P, Oates JA. Estimated rate of prostacyclin secretion into the circulationof normal man. J Clin Invest; 68(5):1272-6 |
| 2.0683 | | | 3/1/1987 | Fitzgerald GA, Catella F, Oates JA. Eicosanoid biosynthesis in human cardiovascular disease. HumPathol; 18(3):248-52 |
| 2.0684 | | | 3/1/1983 | FitzGerald GA, Oates JA, Hawiger J, Maas RL, Roberts LJ 2nd, Lawson JA, Brash AR. Endogenous biosynthesis of prostacyclinand thromboxane and platelet function during chronic administration of aspirin in man. J Clin Invest; 71(3):676-88 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0687 | | | | 6/6/1905 | FitzGerald, G. et al., "Increased Prostacylin Biosynthesis in Patients with Severe Atherosclerosis and Platelet activation" NEEJM 1984; 310:1065-1068 |
| 2.0688 | | | | | FitzGerald, G.A., Cheng, Y., Austin, S. COX-2 inhibitors and the cardiovascular system. Clin Exp Rueumatol. (2001) Nov-Dec;19(6 Suppl 25):S31-6. |
| 2.0689 | | | | 3/5/1992 | Fletcher BS, Kujubu DA, Perrin DM, Herschman HR. Structure of the mitogen-inducible TIS10 gene and demonstration that the TIS10-encloded protein is a functional prostaglandin G/H synthase. J Biol Chem; 267(7):4338-44 |
| 2.0690 | | | | 7/26/1972 | Flower R, Gryglewski R, Herbaczynska-Cedro K, Vane JR. Effects of anti-inflammatory drugs on prostaglandin biosynthesis. Nat New Bio; 238(82):104-6 |
| 2.0692 | | | | 6/15/1905 | Fornaro, G., Induprofen in the Prevention of Thromboembolic Complications in Patients with Heart Disease, Circulation, 1993; 87:167-169 |
| 2.0694 | | | | 2/14/2006 | Fosslien, E, Molecular pathology of cyclooxygenase-2 in meoplasia - abstract |
| 2.0695 | | | | 6/27/1905 | Fosslien, Egil "Review: Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs" Annals of cliical & Laboratory Science 2005; Vo. 35 |
| 2.0696 | | | | 9/5/2006 | Francois H, Athirakul K, Howell D, Dash R, Mao L, Kim HS, Rockman HA, Fitzgerald GA, Koller BH, Coffman TM. Prostacyclin protects against elevated blood pressure and cardiac fibrosis. Cell Metab; 2(3): 201-7 |
| 2.0697 | | | | 9/1/1991 | Fries JF, Williams CA< bloch DA, Michel BA. Nonsteroidal anti-inflammatory drug-associated gastropathy; incidence and risk factor models. Am J Med; 91(3):213-22 |
| 2.0698 | | | | | Fries, S., Grosser, T. The Cardiovascular Pharmacology of COX-2 Inhibition. Hematology (Am Soc Henatol Educ Program) (2005);:445-51. |
| 2.0699 | | | | 10/5/1990 | Fu JY, Masferrer JL, Seibert K, Raz A, Needleman P. The induction and suppression of prostaglandin H2 synthase (cyclooxygenase) in human monocytes. J Biol Chem; 265(28):16737-40. |
| 2.0700 | | | | | Hernandez-Diaz, S., Varas-Lorenzo, C., Garcia Rodriguez, L.A. Non-sterdoidal anit-inflammatory drugs and the risk of acute myocardial infarction. Basic Clin Pahmacol Toxicol. (206) Mar;98(3):266-74. |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 2.0701 | | | | Hoefer, I.E., Piek, J.J., Pasterkamp, G. Pharmaceutical interventions to influence artereiogenesis: new concepts to treat ischemic heart disease. Curr Med Chem. (2206);13(9):979-87. |
| 2.0702 | | | | Huang, A, Wu Y, Sun D, et al. Effect of estrogen on flow-induced dilation in NO deficiency: role of prostaglandins and EDHF. J Appl Physiol. (2001) Dec;91(6):2561-6. |
| 2.0703 | | | | Inoue, H., Taba, Y., Miwa, Y., et al. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. Arterioscler Thromb Vasc Biol. (2002) Sep 1;22(9):1415-20 |
| 2.0704 | | | | J. Am. Coll. Cardiol. 2005; 46:937-54 at 945 |
