UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

**Plaintiff's Objections and Counter-Designations to Defendant's
Designations of Deposition Testimony of Sherry Curtis**

Plaintiff, Anthony Wayne Dedrick, by and through his attorneys, hereby submits the following deposition testimony for the Court's consideration and pre-trial rulings:

1. Plaintiff's Objections to Defendant's Affirmative Designations of Deposition Testimony of Sherry Curtis (Ex. "A"); and

2. Plaintiff's Counter-Designations of Deposition Testimony of Sherry Curtis (Ex. "B").

Plaintiff reserves the right to supplement or amend his objections or counter-designations, withdraw any testimony counter-designated, and make other changes.

Plaintiff also reserves the right to supplement or amend his objections and counter-designations based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this

trial, including rulings on its motions *in limine*. Plaintiff reserves the right to also counter-designate any testimony designated by Defendant in the event it is not offered by Defendant.

In preparing its objections and counter-designations, Plaintiff attempted to respond to the testimony designated by Defendant even though much of it is inadmissible, objectionable and/or pertains to topics that arguably should be ultimately excluded from evidence at trial. By so designating, Plaintiff does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. By designating this testimony, Plaintiff does not waive his right to object to or move to exclude any documents or testimony that Defendant Merck & Co., Inc. may offer at trial.

Plaintiff reserves the right to make additional completeness designations upon receipt of any of Merck's final designations or counter-designations.

Respectfully submitted this 27th day of October, 2006.

_____
ANDY BIRCHFIELD
P. LEIGH O'DELL
Attorney for Plaintiff
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Objections and Counter-Designations to Defendant's Designations of Deposition Testimony of Sherry Curtis has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of October, 2006.

_____
P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

# Dedrick v. Merck Co., Inc.
## Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [5:5] - [5:8] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 5<br>2   was sworn and testified as follows:<br><br>4           EXAMINATION<br>5   BY MS. THACHER-RENSHAW:<br>6       Q.   I already introduced myself to you,<br>7   but my name is Emily Thacher-Renshaw, and I am<br>8   here representing Merck. I will go over with you<br>9   the basic rules or procedures of how we conduct a<br>10  deposition.<br>11          First of all, the format is I am going | Pl.'s Obj.: R. 401, R. 402.<br>Inappropriate trial testimony. |
| [7:8] - [7:20] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 7<br>8       Q.   Okay. Great. Now, can you state<br>9   your full name for the record?<br>10      A.   Sherry Michelle Curtis. | |
| 11      Q.   Have you used any other names ever in<br>12  the past?<br>13      A.   Maiden name, Sherry Michelle Haley.<br>14      Q.   Could you spell that?<br>15      A.   H-A-L-E-Y.<br>16      Q.   And about what period of time have<br>17  you used the name Curtis for?<br>18      A.   Last 13 or 14 years.<br>19      Q.   And what's your date of birth?<br>20      A.   November 19th 1962. | Pl.'s Obj.: R. 401; R. 402. |
| [8:11] - [8:23] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 8<br>11      Q.   And you said you have been married<br>12  before. Can you tell us when you were married?<br>13      A.   Now, I divorced my little girl's<br>14  daddy but I took the name back. I married again<br>15  after that for like four months, and then I took<br>16  my maiden name back, the name Curtis.<br>17      Q.   So can you just go through your two | Pl.'s Obj.: R. 401; R. 402. |

# Dedrick v. Merck Co., Inc.
## Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 18 marriages and tell me about the approximate times<br>19 of the marriages and to whom you were married?<br>20     A.   I married Philip Curtis in, I am<br>21 wanting to say, '88 to '96. We divorced. And I<br>22 married Ronald Smith in about '98 and stayed<br>23 married for four months. | |

[19:12] - [19:22] 10/24/2006 Curtis, Sherry 9-26-2006

\* Defendant's Affirmative Depo Designations

page 19
12     Q.   And can you tell us when did you
13 first meet Tony?
14     A.   I don't really know about what time.
15 I've known him quite a few years, but we've really
16 started running together for about the last three
17 years.
18     Q.   So would you say you've known him for
19 20 years?
20     A.   Yes.
21     Q.   Longer than that?
22     A.   I've known him for about 20 years.


