UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

### Plaintiff's Objections and Counter-Designations to Defendant's Designations of Deposition Testimony of Phil Dedrick

Plaintiff, Anthony Wayne Dedrick, by and through his attorneys, hereby submits the following deposition testimony for the Court's consideration and pre-trial rulings:

1. Plaintiff's Objections to Defendant's Affirmative Designations of Deposition Testimony of Phil Dedrick (Ex. "A"); and

2. Plaintiff's Counter-Designations of Deposition Testimony of Phil Dedrick (Ex. "B").

Plaintiff reserves the right to supplement or amend his objections or counter-designations, withdraw any testimony counter-designated, and make other changes.

Plaintiff also reserves the right to supplement or amend his objections and counter-designations based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this

trial, including rulings on its motions *in limine*. Plaintiff reserves the right to also counter-designate any testimony designated by Defendant in the event it is not offered by Defendant.

In preparing its objections and counter-designations, Plaintiff attempted to respond to the testimony designated by Defendant even though much of it is inadmissible, objectionable and/or pertains to topics that arguably should be ultimately excluded from evidence at trial. By so designating, Plaintiff does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. By designating this testimony, Plaintiff does not waive his right to object to or move to exclude any documents or testimony that Defendant Merck & Co., Inc. may offer at trial.

Plaintiff reserves the right to make additional completeness designations upon receipt of any of Merck's final designations or counter-designations.

Respectfully submitted this 27th day of October, 2006.

*signature*
**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW,***
***METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Objections and Counter-Designations to Defendant's Designations of Deposition Testimony of Phil Dedrick has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of October, 2006.

_P. Leigh O'Dell_
P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

# Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [5:6] - [5:9] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 5<br>6    Q.   Good afternoon, Mr. Dedrick.<br>7    A.   Good afternoon, ma'am.<br>8    Q.   My name is Elaine Horn. I am here<br>9  representing Merck. Have you ever had your | |
| [7:18] - [8:1] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 7<br>18    Q.   Can you state your full name for the<br>19  record?<br>20    A.   Phil Stanley Dedrick. | |
| 21    Q.   Have you ever used any other name?<br>22    A.   No, ma'am.<br>23    Q.   And what's your date of birth?<br>24    A.   February 8, 1957. | **Pl.'s Obj.:** R. 401, R. 402. |
| 25    Q.   And so how old are you today?<br>page 8<br>1    A.   49. | |
| [13:3] - [13:12] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 13<br>3    Q.   And I understand that both of your<br>4  parents have passed away?<br>5    A.   Yes, ma'am.<br>6    Q.   How old was your mom when she died?<br>7    A.   68, I believe.<br>8    Q.   And what did she die of?<br>9    A.   She had heart failure.<br>10    Q.   And when did she die?<br>11    A.   Three years ago this month, September<br>12  of 2003. | |
| [14:8] - [14:10] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 14 | |

# Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 8    Q.  Okay. And then your two whole<br>9 brothers are Kenny and Tony?<br>10    A.  Yes, ma'am.<br><br>[18:1] - [18:12] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 18<br>1    Q.  What's your highest level of<br>2 education?<br>3    A.  12th with some college.<br>4    Q.  How much college?<br>5    A.  Medical courses.<br>6    Q.  How much?<br>7    A.  EMT-IV and some extra training in<br>8 intravenous therapy.<br>9    Q.  One of my questions is have you had<br>10 any medical training. So was that an EMT course?<br>11    A.  Emergency medical technician, yes,<br>12 ma'am.<br><br>[24:8] - [24:11] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 24<br>8    Q.  How would you describe your<br>9 relationship with your brother, Tony?<br>10    A.  Brotherly relationship. I don't<br>11 know.<br><br>[24:16] - [25:17] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 24<br>16    Q.  How often do you see him?<br>17    A.  Maybe once a month.<br>18    Q.  Do you ever talk to him on the phone?<br>19    A.  Maybe once a month.<br>20    Q.  As adults have you and Tony ever<br>21 lived together?<br>22    A.  No, ma'am. | |
| 23    Q.  Okay. And you know that at some<br>24 point in time Tony was in prison, right?<br>25    A.  Yes, ma'am.<br>page 25<br>1    Q.  What's your understanding for why he | **Pl's Obj.:** R. 401, R. 402, R. 403. Subject to MIL # 1. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 2 went to prison?<br>3   A.   Revoked probation, I guess that's<br>4 what it would be called.<br>5   Q.   Were these related to DUIs or<br>6 something else?<br>7   A.   Yes, ma'am, DUIs.<br>8   Q.   Do you know of any other arrests or<br>9 convictions that Tony has had besides DUIs?<br>10   A.   No, ma'am.<br>11   Q.   Did you visit him in prison?<br>12   A.   No, ma'am.<br>13   Q.   Did you write him letters?<br>14   A.   Talked on the phone several times.<br>15   Q.   He was in prison for about two and a<br>16 half years; is that right?<br>17   A.   Yes, ma'am. | |

