# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

---

### Plaintiff's Objections and Counter-Designations to Defendant's Designations of Deposition Testimony of Kenny Dedrick

---

Plaintiff, Anthony Wayne Dedrick, by and through his attorneys, hereby submits the following deposition testimony for the Court's consideration and pre-trial rulings:

1. Plaintiff's Objections to Defendant's Affirmative Designations of Deposition Testimony of Kenny Dedrick (Ex. "A"); and

2. Plaintiff's Counter-Designations of Deposition Testimony of Kenny Dedrick (Ex. "B").

Plaintiff reserves the right to supplement or amend his objections or counter-designations, withdraw any testimony counter-designated, and make other changes.

Plaintiff also reserves the right to supplement or amend his objections and counter-designations based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this

trial, including rulings on its motions *in limine*. Plaintiff reserves the right to also counter-designate any testimony designated by Defendant in the event it is not offered by Defendant.

In preparing its objections and counter-designations, Plaintiff attempted to respond to the testimony designated by Defendant even though much of it is inadmissible, objectionable and/or pertains to topics that arguably should be ultimately excluded from evidence at trial. By so designating, Plaintiff does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. By designating this testimony, Plaintiff does not waive his right to object to or move to exclude any documents or testimony that Defendant Merck & Co., Inc. may offer at trial.

Plaintiff reserves the right to make additional completeness designations upon receipt of any of Merck's final designations or counter-designations.

Respectfully submitted this _2t^th_ day of October, 2006.

P. Leigh O'Dell

**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW,***
***METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
 **Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Objections and Counter-Designations to Defendant's Designations of Deposition Testimony of Kenny Dedrick has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck,  by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of October, 2006.

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

**Dedrick v. Merck Co., Inc.**
**Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [5:6] - [5:9] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 5<br>6     Q.   Good morning, Mr. Dedrick.<br>7     A.   How are you doing?<br>8     Q.   Hi, my name is Elaine Horn.  I am<br>9  here on behalf of Merck.  And have you had your | |
| [5:12] - [5:14] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 5<br>12     Q.   Did you have an opportunity to meet<br>13  with Tony's lawyers before this deposition?<br>14     A.   Yes. | **Pl's Obj.:**  R. 401, R. 402.<br>Whether Mr. Kenny Dedrick<br>met with Plaintiff's lawyers<br>is irrelevant. |
| [7:6] - [7:15] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 7<br>6     Q.   Could you just state your full name<br>7  for the record.<br>8     A.   Kenny Paul Dedrick. | |
| 9     Q.   Have you ever used any other name in<br>10  the past?<br>11     A.   No.<br>12     Q.   What's your date of birth?<br>13     A.   March 31st, '58.<br>14     Q.   So how old does that make you today?<br>15     A.   48, I think.  Yeah. | **Pl's Obj.:**  R. 401, R. 402. |
| [8:22] - [8:25] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 8<br>22     Q.   Are you married?<br>23     A.   No, ma'am.<br>24     Q.   Have you ever been married?<br>25     A.   Yes, ma'am. | |

**Dedrick v. Merck Co., Inc.**
**Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [9:7] - [10:3] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 9<br>7     How many times have you been married?<br>8   A.  Twice.<br>9   Q.  When were you married the first time?<br>10   A.  The first time was 1980.<br>11   Q.  And for how long were you married<br>12 that time?<br>13   A.  Five years.<br>14   Q.  And to whom were you married?<br>15   A.  To a girl from Texas.<br>16   Q.  Does the girl from Texas have a name?<br>17   A.  Yeah, she does.  Helann, H-E-L-A-N-N.<br>18   Q.  And then did that marriage end by<br>19 divorce?<br>20   A.  Uh-huh.<br>21   Q.  Then when were you married the second<br>22 time?<br>23   A.  It was around '96, '97.  I was only<br>24 married like two years then.<br>25   Q.  To who?<br>page 10<br>1   A.  A girl named Dana Stadum.<br>2   Q.  So were you divorced about 1998?<br>3   A.  Around that, yes. | **Pl's Obj.:** R. 401, R. 402.<br>Whether the witness has been married before is not relevant. |
| [12:23] - [12:25] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 12<br>23   Q.  Are you taking any medication today?<br>24   A.  Uh-uh.  Just my regular cholesterol<br>25 and heart pills and aspirin, stuff like that. | **Pl's Obj.:** R. 401, R. 402.<br>The medications that the witness is taking are not relevant. |
| [15:23] - [16:22] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 15<br>23   Q.  And when you were at -- you spent the<br>24 three years at LG Dugger Lane, did anyone live<br>25 with you there?<br>page 16<br>1   A.  My brother did.<br>2   Q.  Which brother? | **Pl's Obj.:** R. 401, R. 402.<br>There is no evidence that Plaintiff was living with his brother, Kenny, in the time period before his heart attack. |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 3      A.   Tony.<br>4      Q.   How long did Tony live with you?<br>5      A.   I would say about two years, two and<br>6 a half years, something like that.<br>7      Q.   And which years are those?<br>8      A.   It was between 2002 and '4, something<br>9 like that, I believe.  He moved in right after --<br>10 I was there about six months before he moved in<br>11 with me.<br>12      Q.   Now, at some point did Tony live with<br>13 your mom?<br>14      A.   Tony lived with my mother, yes.  For<br>15 a while he did, and then he lived with me.<br>16      Q.   So first he lived with your mother<br>17 and then he lived with you?<br>18      A.   Yeah.<br>19      Q.   During that period when you were at<br>20 the LG Dugger Lane address and Tony lived with<br>21 you, did anyone else live there?<br>22      A.   No.<br><br><br>[18:3] - [18:7] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 18<br>3      Q.   When did your mother die?<br>4      A.   It's been three years ago.  Somewhere<br>5 around that, I think.<br>6      Q.   And what's your understanding of the<br>7 cause of her death?<br><br><br>[18:10] - [18:11] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 18<br>10      A.   Heart failure and diabetes.  She had<br>11 them both.<br><br><br>[18:15] - [19:1] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 18<br>15      Q.   Okay.  And at some point did she have<br>16 a heart attack?<br>17      A.   Uh-huh. | |

