**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 26, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>      PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

**BEFORE JUDGE ELDON E. FALLON**
Court Reporter: Cathy Pepper

Appearances:
Lenny Davis, Esq. for PSC
**Phillip Wittmann, Esq. for Merck & Co., Inc.**

Two of defendant, Merck & Co., Inc., Rules to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Provide Any Responses to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C    (#6408 & #6724)

See Court's Order for rulings.

**JS-10:   1:00**