# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
*Williams v. Merck & Co., Inc.*, 06-3155

## ORDER

IT IS ORDERED that the Plaintiff's Motion for Nonsuit Without Prejudice, or Request for Protective Order to Extend Time to File Plaintiff Profile Form (Rec. Doc. 8125) is GRANTED IN PART AND DENIED IN PART.  The Plaintiff's request for an order of nonsuit without prejudice is DENIED, however the Plaintiff's request for an extension of time to file the Plaintiff Profile Form is GRANTED.  Accordingly, IT IS ORDERED that the Plaintiff shall file a Plaintiff Profile Form within twenty (20) days.

New Orleans, Louisiana, this __25th__ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE