**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | **:** | **MDL NO. 1657** |
| **IN RE: VIOXX** | **:** | |
|    **PRODUCTS LIABILITY LITIGATION** | **:** | **SECTION: L** |
| | **:** | |
| | **:** | **JUDGE FALLON** |
| | **:** | **MAG. JUDGE KNOWLES** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. **:**
**THIS DOCUMENT RELATES TO**
   *Gamble v. Merck & Co., Inc., et al.*, 05-6226

**ORDER**

IT IS ORDERED that the Plaintiff's Motion to Dismiss (Rec. Doc. 8124) is DENIED.

New Orleans, Louisiana, this   25th   day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE