UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 
**THIS DOCUMENT RELATES TO**
*Thomas, et al. v. Merck & Co., Inc., et al.*, 05-981

### ORDER

IT IS ORDERED that the Plaintiff's Request for Dismissal (Rec. Doc. 8123) is DENIED.

New Orleans, Louisiana, this   25th   day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE