UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK, an Individual, | * | MAG. JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

Motion in Limine No. 12

PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
THE "MARTIN REPORT"

Plaintiff Anthony Dedrick, by and through his undersigned counsel, moves to exclude from evidence the Merck document referred to as the "Martin Report." This report is hearsay and does not fall within any hearsay exception. Therefore, the Report is inadmissible.

Merck recently released to the public the "Report of The Honorable John S. Martin, Jr., to the Special Committee of the Board of Directors of Merck & Co., Inc., Concerning the Conduct of Senior Management in the Development and Marketing of Vioxx", the so-called "Martin Report." It purports to present the findings of an

"independent investigation" into Merck's "senior" management's conduct regarding Vioxx. *Id.* Several points about the report, however, are worth noting.

The "investigation" was conducted by a prominent New York-based corporate defense law firm, Debevoise & Plimpton ("Debevoise"), which lists among its clients corporate defendants in mass tort product liability litigation and in securities fraud litigation. The "investigation" was paid for entirely by Merck and cost over $21 million. Further, the *New York Times* reports that Debevoise sent an advanced draft of the Report in May – four months before its release – to lawyers at Hughes, Hubbard & Reed, a firm defending Merck in Vioxx suits, and to Merck's General Counsel, Kenneth C. Frazier. Merck's lawyers reviewed the Report for "accuracy."

Putting aside the serious doubts about the Report's independence, reliability, and accuracy – Merck's Debevoise lawyers announced the report's conclusions at a press conference.

The Report is 175 pages of hearsay. *See* Fed. R. Evid. 801(c). The out-of-court statements contained in the Report are offered for the truth of the matters asserted. The Report is nothing more than Merck's lawyers summarizing their "investigation," which consisted of reviewing documents produced in litigation, depositions, trial transcripts, and interviewing Merck employees and paid consultants,[1] two years after Vioxx's withdrawal from the market. The Report does not come within any hearsay exception. *See* Fed. R. Evid. 803. The Report and all references, comments or inferences regarding the Report should be excluded from evidence in this case.

---

[1] Interestingly, the investigators failed to interview even one of the independent scientists who were publicly critical of Merck or who published studies contradicting Merck's position regarding the cardiovascular safety of Vioxx.

For the foregoing reasons, Plaintiff's motion in limine to exclude the Martin Report should be granted.

Date:  October 27, 2006

Respectfully submitted,

By *P. Leigh O'Dell* (signature)
Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama  36103-4160
Telephone:  (334) 269-2343
Facsimile: (334) 954-7555

Counsel for Plaintiff

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion in Limine to Exclude the "Martin Report" has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of October, 2006.

_____
P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.