UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 <br><br> Section L <br><br> Judge Eldon E. Fallon <br><br> Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
*Esther C. Breuer v. Merck & Co., Inc.*, Case No. 2:05-CV-04117

PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE AMENDED PLEADING

Plaintiff, Esther C. Breuer, requests leave of court to file an amended pleading, Plaintiff's First Amended Complaint:

1.  Plaintiff filed her original complaint on August 25, 2005. Defendant filed its answer on December 2, 2005. Plaintiff now seeks to amend her original complaint.

2.  Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Lyn-Lea Travel Corp. v. American Airlines, Inc.*, 283 F.3d 282, 286 (5th Cir. 2002).

3.  The court should permit the filing of Plaintiff's First Amended Complaint because the amended pleading merely clarifies and corrects jurisdictional allegations

made in her original complaint. *Associated Musicians v. Parker Meridian Hotel*, 145 F.3d 85, 89-90 (2d Cir. 1998).

4. The amended pleading does not raise any additional theories of recovery, adds no new parties, and therefore causes no surprise or prejudice. *Nelson v. Adams USA, Inc.*, 529 U.S. 460, 466 (2000). Accordingly, Merck will not be prejudiced by Plaintiff's First Amended Complaint.

5. Plaintiff is filing her amended pleading along with this motion.

Conclusion

6. Because Plaintiff's First Amended Complaint merely clarifies and corrects the original complaint, and because Merck will not be prejudiced, Plaintiff asks the court to grant leave to file the amended pleading.

Respectfully submitted,

/s/ Grant Kaiser

| | |
|---|---|
| Drew Ranier | Grant Kaiser |
| Louisiana Bar No. 8320 | Texas Bar No. 11078900 |
| **RANIER, GAYLE & ELLIOT LLC** | **THE KAISER FIRM LLP** |
| 1419 Ryan Street | 8441 Gulf Freeway, Suite 600 |
| Lake Charles, Louisiana 70601 | Houston, Texas 77017 |
| (337) 494-7171; fax (337) 494-7218 | (713) 223-0000; fax (713) 223-0440 |
| | |
| Walter Umphrey | John Eddie Williams, Jr. |
| Texas Bar No. 20380000 | Texas Bar No. 21600300 |
| **PROVOST UMPHREY LAW FIRM LLP** | Amy M. Carter |
| | Texas Bar No. 24004580 |
| 490 Park Street | **WILLIAMS BAILEY LAW FIRM LLP** |
| Beaumont, Texas 77701 | 8441 Gulf Freeway, Suite 600 |
| (409) 835-6000; fax (409) 838-8888 | Houston, Texas 77017 |
| | (713) 230-2200; fax (713) 643-6226 |

Mikal Watts
Texas Bar No. 20981820
**THE WATTS LAW FIRM LLP**
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
(361) 887-0500; fax (361) 887-0055


ATTORNEYS FOR PLAINTIFFS