UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| --- | --- |
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
*Esther C. Breuer v. Merck & Co., Inc.*, Case No. 2:05-CV-04117

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED PLEADING

On this day, the Court considered Plaintiff Esther Breuer's motion for leave to file an amended pleading and the response, and after reviewing the motion and response is of the opinion that said Motion should be GRANTED.

SIGNED AND ENTERED on this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE