71 FR 3922-01                                                    Page 119
71 FR 3922-01, 2006 WL 160271 (F.R.)
**(Cite as: 71 FR 3922)**

Additional cost per unit sold ........   $0.23 ........   $2.24 ........   $2.86
FN1 Numbers may not sum due to rounding.
FN2 Number of pieces of trade labeling printed is calculated as units
    produced/year plus 10 percent wastage factor, at an incremental printing cost
    of $0.001791 per labeling.
FN3 To calculate the cost for printing labeling not accompanying drug
    products, the number of units is adjusted by the ratio of the average number
    of pieces printed for mailings to the average number printed as trade
    labeling (i.e., 1.126), and multiplied by the incremental printing cost of
    $0.0085 per piece.
FN4 Number of pieces of trade labeling printed is calculated as units
    produced/year plus 10 percent wastage factor, at an incremental printing cost
    of $0.006837 per labeling.
FN5 Assume that prescription drug labeling is already being printed in the PDR.
    Most low-volume products (i.e., less than 10,000 units per year) will not
    have labeling in the PDR.
----------------------------------------------------------------------------

*F. Alternatives Considered*

1. Do Nothing

  The agency considered and rejected this option. The current prescription drug
labeling is complex, requiring health care practitioners to spend unnecessary time
seeking information they need for the safe and effective use of drug products by
their patients. Preventable adverse reactions have many causes and are a serious
public health issue. Changing prescription drug labeling to meet the needs of health
care practitioners that use it is one of many public health initiatives aimed at
reducing these adverse reactions and improving health care.

2. Formatting Alternatives

  FDA has considered numerous alternative formats, including a longer Highlights.
Highlights is limited to one-half page in 8 points to respond to health care
practitioners' concerns about length as well as to reduce the incremental printing
costs to manufacturers.

  The agency also considered requiring larger minimum type sizes. A 10-point minimum
size requirement would increase the amount of paper needed to print the average
reformatted labeling by about 200-square inches at an incremental cost of $18,000
per million pieces. Over 10 years, the total present value of producing longer trade
labeling in 10 points compared to 6 points would equal $95 million or $120 million
with a 7- or 3-percent discount rate, respectively. In addition to higher
incremental printing costs, requiring 10-point minimum type size would make labeling
so large that many manufacturers would be forced to modify or replace packaging
equipment. The agency therefore rejected this option because the potential benefits
of the larger type size did not outweigh the costs.

  The agency also considered and rejected a 10-point minimum size requirement for
labeling not accompanying drug products. Compared to the minimum requirement of 8
points in the final rule, this larger type size would have taken about 100-square
inches more paper at an incremental cost of $9,000 per million pieces.

  Finally, the agency proposed a minimum size requirement of 8 points for trade
labeling instead of the 6-point requirement in the final rule. At 6 points, the
average revised labeling will increase by about 20-square inches. Requiring the
larger minimum size would take another 70-square inches of paper and cost industry
about $6,000 per million pieces of trade labeling. Because this requirement would be
burdensome on industry, the agency rejected the 8-point minimum type size.

3. Alternative Categories of Affected Products

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

 Three alternative categories of products to be covered by the rule were considered: (1) All drugs, (2) a set of innovator and generic drugs on a "top 200 most prescribed" list, and (3) the "top 100" or "top 200" drugs with the most adverse reactions. The agency believes including only labeling of new and more recently approved drug products is the best option for implementing the new format requirements (see comment 113). Even this limited set of products will require substantial resources from both industry and the agency for a period of several years. The agency's proposed implementation plan, which is being finalized in this rule as proposed, is intended to make the best use of these resources. Because there is a lack of standardized data on prescription volume and volumes can fluctuate considerably over time, the agency does not believe that categories based on volume would be prudent or feasible. As discussed in the preamble to the proposed rule (65 FR 81082 at 81098), the plan targets newer products because practitioners are more likely to refer to the labeling for newer products. Internal agency analysis finds that fully 40 percent of adverse reaction reports submitted to the FDA are for drugs approved within the last 3 years. Therefore, the agency rejected these three alternative categories in order to focus efforts on recently approved drug products whose labeling is more likely to be consulted by physicians.

4. Alternative Implementation Schedule

 FDA considered a shorter implementation schedule of 3 years after the effective date for all applications and efficacy supplements approved 5 years prior to the effective date. The agency selected the more gradual implementation schedule of up to 7 years to reduce the cost impact of the rule, especially on small entities.

XII. Civil Justice Reform

 This rule has been reviewed under Executive Order 12988, Civil Justice Reform. This regulation meets the applicable standards set forth in sections 3(a) and 3(b)(2) of Executive Order 12988.

XIII. References

 The following references have been placed on display in the Division of Dockets Management (HFA-305), Food and Drug Administration, 5630 Fishers Lane, rm. 1061, Rockville, MD 20857, and may be seen by interested persons between 9 a.m. and 4 p.m., Monday through Friday. (FDA has verified the Web site addresses, but FDA is not responsible for any subsequent changes to the Web sites after this document publishes in the Federal Register.)

 1. Miller, G. A., "The Magical Number Seven, Plus or Minus Two: Some Limits on Our Capacity for Processing Information," Psychological Review, 101(2):343-352, 1994.

 2. Shiffrin, R. M., and R. M. Nosofsky, "Seven Plus or Minus Two: A Commentary On Capacity Limitations," Psychological Review, 101(2):357-361, 1994.

 3. Allen, P. A., and L. C. Crozier, "Age and Ideal Chunk Size," Journal of Gerontology: Psychological Sciences, 47(1):47-51, 1992.

 4. Food and Drug Administration, "Consumer Comprehension and Preference for Variations in the Proposed Over-the-Counter Drug Labeling Format," in OTC vol. 28, Docket No. 96N-0420, Division of Dockets Management.

 5. National Surveys of Prescription Medicine Information Received by Consumers, http://www.fda.gov/cder/ddmac/y2ktable.htm.

 http://www.fda.gov/cder/ddmac/y2kTITLE.htm.

 6. Kripalani, S., "The Write Stuff: Simple Guidelines Can Help You Write and Design Effective Patient Education Materials," Texas Medicine, 91:40-45, 1995.

 7. Backinger, C. L., and P. A. Kingsley, "Write It Right: Recommendations for Developing User Instructions for Medical Devices Used in Home Health Care,"

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Department of Health and Human Services, Publication No. FDA 93-4258, 1993.

8. Mettger, W., and J. Mara, "Clear & Simple: Developing Effective Print Materials for Low-Literate Readers," Bethesda, MD, National Cancer Institute, Publication No. NIH 95-3594, 1994, http://oc.nci.nih.gov/services/Clear--and-- Simple/HOME.htm.

9. Silver, N. C., and C. C. Braun, "Perceived Readability of Warning Labels *3986 with Varied Font Sizes and Styles," Safety Science, 16:615-625, 1993.

10. Wilkins, A. G., and M. I. Nimmo-Smith, "The Clarity and Comfort of Printed Text," Ergonomics, 30:1705-1720, 1987.

11. Transcript of public meeting on prescription drug labeling, Docket No. 95N-0314, October 30, 1995.

12. Eastern Research Group, Inc., "Cost Impacts of the Over-the-Counter Pharmaceutical Labeling Rule," appendix A, March 5, 1999.

13. Connelly, D. P. et al., "Knowledge Resource Preferences of Family Physicians," Journal of Family Practice, 31(2):121-122, 1990.

14. Ely, J. W. et al., "What Clinical Information Resources Are Available in Family Physicians' Offices?" Journal of Family Practice, 48(2):135-139, 1999.

15. Ely, J. W. et al., "The Information Needs of Family Physicians: Case-Specific Clinical Questions," Journal of Family Practice, 35(3):265-269, 1992.

16. Gorman, P., "Information Needs in Primary Care: A Survey of Rural and Nonrural Primary Care Physicians," Medinfo, 10 (Pt. 1):338-342, 2001.

17. National Association of Chain Drug Stores, "Industry Facts-at-a-Glance--Rx Sales 2001," http://www.nacds.org/wmspage.cfm?parm1=507#rx (last viewed 8/27/02).

18. U.S. Department of Labor, Bureau of Labor Statistics, "2000 National Occupational Employment and Wage Estimates--29-1051 Pharmacists," http://www.bls.gov/oes/2000/oes291051.htm (last viewed 8/27/02).

19. U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook, 2002-03, Pharmacists (occupation code 29-1051), 2002, http://www.bls.gov/oco/ocos079.htm (last viewed 9/13/02).

20. Jousimaa, J. et al., "Physicians' Patterns of Using a Computerized Collection of Guidelines for Primary Care," International Journal of Technology Assessment in Health Care, 14(3):484-493, 1998.

21. U.S. Census Bureau, "Table 153, Physicians by Selected Activity: 1980 to 1999," Statistical Abstract of the United States: 2001, p. 106.

22. U.S. Census Bureau, "Table 157, Medical Practice Characteristics by Selected Specialty: 1985 to 1998," Statistical Abstract of the United States: 2001, p. 108.

23. American Medical Association, "Medical Education FAQs," http://www.ama-assn.org/ama/pub/category/3627.html (last viewed 9/13/02).

24. Woosley, R. L., "Drug Labeling Revisions--Guaranteed to Fail?" Journal of the American Medical Association, 284(23):3047-3049, 2000.

25. Friedman, M. A. et al., "The Safety of Newly Approved Medicines: Do Recent Market Removals Mean There Is a Problem?" Journal of the American Medical Association, 281(18):1728-1734, 1999.

26. U.S. General Accounting Office, "Adverse Drug Events: The Magnitude of Health Risk Is Uncertain Because of Limited Incidence Data," GAO/HEHS-00-21, January, 2000.

