UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| CARRIE MARTIN, <br><br> Plaintiff, <br><br> vs. <br><br> MERCK & CO., INC., a foreign corporation, <br><br> Defendant. | 05-MD-1657 <br><br> Case No. 2:05-cv-04448-EEF-DEK <br><br><br> NOTICE OF PLAINTIFF ADDRESS CHANGE |

The court has previously entered an order allowing plaintiff's counsel of record and all attorneys associated with their firms to withdraw in the above-captioned matter. The court and defense counsel are hereby notified that plaintiff's current contact information is as follows:

Carrie Martin
19855 NE Jaquith Rd.
Newberg, OR 97132-6637
Phone: 503.706.6486

_(signature)_
Jeffrey A. Bowersox, OSB 81442, plaintiff's
counsel and on behalf of Jeffrey A. Bowersox,
Bowersox Law Firm, P.C., Savage Bowersox
Supperstein, LLP
620 SW 5th Ave., Suite 1125
Portland, OR 97204
(503) 452-5858
(503) 248-0200 (facsimile)

Daniel E. Becnel, Jr., Matthew Moreland, Kevin
Klibert, Bradley Becnel, Holly LaMarche and
The Law Offices of Daniel E. Becnel, Jr.
106 Seventh Street
PO Drawer H
Reserve, LA 70084
(985) 536-1186
985.536.6445 (facsimile)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Plaintiff's Address Change has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by U.S. Mail on this 20th day of October, 2006.

Jeffrey A. Bowersox, OSB 81442
Bowersox Law Firm, p.c.
620 SW Fifth Avenue, Suite 1125
Portland, OR 97204
Phone:      503-452-5858
Fax:         503-248-0200
Jeffrey@BLFpc.com