UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23  PM 12: 57

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE VIOXX MARKETING SALES ) | |
| PRACTICES AND PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | MDL No.: 1657 |
| Plaintiff,   ) | SECTION L |
| ) | |
| This document relates to:   ) | Judge Eldon E. Fallon |
| ) | |
| **Dennis R. Barnes v.**   ) | MAGISTRATE JUDGE |
| Merck & CO., Inc., Case No. 06-0423   ) | DANIEL E. KNOWLES, III |
| ) | |

## PLAINTIFF'S AMENDED DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Dennis R. Barnes by and through his attorney of record Allan H. Bell, and pursuant to Fed. R. Civ. P. 41(a)(2), hereby dismisses the above claim against Defendant, without prejudice, meaning that the claim can be refiled.

1. Plaintiff is requesting leave of court to simplify this action by not having to go through the motion procedure described in said Rule.

2. Plaintiff stipulates that in the unlikely event he will refile this case, that he will indeed refile it in Federal Court.

3. Plaintiff has taken into account Defendants recently filed objections pertaining to the above matter.

WHEREFORE, Plaintiff ask that the case be dismissed without prejudice and for such other relief as may be deemed just and proper.

ALLAN H. BELL #19459
2022 Swift, Suite 202
N. Kansas City, MO 64116
(816) 421-1430
Attorney for Claimant

___ Fee ___
___ Process ___
X  Dktd ___
✓ CtRmDep ___
___ Doc. No ___

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed this 6th day of October, 2006 to:

Mr. John N. Poulos, Attorney at Law
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Facsimile: 201-536-0799

Mr. George F. Verschelden, Attorney
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2800
Kansas City, MO 64108
Telephone: 816-842-8600
Facsimile: 816-691-3495

Ms. Dorothy Wimberly, Attorney
Stone, Pigman, Walther, Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Fax: 504-581-3361

Attorneys For Defendant

_____
Allan H. Bell, Esq.

## ALLAN H. BELL & ASSOCIATES
### ATTORNEYS AT LAW

FOUNDED 1967

FAX (816) 421-1124

E-mail: jeffbell@compuserve.com

ALLAN H. BELL
JEFFREY S. BELL*
*Licensed in Missouri and Kansas

SUITE 202, 2022 SWIFT
NORTH KANSAS CITY, MISSOURI 64116-3442 U.S.A.
(816) 421-1430 (24 HOURS)

Nationwide (Including MO) Toll Free (800) 365-2355

TAMMY PEERY
SHERRI MORRIS
Legal Assistants

October 6, 2006

Mr. George F. Verschelden, Attorney
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2800
Kansas City, MO 64108

Telephone: 816-842-8600
Facsimile: 816-691-3495

**ALLAN H. BELL & ASSOCIATES**
**ATTORNEYS AT LAW**

FOUNDED 1967

FAX (816) 421-1124

E-mail: jeffbell@compuserve.com

SUITE 202, 2022 SWIFT
NORTH KANSAS CITY, MISSOURI 64116-3442 U.S.A.
(816) 421-1430 (24 HOURS)

Nationwide (Including MO) Toll Free (800) 365-2355

ALLAN H. BELL
JEFFREY S. BELL*
*Licensed in Missouri and Kansas

TAMMY PEERY
SHERRI MORRIS
Legal Assistants

October 6, 2006

Mr. John N. Poulos, Attorney at Law
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918

Telephone: 201-536-9220
Facsimile: 201-536-0799