UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| Plaintiff, | ) ) ) | MDL No.: 1657 SECTION L |
| This document relates to: | ) ) | Judge Eldon E. Fallon |
| **Dennis R. Barnes v.** Merck & CO., Inc., Case No. 06-0423 | ) ) ) ) | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 26  PM 4: 49

LORETTA G. WHYTE
CLERK

## ORDER

FOR GOOD CAUSE SHOWN, the above case is hereby dismissed without prejudice. If the Plaintiff desires to refile his claims, he must do so in federal court. Plaintiff shall also make the necessary changes to Lexis Nexis File + Serve pursuant to Pre-Trial order 8B.

_____
Honorable Judge Eldon E. Fallon

Date: October 25, 2006

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____