FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 24  PM 12:18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES § § § § § | |
| THIS DOCUMENT RELATES TO: § § § | DOCKET NO. 2:05-CV-1154 |
| | MDL NO. 1657 |
| JOJUANA DANIEL, MARIAH SURVILLION, MARY GUSSMAN, ADA TAYLOR, MARIE CEPEDA, ROY WAYCHOFF and GLORIA WAYCHOFF, MERCEDES KIRK, RUBY FERGUSON, Individually and as Representative of the Estate of ELLA MAY MCDONALD, WALLACE LUDWICK, ALPHA VANCKHOVEN, MARGIE MCDUFFIE, JAMES MCKINNEY, MARY HILL and PAUL HILL, WILLIAM PAUL, JOSE ANTONIO GARZA, RUSSELL LEVY, LEEATTRICE SMITH, LILIAN MARIE JACKSON and WANDA KIRKWOOD § | SECTION: L/3 |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| | TRANSFEROR COURT: |
| | U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CAUSE NO. H-05-0255 |
| *Plaintiffs,* § § | |
| VS. § § | |
| MERCK & CO., INC. § § | |
| *Defendant.* § | |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Alpha Vanckhoven ("Vanckhoven"), <u>ONLY</u>, and Defendant, Merck & Co., Inc. ("Merck), hereby stipulate, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Vanckhoven agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Vanckhoven further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Vanckhoven, as though Vanckhoven had been a party and had had an opportunity to participate in that discovery.

Vanckhoven agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

Respectfully Submitted,

MITHOFF LAW FIRM

RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101

JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS


GERRY LOWRY
State Bar No. 12641350
JULIE HARDIN
State Bar No. 24013613
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Servce Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of October 2006.

_____
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Mithoff Law Firm
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)
cliebergot@mithofflaw.com

ATTORNEY FOR PLAINTIFF

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the claims of plaintiff Alpha Vanckhoven be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation. *The Plaintiff shall make the necessary changes to Lexis Nexis File + Serve pursuant to Pre-Trial Order 8B.*

NEW ORLEANS, LOUISIANA, this 25th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```