# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| | :     **MDL NO. 1657** |
| **IN RE: VIOXX** | : |
| **PRODUCTS LIABILITY LITIGATION** | :     **SECTION: L** |
| | : |
| | :     **JUDGE FALLON** |
| | :     **MAG. JUDGE KNOWLES** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Mason v. Merck & Co., Inc.*, 06-810

## ORDER

The Plaintiff sought to introduce at trial portions of depositions taken of David Graham,

M.D., Jerry Avorn, M.D., James S. Zebrack, M.D., Edward W. Ganellen, M.D., Mark Hawthorne

Keep, M.D., Bard R. Madsen, M.D., Gary Symkoviak, M.D., Douglas M. Vogeler, M.D., and Jay

C. Grove. The Defendant, however, made several objections to the proffered deposition

testimony. In addition, the Defendant offered its own counter-designations, which were objected

to by the Plaintiff. The Court ruled on all these objections. The Court's rulings are noted on the

attached deposition testimony, which has been entered into the record. Considering the size of

*Dr. Vogeler +* Dr. Avorn's transcript, only those pages on which rulings are made will be entered into the

record.

New Orleans, Louisiana, this __27th__ day of ___October___, 2006.

_____
UNITED STATES DISTRICT JUDGE