# Mason v. Merck
## Deposition of Jerry Avorn 06-29-06 & 06-30-06

| | | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|---|
| 1. | 31:02 – | 34:06 Avorn, Jerome 2006-06-29 | | | |
| | 31: 02 | Q. Good afternoon, Doctor. | | | |
| | 31: 03 | A. Good afternoon. | | | |
| | 31: 04 | Q. Would you please introduce | | | |
| | 31: 05 | yourself to the members of the jury. | | | |
| | 31: 06 | A. Yes. My name is Jerry | | | |
| | 31: 07 | Avorn. | | | |
| | 31: 08 | Q. And where do you currently | | | |
| | 31: 09 | live, sir? | | | |
| | 31: 10 | A. In Brookline, just outside | | | |
| | 31: 11 | of Boston, Massachusetts. | | | |
| | 31: 12 | Q. And do you hold any academic | | | |
| | 31: 13 | positions? | | | |
| | 31: 14 | A. Yes. Im a professor of | | | |
| | 31: 15 | medicine at Harvard Medical School. | | | |
| | 31: 16 | Q. And do you hold any other | | | |
| | 31: 17 | professional positions at Harvard Medical | | | |
| | 31: 18 | School? | | | |
| | 31: 19 | A. Yes. I am the chief of the | | | |
| | 31: 20 | division of pharmacoepidemiology and | | | |
| | 31: 21 | pharmacoeconomics at the Brigham and | | | |
| | 31: 22 | Womens Hospital, which is one of the' | | | |
| | 31: 23 | main Harvard teaching hospitals. | | | |
| | 31: 24 | Q. And would you tell us a | | | |
| | 32: 01 | little bit about the division of | | | |
| | 32: 02 | pharmacoepidemiology and | | | |
| | 32: 03 | pharmacoeconomics? | | | |
| | 32: 04 | A. Yes. Thats a division that' | | | |
| | 32: 05 | I was asked to start in 1997, and it | | | |
| | 32: 06 | opened its doors in 1998. And it is a | | | |
| | 32: 07 | collection of 25 researchers of whom | | | |
| | 32: 08 | theres 11 faculty, and the rest are' | | | |
| | 32: 09 | programmers and research assistants and | | | |
| | 32: 10 | administrators. And our main agenda is | | | |
| | 32: 11 | the study of patterns of medication use, | | | |
| | 32: 12 | side effects caused by drugs, good | | | |
| | 32: 13 | effects caused by drugs, the cost | | | |
| | 32: 14 | effectiveness of drugs, the impact of | | | |
| | 32: 15 | policy such as reimbursement and other | | | |
| | 32: 16 | sorts of policy on how doctors prescribe | | | |
| | 32: 17 | drugs, how patients use drugs, and, | | | |
| | 32: 18 | finally, the way that physicians make | | | |
| | 32: 19 | prescribing decisions and how those | | | |
| | 32: 20 | decisions can be made better. | | | |
| | 32: 21 | Q. And forgive me if | | | |
| | 32: 22 | occasionally I ask you to explain some | | | |
| | 32: 23 | terms. | | | |
| | 32: 24 | You mentioned the term | | | |
| | 33: 01 | "pharmacoepidemiology." Would you please | | | |
| | 33: 02 | describe what that is? | | | |
| | 33: 03 | A. Sure. That is the study of | | | |

| | | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|---|
| | 193: 07 | Q. Doctor, before we broke, I | | | |
| | 193: 08 | showed you a public affairs plan for the | | | |
| | 193: 09 | GI label change for Vioxx dated March | | | |
| | 193: 10 | 23rd, 2001. | | | |
| | 193: 11 | A. Right. | | | |
| | 193: 12 | Q. Have you seen that before? | | | |
| | 193: 13 | Ive shown you that in context of showing' | | | |
| | 193: 14 | you documents for litigation here. | | | |
| | 193: 15 | A. Thats right.' | | | |
| | 193: 16 | Q. Okay. | | | |
| | 193: 17 | Would you please turn to the | | | |
| | 193: 18 | page containing the Bates range 20167. | | | |
| | 193: 19 | Do you see that? | | | |
| | 193: 20 | A. Yes. | | | |
| | 193: 21 | Q. See "Overall Communication | | | |
| | 193: 22 | Objectives." Do you see that? | | | |
| | 193: 23 | A. Yes. | | | |
| | 193: 24 | Q. Do you see the first bullet | | | |
| | 194: 01 | point? | | | |
| | 194: 02 | A. Yes. | | | |
| | 194: 03 | Q. Would you please tell the | | | |
| | 194: 04 | members of the jury what it says? | | | |
| | 194: 05 | A. It says "Do no harm." | | | |
| | 194: 06 | Q. Can you read the rest? | | | |
| | 194: 07 | A. Yes. | | | |
| | 194: 08 | "Refrain from proactively | | | |
| | 194: 09 | generating coverage that jeopardizes | | | |
| | 194: 10 | label negotiations and/or that links | | | |
| | 194: 11 | Vioxx to cardiovascular adverse events." | | | |
| | 194: 12 | Q. Doctor, were you concerned | | | |
| | 194: 13 | in 2001 and 2002 about the delay in | | | |
| | 194: 14 | actually getting your study off the | | | |
| | 194: 15 | ground? | | | |
| | 194: 16 | A. Very concerned. | | | |
| | 194: 17 | Q. Do you have any explanation | Re: 194:17-194:20 | | overruled / somewhat of a close call |
| | 194: 18 | for Mercks inability to execute a' | Def Obj: Speculation ; | | But has a basis of concern |
| | 194: 19 | contract until after the label was | No Foundation | | to this glass of his |
| | 194: 20 | approved for Vioxx? | | | basis of concern on explains why concerned |
| 65. 94:24 - | 195:13 | Avorn, Jerome 2006-06-29 | | | |
| | 194: 24 | THE WITNESS: At that time, | Re: 194:24-195:13 | | |
