## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3                                                    4

| | | |
|---|---|---|
| 4: | 1 | August 17, 2006                    1:16 p.m. |
| | 2 | P R O C E E D I N G S |
| | 3 | MR. MCCARTHY:  Just before we get started, if you |
| | 4 | will put in the stipulation that this deposition is being |
| | 5 | taken pursuant to notice and that the agreement is to -- that |
| | 6 | objections are reserved except as to form and responsiveness |
| | 7 | and Doctor, usually -- that's all. |
| | 8 | (Discussion off the record.) |
| | 9 | VIDEOGRAPHER:  Today is the 17th day of August, |
| | 10 | 2006. It's 16 minutes after one o'clock, and we're on the |
| | 11 | record. |
| | 12 | MARK HAWTHORNE KEEP, M.D., |
| | 13 | called as a witness at the instance of the plaintiff, having |
| | 14 | been first duly sworn, was examined and testified as follows: |
| | 15 | EXAMINATION |
| | 16 | BY MR. MCCARTHY: |
| | 17 | **Q: Would you please tell us your name.** |
| | 18 | **A: Mark Hawthorne Keep.** |
| | 19 | **Q: Dr. Keep, are you one of the physicians who has** |
| | 20 | **treated Charles Mason?** |
| | 21 | **A: Yes.** |
| | 22 | Q: My name is Steve McCarthy. You understand I |
| | 23 | represent Mr. Mason in this lawsuit against Merck and that we |
| | 24 | are videotaping your sworn testimony, which will be played |
| | 25 | for the jury at the trial of this case? |
| 5: | 1 | A: Okay. |
| | 2 | Q: Doctor, have you and I, to your recollection, ever |
| | 3 | talked about Mr. Mason? |
| | 4 | A: No. |
| | 5 | Q: Now, have you met with a nurse consultant from my |
| | 6 | firm? |
| | 7 | A: Yes. |
| | 8 | Q: Glenda Granger? And did she ask you about your |
| | 9 | involvement in the care and treatment of Mr. Mason? |
| | 10 | A: Yeah, briefly. |
| | 11 | Q: Okay. Is that the only person to your knowledge |
| | 12 | associated with our law firm that you have met with about |
| | 13 | Mr. Mason? |
| | 14 | A: As far as I know, yes. |
| | 15 | **Q: Before we talk about your treatment of Mr. Mason,** |
| | 16 | **the judge and jury will be interested in hearing about your** |
| | 17 | **medical education and your training. Doctor, can you please** |
| | 18 | **tell us where you went to college and the degree that you** |
| | 19 | **obtained?** |
| | 20 | **A: Starting when?** |
| | 21 | **Q: College, please.** |
| | 22 | **A: Okay. I started out at Cuesta College, Cuesta** |
| | 23 | **Community College in -- just outside of San Luis Obispo,** |
| | 24 | **California. After one semester I transferred to California** |
| | 25 | **Polytechnic State University where I got a degree in --** |

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3                                                     6

| 6: | 1 | Bachelor of Science in biochemistry. |
|---|---|---|
| | 2 | Q: Okay. |
| | 3 | A: I then went to the medical school in Albany, New |
| | 4 | York, got my M.D. degree there. I then went to the |
| | 5 | University of Utah, where I did internship and residency in |
| | 6 | internal medicine. I then did a year of heart failure and |
| | 7 | transplant medicine at the University of Utah. I then went |
| | 8 | down to Tucson and where at the University of Arizona I |
| | 9 | completed my cardiology training. |
| | 10 | Q: So Doctor, if I understand what you have told us, |
| | 11 | then, that you graduated from medical school to become a |
| | 12 | doctor. Then you were awarded a residency in internal |
| | 13 | medicine, and that was followed by, did I understand you to |
| | 14 | say, two different cardiac fellowships? |
| | 15 | A: Yeah. It was all -- yeah. I guess you could put |
| | 16 | it that way. It all sort of was one, if you will, but in two |
| | 17 | different places and with a specialty of heart failure first |
| | 18 | year at University of Utah and then general cardiology in |
| | 19 | Tucson. |
| | 20 | Q: Okay. So you had four years of residency training |
| | 21 | then and four years of fellowship training? |
| | 22 | A: No, three and three. |
| | 23 | Q: Three and three, okay. Great, thank you. Doctor, |
| | 24 | are you a member of the American College of Cardiology? |
| | 25 | A: Yes. |
| 7: | 1 | Q: And could you tell us what hospitals here in Utah |
| | 2 | do you have privileges? |
| | 3 | A: At Cottonwood Hospital, at St. Mark's Hospital, and |
| | 4 | at Jordan Valley Hospital. |
| | 5 | Q: And do you now practice cardiology at the Heart and |
| | 6 | Lung Institute of Utah here in Murray, Utah? |
| | 7 | A: Yes. |
| | 8 | Q: About how many minutes would you say we are from |
| | 9 | downtown Salt Lake City? |
| | 10 | A: Eight to ten minutes on the freeway. |
| | 11 | Q: And do you see patients basically from all over the |
| | 12 | state who are referred to The Heart and Lung Institute? |
| | 13 | A: We have patients that -- in various parts of the |
| | 14 | state. Probably the largest group would be nearby here, but |
| | 15 | have patients in St. George and central Utah. |
| | 16 | Q: Now, how long have you been practicing here at The |
| | 17 | Heart and Lung Institute? |
| | 18 | A: Just over 12 years. |
| | 19 | Q: And how many specialists practice here? |
| | 20 | A: How many different specialties? |
| | 21 | Q: Yes. |
| | 22 | A: There's two specialties here, cardiology and |
| | 23 | pulmonary. |
| | 24 | Q: Doctor, could you describe for us just generally |
| | 25 | what your practice involves? |

**Keep, Mark 2006-08-17**

| | |
|---|---|
| 8: 1 | A: I am a general and an interventional cardiologist, |
| 2 | so I spend quite a bit of time in the office seeing patients, |
| 3 | you know, with various heart diseases. I am on call |
| 4 | periodically, you know, through rotation. I am one of the |
| 5 | interventional cardiologists. I am also on call for |
| 6 | angioplasty stents, those kind of things, for acute |
| 7 | myocardial infarctions. |
| 8 | Q: And Doctor, is your license to practice medicine on |
| 9 | file with the appropriate authorities for the State of Utah? |
| 10 | A: Yes. |
| 11 | Q: Doctor, your office has been kind enough to give us |
| 12 | a copy of your curriculum vitae, which is your resume. It's |
| 13 | been marked as Exhibit 1. Is that an accurate copy of your |
| 14 | resume? |
| 15 | A: It looks like it. |
| 16 | Q: This afternoon I'm going to be asking you questions |
| 17 | that may call for you to give medical opinions. At any time |
| 18 | you give a medical opinion in response to any of my |
| 19 | questions, will it be based on reasonable medical |
| 20 | probability? |
| 21 | A: Yes. |
| 22 | Q: Doctor, as part of your daily practice do you |
| 23 | diagnose, care for and treat patients who are having a heart |
| 24 | attack or who have had a heart attack? |
| 25 | A: Yes. |
| 9: 1 | Q: As part of your practice do you interpret |
| 2 | diagnostic tests for cardiac patients? |
| 3 | A: Yes. |
| 4 | Q: Which test -- can you tell us what type of test in |
| 5 | your practice you will interpret in helping taking care of |
| 6 | your patients? |
| 7 | A: We -- well, starting with the simplest would be |
| 8 | EKGs, vital signs. We then have echocardiogram. We have a |
| 9 | nuclear stress test, echo stress test. We have some |
| 10 | peripheral vascular capabilities, so carotids and peripheral |
| 11 | studies. |
| 12 | We have an impedence cardiogram, which is just a |
| 13 | fancy gizmo that gives us some information about people's |
| 14 | cardiac output and things like that. I'm trying to think of |
| 15 | what else we have here. I think that's the major things. |
| 16 | Q: And Doctor, I think you told us that you see |
| 17 | patients in a clinical setting and that also you will treat |
| 18 | patients in a hospital setting. |
| 19 | A: Yes. |
| 20 | Q: Do you see and treat patients, Doctor, who have |
| 21 | coronary artery disease? |
| 22 | A: Yes. |
| 23 | Q: And can you just give us a brief layman's |
| 24 | definition of coronary artery disease? |
| 25 | A: It's a buildup of plaque within the arteries of the |

**Keep, Mark 2006-08-17**

10:
1    heart, the arteries that supply blood to the heart.
2    Q: And if a coronary artery is blocked by a clot, also
3    called a thrombus, can that cause the heart to be deprived of
4    blood and therefore deprived of oxygen?
5    A: Yes.
6    Q: What is meant by the word ischemic?
7    A: Ischemic would be an area that's not of the heart,
8    if we're referring to the heart. It can be anywhere, but as
9    far as the heart goes, ischemic would be a reduction of blood
10    flow to the area or reduction of the nutrients it needs,
11    oxygen.
12    Q: So Doctor, what can happen to a person's heart
13    muscle tissue if it is deprived of blood and therefore oxygen
14    for a period of time?
15    A: If it's a brief period of time, people may
16    experience angina. If it's more prolonged, it can cause
17    permanent damage or infarction.
18    Q: And Doctor, if there is an infarction, then is the
19    section of heart muscle damaged?
20    A: Yeah, permanently damaged.
21    Q: And Doctor, what's the definition of a myocardial
22    infarction?
23    A: That's just infarction of the heart muscle,
24    myocardium, so death of part of the heart tissue.
25    Q: And is that -- is that term used by -- or used

11:
1    synonymously with heart attack by a lot of people?
2    A: Usually when people say heart attack, they are
3    talking about myocardial infarction, although some people
4    will come in and misuse the term, and they have actually had
5    angina. But yeah, generally speaking, we would consider a
6    heart attack myocardial infarction.
7    Q: So Doctor, then if I understood what you have told
8    us, one of the ways a person can have a heart attack is if a
9    clot is in the coronary artery and it blocks the flow of
10    blood to the heart tissue.
11    A: Probably majority of heart attacks are because of
12    blood clot in the artery.
13    **Q: Is heart attack a serious medical condition?**
14    **A: Yes.**
15    **Q: Is that a life threatening, or can it be a**
16    **life-threatening medical condition?**
17    **A: Yes.**
18    **Q: Can a heart attack be a traumatic event to the**
19    **patient mentally and emotionally as well as physically?**
20    **A: Absolutely.**
21    Q: Doctor, if a patient suffers damage to heart muscle
22    tissue from a myocardial infarction, what kind of symptoms --
23    VIDEOGRAPHER: Excuse me. Richard --
24    MR. KRUMHOLZ: This is off.
25    VIDEOGRAPHER: Okay. Maybe it's your interfering.

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3                                                                12

| | | |
|---|---|---|
| 12: | 1 | Thanks. |
| | 2 | Q: (By Mr. McCarthy) What kind of symptoms do you see |
| | 3 | as a cardiologist in that situation? |
| | 4 | A: Repeat that. It's -- |
| | 5 | Q: Yes. Let me -- Doctor, if -- if there is damage to |
| | 6 | the heart muscle tissue from a myocardial infarction, what |
| | 7 | kind of symptoms do you often see? |
| | 8 | A: The classic symptoms. The textbook symptoms, if |
| | 9 | you will, people will have chest pain that they often will |
| | 10 | describe as a pressure, tightness, squeezing as if somebody |
| | 11 | is standing on their chest, elephant on their chest or a band |
| | 12 | constricting around their chest. It can radiate down in |
| | 13 | their oftentimes left arm, both arms, radiate up into their |
| | 14 | neck. |
| | 15 | They also will get short of breath. They can get |
| | 16 | sweaty. They can get sick to their stomach, and then some |
| | 17 | people refer to the sensation of impending doom. |
| | 18 | Q: And Doctor, just physiologically can you help us |
| | 19 | understand what is it about the heart attack that causes |
| | 20 | those -- that variety of symptoms that you describe? For |
| | 21 | example, what makes someone diaphoretic; that is, all sweaty? |
| | 22 | A: I -- just some of the reflexes from the heart, you |
| | 23 | know, when it's deprived of oxygen. The pain is an |
| | 24 | interesting thing is that a lot of people -- well, didn't |
| | 25 | really feel heart muscle pain. It's oftentimes referred from |
| 13: | 1 | nerves that are running nearby where the nerves of the heart |
| | 2 | are, so that's why they might feel in their arm. So it may |
| | 3 | not be -- it's not so much the heart tissue that's hurting. |
| | 4 | It's other things that are referred, and that's why you can |
| | 5 | even have silent heart attacks. |
| | 6 | As far as the rest of it, oftentimes it will just |
| | 7 | be reflexes, as far as the part of the heart may not be |
| | 8 | functioning well. So they can get short of breath. They can |
| | 9 | also just get the sweaty, just like any other illness when |
| | 10 | you get sick and you get adrenalin, you know, rush or -- and |
| | 11 | boy, as far as, I guess, just general terms, I guess that |
| | 12 | would be the major things. You know, anything else you were |
| | 13 | trying to look for? |
| | 14 | Q: No. Thank you, Doctor. That helps me a lot. Can |
| | 15 | a heart attack lead to arrhythmias? |
| | 16 | A: Yes. |
| | 17 | Q: And can you describe for us, what are arrhythmias? |
| | 18 | A: Arrhythmia is a general term for any type of a |
| | 19 | abnormal heart beat, so it can be anything from something as |
| | 20 | benign as a PAC or a premature beat from the upper chambers |
| | 21 | to a fatal arrhythmia, like ventricular fibrillation. |
| | 22 | When it comes to heart attacks, we are worried |
| | 23 | about the ventricular fibrillation and ventricular |
| | 24 | tachycardia, which can be fatal, and in fact a large number |
| | 25 | of heart attacks, the first symptom is sudden death, which is |

*Overruled*

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                        **14**

| 14: | | |
|---|---|---|
| | 1 | from those arrhythmias. |
| | 2 | Q: So Doctor, from your description, obviously |
| | 3 | arrhythmias are a ser -- can be a serious medical condition? |
| | 4 | A: It can be, yes. |
| | 5 | Q: And it can be life threatening? |
| | 6 | A: Yes. |
| | 7 | Q: Doctor, in addition to causing arrhythmias, can a |
| | 8 | heart attack lead to congestive heart failure? |
| | 9 | A: Yes. |
| | 10 | Q: And can you describe for us what congestive heart |
| | 11 | failure is? |
| | 12 | A: Generally speaking, it just means that the body is |
| | 13 | not getting perfused appropriately. Now we're talking about |
| | 14 | the heart, so that typically is going to be the heart is not |
| | 15 | doing its job properly as far as providing blood to the rest |
| | 16 | of the blood. |
| | 17 | Q: Is that what perfuse means? |
| | 18 | A: Yeah. |
| | 19 | Q: Okay. |
| | 20 | A: So -- and the congestive part of it, we talk about |
| | 21 | congestive heart failure because oftentimes if the heart is |
| | 22 | not pumping forward correctly, you also -- backs up, and you |
| | 23 | can get congestion in the lungs, as far as increased |
| | 24 | pulmonary pressures and can get fluid in the lungs. |
| | 25 | And so when a lot of people make a -- talk about |
| 15: | 1 | heart failure, they are considering fluid in the lungs as the |
| | 2 | sort of the major player, if you will. |
| | 3 | Q: Well, we have been talking about medical conditions |
| | 4 | that are serious and can be life threatening, so does |
| | 5 | congestive heart failure fall into that category as well? |
| | 6 | A: Yes. |
| | 7 | Q: Can congestive heart failure lead to other serious |
| | 8 | medical conditions, such as renal problems; that is, kidney |
| | 9 | problems? |
| | 10 | A: If it's bad enough, yes. |
| | 11 | Q: Doctor, are patients who have had one heart attack |
| | 12 | at increased risk of having another heart attack? |
| | 13 | A: Yes. |
| | 14 | MR. KRUMHOLZ: Objection, form. From time to time |
| | 15 | we will put objections on the record. |
| | 16 | THE WITNESS: I've done a million fen-phen ones. |
| | 17 | MR. KRUMHOLZ: If you could sometimes give me a |
| | 18 | chance to -- I'll try to put my hand up or something. |
| | 19 | Q: (By Mr. McCarthy) You can make the rulings for the |
| | 20 | objections, right? |
| | 21 | A: Exactly. |
| | 22 | MR. KRUMHOLZ: The correct word is sustained when I |
| | 23 | make them and overruled when he makes them. |
| | 24 | A: Okay. All right. No. This is new for me here, |
| | 25 | but I could actually probably do the whole fen-phen one. |

Printed: 10/3/2006   8:39:45AM

Re: 14:7-15:10

Def Obj: 403; no claim of congestive heart failure has been made in this case

Pls resp: -

Its probative in that heart attacks can lead to Congestive heart failure. Its progression of disease and one of the reasons it needs medical monitoring for the rest of his life.

## Keep, Mark 2006-08-17

16:  1    Q: (By Mr. McCarthy) Doctor, you were telling us
      2    about the mental and emotional consequences of a heart
      3    attack. For example, you said that one of the things that
      4    people report when they're having a heart attack, I think you
      5    said, you used the term impending doom.
      6    MR. KRUMHOLZ: Objection, form.
      7    A: Well, that actually could be used in a lot of
      8    things. Anybody in shock, you know, shock that was sort of
      9    classic term, impending doom. You may not even see that in
      10   some textbooks, but it's something I was taught years ago.
      11   And it's just the sensation that something really bad's
      12   happening.
      13   Q: (By Mr. McCarthy) Doctor, just in light of the
      14   objection, I'm going to ask the question a different way. In
      15   addition to physical pain, Doctor, from your experience as a
      16   practicing cardiologist, are there mental and emotional
      17   consequences to patients who have suffered a heart attack?
      18   A: Are you talking about immediate or long-term or --
      19   Q: Both. Let's break it down.
      20   A: Well, immediate, yeah, they're scared.
      21   Q: Okay.
      22   A: Sometimes -- well, some people are. Some people
      23   don't know what's going on. They have no clue, and those are
      24   the ones that show up too late or too -- or late, but --
      25   MR. KRUMHOLZ: Object to form as to the second half

17:  1    of the question.
      2    A: But you know, fear can be one of the emotional
      3    things initially. After the fact, there is a sensation among
      4    a lot of people like being struck by lightning. You know,
      5    why did this happen to me? And in that is confusion and
      6    fear, and then down the road some people get depressed
      7    because this bad thing has happened to them. Everybody's
      8    different. It's funny how some people just fly right though
      9    it and never blink, and other people just are horrified.
      10   Q: (By Mr. McCarthy) So Doctor, if Mr. Mason has
      11   suffered mentally or emotionally as a result of his heart
      12   attack, either immediately during the time of the heart
      13   attack or since the heart attack, is that at all unusual from
      14   your experience with dealing with different people who have
      15   suffered heart attacks?
      16   MR. KRUMHOLZ: Objection, form.
      17   A: It wouldn't be unusual.
      18   Q: (By Mr. McCarthy) Do you, as a cardiologist,
      19   understand from your practice with patients for all these
      20   years how Mr. Mason might be experiencing those kind of
      21   problems?
      22   MR. KRUMHOLZ: Same objection.
      23   A: Are you asking me if he is or --
      24   Q: (By Mr. McCarthy) No, if he is.
      25   A: -- that he could?

Re: 16:25-17:1
Def Obj: Remove
Objection
Pl's Resp:
π's agree

Re: 17:16
Def Obj: Remove
Objection
Pl's Resp:
π's agree

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3                                    **18**

18:    1  Q: If he has, or if any patient has mental or
       2  emotional consequences to a heart attack, do you understand
       3  that, based on your practice as a cardiologist?
       4  MR. KRUMHOLZ: Objection, form.
       5  A: Yes. That it can be happen?
       6  Q: (By Mr. McCarthy) Yes, sir.
       7  A: Yes.
       8  Q: Doctor, what is -- what is the goal of treatment
       9  then for a patient who has suffered or is suffering a heart
      10  attack?
      11  A: Well, the initial goal of a heart attack is to try
      12  and reperfuse the heart as quickly as possible or, you know,
      13  eliminate the ischemia. So these days, at least in this
      14  area, and I think most areas, the standard of care is to take
      15  them to the cath lab, look and see what may be blocked and
      16  then open it up with a balloon or a stent.
      17  That would be the initial, so we can do that by the
      18  cath lab. We also have medications. People may get
      19  nitroglycerin. They may get some clot-busting drugs. They
      20  may get some blood thinners, Beta blockers. There's a lot of
      21  different medications that get started initially as you are
      22  preparing to do the intervention.
      23  Q: Doctor, if the myocardial infarction has taken
      24  place, has damage to the heart muscle then already occurred?
      25  A: If somebody has an infarction, there's damage.

19:    1  Q: Okay.
       2  A: I mean, infarction does mean it's been damaged.
       3  Now, I have -- the degree of it is variable. I have seen
       4  people come in immediately, and we've opened up their artery
       5  immediately, and they have had a very small amount of damage.
       6  Other people end up with a large amount of damage, and the
       7  difficulty is, you oftentimes won't know the extent of the
       8  permanent damage for months because you can't really tell
       9  until after the heart's sort of gone -- gotten over the shock
      10  or the stunning of the heart attack.
      11  Q: Doctor, let's talk for a minute about the blood
      12  work that's done. What are cardiac enzymes?
      13  A: The cardiac enzymes are just enzymes that are
      14  within the tissues of the heart that are released when the
      15  tissue are damaged. So the classic -- the two that we use
      16  standard now are CPA with a breakdown to the MB fraction of
      17  it, and troponin I. And those are the two we look at now.
      18  Historically we have also looked at ALTs and LDHs. We don't
      19  rely on those as much.
      20  Q: And does MB stand for myocardial band?
      21  A: I believe so.
      22  Q: Okay. Doctor, let me show you -- I'm going to show
      23  the lab work that was done for Mr. Mason at the first
      24  hospital he went to, Alta View, and then the hospital where
      25  he was transferred. And is -- if a patient is suspected of

*Handwritten margin note:* Re: 18:23-18:25 Def obj incomplete Answer

*Handwritten margin note:* Pls Resp: π's believe it is a complete answer but are happy to include (P. 19 L. 1-10) 4 Δ's want.

