Unnecessary Prescribing of NSAIDs and the Management of NSAID-Related Gastropa... Page 9 of 17

Case 2: Prescribing of NSAIDs and the Management of NSAID-Related Gastropat... Document 831-6-1 Filed 10/27/06 Page 1 of 21

## Case 1: Chronic Hip Pain

A 67-year-old woman or man presents with a 5-year history of episodic stiffness and pain of the right hip that radiates to the groin. The pain has become worse in the past 3 weeks after an episode of strenuous physical exertion. The pain is aggravated by wet weather and exercise; stiffness and soreness occur after the patient walks a half mile or climbs approximately two flights of stairs. Over-the-counter acetaminophen (≤2600 mg/d) had worked well to control the pain until the past few weeks. In the past week, the patient added an over-the-counter acetylsalicylic acid (325 mg)-codeine (8 mg) combination product to acetaminophen (variably taken at 500 to 2600 mg/d). This medication produced upset stomach. Radiography of the hip and lumbosacral spine done 6 months before presentation was normal. Medical history includes peptic ulcer disease that was diagnosed radiologically and treated successfully 10 years ago. Current medical problems include a 10-year history of hypertension, currently treated with hydrochlorothiazide, 25 mg/d; methyldopa, 250 mg three times daily; and potassium supplement, 1 tablet twice daily. The patient also has a 5-year history of diabetes that was detected during routine screening and has been well controlled with glyburide, 5 mg twice daily, and diet. Findings on physical examination include restricted range of motion of the right hip and pain on abduction.

## Case 2: Gastropathy Related to Nonsteroidal Anti-Inflammatory Drug

A 67-year-old woman or man presents with a 3-week history of intermittent midepigastric pain. The pain is gnawing in character and is sometimes precipitated by missed meals, coffee, and stress. The patient has no nausea, vomiting, or history of black stools. The patient had a similar problem 10 years ago that was diagnosed radiologically as peptic ulcer disease and then treated. The patient has a 5-year history of pain and stiffness in the right hip that was diagnosed (by radiography of the hip) as osteoarthritis 6 months before presentation. Naproxen, 250 mg four times daily, was prescribed at that time. The patient had used naproxen on an as-needed basis until 1 month before presentation, when he or she started taking the full prescribed dose. In the past week, the patient added an over-the-counter ibuprofen product to better control the pain and has been taking half of the recommended maximum adult dose. The patient has a 10-year history of hypertension, currently treated with hydrochlorothiazide, 25 mg/d; methyldopa, 250 mg three times daily; and potassium supplement, 1 tablet twice daily. The patient also has a 5-year history of diabetes that was detected during routine screening and has been well controlled with glyburide, 5 mg twice daily, and diet. Findings on physical examination include midepigastric tenderness with no rebound tenderness or radiation and restricted motion of the right hip with pain on abduction.

**Acknowledgments:** The authors thank the persons who participated as standardized patients; Mrs. Tracey Reid, who coordinated training, study visits, and data management; and the Regie de l'assurance maladie du Quebec, which provided standardized patients with temporary health insurance cards.

Dr. Berkson: Jewish General Hospital, Department of Rheumatology, 3755 Cote Ste. Catherine, Montreal, Quebec H3T 1E2, Canada.

Dr. Dauphinee: Medical Council of Canada, PO Box 8234 Station T, Ottawa, Ontario K1G 3H7, Canada.

Dr. Gayton: Peace Arch Hospital, Russell Unit, 15521 Russell Avenue, White Rock, British Columbia V4B 2R4, Canada.

Dr. Grad: Herzl Family Practice Center, Department of Family Medicine, McGill University, 3755 Cote Ste Catherine Road, Montreal, Quebec H3T 1E2, Canada.

Dr. Huang: Royal Victoria Hospital, Department of Geriatrics, 687 Pine Avenue West, Montreal, Quebec H3A 1A1, Canada.

Dr. Isaac: 1993 Fallen Leaf Lane, Los Altos, CA 94024.

Dr. McLeod: Montreal General Hospital, Department of Medicine, Room B2-118, 1650 Cedar Avenue, Montreal, Quebec, H3G 1A4, Canada.

Dr. Snell: 89 Durham Road, Lambton, New South Wales 2299, Australia.

# Author and Article Information

From McGill University, Montreal, Quebec, Canada; Medical Council of Canada, Ottawa, Ontario, Canada; and Kaiser Permanente, San Francisco, California.
**Grant Support:** In part by grant 6605-3752-57P from the National Health Research and Development Program of Health Canada. Dr. **Tamblyn** is funded as a National Health Scholar by National Health Research and Development Program of Health Canada (no. 6605-5130-48).
**Requests for Reprints:** Robyn Tamblyn, PhD, Division of Clinical Epidemiology, Room R4.11, Royal Victoria Hospital, 687 Pine Avenue West, Montreal, Quebec H3A 1A1, Canada.
**Current Author Addresses:** Dr. **Tamblyn:** Division of Clinical Epidemiology, Room R4.11, Royal Victoria Hospital, 687 Pine Avenue West, Montreal, Quebec H3A 1A1, Canada.

- ▲ Top
- ▲ Methods
- ▲ Results
- ▲ Discussion
- • Author & Article Info
- ▼ References

# References

- ▲ Top
- ▲ Methods
- ▲ Results
- ▲ Discussion
- ▲ Author & Article Info
- • References

1. **Gabriel SE, Jaakkimainen RL, Bombardier C.** The cost-effectiveness of misoprostol for nonsteroidal antiinflammatory drug-associated adverse gastrointestinal events. Arthritis Rheum. 1993; 36:447-59.

2. Non-steroidal anti-inflammatory drugs and serious gastrointestinal adverse reactions-2. Br Med J (Clin Res Ed). 1986; 292:1190-1.

3. National Totals for Prescriptions of Antiarthritic Drug Therapies in Canada. Montreal: IMS Canada; 1997.

4. **Hochberg MC.** Association of nonsteroidal anti-inflammatory drugs with upper gastrointestinal disease: epidemiologic and economic considerations. J Rheumatol. 1992; 19:63-7.

5. **Gabriel SE, Jaakkimainen L, Bombardier C.** Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med. 1991; 115:787-96.

6. **Greene JM, Winickoff RN.** Cost-conscious prescribing of nonsteroidal anti-inflammatory drugs for adults with arthritis. A review and suggestions. Arch Intern Med. 1992; 152:1995-2002.

7. **Smalley WE, Ray WA, Daugherty JR, Griffin MR.** Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. Am J Epidemiol. 1995; 141:539-45.

8. **Laporte JR, Carne X, Vidal X, Moreno V, Juan J.** Upper gastrointestinal bleeding in relation to previous use of analgesics and non-steroidal anti-inflammatory drugs. Catalan Countries Study on Upper Gastrointestinal Bleeding. Lancet. 1991; 337:85-9.

9. **Langman MJ, Weil J, Wainwright P, Lawson DH, Rawlins MD, Logan RF, et al.** Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs. Lancet. 1994; 343:1075-8.

10. **Bloom BS.** Cross-national changes in the effects of peptic ulcer disease. Ann Intern Med. 1991; 114:558-62.

11. **Bloom BS.** Direct medical costs of disease and gastrointestinal side effects during treatment of arthritis. Am J Med. 1988; 84:20-4.

**12. Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA.** Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med. 1991; 114:257-63.

**13.** Garcia Rodriguez LA, Walker AM, Perez Gutthann S. Nonsteroidal anti-inflammatory drugs and gastrointestinal hospitalizations in Saskatchewan: a cohort study. Epidemiology. 1992; 3:337-42.[Medline]

**14. Henry D, Lim LL, Garcia Rodriguez LA, Perez Gutthann S, Carson JL, Savage R, et al.** Variability in risk of gastrointestinal complications with individual non-steriodal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ. 1996; 312:1563-6.

**15. Guess HA, West R, Strand LM, Helston D, Lydick EG, Bergman U, et al.** Fatal upper gastrointestinal hemorrhage or perforation among users and nonusers of nonsteroidal anti-inflammatory drugs in Saskatchewan, Canada, 1983. J Clin Epidemiol. 1988; 41:35-45.

**16. Henry DA, Johnston A, Dobson A, Duggan J.** Fatal peptic ulcer complications and the use of non-steroidal anti-inflammatory drugs, aspirin, and coticosteroids. Br Med J (Clin Red Ed). 1987; 295:1227-9.

**17. Fries JF.** Assessing and understanding patient risk. Scand J Rheumatol Suppl. 1992; 92:21-4.

**18.** Statistics Canada. Catalogue 82-003S1. Hospital Morbidity, 1989-90. Health Reports. 1992; 4(Suppl 1):34.

**19.** Statistics Canada. Catalogue 82-003S12. Mortality Summary List of Causes, 1989. Health Reports. 1991; 3 (Suppl 12):40-41.

