# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

---

### Plaintiff's Objections to Defendant's
### Designations of Deposition Testimony of Mark Koenig, M.D.

---

Plaintiff, Anthony Wayne Dedrick, by and through his attorneys, hereby submits the following deposition testimony for the Court's consideration and pre-trial rulings:

1.  Plaintiff's Objections to Defendant's Affirmative Designations of Deposition Testimony of Mark Koenig, M.D. (Ex. "A").

Plaintiff reserves the right to supplement or amend his objections based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this trial, including rulings on its motions *in limine*.  Plaintiff makes no counter designations at this time but reserves the right to do so in the future.  Plaintiff reserves the right to also counter-designate any testimony designated by Defendant in the event it is not offered by Defendant.

Plaintiff reserves the right to make additional completeness designations upon receipt of any of Merck's final designations or counter-designations.

Respectfully submitted this ___24th___ day of October, 2006.

*P. Leigh O'Dell*

**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW,***
***METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**Plaintiffs' Liaison Counsel**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Objections and Counter-Designations to Defendant's Designations of Deposition Testimony of Mark Koenig, M.D. has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck,  by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _27th_ day of October, 2006.

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [6:11] - [6:17] 10/24/2006 Koenig, Mark 9-12-2006 <br><br> * Defendant's Affirmative Depo Designations <br><br> page 6 <br> 11   Q.     Doctor, could you state your full name <br> 12 for the record, please, sir? <br><br> 13 <br> A.     Mark Koenig. <br> 14 <br> Q.     Dr. Koenig, my name is John Skidmore, and <br> 15 | |
| I represent Merck in this lawsuit.  We've never met <br> 16 <br> before today, have we? <br> 17 <br> A.     No. | **Pl.'s Obj.:**  R.401, R. 402. <br> "Q. 'We've never met before <br> today, have we?' A. No." <br> Irrelevant. |
| [7:5] - [7:8] 10/24/2006 Koenig, Mark 9-12-2006 <br><br> * Defendant's Affirmative Depo Designations <br><br> page 7 <br> 5   Q.     Now, you understand we're here because <br> 6 one of your former patients, a Mr. Dedrick, has sued <br> 7 Merck concerning his use of Vioxx? <br> 8   A.     Yes. <br><br> [7:17] - [8:15] 10/24/2006 Koenig, Mark 9-12-2006 <br><br> * Defendant's Affirmative Depo Designations <br><br> page 7 <br> 17   Q.     Have you had a chance to look back over <br> 18 your medical records? <br> 19   A.     Yes. <br> 20   Q.     You don't have very many for Mr. Dedrick, <br> 21 do you? <br> 22   A.     No. <br> 23   Q.     Other than the cath procedure you did on <br> 24 January 10th of '03, did you do any other procedures <br> 25 or any other care of Mr. Dedrick? <br> page 8 <br> 1   A.     No, sir. <br> 2   Q.     So that, and then you wrote a letter to <br> 3 his primary care physician? <br> 4   A.     Yes, sir. | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 5    Q.    And that is the extent of your care of<br>6  him?<br>7    A.    Yes, sir.<br>8    Q.    Okay.  You have brought with you today<br>9  your medical records?<br>10    A.    Yes, sir.<br>11    Q.    And I'm just going -- make sure you keep<br>12  those handy, but I want to tell you, if you need to<br>13  refer to them at any time, feel free to do so.<br>14    A.    Thank you.<br>15    Q.    This is not a memory contest.<br><br><br>[8:18] - [16:23] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 8<br>18    Q.    Do you -- do you do a lot of cath<br>19  procedures?<br>20    A.    Yes, sir.<br>21    Q.    Approximately how many do you do a week<br>22  or a year or --<br>23    A.    Over 500.<br>24    Q.    Is that a year?<br>25    A.    Yes, sir.<br>page 9<br>1    Q.    And is that a field of specialty for you?<br>2    A.    Yes, sir.<br>3          (Defendant's Exhibit Number 1<br>4          was marked for identification.)<br>5    Q.    Now -- okay.  We have sitting on the<br>6  table, marked as deposition Exhibit 1, a copy of your<br>7  CV or resume; is that correct?<br>8    A.    Is it correct you have a copy of my CV?<br>9  Yes.  Is the CV correct was your question?  Let me be<br>10  sure.<br>11          Yes, sir.<br>12    Q.    Now, can you briefly describe for --<br>13    A.    One -- one correction.  The board<br>14  certification in cardiology would -- I've got the<br>15  recertification down there -- okay.  It's correct,<br>16  sir.<br>17    Q.    And that's going to be one of my next<br>18  questions after I get a little more information for<br>19  the jury.  Can you describe for the jury your<br>20  educational background leading up to becoming a<br>21  doctor?<br>22    A.    I attended College at Virginia Tech 1983<br>23  to 1984, received a Bachelor of Science degree in<br>24  biology, did just under a year of graduate school and<br>25  then started college and went to medical school at | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| page 10<br>1 Eastern Virginia Medical School at the Medical<br>2 College of Hampton Roads in Norfolk, Virginia.<br>3 Graduated in 1989.<br>4      From there, I did a three-year residency<br>5 at Georgetown University in Washington, D.C., which<br>6 completed in 1992. I did a three-year cardiology<br>7 fellowship in the University of Florida Health<br>8 Science program in Jacksonville, Florida. That<br>9 finished in 1995. And I did an interventional<br>10 cardiology fellowship, which completed in 1996.<br>11   Q.    You have significant specialization in<br>12 cardiology and -- and some invasive procedures in<br>13 cardiology?<br>14   A.    Yes, sir.<br>15   Q.    Can you tell the jury what areas you're<br>16 board certified in?<br>17   A.    I am board certified in cardiology and<br>18 board certified in interventional cardiology.<br>19   Q.    Can you explain to the jury what<br>20 interventional cardiology is?<br>21   A.    That's the subspecialty of cardiology<br>22 involved with angioplasty.<br>23   Q.    And by "angioplasty," can you explain a<br>24 little more to the jury -- when we say<br>25 "interventional," it implies that you're going in to<br>page 11<br>1 do something in the heart; is that true?<br>2   A.    Yes, sir.<br>3   Q.    And can you explain to the jury what the<br>4 interventional cardiology is, just somewhat in<br>5 laymen's terms?<br>6   A.    Okay. That usually involves fixing the<br>7 blood vessel through a tube either in the leg or the<br>8 arm by putting a wire down the blood vessel and<br>9 putting a balloon over the wire to open up the blood<br>10 vessel and/or putting a spring coil or a stent inside<br>11 the blood vessel. This is all done what we say<br>12 percutaneously, which means through a -- a hole in<br>13 the blood vessel, as opposed to open-heart surgery,<br>14 which requires physically opening up the chest and<br>15 separating the ribs and using bypass grafts.<br>16   Q.    Is -- is this a procedure whereby you<br>17 enter by the leg or the arm?<br>18   A.    Yes, sir.<br>19   Q.    And you use different types of imaging<br>20 equipment to actually see the inside of the heart?<br>21   A.    Yes, sir.<br>22   Q.    And then based upon what you see, you can<br>23 make treatment decisions?<br>24   A.    Yes, sir.<br>25   Q.    And that -- and that is something you | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| page 12 | |
| 1 specialize in? | |
| 2    A.    Yes, sir. | |
| 3    Q.    Have you published or made presentations | |
| 4 in the field of interventional cardiology? | |
| 5    A.    Yes, sir. | |
| 6    Q.    Can you tell the jury what you do for a | |
| 7 practice here? We're in Nashville, Tennessee, | |
| 8 correct? | |
| 9    A.    Yes. | |
| 10    Q.    And can you tell the jury what your | |
| 11 practice is here? | |
| 12    A.    I spend approximately half my time doing | |
| 13 procedures, either interventional cardiology | |
| 14 procedures, either diagnostic heart catheterizations, | |
| 15 which involves putting a tube into the leg, putting | |
| 16 that into the heart or legs or kidneys, injecting | |
| 17 fluid with iodine, and that lines the blood vessels, | |
| 18 and looking for narrowing in the blood vessels or | |
| 19 using spring coils or stents, shaving devices and | |
| 20 other devices to open up blood vessels. | |
| 21        The other half the time I spend seeing | |
| 22 patients sometimes with EKGs or looking at | |
| 23 ultrasounds of the heart, doing stress tests or other | |
| 24 vascular procedures such like ultrasounds of the neck | |
| 25 arteries or kidney arteries. | |
| page 13 | |
| 1    Q.    When you're going into the heart to look | |
| 2 at it for blockages, what are those blockages called? | |
| 3    A.    In laymen's terms, we usually say | |
| 4 blockages, plaques, stenosis. Stenosis is a degree | |
| 5 of narrowing in the blood vessel. | |
| 6    Q.    Is it also known as atherosclerosis? | |
| 7    A.    Yes, sir. | |
| 8    Q.    And when is -- when does atherosclerosis | |
| 9 start to develop in people? | |
| 10    A.    There has been reports of atherosclerosis | |
| 11 in 18 year olds or younger, and I've seen it in 12 or | |
| 12 14 year olds. | |
| 13    Q.    Is atherosclerosis something that builds | |
| 14 over time in the body? | |
| 15    A.    Yes, sir. | |
| 16    Q.    And builds over time in the | |
| 17 cardiovascular system? | |
| 18    A.    Yes, sir. | |
| 19    Q.    So at an early age, do most people begin | |
| 20 to develop some atherosclerotic plaque in their | |
| 21 coronary or heart arteries? | |
| 22    A.    I don't know if most people do, but a lot | |
| 23 of people develop some plaque. It's usually | |
| 24 subclinical. We wouldn't know it. | |
| 25    Q.    And over time, does that grow as you age? | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| page 14<br>1   A.   It can.  Yes, sir.<br>2   Q.   And there are risk factors that can<br>3 predispose somebody to develop more?<br>4   A.   Yes, sir.<br>5   Q.   And to progress faster?<br>6   A.   Yes, sir.<br>7   Q.   Now, do you treat patients that have a<br>8 broad array of risk factors?<br>9   A.   Yes, sir.<br>10   Q.   Is smoking a significant risk factor?<br>11   A.   Yes, sir. | |
| 12   Q.   Particularly in Tennessee, it's a pretty<br>13 big risk factor, isn't it?<br>14   A.   Yes. | **Pl.'s Obj.:**  R.401, R. 402.<br>Whether smoking is more<br>prevalent in Tennessee is<br>irrelevant.  Speculative. |
| 15   Q.   How many years have you treated patients<br>16 with heart problems and cardiovascular problems?<br>17   A.   Do you -- I was on the rescue squad when<br>18 I was a student at college, so I started seeing<br>19 patients with chest pain and heart disease in 1981.<br>20   Q.   So it's --<br>21   A.   That wasn't -- I was assisting or<br>22 treating or doing pre-hospital care.<br>23   Q.   And what was the rescue squad?  Is that<br>24 like EMS?<br>25   A.   Yes, sir, EMS. | No scientific evidence has<br>been offered to support the<br>conclusion that there are more<br>smokers in Tennessee than<br>other states. |
| page 15<br>1   Q.   And was -- was this when you were in<br>2 college?<br>3   A.   Yes, sir.<br>4   Q.   Were you trained as an EMS?<br>5   A.   Yes.  I've got my EMT shock trauma tech<br>6 and then cardiac tech.  We start IVs, we spend time<br>7 in the hospital, we would look at monitor or rhythm<br>8 strips.<br>9   Q.   So did you -- when you were an EMT, did<br>10 you respond to calls involving people having apparent<br>11 heart attacks?<br>12   A.   Yes, sir.<br>13   Q.   And so was that your first exposure to, I<br>14 guess, emergency medicine?<br>15   A.   Yes, sir.<br>16   Q.   And did that peak your interest to become<br>17 a physician?<br>18   A.   Yes, it did.<br>19   Q.   How long did you do that?<br>20   A.   I did that from 1981 through, I believe,<br>21 1985 -- let me -- 1984.<br>22   Q.   And when did you graduate from undergrad?<br>23   A.   1984.<br>24   Q.   Help pay your way through school?<br>25   A.   Volunteer. | **Pl.'s Obj.:**  R.401, R. 402. |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| page 16<br>1    Q.    Wow.<br>2    A.    I shoveled asphalt to put myself through<br>3 school.<br>4    Q.    That is -- that is super.  You've seen<br>5 heart disease for many years, then?<br>6    A.    Yes, sir. | |
| 7    Q.    Do you consider heart disease to be a<br>8 serious public health hazard?<br>9    A.    Yes, sir.<br>10    Q.    And why is that?<br>11    A.    It's underdiagnosed.  Obviously, it's --<br>12 it's my -- my main specialty.  But it's the most<br>13 common cause of death in this country above all<br>14 others.  It's a very common cause of disability.  It's<br>15 -- heart disease is the most common medicare<br>16 diagnosis for people coming into the hospital.  As we<br>17 get older, it becomes more prevalent.  It's a major<br>18 cause of disability in patients.<br>19    Q.    It's my understanding that it's been the<br>20 leading cause of death for over 100 years.  Does that<br>21 seem consistent with your understanding?<br>22    A.    Yes, sir.  I don't know exactly how long,<br>23 but I would -- I would not argue that, that data.<br><br><br>[17:13] - [28:13] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 17<br>13    Q.    Can you explain to the jury what<br>14 atherosclerosis is?<br>15    A.    Atherosclerosis is the buildup of a<br>16 blockage inside a blood vessel wall.  It's usually<br>17 systemic.  It can be in the heart, it can be in the<br>18 legs, it can be in the brain, the neck.  It starts<br>19 off as a -- a damage or a fatty -- a piece of fat, a<br>20 fatty streak in the blood vessel.  And over time, it<br>21 builds up, and the characteristics of this blockage<br>22 change in some people.  It can stabilize.  It can get<br>23 smaller.  It can get larger.  It can become more<br>24 diffuse.<br>25    Q.    And this buildup of plaque in some<br>page 18<br>1 people, can it cause any significant problems?<br>2    A.    Yes, sir.  It can cause heart attacks,<br>3 stroke, kidney failure, claudication of peripheral<br>4 arterial disease, or PAD, which is the narrowing in<br>5 the leg arteries, which can cause pain when you walk,<br>6 limb loss.<br>7    Q.    Over time, as plaque develops in a | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 8 person, it's my understanding that -- that at some<br>9 point, you can have ruptures of that plaque?<br>10    A.    Yes, sir.<br>11    Q.    Can you describe for the jury what that<br>12 is and how common that is?<br>13    A.    Blockages in the -- in the inside blood<br>14 vessels have different compositions, but typically,<br>15 they start off as very fatty, soft blockages. Things<br>16 can happen. There are things that we understand,<br>17 things that we don't understand. We think that there<br>18 may be some inflammation involved in some patients.<br>19 We have white blood cells, certain cells that will<br>20 attack the blood vessel. The top of the body tries<br>21 to heal these blockages by placing a fibrous cap over<br>22 the top, a piece of tissue, hard tissue over the top<br>23 of this fatty blockage. The fatty blockage can grow,<br>24 outstrip that, a portion of that cap can lift off,<br>25 exposing the inside fatty tissue, this fatty piece of<br>page 19<br>1 fat inside the blood vessel, to the blood itself. At<br>2 that point, it can change and grow rapidly. It can<br>3 cause spasm in the blood vessel, the blood vessel can<br>4 block off as the body tries to heal that by putting<br>5 blood cells in there to kind of seal that off. When<br>6 you put blood cells in there, it will narrow the<br>7 blood vessel rapidly, hours, minutes, days, and can<br>8 cause total blockage of the blood vessel, a very<br>9 tight blockage. You can see thrombus in there. You<br>10 can see blood clot in there in some patients. This<br>11 in a heart can cause a heart attack or what's called<br>12 acute coronary syndrome, which is chest pain without<br>13 a heart attack. You can have it in the brain. It<br>14 can cause a stroke. You can have it in the neck<br>15 arteries, where part of the cells break off and go<br>16 into the brain and seal off the small vessel. You<br>17 can have strokes, ministrokes from this. It can<br>18 happen in the legs. It can happen in the kidneys.<br>19 You can have it pretty much anywhere.<br>20    Q.    Is -- in terms of heart attacks that<br>21 people have, is the fact that this plaque may rupture<br>22 and a blood clot form around it, is that a common<br>23 form of heart attack or not?<br>24    A.    Absolutely, very common.<br>25    Q.    Is that the -- kind of the leading<br>page 20<br>1 mechanism of heart attacks?<br>2    A.    Yes, sir.<br>3    Q.    And when you talk about the plaque<br>4 rupturing, we're talking about this fatty, thick<br>5 blockage that's slowly narrowing the artery?<br>6    A.    It could -- it could be slowly narrowing,<br>7 or it could be stable. You can have 90 percent | |

