Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

10  that helps.
11    Q.    And someone has to have pretty severe
12  pain if you give them a narcotic, Lortab?
13    A.    Yes, sir.
14    Q.    And you would only give it if you felt
15  their pain was severe enough?
16    A.    Yes, sir.
17    Q.    And he's been on Lortab pretty much
18  continuously up until today?
19    A.    Yes, sir.
20    Q.    Well, I'm going to go over probably in
21  more detail this in just a little bit.  I wanted
22  to talk about -- we talked a little bit about
23  labels before and -- obviously, for you to provide
24  quality medical care to your patients, it's
25  important that you do familiarize yourself with
page 54
1  drugs -- the safety information about drugs before
2  you prescribe them?
3    A.    Yes, sir.
4    Q.    Like you -- you familiarized yourself
5  with the safety information on Lortab?
6    A.    Yes, sir.
7    Q.    And from time to time, the prescribing
8  information may change a little bit?
9    A.    Yes, sir.
10    Q.    And you try to familiarize yourself
11  with any new information out there?
12    A.    Yes, sir.

| | |
|---|---|
| 13    Q.    And we talked about part of it, you do<br>14  by scanning the label?<br><br>[54:16] - [55:14] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 54 | **Pl's Obj.:**  R. 611 - leading.<br>Lack of proper foundation.<br>Inaccurate representation<br>of prior testimony. |
| 16    Q.    Is that right?  Looking at the label?<br>17    A.    Yes, sir.<br>18    Q.    You try and read the labels such as you<br>19  can?<br>20    A.    Such as I can.<br>21    Q.    Did you read anything -- Doctor, you<br>22  mentioned you use a little PDA?<br>23    A.    Palm Pilot.<br>24    Q.    Is that to give you the dose or give<br>25  you more information?<br>page 55<br>1    A.    It gives you more information.  Adverse<br>2  effect. | **Pl's Obj.:**  R. 611 - leading.<br>Lack of proper foundation.<br>Inaccurate representation<br>of prior testimony. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

3    Q.   And what program is that you use?
4    A.   This is a program that's -- you can get
5  it on the web site.
6    Q.   How do you spell that?
7    A.   E-P-O-C-R-A-T-E-S, Epocrates.  All the
8  doctors know that.  They have this.
9    Q.   So you'll sometimes look it up on that
10 web site?
11   A.   Yes, sir, that's where we got it.
12   Q.   And does it have the labeling
13 information in there?
14   A.   Yeah, they do.  Would you like to see
15 it?


[55:20] - [59:11] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 55
20   Q.   How long have you had that?
21   A.   I got this for the last eight years,
22 seven, eight to nine years.  Eight or so.
23   Q.   So you've probably had it since the
24 late 1990s?
25   A.   Let me see.  I try to be accurate.  I
page 56
1  would say during the last five years probably.
2    Q.   Okay.  Would you have had it back in --
3  so you've had it back around 2001?
4    A.   No, I don't think So.  Probably 2003,
5  2003 -- today is 2006.  2003, 2002.  It's not
6  something that's new.
7    Q.   And before that, what did you use?
8    A.   I just look at the --
9    Q.   The label?
10   A.   The PDR book.  The small PDR book and
11 labels.
12   Q.   Okay.  So before you had this really
13 neat handheld computer, you just went to the PDR
14 and to the actual labels?
15   A.   Yes, sir.  I got a small book about
16 drugs.  That's what I do.
17   Q.   Okay.  Anything else you usually look
18 at to familiarize yourself with safety information
19 on drugs other than that?
20   A.   No, sir.
21   Q.   Okay.  So usually with the labels and
22 your PDR, and then when you got your little
23 handheld computer, you started using it?
24   A.   Yes, sir.

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

25    Q.    Do you still use the PDR some?
page 57
1     A.    From time to time, I do.
2     Q.    Do you still use the labels some?
3     A.    Yes, I do.
4     Q.    Now, sometimes pharmaceutical companies
5  will send you labeling information, too, won't
6  they?
7     A.    Yes, sir.
8     Q.    And do you read that if it's important
9  information?
10    A.    I try my best.  As much as I can,
11  yeah.  Just scanning it.
12    Q.    Now, drug companies also from time to
13  time send updated safety information to doctors?
14    A.    They do.
15    Q.    By letter?
16    A.    Yes, sir.
17    Q.    And they send them to you?
18    A.    They send it to us, all the doctors.
19    Q.    Right.  And you receive those?
20    A.    Actually, I do.  I've been getting
21  letters from drug companies.
22    Q.    You get them from a lot of different
23  drug companies?
24    A.    Yes, sir.
25    Q.    How do you normally handle those?
page 58
1     A.    Just take a quick look at it
2  sometimes.  And if they catch my attention, I'll
3  try to read it all.
4     Q.    And do you -- are those just put on
5  your desk, and you get to them when you have time?
6     A.    Yes, sir.
7     Q.    And if it's important safety
8  information, would you usually look at it?
9     A.    Yes, sir.
10    Q.    And that's just another way to keep up
11  with the safety information on drugs?
12    A.    Yes, sir.
13    Q.    That and the label and your little
14  handheld computer?
15    A.    That's right.
16    Q.    Now, is the service that -- the service
17  where you go get your labeling information -- I
18  can't remember the name of it.
19    A.    Epocrates.
20    Q.    Yes, sir.  Is that a pay-for service?
21    A.    It is a free service, or you can pay
22  for it if you want.  It's a free service.
23    Q.    So you get it for free?

