Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 24  placebo-controlled trials, we just don't know what<br>25  it means yet.  Do you see that? | |
| page 100 | |
| 1     A.    Yes. | **PI's Obj.:**  R. 611 - leading.<br>Lack of foundation. |
| 2     Q.    Now, back at the time you prescribed<br>3  this to Mr. Dedrick -- and I assume you prescribed<br>4  it to other patients back at that time?<br>5     A.    That's correct.<br>6     Q.    You would still be comfortable, you<br>7  know, with your prescribing decision before the<br>8  heart attack?<br>9     A.    That's correct.<br><br><br>[100:15] - [100:23] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 100<br>15     Q.    I'll sit that down, Exhibit 8 and<br>16  Exhibit 5.<br>17           And these labels, the labels such as<br>18  the one in Exhibit 5 that Mr. Dedrick's attorney<br>19  gave you and the one, Exhibit 8, like the one I<br>20  gave you, this is the type of information that<br>21  either comes with the product or you sometimes<br>22  pick it up from the sales reps, too?<br>23     A.    That's correct.<br><br><br>[101:8] - [101:10] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 101 | |
| 8     Q.    This label provides you -- do you think<br>9  this label provides you with sufficient<br>10  information to do your risk-benefit analysis? | **PI's Obj.:**  R. 611 - leading.<br>Lack of foundation. |
| [101:12] - [101:14] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 101 | |
| 12     A.    It does at that time.  It does.<br>13  Because this is the only one that shows<br>14  information extensively with Vioxx. | **PI's Obj.:**  R. 611 - leading.<br>Lack of foundation. |
| [102:12] - [105:9] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

\* Defendant's Affirmative Depo Designations

page 102
12    Q.    You always watch your patients' blood
13  pressures?
14    A.    Yes, I do.
15    Q.    Why is that?
16    A.    The blood pressure is hyperdynamic.
17  They change all the time due to numerous reasons
18  that we -- the medication, could be stress, could
19  be body condition.  They always change.
20    Q.    And is that -- is blood pressure
21  control pretty important to patients' health?
22    A.    Yes.
23    Q.    Why is that?
24    A.    High blood pressure can cause you
25  stroke and heart attack --
page 103
1    Q.    I know this --
2    A.    -- kidney failure.
3    Q.    A lot of bad things?
4    A.    Yes, sir.
5    Q.    I notice in your medical records, it
6  seemed like your office and you always carefully
7  noted blood pressures?
8    A.    Yes, sir.
9    Q.    Is that something y'all do?
10    A.    Every time, yes, sir.
11    Q.    Now, Mr. Dedrick, did he have some
12  blood pressure problems?
13    A.    Yes, sir.
14    Q.    Now, I've --
15    A.    I gave him vaso -- give me a second to
16  look at his blood pressure, if you don't mind.
17    Q.    Don't mind at all.
18    A.    Yes, he does have some blood pressure
19  problems.
20    Q.    Can you look and tell me -- and maybe
21  you have it on your chart -- when you first
22  actually diagnosed Mr. Dedrick with high blood
23  pressure?
24    A.    Based on my chart, it would be July 8,
25  2002.  Now, let me double check in here.  I'm
page 104
1  sorry.  I apologize for that.  It's not 2002.  It
2  was in August 26th, 1997.  That was the first
3  time.
4    Q.    Okay.  So that was shortly after you
5  started caring for him?
6    A.    Yes, sir.

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 7    Q.    Now, can you look back and see when you<br>8  first diagnosed Mr. Dedrick with diabetes?  You<br>9  know what?  Before we get to that, let me ask you<br>10  a couple questions about diabetes.<br>11          You mentioned that you have a lot of<br>12  patients with diabetes?<br>13    A.    Yes, sir.<br>14    Q.    And do you watch blood sugars pretty<br>15  carefully in your patients?<br>16    A.    I do. | |
| 17    Q.    I noticed that in your records a lot of<br>18  blood sugars being checked?<br>19    A.    Uh-huh. | PI's Obj.:   R. 401, R. 402. |
| 20    Q.    What is -- what's significant about<br>21  diabetes?  Why is it such a concern?<br>22    A.    Diabetes can cause a lot of<br>23  complications.<br>24    Q.    Such as?<br>25    A.    It can cause high cholesterol,<br>page 105<br>1  blindness, heart attack, kidney failure, nerve<br>2  damages in the body.<br>3    Q.    So if you don't take care of diabetes,<br>4  you could have a lot of significant problems?<br>5    A.    Yes, sir.<br>6    Q.    Including death?<br>7    A.    Yes, sir. | |
| 8    Q.    Now, I've been told that the leading<br>9  cause of death for diabetics is heart disease.<br><br><br>[105:11] - [105:13] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 105 | PI's Obj.:   R. 611 - leading. |
| 11    A.    Yes, sir.  They do -- they do, yes.<br>12    Q.    Does that sound right to you?<br>13    A.    Yes, sounds right.<br><br><br>[105:21] - [106:23] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 105<br>21    A.    The first time he came to see me was he<br>22  fell down.  He was complaining of neck pain.<br>23    Q.    Right.<br>24    A.    That was the first time. | PI's Obj.:   R. 611 - leading. |
| 25    Q.    When was it that you -- is it easy to | PI's Obj.:   R. 401, R. 402, |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

page 106
1 locate when you diagnosed him with diabetes?
2    A.   He was in jail.  And the nurse in the
3 jail called my attention that his sugar is high.
4 That was September 28, 1999.
5    Q.    So would that be about the time he was
6 diagnosed with diabetes?
7    A.   For some reason, he was in jail, and I
8 haven't seen him, and I just give advice that he
9 should be starting medications for diabetes.  But
10 September 28th, 1999 -- but I haven't seen him as
11 a patient because he's in jail.
12   Q.    Okay.
13    A.   I called in -- I gave some medicine to
14 him, free medicine for diabetes.  And that's all I
15 know.  And I saw him one time -- I didn't see him,
16 but I gave him some samples through the sheriff.
17 I gave him some samples of medicine, and then I
18 saw him in my office on September 28, 1999, and I
19 gave him some samples again of diabetic medicine.
20 That was the last time I saw him.  1999, September
21 28, 1999.
22   Q.   He was in jail for a while?
23    A.   He was in jail.

