CHAPTER

# 26

# ANALGESIC-ANTIPYRETIC AND ANTIINFLAMMATORY AGENTS; PHARMACOTHERAPY OF GOUT

Anne Burke, Emer Smyth, and Garret A. FitzGerald

This chapter describes *aspirin*, *acetaminophen*, the other non-narcotic nonsteroidal antiinflammatory drugs (NSAIDs) used to treat pain and inflammation, and the drugs used for hyperuricemia and gout.

Most currently available traditional NSAIDs (tNSAIDs) act by inhibiting the prostaglandin G/H synthase enzymes, colloquially known as the cyclooxygenases. The inhibition of cyclooxygenase-2 (COX-2) is thought to mediate, in large part, the antipyretic, analgesic, and antiinflammatory actions of tNSAIDs, while the simultaneous inhibition of cyclooxygenase-1 (COX-1) largely but not exclusively accounts for unwanted adverse effects in the gastrointestinal tract. Selective inhibitors of COX-2 are a subclass of NSAIDs that are also discussed. Aspirin, which irreversibly acetylates cyclooxygenase, is discussed, along with several structural subclasses of tNSAIDs, including propionic acid derivatives (*ibuprofen*, *naproxen*), acetic acid derivatives (*indomethacin*), and enolic acids (*piroxicam*), all of which compete in a reversible manner with the arachidonic acid (AA) substrate at the active site of COX-1 and COX-2. Acetaminophen is a very weak antiinflammatory drug; it is effective as an antipyretic and analgesic agent at typical doses that partly inhibit COXs, but appears to have fewer gastrointestinal side effects than the tNSAIDs.

*Inflammation.* The inflammatory process is the response to an injurious stimulus. It can be evoked by a wide variety of noxious agents (*e.g.*, infections, antibodies, or physical injuries). The ability to mount an inflammatory response is essential for survival in the face of environmental pathogens and injury; in some situations and diseases, the inflammatory response may be exaggerated and sustained without apparent benefit and even with severe adverse consequences. No matter what the initiating stimulus, the classic inflammatory response includes calor (warmth), dolor (pain), rubor (redness), and tumor (swelling).

Inflammatory responses occur in three distinct temporal phases, each apparently mediated by different mechanisms: (1) an acute phase, characterized by transient local vasodilation and increased capillary permeability; (2) a delayed, subacute phase characterized by infiltration of leukocytes and phagocytic cells; and (3) a chronic proliferative phase, in which tissue degeneration and fibrosis occur.

Many mechanisms are involved in the promotion and resolution of the inflammatory process (Serhan and Chiang, 2004; Kyriakis and Avruch, 2001). Although earlier studies emphasized the promotion of migration of cells out of the microvasculature, recent work has focused on adhesive interactions, including the E-, P-, and L-selectins, intercellular adhesion molecule-1 (ICAM-1), vascular cell adhesion molecule-1 (VCAM-1), and leukocyte integrins, in the adhesion of leukocytes and platelets to endothelium at sites of inflammation (Meager, 1999).

Activated endothelial cells play a key role in "targeting" circulating cells to inflammatory sites. Expression of the adhesion molecules varies among cell types involved in the inflammatory response. Cell adhesion occurs by recognition of cell-surface glycoproteins and carbohydrates on circulating cells due to the augmented expression of adhesion molecules on resident cells. Thus, endothelial activation results in leukocyte adhesion as the leukocytes recognize newly expressed L-selectin and P-selectin; other important interactions include those of endothelial-expressed E-selec-



PLAINTIFF'S EXHIBIT E

tin with sialylated Lewis X and other glycoproteins on the leukocyte surface and endothelial ICAM-1 with leukocyte integrins. It has been proposed that some, but not all, tNSAIDs may interfere with adhesion by inhibiting expression or activity of certain of these cell-adhesion molecules (Diaz-Gonzalez and Sanchez-Madrid, 1998). Novel classes of antiinflammatory drugs directed against cell-adhesion molecules are under active development but have not yet entered the clinical arena.

In addition to the cell-adhesion molecules outlined above, the recruitment of inflammatory cells to sites of injury involves the concerted interactions of several types of soluble mediators. These include the complement factor C5a, platelet-activating factor, and the eicosanoid $LTB_4$ (see Chapter 25). All can act as chemotactic agonists. Several cytokines also play essential roles in orchestrating the inflammatory process, especially interleukin-1 (IL-1) and tumor necrosis factor (TNF) (Dempsey et al., 2003). IL-1 and TNF are considered principal mediators of the biological responses to bacterial lipopolysaccharide (LPS, also called endotoxin). They are secreted by monocytes and macrophages, adipocytes, and other cells. Working in concert with each other and various cytokines and growth factors (including IL-8 and granulocyte-macrophage colony-stimulating factor; see Chapter 53), they induce gene expression and protein synthesis in a variety of cells to mediate and promote inflammation.

