Most tNSAIDs inhibit both COX-1 and COX-2 with little selectivity, although some, conventionally thought of as tNSAIDs—*diclofenac*, *meloxicam*, and *nimesulide*—exhibit selectivity for COX-2 that is close to that of *celecoxib in vitro*. Indeed, meloxicam achieved approval in some countries as a selective inhibitor of COX-2. The hypothesis that the antiinflammatory effects of NSAIDs would be accompanied by a lower ulcerogenic potential propelled efforts to design drugs with greater selectivity for COX-2 *versus* COX-1 (FitzGerald and Patrono, 2001). These efforts led to the approval and marketing of *rofecoxib*, celecoxib, and *valdecoxib* as selective COX-2 inhibitors, known as the coxibs, and the development of others (*e.g.*, *etoricoxib* and *lumiracoxib*). Based on whole blood assays, several previously marketed tNSAIDs also have selectivity ratios comparable to those of the least-selective of the novel COX-2 inhibitors, celecoxib. These include meloxicam, nimesulide, and diclofenac (Warner *et al.*, 1999; FitzGerald and Patrono, 2001).

Observational studies suggest that acetaminophen, which is a very weak antiinflammatory agent at the typical daily dose of 1000 mg, is associated with a reduced incidence of gastrointestinal adverse effects compared to tNSAIDs. At this dose, acetaminophen inhibits both cyclooxygenases by about 50%. The ability of acetaminophen to inhibit the enzyme is conditioned by the peroxide tone of the immediate environment (Boutaud *et al.*, 2002). This may partly explain the poor antiinflammatory activity of acetaminophen, since sites of inflammation usually contain increased concentrations of leukocyte-generated peroxides.

*Pain.* NSAIDs usually are classified as mild analgesics. However, consideration of the type of pain, as well as its intensity, is important in the assessment of analgesic efficacy. NSAIDs are particularly effective when inflammation has caused sensitization of pain receptors to normally painless mechanical or chemical stimuli. Pain that accompanies inflammation and tissue injury probably results from local stimulation of pain fibers and enhanced pain sensitivity (hyperalgesia), in part a consequence of increased excitability of central neurons in the spinal cord.

Bradykinin, released from plasma kininogen, and cytokines, such as TNF-$\alpha$, IL-1, and IL-8, appear to be particularly important in eliciting the pain of inflammation. These agents liberate prostaglandins and probably other mediators that promote hyperalgesia. Neuropeptides, such as substance P and calcitonin gene-related peptide (CGRP), also may be involved in eliciting pain.

Large doses of $PGE_2$ or $PGF_{2\alpha}$, previously given to women by intramuscular or subcutaneous injection to induce abortion, cause intense local pain. Prostaglandins also can cause headache and vascular pain when infused intravenously. The capacity of prostaglandins to sensitize pain receptors to mechanical and chemical stimulation apparently results from a lowering of the threshold of the polymodal nociceptors of C fibers. In general, NSAIDs do not affect either hyperalgesia or pain caused by the direct action of prostaglandins, consistent with the notion that the analgesic effects of these agents are due to inhibition of prostaglandin synthesis. However, some data have suggested that relief of pain by these compounds may occur *via* mechanisms other than inhibition of prostaglandin synthesis, including antinociceptive effects at peripheral or central neurons. Indeed, for all the use of NSAIDs in the relief of pain, we have a poor understanding of how the two COX enzymes interact in the mediation of the perception of pain, irrespective of any COX-independent actions of individual NSAIDs.

*Fever.* Regulation of body temperature requires a delicate balance between the production and loss of heat; the hypothalamus regulates the set point at which body temperature is maintained. This set point is elevated in fever, and NSAIDs promote its return to normal. These drugs do not influence body temperature when it is elevated by factors such as exercise or in response to ambient temperature.

Fever may reflect infection or result from tissue damage, inflammation, graft rejection, or malignancy. These conditions all enhance formation of cytokines such as IL-1$\beta$, IL-6, interferons, and TNF-$\alpha$. The cytokines increase synthesis of $PGE_2$ in circumventricular organs in and adjacent to the preoptic hypothalamic area; $PGE_2$, in turn, increases cyclic AMP and triggers the hypothalamus to elevate body temperature by promoting an increase in heat generation and a decrease in heat loss. Aspirin and NSAIDs suppress this response by inhibiting $PGE_2$ synthesis. Prostaglandins, especially $PGE_2$, acting *via* its EP3 receptor, can produce fever when infused into the cerebral ventricles or when injected into the hypothalamus. As with pain, NSAIDs do not inhibit the fever caused by directly administered prostaglandins; rather they inhibit fever caused by agents that enhance the synthesis of IL-1 and other cytokines, which presumably cause fever, at least in part, by inducing the endogenous synthesis of prostaglandins.

*Therapeutic Effects.* All NSAIDs, including selective COX-2 inhibitors, are antipyretic, analgesic, and antiinflammatory, with the exception of acetaminophen, which is antipyretic and analgesic but is largely devoid of antiinflammatory activity.

When employed as analgesics, these drugs usually are effective only against pain of low-to-moderate intensity, such as dental pain. Although their maximal efficacy is generally much less than the opioids, NSAIDs lack the unwanted adverse effects of opiates in the CNS, including respiratory depression and the development of physical dependence. NSAIDs do not change the perception of sensory modalities other than pain. Chronic postoperative pain or pain arising from inflammation is controlled particularly well by NSAIDs, whereas pain arising from the hollow viscera usually is not relieved. An exception to this is menstrual pain. The release of prostaglandins by the endometrium during menstruation may cause severe cramps and other symptoms of primary dysmenorrhea; treatment of this condition with NSAIDs has met with considerable success (Marjoribanks *et al.*,

2003). Not surprisingly, the selective COX-2 inhibitors such as rofecoxib and etoricoxib are also efficacious in this condition.

NSAIDs reduce fever in most situations, but not the circadian variation in temperature or the rise in response to exercise or increased ambient temperature. Comparative analysis of the impact of tNSAIDs and selective COX-2 inhibitors suggests that COX-2 is the dominant source of prostaglandins that mediate the rise in temperature evoked by bacterial LPS administration (McAdam *et al.*, 1999). This is consistent with the antipyretic clinical efficacy of both subclasses of NSAIDs.

It seems logical to select an NSAID with rapid onset for the management of fever associated with minor illness in adults. Due to the association with Reye's syndrome, aspirin and other salicylates are contraindicated in children and young adults less than 20 years old with fever associated with viral illness. Reye's syndrome is characterized by the acute onset of encephalopathy, liver dysfunction, and fatty infiltration of the liver and other viscera (Glasgow and Middleton, 2001). The etiology and pathophysiology are not clear. However, the epidemiologic evidence for an association between aspirin use in children and Reye's syndrome was sufficiently compelling that labeling of aspirin and aspirin-containing medications to indicate Reye's syndrome as a risk in children was mandated in 1986. Since then, the use of aspirin in children has declined dramatically, and Reye's syndrome has almost disappeared. Acetaminophen has not been implicated in Reye's syndrome and is the drug of choice for antipyresis in children and teens.

NSAIDs find their chief clinical application as anti-inflammatory agents in the treatment of musculoskeletal disorders, such as rheumatoid arthritis and osteoarthritis. In general, NSAIDs provide only symptomatic relief from pain and inflammation associated with the disease, do not arrest the progression of pathological injury to tissue, and are not considered to be "disease-modifying" anti-rheumatic drugs (*see* below). A number of NSAIDs are FDA approved for the treatment of ankylosing spondylitis and gout. The use of NSAIDs for mild arthropathies, together with rest and physical therapy, generally is effective. When the symptoms are limited either to trouble sleeping because of pain or significant morning stiffness, a single NSAID dose given at night may suffice. Patients with more debilitating disease may not respond adequately to full therapeutic doses of NSAIDs and may require aggressive therapy with second-line agents. The choice of drugs for children with juvenile rheumatoid arthritis commonly is restricted to those that have been specifically tested in children, such as aspirin (*see* discussion of Reye's syndrome, above, under "Fever"), naproxen, or *tolmetin*. Etoricoxib—not yet approved in the United States—also has been shown to be effective in the treatment of ankylosing spondylitis and gout.

