Case 2:05-md-01657-EEF-DEK   Document 8324-8   Filed 10/27/06   Page 1 of 12

the concentration of bicarbonate in plasma already is low due to increased renal bicarbonate excretion, the acid–base status at this stage essentially is an uncompensated respiratory acidosis. Superimposed, however, is a true metabolic acidosis caused by accumulation of acids as a result of three processes. First, toxic concentrations of salicylates displace about 2 to 3 mEq per liter of plasma bicarbonate. Second, vasomotor depression caused by toxic doses of salicylates impairs renal function, with consequent accumulation of sulfuric and phosphoric acids. Third, salicylates in toxic doses may decrease aerobic metabolism as a result of inhibition of various enzymes. This derangement of carbohydrate metabolism leads to the accumulation of organic acids, especially pyruvic, lactic, and acetoacetic acids.

The same series of events also causes alterations of water and electrolyte balance. The low plasma $PCO_2$ leads to decreased renal tubular reabsorption of bicarbonate and increased renal excretion of $Na^+$, $K^+$, and water. Water also is lost by salicylate-induced sweating (especially in the presence of hyperthermia) and hyperventilation; dehydration, which can be profound, particularly in children, rapidly occurs. Because more water than electrolyte is lost through the lungs and by sweating, the dehydration is associated with hypernatremia. Prolonged exposure to high doses of salicylate also causes depletion of $K^+$ due to both renal and extrarenal factors.

**Cardiovascular Effects.** Toxic doses of salicylates lead to an exaggeration of the unfavorable cardiovascular responses seen at high therapeutic doses (see above), and central vasomotor paralysis occurs. Petechiae may be seen due to defective platelet function.

### Metabolic Effects

*Carbohydrate Metabolism.* Large doses of salicylates may cause hyperglycemia and glycosuria and deplete liver and muscle glycogen; these effects are explained partly by the release of epinephrine. Such doses also reduce aerobic metabolism of glucose, increase glucose-6-phosphatase activity, and promote the secretion of glucocorticoids. There is a greater risk of hypoglycemia and subsequent permanent brain injury in children.

*Nitrogen Metabolism.* Salicylates in toxic doses cause a significant negative nitrogen balance, characterized by an aminoaciduria. Adrenocortical activation may contribute to the negative nitrogen balance by enhancing protein catabolism.

*Fat Metabolism.* Salicylates reduce lipogenesis by partially blocking incorporation of acetate into fatty acids; they also inhibit epinephrine-stimulated lipolysis in fat cells and displace long-chain fatty acids from binding sites on human plasma proteins. The combination of these effects leads to increased entry and enhanced oxidation of fatty acids in muscle, liver, and other tissues, and to decreased plasma concentrations of free fatty acids, phospholipid, and cholesterol; the oxidation of ketone bodies also is increased.

**Endocrine Effects.** Very large doses of salicylate stimulate steroid secretion by the adrenal cortex through an effect on the hypothalamus and transiently increase plasma concentrations of free corticosteroids by their displacement from plasma proteins. The therapeutic antiinflammatory effects of salicylate are independent of these effects.

**Treatment.** Salicylate poisoning represents an acute medical emergency, and death may result despite heroic efforts (Dargan et al.,

2002). Monitoring of salicylate levels is a useful guide to therapy but must be used in conjunction with an assessment of the patient's overall clinical condition, acid–base balance, formulation of salicylate ingested, timing, and dose.

There is no specific antidote for salicylate poisoning. Management begins with a rapid assessment (see Chapter 64) followed by the "A (airway), B (breathing), C (circulation), D (decontamination)" approach to medical emergencies.

**Airway.** Because of the need for respiratory alkalosis to compensate for the metabolic acidosis of salicylate toxicity, intubation should be avoided unless the patient demonstrates hypoventilation or obtundation.

**Breathing.** The use of paralytic agents and difficulty in achieving the very high minute volumes needed tend to induce respiratory acidosis in the patient. Aspirin ($pK_a = 3.5$) becomes non-ionized at an acidic pH and crosses the blood–brain barrier more readily, increasing its toxic central effects. It is the tissue rather than plasma levels that are dangerous to the patient. Noncardiogenic pulmonary edema interferes with oxygenation of the patient and high concentrations of inspired oxygen may be required.

**Circulation.** Aspirin poisoning leads to inappropriate vasodilation compounded by volume depletion and acidosis, which worsens vasodilation. Aggressive volume repletion with intravenous fluids should be instituted. The aim is to achieve large-volume diuresis to optimize salicylate elimination. If necessary, vasopressors (e.g., norepinephrine, phenylephrine) are added.

**Decontamination.** Activated charcoal is used to prevent further absorption of aspirin from the GI tract. This is particularly important when enteric-coated aspirin, which has delayed absorption, has been ingested. Sodium bicarbonate should be administered to maintain the pH between 7.5 and 7.55, and if possible, the pH of the urine greater than 8. Forced alkaline diuresis maximizes salicylate elimination. Hemodialysis may be required if the above measures are inadequate, there is clinical deterioration despite therapy, or if plasma salicylate levels are greater than 1000 μg/ml. Plasma salicylate, glucose, pH, and potassium should be monitored frequently and therapy modified accordingly. Decreased CNS glucose levels may occur despite normal plasma glucose levels, and supplemental glucose should be given in cases of altered mental status, regardless of the plasma glucose levels.

## Diflunisal

Diflunisal (DOLOBID) is a difluorophenyl derivative of salicylic acid (Figure 26–1).

It is almost completely absorbed after oral administration, and peak plasma concentrations occur within 2 to 3 hours. It is extensively bound to plasma albumin (99%). It is not converted to salicylic acid in vivo. About 90% of the drug is excreted as glucuronide conjugates, and its rate of elimination is dose-dependent. At the usual analgesic dose (500 to 750 mg per day), the plasma half-life averages between 8 and 12 hours (Davies, 1983). Diflunisal appears in the milk of lactating women.

Diflunisal is more potent than aspirin in antiinflammatory tests in animals and appears to be a competitive inhibitor of cyclooxy-

Case 2:05-md-01657-EEF-DEK   Document 8324-8   Filed 10/27/06   Page 2 of 12

Chapter 26 / Analgesic-Antipyretic and Antiinflammatory Agents; Pharmacotherapy of Gout                                    693

genase. However, it is largely devoid of antipyretic effects, perhaps because of poor penetration into the CNS. The drug has been used primarily as an analgesic in the treatment of osteoarthritis and musculoskeletal strains or sprains; in these circumstances it is about three to four times more potent than aspirin. The usual initial dose is 500 to 1000 mg, followed by 250 to 500 mg every 8 to 12 hours. For rheumatoid arthritis or osteoarthritis, 250 to 500 mg is administered twice daily; maintenance dosage should not exceed 1.5 g per day. Diflunisal does not produce auditory side effects and appears to cause fewer and less intense gastrointestinal and antiplatelet effects than does aspirin.

## PARA-AMINOPHENOL DERIVATIVES: ACETAMINOPHEN

Acetaminophen (paracetamol; N-acetyl-p-aminophenol; TYLENOL, others) is the active metabolite of *phenacetin*, a so-called coal tar analgesic. (Due to its association with analgesic nephropathy, hemolytic anemia, and perhaps bladder cancer, phenacetin is no longer available for medicinal purposes.) Acetaminophen is an effective alternative to aspirin as an analgesic-antipyretic agent; however, its antiinflammatory effects are much weaker. While it is indicated for pain relief in patients with noninflammatory osteoarthritis, it is not a suitable substitute for aspirin or other NSAIDs in chronic inflammatory conditions such as rheumatoid arthritis. Acetaminophen is well tolerated and has a low incidence of gastrointestinal side effects. It is available without a prescription and is used as a common household analgesic. However, acute overdosage can cause severe hepatic damage, and the number of accidental or deliberate poisonings with acetaminophen continues to grow. Chronic use of less than 2 g/day is not typically associated with hepatic dysfunction.

