## Celecoxib

Celecoxib (CELEBREX) was approved for marketing in the United States in 1998. Details of its pharmacology have been reviewed (Davies et al., 2000).

**Pharmacokinetics.** The bioavailability of oral celecoxib is not known, but peak plasma levels occur at 2 to 4 hours postdose. Celecoxib is bound extensively to plasma proteins. Little drug is excreted unchanged; most is excreted as carboxylic acid and glucuronide metabolites in the urine and feces. The elimination half-life is approximately 11 hours. The drug commonly is given once or twice per day during chronic treatment. Renal insufficiency is associated with a modest, clinically insignificant decrease in plasma concentration. Celecoxib has not been studied in patients with severe renal insufficiency. Plasma concentrations are increased by approximately 40% and 180% in patients with mild and moderate hepatic impairment, respectively, and dosages should be reduced by at least 50% in patients with moderate hepatic impairment. Significant interactions occur with *fluconazole* and *lithium* but not with *ketoconazole* or methotrexate. Celecoxib is metabolized predominantly by CYP2C9. Although not a substrate, celecoxib also is an inhibitor of CYP2D6. Clinical vigilance is necessary during coadministration of drugs that are known to inhibit CYP2C9 and drugs that are metabolized by CYP2D6.

**Pharmacological Properties, Adverse Effects, and Therapeutic Uses.** Effects attributed to inhibition of prostaglandin production in the kidney—hypertension and edema—occur with nonselective COX inhibitors and also with celecoxib. Studies in mice and some epidemiological evidence suggest that the likelihood of hypertension on NSAIDs reflects the degree of inhibition of COX-2 and the selectivity with which it is attained. Thus, the risk of thrombosis, hypertension, and accelerated atherogenesis are mechanistically integrated. The coxibs should be avoided in patients prone to cardiovascular or cerebrovascular disease. None of the coxibs has established clinical efficacy over tNSAIDs, while celecoxib has failed to establish superiority over tNSAIDs in reducing gastrointestinal adverse events. While selective COX-2 inhibitors do not interact to prevent the antiplatelet effect of aspirin, it now is thought that they lose their gastrointestinal advantage over a tNSAID alone when used in conjunction with aspirin. Experience with selective COX-2 inhibitors in patients who exhibit aspirin hypersensitivity is limited, and caution should be observed.

Celecoxib is approved in the United States for the treatment of osteoarthritis and rheumatoid arthritis. The recommended dose for treating osteoarthritis is 200 mg per day as a single dose or as two 100-mg doses. In the treatment of rheumatoid arthritis, the recommended dose is 100 to 200 mg twice per day. In the light of recent information on a potential cardiovascular hazard, physicians are advised to use the lowest possible dose for the shortest possible time. Current evidence does not support use of a coxib as a first choice among the tNSAIDs.

## Valdecoxib

**Pharmacokinetics.** Valdecoxib (BEXTRA) is absorbed rapidly (1 to 2 hours), but peak serum concentrations are delayed by the presence of food (Table 26–1). It undergoes extensive hepatic metabolism by CYP3A4 and CYP2C9 and non–CYP-dependent glucuronidation. Valdecoxib is a weak inhibitor of CYP2C9 and a weak to moderate inhibitor of CYP2C19. Concomitant administration of valdecoxib with known CYP3A4 and 2C9 inhibitors (e.g., fluconazole and ketoconazole) increases plasma levels of valdecoxib. Coadministration of valdecoxib with warfarin (a CYP2C9 substrate) caused a small but significant increase in the plasma level and anticoagulation effect of warfarin. Interactions with *diazepam, glyburide, norethindrone, ethinyl estradiol, omeprazole,* and *dextromethorphan* also have been documented. The metabolites of valdecoxib are excreted in the urine. The half-life is approximately 7 to 8 hours but can be significantly prolonged in the elderly or those with hepatic impairment, with subsequent drug accumulation (Fenton et al., 2004). Outside the United States, valdecoxib is available for injection.

**Pharmacological Properties, Adverse Effects, and Therapeutic Uses.** At therapeutic doses, valdecoxib has demonstrated significantly fewer endoscopically demonstrable lesions than tNSAIDs. Like other NSAIDs, valdecoxib can elevate blood pressure in predisposed individuals (Fenton et al., 2004). Valdecoxib has received FDA approval for use in osteoarthritis, adult rheumatoid arthritis, and primary dysmenorrhea. It is also effective in moderate to severe acute pain, particularly if given preemptively (e.g., before a dental procedure) and has been shown to decrease postoperative opioid requirements substantially (Fenton et al., 2004). However, valdecoxib has been associated with a threefold increase in cardiovascular risk in two studies of patients undergoing cardiovascular bypass graft surgery (Furberg et al., 2005). As with celecoxib, the FDA advisory committee reviewed the totality of the evidence and concluded that valdecoxib did indeed elevate the risk of heart attack and stroke and should be avoided in patients prone to these conditions. An additional concern was the causative link to Stevens-Johnson syndrome, a disfiguring skin condition that rarely complicates sulfonamides, like valdecoxib. Based on these considerations and the absence of established benefit compared to traditional NSAIDs, the FDA prompted withdrawal of valdecoxib from the market. No gastrointestinal outcome study with valdecoxib has been performed and there is no evidence that its clinical efficacy exceeds that of tNSAIDs. Thus, current evidence of benefit:risk would not support selection of valdecoxib as an NSAID of first choice, if at all. Finally, life-threatening skin reactions (including toxic epidermal necrolysis, Stevens-Johnson syndrome, and erythema multiforme) have been reported in association with valdecoxib. The drug must be discontinued at the first sign of rash, mucosal lesion, or any other sign of hypersensitivity. This additional hazard renders valdecoxib an unlikely therapeutic choice.

## Rofecoxib

Rofecoxib (VIOXX) was introduced in 1999. Details of its pharmacodynamics, pharmacokinetics, therapeutic efficacy, and toxicity have been reviewed (Davies et al., 2003). Based on interim analysis of data from the Adenomatous Polyp Prevention on Vioxx (APPROVe) study, which showed a significant (twofold) increase in the incidence of serious thromboembolic events in subjects receiving 25 mg of rofecoxib relative to placebo (Bresalier et al., 2005), rofecoxib was withdrawn from the market worldwide (FitzGerald, 2004). The FDA advisory panel agreed that rofecoxib increased the risk of myocardial infarction and stroke and that the evidence accu-

mulated was more substantial than for valdecoxib and appeared more convincing than for celecoxib. Only rofecoxib, however, has established superiority over tNSAIDs in terms of gastrointestinal outcomes, which adjusts the risk:benefit ratio. If reintroduced, it would only merit consideration in patients with severe gastrointestinal intolerance of tNSAIDs who were at demonstrably low risk of cardiovascular or cerebrovascular disease.

## Other Coxibs

Clinical experience with other coxibs is limited. Parecoxib is a prodrug of valdecoxib and can be administered parenterally. Etoricoxib is given once a day and has been on the market in Europe. The European regulatory agency concluded that it, along with other coxibs, increased the risk of heart attack and stroke; they restricted specifically its use in patients with hypertension. Lumiracoxib is still under review in both Europe and the United States. Pharmacokinetic considerations are outlined in Table 26–1.

*Parecoxib.* **Pharmacokinetics.** Parecoxib is available outside of the United States for intravenous and intramuscular injection. It is absorbed rapidly (approximately 15 minutes) and converted (15 to 52 minutes) by deoxymethylation to valdecoxib, the active drug (Table 26–1) (Karim et al., 2001).

**Pharmacological Properties, Common Adverse Effects, and Therapeutic Uses.** Parecoxib (DYNASTAT) is available in Germany and Australia, but not in the United Kingdom or United States. It is the only coxib available by injection and has been shown to be an effective analgesic for the perioperative period when patients are unable to take oral medication. However, it is not yet widely available, and clinical experience is limited. In general, the advantages and disadvantages pertaining to valdecoxib (*see* above) apply to parecoxib, including the risk of hypersensitivity or skin reactions.

*Lumiracoxib.* **Pharmacokinetics.** Lumiracoxib is unique among the coxibs in being a weak acid. It is rapidly and well absorbed, with peak plasma concentrations occurring in 1 to 3 hours. Its acidic nature allows it to penetrate well into areas of inflammation. The half-life in synovial fluid is considerably longer than in plasma. The concentration of lumiracoxib in synovial fluid 24 hours after administration of a single dose would be expected to result in substantial COX-2 inhibition. This may explain why once-daily dosing may suffice for some users despite its short plasma half-life. However, peak plasma concentrations greatly exceed those necessary to maximally inhibit COX-2, consistent with a longer pharmacodynamic half-life, reflected by sustained inhibition of prostacyclin metabolite excretion comparable to that observed with other coxibs. *In vitro,* lumiracoxib demonstrates greater COX-2 selectivity than any of the currently available coxibs (Tacconelli et al., 2004).

