UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2524 | * | |
| ANTHONY WAYNE DEDRICK, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant Merck & Co., Inc.'s ("Merck's") Motion for Order Excluding Evidence And Testimony Addressed In Motions Previously Considered By The Court (Motion *in Limine*) (the "Motion"),

**IT IS HEREBY ORDERED** that Merck's Motion is **GRANTED**. The following categories of evidence are hereby excluded:

(i) improper references to Merck's defense of other Vioxx®-related lawsuits or to the number of times Merck witnesses have testified previously;

(ii) improper personal opinions of David J. Graham, M.D. regarding the Food and Drug Administration ("FDA");

(iii) evidence or argument pertaining to Dr. Graham's "excess events" calculation;

(iv) testimony or argument that Merck (a) could have unilaterally changed the Vioxx label; or (b) "dragged its feet" to prevent the VIGOR data from being added to the Vioxx label;

(v) evidence or argument regarding "all-cause mortality" data form Alzheimer's disease clinical trials;

(vi) all "Warning Letters" and other informal "Untitled Letters" (collectively "informal FDA letters") from the FDA;

(vii) evidence relating to the *New England Journal of Medicine*'s ("*NEJM*'s") December 2005 "Expression of Concern";

(viii) marketing and promotional materials that are unrelated to plaintiff or his prescribers;

(ix) any evidence or argument suggesting that Adverse Event Reports and case reports are sufficient to show causation or fault;

(x) unreliable and irrelevant medical and scientific evidence; and

(xi) the testimony of Eric J. Topol, M.D.

New Orleans, Louisiana, this _____ day of October, 2006.

_____
     UNITED STATES DISTRICT JUDGE