UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                        |   |                        |
|----------------------------------------|---|------------------------|
|                                        | : | MDL NO. 1657           |
| IN RE: VIOXX                           | : |                        |
| PRODUCTS LIABILITY LITIGATION          | : | SECTION: L             |
|                                        | : |                        |
|                                        | : | JUDGE FALLON           |
|                                        | : | MAG. JUDGE KNOWLES     |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Mason v. Merck & Co., Inc.*, 06-810

## ORDER

The Plaintiff sought to introduce at trial portions of depositions taken of Susan Baumgartner, James Dunn, Marilyn Krahe, and Karen Olson-Fields. The Defendant, however, made several objections to the proffered deposition testimony. In addition, the Defendant offered its own counter-designations, which were objected to by the Plaintiff. The Court ruled on all these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __30th__ day of __October__, 2006.

_____
UNITED STATES DISTRICT JUDGE