| 2.0705 | | | | J. Clin Invest., 2006; doi: 10:1172/JCI27540. |
| 2.0707 | | | | Jewell, N., Statistics for Epidemiology (Chapman and Hall, New York 2003) |
| 2.0708 | | | | 4/25/1993 | Jones DA, Carlton DP, McIntyre TM, Zimmerman GA, Prescott SM. Molecular cloning of human prostaglandin endoperoxide synthase type II and demonstration of expression in response to cytokines. J Biol Chem; 268(12):9049-54 |
| 2.0709 | | | | 9/4/2006 | Jongstra-Bilen J, Haidari M,, Zhu SN, Chen M, Guha D, Cybulsky MI. Low-grade chronic inflammation in regions of the normal mouse arterial intima predisposed to atherosclerosis. J Exp Med; 203(9): 2073-83 |
| 2.0710 | | | | 4/18/2006 | Journal of the American College of Cardiology 4/18/06; Vol. 47 No. 8, abstracts |
| 2.0711 | | | | 6/1/2006 | Journal Watch (2006 June), Vol 26, No. 11 &12. |
| 2.0713 | | | | Kean, W.F., Buchanan, W.W. The use of NSAIDS in rheumatic disorders-2005: a global perspective, Inflammopharmacology (2005);13(4):343-70. |
| 2.0714 | | | | 6/25/1905 | Kereiakes, D. "The Emperor's Clothes in Search of the Vulnerable Plaque" Circulation 2003; 107:2076-2077 |
| 2.0717 | | | | 5/1/1988 | Knapp HR, Healy C, Lawson J, FitzGerald GA. Effects of low-dose aspirin on endogenous eicosanoid formation in normal and atherosclerotic men. Thromb Res; 50(3):377-86 |
| 2.0718 | | | | 9/4/2006 | Kobayashi T, Tahara Y, Matsumoto M, Iguchi M, Sano H, Murayama T, Arai H, Oida H, Yurugi-Kobayashi T, Yamashita JK, Katagiri H, Majima M, Yokode M, Kita T, Narumiya S. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in ap |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0719 | | | | 8/1/2003 | Kothapalli D, Stewart SA, Smyth EM, Azonobi I, Pure E, Assoian RK. Prostacyclin receptor activation inhibits proliferation of arotic smooth muscle cells by regulating cAMP response element-binding proten- and pocket protein-dependent cyclin a gene expres |
| 2.0720 | | | | | Krumbail RG, Stevens AM, Gierse JK, McDonald JJ, Stegeman RA, Pak JY, Gildehaus D, Miyashiro JM, Penning TD, Seibert K, Isakson PC, Stallings WC. Structural basis for selective inhibition of cyclooxygenase-2 by anti-inlfmmatory agents. Nature. Erratumi |
| 2.0721 | | | | 7/15/1991 | Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR. T1S10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, enclodes a novel prostaglandin synthase/cyclooxygenase homologue. J Biol Chem; 266(20:12866-72 |
| 2.0722 | | | | 3/15/1993 | Kujubu DA, Reddy ST, Fletcher BS, Herschman HR. Expression of the protein product of the prostaglandin synthase-2/TIS10 gene in mitogen-stimulated Swiss 3T3 cells. J Biol Chem; 268(8):5425-30 |
| 2.0723 | | | | 6/25/1905 | Lafont, Antoine "Basic Aspects of Plaque Vulnerability" Heart 2003; 89:1262-1267 |
| 2.0724 | | | | | Lancet 2002; 359-995-1003. |
| 2.0725 | | | | 11/1/1994 | Laneuville O, Breuer DK, DeWitt DL, Hla T, funk CD, Smith WL. Differential inhibition of human prostaglandin endoperoxide H synthases-1 and -2 by nonsteroidal anti-inflammatory drugs. J Pharmacol Exp Ther; 271(2):927-34 |
| 2.0726 | | | | | Lang, S., Lauffer, L., Clausen, C. Impaired monocyte function in cancer patients: restoration with a cyclooxygenase-2 inhibitor. FASEB J (2003) 17(2):286-8. |
| 2.0729 | | | | 6/28/1905 | Levesque, Linda et al. "Time variations in the risk of myocardial infarction among elderly users of COX-2 inhiitors" CMAJ 2006 |
| 2.0733 | | | | | Henriksson, P., Hamburg, M., Diczfalusy, U. Formation of 15-HETE as a major hydroxyeicosatetraenoic acid in the atherosclerotic vessel wall. Biochim Biophys Acta. (1985) Apr 25;834(2):272-4. |