[20:5] - [21:16] 10/24/2006 Curtis, Sherry 9-26-2006

\* Defendant's Affirmative Depo Designations

page 20
5     Q.   And for the beginning part of your
6 relationship, when you first knew him 20 years
7 ago, what was the nature of your relationship back
8 at that time?
9     A.   Years ago it was just a friendship.
10 We didn't see much of each other back then but now
11 we do.
12     Q.   And back years ago approximately how
13 often would you see each other?
14     A.   Maybe once or twice a month or
15 something like that.
16     Q.   Where would you usually see each
17 other?
18     A.   He married one of my sister's
19 friends.
20     Q.   And particularly in the period after
21 Tony's divorce -- so after about 1987 do you
22 remember during that period how often you saw him?
23     A.   No, I've really just got being around
24 Tony again about three years ago.

**Dedrick v. Merck Co., Inc.**
**Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 25    Q.   So when -- about three years ago when<br>page 21<br>1  you say you started spending more time together,<br>2  how did that come about?<br>3     A.   Well, I couldn't really -- I don't<br>4  know. We just bumped into each other again. And<br>5  after I had divorced and started getting back out<br>6  and I seen him at a little place called the<br>7  Outpost, and he was just sitting there. And I<br>8  went in, and we got to running around together<br>9  again and became good friends.<br>10    Q.   So that was about three years ago.<br>11  Would you say that was 2003 approximately?<br>12    A.   Approximately about 2003.<br>13    Q.   And what's the Outpost?<br>14    A.   It's just a little lounge.<br>15    Q.   Is that in Waynesboro?<br>16    A.   Bar and grill, yes.<br><br><br>[21:21] - [22:24] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 21<br>21    Q.   Now, during the time when you<br>22  first -- about three years ago when you became<br>23  closer friends, was that during a period of time<br>24  when Tony was living with his mother?<br>25    A.   Yes.<br>page 22<br>1     Q.   And approximately how often did you<br>2  see Tony during that time?<br>3     A.   Well, I would go and get him on<br>4  Friday. He would stay with me most of the time on<br>5  the weekends.<br>6     Q.   And what was the nature of your<br>7  relationship during this time about the past, you<br>8  know, starting about three years ago when you said<br>9  you ran into him and became close to him?<br>10    A.   First it was we had a good friendship<br>11  and then -- now we have a relationship.<br>12    Q.   And when you ran into him and became<br>13  closer friends was that -- do you recall whether<br>14  that was before or after Tony suffered his heart<br>15  attack?<br>16    A.   After.<br>17    Q.   And can you tell us approximately<br>18  when your friendship turned into a romantic<br>19  relationship?<br>20    A.   Almost a year ago. About, say, maybe | |

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 21 seven months ago.<br>22   Q.   So would that be about February of<br>23 the past year?<br>24   A.   Yes.<br><br>[23:5] - [23:10] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 23<br>5    Q.   Now, turning back to the period 2003,<br>6 when you first started getting close to him again<br>7 when you became closer friends and he was living<br>8 with his mother, did you go and visit him during<br>9 that time at his mother's house?<br>10   A.   No.<br><br>[23:14] - [23:25] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 23<br>14   Q.   Do you remember when his mother<br>15 passed away?<br>16   A.   Yes. I can vaguely remember, yes. | |
| 17   Q.   And do you remember any circumstances<br>18 about her health?<br>19   A.   I think she had a heart attack. They<br>20 really mainly sent her home to die. They couldn't<br>21 do much for her. | Pl.'s Obj.: R.602. Witness lacks personal knowledge; speculative. |
| 22   Q.   And did Tony talk to you about that<br>23 at all? Was it stressful for him?<br>24   A.   Oh, yes. I mean, you know, but he<br>25 got over it. You know, he dealt with it. | |
| [24:16] - [24:22] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 24<br>16   Q.   And do you know during that time --<br>17 this is after he was released from prison -- do<br>18 you know if he was ever looking for work?<br>19   A.   I don't know.<br>20   Q.   And do you know what jobs he held<br>21 during that time?<br>22   A.   No, I don't. | Pl.'s Obj.: R.602. Witness lacks personal knowledge; speculative. |