[29:11] - [31:10] 10/24/2006 Dedrick, Phil 9-26-2006

* Defendant's Affirmative Depo Designations

page 29
11   Q.   And you said currently you see Tony
12 about once a month?
13   A.   Yes, ma'am.
14   Q.   And how much time do you spend
15 together?
16   A.   Maybe an hour.  30 minutes to an
17 hour, we will talk a little bit.
18   Q.   And typically is it you visit him or
19 him visit you or --
20   A.   We might meet somewhere or he might
21 drop by the house.
22   Q.   And how do you usually spend time
23 together, watching TV, playing cards?
24   A.   Just talking, chatting.
25   Q.   And currently do you know how Tony
page 30
1 spends his days?
2   A.   No, ma'am.
3   Q.   Do you know how he spends his
4 evenings?
5   A.   No, ma'am.
6   Q.   Do you know how he spends his
7 weekends?
8   A.   No, ma'am.
9   Q.   Does your brother, Tony, have any
10 hobbies or interest that you know of?
11   A.   No, ma'am.
12   Q.   Has he ever to your knowledge?
13   A.   Now or as growing up?

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 14    Q.   As an adult.<br>15    A.   No, ma'am.<br>16    Q.   Did Tony ever hunt or fish or<br>17 anything like that?<br>18    A.   When we were younger.<br>19    Q.   You mean when you were kids?<br>20    A.   Yeah.<br>21    Q.   As adults have you ever gone hunting<br>22 or fishing with Tony?<br>23    A.   I can't remember. I can't recollect<br>24 that.<br>25    Q.   Do you recall doing any -- as adults<br>page 31<br>1 doing any outdoor activities with Tony?<br>2    A.   Camping. We camped together a few<br>3 times.<br>4    Q.   When is the last time you went<br>5 camping?<br>6    A.   Ma'am, I can't remember that. I<br>7 don't even remember the last time I went camping.<br>8    Q.   Was it more than five years ago?<br>9    A.   I am not sure. Again, I don't<br>10 recollect.<br><br>[31:13] - [31:25] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 31 | |
| 13    Q.   Was it before Tony went to prison? | Pl's obj.: Objection to reference to prison. Subject of MIL # 1. |
| 14    A.   It was probably after. We camped out<br>15 a few times too.<br>16    Q.   Was this in a tent or an RV?<br>17    A.   It was a tent. We roughed it. It<br>18 was a tent -- or tents.<br>19    Q.   And where would you go camping?<br>20    A.   Buffalo River.<br>21    Q.   And would you go hiking or --<br>22    A.   Canoeing.<br>23    Q.   How often would you --<br>24    A.   But I can't remember the years. We<br>25 used to go once a month. Just sometimes. | |
| [32:21] - [33:16] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 32<br>21    Q.   And did you know that at some point<br>22 in 2004 he had an accident with a chain saw? | Pl's Obj.: R. 401, R. 402. Chainsaw accident which occurred after heart attack has no relevant to Plaintiff's claims. There is no evidence that the injuries suffered during chainsaw accident afftected |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 23   A.   I am aware of it, yes, ma'am.<br>24   Q.   And what's your understanding of what<br>25   happened?<br>page 33<br>1    A.   He was cutting wood off of a barn and<br>2    supposedly the blade hit a nail and bounced back<br>3    on him.<br>4    Q.   Do you know -- was he helping build a<br>5    barn?<br>6    A.   I think he was building or building<br>7    to a barn.<br>8    Q.   Whose barn was it?<br>9    A.   I think it was Kenny's barn.  Kenny's<br>10   barn, yes. | Mr. Dedrick's heart condition. |
| 11   Q.   Do you smoke?<br>12   A.   Yes, ma'am.<br>13   Q.   How much do you smoke?<br>14   A.   One pack a day. | Pl's Obj.: R. 401, R. 402.<br>R. 403. |
| 15   Q.   And Tony smokes, right?<br>16   A.   Yes, ma'am.<br><br><br>[33:20] - [34:9] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 33<br>20   Q.   Have you ever known Tony to make any<br>21   attempt to quit smoking?<br>22   A.   Not to my knowledge.<br>23   Q.   Have you ever discussed quitting<br>24   smoking with him?<br>25   A.   No, ma'am.<br>page 34<br>1    Q.   Have you ever encouraged him to quit<br>2    smoking?<br>3    A.   No, ma'am. | |
| 4    Q.   You don't know if he has ever taken<br>5    any classes to quit smoking?<br>6    A.   I have no idea.<br>7    Q.   Or worn a patch or anything like<br>8    that?<br>9    A.   No, ma'am. | Pl's Obj.: R.602 - lack of personal knowledge. Speculation. |
| [34:15] - [34:21] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 34<br>15   Q.   Do you know whether he drank before<br>16   he went to prison? | Pl.'s Obj.: R. 401, R. 402, R. 403 as it relates to the reference to prison. Secondly, whether Phil Dedrick drinks is irrelevant. |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 17   A.   I have drank with him, but he would<br>18 have been drinking then. Because I had drank a<br>19 few with him.<br>20   Q.   Do you drink now?<br>21   A.   I drink a few. | |
| [38:16] - [39:10] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 38<br>16   Q.   Other than the chain saw accident<br>17 that we've already talked about, do you know of<br>18 any other accidents that your brother has been<br>19 involved in?<br>20   A.   Just two other vehicular accidents.<br>21   Q.   Do you recall when those were?<br>22   A.   Exact years, I can't tell you. I<br>23 don't recollect the exact years.<br>24   Q.   Do you remember approximately?<br>25   A.   No, ma'am.<br>page 39<br>1   Q.   And after both of those accidents was<br>2 he hospitalized?<br>3   A.   Yes, ma'am.<br>4   Q.   Do you recall what type of injuries<br>5 he sustained?<br>6   A.   The first one with the big truck was<br>7 facial. And the second one, I believe it was more<br>8 of a -- I am not sure about the second one as far<br>9 as the injuries. I remember the first one was<br>10 facial, severe facial injuries. | Pl's Obj.: R. 401, R. 402, R. 403.<br>Prior automobile accidents<br>which occurred years before<br>Mr. Dedrick's heart attack<br>are irrelevant to the cause<br>of his heart attack, unduly<br>preducicial and remove as they<br>took place in 1989 and 1992. |
| [42:1] - [42:4] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 42<br>1   Q.   Did you know that Tony was taking<br>2 Vioxx at the time he was taking it?<br>3   A.   I just knew that he was taking Vioxx.<br>4 I didn't know what it was for then.<br><br><br>[42:20] - [42:23] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 42<br>20   Q.   Did you ever actually see him take | |

# Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 21  Vioxx?<br>22      A.   No, ma'am.  I mean, I can't recollect<br>23  that.<br><br>[43:5] - [43:7] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 43<br>5      Q.   Do you know any other pain<br>6  medications that Tony has taken?<br>7      A.   No, ma'am.<br><br>[43:11] - [43:15] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 43<br>11     Q.   Do you know anything about the type<br>12  of pain that he experienced?<br>13     A.   I just know that he complained about<br>14  his joints bothering him a lot.  But I can't give<br>15  you any exact dates. | |
| [50:17] - [50:19] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 50<br>17     Q.   Have you or any of your blood<br>18  relatives had a heart murmur?<br>19     A.   Not to my knowledge. | Pl's obj: R. 401, R. 402.<br>There is not evidence that<br>Plantiff has or had a heart<br>murmur. |
| [50:22] - [51:2] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 50<br>22     Q.   What about a heart attack?<br>23     A.   My mother.<br>24     Q.   And who else?<br>25     A.   I think that's what my grandmother<br>page 51<br>1  passed away of.  I am not real sure.  But I think<br>2  it is. | |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [51:9] - [51:14] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations | Pl's Obj.: R. 401, R. 402. Whether Plaintiff's family members have diabetes is not relevant. |
| page 51<br>9    Q.  Do you have diabetes?<br>10   A.  I take the pill, yes, ma'am.<br>11   Q.  And who else in your family has<br>12 diabetes?<br>13   A.  My son. My mother had diabetes and<br>14 her mother had diabetes. | |
| [51:17] - [51:18] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 51<br>17   Q.  And then Tony has diabetes?<br>18   A.  Tony, yes, ma'am. | |
| [52:2] - [52:15] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 52<br>2    Q.  When did your mother have a heart<br>3 operation?<br>4    A.  Early '90s. Can't give you an exact<br>5 year. Just early '90s.<br>6    Q.  And is that when she had the heart<br>7 attack?<br>8    A.  Yes, ma'am.<br>9    Q.  Was she having bypass surgery?<br>10   A.  She had a heart attack. And they<br>11 rushed her to Nashville, and she had a quadruple<br>12 bypass.<br>13   Q.  Anyone in your family have<br>14 hypertension or high blood pressure?<br>15   A.  I do. | |
| [53:3] - [53:17] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 53<br>3    Q.  Have you ever had any heart problems?<br>4    A.  I have been checked. Since Kenny and<br>5 Tony had theirs, I was checked. And I have a<br>6 blockage, and I take some kind of medication. But | |

# Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 7  I am not sure what it is.<br>8     Q.   When were you checked?<br>9     A.   Two years ago.<br>10    Q.   So about 2004?<br>11    A.   Somewhere right in that area.<br>12    Q.   So what kind of testing did you do?<br>13    A.   Treadmill, stress and there is<br>14  something else. I can't remember what it's<br>15  called.<br>16    Q.   Was it a catheterization?<br>17    A.   Yes, ma'am, that's what it was.<br><br><br>[53:23] - [53:25] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 53<br>23    Q.   And as a result of these tests you<br>24  were diagnosed with a blockage?<br>25    A.   A blockage.<br><br><br>[54:22] - [55:9] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 54<br>22    Q.   And that testing that you had in<br>23  2004, that was performed by a cardiologist?<br>24    A.   Yes, ma'am.<br>25    Q.   Had you seen a cardiologist before<br>page 55<br>1  that?<br>2     A.   Not to my recollection, no.<br>3     Q.   Have you seen a cardiologist since<br>4  then?<br>5     A.   No.<br>6     Q.   And the reason you went to see the<br>7  cardiologist was because you had had two brothers<br>8  who had had heart attacks?<br>9     A.   Yes, ma'am.<br><br><br>[56:15] - [57:6] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 56<br>15    Q.   What happened the night he had his<br>16  heart attack?<br>17    A.   He called me and asked me what the | |

# Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Phil Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 18 signs and symptoms was of a heart attack. And I<br>19 said, well, you tell me what's going on. And he<br>20 told me. And I said, well, I am going to call an<br>21 ambulance for you. And he said, no, you come get<br>22 me. And I said, no, I am going to call the<br>23 ambulance. And he said, no, you come and get me.<br>24 So I went and got him real quick and took him to<br>25 the emergency room.<br>page 57<br>1    Q.   And what were the symptoms that he<br>2 described?<br>3    A.   Numbness to the right arm, stabbing<br>4 to the neck bone, cervical -- not cervical.<br>5 Whatever this is called. And the shortness of<br>6 breath and that was it.<br><br><br>[59:3] - [59:21] 10/24/2006 Dedrick, Phil 9-26-2006<br><br>\* Defendant's Affirmative Depo Designations<br><br>page 59<br>3    Q.   Have you personally observed any<br>4 changes in Tony since his heart attack?<br>5    A.   I have seen him short of breath a few<br>6 times. But nothing else.<br>7    Q.   How often have you seen him have<br>8 shortness of breath?<br>9    A.   Maybe a couple of times.<br>10   Q.   What's he doing when he's having<br>11 shortness of breath?<br>12   A.   Just generally -- just moving around<br>13 doing things. He will complain about being short<br>14 of breath. Maybe go up stairs or something like<br>15 that, you know. Go up stairs or something. It<br>16 just makes him short of breath real quick.<br>17   Q.   And have you noticed any other<br>18 changes?<br>19   A.   As far as?<br>20   Q.   Since his heart attack.<br>21   A.   No, ma'am. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| | * | |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

Plaintiff's Counter-Designations of Deposition Testimony of Phil Dedrick
Exhibit "B"

| Start Page | Line | End Page | Line |
|---|---|---|---|
| 24 | 12 | 24 | 15 |
| 26 | 9<br>Omit - "after he got out of prison" | 27 | 6 |
| 28 | 16 | 28 | 23 |
| 32 | 4 | 32 | 15 |
| 54 | 1 | 54 | 8 |
| 56 | 4 | 56 | 5 |
| 57 | 16 | 57 | 20 |
| 58 | 2 | 58 | 8 |