**Dedrick v. Merck Co., Inc.**
**Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 18    Q.   When did she have a heart attack?<br>19    A.   That will go back probably six or<br>20 seven years from the date that she died.  Seven or<br>21 eight years, I guess.  Because she lived a good<br>22 long time after -- when she had her heart attack.<br>23 She had six bypasses done, and she lived a lot<br>24 longer than they give her.<br>25    Q.   She had six bypasses?<br>page 19<br>1    A.   Yeah, at the same time, yeah.<br><br><br>[19:23] - [20:9] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 19<br>23    Q.   And your father, is he deceased?<br>24    A.   Yes.<br>25    Q.   When did he die?<br>page 20<br>1    A.   In '82, I think.  Because I was in<br>2 Germany when he died around '82.<br>3    Q.   What was his cause of death?<br>4    A.   I am not real sure on that.  I never<br>5 did get real clear facts on that.  It was either<br>6 heart or cancer.  I heard cancer and then I heard<br>7 heart.  So I don't know.<br>8    Q.   And who did you hear this from?<br>9    A.   Family members.<br><br><br>[20:13] - [20:16] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 20<br>13    Q.   And how many siblings do you have?<br>14    A.   I have my two brothers, Phil and<br>15 Tony, and a whole bunch more.  And I don't know<br>16 how many, to be honest with you.<br><br><br>[22:11] - [22:16] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 22<br>11    Q.   And how often do you see Tony?<br>12    A.   Probably about twice a week, two or<br>13 three times a week, something like that. | |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 14    Q.    Do you consider yourself close to any<br>15  of your brothers and sisters?<br>16    A.    Tony and Phil.<br><br><br>[24:1] - [24:6] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 24<br>1    Q.    How old was your grandmother when she<br>2  died?<br>3    A.    70-something.<br>4    Q.    And what did she die of?<br>5    A.    Well, she had diabetes, and I think<br>6  she had a heart attack.<br><br><br>[25:17] - [25:24] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 25<br>17    Q.    So your mom had six brothers and<br>18  sisters?<br>19    A.    Uh-huh.<br>20    Q.    Have any of them died?<br>21    A.    Yes.<br>22    Q.    Which ones?<br>23    A.    All of the brothers, and the sisters<br>24  are still living.<br><br><br>[26:3] - [26:4] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 26<br>3    Q.    And what did William Ayres die of?<br>4    A.    I think he had a heart attack.<br><br><br>[26:7] - [26:9] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 26<br>7    Q.    And what about W.C. Ayres, what did<br>8  he die of?<br>9    A.    I think he had a heart attack. | |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [26:12] - [26:15] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 26<br>12    Q.   And Leon Ayres, what did he die of?<br>13    A.   I think he had a heart attack.  I am<br>14  not real sure on that, but I am pretty sure it was<br>15  a heart attack. | |
| [26:22] - [27:6] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 26<br>22    Q.   What is your highest level of<br>23  education?<br>24    A.   11th grade, GED.<br>25    Q.   And are you employed right now?<br>page 27<br>1    A.   Not right now.  Pending disability.<br>2    Q.   How long have you been on disability?<br>3    A.   I have been off work since 2004.<br>4    Q.   And let me clarify this.  Are you on<br>5  disability right now or are you waiting to --<br>6    A.   Pending. | **Pl's Obj.:**  R.401, R. 402.<br>The witness's educational background is irrelevant. |
| [31:19] - [32:10] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 31<br>19    Q.   How would you describe your<br>20  relationship with Tony?<br>21    A.   Close.  Pretty close.  I mean, we are<br>22  regular brothers.  We don't love and kiss each<br>23  other every day we see each other or nothing like<br>24  that, but we -- just brothers.<br>25    Q.   What's the age difference?<br>page 32<br>1    A.   Three.<br>2    Q.   Who's the oldest?<br>3    A.   Tony is the oldest.<br>4    Q.   And Phil is in between the two of<br>5  you?<br>6    A.   Uh-huh.  Phil is just a little over a<br>7  year older than me.<br>8    Q.   And how many times have you lived | |
| | **Pl's Obj.:**  R. 401, R. 402. |

### Dedrick v. Merck Co., Inc.
### Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 9  with Tony as adults?<br>10      A.   Just that one time that I can recall. | |
| [32:13] - [33:14] 10/24/2006 Dedrick, Kenny 9-26-2006 | Pl's Obj.:  R. 401, R. 402. |
| * Defendant's Affirmative Depo Designations<br><br>page 32<br>13      Q.   I'm sorry.  2002 to 2005?<br>14      A.   Somewhere around that.<br>15      Q.   And you said that was LG Dugger Lane?<br>16      A.   Dugger Lane.<br>17      Q.   Was that a house or an apartment?<br>18      A.   That was a mobile home.<br>19      Q.   And during that period of time, was<br>20  Tony working?<br>21      A.   No.<br>22      Q.   At any point in time?<br>23      A.   No.<br>24      Q.   Did Tony have any responsibilities<br>25  around the house, any chores, cleaning,<br>page 33<br>1  maintaining the yard, or anything like that?<br>2      A.   Well, no.  He might have washed<br>3  clothes and washed dishes every now and then.<br>4  That's about all he had to do.<br>5      Q.   And during that time period when you<br>6  were roommates, how much time did you spend<br>7  together?<br>8      A.   All that time just about it.<br>9      Q.   And how did you spend time together?<br>10      A.   Well, we had one TV.  We shared the<br>11  same TV.  You know what I mean?  We just lived<br>12  together.<br>13         I am not sure what you are trying to<br>14  ask me, but that's the best I can come up with. | |
| [34:6] - [35:22] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 34<br>6      Q.   During the period of time when you<br>7  were living together, generally how would Tony<br>8  spend his days?<br>9      A.   Just laying around the house, watched<br>10  a lot of TV, and read a lot of books.<br>11      Q.   And how did he spend the evening?<br>12      A.   The same way until he got sleepy and | |