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

27. Bates, D. W. et al., "Incidence of Adverse Drug Events and Potential Adverse Drug Events," Journal of the American Medical Association, 274(1):29- 34, 1995.

28. Classen, D. C. et al., "Adverse Drug Events in Hospitalized Patients: Excess Length of Stay, Extra Costs, and Attributable Mortality," Journal of the American Medical Association 277(4):301-306, 1997.

29. Senst, B. L. et al., "Practical Approach to Determining Costs and Frequency of Adverse Drug Events in a Health Care Network," American Journal of Health-Systems Pharmacy, 58:1126-1132, 2001.

30. 2000 hospital discharges data from the Agency for Health Care Policy and Research (AHCPR), June 25, 1998, http://www.ahrq.gov/HCUPnet.htm (last viewed 8/13/02).

31. Bates, D. W. et al., "The Costs of Adverse Drug Events in Hospitalized Patients," Journal of the American Medical Association, 277(4): 307-311, 1997.

32. Medical Group Management Association, AHRQ, CMS and Partnership for Patient Safety, "Ambulatory Patient Safety: What Do We Know?" An Agenda for Research in Ambulatory Patient Safety--Synthesis of a Multidisciplinary Conference, 2000, http://www.ahcpr.gov/about/cpcr/ptsafety/ambpts2.htm (last viewed 10/10/02).

33. Thomas, E. J. et al., "Costs of Medical Injuries in Utah and Colorado," Inquiry, 36:255-264, 1999.

34. Johnson, J. A., and J. L. Bootman, "Drug-Related Morbidity and Mortality: A Cost-of-Illness Model," Archives of Internal Medicine, 155:1949-1956, 1995.

35. Ernst, F. R., and A. J. Grizzle, "Drug-Related Morbidity and Mortality: Updating the Cost-of-Illness Model," Journal of the American Pharmaceutical Association, 41(2):192-199, 2001.

36. IMS Health, "Product Sampling Continues to Spike in U.S.," 2001, http://www.imshealth.com/public/structure/dispcontent/1,2779,1362-1362-143626,00.html (last viewed 9/23/02).

37. U.S. Census Bureau, "Statistics of U.S. Businesses; 1999; Pharmaceutical preparation mfg, United States," http://www.census.gov/epcd/susb/1999/us/US325412.htm (last viewed 9/12/02).

38. U.S. Census Bureau, "Statistics of U.S. Businesses; 1999; Biological product (except diagnostic) mfg, United States," http://www.census.gov/epcd/susb/1999/us/US325414.htm (last viewed 9/12/02).

List of Subjects

*21 CFR Part 201*

 Drugs, Labeling, Reporting and recordkeeping requirements.

*21 CFR Part 314*

 Administrative practice and procdure, Confidential business information, Drugs, Reporting and recordkeeping requirements.

*21 CFR 601*

 Adminstrative practice and procedure, Biologics, Confidential business information.

 Therefore, under the Federal Food, Drug, and Cosmetic Act and under authority delegated to the Commissioner of Food and Drugs, 21 CFR parts 201, 314, and 601 are amended as follows:

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

PART 201--LABELING

1. The authority citation for 21 CFR part 201 continues to read as follows:

Authority: 21 U.S.C. 321, 331, 351, 352, 353, 355, 358,  360, 360b, 360gg-360ss, 371, 374, 379e; 42 U.S.C. 216, 241, 262, 264.

21 CFR § 201.56

2. Section 201.56 is revised to read as follows:

21 CFR § 201.56

§  201.56  Requirements on content and format of labeling for human prescription drug and biological products.

(a) General requirements. Prescription drug labeling described in §  201.100(d) must meet the following general requirements:

(1) The labeling must contain a summary of the essential scientific information needed for the safe and effective use of the drug.

(2) The labeling must be informative and accurate and neither promotional in tone nor false or misleading in any particular. In accordance with § § 314.70 and 601.12 of this chapter, the labeling must be updated when new information becomes available that causes the labeling to become inaccurate, false, or misleading.

(3) The labeling must be based whenever possible on data derived from human experience. No implied claims or suggestions of drug use may be made if there is inadequate evidence of safety or a lack of substantial evidence of effectiveness. Conclusions based on animal data but necessary for safe and effective use of the drug in humans must be identified as such and included with human data in the appropriate section of the labeling.

(b) Categories of prescription drugs subject to the labeling content and format requirements in § § 201.56(d) and 201.57. (1) The following categories of prescription drug products are subject to the labeling requirements in paragraph (d) of this section and § 201.57 in accordance with the implementation schedule in paragraph (c) of this section:

(i) Prescription drug products for which a new drug application (NDA), biologics license application (BLA), or efficacy supplement was approved by the Food and Drug Administration (FDA) between June 30, 2001 and June 30, 2006;

(ii) Prescription drug products for which an NDA, BLA, or efficacy supplement is pending on June 30, 2006; or

(iii) Prescription drug products for which an NDA, BLA, or efficacy supplement is submitted anytime on or after June 30, 2006.

*3987 (2) Prescription drug products not described in paragraph (b)(1) of this section are subject to the labeling requirements in paragraph (e) of this section and §  201.80.

(c) Schedule for implementing the labeling content and format requirements in  § § 201.56(d) and 201.57. For products described in paragraph (d) of this section, labeling conforming to the requirements in paragraph (d) of this section and § 201.57 must be submitted according to the following schedule:

(1) For products for which an NDA, BLA, or efficacy supplement is submitted for approval on or after June 30, 2006, proposed conforming labeling must be submitted as part of the application.

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(2) For products for which an NDA, BLA, or efficacy supplement is pending on June 30, 2006, or that has been approved any time from June 30, 2005, up to and including June 30, 2006, a supplement with proposed conforming labeling must be submitted no later than June 30, 2009.

(3) For products for which an NDA, BLA, or efficacy supplement has been approved anytime from June 30, 2004, up to and including June 29, 2005, a supplement with proposed conforming labeling must be submitted no later than June 30, 2010.

(4) For products for which an NDA, BLA, or efficacy supplement has been approved anytime from June 30, 2003, up to and including June 29, 2004, a supplement with proposed conforming labeling must be submitted no later than June 30, 2011.

(5) For products for which an NDA, BLA, or efficacy supplement has been approved anytime from June 30, 2002, up to and including June 29, 2003, a supplement with proposed conforming labeling must be submitted no later than June 30, 2012.

(6) For products for which an NDA, BLA, or efficacy supplement has been approved anytime from June 30, 2001, up to and including June 29, 2002, a supplement with proposed conforming labeling must be submitted no later than June 30, 2013.

(d) Labeling requirements for new and more recently approved prescription drug products. This paragraph applies only to prescription drug products described in paragraph (b)(1) of this section and must be implemented according to the schedule specified in paragraph (c) of this section.

(1) Prescription drug labeling described in § 201.100(d) must contain the specific information required under § 201.57(a), (b), and (c) under the following headings and subheadings and in the following order:

Highlights of Prescribing Information

Product Names, Other Required Information

Boxed Warning

Recent Major Changes

Indications and Usage

Dosage and Administration

Dosage Forms and Strengths

Contraindications

Warnings and Precautions

Adverse Reactions

Drug Interactions

Use in Specific Populations

Full Prescribing Information: Contents

Full Prescribing Information

 Boxed Warning

 1 Indications and Usage

 2 Dosage and Administration

©   2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01, 2006 WL 160271 (F.R.)
(Cite as: 71 FR 3922)

3 Dosage Forms and Strengths

4 Contraindications

5 Warnings and Precautions

6 Adverse Reactions

7 Drug Interactions

8 Use in Specific Populations

8.1 Pregnancy

8.2 Labor and delivery

8.3 Nursing mothers

8.4 Pediatric use

8.5 Geriatric use

9 Drug Abuse and Dependence

9.1 Controlled substance

9.2 Abuse

9.3 Dependence

10 Overdosage

11 Description

12 Clinical Pharmacology

12.1 Mechanism of action

12.2 Pharmacodynamics

12.3 Pharmacokinetics

13 Nonclinical Toxicology

13.1 Carcinogenesis, mutagenesis, impairment of fertility

13.2 Animal toxicology and/or pharmacology

14 Clinical Studies

15 References

16 How Supplied/Storage and Handling

17 Patient Counseling Information

(2) Additional nonstandard subheadings that are used to enhance labeling organization, presentation, or ease of use (e.g., for individual warnings or precautions, or for each drug interaction) must be assigned a decimal number that corresponds to their placement in labeling. The decimal numbers must be consistent with the standardized identifying numbers listed in paragraph (d)(1) of this section (e.g., subheadings added to the "Warnings and Precautions" section must be numbered 5.1, 5.2, and so on).

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(3) Any reference in Highlights to information appearing in the full prescribing information must be accompanied by the identifying number (in parentheses) corresponding to the location of the information in the full prescribing information.

(4) Omit clearly inapplicable sections, subsections, or specific information. If sections or subsections required under paragraph (d)(1) of this section are omitted from the full prescribing information, the heading "Full Prescribing Information: Contents" must be followed by an asterisk and the following statement must appear at the end of Contents: "* Sections or subsections omitted from the full prescribing information are not listed."

(5) Any risk information that is required under § 201.57(c)(9)(iv) is considered "appropriate pediatric contraindications, warnings, or precautions" within the meaning of section 505A(l)(2) of the Federal Food, Drug, and Cosmetic Act (the act) (21 U.S.C. 355A(l)(2)), whether such information appears in the "Contraindications," "Warnings and Precautions," or "Use in Specific Populations" section of labeling.

(e) Labeling requirements for older prescription drug products. This paragraph applies only to approved prescription drug products not described in paragraph (b)(1) of this section.