| | 195: 01 | I had no understanding of the | Def Obj: Speculation ; | | |
| | 195: 02 | label discussions that were going | No Foundation | | |
| | 195: 03 | on. I just was concerned that | | | |
| | 195: 04 | either this was a very big company | | | |
| | 195: 05 | that couldnt get out of its own' | | | |
| | 195: 06 | way and make a decision in less | | | |
| | 195: 07 | than a year on an important study, | | | |
| | 195: 08 | or perhaps, and I vividly recall | | | |
| | 195: 09 | raising this possibility with Dr. | | | |
| | 195: 10 | Solomon, perhaps the foot dragging | | | |
| | 195: 11 | was intentional because they | | | |
| | 195: 12 | really didnt want the study to' | | | |
| | 195: 13 | get done. | | | |
| 66. 95:24 - | 196:03 | Avorn, Jerome 2006-06-29 | | | |

| | | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|---|
| | 195: 24 | First of all, was that what | | | |
| | 196: 01 | was on your mind at the time, that there | | | |
| | 196: 02 | was a concern there was foot dragging on | | | |
| | 196: 03 | the part of the company? | | | |
| 67. | 96:08 - | 196:11 Avorn, Jerome 2006-06-29 | | | |
| | 196: 08 | THE WITNESS: We had | | | |
| | 196: 09 | conversations on almost a biweekly | | | |
| | 196: 10 | basis about why is it taking so | | | |
| | 196: 11 | long. | | | |
| 68. | 96:13 - | 196:17 Avorn, Jerome 2006-06-29 | | | |
| | 196: 13 | Q. Okay. | | | |
| | 196: 14 | Now, Doctor, I assume that | | | |
| | 196: 15 | once the contract was signed, you got | | | |
| | 196: 16 | right to work on actually doing the | | | |
| | 196: 17 | study; is that correct? | | | |
| 69. | 96:19 - | 196:20 Avorn, Jerome 2006-06-29 | | | |
| | 196: 19 | THE WITNESS: We -- that was | | | |
| | 196: 20 | our plan, but... | | | |
| 70. | 96:22 - | 198:16 Avorn, Jerome 2006-06-29 | | | |
| | 196: 22 | Q. What happened? | | | |
| | 196: 23 | A. There was -- I learned a | | | |
| | 196: 24 | lesson, which is that I had learned with | | | |
| | 197: 01 | discussions with other pharmaceutical | | | |
| | 197: 02 | companies to never allow the funding to | | | |
| | 197: 03 | be contingent upon their acceptance of | | | |
| | 197: 04 | the work product because that, in effect, | | | |
| | 197: 05 | would give a company censorship over what | | | |
| | 197: 06 | we were able to publish. And we managed | | | |
| | 197: 07 | every step of the way except for one to | | | |
| | 197: 08 | not have as any of the benchmarks in the | | | |
| | 197: 09 | contract any words like "produce a | | | |
| | 197: 10 | manuscript that is acceptable to Merck" | | | |
| | 197: 11 | or "produce data that are satisfactory to | | | |
| | 197: 12 | Merck" because I learned not to do that. | | | |
| | 197: 13 | The thing I hadnt learned' | | | |
| | 197: 14 | yet but learned from this was that as one | | | |
| | 197: 15 | of the -- as the only benchmark that was | | | |
| | 197: 16 | there in the beginning was language, and | | | |
| | 197: 17 | its in the contract, and perhaps I' | | | |
| | 197: 18 | should actually refer to the contract, | | | |
| | 197: 19 | the first milestone or benchmark was, | | | |
| | 197: 20 | payment to our hospital to fund the | | | |
| | 197: 21 | research "will be made upon acceptance of | | | |
| | 197: 22 | a detailed protocol." | | | |
| | 197: 23 | And it turns out that -- | | | |
| | 197: 24 | thats not a mistake I'll make again. It' | | | |
| | 198: 01 | turns out that Mercks acceptance of the' | | | |
| | 198: 02 | protocol even after more than a year of | | | |
| | 198: 03 | discussion about getting the contract | | | |
| | 198: 04 | signed, took another nine months before | | | |
| | 198: 05 | they actually accepted the protocol. | | | |
| | 198: 6 | MR. TISI: Doctor, I'm going | | | |
| | 198: 7 | to hand you a group of documents | | | |
| | 198: 8 | that I'm going to collectively | | | |

| | | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|---|
| | 247: 11 | and important and dangerous side | | | |
| | 247: 12 | effect that was only an obstacle, | | | |
| | 247: 13 | I suppose, from the perspective of | | | |
| | 247: 14 | Vioxx sales, but it was not an | | | |
| | 247: 15 | obstacle in terms of science. | | | |
| 79. 47:20 - | 248:07 | Avorn, Jerome 2006-06-29 | | | |
| | 247: 20 | Q. When it says "Action | | | |
| | 247: 21 | required," it says, "Do not initiate | | | |
| | 247: 22 | discussions on this article with | | | |
| | 247: 23 | physicians." Do you see that? | | | |
| | 247: 24 | A. I see that. | | | |
| | 248: 01 | Q. Doctor, as somebody who has | Re: 248:1-248:7 | | |
| | 248: 02 | been involved in academic detailing, | **Def Obj**: Question with | | |
| | 248: 03 | which we spoke about before, can you | no answer; Question | | |
| | 248: 04 | think of any medical or scientific reason | withdrawn | | |
| | 248: 05 | why a responsible drug company would not | | | |
| | 248: 06 | want to have all of the evidence | | | |
| | 248: 07 | discussed with physicians? | | | |