## Keep, Mark 2006-08-17

| 20: | 1 | suffering a heart attack then, is it standard for the |
|---|---|---|
| | 2 | physician to order blood work to test those cardiac enzymes? |
| | 3 | A: Yes. |
| | 4 | Q: Let me just show you here Exhibit 2, which is two |
| | 5 | pages from Alta View, and then you will see Exhibit No. 3 is |
| | 6 | from LDS. |
| | 7 | MR. KRUMHOLZ:  Do you have another copy by chance? |
| | 8 | MR. MCCARTHY:  I don't, but I'm going to put it on |
| | 9 | the -- will you guys be able to see it? |
| | 10 | MR. KRUMHOLZ:  I don't -- yeah maybe. Could I just |
| | 11 | see it real quick? |
| | 12 | MR. MCCARTHY:  Yeah. |
| | 13 | THE WITNESS:  Yeah. Here is the Alta View. Let me |
| | 14 | check. |
| | 15 | MR. KRUMHOLZ:  I just want to make clear -- I just |
| | 16 | want to in my mind make clear whether it's before or after, |
| | 17 | and that's been an issue we've discussed previously. |
| | 18 | A: Yeah. See, this Alta View one is dated 7-25-03. |
| | 19 | Q: (By Mr. McCarthy) Okay. |
| | 20 | A: And then the LDS Hospital ones are 25th and 26th. |
| | 21 | Q: All right. Doctor, let's look first at this |
| | 22 | Exhibit 2. |
| | 23 | A: That's odd. I'm not sure why there's not a 24 |
| | 24 | somewhere. |
| | 25 | Q: Can I show you Exhibit 2 first and -- |
| 21: | 1 | A: The Alta View? |
| | 2 | Q: Doctor, yeah, the Alta View, and the first page, |
| | 3 | what does that show us? |
| | 4 | A: The first page is the troponin I. |
| | 5 | Q: Okay. |
| | 6 | A: It's 9.2, which is elevated. |
| | 7 | Q: And then the second page of Exhibit No. 2? |
| | 8 | A: Shows the CKMB, which is -- I -- it doesn't tell me |
| | 9 | the total, but the percent was 8.3, which is elevated. |
| | 10 | Q: Okay. Then let's take a look at the LDS, which is |
| | 11 | Exhibit No. 3, please. |
| | 12 | A: Oh, the 25th. For some reason I was thinking those |
| | 13 | were the 23rd. I said the 23rd. That makes sense. Okay. |
| | 14 | Sorry. |
| | 15 | Q: That's all right. That's okay. |
| | 16 | A: I thought it went from 23rd to 25th, but it |
| | 17 | doesn't. |
| | 18 | Q: Doctor, so taking a look at the LDS Hospital |
| | 19 | records, do you see there cardiac -- what is entitled cardiac |
| | 20 | markers? |
| | 21 | A: Yes. |
| | 22 | Q: And what do those indicate to you as a cardiologist |
| | 23 | as to whether or not Mr. Mason was suffering a heart attack? |
| | 24 | A: Well, they're positive for heart attack. The |
| | 25 | troponin went from Alta View's 9 up to 19, then 42 and then |

## Keep, Mark 2006-08-17

22: 1 down to 29. CBKs rose to 302.
  2 Q: Doctor, do you see there on Exhibit No. 3 where it
  3 has the cardiac markers and it has the readings for the CKMB,
  4 and it says results consistent with acute myocardial damage?
  5 A: Yes.
  6 Q: What does that mean, please?
  7 A: Well, that there's been enzyme elevation, and
  8 there's been damage to the heart to release those enzymes.
  9 Q: Doctor, thank you. Now, you mentioned that you
  10 often will treat a patient in the hospital setting who's
  11 suffering a heart attack. Doctor, after that treatment that
  12 you described as, first thing is, we have got to perfuse the
  13 heart and you do the angioplasty and you place the stent,
  14 after that immediate treatment, do you continue to follow
  15 your patients?
  16 A: Yes.
  17 Q: And Doctor, if the heart attack is over and if you
  18 have done the angioplasty and you place the stent, then why
  19 do you have to follow up a patient who has had a heart
  20 attack?
  21 A: For a complications and to try make sure it
  22 doesn't happen again.
  23 Q: What — what kind of medical monitoring tests or
  24 evaluations of patients are required in follow-up for a
  25 patient who has had a heart attack?
23: 1 A: Well, immediate follow-up they go to the ICU so
  2 that their heart is monitored because the concern the first
  3 couple of days would be arrhythmias, as we talked about.
  4 Q: Uh-huh.
  5 A: Also, we watch them for heart failure and for
  6 recurrent ischemia. Then they are usually moved out of the
  7 ICU, and they are monitored on a telemetry unit, at which
  8 time they oftentimes — well, usually we'll try and get them
  9 to rehab. And rehab will walk them around and again be
  10 monitored, and we will be getting them on the appropriate
  11 medications and seeing how they respond to them.
  12 Q: Those medications would be those things you told us
  13 about like beta blockers?
  14 A: Yeah. The standard is beta blockers, statins for
  15 cholesterol, aspirin, Plavix oftentimes and ace inhibitors.
  16 Did I get them all? There's like five of them. Sorry,
  17 patient. You came in on zero. You're going home on five or
  18 six so —
  19 Q: Now, Doctor, after the patient is then discharged
  20 from the hospital, tell us what kind of testing and
  21 evaluation is done after that point.
  22 A: Usually I'll see them in the office within the next
  23 couple of weeks, and it would just be an exam, maybe do an
  24 EKG. Then typically within the next four to eight months,
  25 depending on how things are going, they will get a stress

Printed: 10/3/2006   8:38:46AM

**Keep, Mark 2006-08-17**

| 24: | 1 | test and then ultrasound the heart and to determine how much |
| | 2 | permanent damage has been done, and also with a stress test |
| | 3 | to make sure the stent hasn't renarrowed. |
| | 4 | Q: Is nuclear testing sometimes done? |
| | 5 | A: That's what I mean by stress test. |
| | 6 | Q: Okay. |
| | 7 | A: When we do stress testing, it's always nuclear for |
| | 8 | these patients. |
| | 9 | Q: So Doctor, over time, then, are there these series |
| | 10 | of tests that are run on a patient who has had a heart |
| | 11 | attack? |
| | 12 | A: Yes. |
| | 13 | Q: You know Dr. Gary Symkoviak? |
| | 14 | A: Yes. |
| | 15 | Q: Is he one of your partners? |
| | 16 | A: Yes. |
| | 17 | Q: Dr. Symkoviak, the records show, and his testimony |
| | 18 | has established that he saw Mr. Mason on August 13th of 2003 |
| | 19 | and did a heart catheterization because of complaints of |
| | 20 | chest pain and diaphoresis that Mr. Mason had on that date. |
| | 21 | Is Dr. Symkoviak considered to be an expert in his field? |
| | 22 | MR. KRUMHOLZ: Objection, form. |
| | 23 | A: Yes. |
| | 24 | Q: (By Mr. McCarthy) Is he a well respected |
| | 25 | cardiologist here at The Heart and Lung Institute? |
| 25: | 1 | A: Yes. |
| | 2 | Q: Do you believe from your own personal experience |
| | 3 | and being a cardiologist in this community, is Dr. Symkoviak |
| | 4 | a well respected cardiologist here in the Utah medical |
| | 5 | community? |
| | 6 | A: Yes. |
| | 7 | Q: Is he a well qualified cardiologist? |
| | 8 | A: Yes. |
| | 9 | Q: Do you hold him in high professional regard? |
| | 10 | A: Yes. |
| | 11 | Q: Now, for a patient like Mr. Mason who suffered a |
| | 12 | myocardial infarction on July 25th of '03, he had an |
| | 13 | angioplasty and stent placement, and then on August 13th he |
| | 14 | has an episode of chest pain, diaphoresis, light-headedness |
| | 15 | when he is at cardiac rehab, in that situation, Doctor, was a |
| | 16 | heart catheterization in your opinion appropriate medical |
| | 17 | treatment? |
| | 18 | MR. KRUMHOLZ: Objection to form and leading. |
| | 19 | A: It's hard just with that description to know |
| | 20 | because we have people who have brief pain, and we might do a |
| | 21 | stress test on them. However, if the symptoms were worrisome |
| | 22 | enough and having had a recent heart attack, it's not that |
| | 23 | uncommon to do it. Sorry. |
| | 24 | Q: (By Mr. McCarthy) Do you need to take that? We |
| | 25 | can take a break? |

**Keep, Mark 2006-08-17**

26:  1   A: (Witness shakes head.)
2   Q: You're all right, okay. So Doctor, is that -- is
3   that a situation where it is the clinical judgment of the
4   physician as to whether under the facts for that particular
5   patient and the symptoms and the medical history whether a
6   heart catheterization is appropriate?
7   MR. KRUMHOLZ: Object to the form.
8   A: Yes.
9   Q: (By Mr. McCarthy) And if -- well, would you trust
10   Dr. Symkoviak's clinical judgment in that regard?
11   A: Yes.
12   Q: I'm going to show you what has been marked as
13   Deposition Exhibit No. 4 to your deposition, and I'll give
14   you a second to look at this, Doctor. I'm just going to let
15   you know that this is a cardiac catheterization report of
16   August 13th, 2003, the one that we have just been talking
17   about that Dr. Symkoviak did.
18   A: Okay.
19   Q: And Doctor, would you turn to the third page of
20   Exhibit 4?
21   MR. KRUMHOLZ: Can I see it real quick? I'm sorry.
22   Thanks. I'm sorry. Hold on one second.
23   MR. MCCARTHY: That's all right.
24   Q: (By Mr. McCarthy) Doctor, when counsel from Merck
25   gets done looking at that, I'm just going to ask you just a

27:  1   few questions on that.
2   A: This is weird. (Laughter).
3   Q: Okay. Hopefully I'm not making anybody dizzy just
4   looking at this as I try to zoom in. Doctor, do you have
5   that exhibit in front of you now, Exhibit 4?
6   A: Uh-huh. I've looked at it.
7   Q: In the third page you see where under the heading
8   of other results there is a statement that Dr. Symkoviak
9   makes? It says: There was a small anterior hypokinetic
10   segment.
11   A: Yes.
12   Q: Do you see that?
13   A: Yes.
14   Q: It goes on, but overall ejection fraction was
15   normal. I want to ask you about the small anterior
16   hypokinetic segment. What does that mean, please?
17   A: That means that the front of the heart, which
18   happens to be the area where this diagonal vessel was
19   apparently blocked off, was not moving completely normal. He
20   describes it as being very small or a small area, so as the
21   heart's squeezing, there may be one area that's just not
22   squeezing as well as the others.
23   Q: Okay. Now, it's an area of what part of the heart
24   that's not squeezing properly?
25   A: The anterior.

**Keep, Mark 2006-08-17**

28:
1    Q:  Okay. Is that of the left ventricle?
2    A:  Yes.
3    Q:  All right. So is that an abnormal finding?
4    A:  Yes.
5    Q:  And Doctor, you mentioned that that's in the area
6    that was where the blockage was that caused the heart attack?
7    A:  It's consistent with what I have seen on the other
8    reports.
9    Q:  I see, okay. Doctor, I'm going to show you Exhibit
10   5. Exhibit 5 is the Heart and Lung record of October 10th of
11   2003.
12   A:  Okay.
13   Q:  And Doctor, who was it that examined Mr. Mason on
14   that date?
15   A:  Charles Larsen, PA that we had at the time.
16   Q:  Okay. And so when we look at page 3 of that, and
17   we see Charles S. Larsen, PA, he's the one who would have
18   taken the history and who would have done a physical
19   examination of Mr. Mason?
20   A:  Correct, and dictated it.
21   Q:  And dictated it. All right. Thank you. Now, PA,
22   Is Mr. Larsen a medical doctor then?
23   A:  No.
24   Q:  Did -- did you physically examine Mr. Mason on 10
25   -- October 10th of 2003?

29:
1    A:  I can't tell you.
2    Q:  Okay.
3    A:  It's been too long ago. I don't know. It was
4    common for Charles to come and grab one of us and go in. We
5    would do a quick exam and talk to the patient, but to say
6    absolutely that happened, it's impossible for me to say.
7    Q:  Okay. So it -- we're not sure. It could be that
8    he alone did it, and Mr. Mason, I guess, could answer the
9    question if -- for us --
10   A:  If he saw me.
11   Q:  If he saw the PA or if he saw Dr. Keep.
12   MR. KRUMHOLZ:  Object to form.
13   **Q:  (By Mr. McCarthy) And Doctor, you have read two**
14   **nuclear perfusion scans on Mr. Mason, have you not; one on**
15   **October 22nd of '03 and then the most recent one on April**
16   **12th of 2005?**
17   **A:  If you say so.**
18   Q:  Doctor, I am going to show you the records just so
19   you can take a look. First one, Doctor, I'm going to show
20   you is --
21   A:  Is it okay if I just call upstairs and tell them to
22   bring the chart down?
23   Q:  Yeah, please do. That's fine. Why don't we go off
24   the video for a second?
25   VIDEOGRAPHER:  It's 50 minutes after one o'clock.

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

30:
1   We're going off the record.
2   (Discussion off the record.)
3   VIDEOGRAPHER:  It's 51 minutes after one o'clock.
4   We're back on the record.
5   Q:  (By Mr. McCarthy) Doctor, let me just show you
6   what's been marked as Deposition Exhibit No. 6, which is the
7   Cardiolite perfusion scan of October 22nd of '03.
8   MR. KRUMHOLZ:  Sorry.  If I can just look at it
9   quickly.  If you can just confirm that these are all the
10  records that would normally go with that, that's the only
11  thing I want to make sure of.
12  A:  Okay.
13  Q:  (By Mr. McCarthy) And then, Doctor, I'm going to
14  show you what will be marked as Exhibit 7, and Exhibit No. 7
15  is the perfusion scan of April 12th of '05.
16  A:  Okay.
17  Q:  Doctor, did you read those two scans on two
18  different machines or the same machine?
19  A:  I don't know.  We have changed machines a couple of
20  times in the last few years, so I think we could find out,
21  but I don't know.
22  Q:  Doctor, let's talk about -- okay.
23  A:  Just a second.  There might be -- the second one
24  refers to prone images, which is our newer machine, one of
25  our newer machines.  And the first one I don't see anything

31:
1   about prone, so I think it probably was two different
2   machines, but I again, not absolutely certain.
3   Q:  All right.  That documentation that the one on
4   April 12th of 2005 includes prone images, that tells us that
5   that one certainly was on the newer machine?
6   A:  Yes.
7   Q:  Okay.  And on the October of '03 one, there is no
8   mention of prone images?
9   A:  Correct, which doesn't necessarily mean it wasn't
10  the same machine.  But I -- because we didn't see any
11  defects, and oftentimes when you see a defect, that's when
12  you do a prone image, so.
13  Q:  Okay.
14  A:  If we didn't see a defect, it wouldn't have been a
15  reason to do a prone image so --
16  Q:  Doctor, let's talk about the most recent one that
17  we have, that April 12th of '05.  Doctor, on that nuclear
18  perfusion scan did you find an apical defect?
19  A:  On the 2005?
20  Q:  Yes, sir.
21  MR. KRUMHOLZ:  Object to form.
22  A:  Well, equivocal defect, yes.
23  Q:  (By Mr. McCarthy) And Doctor, was that, was that
24  area that you found consistent with the area of injury you
25  would expect from the July 25th, 2003 myocardial infarction

### Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3                                              32

| 32: | 1 | and what Dr. Symkoviak saw on the August 13th, 2003 |
|---|---|---|
| | 2 | catheterization? |
| | 3 | MR. KRUMHOLZ: Objection to form and leading. |
| | 4 | A: Actually, it's a little bit different, and I don't |
| | 5 | think I have seen the angiogram from his original heart |
| | 6 | attack. But if it was the diagonal and what he described in |
| | 7 | his angiogram we just talked about, that would be more mid |
| | 8 | anterior. So you would expect to see a mid anterior defect, |
| | 9 | not an apical defect. |
| | 10 | Q: (By Mr. McCarthy) And when you refer to it as a |
| | 11 | defect, what -- describe for us, what did you see? What is |
| | 12 | it that you saw? |
| | 13 | MR. KRUMHOLZ: Objection to form. |
| | 14 | A: Well, on the machine we have a color screen, |
| | 15 | computer screen. |
| | 16 | Q: (By Mr. McCarthy) Uh-huh. |
| | 17 | A: And it shows the images in multiple different ways. |
| | 18 | It shows an image that's cut through horizontally and |
| | 19 | vertically and short axis, and so we get some images that |
| | 20 | look like donuts, some images that look like horse shoes on |
| | 21 | their side. We also then get what's called the target image |
| | 22 | that sort of summarizes the thing. And then we also get an |
| | 23 | image that shows the heart pumping, and we can move that |
| | 24 | around. |
| | 25 | So what we're looking for is a -- most of us look |
| 33: | 1 | at these in a certain color that will show up as orange where |
| | 2 | there's normal flow, normal, you know, perfusion. And a |
| | 3 | defect in this setting would be that we saw no or less of |
| | 4 | that orange, if you will, in that spot. In this case it |
| | 5 | looked like it looked -- it was probably just a little bit |
| | 6 | reduced, making it an equivocal defect. It wasn't like it |
| | 7 | was a black hole there missing. |
| | 8 | Q: Uh-huh. |
| | 9 | A: And when we get the chart, I probably might even |
| | 10 | show the -- |
| | 11 | Q: Okay. Well, great. |
| | 12 | A: I'm sure they will have pictures in there. |
| | 13 | Q: Doctor, did you see any left ventricle dilation on |
| | 14 | those two studies? |
| | 15 | MR. KRUMHOLZ: Objection to form. |
| | 16 | A: I did not, according to these reports. |
| | 17 | Q: (By Mr. McCarthy) Did you see any evidence of |
| | 18 | small vessel disease on either of those studies? |
| | 19 | A: Not by this, no. |
| | 20 | Q: Okay. Is -- |
| | 21 | (Knocking.) |
| | 22 | THE WITNESS: Hello. |
| | 23 | PERSON ENTERING THE ROOM: I can't find the chart, |
| | 24 | and it's not in here anywhere. |
| | 25 | MR. MCCARTHY: Okay. |

*Handwritten annotation:* Re: 33:15 Def Obj: Remove objection   Pls Resp: I's agree

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3

34:
1 THE WITNESS: Great.
2 MR. MCCARTHY: Well, Doctor --
3 PERSON ENTERING THE ROOM: We'll keep looking.
4 MR. MCCARTHY: Okay. Thank you. Thank you.
5 Q: (By Mr. McCarthy) It's okay because we have
6 earlier obtained copies of your chart.
7 A: I know. It's just easier for me because I know
8 where everything is in the chart. I can flip it around so --
9 Q: All right. Thank you. Now, Doctor, is Mr. Mason
10 still requiring medications to treat his heart condition?
11 A: Yes. In fact, that's what I wanted to look at the
12 chart, see what he's on.
13 Q: I believe he's on Coreg.
14 A: Okay.
15 Q: Is that --
16 MR. KRUMHOLZ: Object to form.
17 Q: (By Mr. McCarthy) Well, if your medical records
18 and evidence in this case shows he's on Coreg, is that one of
19 those beta blockers that you described?
20 A: Yes.
21 Q: Does Mr. Mason still require medical monitoring for
22 his heart condition?
23 A: Yes.
24 Q: And Doctor, what would you say as to how frequently
25 and specifically what type of monitoring he will need in the

35:
1 future?
2 A: Typically in a patient like this we would just be
3 seeing them periodically. Initially after a heart attack you
4 will see them -- may see them the first couple of weeks and
5 then a month or so after that and then three months and sort
6 of spread it out. After a year or so we go to every six
7 months. Sometimes when you get a number of years out, you
8 might even go to a year follow-up, especially if they have a
9 primary care doctor they're seeing.
10 We get cholesterol testing on them every six months
11 and we like to is EKG on them every six months, and we'd like
12 to have EKG on them every six months if they're coming in and
13 seeing us. And then as far as further testing like stress
14 testing, it all depends on the cardiologist you talk to. I
15 don't necessarily believe in doing stress tests every year if
16 somebody is completely asymptomatic.
17 There are some people that we will do them
18 regularly, whether it be every year, every two years, every
19 five years, you know, depending on what their own belief is,
20 and what they were trained and how they were taught.
21 But I usually will do a stress test on them if
22 anything changes, suddenly doesn't feel good, short of
23 breath, whatever. And then during the exam if you pick up
24 something, say a heart murmur or something, you might do an
25 echo. But that's all just variable so --

over ruled
(moves matter along)

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

36

| 36: | | |
|---|---|---|

36: 1  Q: Doctor, if you just assume for me that the records
2  in this case, pharmacy records, indicate that Mr. Mason was
3  on Vioxx from September 11th of '02 through his — through
4  June 23rd of 2003, which is the last Vioxx prescription that
5  was filled, just -- I won't make you look through those
6  pharmacy records. But if you will just assume with me that
7  those show that. I want to ask you a couple of questions.
8  A: Uh-huh.
9  Q: Has the issue of whether Vioxx causes thrombotic
10  cardiovascular events, such as heart attacks and strokes,
11  been studied and reported in the medical literature?
12  MR. KRUMHOLZ: Objection, form.
13  A: There's been reports that it may have done that.
14  Q: (By Mr. McCarthy) Okay. Doctor, have you reviewed
15  medical literature regarding the association between Vioxx
16  and thrombotic cardiovascular events?
17  MR. KRUMHOLZ: Objection to form.
18  A: I have, but not for some time, over a year.
19  Q: (By Mr. McCarthy) Were you aware, Doctor, that --
20  or are you aware that Vioxx was withdrawn from the market on
21  September 30th of '04 due to its association with heart
22  attacks and strokes?
23  MR. KRUMHOLZ: Objection to form.
24  A: I understand it was removed from the market. If
25  you say that's when it was, then I'll believe you.

37: 1  Q: (By Mr. McCarthy) And Doctor, given the medical
2  literature showing the association between Vioxx and
3  myocardial infarction, would Vioxx be included in your
4  differential diagnosis for the cause of Mr. Mason's heart
5  attack on July 25th of '03?
6  MR. KRUMHOLZ: Objection, form.
7  Q: (By Mr. McCarthy) If you assume with me that it is
8  true that he was on Vioxx from September of 2002 all the way
9  through the day of his heart attack.
10  MR. KRUMHOLZ: Objection, form.
11  A: I guess it could be considered part of the
12  differential.
13  Q: (By Mr. McCarthy) Doctor, I thank you for your
14  time, and I'm going to pass the witness at this time.
15  MR. KRUMHOLZ: We're going to need to go off just
16  to switch sides.
17  VIDEOGRAPHER: It's one minute after two o'clock.
18  We're going off the record.
19  (Recess.)
20  VIDEOGRAPHER: It's 12 minutes after two o'clock.
21  We're back on the record.
22  EXAMINATION
23  BY MR. KRUMHOLZ:
24  Q: Doctor, my name is Richard Krumholz, and I
25  represent Merck. We've never met before today; is that

Printed: 10/3/2006   8:39:48AM

Re: 36:1-36:8
Def Obj: Question
just a lawyer's
statement
Pl's Resp:
This is simply
laying a foundation
for an appropriate
question.