**20. Tannenbaum H, Davis P, Russell AS, Atkinson MH, Maksymowych W, Huang SH, et al.** An evidence-based approach to prescribing NSAIDS in musculoskeletal disease: a Canadian consensus. Canadian NSAID Consensus Participants. Can Med Assoc J. 1996; 155:77-88.

**21. Hogan DB, Campbell NR, Crutcher R, Jennett P, MacLeod N.** Prescription of nonsteroidal anti-inflammatory drugs for elderly people in Alberta. Can Med Assoc J. 1994; 151:315-22.

**22. Tamblyn RM, McLeod P, Abrahamowicz M, Monette J, Gayton DC, Berkson L, et al.** Questionable prescribing for elderly patients in Quebec. Can Med Assoc J. 1994; 150:1801-9.

**23. Cafferata GL, Meyers SM.** Pathways to psychotropic drugs. Understanding the basis of gender differences. Med Care. 1990; 28:285-300.

**24. Beers MH, Ouslander JG, Fingold SF, Morgenstern H, Reuben DB, Rogers W, et al.** Inappropriate medication prescribing in skilled-nursing facilities. Ann Intern Med. 1992; 117:684-9.

**25. Keys J, Beardon PH, Lau C, Lang CC, McDevitt DG.** General practitioners' use of non-steroidal anti-inflammatory drugs in Tayside and Fife regions. J R Soc Med. 1992; 85:442-5.

**26. Mazzuca SA, Brandt KD, Anderson SL, Musick BS, Katz BP.** The therapeutic approaches of community based primary care practitioners to osteoarthritis of the hip in an elderly patient. J Rheumatol. 1991; 181593-600.

**27.** Holt WS Jr, Mazzuca SA. Prescribing behaviors of family physicians in the treatment of osteoarthritis. Fam Med. 1992; 24:524-7.[Medline]

**28. Hardo PG, Chalmers DM, Jakeways M, Wright V, Axon AT.** Management of NSAIDs-related dyspepsia in the community. Br J Clin Pract. 1993; 47:241-2.

**29. Ferry ME, Lamy PP, Becker LA.** Physicians' knowledge of prescribing for the elderly. A study of primary care physicians in Pennsylvania. J Am Geriatr Soc. 1985; 33:616-25.

30. **Monette J, Tamblyn RM, McLeod PJ, Gayton DC.** Characteristics of physicians who frequently prescribe long-acting benzodiazepines for the elderly. Eval Health Prof. 1997; 20:115-30.

31. **Ferguson JA.** Patient age as a factor in drug prescribing practices. Canadian Journal on Aging. 1990; 9:278-95.

32. **Tamblyn R.** Medication use in the seniors population: optimization of physician prescribing as a means of preventing drug-related illness. Canadian Journal on Aging/Canadian Public Policy Supplement. 1997.

33. **Hartzema AG, Christensen DB.** Nonmedical factors associated with the prescribing volume among family practioners in an HMO. Med Care. 1983; 21:990-1000.

34. **Miles DL.** Multiple prescriptions and drug appropriateness. Health Serv Res. 1977; 12:3-10.

35. **Davidson W, Malloy W, Somers G, Bedard M.** Relation between physician characteristics and prescribing for elderly people in New Brunswick. Can Med Assoc J. 1994; 150:917-21.

36. **Davidson W, Malloy DW, Bedard M.** Physician characteristics and prescribing for elderly people in New Brunswick: relation to patient outcomes. Can Med Assoc J. 1995; 152:1227-34.

37. **Wheeler B.** Prescribing practices [Letter]. Can Med Assoc J. 1994; 151:139.

38. **Soucie J.** Prescribing practices [Letter]. Can Med Assoc J. 1994; 151:139-40.

39. **Davidson W, Molloy DW, Somers G, Bedard M.** Prescribing practices [Letter]. Can Med Assoc J. 1994; 151:142-4.

40. **Cox J, Mulholland H.** An instrument for assessment of videotapes of general practitioners' performance. BMJ. 1993; 306:1043-6.

41. **Jones TV, Gerrity MS, Earp J.** Written case simulations: do they predict physicians' behavior? J Clin Epidemiol. 1990; 43:805-15.

42. **Kopelow ML, Schnabl GK, Hassard TH, Tamblyn RM, Klass DJ, Beazley G, et al.** Assessing practicing physicians in two settings using standardized patients. Acad Med. 1992; 67:S19-21.

43. **Rethans JJ, van Boven CP.** Simulated patients in general practice: a different look at the consultation. Br Med J (Clin Res Ed). 1987; 294:809-12.

44. **Demlo LK.** Assuring quality of health care. An overview. Eval Health Prof. 1983; 6:161-96.

45. **Tugwell P.** A methodological perspective on process measures of the quality of medical care. Clin Invest Med. 1979; 2:113-21.

46. Van Der Vleuten CP, Swanson DB. Assessment of clinical skills with standardized patients: state of the art. Teaching and Learning in Medicine. 1990; 2:58-76.

47. **Woodward CA, McConvey GA, Neufeld V, Norman GR.** Measurement of physician performance by standardized patients. Refining techniques for undetected entry in physicians' offices. Med Care. 1985; 23:1019-27.

48. **Tamblyn RM, Grad R, Gayton D, Petrella L, Reid T.** Impact of inaccuracies in standardized patient portrayal and reporting on physician performance during blinded clinic visits. Teaching and Learning in Medicine. 1997; 9:25-38.

**49. Greene JM, Winickoff RN.** Cost-conscious prescribing of NSAIDs [Abstract and Commentary]. Internal Medicine Alert. 1992; 179-80.

**50. Numo R.** Prevention of NSAID-induced ulcers by the coadministration of misoprostol: implications in clinical practice. Scand J Rheumatol Suppl. 1992; 92:25-9.

**51. Walt RP.** Misoprostol for the treatment of peptic ulcer and antiinflammatory-drug-induced gastroduodenal ulceration. N Engl J Med. 1992; 327:1575-80.

**52. Fenner H.** Nonsteroidal antiinflammatory drugs: benefit/risk evaluation in rheumatic diseases. J Rheumatol Suppl. 1992; 19:98-9.

**53.** Committee on Safety of Medicines. Non-steroidal anti-inflammatory drugs and serious gastrointestinal adverse reactions 1. Br Med J. 1986; 292:614.

**54. Johnson AG, Nguyen TV, Day RO.** Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med. 1994; 121:289-300.

**55. Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H.** Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA. 1994; 272:781-6.

**56. Liang KY, Zeger SL.** Longitudinal data analysis using generalized linear models. Biometrics. 1986; 73:13-22.

**57. Zeger SL, Liang KY.** Longitudinal data analysis for discrete and continuous outcomes. Biometrics. 1986; 42:121-30.

**58. Groemping U.** SAS Macro GEE: A SAS macro for longitudinal data analysis. Cary, NC: SAS Institute, Inc.; 1995.

**59.** Strengthening the foundation: the role of the physician in primary health care in Canada. Ottawa: Can Med Assoc; 1994.

**60.** Physicians' Desk Reference. Montvale, NJ: Med Econ; 1996:2879.

**61.** Garcia Rodriguez LA, Jick H. Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs. Lancet. 1994; 343:769-72.[Medline]

**62. Hawkey CJ.** Healing and prevention of NSAID-induced peptic ulcers. Scand J Gastroenterol Suppl. 1994; 29:42-7.

**63. Silverstone FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, et al.** Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. Ann Intern Med. 1996; 123:241-9.

**64. Levine JS.** Misoprostol and nonsteroidal anti-inflammatory drugs: a tale of effects, outcomes, and costs [Editorial]. Ann Intern Med. 1995; 123:309-10.

**65. Renaud M, Beuchemin J, Lalonde C, Poirier H, Berthiaume S.** Practice settings and prescribing profiles: the simulation of tension headaches to general practitioners working in different practice settings in the Montreal area. Am J Public Health. 1980; 70:1068-73.

**66. Grad R, Tamblyn R.** Does knowledge of drug prescribing predict drug management of standardized patients in office practice? Med Educ. 1997; 31:132-7.

**67. Baumann AO, Deber RB, Thompson GG.** Overconfidence among physicians and nurses: the 'micro-

certainty, macro-uncertainty' phenomenon. Soc Sci Med. 1991; 32:167-74.

**68. Pitts J, Vincent S.** What influences doctors' prescribing? Sore throats revisited. J R Coll Gen Pract. 1989; 39:65-6.

**69. McGavock H, Wilson-Davis K, Niblock RW.** Unsuspected patterns of drug utilization revealed by interrogation of a regional general practitioner prescribing database. Pharmacoepidemiology and Drug Safety. 1992; 1:73-80.