## Dedrick v. Merck Co., Inc.
## Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 8 blockage that's calcified or thick and never cause a<br>9 heart attack, never gets worse.  You could have a 30<br>10 percent blockage that suddenly ruptures and will<br>11 cause a heart attack without symptoms pro-drome,<br>12 without any symptoms before this.  And that can<br>13 happen over minutes to hours.<br>14    Q.    So you could have a smaller blockage, 30<br>15 to 40 percent, with this plaque rupture, and then it<br>16 could seal off and block the supply of blood to the<br>17 heart?<br>18    A.    Yes, sir.  And that's a very common --<br>19 very common cause of heart attacks.  In fact, 30<br>20 percent -- you cannot predict, based on the degree of<br>21 narrowing, which blockage is unstable, which blockage<br>22 can cause a heart attack.<br>23    Q.    So it is fair to say that all blockages<br>24 are a risk?<br>25    A.    Yes, sir.<br>page 21<br>1    Q.    Now, do some people just have disease in<br>2 one vessel of the heart and some have disease in<br>3 multiple vessels?<br>4    A.    It depends on what you mean by "disease."<br>5 When we say "disease," we think of 50 percent<br>6 blockage or more, but we also think of it diffuse --<br>7 diffusely as well.  Some people only have a<br>8 significant blockage that we can pick up<br>9 angiographically in one blood vessel.  Some people<br>10 have blockages in multiple blood vessels.<br>11    Q.    Does the risk of a heart attack go up or<br>12 down depending upon the number of vessels you have<br>13 that have significant blockage?<br>14    A.    It would go up with the increasing number<br>15 of blood vessels.<br>16    Q.    So the more diffuse it is, the greater<br>17 the risk of a heart attack?<br>18    A.    Yes, sir.<br>19    Q.    Now, when you talk about significant<br>20 blockage that you could pick up through your<br>21 diagnostic procedures that you're trained to do, what<br>22 -- what levels is it that you can pick up?<br>23    A.    What level of blockage can I pick up?<br>24    Q.    Yes, sir.<br>25    A.    We could pick up, we think, mild luminal<br>page 22<br>1 irregularities, what we refer to blockage.  It could<br>2 be 5, 10, 20 percent.  You know, usually less than 10<br>3 percent, and you see blockages so mild, you don't<br>4 comment on them.<br>5    Q.    So the -- the interventional technology<br>6 right now is -- is capable of giving you a very good<br>7 look at these arteries? | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 8    A.    Yes, sir, angiographically.  There's<br>9  other ways to look at blockages invasively by placing<br>10  ultrasound probes down a blood vessel, and you can<br>11  pick up blockages that you can't even see<br>12  angiographically.  It's very common.<br>13    Q.    And the type of intervention you did with<br>14  Mr. Dedrick was an angiographic --<br>15    A.    We call that a diagnostic cardiac<br>16  catheterization --<br>17    Q.    Okay.<br>18    A.    -- which is an angiographic procedure.<br>19    Q.    Now, when -- when you have this common<br>20  type of heart attack, where some of the plaque<br>21  ruptures and a clot forms, can you tell the jury what<br>22  that -- why you have a heart attack then?  What does<br>23  it do?<br>24    A.    When you occlude a blood vessel, you<br>25  reduce flow.  You reduce blood flow and blood supply<br>page 23<br>1  to a portion of the heart supplied by that blood<br>2  vessel.  When the heart does not have enough blood<br>3  flow, it starts to shut down.  After a period of<br>4  time, it may actually die by not receiving enough<br>5  blood flow.  It sometimes gets stunned where it<br>6  changes its metabolism, and the function may come<br>7  back with -- with time.<br>8    Q.    And that happens with heart attacks on<br>9  occasion where a heart -- where a heart muscle or the<br>10  heart itself becomes stunned after an attack, but<br>11  then you have some recovery?<br>12    A.    Yes, sir.<br>13    Q.    Can you explain that to the jury?<br>14    A.    It's like a boxer getting punched in the<br>15  head, where he's stunned for a period of time and he<br>16  -- he comes back.  When the heart does not get enough<br>17  blood flow, the metabolism changes.  Your body is<br>18  trying to conserve the muscle to the heart to limit<br>19  that damage to the heart.  Once you do what we call a<br>20  revascularization, either give them medicine that<br>21  dissolves the blood clot or do bypass surgery or do<br>22  an angioplasty or stent to restore blood flow, the<br>23  heart muscle will recover function to some degree. It<br>24  depends upon how much was damaged.  You can never<br>25  tell initially.  Sometimes the full extent of the<br>page 24<br>1  damage is not known for a month or two months.<br>2    Q.    And is -- is there a procedure that you<br>3  did on Mr. Dedrick to figure out what the function of<br>4  the heart was?<br>5    A.    I personally did, at the end of the<br>6  diagnostic catheterization, what we call a left<br>7  ventriculogram. We put a tube into the heart itself, |  |