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 24    A.    Yes, sir.  Well, mine is a paid<br>25  service.<br>page 59<br>1    Q.    Yours is a paid service?<br>2    A.    Yeah.<br>3    Q.    Is it different, the paid one versus<br>4  the free one?<br>5    A.    I think it's more extensive.  More data<br>6  is in there.<br>7    Q.    So you have a subscription to it?<br>8    A.    Yes, sir, I started subscribing. | |
| 9    Q.    Now, have you ever contacted any drug<br>10  company to get more information about a drug,<br>11  about any drug? | **PI's Obj.:**  R. 611 - leading. |
| [59:13] - [61:8] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 59 | |
| 13    A.    Not that I know.  No, sir.  I don't<br>14  know. | **PI's Obj.:**  R. 611 - leading. |
| 15    Q.    You have very busy days, don't you?<br>16    A.    Yes, sir.<br>17    Q.    And you always have?<br>18    A.    Yes, sir.<br>19    Q.    Do you generally see patients all day<br>20  long?<br>21    A.    Yes, sir.<br>22    Q.    And sometimes at night?<br>23    A.    Well, after this, I go to the hospital<br>24  at night and afternoon -- after office hours.<br>25    Q.    And what time do you usually go to the<br>page 60<br>1  hospital?<br>2    A.    6:00, 7:00 in the afternoon.<br>3    Q.    How long are you usually there?<br>4    A.    30 minutes to an hour.<br>5    Q.    Just depends on the patients?<br>6    A.    Yes, sir.<br>7    Q.    During the day, do you have time to<br>8  visit with the sales representatives from the<br>9  different --<br>10    A.    They come and talk to me in between<br>11  patients.  Like I'm seeing a patient, and they're<br>12  all waiting down in the waiting room, so I try to<br>13  accommodate them by -- they talk to me about their<br>14  product for two to three minutes or five minutes<br>15  at the most.<br>16    Q.    Do all the drug companies have | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 17  representatives that come and go out to the<br>18  offices?<br>19    A.   Yes, sir.<br>20    Q.   And that's a common practice?<br>21    A.   That's common practice.<br>22    Q.   And is it a helpful practice?<br>23    A.   It is helpful to the doctors.<br>24    Q.   Do they provide information to you when<br>25  you ask for it?<br>page 61<br>1    A.   Yes, sir.<br>2    Q.   Yes, they do?<br>3    A.   Yes, sir.<br>4    Q.   Have they -- the Merck representatives<br>5  always been professional?<br>6    A.   Yes, they're very professional. | |
| 7    Q.   And they're people you feel you can<br>8  trust? | PI's Obj.:  R. 611 - leading. |
| [61:10] - [64:7] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 61 | |
| 10    A.   Yes, sir. | PI's Obj.:  R. 611 - leading. |
| 11    Q.   Now, the different drug reps, it's<br>12  through them they provide you with the different<br>13  samples, too?<br>14    A.   Yes, sir.<br>15    Q.   And that's a good thing?<br>16    A.   Yes, sir, it is.<br>17    Q.   And does that help you with a lot of<br>18  patients that can't afford medication?<br>19    A.   Yes, sir.<br>20    Q.   And that's a good thing?<br>21    A.   It's a good thing.<br>22    Q.   Now, sometimes new drugs come on the<br>23  market, true?<br>24    A.   Yes, sir.<br>25    Q.   And there are certain new drugs that<br>page 62<br>1  come on the market over the many years that you<br>2  practice medicine that you try out?<br>3    A.   Yes, sir.<br>4    Q.   Now, when new drugs come on the market,<br>5  is it fair to say that when a lot of different<br>6  people start using them, sometimes they'll notice<br>7  some side effects they didn't see with the<br>8  clinical trials?<br>9    A.   Yes, sir, that's true. | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 10    Q.    And that doesn't mean anyone did | |
| 11  anything wrong, does it? | |
| 12    A.    Yes, sir. | |
| 13    Q.    True? | |
| 14    A.    True. | |
| 15    Q.    It's just when you get them in a larger | |
| 16  population, you might be able to see some things | |
| 17  you hadn't seen before? | |
| 18    A.    Yes, sir. | |
| 19    Q.    Sometimes all the risks for the drugs | |
| 20  aren't fully appreciated until a drug has been on | |
| 21  the market a while and a big, large population has | |
| 22  used it? | |
| 23    A.    That's right. | |
| 24    Q.    And that's fairly common knowledge in | |
| 25  the medical community? | |
| page 63 | |
| 1    A.    Yes, sir. | |
| 2    Q.    And from time to time, the labeling | |
| 3  information, the safety information on drugs, may | |
| 4  change after it's been on the market a while? | |
| 5    A.    That's true. | |
| 6    Q.    And you try and keep up with those | |
| 7  changes as they happen? | |
| 8    A.    Yes, sir. | |
| 9    Q.    Just because somebody has a symptom | |
| 10  while they're taking a drug doesn't mean the drug | |
| 11  caused that? | |
| 12    A.    Yes, sir. | |
| 13    Q.    True? | |
| 14    A.    True. | |
| 15    Q.    Sometimes people will have problems | |
| 16  while they're on drugs, but they very well may not | |
| 17  be related to the drug? | |
| 18    A.    That's true. | |
| 19    Q.    For example, I mean, give you something | **Pl's Obj.:** R. 611 - leading. |
| 20  common.  There are people out there that are going | Lack of proper foundation. |
| 21  to have heart attacks? | Improper hypothetical's. |
| 22    A.    Uh-huh. | |
| 23    Q.    Right? | |
| 24    A.    Yes. | |
| 25    Q.    And just because they're on a drug and | |
| page 64 | |
| 1  have a heart attack doesn't mean the drug caused | |
| 2  that heart attack, does it? | |
| 3    A.    Yes, sir. | |
| 4    Q.    True? | |
| 5    A.    True. | |
| 6    Q.    You have to look at all their risk | |
| 7  factors? | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| [64:9] - [64:15] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | |
| page 64<br>9    Q.    True?<br>10    A.    True.<br>11    Q.    You have to look at the disease that<br>12  they have in their heart?<br>13    A.    Yes, sir.<br>14    Q.    And those can answer a lot of<br>15  questions? | **Pl's Obj.:**  R. 611 - leading.<br>Lack of proper foundation.<br>Improper hypotheticals. |
| [64:17] - [65:17] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 64 | |
| 17    A.    Yes, sir.<br>18    Q.    Now, when you prescribe a drug, do you<br>19  have to help make a decision whether the risk of<br>20  the drug outweighed the benefits of the drug?<br>21    A.    Yes, sir.<br>22    Q.    And you do your best with your patients<br>23  every day?<br>24    A.    Yes, sir.<br>25    Q.    But sometimes a patient will have a<br>page 65<br>1  side effect from a drug that you prescribed?<br>2    A.    That's right.<br>3    Q.    That doesn't mean you did anything<br>4  wrong?<br>5    A.    Yes, sir.<br>6    Q.    True?<br>7    A.    That's true.<br>8    Q.    But it's just some -- all drugs are<br>9  going to have some risks?<br>10    A.    That's true.<br>11    Q.    You have a lot of patients that benefit<br>12  a lot from medicines that have been put on the<br>13  market?<br>14    A.    Yes, sir. | **Pl's Obj.:**  R. 611 - leading.<br>Lack of proper foundation.<br>Improper hypotheticals. |