[107:2] - [109:19] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 107
2    Q.    So September 28th of '99, would it be
3 fair to say that that's about the time he would
4 have been diagnosed with diabetes?
5    A.   Yes, sir.
6    Q.   Because you wouldn't have given him
7 diabetic medication --
8    A.   I gave him some samples of diabetic
9 medicine.
10    Q.    That was because you felt he had
11 diabetes?
12   A.   Yes, sir.
13    Q.   And you've learned since that he does
14 have diabetes, true?
15   A.   Yes, sir.
16    Q.   Now, the -- at some point, you
17 diagnosed him with -- I can't remember the right
18 term, whether it was just high cholesterol or
19 hypercholesterolemia or dislipidemia.  One of
20 those?
21   A.   Yes, sir.

R. 403.  Plaintiff does not
dispute he has diabetes or
that he was diagnosed in
1999.  The references to
jail are unfairly prejudicial
and are subject of MIL # 1.

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

22    Q.    Do you recall when that was?
23    A.    High cholesterol.
24    Q.    You started giving him a statin?
25    A.    I'm trying to look at it.  Yes, sir,
page 108
1  high cholesterol.  That was 12/17/2002 I gave him
2  Altocor.
3    Q.    Altocor?
4    A.    16 milligrams daily for cholesterol.
5  December 17, 2002.
6    Q.    From December of '02, you felt he had
7  -- what would be the right term for it?
8    A.    Let me see the information here about
9  the cholesterol level, if I have done one.
10        Is that in here?  December of 2002.
11  There was one in July 2002.  That was the blood
12  work that we did.
13    Q.    Yes, sir.
14    A.    And then it was July of 2002 -- so
15  basically July 8th, 2002, there was some blood
16  work done.
17    Q.    And what was his cholesterol?
18    A.    His blood cholesterol was 134.
19    Q.    Was that LDL?
20    A.    LDL was 134.  His total cholesterol was
21  212.
22    Q.    And what was his triglycerides?
23    A.    His triglycerides is 133.
24    Q.    Okay.  Does it show his HDL?
25    A.    The HDL is 51.
page 109
1    Q.    Okay.
2    A.    The reason I gave him the cholesterol
3  medicine is because of the knowledge that diabetic
4  patients need to be treated aggressively, and they
5  have a higher risk of cardiovascular risk.  And if
6  I can make the bad cholesterol lower, even though
7  that 134 is not high for a normal person, I
8  started him on strong anticholesterol medication
9  already, and my aim is just to make it lower than
10  100, to bring it down as much as I can.
11    Q.    For diabetics, don't they normally
12  recommend they get their LDL below 100?
13    A.    At that time -- at that time, it was
14  below 100.  At that time, it was supposed to be
15  below 130.  Later on, it was below 100, and now it
16  should be below 70 now for diabetics.
17    Q.    People haven't changed.  It's just what          **Pl's Obj.:**  R.401, R. 402.
18  we know has changed?
19    A.    Yes, sir.

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

[109:21] - [109:25] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 109
21   Q.   So today you would want to get somebody
22  like Mr. Dedrick below 70?
23   A.   70.
24   Q.   For his LDL?
25   A.   Yes, sir.

[110:2] - [111:1] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 110
2    Q.   Is LDL the bad cholesterol?
3    A.   Yes, sir.
4    Q.   And with somebody like Mr. Dedrick,
5  what would you want their triglycerides to be?
6    A.   150, below 150.
7    Q.   What about in a diabetic?
8    A.   I would say 150 also.
9    Q.   So if it's above 150, then that's a
10  problem?
11    A.   It should be about 200, but being
12  diabetic and heart problem, I would like it to be
13  below 150.  That's the later guideline, I think,
14  for triglycerides.
15    Q.   And for somebody with diabetes, where
16  do you want their HDL cholesterol to be?
17    A.   Still about 40, 45 or 50.  About 40.
18  About 45 would be a good number.
19    Q.   And if any of these numbers were above
20  those that you thought -- other than the HDL, you
21  want that as high as possible?
22    A.   Yes, sir.
23    Q.   If the HDL and the triglycerides were
24  higher than those numbers, that's something you,
25  as the doctor, would want to treat aggressively
page 111
1  because he's a diabetic?

[111:3] - [111:5] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 111

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 3    A.   Yes, sir. | |
| 4    Q.   Because diabetics have more<br>5 cardiovascular problems? | **PI's Obj.:**  R. 611 - leading. |
| [111:7] - [111:8] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 111 | |
| 7    A.   Yes, sir, they're more at risk for<br>8 cardiovascular disease. | **PI's Obj.:**  R. 611 - leading. |
| [111:18] - [112:18] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 111 | |
| 18    Q.   Doctor, I wanted to kind of look<br>19  through your medical records with you.  I don't<br>20  want to look at every single one of them.<br>21   A.   Okay. | **PI's Obj.:**  R.401, R. 402. |
| 22    Q.   I want to kind of get a general picture<br>23  of your care and treatment of Mr. Dedrick and his<br>24  medical conditions over time.  But the first time<br>25  you saw him was when?<br>page 112<br>1    A.   The first time I saw him was January<br>2  13, 1997.<br>3    Q.   And that was when you did your first<br>4  history --<br>5    A.   Yes, sir.<br>6    Q.   -- of him?  As a matter of fact, I'm<br>7  going to mark as Exhibit 9 the records from that<br>8  date.<br>9    A.   That's right.<br>10        (Defendant's Exhibit Number 9<br>11        was marked for identification.) | |
| 12    Q.   He came because he had fallen on some<br>13 ice?<br>14   A.   Yes, sir.<br>15   Q.   And hit his --<br>16   A.   Entire --<br>17   Q.   The back of his head?<br>18   A.   That's right. | **PI's Obj.:**  R.401, R. 402. |
| [113:9] - [117:25] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