IL-1 comprises two distinct polypeptides (IL-1$\alpha$ and IL-1$\beta$) that bind to the same cell-surface receptors and produce similar biological responses. Plasma IL-1 levels are increased in patients with active inflammation. IL-1 can bind to two types of receptors, an 80-kd IL-1 receptor type 1 and a 68-kd IL-1 receptor type 2, which are present on different cell types.

TNF, originally termed "cachectin" because of its ability to produce a wasting syndrome, is composed of two closely related proteins: mature TNF (TNF-$\alpha$) and lymphotoxin (TNF-$\beta$), both of which are recognized by the same cell-surface receptors. There are two types of TNF receptors, a 75-kd type 1 receptor and a 55-kd type 2 receptor. IL-1 and TNF produce many of the same proinflammatory responses.

A naturally occurring IL-1 receptor antagonist (IL-1ra), competes with IL-1 for receptor binding, blocks IL-1 activity in vitro and in vivo, and in experimental animals can prevent death induced by administration of bacteria or LPS. IL-1ra often is found in high levels in patients with various infections or inflammatory conditions. Thus, the balance between IL-1 and IL-1ra may contribute to the extent of an inflammatory response. Preliminary studies suggest that the administration of IL-1ra (designated anakinra)—by blocking IL-1 action on its receptor—may be beneficial in rheumatoid arthritis and other inflammatory conditions (Louie et al., 2003; Olson and Stein, 2004).

Other cytokines and growth factors [e.g., IL-2, IL-6, IL-8, and granulocyte/macrophage colony stimulating factor (GM-CSF)] contribute to manifestations of the inflammatory response. The concentrations of many of these factors are increased in the synovia of patients with inflammatory arthritis. Certain relevant peptides, such as substance P, which promotes firing of pain fibers, also are elevated and act in concert with cytokines at the site of inflammation. Other cytokines and growth factors counter the effects and initiate resolution of inflammation. These include transforming growth factor-$\beta_1$ (TGF-$\beta_1$), which increases extracellular matrix formation and acts as an immunosuppressant, IL-10, which decreases cytokine and prostaglandin $E_2$ formation by inhibiting monocytes, and interferon gamma, IFN-$\gamma$, which possesses myelosuppressive activity and inhibits collagen synthesis and collagenase production by macrophages.

Histamine was one of the first identified mediators of the inflammatory process. Although several $H_1$ histamine–receptor antagonists are available, they are useful only for the treatment of vascular events in the early transient phase of inflammation (see Chapter 24). Bradykinin and 5-hydroxytryptamine (serotonin, 5-HT) also may play a role in mediating inflammation, but their antagonists ameliorate only certain types of inflammatory response (see Chapter 24). Leukotriene (LT)-receptor antagonists (montelukast and zafirlukast) exert antiinflammatory actions and have been approved for the treatment of asthma (see Chapter 27). Another lipid autacoid, platelet-activating factor (PAF), has been implicated as an important mediator of inflammation; however, inhibitors of PAF synthesis and PAF-receptor antagonists have proven disappointing in the treatment of inflammation (see Chapter 25).

Intradermal, intravenous, or intra-arterial injections of small amounts of prostaglandins mimic many components of inflammation. Administration of prostaglandin $E_2$ ($PGE_2$) or prostacyclin ($PGI_2$) causes erythema and an increase in local blood flow. Such effects may persist for up to 10 hours with $PGE_2$ and include the capacity to counteract the vasoconstrictor effects of substances such as norepinephrine and angiotensin II, properties not generally shared by other inflammatory mediators. In contrast to their long-lasting effects on cutaneous vessels and superficial veins, prostaglandin-induced vasodilation in other vascular beds vanishes within a few minutes.