Prostaglandins also have been implicated in the maintenance of patency of the ductus arteriosus, and indomethacin and other tNSAIDs have been used in neonates to close the inappropriately patent ductus. Both COX-1 and COX-2 appear to participate in maintaining patency of the ductus arteriosus in fetal lambs (Clyman *et al.*, 1999), while in mice COX-2 appears to play the dominant role (Loftin *et al.*, 2002). It is not known which isoform(s) is involved in maintaining patency of the fetal ductus *in utero* in humans.

*Other Clinical Uses.* ***Systemic Mastocytosis.*** Systemic mastocytosis is a condition in which there are excessive mast cells in the bone marrow, reticuloendothelial system, gastrointestinal system, bones, and skin. In patients with systemic mastocytosis, prostaglandin $D_2$, released from mast cells in large amounts, has been found to be the major mediator of severe episodes of vasodilation and hypotension; this $PGD_2$ effect is resistant to antihistamines. The addition of aspirin or *ketoprofen* has provided relief (Worobec, 2000). However, aspirin and tNSAIDs can cause degranulation of mast cells, so blockade with $H_1$ and $H_2$ histamine receptor antagonists should be established before NSAIDs are initiated.

***Bartter's Syndrome.*** Bartter's syndrome includes a series of rare disorders (1-0.1/100,000) characterized by hypokalemic, hypochloremic metabolic alkalosis with normal blood pressure and hyperplasia of the juxtaglomerular apparatus. Fatigue, muscle weakness, diarrhea, and dehydration are the main symptoms. Distinct variants are caused by mutations in a $Na^+$:$K^+$:$2Cl^-$ cotransporter, an apical ATP-regulated $K^+$ channel, a basolateral $Cl^-$ channel, a protein (barttin) involved in cotransporter trafficking, and the extracellular calcium-sensing receptor. Renal COX-2 is induced and biosynthesis of $PGE_2$ is increased. Treatment with indomethacin, combined with potassium repletion and *spironolactone*, is associated with improvement in the biochemical derangements and symptoms. Selective COX-2 inhibitors also have been used (Guay-Woodford, 1998).

***Cancer Chemoprevention.*** Chemoprevention of cancer is an area where the potential use of aspirin and/or NSAIDs is under active investigation. Epidemiological studies suggested that frequent use of aspirin is associated with as much as a 50% decrease in the risk of colon cancer (Kune *et al.*, 1998) and similar observations have been made with other cancers (Jacobs *et al.*, 2004). NSAIDs

have been used in patients with familial adenomatous polyposis (FAP), an inherited disorder characterized by multiple adenomatous colon polyps developing during adolescence and the inevitable occurrence of colon cancer by the sixth decade.

Studies in small numbers of patients over short periods of follow-up have shown a decrease in the polyp burden with the use of *sulindac*, celecoxib, or rofecoxib (Cruz-Correa *et al.*, 2002; Hallak *et al.*, 2003; Steinbach *et al.*, 2000). Celecoxib is approved as an adjunct to endoscopic surveillance and surgery in FAP based on superiority in a short-term placebo-controlled trial for polyp prevention/regression. However, more recent or longer-term studies have been somewhat disappointing with regard to the primary prevention of polyps (Giardiello *et al.*, 2002), and the prematurely terminated Adenoma Prevention with Celecoxib (APC) trial showed a 2.5 times increase in cardiovascular risk for patients taking 200 mg twice a day of celecoxib, and a 3.4 times increase in risk for patients taking 400 mg twice a day (Solomon *et al.*, 2005). Controlled evidence is not available to determine if selective COX-2 inhibitors differ from non-COX-2 selective tNSAIDs or aspirin in the extent of adenomatous colorectal polyp reduction in patients with FAP. Likewise, it is unknown whether there is even a clinical benefit from the reduction. Increased expression of COX-2 has been reported in multiple epithelial tumors, and in some cases the degree of expression has been related to prognosis. Deletion or inhibition of COX-2 dramatically inhibits polyp formation in mouse genetic models of polyposis coli. Although the phenotypes in these models do not completely recapitulate the human disease, deletion of COX-1 had a similar effect. Speculation as to how the two COXs might interact in tumorigenesis includes the possibility that products of COX-1 might induce expression of COX-2. However, the nature of this interaction is poorly understood, as are its therapeutic consequences. Meanwhile, large scale chemoprevention studies focused on aspirin, tNSAIDs, or specific inhibitors of COX-2 are underway (Rigas and Shiff, 2000).

***Niacin Tolerability.*** Large doses of niacin (nicotinic acid) effectively lower serum cholesterol levels, reduce LDL, and raise HDL (*see* Chapter 35). However, niacin is tolerated poorly because it induces intense flushing. This flushing is mediated by a release of prostaglandin $D_2$ from the skin, which can be inhibited by treatment with aspirin (Jungnickel *et al.*, 1997) and would be susceptible to inhibition of PGD synthesis or antagonism of its DP receptors.

### *Adverse Effects of NSAID Therapy.*

Common adverse events that complicate therapy with aspirin and NSAIDs are outlined in Table 26–2. Age generally is correlated with an increased probability of developing serious adverse reactions to NSAIDs, and caution is warranted in choosing a lower starting dose for elderly patients.

***Gastrointestinal.*** The most common symptoms associated with these drugs are gastrointestinal, including anorexia, nausea, dyspepsia, abdominal pain, and diarrhea. These symptoms may be related to the induction of gastric or intestinal ulcers, which is estimated to occur in 15% to 30% of regular users. Ulceration may range from small superficial erosions to full-thickness perfo-

***Table 26–2***
*Common and Shared Side Effects of NSAIDs*

| SYSTEM | MANIFESTATIONS |
|---|---|
| GI (side effects decreased with COX-2–selective drugs) | Abdominal pain<br>Nausea<br>Anorexia<br>Gastric erosions/ulcers<br>Anemia<br>GI hemorrhage<br>Perforation<br>Diarrhea |
| Renal | Salt and water retention<br>Edema, worsening of renal function in renal/cardiac and cirrhotic patients<br>Decreased effectiveness of anti-hypertensive medications<br>Decreased effectiveness of diuretic medications<br>Decreased urate excretion (especially with aspirin)<br>Hyperkalemia |
| CNS | Headache<br>Vertigo<br>Dizziness<br>Confusion<br>Depression<br>Lowering of seizure threshold<br>Hyperventilation (salicylates) |
| Platelets (side effects decreased with COX-2–selective drugs) | Inhibited platelet activation<br>Propensity for bruising<br>Increased risk of hemorrhage |
| Uterus | Prolongation of gestation<br>Inhibit labor |
| Hypersensitivity | Vasomotor rhinitis<br>Angioneurotic edema<br>Asthma<br>Urticaria<br>Flushing<br>Hypotension<br>Shock |
| Vascular | Closure of ductus arteriosus |

ration of the muscularis mucosa. There may be single or multiple ulcers, and ulceration can be accompanied by gradual blood loss leading to anemia or by life-threatening hemorrhage. The risk is further increased in those with *Helicobacter pylori* infection, heavy alcohol consumption, or other risk factors for mucosal injury, including the concurrent use of glucocorticoids. Although there is a perception that tNSAIDs vary considerably in their tendency to cause such erosions and ulcers, this is based on overview analyses of small and heterogeneous studies, often at single doses of individual tNSAIDs. Large-scale comparative studies of tNSAIDs have not been performed, and there is no reliable information on which to assess the comparative likelihood of GI ulceration on antiinflammatory doses of aspirin *versus* tNSAIDs. Thus, most information is derived from the use of surrogate markers or from epidemiological datasets and suggests that the relative risk for serious adverse gastrointestinal events is elevated about threefold in tNSAID users compared to nonusers. Epidemiological studies suggest that combining low-dose aspirin (for cardioprotection) with other NSAIDs synergistically increases the likelihood of gastrointestinal adverse events (*see* section on drug interactions, below).