**History.** *Acetanilide* is the parent member of this group of drugs. It was introduced into medicine in 1886 under the name antifebrin by Cahn and Hepp, who had discovered its antipyretic action accidentally. However, acetanilide proved to be excessively toxic. A number of chemical derivatives were developed and tested. One of the more satisfactory of these was phenacetin. It was introduced into therapy in 1887 and was extensively employed in analgesic mixtures until it was implicated in analgesic-abuse nephropathy and withdrawn in the 1980s. Discussion of its pharmacology can be found in earlier editions of this textbook.

Acetaminophen was first used in medicine by von Mering in 1893. However, it gained popularity only after 1949, when it was recognized as the major active metabolite of both acetanilide and phenacetin.

**Pharmacological Properties.** Acetaminophen has analgesic and antipyretic effects similar to those of aspirin. However, as mentioned above, it has only weak antiinflammatory effects and has been thought to have a generally poor ability to inhibit COX in the presence of high concentrations of peroxides, as are found at sites of inflammation. However, this aspect of its action has not been addressed rigorously. Certainly, the most commonly consumed daily dose, 1000 mg, results in roughly 50% inhibition of both COX-1 and COX-2 in whole blood assays *ex vivo* in healthy volunteers. It has been suggested that COX inhibition might be disproportionately pronounced in the brain, explaining its antipyretic efficacy (Boutaud *et al.*, 2002; Ouellet and Percival, 2001; Catella-Lawson *et al.*, 2001). A COX-1 splice variant identified in canine brain, termed COX-3, shows some susceptibility for inhibition by acetaminophen *in vitro* (Chandrasekharan *et al.*, 2002). However, it is presently unknown if this splice variant exists in human brain or if its inhibition relates to the efficacy of acetaminophen in humans. Minor metabolites contribute significantly to the toxic effects of acetaminophen (*see* below). The pharmacological properties of acetaminophen have been reviewed by Brune (1988).

Single or repeated therapeutic doses of acetaminophen have no effect on the cardiovascular and respiratory systems, on platelets, or on coagulation. Acid–base changes and uricosuric effects do not occur, nor does the drug produce the gastric irritation, erosion, or bleeding that may occur after salicylate administration.

**Pharmacokinetics and Metabolism.** Oral acetaminophen has excellent bioavailability. Peak plasma concentrations occur within 30 to 60 minutes and the half-life in plasma is about 2 hours after therapeutic doses. Acetaminophen is relatively uniformly distributed throughout most body fluids. Binding of the drug to plasma proteins is variable but less than with other NSAIDs; only 20% to 50% is bound at the concentrations encountered during acute intoxication. Some 90% to 100% of the drug may be recovered in the urine within the first day at therapeutic dosing, primarily after hepatic conjugation with glucuronic acid (about 60%), sulfuric acid (about 35%), or cysteine (about 3%); small amounts of hydroxylated and deacetylated metabolites also have been detected (Table 26–1). Children have less capacity for glucuronidation of the drug than do adults. A small proportion of acetaminophen undergoes CYP-mediated N-hydroxylation to form N-acetyl-p-benzoquinoneimine (NAPQI), a highly reactive intermediate. This metabolite normally reacts with sulfhydryl groups in glutathione (GSH) and thereby is rendered harmless. However, after ingestion of large doses of acetaminophen, the metabolite is formed in amounts sufficient to deplete hepatic GSH and contributes significantly to the toxic effects of overdose (*see* below).

**Therapeutic Uses.** Acetaminophen is a suitable substitute for aspirin for analgesic or antipyretic uses; it is particularly valuable for patients in whom aspirin is contraindicated (*e.g.*, those with peptic ulcer, aspirin hypersensitivity, children with a febrile illness). The conventional oral dose of acetaminophen is 325 to 1000 mg (650 mg rectally); total daily doses should not exceed 4000 mg (2000 mg/day for chronic alcoholics). The most common daily dose is 1000 mg, the dose at which epidemiological studies suggest that gastrointestinal adverse effects are less common than with therapeutic doses of tNSAIDs (Garcia Rodriguez *et al.*, 2004). Higher doses, which may accomplish complete inhibition of COXs, may approach the adverse effect profile of tNSAIDs. Single doses for children range from 40 mg to 480 mg, depending upon age and weight; no more than five doses should be administered in 24 hours. A dose of 10 mg/kg also may be used.

**Toxicity and Common Adverse Effects.** Acetaminophen usually is well tolerated at recommended therapeutic doses. Rash and other allergic reactions occur occasionally. The rash usually is erythematous or urticarial, but sometimes it is more serious and may be accompanied by drug fever and mucosal lesions. Patients who show hypersensitivity reactions to the salicylates only rarely exhibit sensitivity to acetaminophen. The use of acetaminophen has been associated anecdotally with neutropenia, thrombocytopenia, and pancytopenia.

The most serious acute adverse effect of overdosage of acetaminophen is a potentially fatal hepatic necrosis. Renal tubular necrosis and hypoglycemic coma also may occur. The mechanism by which overdosage with acetaminophen leads to hepatocellular injury and death involves its conversion to the toxic NAPQI metabolite (see Chapter 64). The glucuronide and sulfate conjugation pathways become saturated, and increasing amounts undergo CYP-mediated N-hydroxylation to form NAPQI. This is eliminated rapidly by conjugation with GSH and then further metabolized to a mercapturic acid and excreted into the urine. In the setting of acetaminophen overdose, hepatocellular levels of GSH become depleted. The highly reactive NAPQI metabolite binds covalently to cell macromolecules, leading to dysfunction of enzymatic systems and structural and metabolic disarray. Furthermore, depletion of intracellular GSH renders the hepatocytes highly susceptible to oxidative stress and apoptosis.

**Hepatotoxicity.** In adults, hepatotoxicity may occur after ingestion of a single dose of 10 to 15 g (150 to 250 mg/kg) of acetaminophen; doses of 20 to 25 g or more are potentially fatal. Conditions of CYP induction (e.g., heavy alcohol consumption) or GSH depletion (e.g., fasting or malnutrition) increase the susceptibility to hepatic injury, which has been documented, albeit uncommonly, with doses in the therapeutic range. Symptoms that occur during the first 2 days of acute poisoning by acetaminophen reflect gastric distress (nausea, abdominal pain, and anorexia) and belie the potential seriousness of the intoxication. Plasma transaminases become elevated, sometimes markedly so, beginning approximately 12 to 36 hours after ingestion. Clinical indications of hepatic damage are manifest within 2 to 4 days of ingestion of toxic doses, with right subcostal pain, tender hepatomegaly, jaundice, and coagulopathy. Renal impairment or frank renal failure may occur. Liver enzyme abnormalities typically peak 72 to 96 hours after ingestion. The onset of hepatic encephalopathy or worsening coagulopathy beyond this time indicates a poor prognosis. Biopsy of the liver reveals centrilobular necrosis with sparing of the periportal area. In nonfatal cases, the hepatic lesions are reversible over a period of weeks or months.

### Management of Acetaminophen Overdose

Acetaminophen overdose constitutes a medical emergency. Severe liver damage occurs in 90% of patients with plasma concentrations of acetaminophen greater than 300 μg/ml at 4 hours or 45 μg/ml at 15 hours after the ingestion of the drug. Minimal hepatic damage can be anticipated when the drug concentration is less than 120 μg/ml at 4 hours or 30 μg/ml at 12 hours after ingestion. The nomogram provided in Figure 26–2 relates the plasma levels of acetaminophen and time after ingestion to the predicted severity of liver injury.