**Pharmacological Properties, Common Adverse Effects, and Therapeutic Uses.** Lumiracoxib demonstrates potency similar to naproxen but with much greater COX-2 selectivity. Studies in small numbers of subjects showed little or no endoscopic evidence of gastric injury at high therapeutic doses (Kivitz et al., 2004; Atherton et al., 2004). It has been shown to be effective in the treatment of dysmenorrhea with efficacy similar to naproxen (Bitner et al., 2004). It should be noted that these were not equivalence studies.

Further information regarding the safety of lumiracoxib has been provided by findings of the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET; Farkouh et al., 2004; Schnitzer et al., 2004). The trial actually consisted of two distinct studies comparing lumiracoxib to either ibuprofen or naproxen in more than 18,000 osteoarthritis patients in aggregate. Patients were aged 50 years or older and the trials were stratified on the basis of low-dose aspirin. Patients with significant preexisting coronary artery disease were excluded. TARGET detected an excess number of myocardial infarctions among patients taking lumiracoxib compared to naproxen and this difference was attenuated by aspirin. By contrast, ibuprofen appeared to undermine the beneficial effects of aspirin. The cardiovascular event rates on lumiracoxib differed considerably between the two studies, making their combined assessment complex. TARGET was grossly underpowered to assess the relative impact of lumiracoxib *versus* the tNSAIDs on vascular events. While lumiracoxib elevated blood pressure to a marginally lesser degree than the NSAIDs, these differences of a few millimeters of mercury on average were assessed retrospectively and are difficult to interpret. Lumiracoxib was associated with a significant decrease in the frequency of ulcer complications in patients not concurrently taking low-dose aspirin; the benefit disappeared, however, in patients taking aspirin. Finally, the frequency of greater than threefold elevation of hepatic transaminases was 2.6% for lumiracoxib *versus* 0.6% for the comparator tNSAIDs. Balanced against the tradeoffs of heightened risk for cardiovascular events and hepatotoxicity, the narrow gastrointestinal protective benefit of lumiracoxib makes its use difficult to justify, particularly in patients also taking low-dose aspirin.

*Etoricoxib.* **Pharmacokinetics.** Etoricoxib is incompletely (83%) absorbed and has a long half-life of approximately 20 to 26 hours (Table 26–1) (Rodrigues et al., 2003). It is extensively metabolized before excretion. Small studies suggest that those with moderate hepatic impairment are prone to drug accumulation, and the dosing interval should be adjusted (Agrawal et al., 2003). Renal insufficiency does not affect drug clearance (Agrawal et al., 2004).

**Pharmacological Properties, Common Adverse Effects, and Therapeutic Uses.** Etoricoxib (ARCOXIA) is approved in the United Kingdom as a once-daily medicine for symptomatic relief in the treatment of osteoarthritis, rheumatoid arthritis, and acute gouty arthritis, as well as for the short-term treatment of musculoskeletal pain, postoperative pain, and primary dysmenorrhea (Patrignani et al., 2003). Its COX-2 selectivity is second only to lumiracoxib, and in keeping with other coxibs, it shows decreased gastrointestinal injury as assessed endoscopically. A large randomized clinical outcome study of etoricoxib (MEDAL) is under way.

# OTHER NONSTEROIDAL ANTIINFLAMMATORY DRUGS

## Apazone (Azapropazone)

*Apazone* is a tNSAID that has antiinflammatory, analgesic, and antipyretic activity and is a potent uricosuric agent. It is available in

Europe but not the United States. Some of its function may arise from its ability to inhibit neutrophil migration, degranulation, and superoxide production.

Apazone has been used for the treatment of rheumatoid arthritis, osteoarthritis, ankylosing spondylitis, and gout, but usually is restricted to cases where other tNSAIDs have failed. Typical doses are 600 mg three times per day for acute gout. Once symptoms have abated, or for nongout indications, typical dosage is 300 mg three to four times per day. Clinical experience to date suggests that apazone is well tolerated. Mild gastrointestinal side effects (nausea, epigastric pain, dyspepsia) and rashes occur in about 3% of patients, while CNS effects (headache, vertigo) are reported less frequently. Precautions appropriate to other nonselective COX inhibitors also apply to apazone.

## Nimesulide

Nimesulide is a sulfonanilide compound available in Europe that demonstrates COX-2 selectivity similar to celecoxib in whole blood assays. Additional effects include inhibition of neutrophil activation, decrease in cytokine production, decrease in degradative enzyme production, and possibly activation of glucocorticoid receptors (Bennet, 1999). Its structure is:

$NHSO_2CH_3$

NIMESULIDE

Nimesulide is antiinflammatory, analgesic, and antipyretic and reportedly is associated with a low incidence of gastrointestinal adverse effects. Given its selectivity profile, it is not a logical alternative for patients switching from the coxibs because of the risk of cardiovascular and cerebrovascular events.

## OTHER DRUGS FOR RHEUMATOID ARTHRITIS

Rheumatoid arthritis is an autoimmune disease that affects approximately 1% of the population. The pharmacological management of mild rheumatoid arthritis is geared towards symptomatic relief through the use of NSAIDs. Although they have antiinflammatory effects, they do not prevent or delay joint deformity. Thus, there now is a trend to use disease-modifying antirheumatic drugs earlier in the course of the disease (Olson and Stein, 2004; O'Dell, 2004). Most of these immunosuppressive and immune-modulatory agents have been discussed in other chapters (see Chapters 38 and 52) and will be mentioned only briefly here. The use of these agents early in the course of the disease must be weighed against their potentially serious adverse effects. Therapy is tailored to the individual patient, but short-term glucocorticoids often are used to bring the level of inflammation quickly under control. Glucocorticoids are not suitable for long-term use because of adrenal suppression, so methotrexate, sulfasalazine, or low-dose immunosuppressants commonly are used early in the course of the disease. Should these agents be ineffective, TNF-receptor antagonists or IL-1–receptor antagonists may be administered. The combination of NSAIDs with these agents is increasingly common.

The older agents (gold, penicillamine, sulfasalazine, and *hydroxychloroquine*) have unclear mechanisms of action and with the exception of sulfasalazine, tend to have slight efficacy and significant side effects.

## GOLD

Gold, in its elemental form, has been employed for centuries to relieve the itching palm. The more recent use of gold in the treatment of rheumatoid arthritis continues to wane as more effective and better-tolerated agents become available.

Gold is associated with serious adverse effects in the skin and mucous membranes (*e.g.*, erythema, glossitis, exfoliative dermatitis), kidneys (*e.g.*, proteinuria, membranous glomerulonephritis), and blood (*e.g.*, thrombocytopenia, leukopenia, agranulocytosis, aplastic anemia). These side effects tend to increase with cumulative dose. Gold therapy is reserved for patients with progressive disease who do not obtain satisfactory relief from therapy with NSAIDs and who cannot tolerate the more commonly used immunosuppressants or cytokine receptor antagonists. Gold should not be used if the disease is mild and usually is of little benefit in advanced disease.

The pharmacology of gold compounds is described in more detail in previous editions of this book.

## PHARMACOTHERAPY OF GOUT

Gout results from the precipitation of urate crystals in the tissues and the subsequent inflammatory response. Acute gout usually causes an exquisitely painful distal monoarthritis, but it also can cause joint destruction, subcutaneous deposits (tophi), and renal calculi and damage. Gout affects approximately 0.5 to 1% of the population of Western countries.

The pathophysiology of gout is understood poorly. While a prerequisite, hyperuricemia does not inevitably lead to gout. Uric acid, the end product of purine metabolism, is relatively insoluble compared to its hypoxanthine and xanthine precursors, and normal serum urate levels approach the limit of solubility. In most patients with gout, hyperuricemia arises from underexcretion rather than overproduction of urate. Urate tends to crystallize in colder or more acidic conditions. Neutrophils ingesting urate crystals secrete inflammatory mediators that lower the local pH and lead to further urate precipitation.

The aims of treatment are to decrease the symptoms of an acute attack, decrease the risk of recurrent attacks, and

Case 2:05-md-01657-EEF-DEK   Document 8324-9   Filed 10/27/06   Page 4 of 12

lower serum urate levels. This section focuses on *colchicine*, *allopurinol*, and the uricosuric agents—probenecid, sulfinpyrazone, and *benzbromarone*.

### Treatment of Acute Gout

Several tNSAIDs reportedly are effective in the treatment of acute gout. The specific COX-2 inhibitor etoricoxib has been shown to be effective in gout (Rubin et al., 2004). When effective, NSAIDs should be given at relatively high doses for 3 to 4 days and then tapered for a total of 7 to 10 days. Indomethacin, naproxen, sulindac, and celecoxib all have been found to be effective, although the first three are the only NSAIDs that have received FDA approval for the treatment of gout. Aspirin is not used because it can inhibit urate excretion at low doses, and through its uricosuric actions increase the risk of renal calculi at higher doses. In addition, aspirin can inhibit the actions of uricosuric agents. Likewise, apazone should not be used in acute gout because of the concern that its uricosuric effects may promote nephrolithiasis.