| 2.0734 | | | | 1/30/2001 | Loftin CD, Trivedi DB, Tiano HF, Clark JA, Lee CA, Epstein JA, Morham SG, Breyer MD, Nguyen M, Hawkins BM, Goulet JL, Smithies O, Koller BH, Langenbach R. Failure of ductus arteriosus closure and remodeling in neonatal mice deficient in cyclooxygenase-1 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0736 | | | | 9/15/2000 | Malkowski MG, Ginell SL, SmithWL, Garavito RM. The productive conformatin of arachidonic acid bound to prostaglandin synthase. Science; 289(5486):1933-7 |
| 2.0737 | | | | 4/12/1994 | Masferrer JL, Zweifel BS, Manning PT, Hauser SD, Leahy KM, Smith WG, Isakson PC, Seibert K. Selective inhibition of inducible cyclooxygenase 2 in vivo is anti-inflammatory and nonulcerogenic. Proc Natl Acad Sci USA; 91(8):3228-32 |
| 2.0738 | | | | | Mason, Preston; Walter, Mary, et al. "Rofecoxib Increases Susceptibility of Human LDL and Membrane Lipids to Oxidative Damage: A Mechanism of Cardiotoxicity" J Cardiovasc Pharmacol 2006;47 Supple 1:S7-S14 |
| 2.0739 | | | | 6/27/1905 | McAdam, B., et al., Contribution of Cyclooxegenase-2 to Elevated Biosynthesis of Thromboxane A2 and Prostacyclin in Cigarette Smokers, Circulation 2005; 112:1024-1029 |
| 2.0740 | | | | 7/31/2001 | McCormick, Susan M. et al. DNA microarray reveals changes in gene expression of shear stressed human umbilical vein endothelial cells. PNAS; Vol. 98, (no. 16); pp 8955-8960 |
| 2.0741 | | | | | Medscape Today (http://ww.medscape.com/viewarticle/523511_2). |
| 2.0742 | | | | | Merkus D, Houweling B, Zarbanoui A, Duncker DJ. Interaction between prostanoids and nitric oxide in regulation of systemic, pulmonary, and coronary vascular tone in exercisiing swine. Am J Physiol Heart Circ Physiol. (2004) Mar;286(3):H1114-23. |
| 2.0743 | | | | 3/1/1988 | Merlie JP, Fagan D, Mudd J, Needleman P. Isolation and characterization of the complementary DNA for sheep seminal vesicle prostaglandin endoperoxide synthase (dyclooxygenase). J Biol Chem; 273(8):3550-3 |
| 2.0745 | | | | 5/16/1994 | Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, Tanabe T. Molecular cloning and expression of human prostacyclin synthase. Biochem Biophys Res Commun; 200(3):1728-34 |
| 2.0746 | | | | 10/21/1976 | Moncada S, Gryglewski R, Bunting S, Vane JR. An enzyme isolated from arteries transforms prostaglandinendoperoxides to an unstable substance that inhibits platelet aggregation. Nature; 263(5579):663-5 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0747 | | | | 9/1/1977 | Moncada S, Herman AG, Higgs EA, Vane JR. Differential formatin of prostacyclin (PGX or PG12) by layers of the arterial wall. An explanation for the anti-thrombotic properties of fascular endothelium. Thromb Res; 11(3):323-44 |
| 2.0748 | | | | 5/30/1905 | Moncada S, Higgs J, Vane JR. Human arterial and venous tissues generate prostacyclin (prostaglandin x), a potent inhibitor of platelet aggregation. Lancet; 1:18-20 |
| 2.0749 | | | | 6/1/1905 | Moncada S, Vane JR. Mode of action of aspirin-like drugs. Addv Intern Med; 24:1-22 |
| 2.0750 | | | | 5/1/1982 | Moncada S. Eighth Gaddum Memorial Lecture. University of London Institute of Educaiton, Dec 1980. Biological importance of prostacyclin. Br J Pharmacol; 76(1):3-31 |
| 2.0758 | | | | | Munro, J.M., and Cotron, R.S. The pathogensis of atherosclerosis; atherogenesis and inflammation. Lab Invest (1998) 58(3):249-61. |