# Dedrick v. Merck Co., Inc.
## Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [24:25] - [26:6] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 24<br>25    Q.    So you say about February of 2006 is<br>page 25<br>1  when you became romantically involved?<br>2     A.    Yes.<br>3     Q.    And was there ever a period or a<br>4  point in time in the past when you had been<br>5  romantically involved with Tony?<br>6     A.    Before then?<br>7     Q.    Uh-huh.<br>8     A.    No.<br>9     Q.    So this was the first time that this<br>10 has happened?<br>11    A.    Yes.<br>12    Q.    And do you currently consider Tony to<br>13 be your boyfriend or partner?<br>14    A.    He's my best friend.<br>15    Q.    So would you use the term boyfriend?<br>16    A.    Yeah, I guess you could say that,<br>17 yes.<br>18    Q.    And just how would you describe your<br>19 relationship with him now?<br>20    A.    Well, I mean, there is not much<br>21 sexual. It's just more of a closeness friendship.<br>22    Q.    Okay. Well, I apologize to have to<br>23 ask you. This is personal but can -- are you<br>24 sexually intimate with Tony?<br>25    A.    Not much.<br>page 26<br>1     Q.    When you say not much, can you just<br>2  tell us --<br>3     A.    I think it's because of the way he<br>4  is. I mean, you know, it's maybe once a week,<br>5  once a month. I mean, you know, it's not very<br>6  often. | |
| [26:16] - [26:24] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 26<br>14    Q.    And does he tell you -- strike that.<br>15 Withdraw that.<br>16          Do you know if he takes Viagra or<br>17 Levitra or any drug like that? | **Pl.'s Obj.:** Subject to MIL. R.401, R. 402, R. 403. Not relevant to Plaintiff's claims of defect, failure to warn, fraud, etc.<br><br>If objection overruled, Plaintiff counters designates 26:7-13. |

# Dedrick v. Merck Co., Inc.
## Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 18    A.    Not that I am really aware of.<br>19    Q.    And has he ever talked to you about<br>20 trying one of those types of drugs?<br>21    A.    Yes.<br>22    Q.    And what has he said?<br>23    A.    He has said something about talking<br>24 to Dr. Herrera about it, yes. | |
| [27:7] - [27:18] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 27<br>7    Q.    And you say that you are sexually<br>8 intimate about once a week; does that vary over<br>9 time?<br>10    A.    Yes. I mean, sometimes it don't even<br>11 happen.<br>12    Q.    But would you say once a week is<br>13 average?<br>14    A.    Yeah.<br>15    Q.    And has he -- his problems with<br>16 sexual activity, has he talked to you about how<br>17 long that's been happening?<br>18    A.    No. | **Pl.'s Obj.:**  Subject to MIL. R.401, R. 402, R. 403.  Not relevant to Plaintiff's claims of defect, failure to warn, fraud, etc. |

[29:10] - [29:25] 10/24/2006 Curtis, Sherry 9-26-2006

* Defendant's Affirmative Depo Designations

page 29
10    Q.    Could you tell us on the weekends
11 what would be a typical weekend for you together?
12    A.    We will have something to eat and
13 then friends come over and we play dice or cards
14 and that's about it.
15    Q.    And do you ever go out together?
16    A.    Sometimes we will go out to eat or go
17 to a friend's house and play dice there. But most
18 of the time it's at my house.
19    Q.    And do you go -- where do you go out
20 to eat?
21    A.    A place called Creasy's once in a
22 while. Emerald's.
23    Q.    What types of places are those?
24    A.    A pizza place. They have fish,
25 hamburgers, you know, a little bit of everything.

Dedrick v. Merck Co., Inc.
Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections
Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [31:3] - [31:6] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 31<br>3   Q.   And I think you may have mentioned<br>4  this, but do you do any outdoor activity together<br>5  with Tony?<br>6   A.   No. | |
| [34:12] - [34:18] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 34<br>12   Q.   And the time that Tony spent in<br>13  prison do you have any -- what's your<br>14  understanding of why he went to prison?<br>15   A.   I don't know anything about that.<br>16   Q.   So you haven't discussed that with<br>17  him at all?<br>18   A.   No. | Pl.'s Obj.:  Subject to MIL.<br>R. 602.  Witness lacks personal knowledge. |
| [34:23] - [35:8] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 34<br>23   Q.   And when you remember him going to<br>24  prison, what was your understanding at the time<br>25  about why he was going?<br>page 35<br>1   A.   Because of his drinking.<br>2   Q.   And are you aware of a car accident<br>3  that he was in in approximately 1992?<br>4   A.   Yes.<br>5   Q.   And what was your understanding of<br>6  that car accident?<br>7   A.   That he was drinking when it<br>8  happened.  And that's about it. | Pl.'s Obj.:  Subject to MIL. R. 401.<br>R. 402, R. 403. |
| [36:21] - [37:4] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 36<br>21   Q.   And while he was in prison did you<br>22  ever visit him in prison? | Pl.'s Obj.:  Subject to MIL. R. 401.<br>R. 402, R. 403. |