Dedrick v. Merck Co., Inc.
**Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick**
Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 13  went to bed.<br>14      Q.   How would he spend the weekends?<br>15      A.   Spent a lot of it at home.  He didn't<br>16  go out much.  He just wasn't the partying kind.<br>17  He just didn't get out a lot.<br>18      Q.   And other than -- you mentioned TV,<br>19  were there any other activities that he would do<br>20  around the house?<br>21      A.   Not that I know of.  He might get up<br>22  and walk outside every now and then and come back<br>23  in.  That's about it.<br>24      Q.   And just to nail down the chronology,<br>25  I know that Tony was released from prison at some<br>page 35<br>1  point in 2002; is that right?<br>2      A.   I think so.<br>3      Q.   And then he went and lived with your<br>4  mother for about six months?<br>5      A.   I'd say.<br>6      Q.   And then he came and lived with you<br>7  for two and a half years?<br>8      A.   Something like that. | |
| 9      Q.   And when he was living with you, is<br>10  that when he had his heart attack?<br>11      A.   Yeah.  I believe he was -- you know,<br>12  I am not real sure on that.  I think he was.  I<br>13  want to say he was, but I was gone.  You know,<br>14  he -- he had to call my other brother when he had<br>15  the heart attack.  I wasn't even around when he<br>16  had it.<br>17      Q.   But in terms of -- he was living at<br>18  your house?<br>19      A.   I think he was. | **Pl's Obj.:**  R. 602 - lack of<br>personal knowledge.<br>Speculative. |
| 20      Q.   Okay.  And what's your understanding<br>21  of why Tony went to prison?<br>22      A.   Too many DUIs at the time.<br><br><br>[36:23] - [37:3] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations | **Pl's Obj.:**  Subject of MIL # 1.<br>R. 401, R. 402, R. 403. |
| page 36<br>23      Q.   Now, once he was released from<br>24  prison, he went to live with your mom for about<br>25  six months.<br>page 37<br>1         Did anyone else live there with Tony<br>2  and your mom?<br>3      A.   Not that I know of. | **Pl's Obj.:**  Subject of MIL # 1.<br>R. 401, R. 402, R. 403. |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [37:13] - [37:24] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 37<br>13     Q.    Did you ever visit the house while he<br>14  was living there?<br>15     A.    Uh-huh.<br>16     Q.    How often would you visit?<br>17     A.    Probably every other day.<br>18     Q.    And during that period when he was<br>19  living at your mom's house, how would he spend his<br>20  days?<br>21     A.    Sit around watching TV.<br>22     Q.    How would he spend his evenings?<br>23     A.    Sitting around watching TV and<br>24  reading books. | |
| [38:11] - [38:15] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 38<br>11     Q.    Once Tony was released from prison,<br>12  do you know if he ever worked?<br>13     A.    I can't remember.  I cannot remember.<br>14  I can't remember if he went to work for anyone or<br>15  not.  I don't know. | Pl's Obj.:  Subject of MIL # 1.<br>R. 401, R. 402, R. 403. |
| [38:20] - [40:4] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 38<br>20     Q.    Was Tony ever a heavy equipment<br>21  operator?<br>22     A.    No, not that I know of -- well, I<br>23  take that back.  He did work construction and he<br>24  did operate some equipment.<br>25     Q.    When was that?<br>page 39<br>1     A.    I couldn't tell you a date on that.<br>2  I couldn't tell you a date to save my life because<br>3  I worked down in Alabama at that time and he come<br>4  down and worked with me.  But it was in the '90s.<br>5     Q.    Other than the job you are thinking<br>6  about where he came and worked with you in<br>7  Alabama, did he have any other construction jobs, | |

Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 8  to your knowledge? | |
| 9      A.   Not that I know of. | |
| 10     Q.   Now, at the time that your mother | |
| 11  passed away, Tony was living with you? | |
| 12     A.   Right. | |
| 13     Q.   And had she been sick for a while | |
| 14  before she died? | |
| 15     A.   Yes. | |
| 16     Q.   Was she in -- | |
| 17     A.   For quite a while. | |
| 18     Q.   Was she an invalid? | |
| 19     A.   Both legs was amputated. | |
| 20     Q.   Who helped take care of her? | |
| 21     A.   Tony was staying there at the time. | |
| 22           Well, when all of this first started | |
| 23  happening, my other brother, Phil, took care of | |
| 24  her for a good while, and then she moved out on | |
| 25  her own.  And basically she took care of herself | |
| page 40 | |
| 1  for a long time.  And there at the end Tony moved | |
| 2  in with her, but he wasn't really taking a lot of | |
| 3  care of her because she was taking care of herself | |
| 4  pretty much. | |
| | |
| | |
| [40:10] - [43:12] 10/24/2006 Dedrick, Kenny 9-26-2006 | |
| | |
| * Defendant's Affirmative Depo Designations | |
| | |
| page 40 | |
| 10     Q.   And had she gone to the hospital at | |
| 11  all before she died? | |
| 12     A.   Yes. | |
| 13     Q.   When did she go to the hospital? | |
| 14     A.   Well, she went a couple of different | |
| 15  times to Vanderbilt, I think.  Yeah.  And that's | |
| 16  when they found that she had a leaking valve and | |
| 17  they sent her home because they couldn't do | |
| 18  nothing for her. | |
| 19     Q.   When was that? | |
| 20     A.   The last time I can remember, it was | |
| 21  about two weeks before she died.  They sent her up | |
| 22  there.  They kept her awhile. | |
| 23     Q.   And it's your understanding that she | |
| 24  had a leaking heart valve? | |
| 25     A.   Yeah.  They couldn't fix it | |
| page 41 | |
| 1      Q.   Did she have any surgery? | |
| 2      A.   No, she did not have no surgery at | |
| 3  that time.  They didn't do nothing for her.  They | |
| 4  said they couldn't do nothing for her. | |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 5    Q.    And how did her death affect Tony?<br>6    A.    It hit him pretty hard.  I mean, it<br>7  bothered him pretty much.  Because he was there<br>8  with her at the time or helping her.  I can't tell<br>9  you what his feelings were because I was having<br>10  problems of my own.<br>11    Q.    Was he actually with her when she<br>12  died?<br>13    A.    He was at the house when -- no, I was<br>14  actually with her when she died.  He was at the<br>15  house.  He called the ambulance. | |
| 16    Q.    Now, where does Tony live now?<br>17    A.    Colonial Apartments.<br>18    Q.    And he moved out of your place at LG<br>19  Dugger Lane in about 2005; is that right?<br>20    A.    I am going to say that's right.<br>21    Q.    And did he go from there directly to<br>22  Colonial?<br>23    A.    No.  He went somewhere else.  He went<br>24  to live with somebody else, some girlfriend or<br>25  something.  I don't know.  Colonial Apartments is<br>page 42<br>1  where he lives at now.<br>2    Q.    How long has he lived there?<br>3    A.    He's been there -- I want to say he's<br>4  been there nine months to a year.<br>5    Q.    And before that he was living with<br>6  some girlfriend?<br>7    A.    Yes, ma'am.<br>8    Q.    What was her name?<br>9    A.    Well, I don't know.  I don't think it<br>10  was this one.  Sherry -- I am not real sure.<br>11    Q.    Did you ever meet her?<br>12    A.    Well, there was several of them, you<br>13  know.  I mean, he had a lot of friends.<br>14    Now, he stayed at a friend that he<br>15  worked for named -- I can't think of her name now.<br>16  But he stayed at her cabin where he was at.  He<br>17  stayed there for a little while.  I can't even<br>18  tell you how long he's been with this girl out<br>19  here.  I am not sure how long -- when they become<br>20  whatever. | Pl's obj.: R. 401, R. 402.<br>Where Plaintiff lives is<br>irrelevant to the issues in this<br>case.  Moreover, the<br>witness is speculating about<br>Plaintiff's previous living<br>arrangements. R. 602. |
| 21    Q.    Okay.  Generally, how often do you<br>22  see Tony now?<br>23    A.    Probably about twice a week.<br>24    Q.    And since the time that you stopped<br>25  living together, is that -- did you generally see<br>page 43<br>1  him about twice a week?<br>2    A.    Probably, yes.<br>3    Q.    And are there activities -- are you | |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 4  guys going out and doing something?  Or is he<br>5  coming to your house or are you coming to his?<br>6      A.    Just running about.  Run into each<br>7  other here and there.  I would go over to his<br>8  house mainly because I have a friend that's<br>9  next-door neighbors to him and I will see him a<br>10  lot and I will slip down there and see Tony while<br>11  I am at it.  They live in the same apartment<br>12  complex. | |
| [47:16] - [51:8] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 47<br>16      Q.    Are you aware that at some point in<br>17  2004 Tony had a chain saw accident?<br>18      A.    Yes.<br>19      Q.    That was in 2004, right?<br>20      A.    Maybe.<br>21      Q.    What's your understanding of what<br>22  happened during that accident?  What happened?<br>23      A.    The chain saw -- he was cutting some<br>24  boards off my barn and the chain saw kicked<br>25  back on him.  He hit a nail or something and it<br>page 48<br>1  kicked back on him and cut his face.<br>2      Q.    This was your barn?<br>3      A.    My barn, yeah.<br>4      Q.    Was he helping you build the barn, or<br>5  what was going on?<br>6      A.    Yeah, he was.  But he wasn't supposed<br>7  to.  Because I told him wait until I got back and<br>8  I was going to check on him that morning and we<br>9  were going to start building.<br>10          But he went down there and started<br>11  trimming some boards or something.  And I come in<br>12  and then -- well, they got in touch with me and<br>13  told me about it, that he done -- I reckon done<br>14  cleaned the mess up before I got there because he<br>15  didn't want me to walk in there and see all of the<br>16  blood and teeth and whatever else was laying<br>17  around on the floor.<br>18      Q.    Okay.  To your knowledge, was anyone<br>19  else around helping him?<br>20      A.    No.<br>21      Q.    He was by himself?<br>22      A.    To my knowledge, he was by himself.<br>23      Q.    Did you talk to him about what<br>24  happened? | PI's obj.:  R. 401, R. 402,<br>R. 403.  There is no<br>evidence that Plaintiff's prior<br>chainsaw accident has or had<br>any effect on his heart<br>condition.  Evidence<br>related to the accident is<br>irrelevant and intended<br>only to prejudice Plaintiff. |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 25    A.   Yeah.  That's the reason why -- I<br>page 49<br>1  could see what happened.  I seen what he did.  He<br>2  was trimming the boards off and the chain saw<br>3  kicked back on him.<br>4    Q.    Okay.  This was during the period<br>5  when he was living with you?<br>6    A.    Yes.<br>7    Q.    Were you guys building a barn from<br>8  the ground up?<br>9    A.    Uh-huh.  I done 99 percent of the<br>10  work on it myself.<br>11    Q.    Had he done any other work on it<br>12  besides this trimming the board?<br>13    A.    Tony, no.  He wouldn't do nothing.<br>14  Because you just got to know me.  I am real<br>15  particular.  I do most things myself.<br>16    Q.    I want to make sure I am clear.<br>17        You had basically been building the<br>18  barn by yourself?<br>19    A.    Uh-huh.<br>20    Q.    And then one day Tony is at home by<br>21  himself.  He looks at the barn and decides he's<br>22  going to trim the boards?<br>23    A.    Well, he trimmed the boards.  He did<br>24  do that.<br>25    Q.    Okay.<br>page 50<br>1    A.    He wasn't supposed to, but he did it.<br>2  He wasn't supposed to do nothing but wait on me<br>3  because I told him I would be home that morning.<br>4  I would be in early.<br>5    Q.    And the reason he wasn't supposed to<br>6  was because you wanted to do it yourself?<br>7    A.    Yeah.  Because I didn't want him to<br>8  run the chain saw by himself.<br>9    Q.    Because he didn't know how?<br>10    A.    Probably not that familiar with it as<br>11  I am.<br>12    Q.    Other than this trimming of the<br>13  boards, were there any other activities that he<br>14  helped you with around the property?<br>15    A.    No.  I had another friend helping me<br>16  on that, on the barn, when it come to heavy<br>17  lifting and stuff like that.<br>18        As far as -- are you talking about the<br>19  whole property and outside activities?  No.  I<br>20  mowed the yard and I did the whole works.<br>21    Q.    What year did you have your heart<br>22  attack?<br>23    A.    '98.  I believe it was around '98. | |