(1) Prescription drug labeling described in § 201.100(d) must contain the specific information required under § 201.80 under the following section headings and in the following order:

Description

Clinical Pharmacology

Indications and Usage

Contraindications

Warnings

Precautions

Adverse Reactions

Drug Abuse and Dependence

Overdosage

Dosage and Administration

How Supplied

(2) The labeling may contain the following additional section headings if appropriate and if in compliance with § 201.80(l) and (m):

Animal Pharmacology and/or Animal Toxicology

Clinical Studies

References

(3) Omit clearly inapplicable sections, subsections, or specific information.

(4) The labeling may contain a "Product Title" section preceding the "Description" section and containing only the information required by § 201.80(a)(1)(i), (a)(1)(ii), (a)(1)(iii), and (a)(1)(iv) and § 201.100(e). The information required by § 201.80(a)(1)(i) through (a)(1)(iv) must appear in the *3988 "Description" section of the labeling, whether or not it also appears in a "Product Title."

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(5) The labeling must contain the date of the most recent revision of the labeling, identified as such, placed prominently immediately after the last section of the labeling.

(6) The requirement in § 201.80(f)(2) to reprint any FDA-approved patient labeling at the end of prescription drug labeling or accompany the prescription drug labeling must be implemented no later than June 30, 2007.

<u>21 CFR § 201.57</u>

21 CFR § 201.80

3. <u>Section 201.57</u> is redesignated as § 201.80 and new <u>§ 201.57</u> is added to read as follows:

<u>21 CFR § 201.57</u>

§ 201.57  Specific requirements on content and format of labeling for human prescription drug and biological products described in § 201.56(b)(1).

The requirements in this section apply only to prescription drug products described in <u>§ 201.56(b)(1)</u> and must be implemented according to the schedule specified in <u>§ 201.56(c)</u>, except for the requirement in paragraph (c)(18) of this section to reprint any FDA-approved patient labeling at the end of prescription drug labeling or accompany the prescription drug labeling, which must be implemented no later than June 30, 2007.

(a) Highlights of prescribing information. The following information must appear in all prescription drug labeling:

(1) Highlights limitation statement. The verbatim statement "These highlights do not include all the information needed to use (insert name of drug product) safely and effectively. See full prescribing information for (insert name of drug product)."

(2) Drug names, dosage form, route of administration, and controlled substance symbol. The proprietary name and the established name of the drug, if any, as defined in section 502(e)(3) of the Federal Food, Drug, and Cosmetic Act (the act) or, for biological products, the proper name (as defined in <u>§ 600.3</u> of this chapter) including any appropriate descriptors. This information must be followed by the drug's dosage form and route of administration. For controlled substances, the controlled substance symbol designating the schedule in which the controlled substance is listed must be included as required by § 1302.04 of this chapter.

(3) Initial U.S. approval. The verbatim statement "Initial U.S. Approval" followed by the four-digit year in which FDA initially approved a new molecular entity, new biological product, or new combination of active ingredients. The statement must be placed on the line immediately beneath the established name or, for biological products, proper name of the product.

(4) Boxed warning. A concise summary of any boxed warning required by paragraph (c)(1) of this section, not to exceed a length of 20 lines. The summary must be preceded by a heading, in upper-case letters, containing the word "WARNING" and other words that are appropriate to identify the subject of the warning. The heading and the summary must be contained within a box and bolded. The following verbatim statement must be placed immediately following the heading of the boxed warning: "See full prescribing information for complete boxed warning."

(5) Recent major changes. A list of the section(s) of the full prescribing information, limited to the labeling sections described in paragraphs (c)(1), (c)(2), (c)(3), (c)(5), and (c)(6) of this section, that contain(s) substantive labeling changes that have been approved by FDA or authorized under <u>§ 314.70(c)(6)</u>

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

or (d)(2), or § 601.12(f)(1) through (f)(3) of this chapter. The heading(s) and, if
appropriate, the subheading(s) of the labeling section(s) affected by the change
must be listed together with each section's identifying number and the date
(month/year) on which the change was incorporated in labeling. These labeling
sections must be listed in the order in which they appear in the full prescribing
information. A changed section must be listed under this heading in Highlights for
at least 1 year after the date of the labeling change and must be removed at the
first printing subsequent to the 1 year period.

(6) Indications and usage. A concise statement of each of the product's
indications, as required under paragraph (c)(2) of this section, with any
appropriate subheadings. Major limitations of use (e.g., lack of effect in
particular subsets of the population, or second line therapy status) must be briefly
noted. If the product is a member of an established pharmacologic class, the concise
statement under this heading in Highlights must identify the class in the following
manner: "(Drug) is a (name of class) indicated for (indication(s))."

(7) Dosage and administration. A concise summary of the information required under
paragraph (c)(3) of this section, with any appropriate subheadings, including the
recommended dosage regimen, starting dose, dose range, critical differences among
population subsets, monitoring recommendations, and other clinically significant
clinical pharmacologic information.

(8) Dosage forms and strengths. A concise summary of the information required under
paragraph (c)(4) of this section, with any appropriate subheadings (e.g., tablets,
capsules, injectable, suspension), including the strength or potency of the dosage
form in metric system (e.g., 10-milligram tablets) and whether the product is
scored.

(9) Contraindications. A concise statement of each of the product's
contraindications, as required under paragraph (c)(5) of this section, with any
appropriate subheadings.

(10) Warnings and precautions. A concise summary of the most clinically significant
information required under paragraph (c)(6) of this section, with any appropriate
subheadings, including information that would affect decisions about whether to
prescribe a drug, recommendations for patient monitoring that are critical to safe
use of the drug, and measures that can be taken to prevent or mitigate harm.

(11) Adverse reactions. (i) A list of the most frequently occurring adverse
reactions, as described in paragraph (c)(7) of this section, along with the criteria
used to determine inclusion (e.g., incidence rate). Adverse reactions important for
other reasons (e.g., because they are serious or frequently lead to discontinuation
or dosage adjustment) must not be repeated under this heading in Highlights if they
are included elsewhere in Highlights (e.g., Warnings and Precautions,
Contraindications).

(ii) For drug products other than vaccines, the verbatim statement "To report
SUSPECTED ADVERSE REACTIONS, contact (insert name of manufacturer) at (insert
manufacturer's phone number) or FDA at (insert current FDA phone number and Web
address for voluntary reporting of adverse reactions)."

(iii) For vaccines, the verbatim statement "To report SUSPECTED ADVERSE REACTIONS,
contact (insert name of manufacturer) at (insert manufacturer's phone number) or
VAERS at (insert the current VAERS phone number and Web address for voluntary
reporting of adverse reactions)."

(iv) For manufacturers with a Web site for voluntary reporting of adverse
reactions, the Web address of the direct link to the site.

(12) Drug interactions. A concise summary of the information required under
paragraph (c)(8) of this section, with any appropriate subheadings.

*3989 (13) Use in specific populations. A concise summary of the information

©   2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

required under paragraph (c)(9) of this section, with any appropriate subheadings.

(14) Patient counseling information statement. The verbatim statement "See 17 for Patient Counseling Information" or, if the product has FDA-approved patient labeling, the verbatim statement "See 17 for Patient Counseling Information and (insert either FDA-approved patient labeling or Medication Guide)."

(15) Revision date. The date of the most recent revision of the labeling, identified as such, placed at the end of Highlights.

(b) Full prescribing information: Contents. Contents must contain a list of each heading and subheading required in the full prescribing information under § 201.56(d)(1), if not omitted under § 201.56(d)(4), preceded by the identifying number required under § 201.56(d)(1). Contents must also contain any additional subheading(s) included in the full prescribing information preceded by the identifying number assigned in accordance with § 201.56(d)(2).

(c) Full prescribing information. The full prescribing information must contain the information in the order required under paragraphs (c)(1) through (c)(18) of this section, together with the headings, subheadings, and identifying numbers required under § 201.56(d)(1), unless omitted under § 201.56(d)(4). If additional subheadings are used within a labeling section, they must be preceded by the identifying number assigned in accordance with § 201.56(d)(2).

(1) Boxed warning. Certain contraindications or serious warnings, particularly those that may lead to death or serious injury, may be required by the FDA to be presented in a box. The boxed warning ordinarily must be based on clinical data, but serious animal toxicity may also be the basis of a boxed warning in the absence of clinical data. The box must contain, in uppercase letters, a heading inside the box that includes the word "WARNING" and conveys the general focus of the information in the box. The box must briefly explain the risk and refer to more detailed information in the "Contraindications" or "Warnings and Precautions" section, accompanied by the identifying number for the section or subsection containing the detailed information.

(2) 1 Indications and usage. This section must state that the drug is indicated for the treatment, prevention, mitigation, cure, or diagnosis of a recognized disease or condition, or of a manifestation of a recognized disease or condition, or for the relief of symptoms associated with a recognized disease or condition.

(i) This section must include the following information when the conditions listed are applicable:

(A) If the drug is used for an indication only in conjunction with a primary mode of therapy (e.g., diet, surgery, behavior changes, or some other drug), a statement that the drug is indicated as an adjunct to that mode of therapy.

(B) If evidence is available to support the safety and effectiveness of the drug or biological product only in selected subgroups of the larger population (e.g., patients with mild disease or patients in a special age group), or if the indication is approved based on a surrogate endpoint under § 314.510 or § 601.41 of this chapter, a succinct description of the limitations of usefulness of the drug and any uncertainty about anticipated clinical benefits, with reference to the "Clinical Studies" section for a discussion of the available evidence.

(C) If specific tests are necessary for selection or monitoring of the patients who need the drug (e.g., microbe susceptibility tests), the identity of such tests.

(D) If information on limitations of use or uncertainty about anticipated clinical benefits is relevant to the recommended intervals between doses, to the appropriate duration of treatment when such treatment should be limited, or to any modification of dosage, a concise description of the information with reference to the more detailed information in the "Dosage and Administration" section.