| 80. 48:13 - | 248:18 | Avorn, Jerome 2006-06-29 | | | |
| | 248: 13 | Q. Im not asking you to' | | | |
| | 248: 14 | speculate, Doctor. Im asking you as' | | | |
| | 248: 15 | somebody who has done research in this | | | |
| | 248: 16 | area, is there any medical or scientific | | | |
| | 248: 17 | reason why this article and this research | | | |
| | 248: 18 | should not be shared with doctors? | | | |
| 48:20 - | 248:20 | Avorn, Jerome 2006-06-29 | | | |
| | 248: 20 | THE WITNESS: No. | | | |
| 82. 48:22 - | 249:10 | Avorn, Jerome 2006-06-29 | | | |
| | 248: 22 | Q. Why not? | | | |
| | 248: 23 | A. As someone who has spent his | | | |
| | 248: 24 | life studying how doctors make | | | |
| | 249: 01 | prescribing decisions and written papers | | | |
| | 249: 02 | about and conducted programs in the fair | | | |
| | 249: 03 | and evidenced-based presentations of both | | | |
| | 249: 04 | benefit and risk data to physicians so | | | |
| | 249: 05 | that they can be helped to make more | | | |
| | 249: 06 | appropriate decisions to benefit their | | | |
| | 249: 07 | patients, I can think of no reason that | | | |
| | 249: 08 | anybody would -- no legitimate reason why | | | |
| | 249: 09 | it would be ever appropriate to suppress | | | |
| | 249: 10 | negative findings about a drug risk. | | | |
| 83. 74:13 - | 275:05 | Avorn, Jerome 2006-06-29 | | | |
| | 274: 13 | Q. Now, let me ask you some of | | | |
| | 274: 14 | your opinions generally, and we can | | | |
| | 274: 15 | hopefully move through these fairly | | | |
| | 274: 16 | quickly. | | | |
| | 274: 17 | Doctor, we addressed this | | | |
| | 274: 18 | previously about what your opinions were | | | |
| | 274: 19 | at the time that you were studying Vioxx. | | | |
| | 274: 20 | Lets move forward in time.' | | | |
| | 274: 21 | As of today, do you have an | | | |
| | 274: 22 | opinion to a reasonable degree of medical | | | |
| | 274: 23 | certainty as to whether or not Vioxx was | | | |
| | 274: 24 | any more effective as a pain reliever | | | |

| | | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|---|
| 292: 15 | | ADVANTAGE and study 090 were much briefer | | | |
| 292: 16 | | than that, and they also found an effect | | | |
| 292: 17 | | that was different in Vioxx users versus | | | |
| 292: 18 | | the comparison group in well under six | | | |
| 292: 19 | | months. | | | |
| 292: 20 | | Q. And looking at all of those | | | |
| 292: 21 | | together, in your opinion, did a pattern | | | |
| 292: 22 | | emerge that in any way suggested, good or | | | |
| 292: 23 | | bad, that there was not a cutoff period | | | |
| 292: 24 | | of time where the risk begins? | | | |
| 293: 01 | | A. I think looking at all the | | | |
| 293: 02 | | data together from the clinical trials, | | | |
| 293: 03 | | and in addition, separately looking at | | | |
| 293: 04 | | the data from the observational or the | | | |
| 293: 05 | | epidemiologic studies, the totality of | | | |
| 293: 06 | | the evidence does not suggest that there | | | |
| 293: 07 | | is a, quote, safe period early on when | | | |
| 293: 08 | | you dont get into trouble with the drug.' | | | |
| 294:21 - | 296:6 | Avorn, Jerome 2006-06-29 | | | |
| 294: 21 | | Q. Doctor, we talked about the | (294:21-296:6) | Overruled / | |
| 294: 22 | | VIGOR study in the earlier part of your | Def's Obj: Late | no surprise | |
| 294: 23 | | deposition. Have you since come to learn | designation served | no prejudice | |
| 294: 24 | | that the data from the VIGOR study is | after the deadline in | | |
| 295: 1 | | different than you initially thought it | the parties' stipulation; | | |
| 295: 2 | | was at the time it was published? | cumulative with Dr. | | |
| 295: 3 | | A. Yes. | Curfman's testimony | | |
| 295: 4 | | Q. What did you understand is | cumulative opinion on | | |
| 295: 5 | | now different than what was originally | naproxen with Drs. | | |
| 295: 6 | | reported by Merck in November of 2000? | Topol, Graham and | | |
| 295: 7 | | A. Well, apparently -- not | Curfman | | |
| 295: 8 | | apparently, it is now agreed, I think, by | | | |
| 295: 9 | | all parties that there were three cases | | | |
| 295: 10 | | of heart attack in patients who were in | | | |
| 295: 11 | | the VIGOR study, who actually were in the | | | |
| 295: 12 | | Vioxx arm of the VIGOR study whose heart | | | |
| 295: 13 | | attacks were not included in the original | | | |
| 295: 14 | | report as it was published in the New | | | |
| 295: 15 | | England Journal of Medicine. | | | |
| 295: 16 | | Q. Were those in any particular | | | |
| 295: 17 | | subgroup in the VIGOR study that is of | | | |
| 295: 18 | | clinical importance? | | | |
| 295: 19 | | A. All of them were in what was | | | |
| 295: 20 | | called the aspirin not indicated group, | | | |
| 295: 21 | | which was the supposedly lower risk for | | | |
| 295: 22 | | cardiac disease subgroup of the study. | | | |
| 295: 23 | | Q. In terms of the whole, what | | | |