Re: 36:12
Def Obj: Remove
objection
Pl's Resp: π's agree

Re: 36:17
Def Obj: Remove
objection
Pl's Resp:
π's agree

Re: 36:19-36:25
Def Obj: No
foundation;
leading

Re: 36:23
Def Obj: Remove
objection
Pl's Resp
π's agree

Re: 37:1-37:12
Def Obj: Speculative;
calls for expert
testimony beyond
the witness's
treatment of the
plaintiff
Re: 37:6
Def Obj: Remove
objection
Pl's Resp:
π agree
Re: 37:10
Def Obj: Remove
objection
Pl's Resp:
π's agree

Pl's Resp to ① + ②: Witness
is a treating cardiologist
of π's. By way of education,
training & experience, he is
qualified to give these
opinions + was designated
to do so. He has reviewed
the medical literature on
Vioxx + has formulated
proper opinions. Witness is
hostile to π & has testified
previously he does not like
lawyers or lawsuits +
developing his testimony for
case was difficult at best.

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3

38

| 38: | 1 | right? |
| | 2 | A: Correct. |
| | 3 | Q: And with me is Bob Blackwell. You have never met |
| | 4 | with Bob or anyone else for that matter from Merck -- |
| | 5 | A: Correct. |
| | 6 | Q: -- in connection with Mr. Mason; is that right? |
| | 7 | A: Correct. |
| | 8 | Q: I just want to go over some general issues first. |
| | 9 | You treat heart disease every day; is that right? |
| | 10 | A: Yes. Well, every day that I'm at work. |
| | 11 | Q: Right. |
| | 12 | A: Which is as a little as I can get away with. |
| | 13 | Q: In your practice you treat heart disease every day? |
| | 14 | A: Yes. |
| | 15 | Q: Okay. And is it considered the leading cause of |
| | 16 | death in the United States? |
| | 17 | A: Cardiovascular disease, yes. |
| | 18 | Q: And has that been true, as you understand it, for |
| | 19 | decades? |
| | 20 | A: Yes. |
| | 21 | Q: And as I understand it, cardiovascular disease |
| | 22 | accounts for more than one out of every three deaths in the |
| | 23 | United States. Have you heard those statistics? |
| | 24 | A: That sounds about right. |
| | 25 | Q: And indeed, cardiovascular disease claims more |
| 39: | 1 | lives than the next four causes of death combined? |
| | 2 | A: I have heard three to four, yeah. |
| | 3 | Q: Three to four? |
| | 4 | A: The next three to four. I have heard different -- |
| | 5 | I haven't seen any actual numbers, but that sounds about |
| | 6 | right. |
| | 7 | Q: I guess the point being that cardiovascular disease |
| | 8 | has been a significant problem for a very long time for very |
| | 9 | many people, true? |
| | 10 | A: Correct. |
| | 11 | Q: It has killed people well before Vioxx was not on |
| | 12 | the market, true? |
| | 13 | A: Correct. |
| | 14 | Q: And while Vioxx was on the market, it was a |
| | 15 | significant problem unrelated to Vioxx, true? |
| | 16 | A: Correct. |
| | 17 | Q: And it's been a significant problem since then? |
| | 18 | A: Correct. |
| | 19 | Q: Now, I'd like to go into a little more detail, if |
| | 20 | you don't mind, about atherosclerosis and what it is. I have |
| | 21 | brought a -- kind of a depiction of a normal artery and then |
| | 22 | one with atherosclerosis and severe atherosclerosis. Can you |
| | 23 | see that on the screen? |
| | 24 | A: Yes, except there's a bottle of water right there. |
| | 25 | Q: Okay. Can you see it now? |

40:
1 A: Yes.
2 Q: And is this an accurate or fair depiction of what
3 atherosclerosis looks like in the arteries?
4 A: Yeah. That's reasonable.
5 Q: Generally speaking?
6 A: Although oftentimes they will show it more going
7 down to the outside too because it doesn't -- I guess that is
8 showing it to some degree. Yeah.
9 Q: Just to describe it for the jury so they will
10 understand it, is it a fair depiction for those purposes?
11 A: Yes.
12 Q: And this one here would be a normal artery; is that
13 right?
14 A: Looks like it, yeah.
15 Q: Where I'm pointing? And then the second one over
16 would be actually mild atherosclerosis; is that right?
17 A: Correct.
18 Q: And the plaque that you were referring to that can
19 build up in the wall of an artery is depicted by this lighter
20 substance; is that right?
21 A: Correct.
22 Q: And then, of course, over here is severe
23 atherosclerosis, according to this depiction, and again, the
24 plaque is the whitest yellow substance; is that right?
25 A: Actually, I think the plaque is everything

41:
1 altogether, but that's probably the lipid core there. I'm
2 assuming what they're trying to describe. But yeah, plaque
3 all through there.
4 Q: And what is the danger for patients who have
5 atherosclerosis in this process? What is the danger to their
6 health?
7 A: Well, if they have atherosclerosis, if it's mild
8 atherosclerosis, they may not notice anything. But the
9 dilemma is that even in relatively mild atherosclerosis, you
10 can have plaque rupture, thrombus and a heart attack. And
11 so -- I don't know why I was going there.
12 Q: We were talking about the risks associated with
13 plaque buildup.
14 A: So having, having any atherosclerosis is a risk for
15 having, you know, some kind of problem. With the thicker
16 plaques, the more narrowing, then the risk is angina and
17 shortness of breath and debilitation.
18 Q: And so there are significant health risks when it
19 comes to this atherosclerosis buildup or coronary artery
20 disease, as I've heard it called?
21 A: Yes.
22 Q: And can people actually have atherosclerosis like
23 this middle vessel without any signs or symptoms at all?
24 A: Absolutely.
25 Q: How can that be?

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                                42

42:
1   A: Because it's not causing any impingement in the
2   blood flow.
3   Q: And so there could be folks -- and there -- are
4   there likely folks who are walking around the streets of the
5   United States every day with atherosclerosis who have no idea
6   that they indeed have plaque in their arteries?
7   A: I guarantee at least one or two of us have it
8   sitting in the room.
9   Q: And we may not even know it?
10  A: Right.
11  Q: Okay. And if someone develops atherosclerosis,
12  what is the normal progression of it? In other words, if
13  you -- a lesion or a plaque buildup starts, what is the
14  normal progression?
15  MR. MCCARTHY: Objection, form.
16  A: Well, it all depends on when you are talking about
17  progression. If nothing happens in the meantime, the normal
18  progression can be just continue to build up, build up, build
19  up, build up until, you know, it closes the artery or it
20  causes impingement to where they have symptoms.
21  The dilemma is that in a number of the studies as
22  many of half of heart attacks occurred in lesions that were
23  50 percent or less, which wouldn't cause symptoms. So
24  they're walking along feeling fine, have a normal stress test
25  in the morning, and have a heart attack that night.

43:
1   Q: (By Mr. Krumholz) And can it cause angina?
2   A: Yeah, well, if it gets narrow enough. Typically we
3   always say like 70 percent or more or something like that
4   would usually cause enough impingement of the blood flow or
5   reduction of the blood flow to cause angina.
6   Q: And I saw some reference to Vietnam or Korean war
7   veteran studies. Have you heard of that?
8   A: Not only that, they have had some kids' autopsy
9   studies showing cholesterol in the arteries, if that's what
10  you're getting at, young people with cholesterol in their
11  arteries.
12  Q: Let me ask it a different way. When does this
13  begin; that is, atherosclerosis generally begin in folks who
14  have it in their arteries?
15  MR. MCCARTHY: Objection, form.
16  A: Well, it's going to vary, but again, it's been
17  proven in autopsy trials, studies, both in Vietnam but also
18  in some autopsies of teenagers, that it can -- in the United
19  States at least, it can begin in your teens.
20  Q: (By Mr. McCarthy) And then it can continue to
21  progress, I guess, up until it's moderate to severe
22  atherosclerosis?
23  A: It could.
24  Q: And do you necessarily have symptoms when you have
25  even moderate atherosclerosis?

*(handwritten)*
43:12-14
Pl's Obj:
Speculation;
foundation.
Def's response: Information
within common knowledge
of a cardiologist

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

**44**

44:
1  A: If moderate meaning, you know, 50 percent or less,
2  you may not have symptoms, especially if you are not real
3  active.
4  Q: Okay. And so you could have moderate
5  atherosclerosis that generally builds up over a long period
6  of time and not even know it?
7  A: Yes.
8  Q: And then I guess it's hard to tell how fast a
9  progression might be in any particular individual. Is that
10  fair?
11  A: That's fair, yeah. I have seen people where for
12  some reason it progressed really fast. They just happened to
13  have had a study before, and I've had other people that it's
14  probably come on over decades so --
15  Q: For example, if you have a patient who has 50 or 60
16  percent atherosclerotic buildup or plaque buildup one year
17  and then comes back the next year and you do a study, have
18  you seen folks actually have severe atherosclerosis by that
19  time?
20  A: I have. It's sort of surprising that quick, but
21  yeah, I have seen it.
22  Q: But you have seen it happen?
23  A: Yeah.
24  Q: And it's happened in people who -- that would be
25  unrelated to any medication they had taken?

45:
1  MR. KRUMHOLZ: Objection, form.
2  A: Correct.
3  Q: (By Mr. Krumholz) In other words, you have seen it
4  in patients where -- who have not taken Cox 2 inhibitors, for
5  example?
6  A: Correct.
7  MR. MCCARTHY: Objection, form.
8  Q: (By Mr. Krumholz) And in people who have not taken
9  Vioxx, for example?
10  MR. MCCARTHY: Same objection.
11  A: Correct.
12  Q: (By Mr. Krumholz) And of course, if you have risk
13  factors, and a traditional risk factors is what I am talking
14  about, like high cholesterol or blood pressure or family
15  history or obesity, then your risk of a rapid progression or
16  accelerated progression of atherosclerosis is even greater.
17  Is that fair?
18  MR. MCCARTHY: Objection, form.
19  A: Correct.
20  Q: (By Mr. Krumholz) Okay. Generally speaking, is it
21  your belief, based on the medical literature and evidence,
22  that atherosclerosis begins early in life?
23  A: It can.
24  Q: In the second or third decade?
25  A: Yes, it can.

*Handwritten annotations:* Overruled

44:24-25 Pl's obj: vague

45:3-5 Pl's obj: vague; cumulative

45:8-9 Pl's obj: Vague; cumulative

Def's respons[e] none needed

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                                46

46:
1    Q:  And is that --
2    A:  Not in everybody, but it can.
3    Q:  But is that based upon these Korean and Vietnam War
4    studies that have been done, as well as the ones you
5    mentioned?
6    A:  Yeah.
7    Q:  Okay. Now, to understand how a patient who has had
8    an MI or a heart attack is doing right afterwards, you
9    mentioned various tests that can be done. Do you recall
10   that?
11   A:  Yes.
12   Q:  Diagnostic tests. One of them you said was a
13   stress test?
14   A:  Correct.
15   Q:  And I believe you mentioned a nuclear perfusion --
16   A:  Cardiolite.
17   Q:  -- or Cardiolite stress test. Can you explain in
18   detail for the jury what that means?
19   A:  Basically, what you are trying to do is make the
20   heart work hard and do something, you know, put a work load
21   on the heart, if you will. For instance, if you want to make
22   your arm muscle work harder, you give it weight and you lift
23   it. So we want to make the heart work harder.
24   And the heart works harder when the heart rate
25   increases and the blood pressure goes up, and so one way you
47:
1    do it is, you put them on a treadmill. You walk them, try
2    and get the heart rate going, and you are trying to make the
3    heart demand more oxygen.
4    Q:  Is that called functional work load?
5    A:  Yes.
6    Q:  Okay.
7    A:  I mean, that would be one way to put it, yeah.
8    Q:  Okay.
9    A:  And so once you have put a work load on the heart
10   and got it, you know, demanding more oxygen -- excuse me, you
11   then use various modalities. And this one we're talking
12   about would be a nuclear isotope, and you inject it into
13   them.
14   And it should go to the heart equally,
15   symmetrically around to all of the muscle. Well, relatively
16   symmetrically. There is some variation, but so then you
17   would do a scan to look and see if all of the heart got that
18   isotope, which would suggest that all of the heart got blood.
19   If there is a significant narrowing, then
20   relatively speaking, the part of the heart that has that
21   narrowing is going to have less of the radio tracer uptake,
22   and it will be different than the other parts of the images.
23   Q:  How do you view the images that you are talking
24   about?
25   A:  We are looking at them on a computer screen, and I

**Keep, Mark 2006-08-17**

48

48:  1   can show you here. This is sort of an example of what might
2   look on the screen.
3   Q: And what are you showing us?
4   A: This is the Cardiolite here. The orange portion is
5   actually the radio tracer, and the computer allows you to
6   look at it in 25, 30 different colors. Okay?
7   Q: You mind if I put that on the screen so that it can
8   be seen a little easier? Great. Can you see this?
9   A: Yeah.
10   Q: Well enough to explain it?
11   A: It's a little bit blurry, yeah. But so what we're
12   looking at there is, you know, in our images, again, we like
13   looking at them in the orange. So the orange is the blood
14   flow of the heart.
15   Oh, I can now tell you it was two different
16   machines. Different pictures.
17   So we're looking at it to see that it's equal, and
18   you can see, as I told you on the top, it's supposed to look
19   like a donut going around. And then down below it's more
20   like a horseshoe on the sides, and so we're looking to see if
21   there's anything abnormal about it.
22   And on this one here, if you look at the -- down at
23   the bottom, you can see that the top here, that's the
24   anterior wall, has nice yellow coloration to it, the orange.
25   The lower is a little more purple. That -- when you first

49:  1   see that, we're concerned that there may be reduced blood
2   flow to that area, and let's see. So we got the stress test.
3   The top one is the scan that was done right after
4   they were on the treadmill. The other, the second line is
5   when they have been sitting resting, they haven't been under
6   stress, and then the third line is the prone where they
7   actually roll them over on the belly and scan the heart.
8   Q: Okay. And so you do these -- you can do these
9   sorts of studies, I guess, after a patient has had a heart
10   attack to determine how that patient is doing functionally?
11   A: Correct.
12   Q: On the one hand; that is, their functional capacity
13   when they're exercising. Is that right?
14   A: Correct.
15   Q: Additionally, you can do those tests, that testing
16   to determine their perfusion; is that right?
17   A: Correct.
18   Q: And their perfusion is what? Can you tell the jury
19   that for us?
20   A: Perfusion is just like we talked about, getting
21   blood to the capillary beds of the muscle of the heart, so
22   getting blood to where it's supposed to be.
23   Q: And what other things does the nuclear perfusion
24   study try to determine for a patient?
25   A: Well, again, the main thing is perfusion and to see

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

50:

1    whether there's blood flow limitation or if there's areas
2    that are not getting uptake, which would be a dead heart
3    wouldn't get any uptake of the isotope.
4    We also are able to look at the heart squeezing.
5    We do a gated study. We're actually able to look at the
6    pumping of the heart, too.
7    Q: And that -- is that measured by ejection fraction?
8    A: Yes.
9    Q: And ejection fraction, as I understand it, measures
10    how the heart is functioning; that is, what is the heart's
11    ability to pump blood to the rest of the body?
12    A: Correct.
13    Q: Is that fair?
14    A: Yeah.
15    Q: And is it considered to be the gold standard in
16    terms of determining how well a heart is functioning at the
17    time of the test?
18    MR. MCCARTHY: Objection, form.
19    A: I don't know if I would put it that way. Ejection
20    fraction is probably one of the most important things as far
21    as patient symptoms and prognosis. If you have a
22    significantly reduced ejection fraction, then your risk of
23    death is -- goes up, and that's why now people are getting
24    all these defibrillators placed.
25    So ejection fraction, again, I don't know if I

51:

1    would call it the way you put it, gold standard, but I mean,
2    it's an important measurement to determine how somebody's
3    doing and how well they may do.
4    Q: (By Mr. Krumholz) And tell me why it's important
5    just so we can understand it a little bit better.
6    A: Again, if you have a normal heart pump function,
7    then you should be able to provide blood to your body to do
8    its stuff; walking, running, breathing, you know, eating.
9    Q: And so is it not only a good predictor of what a
10    person or a patient can do, but is it also a good predictor
11    of prognosis for any particular patient?
12    A: It can be, but as we've talked about, you know, you
13    can have a rupture of another plaque and take out more of the
14    heart. But again, a normal ejection fraction is a good
15    thing. It doesn't -- you still could have another heart
16    attack in the future and damage it. A bad ejection fraction
17    is a really bad thing.
18    Q: And that's why it's important after a heart attack
19    for a patient to try to control their risk factors to the
20    extent they can?
21    A: Correct.
22    Q: Because counsel mentioned that a patient may be
23    more likely to have another heart attack if they have had
24    one?
25    A: Correct.

Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3

52

*Overrule* (handwritten)

52:1-6
P's obj:
leading
Def's response: Cross-
examination (handwritten)

52:
1  Q: But the reason for that is because of the
2  underlying disease, not because of the fact that they just
3  had a heart attack, true?
4  MR. MCCARTHY: Object to form.
5  A: Yeah. Because they -- we know they have
6  atherosclerotic vascular disease.
7  Q: (By Mr. Krumholz) And so they need to try to
8  control that atherosclerotic disease that we've talked about
9  previously in order to bring that risk down to a normal
10 person, for example, who might not have that sort of disease
11 process?
12 A: Well, whether or not you can get it to a normal
13 person that has no plaques, you know, but you at least try
14 and get close to that.
15 Q: Okay. Now, you mentioned ejection fraction. I
16 guess when you measure that, whether it is by nuclear
17 perfusion or otherwise, or by cardiac catheterization, I
18 assume you do it in order, as you have indicated, to figure
19 out where that patient is at that particular time?
20 A: Correct. After a heart attack or, you know, if
21 anybody has any kind of abnormal symptoms where, say, heart
22 failure, you want to determine ejection fraction. And you
23 can do that by echocardiogram. You can do it by this scan, a
24 MUGA scan, which doesn't do the blood, or cardiac
25 catheterization all can tell you the ejection fraction.

53:
1  Q: And some patients, I guess, after having a heart
2  attack, have a worse ejection fraction than others, I guess.
3  A: Correct, and that's what you're concerned about.
4  Q: And for example, have you seen patients with 20 to
5  30 percent ejection fractions?
6  A: Absolutely. Remember, I did a whole year of
7  transplant.
8  Q: Right. And what would that mean, if you had a 20
9  or 30 percent ejection fraction percentage?
10 A: Your risk of sudden death goes sky high, I mean.
11 Q: On the other hand, you have -- you see patients
12 with 55 percent or greater ejection fractions, correct?
13 A: Correct.
14 Q: And what is a normal ejection fraction on a nuclear
15 perfusion test that you have been talking about?
16 A: I consider normal 55 to 75. Some people will say
17 above 50, 50 to 70, 50 to 75, something like that.
18 Q: And so if you have a percentage in connection with
19 your ejection fraction calculation of 55 percent or greater
20 by your calculation, that would be normal?
21 A: Yes.
22 Q: That would mean that in terms of their ejection
23 fraction and the measurements that you have taken in
24 connection with this testing that you do, that their heart is
25 functioning normally in that regard?

**Keep, Mark 2006-08-17**

54:
1   A: It's pumping normally, yes.
2   Q: And as you indicated, that would be a good thing?
3   A: That would be a good thing.
4   Q: On the other hand, if it was below 50 percent,
5   whether it's 20 percent, 30 percent or 40 percent, that would
6   be a bad thing?
7   A: Actually, the magic number seems to be somewhere
8   around 35, 40. When you get below that, that's when you have
9   increased sudden death, and that's why now if anybody's below
10   -- 35 or below, they get a defibrillator.
11   Q: And what about -- and I think we have been talking
12   about the nuclear perfusion study and what you would want to
13   see in that regard. What about in connection with a cardiac
14   catheterization? What would be a normal ejection fraction
15   percentage?
16   A: Same.
17   Q: Same thing, so anything above or 55 percent or
18   greater --
19   A: Well, up to a limit, 75. I mean a hundred percent
20   would not be good. That would be weird.
21   Q: And the reason why that might be weird is, I guess,
22   because there's another ventricle that is also pumping?
23   A: No. It's just that, you know, to have a whole
24   heart that's, you know, just slamming shut a hundred percent,
25   that's actually abnormal. And you can have people that are

55:
1   like up 80 percent, and that's probably because they have
2   thickening of their heart and they're hyperkinetic, and
3   that's not a good thing either.
4   Q: Let me ask it a different way. On a -- for a
5   nuclear perfusion study like the ones that you did for
6   Mr. Mason, what would be an optimal ejection fraction
7   percentage?
8   A: Between 55 and 75.
9   Q: And would the same be true in connection with any
10   cardiac catheterizations that's performed?
11   A: Any way you measure it, we consider 55 to 75
12   normal.
13   Q: And do you agree that the ejection fraction is --
14   percentage that's calculated is a powerful tool in measuring
15   long-term prognosis for a heart attack patient?
16   MR. MCCARTHY: Objection, form.
17   A: I think, if you have a normal ejection fraction
18   it's a good thing. You know, again, you have to -- if you
19   are not doing anything about the underlying disease, they
20   could have another heart attack, and they can have bad heart
21   function next month. So having a good ejection fraction is a
22   good thing. Having a bad ejection fraction is a really bad
23   thing, but --
24   Q: (By Mr. Krumholz) And so --
25   A: So I don't know how else to put it. It's just, you

**Keep, Mark 2006-08-17**

56:
1    know, again, having a normal ejection fraction, that's what
2    you want. That's what you are shooting for.
3    Q: What would you want to see in a nuclear perfusion
4    study done three months post-heart-attack to determine that a
5    patient is doing quite well?
6    A: Well, what you are looking for if you're doing it a
7    few months after a heart attack is, you're trying to
8    determine how much permanent damage has been done, and it
9    just so happens that because we're able to do ejection
10    fractions on here, we can get the ejection fraction and find
11    out if they have a normal ejection fraction.
12    Q: So one thing you would want to look to is your
13    ejection percentage that was calculated?
14    A: Correct.
15    Q: Another thing you would want to look to is the
16    functional work load?
17    A: Well, functional workload, yeah, as far as how far
18    they can go on the treadmill, yes. That's another valuable
19    tool as far as stress test if they have good, you know,
20    aerobic capacity.
21    Q: You would want to look at their ischemia to see if
22    they have any ischemia that has -- that is significant in any
23    way --
24    A: Correct.
25    Q: -- post MI, true?