**70. Tamblyn RM, Jacques A, Laprise R, Huang A, Perreault R.** The Office of the Future Project: the integration of new technology into office practice. Academic detailing through the super highway. Quebec Research Group on Medication Use in the Elderly. Clin Perform Qual Health Care. 1997; 5:104-8.

**71. Gilley J.** Towards rational prescribing [Editorial]. BMJ. 1994; 308:731-2.

**72. Lichtenstein DR, Syngal S, Wolfe MM.** Nonsteroidal antiinflammatory drugs and the gastrointestinal tract. The double-edged sword. Arthritis Rheum. 1994; 38:5-18.

**73. Pel M, Heres MH, Hart AA, van der Veen H, Treffers PE.** Provider-associated factors in obstetric interventions. Eur J Obstet Gynecol Reprod Biol. 1995; 61:129-34.

**74. Alflrevic Z, Walkinshaw SA.** A randomized controlled trial of simple compared with complex antenatal fetal monitoring after 42 weeks of gestation. Br J Obstet Gynecol. 1995; 102:638-43.

**75. Goeree R, Hannah M, Hewson S.** Cost-effectiveness of induction of labour versus serial antenatal monitoring in the Canadian Multicentre Postterm Pregnancy Trial. Can Med Assoc J. 1995; 152:1445-50.

**76. Verhulst SJ, Distlehorst LH.** Examination of nonresponse bias in a major residency follow-up study. Acad Med. 1993; 68:S61-3.

**77. Tamblyn RM, Abrahamowicz M, Brallovsky C, Grand'Maison P, Lescop J, Norcini J, et al.** Final Report: The Prediction of Practice Profile by Licensure Examination. National Health Research and Development Program, Project Reference no 6605-4101-57E; 1996.

## Related articles in Annals:

Editorials
**Time**
> Frank Davidoff
> Annals 1997 127: 483-485. (in ) [Full Text]

# This article has been cited by other articles:



**Palliative Medicine**                                                      ▶HOME

A. Dickman and J. Ellershaw
**For Discussion NSAIDs: gastroprotection or selective COX-2 inhibitor?**
Palliative Medicine, June 1, 2004; 18(4): 275 - 286.
[Abstract] [PDF]



Journal of the American Medical Informatics Association ▸HOME

E. S. Berner, T. K. Houston, M. N. Ray, J. J. Allison, G. R. Heudebert, W. W. Chatham, J. I. Kennedy Jr., G. L. Glandon, P. A. Norton, M. A. Crawford, and R. S. Maisiak
**Improving Ambulatory Prescribing Safety with a Handheld Decision Support System: A Randomized Controlled Trial**
J. Am. Med. Inform. Assoc., March 1, 2006; 13(2): 171 - 179.
[Abstract] [Full Text] [PDF]



▸HOME

R. M. Epstein, P. Franks, C. G. Shields, S. C. Meldrum, K. N. Miller, T. L. Campbell, and K. Fiscella
**Patient-Centered Communication and Diagnostic Testing**
Ann. Fam. Med, September 1, 2005; 3(5): 415 - 421.
[Abstract] [Full Text] [PDF]



Evaluation & the Health Professions ▸HOME

C. A. Feddock, A. R. Hoellein, C. H. Griffith III, J. F. Wilson, J. L. Bowerman, N. S. Becker, and T. S. Caudill
**Can Physicians Improve Patient Satisfaction with Long Waiting Times?**
Eval Health Prof, March 1, 2005; 28(1): 40 - 52.
[Abstract] [PDF]



The Diabetes Educator ▸HOME

C. S. Barnes, D. C. Ziemer, C. D. Miller, J. P. Doyle, C. Watkins Jr, C. B. Cook, D. L. Gallina, I. El-Kebbi, W. T. Branch Jr, and L. S. Phillips
**Little Time for Diabetes Management in the Primary Care Setting**
The Diabetes Educator, January 1, 2004; 30(1): 126 - 135.
[PDF]



Annals of Internal Medicine ▸HOME

L. L. Berry, K. Seiders, and S. S. Wilder
**Innovations in Access to Care: A Patient-Centered Approach**
Ann Intern Med, October 7, 2003; 139(7): 568 - 574.
[Abstract] [Full Text] [PDF]



JAMA ▸HOME

R. Tamblyn, M. Abrahamowicz, C. Brailovsky, P. Grand'Maison, J. Lescop, J. Norcini, N. Girard, and J. Haggerty
**Association Between Licensing Examination Scores and Resource Use and Quality of Care in Primary Care Practice**
JAMA, September 16, 1998; 280(11): 989 - 996.
[Abstract] [Full Text] [PDF]

JAMA ▸HOME



T. E. McAlindon, M. P. LaValley, J. P. Gulin, and D. T. Felson
**Glucosamine and Chondroitin for Treatment of Osteoarthritis: A Systematic Quality Assessment and Meta-analysis**
JAMA, March 15, 2000; 283(11): 1469 - 1475.
[Abstract] [Full Text] [PDF]



*Canadian Journal of Anesthesia*  ▸ HOME
A. J. Clark and M. E. Lynch
**Opioid therapy and chronic non-cancer pain/Le traitement aux opioides et la douleur non cancereuse**
Can J Anesth, January 1, 2003; 50(1): 1 - 4.
[Full Text] [PDF]



ARCHIVES OF INTERNAL MEDICINE  ▸ HOME
T. B. Wetterneck, M. Linzer, J. E. McMurray, J. Douglas, M. D. Schwartz, J. Bigby, M. S. Gerrity, D. E. Pathman, D. Karlson, E. Rhodes, and for the Society of General Internal Medicine Caree
**Worklife and Satisfaction of General Internists**
Archives of Internal Medicine, March 25, 2002; 162(6): 649 - 656.
[Abstract] [Full Text] [PDF]



JAMA  ▸ HOME
R. M. Epstein and E. M. Hundert
**Defining and Assessing Professional Competence**
JAMA, January 9, 2002; 287(2): 226 - 235.
[Abstract] [Full Text] [PDF]



ARCHIVES OF INTERNAL MEDICINE  ▸ HOME
C.-T. Lin, G. A. Albertson, L. M. Schilling, E. M. Cyran, S. N. Anderson, L. Ware, and R. J. Anderson
**Is Patients' Perception of Time Spent With the Physician a Determinant of Ambulatory Patient Satisfaction?**
Archives of Internal Medicine, June 11, 2001; 161(11): 1437 - 1442.
[Abstract] [Full Text] [PDF]



*CMAJ*  ▸ HOME
B. H. Chen
**COX-2 inhibitors and renal function in elderly people**
Can. Med. Assoc. J., September 1, 2000; 163(5): 604 - 604.
[Full Text] [PDF]



JOURNAL WATCH (GENERAL)  ▸ HOME
**INAPPROPRIATE NSAID PRESCRIBING**
Journal Watch (General), October 3, 1997; 1997(1003): 1 - 1.
[Full Text]



**QJM**

J. Kelly, A. Rudd, R.R. Lewis, and B.J. Hunt
**Screening for subclinical deep-vein thrombosis**
QJM, October 1, 2001; 94(10): 511 - 519.
[Full Text] [PDF]

▸**HOME**

---

- ■ **Article**
  - ▸ Return to Search Result
  - ▸ Table of Contents
  - ▸ Abstract of this article
  - ▸ Figures/Tables List
  - ▸ Related articles in Annals
  - ▸ Articles citing this article

- ■ **Services**
  - ▸ Send comment/rapid response letter
  - ▸ Notify a friend about this article
  - ▸ Alert me when this article is cited
  - ▸ Add to Personal Archive
  - ▸ Download to Citation Manager
  - ▸ ACP Search

- ■ **PubMed**

  **Articles in PubMed by Author:**
  - ▸ **Tamblyn**, R.
  - ▸ Snell, L.
  - ▸ Related Articles in PubMed
  - ▸ PubMed Citation
  - ▸ PubMed

---

Home | Current Issue | Past Issues | Search | Collections | CME | PDA Services | Subscribe | Contact Us | Help

Copyright © 1997 by the American College of Physicians.

STANFORD UNIVERSITY MEDICAL CENTER
STANFORD, CALIFORNIA 94305

Confidential Document



STANFORD UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF MEDICINE
Division of Immunology and Rheumatology
1000 Welch Road, Suite 203
Palo Alto, CA 94304
(650) 723-6003
(650) 723-9656 (Fax)

January 9, 2001

Mr. Raymond Gilmartin
Chief Executive Officer
Merck and Co.
One Merck Drive
Whitehouse Station, New Jersey 08889

Dear Dr. Gilmartin,

A series of serious events involving certain employees of, and possibly a policy of, Merck & Co. has come to my attention rather accidentally and I wanted to relay these events which might have substantial implications and complications. The result is harmful to the traditionally very fine Merck public image and is counter-productive to the Vioxx sales effort. My perspective is that of the Principal Investigator of ARAMIS (Arthritis, Rheumatism, and Aging Medical Information System). This NIH-funded national data bank first identified and quantitated the stealth epidemic of NSAID gastropathy, quantitated differences in toxicity among NSAIDs, and ARAMIS investigators have worked hard for a long time to find and implement ways of reducing the frequency of serious GI adverse events with NSAIDs. I believe that the Cox-1 sparing agents are our best approach toward better drug safety in this area.