## Dedrick v. Merck Co., Inc.
## Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 8  into the -- the arteries lie on top of the heart, and<br>9  we put a tube inside the main pumping chamber of the<br>10  heart. We inject dye, and we look at the heart<br>11  contracting to see how strong the heart is.  And<br>12  that's the procedure I did.<br>13     Q.    And why would you do that with a patient,<br>14  with a cardiology patient?<br>15     A.    You want to see -- it gives you<br>16  additional information.  It gives you how --<br>17  information on how strong the heart is, what the<br>18  patient's risk factor for surgery is, if it's<br>19  extremely weak or if it's strong.  It also gives you<br>20  information on if -- if you see part of the heart<br>21  that's not moving at all, dysfunctional, you may<br>22  suspect that this muscle is -- is either stunned or<br>23  infarcted.  But if the heart muscle moves fairly<br>24  well, then you would know that if you -- even if the<br>25  vessel may be totally blocked off, if you bypass it,<br>page 25<br>1  you've got a reasonable chance of keeping the<br>2  function.<br>3     Q.    In a 40 to 50-year-old male or any<br>4  person, what would be a normal ejection fraction?<br>5     A.    55 percent or greater.<br>6     Q.    And can you explain to the jury what we<br>7  mean by "ejection fraction"?<br>8     A.    We look at the percent of the blood<br>9  that's ejected from the heart with each beat.  So<br>10  typically what's done -- and this is a two-chamber --<br>11  it's a two-plane test.  We're looking at it like a<br>12  piece of paper.  We only see one plane here.  We<br>13  trace the heart when it's relaxed, and then you trace<br>14  it again when it's contracted, and you look at the<br>15  difference in size.  And it will give you the percent<br>16  change in the size of the heart when you eject fluid<br>17  into the main pumping chamber of the heart.  The<br>18  pumping chamber is outlined with contrast, with dye.<br>19  Everything else is light, so you're looking at the<br>20  difference in area between a fully-rested and a<br>21  fully-contracted heart, and it gives you an<br>22  indication of how strong the heart is, how much of<br>23  the area -- how much of the blood was pumped out.<br>24     Q.    And -- and is this an important factor<br>25  for the physicians in determining future care for a<br>page 26<br>1  patient?<br>2     A.    Yes, sir.<br>3     Q.    And why is that?<br>4     A.    If you make a decision on how to treat<br>5  the patient, what medicines are going to be needed in<br>6  the future, based on the strength of the heart, if<br>7  the heart is extremely weak and stays weak, you need | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 8  to put a defibrillator in.  There's data showing that<br>9  when the heart pumps out less than 35 percent of its<br>10  volume in each beat in someone who has a blockage,<br>11  that these people benefit by having a special device<br>12  placed in the heart called a defibrillator, which if<br>13  your heart -- you're at more risk for a sudden<br>14  cardiac death or dying suddenly.  By placing a<br>15  defibrillator in the heart, that reduces the risk of<br>16  sudden death in these patients, so that gives us<br>17  another piece of information for that.  It tells the<br>18  surgeons what the mortality -- what the chance of<br>19  dying or having a problem from bypass surgery is.  If<br>20  the heart is very weak, the risk goes up.  If the<br>21  heart's strong, the risk is less during their bypass<br>22  surgery.  Same thing holds true for angioplasty.<br>23     Q.     So the higher the number, the better?<br>24     A.     Yes, sir.<br>25     Q.     And you mentioned -- what did you say the<br>page 27<br>1  normal was?<br>2     A.     55 percent or greater.<br>3     Q.     If a patient comes to you that has not<br>4  had a heart attack and is just asked -- you decided<br>5  that they need some type of diagnostic procedure like<br>6  this cardiac catheterization, if you found them to<br>7  have a -- an ejection fraction of a 55 to 60 percent,<br>8  would you consider that a good thing?<br>9     A.     Yes, sir.<br>10     Q.     Even with somebody that hasn't had a<br>11  heart attack?<br>12     A.     Yes, sir.<br>13     Q.     And why is that?<br>14     A.     Typically, the weaker the heart, the more<br>15  chance of developing symptoms.  If your ejection<br>16  fraction -- if your heart is pumping less than 40<br>17  percent, you're at risk for dying suddenly down the<br>18  road.  We now have medicines we can use to treat<br>19  people to improve the strength of the heart over<br>20  time.  If you see someone who walks into your office<br>21  -- and I presume this is your question -- who you did<br>22  an ultrasound of the heart and found the heart was<br>23  weak, you would want to find out why.  Is there<br>24  something you can do to improve the strength of the<br>25  heart, either medicine, angioplasty, valve surgery or<br>page 28<br>1  something along those lines.  Because you're going to<br>2  reduce not only the risk of dying suddenly, but you<br>3  will also reduce the risk of developing symptoms down<br>4  the road.  Many people have no symptoms and have a<br>5  weak heart and will develop symptoms subsequently.<br>6  So you can avoid that and avoid people developing<br>7  heart failure.  You can also avoid people needing | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 8  subsequent hospitalizations. | |
| 9     Q.    And if somebody has a good ejection<br>10 fraction or a good pumping heart, you know, 55 to 60<br>11 percent upon the testing, does that -- is that a good<br>12 prognosis indicator for them?<br>13    A.    Based on that one test, yes.<br><br><br>[28:24] - [33:3] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 28 | Pl.'s Obj.:  R.611 - Leading. |
| 24    Q.    Okay. Kind of going down a -- a side<br>25 trail here.  Let me kind of get back. | Pl's Obj.:  Delete sidebar. |
| page 29<br>1      We talked a little bit before about the<br>2 development of atherosclerosis over years and the<br>3 most common cause of heart attack being plaque<br>4 rupture of that atherosclerosis; do you recall that?<br>5    A.    Yes, sir.<br>6     Q.    Was -- back when you -- what year did you<br>7 first start practicing medicine?<br>8    A.    19 -- I finished my angioplasty<br>9 fellowship, my interventional cardiology fellowship,<br>10 in June 30th of '96, so I started in July of '96.<br>11    Q.    Okay. Back in July of '96, was that the<br>12 most common cause of a heart attack?<br>13    A.    Yes, sir.<br>14    Q.    And today, sitting here in 2006, is it<br>15 still the most common cause of a heart attack?<br>16    A.    Yes, sir. | |
| 17    Q.    Even with all the advances in medicine,<br>18 is it still very difficult to predict who's going to<br>19 have a heart attack and when?<br>20    A.    Yes, sir.<br>21    Q.    You mentioned for a minute that different<br>22 levels of atherosclerosis sometimes are not a clear<br>23 indicator to cardiologists who's going to have a<br>24 heart attack and when; is that fair?<br>25    A.    Yes, sir.<br>page 30<br>1    Q.    So even people with very advanced versus<br>2 people with very small -- much smaller areas of<br>3 atherosclerosis can both have a significant risk of a<br>4 plaque rupture and a thrombus?<br>5    A.    Yes, sir.<br>6    Q.    Now, when somebody -- when a person<br>7 begins to develop atherosclerosis in their -- around<br>8 their heart, the vasculature of their heart, are<br>9 there certain things that can speed up the<br>10 progression of the development of that? | Pl's Obj.:  R.611- all questions<br>are leading. |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 11   A.   Yes, sir. | |
| 12   Q.   And those are known as risk factors? | |
| 13   A.   Yes, sir. | |
| 14   Q.   Now, there's some that we cannot control? | |
| 15   A.   Yes. | |
| 16   Q.   Like your age? | |
| 17   A.   Correct. | |
| 18   Q.   As we get older, we develop more | |
| 19 atherosclerosis? | |
| 20   A.   Yes. | |
| 21   Q.   We also cannot control family history? | |
| 22   A.   Correct. | |
| 23   Q.   Can you explain to the jury, what does | |
| 24 cardiovascular family history mean to a cardiologist | |
| 25 such as yourself? | |
| page 31 | |
| 1   A.   Typically, when we interview patients, we | |
| 2 ask them if there's anybody in their family that has | |
| 3 had either a heart attack, bypass surgery, | |
| 4 angioplasty.  Especially at a young age, someone who | |
| 5 has coronary disease in their 30s, 40s, maybe early | |
| 6 50s, they're at an increased risk for developing it | |
| 7 themselves if a first-degree relative has had this. | |
| 8 If their father had it or if their brother had it, | |
| 9 there might be a significantly increased risk of | |
| 10 developing it. | |
| 11   Q.   Does it matter whether it's on the | |
| 12 maternal or the paternal side? | |
| 13   A.   No, sir. | |
| 14   Q.   And is it a -- if someone in your family | |
| 15 had -- in your close family has had severe | |
| 16 cardiovascular disease, does that increase the risk | |
| 17 for you? | |
| 18   A.   Yes. | |
| 19   Q.   And is that -- can that be a significant | |
| 20 increase in risk? | |
| 21   A.   Yes, sir. | |
| 22   Q.   Is that why y'all ask about family | |
| 23 history? | |
| 24   A.   Yes. | |
| 25   Q.   And once you know about family history, | |
| page 32 | |
| 1 what does that cause you as a cardiologist to do, if | |
| 2 it's a positive family history? | |
| 3   A.   We tend to screen patients.  We will look | |
| 4 for cholesterol, blood pressure levels.  We may be | |
| 5 more aggressive in treating the cholesterol in | |
| 6 someone with a strong family history who has other | |
| 7 risk factors than someone who has no family history. | |
| 8   Q.   So if they have a family history, they're | |
| 9 already at an increased risk? | |
| 10   A.   Yes, sir. | |

Dedrick v. Merck Co., Inc.
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 11   Q.   Now, there's certain risk factors that<br>12 are -- that are controllable?<br>13   A.   Yes.<br>14   Q.   I guess the most obvious example is<br>15 smoking?<br>16   A.   Uh-huh.<br>17   Q.   True?<br>18   A.   Yes, sir.<br>19   Q.   Can -- can you explain to the jury how<br>20 significant smoking is with regard to the development<br>21 of cardiovascular disease?<br>22   A.   It's a very strong particular -- it's a<br>23 very strong increase in risk of developing<br>24 cardiovascular disease.  It affects the blockages<br>25 that you get.  It can cause inflammation.  It can<br>page 33<br>1 cause spasm of blood vessels.  It can accelerate,<br>2 increase the speed of development of blockages in --<br>3 in your heart.<br><br><br>[33:14] - [34:1] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 33<br>14      How do you rate smoking in terms of its<br>15 impact on cardiovascular health?<br>16   A.   I -- I think it's one of the most<br>17 important risk factors. | |
| 18   Q.   Can it be a strong predictor of somebody<br>19 at increased risk of cardiovascular disease?<br>20   A.   I think it's -- I don't know if it's a<br>21 predictor that you're at risk.  It's -- it's a risk<br>22 factor.  If -- I don't know specifically if it<br>23 predicts you will develop coronary disease.  I don't<br>24 fully understand -- you would tend to look at it as a<br>25 risk factor.  If you smoke, you're at increased risk<br>page 34<br>1 over someone who does not smoke. | **Pl's Obj.:** R.611 - improper leading question. |

[34:6] - [41:3] 10/24/2006 Koenig, Mark 9-12-2006

* Defendant's Affirmative Depo Designations

page 34
6   Q.   If somebody smokes two cigarettes a day
7 for a couple of years versus somebody that smokes
8 maybe a couple of packs a day for 30 years, is there
9 a difference in how that impacts their cardiovascular
10 health?

Dedrick v. Merck Co., Inc.
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 11   A.   I believe so.  I believe that the more<br>12  you smoke, the higher your chance.  But I don't<br>13  believe it's a -- I don't know if it's a linear<br>14  relationship.  There's -- there's a level where it's<br>15  more significant than others, but even -- once you<br>16  have coronary disease, two cigarettes a day is a huge<br>17  increased risk over no cigarettes a day.  And going<br>18  up from two to a pack may not be as big an increase.<br>19  It's -- it's initial smoking once you have known<br>20  coronary disease. | |
| 21   Q.   And in terms of when you have coronary<br>22  disease -- in other words, some of this<br>23  atherosclerosis significantly developing in your<br>24  cardiovascular system -- how is it that smoking<br>25  impacts that?  Just so the jury understands, what<br>page 35<br>1  does it do to be a -- to cause you to be at risk?<br>2   A.   Smoking is associated with several<br>3  different -- different mechanisms of metabolism of<br>4  your blood vessels.  Smoking can cause the plaque to<br>5  develop.  It can cause it to develop faster.  It can<br>6  cause the plaque to -- it may be associated with<br>7  plaque rupture, instability of the plaque.  It can<br>8  cause spasm of the blood vessels as well which can<br>9  shut off the blood vessel.  So it would put you at an<br>10  increased risk for not just developing the coronary<br>11  disease, but also the development of myocardial<br>12  infarction, of a heart attack. | **Pl's Obj.:**  Asked and<br>answered. |
| 13   Q.   Now, if somebody has smoked, you know, at<br>14  least a pack or more a day for 30 years of cigarettes<br>15  and they develop coronary artery disease, significant<br>16  coronary artery disease, would -- would you have an<br>17  opinion as to whether that cigarette smoking<br>18  contributed to that disease?<br>19   A.   Yes.<br>20   Q.   And what would that opinion be?<br>21   A.   It contributed to the coronary artery<br>22  disease. | |
| 23   Q.   If -- if that person not only develops<br>24  significant blockages in their arteries, but also has<br>25  a heart attack with plaque rupture and a blood clot<br>page 36<br>1  forming, could the smoking be a cause of that?<br>2   A.   Absolutely.<br>3   Q.   In addition to smoking, you mentioned<br>4  very briefly another risk factor is high blood<br>5  pressure?<br>6   A.   Yes, sir.<br>7   Q.   And how can that contribute to<br>8  cardiovascular disease and heart attacks?<br>9   A.   Similarly, high blood pressure can affect<br>10  -- can increase the development of blockages    in | **Pl's Obj.:**  R.611 - leading<br>question. |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 11 the arteries of your heart, is one thing it can do. | |
| 12 It can also cause sheer stress, or it can cause | |
| 13 lifting of a -- we talked about the soft plaque | |
| 14 having a cap over the top.  High blood pressure, we | |
| 15 think, may predispose that plaque to becoming | |
| 16 unstable, maybe to exposing the inside of the -- of | |
| 17 the tissue inside the blood vessel.  And that may | |
| 18 cause you to have a heart attack.  It's people who | |
| 19 develop heart attack or increased angina symptoms | |
| 20 when the blood pressure is very high.  So that -- | |
| 21 that's also an independent risk factor if not only | |
| 22 for development of blockage, but also for a heart | |
| 23 attack itself. | |
| 24    Q.    So can hypertension -- does that -- do | |
| 25 you consider that a significant risk factor? | |
| page 37 | |
| 1    A.    Yes, sir. | |
| 2    Q.    And that high -- high blood pressure can | |
| 3 result in not only the development of the blockages, | |
| 4 but also this plaque rupture? | |
| 5    A.    Yes, sir. | |
| 6    Q.    And that's through the stress it puts on | |
| 7 the vessel walls? | |
| 8    A.    That's one mechanism. | |
| 9    Q.    I know there are a number -- many other | |
| 10 risk factors out there, but I just want to touch on a | |
| 11 couple of others for the benefit of the jury. | |
| 12        Hyperlipedemia or dyslipidemia is a term | |
| 13 you hear a lot. | |
| 14    A.    Yes, sir. | |
| 15    Q.    And I know it has to do with the | |
| 16 different types of cholesterol and the levels and | |
| 17 maybe triglycerides.  Can you explain to the jury, if | |
| 18 somebody has a hyperlipedemia or dyslipidemia, what | |
| 19 that means? | |
| 20    A.    Typically, the main cholesterol means -- | |
| 21 the main sets of cholesterol that we look at are good | |
| 22 cholesterol, which is HDL cholesterol, and bad | |
| 23 cholesterol, which is LDL cholesterol, and | |
| 24 triglycerides.  And there's other subsets of that and | |
| 25 other cholesterols in there as well.  But just to | |
| page 38 | |
| 1 concentrate on those three, dyslipidemia is either a | |
| 2 low good cholesterol, a high triglyceride, a high bad | |
| 3 -- high LDL, or bad cholesterol, or variations | |
| 4 thereof. | |
| 5        Hyperlipedemia is just an increased | |
| 6 cholesterol.  They're both -- they're both risk | |
| 7 factors, either dyslipidemia or hyperlipedemia. | |
| 8    Q.    If somebody has one of these risk | |
| 9 factors, does that increase their risk of a heart | |
| 10 attack? | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 11    A.    Yes, sir.<br>12    Q.    And the development of this plaque?<br>13    A.    Yes, sir.<br>14    Q.    Physical inactivity, not getting<br>15 exercise; it's very commonly known that's not good<br>16 for your heart?<br>17    A.    Correct.<br>18    Q.    Is that a risk factor?<br>19    A.    It's a risk factor.<br>20    Q.    What about obesity or excess weight?<br>21    A.    It's a risk factor as well.<br>22    Q.    Diabetes, is that a risk factor?<br>23    A.    Yes.<br>24    Q.    And is that a significant risk factor?<br>25    A.    Yes.<br>page 39<br>1    Q.    I know -- I don't want to try and get you<br>2 to rank the risk factors, but it's up there near the<br>3 top of the list, is it not?<br>4    A.    Yes, sir.<br>5    Q.    And can you explain to the jury how<br>6 diabetes is a significant risk factor for<br>7 cardiovascular disease?<br>8    A.    There are multiple ways, but diabetes<br>9 itself will cause blockages in your blood vessels,<br>10 like high triglycerides or like high blood pressure,<br>11 smoking.  But diabetes tend to -- in some patients,<br>12 in a large amount of patients, especially older<br>13 patients, we see diffuse blockages.  And sometimes<br>14 when we do arteriograms or cardiac catheterizations,<br>15 we can look at the arteriogram sometimes, not always,<br>16 and tell, this looks like a diabetic vessel.  It's<br>17 diffuse -- very small, diffusely diseased throughout<br>18 the entire blood vessel.  A lot of times in the<br>19 terminal branches of the blood vessel, the diabetes<br>20 can cause diffuse blockages in patients with coronary<br>21 disease.  So that's -- that's a risk factor itself,<br>22 plus  diabetes also affects your lipid status.<br>23 Sometimes it goes hand-in-hand.  People who have<br>24 diabetes may have a low HDL and a high triglycerides<br>25 pattern and maybe with that as well, high LDL.  So it<br>page 40<br>1 goes hand-in-hand, diabetes and what we refer to as<br>2 dyslipidemia.<br>3    Q.    And are -- you know, it's my<br>4 understanding that the number one cause of death for<br>5 diabetics is heart disease?<br>6    A.    Yes, sir.<br>7    Q.    Do you agree with that?<br>8    A.    Yes, sir.<br>9    Q.    Do you -- do you use Braunwald's?<br>10    A.    Have I looked in it before in my life? | |