| 15    Q.    There's -- there are a lot of people<br>16  that are being kept alive and have a higher<br>17  quality of life because of the medicines? | **Pl's Obj.:**  R. 611 - leading. |
| [65:19] - [65:23] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| * Defendant's Affirmative Depo Designations | |
|---|---|
| page 65<br>19   A.    Yes, sir.<br>20   Q.    True?<br>21   A.    That's true.<br>22   Q.    Pharmaceutical companies do good<br>23  things?<br><br><br>[65:25] - [66:19] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | PI's Obj.:  R. 611 - leading.<br>R. 404(a). |
| page 65<br>25   A.    Yes, sir. | PI's Obj.:  R. 611 - leading.<br>R. 404(a). |
| page 66<br>1    Q.    Now, NSAIDs you've used over the years?<br>2    A.    Yes, sir.<br>3    Q.    Now, do you use those first usually<br>4  with pain patients?<br>5    A.    Yes, sir.<br>6    Q.    And some people, they really help a<br>7  lot, don't they?<br>8    A.    They do.<br>9    Q.    Now, NSAIDs have some risks?<br>10   A.    Yes, sir.<br>11   Q.    Such as GI bleeds?<br>12   A.    That's correct.<br>13   Q.    And have you had patients that are on<br>14  NSAIDs for a long time?<br>15   A.    Yes, sir.<br>16   Q.    Have you had patients that develop<br>17  bleeds?<br>18   A.    Yes, sir. | |
| 19   Q.    And that can be a serious problem?<br><br>[66:21] - [66:23] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 66 | PI's Obj.:  R. 611 - leading. |
| 21   A.    It is a serious problem.<br>22   Q.    And the fact that they developed these<br>23  bleeds doesn't mean that NSAIDs are bad, does it?<br><br><br>[66:25] - [67:5] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | PI's Obj.:  R. 611 - leading. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| page 66 | |
| 25   A.   No, doesn't mean it. | **Pl's Obj.:**  R. 611 - leading. |
| page 67<br>1    Q.    It's just a risk?<br>2    A.    It's just a risk. | |
| 3    Q.    You can't predict which patient taking<br>4  an NSAID is going to have a gastrointestinal<br>5  bleed?<br><br><br>[67:7] - [67:9] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | **Pl's Obj.:**  R. 611 - leading. |
| page 67<br>7    A.    No, I can't predict it.<br>8    Q.    And you don't quit giving the<br>9  medication because of the risk?<br><br><br>[67:11] - [67:13] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 67 | **Pl's Obj.:**  R. 611 - leading. |
| 11    A.    No.<br>12    Q.    And GI bleeds can -- they can be<br>13  deadly?<br><br><br>[67:15] - [67:17] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | **Pl's Obj.:**  R. 611 - leading. |
| page 67<br>15    A.    Yes, sir.<br>16    Q.    There are a lot of people hospitalized<br>17  with GI bleeds?<br><br><br>[67:19] - [67:21] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | **Pl's Obj.:**  R. 611 - leading. |
| page 67<br>19    A.    That's correct.<br>20    Q.    And a lot of people that die each year<br>21  from it? | **Pl's Obj.:**  R. 611 - leading. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| [67:23] - [68:11] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 67 | |
| 23   A.   Yes, sir. | **Pl's Obj.:**  R. 611 - leading. |
| 24   Q.   Now, when the COX-2 drugs came on the<br>25  market, like Celebrex and Bextra and Vioxx, was<br>page 68<br>1  that -- were those drugs good for you --<br>2   A.   Yes, sir.<br>3   Q.   -- to be able to consider?<br>4   A.   They were very good.<br>5   Q.   And why is that?<br>6   A.   They have less GI side effect, and they<br>7  help the patient.<br>8   Q.   They provide pain relief?<br>9   A.   Yes, sir. | |
| 10   Q.   Did you find each one of them to be<br>11  effective drugs with your patients?<br><br><br>[68:13] - [68:18] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 68 | **Pl's Obj.:**  R. 611 - leading. |
| 13   A.   All of them are.  The COX-2. | **Pl's Obj.:**  R. 611 - leading. |
| 14   Q.   And do you still use Celebrex,<br>15  prescribe it?<br>16   A.   Yes, I still do. | |
| 17   Q.   And when you prescribed Vioxx, did your<br>18  patients benefit from it?<br><br><br>[68:20] - [70:1] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 68 | **Pl's Obj.:**  R. 611 - leading. |
| 20   A.   Yes, sir. | **Pl's Obj.:**  R. 611 - leading. |
| 21   Q.   And with the COX-2 inhibitors, did you<br>22  see less gas gastrointestinal problems?<br>23   A.   Yes, sir.<br>24   Q.   And less of those serious stomach<br>25  bleeds that could be dangerous?<br>page 69<br>1   A.   It is less, yeah, less.<br>2   Q.   And you see people get good pain relief<br>3  from it?<br>4   A.   Yes, sir. | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 5    Q.    Did you find of those vioxx Was an<br>6  effective pain reliever?<br>7    A.    Yes, sir.<br>8    Q.    Did your patients seem to believe it<br>9  was good for them?<br>10    A.    Yes, sir.<br>11    Q.    Now, if people end up with stomach<br>12  bleeds from taking these nonselective -- these<br>13  NSAID drugs --<br>14    A.    Yeah, most of them -- some of them did,<br>15  yes.<br>16    Q.    If they're taking NSAIDs and get the<br>17  stomach bleeds, does that prevent them from being<br>18  able to have other types of therapies?<br>19    A.    Yes, sir.<br>20    Q.    Like thrombolytics?<br>21    A.    Yes, sir.<br>22    Q.    Other life-saving drugs, they can't<br>23  take, can they?<br>24    A.    That's right. | |
| 25    Q.    So it's important where possible to try<br>page 70<br>1  and avoid people developing stomach bleeds?<br><br><br>[70:3] - [72:5] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 70 | PI's Obj.:  R. 611 - leading. |
| 3    A.    That's right. | PI's Obj.:  R. 611 - leading. |
| 4    Q.    Now, of the NSAIDs, like the Motrins,<br>5  all those, what are the ones that you've over the<br>6  years prescribed the most to patients?<br>7    A.    Naprosyn and Motrin, ibuprofen.<br>8    Q.    So ibuprofen and naproxen?<br>9    A.    Yes, sir.<br>10    Q.    And of the prescription NSAIDs, are<br>11  there any others that you would prescribe a lot<br>12  more frequently than the others?<br>13    A.    Most of them are ibuprofen and<br>14  Naprosyn.  There are some medicines that like<br>15  ketoprofen, it is a type of NSAID.  But I really<br>16  don't do that.  Most of the time, I prescribe<br>17  Naprosyn and ibuprofen.<br>18    Q.    And would -- and you prescribe --<br>19  prescription dosages?<br>20    A.    Yes, sir.<br>21    Q.    Now, when you prescribe a COX-2<br>22  inhibitor to a patient, whether it was Vioxx or<br>23  Bextra or whether it was Celebrex, what would you | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