page 113
9    Q.   Now, I was just looking at the first
10  time you saw him and trying to figure out what
11  went on.  You took a history that day, didn't you?
12    A.   Yes, sir.  Let's see here.  I did have
13  a history, yes.
14    Q.   Now, in that history, did he indicate
15  to you that there was any family history of heart
16  disease?
17    A.   Yes, sir.  His mother had heart attack
18  with bypass surgery, and his grandmother died from
19  heart attack.
20    Q.   Are you aware of whether or not he had
21  other family members that also had significant
22  heart issues?
23    A.   Now, yes, sir.
24    Q.   And I don't need you to go through all
25  your records right now.
page 114
1    A.   Yes.
2    Q.   But you do know that there were other
3  family members with heart problems?
4    A.   Yes, sir.
5    Q.   Would you put him in a category of
6  somebody that would be a positive family history
7  for cardiovascular events?
8    A.   Positive family history, yes, I would.
9    Q.   And is that a risk factor for somebody
10  to develop cardiovascular disease?
11    A.   Yes, sir, that is a risk factor.
12    Q.   So in addition to ultimately you found
13  he had diabetes and hypertension, he also had a
14  family history?
15    A.   Yes, sir.
16    Q.   And is that common in this area, in
17  Tennessee?
18    A.   It is common, yes.
19    Q.   And is that because of the prevalence
20  of smoking, one of the reasons?
21    A.   The prevalence of diet, the quality of
22  food, the high-fat diet and the sedentary life,
23  the smoking, everything.
24    Q.   And there's a lot of diabetes, too?
25    A.   Yes, sir.
page 115
1    Q.   Now, back at that time, I notice that
2  he was smoking one and a half packs a day for 25
3  years.  As a matter of fact, it's even on this one
4  that I marked for you, if you want to just look at
5  that.

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 6    A.   Yes, sir.  Yes.<br>7    Q.   Now, during the time when you were<br>8  treating him, you know, '97 on --<br>9    A.   Yes, sir.<br>10    Q.   -- have you had some discussions with<br>11  him about the risks of smoking?<br>12    A.   I do.  I do to all of my patients.<br>13    Q.   And what would you have told him?<br>14    A.   I would tell him not to -- to cut -- to<br>15  stop smoking because that is the high risk of<br>16  developing heart attack and stroke.<br>17    Q.   Okay.  And would you have told him this<br>18  back as far back as 1997?<br>19    A.   I told all of my patients, and for some<br>20  reason I didn't write it down.  Sorry about that.<br>21    Q.   That's okay.<br>22    A.   But I usually do.  Until now, I tell<br>23  all my patients to stop smoking.<br>24    Q.   Do you tell them that it could result<br>25  in a heart attack?<br>page 116<br>1    A.   Yes, sir.<br>2    Q.   Are you comfortable that you told<br>3  Mr. Dedrick that?<br>4    A.   I am.  Yeah, I do that to all my<br>5  patients.<br>6    Q.   You're a doctor, and that's common for<br>7  you to do?<br>8    A.   Yeah.  Yes, sir.<br>9    Q.   Now, when you ultimately diagnosed<br>10  Mr. Dedrick with diabetes, did you talk to him,<br>11  too -- would you have normally talked to somebody<br>12  like Mr. Dedrick about the risk that diabetes<br>13  poses to them?<br>14    A.   Yes, sir, I do. | |
| 15    Q.   And would you have told them at the<br>16  same time probably the added risk caused by the<br>17  smoking?<br>18    A.   I usually tell them, yes, sir,<br>19  everything, about smoking. | **Pl's Obj.:**  R. 611 - leading.<br>Speculative. |
| 20    Q.   What would you have told Mr. Dedrick<br>21  about the diabetes and the smoking?<br>22    A.   Well, they should stop smoking because<br>23  they can have the cardiovascular risk, heart<br>24  attack and stroke, they should watch their food.<br>25  They should watch their cholesterol, you know,<br>page 117<br>1  take their medicine properly, watch their sugar.<br>2    Q.   Right.  And does hypertension also add<br>3  another level of risk --<br>4    A.   Yes, sir. | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 5    Q.    -- for heart attack? | |
| 6    A.    It does. | |
| 7    Q.    And would you have talked to | |
| 8  Mr. Dedrick about that? | |
| 9    A.    Yes, sir. | |
| 10    Q.    Do you feel pretty comfortable that | |
| 11  well before his heart attack, you would have | |
| 12  talked to him about the risk of his smoking? | |
| 13    A.    Yes, sir. | |
| 14    Q.    The risk of his diabetes? | |
| 15    A.    That's right. | |
| 16    Q.    The risk of his hypertension? | |
| 17    A.    Yes, sir. | |
| 18    Q.    And that he had to watch what he -- | |
| 19  what he ate? | |
| 20    A.    Yes, sir. | |
| 21    Q.    And watch his cholesterol? | |
| 22    A.    That's right. | |
| 23    Q.    And would you have talked to him about | **Pl's Obj.:**  R. 611 - leading. |
| 24  the fact that these things all added together put | |
| 25  him at a very high risk for a heart attack? | |
| | |
| [118:2] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |
| | |
| * Defendant's Affirmative Depo Designations | |
| | |
| page 118 | |
| 2    A.    Yes, sir. | **Pl's Obj.:**  R. 611 - leading. |
| | |
| [118:17] - [119:1] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |
| | |
| * Defendant's Affirmative Depo Designations | |
| | |
| page 118 | |
| 17    Q.    Now, did you see the extent of the | |
| 18  cardiovascular disease that the doctors found in | |
| 19  his heart? | |
| 20    A.    No, sir, I did not. | |
| 21    Q.    Did you know that he had severe three- | |
| 22  vessel disease? | |
| 23    A.    I got that report.  He got a severe | |
| 24  three-vessel disease.  I got that. | |
| 25    Q.    How long does it take atherosclerosis | |
| page 119 | |
| 1  to develop in people's hearts? | |
| | |
| | |
| [119:3] - [119:9] 10/24/2006 Herrera, Esmeraldo 9-14-2006 | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| * Defendant's Affirmative Depo Designations<br><br>page 119<br>3    A.    It's a continuous process, a long time,<br>4  long-time process.  It's not something that is<br>5  immediate or sudden.<br>6    Q.    It happens over many, many years?<br>7    A.    Yes, sir.<br>8    Q.    And do things such as what we eat<br>9  affect that over many years? | |
| [119:11] - [119:15] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 119<br>11    A.    Yes, sir.<br>12    Q.    Does something like diabetes affect it<br>13  over the whole course of time?<br>14    A.    Yes, sir.<br>15    Q.    Hypertension? | |
| [119:17] - [119:19] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 119<br>17    A.    Yes, sir. | |
| 18    Q.    To have severe three-vessel disease, is<br>19  it possible that took decades to develop? | **Pl.'s Obj.:**  Lack of<br>foundation.  Speculative. |
| [119:21] - [125:2] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 119<br>21    A.    Yes, sir. | **Pl.'s Obj.:**  Lack of<br>foundation. Speculative. |
| 22    Q.    Okay.  After you saw him in January of<br>23  199 -- yeah, January 13th of 1997, you gave him --<br>24  looks to me, like you prescribed him some Motrin;<br>25  is that right?<br>page 120<br>1    A.    I did -- yes, sir.  Let's see.<br>2  Darvocet, Motrin and Flexeril.<br>3    Q.    What are Darvocet and Flexeril?<br>4    A.    Darvocet is a Class 4 narcotic, and<br>5  it's a less-addictive medicine.  And Flexeril is a | **Pl's Obj.:**  R. 401, R. 402.<br>Testimony relating to 1997<br>injury is remote and irrelevant<br>to Plaintiff's condition at<br>time he was prescribed Vioxx<br>or suffered a heart attack.<br>The fact that Plaintiff<br>suffered from osteoarthritis<br>is not disputed. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