Although $PGE_1$ and $PGE_2$ (but not $PGF_{2\alpha}$) cause edema when injected into the hind paw of rats, it is not clear if they can increase vascular permeability in the postcapillary and collecting venules without the participation of other inflammatory mediators (e.g., bradykinin, histamine, and leukotriene $C_4$ [$LTC_4$]). Furthermore, $PGE_1$ is not produced in significant quantities in humans

[right column partially cut off:]

in vivo, exc(
fatty acid (
unlikely to
though they
an inflamed

*Rheumatoi*
rheumatoid ar
mune disease
cell–derived c
cells and the
the antibodies
ly elicited by
response to a

Many cytc
the rheumatoi
and actions o
Although som
the release o
inhibitors app
many of the
immune resp(
cells and B ce
25). Thus, it
contribute to
impact on ad
directly inhib
blockade of
downstream I

### NSAIC
### ANTII

All NSAII
inhibitors,
ic. NSAIC
compound:
them are o
therapeutic
inhibits th
distinct fro
itors and i
larly, aceta
but largel;
conventioi
ing NSAII
cal action
the NSAII
itors are (
important

*History.* Th
translation c
temporary tl

*in vivo*, except under rare circumstances such as essential fatty acid deficiency. Unlike LTs, prostaglandins are unlikely to be involved in chemotactic responses, even though they may promote the migration of leukocytes into an inflamed area by increasing blood flow.

*Rheumatoid Arthritis.* Although the detailed pathogenesis of rheumatoid arthritis is largely unknown, it appears to be an autoimmune disease driven primarily by activated T cells, giving rise to T cell-derived cytokines, such as IL-1 and TNF-$\alpha$. Activation of B cells and the humoral response also are evident, although most of the antibodies generated are IgGs of unknown specificity, apparently elicited by polyclonal activation of B cells rather than from a response to a specific antigen.

Many cytokines, including IL-1 and TNF-$\alpha$, have been found in the rheumatoid synovium. Glucocorticoids interfere with the synthesis and actions of cytokines, such as IL-1 or TNF-$\alpha$ (*see* Chapter 59). Although some of the actions of these cytokines are accompanied by the release of prostaglandins and thromboxane $A_2$ (TXA$_2$), COX inhibitors appear to block only their pyrogenic effects. In addition, many of the actions of the prostaglandins are inhibitory to the immune response, including suppression of the function of helper T cells and B cells and inhibition of the production of IL-1 (*see* Chapter 25). Thus, it has been suggested that COX-independent effects may contribute to the efficacy of NSAIDs in this setting. Besides an impact on adhesive interactions, salicylate and certain tNSAIDs can directly inhibit the activation and function of neutrophils, perhaps by blockade of integrin-mediated neutrophil responses by inhibiting downstream Erk signaling (Pillinger *et al.*, 1998).

## NSAIDS: NONSTEROIDAL ANTIINFLAMMATORY DRUGS

All NSAIDs, including the subclass of selective COX-2 inhibitors, are antiinflammatory, analgesic, and antipyretic. NSAIDs are a chemically heterogeneous group of compounds, often chemically unrelated (although most of them are organic acids), which nevertheless share certain therapeutic actions and adverse effects. Aspirin also inhibits the COX enzymes but in a manner molecularly distinct from the competitive, reversible, active site inhibitors and is often distinguished from the NSAIDs. Similarly, acetaminophen, which is antipyretic and analgesic but largely devoid of antiinflammatory activity, also is conventionally segregated from the group despite its sharing NSAID activity with other actions relevant to its clinical action *in vivo*. General properties shared by aspirin, the NSAIDs, and acetaminophen as a class of COX inhibitors are considered first, followed by a discussion of important differences among representative drugs.

*History.* The history of aspirin provides an interesting example of the translation of a compound from the realm of herbal folklore to contemporary therapeutics. The use of willow bark and leaves to relieve fever has been attributed to Hippocrates, but was most clearly documented by the Rev. Edmund Stone in a 1763 letter to the president of the Royal Society. Similar properties were attributed to potions from Meadowsweet (*Spiraea ulmaria*), from which the name aspirin is derived. Salicin was crystalized in 1829 by Leroux, and Pina isolated salicylic acid in 1836. In 1859, Kolbe synthesized salicylic acid, and by 1874 it was being produced industrially. It soon was being used for rheumatic fever, gout, and as a general antipyretic. Its unpleasant taste and adverse gastrointestinal effects made it difficult to tolerate for more than short periods. In 1899, Hoffmann, a chemist at Bayer Laboratories, sought to improve the adverse-effect profile of salicylic acid (which his father was taking with difficulty for arthritis). He came across the earlier work of the French chemist, Gerhardt, who had acetylated salicylic acid in 1853, apparently ameliorating its adverse-effect profile but without improving its efficacy, and therefore abandoned the project. Hoffman resumed the quest, and Bayer began testing acetylsalicylic acid in animals by 1899—the first time that a drug was tested on animals in an industrial setting—and proceeded soon thereafter to human studies and the marketing of aspirin.