All of the selective COX-2 inhibitors have been shown to be less prone than equally efficacious doses of tNSAIDs to induce endoscopically visualized gastric ulcers (Deeks *et al.*, 2002), and this has provided the basis of FDA approval of valdecoxib and celecoxib. To date, three comparative studies of clinical outcome have been published, two of which reported a significant difference in serious gastrointestinal events. The VIGOR study showed that important gastrointestinal events—mainly bleeds—were reduced from 4% to 2% in subjects treated with rofecoxib (now withdrawn from the market worldwide), and the TARGET trial (which actually was two distinct comparative studies with naproxen and ibuprofen, respectively) showed a reduction in ulcer complications in patients taking lumiracoxib (Schnitzer *et al.*, 2004). In contrast, adverse events with celecoxib were not significantly decreased in the CLASS study (Silverstein *et al.*, 2000). While the outcome of the VIGOR study was consistent with the hypothesis that COX-2–selective inhibitors are associated with a decreased incidence of gastrointestinal adverse events, the results were tempered by a fivefold increase in the incidence of myocardial infarction, probably reflecting a cardiovascular hazard in predisposed individuals treated with selective COX-2 inhibitors together with a modest cardioprotective effect of naproxen (*see* cardiovascular section, below).

Gastric damage by NSAIDs can be brought about by at least two distinct mechanisms (*see* Chapter 36). Inhibition of COX-1 in gastric epithelial cells depresses mucosal cytoprotective prostaglandins, especially $PGI_2$ and $PGE_2$. These eicosanoids inhibit acid secretion by the stomach, enhance mucosal blood flow, and promote the secretion of cytoprotective mucus in the intestine. Inhibition of $PGI_2$ and $PGE_2$ synthesis may render the stomach more susceptible to damage and can occur with oral, parenteral, or transdermal administration of aspirin or NSAIDs. There is some evidence that COX-2 also contributes to constitutive formation of these prostaglandins by human gastric epithelium; products of COX-2 certainly contribute to ulcer healing in rodents (Mizuno *et al.*, 1997). This may partly reflect an impairment of angiogenesis by the inhibitors (Jones *et al.*, 1999). Indeed, coincidental deletion or inhibition of both COX-1 and COX-2 seems necessary to replicate NSAID-induced gastropathy in mice, and there is some evidence for gastric pathology in the face of prolonged inhibition or deletion of COX-2 alone (Sigthorsson *et al.*, 2002). Another mechanism by which NSAIDs or aspirin may cause ulceration is by local irritation from contact of orally administered drug with the gastric mucosa. Local irritation allows backdiffusion of acid into the gastric mucosa and induces tissue damage. It also is possible that enhanced generation of lipoxygenase products (*e.g.*, LTs) contributes to ulcerogenicity in patients treated with NSAIDs.

Coadministration of the $PGE_1$ analog *misoprostol* or proton pump inhibitors (PPIs), which now are available over the counter in the United States, in conjunction with NSAIDs can be beneficial in the prevention of duodenal and gastric ulceration (Rostom *et al.*, 2002). While a combination of aspirin with a selective COX-2 inhibitor will undermine its distinction from a tNSAID with respect to serious GI complications, we do not know if the combination retains an advantage over aspirin plus a tNSAID.

*Cardiovascular.* Given their relatively short half-lives, tNSAIDs, unlike aspirin, are not thought to afford cardioprotection, and most epidemiological overviews are consistent with this likelihood (Garcia Rodriguez *et al.*, 2004). An exception in some individuals may be naproxen. Although there is considerable variation, a small study suggests that platelet inhibition might be anticipated throughout the dosing interval in some but not all individuals on naproxen (Capone *et al.*, 2004). Epidemiological evidence of cardioprotection is less impressive; it suggests about a 10% reduction in myocardial infarction, compared to 20% to 25% with low-dose aspirin. This would fit with heterogeneity of response to naproxen. Reliance on prescription databases may have constrained the ability of this approach to address the question with precision. Controlled evaluation of naproxen in cardioprotection has not been performed, and naproxen should not be used as a substitute for aspirin for this purpose. Several groups have attached nitric oxide–donating moieties to NSAIDs and to aspirin in the hope of reducing the incidence of adverse events. It seems likely that benefit may be attained by abrogation of the inhibition of angiogenesis by tNSAIDs during ulcer healing in rodents (Ma *et al.*, 2002). However, the clinical benefit of this strategy remains to be established. Similarly, LTs may accumulate in the presence of COX inhibition, and there is some evidence in rodents that combined lipoxygenase (LOX)-COX inhibition may be a useful strategy. Combined inhibitors are under clinical evaluation (Charlier and Michaux, 2003).

Selective inhibitors of COX-2 depress $PGI_2$ formation by endothelial cells without concomitant inhibition of platelet thromboxane. Experiments in mice suggest that $PGI_2$ restrains the cardiovascular effects of $TXA_2$, affording a mechanism by which selective inhibitors might increase the risk of thrombosis (McAdam *et al.*, 1999; Catella-Lawson *et al.*, 1999). This mechanism should pertain to individuals otherwise at risk of thrombosis, such as those with rheumatoid arthritis, as the relative risk of myocardial infarction is increased in these patients compared to patients with osteoarthritis or no arthritis. The incidence of myocardial infarction and stroke has diverged in such at-risk patients when COX-2 inhibitors are compared with tNSAIDs (FitzGerald, 2003). Placebo-controlled trials have now revealed an increased incidence of myocardial infarction and stroke in patients treated with rofecoxib (Bresalier *et al.*, 2005), valdecoxib (Nussmeier *et al.*, 2005), and celecoxib (Solomon *et al.*, 2005) consistent with a mechanism-based cardiovascular hazard for the class (FitzGerald, 2003). Regulatory agencies in the United States, Europe, and Australia have reviewed these studies and other available evidence and have concluded that all three drugs

increase the risk of heart attack and stroke and will be labeled accordingly and restricted with respect to marketing directly to consumers. Patients at increased risk of cardiovascular disease or thrombosis are particularly prone to cardiovascular adverse events on these agents.

*Blood Pressure, Renal, and Renovascular Adverse Events.* tNSAIDs and COX-2 inhibitors have been associated with renal and renovascular adverse events (Cheng and Harris, 2004). NSAIDs have little effect on renal function or blood pressure in normal human subjects. However, in patients with congestive heart failure, hepatic cirrhosis, chronic kidney disease, hypovolemia, and other states of activation of the sympathoadrenal or renin-angiotensin systems, prostaglandin formation becomes crucial in model systems and in humans (Patrono and Dunn, 1987). NSAIDs are associated with loss of the prostaglandin-induced inhibition of both the reabsorption of $Cl^-$ and the action of antidiuretic hormone, leading to the retention of salt and water. Experiments in mice that attribute the generation of vasodilator prostaglandins ($PGE_2$ and $PGI_2$) to COX-2 raise the likelihood that the incidence of hypertensive complications (either new onset or worsened control) induced by NSAIDs in patients may correlate with the degree of inhibition of COX-2 in the kidney and the selectivity with which it is attained (Qi *et al.*, 2002). Deletion of receptors for both $PGI_2$ and $PGE_2$ elevate blood pressure in mice, mechanistically integrating hypertension with a predisposition to thrombosis. Although this hypothesis has never been addressed directly, epidemiological studies suggest hypertensive complications occur more commonly in patients treated with coxibs than with tNSAIDs.