Early diagnosis and treatment of acetaminophen overdose is essential to optimize outcome. Perhaps 10% of poisoned patients



**Figure 26–2.** *Relationship of plasma levels of acetaminophen and time after acute ingestion to hepatic injury.* (Adapted with permission from Rumack et al., 1981.)

who do not receive specific treatment develop severe liver damage; 10% to 20% of these eventually die of hepatic failure despite intensive supportive care. Activated charcoal, if given within 4 hours of ingestion, decreases acetaminophen absorption by 50% to 90% and is the preferred method of gastric decontamination. Gastric lavage generally is not recommended.

*N-acetylcysteine* (NAC) (MUCOMYST, MUCOSIL, PARVOLEX) is indicated for those at risk of hepatic injury. NAC therapy should be instituted in suspected cases of acetaminophen poisoning before blood levels become available, with treatment terminated if assay results subsequently indicate that the risk of hepatotoxicity is low.

NAC functions by detoxifying NAPQI. It both repletes GSH stores and may conjugate directly with NAPQI by serving as a GSH substitute. There is some evidence that in cases of established acetaminophen toxicity, NAC may protect against extrahepatic injury by its antioxidant and antiinflammatory properties (Keays et al., 1991; Jones, 1998). Even in the presence of activated charcoal, there is ample absorption of NAC, and neither should activated charcoal be avoided nor NAC administration be delayed because of concerns of a charcoal-NAC interaction. Adverse reactions to NAC include rash (including urticaria, which does not require drug discontinuation), nausea, vomiting, diarrhea, and rare anaphylactoid reactions.

An oral loading dose of 140 mg/kg is given, followed by the administration of 70 mg/kg every 4 hours for 17 doses. Where available, the intravenous loading dose is 150 mg/kg by intravenous infusion in 100 ml of 5% dextrose over 15 minutes (for those weighing less than 20 kg), followed by 50 mg/kg by intravenous infusion in 250 ml of 5% dextrose over 4 hours, then 100 mg/kg by intravenous infusion in 500 ml of 5% dextrose over 16 hours.

Assistance in treatment of patients with acetaminophen overdose can be obtained from national poison centers: 1-800-222-1222 in the United States and 0870-600-6266 in the United Kingdom.

In addition to NAC therapy, aggressive supportive care is warranted. This includes management of hepatic and renal failure should they occur and intubation should the patient become obtunded. Hypoglycemia can result from liver failure, and plasma glucose should be monitored closely. Fulminant hepatic failure is an indication for liver transplantation, and a liver transplant center should be contacted early in the course of treatment of patients who develop severe liver injury despite NAC therapy.

## ACETIC ACID DERIVATIVES: INDOMETHACIN, SULINDAC, AND ETODOLAC

Indomethacin was the product of a laboratory search for drugs with antiinflammatory properties. It was introduced in 1963 for the treatment of rheumatoid arthritis and related disorders. It is a nonselective COX inhibitor. Although indomethacin still is used clinically and is effective, toxicity and the availability of safer alternatives have limited its use. Sulindac was developed in an attempt to find a less toxic, but effective, congener of indomethacin and also is a nonselective COX inhibitor. The pharmacology of both drugs has been reviewed (Rainsford, 2003; Haanen, 2001). *Etodolac* is a structurally related tNSAID; it has been found to be a somewhat selective inhibitor of COX-2.

### Indomethacin

*Chemistry.* The structural formula of indomethacin, a methylated indole derivative, is:

INDOMETHACIN

*Pharmacological Properties.* Indomethacin has prominent antiinflammatory and analgesic-antipyretic properties similar to those of the salicylates. Indomethacin is a more potent inhibitor of the cyclooxygenases than is aspirin, but patient intolerance generally limits its use to short-term dosing. Indomethacin has analgesic properties distinct from its antiinflammatory effects, and there is evidence for central and peripheral actions.

Indomethacin also inhibits the motility of polymorphonuclear leukocytes and depresses the biosynthesis of mucopolysaccharides. It also may have a direct, cyclooxygenase-independent vasoconstrictor effect (Edlund *et al.*, 1985). Observational studies have raised the possibility that indomethacin may increase the risk of myocardial infarction and stroke, but controlled clinical trials to address this hypothesis have not been performed.

*Pharmacokinetics and Metabolism.* Oral indomethacin has excellent bioavailability. Peak concentrations occur 1 to 2 hours after dosing (Table 26–1). Indomethacin is 90% bound to plasma proteins and tissues. The concentration of the drug in the CSF is low, but its concentration in synovial fluid is equal to that in plasma within 5 hours of administration.

Between 10% and 20% of indomethacin is excreted unchanged in the urine, partly by tubular secretion. The majority is converted to inactive metabolites, including those formed by *O*-demethylation (about 50%), conjugation with glucuronic acid (about 10%), and *N*-deacylation. Free and conjugated metabolites are eliminated in the urine, bile, and feces. There is enterohepatic cycling of the conjugates and probably of indomethacin itself. The half-life in plasma is variable, perhaps because of enterohepatic cycling, but averages about 2.5 hours.

*Drug Interactions.* The total plasma concentration of indomethacin plus its inactive metabolites is increased by concurrent administration of probenecid, but it is not clear if concomitant use requires dose adjustment. Indomethacin does not interfere with the uricosuric effect of probenecid.

Indomethacin does not directly modify the effect of warfarin, but platelet inhibition and gastric irritation increase the risk of bleeding; concurrent administration is not recommended. Indomethacin antagonizes the natriuretic and antihypertensive effects of *furosemide* and thiazide diuretics and blunts the antihypertensive effect of $\beta$ receptor antagonists, $AT_1$ receptor antagonists, and ACE inhibitors.

*Therapeutic Uses.* A high rate of intolerance limits the long-term analgesic use of indomethacin (INDOCIN). Likewise, it is not used commonly as an analgesic or antipyretic unless the fever has been refractory to other agents (*e.g.*, Hodgkin's disease).

Indomethacin is effective for relieving joint pain, swelling, and tenderness, increasing grip strength, and decreasing the duration of morning stiffness. It is estimated to be approximately 20 times more potent than aspirin. Overall, about two-thirds of patients benefit from treatment with indomethacin, which typically is initiated at 25 mg two or three times daily. In some patients, 100 mg taken at night provides better nighttime analgesia and relief from morning stiffness. Failure to obtain adequate symptom relief with 100 mg within 7 to 10 days is an indication to try an alternative therapy.

When tolerated, indomethacin often is more effective than aspirin in the treatment of ankylosing spondylitis and osteoarthritis. It also is very effective in the treatment of acute gout, although it is not uricosuric.

Indomethacin is FDA approved for closure of persistent patent ductus arteriosus. A typical regimen involves the intravenous administration of 0.1 to 0.2 mg/kg every 12 hours for three doses. Successful closure can be expected in more than 70% of neonates treated with the drug. Such therapy is indicated primarily in premature infants who weigh between 500 and 1750 g, who have a hemodynamically significant patent ductus arteriosus, and in whom other supportive maneuvers have been attempted. Unexpectedly, treatment with indomethacin also may decrease the incidence and severity of intraventricular hemorrhage in low-birth-weight neonates (Ment *et al.*, 1994). The principal limitation of treating neonates is renal toxicity, and therapy is stopped if the output of urine falls to less than 0.6 ml/kg per hour. Renal failure, enterocolitis, thrombocytopenia, or hyperbilirubinemia are contraindications to the use of indomethacin.