Glucocorticoids and *corticotropin* (rarely used today) give rapid relief within hours of therapy. High doses are used initially and then tapered rapidly (*e.g.*, prednisone 30 to 60 mg/day for 3 days then tapered over 10 to 14 days), depending on the size and number of affected joints. Intra-articular glucocorticoids are useful if only a few joints are involved and septic arthritis has been ruled out. Further information on these agents is available in Chapter 59. Colchicine also is used in the treatment of acute gout (*see* below). There are anecdotal reports of the use of *ondansetron* in acute gout (*see* Chapter 11), but it is not used commonly for this purpose (Schworer and Ramadori, 1994).

### Prevention of Recurrent Attacks

Recurrent attacks of gout can be prevented with the use of colchicine (*e.g.*, 0.6 mg daily or on alternate days). Indomethacin (25 mg/day) also has been used. These agents are used early in the course of uricosuric therapy when mobilization of urate is associated with a temporary increase in the risk of acute gouty arthritis.

**Antihyperuricemic Therapy.** Isolated hyperuricemia is not necessarily an indication for therapy, as not all of these patients develop gout. Persistently elevated uric acid levels, complicated by recurrent gouty arthritis, nephropathy, or subcutaneous tophi, can be lowered by allopurinol, which inhibits the formation of urate, or by uricosuric agents. Some physicians recommend measuring 24-hour urinary urate levels in patients who are on a low-purine diet to distinguish underexcretors from overproducers. However, tailored and empirical therapies have similar outcomes (Terkeltaub, 2003).

Certain drugs, particularly thiazide diuretics (*see* Chapter 28) and immunosuppressant agents (especially *cyclosporine*) may impair urate excretion and thereby increase the risk of gout.

## Colchicine

Colchicine is one of the oldest available therapies for acute gout. Plant extracts containing colchicine were used for joint pain in the sixth century. Colchicine now is considered second-line therapy because it has a narrow therapeutic window and a high rate of side effects, particularly at higher doses.

*Chemistry.* The structural formula of colchicine is:

[Structural formula of colchicine showing a tricyclic structure with CH$_3$O groups and NHCOCH$_3$ substituent, labeled COLCHICINE]

Its structure–activity relationship has been discussed (Levy et al., 1991).

*Mechanism of Action.* Colchicine exerts a variety of pharmacological effects, but how these occur or how they relate to its activity in gout is not well understood. It has antimitotic effects, arresting cell division in G1 by interfering with microtubule and spindle formation (an effect shared with vinca alkaloids). This effect is greatest on cells with rapid turnover (*e.g.*, neutrophils and GI epithelium). Although somewhat controversial, colchicine may alter neutrophil motility in *ex vivo* assays (Levy et al., 1991). Colchicine also renders cell membranes more rigid and decreases the secretion of chemotactic factors by activated neutrophils.

Colchicine inhibits the release of histamine-containing granules from mast cells, the secretion of insulin from pancreatic $\beta$ cells, and the movement of melanin granules in melanophores. These processes also may involve interference with the microtubular system, but whether this occurs at clinically relevant concentrations is questionable.

Colchicine also exhibits a variety of other pharmacological effects. It lowers body temperature, increases the sensitivity to central depressants, depresses the respiratory center, enhances the response to sympathomimetic agents, constricts blood vessels, and induces hypertension by central vasomotor stimulation. It enhances gastrointestinal activity by neurogenic stimulation but depresses it by a direct effect, and alters neuromuscular function.

**Pharmacokinetics and Metabolism.** The absorption of colchicine is rapid but variable. Peak plasma concentrations occur 0.5 to 2 hours after dosing. In plasma, 50% of colchicine is protein-bound. There is significant enterohepatic circulation. The exact metabolism of colchicine is unknown but seems to involve deacetylation by the liver. Only 10% to 20% is excreted in the urine, although this increases in patients with liver disease. The kidney, liver, and spleen also contain high concentrations of colchicine, but it apparently is largely excluded from heart, skeletal muscle, and brain. The plasma half-life of colchicine is approximately 9 hours, but it can be detected in leukocytes and in the urine for at least 9 days after a single intravenous dose.

**Toxic Effects.** Exposure of the GI tract to large amounts of colchicine and its metabolites *via* enterohepatic circulation and the rapid rate of turnover of the gastrointestinal mucosa may explain why the GI tract is particularly susceptible to colchicine toxicity. Nausea, vomiting, diarrhea, and abdominal pain are the most common untoward effects of colchicine and the earliest signs of impending toxici-

ty. Drug administration should be discontinued as soon as these symptoms occur. There is a latent period, which is not altered by dose or route of administration, of several hours or more between the administration of the drug and the onset of symptoms. For this reason, adverse effects are common during initial dosing for acute gout. However, since patients often remain relatively consistent in their response to a given dose of the drug, toxicity can be reduced or avoided during subsequent courses of therapy by reducing the dose. Acute intoxication causes hemorrhagic gastropathy. Intravenous colchicine sometimes is used to treat acute gouty arthritis when other medications are not effective, when the patient is unable to take oral medications, or when rapid therapeutic intervention is necessary. The narrow margin of safety for colchicine is even further diminished by intravenous administration because this route obviates early gastrointestinal side effects that can be a harbinger of serious systemic toxicity. Indiscriminate use of intravenous colchicine has been associated with preventable fatalities. Due to the high rate of serious bone marrow and renal complications (including death from sepsis), this route, although occasionally used, is not generally recommended.

Colchicine toxicity is associated with bone marrow suppression, particularly from the third to eighth days. There is a tendency toward leukocytosis with appearance of less mature forms. Chronic colchicine use may lead to agranulocytosis. Thrombocytopenia also can occur, and disseminated intravascular coagulation has been reported in cases of severe poisoning.

Chronic use is associated with a proximal myopathy. The associated weakness may go unrecognized, and creatine kinase levels should be monitored in those receiving chronic therapy. Ascending paralysis of the CNS has been reported with acute poisoning.

Proteinuria, hematuria, and acute tubular necrosis have been reported in severely intoxicated patients. Gouty nephropathy may occur in chronically treated patients. Azoospermia has been reported with chronic use.

There is no specific therapy for acute colchicine poisoning. Supportive measures should be used, particularly fluid repletion. Activated charcoal may decrease total colchicine exposure. Hemodialysis does not remove colchicine but may be required as part of supportive care. Colchicine antibodies and the use of granulocyte colony-stimulating factor to treat the leukopenia are under investigation.

**Therapeutic Uses.** *Acute Gout.* Colchicine dramatically relieves acute attacks of gout. It is effective in roughly two-thirds of patients if given within 24 hours of the onset of the attack. Pain, swelling, and redness abate within 12 hours and are completely gone within 48 to 72 hours. The typical oral dose is 0.6 mg each hour for a total of three doses. This dose should not be exceeded. Treatment with colchicine should not be repeated within 7 days to avoid cumulative toxicity.

Great care should be exercised in prescribing colchicine for elderly patients. For those with cardiac, renal, hepatic, or gastrointestinal disease, NSAIDs or glucocorticoids may be preferred.

*Prevention of Acute Gout.* The main indication for colchicine is in the prevention of recurrent gout, particularly in the early stages of antihyperuricemic therapy. The typical dose is 0.6 mg twice a day, which should be decreased for patients with impaired renal function. One suggestion is 0.6 mg/day for a creatinine clearance of 35 to 50 ml/minute, or in patients younger than 70 years of age, 0.6 mg every 2 to 3 days for creatinine clearances of 10 to 35 ml/minute, and avoidance in those with creatinine clearance of less than 10 ml/minute or with combined hepatic and renal disease (Terkeltaub, 2003).

*Familial Mediterranean Fever.* Daily administration of colchicine is useful for the prevention of attacks of familial Mediterranean fever and prevention of amyloidosis, which may complicate this disease (Zemer *et al.*, 1991).

There no longer is a role for colchicine in the treatment of primary biliary cirrhosis, psoriasis, or Behçet's disease.

## Allopurinol

Allopurinol inhibits xanthine oxidase and prevents the synthesis of urate from hypoxanthine and xanthine. It is used to treat hyperuricemia in patients with gout and to prevent it in those with hematological malignancies about to undergo chemotherapy (acute tumor lysis syndrome). Even though underexcretion rather than overproduction is the underlying defect in most gout patients, allopurinol remains effective therapy.

**History.** Allopurinol initially was synthesized as a candidate antineoplastic agent but was found to lack antineoplastic activity. Subsequent testing showed it to be an inhibitor of xanthine oxidase that was useful clinically for the treatment of gout.

**Chemistry and Pharmacological Properties.** Allopurinol, an analog of hypoxanthine, has the following structural formula:

[structure of ALLOPURINOL]

ALLOPURINOL

Both allopurinol and its primary metabolite, oxypurinol (alloxanthine), inhibit xanthine oxidase. Allopurinol competitively inhibits xanthine oxidase at low concentrations and is a noncompetitive inhibitor at high concentrations. Allopurinol also is a substrate for xanthine oxidase; the product of this reaction, oxypurinol, is also a noncompetitive inhibitor of the enzyme. The formation of oxypurinol, together with its long persistence in tissues, is responsible for much of the pharmacological activity of allopurinol.