| 2.0759 | | | | 8/14/1997 | Murata T, Ushikubi F, Matsuoka T, Hirata M, Yamasaki A, Sugimoto Y, Ichikawa A, Aze Y, Tanaka T, Yoshida N, Ueno A, Oh-ishi S, Narumiya S. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature; 388(6643): 678-82 |
| 2.0761 | | | | 10/11/2002 | Nakayama, T., Soma, M., Watanabe, Y., et al. Splicing mutaion of the prostacyclin synthase gene in a family associated with hypertension. Biochem Biophys Res Commun. (2002) Oct 11;299(5):1135-9. |
| 2.0762 | | | | 12/1/1997 | Napoli C, D'Armiento FP, Mancini FP, Postiglione A, Witztum JL, Palumbo G, Palinski iW. Fatty streak formatin occurs in human fetal aortas and is greatly enhanced by maternal hypercholesterolemia. Intimal accumulation of low density lipoprotein and its |
| 2.0763 | | | | 6/23/1905 | Narumiya, S et al. "Genetic and pharmacological analysis of prostanoids receptor function" The Journal of Clinical Investigation - 2001; 108:25-30 |
| 2.0764 | | | | 6/17/1976 | Needleman P, Moncada S, Bunting S, Vane JR, Hamberg M, Samuelsson B. Identification of an enzyme in platelet microsomes which generates thromboxane A2 from prostaglandin endoperoxides. Nature; 261(5561):558-60 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0765 | | | | 6/8/1905 | Needleman P, Turk J, Jakschik BA, Morrision AR, Lefkowith JB. Arachidonic acid metabolism. Annu Rev Biochem. 1986; 55:69-102 |
| 2.0766 | | | | | Neghavi, M. et al., "From Vulnerable Plaque to Vulnerable Patient: A Call for New Definitions and Risk Assessment Strategies: Part 1" Circulation 2003; 108:1772-1778 |
| 2.0767 | | | | 6/25/1905 | Neghavi, M. et al., "From Vulnerable Plaque to Vulnerable Patient: A Call for New Definitions and Risk Assessment Strategies: Part 2" Circulation 2003; 108:1772-1778 |
| 2.0769 | | | | 5/22/2006 | New York Times, "Why the Data Diverge on the Dangers of Vioxx," May 22, 2006, Alastair Wood, M.D. |
| 2.0770 | | | | 5/13/2006 | New York Times, 5-13-06 |
| 2.0772 | | | | | Niebert, et al. Pharmacotheraphy 23 (11): 1416-1423, 2003) |
| 2.0773 | | | | | Numaguchi, Y. Okumura, K., Harada, M. et al. Catheter-based prostacyclin synthase gene transfer prevents in-stents restenosis in rabbit atheromatous arteries. Cardiovasc Res. (2004) Jan 1;61(1):177-85. |
| 2.0774 | | | | 3/1/1990 | Hennekens CH. Aspirin in chronic cardiovascular disease and acute myocardial infarction. Clin Cardiol; Suppl 5:V62-6; discussion V67-72 |
| 2.0775 | | | | 12/2/2006 | Olesen M, Kwong E, Meztli A, Kontny F, Seljeflot I, Arnesen H, Lyngdorf L, Falk E. No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice. Scand Cardiovasc J; 36(6): 362-7 |
| 2.0776 | | | | 11/29/1996 | Oshima M, Dinchuk JE, Kargman SL, Oshima H, Hancock B, Kwong E, Trzaskos JM, Evans JF, Taketo MM. Suppression of intestinal polyposis in Apc delta 716 knockout mice by inhibition of cyclooxygenase 2 (COX-2). Cell; 87(5):803-9 |
| 2.0777 | | | | | Osterhaus, J.T., Burke, T.A., May, C. et al. Physician-reported management of edema and destabilized blood pressure in cyclooxygenase-2specific inhibitor users with osteoarthritis and treated hypertension. Clin Ther. (2002) Jun;24(6):969-89. |
| 2.0779 | | | | 2/24/2004 | Passerini AG, Polacek DC, Shi C, Francesco NM, Manduchi E, Grant GR, Pritchard WF, Powell S, Change GY, Stoeckert CJ Jr, Davies PF. Coexisting proinflammatory and antioxidative endothelial transcription profiles in a disturbed flow regionof the adult por |

## Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0780 | | | | 12/1/1994 | Patrignani P, Panara MR, Greco A, Fusco O, Natoli C, Iacobelli S, Cipollone F, Ganci A, Creminon C, Maclouf J, et al. Biochemical and pharmacological characterization of the cyclooxygenase activity of humanblood prostaglandin endoperoxide synthases. J P |
| 2.0781 | | | | 2/1/1986 | Patrono C, Ciabattoni G, Pugliese F, Pierucci A, Blair IA, FitzGerald GA. Estimated rate of thromboxane secretion into the circulation of normal humans. J Clin Invest; 77(2):590-4 |
| 2.0785 | | | | 4/13/2006 | Penn State New Release "Therapeutic Prospects Beyond Vioxx" April 13, 2006 |
| 2.0786 | | | | 4/25/1997 | Penning, TD et al, Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benzenesulfonamide). J Med Chem. 1997 Apr 25;40(9):1347-65. |
| 2.0789 | | | | 6/10/1905 | Peto R, Gray R, Collins R, et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J (Dlin Res Ed); 296:313-316 |
| 2.0792 | | | | 1/20/1994 | Picot D, Loll PJ, Garavito RM. The X-ray crystal structure of the membrane protein prostaglandin H2 synthase-1. Nature; 367(6460):243-9 |
| 2.0793 | | | | 10/26/2004 | Pidgeon GP, Tamosiuniene R, Chen G, Leonard I, Belton O, Bradford A, Fitzgerald DJ. Intravascular thrombosis after hypoxia-induced pulmonary hypertension: regulation by cyclooxygenase-2. Circulation; 110(17): 2701-7 |
| 2.0794 | | | | 7/5/1999 | Prasit P, Wang Z, Brideau C, Chann CC, Charleson S, Cromlish W, Ethier D, Evans JF, Ford-Hutchinson AW, Gauthier JY, Gordon R, Guay J, Gresser M, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Percival MD, Perrier H, Riendeau |
| 2.0795 | | | | 3/13/2001 | Pratico Domenico, et al, Acceleration of atherogenesis by Cox-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. PNAS, March 13, 2001, Vol. 98 (6), pp. 3358-3363 |
| 2.0796 | | | | 5/6/2002 | Prescription Drug Expenditures in 2001 Another Year of Escalating Costs |
| 2.0798 | | | | 3/17/2005 | Psaty BM, Furberg CD. COX-2 inhibitors--lessons in drug safety. N Engl J Med; 352(11): 1133-5 |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | | |
|---|---|---|---|---|---|
| 2.0799 | | | | 8/20/1999 | Hayes, J.S., Lawler, O.A., Walsh, M.T., Kinsella, B.T. The prostacyclin receptor is isoprenylated. Isoprenylation is required for effienct receptor-effector coupling . J Biol Chem. (1999) Aug 20;274(34):23707-18 |
| 2.0800 | | | | 1/7/2005 | Rabausch K, Bretschneider E, Sarbia M, Meyer-KirchrathJ, Censarek P, Pape R, Fischer JW, Schror K, Weber AA. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res; 96(1):e1-6 |
| 2.0801 | | | | 5/30/1905 | Rainsford KD. Gastrointestinal and other side-effects from the use of aspirin and related drugs; biochemical studies on the mechanisms of gastrotoxicity. Agents actions Suppl; (1):59-70 |
| 2.0804 | | | | 3/1/1989 | Raz A, Wyche A, Needleman P. Temporal and pharmacological division of fibroblast cyclooxygenase expression into transcriptional and translational phases. Proc Natl Acad Sci USA; 86(5):1657-61 |
| 2.0805 | | | | 1/23/1999 | Hawkey CJ, COX-2 inhibitors. Lancet; 353(9149):307-14 |
| 2.0806 | | | | 3/31/2005 | Ridker PM, Cook NR, Lee IM, Gordon D, Gaziano JM, Manson JE, Hennekens CH, Buring JE. A randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women. N Engl J Med; 352(13):1293-304 |
| 2.0807 | | | | | Ridker PM, Libby P, "Risk Factors for Atherothrombotic Disease", Braunwald, Ch. 36, pp 939-946. |