Dedrick v. Merck Co., Inc.
Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections
Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 23  A.  No.<br>24  Q.  Did you ever write him letters or<br>25  receive letters from him?<br>page 37<br>1  A.  No.<br>2  Q.  So were you in contact at all during<br>3  that time?<br>4  A.  No. | |

[38:12] - [39:25] 10/24/2006 Curtis, Sherry 9-26-2006

* Defendant's Affirmative Depo Designations

| | |
|---|---|
| page 38<br>12  Q.  Okay.  Do you smoke?<br>13  A.  Yes.<br>14  Q.  About how much do you smoke?<br>15  A.  A pack a day.<br>16  Q.  And to your knowledge has Tony ever<br>17 tried to quit smoking?<br>18  A.  Yes, he's trying now.<br>19  Q.  And do you know what he does to try<br>20 and quit smoking?<br>21  A.  Chew gum.<br>22  Q.  Nicorette gum?<br>23  A.  Just gum.<br>24  Q.  Regular gum?<br>25  A.  Uh-huh.<br>page 39<br>1  Q.  Anything else?<br>2  A.  Not that I know of.<br>3  Q.  You have never known him to wear a<br>4 patch or take any prescription medications to help<br>5 him quit smoking?<br>6  A.  Not that I am aware of.<br>7  Q.  And can you tell us have his efforts<br>8 to quit smoking, have they been successful at all?<br>9  A.  He's slowed down.<br>10  Q.  Slowed down smoking?<br>11  A.  Uh-huh.<br>12  Q.  So would you say that he smokes less<br>13 now than when you first knew him or about the<br>14 same?<br>15  A.  Smokes less.<br>16  Q.  And about how much does he smoke now?<br>17  A.  About a pack.  I would say a pack a<br>18 day. | |
| 19  Q.  Now, during the period prior to when<br>20 he went to the prison when you knew him but<br>21 weren't spending as much time with him, do you | Pl.'s Obj.: Subject to MIL. R. 401. R. 402, R. 403. |

# Dedrick v. Merck Co., Inc.
## Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 22 have any knowledge about how much he used to drink<br>23 during that time?<br>24    A.    He used to be a heavy drinker. I<br>25 know that. | |
| [40:11] - [40:14] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 40<br>11    Q.    And do you have any knowledge about<br>12 what he would drink?<br>13    A.    From my understanding mostly hard<br>14 liquor. | Pl.'s Obj.:  Subject to MIL.<br>R. 602.  Witness lacks personal knowledge.<br>If objection overruled, Plaintiff counter designates 40:1-10. |
| [44:4] - [44:10] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 44<br>4    Q.    What else has he told you about his<br>5 arthritis specifically?<br>6    A.    I know he gets real stiff, and I talk<br>7 about, you know, like I said, I have it. And I<br>8 will talk about how I hurt. And he would say that<br>9 his hurt him this way, you know. It's just<br>10 arthritis.<br><br><br>[44:16] - [44:20] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 44<br>16    Q.    Has he ever discussed with you what<br>17 activities he can no longer do because of his<br>18 arthritis pain?<br>19    A.    No, he just says, you know, I wish I<br>20 could do this or do that. | |
| [49:9] - [49:24] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 49<br>9    Q.    In talking about his heart attack,<br>10 during the period right before when he had the<br>11 heart attack about how often did you see Tony | Pl.'s Obj.:  R. 401, R. 402. |