**Dedrick v. Merck Co., Inc.**
**Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 24  Q.  And you know that Tony smokes, right?<br>25  A.  I think I am right on that '98 --<br>page 51<br>1 yes, I do know that he smokes. | |
| 2  Q.  Okay.  Do you smoke?<br>3  A.  Yes.<br>4  Q.  How much do you smoke?<br>5  A.  A pack a day. | **Pl's Obj.:**  R. 401, R. 402.<br>Whether the witness<br>smokes is irrelevant to<br>Plaintiff's claims. |
| 6  Q.  Does Tony smoke more than you?<br>7  A.  I'd say he smokes a pack a day, maybe<br>8 a little more.  I don't know. | |
| [51:11] - [52:1] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 51<br>11      Do you know if he's ever attempted to<br>12 quit smoking?<br>13    A.  Tony, I am not sure.<br>14    Q.  Have you ever known him to, like,<br>15 wear a patch or chew Nicorette gum?<br>16    A.  Not that I know of.<br>17    Q.  Have you ever discussed quitting<br>18 smoking with him?<br>19    A.  A hundred times.  Thousands of times<br>20 we have.  We both said it to each other, you know,<br>21 wish we would quit and stuff like that, and we<br>22 never did it.  Well, I didn't anyway.<br>23    Q.  Has there ever been a period in the<br>24 past 20 years that you've known Tony not to smoke?<br>25    A.  No, ma'am.  I don't know if he has or<br>page 52<br>1 hasn't. | **Pl's Obj.:**  R. 602.  The<br>witness is unaware if<br>Plaintiff attempted to quit<br>smoking.  Speculative. |
| [52:19] - [54:5] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 52<br>19    Q.  Prior to 1999, do you know how much<br>20 Tony drank?<br>21    A.  Not really.<br>22    Q.  Do you know how often he drank?<br>23    A.  Not really.<br>24    Q.  Do you know what he drank?<br>25    A.  The times I seen him drink, it was a<br>page 53<br>1 beer. | |