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01                                                    Page 130
71 FR 3922-01, 2006 WL 160271 (F.R.)
(Cite as: 71 FR 3922)

(E) If safety considerations are such that the drug should be reserved for specific situations (e.g., cases refractory to other drugs), a statement of the information.

(F) If there are specific conditions that should be met before the drug is used on a long term basis (e.g., demonstration of responsiveness to the drug in a short term trial in a given patient), a statement of the conditions; or, if the indications for long term use are different from those for short term use, a statement of the specific indications for each use.

(ii) If there is a common belief that the drug may be effective for a certain use or if there is a common use of the drug for a condition, but the preponderance of evidence related to the use or condition shows that the drug is ineffective or that the therapeutic benefits of the product do not generally outweigh its risks, FDA may require that this section state that there is a lack of evidence that the drug is effective or safe for that use or condition.

(iii) Any statements comparing the safety or effectiveness of the drug with other agents for the same indication must, except for biological products, be supported by substantial evidence derived from adequate and well-controlled studies as defined in § 314.126(b) of this chapter unless this requirement is waived under § 201.58 or § 314.126(c) of this chapter. For biological products, such statements must be supported by substantial evidence.

(iv) For drug products other than biological products, all indications listed in this section must be supported by substantial evidence of effectiveness based on adequate and well-controlled studies as defined in § 314.126(b) of this chapter unless the requirement is waived under § 201.58 or § 314.126(c) of this chapter. Indications or uses must not be implied or suggested in other sections of the labeling if not included in this section.

(v) For biological products, all indications listed in this section must be supported by substantial evidence of effectiveness. Indications or uses must not be implied or suggested in other sections of the labeling if not included in this section.

(3) 2 Dosage and administration. (i) This section must state the recommended dose and, as appropriate:

(A) The dosage range,

(B) An upper limit beyond which safety and effectiveness have not been established, or beyond which increasing the dose does not result in increasing effectiveness,

(C) Dosages for each indication and subpopulation,

(D) The intervals recommended between doses,

(E) The optimal method of titrating dosage,

(F) The usual duration of treatment when treatment duration should be limited,

(G) Dosing recommendations based on clinical pharmacologic data (e.g., clinically significant food effects),

(H) Modification of dosage needed because of drug interactions or in special patient populations (e.g., in children, in geriatric age groups, in groups defined by genetic characteristics, or in patients with renal or hepatic disease),

(I) Important considerations concerning compliance with the dosage regimen,

(J) Efficacious or toxic concentration ranges and therapeutic concentration windows of the drug or its metabolites, if established and clinically significant. *3990 Information on therapeutic drug concentration monitoring (TDM) must also be included in this section when TDM is necessary.

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(ii) Dosing regimens must not be implied or suggested in other sections of the labeling if not included in this section.

(iii) Radiation dosimetry information must be stated for both the patient receiving a radioactive drug and the person administering it.

(iv) This section must also contain specific direction on dilution, preparation (including the strength of the final dosage solution, when prepared according to instructions, in terms of milligrams of active ingredient per milliliter of reconstituted solution, unless another measure of the strength is more appropriate), and administration of the dosage form, if needed (e.g., the rate of administration of parenteral drug in milligrams per minute; storage conditions for stability of the reconstituted drug, when important; essential information on drug incompatibilities if the drug is mixed in vitro with other drugs or diluents; and the following verbatim statement for parenterals: "Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.")

(4) 3 Dosage forms and strengths. This section must contain information on the available dosage forms to which the labeling applies and for which the manufacturer or distributor is responsible, including:

(i) The strength or potency of the dosage form in metric system (e.g., 10 milligram tablets), and, if the apothecary system is used, a statement of the strength in parentheses after the metric designation; and

(ii) A description of the identifying characteristics of the dosage forms, including shape, color, coating, scoring, and imprinting, when applicable. The National Drug Code number(s) for the drug product must not be included in this section.

(5) 4 Contraindications. This section must describe any situations in which the drug should not be used because the risk of use (e.g., certain potentially fatal adverse reactions) clearly outweighs any possible therapeutic benefit. Those situations include use of the drug in patients who, because of their particular age, sex, concomitant therapy, disease state, or other condition, have a substantial risk of being harmed by the drug and for whom no potential benefit makes the risk acceptable. Known hazards and not theoretical possibilities must be listed (e.g., if severe hypersensitivity to the drug has not been demonstrated, it should not be listed as a contraindication). If no contraindications are known, this section must state "None."

(6) 5 Warnings and precautions. (i) General. This section must describe clinically significant adverse reactions (including any that are potentially fatal, are serious even if infrequent, or can be prevented or mitigated through appropriate use of the drug), other potential safety hazards (including those that are expected for the pharmacological class or those resulting from drug/drug interactions), limitations in use imposed by them (e.g., avoiding certain concomitant therapy), and steps that should be taken if they occur (e.g., dosage modification). The frequency of all clinically significant adverse reactions and the approximate mortality and morbidity rates for patients experiencing the reaction, if known and necessary for the safe and effective use of the drug, must be expressed as provided under paragraph (c)(7) of this section. In accordance with § § 314.70 and 601.12 of this chapter, the labeling must be revised to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established. A specific warning relating to a use not provided for under the "Indications and Usage" section may be required by FDA in accordance with sections 201(n) and 502(a) of the act if the drug is commonly prescribed for a disease or condition and such usage is associated with a clinically significant risk or hazard.

(ii) Other special care precautions. This section must contain information regarding any special care to be exercised by the practitioner for safe and

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

effective use of the drug (e.g., precautions not required under any other specific
section or subsection).

(iii) Monitoring: Laboratory tests. This section must identify any laboratory tests
helpful in following the patient's response or in identifying possible adverse
reactions. If appropriate, information must be provided on such factors as the range
of normal and abnormal values expected in the particular situation and the
recommended frequency with which tests should be performed before, during, and after
therapy.

(iv) Interference with laboratory tests. This section must briefly note information
on any known interference by the product with laboratory tests and reference the
section where the detailed information is presented (e.g., "Drug Interactions"
section).

(7) 6 Adverse reactions. This section must describe the overall adverse reaction
profile of the drug based on the entire safety database. For purposes of
prescription drug labeling, an adverse reaction is an undesirable effect, reasonably
associated with use of a drug, that may occur as part of the pharmacological action
of the drug or may be unpredictable in its occurrence. This definition does not
include all adverse events observed during use of a drug, only those adverse events
for which there is some basis to believe there is a causal relationship between the
drug and the occurrence of the adverse event.

(i) Listing of adverse reactions. This section must list the adverse reactions that
occur with the drug and with drugs in the same pharmacologically active and
chemically related class, if applicable. The list or lists must be preceded by the
information necessary to interpret the adverse reactions (e.g., for clinical trials,
total number exposed, extent and nature of exposure).

(ii) Categorization of adverse reactions. Within a listing, adverse reactions must
be categorized by body system, by severity of the reaction, or in order of
decreasing frequency, or by a combination of these, as appropriate. Within a
category, adverse reactions must be listed in decreasing order of frequency. If
frequency information cannot be reliably determined, adverse reactions must be
listed in decreasing order of severity.

(A) Clinical trials experience. This section must list the adverse reactions
identified in clinical trials that occurred at or above a specified rate appropriate
to the safety database. The rate of occurrence of an adverse reaction for the drug
and comparators (e.g., placebo) must be presented, unless such data cannot be
determined or presentation of comparator rates would be misleading. If adverse
reactions that occurred below the specified rate are included, they must be included
in a separate listing. If comparative rates of occurrence cannot be reliably
determined (e.g., adverse reactions were observed only in the uncontrolled trial
portion of the overall safety database), adverse reactions must be grouped within
specified frequency ranges as appropriate to the safety database for the drug (e.g.,
adverse reactions occurring at a rate of less than 1/100, adverse reactions
occurring at a rate of less than 1/500) or descriptively identified, if frequency
ranges cannot be determined. For adverse reactions with significant clinical
implications, the listings must be supplemented with additional detail about the
nature, frequency, and *3991 severity of the adverse reaction and the relationship
of the adverse reaction to drug dose and demographic characteristics, if data are
available and important.

(B) Postmarketing experience. This section of the labeling must list the adverse
reactions, as defined in paragraph (c)(7) of this section, that are identified from
domestic and foreign spontaneous reports. This listing must be separate from the
listing of adverse reactions identified in clinical trials.

(iii) Comparisons of adverse reactions between drugs. For drug products other than
biological products, any claim comparing the drug to which the labeling applies with
other drugs in terms of frequency, severity, or character of adverse reactions must
be based on adequate and well-controlled studies as defined in § 314.126(b) of this

©   2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

chapter unless this requirement is waived under § 201.58 or § 314.126(c) of this
chapter. For biological products, any such claim must be based on substantial
evidence.

(8) 7 Drug interactions. (i) This section must contain a description of clinically
significant interactions, either observed or predicted, with other prescription or
over-the-counter drugs, classes of drugs, or foods (e.g., dietary supplements,
grapefruit juice), and specific practical instructions for preventing or managing
them. The mechanism(s) of the interaction, if known, must be briefly described.
Interactions that are described in the "Contraindications" or "Warnings and
Precautions" sections must be discussed in more detail under this section. Details
of drug interaction pharmacokinetic studies that are included in the "Clinical
Pharmacology" section that are pertinent to clinical use of the drug must not be
repeated in this section.

(ii) This section must also contain practical guidance on known interference of the
drug with laboratory tests.