| 295: 24 | | we call the naproxen issue, what | | | |
| 296: 1 | | significance, in as simple a way as you | | | |
| 296: 2 | | can explain it, what significance is it | | | |
| 296: 3 | | that the three deaths -- | | | |
| 296: 4 | | A. Heart attacks. | | | |
| 296: 5 | | Q. -- heart attacks were not in | | | |
| 296: 6 | | the aspirin-indicated group? | | | |

| | | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|---|
| 297:12 - | 299:5 | Avorn, Jerome 2006-06-29 | | | |
| 297: 12 | | The fact that the three | **(297:12-299:5)** | *are* | *inw* |
| 297: 13 | | heart attacks that were not | **Def's Obj:** Late | | |
| 297: 14 | | originally reported in the first | designation served | | |
| 297: 15 | | -- in the publication of the | after the deadline in | | |
| 297: 16 | | Vioxx -- of the VIGOR study, the | the parties' stipulation; | | |
| 297: 17 | | importance of their having all | cumulative with Dr. | | |
| 297: 18 | | occurred in the, quote, aspirin | Curfman's testimony | | |
| 297: 19 | | not indicated group is the | cumulative opinion on | | |
| 297: 20 | | following: | naproxen with Drs. | | |
| 297: 21 | | The argument that was being | Topol, Graham and | | |
| 297: 22 | | made in the VIGOR study as it was | Curfman | | |
| 297: 23 | | published was that the reason that | | | |
| 297: 24 | | there were more heart attacks seen | | | |
| 298: 1 | | in people taking Vioxx compared to | | | |
| 298: 2 | | people taking naproxen was that | | | |
| 298: 3 | | naproxen had this very powerful | | | |
| 298: 4 | | aspirin-like effect on your | | | |
| 298: 5 | | platelets which made them not | | | |
| 298: 6 | | clot, and that Vioxx didn't have | | | |
| 298: 7 | | that effect, and that's how | | | |
| 298: 8 | | naproxen was supposedly preventing | | | |
| 298: 9 | | heart attacks rather than having | | | |
| 298: 10 | | Vioxx cause heart attacks. | | | |
| 298: 11 | | The importance of those | | | |
| 298: 12 | | three cases occurring in the | | | |
| 298: 13 | | patients who didn't need aspirin | | | |
| 298: 14 | | group is that that doesn't fit, | | | |
| 298: 15 | | that if the issue was that Vioxx | | | |
| 298: 16 | | lacked the aspirin-like effect | | | |
| 298: 17 | | that naproxen supposedly had, then | | | |
| 298: 18 | | you would not expect people who | | | |
| 298: 19 | | didn't need aspirin to do any | | | |
| 298: 20 | | worse, but, in fact, the people | | | |
| 298: 21 | | who didn't need aspirin also did | | | |
| 298: 22 | | worse on Vioxx, which is | | | |
| 298: 23 | | consistent with the idea that it | | | |
| 298: 24 | | wasn't just about some imagined | | | |
| 299: 1 | | naproxen protective effect, but, | | | |
| 299: 2 | | rather, about the likelihood, | | | |
| 299: 3 | | which I think is now quite | | | |
| 299: 4 | | plausible that Vioxx was actually | | | |
| 299: 5 | | precipitating the heart attacks. | | | |
| 92. 00:09 - | 301:15 | Avorn, Jerome 2006-06-29 | | | |
| 300: 09 | | Q. Lets go to the next' | | | |
| 300: 10 | | question that we asked you to address, | | | |
| 300: 11 | | which is Mercks investigation and' | | | |
| 300: 12 | | management of -- investigation of the | | | |
| 300: 13 | | potential of Vioxx to cause heart attacks | | | |
| 300: 14 | | and their management of that issue, the | | | |
| 300: 15 | | studies, the communications, et cetera. | | | |
| 300: 16 | | Okay? | | | |

| | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|
| 396:23 - | 397:08 Avorn, Jerome 2006-06-29 | | | |
| 396: 23 | I have such an opinion, and | | | |
| 396: 24 | my opinion is that if a company is in | | | |
| 397: 01 | possession of data that indicates a | | | |
| 397: 02 | statistically significant doubling of the | | | |
| 397: 03 | death rate in a placebo-controlled | | | |
| 397: 04 | randomized control trial that it | | | |
| 397: 05 | conducted, then that information needs to | | | |
| 397: 06 | be in the label to be able to guide | | | |
| 397: 07 | physicians to make appropriate decisions | | | |
| 397: 08 | about the use of that drug. | | | |
| 118. 398:11 - | 398:16 Avorn, Jerome 2006-06-29 | | | |
| 398: 11 | Q. Okay. | Re: 398:11-398:16 | | |
| 398: 12 | And do you know whether or | Def Obj: Foundation; No | | overruled |
| 398: 13 | not the FDA proposed that information | personal knowledge | | |
| 398: 14 | about VIGOR and ADVANTAGE on | | | |
| 398: 15 | cardiovascular events and cardiovascular | | | |
| 398: 16 | risk be placed in the warnings section? | | | |
| 119. 399:19 - | 400:04 Avorn, Jerome 2006-06-29 | | | |
| 399: 19 | A. Yes. | | | |
| 399: 20 | Q. Okay. | | | |
| 399: 21 | Having seen it, and as | | | |
| 399: 22 | somebody who is an expert in the factors | Re: 399:19-399:19 | | |
| 399: 23 | that drive doctors prescribing' | Def Obj: Foundation; No | | |
| 399: 24 | practices, do you have an opinion as to | personal knowledge | | |
| 400: 01 | whether or not that kind of information | | | |