57:
1    A: Correct.
2    Q: And are there any other things that you would
3    want to look at in connection with a nuclear perfusion study
4    to determine how well that patient is doing?
5    A: Just like I mentioned, this test -- what we're
6    looking for a lot of times is trying to determine how much
7    damage was done, how much permanent damage has been done to
8    the muscle.
9    Q: Okay. And how do you determine the -- whether
10    there's been permanent damage done when you're looking at it?
11    If we're looking at a report, for example?
12    A: Well, if we're looking at something like this, you
13    know, you see this nice orange up here. Well, if there was a
14    big slice out of it, a big section out of it that was all
15    black --
16    Q: That would be a problem?
17    A: -- that would be a problem, and that would be the
18    infarct. If it was a tiny little spot, well, it's a tiny
19    heart attack. If it's a big, giant one, which we have plenty
20    examples of -- there are some patient who, you know, you
21    won't even see a whole half of their heart.
22    Q: Right. If we're looking at the report itself --
23    A: I don't know if you want to see that.
24    Q: It's okay. If we are looking at the report,
25    because I'm going to try to go off the reports if I can

**Keep, Mark 2006-08-17**

58:
1  because they're words we can see and understand maybe a
2  little better.
3  A: Yeah.
4  Q: But if we're looking at a report, what would we
5  look for to determine whether or not you found damage? And
6  we'll get to the specific reports as to Mr. Mason in a few
7  minutes, but just generally, what would we be looking for?
8  A: Well, I think the most important things were,
9  No. 1, as you mentioned, you know, the aerobic capacity. How
10  well were they able to do on the treadmill?
11  Q: Okay.
12  A: Did they only go two minutes? That would be a bad
13  thing. Okay?
14  Q: Right.
15  A: You are then looking to see if there's any EKG
16  changes. Okay? As far as, you know, suggesting ischemia,
17  and also any, you know, scary arrhythmias, you know, you may
18  or may not see. Then you are looking at ejection fractions
19  to see how well the heart function is, and then you are
20  looking for the perfusion or the blood flow to the heart.
21  Q: Okay. Now, let's turn our attention -- we've
22  talked about nuclear perfusions. Let's turn our attention to
23  cardiac catheterizations. What can you learn from those
24  types of diagnostics test?
25  A: The cardiac catheterizations?

59:
1  Q: Yes.
2  A: Cardiac cath, this would be more of a functional
3  test; whereas you are looking for blood flow and whether it's
4  providing enough blood flow.
5  Q: This being the nuclear perfusion?
6  A: The nuclear test, yeah. The catheterization could
7  be considered more of an anatomical test. You are looking to
8  see, what do the vessels in the heart actually look like,
9  mostly the arteries. Because with the heart, you are just --
10  the pump, you are just looking at the pump squeezing, just
11  like you are here.
12  So the angiogram is more of an anatomical test to
13  try and determine if there's any impingement or narrowing of
14  the arteries and what degree of narrowing there is.
15  Q: And the angiogram is the same thing as the cardiac
16  catheterization?
17  A: Yes. Angiogram is part of the catheterization in
18  which you are looking at the arteries.
19  Q: Okay. So it actually provides doctors,
20  cardiologists with a picture of whether -- of the vessels
21  themselves. Is that accurate?
22  A: Correct.
23  Q: And it shows whether or not there's any
24  atherosclerosis?
25  A: No. I need to correct myself.

**Keep, Mark 2006-08-17**

60: 1 Q: Okay.

2 A: It's basically just showing the tube of the artery.

Okay? It's showing blood flow through a tube, and you're

then looking to see whether or not that tube has any pinches

in it or narrowing in it. And the dilemma is that you can

have atherosclerosis within the wall of the artery, and if

it's not impinging on that tube, you may not be able to see

it on the angiogram.

9 Q: Okay. So if you're doing a cardiac

catheterization, what it will tell you is the extent to which

there's any impingement caused by atherosclerosis; is that

true?

13 A: Correct.

14 Q: Or caused by the plaque that we've talked about?

15 A: Correct.

16 Q: So just so the jury understands and make sure I

understand, for example, this middle vessel where there's

mild atherosclerosis?

19 A: Yeah.

20 Q: If you did a cardiac catheterization of this

particular vessel, you would see slight impingement?

22 A: You might, yeah.

23 Q: You might just from this area right here?

24 A: Yeah.

25 Q: Even though there might be a broader area of

61: 1 plaque?

2 A: Correct.

3 Q: And then, of course, here you would see a more

significant impingement on the cardiac catheterization?

5 A: Correct.

6 Q: And that's because on the angiogram, what it's

measuring is, I guess, this area here; that is, the vessel

itself?

9 A: Exactly. Well, the tube within the vessel. The

well --

11 Q: The opening, the pipe.

12 A: The pipe, yeah.

13 Q: Okay. So it's measure whether there's any

impingement, so to speak, in the pipe that's causing an

obstruction of some sort?

16 A: Correct.

17 Q: Okay. And when you began treating Mr. Mason, you

had understood that at the hospital on the day of his event

he had a cardiac catheterization. Were you aware of that

generally?

21 A: I believe that. I heard that. Well, when he went

up to LDS, right?

23 Q: Right.

24 A: Yeah.

25 Q: Exactly. I'm going to hand you what's been marked

*Overrule!*

61:25 - 62:4
P's obj:
cumulative;
no foundation;
covered by Ganellen.

Def's response: Witness is
plaintiff's ongoing
primary cardiologist
(covers all plaintiff's
objections through page 85)

*Overrule*

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

62

61:25 - 62:4
Pl's obj:
Cumulative; no
Foundation

62:1-25
Pl's obj:
Cumulative;
no Foundation;
covered by Dr.
Ganellen

63:3-25
Pl's obj:
Cumulative;
no Foundation

62:

1 as Exhibit 8 to your deposition, and I give you a second to
2 review that. And Exhibit 8 is a report from the cardiac cath
3 performed on July 25th of 2003 at LDS Hospital. Is that
4 right?
5 A: Correct.
6 Q: And that's on Mr. Mason, true?
7 A: Correct.
8 Q: And then on the last page you see Dr. Edward
9 Ganellen's name with a signature beside it?
10 A: Yeah. It's at the bottom of the page.
11 Q: Of the 4th page, I think.
12 A: Yeah.
13 Q: Do you know Dr. Ganellen?
14 A: Yes.
15 Q: Is he a respected cardiologist?
16 A: Yeah. I believe so.
17 Q: Are these the kinds of reports that you rely upon
18 routinely in your practice when you are treating patients who
19 have this sort of problem?
20 A: I mean, I don't like these reports. I like the
21 dictated reports. But yeah, this is what we look at.
22 Q: Okay. So this is a report that you would normally
23 see and rely on, though, in your practice?
24 A: At the IHC hospitals this report is made up on
25 every patient. It's a little form we fill out, and you can

63:

1 get this. I like the dictated also just so I can get across
2 what I thought was there so --
3 Q: I understand. So in this report what would be
4 important, since it's a cardiac cath report, would be the
5 percent stenosis; is that right?
6 A: Correct.
7 Q: And it indicates that Mr. Mason had 90 percent
8 stenosis in the LAD. Do you see that?
9 A: Correct, yes.
10 Q: And can you describe what the LAD is?
11 A: The heart has two main arteries, left and right.
12 And on the left, the left immediately branches off into two
13 arteries; the LAD or the left anterior descending artery,
14 which goes down the front of the heart and is really the --
15 most often the largest artery of the heart, and then it
16 branches off into the circumflex vessel, which goes down the
17 left side. Then you have the right coronary artery that
18 supplies blood to the right ventricle and also the inferior
19 wall of the heart.
20 Q: And then the first diagonal, is that just a branch
21 off of the LAD?
22 A: Correct. Each of the main arteries have branches
23 that are sent out over the muscle, and in the LAD, the
24 branches are called diagonal vessels.
25 Q: And is the left -- is the LAD the left anterior

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

64

| 64: | 1 | descending artery? |
| | 2 | A: Yes. |
| | 3 | Q: And I've heard that called the widow maker. Have |
| | 4 | you heard that term before? |
| | 5 | A: Not the LAD. Usually when we call a widow maker is |
| | 6 | like a proximal LAD, so it's right at the beginning of the |
| | 7 | LAD. Because the LAD does supply so much blood to the left |
| | 8 | ventricle, if you take out that whole artery, it can cause -- |
| | 9 | lead to sudden death so -- |
| | 10 | Q: And so the LAD which had 90 percent occlusion for |
| | 11 | Mr. Mason, according to Exhibit 8, was a very important |
| | 12 | vessel, is a very important vessel to a patient? |
| | 13 | A: Yes. |
| | 14 | Q: And it was significant that there was a 90 percent |
| | 15 | occlusion found on that date? |
| | 16 | A: Yes. |
| | 17 | Q: And then the first diagonal indicates that there |
| | 18 | was a 70 percent occlusion. Do you see that? |
| | 19 | A: Yes. |
| | 20 | Q: And then as a result -- first of all, would that be |
| | 21 | considered severe coronary artery disease as to those |
| | 22 | vessels? |
| | 23 | A: Yeah. |
| | 24 | Q: Would that concern you as a doctor, seeing that |
| | 25 | type of occlusion in these particular arteries? |
| 65: | 1 | A: Yes. |
| | 2 | Q: And what was done as a result of those findings? |
| | 3 | A: I believe they did -- well, I saw one note of |
| | 4 | stenting of the diagonal. I'm assuming they stented the LAD. |
| | 5 | Q: I think it was a stent of the LAD on that first |
| | 6 | page. |
| | 7 | A: Let's see. Here's the -- here we go. Lesion of |
| | 8 | middle LAD, stent placement. |
| | 9 | Q: So the 90 percent occlusion -- |
| | 10 | A: Yeah, and then procedure performed on first |
| | 11 | diagonal actually was just an angioplasty, it looks like. |
| | 12 | Yeah. It was just angioplasty, so no stent to the diagonal. |
| | 13 | Q: Okay. So when he arrived at LDS, at some point |
| | 14 | that day they performed a, I guess, a stent procedure on his |
| | 15 | left anterior descending; is that right? |
| | 16 | A: Yes. |
| | 17 | Q: And as a result of that, were they able to open up |
| | 18 | that vessel to where there was complete blood flow going |
| | 19 | through it? |
| | 20 | A: That's the goal, and I assume that's what they got. |
| | 21 | Q: And if you could just confirm that by looking at |
| | 22 | the report. |
| | 23 | A: I'm trying to see if they have -- I don't like |
| | 24 | these reports, trying to find the results sometimes. Yeah, |
| | 25 | okay. So on the front page here it says, Type A lesion of |

*Handwritten margin notes:*

64:1-2
64:10 – 65:1
Pl's obj:
cumulative;
no foundation

65:13-20
Pl's obj:
cumulative;
no foundation;
covered by Guellen

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                        66

66:
1   distal LAD, which they also call it middle LAD otherwise,
2   places, but prestenosis 90 percent, final stenosis, zero
3   percent.
4   Q: Okay. So what you are looking at, and I guess I'll
5   put it on the screen so we can all see it. And maybe I can
6   zoom it in a little bit. You are looking at this section
7   here of the report?
8   A: Yes.
9   Q: And it says, a major branch was involved; is that
10   right?
11   A: Yeah.
12   Q: And it's talking about the left anterior descending
13   that we have been talking about the last couple minutes?
14   A: Well, if it's saying major branch, I don't think
15   they would be calling it distal LAD. I am -- it makes me
16   think that they are considering the diagonal as the major
17   branch that's involved.
18   Q: Okay. But regardless, whichever vessel they found
19   90 percent occluded, they actually performed a stent on?
20   A: Yes.
21   Q: And as a result of that stent, how much -- what
22   percentage stenosis was left behind?
23   A: Zero.
24   Q: And can you tell the jury what that means?
25   A: That means you can't see any impingement on the

67:
1   lumen of the artery.
2   Q: Would there be any obstruction at all in that
3   vessel after this procedure is done, according to this
4   report?
5   A: By angiography you would not see any. It would
6   look like the rest of the artery basically.
7   Q: Does that essentially mean that blood could flow
8   through that artery freely as a result of the stent?
9   A: Yes, it should, you hope.
10   Q: Okay. And then if we turn the page, and let me try
11   to make it easier for everyone to see. Then it's talking
12   about the first diagonal that we talked about earlier.
13   A: Correct.
14   Q: And this is just a branch off of the LAD, correct?
15   A: Correct.
16   Q: And then it says, the prestenosis or the
17   preprocedure percentage again was 70 percent, right?
18   A: Correct.
19   Q: Which, again, was significant?
20   A: Yes.
21   Q: And the final stenosis was just 10 percent. Do you
22   see that?
23   A: Yes.
24   Q: And it says — I guess an angioplasty was performed
25   on the diagonal; is that right?

*Overruled* (handwritten)

66:18 - 68:20
Pls Obj:
Cumulative;
no foundation;
covered by
Ganellen.
(handwritten)

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

68

68:
1  A: Correct.
2  Q: And could you tell us exactly what an angioplasty
3  is?
4  A: Oh, angioplasty and stent really are basically the
5  same thing. The only difference is that with the stent, you
6  have the angioplasty balloon which has a wire, mesh-like
7  device that's crimped over it. So with an angioplasty, you
8  just blow up the balloon, stretch it out and open the artery.
9  With a stent, you blow up the balloon, and then the stent
10 that's been crimped onto the balloon gets deployed and sits
11 -- is pushed into the wall. So they're really sort of the
12 same procedure. The only difference is, with a stent
13 something is left behind, the metal.
14 Q: Okay. And as a result of these two procedures that
15 were performed, both vessels were essentially wide open and
16 free flowing for all intents and purposes?
17 A: Correct, based on what I see here, yeah.
18 Q: And there was no significant atherosclerosis left
19 behind for Mr. Mason to be concerned about as to those areas?
20 A: Correct.
21 MR. MCCARTHY:  Objection, form.
22 Q: (By Mr. Krumholz) True?
23 A: There's a 10 percent lesion on the angioplasty, but
24 actually, for angioplasty, 10 percent is considered good.
25 Q: So this was a very good result for Mr. Mason?

69:
1  A: Yes.
2  Q: It treated the problem that he had?
3  A: Yes.
4  Q: And it allowed him to not have any further risk as
5  to the atherosclerosis that had been built up in his left
6  anterior descending and as to the lesion that was found in
7  the first diagonal?
8  A: Well, no. He still has risk.
9  MR. MCCARTHY:  Objection to form.
10 Q: (By Mr. Krumholz) I'm talking about as to those
11 particular atherosclerotic lesions.
12 MR. MCCARTHY:  Objection to form.
13 A: Well, what do you mean by risk? He's still got the
14 disease.
15 Q: (By Mr. Krumholz) When you say -- yeah. That was
16 poorly worded, I guess.
17 A: He's a lot better off now.
18 Q: He's a lot better off because his arteries are wide
19 open, so to speak?
20 A: Yeah. But he still has -- with angioplasty you
21 have, you know, you can have one out of three chance it could
22 renarrow. With a stent, with a coated stent, it's usually
23 than one in ten chance that it could renarrow.
24 Q: But regardless, this is actually what you would
25 hope for as a --

Overrule

68:22-69:3
P's objection:
Cumulative;
No Foundation.
(Covered by Ganellen)

69:18-25
Pt obj:
cumulative;
no foundation;
(covered by
Ganellen)

*Gerald*

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

70

| 70: | | |
|---|---|---|
| | 1 | A: This was a good result. You would come out the |
| | 2 | cath lab feeling good that you fixed everything. |
| | 3 | Q: Okay. And his ejection fraction just — because |
| | 4 | they also measure the ejection fraction, of course -- |
| | 5 | A: Yeah. |
| | 6 | Q: -- was calculated to be what? |
| | 7 | A: 60 percent. |
| | 8 | Q: And so that would be optimal, according to what we |
| | 9 | talked about earlier? |
| | 10 | A: Correct. |
| | 11 | Q: And again, what would that mean for Mr. Mason at |
| | 12 | the time? |
| | 13 | A: That's a good sign. |
| | 14 | Q: Okay. And meaning his heart is pumping -- |
| | 15 | A: Normal. |
| | 16 | Q: -- normally for — even a normal patient would have |
| | 17 | a 55 to 75 percent? |
| | 18 | A: Yeah, we all hopefully with that. |
| | 19 | Q: Have the same type of percentage? |
| | 20 | A: Uh-huh. |
| | 21 | Q: And just so the record's clean, a normal patient |
| | 22 | who has not had a — any sort of heart attack, what would |
| | 23 | their expected ejection fraction be? |
| | 24 | A: 60 percent. |
| | 25 | Q: Okay. So he had the same ejection fraction |
| 71: | 1 | percentage as what you would hope for in a normal patient? |
| | 2 | A: Correct. |
| | 3 | Q: Okay. Now we talked a little bit earlier, and I |
| | 4 | think you may have a copy of it, Dr. Symkoviak's cardiac |
| | 5 | catheterization that was done just a few weeks later. I |
| | 6 | think it's Exhibit 5. Do you have that? Let me speed this |
| | 7 | along and -- |
| | 8 | A: Here is five. Yeah. Here's -- wait, wait. No, |
| | 9 | Exhibit 5 I -- I have a history. |
| | 10 | Q: Let me hand you Exhibit 9, which is the dictated |
| | 11 | report -- |
| | 12 | A: Okay. |
| | 13 | Q: -- in connection with Dr. Symkoviak's cardiac |
| | 14 | catheterization; is that right? |
| | 15 | A: Yes. |
| | 16 | Q: Okay. And this is a repeat cardiac catheterization |
| | 17 | that was done on Mr. Mason just three weeks post-event; is |
| | 18 | that right? |
| | 19 | A: Right. |
| | 20 | Q: And what are the significant findings in connection |
| | 21 | with this catheterization? |
| | 22 | A: Let's see. Well, the significant findings, he |
| | 23 | doesn't -- I don't see that he puts a number on it. But he |
| | 24 | has, I thought that was -- oh, there it is. Left ventricle. |
| | 25 | Yeah, he has normal ejection fraction, 69 percent, good |

Handwritten notes:

70:1-13
P's obj:
cumulative;
foundation

70:21-71:2
P's obj:
cumulative;
foundation

Printed: 10/3/2006   8:39:46AM

Overruled

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

72

72: 1 contractility throughout. And that's where they have the
2 very small anterior hypokinetic segment.
3 And there is -- he did note some minor plaques in
4 the circumflex vessel but no high grade lesions. Minor
5 plaques throughout the left anterior descending artery.
6 Stent is seen at the margin of the first major diagonal
7 branch, so -- and it was in good shape. The first diagonal
8 showed no significant stenosis.
9 Q: So it confirms the stent and the angioplasty
10 performed on July 25th were indeed successful?
11 A: Yes.
12 Q: And it showed that the arteries are wide open again
13 and free flowing?
14 A: Correct.
15 Q: And why was it important at this stage that there
16 was no significant plaque buildup?
17 A: Well, he had been having symptoms, so you are
18 worried that he may have had restenosis of one of those
19 vessels. The one other thing he mentions here, normal TIMI
20 flow, that means it's free flowing like you say. We grade it
21 on a scale zero, one, two, three, and it would be a three.
22 Q: What is hypokinesis?
23 A: Hypokinesis is reduced motion, if you will, and
24 when we're referring to the heart, part of the heart is not
25 squeezing normally. It's still squeezing. It's just a
73: 1 little sluggish, if you will.
2 Q: And here it says there was a very small anterior
3 hypokinetic segment, but the overall ejection fraction was
4 normal at 69 percent. Do you see that?
5 A: Yes.
6 Q: And what does that mean exactly? Why was it
7 important to put it in that context?
8 MR. MCCARTHY: Object to form.
9 A: Well, basically it means he's noting that he sees
10 something abnormal, that there's a hypokinetic segment.
11 However, it's not limiting the -- his heart's ability to pump
12 blood.
13 Q: (By Mr. McCarthy) And that --
14 A: I mean overall.
15 Q: So overall function remained normal?
16 A: Correct.
17 Q: And that's what's important for purposes of
18 determining how much a patient can or can't do and what the
19 prognosis may be?
20 MR. MCCARTHY: Objection to form.
21 A: Correct, correct.
22 Q: (By Mr. McCarthy) Okay. And so that was a good
23 thing for Mr. Mason?
24 A: Very good thing.
25 Q: And when it says a very small anterior hypokinetic

72:1 – 73:5

P's obj:
Cumulative;
no foundation
(covered by Ganellen)

73:15-19 + 73:20-25
P's obj:
Cumulative;
no foundation.
(covered by
Ganellen).

Printed: 10/3/2006   8:39:46AM

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

74

74:
1  segment, I assume that a hypokinetic segment can be more
2  severe on the one hand and mild on the other hand?
3  A: Yeah. I mean, we have people that have big
4  whopping heart attacks, and you will see it say, there is a
5  large area of hypokinesis or akinesis, meaning it's not
6  moving at all. Or you might say there's a moderate area of,
7  you know — he's saying there's a very small area.
8  Q: How would you characterize Mr. Mason's heart
9  attack, given what's described here by Dr. Symkoviak?
10  A: Very small.
11  Q: And so would you -- so you would consider this to
12  be a very small heart attack, and would it be a good sign
13  that the overall ejection fraction was now at 69 percent?
14  A: Well, all these are probably the same. You know,
15  69, 60, 65. It depends on, you know, who is tracing it and
16  stuff. They're all normal, though, so it's a good thing.
17  Q: Okay. And you mentioned stunning earlier. Do you
18  recall that?
19  A: Yeah.
20  Q: Could the 60 percent ejection fraction percentage
21  that was calculated at the time of the first cardiac
22  catheterization, could that have been lower than 69 percent
23  because of the stunning?
24  A: It's possible, but it could just be a different
25  person tracing it.

75:
1  Q: Okay. So --
2  A: I mean, normal's normal.
3  Q: You believe that both of these values are optimal,
4  and so it doesn't matter really why they were different.
5  They were just normal?
6  A: Correct.
7  Q: Okay. I guess this -- both of the cardiac
8  catheterizations that we have talked about so far are cardiac
9  catheterizations that were done before you saw Mr. Mason. Is
10  that right?
11  A: Yes.
12  Q: Okay.
13  A: Or Charles Larsen saw him.
14  Q: And when you are talking about Charles Larsen, the
15  PA, you are talking about, I guess that's Exhibit 5 that you
16  were talking about earlier?
17  A: Correct.
18  Q: That is the October 10, 2003 examination that at
19  least he performed in your offices?
20  A: Exactly.
21  Q: And he came in, and the issue that he came in about
22  was coronary artery disease; is that right?
23  A: Yes.
24  Q: By the way, before I leave this issue, we have done
25  two cardiac catheterizations, and the first one showed 90

Printed: 10/3/2006   8:39:46AM

74:1-10
P's obj:
Cumulative;
Foundation;

Overruled

74:20-75:11
P's obj:
Cumulative;
no Foundation

75:24-76:4
P's obj:
Cumulative;
no Foundation

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                        76

76:
1  percent occlusion in the LAD and 70 percent in the first
2  diagonal. Do you believe that it's likely that Mr. Mason had
3  substantial coronary artery disease a year prior to cardiac
4  catheterization?
5  MR. MCCARTHY: Objection, form.
6  A: I believe he had to have had something. I mean, it
7  would be unusual for it to progress that quickly.
8  Q: (By Mr. Krumholz) So this process, this
9  atherosclerotic process, in your opinion would it have likely
10 begun long before, let's say, a year prior to July 25th,
11 2003?
12 MR. MCCARTHY: Objection, form.
13 A: That would be the most likely thing.
14 Q: (By Mr. Krumholz) Okay. Now, going on to this
15 October 10, 2003 record, you don't recall whether or not you
16 actually saw him, I guess?
17 A: Correct.
18 Q: Are you required to -- it has your electronic
19 signature here. Does that have any meaning?
20 A: Yes. That just means that I was the physician in
21 the office at the time that Charles saw him.
22 Q: It says here that he had a high stress job under
23 the history of present illness. Do you see that on Exhibit
24 5? He, being Mr. Mason.
25 A: Is it in the top part?