My accidental involvement: On Saturday October 28th I received a call at home from Dr. Louis Sherwood of Merck Pharmaceuticals. Dr. Sherwood complained that Dr. Gurkirpal Singh of our group had an anti-Merck bias and was giving lectures that were irresponsibly anti-Merck and specifically anti-Vioxx. Dr. Singh was held to have used a slide which depicted a person hiding data under the covers, had called Merck the "Firestone of the drug industry", and had requested data from Merck which was not appropriate for him to have. Dr. Sherwood suggested that if this continued Dr. Singh would "flame out" and there would be consequences for myself and for Stanford. Dr. Sherwood had previously called Dr. Judith Swain, Chair of our Department, and subsequently called Dr. Edward Harris, Chair of our Division, with similar complaints. I agreed to look into the matter and to take appropriate action and indicated that it is not our policy to bias any presentation in any direction. I asked him to provide me with full details of any such transgression that occurred after this date.

P1.0176

MRK-ABO0000250



PLAINTIFF'S EXHIBIT C

Confidential Document

I spoke with Dr. Singh and reviewed the slides of his presentation.  The talk was mainly about the frequency and severity of NSAID Gastropathy and secondly about the advantages of the new Cox-1 sparing agents, of which Vioxx is one. Equal numbers of slides were devoted to Celebrex and to Vioxx. The talk was strongly in favor of broad use of the new Cox-1 sparing agents. Data were mainly from the standard studies, although three slides were from a presented but not yet published randomized renal toxicity study of Celebrex and Vioxx by Andrew Whelton comparing side-by-side renal and cardiovascular toxicity which was not in favor of Vioxx.  The little man under the covers was not in the sequence, having been removed when Dr. Singh succeeded in getting the requested data (again not favorable to Vioxx), from Merck.  Dr. Singh clearly did not understand the "Firestone" reference and indicated that he had not made the statement. I asked Dr. Singh to be certain to be rigorously balanced in future presentations and he agreed, although stressing that he had also been balanced in the past.  I talked with three people who had been in Dr. Singh's audience; one thought the presentation contained humor directed at Merck but that the data were balanced and the other two found the presentations completely unremarkable.

The much broader issues, which surfaced at the American College of Rheumatology meetings, were most disturbing and involve suppression of data by Merck and a consistent pattern of intimidation of investigators by Merck staff, principally Dr. Sherwood but also others on his staff.

A number of physicians have concerns that Vioxx may have some serious and under-emphasized drug toxicity problems, particularly at the 50 mg dose approved for pain control—these concerns are shared by the FDA renal reviewer. Vioxx has been reported to have more frequent peripheral edema problems, more aggravated hypertension, more congestive heart failure, and more heart attacks than other NSAIDs, especially Celebrex. Some 0.4 % of Vioxx subjects had heart attacks compared with 0.1 % in the naproxen arm in the Merck-sponsored VIGOR study and this was statistically significant.  Some of these data have been described in the Wall Street Journal and may have affected stock prices but there has been little information presented to date in the medical literature. Merck presented two posters on the VIGOR trial at the recent ACR meetings which did not contain data on the side effects of interest; the posters were very well attended, with everyone wanting to know about the data on these points, but it was not available. I tried unsuccessfully to get the data myself; it is hard to judge these areas without the numerical details.   Yet, one could not avoid the conclusion that because of the interest in these issues the data would have been presented had they been favorable.  There was a lot of muttering and a lot of people with concerns.  The publication of the VIGOR trial recently in the NEJM did not contain the data on edema and fluid retention at all, and dismissed the heart attack data with weak arguments.

Even worse were the allegations of Merck damage control by intimidation, often with a pattern of going to the Dean or Department Head with complaints of anti-Merck bias and always alleging unbalanced anti-Vioxx presentations.  This has happened to at least eight investigators: Dr. Singh; Dr. Peter Lipsky, now research chief at the Arthritis Institute;

Confidential Document

Dr. Andrew Whelton of Hopkins; Dr. Michelle Petri of Hopkins; Dr. David Yocum of Tucson, currently head of the FDA advisory panel; Dr. Lee Simon of Harvard; Dr. James McMillen; and Dr. Thomas Stillman. I suppose I was mildly threatened myself, although I have never spoken or written on these issues.

I documented the intimidation of the individuals listed above by personally speaking with each of them. Dr. Simon believes that one of his two academic appointments has been jeopardized. Dr. McMillen believes that his VCF appointment at Hershey was revoked because of these accusations. Dr. Petri had a speaking engagement unprofessionally cancelled by Merck and an unrenowned speaker substituted; he was also bothered by phone calls from Merck persons alleging unbalanced presentations. Dr. Singh had a speaking engagement cancelled and the audience was told that he had been fired. Dr. David Yocum had similar experiences. Dr. Lipsky, while at Southwestern, was forced to do a slide by slide justification of a CME program felt to be critical of Vioxx. These are respected investigators with long experience and high integrity. I also spoke with several past Merck employees who asked to remain anonymous but who confirmed the existence of a pattern of intimidation through the Department Chairs or the equivalent, often with the hint of loss of Merck funding to the institution.

An ironic result of all this is that Vioxx is getting more scrutiny of its salt and water toxicity than if the data had been clearly presented, and Merck is taking a big public relations hit among rheumatologists. The investigators whose balance was criticized are prominent and several advise the FDA—a role not often given to unbalanced presenters. In the view of most rheumatologists including myself, Vioxx (and Celebrex) represent a major medical advance in terms of improving GI safety, which is the dominant toxicity of NSAIDs and is the most common serious adverse event of NSAIDs. These drugs should on balance, save a substantial number of lives. The fluid retention and related problem data are actually not all that bad, and the cover-up is a worse problem than the side effects of fluid retention and hypertension and CHF, which could be handled by stronger labeling for at risk patients, or by other means. Else, there is a risk of case reports of seriously complicated congestive heart failure or other serious adverse reactions, which could threaten the drug approval. The heart attack data, of course, need to be confirmed or refuted by further study, as do the data on comparative renal toxicity between Cox-1 sparing agents.

I spoke with Dr. Sherwood at length on November 22 and aired the above concerns directly. He defended by saying that Merck was a great company and, therefore, could not be doing anything inappropriate. He said that he had been with Merck for 13 years and had never noticed anything that was not appropriate. He noted that he had previously been a Department Chair and that he knew what was appropriate and what was not, and that he knew how to get things done through the network. He said that if he heard about something that was alleged to be anti-Vioxx that it was his right to call anyone he wanted to about it. When told that each of the investigators maintained that presentations had been balanced he said he didn't want to get into "he said, she said" kinds of discussions. He said that there weren't any problems with the drug and that anyway they only occurred at high dose. When told that an ex-Merck employee had quoted him as saying

MRK-ABO0000252

Confidential Document

"we only have three problems, Whelton, Simon, and McMillen, and Simon has been taken care of" there was a long pause and then he said that he "did not remember" saying that. When told that while both I and the people I had talked with had often had differences in viewpoint with one or another drug firm, none of us had ever heard of harassment of investigators through their institutions he did not have a response but said that he "heard me."

From the discussions above I make three conclusions. First, some investigators at some times probably do make statements that may seem seriously unbalanced to those vested or instructed in opposite opinions and that close attention to strict impartiality is essential for any person making presentations on any such subject.  Second, Merck has been attempting to systematically downplay some unusual side effect patterns of Vioxx.  I would hesitate to use the term "hiding data" but Merck has certainly not been forthcoming with data and has made access to the data difficult. Finally, and most importantly, Merck employees have systematically attacked those investigators or speakers who expressed what Merck staff felt were critical opinions in a manner which seriously impinges on academic freedom.

I believe that these are serious matters and that Merck should take care of them internally, in its own interest, and in the interest of patients.  I will appreciate your response to the issues raised here and to learning about actions which have been taken.