### Dedrick v. Merck Co., Inc.
### Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 11 Yes.<br>12  Q.   Is it a -- a reliable reference source<br>13 for cardiology?<br>14  A.   It's fairly reliable, but by the time<br>15 it's published, it's usually outdated. | |
| 16  Q.   The CME that you attend stays up-to-date?<br>17  A.   Yes, it does.<br>18  Q.   And the Journal articles seem to follow?<br>19  A.   Yes.  And the American College of<br>20 Cardiology also has review courses, review CDs,<br>21 things online on the web that is probably a little --<br>22 in my opinion -- just my opinion -- a little more<br>23 up-to-date than Braunwald. | Pl's Obj.:  R. 401, R. 402. |
| 24  Q.   One thing I was just glancing at in<br>25 Braunwald's and saw in there a note that mentioned<br>page 41<br>1 that patients with diabetes have two to eightfold<br>2 higher rates of future cardiovascular events as<br>3 opposed to non -- nondiabetics.<br><br><br>[41:5] - [41:16] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 41<br>5  A.   Yes, sir.<br>6  Q.   Is that a statistic you're familiar with?<br>7  A.   Yes, sir.<br>8  Q.   What would you say the risk would be to a<br>9 -- a diabetic patient of developing cardiovascular<br>10 disease as opposed to a nondiabetic?<br>11  A.   I -- I don't know how to answer that<br>12 question.  I would just say I agree that it's<br>13 increased percent, but I can't give you a percentage. | |
| 14  Q.   Does the data -- does the two to<br>15 eightfold higher rates in Braunwald's seem consistent<br>16 with your understanding?<br><br><br>[41:20] - [42:1] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 41 | Pl.'s Obj.:  R. 611. Leading. |
| 20  A.   Yes, sir. | Pl's Obj.:  Same. |
| 21  Q.   A couple of other things I wanted to<br>22 mention about the development of cardiovascular<br>23 disease and -- and indicators of that.  A couple<br>24 things that I -- articles I've read have indicated<br>25 that erectile dysfunction can be an indicator of<br>page 42 | Pl's Obj.:  R.611.  Leading.<br>R.401, R.402 -- evidence<br>related to erectile dsyfunction<br>is not relevant to the issues<br>in this case.  Subject of MIL. |

## Dedrick v. Merck Co., Inc.
## Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 1  cardiovascular disease.  Are you familiar with that?<br><br><br>[42:5] - [42:18] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 42 | |
| 5     A.     Yes, sir. | PI's Obj.:  Same. |
| 6     Q.     And why -- why is it that it can be an<br>7  indicator?<br>8     A.     It has to do with atherosclerosis.  And<br>9  just the same as patients that have -- have pain in<br>10  their legs when they walk, may have blockage in their<br>11  legs, the circulation to your genitalia does come<br>12  from blood vessels, and blockage in those blood<br>13  vessels will inhibit blood flow to your genitalia,<br>14  which can cause erectile dysfunction.  There also may<br>15  be other factors:  Macrovascular disease, small tiny<br>16  blood vessels.  And I don't know that data quite as<br>17  well, but that is a -- a possibility.  That's one of<br>18  many, many other causes.<br><br><br>[42:24] - [43:13] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 42<br>24     Q.     What about stress?  Is that a -- a risk<br>25  factor?<br>page 43<br>1     A.     We believe so, yes, sir.<br>2     Q.     And why is that?<br>3     A.     People that are in distress, as people<br>4  that are depressed as well, have a higher incidence<br>5  of myocardial infarction, heart attacks, and possibly<br>6  higher development of atherosclerosis.  We don't<br>7  fully understand the reasons.  There's -- there's<br>8  chemical reasons.  It may -- stress may affect your<br>9  blood pressure.  It may affect your handling of<br>10  lipids.  It affects certain hormones, certain stress<br>11  hormones, cortisol, as well, which can predispose you<br>12  to development of blockages from these hormones when<br>13  they're out of balance.  We think stress can do that.<br><br><br>[43:19] - [44:10] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations | PI's Obj.:  R.611.  Leading.<br>R.401, R.402 -- evidence<br>related to erectile dysfunction<br>is not relevant to the issues<br>in this case.  Subject of MIL. |
| page 43 | PI's Obj.:  R.401, R.402. |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 19   Q.    Let me -- I want to turn to your medical<br>20  records for Mr. Dedrick, and I have some of the pages<br>21  copied here since you didn't have so many.  But let<br>22  me mark as Exhibit 2 a copy of the admission history<br>23  and physical at St. Thomas Hospital.  Do you have<br>24  that in your records?<br>25   A.    Yes, sir. | |

page 44
1         (Defendant's Exhibit Number 2
2         was marked for identification.)
3   Q.    And I'll set it there.  You may not need
4  it if you have it there in front of you, but I'll
5  just mark it as Exhibit 2 for reference purposes.
6         And before we get into this document too
7  much, who referred Mr. Dedrick to you, as best you
8  recall?
9   A.    Dr. McPherson sent him up for a cardiac
10  catheterization.


[44:20] - [46:3] 10/24/2006 Koenig, Mark 9-12-2006

* Defendant's Affirmative Depo Designations

page 44
20   Q.    Can you explain to the jury your -- y'all
21  have a pretty big cardiology group here, and there's
22  some other cardiologist groups, are there not?
23   A.    Yes, sir.
24   Q.    And do y'all all work together?
25   A.    All of us within our group or other --
page 45
1  all the different groups?
2   Q.    Within your group.
3   A.    Yes, we do.
4   Q.    I notice that Dr. McPherson is seen in
5  the records, and you are seen in the records, as well
6  as a Dr. Coltharp?
7   A.    He's not in our group.
8   Q.    Right.  He is in another group?
9   A.    Yes.
10   Q.    And he did the bypass surgery?
11   A.    Yes, sir.
12   Q.    Can you explain how y'all all work
13  together generally in a case like this?
14   A.    Typically, from my -- I don't know much
15  about this gentleman particularly.  But he came in
16  with a myocardial infarction, was treated at the
17  outlying hospital.  Dr. McPherson admitted him to the
18  hospital here and transferred here.  Did the initial
19  -- put him on whatever medicines he was on and then
20  sent him up for a cardiac catheterization.  And they