24  generally tell a patient?
25     A.   I tell them that these medicines
page 71
1  supposed to help them with their arthritis and
2  supposedly less GI side effect, the complications
3  of bleeding, you know.  We shouldn't worry much
4  about, but to keep watch where it can hurt your
5  stomach because sometimes in spite of the COX-2
6  effect, they also develop GI side effect, and at
7  that time, we stop the COX-2.  Some of them can
8  tolerate it better.  Some cannot.  And in spite of
9  being a COX-2, they still can see GI side effect,
10  and that's the reason why you stop it.
11     Q.    Now, if you have to go to a narcotic
12  pain reliever --
13     A.   Yes, sir.
14     Q.    -- which ones do you typically use?
15     A.   We go ladderwise, stepwise.  I like to
16  go Class 4 narcotic before I go to Class 3.  If I
17  control their pain with Class 4 like Darvocet,
18  that would be good, any Class 4.  And if that
19  didn't work or they're in severe pain, in their
20  clinic presentation, I go to Class 3.
21     Q.    And is Lortab a Class 3?
22     A.   Lortab is a Class 3.
23     Q.    Now, do you have many patients you
24  prescribe Celebrex for today?
25     A.   Yes, sir, I do.
page 72
1     Q.    Do they find it to be a good drug?
2     A.   Yes, sir.
3     Q.    Do you find it to be a very helpful
4  drug?
5     A.   It is a helpful drug.