6  muscle relaxer.
7     Q.   So you were going to try to relax the
8  muscle, treat the inflammation?
9     A.   And take away the pain.
10    Q.    And take away the pain?
11    A.   Yes, sir.
12    Q.    And Darvocet is a Class 4?
13    A.    The Darvocet is Class 4 medicine.
14    Q.    I mean, Darvocet -- and you tried that,
15  and from what I see in your report, this is neck
16  pain, back pain, and bulging disk and arthritis?
17    A.    Yes, sir.
18    Q.    Back at the time you saw him in January
19  of 1997, was he in severe pain at that time?
20    A.    That's what he said, he was in severe
21  pain.
22    Q.    And you believed him?
23    A.    I do believe him.
24    Q.    You have some patients maybe you don't
25  believe?
page 121
1     A.    Yes, sir.  Yeah, there are some
2  patients that I don't believe.
3     Q.    But he is one you believed he was in
4  that pain?
5     A.    Yes, sir.
6     Q.    And so you prescribed that, and then
7  the next time you saw him, was it one day later?
8     A.    Yes, sir, one day later.
9     Q.    One day later he came back?
10    A.    Yes, sir.
11    Q.    And why did he come back?
12    A.    He said that he had increased pain.
13  The medicine that I gave him is not relieving the
14  pain and he was unable to sleep that night because
15  of the pain.
16    Q.    Back at this time in '97, was his pain
17  so bad that he was even disabled from working?
18    A.    I don't think he had to work.  He's not
19  -- he don't have any disabled -- I don't think he
20  was disabled at that time, legally disabled.
21    Q.    I meant -- I meant physically,
22  medically.  Do you think he was disabled back at
23  that time?
24    A.    I would -- yes, sir.  Yes, sir.
25  Because he said he's hurting so he should not be
page 122
1  working.
2     Q.    And he's never gotten that much better,
3  has he?
4     A.    No, sir.

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 5     Q.   Now, I notice on the 14th, is that when<br>6  you when -- what did you prescribe for his pain<br>7  then?<br>8     A.   I gave him some low dose Lortab just<br>9  for one week because he was in severe pain.  I<br>10  like to give it to him three times a day.  Maybe<br>11  that will take away the pain for a week.  And<br>12  after that, go back again to the lesser pain<br>13  medicine.<br>14     Q.   Right.  And so you didn't give him a<br>15  long prescription?<br>16     A.   I tried not to.  I gave him only for<br>17  seven days pain medicine.<br>18     Q.   And that's because it was a narcotic,<br>19  and you wanted to be careful?<br>20     A.   Yes, sir.<br>21     Q.   And back on January 14th, he had high<br>22  blood pressure then?<br>23     A.   Yes, sir, but he was in pain.<br>24     Q.   Right.<br>25     A.   That's the reason why I was thinking<br>page 123<br>1  the pain was causing the blood pressure to go up<br>2  high.<br>3     Q.   But for somebody that's in pain all the<br>4  time, would that help keep their blood pressure<br>5  high?<br>6     A.   It can.  It can.<br>7     Q.   So a week later, he came back and was<br>8  still having pain?<br>9     A.   Yes, sir.<br>10     Q.   And but was the Lortab helping him?<br>11     A.   He said that it helps a little bit, but<br>12  he still had some stiffness and back pain.<br>13     Q.   That's when he asked for some more<br>14  Lortab, and you thought it would be a good idea?<br>15     A.   I thought it was good to keep him on a<br>16  maintenance dose of one pain medicine at night so<br>17  that he can sleep at night.  If he takes it at<br>18  night before he goes to bed, maybe he could sleep<br>19  at night and forget that pain. | |
| 20     Q.   Were you aware that back at this same<br>21  time, he was also seeing -- being treated at the<br>22  VA Hospital?<br>23     A.   No.<br>24     Q.   Are you aware of that?<br>25     A.   I'm not aware of that.<br>page 124<br>1     Q.   So if he went to the VA on February the<br>2  4th of 1997, that would be in between visits when<br>3  you saw him, wouldn't it? | **Pl's Obj.:**  R. 401, R. 402. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 4    A.   Yes, sir. | |
| 5    Q.   And if he went and told them that he | |
| 6  had pain in his knees, back, and neck, would that | |
| 7  be consistent with what he was telling you? | |
| 8    A.   Yes, sir. | |