### Mechanism of Action and Therapeutic Effects of NSAIDs

Although it had been used for almost a century, the mechanism of action of aspirin (and the tNSAIDs) was elucidated only in 1971, when John Vane and his associates demonstrated that low concentrations of aspirin and indomethacin inhibited the enzymatic production of prostaglandins (*see* Chapter 25). There was some evidence that prostaglandins participated in the pathogenesis of inflammation and fever at that time. Subsequent observations demonstrated that prostaglandins are released whenever cells are damaged and that aspirin and tNSAIDs inhibit their biosynthesis in all cell types. However, aspirin and tNSAIDs generally do not inhibit the formation of other inflammatory mediators, including other eicosanoids such as the LTs (*see* Chapter 25). While the clinical effects of these drugs are explicable in terms of inhibition of prostaglandin synthesis, substantial inter- and intraindividual differences in clinical response have been noted. At higher concentrations, NSAIDs also are known to reduce production of superoxide radicals, induce apoptosis, inhibit the expression of adhesion molecules, decrease nitric oxide synthase, decrease proinflammatory cytokines (*e.g.*, TNF-$\alpha$, interleukin-1), modify lymphocyte activity, and alter cellular membrane functions. However, there are differing opinions as to whether these actions might contribute to the antiinflammatory activity of NSAIDs (Vane and Botting, 1998) at the concentrations attained during clinical dosing in people. The hypothesis that their antiinflammatory actions in humans derive from COX inhibition alone has not been rejected, based on current evidence.

*Inhibition of Prostaglandin Biosynthesis by NSAIDs.* The principal therapeutic effects of NSAIDs derive from their ability to inhibit prostaglandin production. The first enzyme in the prostaglandin synthetic pathway is prostaglandin G/H synthase, also known as cyclooxygenase or COX. This enzyme converts arachidonic acid (AA) to the unstable intermediates PGG$_2$ and PGH$_2$ and leads to the production of thromboxane $A_2$ (TXA$_2$) and a variety of prostaglandins (*see* Chapter 25) (Figures 25-1 and 25-2).

Therapeutic doses of aspirin and other NSAIDs reduce prostaglandin biosynthesis in humans, and there is a rea-

sonably good correlation between the potency of these drugs as cyclooxygenase inhibitors and their antiinflammatory activity. Apparent discrepancies may be partially attributed to the experimental conditions, which do not always mimic the *in vivo* situation (*e.g.*, the effect of binding of the drugs to plasma proteins, or the effects of the drug on purified COX compared to intracellular COX). Further support linking cyclooxygenase inhibition to antiinflammatory activity is the high degree of stereoselectivity among several pairs of enantiomers of $\alpha$-methyl arylacetic acids for inhibition of cyclooxygenase and suppression of inflammation: in each instance the *d* or (+) isomer is more potent in inhibiting cyclooxygenase and suppressing inflammation.

There are two forms of cyclooxygenase, cyclooxygenase-1 (COX-1) and cyclooxygenase-2 (COX-2). Splice variants of COX-1 that retain enzymatic activity have been described, one of which has been called "COX-3." It is not clear at present how relevant these splice variants are to prostaglandin synthesis and NSAID action in humans. COX-1 is a primarily constitutive isoform found in most normal cells and tissues, while cytokines and inflammatory mediators that accompany inflammation induce COX-2 production (Seibert *et al.*, 1997). However, COX-2 also is constitutively expressed in certain areas of kidney and brain (Breder *et al.*, 1995) and is induced in endothelial cells by laminar shear forces (Topper *et al.*, 1996). Importantly, COX-1, but not COX-2, is expressed as the dominant, constitutive isoform in gastric epithelial cells and is the major source of cytoprotective prostaglandin formation. Inhibition of COX-1 at this site is thought to account largely for the gastric adverse events that complicate therapy with tNSAIDs, thus providing the rationale for the development of NSAIDs specific for inhibition of COX-2 (FitzGerald and Patrono, 2001).