NSAIDs promote reabsorption of $K^+$ as a result of decreased availability of $Na^+$ at distal tubular sites and suppression of the prostaglandin-induced secretion of renin. The latter effect may account in part for the usefulness of NSAIDs in the treatment of Bartter's syndrome (*see* above).

*Analgesic Nephropathy.* Analgesic nephropathy is a condition of slowly progressive renal failure, decreased concentrating capacity of the renal tubule, and sterile pyuria. Risk factors are the chronic use of high doses of combinations of NSAIDs and frequent urinary tract infections. If recognized early, discontinuation of NSAIDs permits recovery of renal function.

*Pregnancy and Lactation.* In the hours before parturition, there is induction of myometrial COX-2 expression, and levels of prostaglandin $E_2$ and $F_{2\alpha}$ increase markedly in the myometrium during labor (Slater *et al.*, 2002). Prolongation of gestation by NSAIDs has been demonstrated in model systems and in humans. Some NSAIDs, particularly indomethacin, have been used off-label to terminate preterm labor. However, this use is associated with closure of the ductus arteriosus and impaired fetal circulation *in utero*, particularly in fetuses older than 32 weeks' gestation. COX-2–selective inhibitors have been used as tocolytic agents; this use has been associated with stenosis of the ductus arteriosus and oligohydramnios. Finally, the use of NSAIDs and aspirin late in pregnancy may increase the risk of postpartum hemorrhage. Therefore pregnancy, especially close to term, is a relative contraindication to the use of all NSAIDs, and their use must be weighed against potential fetal risk, even in cases of premature labor, and especially in cases of pregnancy-induced hypertension, where they have been used with questionable effect (Duley *et al.*, 2004).

*Hypersensitivity.* Certain individuals display hypersensitivity to aspirin and NSAIDs, as manifested by symptoms that range from vasomotor rhinitis with profuse watery secretions, angioedema, generalized urticaria, and bronchial asthma to laryngeal edema, bronchoconstriction, flushing, hypotension, and shock. Aspirin intolerance is a contraindication to therapy with any other NSAID because cross-sensitivity can provoke a life-threatening reaction reminiscent of anaphylactic shock. Despite the resemblance to anaphylaxis, this reaction does not appear to be immunological in nature.

Although less common in children, this syndrome may occur in 10% to 25% of patients with asthma, nasal polyps, or chronic urticaria, and in 1% of apparently healthy individuals. It is provoked by even low doses (<80 mg) of aspirin and apparently involves COX inhibition. Cross-sensitivity extends to other salicylates, structurally dissimilar NSAIDs, and rarely acetaminophen (*see* below). Treatment of aspirin hypersensitivity is similar to that of other severe hypersensitivity reactions, with support of vital organ function and administration of epinephrine. Aspirin hypersensitivity is associated with an increase in biosynthesis of LTs, perhaps reflecting diversion of AA to lipoxygenase metabolism. Indeed, results in a small number of patients suggest that blockade of 5-lipoxygenase with the drug *zileuton* (no longer marketed in the United States) or use of the leukotriene receptor antagonists may ameliorate the symptoms and signs of aspirin intolerance, albeit incompletely.

*Aspirin Resistance.* All forms of treatment failure with aspirin have been collectively called "aspirin resistance." Although this has attracted much attention, there is little information concerning the prevalence of a stable, aspirin-specific resistance or the precise mechanisms that might convey this "resistance." Genetic variants of COX-1 that cosegregate with resistance have been described, but the relation to clinical outcome is not clear.

## Drug Interactions

*Concomitant NSAIDs and Low-Dose Aspirin.* Many patients combine either tNSAIDs or COX-2 inhibitors with "cardioprotective" low-dose aspirin. Epidemiological studies suggest that this combination therapy increases significantly the likelihood of gastrointestinal adverse events over either class of NSAID alone.

Prior occupancy of the active site of platelet COX-1 by the commonly consumed tNSAID ibuprofen impedes access of aspirin to its target Ser 529 and prevents irreversible inhibition of platelet inhibition (Catella-Lawson *et al.*, 2001). Epidemiological studies have provided conflicting data as to whether this adversely impacts clinical outcomes, but they generally are constrained by the use of prescription databases to examine an interaction between two drug groups commonly obtained without prescription. Evidence in support of this interaction has been observed in comparing ibuprofen-treated patients with and without aspirin in two coxib outcome studies (CLASS and TARGET), but the trials were not powered to address this question definitively. In theory, this interaction should not occur with selective COX-2 inhibitors, because mature human platelets lack COX-2.

*Other Drug Interactions.* Angiotensin-converting enzyme (ACE) inhibitors act, at least partly, by preventing the breakdown of kinins that stimulate prostaglandin pro-

duction. Thus, it is logical that NSAIDs might attenuate the effectiveness of ACE inhibitors by blocking the production of vasodilator and natriuretic prostaglandins. Due to hyperkalemia, the combination of NSAIDs and ACE inhibitors also can produce marked bradycardia leading to syncope, especially in the elderly and in patients with hypertension, diabetes mellitus, or ischemic heart disease. NSAIDs may increase the frequency or severity of gastrointestinal ulceration when combined with corticosteroids and augment the risk of bleeding in patients receiving *warfarin*. Many NSAIDs are highly bound to plasma proteins and thus may displace other drugs from their binding sites. Such interactions can occur in patients given salicylates or other NSAIDs together with warfarin, sulfonylurea hypoglycemic agents, or *methotrexate*; the dosage of such agents may require adjustment to prevent toxicity. The problem with warfarin is accentuated, both because almost all NSAIDs suppress normal platelet function and because some NSAIDs also increase warfarin levels by interfering with its metabolism; thus, concurrent administration should be avoided.

*Pharmacokinetics and Pharmacodynamics.* Most of the NSAIDs are rapidly and completely absorbed from the gastrointestinal tract, with peak concentrations occurring within 1 to 4 hours. Aspirin begins to acetylate platelets within minutes of reaching the presystemic circulation. The presence of food tends to delay absorption without affecting peak concentration. Most NSAIDs are extensively protein-bound (95% to 99%) and undergo hepatic metabolism and renal excretion. In general, NSAIDs are not recommended in the setting of advanced hepatic or renal disease due to their adverse pharmacodynamic effects (*see* below). Many NSAIDs metabolized by hepatic CYPs are subject to circadian variation in their metabolic disposition; however, the implications of this observation are not clear.

*Other Clinical Considerations in the Rational Selection of Therapy.* The choice of an agent for use as an antipyretic or analgesic is seldom a problem. Drugs with more rapid onset of action and shorter duration of action probably are preferable for simple fevers accompanying minor viral illnesses or pain after minor musculoskeletal injuries, whereas a longer duration of action may be preferable for postoperative pain management. Sometimes a loading dose of such NSAIDs may be required.

The choice among tNSAIDs for the treatment of chronic arthritic conditions such as rheumatoid arthritis largely is empirical. Substantial differences in response have been noted among individuals treated with the same tNSAID and within an individual treated with different tNSAIDs, even when the drugs are structurally related. It is reasonable to give a drug for a week or two as a therapeutic trial and to continue it if the response is satisfactory. Initially, all patients should be asked about previous hypersensitivity to aspirin or any member of the NSAID class. Thereafter, low doses of the chosen agent should be prescribed to determine initial patient tolerance. Doses then may be adjusted to maximize efficacy or minimize adverse effects.

Adverse effects usually become manifest in the first weeks of therapy, although gastric ulceration and bleeding may present much later. If the patient does not achieve therapeutic benefit from one NSAID, another should be tried. It is best to avoid combination therapy with more than one NSAID. There is little evidence of extra benefit for the patient, and the risk of side effects is at least additive.