**Common Adverse Effects.** A very high percentage (35% to 50%) of patients receiving usual therapeutic doses of indomethacin experience untoward symptoms, and about 20% must discontinue its use because of the side effects. Most adverse effects are dose-related.

Gastrointestinal complaints are common and can be serious. Diarrhea may occur and sometimes is associated with ulcerative lesions of the bowel. Underlying peptic ulcer disease is a contraindication to indomethacin use. Acute pancreatitis has been reported, as have rare, but potentially fatal, cases of hepatitis. The most frequent CNS effect (indeed, the most common side effect) is severe frontal headache, occurring in 25% to 50% of patients who take the drug for long periods. Dizziness, vertigo, light-headedness, and mental confusion may occur. Seizures have been reported, as have severe depression, psychosis, hallucinations, and suicide. Caution is advised when administering indomethacin to elderly patients or to those with underlying epilepsy, psychiatric disorders, or Parkinson's disease, because they are at greater risk for the development of serious CNS adverse effects.

Hematopoietic reactions include neutropenia, thrombocytopenia, and rarely aplastic anemia. As is common with other NSAIDs, platelet function is impaired transiently during the dosing interval.

## Sulindac

**Chemistry.** Sulindac is related closely to indomethacin; its structural formula is:

SULINDAC

Sulindac is a prodrug whose antiinflammatory activity resides in its sulfide metabolite.

**Pharmacological Properties.** Sulindac is less than half as potent as indomethacin. Because sulindac is a prodrug, it appears to be either inactive or relatively weak *in vitro* because it is not metabolized to its active sulfide metabolite. The sulfide metabolite is more than 500 times more potent than sulindac as an inhibitor of cyclooxygenase. The notion that gastric or intestinal mucosa is not directly exposed to high concentrations of active drug after oral administration of sulindac provides a rationale for the claim that there is a lower incidence of GI toxicity with sulindac as compared with indomethacin. This claim ignores the fact that the mucosa of the GI tract is directly exposed to circulating levels of active drug. Formal proof of the hypothetical advantage of sulindac is lacking, and the clinical experience in this regard has been disappointing. Similarly, early clinical studies suggesting that sulindac, in contrast to other NSAIDs, did not alter renal prostaglandin levels and therefore might avoid the association with hypertension in susceptible individuals, have been discredited (Kulling *et al.*, 1995). In short, the same precautions that apply to other NSAIDs regarding patients at risk for gastrointestinal toxicity or renal impairment also apply to sulindac.

**Pharmacokinetics and Metabolism.** The metabolism and pharmacokinetics of sulindac are complex. About 90% of the drug is absorbed in humans after oral administration (Table 26–1). Peak concentrations of sulindac in plasma are attained within 1 to 2 hours, while those of the sulfide metabolite occur about 8 hours after the oral administration of sulindac.

Sulindac undergoes two major biotransformations. It is oxidized to the sulfone and then reversibly reduced to the sulfide, the active metabolite. The sulfide is formed largely by the action of bowel microflora on sulindac excreted in the bile.

All three compounds are found in comparable concentrations in human plasma. The half-life of sulindac itself is about 7 hours, but the active sulfide has a half-life as long as 18 hours. Sulindac and its metabolites undergo extensive enterohepatic circulation, and all are bound extensively to plasma protein.

Little of the sulfide (or of its conjugates) is found in urine. The principal components excreted in the urine are the sulfone and its conjugates, which account for nearly 30% of an administered dose; sulindac and its conjugates account for about 20%. Up to 25% of an oral dose may appear as metabolites in the feces.

**Therapeutic Uses.** Sulindac (CLINORIL) has been used mainly for the treatment of rheumatoid arthritis, osteoarthritis, ankylosing spondylitis, and acute gout. Its analgesic and antiinflammatory effects are comparable to those achieved with aspirin. The most common dosage for adults is 150 to 200 mg twice a day. The drug usually is given with food to reduce gastric discomfort, although this may delay absorption and reduce its concentration in plasma. A use proposed for sulindac is to prevent colon cancer in patients with familial adenomatous polyposis (*see* above).

**Common Adverse Effects.** Although the incidence of toxicity is lower than with indomethacin, untoward reactions to sulindac are common. The typical gastrointestinal side effects are seen in nearly 20% of patients, but are thought to be less severe at common doses than with indomethacin. CNS side effects as described above for indomethacin are seen in up to 10% of patients. Rash and pruritus occur in 5% of patients. Transient elevations of hepatic transaminases in plasma are less common.

## Etodolac

Etodolac is another acetic acid derivative with some degree of COX-2 selectivity. Thus, at antiinflammatory doses, the frequency of gastric irritation may be less than with other NSAIDs (Warner *et al.*, 1999).

**Pharmacokinetics and Metabolism.** Etodolac is rapidly and well absorbed orally. It is highly bound to plasma protein and undergoes hepatic metabolism and renal excretion (Table 26–1). The drug may undergo enterohepatic circulation in humans; its half-life in plasma is about 7 hours.

**Therapeutic Uses.** A single oral dose (200 to 400 mg) of etodolac (LODINE) provides postoperative analgesia that typically lasts for 6 to 8 hours. Etodolac also is effective in the treatment of osteoarthritis and rheumatoid arthritis and the drug appears to be uricosuric. A sustained-release preparation (LODINE XL) is available, allowing once-a-day administration.

**Common Adverse Effects.** Etodolac appears to be relatively well tolerated. About 5% of patients who have taken the drug for up to 1

year discontinue treatment because of side effects, which include gastrointestinal intolerance, rashes, and CNS effects.

## THE FENAMATES

The fenamates are a family of NSAIDs first discovered in the 1950s that are derivatives of *N*-phenylanthranilic acid. They include *mefenamic, meclofenamic,* and *flufenamic acids.*

Therapeutically, they have no clear advantages over several other tNSAIDs and frequently cause GI side effects.

Mefenamic acid (PONSTEL, PONSTAN [UK], DYSMAN [UK]) and *meclofenamate sodium* (MECLOMEN) have been used mostly in the short-term treatment of pain in soft-tissue injuries, dysmenorrhea, and in rheumatoid and osteoarthritis. These drugs are not recommended for use in children or pregnant women.

Mefenamic acid and meclofenamate, but not flufenamic acid, are available in the United States. All three are available in Europe. They are used rarely for chronic therapy of the arthritides.

**Chemistry.** Mefenamic acid and meclofenamate are *N*-substituted phenylanthranilic acids.

**Pharmacological Properties.** The fenamates are typical tNSAIDs. Mefenamic acid has central and peripheral actions, and meclofenamic acid (and perhaps other fenamates) may antagonize directly certain effects of prostaglandins, although it is not clear that receptor blockade is attained at therapeutic concentrations.

**Pharmacokinetic Properties.** These drugs are absorbed rapidly and have short durations of action. In humans, approximately 50% of a dose of mefenamic acid is excreted in the urine, primarily as the 3-hydroxymethyl and 3-carboxyl metabolites and their conjugates. Twenty percent of the drug is recovered in the feces, mainly as the unconjugated 3-carboxyl metabolite.

**Common Adverse Effects and Precautions.** Approximately 25% of users develop gastrointestinal side effects at therapeutic doses. Roughly 5% of patients develop a reversible elevation of hepatic transaminases. Diarrhea, which may be severe and associated with steatorrhea and inflammation of the bowel, also is relatively common. Autoimmune hemolytic anemia is a potentially serious but rare side effect.

The fenamates are contraindicated in patients with a history of gastrointestinal disease. If diarrhea or rash occur, these drugs should be stopped at once. Vigilance is required for signs or symptoms of hemolytic anemia.