In the absence of allopurinol, the dominant urinary purine is uric acid. During allopurinol treatment, the urinary purines include hypoxanthine, xanthine, and uric acid. Since each has its independent solubility, the concentration of uric acid in plasma is reduced and purine excretion increased, without exposing the urinary tract to an excessive load of uric acid. Despite their increased concentrations during allopurinol therapy, hypoxanthine and xanthine are efficiently excreted, and tissue deposition does not occur. There is a small risk of xanthine stones in patients with a very high urate load before allopurinol therapy, which can be minimized by liberal fluid intake and alkalization of the urine.

Allopurinol facilitates the dissolution of tophi and prevents the development or progression of chronic gouty arthritis by lowering the uric acid concentration in plasma below the limit of its solubility. The formation of uric acid stones virtually disappears with therapy, which prevents the development of nephropathy. Once significant renal injury has occurred, allopurinol cannot restore renal

function but may delay disease progression. The incidence of acute attacks of gouty arthritis may increase during the early months of allopurinol therapy as a consequence of mobilization of tissue stores of uric acid.

Coadministration of colchicine helps suppress such acute attacks. After reduction of excess tissue stores of uric acid, the incidence of acute attacks decreases and colchicine can be discontinued.

In some patients, the allopurinol-induced increase in excretion of oxypurines is less than the reduction in uric acid excretion; this disparity primarily is a result of reutilization of oxypurines and feedback inhibition of *de novo* purine biosynthesis.

**Pharmacokinetics.** Allopurinol is absorbed relatively rapidly after oral ingestion, and peak plasma concentrations are reached within 60 to 90 minutes. About 20% is excreted in the feces in 48 to 72 hours, presumably as unabsorbed drug, and 10% to 30% is excreted unchanged in the urine. The remainder undergoes metabolism, mostly to oxypurinol. Oxypurinol is excreted slowly in the urine by glomerular filtration, counterbalanced by some tubular reabsorption. The plasma half-life of allopurinol is approximately 1 to 2 hours and of oxypurinol approximately 18 to 30 hours (longer in those with renal impairment). This allows for once-daily dosing and makes allopurinol the most commonly used antihyperuricemic agent.

Allopurinol and its active metabolite oxypurinol are distributed in total tissue water, with the exception of brain, where their concentrations are about one-third of those in other tissues. Neither compound is bound to plasma proteins. The plasma concentrations of the two compounds do not correlate well with therapeutic or toxic effects.

**Drug Interactions.** Allopurinol increases the half-life of probenecid and enhances its uricosuric effect, while probenecid increases the clearance of oxypurinol, thereby increasing dose requirements of allopurinol.

Allopurinol inhibits the enzymatic inactivation of *mercaptopurine* and its derivative *azathioprine* by xanthine oxidase. Thus, when allopurinol is used concomitantly with oral mercaptopurine or azathioprine, dosage of the antineoplastic agent must be reduced to one-fourth to one-third of the usual dose (*see* Chapters 38 and 51). This is of importance when treating gout in the transplant recipient. The risk of bone marrow suppression also is increased when allopurinol is administered with cytotoxic agents that are not metabolized by xanthine oxidase, particularly *cyclophosphamide*.

Allopurinol also may interfere with the hepatic inactivation of other drugs, including warfarin. Although the effect is variable, increased monitoring of prothrombin activity is recommended in patients receiving both medications.

It remains to be established whether the increased incidence of rash in patients receiving concurrent allopurinol and *ampicillin* should be ascribed to allopurinol or to hyperuricemia. Hypersensitivity reactions have been reported in patients with compromised renal function, especially those who are receiving a combination of allopurinol and a thiazide diuretic. The concomitant administration of allopurinol and theophylline leads to increased accumulation of an active metabolite of theophylline, 1-methylxanthine; the concentration of theophylline in plasma also may be increased (*see* Chapter 27).

**Therapeutic Uses.** Allopurinol (ZYLOPRIM, ALOPRIM, others) is available for oral use and provides effective therapy for the primary hyperuricemia of gout and the hyperuricemia secondary to polycythemia vera, myeloid metaplasia, other blood dyscrasias, or acute tumor lysis syndrome.

Allopurinol is contraindicated in patients who have exhibited serious adverse effects or hypersensitivity reactions to the medication, and in nursing mothers and children, except those with malignancy or certain inborn errors of purine metabolism (*e.g.*, Lesch-Nyhan syndrome). Allopurinol generally is used in complicated hyperuricemia (*see* above), to prevent acute tumor lysis syndrome, or in patients with hyperuricemia posttransplantation. If necessary, it can be used in conjunction with uricosuric agents.

The goal of therapy is to reduce the plasma uric acid concentration to less than 6 mg/dl (equivalent to 360 $\mu$mol). In the management of gout, it is customary to antecede allopurinol therapy with colchicine and to avoid starting allopurinol during an acute attack of gouty arthritis. Fluid intake should be sufficient to maintain daily urinary volume of more than 2 liters; slightly alkaline urine is preferred. An initial daily dose of 100 mg is increased by 100-mg increments at weekly intervals. Most patients can be maintained on 300 mg/day. Those with more severe gout may require 400 to 600 mg/day, and those with hematological malignancies may need up to 800 mg/day beginning 2 to 3 days before the start of chemotherapy. Daily doses in excess of 300 mg should be divided. Dosage must be reduced in patients in proportion to the reduction in glomerular filtration (*e.g.*, 300 mg/day if creatinine clearance is >90 ml/minute, 200 mg/day if creatinine clearance is between 60 and 90 ml/minute, 100 mg/day if creatinine clearance is 30 to 60 ml/minute, and 50 to 100 mg/day if creatinine clearance is <30 ml/minute) (Terkeltaub, 2003).

The usual daily dose in children with secondary hyperuricemia associated with malignancies is 150 to 300 mg, depending on age.

Allopurinol also is useful in lowering the high plasma concentrations of uric acid in patients with Lesch-Nyhan syndrome and thereby prevents the complications resulting from hyperuricemia; there is no evidence that it alters the progressive neurological and behavioral abnormalities that are characteristic of the disease.

**Common Adverse Effects.** Allopurinol is tolerated well by most patients. The most common adverse effects are hypersensitivity reactions that may occur after months or years of medication. The effects usually subside within a few days after medication is discontinued. Serious reactions preclude further use of the drug.

The cutaneous reaction caused by allopurinol is predominantly a pruritic, erythematous, or maculopapular eruption, but occasionally the lesion is urticarial or purpuric. Rarely, toxic epidermal necrolysis or Stevens-Johnson syndrome occurs, which can be fatal. The risk for Stevens-Johnson syndrome is limited primarily to the first 2 months of treatment (Roujeau *et al.*, 1995). Because the rash may precede severe hypersensitivity reactions, patients who develop a rash should discontinue allopurinol. If indicated, desensitization to allopurinol can be carried out starting at 10 to 25 $\mu$g per day, with the drug diluted in oral suspension and doubled every 3 to 14 days until the desired dose is reached. This is successful in approximately half of patients (Terkeltaub, 2003). Oxypurinol is available for compassionate use in the United States for patients intolerant of allopurinol. The safety of oxypurinol in patients with severe allopurinol hypersensitivity is unknown and not recommended.

Fever, malaise, and myalgias also may occur. Such effects are noted in about 3% of patients with normal renal function and more frequently in those with renal impairment. Transient leukopenia or leukocytosis and eosinophilia are rare reactions that may require

cessation of therapy. Hepatomegaly and elevated levels of transaminases in plasma and progressive renal insufficiency also may occur.

## Rasburicase

*Rasburicase* (ELITEK) is a recombinant urate-oxidase that catalyzes the enzymatic oxidation of uric acid into the soluble and inactive metabolite allantoin. It has been shown to lower urate levels more effectively than allopurinol (Bosly *et al.*, 2003). It is indicated for the initial management of elevated plasma uric acid levels in pediatric patients with leukemia, lymphoma, and solid tumor malignancies who are receiving anticancer therapy expected to result in tumor lysis and significant hyperuricemia.

Produced by a genetically modified *Saccharomyces cerevisiae* strain, the therapeutic efficacy may be hampered by the production of antibodies against the drug. Hemolysis in glucose-6-phosphate dehydrogenase (G6PD)-deficient patients, methemoglobinemia, acute renal failure, and anaphylaxis all have been associated with the use of rasburicase. Other frequently observed adverse reactions include vomiting, fever, nausea, headache, abdominal pain, constipation, diarrhea, and mucositis. Rasburicase causes enzymatic degradation of the uric acid in blood samples, and special handling is required to prevent spuriously low values for plasma uric acid in patients receiving the drug. The recommended dose of rasburicase is 0.15 mg/kg or 0.2 mg/kg as a single daily dose for 5 days, with chemotherapy initiated 4 to 24 hours after infusion of the first rasburicase dose.