| 2.0808 | | | | 5/1/1997 | Riendeau D, Percival MD, boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Falgueyret JP, Ford-Hutchinson AW, Gordon R, Greig G, Greser M, Guay J, Kargman S, Leger S, Mancini JA, O'Neill G, Ouellet M, Rodger IW, Therien M, Wang Z, Webb JK, W |
| 2.0809 | | | | 4/22/1994 | Ristimaki A, Garfinkel S, Wessendorf J, Maciag T, Hla T. Induction of cyclooxygenase-2 by interleukin-1 alpha. Evidence for post-transcriptional regulation. J Biol Chem; 269(16): 11769-75 |
| 2.0811 | | | | 11/15/1989 | Rosen GD, Birkenmeier TM, Raz A, Holtzman MJ. Identification of a cyclooxygenase-related gene and its potential role in prostaglandin formation. Biochem Biophys Res Commun; 164(3):1358-65 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0812 | | | | 3/1/1985 | Roy L, Knapp HR, Robertson RM, FitzGerald GA. Endogenous biosynthesis of prostacyclin during cardiac catheterization and angiography in man. Circulation; 71(3): 434-40 |
| 2.0813 | | | | 9/2/2006 | Harris RC. Cyclooxygenase-2 and the kidney: functional and pathophysiological implications. J Hypertens Suppl; 20(6): S3-9 |
| 2.0814 | | | | | RXList The Top 200 Prescriptions for 2004 |
| 2.0816 | | | | 3/15/1997 | Schafer AI. Vascular endothelium: in defense of blood fluidity. J Clin Invest; 99(6): 1143-4 |
| 2.0817 | | | | 10/1/1999 | Schonbeck U, sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Patho; 155(4): 1281-91 |
| 2.0818 | | | | 12/6/1994 | Seibert K, Zhang Y, Leahy K, Hauser S, Masferrer J, Perkins W, Lee L, Isakson P. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci USA; 91(25):12013-7 |
| 2.0819 | | | | 5/1/1999 | Shah AA, Murray Fe, Fitzgerald DJ. The in vivo assessment of nimesulide cyclooxygenase-2 selectivity. Rheumatology (Oxford); 38 Suppl 1:19-23 |
| 2.0820 | | | | | SHEP Cooperative Research Group: Prevention of Stroke by Anti-hypertensive Drug Treatment in Patients Isolated Systolic Hypertension: Final Results of the Systolic Hypertension in the Elderly Program (SHEP). JAMA 1991: 265:3255-3264. |
| 2.0821 | | | | 6/10/1905 | Shimokawa, H. (Flavahan) et al "Prostacyclin releases endothelium-derived relaxing factor and potentiates its action in coronary arteries of pigs" British Journal of Pharmacology 1988; 95:1197-1203 |
| 2.0823 | | | | 6/8/1905 | Simmons DL, Botting RM, Hla T. Cyclooxygenase isozymes: the biology of prostaglandin synthesis and inhibition. Pharmacol Rev. 9/2004; 56(3): 387-437 |
| 2.0824 | | | | 9/1/1998 | Simon LS, Lanza FL, Lipsky PE, Hubbard RC, Talwalker S, Schwartz BD, Isakson PC, Geis GS. Prelininary study of the safety and efficacy of SC-58635, a novel cyclooxygenase 2 inhibitor: efficacy and safety in two placebo-controlled trials in osteoarthritis |
| 2.0826 | | | | | Singer, Irwin "Cox-1 is the Major Isoform of Cyclooxygenase Co-localizing with Prostacyclin Synthase in Normal Dog Aortic Endothelium" Cox PGIS Inflammation Poster |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0827 | | | | 6/1/1980 | Smith JB. The prostanoids in hemostasis and thrombosis: a review. Am J Pathol; 99(3):743-804 |
| 2.0828 | | | | 12/27/1996 | Smith WL, Garavito RM, DeWitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases) -1 and -2. J Biol Chem; 271(52):33157-60 |
| 2.0830 | | | | | Smyth E, Funk CD. Platelet eicosanoids. In: Hemostatis and Thrombosis, 5th Edition, Editors, Colman, Marder, Clowes, George and Goldhaber; Lippincott Williams and Wilkens Publishers, London, 2006. |
| 2.0831 | | | | | Soloman, D.H., Avorn, J., Sturmer, T., et al. Cardiovascular outcomes in new users of coxibs and nonsteroidal anti-inflammatory drugs: High-risk subgroups and time course of risk. Arthritis Rheum (2006) May;54(5):1378-89. |