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 12 during that time period?<br>13    A.   Maybe once every three or four<br>14 months, something like that. Run across him.<br>15    Q.   So did you see Tony at all on the day<br>16 of his heart attack?<br>17    A.   No.<br>18    Q.   And do you remember seeing him in the<br>19 week preceding his heart attack?<br>20    A.   No.<br>21    Q.   And when did you learn that he had<br>22 had a heart attack?<br>23    A.   It was a while after. I wasn't<br>24 living here at the time. | |
| [50:14] - [50:21] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 50<br>14    Q.   Have you ever talked to Tony about<br>15 his experience on the day of the heart attack?<br>16    A.   No.<br>17    Q.   Have you ever asked him about it?<br>18    A.   No.<br>19    Q.   And do you remember the last time you<br>20 had seen him before he had the heart attack?<br>21    A.   No, I don't remember. | |
| [60:18] - [61:5] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 60<br>18    Q.   And did you know that Tony was taking<br>19 Vioxx at the time that he was taking it?<br>20    A.   No, I didn't know why he was taking<br>21 it.<br>22    Q.   And have you ever talked to Tony<br>23 about his use of Vioxx?<br>24    A.   No.<br>25    Q.   So do you know how long approximately<br>page 61<br>1 he was taking it for?<br>2    A.   No.<br>3    Q.   Can you describe any conversations<br>4 you've had with Tony about Vioxx?<br>5    A.   No. I don't discuss his medications. | Pl.'s Obj.:  Subject to MIL.<br>R. 602. Witness lacks personal knowledge. |

# Dedrick v. Merck Co., Inc.
## Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [61:13] - [61:18] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 61<br>13   Q.   And to your knowledge for what<br>14 conditions does Tony take pain medications today?<br>15   A.   What do you mean?  What does he take<br>16 it for now?<br>17   Q.   Yes.<br>18   A.   His arthritis, I believe. | |
| [70:11] - [70:15] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 70<br>11   Q.   Do you know if Tony has recently been<br>12 examined by any doctors for purposes of this<br>13 lawsuit?<br>14   A.   Not that I know of.  I don't<br>15 remember.  I know he's still seeing his doctor. | Pl.'s Obj.:  Subject to MIL.<br>R. 602.  Witness lacks personal knowledge. |
| [70:18] - [70:23] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 70<br>16   Q.   And has he talked to you at all<br>17 about -- strike that question.<br>18        Do you know of any doctor's<br>19 appointments that he's had in the past month?<br>20   A.   I know he had to go to another<br>21 doctor, but he didn't say what it was for.<br>22   Q.   When was that approximately?<br>23   A.   A few weeks ago he had to go. | |
| [71:3] - [71:6] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 71<br>3   Q.   And do you know where he went for<br>4 that appointment?<br>5   A.   Was it Florida?  I think he had to go<br>6 to Florida or something. | Pl.'s Obj.:  R. 401, R. 402. |

# Dedrick v. Merck Co., Inc.
## Sherry Curtis -- Defendant's Affirmatives with Plaintiff's Objections
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [71:10] - [71:12] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 71<br>10    Q.    And do you know approximately how<br>11    long he was gone to Florida?<br>12    A.    A day. | Pl.'s Obj.: R. 401, R. 402.<br>If objection overruled, Plaintiff counter desigates 71:13-15.<br>R. 602. Witness has no personal knowledge. |
| [71:16] - [71:22] 10/24/2006 Curtis, Sherry 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 71<br>16    Q.    Do you know how he got to that<br>17    appointment?<br>18    A.    Air plane, I think.<br>19    Q.    And when he went to Florida for this<br>20    appointment -- has he ever flown someplace for a<br>21    doctor's appointment in the past?<br>22    A.    Not that I -- I don't know. | Pl.'s Obj.: R. 401, R. 402. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

## Plaintiff's Counter-Designations of Deposition Testimony of Sherry Curtis
## Exhibit "B"

| Start Page | Line | End Page | Line |
|---|---|---|---|
| 19 | 23 | 20 | 4 |
| 22 | 25 | 23 | 4 |
| 23 | 11 | 23 | 13 |
| 24 | 6 | 24 | 10 |
| 28 | 18 | 29 | 1 |
| 30 | 5 | 30 | 10 |
| 40 | 20 | 41 | 11 |
| 44 | 11 | 44 | 15 |
| 50 | 22 | 51 | 14 |
| 62 | 20 | 63 | 1 |
| 70 | 24 | 71 | 2 |

### Conditional Designations

| Start Page | Line | End Page | Line |
|---|---|---|---|
| 26 | 7 | 26 | 13 |
| 40 | 1 | 40 | 10 |
| 71 | 13 | 71 | 15 |