**Dedrick v. Merck Co., Inc.**
**Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 2    Q.    And do you know who he drank with?<br>3    A.    Just different people, I guess.<br>4 Different friends.  His friends.<br>5    Q.    Did you ever go out drinking with<br>6 him?<br>7    A.    No, we never did party together.<br>8    Q.    Have you ever know of Tony to do<br>9 drugs?<br>10    A.    No, not to my knowledge.<br>11    Q.    So at any point in time, have you<br>12 ever known of Tony to do drugs?<br>13    A.    Not to my knowledge.  No, ma'am.<br>14    Q.    Has he ever told you that he's ever<br>15 done drugs?<br>16    A.    No, ma'am.<br>17    Q.    So you don't know one way or the<br>18 other whether or not he's ever done drugs?<br>19    A.    No, ma'am, I don't.<br>20    Q.    Are you aware that Tony filed a<br>21 Social Security disability claim?<br>22    A.    He filed a what?<br>23    Q.    A disability claim.<br>24    A.    Yes, ma'am.<br>25    Q.    And he's filed one with Social<br>page 54<br>1 Security, correct?<br>2    A.    Correct.<br>3    Q.    And he's also filed one with the<br>4 Veterans Administration; is that correct?<br>5    A.    Correct.<br><br><br>[54:19] - [54:23] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 54<br>19    Q.    And you are aware that ultimately he<br>20  was successful on the Social Security claim?<br>21    A.    Yes, I believe he was.<br>22    Q.    And that he was declared disabled<br>23  going back to 1999? | |
| [55:3] - [55:16] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 55<br>3          What's your understanding of what his<br>4  disability was going back to 1999? | **Pl's Obj.:** R. 602.  Witness does not have personal knowledge.  Speculative. No medical records support Plaintiff having heart problems in 1999.<br>If objection is overruled, |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 5          MS. O'DELL:  Object to the form. | Plaintiff counter designates |
| 6     A.   What, the percentage? | the following testimony |
| 7     Q.   No.  What the disability was going | 55:17-20: |
| 8 back to 1999. | 55 |
| 9     A.   What he claimed -- why he was | 17     Q.    What? |
| 10 claiming disability? | 18     A.    I am no good with dates.  I'm really |
| 11     Q.   Yes. | 19   not.  This is -- really I am the worst person you |
| 12     A.   Heart, I think. | 20   ever have seen with dates.  I'm sorry. |
| 13     Q.   Do you know if Tony had any heart | |
| 14 problems in 1999? | |
| 15          MS. O'DELL:  Object to the form. | |
| 16     A.   I -- '99, I think he did. | |
| | |
| [56:5] - [58:24] 10/24/2006 Dedrick, Kenny 9-26-2006 | |
| | |
| * Defendant's Affirmative Depo Designations | |
| | |
| page 56 | |
| 5     Q.   Did you ever -- do you know if he had | |
| 6 arthritis? | |
| 7     A.   Yes. | |
| 8     Q.   And how long has he had arthritis? | |
| 9     A.   A long time that I can remember.  I | |
| 10 mean, I can remember back several years because I | |
| 11 can remember him taking medication for it. | |
| 12     Q.   And he has diabetes, right? | |
| 13     A.   Right. | |
| 14     Q.   How long did he have diabetes? | |
| 15     A.   That come right after his heart | |
| 16 attack too, I think.  They found that after his | |
| 17 heart attack. | |
| 18     Q.   So you didn't know he had diabetes | |
| 19 before the heart attack? | |
| 20     A.   No, I did not. | |
| 21     Q.   And do you know whether he took | |
| 22 diabetes medication for that? | |
| 23     A.   No, I don't think he did. | |
| 24     Q.   Has he ever discussed his arthritis | |
| 25 with you? | |
| page 57 | |
| 1     A.   Yes.  I've heard him moan and groan a | |
| 2 lot. | |
| 3     Q.   How long has his arthritis been bad? | |
| 4     A.   Been bad?  How long?  Several years. | |
| 5 You know, I can't put a date on it.  But it's been | |
| 6 a long time.  He had it when he lived with my mom, | |
| 7 and he had it when he lived with me.  I do know | |
| 8 that. | |

# Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 9      Q.   Did he have it before he went to<br>10 prison?<br>11      A.   I am going to say he did because he<br>12 had those wrecks, a couple of wrecks, before that<br>13 that give him -- I think broke a few bones.<br>14      Q.   Car accidents?<br>15      A.   Car accidents, yes.<br>16      Q.   And do you know if his arthritis was<br>17 bad before he went to prison?<br>18      A.   It was pretty bad. I'd say it was<br>19 bad enough that he had to take medication. Mine<br>20 was bad too. I took medication for it too for a<br>21 while, but I quit taking it myself. | **Pl's Obj.:** R. 401, R. 402,<br>R. 403. Plaintiff objects<br>to the references to prison as<br>irrelevant and unfairly<br>prejudicial. The car accidents<br>in which Plaintiff was injured<br>are also irrelevant and<br>unfairly prejudicial. |
| 22      Q.   Did he ever discuss with you whether<br>23 or not his arthritis limited any of his<br>24 activities?<br>25      A.   Yes, it did. He did discuss that.<br>page 58<br>1      Q.   What did he say?<br>2      A.   Well, you know, he couldn't hardly do<br>3 anything. It was pretty bad. It wasn't what<br>4 you'd call crippling arthritis, but it was hurting<br>5 bad enough where he complained a lot. It limited<br>6 him some. | |
| 7      Q.   And did it limit him before he went<br>8 to prison? I am trying to narrow down the time<br>9 frame.<br>10      A.   I wish I could tell you when he went<br>11 to prison. I can't tell you the day he went to<br>12 prison. But I assume so. I am going to say yes,<br>13 before he went to prison. I wish I could give you<br>14 a definite answer on them dates, but I don't know<br>15 those dates. I am not good at keeping up with<br>16 dates. | **Pl's Obj.:** R. 401, R. 402,<br>R. 403. Plaintiff objects<br>to the references to prison as<br>irrelevant and unfairly<br>prejudicial. |
| 17      Q.   And it definitely limited his<br>18 activities once he was living with you --<br>19      A.   Yes.<br>20      Q.   -- and once he was released from<br>21 prison and was living with your mom?<br>22      A.   Uh-huh.<br>23      Q.   That's a "yes"?<br>24      A.   Yes. | |
| [59:7] - [60:20] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 59<br>7      Q.   And you mentioned that your brother<br>8 has had some wrecks. How many wrecks do you know | **Pl's Obj.:** R. 401, R. 402,<br>R. 403. Plaintiff objects<br>to the references to prior<br>car accidents in which<br>Plaintiff was injured. Such<br>evidence is irrelevant<br>and unfairly prejudicial. |