(9) 8 Use in specific populations. This section must contain the following
subsections:

(i) 8.1 Pregnancy. This subsection may be omitted only if the drug is not absorbed
systemically and the drug is not known to have a potential for indirect harm to the
fetus. For all other drugs, this subsection must contain the following information:

(A) Teratogenic effects. Under this subheading, the labeling must identify one of
the following categories that applies to the drug, and the labeling must bear the
statement required under the category:

(1) Pregnancy category A. If adequate and well-controlled studies in pregnant women
have failed to demonstrate a risk to the fetus in the first trimester of pregnancy
(and there is no evidence of a risk in later trimesters), the labeling must state:
"Pregnancy Category A. Studies in pregnant women have not shown that (name of drug)
increases the risk of fetal abnormalities if administered during the first (second,
third, or all) trimester(s) of pregnancy. If this drug is used during pregnancy, the
possibility of fetal harm appears remote. Because studies cannot rule out the
possibility of harm, however, (name of drug) should be used during pregnancy only if
clearly needed." The labeling must also contain a description of the human studies.
If animal reproduction studies are also available and they fail to demonstrate a
risk to the fetus, the labeling must also state: "Reproduction studies have been
performed in (kinds of animal(s)) at doses up to (x) times the human dose and have
revealed no evidence of impaired fertility or harm to the fetus due to (name of
drug)." The labeling must also contain a description of available data on the effect
of the drug on the later growth, development, and functional maturation of the
child.

(2) Pregnancy category B. If animal reproduction studies have failed to demonstrate
a risk to the fetus and there are no adequate and well-controlled studies in
pregnant women, the labeling must state: "Pregnancy Category B. Reproduction studies
have been performed in (kind(s) of animal(s)) at doses up to (x) times the human
dose and have revealed no evidence of impaired fertility or harm to the fetus due to
(name of drug). There are, however, no adequate and well-controlled studies in
pregnant women. Because animal reproduction studies are not always predictive of
human response, this drug should be used during pregnancy only if clearly needed."
If animal reproduction studies have shown an adverse effect (other than decrease in
fertility), but adequate and well-controlled studies in pregnant women have failed
to demonstrate a risk to the fetus during the first trimester of pregnancy (and
there is no evidence of a risk in later trimesters), the labeling must state:
"Pregnancy Category B. Reproduction studies in (kind(s) of animal(s)) have shown
(describe findings) at (x) times the human dose. Studies in pregnant women, however,
have not shown that (name of drug) increases the risk of abnormalities when
administered during the first (second, third, or all) trimester(s) of pregnancy.
Despite the animal findings, it would appear that the possibility of fetal harm is
remote, if the drug is used during pregnancy. Nevertheless, because the studies in

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

humans cannot rule out the possibility of harm, (name of drug) should be used during pregnancy only if clearly needed." The labeling must also contain a description of the human studies and a description of available data on the effect of the drug on the later growth, development, and functional maturation of the child.

(3) Pregnancy category C. If animal reproduction studies have shown an adverse effect on the fetus, if there are no adequate and well-controlled studies in humans, and if the benefits from the use of the drug in pregnant women may be acceptable despite its potential risks, the labeling must state: "Pregnancy Category C. (Name of drug) has been shown to be teratogenic (or to have an embryocidal effect or other adverse effect) in (name(s) of species) when given in doses (x) times the human dose. There are no adequate and well-controlled studies in pregnant women. (Name of drug) should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus." The labeling must contain a description of the animal studies. If there are no animal reproduction studies and no adequate and well-controlled studies in humans, the labeling must state: "Pregnancy Category C. Animal reproduction studies have not been conducted with (name of drug). It is also not known whether (name of drug) can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. (Name of drug) should be given to a pregnant woman only if clearly needed." The labeling must contain a description of any available data on the effect of the drug on the later growth, development, and functional maturation of the child.

(4) Pregnancy category D. If there is positive evidence of human fetal risk based on adverse reaction data from investigational or marketing experience or studies in humans, but the potential benefits from the use of the drug in pregnant women may be acceptable despite its potential risks (for example, if the drug is needed in a life-threatening situation or serious disease for which safer drugs cannot be used or are ineffective), the labeling must state: "Pregnancy Category D. See 'Warnings and Precautions' section." Under the "Warnings and Precautions" section, the labeling must state: "(Name of drug) can cause fetal harm when administered to a pregnant woman. (Describe the human data and any pertinent animal data.) If this drug is used during pregnancy, or if the patient becomes *3992 pregnant while taking this drug, the patient should be apprised of the potential hazard to a fetus."

(5) Pregnancy category X. If studies in animals or humans have demonstrated fetal abnormalities or if there is positive evidence of fetal risk based on adverse reaction reports from investigational or marketing experience, or both, and the risk of the use of the drug in a pregnant woman clearly outweighs any possible benefit (for example, safer drugs or other forms of therapy are available), the labeling must state: "Pregnancy Category X. See 'Contraindications' section." Under "Contraindications," the labeling must state: "(Name of drug) may (can) cause fetal harm when administered to a pregnant woman. (Describe the human data and any pertinent animal data.) (Name of drug) is contraindicated in women who are or may become pregnant. If this drug is used during pregnancy, or if the patient becomes pregnant while taking this drug, the patient should be apprised of the potential hazard to a fetus."

(B) Nonteratogenic effects. Under this subheading the labeling must contain other information on the drug's effects on reproduction and the drug's use during pregnancy that is not required specifically by one of the pregnancy categories, if the information is relevant to the safe and effective use of the drug. Information required under this heading must include nonteratogenic effects in the fetus or newborn infant (for example, withdrawal symptoms or hypoglycemia) that may occur because of a pregnant woman's chronic use of the drug for a preexisting condition or disease.

(ii) 8.2 Labor and delivery. If the drug has a recognized use during labor or delivery (vaginal or abdominal delivery), whether or not the use is stated in the Indications and Usage section, this subsection must describe the available information about the effect of the drug on the mother and the fetus, on the duration of labor or delivery, on the possibility that forceps delivery or other intervention or resuscitation of the newborn will be necessary, and the effect of the drug on the later growth, development, and functional maturation of the child.

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

If any information required under this subsection is unknown, it must state that the information is unknown.

(iii) 8.3 Nursing mothers. (A) If a drug is absorbed systemically, this subsection must contain, if known, information about excretion of the drug in human milk and effects on the nursing infant. Pertinent adverse effects observed in animal offspring must be described.

(B) If a drug is absorbed systemically and is known to be excreted in human milk, this subsection must contain one of the following statements, as appropriate. If the drug is associated with serious adverse reactions or if the drug has a known tumorigenic potential, the labeling must state: "Because of the potential for serious adverse reactions in nursing infants from (name of drug) (or, "Because of the potential for tumorigenicity shown for (name of drug) in (animal or human) studies), a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother." If the drug is not associated with serious adverse reactions and does not have a known tumorigenic potential, the labeling must state: "Caution should be exercised when (name of drug) is administered to a nursing woman."

(C) If a drug is absorbed systemically and information on excretion in human milk is unknown, this subsection must contain one of the following statements, as appropriate. If the drug is associated with serious adverse reactions or has a known tumorigenic potential, the labeling must state: "It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from (name of drug) (or, "Because of the potential for tumorigenicity shown for (name of drug) in (animal or human) studies), a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother." If the drug is not associated with serious adverse reactions and does not have a known tumorigenic potential, the labeling must state: "It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when (name of drug) is administered to a nursing woman."

(iv) 8.4 Pediatric use. (A) Pediatric population(s)/pediatric patient(s): For the purposes of paragraphs (c)(9)(iv)(B) through (c)(9)(iv)(H) of this section, the terms pediatric population(s) and pediatric patient(s) are defined as the pediatric age group, from birth to 16 years, including age groups often called neonates, infants, children, and adolescents.

(B) If there is a specific pediatric indication different from those approved for adults that is supported by adequate and well-controlled studies in the pediatric population, it must be described under the "Indications and Usage" section, and appropriate pediatric dosage information must be given under the "Dosage and Administration" section. The "Pediatric use" subsection must cite any limitations on the pediatric indication, need for specific monitoring, specific hazards associated with use of the drug in any subsets of the pediatric population (e.g., neonates), differences between pediatric and adult responses to the drug, and other information related to the safe and effective pediatric use of the drug. Data summarized in this subsection should be discussed in more detail, if appropriate, under the "Clinical Pharmacology" or "Clinical Studies" section. As appropriate, this information must also be contained in the "Contraindications" and/or "Warnings and Precautions" section(s).

(C) If there are specific statements on pediatric use of the drug for an indication also approved for adults that are based on adequate and well-controlled studies in the pediatric population, they must be summarized in the "Pediatric use" subsection and discussed in more detail, if appropriate, under the "Clinical Pharmacology" and "Clinical Studies" sections. Appropriate pediatric dosage must be given under the "Dosage and Administration" section. The "Pediatric use" subsection of the labeling must also cite any limitations on the pediatric use statement, need for specific monitoring, specific hazards associated with use of the drug in any subsets of the pediatric population (e.g., neonates), differences between pediatric and adult

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01                                                        Page 136
71 FR 3922-01, 2006 WL 160271 (F.R.)
(Cite as: 71 FR 3922)

responses to the drug, and other information related to the safe and effective
pediatric use of the drug. As appropriate, this information must also be contained
in the "Contraindications" and/or "Warnings and Precautions" section(s).

(D)(1) When a drug is approved for pediatric use based on adequate and well-
controlled studies in adults with other information supporting pediatric use, the
"Pediatric use" subsection of the labeling must contain either the following
statement or a reasonable alternative:

The safety and effectiveness of (drug name) have been established in the age groups
------ to ------ (note any limitations, e.g., no data for pediatric patients under
2, or only applicable to certain indications approved in adults). Use of (drug name)
in these age groups is supported by evidence from adequate and well-controlled
studies of (drug name) in adults with additional data (insert wording that
accurately describes the data submitted to support a finding of substantial evidence
of effectiveness in the pediatric population).