| 400: 02 | in the warnings section would have | | | |
| 400: 03 | assisted doctors in making a risk/benefit | | | |
| 400: 04 | analysis for their patients? | | | |
| 120. 400:11 - | 400:14 Avorn, Jerome 2006-06-29 | | | |
| 400: 11 | THE WITNESS: I have such an | | | |
| 400: 12 | opinion that that would have been | | | |
| 400: 13 | an important piece of information | | | |
| 400: 14 | for doctors to have. | | | |
| 121. 400:16 - | 400:20 Avorn, Jerome 2006-06-29 | | | |
| 400: 16 | Q. Do you think that the lack | | | |
| 400: 17 | of that information deprived doctors of | | | |
| 400: 18 | an important piece of information from | | | |
| 400: 19 | which they could make reasonable | | | |
| 400: 20 | prescribing choices? | | | |
| 122. 401:09 - | 402:12 Avorn, Jerome 2006-06-29 | | | |
| 401: 09 | As someone who has done | | | |
| 401: 10 | research on published and peer-reviewed | | | |
| 401: 11 | journals about physicians assessments of | | | |
| 401: 12 | risks and benefits, and as someone who | | | |
| 401: 13 | teaches physicians about weighing risks | | | |
| 401: 14 | and benefits, and has written a book | | | |
| 401: 15 | about risks and benefits as drivers of | | | |
| 401: 16 | drug use, and as somebody who has written | | | |
| 401: 17 | a paper recently in the New England | | | |
| 401: 18 | Journal about the effect of labeling on | | | |
| 401: 19 | warnings and on prescribing, I can say | | | |
| 401: 20 | with a great deal of certainty that a | | | |
| 401: 21 | physician not having information about | | | |

| | | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|---|
| | 401: 22 | doubling of mortality risk and of | | | |
| | 401: 23 | increased risk of heart attack caused by | | | |
| | 401: 24 | a drug would deprive that physician from | | | |
| | 402: 01 | the ability to be able to make a wise | | | |
| | 402: 02 | prescribing decision. | | | |
| | 402: 03 | Q. Doctor, let me ask you this. | | | |
| | 402: 04 | Do you have any evidence you | | | |
| | 402: 05 | have seen in this case that the addition | | | |
| | 402: 06 | of such a warning, as opposed to a | | | |
| | 402: 07 | precaution, would have been made a | | | |
| | 402: 08 | difference with respect to prescribing | | | |
| | 402: 09 | practices with respect to Vioxx? | | | |
| | 402: 10 | A. Yes. | | | |
| | 402: 11 | MR. TISI: Let me show you | Re:402:11-402:13 | Sustained | This may |
| | 402: 12 | what I'd like to have marked as | Def Obj: Lack of | | be admissible |
| 123.02:13 - | 402: 13 | 402:13 Avorn, Jerome 2006-06-29 Exhibit Number 39. | foundation; witness does not establish any | | but not with this |
| 124.03:03 - | | 403:13 Avorn, Jerome 2006-06-29 | expertise with financial forecasts like this | | witness. |
| | 403: 03 | Q. Doctor, have you seen this | document | | |
| | 403: 04 | before in preparation for your testimony | | | |
| | 403: 05 | today? | | | |
| | 403: 06 | A. Yes, I have. | Re: 403:3-403:13 | | |
| | 403: 07 | Q. Would you describe -- | Def Obj: Lack of | | He didn't |
| | 403: 08 | First of all, this is July | foundation; witness does | | prepare it |
| | 403: 09 | of 2001? | not establish any | | p.s. boil |
| | 403: 10 | A. Right. | expertise with financial | | + the Q's |
| | 403: 11 | Q. This is before the label | forecasts like this | | down to |
| | 403: 12 | change? | document | | argument |
| | 403: 13 | A. Right. | | | of counsel |
| 125.04:08 - | | 404:11 Avorn, Jerome 2006-06-29 | | | presented by |
| | 404: 08 | What does this document | Re: 404:8-404:11 | | a witness |
| | 404: 09 | indicate as to doctors willingness to' | Def. Obj: | | who had |
| | 404: 10 | prescribe Vioxx if there is a warning | Lack of foundation; | | no input |
| | 404: 11 | versus a precaution? Go ahead. | witness does not establish any expertise with financial forecasts like this document speculates. See Merck's Daubert Motion. | | on the preparation of the document |
| 126.04:15 - | | 405:02 Avorn, Jerome 2006-06-29 | | | |
| | 404: 15 | THE WITNESS: This document | Re: 404:15-405:2 | | |
| | 404: 16 | indicates that the individuals at | Def Obj: Lack of | | |
| | 404: 17 | Merck who prepared it had exactly | foundation; witness does | | |
| | 404: 18 | the same impression as I did about | not establish any | | |
| | 404: 19 | the effect of a clear warning | expertise with financial | | |
| | 404: 20 | versus what they call a mild | forecasts like this | | |
| | 404: 21 | warning on utilization of the | document | | |
| | 404: 22 | drug. And what their graph | | | |
| | 404: 23 | indicates is their projection that | | | |
| | 404: 24 | utilization of the drug would be | | | |
| | 405: 01 | much lower if there was a strong | | | |
| | 405: 02 | warning versus a mild warning. | | | |
| 127.05:18 - | | 406:14 Avorn, Jerome 2006-06-29 | | | |
| | 405: 18 | Q. Doctor, you mentioned | | | |

| | | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|---|