77:
1  Q: Yeah. It's a --
2  A: Here it is. High stress job.
3  Q: Yeah.
4  A: Concerned that the stress of his job is worsening
5  his perceived chest pain. Okay.
6  Q: What impact can stress have on the atherosclerotic
7  process and on chest pain and angina?
8  MR. MCCARTHY: Objection, form.
9  A: Well --
10 Q: (By Mr. Krumholz) Let's start with --
11 A: It depends on who you talk to about how much stress
12 affects you, but there is some feeling that stress could --
13 well, first of all, I don't think anybody really understands
14 completely what causes a plaque to rupture. I mean, there's
15 lots of different things that people believe in, you know,
16 about wall stress and things.
17 So there are some people who believe that, you
18 know, emotional stress or physical stress could lead to that
19 plaque rupture and a heart attack. And if you're under a lot
20 of stress and you have a significant lesion, you may have --
21 you are going to have more adrenalin pumping, and your heart
22 rate is going to be faster. And you could get angina that
23 way.
24 I actually got interviewed on TV -- odd interview,
25 by the way -- about a study that showed that people with high

*Handwritten annotation:* 76:6-11 + 76:13 Ps obj: cumulative; no foundation

*Handwritten annotation:* Overruled

**Keep, Mark 2006-08-17**

78:
1  stress jobs didn't have heart attacks any more than people in
2  low stress jobs. So there's been, you know, some --
3  Q:  Why did he come in on October 10 of 2003? What was
4  the purpose of that visit?
5  A:  Coronary artery disease, and I've actually been
6  looking and trying to figure it out, too, because he --
7  Q:  As I understand --
8  A:  -- ended up at LDS Hospital. He saw Dr. Ganellen,
9  and then all of a sudden he shows up at our office to be
10  seen.
11  Q:  And in fairness, he had had a prior visit to your
12  office before his heart attack in September of 2002 for a
13  stress test. So we may be able to figure out why he came
14  here versus --
15  A:  Yeah. Maybe he just had been here before. Yeah,
16  although he then didn't come back, so -- he was supposed to
17  come back in two months, and it doesn't look like he came
18  back.
19  Q:  Okay. He came back on October 22nd, and when you
20  go -- of 2003, and then some months later. But -- and we'll
21  get into that.
22  A:  For tests, though, yeah.
23  Q:  I guess what's important, what I'd like to ask you
24  about is, after a patient has a myocardial infarction, I
25  think you indicated that they come in shortly thereafter to

79:
1  get checked out.
2  A:  Yes.
3  Q:  Does this appear to be that sort of evaluation?
4  A:  No. Wasn't it July that he had his --
5  Q:  Yes.
6  A:  Typically, if he had his heart attack in July, he
7  should have seen somebody in early August. And so I don't
8  know if he saw Dr. Ganellen. He maybe did because, you know,
9  sometimes if somebody sees a doctor in a hospital, they will
10  see that doctor initially just since that doctor knows what
11  happened. And then maybe they have a preference of somebody
12  they had seen before. Then they start seeing that other
13  person. I just don't know.
14  Q:  Okay.
15  A:  I mean, it's just -- this is actually a little long
16  to wait to come in to be seen.
17  Q:  Okay. But regardless, he did come into your
18  office, and he saw, is it Mr. Larsen or Dr. Larsen?
19  A:  Mr. Larsen.
20  Q:  Mr. Larsen in connection with his coronary artery
21  disease?
22  A:  Correct.
23  Q:  And that's when he reported that he had a high
24  stress job?
25  A:  Yeah, yes.

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3

80

80:
1 Q: Okay. Let's go ahead and move forward to October
2 22nd of 2003, and I'll hand you what's been marked as Exhibit
3 10. Do you recognize that document?
4 A: Yes.
5 Q: And this is a nuclear perfusion study that you in
6 fact supervised in connection with the treatment of
7 Mr. Mason; is that right?
8 A: Correct.
9 Q: Are you the one that performed this nuclear
10 perfusion stress test?
11 A: Well, only in that I'm the one who is standing
12 there.
13 Q: Okay. And just so we're clear, up until October
14 22nd of 2003, two important tests had been done as of that
15 date, true?
16 A: Correct.
17 Q: We had two cardiac catheterizations or angiograms?
18 A: Correct.
19 Q: As of that date?
20 A: Correct.
21 Q: And the first one cleared up the 90 percent
22 stenosis found in the left anterior descending artery, true?
23 A: Correct.
24 MR. MCCARTHY: Objection, form. Just asked and
25 answered several times.

81:
1 Q: (By Mr. Krumholz) And the -- and then it also
2 cleared up the first diagonal 70 percent stenosis?
3 MR. MCCARTHY: Objection to form.
4 A: Markedly improved.
5 Q: (By Mr. Krumholz) Yeah. And then the second
6 angiogram that was performed by your partner, Dr. Symkoviak,
7 confirmed that that was a successful procedure, right?
8 MR. MCCARTHY: Objection. I'm sorry, Counsel.
9 Objection, form. I don't have -- there's been a lot of
10 repetition, and I haven't been objecting. I don't think it's
11 a form objection, but anyway, go ahead.
12 MR. KRUMHOLZ: I understand. I'm just trying to
13 set up where we are in the process because we have been going
14 back and forth.
15 Q: (By Mr. Krumholz) But regardless, there was a
16 second angiogram done in August of 2003 that confirmed the
17 first one was successful, true?
18 A: Correct.
19 Q: And then he comes in to see you about three months
20 post-event; is that right, for a nuclear perfusion study?
21 A: Yes.
22 Q: And we talked about what would be important to look
23 for in determining how a patient is doing when you are -- if
24 you do a nuclear perfusion study, and one was functional work
25 load. Do you recall that?

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                                82

82:
1  A: Yes.
2  Q: And that's measured in connection with the stress
3  test that's performed?
4  A: Yes.
5  Q: And here Mr. Mason exercised 11 minutes and zero
6  seconds on the Bruce protocol; is that right?
7  A: Correct.
8  Q: And the Bruce protocol is a protocol you use in
9  connection with these stress tests, right?
10 A: It's a standard used by most offices for how fast
11 the treadmill goes, how often it increases incline, what the
12 incline is, yes.
13 Q: And it starts out a certain speed and then speeds
14 up over time?
15 A: Every three minutes it increases in speed and
16 increases in incline.
17 Q: Until the patient is too fatigued to go forward?
18 A: Correct.
19 Q: And Mr. Mason was able to do it 11 minutes and zero
20 seconds, even though the normal exercise time for a man of
21 his age was 8 minutes and 20 seconds?
22 A: Correct.
23 Q: And as a result, this patient had a 30 percent
24 better functional work load than what would have been
25 expected of a man his age?

83:
1  A: Correct.
2  Q: And that was a good thing?
3  A: That's a very good thing.
4  Q: And that's something that you mentioned, I think
5  earlier, as something would you specifically look for in
6  determining how well a patient is doing?
7  A: Correct.
8  Q: And what a patient's prognosis would be?
9  A: Correct.
10 Q: And then it indicates that the EKG that was
11 performed did not suggest any ischemia?
12 A: Correct.
13 Q: And that would mean that there wasn't any
14 restriction of blood flow at this stage, right?
15 A: Yes. It's a less specific way of looking at it,
16 compared to like a Cardiolite or the nuclear scan. But yes,
17 that would suggest no -- no reduced blood flow to the heart.
18 Q: And why is that a good thing?
19 A: It just suggests that you got good blood flow.
20 Q: Okay. And obviously, that the -- there's no
21 indication on the EKG, anyway, that the vessels are
22 restricted in any way?
23 A: Correct.
24 Q: And then it says, the blood pressure response
25 during exercise was normal. Is that important?

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                84

| 84: | |
|---|---|
| 1 | A: Yes, because if it's going up high, you may want to |
| 2 | adjust their medications. The other thing is, if blood |
| 3 | pressure dropped, that's a bad sign, suggesting the heart is |
| 4 | not able to, you know, produce or to increase its function. |
| 5 | Q: And then it indicates that the rhythm during |
| 6 | exercise was normal and that the patient had no chest pain. |
| 7 | Do you see that? |
| 8 | A: Yeah. |
| 9 | Q: And those are all very good signs for Mr. Mason? |
| 10 | A: Yep. |
| 11 | Q: And then under the qualitative analysis, your |
| 12 | interpretation was that stress and rest tomographic images in |
| 13 | multiple orthogonal plains demonstrates no significant |
| 14 | perfusion deficits. |
| 15 | A: Correct. |
| 16 | Q: And you talked about measuring perfusion as one of |
| 17 | the important things in these type of tests as well. Why was |
| 18 | that important? |
| 19 | A: It's suggesting that not only -- on this test we |
| 20 | couldn't even see the area of heart attack, and it didn't |
| 21 | show any evidence of reduced blood flow to the heart. |
| 22 | Q: And then the summary indicates a normal stress |
| 23 | myocardial perfusion study, normal global and regional LV |
| 24 | function. Did I read that right? |
| 25 | A: Correct. |

| 85: | |
|---|---|
| 1 | Q: And so according to your nuclear perfusion study, |
| 2 | was this a completely normal heart as of October 22nd of |
| 3 | 2003? |
| 4 | A: Based on this study, if I didn't know anything else |
| 5 | about him, it's -- you would think he had a completely normal |
| 6 | heart. |
| 7 | Q: And based upon this study and the prior cardiac |
| 8 | catheterizations, what would you say -- how would you |
| 9 | describe his heart attack? |
| 10 | A: Very small. |
| 11 | Q: And how would you prescribe -- how would you |
| 12 | describe his prognosis, based upon these results? |
| 13 | A: Good. |
| 14 | Q: And when you say good, can you put any more |
| 15 | defiantion to that? |
| 16 | A: Very good. |
| 17 | Q: Would you have any reason to believe, based upon |
| 18 | this evidence, that his life expectancy would be reduced? |
| 19 | MR. MCCARTHY: Objection, form. |
| 20 | A: Provided he, you know, does all the right things. |
| 21 | You know, we got to control his cholesterol and take an |
| 22 | aspirin a day and treat it with the proper medications, but |
| 23 | yeah, he could live a normal life. |
| 24 | Q: (By Mr. Krumholz) Okay. So based upon what you had |
| 25 | seen as of October 22 of 2003, as long as he took care of |

Overrule

Def's response:
Plaintiff designated
similar testimony
from other
witnesses
(eg. Zelman)

85: 17-18
P's obj:
speculation;
no foundation

85: 24-25
P's obj:
Cumulative;
Calls for speculation;
no foundation

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                86

| | | |
|---|---|---|
| 86: | 1 | himself as you prescribed, you believed he could live a full |
| | 2 | and normal life? |
| | 3 | MR. MCCARTHY: Objection, form. |
| | 4 | A: Correct. |
| | 5 | Q: (By Mr. Krumholz) Okay. I'm going to hand you |
| | 6 | what's been marked as Exhibit No. 11 for a minute. I want to |
| | 7 | talk to you about that for a minute. |
| | 8 | A: Okay. |
| | 9 | Q: And I believe Exhibit 11 -- I'm sorry -- was the |
| | 10 | April 12, 2005 nuclear perfusion test that you performed on |
| | 11 | Mr. Mason I guess just over a year ago; is that right? |
| | 12 | A: Correct. |
| | 13 | Q: And I guess you -- you're the one who prepared |
| | 14 | Exhibit 11? |
| | 15 | A: Yes. |
| | 16 | Q: Or at least dictated it? |
| | 17 | A: Well, we have a form we fill out so -- and then it |
| | 18 | gets transcribed, so yeah, I filled out the blanks. |
| | 19 | Q: Okay. And I want to go through just some of the |
| | 20 | things that were found in connection with this particular |
| | 21 | study. First of all, in terms of functional work load, he |
| | 22 | again -- Mr. Mason was again able to exercise for a longer |
| | 23 | period of time than what would have been expected of a man |
| | 24 | his age? |
| | 25 | A: Correct. |
| 87: | 1 | Q: Is that right? |
| | 2 | A: Yes. |
| | 3 | Q: And it didn't show any signs or suggestions of |
| | 4 | ischemia; that is, on EKG? |
| | 5 | A: Correct. |
| | 6 | Q: And that was again a good thing because it |
| | 7 | doesn't -- that means that there wasn't any evidence that |
| | 8 | there was any restriction of blood flow? |
| | 9 | A: Correct. |
| | 10 | Q: And then it says, his blood pressure response again |
| | 11 | was normal in this study, right? |
| | 12 | A: Right. |
| | 13 | Q: And there was no chest pain during exercise, right? |
| | 14 | A: Right. |
| | 15 | Q: And then it says, wall motion summary, good wall |
| | 16 | motion, right? |
| | 17 | A: Yes. |
| | 18 | Q: And the ejection fraction was again optimal? |
| | 19 | A: It's 55 percent, so normal. |
| | 20 | Q: Okay. And it says -- there are -- but there were |
| | 21 | two issues that I did want to talk to you about that I think |
| | 22 | were asked about a little earlier. And the first one is the |
| | 23 | R wave findings. Does that have any significance to you |
| | 24 | that -- |
| | 25 | A: The R wave? |

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

88

88:
1  Q: -- he had poor R wave progression?
2  A: Oh, yeah. Well, poor R wave progression, all that
3  means is that on the EKG, the R waves usually will go up as
4  you go across, V-1, 2, 3, 4. It may drop down after that,
5  and his were not progressing normally. Now, that may just be
6  the way the leads are placed. Some people just have that.
7  It could represent heart attack, old heart attack.
8  Typically if you have a significant, large heart
9  attack, you can actually have loss of the R waves, and you
10  can actually have a Q wave there. So poor R wave progression
11  is somewhat nonspecific finding. It could represent
12  something. It could mean nothing.
13  Q: Okay. And when you say it could be nothing, does
14  it sometimes happen just because of the way the leads are
15  placed?
16  A: It can be.
17  Q: And one way to figure out if there was really an
18  issue as to his R wave progression might be to repeat the
19  EKG?
20  A: Well, you can do that, or just the fact that that
21  part of his heart was moving normally would tell me that it's
22  not -- nothing significant.
23  Q: And did you come to a conclusion as to whether or
24  not that particular part of his heart was moving normally?
25  A: Yeah, because I have down here good wall motion. I
89:
1  didn't see any part of the heart not moving normally.
2  Q: So would there be any significance at all one way
3  or another that there was R -- poor R wave progression in
4  light of the fact that it indicates that there's good wall
5  motion?
6  A: No. I think it's just -- I put it in there so that
7  if -- when I do the, see the nuclear I see loss of, or
8  decreased uptake or, you know, reduced motion, then I go, oh
9  well. Here the EKG showed it. But that by itself, as long
10  as the heart's moving normally in that area and the blood
11  flow is normal, then I wouldn't really consider -- or I don't
12  see any infarct on the scan. I don't consider it all that
13  significant.
14  Q: Now, in connection with the October 2003 nuclear
15  perfusion study, you didn't see any R wave progression
16  problems; is that right?
17  A: It wasn't on there, yeah.
18  Q: And so you would have expected to see it, if it had
19  anything to do with the July 25, 2003 heart attack, true?
20  MR. MCCARTHY: Objection, form.
21  A: Yeah. You would expect to see that.
22  Q: (By Mr. Krumholz) And likewise, if you did a repeat
23  EKG after April 12 of 2005, you would expect to see some sort
24  of R wave progression problem if in fact that was an issue at
25  all?

*Overruled*

89:18-19
Ps obj:
vague; speculation;
no answer

Def's response: Agree
to add line 21

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

90

*[handwritten: Overruled]*

| 90: | 1 | A: Correct. |
|---|---|---|
| | 2 | MR. MCCARTHY: Objection, form. |
| | 3 | Q: (By Mr. Krumholz) Is that true? |
| | 4 | A: Now, wait a minute. Repeat that again. |
| | 5 | Q: And if you did a repeat EKG after April 12 of 2005 |
| | 6 | that didn't show any sort of R wave progression problem, then |
| | 7 | that would probably indicate that what was seen on April 12 |
| | 8 | of 2005 was an aberration and meaningless in terms of any |
| | 9 | heart damage? |
| | 10 | MR. MCCARTHY: Objection, form. |
| | 11 | A: Yes. |
| | 12 | Q: (By Mr. Krumholz) Is that true? |
| | 13 | A: That's — that's what I would believe. |
| | 14 | Q: I'm going to hand you what's been marked as Exhibit |
| | 15 | 12. And can you confirm for me that this was an October 14, |
| | 16 | 2005 EKG that was performed on Mr. Mason I guess six months |
| | 17 | after your April 12, 2005 stress test? |
| | 18 | A: Yes. |
| | 19 | Q: And does this EKG indicate that there were any R |
| | 20 | wave progression problems? |
| | 21 | A: It doesn't look like it. I mean, it looks like |
| | 22 | it's fairly normal. |
| | 23 | Q: In fact, it says normal EKG or ECG at the top, does |
| | 24 | it not? |
| | 25 | A: Yes. |
| 91: | 1 | Q: And so, given that, if there was any suggestion at |
| | 2 | the trial of this case that this R wave progression issue |
| | 3 | that was identified in your April 12th, 2005 record had any |
| | 4 | meaning in terms of heart damage, what would your response be |
| | 5 | to that? |
| | 6 | MR. MCCARTHY: Objection, form. |
| | 7 | A: I would think it didn't. And I just looked at the |
| | 8 | tracings, and it really didn't even look like that |
| | 9 | significant of poor R wave progression on the EKG, so — |
| | 10 | Q: (By Mr. Krumholz) As a result, is it your opinion |
| | 11 | that this is not indicative of any -- any heart damage for |
| | 12 | Mr. Mason? |
| | 13 | MR. MCCARTHY: Objection, form. |
| | 14 | A: Yeah. I wouldn't consider that to be indicative, |
| | 15 | those EKGs. |
| | 16 | Q: (By Mr. Krumholz) It also indicates that there is a |
| | 17 | possible small apical infarct. Do you see that? |
| | 18 | A: Yes. |
| | 19 | Q: And you said possible because why? |
| | 20 | A: Well, in fact, actually we were just looking at |
| | 21 | those, that scan. And if you look at the scan here, you look |
| | 22 | under the stress images, again, you see the orange going |
| | 23 | around here. Now, the most important thing is, the artery |
| | 24 | that was worked on is right up here, okay, and the blood flow |
| | 25 | to that area is perfect. So first of all, I wouldn't think |

*[handwritten annotations: 90:5-9 P's obj: calls for speculation; Def's response: none needed; 91:1-5 P's obj: Argumentative]*

Printed: 10/3/2006  8:39:48AM

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                      92

92:  1  that the stent renarrowed or the diagonal is renarrowed.
     2  There is a little darkness down here at the bottom
     3  of the heart, okay. And you can see that both in -- to make
     4  it even easier, these summarize it, okay? So you can see how
     5  there's a little darker, more purplish area at the bottom of
     6  the heart here, both at stress and at rest.
     7  So that can either mean that he's got a shadow here
     8  from his diaphragm and his intestines or that he's got a
     9  heart attack on the back of his heart, which we've never seen
    10  on any -- you know, he didn't have any blocked arteries of
    11  that area, and he didn't have any reduced heart function in
    12  that area in the past.
    13  Now, with our new camera, we rolled him over on his
    14  belly, and you can see how much better it looked, which
    15  suggests that it was all shadow. Now, there is a slightly
    16  darker spot right there at the tip, so that's where it's
    17  like, well, I think it's probably all still part of the
    18  shadow, but I can't completely exclude the possibility that
    19  that represents a tiny heart attack right across here so --
    20  Q:  Let me make sure that I understand what you have
    21  just described. First of all, you said possible small apical
    22  infarct because weren't sure if it was an infarct at all?
    23  A:  Right.
    24  Q:  You mentioned it could be a shadow on the one hand?
    25  A:  Yeah.
93:  1  Q:  Or on the other hand, it could be a completely new
     2  infarct?
     3  A:  Correct.
     4  Q:  You knew that it wasn't the same infarct?
     5  A:  Well, this part down here would all be new. The
     6  tip here could potentially have been from the LAD occlusion,
     7  although that's not the area that they saw the wall motion
     8  abnormality in on any of the other tests so --
     9  Q:  And just so we're clear, the prior tests we've
    10  looked at, when they found any damage at all, they found it
    11  anteriorly, true?
    12  A:  Mid anterior. This is sort of anterior apical, so
    13  it's sort of anterior, but they found it more mid anterior,
    14  which would be up in that area there.
    15  Q:  Which is not where you would expect -- and this
    16  test in April of 2005 showed it at the apex?
    17  A:  Correct.
    18  MR. MCCARTHY: Object to form. I'm sorry.
    19  Q:  (By Mr. Krumholz) So as a result, it was not your
    20  opinion at the time that it was the old infarct?
    21  MR. MCCARTHY: Objection to form.
    22  A:  Correct.
    23  Q:  (By Mr. Krumholz) And so you were looking for other
    24  possible causes for it, and I guess there's two options that
    25  you have discussed so far. One is shadowing?