Sincerely,

James F. Fries, MD/jr

James F. Fries, M. D.
Professor of Medicine

cc: Mr. David Anstice, President Merck U. S. Human Health
    Dr. Ed Skolnick, President Merck Research Labs

MRK-ABO0000253

ARTHRITIS & RHEUMATISM
Vol. 50, No. 8, August 2004, pp 2433–2440
DOI 10.1002/art.20440
© 2004, American College of Rheumatology

# The Rise and Decline of Nonsteroidal Antiinflammatory Drug–Associated Gastropathy in Rheumatoid Arthritis

James F. Fries, Kirsten N. Murtagh, Mihoko Bennett, Ernesto Zatarain, Bharathi Lingala, and Bonnie Bruce

*Objective.* Nonsteroidal antiinflammatory drug (NSAID)–associated gastropathy is a major cause of hospitalization and death. This study was undertaken to examine whether recent preventive approaches have been associated with a declining incidence of NSAID gastropathy, and, if so, what measures may have caused the decline.

*Methods.* We studied 5,598 patients with rheumatoid arthritis (RA) over 31,262 patient-years at 8 sites. We obtained standardized longitudinal information on the patients that had been previously used to establish the incidence of NSAID gastropathy, and also information on patient risk factors and differences in toxicity between NSAIDs. Consecutive patients were followed up with biannual Health Assessment Questionnaires and medical record audits between 1981 and 2000. The major outcome measure was the annual rate of hospitalization involving bleeding, obstruction, or perforation of the gastrointestinal (GI) tract and related conditions.

*Results.* Rates of GI-related hospitalizations rose from 0.6% in 1981 to 1.5% in 1992 ($P < 0.001$), and then declined to 0.5% in 2000 ($P < 0.001$). The fitted spline curve fit the data well ($R^2 = 0.70$). The period of rise was mainly associated with increasing patient age and the GI risk propensity score. The period of decline was associated with lower doses of ibuprofen and aspirin, a decline in the use of "more toxic" NSAIDs from 52% to 42% of patients, a rise in the use of "safer" NSAIDs from 19% to 48% of patients, and increasing use of proton-pump inhibitors, but not with change in age, NSAID exposure, or GI risk propensity score.

*Conclusion.* The risk of serious NSAID gastropathy has declined by 67% in these cohorts since 1992. We estimate that 24% of this decline was the result of lower doses of NSAIDs, while 18% was associated with the use of proton-pump inhibitors and 14% with the use of less toxic NSAIDs. These declines in the incidence of NSAID gastropathy are likely to continue.

Nonsteroidal antiinflammatory drug (NSAID)–associated gastropathy, which is associated with gastrointestinal (GI) pathology involving hemorrhage, perforation, or obstruction of the GI tract and related conditions, is the most prevalent of serious drug side effects, resulting in an estimated 100,000 hospitalizations annually in the US (1). Although it was originally considered to be rare, the incidence of NSAID gastropathy is recognized to be ~1.2–1.6% per year in patients with rheumatoid arthritis (RA), a relatively high-risk population. The relative risk of developing serious GI complications in patients exposed to NSAIDs is 5–6 times that in those not exposed (2). The present status of the epidemic (whether the incidence is rising, falling, or constant) is not known. We hypothesized that recent preventive approaches to NSAID gastropathy should have led to a reduction in its incidence.

ARAMIS (Arthritis, Rheumatism, and Aging Medical Information System) investigators have been following up consecutively enrolled RA patients from multiple settings since 1980, using systematic outcome assessment protocols (see the ARAMIS Web site at http://www.ARAMIS.stanford.edu). We follow up patients longitudinally, audit hospitalizations, and collect

Supported by a grant from the NIH (AR-43584) to the Arthritis, Rheumatism, and Aging Medical Information System.

James F. Fries, MD, Kirsten N. Murtagh, MS, Mihoko Bennett, PhD, Ernesto Zatarain, MD, Bharathi Lingala, PhD, Bonnie Bruce, DrPH: Stanford University, Stanford, California.

Address correspondence and reprint requests to James F. Fries, MD, Department of Medicine, Stanford University Medical School, 1000 Welch Road, Suite 203, Palo Alto, CA 94304. E-mail: jff@stanford.edu.

Submitted for publication January 29, 2004; accepted in revised form April 22, 2004.



detailed data on drug use and adverse reactions (3,4). In the present study, we sought to examine trends in the incidence of NSAID gastropathy over time in this cohort. We also sought to examine associations of NSAID gastropathy with changes in potentially explanatory variables, which were prespecified as age, sex, GI risk propensity score, NSAID dose, use of specific NSAIDs, use of misoprostol, proton-pump inhibitors, and $H_2$ receptor antagonists, percentage of patients at each data bank center, and frequency of NSAID exposure.

## PATIENTS AND METHODS

**Patients.** We studied 5,598 RA patients whose data were drawn from 8 ARAMIS data banks in the US and Canada (Stanford, California [2 data banks], Santa Clara County, California, Wichita, Kansas, Saskatoon, Saskatchewan, Canada, Cincinnati, Ohio, Baltimore, Maryland, and Pittsburgh, Pennsylvania), comprising 31,262 patient-years of observation. These centers are population-based (Saskatoon and Santa Clara County), university clinics with quite different characteristics (Stanford, Cincinnati, Baltimore, and Pittsburgh), and private practice–based (Wichita), and thus are believed to be reasonably representative of RA patients in the US and Canada. ARAMIS is a prospective, observational data bank system in which patients are enrolled consecutively under institutional review board approval, followed up for life, and assessed prospectively by standard protocol for multiple variables, including demographics, clinical and hospital outcomes, mortality, and the frequency, dose, effectiveness, and toxicity of specific treatments (5). The RA cohort reported herein was the subject of early reports establishing incidence rates, risk factor models, and the relative toxicity of NSAIDs in gastropathy, and thus provides a unique perspective from which to evaluate trends over time (1,2).

**Measures.** Patients in the ARAMIS are asked to complete the Health Assessment Questionnaire (HAQ) every 6 months. The HAQ is a widely used, comprehensive, patient self-reported outcome assessment instrument (6,7). Patients report on medication use, dosage, duration of use, and side effects. Information on both prescription and nonprescription aspirin and NSAID use is included. The protocol requires followup on nonresponders, patient contact for missing information, acquisition of patient records for hospitalizations, and stringent quality control. Data from 1981 to 2000, during which time prospective protocols were in place and remained constant, were analyzed.

**Ascertainment of serious GI events.** The primary outcomes were the number and incidence of serious GI events that required hospitalization. Patients with bleeding of the upper or lower GI tract, clinically symptomatic gastritis, ulcers, gastric outlet obstructions, and GI symptoms serious enough to require hospitalization (abdominal pain, nausea, vomiting, or diarrhea) were identified from medical records. GI-related hospitalizations were first determined by patient self-report of hospitalization. Hospital records were then audited by trained reviewers for identification of International Classification of Diseases, Ninth Revision, Clinical Modification diagnostic

codes 531–535, 787, and 789. Attributions were validated by a physician who was blinded to each patient's medication use.

**Statistical analysis.** The percentage of patients with GI-related hospitalizations (number of hospitalizations per 100 patient-years) was calculated as the total number of incident GI-associated hospitalizations in a given year, divided by the number of RA patients by year, and allowing only 1 hospitalization per patient per year. Since there was a period of rising incidence followed by a period of declining incidence, we used second-degree spline regression to determine the transition inflection point.

We identified patients receiving each NSAID for every year at every site, including both prescription and over-the-counter use, and computed the percentage of patients receiving each particular NSAID among all NSAID users. We prespecified NSAIDs as relatively more toxic or relatively safer based on our own data (8), on the meta-analysis by Henry et al (9), and on the CLASS and VIGOR (Celebrex Long-Term Arthritis Safety and Vioxx Gastrointestinal Outcomes Research) studies (10,11). Time trends also allowed classification of NSAIDs into those with increased use over time and those with decreased use over time. The percentage of patients receiving gastroprotective agents was calculated as the proportion of patients being treated with $H_2$ receptor antagonists by prescription or over-the-counter, misoprostol, sucralfate, and/or proton-pump inhibitors, divided by the number of patients per year.

We also examined trends in average age, disease duration, disability, the percentage of patients receiving NSAIDs, the percentage of patients with increased use or decreased use of NSAIDs, the percentage of patients receiving prednisone, and the GI risk propensity score. GI risk propensity scores were computed using the method of Singh et al (12), based on age, disability, global health, prior GI-related hospitalization, prednisone use, and prior NSAID-related GI side effect. This score represents the likelihood of a patient having a serious GI complication in the following year. Statistics were computed using SAS for Windows, version 8.2 (Chicago, IL).

## RESULTS

The major finding on the rates of hospitalization for NSAID gastropathy is apparent in Figure 1. By conservatively using the fitted spline regression data, rather than the raw values for each year, we found that the rate of GI-related hospitalizations first increased from 0.6% per year in 1981 to a peak of 1.5% in 1992, and then decreased to 0.5% in 2000. The rate initially nearly tripled, then declined by 67% from its high point in 1992. The spline regression indicated a concave function that peaked in 1992. We therefore defined the period of rise as 1981–1992 (the first period) and the period of decline as 1993–2000 (the second period).