## Dedrick v. Merck Co., Inc.
## Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 21  typically get put on the list, and we each have so<br>22  many patients that day in the catheterization suite.<br>23  He was on my list.  I did his arteriogram.  I called<br>24  Dr. McPherson when I was done, and we discussed it.<br>25  He may or may not have looked at the arteriograms and<br>page 46<br>1  made the decision to refer him to surgery.  I can't<br>2  remember if Dr. McPherson or myself made the phone<br>3  call to the surgeons who reviewed the films.<br><br><br>[46:11] - [46:25] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 46<br>11   Q.    So Mr. Dedrick was treated by several<br>12  different cardiologists, all who specialize in the<br>13  areas in which they treated him?<br>14   A.    I do not know that.  I know that there is<br>15  two of us that treated him, two cardiologists:<br>16  Dr. McPherson and myself.  I do not know if other<br>17  cardiologists were involved.  Dr. Coltharp is a<br>18  cardiovascular surgeon.  He's a different specialty.<br>19  He does open-heart surgery.  He -- he saw -- and he<br>20  may have had people in his group as well who assisted<br>21  him.  So I -- I don't know that answer.<br>22   Q.    Okay.  But Mr. Dedrick was referred to<br>23  somebody that specializes in this type of<br>24  cardiovascular surgery?<br>25   A.    Yes, sir.<br><br><br>[47:19] - [52:1] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 47<br>19   Q.    On the first page of the admission<br>20  history and physical exam that we've marked as<br>21  Exhibit 2, I noted a couple of things.  It said that<br>22  he had multiple cardiac risk factors as well as the<br>23  fact that he had had an MI and treated with<br>24  thrombolytic therapy.<br>25   A.    Yes, sir.<br>page 48<br>1   Q.    What is that -- what is thrombolytic<br>2  therapy?<br>3   A.    Thrombolytic therapy is a blood clot<br>4  dissolving medicine we use to treat patients with<br>5  heart attacks.<br>6   Q.    And is the hope to open up the -- the | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 7 passageway for more blood to flow? | |
| 8   A.   Yes, sir. | |
| 9   Q.   Now, I notice in the admission, it said | |
| 10 that Mr. Dedrick was sent up from Waynesboro, | |
| 11 Tennessee. | |
| 12   A.   I see that. | |
| 13   Q.   And is that -- is that some distance away | |
| 14 from here? | |
| 15   A.   Yes, sir. | |
| 16   Q.   And it says on arrival here, he was | |
| 17 feeling much better with resolution of his chest | |
| 18 pain.  What does that indicate to you? | |
| 19   A.   Let me see that for a second.  That | |
| 20 either implies that the medicine opened up the blood | |
| 21 vessel or it didn't and the heart attack was -- was | |
| 22 completed to a point where his pain resolved. | |
| 23   Q.   It also goes on to say in that same | |
| 24 sentence that resolution -- "with resolution of his | |
| 25 chest pain and resolution of his ST segment elevation | |
| page 49 | |
| 1 on his EKG."  What does that mean about the ST | |
| 2 segment? | |
| 3   A.   When you have a heart attack, typically | |
| 4 you have a portion of your electrocardiogram which | |
| 5 looks like a bunch of lines and squiggles on a piece | |
| 6 of paper.  Part of it raises -- part of a -- the | |
| 7 squiggle goes up from the baseline, and that implies | |
| 8 a heart attack.  When you have resolution, when you | |
| 9 give the medicine, thrombolytic therapy, or whatever | |
| 10 you did to open up the blood vessel, whenever the | |
| 11 blood vessel is opened up, typically the ST segment | |
| 12 elevation will come down to baseline.  It will | |
| 13 improve.  It can also happen with resolution of the | |
| 14 heart attack.  It can do nothing over time. | |
| 15   Q.   Can thrombolytics help with that? | |
| 16   A.   Yes, sir. | |
| 17   Q.   Restoring blood flow to the heart? | |
| 18   A.   Yes, sir. | |
| 19   Q.   Can a heart be kind of stunned after a | |
| 20 heart attack? | |
| 21   A.   Yes, sir. | |
| 22   Q.   And I've -- I've seen the word | |
| 23 "reperfusion."  Does that mean blood flow getting | |
| 24 back to an area where it had been blocked? | |
| 25   A.   Yes, sir. | |
| page 50 | |
| 1   Q.   And can that -- can a heart improve once | |
| 2 it gets that blood flow? | |
| 3   A.   Yes. | |
| 4   Q.   Do y'all see that in patients? | |
| 5   A.   Yes. | |
| 6   Q.   Is that why therapy like that | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 7 thrombolytic therapy is given? | |
| 8    A.    Yes, sir. | |
| 9    Q.    The quicker the better? | |
| 10    A.    Yes. | |
| 11    Q.    On this history, I note then that it | |
| 12 talks about past medical history.  Do you see that? | |
| 13    A.    Yes, sir. | |
| 14    Q.    In terms of risk factors, what are the | |
| 15 risk factors you note there from that? | |
| 16    A.    Tobacco use, diabetes, hypertension, | |
| 17 hyperlipedemia.  And I don't know if rheumatoid | |
| 18 arthritis is -- is a risk factor at all in this | |
| 19 patient regarding this. | |
| 20    Q.    And down below at the bottom under | |
| 21 "Family History," what is denoted there? | |
| 22    A.    It says, "Younger brother has premature | |
| 23 coronary disease," which is blockage in the blood | |
| 24 vessel at a young age. | |
| 25    Q.    Now, the first one of these listed | |
| page 51 | |
| 1 tobacco use.  We've discussed your thoughts on the | |
| 2 significance of it as a risk factor? | |
| 3    A.    Yes, sir. | |
| 4    Q.    Assume with me that Mr. Dedrick was | **Pl.'s Obj.:**  R.611 - leading |
| 5 smoking one and a half to two packs of cigarettes a | questions. |
| 6 day for 20 to 30 years prior to this heart attack. | |
| 7 Could that have significantly contributed? | |
| 8    A.    Yes, sir. | |
| 9    Q.    Is it likely that it contributed? | |
| 10    A.    Yes, sir. | |
| 11    Q.    The next thing is diabetes.  Now, assume | |
| 12 with me that Mr. Dedrick had diabetes diagnosed for | |
| 13 some years before his heart attack and before you saw | |
| 14 him.  Okay? | |
| 15    A.    Okay. | |
| 16    Q.    I know we've discussed diabetes a little | |
| 17 bit earlier, but would you consider that a | |
| 18 contributing factor to his heart disease and heart | |
| 19 attack? | |
| 20    A.    Yes, sir. | |
| 21    Q.    Same thing with hypertension.  If Mr. -- | **Pl's Obj.:**  Assumes facts not |
| 22 assume with me, as you note in the history, that he | in evidence.  Lack of |
| 23 has hypertension, that he had had problems with blood | foundation. |
| 24 pressure control for some years.  Would you consider | |
| 25 that a factor in his cardiovascular disease and heart | |
| page 52 | |
| 1 attack? | |

[52:3] - [53:20] 10/24/2006 Koenig, Mark 9-12-2006

* Defendant's Affirmative Depo Designations

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| page 52 | |
| 3   A.    Yes, sir. | Pl's Obj.:  Same. |

4    Q.     Hypercholesterolemia, we discussed that a
5 little bit earlier, which is shown as part of his
6 medical history.  Do you have an opinion as to
7 whether that could be a contributing factor to his
8 heart disease?
9   A.    Yes.
10   Q.    And in what way would it be?
11    A.    It would increase his risk of coronary
12 disease.
13   Q.    Okay.  The other one here, the family
14 history you talked about earlier.  It says right
15 here, "Notable for a younger brother with premature
16 coronary artery disease"?
17    A.    Yes, sir.
18   Q.    I'm not sure if anything else is
19 mentioned here.  Would it make a difference in his
20 kind of risk profile whether there were other family
21 members that also suffered from severe cardiovascular
22 disease?
23    A.    I think if you've got a younger brother
24 with premature coronary artery disease, that's enough
25 of a risk factor, where if you have three or four
page 53
1 more -- I'm not sure how much more -- it may be a
2 little more -- may be a little additive.  But once
3 you have a younger brother with coronary disease,
4 that's pretty significant.
5   Q.    And we know this patient was 47 years
6 old?
7    A.    Yes, sir.
8   Q.    And what is significant about having a
9 younger brother with the disease in terms of your
10 cardiology assessment of a patient?
11    A.    We expect the patients to develop
12 coronary disease, everybody, when you get older to
13 some degree or another.  So if your father died of a
14 myocardial infarction, of a heart attack, when he was
15 82 years old, that's not really as strong a risk
16 factor as someone who has coronary disease and having
17 angioplasty bypass surgery or myocardial infarction
18 when you're in your 30s, 20s, or 40s. That's a --
19 that increases your risk significantly, as opposed to
20 someone who's 60 or 70.


[54:8] - [58:10] 10/24/2006 Koenig, Mark 9-12-2006

* Defendant's Affirmative Depo Designations

Dedrick v. Merck Co., Inc.
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| page 54<br>8    Q.    And it talks about next the 12-lead EKG?<br>9    A.    Yes, sir.<br>10    Q.    And it talks about it being markedly<br>11 improved.  What does that mean?<br>12    A.    It means that --<br>13    Q.    Would that be from the initial one, when<br>14 he came in?<br>15    A.    Right, from a prior EKG, correct.<br>16    Q.    And what would that indicate to you,<br>17 without knowing the specifics of what the improvement<br>18 was?<br>19    A.    That probably the medicine that they gave<br>20 helped in improving the blood -- in opening up the<br>21 blood vessel.<br>22    Q.    And does that help the heart recover<br>23 function?<br>24    A.    Yes, sir.<br>25    Q.    And down there under "Plan," it talks<br>page 55<br>1 about some things that Dr. McPherson was planning to<br>2 do.  And one of them, he says that he'll get an echo<br>3 in the morning and a cardiac catheterization within<br>4 the next few days.<br>5    A.    Yes, sir.<br>6    Q.    And that's where you came in?<br>7    A.    Yes, sir.<br>8    Q.    Okay.  Well, that's what I want to turn<br>9 to, then, your cardiac cath report.<br>10         Now, one question I had is, sometimes<br>11 when a patient comes in having an acute MI, are they<br>12 cathed very quickly?<br>13    A.    It depends.<br>14    Q.    This one was, I guess, a couple days<br>15 later --<br>16    A.    Yes, sir.<br>17    Q.    -- that he was cathed?  Can you explain<br>18 to the jury why that would be in -- in a case like<br>19 this?<br>20    A.    When you present to the hospital with a<br>21 heart attack, our goal is to open up the blood vessel<br>22 as soon as possible.  We typically have a thing<br>23 called a door-to-balloon time.  We try to get the<br>24 blood vessel open within an hour and a half of the<br>25 time that they present to the emergency room with<br>page 56<br>1 chest pain.<br>2    Q.    Is that a -- is that something you had<br>3 with your group, or is that kind of --<br>4    A.    National.  That's pretty much national<br>5 standards.<br>6    Q.    Okay. | |

## Dedrick v. Merck Co., Inc.
## Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections
## Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 7     A.    If it's going to be more than an hour and<br>8  a half from the time you do the arteriogram -- from<br>9  the time the patient arrives in the emergency room<br>10 until the time you do connection -- do the -- get the<br>11 patient to the catheterization lab after the<br>12 emergency room work is complete, do the arteriogram,<br>13 find the blockage, get the medicines into the<br>14 patient, get them wired past the blockage, and use<br>15 the balloon to open up the blood vessel.  That whole<br>16 sequence has to be within 90 minutes.  That's what we<br>17 strive for.  If we think it's going to be longer than<br>18 that, we tend to use thrombolytic therapy.<br>19          So, for example, this gentleman was a<br>20 long ways away.  We knew that there's no way he could<br>21 be flown or -- from where he was in Waynesboro up to<br>22 here, which is an hour and a half.  We tend to give<br>23 thrombolytic therapy.  That's pretty much what most<br>24 cardiologists do in this country.  We give medicines<br>25 to open up the blood vessel.  And, typically, once<br>page 57<br>1  you've opened up the blood vessel, if we think that<br>2  the patient is still have having a heart attack, if<br>3  the EKG has -- still has ST elevation and or it does<br>4  not look any better and the patient is having chest<br>5  pain or the patient is very unstable with blood or<br>6  fluid  in their lungs or something else is going on,<br>7  heart  rhythm problems, we then take them to the<br>8  catheterization lab emergently.  If they're stable<br>9  and it looks like the medicine worked, we like to<br>10 wait at least a day, maybe more, to wait for the<br>11 medicine to wear off.  Typically, the thrombolytic<br>12 therapy has a half life.  Within 12 to 24 hours, it's<br>13 still around, it still is dissolving the clot, has<br>14 worked at dissolving our clot.  Once the clot is<br>15 dissolved, a blood thinner called heparin, which, I<br>16 believe, he was on, is maintained, and that helps<br>17 keep the blood vessel open.<br>18          If you do an arteriogram on someone who<br>19 has just gotten this medicine, like in this case, of<br>20 thrombolytic therapy, the risk of bleeding from a<br>21 puncture site in the leg is higher, and they can have<br>22 more complications.  You may need transfusions or<br>23 need emergent surgery to fix the -- repair the damage<br>24 you may have done going in.  So, typically, we like<br>25 to wait for a day, and for other factors, he may have<br>page 58<br>1  waited a second day.<br>2    Q.    And he seemed to be stable?<br>3    A.    Yes, sir. | |
| 4          (Defendant's Exhibit Number 3<br>5            was marked for identification.)<br>6    Q.    Well, let me hand you what is marked as | **Pl's Obj.:**  Cumulative.<br>Document introduced twice. |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 7 Exhibit 3, which you can certainly refer to the one<br>8 in your records, which is a copy of your -- it's<br>9 supposed to be a copy of your cardiac cath report.<br>10   A.   I believe I have it here, sir. | |

[58:21] - [64:7] 10/24/2006 Koenig, Mark 9-12-2006

* Defendant's Affirmative Depo Designations

page 58
21   Q.   Is this -- what I've marked as Exhibit 3
22 and there in your records, is that your report?
23   A.   Yes, sir.
24   Q.   And does that reflect your findings from
25 -- you know, what you did and your findings from the
page 59
1 cardiac cath procedure?
2   A.   Yes, sir.
3   Q.   And this is dated January 10th, 2003?
4   A.   Yes, sir.
5   Q.   At the top, it talks about the procedures
6 performed.
7   A.   Yes, sir.
8   Q.   And I note it shows actually four
9 procedures in -- in addition to him being sedated.
10 Can you just tell the jury what each one of those is
11 and what its purpose is?
12   A.   When we perform a -- what people will
13 refer to as a heart catheterization, a cardiac
14 catheterization, an angiogram of the heart, it has
15 several components, one is -- which is not listed, is
16 access, putting a tube into the leg.  After that, we
17 put a tube -- and there's different orders you can do
18 this in.  What I did is put a tube into the blood
19 vessel, into the blood vessel of the heart, and we
20 inject the fluid with iodine.  That outlines the
21 blood vessels.  That is called coronary angiography,
22 where you're doing an angiogram and doing an
23 arteriogram of outlining the blood vessels with dye.
24 And that is number three on my list down there.
25         Cardiac catheterization basically refers
page 60
1 to putting a tube into the main pumping chamber of
2 the heart and obtaining blood pressure measurements.
3 Left ventriculography is the part of the heart
4 catheterization that we inject dye into the tube into
5 the main pumping chamber of the heart.  That enables
6 us to take a look and see how strong the heart is at
7 that point in time.
8   Q.   And is that where you get the ejection
9 fraction?