[75:5] - [75:11] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 75
5     Q.    Right.  You deal with patients like
6  Mr. Dedrick --
7     A.   Yes, sir.
8     Q.    -- that have very severe pain?
9     A.   Yes, sir.

| | |
|---|---|
| 10     Q.    Is it hard for them to have any quality<br>11  of life with that pain they have? | **PI's Obj.:** R. 611 - leading. |


[75:13] - [76:14] 10/24/2006 Herrera, Esmeraldo 9-14-2006

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| * Defendant's Affirmative Depo Designations<br><br>page 75 | |
| 13     A.    Yes, sir, it is. | **Pl's Obj.:**  R. 611 - leading. |
| 14     Q.    And if you don't give them the medicine<br>15  they need, what's their quality of life like?<br>16     A.    They would be in pain.  It's hard for<br>17  them to do their activities of daily living<br>18  without hurting.  And sometimes they want to go<br>19  out and drive and do their usual routine, and they<br>20  don't want to be in pain.<br>21     Q.    Are they able to work, some of them?<br>22     A.    Some -- no, some of them can, but most<br>23  of -- it's hard to -- it depends on the degree of<br>24  pain and damage to the back.  Some that have minor<br>25  arthritis, they can work.  Some of them have bad<br>page 76<br>1  defects or bad disks.  It's impossible for them to<br>2  work.<br>3     Q.    Is Mr. Dedrick, is he one of those that<br>4  had mild problems or severe?<br>5     A.    Well, he had a severe bulging disk.  He<br>6  had a bulging disk on his neck and also the middle<br>7  back.<br>8     Q.    Has he been in severe pain --<br>9     A.    Yes, sir.<br>10     Q.    -- since you first met him in 1997?<br>11     A.    Yes.  He came to me because of severe<br>12  pain, so I give him medicine to take away the<br>13  pain. | |
| 14     Q.    Is this terribly disabling pain?<br><br><br>[76:16] - [76:23] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 76 | **Pl's Obj.:**  R. 611 - leading. |
| 16     A.    It's what he said when he comes in,<br>17  that he's in severe pain and I need -- that's the<br>18  reason I give him the pain medicine. | **Pl's Obj.:**  R. 611-leading.<br>R. 801, R. 802. |
| 19     Q.    And you're doing your best as his<br>20  doctor to help him?<br>21     A.    Yes, sir.<br>22     Q.    And to treat his pain?<br>23     A.    To treat the pain, yes, sir.<br><br><br>[77:11] - [77:13] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| * Defendant's Affirmative Depo Designations<br><br>page 77 | |
| 11   Q.   And is giving them a COX-2, like a<br>12 Vioxx or a Celebrex, sometimes better than giving<br>13 them a narcotic? | Pl's Obj.:  Lack of foundation. |
| [77:15] - [78:17] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 77 | |
| 15   A.   Yes.  Yes, sir. | Pl's Obj.:  Lack of foundation. |
| 16   Q.   Why is that?<br>17   A.   Well, the narcotic can cause<br>18 addiction.  But this -- the other medicine does<br>19 not do that.<br>20   Q.   Now, Mr. Dedrick, did he have<br>21 osteoarthritis?<br>22   A.   He had osteoarthritis.<br>23   Q.   He did not have rheumatoid arthritis?<br>24   A.   No, sir, no.<br>25   Q.   You never diagnosed him with that?<br>page 78<br>1   A.   No, sir.<br>2   Q.   Did you find that Vioxx helped<br>3 Mr. Dedrick?<br>4   A.   It did help him.  It did.<br>5   Q.   Now, at some point, you discontinued<br>6 the Vioxx?<br>7   A.   Yes, sir.<br>8   Q.   And put him on Bextra?<br>9   A.   Yes, sir.<br>10   Q.   Do you recall why you did that?<br>11   A.   I think that the Tencare stopped paying<br>12 for the Vioxx, and they paid for the Bextra, and<br>13 that's the reason why.<br>14   Q.   You just switched?<br>15   A.   Yes, sir. | |
| 16   Q.   And do you think it was a very<br>17 effective medicine for him? | Pl's Obj.:  R. 801, R. 802. |
| [78:19] - [78:24] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 78 | |
| 19   A.   He said it helps.  It helps. | Pl's Obj.:  R. 801, R. 802. |
| 20   Q.   Would you have prescribed it if it | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

21  wasn't helping him?
22    A.    No, I would not.
23    Q.    And you would not have prescribed the
24  Vioxx to him if it wasn't helping him, would you?


[79:1] - [79:8] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 79
1    Q.    True?
2    A.    True.
3    Q.    And the only -- the only reason you
4  switched is because of the pharmacy -- a health
5  plan issue?
6    A.    The health plan issue.
7    Q.    And you switched him to Bextra?
8    A.    Yes, sir.


[79:21] - [80:12] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 79
21    Q.    Okay.  You know of anyone -- did
22  anybody in your family ever take Vioxx?
23    A.    My mother-in-law is taking Celebrex
24  right now.
25    Q.    Did she find it to be very beneficial?
page 80
1    A.    Yes, sir.
2    Q.    Before you prescribed Mr. Dedrick the
3  Vioxx, what anti-inflammatories did you prescribe
4  him before that?
5    A.    Motrin, Motrin.
6    Q.    Okay.  Anything else?
7    A.    That's -- that's all that I remember.
8    Q.    Did the Motrin work?
9    A.    Supposedly working because I gave it to
10  him a number of times for many months.  I gave it
11  to him for one year, 12 months -- more than a
12  year.


[80:24] - [81:7] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 80

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

24   Q.   Were you worried about him having GI
25  side effects?
page 81
1    A.   Always with Motrin.  Always.
2    Q.   He had been taking it a long time?
3    A.   Yes, about -- I needed to give him
4  something that was not very addictive, something
5  that would help him with his arthritis and take
6  away the pain.  I always tell him to take it a
7  full year, so I give him both medicine.


[82:21] - [84:13] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 82
21    Q.   And do you know if you gave Mr. Dedrick
22  any samples of Vioxx?
23    A.   No, sir.  It was prescribed.  I gave
24  him a prescription the first time.
25    Q.   Now, when you prescribed it to him, was
page 83
1  it something you suggested as a medicine or
2  something he asked for?
3    A.   It's something that I suggested to him.
4    Q.   It's not something he came in and said,
5  "I want Vioxx"?
6    A.   No, sir, no.
7    Q.   You were familiar with, at that time,
8  Vioxx, Celebrex and Bextra?
9    A.   Yes, sir.
10    Q.   Was there any one of the three that you
11  prescribed more than the others?
12    A.   No, sir.  It just depends on what the
13  medicine I feel at that particular time that I
14  prescribed.
15    Q.   Sometimes is it very good for a doctor
16  like you to have different types of the same class
17  of drugs available?
18    A.   Yes, sir.
19    Q.   And can you explain to the jury why
20  that is?
21    A.   Well, at least you can say -- you can
22  tell which one is working good for the patient.
23  Like I give Vioxx this group and Celebrex this
24  group and Bextra, and they came back to me next
25  time and tell me if the medicine is working, and
page 84
1  then I have an idea which one is working good.
2    Q.   For example, Celebrex didn't work well