9    Q.   After this, I think it was shortly
10  after that when you put in your records that he
11  had a diagnosis of arthritis?
12    A.   Yes, sir.
13    Q.   And was that on March 4th of '97?
14    A.   March 4th, 1997.
15    Q.   And what does that say?
16    A.   Rheumatoid arthritis.
17    Q.   Right.
18    A.   Rule out -- eval for rheumatoid
19  arthritis.
20    Q.   And is that something you ruled out?
21    A.   Yes, sir, I did.  I think I wrote down
22  here also that X-ray showed arthritic changes on
23  his neck and also on the lower part of his back on
24  March 4th, 1997.
25    Q.   Okay.  And was that consistent with
page 125
1  somebody that was in severe pain?
2    A.   Yes, sir.


[126:2] - [126:16] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 126
2    Q.   I'm just kind of skipping through.  You
3  saw him very frequently, didn't you?
4    A.   Yes, sir.
5    Q.   Sometimes multiple times a month?
6    A.   Yes, sir.
7    Q.   And about every time he came in, it was
8  about his pain, wasn't it?
9    A.   Yes, sir.
10    Q.   For example, on April 2nd, his blood
11  pressure was 154 over 100?
12    A.   That's right.
13    Q.   And that's high blood pressure?
14    A.   That's high blood pressure.

| | |
|---|---|
| 15    Q.   That's the kind of blood pressure that | **PI's Obj.:** R. 611 - leading. |
| 16  can damage your blood vessel? | |


[126:18] - [128:7] 10/24/2006 Herrera, Esmeraldo 9-14-2006

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| * Defendant's Affirmative Depo Designations | |
|---|---|
| page 126 | |
| 18   A.   If it is left, yes, sir, if it is left<br>19 untreated. | **Pl's Obj.:**  R. 611 - leading. |
| 20   Q.   Right. And so as a matter of fact, the<br>21 next day, you scheduled an MRI, didn't you?<br>22   A.   Yes, sir.<br>23   Q.   Because he had severe pain?<br>24   A.   That's right.<br>25   Q.   Okay. And the blood pressures<br>page 127<br>1 continued to be high, too, right?<br>2   A.   Yes, sir.<br>3   Q.   I don't want to go over every one of<br>4 these. But, you know, it just looks like<br>5 throughout '97, you were treating him for his<br>6 severe pain?<br>7   A.   That's correct.<br>8   Q.   Then on -- I notice on August 26th of<br>9 '97, did you evaluate him then for hypertension?<br>10   A.   He came in for back pain and high blood<br>11 pressure.<br>12   Q.   Okay.<br>13   A.   Because his blood pressure was high.<br>14 He wanted -- basically, he came for pain and he<br>15 would like a refill of medicine, but we found his<br>16 blood pressure was high, so we put the<br>17 hypertension and started treating him for<br>18 hypertension.<br>19   Q.   Now, from August 26th of 1997 up to<br>20 today, have you been treating him for<br>21 hypertension?<br>22   A.   Yes, sir.<br>23   Q.   And over the years, have there been<br>24 times where his blood pressure was very difficult<br>25 to control?<br>page 128<br>1   A.   I need to look at the recent one. I<br>2 think it got control at one -- at some point.<br>3   Q.   Well, let me ask -- go ahead.<br>4   A.   Yes.<br>5   Q.   I think there were times it was under<br>6 control and sometimes --<br>7   A.   Sometimes not.<br><br><br>[128:9] - [128:10] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| page 128 | |
|---|---|
| 9     Q.    Would that be fair?<br>10    A.    Yes, sir. | **Pl's Obj.:** R. 401, R. 402. |
| [128:12] - [129:10] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 128<br>12    Q.    But your goal was to lower it as much<br>13 as possible?<br>14    A.    That's correct.<br>15    Q.    What would be your goal with a diabetic<br>16 patient?<br>17    A.    120 over 80.<br>18    Q.    And if it was above that, would you<br>19 want to be treating it?<br>20    A.    Yes, sir. | |
| 21    Q.    In some patients like Mr. Dedrick, can<br>22 you try your best to treat it, but still not be<br>23 able to get it --<br>24    A.    Yes, sir.<br>25    Q.    And that blood pressure, particularly<br>page 129<br>1 in a diabetic, can lead to things such as<br>2 premature cardiovascular disease?<br>3    A.    Yes, sir. | **Pl's Obj.:** R. 611 - leading. |
| 4    Q.    And so if we went through all his blood<br>5 pressure, if his blood pressures were above 120<br>6 over 80; is that what you said --<br>7    A.    Yes.<br>8    Q.    -- then that would be in a range that<br>9 would be too high --<br>10    A.    Yes, sir.<br><br>[129:12] - [131:12] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 129<br>12    Q.    And would you consider it to be<br>13 hypertension?<br>14    A.    Yes, sir.<br>15    Q.    In looking at the medical records, you<br>16 know, through the remainder of '97 and into '98,<br>17 it appears you're continuing to treat the same<br>18 things.<br>19    A.    Yes, sir.<br>20    Q.    And was that his pain? | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 21   A.   Pain and other medical problems.<br>22   Q.   Like hypertension?<br>23   A.   Hypertension.<br>24   Q.   And at some point, you began treating<br>25  the arthritis, too?<br>page 130<br>1   A.   That's correct.<br>2   Q.   Okay.  Remind me a second.  I hate to<br>3  have you look back too far.  When did you start<br>4  medication for hypertension?<br>5   A.   August 26th, 1997. | |
| 6   Q.   I think that's what you said.<br>7   A.   Yeah.<br>8   Q.   Yes; is that right?<br>9   A.   Yes. | PI's Obj.: Asked & answered. |
| 10   Q.   Okay.  Yeah, that's what you told me.<br>11  August 26th of 1997.  So during '97 and '98, even<br>12  with that medication, there were times when his<br>13  blood pressure just was not under control?<br>14   A.   Yes, sir.<br>15   Q.   And is that dangerous for somebody like<br>16  him?<br>17   A.   Yes, sir.<br>18   Q.   Now, if you'll go to the page where you<br>19  have "February of '98" at the top.<br>20   A.   Okay.<br>21   Q.   As a matter of fact, I'm just going to<br>22  mark that one separately as Exhibit Number 10.<br>23        (Defendant's Exhibit Number 10<br>24        was marked for identification.)<br>25   Q.   As a matter of fact, I'll even show you<br>page 131<br>1  that page so you don't have to flip through your<br>2  chart.<br>3   A.   Okay. | |
| 4   Q.   Let me find my page again.  On February<br>5  9, even while he was on blood pressure medication,<br>6  what was his blood pressure?<br>7   A.   Accupril two times a day. | PI's Obj.: R. 611 - leading. |
| 8   Q.   No, no.  On February 9th, what was his<br>9  blood pressure?<br>10   A.   146 over 98.<br>11   Q.   And that's not good?<br>12   A.   No, that's not good. | |