Aspirin and NSAIDs inhibit the COX enzymes and prostaglandin production; they do not inhibit the lipoxygenase pathways of AA metabolism and hence do not suppress LT formation (*see* Chapter 25). Glucocorticoids suppress the induced expression of COX-2, and thus COX-2–mediated prostaglandin production. They also inhibit the action of phospholipase $A_2$, which releases AA from the cell membrane. These effects contribute to the antiinflammatory actions of glucocorticoids, which are discussed in greater detail in Chapter 59. Table 26–1 provides a classification of NSAIDs and other analgesic and antipyretic agents based on their chemical structures.

Aspirin covalently modifies COX-1 and COX-2, irreversibly inhibiting cyclooxygenase activity. This is an important distinction from all the NSAIDs because the duration of aspirin's effects is related to the turnover rate of cyclooxygenases in different target tissues. The duration of effect of nonaspirin NSAIDs, which competitively inhibit the active sites of the COX enzymes, relates more directly to the time course of drug disposition. The importance of enzyme turnover in relief from aspirin action is most notable in platelets, which, being anucleate, have a markedly limited capacity for protein synthesis. Thus, the consequences of inhibition of platelet COX-1 (COX-2 is expressed only in megakaryocytes) last for the lifetime of the platelet. Inhibition of platelet COX-1–dependent $TXA_2$ formation therefore is cumulative with repeated doses of aspirin (at least as low as 30 mg/day) and takes roughly 8 to 12 days—the platelet turnover time—to recover once therapy has been stopped.

COXs are configured such that the active site is accessed by the AA substrate *via* a hydrophobic channel. Aspirin acetylates serine 530 of COX-1, located high up in the hydrophobic channel. Interposition of the bulky acetyl residue prevents the binding of AA to the active site of the enzyme and thus impedes the ability of the enzyme to make prostaglandins. Aspirin acetylates a homologous serine at position 516 in COX-2. Although covalent modification of COX-2 by aspirin also blocks the cyclooxygenase activity of this isoform, an interesting property not shared by COX-1 is that acetylated COX-2 synthesizes 15(*R*)-hydroxyeicosatetraenoic acid [15(*R*)-HETE]. This may be metabolized, at least *in vitro*, by 5-lipoxygenase to yield 15-epilipoxin A4, which has potent antiinflammatory properties (Serhan and Oliw, 2001). Due to these features, repeated doses of aspirin that acutely do not completely inhibit platelet COX-1–derived $TXA_2$ can exert a cumulative effect with complete blockade. This has been shown in randomized trials for doses as low as 30 mg per day. However, most of the clinical trials demonstrating cardioprotection from low-dose aspirin have used doses in the range of 75 to 81 mg/day.

The unique sensitivity of platelets to inhibition by such low doses of aspirin is related to their presystemic inhibition in the portal circulation before aspirin is deacetylated to salicylate on first pass through the liver (Pederson and FitzGerald, 1984). In contrast to aspirin, salicylic acid has no acetylating capacity. It is a weak, reversible competitive inhibitor of cyclooxygenase. High doses of salicylate inhibit the activation of NF$\kappa$B *in vitro*, but the relevance of this property to the concentrations attained *in vivo* is not clear (Yin *et al.*, 1998).

The vast majority of NSAIDs listed in Table 26-1 are organic acids, and in contrast to aspirin, act as reversible, competitive inhibitors of cyclooxygenase activity. Even the nonacidic parent *nabumetone* is converted to an active acetic acid derivative *in vivo*. As organic acids, the compounds generally are well absorbed orally, highly bound to plasma proteins, and excreted either by glomerular filtration or by tubular secretion. They also accumulate in sites of inflammation, potentially confounding the relationship between plasma concentrations and duration of drug effect. The NSAIDs include those with shorter (less than 6 hours) or longer (greater than 10 hours) half-lives.