Placebo-controlled trials have now established that at least three selective inhibitors of COX-2—rofecoxib, valdecoxib, and celecoxib—confer an increased risk of heart attack and stroke. This would be expected to complicate treatment with newer, highly selective agents, such as lumiracoxib and etoricoxib, although definitive information is not yet available. However, of more immediate concern are some tNSAIDs, such as meloxicam and diclofenac, which resemble celecoxib in terms of their selectivity. Evidence for hazard with both drugs has been suggested from observational studies, but controlled trials to address this hypothesis have not been performed. The cardiovascular hazard from both celecoxib and rofecoxib—the two inhibitors for which data are available from placebo-controlled trials lasting more than 1 year—increased with chronicity of dosing. This is consistent with a mechanism-based acceleration of atherogenesis directly *via* inhibition of $PGI_2$ and indirectly due to the rise in blood pressure consequent to inhibition of COX-2 derived $PGE_2$ and $PGI_2$.

If COX-2 inhibitors are selected, they should be used at the lowest possible dose for the shortest period of time, and patients at risk of cardiovascular disease or prone to thrombosis should not be treated with these drugs. Small absolute risks of thrombosis attributable to these drugs may interact geometrically with small absolute risks from genetic variants like factor V Leiden or concomitant therapies, such as the anovulant pill.

A final important consideration in the selection of an NSAID is the cost of therapy, particularly since these agents frequently are used chronically.

Other forms of antiarthritic therapy should be considered for the seriously debilitated arthritis patient who cannot tolerate these drugs or in whom they are not adequately effective. Gold is dis-

cussed briefly in a separate section of this chapter. Other relevant drugs are discussed in separate chapters and include immunosuppressive agents, glucocorticoids, biologic agents including cytokine receptor inhibitors, antimalarials, and penicillamine.

For mild arthropathies, the scheme outlined above, together with rest and physical therapy, probably will be effective. When the patient has problems sleeping because of pain or morning stiffness, a larger single dose of the drug may be given at night. However, patients with more debilitating disease may not respond adequately, prompting the initiation of more aggressive therapy.

The choice of drugs for children is considerably restricted, and only drugs that have been extensively tested in children should be used. This commonly points towards naproxen and ibuprofen. The COX-2–selective inhibitor rofecoxib was approved by the FDA for juvenile rheumatoid arthritis but since has been withdrawn from the market worldwide.

Before 1986, aspirin was used extensively in children and found to be well tolerated, but concerns were raised about its role in Reye's syndrome. Aspirin still can be used in children as an analgesic or antirheumatism agent in the absence of a viral syndrome; however, its use for these purposes also has declined markedly.

## THE SALICYLATES

Despite the introduction of many new drugs, aspirin is still the most widely consumed analgesic, antipyretic, and antiinflammatory agent and is the standard for the comparison and evaluation of the others. Prodigious amounts of the drug are consumed in the United States; some estimates place the quantity as high as 10,000 to 20,000 tons annually. Aspirin is the most common household analgesic; yet, because the drug is so generally available, the possibility of misuse and serious toxicity probably is underappreciated, and it remains a cause of fatal poisoning in children. The clinical pharmacology of the salicylates has been reviewed (Amann and Peskar, 2002).

**Chemistry.** Salicylic acid (orthohydroxybenzoic acid) is so irritating that it can only be used externally; therefore various derivatives of this acid have been synthesized for systemic use. These comprise two large classes, namely esters of salicylic acid obtained from substitutions within the carboxyl group and salicylate esters of organic acids, in which the carboxyl group is retained and substitution is made in the hydroxyl group. For example, aspirin is an ester of acetic acid. In addition, there are salts of salicylic acid. The chemical relationships can be seen from the structural formulas shown in Figure 26–1.

**Structure–Activity Relationships.** Salicylates generally act by virtue of their content of salicylic acid, although some of the unique effects of aspirin are caused by its capacity to acetylate proteins, as described above. Substitutions on the carboxyl or hydroxyl groups change the potency or toxicity of salicylates. The ortho position of the hydroxyl group is an important feature for the action of the salicylates. The effects of simple substitutions on the benzene ring have been studied extensively, and new salicylates are being synthesized. A difluorophenyl derivative, *diflunisal*, also is available for clinical use.

SALICYLIC ACID ASPIRIN METHYL SALICYLATE

DIFLUNISAL SALSALATE

OLSALAZINE

SULFASALAZINE

*Figure 26–1. Structural formulas of the salicylates.*

### *Pharmacological Properties of Therapeutic Doses*

**Analgesia.** The types of pain usually relieved by salicylates are those of low intensity that arise from integumental structures rather than from viscera, especially headache, myalgia, and arthralgia. The salicylates are used more widely for pain relief than are any other classes of drugs. The salicylates alleviate pain by virtue of a peripheral action; direct effects on the CNS also may be involved.

**Antipyresis.** Salicylates usually lower elevated body temperatures rapidly and effectively. However, moderate doses that produce this effect also increase oxygen consumption and metabolic rate. These compounds have a pyretic effect at toxic doses, and sweating exacerbates the dehydration that occurs in salicylate intoxication (*see* below).

**Respiration.** Salicylates increase oxygen consumption and $CO_2$ production (especially in skeletal muscle) at full therapeutic doses; these effects are a result of uncoupling oxidative phosphorylation. The increased production of $CO_2$ stimulates respiration (mainly by an increase in depth of respiration with only a slight increase in

rate). The increased alveolar ventilation balances the increased $CO_2$ production, and thus plasma $CO_2$ tension ($PCO_2$) does not change or may decrease slightly.

**Acid–Base and Electrolyte Balance and Renal Effects.** Therapeutic doses of salicylate produce definite changes in the acid–base balance and electrolyte pattern. Compensation for the initial event, respiratory alkalosis (*see* above), is achieved by increased renal excretion of bicarbonate, which is accompanied by increased $Na^+$ and $K^+$ excretion; plasma bicarbonate is thus lowered, and blood pH returns toward normal. This is the stage of compensatory renal acidosis. This stage is seen most often in adults given intensive salicylate therapy and seldom proceeds further unless toxicity ensues (*see* below). Salicylates can cause retention of salt and water, as well as acute reduction of renal function in patients with congestive heart failure, renal disease, or hypovolemia. Although long-term use of salicylates alone rarely is associated with nephrotoxicity, the prolonged and excessive ingestion of analgesic mixtures containing salicylates in combination with other compounds can produce papillary necrosis and interstitial nephritis (*see* section on analgesic nephropathy, above).

**Cardiovascular Effects.** Low doses of aspirin (<100 mg daily) are used widely for their cardioprotective effects. At high therapeutic doses (>3 g daily), as might be given for acute rheumatic fever, salt and water retention can lead to an increase (up to 20%) in circulating plasma volume and decreased hematocrit (*via* a dilutional effect). There is a tendency for the peripheral vessels to dilate because of a direct effect on vascular smooth muscle. Cardiac output and work are increased. Those with carditis or compromised cardiac function may not have sufficient cardiac reserve to meet the increased demands, and congestive cardiac failure and pulmonary edema can occur. High doses of salicylates can produce noncardiogenic pulmonary edema, particularly in older patients who ingest salicylates regularly over a prolonged period.

**Gastrointestinal Effects.** The ingestion of salicylates may result in epigastric distress, nausea, and vomiting. Salicylates also may cause gastric ulceration, exacerbation of peptic ulcer symptoms (heartburn, dyspepsia), gastrointestinal hemorrhage, and erosive gastritis. These effects occur primarily with acetylated salicylates (*i.e.*, aspirin). Because nonacetylated salicylates lack the ability to acetylate cyclooxygenase and thereby irreversibly inhibit its activity, they are weaker inhibitors than aspirin.