## TOLMETIN, KETOROLAC, AND DICLOFENAC

*Tolmetin* and *ketorolac* are structurally related heteroaryl acetic acid derivatives with different pharmacological features. Diclofenac is a phenylacetic acid derivative that was developed specifically as an antiinflammatory agent.

### Tolmetin

Tolmetin is an antiinflammatory, analgesic, and antipyretic agent introduced into clinical practice in the United States in 1976. Tolmetin, in recommended doses (200 to 600 mg three times a day), appears to be approximately equivalent in efficacy to moderate doses of aspirin. Tolmetin possesses typical tNSAID properties and side effects (Morley *et al.*, 1982).

**Pharmacokinetics and Metabolism.** Tolmetin demonstrates rapid and complete absorption, extensive plasma protein binding, and a short half-life (Table 26–1). It undergoes extensive hepatic metabolism, mostly by oxidation of the *para*-methyl group to a carboxylic acid. Metabolites are excreted in the urine. Accumulation of the drug in synovial fluid begins within 2 hours and persists for up to 8 hours after a single oral dose.

**Therapeutic Uses.** Tolmetin (*tolmetin sodium;* TOLECTIN) is approved in the United States for the treatment of osteoarthritis, rheumatoid arthritis, and juvenile rheumatoid arthritis; it also has been used in the treatment of ankylosing spondylitis. In general, tolmetin is thought to have similar therapeutic efficacy to aspirin. The maximum recommended dose is 2 g per day, typically given in divided doses with meals, milk, or antacids to lessen abdominal discomfort. However, peak plasma concentrations and bioavailability are reduced when the drug is taken with food.

**Common Adverse Effects.** Side effects occur in 25% to 40% of patients who take tolmetin, and 5% to 10% discontinue use of the drug. Gastrointestinal side effects are the most common (15%) and gastric ulceration has been observed. CNS side effects similar to those seen with indomethacin and aspirin occur, but they are less common and less severe.

### Ketorolac

Ketorolac is a potent analgesic but only a moderately effective antiinflammatory drug. It is one of the few NSAIDs approved for parenteral administration. The structure of ketorolac is:

KETOROLAC

**Pharmacological Properties.** Ketorolac has greater systemic analgesic than antiinflammatory activity. Like other tNSAIDs, it inhibits platelet aggregation and promotes gastric ulceration. Ketorolac also has antiinflammatory activity when topically administered in the eye. The pharmacology of ketorolac has been reviewed (Buckley and Brogden, 1990).

**Pharmacokinetics and Metabolism.** Ketorolac has a rapid onset of action, extensive protein binding, and a short duration of action

(Table 26-1). Oral bioavailability is about 80%. Urinary excretion accounts for about 90% of eliminated drug, with about 10% excreted unchanged and the remainder as a glucuronidated conjugate. The rate of elimination is reduced in the elderly and in patients with renal failure.

**Therapeutic Uses.** Ketorolac (administered as the tromethamine salt TORADOL, ULTRAM) has been used as a short-term alternative (less than 5 days) to opioids for the treatment of moderate to severe pain and is administered intramuscularly, intravenously, or orally. Unlike opioids, tolerance, withdrawal, and respiratory depression do not occur. Like other NSAIDs, aspirin sensitivity is a contraindication to the use of ketorolac. Typical doses are 30 to 60 mg (intramuscular); 15 to 30 mg (intravenous); and 5 to 30 mg (oral). Ketorolac is used widely in postoperative patients, but it should not be used for routine obstetric analgesia. Topical (ophthalmic) ketorolac is FDA approved for the treatment of seasonal allergic conjunctivitis and postoperative ocular inflammation after cataract extraction.

**Common Adverse Effects.** Side effects at usual oral doses include somnolence, dizziness, headache, gastrointestinal pain, dyspepsia, nausea, and pain at the site of injection.

## Diclofenac

Diclofenac is the most commonly used tNSAID in Europe (McNeely and Goa, 1999). The selective inhibitor of COX-2 lumiracoxib is an analog of diclofenac. The structure of diclofenac is:

[Structure of DICLOFENAC]

**Pharmacological Properties.** Diclofenac has analgesic, antipyretic, and antiinflammatory activities. Its potency against COX-2 is substantially greater than that of indomethacin, naproxen, or several other tNSAIDs. In addition, diclofenac appears to reduce intracellular concentrations of free AA in leukocytes, perhaps by altering its release or uptake. The selectivity of diclofenac for COX-2 resembles that of celecoxib. Indeed, the incidence of serious gastrointestinal adverse effects did not differ between celecoxib and diclofenac in the CLASS trial (Juni et al., 2002). Furthermore, observational studies have raised the possibility of a cardiovascular hazard from chronic therapy with diclofenac. A large-scale randomized comparison of diclofenac and the selective COX-2 inhibitor etoricoxib is currently under way.

**Pharmacokinetics.** Diclofenac has rapid absorption, extensive protein binding, and a short half-life (Table 26-2). There is a substantial first-pass effect, such that only about 50% of diclofenac is available systemically. Diclofenac accumulates in synovial fluid after oral administration, which may explain why its duration of therapeutic effect is considerably longer than the plasma half-life. Diclofenac is metabolized in the liver by a member of the CYP2C subfamily to 4-hydroxydiclofenac, the principal metabolite, and other hydroxylated forms; after glucuronidation and sulfation the metabolites are excreted in the urine (65%) and bile (35%).

**Therapeutic Uses.** Diclofenac is approved in the United States for the long-term symptomatic treatment of rheumatoid arthritis, osteoarthritis, and ankylosing spondylitis. Three formulations are available: an intermediate-release potassium salt (CATAFLAM), a delayed-release form (VOLTARIN, VOLTAROL [UK]), and an extended-release form (VOLTARIN-XR). The usual daily dosage for those indications is 100 to 200 mg, given in several divided doses. Diclofenac also is useful for short-term treatment of acute musculoskeletal pain, postoperative pain, and dysmenorrhea. Diclofenac is also available in combination with misoprostol, a $PGE_1$ analog (ARTHROTEC) (Davis et al., 1995). This combination, which retains the efficacy of diclofenac while reducing the frequency of gastrointestinal ulcers and erosions, is cost-effective relative to the selective COX-2 inhibitors despite the cost of the added misoprostol (Morant et al., 2002). In addition, an ophthalmic solution of diclofenac is available for treatment of postoperative inflammation following cataract extraction.

**Common Adverse Effects.** Diclofenac produces side effects (particularly gastrointestinal) in about 20% of patients, and approximately 2% of patients discontinue therapy as a result. Modest elevation of hepatic transaminases in plasma occurs in 5% to 15% of patients. Although usually moderate, transaminase values may increase more than threefold in a small percentage of patients. The elevations usually are reversible. Therefore, transaminases should be measured during the first 8 weeks of therapy with diclofenac, and the drug should be discontinued if abnormal values persist or if other signs or symptoms develop. Other untoward responses to diclofenac include CNS effects, rashes, allergic reactions, fluid retention, and edema, and rarely impairment of renal function. The drug is not recommended for children, nursing mothers, or pregnant women. Consistent with its preference for COX-2, and unlike ibuprofen, diclofenac does not interfere with the antiplatelet effect of aspirin (Catella-Lawson et al., 2001). Given these observations, diclofenac is not a suitable alternative to a selective COX-2 inhibitor in individuals at risk of cardiovascular or cerebrovascular disease. Another phenylacetic acid derivative, *bromfenac*, was withdrawn from general use because of its association with severe, irreversible liver injury in some patients but is approved for ocular use (see Chapter 63).