## URICOSURIC AGENTS

Uricosuric agents increase the rate of excretion of uric acid. In humans, urate is filtered, secreted, and reabsorbed by the kidneys. Reabsorption predominates, and the amount excreted usually is about 10% of that filtered. This process is mediated by a specific transporter, which can be inhibited.

The first step in urate reabsorption is its uptake from tubular fluid by a transporter that exchanges urate for either an organic or an inorganic anion. Uricosuric drugs compete with urate for the brush-border transporter, thereby inhibiting its reabsorption *via* the urate–anion exchanger system. However, transport is bidirectional, and depending on dosage, a drug may either decrease or increase the excretion of uric acid. Decreased excretion usually occurs at a low dosage, while increased excretion is observed at a higher dosage. Not all agents show this phenomenon, and one uricosuric drug may either add to or inhibit the action of another. The biphasic effect may be seen within the normal dosage range with some drugs such as salicylates.

Two mechanisms for a drug-induced decrease in urate excretion of urate have been advanced; they are not mutually exclusive. The first presumes that the small secretory movement of urate is inhibited by very low concentrations of the drug. Higher concentrations may inhibit urate reabsorption in the usual manner. The second proposal suggests that the urate-retaining anionic drug gains access to the intracellular fluid by an independent mechanism and promotes reabsorption of urate across the brush border by anion exchange.

There are two mechanisms by which one drug may nullify the uricosuric action of another. First, the drug may inhibit the secretion of the uricosuric agent, thereby denying it access to its site of action, the luminal aspect of the brush border. Second, the inhibition of urate secretion by one drug may counterbalance the inhibition of urate reabsorption by the other.

Many compounds have incidental uricosuric activity, probably by acting as exchangeable anions, but only probenecid is prescribed routinely for this purpose. Benzbromarone is an alternative uricosuric agent that is available in Europe. Conversely, a number of drugs and toxins cause retention of urate; these have been reviewed elsewhere (Maalouf *et al.*, 2004).

## Probenecid

**Chemistry.** Probenecid is a highly lipid-soluble benzoic acid derivative ($pK_a$ 3.4) with the following structural formula:

$$CH_3CH_2CH_2\text{-}NSO_2\text{-}\langle\text{phenyl}\rangle\text{-}COOH$$
$$CH_3CH_2CH_2$$

PROBENECID

**Pharmacological Actions.** *Inhibition of Inorganic Acid Transport.* The actions of probenecid are confined largely to inhibition of the transport of organic acids across epithelial barriers. When tubular secretion of a substance is inhibited, its final concentration in the urine is determined by the degree of filtration, which in turn is a function of binding to plasma protein, and by the degree of reabsorption. The significance of each of these factors varies widely with different compounds. Usually, the end result is decreased tubular secretion of the compound, leading to decreased urinary and increased plasma concentration.

Uric acid is the only important endogenous compound whose excretion is known to be increased by probenecid. This results from inhibition of its reabsorption (*see* above). The uricosuric action of probenecid is blunted by the coadministration of salicylates.

*Inhibition of Transport of Miscellaneous Substances.* Probenecid inhibits the tubular secretion of a number of drugs, such as methotrexate and the active metabolite of *clofibrate*. It inhibits renal secretion of the inactive glucuronide metabolites of NSAIDs such as naproxen, ketoprofen, and indomethacin, and thereby can increase their plasma concentrations.

*Inhibition of Monoamine Transport to CSF.* Probenecid inhibits the transport of 5-hydroxyindoleacetic acid (5-HIAA) and other acidic metabolites of cerebral monoamines from the CSF to the plasma. The transport of drugs such as *penicillin G* also may be affected.

*Inhibition of Biliary Excretion.* Probenecid depresses the biliary secretion of certain compounds, including the diagnostic agents indocyanine green and bromosulphthalein (BSP). It also decreases the biliary secretion of *rifampin*, leading to higher plasma concentrations.

**Absorption, Fate, and Excretion.** Probenecid is absorbed completely after oral administration. Peak concentrations in plasma are reached in 2 to 4 hours. The half-life of the drug in plasma is dose-dependent and varies from less than 5 hours to more than 8 hours over the therapeutic range. Between 85% and 95% of the drug is bound to plasma albumin. The 5% to 15% of unbound drug is cleared by glomerular filtration. The majority of the drug is secreted actively by the proximal tubule. The high lipid solubility of the undissociated form results in virtually complete absorption by backdiffusion unless the urine is markedly alkaline. A small amount of probenecid glucuronide appears in the urine. It also is hydroxylated to metabolites that retain their carboxyl function and have uricosuric activity.

**Common Adverse Effects.** Probenecid is well tolerated. Approximately 2% of patients develop mild gastrointestinal irritation. The risk is increased at higher doses, and caution should be used in those with a history of peptic ulcer. It is ineffective in patients with renal insufficiency and should be avoided in those with creatinine clearance of <50 ml/minute. Hypersensitivity reactions usually are mild and occur in 2% to 4% of patients. Serious hypersensitivity is extremely rare. The appearance of a rash during the concurrent administration of probenecid and penicillin G presents the physician with an awkward diagnostic dilemma. Substantial overdosage with probenecid results in CNS stimulation, convulsions, and death from respiratory failure.

**Therapeutic Use. *Gout*.** Probenecid (BENEMID [US], BENURYL [UK]) is marketed for oral administration. The starting dose is 250 mg twice daily, increasing over 1 to 2 weeks to 500 to 1000 mg twice daily. Probenecid increases urinary urate levels. Liberal fluid intake therefore should be maintained throughout therapy to minimize the risk of renal stones. Probenecid should not be used in gouty patients with nephrolithiasis or with overproduction of uric acid. Concomitant colchicine or NSAIDs are indicated early in the course of therapy to avoid precipitating an attack of gout, which may occur in up to 20% of gouty patients treated with probenecid alone.

*Combination with Penicillin.* Probenecid was developed for the purpose of delaying the excretion of penicillin. Higher doses of probenecid are used as an adjuvant to prolong penicillin concentrations. This usually is confined to those being treated for gonorrhea or neurosyphilis infections or to cases where penicillin resistance may be an issue (*see* Chapter 44).

## Sulfinpyrazone

**History.** Sulfinpyrazone was developed from phenylbutazone, an early NSAID whose toxicity precluded its continued use. Sulfinpyrazone lacks antiinflammatory and analgesic activity but has potent uricosuric effects. It rarely is used today.

**Chemistry.** Sulfinpyrazone is a strong organic acid ($pK_a = 2.8$) that readily forms soluble salts.

**Pharmacological Actions.** In sufficient doses, sulfinpyrazone potently inhibits the renal tubular reabsorption of uric acid. As with other uricosuric agents, small doses may reduce the excretion of uric acid. Like probenecid, sulfinpyrazone reduces the renal tubular secretion of many other organic anions. In addition, it may induce hypoglycemia by inhibiting the metabolism of the sulfonylurea oral hypoglycemic agents. The hepatic metabolism of warfarin also is impaired. The uricosuric action of sulfinpyrazone is additive to that of probenecid, but it antagonizes that of salicylates. The inhibitory effect of sulfinpyrazone on platelet function is discussed in Chapter 54.

**Absorption, Fate, and Excretion.** Sulfinpyrazone is absorbed well after oral administration. It is bound strongly to plasma albumin (98% to 99%) and displaces other anionic drugs that have their highest affinity for the same binding site. Its plasma half-life is about 3 hours, but its uricosuric effect may persist for as long as 10 hours. Sulfinpyrazone is secreted by the proximal tubule and undergoes little passive backdiffusion. Approximately half of the orally administered dose appears in the urine within 24 hours, mostly (90%) as unchanged drug; the remaining 10% is eliminated as the $N^1$-*p*-hydroxyphenyl metabolite, which also is a potent uricosuric substance.

**Common Adverse Effects.** Gastrointestinal irritation occurs in roughly 10% to 15% of patients receiving sulfinpyrazone, and occasionally may lead patients to discontinue its use. Gastric distress is lessened when the drug is taken in divided doses with meals. Sulfinpyrazone should be given to patients with a history of peptic ulcer only with extreme caution. Hypersensitivity reactions, usually a rash with fever, do occur, but less frequently than with probenecid. Depression of hematopoiesis has been demonstrated, and periodic blood cell counts therefore are advised during prolonged therapy. Sulfinpyrazone should not be used by patients with underlying blood dyscrasias.

**Therapeutic Use.** Sulfinpyrazone (ANTURANE) is available for oral administration. The initial dosage for the treatment of chronic gout is 100 to 200 mg given twice daily. After the first week, the dosage may be gradually increased until a satisfactory lowering of plasma uric acid is achieved and maintained. This may require from 200 to 800 mg per day, divided in two to four doses and preferably given with meals or milk; a liberal fluid intake should be maintained. Larger doses are tolerated poorly and unlikely to produce a further uricosuric effect in resistant patients. Sulfinpyrazone is ineffective in patients with renal insufficiency and should be avoided in those with creatinine clearance of <50 ml/minute. As with probenecid, concomitant colchicine is indicated early in the course to avoid precipitating an attack of gout.