| 2.0832 | | | | | Soloman, et al. (Hypertension, 44:140-140, 2004) |
| 2.0834 | | | | 3/17/2005 | Solomon SD, McMurray JJ, Pfeffer MA, Wittes J, Fowler R. Finn P, Anderson WF, Zauber A, Hawk E, Bertagnolli M; Adenoma Prevention with Celecoxib (APC) Study Investigators. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal a |
| 2.0835 | | | | 9/5/2006 | Solomon SD, Pfeffer MA, McMurray JJ, Fowler R, Finn P, Levin B, Eagle C, Hawk E, Lechuga M, Zauber AG, Bertagnolli MM, Arber N, Wittes J; APC and PreSAP Trial Investigators. Effect of celecoxib on cardiovascular events and blood pressure in two trials fo |
| 2.0836 | | | | | Special Report: Pharm Execs 50 |
| 2.0837 | | | | | Special Report: Fourth Annual Pharm Execs |
| 2.0838 | | | | | Staessen, J.A., Gasowski, J., Wang, J.G., et al. Risks of untreated and treated isolated systolic hypertension in the elderly: meta-analysis of outcome trials. Lancet (2000) Mar 11;355(9207):865-72. |
| 2.0839 | | | | 6/11/1905 | Steering Committee of the Physcians' Health Study Research Group. Final report on the aspirin component of the ongoing Physicians' Health Study. N Engl J Med 1989; 321:129-135 |
| 2.0840 | | | | 12/1/1994 | Harris RC, McKanna JA, Akai Y, Jacobson HR, Dubois RN, Breyer MD. Cyclooxygenase-2 is associated with the macula densa of rat kidney and increases with salt restriction. J Clin Invest; 94(6): 2504-10 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0843 | | | | 8/30/2002 | Surgeon General, Executive Summary, 8-30-02, p.51 RR12:1-30. |
| 2.0844 | | | | 3/9/2000 | Talley JJ, Brown DL, Carter JS, Graneto MJ, Koboldt CM, Masferrer JL, Perkins WE, Rogers RS, Shaffer AF, Zhang YY, Zweifel BS, Seibert K. 4-[5-Methyl-3-phenylisoxazol-4-y1]-benzenesulfonamide, valdecoxib: a potent and selective inhibitor of COX-2. J. Me |
| 2.0845 | | | | | Tedgui, A. and Mallat, M. Cytokines in Atherosclerosis: Pathogenic and Regulatory Pathways Physiol. Rev. (2006) 86:515-581. |
| 2.0848 | | | | 6/10/1905 | The Medical Research Council's General Practice Research Framework. Thrombosis prevention trial; randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at incr |
| 2.0849 | | | | 5/4/2006 | Therland KL, Stubbe J, Thiesson HC, Ottosen PD, Walter S, Sorensen GL, Skott O, Jensen BL. Cyclooxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors. J Am Soc H |
| 2.0850 | | | | | Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholestrol in Adults (Adult Treatment Panel III). NIH Publication No. 02-5215, Bethesda, MD, National Institutes of Health |
| 2.0851 | | | | 6/20/1905 | Thomas, D. et al., "Coagulation Defects and Altered Hemodynamic Responses in Mice Lacking Receptors for Thromboxane A2" Journal of Clinical Investigation 1998; 101:1994-2001 |
| 2.0852 | | | | 6/28/1905 | Hansson, G et al., "Inflammation, Atherosclerosis, and Coronary Artery Disease" NEJM 2005; 352:1685-1695 |
| 2.0853 | | | | 10/4/2005 | Toyota E., Warltier, DC, Brock T, et al. Vascular endothelial growth factor is required for coronary collateral growth in the rat. Circulation (2005) Oct 4;112(14);2108-13. |
| 2.0854 | | | | 7/15/1964 | van Dorp D, Beerthuis RK, Nugteren DH, Vonkeman H. The biosynthesis of prostaglandins. Biochim Biophys Acta; 90:204-7 |
| 2.0855 | | | | 8/1/1987 | Vane J, Botting R. Inflammatin and the mechanism of action of anti-inflammatory drugs. FASEB J; 1(2):89-96 |