## Dedrick v. Merck Co., Inc.
### Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 9 about? <br> 10    A.   Two. <br> 11    Q.   Do you recall roughly when those <br> 12 were? <br> 13    A.   Three. Early '90s. I can say that <br> 14 much. Early '90s. And I think one of them could <br> 15 have been around '87 or '89. I am not sure. <br> 16    Q.   Is there a way that you could <br> 17 identify them? <br> 18    A.   I wish I could. <br> 19    Q.   For instance, do you know that there <br> 20 is one that involved him running into an <br> 21 18-wheeler? <br> 22        MS. O'DELL: Object to the form. <br> 23    A.   Yes. <br> 24    Q.   Okay. So one of his accidents <br> 25 involved his car running into an 18-wheeler? <br> page 60 <br> 1    A.   Right. <br> 2    Q.   What was the second accident? <br> 3    A.   He was involved in running over <br> 4 another vehicle, car. <br> 5    Q.   Were there people in the car? <br> 6    A.   Yes, there were. There were several <br> 7 occupants in the other car. <br> 8    Q.   Do you know who they were? <br> 9    A.   It was a man and his wife and three <br> 10 children, I am going to say. <br> 11    Q.   Do you know if anybody was injured? <br> 12    A.   Yes. <br> 13    Q.   Who? <br> 14    A.   I think they were all injured. The <br> 15 man was definitely injured. He was injured real <br> 16 bad. He was a lawyer. <br> 17    Q.   The man? <br> 18    A.   Yeah, that he run over. <br> 19    Q.   How do you know that? <br> 20    A.   Everybody in town knowed him. | |
| [61:1] - [61:9] 10/24/2006 Dedrick, Kenny 9-26-2006 <br><br> * Defendant's Affirmative Depo Designations <br><br> page 61 <br> 1    Q.   And what about the third accident you <br> 2 are thinking of? <br> 3    A.   I think that was his last one. The <br> 4 reason I said three, I did know he wrecked my <br> 5 pickup one time, but it was no big deal. Nobody <br> 6 else was involved in it or nothing like that. He | **Pl's Obj.:** R. 401, R. 402, R. 403. |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 7  just run off in the ditch.<br>8     Q.    Did he get injured?<br>9     A.    No. | |
| [61:14] - [62:24] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 61<br>14      Q.    Do you -- to your knowledge, how many<br>15  times has Tony been hospitalized?<br>16      A.    Three times -- four times, to my<br>17  knowledge.<br>18      Q.    And what's the first time you are<br>19  thinking of?<br>20      A.    The first time was a wreck, the<br>21  second time was a wreck, and the third time was a<br>22  heart attack, I think.  And the chain saw<br>23  accident.<br>24      Q.    And the first wreck that you are<br>25  thinking of, was that the wreck with the<br>page 62<br>1  18-wheeler?<br>2      A.    The first wreck was with the<br>3  18-wheeler.  I think so.<br>4      Q.    How long was he hospitalized?<br>5      A.    About a couple of weeks.<br>6      Q.    And then the second wreck with the<br>7  lawyer, is that the one you are thinking of?<br>8      A.    A couple of weeks on that too.<br>9      Q.    And the heart attack, how long was he<br>10  hospitalized?<br>11      A.    Five or six days.<br>12      Q.    And the chain saw accident, how long<br>13  was he hospitalized?<br>14      A.    Three or four days.<br>15      Q.    And the wreck with the 18-wheeler,<br>16  what's your understanding of the nature of his<br>17  injuries?<br>18      A.    Well, he had a pretty serious head<br>19  injury.  Broke ribs.  Bruised his lungs and heart<br>20  that I know of.<br>21      Q.    And then with the second wreck with<br>22  the lawyer, what's your understanding of the<br>23  nature of his injuries?<br>24      A.    Just basically the same thing.<br><br><br>[63:18] - [63:23] 10/24/2006 Dedrick, Kenny 9-26-2006 | Pl's Obj.:  R. 401, R. 402,<br>R. 403. |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| * Defendant's Affirmative Depo Designations | |

page 63
18     Q.    And is it your understanding it's the
19  injuries that he sustained from his car accidents
20  that contributed to his arthritis pain?
21     A.    I would say so.  In my opinion, yes.
22  Because I broke my ribs and I have arthritis in
23  them myself.


[70:25] - [72:24] 10/24/2006 Dedrick, Kenny 9-26-2006

* Defendant's Affirmative Depo Designations

page 70
25     Q.    Did you know Tony was taking Vioxx?
page 71
1     A.    Yes.
2     Q.    At the time he was taking it?
3     A.    I remember him telling me that's what
4  the doctor had him on, yes.
5     Q.    How long was he taking it, to your
6  knowledge?
7     A.    I don't have a clue.
8     Q.    But you remember a specific
9  conversation or conversations about it with Tony?
10     A.    Not really.  I just know, you know,
11  he told me he was taking Vioxx.  That's what it
12  was.  I remember him showing me the medicine.
13     Q.    Why was he showing it to you?
14     A.    Well, because normally he would bring
15  his medicine in and lay it down on the table.  And
16  he had a certain place he put his medication, and
17  I had a certain place I put my medications in the
18  house.
19     Q.    And so this would be around the time
20  he first started taking it; is that right?
21     A.    I am not sure on that part.
22     Q.    But he was taking Vioxx when he was
23  living with you?
24     A.    Yes.
25     Q.    And where would he keep his
page 72
1  medication?
2     A.    I had a little hutch-type deal and he
3  kept all of his medication in it and in his
4  bedroom.
5     Q.    This is a hutch in his bedroom?
6     A.    Well, I had one in my kitchen.
7  That's where he kept all of his diabetic medicine.