(2) Data summarized in the preceding prescribed statement in this subsection must
be discussed in more detail, if appropriate, under the "Clinical *3993 Pharmacology"
or the "Clinical Studies" section. For example, pediatric pharmacokinetic or
pharmacodynamic studies and dose response information should be described in the
"Clinical Pharmacology" section. Pediatric dosing instructions must be included in
the "Dosage and Administration" section. Any differences between pediatric and adult
responses, need for specific monitoring, dosing adjustments, and any other
information related to safe and effective use of the drug in pediatric patients must
be cited briefly in the "Pediatric use" subsection and, as appropriate, in the
"Contraindications," "Warnings and Precautions," and "Dosage and Administration"
sections.

(E) If the requirements for a finding of substantial evidence to support a
pediatric indication or a pediatric use statement have not been met for a particular
pediatric population, the "Pediatric use" subsection must contain an appropriate
statement such as "Safety and effectiveness in pediatric patients below the age of
(----) have not been established." If use of the drug in this pediatric population
is associated with a specific hazard, the hazard must be described in this
subsection, or, if appropriate, the hazard must be stated in the "Contraindications"
or "Warnings and Precautions" section and this subsection must refer to it.

(F) If the requirements for a finding of substantial evidence to support a
pediatric indication or a pediatric use statement have not been met for any
pediatric population, this subsection must contain the following statement: "Safety
and effectiveness in pediatric patients have not been established." If use of the
drug in premature or neonatal infants, or other pediatric subgroups, is associated
with a specific hazard, the hazard must be described in this subsection, or, if
appropriate, the hazard must be stated in the "Contraindications" or "Warnings and
Precautions" section and this subsection must refer to it.

(G) If the sponsor believes that none of the statements described in paragraphs
(c)(9)(iv)(B) through (c)(9)(iv)(F) of this section are appropriate or relevant to
the labeling of a particular drug, the sponsor must provide reasons for omission of
the statements and may propose alternative statement(s). FDA may permit use of an
alternative statement if FDA determines that no statement described in those
paragraphs is appropriate or relevant to the drug's labeling and that the
alternative statement is accurate and appropriate.

(H) If the drug product contains one or more inactive ingredients that present an
increased risk of toxic effects to neonates or other pediatric subgroups, a special
note of this risk must be made, generally in the "Contraindications" or "Warnings
and Precautions" section.

(v) 8.5 Geriatric use. (A) A specific geriatric indication, if any, that is
supported by adequate and well-controlled studies in the geriatric population must
be described under the "Indications and Usage" section, and appropriate geriatric
dosage must be stated under the "Dosage and Administration" section. The "Geriatric

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

use" subsection must cite any limitations on the geriatric indication, need for
specific monitoring, specific hazards associated with the geriatric indication, and
other information related to the safe and effective use of the drug in the geriatric
population. Unless otherwise noted, information contained in the "Geriatric use"
subsection must pertain to use of the drug in persons 65 years of age and older.
Data summarized in this subsection must be discussed in more detail, if appropriate,
under "Clinical Pharmacology" or the "Clinical Studies" section. As appropriate,
this information must also be contained in the "Warnings and Precautions" and/or
"Contraindications" section(s).

(B) Specific statements on geriatric use of the drug for an indication approved for
adults generally, as distinguished from a specific geriatric indication, must be
contained in the "Geriatric use" subsection and must reflect all information
available to the sponsor that is relevant to the appropriate use of the drug in
elderly patients. This information includes detailed results from controlled studies
that are available to the sponsor and pertinent information from well-documented
studies obtained from a literature search. Controlled studies include those that are
part of the marketing application and other relevant studies available to the
sponsor that have not been previously submitted in the investigational new drug
application, new drug application, biologics license application, or a supplement or
amendment to one of these applications (e.g., postmarketing studies or adverse drug
reaction reports). The "Geriatric use" subsection must contain the following
statement(s) or reasonable alternative, as applicable, taking into account available
information:

(1) If clinical studies did not include sufficient numbers of subjects aged 65 and
over to determine whether elderly subjects respond differently from younger
subjects, and other reported clinical experience has not identified such
differences, the "Geriatric use" subsection must include the following statement:

Clinical studies of (name of drug) did not include sufficient numbers of subjects
aged 65 and over to determine whether they respond differently from younger
subjects. Other reported clinical experience has not identified differences in
responses between the elderly and younger patients. In general, dose selection for
an elderly patient should be cautious, usually starting at the low end of the dosing
range, reflecting the greater frequency of decreased hepatic, renal, or cardiac
function, and of concomitant disease or other drug therapy.

(2) If clinical studies (including studies that are part of marketing applications
and other relevant studies available to the sponsor that have not been submitted in
the sponsor's applications) included enough elderly subjects to make it likely that
differences in safety or effectiveness between elderly and younger subjects would
have been detected, but no such differences (in safety or effectiveness) were
observed, and other reported clinical experience has not identified such
differences, the "Geriatric use" subsection must contain the following statement:

Of the total number of subjects in clinical studies of (name of drug), ---- percent
were 65 and over, while ---- percent were 75 and over. (Alternatively, the labeling
may state the total number of subjects included in the studies who were 65 and over
and 75 and over.) No overall differences in safety or effectiveness were observed
between these subjects and younger subjects, and other reported clinical experience
has not identified differences in responses between the elderly and younger
patients, but greater sensitivity of some older individuals cannot be ruled out.

(3) If evidence from clinical studies and other reported clinical experience
available to the sponsor indicates that use of the drug in elderly patients is
associated with differences in safety or effectiveness, or requires specific
monitoring or dosage adjustment, the "Geriatric use" subsection must contain a brief
description of observed differences or specific monitoring or dosage requirements
and, as appropriate, must refer to more detailed discussions in the
"Contraindications," "Warnings and Precautions," "Dosage and Administration," or
other sections.

(C)(1) If specific pharmacokinetic or pharmacodynamic studies have been carried out

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01                                                         Page 138
71 FR 3922-01, 2006 WL 160271 (F.R.)
**(Cite as: 71 FR 3922)**

in the elderly, they must be described briefly in the "Geriatric use" subsection and
in detail under the "Clinical Pharmacology" section. The "Clinical Pharmacology" and
"Drug Interactions" sections ordinarily contain *3994 information on drug/disease
and drug/drug interactions that is particularly relevant to the elderly, who are
more likely to have concomitant illness and to use concomitant drugs.

   (2) If a drug is known to be substantially excreted by the kidney, the  "Geriatric
use" subsection must include the statement:

 This drug is known to be substantially excreted by the kidney, and the risk of
adverse reactions to this drug may be greater in patients with impaired renal
function. Because elderly patients are more likely to have decreased renal function,
care should be taken in dose selection, and it may be useful to monitor renal
function.

   (D) If use of the drug in the elderly appears to cause a specific hazard, the
hazard must be described in the "Geriatric use" subsection, or, if appropriate, the
hazard must be stated in the "Contraindications" or "Warnings and Precautions"
section, and the "Geriatric use" subsection must refer to those sections.

   (E) Labeling under paragraphs (c)(9)(v)(A) through (c)(9)(v)(C) of this section may
include statements, if they are necessary for safe and effective use of the drug,
and reflect good clinical practice or past experience in a particular situation,
e.g., for a sedating drug, it could be stated that:

 Sedating drugs may cause confusion and over-sedation in the elderly; elderly
patients generally should be started on low doses of (name of drug) and observed
closely.

   (F) If the sponsor believes that none of the requirements described in paragraphs
(c)(9)(v)(A) through (c)(9)(v)(E) of this section are appropriate or relevant to the
labeling of a particular drug, the sponsor must provide reasons for omission of the
statements and may propose an alternative statement. FDA may permit omission of the
statements if FDA determines that no statement described in those paragraphs is
appropriate or relevant to the drug's labeling. FDA may permit use of an alternative
statement if the agency determines that such statement is accurate and appropriate.

   (vi) Additional subsections. Additional subsections may be included, as
appropriate, if sufficient data are available concerning the use of the drug in
other specified subpopulations (e.g., renal or hepatic impairment).

   (10) 9 Drug abuse and dependence. This section must contain the following
information, as appropriate:

   (i) 9.1 Controlled substance. If the drug is controlled by the Drug Enforcement
Administration, the schedule in which it is controlled must be stated.

   (ii) 9.2 Abuse. This subsection must state the types of abuse that can occur with
the drug and the adverse reactions pertinent to them, and must identify particularly
susceptible patient populations. This subsection must be based primarily on human
data and human experience, but pertinent animal data may also be used.

   (iii) 9.3 Dependence. This subsection must describe characteristic effects
resulting from both psychological and physical dependence that occur with the drug
and must identify the quantity of the drug over a period of time that may lead to
tolerance or dependence, or both. Details must be provided on the adverse effects of
chronic abuse and the effects of abrupt withdrawal. Procedures necessary to diagnose
the dependent state and the principles of treating the effects of abrupt withdrawal
must be described.

   (11) 10 Overdosage. This section must be based on human data. If human data are
unavailable, appropriate animal and in vitro data may be used. The following
specific information must be provided:

         ©   2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01                                                        Page 139
71 FR 3922-01, 2006 WL 160271 (F.R.)
(Cite as: 71 FR 3922)

(i) Signs, symptoms, and laboratory findings associated with an overdosage of the drug;

(ii) Complications that can occur with the drug (for example, organ toxicity or delayed acidosis);

(iii) Concentrations of the drug in biologic fluids associated with toxicity or death; physiologic variables influencing excretion of the drug, such as urine pH; and factors that influence the dose response relationship of the drug, such as tolerance. The pharmacokinetic data given in the "Clinical Pharmacology" section also may be referenced here, if applicable to overdoses;

(iv) The amount of the drug in a single dose that is ordinarily associated with symptoms of overdosage and the amount of the drug in a single dose that is likely to be life threatening;

(v) Whether the drug is dialyzable; and

(vi) Recommended general treatment procedures and specific measures for support of vital functions (e.g., proven antidotes, gastric lavage, forced diuresis, or as per Poison Control Center). Such recommendations must be based on data available for the specific drug or experience with pharmacologically related drugs. Unqualified recommendations for which data are lacking for the specific drug or class of drugs must not be stated.