| | 422: 24 | to doctors? | | | |
| | 423: 01 | A. Yes, as well as the training | | | |
| | 423: 02 | of the sales reps, which is part of that. | | | |
| 143.23:21 - | 425:09 | Avorn, Jerome 2006-06-29 | | Order w/d | |
| | 423: 21 | Q. Did you see any information | Re: 423:21-425:9 | | |
| | 423: 22 | about how to respond to doctors' | Def Obj: Lack of | | |
| | 423: 23 | inquiries about cardiovascular events in | foundation; Improper | | |
| | 423: 24 | your review of the documents? | opinion on state of mind | | |
| | 424: 01 | A. Yes. | | | |
| | 424: 02 | Q. What did you see? | | | |
| | 424: 03 | A. Well, the most memorable was | | | |
| | 424: 04 | the dodge ball game that was apparently | | | |
| | 424: 05 | developed as a training tool for their | | | |
| | 424: 06 | sales reps to be able to respond to | | | |
| | 424: 07 | doctors questions about the' | | | |
| | 424: 08 | cardiovascular risks of Vioxx | | | |
| | 424: 09 | particularly after the APPROVe study | | | |
| | 424: 10 | findings had come out. And I was | | | |
| | 424: 11 | struck -- | | | |
| | 424: 12 | Q. You meant VIGOR, right? | | | |
| | 424: 13 | A. Im sorry. That's what I' | | | |
| | 424: 14 | meant to say. | | | |
| | 424: 15 | Q. All right. Okay. | | | |
| | 424: 16 | A. And I was struck by the fact | | | |
| | 424: 17 | that the purpose is pretty much summed up | | | |
| | 424: 18 | in the name, that it was to dodge | | | |
| | 424: 19 | questions about this very important risk | | | |
| | 424: 20 | of the companys drug.' | | | |
| | 424: 21 | Mercks training materials' | | | |
| | 424: 22 | to their sales reps explicitly tell them, | | | |
| | 424: 23 | do not raise or do not initiate any | | | |
| | 424: 24 | discussion of our paper or of other | | | |
| | 425: 01 | papers related to cardiovascular risk. | | | |
| | 425: 02 | And there were a number of completely | | | |
| | 425: 03 | evasive answers that were being fed to | | | |
| | 425: 04 | the sales reps for them to give as | | | |
| | 425: 05 | responses to doctors who asked about | | | |
| | 425: 06 | whether or not this drug could cause | | | |
| | 425: 07 | heart attacks. And that did not seem to | | | |
| | 425: 08 | me to be a reasonable or scientifically | | | |
| | 425: 09 | accurate presentation of the data. | | | |
| 144.30:05 - | 430:21 | Avorn, Jerome 2006-06-29 | | | |
| | 430: 05 | Now, let me ask you, given | | | |
| | 430: 06 | all of that experience, Doctor, in your | | | |
| | 430: 07 | experience of 20-some odd, 30-some odd | | | |
| | 430: 08 | years in teaching how to communicate the | | | |
| | 430: 09 | risks and the benefits, looking at all | | | |
| | 430: 10 | the ways in which Vioxx was communicated, | | | |
| | 430: 11 | the risks and the benefits, the good news | | | |
| | 430: 12 | and the bad news to doctors, press | | | |
| | 430: 13 | releases, medical journals, labels, | | | |
| | 430: 14 | detailers, all of those things put | | | |
| | 430: 15 | together, do you have an opinion to a | | | |

| | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|
| 619: 05 | Q. Okay. | | | |
| 619: 06 | So, now, at Page 957, the | | | |
| 619: 07 | bottom of the first column, do they say, | | | |
| 619: 08 | "The results of the VIGOR study can be | | | |
| 619: 09 | explained by either a significant | | | |
| 619: 10 | prothrombotic effect from rofecoxib or an | | | |
| 619: 11 | anti-thrombotic effect from naproxen (or | | | |
| 619: 12 | conceivably both)"? | | | |
| 619: 13 | A. Yes. But I need to be able | | | |
| 619: 14 | to explain, because we've written things | | | |
| 619: 15 | like this as well. In fairness and for | | | |
| 619: 16 | accuracy, I need to point out that when | | | |
| 619: 17 | they or anybody writes something to this | | | |
| 619: 18 | effect in the discussions section of the | | | |
| 619: 19 | paper, what it clearly means is, if drug | | | |
| 619: 20 | A causes more side effects than drug B, | | | |
| 619: 21 | it could be because drug B causes fewer | | | |
| 619: 22 | or because drug A causes more. | | | |
| 619: 23 | And I think if I was an | | | |
| 619: 24 | English teacher, I would probably have | | | |
| 620: 01 | suggested they change "can be explained" | | | |
| 620: 02 | to "could be explained," because looked | | | |
| 620: 03 | at fairly in the context of this entire | | | |
| 620: 04 | paper, thats what they mean, could be | | | |
| 620: 05 | explained, not can be explained. And if | | | |
| 620: 06 | one goes to the last paragraph where they | | | |
| 620: 07 | say, "Our findings suggest a potential | | | |
| 620: 08 | increase in cardiovascular event rates | | | |
| 620: 09 | for the presently available COX-2 | | | |
| 620: 10 | inhibitors," that indicates their overall | | | |
| 620: 11 | statement, and that makes it very clear | | | |
| 620: 12 | to me that when they say "can be | | | |
| 620: 13 | explained," they mean might be explained | | | |
| 620: 14 | or could have been explained. | | | |