Printed: 10/3/2006   8:39:46AM

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                94

| | | |
|---|---|---|
| 94: | 1 | A: Yes. |
| | 2 | Q: And the other is a new infarct? |
| | 3 | MR. MCCARTHY: Objection, form. |
| | 4 | A: Now, I will qualify that and to say that if I saw |
| | 5 | this on his first scan after the heart attack and they told |
| | 6 | me that they had a wall motion -- that would be consistent |
| | 7 | with where he had a blockage so -- |
| | 8 | Q: (By Mr. Krumholz) But that's not what happened |
| | 9 | here? |
| | 10 | MR. MCCARTHY: Objection to form. |
| | 11 | A: But we didn't see that before, and that's not what |
| | 12 | they describe on the angiograms. |
| | 13 | Q: (By Mr. Krumholz) Okay. So in your opinion it's |
| | 14 | most likely -- it's most likely that this had nothing to do |
| | 15 | with his prior infarct? |
| | 16 | A: Yeah. |
| | 17 | MR. MCCARTHY: Objection, form. |
| | 18 | Q: (By Mr. Krumholz) Is that true? |
| | 19 | MR. MCCARTHY: Same objection. |
| | 20 | A: My opinion is, it's probably a shadow, and the |
| | 21 | other thing is that if you look at the wall motion, here is |
| | 22 | the heart pumping. It's -- this is the area here, and you |
| | 23 | can see the green is where the heart is relaxed and the gold |
| | 24 | is where it's squeezing. And the space around here is fairly |
| | 25 | equal, so it looks like it's pumping normally all the way |
| 95: | 1 | around. |
| | 2 | So if there had been a heart attack, I would expect |
| | 3 | to see that part of the heart not moving, and I saw it |
| | 4 | moving. So that's why -- I mean, I can't -- you know, I have |
| | 5 | to like say, well, there might be something there, I mean, |
| | 6 | because it's not -- there is a little shadow. But based on |
| | 7 | the fact that it got so much better on the prone image and |
| | 8 | the motion on the -- is normal, I think it's an artifact. |
| | 9 | Q: Okay. And when you say shadow or artifact, I have |
| | 10 | heard the term attenuation artifact. |
| | 11 | A: Yeah. |
| | 12 | Q: Is that what you're talking about? |
| | 13 | A: Yeah. |
| | 14 | Q: And could you describe so the jury and I better |
| | 15 | understand what that means? |
| | 16 | A: Well, attenuation, basically when you inject the |
| | 17 | radioactive material, it's almost like a reverse x-ray. You |
| | 18 | do an x-ray, you shoot x-rays through somebody and then catch |
| | 19 | it coming out the back on a plate. What we're doing is, |
| | 20 | we're injecting radiation and catching it coming out. Okay? |
| | 21 | So then you have a camera that's an imaging device |
| | 22 | that takes this radiation coming out and translates that into |
| | 23 | a picture. So anything that might reduce the radiation |
| | 24 | coming out can be attenuation. |
| | 25 | Some of the classic ones are, the diaphragm is |

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                      96

96:  1    right underneath the heart and intestines, so that might --
     2    because radiation goes to the intestines and down there,
     3    sometimes that can take away from the amount of con -- or the
     4    amount of isotope or the picture you see. Okay? The other
     5    classic thing is women, their breasts. The radiation has to
     6    go further. It has to go through more tissue, so that would
     7    be attenuation of the radiation coming out based on more
     8    distance.
     9    Q:  So in other words --
    10    A:  More tissue.
    11    Q:  -- there may be a false positive, so to speak?
    12    A:  Right.
    13    Q:  In other words, it may appear on the nuclear
    14    perfusion study that there was some sort of infarct or
    15    defect, when you know, based upon all of these other factors
    16    you mentioned, it's likely not an infarct or defect?
    17    MR. MCCARTHY:  Objection, form.
    18    A:  It just -- basically most of the information I see
    19    here makes me think that it's an artifact, rather than a real
    20    infarct.
    21    Q:  (By Mr. Krumholz) Okay.
    22    A:  But I'm not God, and I don't know for sure.
    23    MR. MCCARTHY:  Can he finish the question, please?
    24    I'm sorry. Finish your answer, go ahead.
    25    A:  But you know, like I said, I'm not God, so I can't
97:  1    like say, this is absolutely nothing, but I think it's
     2    nothing.
     3    Q:  (By Mr. Krumholz) Okay. So and is it -- does this
     4    occur more often in obese people?
     5    A:  Yes.
     6    Q:  And why is that?
     7    A:  Because more tissue. Basically, you know, again,
     8    you have somebody skinny and there's hardly any tissue there,
     9    the radiation comes flying out easily. There is nothing to
    10    stop it. Women with large breasts and like implants and
    11    stuff, the radiation has to go through all of that breast
    12    tissue. Men, they can have large breasts also, and they can
    13    have -- you know, you have a big layer of fat, and it has to
    14    go through that before it gets out to the camera. So it can
    15    attenuate how much the camera is seeing.
    16    Q:  And do you -- have you seen anything in your file
    17    or records which indicate or suggest that Mr. Mason had a new
    18    infarct or a new heart attack since July 25 of 2003,
    19    clinically?
    20    A:  Clinically, I guess no.
    21    Q:  In other words, did he come in complaining of any
    22    particular chest pain in and around this relevant time frame
    23    that would suggest that?
    24    A:  Well, where did the stress test go? Where did that
    25    stress test we were just looking at go? Here, is this it?

**Keep, Mark 2006-08-17**

98:    1    Oh, that's 10-03. He didn't complain -- apparently he wasn't
       2    complaining of chest pain. He was complaining of shortness
       3    of breath.
       4    Q: Okay. Do you see any evidence in the record, other
       5    than what you believe to be the shadow, that suggests that he
       6    had a new infarct?
       7    MR. MCCARTHY:  Objection, form.
       8    A: Again, my opinion is no, he hasn't.
       9    Q: (By Mr. Krumholz) Okay. I want to talk to you a
      10    little bit more about this April 12th, 2005 stress test. If
      11    this R wave progression is indeed insignificant as a result
      12    of what you testified to earlier, and there's no apical
      13    defect, based on your opinion, how would you describe
      14    Mr. Mason's condition as of April 12 of 2005?
      15    MR. MCCARTHY:  Objection, form.
      16    A: Well, based only on what I have here, it looks like
      17    it's good.
      18    Q: (By Mr. Krumholz) Okay. And what's his prognosis?
      19    MR. KRUMHOLZ:  Objection, form.
      20    A: Based on these tests, good.
      21    Q: (By Mr. Krumholz) Okay. So based upon your April
      22    12 of 2005 stress test and your April 22nd, 2003 -- excuse
      23    me, October 22nd, 2003 stress test, as well as all of the
      24    rest of the information you have seen, do you consider
      25    Mr. Mason's prognosis to be good?
99:    1    MR. MCCARTHY:  Same objection.
       2    A: Yes, based on what I have available here.
       3    Q: (By Mr. Krumholz) At any point in time did you
       4    place Mr. Mason on any sort of restrictions, work
       5    restrictions or activity-related restrictions?
       6    A: Well, again, this is a little unusual case because
       7    he was seeing somebody beforehand, and I would have put him
       8    on restriction for four to six weeks after his heart attack.
       9    And that's just standard.
      10    So he would have been, starting in July, you know,
      11    anywhere from four to six weeks, no work. And then what we
      12    usually tell them is, you go back to work half time for a
      13    week, and as long as you are doing well, then progress from
      14    there. And of course, during all that time you are
      15    increasing your physical activity and increasing, you know,
      16    walking and aerobic activities.
      17    Q: Assume for me that Mr. Mason completed a cardiac
      18    rehabilitation program in approximately four to six weeks
      19    after the event. Based on upon that and the records you have
      20    seen, would have you placed Mr. Mason on any restrictions
      21    after your October 22, 2003 perfusion studies?
      22    MR. MCCARTHY:  Objection, form.
      23    A: The only thing is that I tell all my patients, no
      24    matter what's wrong with them, not to do heavy weight
      25    lifting. I just don't believe it's healthy for people to do

**Keep, Mark 2006-08-17**

100:
1   really heavy weight lifting.
2   Q: (By Mr. Krumholz) What type of heavy weight
3   lifting?
4   A: Well, you know, like where these guys go in the
5   gym, and their neck veins are bulging out and their --
6   Q: Right.
7   A: -- face is turning red. Yeah, I just think that's
8   not good for you.
9   Q: And what sort of -- just so the jury gets a sense
10  for how much weight you are talking about generally.
11  A: Well, it's different for everybody, but you know, I
12  mean, if somebody is pushing weight and they're grunting and
13  the neck veins are bulging out and they're turning red,
14  that's too much. I usually tell them to take a weight that's
15  fairly comfortable to lift and do more repetitions, rather
16  than these two to three rep things, you know, that you see a
17  lot of people do.
18  Q: Based on your treatment of Mr. Mason, do you
19  believe that he can hike?
20  A: Yes.
21  Q: Do you believe that he can take long walks?
22  A: Yes.
23  Q: Do you think he can play with his grandchildren?
24  A: Yes.
25  Q: Do you believe that he can play golf?

101:
1   A: Yes.
2   Q: Do you believe that he can be sexually active?
3   A: Yes.
4   Q: Other than heavy weight lifting of the type you
5   have talked about -- I think you are talking about actually
6   going into the gym and lifting weights.
7   A: Yes.
8   Q: Okay. Other than that, do you see anything that
9   Mr. Mason can't do as a result of his heart attack that he
10  would normally be able to do?
11  MR. MCCARTHY: Objection to form.
12  A: Based on what we've seen on these tests, I don't
13  see that he would be limited.
14  Q: (By Mr. Krumholz) Let me ask it a different way,
15  given the objection. Do you believe, other than lifting
16  heavy weights in the gym in that setting, do you believe that
17  Mr. Mason can't do anything based upon the examinations and
18  testing that you have done from a cardiovascular perspective?
19  MR. MCCARTHY: Objection to form.
20  A: No. A patient like this, I would tell them, as
21  long as they worked up to it, they could run a marathon.
22  Q: (By Mr. Krumholz) He needs to change tape.
23  A: Okay.
24  Q: So we need to go off.
25  VIDEOGRAPHER: Thank you. It's 13 -- it's 22

**Keep, Mark 2006-08-17**

| | | |
|---|---|---|
| 102: | 1 | minutes after three o'clock. This the end of Tape No. 1. |
| | 2 | We're going off the record. |
| | 3 | (Recess.) |
| | 4 | VIDEOGRAPHER: It's 38 minutes after three o'clock. |
| | 5 | This is the beginning of Tape No. 2. We're back on the |
| | 6 | record. |
| | 7 | Q: (By Mr. Krumholz) Dr. Keep, I just had a few more |
| | 8 | questions. Early in the deposition you talked about a risk |
| | 9 | of arrhythmia, a risk of congestive heart failure, risk of |
| | 10 | sudden death, risk of ischemia, and I think you mentioned it |
| | 11 | in the context of the ICU stay -- |
| | 12 | A: Yes. |
| | 13 | Q: -- for a patient. Do you recall that? |
| | 14 | A: Yes. |
| | 15 | Q: Can you -- is the time frame that you are concerned |
| | 16 | about with respect to a heart attack patient as to those |
| | 17 | issues in the just the couple days following the heart |
| | 18 | attack? |
| | 19 | A: Well, I'll tell you what I tell the patients. |
| | 20 | Okay? |
| | 21 | Q: Okay. |
| | 22 | A: What I tell the patients is, the most dangerous |
| | 23 | time is the first hour. Okay? And then the second most |
| | 24 | dangerous time is the first two hours and then the first day |
| | 25 | and then the first, you know, few days. Okay? Every minute |
| 103: | 1 | that goes by that nothing bad happens, your risk is just |
| | 2 | dropping off because most people who die of heart attacks die |
| | 3 | within the first hour or so. |
| | 4 | In fact, like I said, you know, a large number -- I |
| | 5 | don't know if it's half of heart attacks, the first sign of |
| | 6 | heart attack is death. And those are the people -- I used to |
| | 7 | be a paramedic, so I used to take care of these people. You |
| | 8 | know, they just drop dead at home, so that's the way I put it |
| | 9 | to my patients. |
| | 10 | So within the first hour or two you're worried |
| | 11 | about, you know, something bad happening. They could rupture |
| | 12 | a papillary muscle, go into full heart failure. They could |
| | 13 | burst a hole in their heart. They could do any number of |
| | 14 | horrible things or have an arrhythmia. So that's why they're |
| | 15 | in the ICU so they have a nurse standing, you know, 10 feet |
| | 16 | away. They are on a monitor and have all the life, you know, |
| | 17 | support stuff available. |
| | 18 | Then after the first day, we usually will move them |
| | 19 | out and -- as long as they're doing well, and then monitor |
| | 20 | them for another two to three days. And if they get back -- |
| | 21 | you know, get three or four days out without any significant |
| | 22 | arrhythmias, then we can feel more comfortable that sending |
| | 23 | them home on the appropriate medications, which reduce the |
| | 24 | risk, they should be safe to go home so... |
| | 25 | Q: So just to be clear, Mr. Mason, during the time |

## Keep, Mark 2006-08-17

104:
1  frame that you were at all concerned about these issues,
2  never had an arrhythmia to your knowledge?
3  A: Well, I didn't take care of him at that time.
4  Remember? He was in the LDS hospital.
5  Q: Let me ask you a different question. That's a good
6  point. I had forgotten. A different cardiologist took care
7  of him during that time frame, true?
8  A: Right.
9  Q: Okay. Have you seen any evidence in the record to
10  suggest or indicate that Mr. Mason has suffered from any sort
11  of arrhythmia?
12  A: Only that during one stress test he had a couple of
13  PVCs or something, so technically -- remember we talked about
14  arrhythmias can be anywhere from this to that, you know, and
15  minor. And he just had a couple of skipped beats, and
16  usually if their heart function is normal, we don't worry
17  about those too much. So that's the only thing I have seen.
18  Q: Okay. And that was three years or two -- a little
19  over two years, I guess, post-event?
20  A: Yeah.
21  Q: I guess, let's clear that up. In the April 12,
22  2005 nuclear perfusion stress test is when you found the
23  minor arrhythmias that you are talking about?
24  A: Correct.
25  Q: And that was obviously -- what is that? A year and

105:
1  nine months or ten months after the event, true?
2  A: Correct.
3  Q: Okay. And so during the relevant time frame,
4  though, that you are really looking at arrhythmias in
5  connection with the MI that occurred in July of 2003, you
6  have not seen any record that indicates or suggests that he
7  had arrhythmias during that time frame?
8  A: Correct.
9  Q: Okay. And did you -- have you seen any evidence in
10  the record that indicate or suggest that he has ever suffered
11  from congestive heart failure?
12  A: No.
13  Q: And obviously, he didn't suffer from sudden death.
14  That wasn't even an issue?
15  A: No. That one is pretty obvious.
16  Q: Right. And there's no indication that he has a
17  substantial risk for sudden death, given what you have seen
18  in the record?
19  MR. MCCARTHY:  Objection to form.
20  A: I'd say he doesn't have a substantial risk. We all
21  have a risk.
22  Q: (By Mr. Krumholz) But no more than what we all
23  have?
24  A: You know, if he's had a heart attack, I'd have to
25  say he probably has a slightly more risk. But really, with a

**Keep, Mark 2006-08-17**

106:
1    normal heart function, probably not significant so...
2    Q: Okay. And then you have measured ischemia several
3    times and found that he has no ischemia that's been
4    objectively seen in connection with your testing, true?
5    A: Correct.
6    Q: Okay. So the very things that you were concerned
7    about aren't issues for Mr. Mason as they relate to the July
8    25, 2003 heart attack?
9    MR. MCCARTHY: Objection, form.
10   Q: (By Mr. Krumholz) Is that true?
11   A: If I understand what you are saying, yes.
12   **Q: Okay. And just to make sure I -- maybe I need to**
13   **rephrase it. In connection with the concerns about**
14   **arrhythmia, congestive heart failure, sudden death, ischemia,**
15   **as they relate to the July 25, 2003 heart attack, you have**
16   **not seen any evidence that indicates or suggests those were**
17   **issues for Mr. Mason?**
18   **A: Correct.**
19   Q: Okay. You mentioned that you had two different
20   machines that you used in connection with your perfusion
21   studies. Do you recall that?
22   A: Yes.
23   Q: Were both of those machines reliable?
24   A: Yes.
25   Q: Can you describe, were they state-of-the-art
107:
1    machines?
2    A: Yes.
3    Q: Is there any reason to believe that one was any
4    less reliable than the other?
5    A: No.
6    Q: Okay. In other words, one wasn't -- the new one
7    isn't being used because the other one was somehow
8    unreliable?
9    A: No. In fact, what we did is, we had -- the one
10   that was used a few years ago was in this office. We opened
11   up another office. We bought a dual head camera, which can
12   speed them up because this office is busier. We moved that
13   camera over to our other office and continued to use it and
14   then just put the dual head camera here so because, again,
15   the volume here is a lot more than our smaller office so...
16   **Q: Can you look at your chart for a minute and just**
17   **look at Mr. Mason's weight over time?**
18   **A: The last weight I have is 219 pounds, although they**
19   **should have had a weight on the stress test, too, because**
20   **they have -- they usually base the radiation on -- okay. 220**
21   **pounds at the time of his last stress test, and five foot**
22   **nine inches tall.**
23   **Q: Would that be of concern to you as his**
24   **cardiologist?**
25   **A: Yeah. I would want him to lose weight.**

**Keep, Mark 2006-08-17**

108

108:    1    Q:  Is that considered obese?
        2    A:  I believe that would be at five nine.
        3    Q:  And that would be a substantial risk factor for a
        4    man of his age?
        5    MR. MCCARTHY:  Objection, form.
        6    A:  It all depends. You know, there is some people
        7    that consider obesity by itself as a risk factor, some people
        8    that believe it's really more of the things that go along
        9    with obesity that are risk factors, whether it be insulin
       10    insensitivity or -- and sleep apnea or hypertension or
       11    whatever, high cholesterol.
       12    Q:  (By Mr. Krumholz) Do you consider obesity a risk
       13    factor?
       14    A:  I think it -- yeah.
       15    Q:  And do you consider a family history to be a risk
       16    factor?
       17    A:  Absolutely, probably the worst risk factor.
       18    Q:  And for example, if his sister died of a heart
       19    attack due to coronary artery disease at age 63, would that
       20    be important?
       21    MR. MCCARTHY:  Objection, form.
       22    A:  Yes.
       23    Q:  (By Mr. Krumholz) Okay. And so if he has sleep
       24    apnea, would that have any significance to you in terms of
       25    risk factors?
109:    1    A:  Yes.
        2    Q:  Okay. Would it be a risk factor?
        3    A:  I believe it is.
        4    Q:  For coronary artery disease?
        5    A:  Well, I don't believe it's recorded that way
        6    anywhere, but I diagnose a lot of sleep apnea probably
        7    because it's in my family. I had it for a while until I lost
        8    weight, so I believe it's a risk factor because when you have
        9    sleep apnea during the night, your adrenalin level is kicking
       10    in, your adrenalin level is higher, adds more stress, just
       11    like we talked about, stressful jobs. They get hypoxic,
       12    poxic level drops down.
       13    So I, personally think it's a significant risk, but
       14    I'm not sure that I have seen it ever listed on the classic
       15    risk factors, per se.
       16    Q:  It wouldn't surprise if you there was medical
       17    literature that indicated that sleep apnea can be a
       18    significant risk factor for coronary artery disease?
       19    A:  It wouldn't surprise me. If you have it, I'd love
       20    to get it.
       21    Q:  Okay. We'll be happy to forward it.
       22    A:  I'm serious, you know, because I deal -- I diagnose
       23    a half a dozen or more sleep apneas a week, and they're
       24    coming to me for something else.
       25    Q:  They're coming to you for cardiology issues?

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3                                                                110

```
110:    1     A: Yeah, and it's just, nobody's ever asked them, do
        2     you snore, do you gasp at night, do you --
        3     Q: So you have noted in your patients as a
        4     cardiologist that folks -- you have seen a high percentage of
        5     your patients have sleep apnea?
        6     A: Yes.
        7     MR. MCCARTHY: Objection to form.
        8     Q: (By Mr. Krumholz) A higher percentage than you
        9     would otherwise expect?
       10     MR. MCCARTHY: Same objection.
       11     A: I see a lot of sleep apnea. I diagnose a lot of
       12     sleep apnea.
       13     Q: (By Mr. Krumholz) Is depression a risk factor?
       14     A: There has been some reports of that. Was it sad
       15     heart trial or something where people who are depressed had
       16     increased risk?
       17     Q: Is it surprising to you that an obese man with a
       18     family history of heart attack, of a heart attack with
       19     multiple risk factors essentially would have an MI?
       20     MR. MCCARTHY: Objection to form.
       21     A: Not surprising, no.
       22     Q: (By Mr. Krumholz) In fact, many people without risk
       23     factors that they know about at all have MIs?
       24     A: I have seen that, yes.
       25     Q: And in fact, people who don't have any signs or
111:    1     symptoms at all have heart attacks?
        2     A: Yes.
        3     Q: And have you seen any sort of decrease in the
        4     number of folks with coronary artery disease since Vioxx has
        5     gone off the market?
        6     A: That's a loaded question. Not that I can tell.
        7     I'm busy. I'm getting up in the middle of the night all the
        8     time.
        9     Q: Did you ever notice any increase in coronary artery
       10     disease while Vioxx was on the market?
       11     A: I didn't notice it, but you know, I wasn't really
       12     paying attention. You know, I'm just doing my job, answer
       13     the phone. ER calls.
       14     Q: Counsel asked you some questions about an
       15     association between Vioxx -- an alleged association between
       16     Vioxx and cardiovascular issues. Do you recall those?
       17     A: Yes.
       18     Q: You understand the difference between an
       19     association and causation?
       20     A: Yes.
       21     Q: In other words, anything that happens at the same
       22     time as another thing can be associated with it?
       23     A: Right.
       24     Q: Just like if you are flying on an airplane when the
       25     seatbelt light comes on, and there's -- all of a sudden then
```

Overruled

111:21-112:10
P's objection:
leading

Def's response: cross-examination

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                                112

| 112: | | |
|---|---|---|
| | 1 | there's turbulence, that seatbelt light could be associated |
| | 2 | with the turbulence. |
| | 3 | MR. MCCARTHY: Objection, form. |
| | 4 | Q: (By Mr. Krumholz) True? |
| | 5 | A: True. |
| | 6 | Q: That doesn't obviously mean the seatbelt light |
| | 7 | caused the turbulence? |
| | 8 | A: Caused? I hope not. |
| | 9 | Q: And that's obviously not the case, right? |
| | 10 | A: It would be a little freaky. |
| | 11 | Q: So as a result, what's important before you draw |
| | 12 | that conclusion is, you need to do a review of the studies, |
| | 13 | so to speak, as to whether or not an association is indeed a |
| | 14 | causation? |
| | 15 | A: Correct. |
| | 16 | Q: And you haven't done any of that sort of analysis? |
| | 17 | A: Me, myself? |
| | 18 | Q: Yes. |
| | 19 | A: Heck no. |
| | 20 | Q: Okay. You've -- |
| | 21 | A: I've got too much else to do. |
| | 22 | Q: You have not looked at the totality of the evidence |
| | 23 | to determine if indeed cardiovascular disease or MIs or any |
| | 24 | of those issues are caused by Vioxx? |
| | 25 | A: I have not done anything like that. |
| 113: | 1 | Q: Likewise, you haven't done any of that sort of |
| | 2 | analysis in connection with Cox 2s. Is that right? |
| | 3 | A: Well, I haven't done anything. Like I said, for |
| | 4 | me, it doesn't -- you know, somebody shows up with a heart |
| | 5 | attack, I don't really -- at that point I'm not caring about |
| | 6 | what did it. I just got to fix it, so... |
| | 7 | Q: And so you don't have an opinion in that regard as |
| | 8 | to whether Vioxx can cause heart attacks, true? |
| | 9 | A: I really haven't developed a big opinion about it. |
| | 10 | Q: Let me ask you this. Did you prescribe Vioxx for |
| | 11 | your patients? |
| | 12 | A: Oh, yeah. |
| | 13 | Q: Was it effective? |
| | 14 | A: Yeah. In fact, my partner just ran out of it. |
| | 15 | Q: Which partner was that? |
| | 16 | A: I'm not going to tell you. Actually, two of them |
| | 17 | just ran out of it, like last week. |
| | 18 | Q: I hate to ask you this, but I probably need to know |
| | 19 | that. And we're not going to do it to get them in trouble or |
| | 20 | anything. That's not what's going to happen. |
| | 21 | A: I'm almost certain Symkoviak and Madsen both were |
| | 22 | taking it up until the last couple of months when they ran |
| | 23 | out of their stock pile. |
| | 24 | Q: Okay. And is that based on conversations you have |
| | 25 | had with Dr. Symkoviak and Madsen? |

Printed: 10/3/2006   8:39:46AM

Ps obj:

Leading

Def's response:

Cross examination

overruled

113:14 — 116:8

Ps obj:

Answer is
Non-responsive;
Rule 401-relevance;
Rule 403

Def's response: Plaintiff
designated testimony
from Madsen and
Symkoviak on their views
of Vioxx CV safety. Both
witnesses' post-withdrawal
use is relevant impeachment
(cross through
page 118)

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                    114

114: 1 A: Well, you know, back when -- it used to be that
2 with Madsen's desk, there was like a whole box of Vioxx
3 underneath his desk.
4 Q: So that he could take?
5 A: Yeah, and I used to go and grab it when I had a
6 headache or, you know, my TMJ flared up or something.
7 Q: You have had conversations with Dr. Symkoviak about
8 his use of Vioxx, true?
9 A: Yeah.
10 Q: And it worked for him. He's testified to that.
11 A: Yeah.
12 Q: And you understood he worked for his -- what was
13 it, his back problem that he has?
14 A: I think hip. Hip was more of a problem.
15 Q: Hip problem? And he took it even after withdrawal,
16 according to him?
17 A: Yes.
18 Q: And in fact, he just ran out of it recently,
19 according to what Mr. Dr. Symkoviak told you?
20 A: Yeah. I think he -- I know they both recently ran
21 out of it, and I didn't even know that he still was using it
22 until recently. He was just complaining that he ran out of
23 it.
24 Q: Okay. So Dr. Symkoviak recently told you he ran
25 out of it?