Trends over the period of rise and over the period of decline each were highly statistically significant ($P < 0.001$), as was the fitted spline regression for these trends ($P < 0.001$, $R^2 = 0.70$). GI-related hospitaliza-



**Figure 1.** Percentage of rheumatoid arthritis patients with serious gastrointestinal (GI) events that required hospitalization, over time. The dotted line is a second-degree spline-fitted curve for these data.

tions as a percentage of all hospitalizations declined from 7.3% in 1981, to 5.7% in 1992, and to 4.8% in 2000. When considering only those patients who were exposed to NSAIDs, a curve that was higher than, but of similar shape as, that in Figure 1 was found, with a beginning rate of GI-related hospitalizations of 0.5%, a peak of 2.1% in 1992, and the final value of 0.5%. Results were consistent across the 8 data bank centers.

Table 1 summarizes the trends in some poten-

tially explanatory variables. The average age of the patients in the cohort increased by nearly 6 years from 1981 to 1992, from 56.7 years to 62.2 years, and then remained relatively constant thereafter. Composite GI risk propensity scores followed a pattern of rise through 1992 similar to that of the GI-related hospitalization rates, followed by a plateau. The percentage of patients receiving NSAIDs declined from 87% to 76% by 1992, and thereafter remained fairly constant. Average HAQ disability index scores, on a 0–3 scale (7), rose slightly in the first period and improved considerably in the second period, which is consistent with recent findings of declining disability in RA associated with more aggressive use of disease-modifying medications over the past 2 decades (13). Average pain scores, on a 0–3 visual analog scale, and average patient global health assessment scores, on a 0–100 scale, similarly rose and then fell, but differences were slight. Average disease duration rose during the first period and subsequently declined slightly. Prednisone use (average dosage ~7 mg/day throughout) increased in the second period; this would have been expected to increase the rates of serious GI events during the period in which they were observed to decline.

We also examined changes in drug dosage over

**Table 1.** Characteristics of the study population by year*

| Year | No. | Mean age, years | % female | Mean HAQ DI score | Mean duration of RA, years | % taking NSAIDs | % taking NSAIDs with less toxicity† | % taking NSAIDs with greater toxicity‡ | % taking prednisone | Mean GI risk propensity score |
|------|-----|------|------|------|------|------|------|------|------|------|
| 1981 | 866 | 56.7 | 76.7 | 1.17 | 15.1 | 87 | 9 | 82 | 35 | 12.5 |
| 1982 | 1,269 | 57.7 | 75.3 | 1.23 | 14.7 | 89 | 9 | 84 | 33 | 12.5 |
| 1983 | 1,167 | 57.6 | 76.5 | 1.27 | 15.6 | 89 | 8 | 82 | 33 | 12.7 |
| 1984 | 1,256 | 58.0 | 77.0 | 1.35 | 16.2 | 86 | 7 | 79 | 35 | 12.9 |
| 1985 | 1,233 | 58.3 | 77.7 | 1.32 | 16.6 | 87 | 10 | 79 | 35 | 13.0 |
| 1986 | 1,223 | 58.7 | 77.5 | 1.32 | 17.3 | 85 | 11 | 74 | 38 | 13.1 |
| 1987 | 1,451 | 59.4 | 77.7 | 1.28 | 17.5 | 83 | 12 | 70 | 41 | 13.2 |
| 1988 | 1,545 | 60.3 | 77.6 | 1.35 | 17.9 | 83 | 12 | 71 | 42 | 13.4 |
| 1989 | 1,604 | 60.9 | 77.6 | 1.34 | 18.1 | 83 | 14 | 66 | 42 | 13.4 |
| 1990 | 1,545 | 61.2 | 78.5 | 1.30 | 18.6 | 80 | 13 | 62 | 47 | 13.5 |
| 1991 | 1,569 | 61.4 | 78.5 | 1.29 | 18.8 | 76 | 12 | 57 | 50 | 13.4 |
| 1992 | 1,500 | 62.2 | 79.6 | 1.31 | 19.2 | 76 | 18 | 54 | 52 | 13.9 |
| 1993 | 1,448 | 62.5 | 80.0 | 1.30 | 19.9 | 75 | 19 | 52 | 53 | 13.8 |
| 1994 | 1,474 | 62.9 | 79.2 | 1.29 | 19.6 | 72 | 17 | 51 | 56 | 14.0 |
| 1995 | 1,381 | 62.7 | 79.3 | 1.26 | 20.0 | 73 | 21 | 49 | 56 | 13.9 |
| 1996 | 1,822 | 61.5 | 78.8 | 1.18 | 17.1 | 72 | 22 | 46 | 58 | 13.5 |
| 1997 | 2,673 | 59.9 | 78.1 | 1.06 | 14.6 | 71 | 23 | 42 | 59 | 12.9 |
| 1998 | 2,462 | 60.6 | 78.6 | 1.07 | 15.4 | 73 | 29 | 51 | 56 | 13.7 |
| 1999 | 2,226 | 61.3 | 78.9 | 1.06 | 16.3 | 77 | 45 | 45 | 52 | 13.7 |
| 2000 | 1,924 | 62.1 | 79.4 | 1.07 | 17.6 | 77 | 48 | 42 | 46 | 13.6 |

* HAQ DI = Health Assessment Questionnaire disability index; RA = rheumatoid arthritis; NSAIDs = nonsteroidal antiinflammatory drugs; GI = gastrointestinal.
† See Figure 2.
‡ See Figure 3.

2436                                                                                          FRIES ET AL



**Figure 2.** Percentage of use of those drugs with increased usage over time ("less toxic" drugs), from among the total nonsteroidal antiinflammatory drug (NSAID) use.



**Figure 4.** Percentage of rheumatoid arthritis (RA) patients taking gastroprotective agents over time. H$_2$ antagonists (H2) include cimetidine, ranitidine, and famotipine. Proton-pump inhibitors (PPI) include omeprazole and lansoprazole. Misoprostol (Miso) is a synthetic prostaglandin, including misoprostol alone and in combination with diclofenac.

time. Ibuprofen and noncardiac aspirin dosages each declined by ~40% in the second period and thus correlated with the decline in GI complications; other NSAID dosages did not appreciably change. The percentage of patients taking low-dose (≤325 mg per day) aspirin increased from 3% in 1992 to 8% in 2000, while the average low-dose cardiac aspirin dosage declined from ~200 mg per day to ~150 mg per day. We did not find increasing doses for any of the drugs in either period, and thus "dose creep" was eliminated as a possible cause of the rise in NSAID gastropathy.

The proportion of use of each specific NSAID in these cohorts was also calculated for each year. Figure 2 shows trends for use of the drugs that were prespecified as less toxic. The largest increase was in the use of ibuprofen (which showed, at the same time, a decline in dose) and in the use of the more specific cyclooxygenase 1–sparing drugs rofecoxib and celecoxib over the last



**Figure 3.** Percentage of use of drugs with decreased usage over time ("more toxic" drugs), from among the total nonsteroidal antiinflammatory drug (NSAID) use. The aspirin data exclude use of cardioprotective doses of aspirin.

2 years of the study. The 5 NSAIDs that showed an increase in use are all drugs that have been reported to be among the least toxic of the NSAIDs (8–11). During our entire observation period, patients taking these drugs had a rate of serious GI events of 0.54% per year.

Figure 3 shows the time trends in market share for the 8 drugs that were prespecified as more toxic. All of these had reduced usage over the entire period. Aspirin lost the largest share, although the greatest declines were in the usage of piroxicam, sulindac, and indomethacin. Each of these 8 drugs has been reported to have a higher-than-average toxic effect on the GI tract (9,10). Over our observation period, patients taking these drugs had a rate of serious GI events of 0.78% per year.

Time trends in the use of gastroprotective agents are shown in Figure 4. Two striking trends were evident: a rapid rise in the use of H$_2$ receptor antagonists in the first period, and a rapid rise in the use of proton-pump inhibitors in the second period, which ended with a 16% use of proton-pump inhitors. Misoprostol (~5%) and sucralfate were not widely used. Data on identification or treatment of *Helicobacter pylori* infection were not reliably reported in the charts reviewed, but treatment for *H pylori* appeared to be rare.

## DISCUSSION

The prevalence of serious GI events associated with NSAID use in this large, longitudinal, multicenter

study of RA patients rose markedly from 0.6% of patients per year in 1981 to 1.5% per year in 1992, and then fell to 0.5% per year in 2000. Both the rise and the decline were steady, were consistent, and have plausible explanations. The decline in NSAID-related GI problems, if generalizable, represents a substantial improvement in the health of the public. These improvements are likely to be the result of the joint efforts of epidemiologists, gastroenterologists, rheumatologists, regulatory authorities, and industry.