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 10    A.    Yes, sir.<br>11    Q.    And is the left ventricular where the<br>12 main work of the heart is, the pumping?<br>13    A.    Yes, sir.<br>14    Q.    And so you looked -- you're going in to<br>15 look not only at whether he had blockages throughout<br>16 his heart in different areas, you're also looking to<br>17 see how strong was his heart following his heart<br>18 attack?<br>19    A.    Yes, sir.<br>20    Q.    And then I noticed one last thing you<br>21 were doing.  It had something to do with a -- with<br>22 bypass grafting?<br>23    A.    Yes.  We do an angiogram of the shoulder<br>24 arteries sometimes to see if there's blockages in the<br>25 shoulder artery.  There's a blood vessel called the<br>page 61<br>1 mammary artery that comes off your left and right<br>2 shoulder arteries that supplies blood to your chest<br>3 wall.  And the surgeons will typically use that blood<br>4 vessel, if they can, in bypass grafting because it<br>5 stays open.  Sometimes people take a look at the<br>6 subclavian artery to make sure there's no blockages<br>7 in it because it supplies blood to the mammary<br>8 artery.  And look at the mammary artery for size for<br>9 bypass grafting.<br>10    Q.    And you do this in patients where you<br>11 might be contemplating the best course of action is<br>12 bypass surgery?<br>13    A.    Yes.<br>14    Q.    Now, with -- with Mr. Dedrick -- and I<br>15 guess I'll just start in the order of what you found<br>16 in your report.  The report starts off, you know,<br>17 what your procedure was.  And that is the procedure<br>18 you used to do these different examination<br>19 determinations?<br>20    A.    Yes.<br>21    Q.    Now, you talked about the left<br>22 ventriculography, which is looking at the pumping<br>23 action of the left ventricle?<br>24    A.    Yes, sir.<br>25    Q.    And what did you find when you went in<br>page 62<br>1 there and assessed the strength of the heart?<br>2    A.    Overall, the bottom wall of the heart was<br>3 not moving very well.  It was barely moving to any<br>4 proportion, if not moving at all, based on my report.<br>5 Overall strength of the heart in this study was<br>6 fairly normal.<br>7    Q.    Okay.  Now, if you're trying -- if you're<br>8 trying to determine the strength of the heart and how<br>9 well it's working, is this a study you would do? | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 10    A.    You're asking what the best test for<br>11  looking at the strength of the heart is in general<br>12  after a heart attack, or is this a test I would do to<br>13  look at the strength of the heart?<br>14    Q.    Number one, is this -- is this a test you<br>15  would do to look at the strength of the heart?<br>16    A.    Yes, sir.<br>17    Q.    And is this a good diagnostic test to<br>18  help you make treatment decisions from?<br>19    A.    Yes, it's a good diagnostic test to help<br>20  make decisions.<br>21    Q.    And based upon the strength of the heart,<br>22  how well it's pumping, that impacts future course of<br>23  therapy?<br>24    A.    Yes.<br>25    Q.    And you're comfortable that this<br>page 63<br>1  procedure is one that you can use to make those<br>2  treatment decisions?<br>3    A.    In and of itself, in this case, yes.<br>4    Q.    Okay.  And I assume you knew when you did<br>5  it that others -- others that were caring for him<br>6  also would be relying upon that number?<br>7    A.    Relying on that number and other data.<br>8    Q.    Other data.  And I -- from there, you<br>9  looked at the coronary arteries?<br>10    A.    Yes, sir.<br>11    Q.    And kind of -- can you explain to the<br>12  jury what you found?  I think they're -- there are<br>13  four or five different arteries you looked at, or if<br>14  not more.<br>15    A.    Yes.  The heart has a main artery on the<br>16  left side and a main artery on the right side.  The<br>17  one on the left side bifurcates; it forks to give a<br>18  blood vessel that supplies the front of the heart and<br>19  then one that supplies blood behind the heart.  The<br>20  one on the right side supplies blood to the right<br>21  side of the heart to the right ventricle and<br>22  underneath the heart.  What I found was basically<br>23  blockages in all three blood vessels.<br>24    Q.    Would you conserve -- consider that, you<br>25  know, mild, moderate or significant cardiovascular<br>page 64<br>1  disease?<br>2    A.    I wouldn't consider it mild to moderate.<br>3  I would say severe three-vessel coronary disease.<br>4  "Severe" meaning that you have blockages of 70<br>5  percent of more in three blood vessels.  It's -- we<br>6  tend to refer to it as severe three-vessel coronary<br>7  disease. | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [64:18] - [65:1] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 64<br>18    Q.    Well, can you tell me from your report<br>19  what the blockages were, where they were, and how<br>20  significant they were?<br>21    A.    He has blockages in main vessels and what<br>22  appears to be branch vessels as well.  When the blood<br>23  vessel splits off, it may branch out to form another<br>24  vessel, and that vessel may branch as well.  He has<br>25  blockages in all the main branches and branch vessels<br>page 65<br>1  there.<br><br><br>[65:12] - [77:23] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 65<br>  BY MR. SKIDMORE:<br>12<br>    Q.    Doctor, let me hand you what's marked as<br>13<br>  Exhibit 4.  And that's probably in your records<br>14<br>  somewhere.  But it looks like some handwritten notes<br>15<br>  from the cardiac cath procedure?<br>16<br>    A.    Yes, sir.<br>17<br>    Q.    And does -- does this say anything<br>18<br>  different than your report says?<br>19<br>    A.    No.<br>20<br>    Q.    I noted on here that the very top item on<br>21<br>  there, in terms of the list, is the left ventricle?<br>22<br>    A.    Yes, sir.<br>23<br>    Q.    And you put 55 to 60.  Is that percent?<br>24<br>    A.    Yes, sir.<br>25<br>page 66<br>1  that a normal functioning heart in terms of pumping | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 2 action. | |
| 3    A.    Normal overall function of the heart. | |
| 4    Q.    In terms of a patient who's had an MI, | |
| 5 like Mr. Dedrick, is this the kind of number you hope | |
| 6 for when you go in there and look? | |
| 7    A.    Based on the number itself, yes. | |
| 8    Q.    Okay. But you mentioned that there is | |
| 9 some -- was some wall abnormality? | |
| 10    A.    Yes, sir. | |
| 11    Q.    And I assume that is a reflection of | |
| 12 damage from the heart attack itself? | |
| 13    A.    Or stunning, yes. | |
| 14    Q.    You mentioned before this concept of | PI's Obj.: R. 611 -- leading. |
| 15 stunning, and just so the jury understands, is -- is | |
| 16 that some impact to the heart that you see shortly | |
| 17 after a heart attack like this that can change over | |
| 18 time? | |
| 19    A.    Yes, sir. | |
| 20    Q.    And what -- can it improve? | |
| 21    A.    Yes, sir. | |
| 22    Q.    If you have a patient that's had a heart | |
| 23 attack, like Mr. Dedrick, and you get an ejection | |
| 24 fraction of 55 to 60 percent, do -- so long as they | |
| 25 continue to improve, do you go back in and check that | |
| page 67 | |
| 1 number again? | |
| 2    A.    Yes, sir. | |
| 3    Q.    And how often do you do that? | |
| 4    A.    Typically, in this situation, we would | |
| 5 probably wait a period of time after surgery. It | |
| 6 depends on the cardiologist. It depends on the | |
| 7 clinical condition. It depends upon if the patient | |
| 8 was getting back to work and needed data sooner. | |
| 9 Usually, between one and three months, we would | |
| 10 reassess the function of the heart. | |
| 11    Q.    Okay. Now, you mentioned earlier that | |
| 12 you do this check, this left ventricle, the ejection | |
| 13 fraction or EF, to determine if it's safe to proceed | |
| 14 with surgery, too. It's one of the things you do? | |
| 15    A.    Yes. It gives us the an idea of the risk | |
| 16 of surgery. | |
| 17    Q.    And did this give you an indication -- a | |
| 18 comfort zone that he was -- his heart was fine for | |
| 19 surgery? | |
| 20    A.    Yes, sir. | |
| 21    Q.    Did it give you some comfort that he has, | |
| 22 you know, fairly -- given his heart attack, fairly | |
| 23 well-preserved functionality of the heart? | |
| 24    A.    His overall systolic function, the amount | |
| 25 that's pumped out, is normal here. | |
| page 68 | |
| 1    Q.    And that -- that's a good thing? | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 2    A.    That's good, yes, sir. | |
| 3    Q.    And that -- does that help you in terms | |
| 4 of making a decision on future therapy and future | |
| 5 prognosis? | |
| 6    A.    It does. | |
| 7    Q.    Okay.  Does -- did this enable you to say | |
| 8 that he was a good candidate for bypass surgery? | |
| 9    A.    Yes, sir. | |
| 10    Q.    And did you make that recommendation? | |
| 11    A.    Yes, sir. | |
| 12    Q.    And going back to Exhibit 3 for a minute, | |
| 13 your cardiac cath report, I just -- kind of to | |
| 14 summarize, in the left descending, I noted anywhere | |
| 15 from a 40 percent to 75 percent stenosis on your | |
| 16 report? | |
| 17    A.    Yes, sir. | |
| 18    Q.    And does that -- when we say "stenosis," | |
| 19 do we mean blockage? | |
| 20    A.    Yes, sir. | |
| 21    Q.    Okay. And the next one is the LCX.  And | |
| 22 what is that? | |
| 23    A.    The circumflex artery.  It's the one that | |
| 24 goes behind the heart. | |
| 25    Q.    And I saw on that one different areas of | |
| page 69 | |
| 1  disease ranging from 50 to 80 percent? | |
| 2    A.    Yes, sir. | |
| 3    Q.    And that would be significant stenosis? | |
| 4    A.    Yes, sir. | |
| 5    Q.    Then in the right coronary artery, that | |
| 6  seems to be where he had the largest stenosis? | |
| 7    A.    Yes, sir. | |
| 8    Q.    And can you tell the jury how much | |
| 9 stenosis you saw there? | |
| 10    A.    The blood vessel had a 95 percent | |
| 11 blockage in the middle of the blood vessel. | |
| 12    Q.    And what was that due to?  What was the | |
| 13 cause of that? | |
| 14    A.    That was the blood clot, the heart | |
| 15 attack. | |
| 16    Q.    Was the actual stenosis itself in that | |
| 17 area, the atherosclerosis, 95 percent; or was that | |
| 18 the atherosclerosis, plus a blood clot? | |
| 19    A.    That's probably combined. | |
| 20    Q.    Okay. And so do you know how much | |
| 21 stenosis there was before they had -- he had plaque | |
| 22 rupture in that area? | |
| 23    A.    I do not know. | |
| 24    Q.    Is the probable cause of the blood clot | |
| 25 in that area a plaque rupture? | |
| page 70 | |
| 1    A.    Most likely. | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 2   Q.   And as you described earlier, is that one<br>3 of the most common ways heart attacks occur?<br>4   A.   Yes, sir.<br>5   Q.   So in a patient, if you just had one<br>6 blocked artery, whether it's Mr. Dedrick or someone<br>7 else, would you recommend something other than<br>8 bypass?<br>9   A.   Typically, we would recommend<br>10 angioplasty.<br>11   Q.   And is that where you talked about the<br>12 balloon or a stent?<br>13   A.   Yes, sir.<br>14   Q.   Where you go in and open that vessel up<br>15 and put something in there to keep it open?<br>16   A.   Yes, sir.<br>17   Q.   Okay. Now, the fact that he had disease<br>18 in -- did you say three --<br>19   A.   Yes, sir.<br>20   Q.   -- three of the main coronary arteries --<br>21   A.   Yes.<br>22   Q.   -- did that help you make a decision as<br>23 to what you were going to recommend?<br>24   A.   Yes, sir.<br>25   Q.   And can you explain that to the jury?<br>page 71<br>1   A.   When someone has significant disease in<br>2 more than one blood vessel, say 70 percent or more<br>3 multiple blood vessels, we tend to try and see the<br>4 best way to open up these blood vessels or to<br>5 revascularize, to restore blood flow to the heart. If<br>6 we feel all these blood vessels have significant<br>7 blockages in them, we try to make a decision on<br>8 whether or not to perform angioplasty or bypass<br>9 surgery. If they're very short focal blockages, we<br>10 could easily place stents into, we would do the blood<br>11 vessel that had the heart attack first, let the<br>12 patient go home. If these other blockages are not 90<br>13 percent, and bring them back in and do the other<br>14 blockages electively. But when you have multiple<br>15 blockages, we tend to say there's -- it would require<br>16 too many stents, and there's data that shows that<br>17 diabetics with multivessel coronary disease,<br>18 especially with some dysfunction of part of the<br>19 heart, maybe the best choice would be bypass surgery<br>20 for him. I think he had not focal blockages, but he<br>21 had many blockages. And I thought angioplasty was<br>22 probably not the best thing for him. | |
| 23   Q.   When you mentioned that he had -- didn't<br>24 just have focal blockages, he had many blockages --<br>25   A.   Yes, sir. | Pl.'s Obj.:  R.611 - leading. |
| page 72<br>1   Q.   In other words, in one vessel you might | |