**Pl's Obj.:**  R. 401, R. 402.

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 3  for them, is it helpful to have another type to<br>4  try?<br>5    A.   Yes, sir. | Lack of foundation. Improper<br>hypothetical. |
| 6    Q.   Did you sometimes switch people from<br>7  like Bextra to Celebrex or Vioxx to Bextra?<br>8    A.   Yes, sir.<br>9    Q.   Is that to try to find the one that<br>10  worked best for them?<br>11    A.   That's right.<br>12    Q.   And with Mr. Dedrick, was Vioxx a drug<br>13  that worked very well for him?<br><br><br>[84:15] - [85:7] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 84<br>15    A.   Yes, sir.<br>16    Q.   Now, I know you see a lot of patients<br>17  every day, and it's been many years.  I would<br>18  assume -- do you have any recollection of what you<br>19  told Mr. Dedrick when you prescribed him Vioxx,<br>20  for example?<br>21    A.   Well, I told him -- I'm sure I told him<br>22  that it's one of the best drugs and better than N<br>23  -- NSAID and less fear -- less chance of<br>24  developing GI side effect.  That's the main<br>25  reason.<br>page 85<br>1    Q.   And that is something you knew from<br>2  your experience?<br>3    A.   Yes, sir.<br>4    Q.   You had seen it in your patients?<br>5    A.   Yes, sir. | |
| 6    Q.   And do you still think the COX-2s are<br>7  very good drugs? | **Pl's Obj.:**  R. 401, R.402,<br>R. 403. |
| [85:9] - [85:11] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 85 | |
| 9    A.   Yes, sir.<br>10    Q.   It's something you still use in your<br>11  practice? | **Pl's Obj.:**  R. 401, R.402,<br>R. 403. |
| [85:13] - [85:15] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| * Defendant's Affirmative Depo Designations | |
| | |
| page 85 | |
| 13    A.    Yes, sir. | |
| 14    Q.    But you are conscious of the warnings | |
| 15  on it? | |
| | |
| | |
| [85:17] - [85:24] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |
| | |
| * Defendant's Affirmative Depo Designations | |
| | |
| page 85 | |
| 17    A.    That's right. | |
| 18    Q.    About the potential cardiovascular | |
| 19  effects? | |
| 20    A.    Yes, sir. | |
| 21    Q.    But I'm sure it's a drug you're glad | Pl's Obj.:  R. 401, R.402, |
| 22  you have in the COX-2s today, which is Celebrex -- | R. 403. R. 611. |
| 23  bet you're glad you have it to use it. | |
| 24    A.    Yes, sir. | |
| | |
| | |
| [86:11] - [87:8] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |
| | |
| * Defendant's Affirmative Depo Designations | |
| | |
| page 86 | |
| 11    Q.    Are you glad you have Celebrex today? | Pl's Obj.:  R. 401, R.402, |
| 12    A.    Yes, sir.  Yes. | R. 403. R. 611. |
| 13    Q.    Now, Mr. Dedrick, how long was he on | |
| 14  Vioxx?  Can you tell us? | |
| 15    A.    He had been on Vioxx from July 8th, | |
| 16  2002 after June 27, 2003. | |
| 17    Q.    Now, was July '02 -- when was it that | Pl's Obj.:  References to |
| 18  you just -- you started seeing him again after he | prison are irrelevant & |
| 19  got out of prison? | prejudicial.  R. 401, R. 402, |
| 20    A.    After he got out of prison, I saw him | R. 403. Subject to MIL #1. |
| 21  on July 8th, 2002. | |
| 22    Q.    Okay.  And as of that day, you had to | |
| 23  start treating him for a number of different | |
| 24  conditions? | |
| 25    A.    Yes, sir. | |
| page 87 | |
| 1    Q.    You hadn't seen him for several years? | |
| 2    A.    For two years, for more than two years. | |
| 3    Q.    Now, you didn't -- | |
| 4    A.    Yes, sir. | |
| 5    Q.    Excuse me. | |
| 6    A.    Yes, sir. | |
| 7    Q.    You didn't go treat him in the prison? | Pl's Obj.:  References to |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 8    A.   I did not.<br><br>[87:21] - [88:12] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 87 | prison are irrelevant &<br>prejudicial. R. 401, R. 402,<br>R. 403.  Subject to MIL #1. |
| 21    Q.   So while Mr. Dedrick was in prison, you<br>22  really weren't able to care for him, were you?<br>23    A.   I was not treating him.  I don't have<br>24  any contact with him.<br>25    Q.   Now, when he went to prison, he had a<br>page 88<br>1  number of conditions, though, that he did need<br>2  health care for?<br>3    A.   Yes, sir.  Yes.  He had diabetes.<br>4    Q.   He had hypertension?<br>5    A.   My notes here say sugar diabetes.<br>6    Q.   Right.  Well, we'll go through the<br>7  medical records in just a minute.<br>8    A.   Yes. | **Pl's Obj.:**  References to<br>prison are irrelevant &<br>prejudicial. R. 401, R. 402,<br>R. 403.  Subject to MIL #1.<br>Plaintiff's diabetes,<br>hypertension are covered<br>elsewhere in deposition. |