[132:3] - [135:16] 10/24/2006 Herrera, Esmeraldo 9-14-2006

* Defendant's Affirmative Depo Designations

page 132

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 3    Q.    And did you switch his blood pressure 4  medication?  I see that Accupril there on that 5  page? 6    A.    Yes, I did. 7    Q.    And was the hope that that would get it 8  under control? 9    A.    Yes, sir.  I switched it to Adalat. 10    Q.    Say that again. 11    A.    Adalat, I changed it to Adalat 100 -- 12    Q.    That's actually in September, isn't it? 13    A.    He was taking Accupril 20 milligrams 14  two times a day in February of 1998. 15    Q.    Right.  And that's when he had the 146 16  over 98? 17    A.    That's right. | |
| 18    Q.    And then he came back in in September, 19  September 22nd of '99.  I'm looking at Exhibit 20  10. 21    A.    But I haven't seen him -- it was like 22  one year and five months, I haven't seen him.  I 23  don't know where he went.  Was he in jail? | **Pl's Obj.:**  R. 611 - leading. Improper question. |
| 24    Q.    I'm looking right now just at September 25  22nd of '99. page 133 1    A.    Yeah.  The last time I saw him was 2  1998, and then I didn't see him, and then the next 3  time I saw him was September of 1999.  That's 4  almost more than one year and five months. 5    Q.    Right.  And at that time when you saw 6  him, he had had a high blood pressure the last 7  time you saw him? 8    A.    Yes, sir. 9    Q.    Was it under control a year later? 10    A.    No, it was still high. 11    Q.    What was it then? 12    A.    134 over 100. 13    Q.    And what did -- did he give you a 14  history of what his blood pressure had been? 15    A.    No, sir.  Yeah, okay.  Got 180 over 101 | |
| 16  five days ago.  That's according to him.  And he 17  was in jail at that time. 18    Q.    So when he was in jail, he had really 19  high blood pressure? 20    A.    Yes, sir. | **Pl's Obj.:**  R. 401, R. 402, R. 403.  Reference to jail are unfairly prejudicial to Plaintiff and subject of MIL # 1. R. 611 - leading. |
| 21    Q.    And is that dangerous, the blood 22  pressure he had? 23    A.    Yes, that's dangerous. 24    Q.    Dangerous for what? 25    A.    That can damage your artery and lead to page 134 1  cardiovascular event. | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 2  Q.   Is that the type of blood pressure that<br>3  could lead to a heart attack?<br>4  A.   Yes, sir.<br>5  Q.   Okay.  So at that time in '99, you kind<br>6  of switched -- you switched his medicine, right?<br>7  A.   Yes, sir. | |
| 8  Q.   Now, he was in jail when he had the<br>9  blood pressure problem, right?<br>10  A.   Yes, sir. | **PI's Obj.:**  R. 401, R. 402,<br>R. 403.  Reference to jail<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1. |
| 11  Q.   Did he also -- if you look back at that<br>12  same page, was he also having some diabetic<br>13  problems?<br>14  A.   That's correct.<br>15  Q.   And that note -- what does that note<br>16  say?  "Complaining of increased blood sugar"?<br>17  A.   "Complaining of increased blood sugar<br>18  of 356 five days ago."  And that's not fasting.<br>19  Q.   It's at 356?<br>20  A.   356.<br>21  Q.   Not fasting, is that bad?<br>22  A.   Not fasting.  That's high.  That's not<br>23  good.<br>24  Q.   Does that mean his diabetes at least --<br>25  that at that point in time was not under control?<br>page 135<br>1  A.   Yes, sir.<br>2  Q.   Can that be dangerous?<br>3  A.   That's dangerous.<br>4  Q.   What can that lead to?<br>5  A.   It can lead to all complications of<br>6  diabetes.<br>7  Q.   Including heart attack?<br>8  A.   Everything including heart attack and<br>9  stroke.<br>10  Q.   Can that increase the amount of<br>11  atherosclerosis in somebody's heart?<br>12  A.   It's -- yes, sir, it's continuing<br>13  process. | |
| 14  Q.   It's evident to me that back when he<br>15  was in jail, he was having some problems<br>16  controlling his hypertension and his diabetes?<br><br>[135:18] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 135 | **PI's Obj.:**  R. 401, R. 402,<br>R. 403.  Reference to jail<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Witness did not answer.<br>Sidebar.  R. 611 -- leading. |
| 18  Q.   Is that fair? | **PI's Obj.:**  Same. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| [135:20] - [136:14] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 135 | |
| 20    A.   Yes, sir.<br>21    Q.   So during this time period in September<br>22 of '99, you were trying to help him, were you not?<br>23    A.   Yes, sir.<br>24    Q.   And most of this time, was he in jail?<br>25    A.   He was in jail.<br>page 136<br>1    Q.   And during September of '99, y'all even<br>2 went so far as to get medicines over to the jail<br>3 to him, didn't you?<br>4    A.   Yes, sir.<br>5    Q.   And what were the medicines intending<br>6 to help?<br>7    A.   They were supposed to lower down the<br>8 sugar, the tablet.  The Avandia tablet is supposed<br>9 to lower down sugar.<br>10    Q.   So the Avandia was to help with his<br>11 diabetes?<br>12    A.   Yes, sir.<br>13    Q.   And as far as you could tell, he was<br>14 out of control on his diabetes? | PI's Obj.:  R. 401, R. 402,<br>R. 403.  Reference to jail<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries.<br>Remote in time.  R. 611 -<br>leading. |
| [136:16] - [137:14] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | |
| page 136<br>16    A.   That's right.<br>17    Q.   And you were trying to help him with<br>18 his hypertension, too?<br>19    A.   That's correct.<br>20    Q.   Because 180 over 101 is troubling?<br>21    A.   Yes, sir.<br>22    Q.   And so it looks like you were trying to<br>23 help in September of '99, and then what happened?<br>24    A.   Well, I never saw him again.  It's been<br>25 two years after that.  The next time I saw him was<br>page 137<br>1 two years and nine months, July 8, 2002, when he<br>2 came to my office.<br>3    Q.   Did you --<br>4    A.   Let me double check on that.  Yes,<br>5 sir.  July 8, 2002.<br>6    Q.   Right.  So the last time you heard from<br>7 him -- | PI's Obj.:  R. 401, R. 402,<br>R. 403.  Reference to jail<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries.<br>Remote in time.  R. 611 -<br>leading. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 8    A.    Was September 28th 1999.<br>9    Q.    And back at that time was he having<br>10  some significant problems with his diabetes and<br>11  his hypertension?<br>12    A.    That's correct. | |
| 13    Q.    And then he essentially disappeared<br>14  from you for three years?<br><br><br>[137:16] - [137:23] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations | **PI's Obj.:**  R. 401, R. 402,<br>R. 403.  Reference to jail<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries.<br> R. 611 - leading. |