**Table 26–1**
Classification and Comparison of Nonsteroidal Analgesics

| CLASS/DRUG (substitution) | PHARMACOKINETICS | | DOSING$^§$ | | COMMENTS | COMPARED TO ASPIRIN |
|---|---|---|---|---|---|---|
| *Salicylates* | | | | | | |
| Aspirin (acetyl ester) | Peak $C_p$* | 1 hour | Antiplatelet | 40–80 mg/d | Permanent platelet COX-1 inhibition (due to acetyl group) | |
| | Protein binding | 80%–90% | Pain/fever | 325–650 mg every 4–6 hours | Main side effects: GI, increased bleeding time, hypersensitivity reaction | |
| | Metabolites$^†$ | Salicyluric acid | Rheumatic fever | 1 g every 4–6 hours | | |
| | Half-life$^‡$ | | Children | 10 mg/kg every 4–6 hours | Avoid in children with acute febrile illness | |
| | Therapeutic | 2–3 hours | | | | |
| | High/toxic | 15–30 hours | | | | |
| Diflunisal (defluorophenyl) | Peak $C_p$ | 2–3 hours | 250–500 mg every 8–12 hours | | Not metabolized to salicylic acid | Analgesic and anti-inflammatory effects 4–5 times more potent |
| | Protein binding | 99% | | | Competitive COX inhibitor | Antipyretic effect weaker |
| | Metabolites | Glucuronide | | | Excreted into breast milk | Fewer platelet and GI side effects |
| | Half-life | | | | | |
| | Therapeutic | 8–12 hours | | | | |
| *Para-aminophenol derivative* | | | | | | |
| Acetaminophen | Peak $C_p$ | 30–60 min | 10–15 mg/kg every 4 hours (maximum of 5 doses/24 hours) | | Weak nonspecific inhibitor at common doses | Analgesic and anti-pyretic effects equivalent to aspirin |
| | Protein binding | 20–50% | | | Potency may be modulated by peroxides | Antiinflammatory, GI, and platelet effects less than aspirin at 1000 mg/day |
| | Metabolites | Glucuronide conjugates (60%); sulfuric acid conjugates (35%) | | | Overdose leads to production of toxic metabolite and liver necrosis | |
| | Half-life | 2 hours | | | | |
| *Acetic acid derivatives* | | | | | | |
| Indomethacin (methylated indole) | Peak $C_p$ | 1–2 hours | 25 mg 2–3 times/day; 75–100 mg at night | | Side effects (3%–50% of patients): frontal headache, neutropenia, thrombocytopenia; 20% discontinue therapy | 10–40 times more potent; intolerance limits dose |
| | Protein binding | 90% | | | | |
| | Metabolites | O-demethylation (50%); unchanged (20%) | | | | |
| | Half-life | 2½ hours | | | | |

675

*(Continued)*

**Table 26–1**
Classification and Comparison of Nonsteroidal Analgesics (Continued)

| CLASS/DRUG (substitution) | PHARMACOKINETICS | | DOSING[§] | COMMENTS | COMPARED TO ASPIRIN |
|---|---|---|---|---|---|
| Sulindac (sulfoxide pro-drug) | Peak $C_p$ | 1–2 hours; 8 hours for sulfide metabolite; extensive enterohepatic circulation | 150–200 mg twice/day | 20% suffer GI side effects, 10% get CNS side effects | Efficacy comparable to aspirin |
| | Metabolites | Sulfone and conjugates (30%); sulindac and conjugates (25%) | | | |
| | Half-life | 7 hours; 18 hours for metabolite | | | |
| Etodolac (pyranocarboxylic acid) | Peak $C_p$ | 1 hour | 200–400 mg 3–4 times/day | Some COX-2 selectivity *in vitro* | 100 mg etodolac, similar efficacy to aspirin 650 mg, but may be better tolerated |
| | Protein binding | 99% | | | |
| | Metabolites | Hepatic metabolites | | | |
| | Half-life | 7 hours | | | |
| Femanates (*N*-phenyl-anthranilates) | | | | Isolated cases of hemolytic anemia reported | Efficacy similar to aspirin; GI side effects (25%) |
| Mefenamic acid | Peak $C_p$ | 2–4 hours | 500-mg load, then 250 mg every 6 hours | May have some central action | |
| | Protein binding | High | | | |
| | Metabolites | Conjugates of 3-hydroxy and 3-carboxyl metabolites (20% recovered in feces) | | | |
| | Half-life | 3–4 hours | | | |
| Meclofenamate | Peak $C_p$ | 0.5–2 hours | 50–100 mg 4–6/day (maximum of 400 mg/day) | | Efficacy similar to aspirin; 25% experience GI side effects |
| | Protein binding | 99% | | | |
| | Metabolites | Hepatic metabolism; fecal and renal excretion | | | |
| | Half-life | 2–3 hours | | | |
| Flufenamic acid | Not available in United States | | | | |
| Tolmetin (heteroaryl acetate deriv- | Peak $C_p$ | 20–60 minutes | 400–600 mg 3 times/day  Children (anti-inflammato- | Food delays and decreases peak absorption  May persist longer in | Efficacy similar 25%–40% develop side effects; 5%– |
| | Protein binding | 99% | 20 mg/kg per day in 3–4 divided | | |
| | Metabolites | Oxidized to carbox- | | | |