Aspirin-induced gastric bleeding sometimes is painless, and if unrecognized may lead to iron-deficiency anemia (*see* Chapter 53). The daily ingestion of antiinflammatory doses of aspirin (4 or 5 g) results in an average fecal blood loss of between 3 and 8 ml per day, as compared with approximately 0.6 ml per day in untreated subjects. Gastroscopic examination of aspirin-treated subjects often reveals discrete ulcerative and hemorrhagic lesions of the gastric mucosa; in many cases, multiple hemorrhagic lesions with sharply demarcated areas of focal necrosis are observed. The incidence of bleeding may be higher with salicylates that dissolve slowly and deposit as particles in the gastric mucosal folds.

**Hepatic Effects.** Salicylates can cause hepatic injury, usually in patients treated with high doses of salicylates that result in plasma concentrations of more than 150 μg/ml. The injury is not an acute effect; rather, the onset characteristically occurs after several months of treatment. The majority of cases occur in patients with connective tissue disorders. There usually are no symptoms, simply an increase in serum levels of hepatic transaminases, but some patients note right upper quadrant abdominal discomfort and tenderness. Overt jaundice is uncommon. The injury usually is reversible upon discontinuation of salicylates. However, the use of salicylates is contraindicated in patients with chronic liver disease. Considerable evidence, as discussed above, implicates the use of salicylates as an important factor in the severe hepatic injury and encephalopathy observed in Reye's syndrome.

**Uricosuric Effects.** The effects of salicylates on uric acid excretion are markedly dependent on dose. Low doses (1 or 2 g per day) may decrease urate excretion and elevate plasma urate concentrations; intermediate doses (2 or 3 g per day) usually do not alter urate excretion; large doses (more than 5 g per day) induce uricosuria and lower plasma urate levels. However, such large doses are tolerated poorly. Even small doses of salicylate can block the effects of *probenecid* and other uricosuric agents that decrease tubular reabsorption of uric acid.

**Effects on the Blood.** Ingestion of aspirin by healthy individuals prolongs the bleeding time. For example, a single 325-mg dose of aspirin approximately doubles the mean bleeding time of normal persons for a period of 4 to 7 days. This effect is due to irreversible acetylation of platelet cyclooxygenase and the consequent reduced formation of $TXA_2$ until sufficient numbers of new, unmodified platelets are produced from megakaryocyte precursors.

Patients with severe hepatic damage, hypoprothrombinemia, vitamin K deficiency, or hemophilia should avoid aspirin because the inhibition of platelet hemostasis can result in hemorrhage. If possible, aspirin therapy should be stopped at least 1 week before surgery; care also should be exercised in the use of aspirin during long-term treatment with oral anticoagulant agents because of the combined danger of prolongation of bleeding time coupled with blood loss from the gastric mucosa. On the other hand, aspirin is used widely for the prophylaxis of thromboembolic disease, especially in the coronary and cerebral circulation, and is coupled frequently with oral anticoagulants in patients with bioprosthetic or mechanical heart valves (*see* Chapter 54).

Salicylates do not ordinarily alter the leukocyte or platelet count, the hematocrit, or the hemoglobin content. However, doses of 3 to 4 g per day markedly decrease plasma iron concentration and shorten erythrocyte survival time. Aspirin can cause a mild degree of hemolysis in individuals with a deficiency of glucose-6-phosphate dehydrogenase. As noted above (*Cardiovascular Effects*), high doses (>3 g daily) can expand plasma volume and decrease hematocrit by dilution.

**Effects on Rheumatic, Inflammatory, and Immunological Processes and on Connective Tissue Metabolism.** Although salicylates suppress clinical signs and even improve the histological picture in acute rheumatic fever, subsequent tissue damage, such as cardiac lesions and other visceral involvement, is unaffected by salicylate therapy. In addition to their effect on prostaglandin biosynthesis, the mechanism of action of the salicylates in rheumatic disease also may involve effects on other cellular and immunological processes in mesenchymal and connective tissues.

Because of the known relationship between rheumatic fever and immunological processes, attention has been directed to the capacity of salicylates to suppress a variety of antigen–antibody reactions. These include the inhibition of antibody production, of antigen–antibody aggregation, and of antigen-induced release of histamine. Salicylates also induce a nonspecific stabilization of capillary permeability during immunological insults. The concentrations of salicylates needed to produce these effects are high, and the relationship of these effects to the antirheumatic efficacy of salicylates is not clear.

Salicylates also can influence the metabolism of connective tissue, and these effects may be involved in their antiinflammatory action. For example, salicylates can affect the composition, biosynthesis, or metabolism of connective tissue mucopolysaccharides in the ground substance that provides barriers to the spread of infection and inflammation.

**Metabolic Effects.** ***Oxidative Phosphorylation.*** The uncoupling of oxidative phosphorylation by salicylates is similar to that induced by 2,4-dinitrophenol. The effect may occur with doses of salicylate used in the treatment of rheumatoid arthritis and can result in the inhibition of a number of ATP-dependent reactions. Other consequences include the salicylate-induced increase in $O_2$ uptake and $CO_2$ production (described above), the depletion of hepatic glycogen, and the pyretic effect of toxic doses of salicylate (*see* below). Salicylates in toxic doses may decrease aerobic metabolism and increase the production of strong organic acids.

***Carbohydrate Metabolism.*** Large doses of salicylates may cause hyperglycemia and glycosuria and deplete liver and muscle glycogen.

**Endocrine Effects.** Long-term administration of salicylates decreases thyroidal uptake and clearance of iodine, but increases $O_2$ consumption and the rate of disappearance of thyroxine and triiodothyronine from the circulation. These effects probably are caused by the competitive displacement by salicylate of thyroxine and triiodothyronine from transthyretin and the thyroxine-binding globulin in plasma (*see* Chapter 56).

**Salicylates and Pregnancy.** There is no evidence that moderate therapeutic doses of salicylates are teratogenic in human beings; however, babies born to women who ingest salicylates for long periods may have significantly reduced birth weights. When administered during the third trimester there also is an increase in perinatal mortality, anemia, antepartum and postpartum hemorrhage, prolonged gestation, and complicated deliveries; thus, its use during this period should be avoided. As mentioned previously, administration of NSAIDs during the third trimester of pregnancy also can cause premature closure of the ductus arteriosus. The use of aspirin has been advocated for the treatment of women at high risk of preeclampsia, but it is estimated that treatment of 90 women is required to prevent one case of preeclampsia (Villar *et al.*, 2004).

**Local Irritant Effects.** Salicylic acid is irritating to skin and mucosa and destroys epithelial cells. The keratolytic action of the free acid is employed for the local treatment of warts, corns, fungal infections, and certain types of eczematous dermatitis. After treatment with salicylic acid, tissue cells swell, soften, and desquamate. *Methyl salicylate* (*oil of wintergreen*) is irritating to skin and gastric mucosa and is used as a counter-irritant for the relief of mild musculoskeletal pain.

**Pharmacokinetics.** ***Absorption.*** Orally ingested salicylates are absorbed rapidly, partly from the stomach but mostly from the upper small intestine. Appreciable concentrations are found in plasma in less than 30 minutes; after a single dose, a peak value is reached in about 1 hour and then declines gradually. The rate of absorption is determined by many factors, particularly the disintegration and dissolution rates of the tablets administered, the pH at the mucosal surface, and gastric emptying time.

Salicylate absorption occurs by passive diffusion primarily of nondissociated salicylic acid or acetylsalicylic acid across gastrointestinal membranes and hence is influenced by gastric pH. Even though salicylate is more ionized as the pH is increased, a rise in pH also increases the solubility of salicylate and thus dissolution of the tablets. The overall effect is to enhance absorption. As a result, there is little meaningful difference between the rates of absorption of sodium salicylate, aspirin, and the numerous buffered preparations of salicylates. The presence of food delays absorption of salicylates. Rectal absorption of salicylate usually is slower than oral absorption and is incomplete and inconsistent.