## PROPIONIC ACID DERIVATIVES

Propionic acid derivatives are approved for use in the symptomatic treatment of rheumatoid arthritis, osteoarthritis, ankylosing spondylitis, and acute gouty arthritis; they also are used as analgesics, for acute tendinitis and bursitis, and for primary dysmenorrhea.

Ibuprofen, the most commonly used tNSAID in the United States, was the first member of the propionic acid class of NSAIDs to come into general use, and it is available without a prescription in the United States. Naprox-

Figure 26–3. *Chemical structures of the propionic acid derivatives.*

en, also available without prescription, has a longer but variable half-life, making twice-daily administration feasible (and perhaps once daily in some individuals). Oxaprozin also has a long half-life and may possibly be given once daily. The structural formulas of these drugs are shown in Figure 26–3.

Small clinical studies suggest that the propionic acid derivatives are comparable in efficacy to aspirin for the control of the signs and symptoms of rheumatoid arthritis and osteoarthritis, perhaps with improved tolerability.

Ibuprofen, naproxen, *flurbiprofen,* fenoprofen, ketoprofen, and *oxaprozin*, which are available in the United States, are described individually below. Several additional agents in this class are in use or under study in other countries. These include *fenbufen, carprofen, pirprofen, indobufen,* and *tiaprofenic acid.*

*Pharmacological Properties.* The pharmacodynamic properties of the propionic acid derivatives do not differ significantly. All are nonselective cyclooxygenase inhibitors with the effects and side effects common to other tNSAIDs. Although there is considerable variation in their potency as COX inhibitors, this is not of obvious clinical consequence. Some of the propionic acid derivatives, particularly naproxen, have prominent inhibitory effects on leukocyte function, and some data suggest that naproxen may have slightly better efficacy with regard to analgesia and relief of morning stiffness (Hart and Huskisson, 1984). Epidemiological studies suggest that while the relative risk of myocardial infarction is unaltered by ibuprofen, it is reduced by around 10% by naproxen, compared to a reduction of 20% to 25% by aspirin. This suggestion of benefit accords with the clinical pharmacology of naproxen that suggests that some but not all individuals dosed with 500 mg twice daily sustain platelet inhibition throughout the dosing interval.

*Drug Interactions.* As do other NSAIDs, the propionic acid derivatives may interfere with the action of antihypertensive and diuretic agents, increase the risk of bleeding with warfarin, and increase the risk of bone marrow suppression with methotrexate. Ibuprofen also has been shown to interfere with the antiplatelet effects of aspirin (*see* above). There is also evidence for a similar interaction between aspirin and naproxen. In addition, propionic acid derivatives may interact with other drugs due to the high avidity for albumin. However, they have not been shown to alter the pharmacokinetics of the oral hypoglycemic drugs or warfarin.

## Ibuprofen

Ibuprofen is supplied as tablets containing 200 to 800 mg; only the 200-mg tablets (ADVIL, MOTRIN, NUPRIN, BRUFEN [UK], ANADIN ULTRA [UK], others) are available without a prescription.

Doses of up to 800 mg four times daily can be used in the treatment of rheumatoid arthritis and osteoarthritis, but lower doses often are adequate. The usual dose for mild to moderate pain, such as that of primary dysmenorrhea, is 400 mg every 4 to 6 hours as needed. Ibuprofen has been reviewed (Davies, 1998a).

**Pharmacokinetics.** Ibuprofen is absorbed rapidly, bound avidly to protein, and undergoes hepatic metabolism (90% is metabolized to hydroxylate or carboxylate derivatives) and renal excretion of metabolites. The half-life is roughly 2 hours. Slow equilibration with the synovial space means that its antiarthritic effects may persist after plasma levels decline. In experimental animals, ibuprofen and its metabolites readily cross the placenta.

**Common Adverse Effects.** Ibuprofen is thought to be better tolerated than aspirin and indomethacin and has been used in patients with a history of gastrointestinal intolerance to other NSAIDs. Nevertheless, 5% to 15% of patients experience gastrointestinal side effects.

Other adverse effects of ibuprofen have been reported less frequently. They include thrombocytopenia, rashes, headache, dizzi-

Case 2:05-md-01657-EEF-DEK Document 8324-8 Filed 10/27/06 Page 9 of 12

ness, blurred vision, and in a few cases toxic amblyopia, fluid retention, and edema. Patients who develop ocular disturbances should discontinue the use of ibuprofen. Ibuprofen can be used occasionally by pregnant women; however, the concerns apply regarding third-trimester effects, including delay of parturition. Excretion into breast milk is thought to be minimal, so ibuprofen also can be used with caution by women who are breastfeeding.

## Naproxen

The pharmacological properties and therapeutic uses of naproxen (ALEVE, NAPROSYN, others) have been reviewed (Davies and Anderson, 1997).

**Pharmacokinetics.** Naproxen is absorbed fully when administered orally. Food delays the rate but not the extent of absorption. Peak concentrations in plasma occur within 2 to 4 hours and are somewhat more rapid after the administration of naproxen sodium. Absorption is accelerated by the concurrent administration of sodium bicarbonate but delayed by magnesium oxide or aluminum hydroxide. Naproxen also is absorbed rectally, but more slowly than after oral administration. The half-life of naproxen in plasma is variable. About 14 hours in the young, it may increase about twofold in the elderly because of age-related decline in renal function (Table 26–1).

Metabolites of naproxen are excreted almost entirely in the urine. About 30% of the drug undergoes 6-demethylation, and most of this metabolite, as well as naproxen itself, is excreted as the glucuronide or other conjugates.

Naproxen is almost completely (99%) bound to plasma proteins after normal therapeutic doses. Naproxen crosses the placenta and appears in the milk of lactating women at approximately 1% of the maternal plasma concentration.

**Common Adverse Effects.** Typical gastrointestinal adverse effects with naproxen occur at approximately the same frequency as with indomethacin, but perhaps with less severity. CNS side effects range from drowsiness, headache, dizziness, and sweating, to fatigue, depression, and ototoxicity. Less common reactions include pruritus and a variety of dermatological problems. A few instances of jaundice, impairment of renal function, angioedema, thrombocytopenia, and agranulocytosis have been reported.

## Fenoprofen

The pharmacological properties and therapeutic uses of fenoprofen (NALFON) have been reviewed (Brogden et al., 1981).

**Pharmacokinetics and Metabolism.** Oral doses of fenoprofen are readily but incompletely (85%) absorbed. The presence of food in the stomach retards absorption and lowers peak concentrations in plasma, which usually are achieved within 2 hours. The concomitant administration of antacids does not seem to alter the concentrations that are achieved.

After absorption, fenoprofen binds avidly to protein, is extensively metabolized, and is excreted in the urine with a half-life of approximately 3 hours (Table 26–1).

**Common Adverse Effects.** The gastrointestinal side effects of fenoprofen are similar to those of ibuprofen or naproxen and occur in approximately 15% of patients.

## Ketoprofen

Ketoprofen (ORUDIS, ORUVAIL) shares the pharmacological properties of other propionic acid derivatives (Veys, 1991) and is available for sale without a prescription in the United States. A more potent S-enantiomer is available in Europe (Barbanoj et al., 2001). In addition to COX inhibition, ketoprofen may stabilize lysosomal membranes and antagonize the actions of bradykinin. It is unknown if these actions are relevant to its efficacy in humans.

**Pharmacokinetics.** Ketoprofen demonstrates a pharmacokinetic profile similar to fenoprofen (Table 26–1). It has a half-life in plasma of about 2 hours except in the elderly, in whom it is slightly prolonged. Ketoprofen is conjugated with glucuronic acid in the liver and the conjugate is excreted in the urine. Patients with impaired renal function eliminate the drug more slowly.