## Benzbromarone

This is a potent uricosuric agent that is used in Europe. The drug is absorbed readily after oral ingestion, and peak concentrations in blood are achieved in about 4 hours. It is metabolized to monobromine and dehalogenated derivatives, both of which have uricosuric activity, and is excreted primarily in the bile. The uricosuric action is blunted by aspirin or sulfinpyrazone. No paradoxical retention of urate has been observed. It is a potent and reversible inhibitor of the urate–anion exchanger in the proximal tubule. As the micronized powder it is effective in a single daily dose of 40 mg to 80 mg, which makes it significantly more potent than other uricosuric drugs. It is effective in patients with renal insufficiency and may be useful clinically in patients who are either allergic or refractory to other drugs used for the treatment of gout. Preparations that combine allopurinol and benzbromarone are more effective than either drug alone in lowering serum uric acid levels, in spite of the fact

that benzbromarone lowers plasma levels of oxypurinol, the active metabolite of allopurinol.

## CONCLUSION

The emergence of clear evidence from placebo-controlled trials of a cardiovascular hazard for three coxibs has prompted a broad reappraisal of NSAID therapy. Selective inhibitors of COX-2 were developed to reduce gastrointestinal adverse effects and have never been shown to exhibit an efficacy advantage over tNSAIDs. The likelihood of hazard would be expected to be related to selectivity attained *in vivo*, dose, duration of action, and duration of dosing, as well as the underlying risk profile of an individual patient. It seems likely that some of the older drugs, specifically meloxicam and diclofenac, may closely resemble celecoxib, while naproxen may afford cardioprotection due to an extended half-life in some individuals, translating into a modest benefit when compared to aspirin.

## BIBLIOGRAPHY

Agrawal, N.G., Matthews, C.Z., Mazenko, R.S., et al. Pharmacokinetics of etoricoxib in patients with renal impairment. *J. Clin. Pharmacol.*, 2004, 44:48–58.

Agrawal, N.G., Rose, M.J., Matthews, C.Z., et al. Pharmacokinetics of etoricoxib in patients with hepatic impairment. *J. Clin. Pharmacol.*, 2003, 43:1136–1148.

Atherton, C., Jones, J., McKaig, B., et al. Pharmacology and gastrointestinal safety of lumiracoxib, a novel cyclooxygenase-2 selective inhibitor: an integrated study. *Clin. Gastroenterol. Hepatol.*, 2004, 2:113–120.

Bennet, A. Overview of nimesulide. *Rheumatology*, 1999, 38:1–3.

Bitner, M., Kattenhorn, J., Hatfield, C., Gao, J., and Kellstein, D. Efficacy and tolerability of lumiracoxib in the treatment of primary dysmenorrhoea. *Int. J. Clin. Pract.*, 2004, 58:340–345.

Bombardier, C., Laine, L., Reicin, A., et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. *N. Engl. J. Med.*, 2000, 343:1520–1528.

Bosly, A., Sonet, A., Pinkerton, C.R., et al. Rasburicase (recombinant urate oxidase) for the management of hyperuricemia in patients with cancer: report of an international compassionate use study. *Cancer*, 2003, 98:1048–1054.

Boutaud, O., Aronoff, D.M., Richardson, J.H., Marnett, L.J., and Oates, J.A. Determinants of the cellular specificity of acetaminophen as an inhibitor of prostaglandin H(2) synthases. *Proc. Natl. Acad. Sci. U.S.A.*, 2002, 99:7130–7135.

Breder, C.D., Dewitt, D., and Kraig, R.P. Characterization of inducible cyclooxygenase in rat brain. *J. Comp. Neurol.*, 1995, 355:296–315.

Bresalier, R.S., Sandler, R.S., Quan, H., et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N. Engl. J. Med.*, 2005, 352:1092–1102.

Capone, M.L., Tacconelli, S., Sciulli, M.G., et al. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. *Circulation*, 2004, 109:1468–1471.

Catella-Lawson, F., McAdam, B., Morrison, B.W., et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J. Pharmacol. Exp. Ther.*, 1999, 289:735–741.

Catella-Lawson, F., Reilly, M.P., Kapoor, S.C., et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. *N. Engl. J. Med.*, 2001, 345:1809–1817.

Chandrasekharan, N.V., Dai, H., Roos, K.L., et al. COX-3, a cyclooxygenase-1 variant inhibited by acetaminophen and other analgesic/antipyretic drugs: cloning, structure, and expression. *Proc. Natl. Acad. Sci. U.S.A.*, 2002, 99:13926–13931.

Charlier, C., and Michaux, C. Dual inhibition of cyclooxygenase-2 (COX-2) and 5-lipoxygenase (5-LOX) as a new strategy to provide safer non-steroidal anti-inflammatory drugs. *Eur. J. Med. Chem.*, 2003, 38:645–659.

Clyman, R.I., Hardy, P., Waleh, N., et al. Cyclooxygenase-2 plays a significant role in regulating the tone of the fetal lamb ductus arteriosus. *Am. J. Physiol.*, 1999, 276:R913–R921.

Cruz-Correa, M., Hylind, L.M., Romans, K.E., Booker, S.V., and Giardiello, F.M. Long-term treatment with sulindac in familial adenomatous polyposis: a prospective cohort study. *Gastroenterology*, 2002, 122:641–645.

Dargan, P.I., Wallace, C.I., and Jones, A.L. An evidence-based flowchart to guide the management of acute salicylate (aspirin) overdose. *Emerg. Med. J.*, 2002, 19:206–209.

Duley, L., Henderson-Smart, D.J., Knight, M., and King, J.F. Antiplatelet agents for preventing pre-eclampsia and its complications. *Cochrane Database Syst. Rev.*, 2004, CD004659.

Edlund, A., Berglund, B., van Dorne, D., et al. Coronary flow regulation in patients with ischemic heart disease: release of purines and prostacyclin and the effect of inhibitors of prostaglandin formation. *Circulation*, 1985, 71:1113–1120.

Farkouh, M.E., Kirshner, H., Harrington, R.A., et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. *Lancet*, 2004, 364:675–684.

Fenton, C., Keating, G.M., and Wagstaff, A.J. Valdecoxib: a review of its use in the management of osteoarthritis, rheumatoid arthritis, dysmenorrhoea and acute pain. *Drugs*, 2004, 64:1231–1261.

FitzGerald, G.A. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. *Nat. Rev. Drug Discov.*, 2003, 2:879–890.

FitzGerald, G.A. Coxibs and cardiovascular disease. *N. Engl. J. Med.*, 2004, 351:1709–1711.

Furberg, C.D., Psaty, B.M., and FitzGerald, G.A. Parecoxib, valdecoxib and cardiovascular risk. *Circulation*, 2005, 111:249.

Garcia Rodriguez, L.A., Varas-Lorenzo, C., Maguire, A., and Gonzalez-Perez, A. Nonsteroidal drugs and the risk of myocardial infarction in the general population. *Circulation*, 2004, 109:3000–3006.

Giardiello, F.M., Yang, V.W., Hylind, L.M., et al. Primary chemoprevention of familial adenomatous polyposis with sulindac. *N. Engl. J. Med.*, 2002, 346:1054–1059.

Hallak, A., Alon-Baron, L., Shamir, R., et al. Rofecoxib reduces polyp recurrence in familial polyposis. *Dig. Dis. Sci.*, 2003, 48:1998–2002.

Jacobs, E.J., Connell, C.J., Rodriguez, C., et al. Aspirin use and pancreatic cancer mortality in a large United States cohort. *J. Natl. Cancer Inst.*, 2004, 96:524–528.

Jones, M.K., Wang, H., Peskar, B.M., et al. Inhibition of angiogenesis by nonsteroidal anti-inflammatory drugs: insight into mechanisms and implications for cancer growth and ulcer healing. *Nat. Med.*, 1999, 5:1418–1423.

Jungnickel, P.W., Maloley, P.A., Vander Tuin, E.L., Peddicord, T.E., and Campbell, J.R. Effect of two aspirin pretreatment regimens on niacin-induced cutaneous reactions. *J. Gen. Intern. Med.*, 1997, 12:591–596.

Juni, P., Rutjes, A.W., and Dieppe, P.A. Are selective COX 2 inhibitors superior to traditional nonsteroidal antiinflammatory drugs? *BMJ*, 2002, 324:1287–1288.

Karim, A., Laurent, A., Slater, M.E., et al. A pharmacokinetic study of intramuscular (i.m.) parecoxib sodium in normal subjects. *J. Clin. Pharmacol.*, 2001, 41:1111–1119.

Keane, W.F. Merck announces voluntary worldwide withdrawal of Vioxx [Letter], Merck & Co. Inc., North Wales, PA, Sept. 30, 2004 http://www.vioxx.com/vioxx/documents/english/hcp_notification_physicians.pdf.