# Dedrick v. Merck Co.
## Plaintiff's Amended Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 2.0856 | | | | 6/23/1971 | Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nat New Biol; 231(25):232-5 |
| 2.0857 | | | | 3/30/1998 | Vane, JR, et al. Mechanism of Action of Nonsteroidal Anti-inflammatory Drugs. The American Journal of Medicine; 104 (3A): pp. 2S-8S |
| 2.0858 | | | | | Veillard, N.R., Kwak, B., Pelli, G. Antagonism of RANTES receptors reduces atherosclerotic plaque formation in mice. Circ Res (2004) 94(2):253-61. |
| 2.0859 | | | | 10/7/2003 | Venugopal, S.K., Devaraj, S., Jialal, I. C-reactive protein decreases prostacyclin release from human aoritc endothelial cells. Circulation (2003) Oct 7;108(14):1678-8 |
| 2.0860 | | | | 6/24/1905 | Verna, et al, Cyclooxegenase-2 Blockade does Not Impair Endothelial Vasocilator functionin Healthy Volunteers, Circulation, 2002; 104: 2879-82 |
| 2.0861 | | | | 11/6/1936 | von Euler, US. On the specific vaso-dilating and plain muscle stimulating substances from accessory genital glands in man and certain animals (prostaglandin andvesiglandin). J Physiol.; 88(2): 213-234 |
| 2.0863 | | | | 11/25/2003 | Walker, et al (IGENIX), Cardiovascular Risk of COX-2 Inhibitors and Other NSAIDS (Draft Final Report) (Unpublished) |
| 2.0864 | | | | 5/12/2006 | Wall Street Journal, 5-12-06, p. A16 |
| 2.0865 | | | | 9/14/2006 | Wang, M, et al., "Deletion of microsomal Prostaglandin E synthase-1 augments prostacyclin and retards atherogenesis" Proceeding of the National Academy of Science 2006; Vo. 103, No. 39: 14507-14512 [Epub ahead of print] |
| 2.0866 | | | | | Wang, JG., Staessen, J.A., Franklin, S.S., et al. Systolic and diastolic blood pressure lowering as determinants of cardiovascular outcome. Hypertension (2005) May;45(5):907-13. |
| 2.0868 | | | | 6/28/1905 | Wang, X et al., "Rofecoxib regulates the expression of genes related to the matrix metalloproteinase pathway in humans: Implication for the adverse effects of cyclooxygenase-2 inhibitors" Clinical Pharmacology Therapeutics 2006; 79:303-315 |
| 2.0870 | | | | 1/5/2006 | Watanabe H, Katoh T, Eiro M, Iwamoto M, Ushikubi F, Narumiya S, Watanabe T. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. Circ J; 69(1): 124-6 |

**Dedrick v. Merck Co.**
**Plaintiff's Amended Trial Exhibit List**

| | | | | |
|---|---|---|---|---|
| 2.0872 | | | | Whelton, A. Clinical Implications of Nonopioid Analgesia fo Relief of Mild-to-Moderate Pain in Patients with or at Risk for Cardiovascular Disease. Am J Cardiol (2006) 97[suppl]:3E-9E. |
| 2.0874 | | | 12/1/1976 | Whittaker N, Bunting S, Salmon J, Moncada S, Vane JR, Johnson RA, Morton DR, Kinner JH, Gorman RR, McGuire JC, Sun FF. The chemical structure of prostaglandin X (prostacyclin). Prostaglandins; 12(6):915-28 |
| 2.0876 | | | 12/17/2004 | Wilson, S.J., Roche, A.M., Kostetskaia, E., Smyth, E.M. Dimerization of the human receptors for prostacyclin and thromboxane facilities thromboxane receptor-mediated cAMP generation. J Biol Chem. (2004) Dec 17;279(51):53036-47. |
| 2.0877 | | | | Wolfe et al. Jr. Rheumatology, 31:1143-1151, 2004. |
| 2.0878 | | | 4/4/1997 | Wong E, Bayly C. Waterman HL, Riendeau D, Mancini JA. Conversion of prostaglandin G/H synthase-1 intoan enzyme sensitive to PGHS-2 selective inhibitors by a double His513--> Arg and I1e523--> val mutation. J Biol Chem; 272(14):9280-6 |
| 2.0879 | | | | Wong, D., Wang, M., Cheng, Y. Fitzgerald, G.A. Cardiovascular hazard and non-steriodal anti-flammatory drugs. Curr Opin Pharmacol. 2005 Apr;5(2):204-10. |
| 2.0880 | | | 4/1/1991 | Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL. Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. Proc Natl Acad Sci USA; 88(7): 2692-6 |
| 2.0882 | | | 12/15/1989 | Yokoyama C, Tanabe T. Cloning of human gene encoding prostaglandin endoperoxide synthase and primary structure of the enzyme. Biochem Biophys Res Commun; 165(2):888-94 |
| 2.0883 | | | 10/29/2002 | Yokoyame, C. Yabuki, T. Shimonishi, M. et al. Prostacycli-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. Circulation. (2002) Oct 29:106(18):2397-403. |
| 2.0884 | | | 6/6/2006 | Yu Y, Fan J, Chen XS, Wang D, Klein-Szanto AJ, Campbell RL, Fitzgerald GA, Fund CD. Genetic model of selective COX-2 inhibition reveals novel heterodimer signaling. Nat Med; 12(6): 699-704 |
| 2.0887 | | | 10/4/2006 | Zewde T, Mattson DL. Inhibition of cyclooxygenase-2 in the rat renal medulla leads to sodium-sensitive hypertension. Hypertension; 44(4): 424-8 |