**Dedrick v. Merck Co., Inc.**
**Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 8  And he would keep all of his other medicine in his<br>9  bedroom.<br>10      Q.    Okay.  So Tony's medicine, he had<br>11  some of it in the kitchen, which is for diabetes?<br>12      A.    That's where he kept his diabetes<br>13  medicine at.<br>14      Q.    And then everything else he kept in<br>15  his bedroom?<br>16      A.    Bedroom and bathroom.  He had his own<br>17  separate bathroom.<br>18      Q.    And do you know where he kept his<br>19  Vioxx?<br>20      A.    Not really.<br>21      Q.    Did you ever see him take Vioxx?<br>22      A.    No.  I mean, I couldn't tell you what<br>23  he took because he took so much of it, so much<br>24  medicine when he took his medicine. | |
| [74:19] - [74:24] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 74<br>19      Q.    To your knowledge, for what<br>20  conditions does Tony take pain medications?<br>21      A.    I am not sure.<br>22      Q.    Do you know if he takes pain<br>23  medication for arthritis?<br>24      A.    I am not sure. | **Pl's Obj.:**  R. 602.  Lack<br>of personal knowledge. |
| [75:3] - [75:14] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 75<br>3      Q.    Did you ever discuss during the<br>4  time --<br>5      A.    I have seen him where he couldn't get<br>6  out of a chair before.<br>7      Q.    Because --<br>8      A.    It was all he could do to get out of<br>9  a chair because he was hurting so bad.<br>10      Q.    How often would that happen?<br>11      A.    Several times when he was living with<br>12  me.<br>13      Q.    And this was his arthritis?<br>14      A.    I think it was. | |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [80:15] - [80:17] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 80<br>15     Q.     Did you meet with Tony's lawyers to<br>16  prepare for this deposition?<br>17       A.    Yes, I did. | PI's Obj.: R. 401, R. 402.<br>Whether the witness met<br>with Plaintiff's lawyers<br>prior to his deposition<br>is irrelevant. |
| [85:7] - [85:10] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 85<br>7       Q.    And we know that you've had a heart<br>8  attack, Tony's had a heart attack, your mother had<br>9  a heart attack, three of her brothers, and your<br>10  grandmother; is that correct? | |
| [85:12] - [85:14] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 85<br>12       A.    (Witness nods head.)<br>13       Q.    Is that a "yes"?<br>14       A.    Pretty close, yes. | |
| [86:5] - [86:7] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 86<br>5       Q.    What about high cholesterol?<br>6       A.    I can speak for myself.  I have high<br>7  cholesterol.  I don't know about anybody else. | PI's Obj.: R. 401, R. 402.<br>The witness's cholesterol<br>level is irrelevant. |
| [86:19] - [86:22] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 86<br>19       Q.    Who in your family has diabetes?<br>20       A.    Phil, my brother; Tony, my brother;<br>21  Phil's son, Shawn.  My mother had it.  My<br>22  grandmother had it.  And that's all I know of. | |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [86:25] - [87:3] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 86<br>25    Q.   Who in your family has had<br>page 87<br>1  hypertension, or high blood pressure?<br>2      A.   I can say and speak for myself.  Yes,<br>3  I do. | **Pl's Obj.:**  R. 401, R. 402.<br>The witness's blood pressure<br>is irrelevant. |
| [87:10] - [87:16] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 87<br>10    Q.   Do you know whether any of you or any<br>11  of your blood relatives had depression or anxiety?<br>12      A.   I do.<br>13      Q.   Do you take medication?<br>14      A.   Yes.<br>15      Q.   What do you take?<br>16      A.   Xanax. | **Pl's Obj.:**  R. 401, R. 402.<br>The witness's depression<br>is irrelevant. |
| [87:23] - [88:6] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 87<br>23    Q.   What about blood clots or clotting<br>24  disorders?<br>25      A.   I had a blood clot.<br>page 88<br>1      Q.   When did you have a blood clot?<br>2      A.   Somewhere in '98 when I had the heart<br>3  attack.<br>4      Q.   And they told you your heart attack<br>5  was due to blood clots?<br>6      A.   Yes.<br><br>[88:12] - [88:15] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 88<br>12      Q.   So you had your heart attack in 1998?<br>13      A.   Yes, ma'am, I believe that's correct. | **Pl's Obj.:**  R. 401, R. 402. |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 14   Q.   And you were 41?<br>15   A.   At the time I was 39. | |
| [88:17] - [88:25] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 88<br>17        And how was your heart attack treated?<br>18  Did you have like a bypass or a stent or what<br>19  happened?<br>20   A.   No, ma'am.  I had the heart attack<br>21  and it scarred my heart.  It damaged my heart<br>22  where they couldn't do a bypass.  The damage was<br>23  done.  So they couldn't do nothing for me.  It<br>24  killed that part of the heart, that side of the<br>25  heart. | PI's Obj.:  R. 401, R. 402.<br>The witness's treatment<br>following his heart attack<br>is irrelevant. |
| [89:25] - [92:8] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 89 | |
| 25   Q.   What were you doing the day you had<br>page 90<br>1  your heart attack?<br>2   A.   Fighting.  Arguing.<br>3   Q.   Okay.  Let me rephrase the question. | PI's Obj.:  R. 401, R. 402,<br>R. 403. |
| 4        What happened the day you had your<br>5  heart attack? | |
| 6   A.   The night I had the heart attack.<br>7  Well, at that time I drank a lot of beer that day.<br>8  And I got upset.  And I didn't even know I was<br>9  having a heart attack. | PI's Obj.:  R. 401, R. 402,<br>R. 403. |
| 10        I went home and I laid down.  My back<br>11  was hurting between my shoulder blades.  I thought<br>12  I had hurt my back.  When I laid down, I couldn't<br>13  breathe.  I got up and drove myself to the<br>14  hospital.<br>15   Q.   And when you got to the hospital,<br>16  they told you you were having a heart attack?<br>17   A.   Definitely had a heart attack. | |
| 18   Q.   Did you actually get into a physical<br>19  fight with somebody?<br>20   A.   It was an argument.<br>21   Q.   With who?<br>22   A.   A real big guy.<br>23   Q.   Was it a friend of yours?<br>24   A.   No. | PI's Obj.:  R. 401, R. 402,<br>R. 403. |

**Dedrick v. Merck Co., Inc.**
**Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 25    Q.   Was it a stranger?<br>page 91<br>1      A.   Yeah, kind of a stranger.  Back in my<br>2  younger days before I knew better.<br>3      Q.   And you were at home when you started<br>4  having the heart attack?<br>5      A.   Actually I was at the place, and I<br>6  drove home as I was having the heart attack.  And<br>7  when I got home when I laid down, I realized that<br>8  my back wasn't hurting.  I was probably having a<br>9  heart attack.  And I got up and drove myself to<br>10  the hospital.<br>11     Q.   Where had you been when you started<br>12  having the heart attack?<br>13     A.   At a club.<br>14    Q.   A club?<br>15    A.   Uh-huh.<br>16    Q.   Where was that?  In Waynesboro?<br>17    A.   Uh-huh.<br>18    Q.   What was the name of it?<br>19    A.   The Pad, I think.<br>20    Q.   The Pad?<br>21    A.   The Pad.<br>22    Q.   Now, what's your understanding for<br>23  why you had a heart attack?<br>24    A.   I don't know why I had one.  I mean,<br>25  I never had no signs before in my life.  I just up<br>page 92<br>1  and had a heart attack.<br>2      Q.   Did any doctor ever tell you why you<br>3  had a heart attack?<br>4      A.   No, ma'am.  Never had no high blood<br>5  pressure or nothing.  Just had a heart attack.<br><br>6      Q.   But at that point in time you had a<br>7  strong family history of cardiovascular disease,<br>8  right?<br><br><br>[92:10] - [92:23] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 92<br>10    A.   It was in my family, yeah.<br>11    Q.   Other than family history, did you<br>12  have any other risk factors for a heart attack, to<br>13  your knowledge?<br>14    A.   No, ma'am.<br>15    Q.   Were you smoking at that time?<br>16    A.   Yes.<br>17    Q.   Any other risk factors? | |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 18    A.   No.  I was always in good shape, <br> 19 always real active.  Played a lot of sports when I <br> 20 was young. <br> 21    Q.   And at the time you were 39? <br> 22    A.   Yeah.  I was playing sports then.  I <br> 23 played football then. | |
| [93:12] - [93:18] 10/24/2006 Dedrick, Kenny 9-26-2006 <br><br> * Defendant's Affirmative Depo Designations <br><br> page 93 <br> 12    Q.   Did you ever discuss your heart <br> 13 attack with Tony? <br> 14    A.   He come and seen me at the hospital. <br> 15 That's about it.  I don't think we discussed <br> 16 anything. <br> 17    Q.   How long were you in the hospital? <br> 18    A.   Five days. | Pl's Obj.: R. 401, R. 402. <br> Witness did not discuss <br> his heart attack with Plaintiff. |
| [93:22] - [94:16] 10/24/2006 Dedrick, Kenny 9-26-2006 <br><br> * Defendant's Affirmative Depo Designations <br><br> page 93 <br> 22    Q.   Did your doctors talk to you at all <br> 23 about making any lifestyle changes after your <br> 24 heart attack? <br> 25    A.   Yes.  They told me to quit smoking. <br> page 94 <br> 1    Q.   Did they tell you to do anything <br> 2 else? <br> 3    A.   You know, eat right and get on a diet <br> 4 as far as, you know, whatever diet they give heart <br> 5 patients. <br> 6    Q.   Anything else? <br> 7    A.   That's about it. | |
| 8    Q.   And after your heart attack, did you <br> 9 try to quit smoking? <br> 10    A.   I quit for five days. <br> 11    Q.   And did you change your diet at all? <br> 12    A.   Somewhat for a while. <br> 13    Q.   Okay.  Did you ever discuss with Tony <br> 14 whether he should make lifestyle changes?  This is <br> 15 after your heart attack. <br> 16    A.   I don't remember discussing it, no. | Pl's Obj.: R. 401, R. 402. <br> Whether witness attempted <br> to quit smoking is irrelevant. <br> Witness never discussed <br> with Plaintiff making lifestyle <br> changes. |
| [97:21] - [98:12] 10/24/2006 Dedrick, Kenny 9-26-2006 | Pl's Obj.: R. 401, R. 402, |