(12) 11 Description. (i) This section must contain:

(A) The proprietary name and the established name, if any, as defined in section 502(e)(2) of the act, of the drug or, for biological products, the proper name (as defined in § 600.3 of this chapter) and any appropriate descriptors;

(B) The type of dosage form(s) and the route(s) of administration to which the labeling applies;

(C) The same qualitative and/or quantitative ingredient information as required under § 201.100(b) for drug labels or §§ 610.60 and 610.61 of this chapter for biological product labels;

(D) If the product is sterile, a statement of that fact;

(E) The pharmacological or therapeutic class of the drug;

(F) For drug products other than biological products, the chemical name and structural formula of the drug; and

(G) If the product is radioactive, a statement of the important nuclear physical characteristics, such as the principal radiation emission data, external radiation, and physical decay characteristics.

(ii) If appropriate, other important chemical or physical information, such as physical constants or pH, must be stated.

(13) 12 Clinical pharmacology. (i) This section must contain information relating to the human clinical pharmacology and actions of the drug in humans. Pharmacologic information based on in vitro data using human biomaterials or pharmacologic animal models, or relevant details about in vivo study designs or results (e.g., drug interaction studies), may be included in this section if essential to understand dosing or drug interaction information presented in other sections of the labeling. This section must include the following subsections:

(A) 12.1 Mechanism of action. This subsection must summarize what is known about the established mechanism(s) of the drug's action in humans at various levels (e.g., receptor, membrane, tissue, organ, whole body). If the mechanism of action is not known, this subsection must contain a statement about the lack of information.

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01                                                    Page 140
71 FR 3922-01, 2006 WL 160271 (F.R.)
**(Cite as: 71 FR 3922)**

(B) 12.2 Pharmacodynamics. This subsection must include a description of any
biochemical or physiologic pharmacologic effects of the drug or active metabolites
related to the drug's clinical effect in preventing, diagnosing, mitigating, curing,
or treating disease, or those related to adverse effects or toxicity. Exposure-
response relationships (e.g., concentration-response, dose-response) and time course
of pharmacodynamic response (including short-term clinical response) must be
included if known. If this information is unknown, this subsection must contain a
statement about the lack *3995 of information. Detailed dosing or monitoring
recommendations based on pharmacodynamic information that appear in other sections
(e.g., "Warnings and Precautions" or "Dosage and Administration") must not be
repeated in this subsection, but the location of such recommendations must be
referenced.

(C) 12.3 Pharmacokinetics. This subsection must describe the clinically significant
pharmacokinetics of a drug or active metabolites, (i.e., pertinent absorption,
distribution, metabolism, and excretion parameters). Information regarding
bioavailability, the effect of food, minimum concentration ($C_{min}$), maximum
concentration ($C_{max}$), time to maximum concentration ($T_{max}$), area under the curve
(AUC), pertinent half-lives ($t_{1/2}$), time to reach steady state, extent of
accumulation, route(s) of elimination, clearance (renal, hepatic, total), mechanisms
of clearance (e.g., specific enzyme systems), drug/drug and drug/food (e.g., dietary
supplements, grapefruit juice) pharmacokinetic interactions (including inhibition,
induction, and genetic characteristics), and volume of distribution ($V_d$) must be
presented if clinically significant. Information regarding nonlinearity in
pharmacokinetic parameters, changes in pharmacokinetics over time, and binding
(plasma protein, erythrocyte) parameters must also be presented if clinically
significant. This section must also include the results of pharmacokinetic studies
(e.g., of metabolism or interaction) that establish the absence of an effect,
including pertinent human studies and in vitro data. Dosing recommendations based on
clinically significant factors that change the product's pharmacokinetics (e.g.,
age, gender, race, hepatic or renal dysfunction, concomitant therapy) that appear in
other sections (e.g., "Warnings and Precautions," "Dosage and Administration" or
"Use in Specific Populations") must not be repeated in this subsection, but the
location of such recommendations must be referenced.

(ii) Data that demonstrate activity or effectiveness in in vitro or animal tests
and that have not been shown by adequate and well-controlled clinical studies to be
pertinent to clinical use may be included under this section only under the
following circumstances:

(A) In vitro data for anti-infective drugs may be included if the data are
immediately preceded by the statement "The following in vitro data are available but
their clinical significance is unknown."

(B) For other classes of drugs, in vitro and animal data that have not been shown
by adequate and well-controlled studies, as defined in § 314.126(b) of this
chapter, to be necessary for the safe and effective use may be included in this
section only if a waiver is granted under § 201.58 or § 314.126(c) of this
chapter.

(14) 13 Nonclinical toxicology. This section must contain the following subsections
as appropriate:

(i) 13.1 Carcinogenesis, mutagenesis, impairment of fertility. This subsection must
state whether long term studies in animals have been performed to evaluate
carcinogenic potential and, if so, the species and results. If results from
reproduction studies or other data in animals raise concern about mutagenesis or
impairment of fertility in either males or females, this must be described. Any
precautionary statement on these topics must include practical, relevant advice to
the prescriber on the significance of these animal findings. Human data suggesting
that the drug may be carcinogenic or mutagenic, or suggesting that it impairs
fertility, as described in the "Warnings and Precautions" section, must not be
included in this subsection of the labeling.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(ii) 13.2 Animal toxicology and/or pharmacology. Significant animal data necessary for safe and effective use of the drug in humans that is not incorporated in other sections of labeling must be included in this section (e.g., specifics about studies used to support approval under § 314.600 or § 601.90 of this chapter, the absence of chronic animal toxicity data for a drug that is administered over prolonged periods or is implanted in the body).

(15) 14 Clinical studies. This section must discuss those clinical studies that facilitate an understanding of how to use the drug safely and effectively. Ordinarily, this section will describe the studies that support effectiveness for the labeled indication(s), including discussion of study design, population, endpoints, and results, but must not include an encyclopedic listing of all, or even most, studies performed as part of the product's clinical development program. If a specific important clinical study is mentioned in any section of the labeling required under § § 201.56 and 201.57 because the study is essential to an understandable presentation of the information in that section of the labeling, any detailed discussion of the study must appear in this section.

(i) For drug products other than biological products, any clinical study that is discussed in prescription drug labeling that relates to an indication for or use of the drug must be adequate and well-controlled as described in § 314.126(b) of this chapter and must not imply or suggest indications or uses or dosing regimens not stated in the "Indications and Usage" or "Dosage and Administration" section. For biological products, any clinical study that is discussed that relates to an indication for or use of the biological product must constitute or contribute to substantial evidence and must not imply or suggest indications or uses or dosing regimens not stated in the "Indications and Usage" or "Dosage and Administration" section.

(ii) Any discussion of a clinical study that relates to a risk from the use of the drug must also refer to the other sections of the labeling where the risk is identified or discussed.

(16) 15 References. When prescription drug labeling must summarize or otherwise rely on a recommendation by an authoritative scientific body, or on a standardized methodology, scale, or technique, because the information is important to prescribing decisions, the labeling may include a reference to the source of the information.

(17) 16 How supplied/storage and handling. This section must contain information on the available dosage forms to which the labeling applies and for which the manufacturer or distributor is responsible. The information must include, as appropriate:

(i) The strength or potency of the dosage form in metric system (e.g., 10 milligram tablets) and, if the apothecary system is used, a statement of the strength in parentheses after the metric designation;

(ii) The units in which the dosage form is ordinarily available for prescribing by practitioners (e.g., bottles of 100);

(iii) Appropriate information to facilitate identification of the dosage forms, such as shape, color, coating, scoring, imprinting, and National Drug Code number; and

(iv) Special handling and storage conditions.

(18) 17 Patient counseling information. This section must contain information necessary for patients to use the drug safely and effectively (e.g., precautions concerning driving or the concomitant use of other substances that may have harmful additive effects). Any FDA-approved patient labeling must be referenced in this section and the full text of such patient labeling must be reprinted immediately following this section or, alternatively, accompany the prescription drug labeling.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01                                                    Page 142
71 FR 3922-01, 2006 WL 160271 (F.R.)
(Cite as: 71 FR 3922)

Any FDA-approved patient labeling printed immediately following this section or
*3996 accompanying the labeling is subject to the type size requirements in
paragraph (d)(6) of this section, except for a Medication Guide to be detached and
distributed to patients in compliance with § 208.24 of this chapter. Medication
Guides for distribution to patients are subject to the type size requirements set
forth in § 208.20 of this chapter.

 (d) Format requirements. All labeling information required under paragraphs (a),
(b), and (c) of this section must be printed in accordance with the following
specifications:

 (1) All headings and subheadings required by paragraphs (a) and (c) of this section
must be highlighted by bold type that prominently distinguishes the headings and
subheadings from other labeling information. Reverse type is not permitted as a form
of highlighting.

 (2) A horizontal line must separate the information required by paragraphs (a),
(b), and (c) of this section.

 (3) The headings listed in paragraphs (a)(5) through (a)(13) of this section must
be presented in the center of a horizontal line.

 (4) If there are multiple subheadings listed under paragraphs (a)(4) through
(a)(13) of this section, each subheading must be preceded by a bullet point.

 (5) The labeling information required by paragraphs (a)(1) through (a)(4),
(a)(11)(ii) through (a)(11)(iv), and (a)(14) of this section must be in bold print.