| 144.35:24 - | 636:04 Avorn, Jerome 2006-6-30 | (635:24-636:4) **Plaintiff's objection:** **Outside scope of direct** **Plaintiff's Conditional Objection:** **Rule of Optional Completeness-should include 639:9-639:14 and 640:4 -640:7** | | Overruled goes to reliability / include / see 10 6 |
| 635: 24 | I think you talked about | | | |
| 636: 01 | yesterday you thought a control trial | | | |
| 636: 02 | should have been done, and were you | | | |
| 636: 03 | talking about the same sort of control | | | |
| 636: 04 | trial that they were referring to? | | | |
| 145.36:06 - | 636:11 Avorn, Jerome 2006-6-30 | (636:06-636:11) **Plaintiff's objection:** **Outside scope of direct** **Plaintiff's Conditional Objection:** **Rule of Optional Completeness-** | | Overruled |
| 636: 06 | THE WITNESS: Yes. A trial, | | | |
| 636: 07 | to read their words, "We believe | | | |
| 636: 08 | that it is mandatory to conduct a | | | |
| 636: 09 | trial specifically assessing | | | |
| 636: 10 | cardiovascular risk and benefit of | | | |
| 636: 11 | these agents." | | | |

| | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|
| | | should include 639:9-639:14 and 640:4 -640:7 | ← include see 16 C | |
| 146.37:14 - | 637:21 Avorn, Jerome 2006-6-30 | | | |
| 637: 14 | Q. And at the time, did you | (637:14-637:21) | | |
| 637: 15 | discuss or at some point did you discuss | **Plaintiff's objection:** | | |
| 637: 16 | what you thought the appropriate | **Outside scope of direct** | | |
| 637: 17 | parameters of such a trial would be with | **Plaintiff's Conditional Objection:** | | |
| 637: 18 | some of your colleagues at Harvard? | **Rule of Optional Completeness-** | | |
| 637: 19 | A. Actually, one was a | should include | | |
| 637: 20 | colleague at Harvard and one was at | 639:9-639:14 and | | |
| 637: 21 | Dartmouth. | 640:4 -640:7 | ← | |
| 147.37:23 - | 638:08 Avorn, Jerome 2006-6-30 | | | |
| 637: 23 | And what time frame are we | (637:23-638:8) | | |
| 637: 24 | talking now in terms of these discussions | **Plaintiff's objection:** | | |
| 638: 01 | you had with your colleague from Harvard | **Outside scope of direct** | | |
| 638: 02 | and the doctor from Dartmouth? | **Plaintiff's Conditional Objection:** | | |
| 638: 03 | A. I cant recall. I think it' | **Rule of Optional Completeness-** | | |
| 638: 04 | was later. It might have been around the | should include | | |
| 638: 05 | time of APPROVe. | 639:9-639:14 and | | |
| 638: 06 | Q. Which would have been, for | 640:4 -640:7 | | |
| 638: 07 | the jurys benefit, when?' | | | |
| 638: 08 | A. 04.' | | | |
| 148.40:24 - | 641:08 Avorn, Jerome 2006-6-30 | | | |
| 640: 24 | And which of these doctors, | (640:24-641:8) | | |
| 641: 01 | Dr. Baron or Dr. Ridker, was from | **Plaintiff's objection:** | | |
| 641: 02 | Harvard? | **Outside scope of direct** | | |
| 641: 03 | A. Ridker, R-I-D-K-E-R. Hes' | **Plaintiff's Conditional Objection:** | | |
| 641: 04 | the one from Harvard. | **Rule of Optional Completeness-** | | |
| 641: 05 | Q. And Dr. Baron was from | should include | | |
| 641: 06 | Dartmouth? | 639:9-639:14 and | | |
| 641: 07 | A. Right. He was the senior | 640:4 -640:7 | | |
| 641: 08 | author of the APPROVe study. | | | |
| 149.41:10 - | 642:03 Avorn, Jerome 2006-6-30 | | | |
| 641: 10 | Neither of these doctors | (641:10-642:3) | | |
| 641: 11 | worked for Merck, correct? | **Plaintiff's objection:** | | |
| 641: 12 | A. Correct. | **Outside scope of direct** | | |
| 641: 13 | Q. And did I understand your | **Plaintiff's Conditional Objection:** | | |
| 641: 14 | testimony yesterday correctly that while | **Rule of Optional Completeness-** | | |
| 641: 15 | you believed that the kind of study that | should include | | |
| 641: 16 | you talked about and that Dr. Topol | 639:9-639:14 and | | |
| 641: 17 | talked about could be done ethically, | 640:4 -640:7 | | |
| 641: 18 | these two doctors disagreed with you? | | | |
| 641: 19 | A. I think the most accurate | | | |
| 641: 20 | way of describing it was that they said, | | | |
| 641: 21 | Jerry, how could you do a study like that | | | |
| 641: 22 | ethically? And then I proposed ways that | | | |
| 641: 23 | that, I felt, could be done. And I dont' | | | |

| | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|
| 695: 19 | And then she says, "These | | | |
| 695: 20 | two new studies in Archives suggest that | | | |
| 695: 21 | the apparent increased heart attack risk | | | |
| 695: 22 | associated with rofecoxib was likely a | | | |
| 695: 23 | result of the beneficial effects of | | | |
| 695: 24 | naproxen rather than any hazardous | | | |
| 696: 01 | effects of rofecoxib." | | | |
| 696: 02 | Is that what she says here? | | | |
| 177.96:06 - | 696:24 Avorn, Jerome 2006-6-30 | | | |
| 696: 06 | THE WITNESS: I have been at | | | |
| 696: 07 | the Brigham for 14 years. I've | | | |
| 696: 08 | never heard of Laurie LaRusso. | | | |