115: 1 A: Yeah, and I can't remember if it was just like a
2 couple of weeks ago, a month ago or I can't remember when it
3 was.
4 Q: And Dr. Madsen told you something similar recently?
5 A: Yeah.
6 Q: And what kinds of problems did your patients have
7 to where you prescribed Vioxx for them?
8 A: Well, we used to -- well, partly just, you know,
9 with -- the thing about arthritis is that, you know, people
10 end up having to switch medicines all the time. You know,
11 Naprosyn works for a while and then doesn't and then
12 ibuprofen and then, you know, all these different things.
13 So a lot of them, it wasn't working. In fact, I
14 got to tell you that during my week I get more complaints
15 about arthritis than I get about heart. They come in, like
16 my heart's fine. My arthritis is killing me. So it's just a
17 matter of, it's a very common problem, and so a lot of people
18 were on it, and a lot of people really liked it.
19 Q: Did you find it to be particularly efficacious for
20 your patients?
21 A: I had a lot of patients that loved it and -- yeah.
22 Q: And was it -- did it work better to reduce pain and
23 inflammation than other drugs, according to your patients?
24 A: In a number of my patients, yes. The other thing I
25 forgot I was going to continue on is that, you know, the

113:14 – 116:8

Ps obj cont:
non-responsive;
401; 403

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3                                                116

116:  1  other concerns were, you know, using it with people on
      2  Coumadin, you know. And so we liked it because it seemed to
      3  be better with people who were on Coumadin, so that's where
      4  we used it also.
      5  Q: And when did you take it?
      6  A: I used to take it just sporadically because I get
      7  this flare-up of TMJ, and whenever I do, I take two Tylenol.
      8  And I used to take two Tylenol and a 50 milligram Vioxx so...
      9  Q: And so your patients took it for arthritis
     10  generally?
     11  A: Well, pain, you know, whether that would be
     12  arthritis or, you know, muscle pain or whatever they happened
     13  to be taking it for.
     14  Q: And I assume this is pretty significant pain to
     15  your patients?
     16  A: Yeah.
     17  MR. MCCARTHY: Objection, form.
     18  A: It's — well, some of them. Some of them it's
     19  debilitating pain.
     20  Q: (By Mr. Krumholz) Let me just start from the
     21  beginning, given the objection. Some of your patients have
     22  osteoarthritis?
     23  A: Lots of them do.
     24  Q: Do some of your parents have rheumatoid arthritis?
     25  A: Not as much rheumatoid, but yes.

117:  1  Q: Okay. In connection with osteoarthritis patients,
      2  is that a fairly debilitating disease for some patients?
      3  A: It can be.
      4  Q: As a result, is it important to control that pain
      5  and inflammation that results from that arthritis?
      6  A: It's important to them, yeah.
      7  Q: Does it affect their quality of life?
      8  A: Yes.
      9  Q: As a result, did you prescribe Vioxx from time to
     10  time for those patients?
     11  A: I used to — I don't know if I prescribed it as
     12  much as I used to give them out samples to try it out and
     13  see, and then they would go to their primary care doctor and
     14  talk it over with them.
     15  Q: And when you did give it to those patients, did
     16  they report back to you that it worked for their pain and
     17  inflammation?
     18  A: Quite a few of them, yeah. I mean, not everybody,
     19  of course, but —
     20  Q: And did many of those patients come back to you and
     21  tell you that it improved their quality of life?
     22  A: Yes.
     23  Q: Okay. And that's exactly what you understood the
     24  purpose of Vioxx was?
     25  MR. MCCARTHY: Objection, form.

Printed: 10/3/2006  8:39:46AM

113:14 – 116:8
P's obj cont:
Non-responsive;
401; 403

Overruled

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

118

| 118: | 1 | A: Correct. |
| | 2 | Q: (By Mr. Krumholz) And you indeed took Vioxx |
| | 3 | yourself for pain that you had? |
| | 4 | A: Correct. |
| | 5 | Q: And it worked for you? |
| | 6 | A: Correct. |
| | 7 | Q: And your partner, Dr. Symkoviak, took it for pain |
| | 8 | that he had in his hip? |
| | 9 | A: Correct. |
| | 10 | Q: And it worked for him? |
| | 11 | A: Correct. |
| | 12 | Q: It improved his quality of life? |
| | 13 | MR. McCARTHY: Objection to form. |
| | 14 | Q: (By Mr. Krumholz) According to him? |
| | 15 | MR. McCARTHY: Objection to form. |
| | 16 | A: Correct. |
| | 17 | Q: (By Mr. Krumholz) He told you these things? |
| | 18 | A: Yes. |
| | 19 | Q: And in fact, he continued to take Vioxx even after |
| | 20 | it was withdrawn from the market because it worked so well |
| | 21 | for him? |
| | 22 | A: Yeah. |
| | 23 | Q: According to him? |
| | 24 | MR. McCARTHY: Objection to form. |
| | 25 | A: That's what I understand, yes. |
| 119: | 1 | Q: (By Mr. Krumholz) And the same is true for |
| | 2 | Dr. Madsen? |
| | 3 | A: Correct. |
| | 4 | MR. McCARTHY: Same objection. |
| | 5 | Q: (By Mr. Krumholz) You indicated that you had a |
| | 6 | conversation with Glenda, I think, a nurse from the |
| | 7 | plaintiff's attorneys firm. Do you remember? |
| | 8 | A: Have you met her? |
| | 9 | Q: I have met her. |
| | 10 | A: Whew. I got to tell you a story afterwards. |
| | 11 | Q: What did you all talk about? |
| | 12 | A: She just asked me about, you know, just -- it was |
| | 13 | only like a 20 minute meeting. We had met long ago about a |
| | 14 | fen-phen patient that I have who actually had a valve |
| | 15 | replaced, but -- so I knew her from way back when. |
| | 16 | But just generalized stuff. I think she just asked |
| | 17 | about risk factors and stuff, and I remember she asked me if |
| | 18 | I thought a HDL of 39 would be that big of a risk factor, 39 |
| | 19 | versus 40. I don't think that's big deal, you know. Just |
| | 20 | some minor things like that is all I can recall. |
| | 21 | Q: Anything else that you can recall from that |
| | 22 | conversation or that meeting? |
| | 23 | A: No. |
| | 24 | Q: That you all talked about, about Mr. Mason or |
| | 25 | Vioxx? |

*Handwritten annotations:*

118: 2-12
118: 14
118: 16-23
118: 25 - 119: 3

P's obj:
401; 403; 801 + 802

I will allow personal use for treatment because decision in to knowledge of drug

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                                 120

120:
1  A: I can't -- I can't recall. In fact, I am trying to
2  remember if she even really mentioned him, per se. I just
3  can't remember. I just -- you know, it was a quick -- I like
4  ran down here, we met for 20 minutes, and I went back to work
5  so...
6  Q: You indicated that you didn't think a 39 level of
7  HDL was that significant?
8  A: Right. It's not as concerning as like a HDL of 23
9  or something.
10  Q: Right. An abnormal HDL is anything under 40, but
11  you're just saying because it was just 39, it may not be that
12  significant?
13  A: Yeah. Well, you know, you never know what -- lab
14  variation, it could be that two days from now it's 41. I
15  don't know. I mean, there are some people that real strongly
16  believe in HDLs, like any minor reduction can make a big
17  difference but --
18  Q: Assume that Mr. Mason's HDLs, two or three of his
19  readings prior to his MI were low. One, I think, was 36 or
20  37, and a couple others were 39, and then assume that his
21  total cholesterol was 201 in September of 2002, and his LDL
22  was 124. Generally speaking, while that may have been high,
23  you are saying that that may not be -- it could have been
24  worse. Is that fair?
25  A: Yeah.

121:
1  Q: And when it's that high, I guess some people may
2  say it's a risk factor, and some people may say it's not a
3  risk factor. But just to be clear, it can accelerate the
4  progression of atherosclerosis once it already exists?
5  A: Which can?
6  Q: If it's high in that range.
7  A: Your total cholesterol level?
8  Q: Yes.
9  MR. MCCARTHY: Objection.
10  A: Yeah. Well, if you have atherosclerosis, the
11  guidelines are to try and get -- now, it makes it more
12  difficult, but get the LDL down to 70. So you know, 128 like
13  in one of us, you know, unless we had risk factors, I really
14  wouldn't worry about it. But if you have known coronary
15  disease, then you have to be below 100. Now actually want to
16  try to go to the seventies so...
17  Q: (By Mr. Krumholz) I am going to hand you what's
18  been marked as Exhibit 14, and this is a record for Mr. Mason
19  in September of 2002. And it's a lab report, correct?
20  A: Yes.
21  Q: And this is -- you have seen these types of lab
22  reports, I assume, in your practice on probably every day.
23  Is that right?
24  A: Correct.
25  Q: And one of the purposes of these lab reports is to

*Handwritten annotations:* Overruled

121:17 - 122:20
P's obj:
Cumulative.
no foundation
Def's response: witness is
plaintiff's primary
treating cardiologist
(covers objections through
page 123)

**Keep, Mark 2006-08-17**

| 122: | | |
|---|---|---|
| | 1 | actually calculate the total serum cholesterol, correct? |
| | 2 | A: Correct. |
| | 3 | Q: And to actually calculate the HDL, which is the |
| | 4 | good cholesterol, just so the jury understands; is that |
| | 5 | right? |
| | 6 | A: Correct. |
| | 7 | Q: In other words, the higher the good cholesterol is, |
| | 8 | the better; is that right? |
| | 9 | A: Right. |
| | 10 | Q: And then, of course, it also calculates the LDL or |
| | 11 | the bad cholesterol, true? |
| | 12 | A: Correct. |
| | 13 | Q: And the higher the bad cholesterol, obviously, |
| | 14 | that's not a good sign, right? |
| | 15 | A: It's just -- it's an increased risk. |
| | 16 | Q: And so in September of 2002, if Mr. Mason had |
| | 17 | plaque buildup or atherosclerosis, it would not be a good |
| | 18 | thing for him to have gotten a report like this; that is, |
| | 19 | that he had high cholesterol? |
| | 20 | A: Right. |
| | 21 | MR. MCCARTHY: Objection, form. |
| | 22 | Q: (By Mr. Krumholz) Is that true? |
| | 23 | A: Right. If you knew he had atherosclerosis, then |
| | 24 | this is not what you want their cholesterol to be. |
| | 25 | Q: And what's the concern or the risk that emanates |
| 123: | 1 | from these sorts of readings when you have somebody with |
| | 2 | known atherosclerosis? |
| | 3 | A: Well, it's just been shown if you have known |
| | 4 | atherosclerosis, if you can get their cholesterol down, their |
| | 5 | LDL down and you know, hopefully, if possible, the HDL up, |
| | 6 | then you have reduction in risk of progression and plaque |
| | 7 | rupture and, you know, acute myocardial infarctions and |
| | 8 | stroke. |
| | 9 | Q: Okay. So in someone who had 40, 50 percent |
| | 10 | atherosclerosis or thereabouts, let's say, in September of |
| | 11 | 2002 or higher, this could be a significant finding? |
| | 12 | A: Yeah. It doesn't matter how much it is. You know, |
| | 13 | you can do one of these ultrafast CTs and see calcium, and |
| | 14 | you see that, and you should have lower cholesterol. |
| | 15 | Q: Okay. And so this posed -- for someone like |
| | 16 | Mr. Mason, if he had atherosclerosis in September of 2002, |
| | 17 | this would pose a significant risk for further heart disease |
| | 18 | and heart attack? |
| | 19 | MR. MCCARTHY: Objection, form. |
| | 20 | Q: (By Mr. Krumholz) Is that true? |
| | 21 | A: It's just, yeah, you would be better off with |
| | 22 | lower. |
| | 23 | Q: Would you consider cholesterol to be a risk factor |
| | 24 | for Mr. Mason if he had atherosclerosis in September of 2002? |
| | 25 | MR. MCCARTHY: Same objection. |

Handwritten margin notes:
121:17-122:20
P's obj cont:
Cumulative;
no Foundation

Overrule

122:22-123:18
P's obj:
no Foundation;
Cumulative

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3                                             124

| 124: | | |
|---|---|---|
| | 1 | A: Absolutely. |
| | 2 | Q: (By Mr. Krumholz) Okay. I wanted to talk to you a |
| | 3 | little bit about medical monitoring before we end, and |
| | 4 | plaintiff's counsel asked you a little bit about that. You |
| | 5 | looked a little bit confused as to why he came in. I think |
| | 6 | you said you were a little confused as to why he came in in |
| | 7 | October of 2003. Are you medically monitoring Mr. Mason at |
| | 8 | this point in your mind? |
| | 9 | A: No. He hasn't come back to see me, so I mean, |
| | 10 | that's what worries me when I look at a chart like this, you |
| | 11 | know, when somebody disappears. Hopefully -- you know, |
| | 12 | Dr. Vogeler, his primary care doctor, is a good doctor, so |
| | 13 | hopefully he's doing all the right things. |
| | 14 | But you know, I am wondering if he got confused |
| | 15 | because he was supposed to come back in two months, and then |
| | 16 | he had the stress test within a few weeks. And then we |
| | 17 | called him and said, everything's okay. And see Dr. Vogeler. |
| | 18 | And he forgot about the two month follow-up or thought that |
| | 19 | that meant, you know -- I mean, I have seen people if you |
| | 20 | call up and say, your stress test is good, they think they |
| | 21 | are all fine and they disappear. |
| | 22 | So that worries me in this case that he may have |
| | 23 | misunderstood and didn't come in. But he should have been -- |
| | 24 | a typical case would be, if he's going to be seeing us, he's |
| | 25 | going to be in at least every six months or, you know -- |
| 125: | 1 | Q:  But he hasn't come to see you every six months? |
| | 2 | A: No. He saw -- the only time he has seen us, per |
| | 3 | se, as a patient for exam is October 2003. He's been in, you |
| | 4 | know, twice for stress tests, too. |
| | 5 | Q:  Is that not the kind of medical monitoring that you |
| | 6 | would normally like to see? |
| | 7 | A:  No, no. In fact, it worries me because he |
| | 8 | really -- at the time he came in, he really doesn't look like |
| | 9 | he was on all the right medications, so that's something we |
| | 10 | would have wanted to try and get him started. It sounds like |
| | 11 | now he is on Coreg, at least, which is good. I don't know |
| | 12 | what else he's on, but hopefully he's on an ACE inhibitor and |
| | 13 | a statin. |
| | 14 | Q:  But if in Mr. Mason is on the appropriate |
| | 15 | medications and he takes care of himself, based upon the |
| | 16 | testing that you did, you think he has a very good prognosis, |
| | 17 | true? |
| | 18 | A:  I think he's got a good prognosis, yeah. |
| | 19 | MR. MCCARTHY:  Objection to form. |
| | 20 | MR. KRUMHOLZ:  Pass the witness. |
| | 21 | FURTHER EXAMINATION |
| | 22 | BY MR. MCCARTHY: |
| | 23 | Q:  Dr. Keep, counsel for Merck asked several questions |
| | 24 | about good things concerning Mr. Mason's heart attack. Do |
| | 25 | you recall that series of good thing questions? |

Handwritten annotations:

124:2-8
P's obj:
vague; ambiguous
Def's response: none
needed
↓
overrule

125:14-18
P's obj:
Cumulative

Printed: 10/3/2006   8:39:46AM

**Keep, Mark 2006-08-17**

| | | |
|---|---|---|
| 126: | 1 | A: Now you are going to do the bad things? |
| | 2 | MR. KRUMHOLZ: Objection, form. |
| | 3 | Q: (By Mr. McCarthy) Well, I was going to ask you |
| | 4 | first, as a cardiologist, do you consider that it is ever a |
| | 5 | good thing for a person to suffer a heart attack? |
| | 6 | A: No. |
| | 7 | Q: Does part of the practice of cardiology involve |
| | 8 | dealing with the aftermath of a heart attack? |
| | 9 | A: That's really the hardest part. I used to be a |
| | 10 | paramedic. It was great. You would pick people up. You |
| | 11 | rush them to the hospital. You left. Now I'm the one that |
| | 12 | has -- you know, as far as I am concerned, until they fire |
| | 13 | me, they're mine for life so... |
| | 14 | Q: And so part of the practice of cardiology is |
| | 15 | dealing with the aftermath of a heart attack and doing what |
| | 16 | you can to repair the damage? |
| | 17 | A: Well, first of all, doing what you can to reduce |
| | 18 | the amount of damage and then making sure the heart heals in |
| | 19 | an appropriate way, yeah. |
| | 20 | Q: Is another part of the practice of cardiology |
| | 21 | trying to prevent heart attacks and strokes in the first |
| | 22 | place? |
| | 23 | A: Yes. |
| | 24 | Q: Is that -- |
| | 25 | A: If you can get them in time. |
| 127: | 1 | Q: Yeah. And is that because all heart attacks are |
| | 2 | bad things for the patient? |
| | 3 | A: Right. |
| | 4 | Q: Whether it's described as a small heart attack or a |
| | 5 | severe heart attack; regardless, if it's a heart attack, it's |
| | 6 | a bad thing for that patient? |
| | 7 | A: Yeah. You don't want to have a heart attack. |
| | 8 | MR. KRUMHOLZ: Objection to form. |
| | 9 | Q: (By Mr. McCarthy) Now, counsel for Merck asked you |
| | 10 | about cardiovascular disease being the number one cause of |
| | 11 | death in our country. He cited some facts and figures, so |
| | 12 | obviously Merck knows about the dangers of heart attacks. |
| | 13 | MR. KRUMHOLZ: Objection to form. |
| | 14 | Q: (By Mr. McCarthy) Do you think that's a fair |
| | 15 | statement? |
| | 16 | A: I'm assuming so, yeah. |
| | 17 | Q: I mean, would you expect a drug company to know |
| | 18 | just how serious a heart attack can be as far as the risk of |
| | 19 | death, the risk of debilitating injuries, the risk of all the |
| | 20 | emotional, mental and physical repercussion of heart attacks? |
| | 21 | A: I would assume so. |
| | 22 | Q: So would you expect that a drug company then would |
| | 23 | tell the truth to medical providers about risks that it knew |
| | 24 | of of an association with one of its drugs and heart attacks? |
| | 25 | MR. KRUMHOLZ: Objection, form. |

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

128

| 128: | 1 | A: Yeah, I -- yeah. |
| | 2 | Q: (By Mr. McCarthy) Doctor, if there is an |
| | 3 | association of a drug with formation of clots, is that a risk |
| | 4 | that you would want to know about as a practicing physician |
| | 5 | who might be considering prescribing that drug? |
| | 6 | MR. KRUMHOLZ: Objection to form. |
| | 7 | A: Yes. |
| | 8 | Q: (By Mr. McCarthy) And do you think that the |
| | 9 | patient, every patient has the right to know of that |
| | 10 | association of a drug with formation of clots so they could |
| | 11 | make informed decisions as well? |
| | 12 | MR. KRUMHOLZ: Objection to form. |
| | 13 | A: Sure. |
| | 14 | Q: (By Mr. McCarthy) As a doctor do you expect a drug |
| | 15 | company like Merck to give you accurate information with |
| | 16 | regard to risk? |
| | 17 | A: Sure. |
| | 18 | Q: If the drug company knows of the risk, do you |
| | 19 | expect them to be, again, fully truthful with the medical |
| | 20 | community and with patients as to the medical risk? |
| | 21 | MR. KRUMHOLZ: Objection, form. |
| | 22 | A: Yes. |
| | 23 | Q: (By Mr. McCarthy) Do doctors have to rely on drug |
| | 24 | companies for information on the risk of those drugs? |
| | 25 | A: Yeah. To some degree, yes. |
| 129: | 1 | Q: I mean, you talked -- when you were answering |
| | 2 | questions for counsel for Merck, you know, you talked about, |
| | 3 | you know, I can't do everything. I am answering the phone |
| | 4 | and I'm treating people. |
| | 5 | So when it comes to a practicing cardiologist who |
| | 6 | is out there in clinical settings, who is out there in |
| | 7 | hospital settings, do you think that it is true that |
| | 8 | practicing cardiologists and other doctors have to rely on |
| | 9 | the drug company that the drug company is giving accurate and |
| | 10 | full disclosure of the risk that they -- that the drug |
| | 11 | company knows about of something as serious as a drug that |
| | 12 | could lead to heart attacks and strokes? |
| | 13 | MR. KRUMHOLZ: Objection, form. |
| | 14 | A: Sure. |
| | 15 | Q: (By Mr. McCarthy) Now, Doctor, as far as his |
| | 16 | follow-up, do you really know, as you sit here today, what |
| | 17 | follow-up Mr. Mason is getting with his family practitioner? |
| | 18 | A: No. |
| | 19 | Q: And Doctor, have you ever had an opportunity or the |
| | 20 | time to look at your patient population in terms of their |
| | 21 | Vioxx use? |
| | 22 | A: No. |
| | 23 | Q: I mean, have you ever gone back or had somebody |
| | 24 | look at all the patients in the time frame that Vioxx was |
| | 25 | being used who had heart attacks or strokes and say, I want |

## Keep, Mark 2006-08-17

130:  1    to go back and do a survey and determine if any of those
      2    patients were on Vioxx at the time?
      3    A: No.
      4    Q: Counsel asked you many, many questions on
      5    Mr. Mason's ejection fraction. Does a normal ejection
      6    fraction rule out that a person has suffered a heart attack?
      7    A: No.
      8    MR. KRUMHOLZ: Objection, form.
      9    Q: (By Mr. McCarthy) Does a normal ejection fraction
      10   rule out that damage was done to some segment of the heart?
      11   A: No.
      12   Q: Is Coreg a medication that can improve the ejection
      13   fraction?
      14   A: If it's reduced, yeah. It's been a great drug for
      15   that.
      16   Q: Is Coreg a medication that improves left
      17   ventricular function?
      18   A: Well, I mean, yes. I mean, we use it for that, but
      19   that's usually in the heart failure patients with
      20   significantly reduced ejection fractions. I think in the
      21   setting of a heart attack with a normal ejection fraction,
      22   you are hoping that it helps prevent adverse remodeling and
      23   prevent, you know, sudden death and arrhythmias and things.
      24   Q: Is it better for the patient if the whole heart is
      25   healthy?