A number of relevant events over the past decades may have directly influenced these trends (14). We have taken note of a few of the earliest reports and those that may have had some of the greatest impacts. The earliest hints of NSAID-related GI problems are found in the observations of Douthwaite and Lintott in 1938 (15), and these observations were repeated in a more modern era by Sun et al in 1974 (16). Levy noted the association between aspirin use and major GI bleeding in 1974 (17). The high prevalence of NSAID-associated endoscopic erosions and ulcers led Roth and Bennett to coin the term NSAID gastropathy in 1987 and to suggest that it might be quite common (18). The potentially life-threatening nature of these problems was suggested by Armstrong and Blower in 1987 (19). In 1988, Griffin and colleagues noted the association of NSAID use and mortality linked to peptic ulcer disease in the elderly (20). In 1989, our group, using the patient cohorts of this current report, began to quantitate the epidemiology of NSAID gastropathy, finding a GI-related hospitalization incidence of 1.6% per year in RA patients and a relative risk of 5.2 (21); these data are approximated in the present study by the average values in the period of rising incidence.

In 1991, our group extended these observations and identified age and other variables that were associated with increased risk of NSAID gastropathy (2). Griffin and colleagues also observed the strong association with age in the Tennessee Medicaid data set in 1991 (22). We also analyzed differences in toxicity among the NSAIDs in 1991, finding up to 4-fold differences (8) between each NSAID despite a prevailing prior view that there were no such differences (23). By 1996, Henry et al were able to identify 12 sets of studies consistently showing differential toxicity among the NSAIDs, with a similar magnitude of differences and with similar ordering (9).

These findings, even before they were published and disseminated, began to affect the development of new treatments. Roth and colleagues began, in 1987, to explore the uses of $H_2$ antagonists in the prevention of NSAID gastropathy (24). Results were disappointing when regular doses were used, but prevention was subsequently documented with double doses of $H_2$ antagonists (25). Misoprostol, a synthetic prostaglandin analog, was studied by Graham et al in 1988, and those authors showed that endoscopic ulcers decreased following this therapy (26). Decreases in GI complications of ~40% with the use of misoprostol were shown by Silverstein et al in 1995 (27). A meta-analysis of prevention trials by Koch et al in 1996 suggested that the newer proton-pump inhibitors would be more effective preventive agents (28), and this was confirmed by Yeomans et al in 1998 (29). Treatment of *H pylori* infection has been found to be as effective as proton-pump inhibitors in some studies (30–32), although the incidence of this infection appears to be decreasing.

New NSAIDs were approved and came into broad use during the period of declining incidence of NSAID gastropathy in this study, and all of these agents were promoted as being safer than their predecessors. They included nabumetone and etodolac in 1991, Arthrotec (which combined diclofenac and misoprostol) in 1997, celecoxib in 1998, and rofecoxib in 1999 (30). Studies have suggested that the cyclooxygenase 1–sparing agents celecoxib and rofecoxib have toxic effects on the GI tract that are only half that of the traditional NSAIDs (10,11,33,34). Even newer agents have since entered the market but were not available during the present study period. A change in treatment strategy for RA patients from one based on NSAIDs to one based on disease-modifying antirheumatic drugs (DMARDs) occurred over this period of observation (35–37) and likely explains the decline in NSAID usage during the first period.

The period of rising frequency of NSAID gastropathy was associated with a strong trend toward increasing age with NSAID use in these cohorts. Age has consistently been identified as the most important risk factor for NSAID gastropathy, other than prior GI-related hospitalization, and acts exponentially as a risk factor (2,22). The average age of RA patients in these cohorts rose by 5.5 years from 1981 to 1992, which is sufficient by itself to account for a near doubling of the incidence of serious GI events. The percentage of NSAID-receiving patients older than age 75 years rose from 4% to 14% over this same period. There also was a smaller trend toward more use of NSAIDs in women, and an increase in average disability levels, in prednisone use, and in the overall GI risk propensity score.

Nevertheless, the percentage of RA patients taking NSAIDs in these cohorts was steadily decreasing,

which should have acted to lower the risks; this decline in NSAID use was likely to be related to the increasing emphasis on use of DMARDs to control disease activity in RA (35–37). Although use of $H_2$ antagonists increased during the period of rise, these agents have been found to be of little value, in regular doses, when used as prophylaxis against serious NSAID gastropathy (28). The frequency of prednisone use, another risk factor, increased during the period of rising incidence. Therefore, some originally plausible explanatory factors, such as sex or increasing NSAID exposure, do not appear to have played a role in the development of the epidemic. Increases in patient age, prednisone use, and the GI risk propensity score are the most likely explanations for the period of rising incidence.

In the period of declining frequency of serious GI complications, the frequency of NSAID use, average age, and GI risk propensity score all reached a plateau, and therefore could not have made major contributions to the decline. Disability levels declined somewhat, possibly suggesting that the patients were sturdier. Impressively, there was a striking shift in the use of specific NSAIDs, with a decrease in use of the more toxic drugs and an increase in use of those with lesser toxicity. There was a 40% decrease in the dosage of both aspirin and ibuprofen, both of which have a high frequency of use. Moreover, a steady stream of new drugs entered the market, including nabumetone and etodolac, and the cyclooxygenase 1–sparing drugs rofecoxib and celecoxib achieved large market shares toward the end of our observation period.

Which of these various trends may have contributed to the decline in serious GI events? The answers are intrinsically speculative, and therefore we discuss them here, rather than presenting them as results. There are 3 particularly suggestive associations. First, we observed a shift away from the use of NSAIDs with an incidence of serious toxicity in the GI tract of 0.78% per year toward NSAIDs with an average incidence of 0.54%, yielding a blended toxicity incidence rate of 0.72% in 1992 and of 0.65% in 2000, which is sufficient to explain a reduction of ~14% of the overall 67% decline in the incidence of serious GI events (a decline of 9% of total events).

Second, use of proton-pump inhibitors rose from none in 1992 to 16% in 2000. Assuming a preventive benefit of 50% from the use of proton-pump inhibitors, their use would reduce the incidence of serious GI complications by 8%. Assuming a 40% protection rate from the use of misoprostol, with its lower frequency of use, the incidence rates would be reduced by an addi-

tional 2%. After accounting for the increased GI risk propensity scores, from a mean of 14 to a mean of 16, among those patients taking proton-pump inhibitors (8), the estimate of the effects of gastroprotection sums to ~12% overall, and 18% of the observed decline.

Third, conservatively assuming a linear dose-response curve for NSAID complications, the 40% reduction in dose for aspirin and ibuprofen, which made up 40% of the NSAID market share, would account for a reduction of 16%, or 24% of the observed reduction. Thus, we estimate that 24% of the observed decline was due to lower doses of some NSAIDs, 18% was due to use of proton-pump inhibitors, and 14% was due to use of safer NSAIDs. We therefore have suggestive evidence to explain about two-thirds (66%) of the observed decline.

What factors may have contributed to the remainder of the decline? These are more speculative because of limitations in our data. It could be explained, in part, by uncaptured aspects of the 3 dominant forces. For example, within the "more toxic NSAID" category, were there greater decreases in use of the most toxic drugs? Were proton-pump inhibitors used almost exclusively in the highest-risk patients, which would increase effects beyond what we projected? Were dose reductions in the most toxic, but less frequently used, agents, for which we did not have sufficient data, important? Interaction terms, which go beyond our data, could have made material contributions. Moreover, our explanations are not entirely mutually exclusive, so that we might have overestimated some contributions. What were the effects, if any, of increasing use of endoscopy or generally declining hospitalization rates? As disability levels in RA decline as a result of increasing DMARD use, do RA patients become more resistant to GI complications? There are many other potential contributions to the decline that we could not measure.

For example, we do not have data on *H pylori* prevalence over time. Treatment of *H pylori* infection or reduction in prevalence of *H pylori* could have had an effect. We tend to discount a major effect of *H pylori*, however, since its prevalence in our cohort is likely to have been low (US and Canadian patients with access to care) and the relationship of *H pylori* to serious NSAID-related GI events itself remains controversial. Overall, it appears to be reasonable to assume that most of the decline in serious NSAID effects came from lower doses of safer drugs in conjunction with greater use of gastroprotection.