## Dedrick v. Merck Co., Inc.
## Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections
### Exhibit "A"

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 2 have had a really big one, but were there others down<br>3 the line of the vessel?<br>4    A.    On the right side, there were. On the<br>5 left side, there were blockages in the branch<br>6 vessels.<br>7    Q.    Now, one other thing you did was you<br>8 determined whether he had a suitable --<br>9    A.    -- Mammary artery.<br>10    Q.    -- mammary artery, correct?<br>11    A.    Yes, sir.<br>12    Q.    And did he?<br>13    A.    Yes, sir.<br>14    Q.    Now, your impression on your report,<br>15 could you read that for the jury, please?<br>16    A.    Critical disease in the right coronary<br>17 artery with severe disease in both left anterior<br>18 descending artery and circumflex artery with normal<br>19 overall systolic function.<br>20    Q.    All right. When you say "normal overall<br>21 systolic function," are you referring to that<br>22 ejection fraction?<br>23    A.    Yes, sir.<br>24    Q.    And is ejection fraction, is that<br>25 measuring the systolic function?<br>page 73<br>1    A.    Yes, sir.<br>2    Q.    Then under the discussions, you talked --<br>3 generally what you've already told us, but you<br>4 mentioned he'd be best served by bypass grafting,<br>5 especially with his known diabetes. Does this have<br>6 to do with diabetics reblocking or blocking again?<br>7    A.    Yes, sir.<br>8    Q.    And is that kind of what we talked about<br>9 earlier, the risk of cardiovascular disease in<br>10 diabetics?<br>11    A.    Yes, sir.<br>12    Q.    So somebody with this severe disease in<br>13 so many different places and a diabetic, would you<br>14 typically recommend this bypass surgery?<br>15    A.    Usually.<br>16    Q.    Now, if a patient like Mr. Dedrick had<br>17 come to you, you know, a week earlier before he had<br>18 the heart attack and you had done a cath procedure<br>19 and found these blockages, would you have made the<br>20 same recommendation on bypass versus<br>21 revascularization?<br>22    A.    Typically, we perform cardiac<br>23 catheterization based on symptoms from a stress test,<br>24 so --<br>25    Q.    If you had done a stress test and he had<br>page 74<br>1 some abnormalities that suggested a cardiac cath and | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 2  you did a cardiac cath and found these type of<br>3  blockages, would you have made the same<br>4  recommendations, you believe?<br>5     A.     Yes, sir.<br>6     Q.     That it was best for him to have bypass<br>7  surgery?<br>8     A.     Yes, sir.<br>9     Q.     For -- if you had to go through and clear<br>10  out each vessel, you couldn't do that all at one time<br>11  with him, could you?<br>12     A.     No, sir.<br>13     Q.     Would it take multiple procedures?<br>14     A.     Yes, sir.<br>15     Q.     And was there a risk of those failing?<br>16     A.     Yes, sir.<br>17     Q.     You also mentioned -- okay.  I'm sorry.<br>18            With stents, when you put those stents in<br>19  to open up blood vessels --<br>20     A.     Yes, sir.<br>21     Q.     -- are -- is that an area where you have<br>22  a restenosis risk, or is that in other locations?<br>23     A.     Restenosis is the area that you put<br>24  stents in or dilate with a balloon.<br>25     Q.     Okay.<br>page 75<br>1     A.     So at that location.<br>2     Q.     So it would be at that location?<br>3     A.     Yes, sir.<br>4     Q.     And would it just form over the stent?<br>5     A.     Yes, sir.<br>6     Q.     And so based upon that you made the<br>7  recommendation, would it go back to Dr. McPherson or<br>8  to someone else about doing the bypass surgery?<br>9     A.     I discussed it with him from what I can<br>10  recall.<br>11     Q.     With Dr. McPherson?<br>12     A.     Yes, sir.<br>13     Q.     I know it's been a long time, so --<br>14     A.     Yes.<br>15     Q.     -- you may not remember the details well.<br>16  But was Dr. McPherson kind of the head cardiologist<br>17  for this patient?<br>18     A.     Yes, sir.<br>19     Q.     Okay.  And once you finished your cath,<br>20  you wrote a letter to Dr. Herrera?<br>21     A.     Yes, sir.<br>22     Q.     And you probably discussed this at some<br>23  point with Dr. McPherson?<br>24     A.     Yes, sir.<br>25     Q.     And is a letter to Dr. Herrera something<br>page 76<br>1  you would typically do -- | |

Dedrick v. Merck Co., Inc.
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 2   A.   Yes, sir.<br>3   Q.   -- when seeing somebody else's -- a<br>4 primary care's patient?<br>5   A.   Yes, sir.<br>6   Q.   I'm going to mark this letter as Exhibit<br>7 Number 5.<br>8         (Defendant's Exhibit Number 5<br>9         was marked for identification.)<br>10   Q.   And is that a copy of the letter you sent<br>11 to Dr. Herrera?<br>12   A.   Yes, sir.<br>13   Q.   And in it, I -- you essentially<br>14 summarized what -- what you had found in the cardiac<br>15 cath procedure?<br>16   A.   Yes.<br>17   Q.   And then recommended in here that he<br>18 undergo bypass grafting?<br>19   A.   Yes, sir.<br>20   Q.   Okay.  And do you recall if you ever had<br>21 any follow-up after that letter with regard to<br>22 Mr. Dedrick?<br>23   A.   No, sir. | |
| 24   Q.   Now, with a patient such as Mr. Dedrick,<br>25 once you recommend them for bypass grafting, if they<br>page 77<br>1 have a lot of risk factors like smoking,<br>2 hypertension, diabetes, hyperlipidemia, things of<br>3 those nature, are they still at risk for developing<br>4 more cardiovascular disease and blockages?<br>5   A.   Yes, sir. | **Pl's Obj.:** R. 611 -- leading. |
| 6   Q.   If you're treating the patient, if they<br>7 go in and have bypass surgery, what do you do then?<br>8 Do you try and treat their risk factors?<br>9   A.   Yes, sir.<br>10   Q.   And is that an important part of dealing<br>11 with your patients after they've had a heart attack?<br>12   A.   Yes, sir.<br>13   Q.   What are you trying to do?<br>14   A.   You're trying to reduce the risk of<br>15 sudden cardiac death, of people dying suddenly in the<br>16 future, trying to reduce the risk of a second<br>17 myocardial infarction and a second heart attack.<br>18 You're trying to modify the risk factors you're able<br>19 to modify. | |
| 20   Q.   It's my understanding that a large number<br>21 of cardiac deaths each year are in people who had no<br>22 idea they had cardiovascular disease.<br>23   A.   Yes, sir. | **Pl's Obj.:** R. 611 -- leading. |

[78:2] - [79:10] 10/24/2006 Koenig, Mark 9-12-2006

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| * Defendant's Affirmative Depo Designations<br><br>page 78<br>2        Can you explain to the jury, kind of,<br>3 what you understand as a cardiologist, from your<br>4 training, kind of, the number of percentages of<br>5 people that their first sign of cardiovascular<br>6 disease is -- is a heart attack and sometimes death?<br>7    A.    I don't remember those numbers exactly.<br>8 And it depends upon the age group.  A large<br>9 percentage of male haves their first heart attack,<br>10 may not have any symptoms at all.  Typically, you<br>11 could have a blood vessel that has a 30 percent<br>12 blockage in it, and you may not even know you had a<br>13 blockage in it.  And for whatever reason, it can<br>14 rupture and cause sudden death or cause a heart<br>15 attack without sudden death, and that's actually very<br>16 common.  I'm trying to remember the exact numbers.<br>17 And I don't recall them exactly, but I think a -- in<br>18 certain age groups of young males, 25 to 40 percent<br>19 of these males, the first sign of coronary disease<br>20 can be a heart attack or sudden death.<br>21    Q.    Does it frequently happen that people in<br>22 the age of 40 to 50 years old have a heart attack,<br>23 and that's their first knowledge they had<br>24 cardiovascular disease?<br>25    A.    Yes, sir.<br>page 79<br>1    Q.    In that group of people, do some of these<br>2 folks die before they can get intervention?<br>3    A.    Yes, sir.<br>4    Q.    If they survive their heart attack, you,<br>5 as the cardiologist, at that point, is that when you<br>6 go in and start dealing with what are their risk<br>7 factors?<br>8    A.    Typically, it's -- it's the cardiologist,<br>9 but some primary care physicians are aggressive in<br>10 managing it themselves.<br><br><br>[80:21] - [81:1] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 80 | |
| 21        From the beginning of the development of<br>22 atherosclerosis in someone's vessels like<br>23 Mr. Dedrick, until they have the -- until the time<br>24 that you see the blockages that you saw at the time<br>25 of his cardiac cath, just a rough estimate of years<br>page 81<br>1 that takes? | Pl's Obj.:  Lack of foundation.<br>R. 602. Speculation. |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| [81:3] - [85:1] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>Page 81 | |
| 3   A.    I'm going to -- you're asking me to<br>4  speculate.  Years.  It may take -- it may take a<br>5  decade, maybe more.  But I have no way of knowing in<br>6  this gentleman when it specifically started. | Pl's Obj.:  Same. |
| 7   Q.    Now, from when it started until it was to<br>8  the point where he had a heart attack from the<br>9  blockages you saw, one thing -- one major factor in<br>10  all that is the number of risk factors he has and<br>11  whether they're controlled or not?<br>12   A.    Yes, sir.<br>13   Q.    Now, from the medical history there, you<br>14  -- you have some familiarity with Mr. Dedrick's risk<br>15  factors?<br>16   A.    Yes, sir. | |
| 17   Q.    The ones we talked about before, I think,<br>18  from looking at your report, were the positive family<br>19  history in a younger brother?<br>20   A.    Yes.<br>21   Q.    Hypertension?<br>22   A.    Yes, sir.<br>23   Q.    Hyperlipidemia?<br>24   A.    Yes, sir.<br>25   Q.    Diabetes?<br>page 82<br>1   A.    Yes, sir.<br>2   Q.    Smoking?<br>3   A.    Yes, sir.<br>4   Q.    And were there any others?<br>5   A.    We've discussed tobacco use.<br>6   Q.    Right.<br>7   A.    You said diabetes, hypertension, and<br>8  hyperlipidemia with a younger brother, coronary<br>9  disease at a premature age. | Pl's Obj.:  Asked and answered. |
| 10   Q.    Assuming the history that -- that your<br>11  group was given on Mr. Dedrick was true, do you have<br>12  an opinion as to whether those risk factors caused<br>13  the progression, development and progression of<br>14  Mr. Dedrick's atherosclerosis?<br>15   A.    Yes, I -- I presume that those are the<br>16  typical risk factors we normally see in people that<br>17  start the initiation of blockages and cause them to<br>18  progress.<br>19   Q.    You mentioned -- we discussed earlier the<br>20  fact that most heart attacks are caused by where<br>21  someone's plaque breaks loose and a blood clot forms | |