| 9    Q.   We'll get to that.  Did Mr. Dedrick<br>10  make any complaints to you while he was on Vioxx?<br>11    A.   No, sir.<br>12    Q.   Did he seem to tolerate it well?<br><br><br>[88:14] - [89:23] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 88<br>14    A.   Yes, sir.  Let me correct myself.  I<br>15  was looking at my notes here.<br>16    Q.   Yes, sir.<br>17    A.   On December 23, 2002, he said that the<br>18  Vioxx is not easing the pain.  December 23, 2002.<br>19    Q.   Okay.  Was it working before then?<br>20    A.   As far as my notes.  I didn't have any<br>21  documentation it was working before then.<br>22    Q.   So when he told you it wasn't working,<br>23  did you quit prescribing it?<br>24    A.   Well, I give him some Lortab to take<br>25  away the pain and gave him the Vioxx for the<br>page 89<br>1  inflammation.  I did not stop it.<br>2    Q.   Okay.<br>3    A.   I wanted him to have something that<br>4  would take away the inflammation, and the Lortab<br>5  was mainly for the pain. | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 6     Q.    So he stayed on Vioxx? | |
| 7     A.    Yes, sir. | |
| 8     Q.    When he said it isn't working, what | |
| 9  does that mean to you? | |
| 10     A.    He was saying about the pain.  He was | |
| 11  still hurting a lot, and he wanted some probably | |
| 12  pain medicine, and that was his way of saying, "I | |
| 13  need a refill of medicine because this thing is | |
| 14  not working." | |
| 15     Q.    Was he on Lortab before that? | |
| 16     A.    Yes, sir.  He was on Lortab. | |
| 17     Q.    But even though he said that Vioxx | |
| 18  isn't working, was it your medical opinion that it | |
| 19  was working? | |
| 20     A.    My opinion is that Vioxx has a good | |
| 21  anti-inflammatory effect and I would continue it | |
| 22  and at the same time give some pain medicine to | |
| 23  ease the pain. | |
| | |
| | |
| [90:10] - [91:7] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |
| | |
| * Defendant's Affirmative Depo Designations | |
| | |
| page 90 | |
| 10     Q.    I'm going to mark a little cleaner copy | |
| 11  as Exhibit Number 8, which I'll represent to you | |
| 12  is essentially the same as Exhibit Number 5. | |
| 13             (Defendant's Exhibit Number 8 | |
| 14             was marked for identification.) | |
| 15     Q.    It is just a much cleaner copy. | |
| 16         Let me hand you what's marked as | |
| 17  Exhibit Number 8.  You can use Exhibit Number 8 or | |
| 18  Exhibit Number 5.  It doesn't matter to me, | |
| 19  whichever one is easiest for you to look at. | |
| 20         Back at the time you prescribed Vioxx | |
| 21  to Mr. Dedrick, you made sure you were generally | |
| 22  familiar with the labeling of Vioxx? | |
| 23     A.    Okay. | |
| 24     Q.    True? | |
| 25     A.    Yes, sir. | |
| page 91 | |
| 1     Q.    That's part of providing good care to | **Pl's Obj.:**  R. 401, R. 402. |
| 2  your patients, is understanding the drugs you're | |
| 3  prescribing? | |
| 4     A.    That's right. | |
| 5     Q.    And so you would have been generally | |
| 6  familiar with, you know, what's in Exhibit 8 or | |
| 7  Exhibit 5, either one? | |
| | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| [91:9] - [91:20] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 91<br>9    A.   I should be, yes.  I should be familiar<br>10  with the important side effects.<br>11     Q.   And this label that was in effect back<br>12  in 2002, over on the front page, as you see?<br>13    A.   Yes, sir.<br>14     Q.   The copy you have that is highlighted,<br>15  that is Exhibit Number 5, some of that, who -- did<br>16  you highlight that?<br>17    A.   No.  I got this with the highlighted,<br>18  the highlighted. | |
| 19     Q.   So Mr. Dedrick's attorneys had<br>20  highlighted the form? | PI's Obj.:  R. 401, R. 402. |
| [91:22] - [92:18] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 91 | |
| 22    A.   Yes, sir. | PI's Obj.:  R. 401, R. 402. |
| 23     Q.   Okay.  If you'll look there on the<br>24  front page, the very front page of it, under<br>25  "Special Studies" -- you can look at either one.<br>page 92<br>1 Does that say "Special studies"?<br>2    A.   "Special Studies."<br>3     Q.   Okay.  I'm reading upside down.  The<br>4  first thing it talks about in there is the Vioxx<br>5  GI clinical outcomes research or the VIGOR study,<br>6  true?<br>7    A.   Yes, sir.<br>8     Q.   That's that VIGOR study we talked about<br>9  earlier?<br>10    A.   Yes, sir.<br>11     Q.   Now, in there it talks about the VIGOR<br>12  study was designed to evaluate GI safety of Vioxx,<br>13  50 milligrams once daily, versus 500 milligrams of<br>14  naproxen twice a day.  Do you see that?<br>15    A.   That's right. | |
| 16     Q.   And this is some information that<br>17  you've familiarized yourself with back at the time<br>18  you prescribed this? | PI's Obj.:  R. 611 - leading. |
| [92:20] - [93:19] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| * Defendant's Affirmative Depo Designations | |
|---|---|
| page 92 | |
| 20   A.   Yes, sir. | Pl's Obj.: R. 611 - leading. |