| page 137<br>16    A.    Yes, sir.<br>17    Q.    Did you know that he was in prison<br>18  during that time?<br>19    A.    I know he was in prison.  I don't know<br>20  what prison.  I didn't pay much attention to it.<br>21    Q.    Do you know how his diabetes and his<br>22  hypertension did while he was in prison?<br>23    A.    No, sir.<br><br><br>[138:10] - [138:13] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 138 | **PI's Obj.:**  R. 401, R. 402,<br>R. 403.  Reference to jail<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries.<br> R. 611 - leading. |
| 10    Q.    If a medical provider told him that he<br>11  needed insulin --<br>12    A.    Yes, sir.<br>13    Q.    -- is that something he should do?<br><br><br>[138:15] - [138:24] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 138 | **PI's Obj.:**  Improper<br>hypothetical.  Lack of<br>foundation.  R. 401, R. 402. |
| 15    A.    Yes, sir. | **PI's Obj.:**  Same. |
| 16    Q.    And why is that?<br>17    A.    Because he was in -- he was -- you said<br>18  a medical provider, and he had -- he knows how to<br>19  treat the diabetes, in his medical judgment, he<br>20  needs to have insulin, he should have insulin. | **PI's Obj.:**  R. 601. Lack of<br>personal knowledge.<br>Speculative. |
| 21    Q.    And if you don't get insulin, can that<br>22  cause complications, if you need it?<br>23    A.    If you don't get insulin, then your<br>24  sugar will not go down. | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| [139:6] - [139:8] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 139<br>6    Q.    And over many months, can diabetes hurt<br>7  your blood vessels?<br>8    A.    Yes, sir, it can.<br><br><br>[139:12] - [140:18] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 139<br>12    Q.    So it's my understanding that really<br>13 the next time you saw him was then in July of<br>14  2002?<br>15    A.    That's right. | |
| 16    Q.    Okay.  Now, let me -- let me ask you a<br>17 couple of questions.  Do you know why he was in<br>18 prison?<br>19    A.    No, sir.  Was it drunk driving, drunk<br>20 driving?<br>21    Q.    Yes, sir.  That's my understanding.<br>22    A.    That's only --<br>23    Q.    That he had two different very serious<br>24 accidents --<br>25    A.    I didn't know.<br>page 140<br>1    Q.    -- driving while intoxicated.  At the<br>2  prison, assume with me that they found that he<br>3  needed treatment for alcohol dependence.  Were you<br>4  aware of that?<br>5   A.   No, sir, I'm not aware. | **Pl's Obj.:** R. 401, R. 402,<br>R. 403.  References to jail<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries. |
| 6    Q.    Can alcohol dependence or alcohol abuse<br>7  cause medical problems?<br>8    A.    It can cause medical problems.<br>9    Q.    Can it impact somebody that has<br>10 diabetes?<br>11    A.    It can.<br>12    Q.    In what way?<br>13    A.    It can increase your sugar, I guess,<br>14 worsen your diabetes.  It can damage your liver.<br>15    Q.    Can it damage your heart?<br>16    A.    It can damage your heart, too. | |
| 17    Q.    And you weren't aware that he was<br>18 having alcohol abuse problems? | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| [140:20] - [141:18] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 140 | |
| 20   A.   I knew that he was in there for alcohol<br>21  problem.  That's all I know. | **Pl's Obj.:**  R. 401, R. 402,<br>R. 403.  Answer not<br>responsive.  Move to strike. |
| 22   Q.   But that wasn't something you treated<br>23  him for?<br>24   A.   No, sir.  No.<br>25   Q.   It wasn't anything he came to you<br>page 141<br>1  about, did he?<br>2   A.   No, sir.<br>3        (Defendant's Exhibit Number 11<br>4        was marked for identification.) | |
| 5   Q.   Doctor, let me mark for you Exhibit<br>6  Number 11.  This is a mental health treatment plan<br>7  for while Mr. Dedrick was in prison.<br>8   A.   Okay.<br>9   Q.   If I have the dates right, I believe<br>10  that's July of 2000.  Okay?<br>11   A.   Okay.<br>12   Q.   And in this, they have a diagnosis of<br>13  cocaine dependence and alcohol dependence.  Do you<br>14  see that?<br>15   A.   Yes, sir.<br>16   Q.   We already talked about alcohol<br>17  dependence.  But can cocaine dependence have bad<br>18  effects on people's health? | **Pl's Obj.:**  R. 401, R. 402,<br>R. 403.  References to jail<br>and remote cocaine use<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries. |
| [141:20] - [142:5] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 141 | |
| 20   A.   Yes, sir.<br>21   Q.   What can those bad effects be?<br>22   A.   Well, in acute cocaine toxicity can --<br>23  it can constrict -- vasospasm.  It can proceed to<br>24  heart attack in a few cases.<br>25   Q.   If you have diabetes, are you taking a<br>page 142<br>1  lot of risks doing a drug like cocaine?<br>2   A.   It's certainly a risk to be on cocaine.<br>3   Q.   If you're diabetic and have<br>4  hypertension, is it a pretty serious risk you're<br>5  taking doing cocaine? | **Pl's Obj.:**  R. 401, R. 402,<br>R. 403.  References to cocaine<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries. |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| [142:7] - [142:11] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 142 | |
| 7    A.    Yes, sir.<br>8    Q.    If you're diabetic and have<br>9  hypertension and have a family history of<br>10  cardiovascular disease, is it a significant risk<br>11  you're taking by doing cocaine? | PI's Obj.:  R. 401, R. 402,<br>R. 403.  References to cocaine<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries. |
| [142:13] - [144:12] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 142 | |
| 13    A.    Yes, sir.<br>14    Q.    So he came out in July of 2002 -- or he<br>15  got out of prison, and the first time he came to<br>16  see you was July of 2002?<br>17    A.    That's correct. | PI's Obj.:  R. 401, R. 402,<br>R. 403.  References to jail<br>and remote cocaine use<br>are unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries. |
| 18    Q.    When he came to see you in July of<br>19  2002, I noted over there it says "Evaluation of"<br>20  -- on the right-hand side?<br>21    A.    Uh-huh.<br>22    Q.    "Evaluation of" -- is that --<br>23    A.    "Diabetes Mellitus."<br>24    Q.    So he was there to get evaluated for<br>25  his diabetes?<br>page 143<br>1    A.    Diabetes.<br>2    Q.    Okay.<br>3    A.    He was on Glyboride 5 milliliter two<br>4  times a day, and this was the medicine that he was<br>5  on.<br>6    Q.    And he was also there for evaluation of<br>7  HTN?<br>8    A.    Hypertension. | |
| 9    Q.    So after he got out of prison, he came<br>10  to you again to deal with -- to help treat his<br>11  diabetes?<br>12    A.    Yes, sir. | PI's Obj.:  R. 401, R. 402,<br>R. 403.  Reference to prison<br>is unfairly prejudicial to<br>Plaintiff and subject of MIL # 1.<br>Irrelevant to Plaintiff's injuries. |
| 13    Q.    And his hypertension?<br>14    A.    That's right.<br>15    Q.    And is this also when he came for you<br>16  to treat him again about his arthritis?<br>17    A.    Yes, sir.<br>18    Q.    Is shortly thereafter that you first<br>19  prescribed him Vioxx?<br>20    A.    Yes, sir. | |