676

| | | | | |
|---|---|---|---|---|
| Tolmetin (heteroaryl acetate derivative) | Peak $C_p$<br>Protein binding<br>Metabolites<br><br>Half-life | 20–60 minutes<br>99%<br>Oxidized to carboxylic acid/other derivatives, then conjugated<br>5 hours | 400–600 mg 3 times/day<br>Children (antiinflammatory) | 20 mg/kg per day in 3–4 divided doses | Food delays and decreases peak absorption<br>May persist longer in synovial fluid to give a biological efficacy longer than its plasma $t_{\frac{1}{2}}$ | Efficacy similar<br>25%–40% develop side effects; 5%–10% discontinue drug |
| Ketorolac (pyrrolizine carboxylate) | Peak $C_p$<br><br>Protein binding<br>Metabolites<br><br>Half-life | 30–60 mins after IM route<br>99%<br>Glucuronide conjugate (90%)<br>4–6 hours | <65 years: 20 mg (orally), then 10 mg every 4–6 hours (not to exceed 40 mg/24 hours); >65 years: 10 mg every 4–6 hours (not to exceed 40 mg/24 hours) | | Commonly given parenterally (60 mg IM followed by 30 mg every 6 hours, or 30 mg IV every 6 hours)<br>Also available as ocular preparation 0.25%, 1 drop every 6 hours | Potent analgesic, poor antiinflammatory |
| Diclofenac (phenylacetate derivatives) | Peak $C_p$<br>Protein binding<br>Metabolites<br><br>Half-life | 2–3 hours<br>99%<br>Glucuronide and sulfide metabolites (renal 65%, bile 35%)<br>1–2 hours | 50 mg 3 times/day or 75 mg 2 times/day | | Also available as topical gel, ophthalmic solution, and oral tablets combined with misoprostol<br>First-pass effect; oral bioavailability, 50% | More potent; 20% develop side effects, 2% discontinue use, 15% develop elevated liver enzymes |
| *Proprionic acid derivatives* | | | | | Intolerance of one does not preclude use of other proprionate derivative | Usually better tolerated |
| Ibuprofen | Peak $C_p$<br>Protein binding<br>Metabolites<br><br>Half-life | 15–30 minutes<br>99%<br>Conjugates of hydroxyl and carboxyl metabolites<br>2–4 hours | Analgesia<br><br>Antiinflammatory | 200–400 mg every 4–6 hours<br>300 mg every 6–8 hours or 400–800 mg 3–4 times/day | 10%–15% discontinue due to adverse effects<br>Children's dosing<br>Antipyretic: 5–10 mg/kg every 6 hours (maximum 40 mg/kg per day)<br>Antiinflammatory: 20–40 mg/kg per day in 3–4 divided doses | Equipotent |

677

*(Continued)*

**Table 26–1**
*Classification and Comparison of Nonsteroidal Analgesics (Continued)*

| CLASS/DRUG (substitution) | PHARMACOKINETICS | | DOSING[§] | COMMENTS | COMPARED TO ASPIRIN |
|---|---|---|---|---|---|
| Naproxen | Peak $C_p$<br>Protein binding<br>Metabolites<br><br>Half-life | 1 hour<br>99% (less in elderly)<br>6-demethyl and other metabolites<br>14 hours | 250 mg 4 times/day or 500 mg 2 times/day<br>Children<br>Antiinflammatory  5 mg/kg twice a day | Peak antiinflammatory effects may not be seen until 2–4 weeks of use<br>Decreased protein binding and delayed excretion increase risk of toxicity in elderly | More potent *in vitro*; usually better tolerated; variably prolonged $t_{\frac{1}{2}}$ may afford cardioprotection in some individuals |
| Fenoprofen | Peak $C_p$<br>Protein binding<br>Metabolites<br><br>Half-life | 2 hours<br>99%<br>Glucuronide, 4-OH metabolite<br>2 hours | 200 mg 4–6 times/day; 300–600 mg 3–4 times/day | | 15% experience side effects; few discontinue use |
| Ketoprofen | Peak $C_p$<br>Protein binding<br>Metabolites<br>Half-life | 1–2 hours<br>98%<br>Glucuronide conjugates<br>2 hours | Analgesia  25 mg 3–4 times/day;<br>Antiinflammatory  50–75 mg 3–4 times/day | | 30% develop side effects (usually GI, usually mild) |
| Flurbiprofen | Peak $C_p$<br>Protein binding<br>Metabolites<br><br>Half-life | 1–2 hours<br>99%<br>Hydroxylates and conjugates<br>6 hours | 200–300 mg/day in 2–4 divided doses | Available as a 0.03% ophthalmic solution | |
| Oxaprozin | Peak $C_p$<br>Protein binding<br>Major metabolites<br>Half-life | 3–4 hours<br>99%<br>Oxidates and glucuronide conjugates<br>40–60 hours | 600–1800 mg/day | Long $t_{\frac{1}{2}}$ allows for daily administration; slow onset of action; inappropriate for fever/acute analgesia | |
| *Enolic acid derivatives*<br>Piroxicam | Peak [drug] | 3–5 hours | 20 mg/day | May inhibit activation of neutrophils; activity of | Equipotent; perhaps better tolerated |