Salicylic acid is absorbed rapidly from the intact skin, especially when applied in oily liniments or ointments, and systemic poisoning has occurred from its application to large areas of skin. Methyl salicylate likewise is speedily absorbed when applied cutaneously; however, its gastrointestinal absorption may be delayed many hours, making gastric lavage effective for removal even in poisonings that present late after oral ingestion.

***Distribution.*** After absorption, salicylates are distributed throughout most body tissues and transcellular fluids, primarily by pH-dependent passive processes. Salicylates are transported actively by a low-capacity, saturable system out of the CSF across the choroid plexus. The drugs readily cross the placental barrier.

The volume of distribution of usual doses of aspirin and sodium salicylate in normal subjects averages about 170 ml/kg of body weight; at high therapeutic doses, this volume increases to about 500 ml/kg because of saturation of binding sites on plasma proteins. Ingested aspirin mainly is absorbed as such, but some enters the systemic circulation as salicylic acid after hydrolysis by esterases in the gastrointestinal mucosa and liver. Aspirin can be detected in the plasma only for a short time as a result of hydrolysis in plasma, liver, and erythrocytes; for example, 30 minutes after a dose of 0.65 g, only 27% of the total plasma salicylate is in the acetylated form. Methyl salicylate also is hydrolyzed rapidly to salicylic acid, mainly in the liver.

Roughly 80% to 90% of the salicylate in plasma is bound to proteins, especially albumin, at concentrations encountered clinically; the proportion of the total that is bound declines as plasma concentrations increase. Hypoalbuminemia, as may occur in rheumatoid arthritis, is associated with a proportionately higher level of free salicylate in the plasma. Salicylate competes with a variety of compounds for plasma protein binding sites; these include *thyroxine, triiodothyronine, penicillin, phenytoin, sulfinpyrazone*, bilirubin, uric acid, and other NSAIDs such as naproxen. Aspirin is bound to a more limited extent; however, it acetylates human plasma albumin *in vivo* by reaction with the ε-amino group of lysine and may change the binding of other drugs to albumin. Aspirin also acetylates hormones, DNA, and hemoglobin and other proteins.

***Biotransformation and Excretion.*** The biotransformation of salicylates takes place in many tissues, but particularly in the hepatic endoplasmic reticulum and mitochondria. The three chief metabol-

ic products are salicyluric acid (the glycine conjugate), the ether or phenolic glucuronide, and the ester or acyl glucuronide. In addition, a small fraction is oxidized to gentisic acid (2,5-dihydroxybenzoic acid) and to 2,3-dihydroxybenzoic and 2,3,5-trihydroxybenzoic acids; gentisuric acid, the glycine conjugate of gentisic acid, also is formed.

Salicylates are excreted in the urine as free salicylic acid (10%), salicyluric acid (75%), salicylic phenolic (10%) and acyl glucuronides (5%), and gentisic acid (less than 1%). However, excretion of free salicylates is extremely variable and depends upon the dose and the urinary pH. In alkaline urine, more than 30% of the ingested drug may be eliminated as free salicylate, whereas in acidic urine this may be as low as 2%.

The plasma half-life for aspirin is about 20 minutes, and for salicylate 2 to 3 hours at antiplatelet doses, rising to 12 hours at usual antiinflammatory doses. The half-life of salicylate may be as long as 15 to 30 hours at high therapeutic doses or when there is intoxication. This dose-dependent elimination is the result of the limited capacity of the liver to form salicyluric acid and the phenolic glucuronide, resulting in a larger proportion of unchanged drug being excreted in the urine at higher doses.

**Relationship of Plasma Salicylate Concentration to Therapeutic and Common Adverse Effects and Toxicity.** Aspirin is one of the NSAIDs for which plasma salicylate can provide a means to monitor therapy and toxicity. Intermittent analgesic-antipyretic doses of aspirin typically produce plasma aspirin levels of less than 20 μg/ml and plasma salicylate levels of below 60 μg/ml. The daily ingestion of antiinflammatory doses of 4 to 5 g of aspirin produces plasma salicylate levels in the range of 120 to 350 μg/ml (Table 26–1). Optimal antiinflammatory effects for patients with rheumatic diseases require plasma salicylate concentrations of 150 to 300 μg/ml. Significant adverse effects can be seen at levels of more than 300 μg/ml. Hyperventilation generally occurs at concentrations greater than 350 μg/ml and other signs of intoxication, such as acidosis, at concentrations greater than 460 μg/ml. In the lower part of the range, the drug clearance is nearly constant (despite the fact that saturation of metabolic capacity is approached) because the fraction of drug that is free, and thus available for metabolism or excretion, increases as binding sites on plasma proteins are saturated. The total concentration of salicylate in plasma is thus a relatively linear function of dose at lower concentrations. At higher concentrations, however, as metabolic pathways of disposition become saturated, small increments in dose can disproportionately increase plasma salicylate concentration. Failure to anticipate this phenomenon can lead to toxicity. Since the range of plasma salicylate concentrations needed for optimal efficacy may overlap with those at which tinnitus (ringing of the ears) is noted, it is especially important to individualize antiinflammatory doses of aspirin. Tinnitus may be a reliable index of exceeding the acceptable plasma concentration in patients with normal hearing, but is not a reliable indicator in patients with preexisting hearing loss; thus, surveillance for this symptom is no substitute for periodic monitoring of serum salicylate levels.

The plasma concentration of salicylate is increased by conditions that decrease glomerular filtration rate or reduce proximal tubule secretion of salicylates, such as renal disease or the presence of inhibitors that compete for the transport system (*e.g.*, probenecid). Changes in urinary pH also have significant effects on salicylate excretion. For example, the clearance of salicylate is about four times as great at pH 8 as at pH 6, and it is well above the glomerular filtration rate at pH 8. High rates of urine flow decrease tubular reabsorption, whereas the opposite is true in oliguria. The conjugates of salicylic acid with glycine and glucuronic acid do not readily back-diffuse across the renal tubular cells. Their excretion, therefore, is by glomerular filtration and proximal tubular secretion but is not pH dependent.

## *Therapeutic Uses*

**Systemic Uses.** The two most commonly used preparations of salicylate for systemic effects are aspirin (acetylsalicylic acid) and sodium salicylate. The dose of salicylate depends on the condition being treated.

Other salicylates available for systemic use include *salsalate* (*salicylsalicylic acid;* DISALCID, others), which is hydrolyzed to salicylic acid during and after absorption, *sodium thiosalicylate* (injection; REXOLATE), *choline salicylate* (oral liquid; ARTHROPAN), and *magnesium salicylate* (tablets: MAGAN, MOMEMTUM, others). A combination of choline and magnesium salicylates (*choline magnesium, trisalicylate*, TRILISATE, others) also is available. Diflunisal (DOLOBID) is discussed below.

*Antipyresis.* Antipyretic therapy is reserved for patients in whom fever in itself may be deleterious and for those who experience considerable relief when fever is lowered. Little is known about the relationship between fever and the acceleration of inflammatory or immune processes; it may at times be a protective physiological mechanism. The course of the patient's illness may be obscured by the relief of symptoms and the reduction of fever by the use of antipyretic drugs. The antipyretic dose of salicylate for adults is 325 mg to 650 mg orally every 4 hours. Salicylates are contraindicated for fever associated with viral infection in children; for nonviral etiologies, 50 to 75 mg/kg per day has been given in four to six divided doses, not to exceed a total daily dose of 3.6 g. The route of administration nearly always is oral; parenteral administration (with sodium thiosalicylate) is rarely necessary. The rectal administration of aspirin suppositories may be necessary in infants or when the oral route is unavailable.