*Common Adverse Effects.* Approximately 30% of patients experience mild gastrointestinal side effects with ketoprofen, which are decreased if the drug is taken with food or antacids. Ketoprofen can cause fluid retention and increased plasma concentrations of creatinine. These effects generally are transient and asymptomatic and are more common in patients who are receiving diuretics or in those older than 60. Thus, renal function should be monitored in such patients.

## Flurbiprofen

The pharmacological properties, therapeutic indications, and adverse effects of flurbiprofen (ANSAID) are similar to those of other antiinflammatory derivatives of propionic acid (Table 26–1) and have been reviewed (Davies, 1995). Flurbiprofen also has been investigated as an antiplatelet therapy; however, evidence that it offers an advantage over aspirin in this regard has not appeared.

## Oxaprozin

Oxaprozin (DAYPRO) has similar pharmacological properties, adverse effects, and therapeutic uses to those of other propionic acid derivatives (Davies, 1998b). However, its pharmacokinetic properties differ considerably. Peak plasma levels are not achieved until 3 to 6 hours after an oral dose, while its half-life of 40 to 60 hours allows for once-daily administration.

# ENOLIC ACIDS (OXICAMS)

The oxicam derivatives are enolic acids that inhibit COX-1 and COX-2 and have antiinflammatory, analgesic, and antipyretic activity. In general, they are nonselective COX inhibitors, although one member (meloxicam) shows modest COX-2 selectivity comparable to celecoxib in human blood *in vitro* and was approved as a selective COX-2 inhibitor in some countries (*see* below). They are similar in efficacy to aspirin, indomethacin, or naproxen for the long-term treatment of rheumatoid

arthritis or osteoarthritis. Controlled trials comparing gastrointestinal tolerability with aspirin have not been performed. The main advantage suggested for these compounds is their long half-life, which permits once-a-day dosing.

## Piroxicam

The pharmacological properties and therapeutic uses of piroxicam have been reviewed (Guttadauria, 1986).

**Pharmacological Properties.** Piroxicam is effective as an antiinflammatory agent. It can inhibit activation of neutrophils, apparently independently of its ability to inhibit cyclooxygenase; hence, additional modes of antiinflammatory action have been proposed, including inhibition of proteoglycanase and collagenase in cartilage. Approximately 20% of patients experience side effects with piroxicam, and about 5% of patients discontinue use because of these effects.

**Pharmacokinetics and Metabolism.** Piroxicam is absorbed completely after oral administration and undergoes enterohepatic recirculation; peak concentrations in plasma occur within 2 to 4 hours (Table 26–1). Food may delay absorption. Estimates of the half-life in plasma have been variable; the average is roughly 50 hours.

After absorption, piroxicam is extensively (99%) bound to plasma proteins. Concentrations in plasma and synovial fluid are similar at steady state (*e.g.*, after 7 to 12 days). Less than 5% of the drug is excreted into the urine unchanged. The major metabolic transformation in humans is CYP-mediated hydroxylation of the pyridyl ring (predominantly by an isozyme of the CYP2C subfamily), and this inactive metabolite and its glucuronide conjugate account for about 60% of the drug excreted in the urine and feces.

**Therapeutic Uses.** Piroxicam (FELDENE) is approved in the United States for the treatment of rheumatoid arthritis and osteoarthritis. Due to its slow onset of action and delayed attainment of steady state, it is less suited for acute analgesia but has been used in acute gout. Caution is warranted in patients taking lithium because piroxicam can reduce the renal excretion of this drug to a clinically significant extent. The usual daily dose is 20 mg and because of the long half-life, steady-state blood levels are not reached for 7 to 12 days.

## Meloxicam

Meloxicam (MOBIC) was approved recently by the FDA for use in osteoarthritis. It has been reviewed (Fleischmann *et al.*, 2002).

The recommended dose for meloxicam is 7.5 to 15 mg once daily for osteoarthritis and 15 mg once daily for rheumatoid arthritis.

Meloxicam demonstrates roughly tenfold COX-2 selectivity on average in *ex vivo* assays (Panara *et al.*, 1999). However, this is quite variable, and a clinical advantage or hazard has yet to be established. Indeed, even with surrogate markers, the relationship to dose is nonlinear. There is significantly less gastric injury compared to piroxicam (20 mg/day) in subjects treated with 7.5 mg/day of meloxicam, but the advantage is lost with 15 mg/day (Patoia *et al.*, 1996). Like diclofenac, meloxicam would not seem like a desirable alternative to prescribing celecoxib to patients at increased risk of myocardial infarction or stroke.

### Other Oxicams

A number of other oxicam derivatives are under study or in use outside of the United States. These include several prodrugs of piroxicam (*ampiroxicam, droxicam,* and *pivoxicam*), which have been designed to reduce gastrointestinal irritation. However, as with sulindac, any theoretical diminution in gastric toxicity associated with administration of a prodrug is offset by gastric COX-1 inhibition from active drug circulating systemically. Other oxicams under study or in use outside the United States include *lornoxicam* (XEFO [UK]) (Balfour *et al.*, 1996), *cinnoxicam* (SINARTROL [ITALY]), *sudoxicam,* and *tenoxicam* (Nilsen, 1994). The efficacy and toxicity of these drugs are similar to those of piroxicam. Lornoxicam is unique among the enolic acid derivatives in that it has a rapid onset of action and a relatively short half-life (3 to 5 hours) (Skjodt and Davies, 1998).

## Nabumetone

Nabumetone is an antiinflammatory agent approved in 1991 for use in the United States. It has been reviewed (Davies, 1997). The structure of nabumetone is:

$$CH_3O\text{-naphthyl-}CH_2CH_2\overset{O}{\underset{\|}{C}}CH_3$$

NABUMETONE

Clinical trials with nabumetone (RELAFEN) have indicated substantial efficacy in the treatment of rheumatoid arthritis and osteoarthritis, with a relatively low incidence of side effects. The dose typically is 1000 mg given once daily. The drug also has off-label use in the short-term treatment of soft-tissue injuries.

**Pharmacological Properties.** Nabumetone is a prodrug; thus it is a weak inhibitor of COX *in vitro* but a potent COX inhibitor *in vivo*.

**Pharmacokinetics and Metabolism.** Nabumetone is absorbed rapidly and is converted in the liver to one or more active metabolites, principally 6-methoxy-2-naphthylacetic acid, a potent nonselective inhibitor of COX (Patrignani *et al.*, 1994). This metabolite, inactivated by *O*-demethylation in the liver, is then conjugated before excretion, and is eliminated with a half-life of about 24 hours.

**Side Effects.** Nabumetone is associated with crampy lower abdominal pain and diarrhea, but the incidence of gastrointestinal ulceration appears to be lower than with other tNSAIDs (Scott *et al.*, 2000), although randomized, controlled studies directly comparing tolerability and clinical outcomes have not been performed. Other

side effects include rash, headache, dizziness, heartburn, tinnitus, and pruritus.

## PYRAZOLON DERIVATIVES

This group of drugs includes *phenylbutazone*, *oxyphenbutazone*, *antipyrine*, *aminopyrine*, and *dipyrone*; currently, only antipyrine otic drops are available in the United States. These drugs were used clinically for many years but have essentially been abandoned because of their propensity to cause irreversible agranulocytosis. Dipyrone was reintroduced in Europe approximately 10 years ago because epidemiological studies suggested that the risk of adverse effects was similar to that of acetaminophen and lower than that of aspirin. However, its use remains limited. The pyrazolone derivatives are discussed in previous editions of this book.