Keays, R., Harrison, P.M., Wendon, J.A., et al. Intravenous acetylcysteine in paracetamol induced fulminant hepatic failure: a prospective controlled trial. *BMJ*, 1991, 303:1026–1029.

Kivitz, A.J., Nayiager, S., Schimansky, T., et al. Reduced incidence of gastroduodenal ulcers associated with lumiracoxib compared with ibuprofen in patients with rheumatoid arthritis. *Aliment. Pharmacol. Ther.*, 2004, 19:1189–1198.

Kulling, P.E., Backman, E.A., Skagius, A.S., and Beckman, E.A. Renal impairment after acute diclofenac, naproxen, and sulindac overdoses. *J. Toxicol. Clin. Toxicol.*, 1995, 33:173–177.

Kune, G.A., Kune, S., and Watson, L.F. Colorectal cancer risk, chronic illnesses, operations, and medications: case control results from the Melbourne Colorectal Cancer Study. *Cancer Res.*, 1998, 48:4399–4404.

Loftin, C.D., Trivedi, D.B., and Langenbach, R. Cyclooxygenase-1-selective inhibition prolongs gestation in mice without adverse effects on the ductus arteriosus. *J. Clin. Invest.*, 2002, 110:549–557.

Maalouf, N.M., Cameron, M.A., Moe, O.W., and Sakhaee, K. Novel insights into the pathogenesis of uric acid nephrolithiasis. *Curr. Opin. Nephrol. Hypertens.*, 2004, 13:181–189.

Ma, L., del Soldato, P., and Wallace, J.L. Divergent effects of new cyclooxygenase inhibitors on gastric ulcer healing: shifting the angiogenic balance. *Proc. Natl. Acad. Sci. U.S.A.*, 2002, 99:13243–13247.

McAdam, B.F., Catella-Lawson, F., Mardini, I.A., et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (cox)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc. Natl. Acad. Sci. U.S.A.*, 1999, 96:272–277.

Ment, L.R., Oh, W., Ehrenkranz, R.A., et al. Low-dose indomethacin and prevention of intraventricular hemorrhage: a multicenter randomized trial. *Pediatrics*, 1994, 93:543–550.

Mizuno, H., Sakamoto, C., Matsuda, K., et al. Induction of cyclooxygenase 2 in gastric mucosal lesions and its inhibition by the specific antagonist delays healing in mice. *Gastroenterology*, 1997, 112:387–397.

Morant, S.V., Shield, M.J., Davey, P.G., and MacDonald, T.M. A pharmacoeconomic comparison of misoprostol/diclofenac with diclofenac. *Pharmacoepidemiol. Drug Saf.*, 2002, 11:393–400.

Ouellet, M., and Percival, M.D. Mechanism of acetaminophen inhibition of cyclooxygenase isoforms. *Arch. Biochem. Biophys.*, 2001, 38:7273–7280.

Panara, M.R., Renda, G., Sciulli, M.G., et al. Dose-dependent inhibition of platelet cyclooxygenase-1 and monocyte cyclooxygenase-2 by meloxicam in healthy subjects. *J. Pharmacol. Exp. Ther.*, 1999, 290:276–280.

Patoia, L., Santucci, L., Furno, P., et al. A 4-week, double-blind, parallel-group study to compare the gastrointestinal effects of meloxicam 7.5 mg, meloxicam 15 mg, piroxicam 20 mg and placebo by means of faecal blood loss, endoscopy and symptom evaluation in healthy volunteers. *B. Brit. J. Rheumatol.*, 1996, 35:61–67.

Patrignani, P., Capone, M.L., and Tacconelli, S. Clinical pharmacology of etoricoxib: a novel selective COX2 inhibitor. *Expert Opin. Pharmacother.*, 2003, 4:265–284.

Patrignani, P., Panara, M.R., Greco, A., et al. Biochemical and pharmacological characterization of the cyclooxygenase activity of human blood prostaglandin endoperoxide synthases. *J. Pharmacol. Exp. Ther.*, 1994, 271:1705–1712.

Pederson, A.K., and FitzGerald, G.A. Dose-related kinetics of aspirin: presystemic acetylation of platelet cyclooxygenase. *N. Engl. J. Med.*, 1984, 311:1206–1211.

Pillinger, M.H., Capodici, C., Rosenthal, P., et al. Modes of action of aspirin-like drugs: salicylates inhibit erk activation and integrin-dependent neutrophil adhesion. *Proc. Natl. Acad. Sci. U.S.A.*, 1998, 95:14540–14545.

Qi, Z., Hao, C.M., Langenbach, R.I., et al. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. *J. Clin. Invest.*, 2002, 110:61–69.

Rigas, B., and Shiff, S.J. Is inhibition of cyclooxygenase required for the chemopreventive effect of NSAIDs in colon cancer? A model reconciling the current contradiction. *Med. Hypotheses*, 2000, 54:210–215.

Rodrigues, A.D., Halpin, R.A., Geer, L.A., et al. Absorption, metabolism, and excretion of etoricoxib, a potent and selective cyclooxygenase-2 inhibitor, in healthy male volunteers. *Drug Metab. Dispos.*, 2003, 31:224–232.

Roujeau, J.C., Kelly, J.P., Naldi, L., et al. Medication use and the risk of Stevens-Johnson syndrome or toxic epidermal necrolysis. *N. Engl. J. Med.*, 1995, 333:1600–1607.

Rubin, B.R., Burton, R., Navarra, S., et al. Efficacy and safety profile of treatment with etoricoxib 120 mg once daily compared with indomethacin 50 mg three times daily in acute gout: a randomized controlled trial. *Arthritis Rheum.*, 2004, 50:598–606.

Rumack, B.H., Peterson, R.C., Koch, C.G., and Amara, I.A. Acetaminophen overdose. 662 cases with evaluation of oral acetylcysteine treatment. *Arch. Intern. Med.*, 1981, 141:380–385.

Schnitzer, T.J., Burmester, G.R., Mysler, E., et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. *Lancet*, 2004, 364:665–674.

Schworer, H., and Ramadori, G. Treatment of acute gouty arthritis with the 5-hydroxytryptamine antagonist ondansetron. *Clin. Investig.*, 1994, 72:811–813.

Scott, D.L., and Palmer, R.H. Safety and efficacy of nabumetone in osteoarthritis: emphasis on gastrointestinal safety. *Aliment. Pharmacol. Ther.*, 2000, 14:443–452.

Seibert, K., Zhang, Y., Leahy, K., et al. Distribution of COX-1 and COX-2 in normal and inflamed tissues. *Adv. Exp. Med. Biol.*, 1997, 400A:167–170.

Sigthorsson, G., Simpson, R.J., Walley, M., et al. COX-1 and 2, intestinal integrity, and pathogenesis of nonsteroidal anti-inflammatory drug enteropathy in mice. *Gastroenterology*, 2002, 122:1913–1923.

Silverstein, F.E., Faich, G., Goldstein, J.L., et al. Gastrointestinal toxicity with celecoxib vs. nonsteroidal antiinflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized con-

trolled trial. Celecoxib Long-term Arthritis Safety Study. *JAMA*, 2000, *284*:1247–1255.

Smith, W.L., De Witt, D.L., and Garavito, R.M. Cyclooxygenases: structural, cellular, and molecular biology. *Annu. Rev. Biochem.*, 2000, *29*:145–182.

Steinbach, G., Lynch, P.M., Phillips, R.K., et al. The effect of celecoxib, a cyclooxygenase-2 inhibitor, in familial adenomatous polyposis. *N. Engl. J. Med.*, 2000, *342*:1946–1952.

Topper, J.N., Cai, J., Falb, D., and Gimbrone, M.A. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc. Natl. Acad. Sci. U.S.A.*, 1996, *93*:10417–10422.

Warner, T.D., Giuliano, F., Vojnovic, I., et al. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. *Proc. Natl. Acad. Sci. U.S.A.*, 1999, *96*:7563–7568.

Yin, M.J., Yamamoto, Y., and Gaynor, R.B. The anti-inflammatory agents aspirin and salicylate inhibit the activity of I(kappa)B kinase-beta. *Nature*, 1998, *396*:77–80.

Zemer, D., Livneh, A., Danon, Y.L., Pras, M., and Sohar, E. Long-term colchicine treatment in children with familial Mediterranean fever. *Arthritis. Rheum.*, 1991, *34*:973–977.

## MONOGRAPHS AND REVIEWS

Amann, R., and Peskar, B.A. Anti-inflammatory effects of aspirin and sodium salicylate. *Eur. J. Pharmacol.*, 2002, *447*:1–9.

Balfour, J.A., Fitton, A., and Barradell, L.B. Lornoxicam. A review of its pharmacology and therapeutic potential in the management of painful and inflammatory conditions. *Drugs*, 1996, *51*:639–657.

Barbanoj, M.J., Antonijoan, R.M., and Gich, I. Clinical pharmacokinetics of dexketoprofen. *Clin. Pharmacokin.*, 2001, *40*:245–262.