## Dedrick v. Merck Co., Inc.
## Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| * Defendant's Affirmative Depo Designations<br><br>page 97<br>21      Q.   But to you knowledge, once he was<br>22 released from prison but before his heart<br>23 attack -- let's focus on that time period.<br>24      A.   Before his heart attack.<br>25      Q.   Before his heart attack but after<br>page 98<br>1 prison, did he ever go hunting?<br>2      A.   After he got out of prison?<br>3      Q.   Right, but before his heart attack.<br>4      A.   I am not sure.<br>5      Q.   You didn't know him to go hunting?<br>6         You didn't go hunting with him,<br>7 correct?<br>8      A.   I didn't -- not after he got out of<br>9 prison I didn't.<br>10      Q.   You don't know whether he ever went<br>11 fishing after he got out of prison?<br>12      A.   Not real sure.  No, I am not. | R.403.  References to prison are irrelevant and unfairly prejudicial.  Subject of MIL # 1.  Also, R. 602; witness lacks personal knowledge. |
| [101:18] - [103:23] 10/24/2006 Dedrick, Kenny 9-26-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 101<br>18         To your knowledge, has Tony made any<br>19 lifestyle changes in order to prevent having a<br>20 second heart attack?<br>21      A.   He watches his diet pretty good.<br>22      Q.   Anything else?<br>23      A.   He don't drink near as much as he<br>24 did.  I do know that for a fact.<br>25      Q.   And how much did he used to drink?<br>page 102<br>1      A.   Well, I don't know.  But quite a bit,<br>2 I guess.  I don't know how much is a lot.  But a<br>3 lot more than I ever did.  I don't know.  I just<br>4 know that they went out and did their thing back<br>5 then. | |
| 6      Q.   And by "back then," you are referring<br>7 to -- this is after he was released from prison<br>8 but before his heart attack?<br>9      A.   Before his heart attack they went out<br>10 together and had a lot of fun together, did what<br>11 guys do, I guess. | Pl's Obj.:  R. 401, R. 402, R.403.  References to prison are irrelevant and unfairly prejudicial.  Subject of MIL # 1. |
| 12      Q.   And was this during the time period<br>13 after he was released from prison but before his | Pl's Obj.:  Same. |

## Dedrick v. Merck Co., Inc.
### Defendant's Affirmatives with Plaintiff's Objections - Kenny Dedrick
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 14  heart attack?<br>15      A.   After he was released from prison, he<br>16  didn't do near as much as he did before.  He<br>17  calmed down a lot.  He slowed down a lot.  I mean,<br>18  because he couldn't drive, he couldn't go nowhere.<br>19  He didn't have a driver's license for one thing. | |
| 20      Q.   Do you know how long Tony was in<br>21  prison?<br>22      A.   Nearly three years or three years,<br>23  somewhere in that time frame.<br>24      Q.   During the time period after Tony was<br>25  released from prison and when he was living at<br>page 103<br>1  your mom's house, did he ever go to Buffalo River?<br>2      A.   I am sure he did.  I can't --<br>3      Q.   Do you know that for a fact?<br>4      A.   No, I can't say that for a fact.  But<br>5  I am sure he did something.<br>6      Q.   Why are you sure he did?<br>7      A.   Well, I assume he did.<br>8      Q.   Why do you assume he did?<br>9      A.   Well, he did something because he<br>10  wasn't there every weekend with my momma.  He did<br>11  go out occasionally.<br>12      Q.   So basically you know he wasn't<br>13  hanging around the house on the weekend, but you<br>14  weren't sure what he was doing?<br>15      A.   Well, he would stay at the house on<br>16  weekends sometimes but not every weekend.<br>17      Q.   But the weekends he wasn't staying at<br>18  the house --<br>19      A.   He was probably off doing something.<br>20      Q.   Was out doing something.  You don't<br>21  know quite what?<br>22      A.   Right.  I don't know anything that he<br>23  was doing. | Pl's Obj.:  R. 401, R. 402,<br>R.403.  References to<br>prison are irrelevant and<br>unfairly prejudicial.  Subject<br>of MIL # 1.  R. 602.  Witness<br>is speculating. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

---

### Plaintiff's Counter-Designations of Deposition Testimony of Kenny Dedrick
### Exhibit "B"

| Start Page | Line | End Page | Line |
|---|---|---|---|
| 18 | 12 | 18 | 14 |
| 20 | 10 | 20 | 12 |
| 22 | 17 | 23 | 3 |
| 24 | 7 | 24 | 15 |
| 28 | 14 | 28 | 24 |
| 37 | 4 | 37 | 10 |
| 40 | 5 | 40 | 10 |
| 46 | 4 | 47 | 5 |
| 52 | 2 | 52 | 18 |
| 73 | 10 | 73 | 13 |
| 94 | 17 | 95 | 23 |
| 97 | 8 | 97 | 13 |
| 98 | 14 | 98 | 19 |
| 103 | 24 | 104 | 7 |

| Conditional | | | |
|---|---|---|---|
| Start Page | Line | End Page | Line |
| 55 | 17 | 55 | 20 |