 (6) The letter height or type size for all labeling information, headings, and
subheadings set forth in paragraphs (a), (b), and (c) of this section must be a
minimum of 8 points, except for labeling information that is on or within the
package from which the drug is to be dispensed, which must be a minimum of 6 points.

 (7) The identifying numbers required by § 201.56(d) and paragraphs (c)(1) through
(c)(18) of this section must be presented in bold print and must precede the heading
or subheading by at least two square em's (i.e., two squares of the size of the
letter "m" in 8 point type).

 (8) The information required by paragraph (a) of this section, not including the
information required under paragraph (a)(4) of this section, must be limited in
length to an amount that, if printed in 2 columns on a standard sized piece of
typing paper (8 1/2 by 11 inches), single spaced, in 8 point type with 1/2-inch
margins on all sides and between columns, would fit on one-half of the page.

 (9) Sections or subsections of labeling that are identified as containing recent
major changes under paragraph (a)(5) of this section must be highlighted in the full
prescribing information by the inclusion of a vertical line on the left edge of the
new or modified text.

 (10) For the information required by paragraph (b) of this section, each section
heading must be in bold print. Each subheading within a section must be indented and
not bolded.

                         21 CFR § 201.58

 4. Section 201.58 is revised to read as follows:

                         21 CFR § 201.58

§ 201.58 Waiver of labeling requirements.

 An applicant may ask the Food and Drug Administration to waive any requirement
under § § 201.56, 201.57, and 201.80. A waiver request must be submitted in writing

                  ©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

to the Director (or the Director's designee), Center for Drug Evaluation and
Research, Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857, or,
if applicable, the Director (or the Director's designee), Center for Biologics
Evaluation and Research, Food and Drug Administration, 1401 Rockville Pike, suite
200 North, Rockville, MD 20852-1448. The waiver must be granted or denied in writing
by the Director or the Director's designee.

21 CFR § 201.59

§ 201.59 [Removed]

21 CFR § 201.59

  5. Section 201.59 is removed.

21 CFR § 201.80

  6. Newly redesignated § 201.80 is amended by:

  a. Revising the section heading;

  b. Amending paragraphs (b)(2)(ii), (c)(3)(i), (c)(3)(v), and (g)(4) by removing the
phrase "§ 314.126(b)" the second time it appears and by adding in its place the
phrase "§ 314.126(c)";

  c. Removing the phrase "induced emesis," in paragraph (i)(6);

  d. Revising paragraphs (c)(2), (f)(2), and (m)(1); and

  e. Adding a new sentence after the first sentence of paragraph (j).

  The additions and revisions read as follows:

21 CFR § 201.80

§ 201.80 Specific requirements on content and format of labeling for human
prescription drug and biological products; older drugs not described in §
201.56(b)(1).

* * * * *
  (c) * * *

  (2)(i) For drug products other than biological products, all indications listed in
this section must be supported by substantial evidence of effectiveness based on
adequate and well-controlled studies as defined in § 314.126(b) of this chapter
unless the requirement is waived under § 201.58 or § 314.126(c) of this chapter.
Indications or uses must not be implied or suggested in other sections of labeling
if not included in this section.

  (ii) For biological products, all indications listed in this section must be
supported by substantial evidence of effectiveness. Indications or uses must not be
implied or suggested in other sections of labeling if not included in this section.

* * * * *
  (f) * * *

  (2) Information for patients. This subsection must contain information necessary
for patients to use the drug safely and effectively (e.g., precautions concerning
driving or the concomitant use of other substances that may have harmful additive
effects). Any FDA-approved patient labeling must be referenced in this section and
the full text of such patient labeling must be reprinted immediately following the
last section of labeling or, alternatively, accompany the prescription drug
labeling. The type size requirement for the Medication Guide set forth in § 208.20

         ©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01                                                    Page 144
71 FR 3922-01, 2006 WL 160271 (F.R.)
**(Cite as: 71 FR 3922)**

of this chapter does not apply to the Medication Guide that is reprinted in or
accompanying the prescription drug labeling unless such Medication Guide is to be
detached and distributed to patients in compliance with § 208.24 of this chapter.

* * * * *
 (j) Dosage and administration. * * * Dosing regimens must not be implied or
suggested in other sections of labeling if not included in this section. * * *

* * * * *
 (m) * * *

 (1)(i) If the clinical study is cited in the labeling in place of a detailed
discussion of data and information concerning an indication for use of the drug, the
clinical study must constitute an adequate and well-controlled study as described in
§ 314.126(b) of this chapter, except for biological products, and must not imply or
suggest indications or uses or dosing regimens not stated in the "Indications and
Usage" or "Dosage and Administration" section.

 (ii) When prescription drug labeling must summarize or otherwise rely on a
recommendation by an authoritative scientific body, or on a standardized
methodology, scale, or technique, because the information is important to
prescribing decisions, the labeling may include a reference to the source of the
information.

* * * * *

## 21 CFR § 201.100

 7. Section 201.100 is amended by revising paragraph (d)(3) to read as follows:

## 21 CFR § 201.100

§ 201.100 Prescription drugs for human use.

* * * * *
 (d) * * *

 *3997 (3) The information required, and in the format specified, by § § 201.56,
201.57, and 201.80.

* * * * *

PART 314--APPLICATIONS FOR FDA APPROVAL TO MARKET A NEW DRUG

 8. The authority citation for 21 CFR part 314 continues to read as follows:

 Authority: 21 U.S.C. 321, 331, 351, 352, 353, 355, 355a,  356, 356a, 356b, 356c,
371, 374, 379e.

## 21 CFR § 314.70

 9. Section 314.70 is amended by:

a. Removing from paragraph (b)(2)(v)(B) the phrase "(b)(8)(iv) of this chapter."
and adding in its place the phrase "(b)(8)(iv) of this chapter; and";

b. Adding paragraph (b)(2)(v)(C);

c. Revising the introductory text of paragraph (c)(6)(iii); and

d. Revising paragraph (d)(2)(x).

The additions and revisions read as follows:

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01                                                        Page 145
71 FR 3922-01, 2006 WL 160271 (F.R.)
**(Cite as: 71 FR 3922)**


                            21 CFR § 314.70

§ 314.70 Supplements and other changes to an approved application.

* * * * *
 (b) * * *

 (2) * * *

 (v) * * *

 (C) Any change to the information required by § 201.57(a) of this chapter, with
the following exceptions that may be reported in an annual report under paragraph
(d)(2)(x) of this section:

 (1) Removal of a listed section(s) specified in § 201.57(a)(5) of this chapter;
and

 (2) Changes to the most recent revision date of the labeling as specified in §
201.57(a)(15) of this chapter.

* * * * *
 (c) * * *

 (6) * * *

 (iii) Changes in the labeling, except for changes to the information required in §
201.57(a) of this chapter (which must be made pursuant to paragraph (b)(2)(v)(C) of
this section), to accomplish any of the following:

* * * * *
 (d) * * *

 (2) * * *

 (x) An editorial or similar minor change in labeling, including a change to the
information allowed by paragraphs (b)(2)(v)(C)(1) and (2) of this section.

* * * * *

PART 601--LICENSING

 10. The authority cite for 21 CFR part 601 continues to read as follows:

 Authority: 15 U.S.C. 1451-1561; 21 U.S.C. 321, 351, 352, 353, 355, 356b, 360,
360c-360f, 360h-360j, 371, 374, 379e, 381; 42 U.S.C. 216, 241, 262, 263, 264; sec
122, Pub. L. 105-115, 111 Stat. 2322 (21 U.S.C. 355 note).

                            21 CFR § 601.12

 11. Section 601.12 is amended by:

 a. Adding two sentences after the second sentence and before the third sentence in
paragraph (f)(1);

 b. Revising the introductory text of paragraph (f)(2)(i);

 c. Removing from paragraph (f)(3)(i)(B) the word "and";

 d. Removing from paragraph (f)(3)(i)(C) the phrase "Medication Guide." and adding
in its place the phrase "Medication Guide; and"; and


        ©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

71 FR 3922-01                                                    Page 146
71 FR 3922-01, 2006 WL 160271 (F.R.)
**(Cite as: 71 FR 3922)**

  e. Adding paragraph (f)(3)(i)(D).

The additions and revisions read as follows:

<u>21 CFR § 601.12</u>

§ 601.12 Changes to an approved application.

* * * * *
 (f) * * *

  (1) * * * An applicant cannot use paragraph (f)(2) of this section to make any
change to the information required in <u>§ 201.57(a)</u> of this chapter. An applicant may
report the minor changes to the information specified in paragraph (f)(3)(i)(D) of
this section in an annual report. * * *

  (2) * * *

  (i) An applicant shall submit, at the time such change is made, a supplement for
any change in the package insert, package label, or container label, except for
changes to the package insert required in <u>§ 201.57(a)</u> of this chapter (which must
be made pursuant to paragraph (f)(1) of this section), to accomplish any of the
following:

* * * * *
 (f) * * *

  (3) * * *

  (i) * * *

  (D) A change to the information required in <u>§ 201.57(a)</u> of this chapter as
follows:

  (1) Removal of a listed section(s) specified in <u>§ 201.57(a)(5)</u> of this chapter;
and

  (2) Changes to the most recent revision date of the labeling as specified in  <u>§
201.57(a)(15)</u> of this chapter.

* * * * *
 Dated: December 7, 2005.

Andrew C. von Eschenbach,

Acting Commissioner of Food and Drugs.

 Dated: December 7, 2005.

Michael O. Leavitt,

Secretary of Health and Human Services.

[FR Doc. 06-545 Filed 1-18-06; 10:28 am]

BILLING CODE 4160-01-C

END OF DOCUMENT

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.