| 696: 09 | Shes not a physician, she's not | | | |
| 696: 10 | an epidemiologist. I dont know | | | |
| 696: 11 | what the degree ELS means. I | | | |
| 696: 12 | didnt even know our hospital had | | | |
| 696: 13 | a health information website. But | | | |
| 696: 14 | I can tell you that when I get | | | |
| 696: 15 | back there next week, Im going to | | | |
| 696: 16 | have them take garbage like this | | | |
| 696: 17 | off because its four years old. | | | |
| 696: 18 | Its written by somebody who | | | |
| 696: 19 | clearly did not understand the | | | |
| 696: 20 | papers. It has not been | | | |
| 696: 21 | peer-reviewed. It is incorrect. | | | |
| 696: 22 | And I dont know who Richard | | | |
| 696: 23 | Glickman Simon was who last | | | |
| 696: 24 | reviewed this site in May of 2002. | | | |
| 178.97:02 - | 697:22 Avorn, Jerome 2006-6-30 | | | |
| 697: 02 | Q. That was -- | | | |
| 697: 03 | Youre just blowing up the | | | |
| 697: 04 | thing that I think you are referring to? | | | |
| 697: 05 | A. Right. | | | |
| 697: 06 | Q. "Last reviewed, May of 2002 | | | |
| 697: 07 | by Richard Glickman-Simon, M.D." | | | |
| 697: 08 | A. I know most of -- | | | |
| 697: 09 | Q. You know what that is -- | | | |
| 697: 10 | A. Yes. But I know most of the | | | |
| 697: 11 | doctors who are at the Brigham who are in | | | |
| 697: 12 | this area. I have never heard of Richard | | | |
| 697: 13 | Glickman-Simon. Ive never heard of | | | |
| 697: 14 | Laurie LaRusso. I dont know what kind | | | |
| 697: 15 | of training she has. And this is just | | | |
| 697: 16 | garbage that somebody at the hospital had | | | |
| 697: 17 | the bad judgment to put up on the web | | | |
| 697: 18 | from four years ago and never had the | | | |
| 697: 19 | sense to take off. Her conclusions are | | | |
| 697: 20 | silly and really are beneath our | | | |
| 697: 21 | discussion. | (697:21-697:22) **Plaintiff's objection:** Rule 403; Foundation Hearsay | | |
| 697: 22 | Q. Well, then, well move on. | | | |
| 179.98:03 - | 698:05 Avorn, Jerome 2006-6-30 | | | |
| 698: 03 | Q. I hope that youll agree | (698:3-698:5) | Sustained | |

| | | | Objections/Responses in Mason | Rulings in Barnett/Smith | Ruling in Mason |
|---|---|---|---|---|---|
| | 698: 04 | that our next exhibit is worthy of | **Plaintiff's objection:** **Rules 401 and 403;** **Argumentative** | | |
| | 698: 05 | discussion. | | | |
| 180. 98:16 - | 698:20 | Avorn, Jerome 2006-6-30 | | | |
| | 698: 16 | Q. Im handing you what we've | | | |
| | 698: 17 | marked as Exhibit 52. Do you recognize | | | |
| | 698: 18 | that publication? | | | |
| | 698: 19 | A. Yes. It is worthy of | | | |
| | 698: 20 | discussion since I was a co-author of it. | | | |
| 181. 99:06 - | 701:02 | Avorn, Jerome 2006-6-30 | | | |
| | 699: 06 | Q. As you indicated, you are | | | |
| | 699: 07 | one of the authors right? | | | |
| | 699: 08 | A. Right. | | | |
| | 699: 09 | Q. Along with your colleague, | | | |
| | 699: 10 | Dr. Solomon, whom you referenced several | | | |
| | 699: 11 | times yesterday? | | | |
| | 699: 12 | A. Correct. | | | |
| | 699: 13 | Q. And whats the date of this | | | |
| | 699: 14 | study? | | | |
| | 699: 15 | A. It was published in 2003. | | | |
| | 699: 16 | Q. And what publication was it | | | |
| | 699: 17 | in? | | | |
| | 699: 18 | A. Current Opinion in | | | |
| | 699: 19 | Rheumatology. | | | |
| | 699: 20 | Q. Now, is this an article | | | |
| | 699: 21 | where you, among other things, review the | | | |
| | 699: 22 | results of studies done by other people, | | | |
| | 699: 23 | as well as yourself? | | | |
| | 699: 24 | A. Yes. | | | |
| | 700: 01 | Q. And lets start on Page 123. | | | |
| | 700: 02 | So, that would be the second page of your | | | |
| | 700: 03 | article. I want to focus on the | | | |
| | 700: 04 | paragraph in the first column toward the | | | |
| | 700: 05 | bottom. Are you with me? | | | |
| | 700: 06 | A. Yes, I am. I am. | | | |
| | 700: 07 | Q. Okay. | | | |
| | 700: 08 | And you say, "Four studies | | | |
| | 700: 09 | were published in 2002 examining whether | | | |
| | 700: 10 | naproxen is associated with a reduced | | | |
| | 700: 11 | risk of acute myocardial infarction." | | | |
| | 700: 12 | And then you cite those four | | | |
| | 700: 13 | studies, right? | | | |
| | 700: 14 | A. Right. | | | |
| | 700: 15 | Q. And then you say, "All used | | | |
| | 700: 16 | similar methods, analyzing very large | | | |
| | 700: 17 | claims databases from a number of | | | |
| | 700: 18 | different healthcare systems," right? | | | |
| | 700: 19 | A. Right. | | | |
| | 700: 20 | Q. "The results were quite | | | |
| | 700: 21 | consistent. Three found in primary | | | |
| | 700: 22 | analyses that naproxen was associated | | | |
| | 700: 23 | with a 17 to 39% reduction in acute | | | |
| | 700: 24 | myocardial infarction compared with other | | | |
| | 701: 01 | nonselective NSAIDs," correct? | | | |
| | 701: 02 | A. Right. | | | |