131:  1    A: Of course.
      2    MR. KRUMHOLZ: Objection to form.
      3    Q: (By Mr. McCarthy) And should Mr. Mason be
      4    medically monitored for the rest of his life as a result of
      5    his heart attack?
      6    A: Yes.
      7    Q: And that's regardless of the fact whether at this
      8    time his ejection fraction's normal?
      9    A: Right.
      10   Q: And that's regardless of the fact whether an EKG
      11   done now shows no ischemia?
      12   A: It's regardless of the fact that he had a heart
      13   attack. He can still have coronary disease. He has to be
      14   followed.
      15   Q: Doctor, when the angioplasty of July 25th of '03
      16   revealed mild hypokineses in the left ventricle of Mr. Mason,
      17   is that objective medical evidence?
      18   A: Yes.
      19   Q: And that July 25th, '03 angioplasty said that there
      20   was a thrombus present before the procedure. Does thrombus
      21   mean clot? Is that the same word for clot?
      22   A: Yes.
      23   Q: And Doctor, when you were asked about the defect
      24   that you found, and I understand. You talked about it could
      25   be, it could be shadow, it could be an artifact. Did I

**Keep, Mark 2006-08-17**

132:    1    understand you -- just correct me if I'm wrong. But did I
        2    understand you to say that the tip, the tip could be from the
        3    LAD occlusion?
        4    MR. KRUMHOLZ: Objection to form.
        5    A: That's in the distribution of the LAD, so yes.
        6    Q: (By Mr. McCarthy) Okay. So you cannot rule out --
        7    I understand that there's the possibility that it's artifact.
        8    But is it correct to say you can't rule out that that defect
        9    is related to the July 25th, '03 heart attack?
        10   MR. KRUMHOLZ: Objection to form.
        11   Q: (By Mr. McCarthy) Is that a fair statement?
        12   MR. KRUMHOLZ: Objection to form.
        13   A: Yeah. I mean, usually the way we put that is, you
        14   know, see a defect that I think is probably nothing. It's
        15   not -- it's artifact, but cannot rule out. Although the fact
        16   that the one before was normal makes me wonder but -- but,
        17   no. Yeah, I would probably word it that way.
        18   Q: Okay. And just on the restrictions, did I
        19   understand that your practice --
        20   A: Uh-huh.
        21   Q: -- and your procedure is with every, every heart
        22   attack victim, whether it's a small heart attack to severe
        23   heart attack, you put them on four to six weeks restrictions
        24   post-heart-attack?
        25   A: It really varies patient to patient. I -- that's
133:    1    what I will tell them in the hospital. I will say, you know,
        2    typical is four to six weeks out of work, but I see them in
        3    the office in two weeks. And some people are under more
        4    stress to be home than at work. So if at two weeks they're
        5    chomping at the bit and they don't have a job that I am
        6    concerned about, I might say, okay. Next week at three weeks
        7    or something you can go back part time then ease into it.
        8    So it -- you know, the classic's four to six weeks,
        9    but you know, you know, that's what I think. I saw a guy
        10   that a cardiologist send somebody back to work in three days,
        11   and he passed out. That's wrong. But, yeah, that -- you
        12   know, and I have had people -- of course, I have had people
        13   going back to work two days later and not tell me, so --
        14   Q: So is --
        15   A: But that's the standard. That's what I usually
        16   tell people. Four to six weeks, but at two weeks we'll talk
        17   about it, and we'll see what we can do.
        18   Q: So there's the general rule, but you're always
        19   opening to making exceptions, depending upon the particular
        20   situation?
        21   A: Right.
        22   Q: And I was just curious. You said that you tell all
        23   the heart attack patients you have had not to do weight
        24   lifting --
        25   A: No, no, no.

## Keep, Mark 2006-08-17

Keep PA PC DA DC on 10-3                                                                134

| 134: | 1 | Q: -- where there's a lot of straining? |
|---|---|---|
| | 2 | A: I said all my patients, period, no matter what's |
| | 3 | wrong with them. |
| | 4 | Q: Okay. Any patient -- |
| | 5 | A: I'll tell you that. |
| | 6 | Q: Okay. And of course, that -- what amount of weight |
| | 7 | results in that kind of strain differs from person to person? |
| | 8 | A: Correct. |
| | 9 | Q: Now, Doctor, counsel asked you about restrictions |
| | 10 | on Mr. Mason, though. Have you ever done a physical |
| | 11 | examination of Mr. Mason? |
| | 12 | A: I don't know because, again, Charles, the PA, saw |
| | 13 | him and did a physical examination of him. And whether or |
| | 14 | not he came over and got me and brought me in the room and I |
| | 15 | did a physical examination on him, I just don't know. |
| | 16 | Charles came from a place in Arizona where the cardiologist |
| | 17 | just let him do his own thing, so he was -- oftentimes would |
| | 18 | go off and do things and just later on tell us, which you |
| | 19 | know -- |
| | 20 | Q: That might have been the case here? |
| | 21 | A: That could have been the case, yes. I just don't |
| | 22 | know. |
| | 23 | Q: Counsel also asked you if you have seen a decrease |
| | 24 | in cardiovascular disease since Vioxx is off the market. And |
| | 25 | again, you never have done -- you have never done a survey of |
| 135: | 1 | your patients to know if -- how many of your patients who |
| | 2 | have had a heart attack or stroke were patients taking Vioxx? |
| | 3 | A: Right. |
| | 4 | Q: Is that a fair statement? |
| | 5 | MR. MCCARTHY: I'll pass the witness. Thanks, |
| | 6 | Doctor. |
| | 7 | FURTHER EXAMINATION |
| | 8 | BY MR. KRUMHOLZ: |
| | 9 | Q: Plaintiffs' counsel talked to you about -- I guess |
| | 10 | he was indicating you had done a physical exam just a moment |
| | 11 | ago. You may not have done a physical exam on Mr. Mason. Do |
| | 12 | you remember that? |
| | 13 | A: A physical exam was done. I just don't know if I |
| | 14 | had anything to do with it. Charles did. |
| | 15 | Q: Again, what is -- just so the jury's really clear, |
| | 16 | what's the best way for a cardiologist to determine what a |
| | 17 | patient can or cannot do or how well that patient's doing |
| | 18 | post MI, what kind of test? |
| | 19 | A: Well, I mean, you do want to see them in the office |
| | 20 | to be able to ask them, you know, how are you doing? What |
| | 21 | are you doing? How do you feel doing that? But I think the |
| | 22 | functional stress test, like we talked about, is probably the |
| | 23 | best thing. |
| | 24 | Q: And you did two nuclear perfusion stress tests? |
| | 25 | A: Correct. |

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                     136

136:
1  Q: Which I believe you indicated was the best way to
2  determine the functionality of Mr. Mason's heart and his
3  prognosis?
4  MR. MCCARTHY: Objection, form.
5  A: Yeah.
6  Q: (By Mr. Krumholz) And in connection with
7  Mr. Mason's functionality, he performed quite well on both
8  tests?
9  A: I think the fact that he exceeded his predicted
10  exercise time is probably one of the most significant things.
11  Q: And in addition to that, he had normal perfusion?
12  A: Correct.
13  Q: And he had no ischemia?
14  A: Correct.
15  Q: And that was exactly what you would hope for for a
16  patient like Mr. Mason?
17  A: Yeah. Yeah. That's what you really hope for.
18  Q: And in all -- you understand that Mr. Mason had
19  coronary artery disease prior to this event, based upon his
20  cardiac catheterization?
21  MR. MCCARTHY: Objection, form.
22  A: It appears so.
23  Q: (By Mr. Krumholz) He had 90 percent occlusion at
24  the time he presented in his LAD, right?
25  A: Right.

137:
1  Q: And he had 70 percent occlusion in the first
2  diagonal?
3  A: Right.
4  Q: Representing coronary artery disease?
5  A: Yes.
6  Q: And it's your opinion that in all medical
7  probability Mr. Mason's heart attack was due to severe
8  coronary artery disease?
9  MR. MCCARTHY: Objection, form.
10  A: Yeah. Well, again, like I said before, you don't
11  have to have severe disease to have a heart attack.
12  Q: (By Mr. Krumholz) Fair enough. In all medical
13  probability, Mr. Mason's heart attack was due to coronary
14  artery disease?
15  A: Right.
16  MR. MCCARTHY: Objection, form.
17  Q: (By Mr. Krumholz) True?
18  A: Right.
19  Q: The extent of the coronary artery disease was
20  undiagnosed until his cardiac catheterization at the time of
21  his heart attack?
22  A: Correct.
23  Q: And that's not unusual?
24  A: Correct.
25  Q: If Mr. Mason did not have a heart attack, but you

*[Handwritten annotations in right margin:]*
overrule!

137:6-8
P's objection:
Cumulative

Def's response:
None needed

137:12-14
P's obj:
Cumulative

137:17-25
P's obj:
Cumulative

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3

138

| 138: | 1 | knew the extent of his coronary artery disease just before |
| | 2 | his heart attack, would you have recommended a stent in his |
| | 3 | LAD? |
| | 4 | A: If he had a 90 percent lesion, yeah. |
| | 5 | Q: And would you have recommended angioplasty in his |
| | 6 | first diagonal if it was approximately a 70 percent |
| | 7 | occlusion? |
| | 8 | A: Yes. |
| | 9 | Q: And he got the stent and the angioplasty that he |
| | 10 | needed? |
| | 11 | A: Right. |
| | 12 | Q: And that's a good thing? |
| | 13 | A: Yes. |
| | 14 | Q: And his heart function, as measured by ejection |
| | 15 | fraction calculations on multiple occasions after the event, |
| | 16 | were all optimal? |
| | 17 | A: Normal. |
| | 18 | MR. MCCARTHY: Objection to form. |
| | 19 | Q: (By Mr. Krumholz) Normal. Let me rephrase that. |
| | 20 | And Mr. Mason's ejection fraction calculations have all been |
| | 21 | normal since his heart attack, true? |
| | 22 | A: Right. |
| | 23 | Q: Meaning he has a normal functioning heart? |
| | 24 | A: Correct. |
| | 25 | Q: There is no evidence that his heart attack has |
| 139: | 1 | caused any permanent damage that has interfered with his life |
| | 2 | as far as you can tell from the record? |
| | 3 | A: Correct. |
| | 4 | Q: And he has a very, very good prognosis? |
| | 5 | A: Yes. |
| | 6 | MR. KRUMHOLZ: Reserve the rest of our questions. |
| | 7 | FURTHER EXAMINATION |
| | 8 | BY MR. MCCARTHY: |
| | 9 | Q: Doctor, you just were asked a question about his |
| | 10 | coronary artery disease. Now we know, of course, from the |
| | 11 | records that this man's heart attack was due to a clot. |
| | 12 | MR. KRUMHOLZ: Objection, form. |
| | 13 | A: Well, the majority of heart attacks are due to |
| | 14 | clot. |
| | 15 | Q: (By Mr. McCarthy) And we know that the doctor |
| | 16 | found a clot when they did the angioplasty on July 25th? |
| | 17 | MR. KRUMHOLZ: Objection. |
| | 18 | A: Yeah. |
| | 19 | Q: (By Mr. McCarthy) According to the record? |
| | 20 | A: Yeah, according what you told me. |
| | 21 | Q: And the records show and document that there was a |
| | 22 | clot, and you know, Doctor, from being a practicing |
| | 23 | cardiologist and having to be aware of medical literature in |
| | 24 | the realm of cardiology of the association that has been |
| | 25 | established in the medical literature, the scientific |

Handwritten annotations:

138:1-13
P's objection:
Cumulative

Def's response:
None needed

138:20-139:5
P's obj:
Cumulative.

Overruled

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                                   **140**

| | | |
|---|---|---|
| 140: | 1 | literature of the association of Vioxx and clot formation? |
| | 2 | MR. KRUMHOLZ: Objection, form. |
| | 3 | Q: (By Mr. McCarthy) Is that correct? |
| | 4 | A: As far as I understand it, yes. |
| | 5 | Q: And we know, Doctor, if other evidence in this case |
| | 6 | establishes that Mr. Mason was on Vioxx for approximately 10 |
| | 7 | months, including up to July 25th, 2003, when he had his |
| | 8 | heart attack, then we know that -- or you have testified that |
| | 9 | your differential diagnosis for the cause of his heart attack |
| | 10 | would include Vioxx use? |
| | 11 | MR. KRUMHOLZ: Objection, form. |
| | 12 | Q: (By Mr. McCarthy) Correct? |
| | 13 | A: It would be included, although didn't the studies |
| | 14 | go 24 months? |
| | 15 | Q: They corrected that. Well, there was, I think 18 |
| | 16 | months, that there was a -- and then Merck had to come out |
| | 17 | and say that the data showing that it had to be 18 months was |
| | 18 | incorrect. Do you recall that? It was a New York Times |
| | 19 | article. |
| | 20 | MR. KRUMHOLZ: I'll object to form and leading. |
| | 21 | Q: (By Mr. McCarthy) Okay. Doctor, do you recall |
| | 22 | where a Merck funded study said that you needed 18 months. |
| | 23 | Then there had to be a formal correction of that study when |
| | 24 | they said that incorrect data had been used. Does that ring |
| | 25 | any bell? |
| 141: | 1 | MR. KRUMHOLZ: Objection, form and leading and |
| | 2 | mischaracterizes the evidence and what has happened. |
| | 3 | A: I don't recall that, no. Sorry. |
| | 4 | MR. MCCARTHY: Okay. I'll pass the witness. |
| | 5 | Thanks, Doctor. |
| | 6 | FURTHER EXAMINATION |
| | 7 | BY MR. KRUMHOLZ: |
| | 8 | Q: You mentioned -- I forgot to go over one issue. |
| | 9 | This April 12, 2005 nuclear perfusion study where you said |
| | 10 | possible, I emphasize possible, apical infarct. Do you |
| | 11 | remember that? |
| | 12 | A: Yeah. |
| | 13 | Q: Just to be clear, as the treating physician, |
| | 14 | cardiologist for Mr. Mason, it is your opinion, based upon |
| | 15 | what you have seen, including the prior testing that was |
| | 16 | done, that, hat possibility is best explained by shadowing; |
| | 17 | that is, a false positive, and not by any defect in the |
| | 18 | heart? |
| | 19 | A: Yeah. Like we talked about, I would -- my belief |
| | 20 | would be that the likelihood is, it's a shadow. Cannot rule |
| | 21 | out, you know, small infarct, and I wouldn't treat them |
| | 22 | differently either way. |
| | 23 | Q: And based upon reasonable medical probability, it's |
| | 24 | your best opinion that it's not due to any sort of damage or |
| | 25 | defect or infarct of the heart? |

**Keep, Mark 2006-08-17**

| | | |
|---|---|---|
| 142: | 1 | MR. MCCARTHY: Objection, form. |
| | 2 | A: Well, I would say that we know that he has some |
| | 3 | small damage of the heart. His enzymes were very slightly |
| | 4 | elevated, but -- so we know that some heart cells died. |
| | 5 | Just, I don't think it's -- I think it was so small, we're |
| | 6 | not picking it up on this test, on these tests. |
| | 7 | Q: (By Mr. Krumholz) And in connection with the apical |
| | 8 | defect? |
| | 9 | A: Yeah. That one doesn't make sense with the rest of |
| | 10 | the evidence. It just seems like that would be more likely a |
| | 11 | shadow. |
| | 12 | Q: And that's your best judgment as his medical |
| | 13 | doctor? |
| | 14 | A: Yes. Well, apparently not. He hasn't seen me in |
| | 15 | three years. |
| | 16 | Q: As his medical doctor back in -- |
| | 17 | A: In the past. |
| | 18 | Q: In the past, okay. Is it fair to say that |
| | 19 | Mr. Mason hasn't done the things that you would expect of a |
| | 20 | patient to make sure that he's well taken care of? |
| | 21 | A: I don't know that because -- |
| | 22 | MR. MCCARTHY: Objection, form. |
| | 23 | A: -- because Dr. Vogeler is a good doctor, and I see |
| | 24 | a lot of his patients. So I don't know what Dr. Vogeler is |
| | 25 | doing, but typically they would send them back to see us. |
| 143: | 1 | And I typically -- if somebody has had known coronary |
| | 2 | disease, I consider them my patient for life unless they |
| | 3 | don't want to see me so... |
| | 4 | Q: (By Mr. Krumholz) And typically if you saw them in |
| | 5 | October of 2003, you and Mr. Larsen, you would have told him |
| | 6 | to come back at least every six months? |
| | 7 | A: Well, at that time it was, what? Less than three |
| | 8 | months since his heart attack. So I would have seen him |
| | 9 | probably two months and then after that probably three or |
| | 10 | four months, and then after that if he's doing well, maybe |
| | 11 | six months, and then every six months for a number of years. |
| | 12 | Q: You don't recall whether you specifically saw |
| | 13 | Mr. Mason -- |
| | 14 | A: Right. |
| | 15 | Q: -- on October 10th, true? |
| | 16 | A: Correct. |
| | 17 | Q: But just to be clear what the procedure is in this |
| | 18 | office, what you tell patients when they come in as Mr. Mason |
| | 19 | did on October 10, you would have told him to come in when |
| | 20 | after October 10? |
| | 21 | A: Well, the note says two months. |
| | 22 | Q: Okay. He was supposed to come in two months later? |
| | 23 | A: So December. |
| | 24 | Q: And did he? |
| | 25 | A: No. |

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                     144

144:  1   Q: Okay. And then what would you have told him at
      2   that point in time when to come in?
      3   A: We -- in December I would have told him probably --
      4   I probably would have had him come back either three or four
      5   months, depending, you know, maybe four months.
      6   Q: And did he come in three or four months later?
      7   A: No.
      8   Q: After that? And when would you have told him after
      9   that three or four month visit in March of '04?
     10   A: I might have had him come back again four months
     11   and then gone to six months after that, since it would have
     12   been about a year.
     13   Q: And did Mr. Mason do any of those things, as far as
     14   you can tell in your chart?
     15   A: No.
     16   Q: And if the record shows that he didn't go to any
     17   other cardiologist in the interim to medically monitor his
     18   condition, would that concern you?
     19   A: Yes, although, again, I mean, I don't want to put
     20   down Dr. Vogeler because, you know, he might have been doing
     21   all the right things.
     22   Q: I understand, but that's something that your office
     23   would have told him back in October of 2003?
     24   A: Yeah.
     25   Q: Without regard to what Dr. Vogeler decided?
145:  1   A: Right.
      2   Q: True?
      3   A: Right.
      4   Q: And you understand that primary care physicians
      5   also defer to you guys, cardiologists, as to when they should
      6   be seen?
      7   A: Frequently, yes.
      8   Q: If there was any significant issue that came up in
      9   connection with his treatment by Dr. Vogeler, you would have
     10   expected Dr. Vogeler to refer Mr. Mason to you in that
     11   regard?
     12   A: Yes.
     13   MR. KRUMHOLZ: Reserve the rest of our questions.
     14   FURTHER EXAMINATION
     15   BY MR. MCCARTHY:
     16   Q: Doctor, you are kind of answering those questions
     17   in a vacuum, aren't you, because you don't know what's going
     18   on --
     19   A: Right.
     20   Q: -- between Mr. Mason and Dr. Vogeler?
     21   A: Correct.
     22   MR. MCCARTHY: Thank you.
     23   VIDEOGRAPHER: It's 24 minutes after four o'clock.
     24   That concludes the deposition.
     25   (Discussion off the record.)

Printed: 10/3/2006   8:39:46AM

**Keep, Mark 2006-08-17**

Keep PA PC DA DC on 10-3                                                146

146:  1    MR. KRUMHOLZ: Counsel for plaintiff and I, counsel
      2    for Merck, are stipulating that Deposition Exhibit 13 is the
      3    depiction of a normal artery, mild atherosclerosis and severe
      4    atherosclerosis that Dr. Keep testified about during my
      5    examination and that it is a true and accurate depiction of
      6    atherosclerotic disease. Is that right?
      7    MR. MCCARTHY: Correct.
      8
      9    (Signature was waived, and the deposition concluded
      10   at 4:24 p.m.)
      11
      12
      13
      14
      15
      16
      17
      18
      19
      20
      21
      22
      23
      24
      25

147:  1    C E R T I F I C A T E
      2    STATE OF UTAH      )
      3    THIS IS TO CERTIFY that the deposition of MARK HAWTHORNE
      4    KEEP, M.D. was taken before me, Teri Hansen Cronenwett,
      5    Certified Realtime Reporter, Registered Merit Reporter, and
      6    Notary Public in and for the State of Utah.
      7    That the said witness was by me duly sworn to testify;
      8    that the testimony was reported by me in Stenotype, and
      9    thereafter transcribed by computer, and that a full, true,
      10   and correct transcription is set forth in the foregoing
      11   pages, numbered 4 through 146 inclusive.
      12   I further certify that the signature was waived, and the
      13   original transcript of the same was delivered to
      14   Mr. McCarthy, the attorney taking the deposition.
      15   I further certify that I am not of kin or otherwise
      16   associated with any of the parties to said cause of action,
      17   and that I am not interested in the event thereof.
      18   WITNESS MY HAND and official seal at Salt Lake City,
      19   Utah, this 19th day of August, 2006.
      20   My commission expires:
      21
      22
      23   Teri Hansen Cronenwett, CRR, RMR
      24
      25

Printed: 10/3/2006   8:39:46AM