National effects upon the epidemic of NSAID gastropathy are less encouraging. The national market for NSAIDs (in millions of tablets/capsules) rose from

2,836 in 1981 to 4,242 in 1993 and to 6,305 in 2000 (Fort J: personal communication). Thus, even if the results in our RA cohorts can be generalized, much of the decline in incidence will have been countered by the increases in exposure, and the estimate of more than 100,000 hospitalizations annually in the US (2) may still be relatively current. Continued introduction and marketing of newer NSAIDs, even though they are safer, may increase the frequency of exposures to NSAIDs in the future. Migration of products from prescription to over-the-counter use may also increase exposures, although this may be offset by lower doses. New guidelines for use of low-dose aspirin for cardioprotection in essentially the same population as that which uses the most NSAIDs will act to limit declines in the incidence of serious GI effects (38); low-dose aspirin use itself, even while protecting the heart, increases the relative risk of these events by a factor of ~2 (39).

How, then, may we continue and even accelerate these declines? At least 5 complementary approaches may be recommended, building on the immediate past (40,41). First, we recommend even more selective use of NSAIDs, particularly in high-risk patients. Much of the NSAID use is still for simple analgesia in noninflammatory conditions. Second, introduction of newer and safer agents should be continued, although, for the reasons mentioned above, a limit may soon be reached. Third, we recommend aggressive, continued migration of the NSAID market share from more toxic to less toxic NSAIDs. This migration so far appears relatively slight. Fourth, use of proton-pump inhibitors for prophylaxis should be substantially increased, particularly in high-risk patients. These drugs appear to be greatly underutilized and are becoming available in generic versions. However, if $H_2$ antagonists are used for prevention, the dose must be twice the standard doses, to avoid promulgation of a false sense of security. Systematic diagnosis and treatment of H pylori infection may have a role, although these findings remain controversial. Fifth, the lowest effective dose should be used for any NSAID.

Developments in reducing the incidence of NSAID gastropathy to date are gratifying. As long as trends continue toward the use of safer NSAIDs, more frequent use of proton-pump inhibitors, and de-escalation of dosages, particularly in high-risk patients, the trend toward reduction in the incidence of NSAID gastropathy is likely to continue.

## REFERENCES

1. Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal antiinflammatory drug treatment in rheumatoid arthritis. Arch Intern Med 1996;156:1530–6.
2. Fries JF, Williams CA, Bloch DA, Michel BA. NSAID-associated gastropathy: incidence and risk factor models. Am J Med 1991;91:213–22.
3. Fries JF. The ARAMIS (American Rheumatism Association Medical Information System) post-marketing surveillance program. Drug Inf J 1985;19:257–62.
4. Fries JF, Spitz PW, Williams CA, Bloch DA, Singh G, Hubert HB. A toxicity index for comparison of side effects among different drugs. Arthritis Rheum 1990;33:121–30.
5. Fries JF. ARAMIS and toxicity measurement. J Rheumatol 1995;22:995–7.
6. Fries JF, Spitz P, Kraines RG, Holman HR. Measurement of patient outcome in arthritis. Arthritis Rheum 1980;23:137–45.
7. Bruce B, Fries JF. The Stanford Health Assessment Questionnaire: a review of its history, issues, progress, and documentation. J Rheumatol 2003;30:167–78.
8. Fries JF, Williams CA, Bloch DA. The relative toxicity of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1991;34:1353–60.
9. Henry D, Lim LL, Rodriguez LA, Gutthann SP, Carson JL, Griffin M, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. Br Med J 1996;312:1563–6.
10. Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis. The CLASS study: a randomized controlled trial. JAMA 2000;284:1247–55.
11. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, et al, VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520–8.
12. Singh G, Ramey DR, Triadafilopoulus G, Brown BW, Balise RR. GI score: a simple self-assessment instrument to quantify the risk of serious NSAID-related GI complications in RA and OA [abstract]. Arthritis Rheum 1998;41 Suppl 9:S75.
13. Krishnan E, Fries JF. Reduction in long-term functional disability in rheumatoid arthritis 1977-1998: longitudinal study of 3035 patients. Am J Med 2003;115:371–6.
14. Rostom A, Dube C, Wells G, Tugwell P, Welch V, Jolicouer E, et al. Prevention of NSAID-induced gastroduodenal ulcers. Cochrane Database Syst Rev 2002;(4):CD002296.
15. Douthewaite AH, Lintott SA. Gastroscopic observation of the effect of aspirin and certain other substances on the stomach. Lancet 1938;2:1222–5.
16. Sun DC, Roth SH, Mitchell CS, Englund DW. Upper gastrointestinal disease in rheumatoid arthritis. Am J Dig Dis 1974;19:405–10.
17. Levy M. Aspirin use in patients with major upper gastrointestinal bleeding and peptic ulcer disease. N Engl J Med 1974;290:1158–62.
18. Roth SH, Bennett RE. Nonsteroidal anti-inflammatory drug gastropathy. Arch Intern Med 1987;147:2093–100.
19. Armstrong CP, Blower AL. Nonsteroidal anti-inflammatory drugs and life threatening complications of peptic ulceration. Gut 1987;28:527–32.
20. Griffin MR, Ray WA, Schaffner W. Non-steroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. Ann Intern Med 1988;109:359–63.
21. Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Toward an epidemiology of gastropathy associated with NSAID use. Gastroenterology 1989;96:647–55.
22. Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991;114:257–63.

23. Brooks PM, Day RO. Nonsteroidal anti-inflammatory drugs: differences and similarities. N Engl J Med 1991;324:1716–25.

24. Roth SH, Bennett RE, Mitchell CS, Hartmann RJ. Cimetidine therapy in non-steroidal anti-inflammatory drug gastropathy: double-blind long-term evaluation. Arch Intern Med 1987;147: 1798–801.

25. Taha AS, Hudson N, Hawkey CJ, Swannell AJ, Trye PN, Cottrell J, et al. Famotidine for the prevention of gastric and duodenal ulcers caused by nonsteroidal antiinflammatory drugs. N Engl J Med 1998;338:719–26.

26. Graham D, Agrawal NM, Roth SH. Prevention of NSAID-induced gastric ulcer with misoprostol: multicentre, double-blind, placebo-controlled trial. Lancet 1988;2:1277–80.

27. Silverstein F, Graham D, Senior J, Davies H, Struthers B, Bittman R, et al. Misoprostol reduces gastrointestinal complications in patients with rheumatoid arthritis receiving non-steroidal anti-inflammatory drugs: a randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995;123:241–9.

28. Koch M, Dezi A, Ferrario F, Capurso I. Prevention of non-steroidal anti-inflammatory drug-induced gastrointestinal mucosal injury: a meta-analysis of randomized controlled clinical trials. Arch Intern Med 1996;156:2321–32.

29. Yeomans ND, Tulassay Z, Juhassz L, Racz I, Howard J. A comparison of omeprazole with ranitidine for ulcers associated with non-steroidal anti-inflammatory agents. N Engl J Med 1998; 338:719–26.

30. Food and Drug Administration, US Department of Health and Human Services. Approved drug products with therapeutic equivalence evaluations. Available from URL: http://www.fda.gov/cder/ob/docs/queryai.htm.

31. Chan FKL, Chung S, Suen BY, Lee YT, Leung WK, Leung VK, et al. Preventing recurrent upper gastrointestinal bleeding in patients with Helicobacter pylori infection who are taking low-dose aspirin or naproxen. N Engl J Med 2001;344:967–73.

32. Lai KC, Lam SK, Chu KM, Wong BC, Hui WM, Hu WH, et al. Lansoprazole for the prevention of recurrences of ulcer complications from long-term low-dose aspirin use. N Engl J Med 2002; 346:2033–8.

33. Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao PL, Quan H, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929–33.

34. Goldstein J, Agrawal NM, Silverstein F, Burr M, Verburg KM. Celecoxib is associated with a significantly lower incidence of clinically significant upper gastrointestinal (UGI) events in osteo-arthritis and rheumatoid arthritis patients as compared with NSAIDs. Gastroenterology 1999;116:A174.

35. Hoffmeister RT. Methotrexate in rheumatoid arthritis [abstract]. Arthritis Rheum 1972;15:114.

36. Wilske KR, Healey LA. Remodeling the pyramid: a concept whose time has come. J Rheumatol 1989;16:565–7.

37. Fries JF. Reevaluating the therapeutic approach to rheumatoid arthritis: the sawtooth strategy. J Rheumatol 1990;17:12–5.

38. U. S. Preventive Services Task Force. Aspirin for the primary prevention of cardiovascular events: recommendation and rationale. Ann Intern Med 2002;136:157–60.

39. Hayden M, Pignone M, Phillips C, Mulrow C. Aspirin for the primary prevention of cardiovascular events: a summary of the evidence for the U.S. Preventive Services Task Force. Ann Intern Med 2002;136:161–72.

40. Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Am J Gastroenterol 1998;93:2037–46.

41. American College of Rheumatology Subcommittee on Rheumatoid Arthritis Guidelines. Guidelines for the management of rheumatoid arthritis: 2002 update. Arthritis Rheum 2002;46: 328–46.