Dedrick v. Merck Co., Inc.
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 22 over it? | |
| 23    A.    Yes, sir. | |
| 24    Q.    The risk factors that Mr. Dedrick has, | |
| 25  you mentioned at least two of those that are known to | |
| page 83 | |
| 1 cause or contribute to that type of plaque rupture; | |
| 2  do you recall that? | |
| 3    A.    Yes, sir. | |
| 4    Q.    And which ones are those? | |
| 5    A.    We discussed tobacco use and | |
| 6  hypertension.  But dyslipidemia may play a role as | |
| 7  well as diabetes. | |
| 8    Q.    And all of those risk factors that you | |
| 9  just discussed, can those cause a plaque rupture? | |
| 10    A.    They could -- they could -- they could | |
| 11  accelerate the risk of plaque rupture. | |
| 12    Q.    And can at least some of them, | |
| 13  hypertension and smoking, can that be a cause of the | |
| 14  plaque rupture itself? | |
| 15    A.    Yes, it can be associated with plaque | |
| 16  rupture, yes. | |
| 17    Q.    Now, based upon what you've seen in his | **Pl's Obj.:**  Lack of proper foundation.  Speculative. |
| 18  records as one of his treating physicians, do you | |
| 19  have an opinion as to what caused Mr. Dedrick's heart | |
| 20  attack? | |
| 21    A.    You were asking me to speculate on -- on | |
| 22  -- | |
| 23    Q.    No, I'm not asking you to speculate.  I'm | |
| 24  asking you -- you went in and looked at his heart, | |
| 25  did you not? | |
| page 84 | |
| 1    A.    Yes, sir. | |
| 2    Q.    Following a heart attack? | |
| 3    A.    Yes, sir. | |
| 4    Q.    And you saw a disease process, did you | |
| 5  not? | |
| 6    A.    Yes, sir. | |
| 7    Q.    And you also have been provided | |
| 8  information about his medical history? | |
| 9    A.    Yes, sir. | |
| 10    Q.    And some of that medical history is | |
| 11  significant in terms of cardiovascular disease? | |
| 12    A.    Yes, sir. | |
| 13    Q.    Based upon that information, every day | |
| 14  you have to make decisions about what causes people's | |
| 15  heart attacks and how to treat it? | |
| 16    A.    Yes, sir. | |
| 17    Q.    Based upon what you knew about | |
| 18  Mr. Dedrick, do you have an opinion as to what caused | |
| 19  his heart attack? | |
| 20    A.    We have the risk factors there.  We see a | |
| 21  ruptured plaque with a blood clot, blood vessel in | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 22 the coronary artery.  This is stuff we see pretty<br>23 much on a daily basis. | |
| 24   Q.    And based upon that, what would you say,<br>25 as one of the treating physicians, was the cause of<br>page 85<br>1 his heart attack?<br><br><br>[85:3] - [85:9] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 85<br>3   A.    He has a lot of risk factors for coronary<br>4 disease.  I can't tell you which one.  I think they<br>5 all contributed to -- to the plaque rupture.  And I<br>6 think every one of them was a contributing factor. | Pl's Obj.:  Lack of proper<br>foundation.  Speculative. |
| 7   Q.    Is -- based upon what you know about<br>8 Mr. Dedrick's history and what you saw in his heart,<br>9 is it any surprise he had a heart attack?<br><br><br>[85:11] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 85 | Pl's Obj.:  R.611 - leading. |
| 11   A.    No, sir.<br><br><br>[85:14] - [87:8] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 85<br>14        Is there anything about what you saw in<br>15 his heart that indicated to you that it was something<br>16 other than -- his heart attack was caused by<br>17 something other than the normal aging process and his<br>18 known risk factors?<br>19   A.    No, sir, not that I could tell.<br>20   Q.    Now, you did not make any conclusion back<br>21 then that Vioxx contributed in any way to his heart<br>22 attack, did you?<br>23   A.    I don't think I had any thought one way<br>24 or another.<br>25   Q.    And I assume you don't have any opinions<br>page 86<br>1 about that today either, do you?<br>2   A.    No, sir.<br>3   Q.    I assume you have not studied all the<br>4 literature carefully in that area -- | Pl's Obj.:  Same. |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 5   A.   No.<br>6   Q.   -- to render such an opinion?<br>7   A.   No, sir.<br>8   Q.   Is that correct?<br>9   A.   Correct, sir.<br>10   Q.   Can alcohol abuse contribute to coronary<br>11 artery disease?<br>12   A.   That's not typically a risk factor we see<br>13 directly causing coronary artery disease.  We know<br>14 alcohol use can -- low alcohol use can decrease the<br>15 risk of coronary disease.  We know alcohol disease<br>16 can cause a heart to weaken.  And we know that<br>17 increased alcohol intake can cause dyslipidemia, can<br>18 cause high blood pressure in those -- in those areas.<br>19   Q.   So if somebody's abusing alcohol, rather<br>20 than just socially drinking, from what I'm hearing<br>21 from you, that can contribute to the risk factors we<br>22 talked about earlier?<br>23   A.   Yes, it can -- it can contribute to the<br>24 risk factors. | |
| 25   Q.   Can cocaine use and abuse be a<br>page 87<br>1 contributing factor to cardiovascular disease or<br>2 heart attack?<br>3   A.   Yes, sir.<br>4   Q.   In what way?<br>5   A.   People that abuse cocaine can have either<br>6 atherosclerosis develop, and it's not uncommon to see<br>7 a myocardial infarction, a heart attack, occur as a<br>8 direct result of cocaine without other risk factors. | **Pl's Obj.:**  R.401, R.402,<br>R.403.  Subject of MIL # 1.<br>Plaintiff's prior cocaine use<br>was intermittent, remote<br>from the date of his heart<br>attack, and thus, is irrelevant.<br>Prejudice substantially<br>outweighs any probative<br>value. |

[87:10] - [87:14] 10/24/2006 Koenig, Mark 9-12-2006

* Defendant's Affirmative Depo Designations

page 87
10        Do you treat many diabetic patients?
11   A.   Do I treat patients, or do I treat heart
12 disease in diabetics?
13   Q.   Do you treat heart disease in diabetics?
14   A.   Yes, sir.


[88:12] - [90:6] 10/24/2006 Koenig, Mark 9-12-2006

* Defendant's Affirmative Depo Designations

page 88
12   Q.   And out of control blood sugar, can that
13 be a risk factor for cardiovascular disease?
14   A.   Yes, sir.

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 15   Q.   Do you treat any patients that are --<br>16  that are incarcerated?<br>17   A.   I -- I have treated patients that have<br>18  been incarcerated. | **Pl's Obj.:** R.401, R. 402,<br>R. 403.  Subject covered in<br>MIL # 1. |
| 19   Q.   Can -- and we talked earlier about stress<br>20  being a possible contributing factor to<br>21  cardiovascular disease; do you recall that?<br>22   A.   Yes, sir. | |
| 23   Q.   Can prison cause the type of stress that<br>24  would increase the risk of cardiovascular disease?<br>25   A.   I don't know -- I don't understand the<br>page 89<br>1  different kind of stress, how one stress can be<br>2  different than -- than another stress.  Prison is a<br>3  stressor.  There's a lot of things out there that are<br>4  -- that are stressors, and I'm not sure if one<br>5  stressor is different than another stressor and how<br>6  it plays a role. | **Pl's Obj.:**  R. 401, R. 402,<br>R. 403.  Subject covered in<br>MIL # 1.  Moreover, witness<br>is not expert in stress or<br>the effects of incarceration.<br>Witness is unqualified to render<br>opinion given. |
| 7   Q.    Stress is stress?<br>8   A.    Stress is stress.<br>9   Q.    Whether you're getting it at home or in<br>10  prison?<br>11   A.    Well, there are good stresses, and there<br>12  are bad stresses.  The worst kind of stress -- and<br>13  I'm -- I'm not sure on the data on this, so I'm just<br>14  speculating.  The worse kind of stress is where you<br>15  have no control over something, where things are out<br>16  of your control and you're stuck with the<br>17  consequences of that.  And that's -- that's a potent<br>18  stressor.  But there's a lot of stress out there.<br>19   Q.   For somebody like Mr. Dedrick, is their<br>20  prognosis depending upon getting those risk factors<br>21  under control --<br>22   A.   You --<br>23   Q.    -- to some degree?<br>24   A.   You can improve the prognosis.  You can<br>25  -- our goal is to reduce the risk of subsequent<br>page 90<br>1  cardiac events based on the coronary disease.<br>2  Controlling the risk factors will modify the disease<br>3  process and will hopefully reduce the risk of sudden<br>4  cardiac death, second events and third events,<br>5  recurrent heart attacks, development of heart failure<br>6  and things along those lines.<br><br><br>[91:20] - [91:23] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 91<br>20   Q.   Was what you saw in his heart in looking | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 21 at it consistent or inconsistent with all of the risk<br>22 factors that you're aware of Mr. Dedrick had?<br>23    A.    Consistent.<br><br><br>[125:21] - [126:6] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 125<br>21    Q.    Now, you're not aware of how long<br>22 Mr. Dedrick took Vioxx?<br>23    A.    No, sir.<br>24    Q.    And you're not here to tell the jury that<br>25 Vioxx played any role in his heart attack, are you?<br>page 126<br>1    A.    No, sir. | |
| 2    Q.    When you saw Mr. Dedrick and looked at<br>3 his heart and saw the blockages and became familiar<br>4 with his risk factors, did you have sufficient<br>5 information at that time to make a determination as<br>6 to the cause of his heart attack?<br><br><br>[126:8] - [126:10] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 126 | **Pl's Obj.:** R.611 - leading. |
| 8    A.    I believe so. | **Pl's Obj.:** R.611 - leading. |
| 9    Q.    And you stated earlier as to what you<br>10 believed was the cause of his heart attack, correct?<br><br><br>[126:12] - [129:8] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 126 | **Pl's Obj.:** R.611 - leading. |
| 12    A.    Yes, sir. | **Pl's Obj.:** R.611 - leading. |
| 13    Q.    And what was that?<br>14    A.    His risk factors of hypertension,<br>15 dyslipidemia, diabetes, family history and tobacco<br>16 use. | |
| 17    Q.    And are those -- do those fairly account<br>18 for the heart disease that you saw in this cath<br>19 procedure?<br>20    A.    I believe so. | **Pl's Obj.:** R. 611 - leading.<br>Calls for speculation. |
| 21    Q.    You mentioned earlier briefly that having<br>22 one heart attack in somebody like Mr. Dedrick, you<br>23 said, it puts him at risk for a second one?<br>24    A.    Yes, sir. | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 25    Q.    Does that have to do with risk -- risk<br>page 127<br>1 factors in existing heart disease, or does that have<br>2 to do with something else?<br>3    A.    Typically, it's risk factors, existing<br>4 heart disease, and the heart attack itself, which is<br>5 a more unstable plaque. | |
| 6    Q.    Prior to Mr. -- assume with me that<br>7 Mr. Dedrick, as is stated in his history, had no<br>8 prior cardiac events before this heart attack that<br>9 we're aware of from his history.  Okay?<br>10    A.    Yes.<br>11    Q.    Now, that he's had a heart attack, you've<br>12 gone in and looked at his heart, correct?<br>13    A.    Yes.<br>14    Q.    And you know what kind of blockages he<br>15 has throughout there?<br>16    A.    Yes.<br>17    Q.    And --<br>18    A.    As of the date of the catheterization.<br>19    Q.    Right.  And subsequent to that, there was<br>20 a bypass surgery?<br>21    A.    Yes, sir.<br>22    Q.    Somebody with the heart disease that you<br>23 see from that catheterization that has been bypassed<br>24 and has risk factors, as Mr. Dedrick does, do they<br>25 continue to be at risk for heart attacks?<br>page 128<br>1    A.    Yes, sir. | **Pl's Obj.:**  Lack of proper<br>foundation.  Leading. |
| 2    Q.    And is it real important they control<br>3 their risk factors?<br>4    A.    Yes, sir.<br>5    Q.    If you had a patient such as Mr. Dedrick<br>6 that had this type of significant three-vessel heart<br>7 disease and you recommended he be bypassed, and he<br>8 was, and he came back to you for further follow-up<br>9 care and reported to you that he was smoking a pack<br>10 of cigarettes a day, what would you tell him?<br>11    A.    I would tell him to discontinue tobacco.<br>12    Q.    And why is that?<br>13    A.    It's associated with restenosis of -- the<br>14 closing off of bypass grafts.  They don't last as<br>15 long in people that smoke.  It's associated with<br>16 current heart attack and other things like stroke,<br>17 lung cancer, bronchitis. | |
| 18    Q.    Somebody with Mr. Dedrick's history, is<br>19 he taking a significant risk continuing to smoke?<br>20    A.    Yes, sir. | **Pl's Obj.:**  R.611 - leading. |
| 21    Q.    And does one of those risks include the<br>22 possibility of sudden death from a heart attack?<br>23    A.    Yes.<br>24    Q.    One last thing.  You mentioned when you | |

**Dedrick v. Merck Co., Inc.**
**Dr. Mark Koenig -- Defendant's Affirmatives with Plaintiff's Objections**
**Exhibit "A"**

| Defendant's Affirmatives | Plaintiff's Objections |
|---|---|
| 25  did the -- the cath, you talked about some<br>page 129<br>1  hypokinesis and akinesis?<br>2    A.    Yes, sir.<br>3    Q.    Can some of that be stunning from a heart<br>4  attack that could occur over time?<br>5    A.    Yes, sir.<br>6    Q.    And you have not done a follow-up study<br>7  to see?<br>8    A.    No, sir. | |