21    Q.   And under "Studied Results," which is
22  the very next section there, the very front page
23  of the label, it talks about the VIGOR:  "The
24  VIGOR study showed a significant reduction in
25  PUBs, is that perforations, ulcers and bleeds"?
page 93
1    A.   Yes, sir.
2    Q.   Is that gastrointestinal problems?
3    A.   Yes, sir.
4    Q.   And it showed a significant reduction
5  in those, true?
6    A.   That's true.
7    Q.   And is that something that you were
8  very familiar with back at the time you prescribed
9  --
10   A.   Yes, sir.
11   Q.   -- the medicine?  And was a major
12  benefit, you thought, to the drug?
13   A.   Yes, sir.
14   Q.   And then the very next section after
15  that, it talks about other safety findings,
16  cardiovascular effects?
17   A.   Okay.
18   Q.   And those two are the same, aren't
19  they?


[93:21] - [94:15] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 93
21   A.   Yes, sir.
22   Q.   -- those labels?  And it says:  "The
23  VIGOR study showed a higher incidence of
24  adjudicated serious cardiovascular thrombotic
25  events in patients treated with Vioxx 50
page 94
1  milligrams once daily as compared to patients
2  treated with naproxen 500 milligrams twice
3  daily."  Do see that?
4    A.   Yes, sir.
5    Q.   And then it goes on to say that, "The
6  findings was largely due to the difference in the
7  incidence of myocardial infarction between the two
8  groups."  Do you see that?
9    A.   I see, yes, sir.

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 10   Q.    And then it says to see the<br>11  precautions, cardiovascular effects, true?<br>12   A.    True. | |
| 13   Q.    And this is information you were<br>14  familiar with back at the time that you prescribed<br>15  this to Mr. Dedrick? | PI's Obj.:  R. 611 - leading. |

[94:17] - [95:2] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

| | |
|---|---|
| page 94<br>17   A.    I did not really remember that.  I<br>18  should have.  But I did not remember.<br>19   Q.    It's something you don't remember<br>20  today?<br>21   A.    Yeah.<br>22   Q.    But back at the time you prescribed it<br>23  to Mr. Dedrick, would you have made yourself<br>24  familiar with the label in effect then?<br>25   A.    I should --<br>page 95<br>1   Q.    Particularly this important<br>2  information? | PI's Obj.:  R. 611 - leading. |

[95:4] - [95:14] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 95

| | |
|---|---|
| 4   A.    I should, but I don't remember it. | PI's Obj.:  R. 611 - leading. |
| 5   Q.    Now, at the time -- I'll go over a<br>6  little more stuff in this label with you.  But<br>7  back at the time you prescribed to Mr. Dedrick,<br>8  was there any reason, even knowing this in this<br>9  label, that you wouldn't have prescribed it to<br>10  Mr. Dedrick?<br>11   A.    No. | |
| 12   Q.    You were comfortable with this labeling<br>13  information, with the risk and benefit for<br>14  Mr. Dedrick? | PI's Obj.:  R. 611 - leading. |

[95:16] - [95:20] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

| | |
|---|---|
| page 95<br>16   A.    Before the heart attack? | PI's Obj.:  R. 611 - leading. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 17    Q.    Correct.<br>18    A.    I would not -- I would still prescribe<br>19  it probably, but would have kept a close eye on<br>20  him for any cardiovascular symptoms. | |
| [97:3] - [97:18] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 97<br>3    Q.    Okay.  And you know still there on the<br>4  front page there, it goes down and it shows a<br>5  table two, shows different events, cardiovascular<br>6  events, that occurred between Vioxx and naproxen?<br>7    A.    Uh-huh.<br>8    Q.    Correct?<br>9    A.    Correct.<br>10    Q.    Then if you flip over to the next page,<br>11  where it says -- do you remember on the front<br>12  page, it said to go to the precaution section on<br>13  cardiovascular effects?<br>14    A.    Yes, sir. | |
| 15    Q.    And so I would assume back then at that<br>16  time, when you were prescribing this to your<br>17  patients, this is something you would have<br>18  probably familiarized yourself with? | **Pl's Obj.:**  R. 611 - leading. |
| [97:20] - [98:9] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 97 | |
| 20    A.    I should have, but I don't remember. | **Pl's Obj.:**  R. 611 - leading. |
| 21    Q.    Is it something you may have done; you<br>22  just don't remember today?<br>23    A.    I don't think I have done -- like I<br>24  said, I get a lot of this, but I unfortunately<br>25  seldom read everything.  We get a lot of mailings<br>page 98<br>1  from different drug companies. | |
| 2    Q.    Well, in reading it on this backside,<br>3  it talks about cardiovascular effects?<br>4    A.    Okay. | **Pl's Obj.:**  R. 611 - leading.<br>Lack of foundation. |
| 5    Q.    And it says under the precautions -- do<br>6  you see that?<br>7    A.    Yes, sir. | |
| 8    Q.    And that's something you would normally<br>9  read? | **Pl's Obj.:**  No answer.<br>Should be deleted.  Sidebar. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

[98:11] - [98:16] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 98
11    Q.    I know you don't remember it.
12    A.    I don't remember.  But he don't have
13  any heart problem at that time.
14    Q.    Right.  I understand that.  But this is
15  something you would normally read to familiarize
16  yourself with the drug?


[98:18] - [100:9] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 98
18    Q.    True?
19    A.    I should, yes.  I should have.
20    Q.    And under "Cardiovascular Effects," it
21  talks about the VIGOR study again, doesn't it?
22    A.    Yes, sir.
23    Q.    And it says that in the study, the risk
24  of developing a serious cardiovascular thrombotic
25  event was significantly higher in patients treated
page 99
1  with Vioxx compared to patients treated with
2  naproxen, correct?
3    A.    Correct.
4    Q.    And then it goes on and talks about
5  some of the previous placebo-controlled clinical
6  trials.  Do you see that?
7    A.    Where are you now?  Can you show me
8  where you are?
9    Q.    Right in there.  That section
10  (Indicating).
11    A.    Okay.
12    Q.    And then it goes on to say:  "The
13  significance of the cardiovascular findings from
14  these three studies, VIGOR and two placebo-
15  controlled trials, is unknown."  Do you see that?
16    A.    Yeah.
17    Q.    Do you see that?
18    A.    I see that.

| | |
|---|---|
| 19    Q.    Okay.  So it explains that there was a<br>20  significantly higher incidence of cardiovascular<br>21  events with Vioxx versus naproxen?<br>22    A.    That's right.<br>23    Q.    But then it says that compared with | **Pl's Obj.:** R. 611 - leading.<br>Lack of foundation. |