Dedrick v. Merck Co., Inc.
Defendant's Affirmatives and Plaintiff's Objections to Deposition Testimony of Dr. Esmeraldo Herrera
Exhibit "A"

| | |
|---|---|
| 21    Q.    It also says on that page after<br>22  "Hypertension," it says he wants to discuss sexual<br>23  problems?<br>24    A.    That's correct. | |
| 25    Q.    Would that be like erectile<br>page 144<br>1  dysfunction?<br>2    A.    That's right.<br>3    Q.    And you gave him some samples at some<br>4  point along there of Viagra; do you remember that?<br>5    A.    Did I wrote it down?<br>6    Q.    I've got to find it again.  Let me just<br>7  back up.  Let me strike that about Viagra.<br>8    A.    Okay. | **Pl's Obj.:**  Counsel withdrew<br>questions. R.401, R. 402,<br>R. 403. |
| 9    Q.    If somebody is having erectile<br>10  dysfunction, is there some known relationship<br>11  between erectile dysfunction and cardiovascular<br>12  disease?<br><br><br>[144:14] - [145:1] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 144 | **Pl's Obj.:**  R.401, R. 402,<br>R. 403. |
| 14    A.    Yes, sir, there is.<br>15    Q.    And is that because -- well, why is<br>16  that?  Does that have anything to do with<br>17  occlusion?<br>18    A.    Coronary artery occlusion.<br>19    Q.    And is this fairly common in diabetics?<br>20    A.    It is common in diabetics.<br>21    Q.    And why is that?<br>22    A.    They have a tendency to develop<br>23  atherogenic complications, cholesterol, plaque<br>24  inside the artery. | **Pl's Obj.:**  R.401, R. 402,<br>R. 403. |
| 25    Q.    And it may affect sexual function, just<br>page 145<br>1  like it affects the heart?<br><br><br>[145:3] - [145:13] 10/24/2006 Herrera, Esmeraldo 9-14-2006<br><br>* Defendant's Affirmative Depo Designations<br><br>page 145 | **Pl's Obj.:**  R.401, R. 402,<br>R. 403. |
| 3    A.    Yes, sir.<br>4    Q.    That would be reduced blood flow?<br>5    A.    Yes, sir. | **Pl's Obj.:**  R.401, R. 402,<br>R. 403. |
| 6    Q.    Okay.  And so when he came out of<br>7  prison -- is this the first time you remember him | **Pl's Obj.:**  R. 401, R. 402,<br>R. 403.  Reference to prison |