678

acute analgesia

| | | | | | |
|---|---|---|---|---|---|
| | Half-life | | 40–60 hours | | |
| *Enolic acid derivatives* | | | | | |
| Piroxicam | Peak [drug] | 3–5 hours | 20 mg/day | May inhibit activation of neutrophils, activity of proteoglycanase, collagenases | Equipotent; perhaps better tolerated 20% develop side effects; 5% discontinue drug |
| | Protein binding | 99% | | | |
| | Metabolites | Hydroxylates and then conjugated | | | Some COX-2 selectivity, especially at lower doses |
| | Half-life | 45–50 hours | | | |
| Meloxicam | Peak [drug] | 5–10 hours | 7.5–15 mg/day | | Shows some COX-2 selectivity (active metabolite does not) |
| | Protein binding | 99% | | | |
| | Metabolites | Hydroxylation | | | |
| | Half-life | 15–20 hours | | | |
| Nabumetone (naphthyl alkanone) | Peak [drug] | 3–6 hours | 500–1000 mg 1–2 times/day | A prodrug, rapidly metabolized to 6-methoxy-2-naphthyl-acetic acid; pharmacokinetics reflect active compound | Fewer GI side effects than many NSAIDs |
| | Protein binding | 99% | | | |
| | Major metabolites | *O*-demethylation, then conjugation | | | |
| | Half-life | 24 hours | | | |
| *COX-2 selective inhibitors* | | | | Evidence for cardiovascular adverse events | Marked decrease in gastrointestinal side effects and in platelet effects |
| Celecoxib [diaryl substituted pyrazone; (sulfonamide derivative)] | Peak [drug] | 2–4 hours | 100 mg 1–2 times/day | Substrate for CYP2C9; inhibitor of CYP2D6 Co-administration with inhibitors of CYP2C9 or substrates of CYP2D6 should be done with caution | See text for overview of COX-2 inhibitors |
| | Protein binding | 97% | | | |
| | Metabolites | Carboxylic acid and glucuronide conjugates | | | |
| | Half-life | 6–12 hours | | | |
| Valdecoxib (BEXTRA) | Peak [drug] | 2–4 hours, delayed by food | Analgesia Primary dysmenorrhea | Substrate for CYP2C9 and CYP3A4; weak inhibitor of CYP2C9 and CYP2C19 | Increased incidence of heart attack and stroke in patients undergoing bypass grafting |
| | Protein binding | 98% | 20 mg twice daily 10 mg once daily | | |
| | Metabolites | Hepatic metabolism to hydroxyl derivatives, then renal excretion | | | |

679

*(Continued)*

**Table 26–1**
*Classification and Comparison of Nonsteroidal Analgesics (Continued)*

| CLASS/DRUG (substitution) | PHARMACOKINETICS | DOSING[§] | COMMENTS | COMPARED TO ASPIRIN |
|---|---|---|---|---|
| | Half-life | | | |
| Valdecoxib (cont.) | 7–8 hours | | $t_{\frac{1}{2}}$ longer in elderly or with hepatic impairment | |
| Parecoxib | } Not approved for use in the United States | | | |
| Etoricoxib | | | | |
| Lumaricoxib | | | | |

*Time to peak plasma drug concentration ($C_p$) after a single dose. In general, food delays absorption but does not decrease peak concentration. [†]The majority of NSAIDs undergo hepatic metabolism, and the metabolites are excreted in the urine. Major metabolites or disposal pathways are listed. [‡]Typical half-life is listed for therapeutic doses; if much different with toxic dose, this is given also. [§]Limited dosing information given. For additional information, refer to text and product information literature. Additional references can be found in earlier editions of this textbook.

680