*Analgesia.* Salicylates are valuable for the nonspecific relief of minor aches and pain (*e.g.*, headache, arthritis, dysmenorrhea, neuralgia, and myalgia). For this purpose, they are prescribed in the same doses and manner as for antipyresis.

*Rheumatoid Arthritis.* Although aspirin is regarded as the standard against which other drugs should be compared for the treatment of rheumatoid arthritis, many clinicians favor the use of other NSAIDs perceived to have better gastrointestinal tolerability, even though this perception remains unproven by convincing clinical trials. As for NSAIDs, therapy with salicylates produces analgesia adequate to allow more effective movement and physical therapy in osteoarthritis and rheumatoid arthritis. In addition, aspirin therapy is associated with improvement in appetite, a feeling of well-being, and a reduction in the inflammation in joint tissues and surrounding structures. Patients with progressive or resistant disease require therapy with more toxic, second-line drugs, such as antimalarials, penicillamine, glucocorticoids, methotrexate, or immunosuppressive agents. In the United States, methotrexate is the second-line drug used most frequently, while in Europe, *sulfasalazine* is generally preferred.

**Drug Interactions.** The plasma concentration of salicylates generally is little affected by other drugs, but concurrent administration of

aspirin lowers the concentrations of indomethacin, naproxen, ketoprofen, and *fenoprofen*, at least in part by displacement from plasma proteins. Important adverse interactions of aspirin with warfarin, sulfonylureas, and methotrexate are mentioned above. Other interactions of aspirin include the antagonism of spironolactone-induced natriuresis and the blockade of the active transport of penicillin from CSF to blood.

**Local Uses.** *Inflammatory Bowel Disease. Mesalamine* (5-aminosalicylic acid; ASACOL, others) is a salicylate that is used for its local effects in the treatment of inflammatory bowel disease (*see* Chapter 38). The drug is not effective orally because it is poorly absorbed and is inactivated before reaching the lower intestine. It currently is available as a suppository and rectal suspension enema (ROWASA) for treatment of mild to moderate proctosigmoiditis; a rectal suppository (CANASA, others) for the treatment of distal ulcerative colitis, proctosigmoiditis, or proctitis. Two oral formulations that deliver drug to the lower intestine, *olsalazine* (sodium azodisalicylate, a dimer of 5-aminosalicylate linked by an azo bond; DIPENTUM) and mesalamine formulated in a pH-sensitive polymer-coated oral preparation (ASACOL) and controlled-release capsule (PENTASA), are efficacious in treatment of inflammatory bowel disease, in particular ulcerative colitis. Sulfasalazine (salicylazosulfapyridine; AZULFIDINE) contains mesalamine linked covalently to sulfapyridine (*see* Chapter 38); it is absorbed poorly after oral administration, but it is cleaved to its active components by bacteria in the colon. The drug is of benefit in the treatment of inflammatory bowel disease, principally because of the local actions of mesalamine. Sulfasalazine and olsalazine also have been used in the treatment of rheumatoid arthritis and ankylosing spondylitis.

**Salicylate Intoxication.** Salicylate poisoning or serious intoxication often occurs in children and sometimes is fatal. The drugs should not be viewed as harmless household remedies, and salicylate intoxication should be seriously considered in any young child with coma, convulsions, or cardiovascular collapse. The fatal dose varies with the preparation of salicylate. Death has followed use of 10 to 30 g of sodium salicylate or aspirin in adults, but much larger amounts (130 g of aspirin in one case) have been ingested without a fatal outcome. The lethal dose of methyl salicylate (oil of wintergreen, sweet birch oil, gaultheria oil, betula oil) is considerably less than that of sodium salicylate. As little as 4 ml (4.7 g) of methyl salicylate may be fatal in children. Symptoms of poisoning by methyl salicylate differ little from those described below for aspirin. Central excitation, intense hyperpnea, and hyperpyrexia are prominent features. The odor of the drug can be detected easily on the breath and in the urine and vomitus. Poisoning by salicylic acid differs only in the increased prominence of GI symptoms due to the marked local irritation.

**Salicylism.** Mild chronic salicylate intoxication is called *salicylism*. When fully developed, the syndrome includes headache, dizziness, tinnitus, difficulty hearing, dimness of vision, mental confusion, lassitude, drowsiness, sweating, thirst, hyperventilation, nausea, vomiting, and occasionally diarrhea.

**Neurological Effects.** In high doses, salicylates have toxic effects on the CNS, consisting of stimulation (including convulsions) followed by depression. Confusion, dizziness, tinnitus, high-tone deafness, delirium, psychosis, stupor, and coma may occur. The tinnitus and hearing loss of salicylate poisoning are caused by increased labyrinthine pressure or an effect on the hair cells of the cochlea, perhaps secondary to vasoconstriction in the auditory microvasculature. Tinnitus typically is observed at plasma salicylate concentrations of 200 to 450 μg/ml, and there is a close relationship between the extent of hearing loss and plasma salicylate concentration. An occasional patient may note tinnitus at lower plasma concentrations of salicylate. Tinnitus generally resolves within 2 or 3 days after withdrawal of the drug.

Salicylates induce nausea and vomiting, which result from stimulation of sites that are accessible from the CSF, probably in the medullary chemoreceptor trigger zone. In humans, centrally induced nausea and vomiting generally appear at plasma salicylate concentrations of about 270 μg/ml, but these same effects may occur at much lower plasma levels as a result of local gastric irritation.

**Respiration.** The respiratory effects of salicylates contribute to the serious acid–base balance disturbances that characterize poisoning by this class of compounds. Salicylates stimulate respiration directly and indirectly. Uncoupling of oxidative phosphorylation leads to increased peripheral $CO_2$ production and a compensatory increase in minute ventilation, usually with no overall change in $P_{CO_2}$. Uncoupling of oxidative phosphorylation also leads to excessive heat production, and salicylate toxicity is associated with hyperthermia, particularly in children.

Salicylates directly stimulate the respiratory center in the medulla. This is characterized by an increase in depth and a pronounced increase in respiration rate. Patients with salicylate poisoning may have prominent increases in respiratory minute volume, and respiratory alkalosis ensues. This can be seen with plasma salicylate concentrations of 350 μg/ml, and marked hyperventilation occurs when the level approaches 500 μg/ml. However, should salicylate toxicity be associated with the coadministration of a barbiturate or opioid (*e.g.*, FIORINAL or DARVON COMPOUND 32), then central respiratory depression will prevent hyperventilation, and the salicylate-induced uncoupling of oxidative phosphorylation will be associated with a marked increase in plasma $P_{CO_2}$ and respiratory acidosis.

Prolonged exposure to high doses of salicylates leads to depression of the medulla, with central respiratory depression and circulatory collapse, secondary to vasomotor depression. Because enhanced $CO_2$ production continues, respiratory acidosis ensues. Respiratory failure is the usual cause of death in fatal cases of salicylate poisoning.

**Acid–Base Balance and Electrolytes.** As described above, high therapeutic doses of salicylate are associated with a primary respiratory alkalosis and compensatory renal acidosis. Subsequent changes in acid–base status generally occur only when toxic doses of salicylates are ingested by infants and children or occasionally after large doses in adults.

The phase of primary respiratory alkalosis rarely is recognized in children with salicylate toxicity. They usually present in a state of mixed respiratory and renal acidosis, characterized by a decrease in blood pH, a low plasma bicarbonate concentration, and normal or nearly normal plasma $P_{CO_2}$. Direct salicylate-induced depression of respiration prevents adequate respiratory hyperventilation to match the increased peripheral production of $CO_2$. Consequently, plasma $P_{CO_2}$ increases and blood pH decreases. Because