## CYCLCOOXYGENASE-2 SELECTIVE NSAIDS

The therapeutic use of the tNSAIDs has been limited by poor tolerability. Chronic users are prone to experience gastrointestinal irritation in up to 20% of cases. However, the incidence of these adverse events had been falling sharply in the population prior to the introduction of the coxibs, perhaps reflecting a move away from use of high-dose aspirin as an antiinflammatory drug strategy. Studies of the immediate early genes induced by inflammation led to the discovery of a gene with significant homology to the original COX enzyme, now designated COX-2. Because expression of this second COX enzyme was regulated by cytokines and mitogens, it was proposed to be the dominant source of prostaglandin formation in inflammation and cancer. It further was proposed that the original, constitutively expressed COX was the predominant source of cytoprotective prostaglandins formed by the gastrointestinal epithelium. Thus, selective inhibition of COX-2 was postulated to afford efficacy similar to tNSAIDs but with better tolerability. Subsequent crystallization of COX-1 and COX-2 revealed remarkable conservation of tertiary structure. However, one difference was in the hydrophobic channel by which the AA substrate gains access to the COX active site, buried deep within the molecule. This channel is more accommodating in the COX-2 structure and consequently exhibits wider substrate specificity than in COX-1. It also contains a side pocket that in retrospect affords a structural explanation for the identification in screens of the two enzymes *in vitro* of small molecule inhibitors that are differentially specific for COX-2 (Smith *et al.*, 2000). Although there were differences in relative hierarchies, depending on whether screens were performed using recombinantly expressed enzymes, cells, or whole blood assays, most tNSAIDs expressed similar selectivity for inhibition of the two enzymes.

This section focuses on drugs that were developed specifically to favor inhibition of COX-2, of which the initial class are the coxibs. As discussed above, several older drugs (*e.g.*, nimesulide [not available in the United States], diclofenac, and meloxicam) exhibit relative selectivity for COX-2 inhibition in whole blood assays that resembles that of the first-approved specific inhibitor of COX-2, celecoxib (Brune and Hinz, 2004; FitzGerald and Patrono, 2001).

Three members of the initial class of COX-2 inhibitors, the coxibs, were approved for use in the United States and Europe. Both rofecoxib and valdecoxib have now been withdrawn from the market in view of their adverse event profile. Two others, *parecoxib* and *etoricoxib*, are approved in Europe but still under consideration in the United States. The newest drug in the class, lumiracoxib, is under consideration for approval in Europe and the United States. The relative degree of selectivity for COX-2 inhibition is lumiracoxib = etoricoxib > valdecoxib = rofecoxib >> celecoxib. However, there is considerable difference in response to the coxibs among individuals and it is not known how the degree of selectivity may relate to either efficacy or adverse effect profile, although it seems likely to be related to both. No controlled clinical trials comparing outcomes among the coxibs have been performed. The chemical structures of the coxibs are shown in Figure 26-4.

*Pharmacokinetics.* Most of the coxibs are distributed widely throughout the body. Celecoxib is particularly lipophilic, so it accumulates in fat and is readily transported into the CNS. Lumiracoxib is more acidic than the others, which may favor its accumulation at sites of inflammation. Despite these subtle differences, all of the coxibs achieve sufficient brain concentrations to have a central analgesic effect and all reduce prostaglandin formation in inflamed joints. All are well absorbed, but peak concentrations are achieved with lumiracoxib and etoricoxib in approximately 1 hour compared to 2 to 4 hours with the other agents (Table 26-1). All of the coxibs are extensively protein-bound (etoricoxib and rofecoxib approximately 90%, the others approximately 97% to 99%). Published estimates of the half-lives of these drugs vary (2 to 6 hours for lumiracoxib, 6 to 12 hours for celecoxib and valdecoxib, 15 to 18 hours for rofecoxib, and 20 to 26 hours for etoricoxib). However, peak plasma concentrations of lumiracoxib exceed considerably those necessary to inhibit COX-2, suggesting an extended pharmacodynamic half-life. Few data linking pharmacokinetics to pharmacodynamics for any of the coxibs are in the public domain. Likewise, there is little information on the

[Chemical structures: ROFECOXIB, CELECOXIB, LUMARICOXIB, PARECOXIB, VALDECOXIB, ETORICOXIB]

*Figure 26–4.* Chemical structures of the coxibs.

causes of inter- and intraindividual variability in drug response, which is considerable.

*Drug–Drug Interactions.* The coxibs are metabolized by a variety of CYPs, including CYP3A, CYP2C9, CYP2D6, and CYP1A2. Rofecoxib differs slightly in that the first step in its metabolism is catalyzed by cytosolic reductases. Celecoxib, valdecoxib, and the prodrug parecoxib all are metabolized predominantly by CYP2D6, which metabolizes approximately 20% of all drugs (*see* Chapter 3). Although it is poorly inducible, it has pharmacogenetic importance because polymorphic variants with very low activity differ in frequency among populations. The prevalence of homozygosity for these variants is approximately 10% in Caucasians, 5% in Indians, 2% to 3% in Africans, and 1% in Asians. Poor metabolizers are prone to develop high concentrations of relevant NSAIDs, while extensive metabolizers are prone to drug interactions involving competitive inhibition of the enzyme. For example, celecoxib inhibits the metabolism of *metoprolol* and results in its accumulation. Similar interactions have been observed with selective serotonin reuptake inhibitors, tricyclic antidepressants, some neuroleptic agents, and antiarrhythmic drugs. Valdecoxib (and parecoxib) are prone to similar interactions, while rofecoxib interacts with *theophylline*. Unlike tNSAIDs, specific inhibitors of COX-2 would not be expected to pharmacodynamically augment the bleeding risk on warfarin. However, both rofecoxib and valdecoxib may influence the disposition of warfarin, increasing measures of drug action such as the prothrombin times and amplifying the risk of bleeding. There are anecdotal suggestions of an interaction with methotrexate resulting in bone marrow depression. Specific COX-2 inhibitors, like tNSAIDs, may limit the effectiveness of several classes of antihypertensive drugs. Presently, the comparative incidence of renovascular complications on tNSAIDs *versus* COX-2 selective inhibitors is unknown. As with all NSAIDs, use of these drugs must be cau-

tious in patients with secondary hyperaldosteronism due to hepatic, cardiac, or renal decompensation.

*Clinical Use.* The first COX-2 inhibitors (*e.g.*, celecoxib, rofecoxib, and valdecoxib) gained FDA approval based on a superior side-effect profile in gastrointestinal endoscopy studies when compared to tNSAIDs. Subsequent to approval, clinical outcome studies against tNSAIDs were performed with celecoxib (the CLASS study; Silverstein *et al.*, 2000) and rofecoxib (the VIGOR study; Bombardier *et al.*, 2000). Only one of these, the VIGOR study, reported a significant difference in clinically significant gastrointestinal outcomes; these were halved from 4% on the tNSAID comparator, naproxen, to 2% on rofecoxib. Publication of the full dataset of the CLASS study revealed no difference between celecoxib and its comparators, ibuprofen and diclofenac (Juni *et al.*, 2002). While the results of these trials are reflected in the labeling of the coxibs, the data did not justify labeling the COX-2 selective inhibitors as a drug class distinct from the NSAIDs. All three of the FDA-approved coxibs have been shown to afford relief from postextraction dental pain and to afford dose-dependent relief from inflammation in osteoarthritis and rheumatoid arthritis. Celecoxib also is approved for the chemoprevention of polyposis coli; however, a placebo-controlled trial revealed a dose-dependent increase in myocardial infarction and stroke (Bresalier *et al.*, 2005).