Brogden, R.N., Heel, R.C., Speight, T.M., and Avery, G.S. Fenbufen: a review of its pharmacological properties and therapeutic use in rheumatic diseases and acute pain. *Drugs*, 1981, *21*:1–22.

Brune, K., and Hinz, B. Selective cyclooxygenase-2 inhibitors: similarities and differences. *Scand. J. Rheumatol.*, 2004, *33*:1–6.

Brune, K. The pharmacological profile of non-opioid (OTC) analgesics: aspirin, paracetamol (acetaminophen), ibuprofen, and phenazones. *Agents Actions Suppl* 1988, *25*:9–19.

Buckley, M.M., and Brogden, R.N. Ketorolac, a review of its pharmacodynamic and pharmacokinetic properties, and therapeutic potential. *Drugs*, 1990, *39*:86–109.

Cheng, H.F., and Harris, R.C. Cyclooxygenases, the kidney, and hypertension. *Hypertension*, 2004, *43*:525–530.

Davies, N.M. Clinical pharmacokinetics of flurbiprofen and its enantiomers. *Clin. Pharmacokinet.*, 1995, *28*:100–114.

Davies, N.M. Clinical pharmacokinetics of nabumetone, the dawn of selective cyclo-oxygenase-2 inhibition? *Clin. Pharmacokinet.*, 1997, *33*:404–416.

Davies, N.M. Clinical pharmacokinetics of ibuprofen. The first 30 years. *Clin. Pharmacokinet.*, 1998a, *34*:101–154.

Davies, N.M. Clinical pharmacokinetics of oxaprozin. *Clin. Pharmacokinet.*, 1998b, *35*:425–436.

Davies, N.M., and Anderson, K.E. Clinical pharmacokinetics of naproxen. *Clin. Pharmacokinet.*, 1997, *32*:268–293.

Davies, N.M., McLachlan, A.J., Day, R.O., and Williams, K.M. Clinical pharmacokinetics and pharmacodynamics of celecoxib: a selective cyclo-oxygenase-2 inhibitor. *Clin. Pharmacokinet.*, 2000, *38*:225–242.

Davies, N.M., Teng, X.W., and Skjodt, N.M. Pharmacokinetics of rofecoxib: a specific cyclo-oxygenase-2 inhibitor. *Clin. Pharmacokinet.*, 2003, *42*:545–556.

Davies, R.O. Review of the animal and clinical pharmacology of diflunisal. *Pharmacotherapy*, 1983, *3*:9S–22S.

Davis, R., Yarker, Y.E., and Goa, K.L. Diclofenac/misoprostol. A review of its pharmacology and therapeutic efficacy in painful inflammatory conditions. *Drugs Aging*, 1995, *7*:372–393.

Deeks, J.J., Smith, L.A., and Bradley, M.D. Efficacy, tolerability, and upper gastrointestinal safety of celecoxib for treatment of osteoarthritis and rheumatoid arthritis: systematic review of randomised controlled trials. *BMJ*, 2002, *325*:619–626.

Dempsey, P.W., Doyle, S.E., He, J.Q., and Cheng, G. The signaling adaptors and pathways activated by TNF superfamily. *Cytokine Growth Factor Rev.*, 2003, *14*:193–209.

Diaz-Gonzalez, F., and Sanchez-Madrid, F. Inhibition of leukocyte adhesion: an alternative mechanism of action for anti-inflammatory drugs. *Immunol. Today*, 1998, *19*:169–172.

FitzGerald, G.A., and Patrono, C. The coxibs, selective inhibitors of cyclooxygenase-2. *N. Engl. J. Med.*, 2001, *345*:433–442.

Fleischmann, R., Iqbal, I., and Slobodin, G. Meloxicam. *Expert Opin. Pharmacother.*, 2002, *3*:1501–1512.

Glasgow, J.F., and Middleton, B. Reye syndrome—insights on causation and prognosis. *Arch. Dis. Child.*, 2001, *85*:351–353.

Guay-Woodford, L.M. Bartter syndrome: unraveling the pathophysiologic enigma. *Am. J. Med.*, 1998, *105*:151–161.

Guttadauria, M. The clinical pharmacology of piroxicam. *Acta Obstet. Gynecol. Scand. Suppl.*, 1986, *138*:11–13.

Haanen, C. Sulindac and its derivatives: a novel class of anticancer agents. *Curr. Opin. Investig. Drugs*, 2001, *2*:677–683.

Hart, F.D., and Huskisson, E.C. Nonsteroidal anti-inflammatory drugs. Current status and rational therapeutic use. *Drugs*, 1984, *27*:232–255.

Jones, A.L. Mechanism of action and value of N-acetylcysteine in the treatment of early and late acetaminophen poisoning: a critical review. *J. Toxicol. Clin. Toxicol.*, 1998, *36*:277–285.

Kyriakis, J.M., and Avruch, J. Mammalian mitogen-activated protein kinase signal transduction pathways activated by stress and inflammation. *Physiol. Rev.*, 2001, *81*:807–869.

Levy, M., Spino, M., and Read, S.E. Colchicine: a state-of-the-art review. *Pharmacotherapy*, 1991, *11*:196–211.

Louie, S.G., Park, B., and Yoon, H. Biological response modifiers in the management of rheumatoid arthritis. *Am. J. Health. Syst. Pharm.*, 2003, *60*:346–355.

McNeely, W., and Goa, K.L. Diclofenac-potassium in migraine: a review. *Drugs*, 1999, *57*:991–1003.

Marjoribanks, J., Proctor, M.L., and Farquhar, C. Nonsteroidal antiinflammatory drugs for primary dysmenorrhoea. *Cochrane Database Syst. Rev.*, 2003, CD001751.

Meager, A. Cytokine regulation of cellular adhesion molecule expression in inflammation. *Cytokine Growth Factor Rev.*, 1999, *10*:27–39.

Morley, P.A., Brogden, R.N., Carmine, A.A., et al. Zomepirac: a review of its pharmacological properties and analgesic efficacy. *Drugs*, 1982, *23*:250–275.

Nilsen, O.G. Clinical pharmacokinetics of tenoxicam. *Clin. Pharmacokinet.*, 1994, *26*:16–43.

Nussmeier, N.A., Whelton, A.A., Brown, M.T., et al. Complications of COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. *N. Engl. J. Med.*, 2005, *352*:1081–1091.

O'Dell, J.R. Therapeutic strategies for rheumatoid arthritis. *N. Engl. J. Med.*, 2004, *305*:2591–2602.

Olson, N.J., and Stein, C.M. New drugs for rheumatoid arthritis. *N. Engl. J. Med.*, 2004, *350:*2167–2179.

Patrono, C., and Dunn, M.J. The clinical significance of inhibition of renal prostaglandin synthesis. *Kidney Int.*, 1987, *32:*1–12.

Rainsford, K.D. Discovery, mechanisms of action and safety of ibuprofen. *Int. J. Clin. Pract. Suppl.*, 2003, *135:*3–8.

Rostom, A., Dube, C., Wells, G., et al. Prevention of NSAID-induced gastroduodenal ulcers. *Cochrane Database Syst. Rev.*, 2002, CD002296.

Serhan, C.N., and Chiang, N. Novel endogenous small molecules as the checkpoint controllers in inflammation and resolution: entree for resoleomics. *Rheum. Dis. Clin. North Am.*, 2004, *30:*69–95.

Serhan, C.N., and Oliw, E. Unorthodox routes to prostanoid formation: new twists in cyclooxygenase-initiated pathways. *J. Clin. Invest.*, 2001, *107:*1481–1489.

Skjodt, N.M., and Davies, N.M. Clinical pharmacokinetics of lornoxicam. A short half-life oxicam. *Clin. Pharmacokinet.*, 1998, *34:*421–428.

Slater, D.M., Zervou, S., and Thornton, S. Prostaglandins and prostanoid receptors in human pregnancy and parturition. *J. Soc. Gynecol. Investig.*, 2002, *9:*118–124.

Solomon, S.D., McMurray, J.V., Pfeffer, M.A., et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. *N. Engl. J. Med.*, 2005, *352:*1071–1080.

Tacconelli, S., Capone, M.L., and Patrignani, P. Clinical pharmacology of novel selective COX-2 inhibitors. *Curr. Pharm. Des.*, 2004, *10:*589–601.

Terkeltaub, R.A. Clinical practice. Gout. *N. Engl. J. Med.*, 2003, *349:*1647–1655.

Vane, J.R., and Botting, R.M. Mechanism of action of nonsteroidal antiinflammatory drugs. *Am. J. Med.*, 1998, *104:*2S–8S.

Veys, E.M. 20 years' experience with ketoprofen. *Scand. J. Rheumat. Suppl.*, 1991, *90:*1–44.

Villar, J., Abalos, E., Nardin, J.M., Merialdi, M., and Carroli, G. Strategies to prevent and treat preeclampsia: evidence from randomized controlled trials. *Semin. Nephrol.*, 2004, *24:*607–615.

Worobec, A.S. Treatment of systemic mast cell disorders. *Hematol. Oncol. Clin. North Am.*, 2000, *14:*659–687.