Mason v. Merck & Co., Inc.
Deposition Designations for Dunn

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

| | | | |
|---|---|---|---|
| 9:3 - 9:8 | | James 2005-10-07 | |
| | 9 3 | Sir, state your name, please. | |
| | 9 4 | James Dunn, D-U-N-N. | |
| | 9 5 | And Mr. Dunn, you work for Merck? | |
| | 9 6 | Yes, sir. | |
| | 9 7 | How many years have you worked for Merck? | |
| | 9 8 | Over 14 years. | |
| 9:19 - 10:4 | | Dunn, James 2005-10-07 | |
| | 9 19 | In your role as educational program director for | |
| | 9 20 | Merck was part of your job to train sales representatives | |
| | 9 21 | about what they should tell doctors in the field selling | |
| | 9 22 | products? | |
| | 9 23 | No, sir. | |
| | 9 24 | What was it? | |
| | 9 25 | The job I had there was to coordinate the | |
| | 10 1 | scheduling activities for speakers so that we could | |
| | 10 2 | schedule speakers to do medical education type of programs | |
| | 10 3 | and help the field understand how we would want to execute | |
| | 10 4 | those programs. | |
| 10:19 - 11:15 | | Dunn, James 2005-10-07 | |
| | 10 19 | So the material that you gave to the | |
| | 10 20 | representatives is material that you reviewed; is that | |
| | 10 21 | correct? | |
| | 10 22 | Yes, I would have reviewed it but I didn't have | |
| | 10 23 | final approval. | |
| | 10 24 | So you would take material that would -- who | |
| | 10 25 | would give you this material that you would then give to | |
| | 11 1 | the representatives in the company at Merck? | |
| | 11 2 | The process is fairly thorough. Basically the | |
| | 11 3 | marketing team would be responsible for marketing | |
| | 11 4 | materials so these promotional materials, the marketing | |
| | 11 5 | team would work with various different parts of the | |
| | 11 6 | organization to generate these materials, go through all | |
| | 11 7 | the various processes that they would go through, | |
| | 11 8 | consulting with training, maybe hospital group, the | |
| | 11 9 | managed care team, economic affairs, and they would pull | |
| | 11 10 | together all these materials. | |
| | 11 11 | At that point those materials would go to the | |
| | 11 12 | medical legal board. Medical legal would review the | |
| | 11 13 | material and give final approval on it. Once those | |
| | 11 14 | approvals were done then I would get the materials and put | |
| | 11 15 | together communication out to the field. | |
| 12:2 - 12:5 | | Dunn, James 2005-10-07 | |
| | 12 2 | You had to have material given to you, | |
| | 12 3 | scientific material, data that showed safety factors of | |
| | 12 4 | Vioxx, and then you would take that material and then give | |
| | 12 5 | it to the representatives; is that accurate? | |
| 12:8 - 12:12 | | Dunn, James 2005-10-07 | |

| | | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| | 12 | 8 | THE WITNESS: I would get data and materials | | |
| | 12 | 9 | from other folks and, you know, that process of | | |
| | 12 | 10 | medical legal approval. Then I would get that | | |
| | 12 | 11 | final product. So it would be given to me in the | | |
| | 12 | 12 | final form and I would communicate that out. | | |
| 13:15 - | 13:16 | | Dunn, James 2005-10-07 | | |
| | 13 | 15 | What is the closest thing you would have to a | | |
| | 13 | 16 | sales pitch? | | |
| 13:18 - | 14:11 | | Dunn, James 2005-10-07 | | |
| | 13 | 18 | THE WITNESS: First of all, we don't sales | | |
| | 13 | 19 | pitch. This is very technical data. Basically | | |
| | 13 | 20 | what we ask our representatives to do is to | | |
| | 13 | 21 | present data to physicians, both the benefits of | | |
| | 13 | 22 | the products and the limitations, the safety | | |
| | 13 | 23 | data. | | |
| | 13 | 24 | So there's a balance of information that's | | |
| | 13 | 25 | being discussed with physicians. It's consistent | | |
| | 14 | 1 | with the product circular or the label that the | | |
| | 14 | 2 | FDA approves and it's what the FDA says this is | | |
| | 14 | 3 | an accurate portrait of what this product can and | | |
| | 14 | 4 | can't do. | | |
| | 14 | 5 | So it's not a sales pitch. It is a balanced | | |
| | 14 | 6 | here are the benefits; here's the safety | | |
| | 14 | 7 | information, and at that point the physician will | | |
| | 14 | 8 | take that information in along with | | |
| | 14 | 9 | their other -- you know, with their training. | | |
| | 14 | 10 | It's based on their thought processes what they | | |
| | 14 | 11 | do with that information. | | |
| 238:10 - | 238:14 | | Dunn, James 2005-10-07 | Re: [238:10-238:14] Pltf Obj Rule 401; Rule 403; lack of foundation; improper opinion testimony | |
| | 238 | 10 | I'll tell you what you're looking for. You just | | |
| | 238 | 11 | told me -- you just looked into this camera and you told | | |
| | 238 | 12 | the jury that what you saw this morning showed that Vioxx | | |
| | 238 | 13 | was the same as placebo. That's just what you told this | | |
| | 238 | 14 | camera. | | |
| 238:19 - | 239:6 | | Dunn, James 2005-10-07 | Re: [238:19-239:6] Pltf Obj Rule 401; Rule 403; lack of foundation; improper opinion testimony | Sustained |
| | 238 | 19 | Sir, what I believe you to be asking me for is | | |
| | 238 | 20 | my opinion based on not being a scientist and I'm | | |
| | 238 | 21 | unqualified to respond to a particular study and what a | | |
| | 238 | 22 | single data point means, but I can tell you with the data | | |
| | 238 | 23 | that you showed me this morning with the cardiovascular | | |
| | 238 | 24 | card, with the VIGOR trial that I'm aware of and my | | |
| | 238 | 25 | general knowledge being unscientific -- I'm not even | | |
| | 239 | 1 | qualified. I'm giving my opinion. | | |
| | 239 | 2 | I believe that Vioxx was similar to ibuprofen | | |
| | 239 | 3 | and similar to placebo. I believed it so much, my wife | | |
| | 239 | 4 | took this product chronically, my wife. I took this | | |
| | 239 | 5 | product as well. I believed in the safety of this | | |
| | 239 | 6 | product. | | |
| 242:7 - | 242:9 | | Dunn, James 2005-10-07 | Re: [242:7-242:9] Pltf Obj Rule 401; Rule | |
| | 242 | 7 | Okay. Fine. So what you just said to the jury | | |
| | 242 | 8 | about placebo being comparative to Vioxx was absolutely a | | |

*Sustained*

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 242 | 9 | lie. It was untrue. | 403; lack of foundation; improper opinion testimony | |
| 242:11 - | 243:2 | Dunn, James 2005-10-07 | **Re: [242:11-243:2]** **Pltf Obj** Rule 401; Rule 403; lack of foundation; improper opinion testimony | |
| 242 | 11 | THE WITNESS: Sir, it's absolutely truth. | | |
| 242 | 12 | In fact, the FDA allowed us to put Alzheimer's | | |
| 242 | 13 | data in our label in 2002. | | |
| 242 | 14 | What makes me comfortable with my testimony, | | |
| 242 | 15 | 100 percent confident in my testimony is a number | | |
| 242 | 16 | of different things. Number one is that label | | |
| 242 | 17 | that got reflected in 2002 states the same thing, | | |
| 242 | 18 | that we were comparable to placebo and the | | |
| 242 | 19 | findings are unknown. That's with the FDA, some | | |
| 242 | 20 | of the most brilliant people in this world | | |
| 242 | 21 | looking at that. | | |
| 242 | 22 | The second thing that makes me comfortable | | |
| 242 | 23 | is looking at the full body of this evidence. | | |
| 242 | 24 | You keep coming to one sentence when I'm looking | | |
| 242 | 25 | at all the data, sir, and furthermore, I believe | | |
| 243 | 1 | so much confidently in this product my wife took | | |
| 243 | 2 | this product right up until it was withdrawn. | | |
| 291:7 - | 291:14 | Dunn, James 2005-10-07 | | |
| 291 | 7 | Okay. Good. All right. Now, let me ask you | | |
| 291 | 8 | something. Do you know what the Be The Power is? I know | | |
| 291 | 9 | you've seen this before. You helped create Be The Power, | | |
| 291 | 10 | didn't you? | | |
| 291 | 11 | I'm aware of Be The Power, yes, sir. | | |
| 291 | 12 | Well, you helped create Be The Power, didn't | | |
| 291 | 13 | you? | | |
| 291 | 14 | My team was responsible for it, yes. | | |
| 292:12 - | 292:20 | Dunn, James 2005-10-07 | | |
| 292 | 12 | Well, let's take a look at it. Why don't you -- | | |
| 292 | 13 | section number 3, Be The Power, now, you worked on the | | |
| 292 | 14 | team that put this together; is that right? | | |
| 292 | 15 | Yes, sir. | | |
| 292 | 16 | Can we put that up there when you're ready to | | |
| 292 | 17 | go? What is the V Squad? | | |
| 292 | 18 | Well, this is a fictitious rendition and the | | |
| 292 | 19 | V Squad refers to the actors that are within this DVD. | | |
| 292 | 20 | And you showed this to your sales team; right? | | |
| 292:23 - | 294:9 | Dunn, James 2005-10-07 | | |
| 292 | 23 | THE WITNESS: This was part of the meeting | | |
| 292 | 24 | packet that got sent down to them. It was | | |
| 292 | 25 | optional so they could view it if they wanted to | | |
| 293 | 1 | or they didn't have to view it at all. | | |
| 293 | 2 | BY MR. PAPANTONIO: | | |
| 293 | 3 | But you're trying to tell -- basically this | | |
| 293 | 4 | is -- what you're -- you are providing information in this | | |
| 293 | 5 | thing, aren't you? | | |
| 293 | 6 | No, sir. | | |
| 293 | 7 | There's no information in here? | | |
| 293 | 8 | No, sir. | | |
| 293 | 9 | Let's look at it. Go ahead. | | |
| 293 | 10 | (Whereupon the DVD was played as follows: | | |
| 293 | 11 | "What's going on?" "It's an obstaclizer." | | |

3

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 293 | 12 | "How do we get out of here?" "I don't know.") | | |
| 293 | 13 | BY MR. PAPANTONIO: | | |
| 293 | 14 | What is an obstaclizer? | | |
| 293 | 15 | Once again, it's fictitious. This is based on | | |
| 293 | 16 | futuristic, you know, like Star Trek theme stuff. You can | | |
| 293 | 17 | see the way these people are dressed. Obstaclizer, it's a | | |
| 293 | 18 | fictitious way to, you know -- computer system that they | | |
| 293 | 19 | had in here. So it's all fake, phony stuff that's | | |
| 293 | 20 | futuristic. | | |
| 293 | 21 | So they're talking about an obstaclizer right | | |
| 293 | 22 | here. Let's see what the obstaclizer does. | | |
| 293 | 23 | (Whereupon the DVD was continued as follows: | | |
| 293 | 24 | " -- while we're in here." "What happened?" | | |
| 293 | 25 | "We didn't get a chance to deal with the | | |
| 294 | 1 | obstacles.") | | |
| 294 | 2 | BY MR. PAPANTONIO: | | |
| 294 | 3 | Hold it right there. What are obstacles? | | |
| 294 | 4 | Obstacles tend to be -- in the industry it tends | | |
| 294 | 5 | to be questions that physicians would ask of us. | | |
| 294 | 6 | A physician would ask you a question like will | | |
| 294 | 7 | Vioxx cause cardiovascular events. That would be an | | |
| 294 | 8 | obstacle; correct? | | |
| 294 | 9 | Any question a physician might ask would be. | | |

| 294:20 - | 295:7 | Dunn, James 2005-10-07 | | |
|---|---|---|---|---|
| 294 | 20 | Go ahead with this obstaclizer. | | |
| 294 | 21 | (Whereupon the DVD was continued as follows: | | |
| 294 | 22 | "Send you back in? You're lucky you made it | | |
| 294 | 23 | out. That was a risk you took." "Risk is my | | |
| 294 | 24 | middle name." "Really? It's mine too." "So | | |
| 294 | 25 | send us back in again so we can finish the job." | | |
| 295 | 1 | "Vince, the truth is I don't think you're ready. | | |
| 295 | 2 | You moved slow in there. You've got to handle | | |
| 295 | 3 | obstacles quickly, whether you're in the doctor's | | |
| 295 | 4 | office or in an obstaclizer.") | | |
| 295 | 5 | BY MR. PAPANTONIO: | | |
| 295 | 6 | Hold it. Why do you have to handle obstacles | | |
| 295 | 7 | quickly? | | |

| 295:9 - | 295:19 | Dunn, James 2005-10-07 | | |
|---|---|---|---|---|
| 295 | 9 | THE WITNESS: Well, once again, this is a | | |
| 295 | 10 | fictitious piece here, but we would want our | | |
| 295 | 11 | representatives to be able to give accurate | | |
| 295 | 12 | information to questions physicians would have | | |
| 295 | 13 | for a number of reasons. | | |
| 295 | 14 | Number one, we want them to have that data | | |
| 295 | 15 | because they're asking for it. Number two, it | | |
| 295 | 16 | builds the credibility of the rep. When the rep | | |
| 295 | 17 | is viewed as a resource from the physician, one | | |
| 295 | 18 | of the ways they do that is being able to answer | | |
| 295 | 19 | questions to physicians accurately and quickly. | | |

| 295:21 - | 295:22 | Dunn, James 2005-10-07 | | |
|---|---|---|---|---|
| 295 | 21 | And honestly; right? | | |
| 295 | 22 | All the time; honesty all the time. | | |

| 296:1 - | 296:5 | Dunn, James 2005-10-07 | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 296 | 1 | (Whereupon the DVD was continued as follows: | | |
| 296 | 2 | "Have to make every second count, two | | |
| 296 | 3 | efficacy messages, two GI risk messages, | | |
| 296 | 4 | appropriate balancing information and close." | | |
| 296 | 5 | "We know. We've been in workshops.") | | |
| 296:7 - | 296:16 | Dunn, James 2005-10-07 | Re: [296:7-296:16] Pltf Obj Should include (296:17-297:4) Optional completeness | add ← |
| 296 | 7 | Now, I heard GI information. I heard efficacy | | |
| 296 | 8 | information. I didn't hear anything about CV information | | |
| 296 | 9 | there, cardiovascular information. Did you tell | | |
| 296 | 10 | salespeople not to talk about cardiovascular information | | |
| 296 | 11 | until they were asked by the doctor? | | |
| 296 | 12 | No, sir. In fact, what the statement in there | | |
| 296 | 13 | was was appropriate balanced information. Balanced | | |
| 296 | 14 | information includes the entire product circular safety | | |
| 296 | 15 | profile and we would discuss the cardiovascular profile as | | |
| 296 | 16 | part of that balanced information. | | |
| 296:17 - | 297:4 | Dunn, James 2005-10-07 | Re: [296:17-297:4] Def Obj This counter designation was not timely filed and is not an appropriate completeness designation and should therefore be stricken | Sustained |
| 296 | 17 | I thought this morning we saw an article that | | |
| 296 | 18 | clearly -- a document that you saw -- I saw that said | | |
| 296 | 19 | don't initiate the discussion about CV unless the doctor | | |
| 296 | 20 | does. Didn't we see something? | | |
| 296 | 21 | I think you're inaccurate on that. | | |
| 296 | 22 | I didn't show you a document this morning that | | |
| 296 | 23 | says don't initiate any discussions about VIGOR and CV | | |
| 296 | 24 | unless the doctor asks about it? | | |
| 296 | 25 | I think that was specific to VIGOR, and what I | | |
| 297 | 1 | had responded to you there was that we had other things | | |
| 297 | 2 | that could answer questions for physicians and the fact | | |
| 297 | 3 | that our representatives were walking into offices and | | |
| 297 | 4 | proactively doctors were asking the question as well. | | |
| 297:5 - | 297:11 | Dunn, James 2005-10-07 | | |
| 297 | 5 | Let's see what the obstaclizer does. Go ahead. | | |
| 297 | 6 | (Whereupon the DVD was continued as follows: | | |
| 297 | 7 | "We know the messages." "But you must do | | |
| 297 | 8 | more. You must be the power." "Be the power?" | | |
| 297 | 9 | "Be the power. It's the only way to reach the | | |
| 297 | 10 | full potential of the V Squad. Come on I'll show | | |
| 297 | 11 | you.") | | |
| 298:10 - | 298:13 | Dunn, James 2005-10-07 | | |
| 298 | 10 | So remember, this woman said you must do two | | |
| 298 | 11 | efficacy presentations and two GI presentations? That's | | |
| 298 | 12 | what you told your G -- that's what you told your field | | |
| 298 | 13 | reps to do; right? | | |
| 298:15 - | 298:22 | Dunn, James 2005-10-07 | Re: [298:15-298:22] Pltf Obj: Should include (299:11-13) Optional completeness | ← add |
| 298 | 15 | THE WITNESS: If you look at the training | | |
| 298 | 16 | documents that are associated with this meeting, | | |
| 298 | 17 | there was a specific messaging flow. You're | | |
| 298 | 18 | referring to the flow but also remember that in | | |
| 298 | 19 | all of our discussions and even pointed out that | | |
| 298 | 20 | appropriate balance. So we would have provided | | |
| 298 | 21 | those messages and the appropriate safety | | |

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 298 22 | | information as well. | | |
| 298:25 - | 299:2 | Dunn, James 2005-10-07 | | |
| 298 25 | | again. You very specifically -- field reps were told to | | |
| 299 1 | | make two efficacy presentations, two GI presentations; | | |
| 299 2 | | correct? | | |
| 299:4 - | 299:13 | Dunn, James 2005-10-07 | | |
| 299 4 | | THE WITNESS: I think that they were told to | | |
| 299 5 | | provide the message flow -- that sounds familiar | | |
| 299 6 | | to me -- but also and always to provide | | |
| 299 7 | | appropriate balance. You wouldn't just say say | | |
| 299 8 | | this without the appropriate balance. We always | | |
| 299 9 | | provide appropriate balance. | | |
| 299 10 | | BY MR. PAPANTONIO: | | |
| 299 11 | | So this isn't fictitious. This is what you'd | | |
| 299 12 | | actually tell people to do. | | |
| 299 13 | | No, sir, this is fictitious. | | |
| 299:14 - | 299:25 | Dunn, James 2005-10-07 | | |
| 299 14 | | Two efficacy presentations and two GI | Re: [299:14-299:25] | add |
| 299 15 | | presentations is what we heard. | Pltf Obj: Should include | |
| 299 16 | | Also, you look at the training documents. | (300:5-301:4) | |
| 299 17 | | They'll always provide us per policy that they have to | Optional completeness | |
| 299 18 | | provide the messaging, marketing messaging that we have | | |
| 299 19 | | along with balanced information, so we could give the | | |
| 299 20 | | information that might be the beneficial side of the | | |
| 299 21 | | equation but they would always give the safety information | | |
| 299 22 | | as well. That's part of our policy and it's within the | | |
| 299 23 | | detail pieces. All those detail pieces are already | | |
| 299 24 | | balanced. You have the benefits and the limitations right | | |
| 299 25 | | there in the same page. | | |
| 300:5 - | 301:9 | Dunn, James 2005-10-07 | | |
| 300 5 | | MR. PAPANTONIO: Show the rest of this, | | |
| 300 6 | | please. | | |
| 300 7 | | (Whereupon the DVD was continued as follows: | | |
| 300 8 | | "Are you sure you want to go back in there? | | |
| 300 9 | | It's risky." "It's okay. We have a job to do." | | |
| 300 10 | | "We're the V Squad." "Yes, you are." "Good | | |
| 300 11 | | luck." "Let's see what our favorite obstacles | | |
| 300 12 | | are up to." | | |
| 300 13 | | "Like the - says, I heart generics." "I | | |
| 300 14 | | gotta tell you, the whole Vioxx edema thing, it | | |
| 300 15 | | worries me." "Like the lady said, Vioxx, bad. | | |
| 300 16 | | Celebrex, good." | | |
| 300 17 | | "Ready with the data?" "Let's clean up this | | |
| 300 18 | | place." "Yes." "Hey, generic man, maybe that | | |
| 300 19 | | old prescribing habit could benefit from some new | | |
| 300 20 | | data." "Data." | | |
| 300 21 | | "The risk of hypertension and edema in older | | |
| 300 22 | | OA patients can be reduced by starting with the | | |
| 300 23 | | minimum dose, 12.5 milligrams." "Okay. Okay. | | |
| 300 24 | | So I kind of fudged some of the facts to make | | |
| 300 25 | | Celebrex look better. We can still be friends, | | |
| 301 1 | | can't we?" | | |
| 301 2 | | "Well, that was easier than I thought." | | |

6

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 301 | 3 | "Think again." "I thought we got rid of these |  |  |
| 301 | 4 | guys." "We're back." "That's the thing about |  |  |
| 301 | 5 | obstacles, Vicki. You never run out." "Is |  |  |
| 301 | 6 | ibuprofen a great drug or what?" |  |  |
| 301 | 7 | "Watch out. The obstacles are getting |  |  |
| 301 | 8 | tougher." "You know what to do." "Be the |  |  |
| 301 | 9 | power.") |  |  |
| 301:5 - | 301:9 | Dunn, James 2005-10-07 |  |  |
| 301 | 5 | obstacles, Vicki. You never run out." "Is |  |  |
| 301 | 6 | ibuprofen a great drug or what?" |  |  |
| 301 | 7 | "Watch out. The obstacles are getting |  |  |
| 301 | 8 | tougher." "You know what to do." "Be the |  |  |
| 301 | 9 | power.") |  |  |
| 304:5 - | 304:8 | Dunn, James 2005-10-07 |  |  |
| 304 | 5 | Go ahead with this. |  |  |
| 304 | 6 | (Whereupon the DVD was continued as follows: |  |  |
| 304 | 7 | "They're coming back." We're hitting them |  |  |
| 304 | 8 | with facts. How about --" "Be the power.") |  |  |
| 304:13 - | 305:22 | Dunn, James 2005-10-07 |  |  |
| 304 | 13 | But the truth was you used this as a training |  |  |
| 304 | 14 | mechanism for salespeople; right? |  |  |
| 304 | 15 | That is not true. |  |  |
| 304 | 16 | Well, why did you make it? |  |  |
| 304 | 17 | The reason we made this is the |  |  |
| 304 | 18 | representatives -- there's a district meeting plan. We |  |  |
| 304 | 19 | call it the DMAC, district meeting agenda and content, and |  |  |
| 304 | 20 | that was multiple different training components, modules, |  |  |
| 304 | 21 | and we were training representatives over multiple hours. |  |  |
| 304 | 22 | I think this training day was eight to ten hours long. |  |  |
| 304 | 23 | Consistent with the adult learning model, part |  |  |
| 304 | 24 | of that model is that adults don't learn just from |  |  |
| 304 | 25 | lecture. They need breaks. These video clips were |  |  |
| 305 | 1 | designed not to be a training tool at all, nothing more |  |  |
| 305 | 2 | than a mental break for the representatives so that they |  |  |
| 305 | 3 | could kind of shut down for a little bit and then get |  |  |
| 305 | 4 | reengaged and ready to go on the intense training that we |  |  |
| 305 | 5 | had that are contained in those documents that I referred |  |  |
| 305 | 6 | to. |  |  |
| 305 | 7 | So none of what we just saw is instructional for |  |  |
| 305 | 8 | your salespeople? |  |  |
| 305 | 9 | None of it. |  |  |
| 305 | 10 | There's nothing in there that you hoped to pass |  |  |
| 305 | 11 | on to your salespeople. |  |  |
| 305 | 12 | None of it. |  |  |
| 305 | 13 | Including two efficacy presentations and two GI |  |  |
| 305 | 14 | presentations. |  |  |
| 305 | 15 | The entire video was not meant to pass on |  |  |
| 305 | 16 | anything to the reps. It was meant to give them a mental |  |  |
| 305 | 17 | break. |  |  |
| 305 | 18 | A mental break. |  |  |
| 305 | 19 | Yes, sir. |  |  |
| 305 | 20 | And that was just a mental break for you? Was |  |  |
| 305 | 21 | that a mental break, just watching that, for you? |  |  |
| 305 | 22 | Sir, yes, it was. |  |  |

7

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|
| 306:5 - 306:9   Dunn, James 2005-10-07 | | |
| 306  5   ~~~ | | |
| 306  6   Sir, so one thing you would do as a way to -- at | | |
| 306  7   these sales meetings is you would show them this film | | |
| 306  8   called Be The Power. | | |
| 306  9   It was just for this one meeting. | | |
| | | |
| 306:16 - 308:14   Dunn, James 2005-10-07 | | |
| 306  16   Would you show him, please -- this is number 7. | | |
| 306  17   You didn't create this? | | |
| 306  18   No, sir. | | |
| 306  19   Have you ever seen this before? | | |
| 306  20   Yes, sir, I have. | | |
| 306  21   Where have you seen it? | | |
| 306  22   Within Merck, within the training documents. | | |
| 306  23   Within the training documents? | | |
| 306  24   Yes, sir. | | |
| 306  25   It says dodge ball, Vioxx; do you see that? | | |
| 307  1   Yes, sir, I do. | | |
| 307  2   It says dodge.  Go to the second page.  See | | |
| 307  3   where it says obstacle underneath there?  You can barely | | |
| 307  4   read it.  It says obstacle, though, doesn't it? | | |
| 307  5   Yes, sir.  I just want to point out the | | |
| 307  6   directions are missing on this.  There was directions that | | |
| 307  7   come with this. | | |
| 307  8   Oh, we'll get you the directions.  I don't know | | |
| 307  9   that we'll have time to play dodge ball here today but I | | |
| 307  10   want the jury to see it. | | |
| 307  11   Okay.  Good. | | |
| 307  12   So dodge ball -- the first thing -- one of the | | |
| 307  13   dodge ball's questions is it's an obstacle.  I am | | |
| 307  14   concerned with the potential edema that occurs with Vioxx; | | |
| 307  15   right? | | |
| 307  16   Yes, sir. | | |
| 307  17   And then this is in your dodge ball package. | | |
| 307  18   How would the dodge ball response be for that? | | |
| 307  19   We had responses that were approved through the | | |
| 307  20   process that I talked about that we would send out, and | | |
| 307  21   what we were trying to get done here is have the | | |
| 307  22   representatives memorize that response that we had gotten | | |
| 307  23   approved so that they could answer this question.  In | | |
| 307  24   general the answer to this question would be to go into | | |
| 307  25   the product circular.  But there are specific wordings. | | |
| 308  1   We were trying to utilize this game to help the | | |
| 308  2   representatives memorize that answer so they could answer | | |
| 308  3   the question to physicians. | | |
| 308  4   So why would you call it dodge ball? | | |
| 308  5   Well, personally I think it's a poor choice of | | |
| 308  6   words because it's not accurately portraying what we're | | |
| 308  7   doing.  I don't know why they called it dodge ball. | | |
| 308  8   Well, dodge ball means to dodge, doesn't it, get | | |
| 308  9   out of the way; right? | | |
| 308  10   Yes, sir. | | |
| 308  11   And one thing you would actually have, you'd | | |
| 308  12   have actual training sessions where you would teach field | | |
| 308  13   representatives how to avoid answering the questions the | | |
| 308  14   doctors ask; right? | | |

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 309:9 - | 309:10 | Dunn, James 2005-10-07 |  |  |
| 308 | 19 | You would do that. |  |  |
| 308 | 20 | No, sir. |  |  |
| 308 | 21 | Well, isn't this what they're doing here? Isn't |  |  |
| 308 | 22 | this designed to dodge questions? |  |  |
| 308 | 23 | No, sir, not at all, just the opposite. |  |  |
| 308 | 24 | Obstacles? |  |  |
| 308 | 25 | Sir, having them -- we're utilizing the game for |  |  |
| 309 | 1 | them to memorize the answer. We're asking the question |  |  |
| 309 | 2 | here how would you respond. That's the purpose of this |  |  |
| 309 | 3 | game. |  |  |
| 309 | 4 | It's once again a part of the adult learning |  |  |
| 309 | 5 | model process that -- adults learn in various ways, not |  |  |
| 309 | 6 | just lecturing to them, writing up on the chalkboard, but |  |  |
| 309 | 7 | this game format is another way to help them memorize |  |  |
| 309 | 8 | instead of just receiving the bulletin with the answer but |  |  |
| 309 | 9 | this game was utilized to help them memorize the answer so |  |  |
| 309 | 10 | that they could give the answer to physicians. |  |  |
| 322:15 - | 330:8 | Dunn, James 2005-10-07 | Re: [322:15-330:18] PItf Obj Should include (296:17-297:4) Designated at 33:9-13 | C— add |
| 322 | 15 | Now, based on your experience in the |  |  |
| 322 | 16 | pharmaceutical industry for 14 or 15 years, have you |  |  |
| 322 | 17 | developed an understanding of how Merck communicates |  |  |
| 322 | 18 | information about its products? |  |  |
| 322 | 19 | Yes, sir. I've had a number of different |  |  |
| 322 | 20 | positions directly involved in that. |  |  |
| 322 | 21 | Can you name some of the different ways you're |  |  |
| 322 | 22 | aware of that Merck communicates information about its |  |  |
| 322 | 23 | products? I'm going to try to write them down as you |  |  |
| 322 | 24 | mention them so bear with me. |  |  |
| 322 | 25 | Sure. First we would communicate to the Federal |  |  |
| 323 | 1 | Food and Drug Administration so the FDA would be one of |  |  |
| 323 | 2 | the folks that we would communicate data around. |  |  |
| 323 | 3 | Okay. The FDA. How's that look? Did I get |  |  |
| 323 | 4 | that? Look at that. I spelled it right. |  |  |
| 323 | 5 | Yeah, it looks good. |  |  |
| 323 | 6 | Okay. |  |  |
| 323 | 7 | Another place we would communicate through would |  |  |
| 323 | 8 | be public affairs so out to the media, you know, |  |  |
| 323 | 9 | television, newspaper and Internetwise, so the media would |  |  |
| 323 | 10 | be a second place that we would communicate out |  |  |
| 323 | 11 | information. |  |  |
| 323 | 12 | Okay. Media. What other ways are there that |  |  |
| 323 | 13 | Merck communicates information about its products? |  |  |
| 323 | 14 | Scientific conventions or forums that -- and |  |  |
| 323 | 15 | this is throughout the world, so scientific conventions. |  |  |
| 323 | 16 | All right. Let's say scientific conventions. |  |  |
| 323 | 17 | All right. Are there any other ways that Merck |  |  |
| 323 | 18 | communicates information about its products? |  |  |
| 323 | 19 | Yes, sir; through medical journals. We would |  |  |
| 323 | 20 | publish studies in medical journals. |  |  |
| 323 | 21 | All right. Any other ways you're familiar with? |  |  |
| 323 | 22 | We would do it through some other channels as |  |  |
| 323 | 23 | well, the FDA, scientific, media, the representatives. We |  |  |
| 323 | 24 | could do it through representatives. |  |  |
| 323 | 25 | Okay. |  |  |

|   |   |   | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 324 | 1 | We also have a resource at Merck, professional | | |
| 324 | 2 | information request, that representatives could at least | | |
| 324 | 3 | mail the information to physicians. | | |
| 324 | 4 | Now, is there an acronym for professional | | |
| 324 | 5 | information request? Because there's a lot of letters | | |
| 324 | 6 | there. | | |
| 324 | 7 | PIR. | | |
| 324 | 8 | PIR. We've heard a little bit about PIR in your | | |
| 324 | 9 | examination by Mr. Papantonio. Can you tell us what a PIR | | |
| 324 | 10 | is? | | |
| 324 | 11 | Yes. A PIR is a professional information | | |
| 324 | 12 | request. A physician might request information that a | | |
| 324 | 13 | representative could not answer directly but the | | |
| 324 | 14 | representative has a mechanism to still get this | | |
| 324 | 15 | information to them, not verbally but through the mail or | | |
| 324 | 16 | fax, and the representative would take the question from | | |
| 324 | 17 | the physician and submit it into the company to have that | | |
| 324 | 18 | information sent to the physician. | | |
| 324 | 19 | There's a department back there called MEDSA | | |
| 324 | 20 | that is manned by scientists and physicians and health | | |
| 324 | 21 | care professionals that would have access to information | | |
| 324 | 22 | that our reps would not and that would put this | | |
| 324 | 23 | information together to get it out to physicians. | | |
| 324 | 24 | Okay. So the PIR is another way by which Merck | | |
| 324 | 25 | communicates information to physicians. | | |
| 325 | 1 | Yes. | | |
| 325 | 2 | Are there any other ways that you're familiar | | |
| 325 | 3 | with? | | |
| 325 | 4 | We have something called the National Service | | |
| 325 | 5 | Center, NSC. Physicians have a 1-800 number that they can | | |
| 325 | 6 | call at any time. They can call into the National Service | | |
| 325 | 7 | Center with input into the company as well as ask it a | | |
| 325 | 8 | question, and they can actually get live on the phone one | | |
| 325 | 9 | of the folks I mentioned, the MEDSA folks, scientists and | | |
| 325 | 10 | other health care professionals. They can have live | | |
| 325 | 11 | conversation within the company around that. | | |
| 325 | 12 | Any other methods you're aware of at the moment? | | |
| 325 | 13 | I think that summarizes it. | | |
| 325 | 14 | Let's talk a little bit about the | | |
| 325 | 15 | representatives, Mr. Dunn. Can you explain to the jury | | |
| 325 | 16 | what a Merck professional representative does? | | |
| 325 | 17 | Yes. Our professional representatives are | | |
| 325 | 18 | trained up extensively to go out and represent Merck and | | |
| 325 | 19 | the product in therapeutic areas that they have | | |
| 325 | 20 | responsibility for so they would get training in a | | |
| 325 | 21 | particular area. | | |
| 325 | 22 | They're governed by our policy and by the FDA | | |
| 325 | 23 | regulations and they basically would go out to physicians. | | |
| 325 | 24 | They might have anywhere from a hundred to two hundred | | |
| 325 | 25 | physicians in a geographic area that they have | | |
| 326 | 1 | responsibility for. | | |
| 326 | 2 | And their job is to provide information that is | | |
| 326 | 3 | within the product label or the piece of paper that gets | | |
| 326 | 4 | put in the sample box. When you get a sample from a | | |
| 326 | 5 | physician's office there's a label, a product insert, a | | |
| 326 | 6 | product circular. That product insert governs what the | | |
| 326 | 7 | representative can say. | | |

|   |   |   | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 326 | 8 | And when they're providing that information they | | |
| 326 | 9 | would do it in what we call a balanced fashion. What a | | |
| 326 | 10 | balanced fashion means is they're going to go in and talk | | |
| 326 | 11 | about the benefits, how well the product works and a | | |
| 326 | 12 | particular product type and that it would work well here | | |
| 326 | 13 | to a physician. | | |
| 326 | 14 | At the same time they're balancing that by | | |
| 326 | 15 | discussing the contraindications, warnings, precautions, | | |
| 326 | 16 | adverse events. Basically all the safety information, | | |
| 326 | 17 | they would be providing that in a balanced fashion. | | |
| 326 | 18 | So they're not just going in and talking about | | |
| 326 | 19 | hey, the drug works well here. They would talk and say | | |
| 326 | 20 | here's the efficacy data, how it works, and they would at | | |
| 326 | 21 | the same time provide the safety information on every | | |
| 326 | 22 | single call. | | |
| 326 | 23 | When you say call, just so the jury understands | | |
| 326 | 24 | what these representatives are doing, what does a call | | |
| 326 | 25 | mean? What is that? | | |
| 327 | 1 | Representatives have responsibility for these | | |
| 327 | 2 | hundred to two hundred people and they're all in what we | | |
| 327 | 3 | call a routing. Typically it's a three to four week | | |
| 327 | 4 | routing and they try to get around to each of the | | |
| 327 | 5 | physicians in their territory, and a call would be going | | |
| 327 | 6 | to their office typically and trying to get some time with | | |
| 327 | 7 | the physician to sit down and discuss the product. | | |
| 327 | 8 | Sometimes they get time with the physician. Sometimes | | |
| 327 | 9 | they get a lot of time with the physician. Sometimes they | | |
| 327 | 10 | are asked to come back later. | | |
| 327 | 11 | In addition to calling on physicians, did the | | |
| 327 | 12 | representatives have any other responsibilities? | | |
| 327 | 13 | Yes. They have sampling responsibilities. | | |
| 327 | 14 | Typically a representative might have samples for the | | |
| 327 | 15 | products they have responsibility for and upon request | | |
| 327 | 16 | from the physician they certainly would provide samples to | | |
| 327 | 17 | the physicians so that they could use that in trial with | | |
| 327 | 18 | patients so a patient could free of charge, you know, use | | |
| 327 | 19 | that product to see if it's going to work for them or not. | | |
| 327 | 20 | They also provide medical education to the | | |
| 327 | 21 | medical community through various different mechanisms. | | |
| 327 | 22 | Okay. And do the -- is there any training that | | |
| 327 | 23 | is done for the professional representatives by Merck? | | |
| 327 | 24 | Oh, a lot of training. | | |
| 327 | 25 | Can you just tell us a little bit about what | | |
| 328 | 1 | training a professional representative undergoes at Merck. | | |
| 328 | 2 | Sure. The training at Merck really is divided | | |
| 328 | 3 | up into two buckets. I'll call it the initial training | | |
| 328 | 4 | when they're first hired by the company, and that's an | | |
| 328 | 5 | eight to ten-week long course, and then the other bucket | | |
| 328 | 6 | of training, I would say, is ongoing while they're | | |
| 328 | 7 | employed at Merck and it just never ends. That's why I'm | | |
| 328 | 8 | saying it's so extensive. Once you're trained up you're | | |
| 328 | 9 | not trained up. You continually get trained up. | | |
| 328 | 10 | In this first bucket, this eight to ten week | | |
| 328 | 11 | when a representative joins the company the standards are | | |
| 328 | 12 | quite high. They take many, many examinations during this | | |
| 328 | 13 | time period. Some of the examinations would be on | | |
| 328 | 14 | pharmacology, meaning how do drugs work, anatomy, the | | |

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 328 | 15 | organs within the body, physiology, how does the body |  |  |
| 328 | 16 | work. |  |  |
| 328 | 17 | They would take product exams, which would be on |  |  |
| 328 | 18 | the particular product they're going to have |  |  |
| 328 | 19 | responsibility for, and they would take exams on the |  |  |
| 328 | 20 | actual FDA-approved label. They're getting tested to make |  |  |
| 328 | 21 | sure they understand that label. |  |  |
| 328 | 22 | They get policy examinations so that they're |  |  |
| 328 | 23 | clearly making sure they understand how they're conducting |  |  |
| 328 | 24 | themselves. All these exams -- also the standard at Merck |  |  |
| 328 | 25 | is you either get an A or it's a failure. So you get 90 |  |  |
| 329 | 1 | percent or greater. Anything below a 90 is considered |  |  |
| 329 | 2 | failed and you either have to redo the test or ultimately |  |  |
| 329 | 3 | you don't pass that. |  |  |
| 329 | 4 | They get a lot of training. They get car driver |  |  |
| 329 | 5 | training to make sure they can drive safely. They get |  |  |
| 329 | 6 | ethics training based on how the company wants them to |  |  |
| 329 | 7 | conduct themselves, and that's contained within our |  |  |
| 329 | 8 | policies and something called values and standards as |  |  |
| 329 | 9 | well. So this training, you can see it's very |  |  |
| 329 | 10 | comprehensive. |  |  |
| 329 | 11 | At that point when they've gone through all |  |  |
| 329 | 12 | that, the next thing they have to do is sit down with |  |  |
| 329 | 13 | their business manager. The person that basically hired |  |  |
| 329 | 14 | them into the company will sit down with them and they'll |  |  |
| 329 | 15 | take an oral examination, and the manager is going to test |  |  |
| 329 | 16 | them on any of the topics that I just covered and make |  |  |
| 329 | 17 | sure through an oral type of examination that the |  |  |
| 329 | 18 | representative knows what they're doing. |  |  |
| 329 | 19 | At that point the manager can say okay, I think |  |  |
| 329 | 20 | you're ready to go out and start representing Merck and |  |  |
| 329 | 21 | the products that you have out to the physicians that |  |  |
| 329 | 22 | you'll have responsibility for, and that's when you come |  |  |
| 329 | 23 | into the second bucket of training. |  |  |
| 329 | 24 | And what I mean by that is the training is |  |  |
| 329 | 25 | nonstop. As an example, the manager will ride with the |  |  |
| 330 | 1 | representative once or twice a month, and the manager's |  |  |
| 330 | 2 | there to make sure that they understand the information, |  |  |
| 330 | 3 | that they're complying with policy, that they can answer a |  |  |
| 330 | 4 | physician's questions directly, honestly, truthfully and |  |  |
| 330 | 5 | as quick as they can so that the physician's satisfied |  |  |
| 330 | 6 | with the information. So that occurs every single month. |  |  |
| 330 | 7 | The manager will also conduct about once a |  |  |
| 330 | 8 | quarter -- |  |  |

| 330:16 - | 331:23 | Dunn, James 2005-10-07 |  |  |
|---|---|---|---|---|
| 330 | 16 | Also the manager conducts routinely about once a |  |  |
| 330 | 17 | quarter -- once every three months they'll have a district |  |  |
| 330 | 18 | meeting. And what I mean by that is pull the entire team |  |  |
| 330 | 19 | of representatives this manager has responsibility for and |  |  |
| 330 | 20 | they'll have a meeting, and that meeting is training in |  |  |
| 330 | 21 | nature and they review lots of different things. |  |  |
| 330 | 22 | They're reviewing the products. They're doing |  |  |
| 330 | 23 | games to understand that information. They're doing |  |  |
| 330 | 24 | multiple different formats to understand the information. |  |  |
| 330 | 25 | So that occurs three to four times a year, maybe sometimes |  |  |
| 331 | 1 | even five times a year depending on the product. |  |  |

12

| | | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| | 331 | 2 | And you had mentioned the product. Is there any | | |
| | 331 | 3 | training on the products themselves? For example, is | | |
| | 331 | 4 | there any training on Vioxx for the representatives who | | |
| | 331 | 5 | had responsibility for Vioxx? | | |
| | 331 | 6 | Absolutely. | | |
| | 331 | 7 | Can you tell us about what topics the | | |
| | 331 | 8 | representatives were trained on Vioxx? | | |
| | 331 | 9 | Sure. Prior to Vioxx coming to market, months | | |
| | 331 | 10 | ahead of time before Vioxx got approved the | | |
| | 331 | 11 | representatives were trained up on all the background | | |
| | 331 | 12 | information. | | |
| | 331 | 13 | This was a new disease entity. We were talking | | |
| | 331 | 14 | about osteoarthritis and acute pain. We didn't have a | | |
| | 331 | 15 | product like that in the marketplace and we needed to | | |
| | 331 | 16 | train our representatives up on a totally new disease | | |
| | 331 | 17 | area, new types of physicians. | | |
| | 331 | 18 | We were not calling on orthopedic surgeons so | | |
| | 331 | 19 | they had to have training around what an orthopedic | | |
| | 331 | 20 | surgeon is, how they operate on a daily basis. So they | | |
| | 331 | 21 | have training there and also the physiology and some of | | |
| | 331 | 22 | the alternatives that physicians may consider for | | |
| | 331 | 23 | treatment of pain and osteoarthritis. | | |
| 331:24 - | 332:7 | | Dunn, James 2005-10-07 | | |
| | 331 | 24 | Before I take this list away, can you tell the | Re: [331:24-332:3] Pltf Obj Cumulative | Overruled |
| | 331 | 25 | ladies and gentlemen of the jury are the representatives | | |
| | 332 | 1 | the only source of information for physicians? | | |
| | 332 | 2 | Well, I mean, clearly not. They're one source | | |
| | 332 | 3 | of information and there's multiple channels there. | | |
| | 332 | 4 | Okay. And are there -- you mentioned Merck | | |
| | 332 | 5 | policies. Are there Merck policies that govern the | | |
| | 332 | 6 | interactions of a Merck representative with a physician? | | |
| | 332 | 7 | Absolutely. | | |
| 332:17 - | 332:22 | | Dunn, James 2005-10-07 | | |
| | 332 | 17 | I'll ask that you identify that for the jury, | | |
| | 332 | 18 | Mr. Dunn. | | |
| | 332 | 19 | Yes. This is some of the policies that you were | | |
| | 332 | 20 | just referring to that govern how a representative is to | | |
| | 332 | 21 | conduct themselves when discussing our products with | | |
| | 332 | 22 | health care professionals. | | |
| 333:10 - | 333:10 | | Dunn, James 2005-10-07 | Re: [333:10-333:10] Plt Obj Should include (333:11-13) Optional completeness | add |
| | 333 | 10 | Thank you. Now, if you could read Section 1 -- | | |
| 333:11 - | 333:13 | | Dunn, James 2005-10-07 | Re: [333:11-333:13] Def Obj This counter designation was not timely filed and is not an appropriate completeness designation and should therefore be stricken | |
| | 333 | 11 | I might stop you from time to time to explain something, | | |
| | 333 | 12 | to define some of the terms that are used there but go | | |
| | 333 | 13 | ahead, please. | | |
| 333:14 - | 333:21 | | Dunn, James 2005-10-07 | Re: [333:14-333:21] Pltf Obj Should include (333:22-334:7) Optional completeness | |
| | 333 | 14 | "Section number 1, physicians, pharmacists and | | |
| | 333 | 15 | other health care professionals should receive complete | | |
| | 333 | 16 | and accurate information about U.S. Human Health products | | |
| | 333 | 17 | as is appropriate to their role in health care delivery. | | |
| | 333 | 18 | Professional representatives will discuss product | | |
| | 333 | 19 | information in strict conformance with the labeling that | | |

13

|  |  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| 333 | 20 |  | has been approved or permitted by the Food and Drug |  |  |
| 333 | 21 |  | Administration." |  |  |
| 333:22 | - | 334:7 | Dunn, James 2005-10-07 | Re: [333:22-334:7] Def Obj This counter designation was not timely filed and is not an appropriate completeness designation and should therefore be stricken | Overruled |
| 333 | 22 |  | Now, let me stop you there, Mr. Dunn, and ask |  |  |
| 333 | 23 |  | you what the labeling that has been approved or permitted |  |  |
| 333 | 24 |  | by the Food and Drug Administration, what that's a |  |  |
| 333 | 25 |  | reference to. |  |  |
| 334 | 1 |  | That's a reference to that piece of paper I was |  |  |
| 334 | 2 |  | talking about that's in the product sample. When a |  |  |
| 334 | 3 |  | patient gets that sample there's a piece of paper in there |  |  |
| 334 | 4 |  | that's folded up and that's the document the FDA is saying |  |  |
| 334 | 5 |  | this is the safe, accurate and truthful representation of |  |  |
| 334 | 6 |  | this product and this is what a physician should be |  |  |
| 334 | 7 |  | considering when writing this product. |  |  |
| 334:22 | - | 335:15 | Dunn, James 2005-10-07 |  |  |
| 334 | 22 |  | And can you explain to the jury what it means |  |  |
| 334 | 23 |  | that representatives will discuss product information in |  |  |
| 334 | 24 |  | strict conformance with the labeling. What's that mean? |  |  |
| 334 | 25 |  | What that means is the representative, when |  |  |
| 335 | 1 |  | they're having a discussion with a physician, that the |  |  |
| 335 | 2 |  | label itself, that piece of paper is governing what they |  |  |
| 335 | 3 |  | can and cannot say. |  |  |
| 335 | 4 |  | As an example, if a physician asks a question |  |  |
| 335 | 5 |  | about the use of a product that the FDA has not indicated |  |  |
| 335 | 6 |  | the product to be used for, a representative wouldn't talk |  |  |
| 335 | 7 |  | about that. They would talk about that piece of paper and |  |  |
| 335 | 8 |  | everything in it but not indications that the product has |  |  |
| 335 | 9 |  | not been indicated for. |  |  |
| 335 | 10 |  | And is that a Merck-only requirement, that |  |  |
| 335 | 11 |  | representatives or field-based personnel are limited to |  |  |
| 335 | 12 |  | the product circular? |  |  |
| 335 | 13 |  | No, sir. That's the FDA regulation that governs |  |  |
| 335 | 14 |  | the pharmaceutical industry. Every single company in the |  |  |
| 335 | 15 |  | pharmaceutical industry has to adhere to that. |  |  |
| 337:13 | - | 337:24 | Dunn, James 2005-10-07 | Re: [337:13-337:24] Plt Obj Should include (338:6-14) Optional completeness | add |
| 337 | 13 |  | Are there any mechanisms at Merck to communicate |  |  |
| 337 | 14 |  | to physicians information that is not within the FDA |  |  |
| 337 | 15 |  | product labeling? |  |  |
| 337 | 16 |  | Yes, sir, there is. |  |  |
| 337 | 17 |  | Can you explain to the jury how that occurs? |  |  |
| 337 | 18 |  | There's a number of different ways that can |  |  |
| 337 | 19 |  | occur. If the representative gets asked something that |  |  |
| 337 | 20 |  | they know they can't answer, they would submit that PIR |  |  |
| 337 | 21 |  | that I talked about earlier, the professional information |  |  |
| 337 | 22 |  | request. That information that can get sent back to the |  |  |
| 337 | 23 |  | doctor directly from the company can contain information |  |  |
| 337 | 24 |  | that's not within that product circular. |  |  |
| 338:6 | - | 338:14 | Dunn, James 2005-10-07 | Re: [338:6-338:14] Def Obj This counter designation was not timely filed and is not an appropriate | Overruled |
| 338 | 6 |  | Are there any other ways that Merck can |  |  |
| 338 | 7 |  | communicate to physicians information that's not within |  |  |
| 338 | 8 |  | the label? |  |  |
| 338 | 9 |  | Some of the scientific conventions, we do give |  |  |
| 338 | 10 |  | grants for CME and medical education under that forum and |  |  |

14

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 338 | 11 | often in those types of arenas off label or inconsistent | completeness designation and should therefore be stricken | |
| 338 | 12 | information with the label is discussed quite a bit | | |
| 338 | 13 | because those are the forward-thinking bodies that doctors | | |
| 338 | 14 | tend to go to for this type of information. | | |

338:15 - 341:10   Dunn, James 2005-10-07

| | | | | |
|---|---|---|---|---|
| 338 | 15 | Can you read section 2, please, to the jury. | | |
| 338 | 16 | Yes. "During product discussions | | |
| 338 | 17 | contraindications, warnings, precautions, adverse | | |
| 338 | 18 | reactions, dosage and administration as well as benefits | | |
| 338 | 19 | and usefulness should be discussed according to the | | |
| 338 | 20 | physician's knowledge of the product. Professional | | |
| 338 | 21 | representatives must always provide fair balance in their | | |
| 338 | 22 | communications with physicians." | | |
| 338 | 23 | Can you please explain to the jury what fair | | |
| 338 | 24 | balance means? | | |
| 338 | 25 | Sure. The part of this introductory paragraph | | |
| 339 | 1 | here talks about contraindications, warnings, precautions, | | |
| 339 | 2 | adverse events, dosage and administration. That safety | | |
| 339 | 3 | information is the balanced information that we're talking | | |
| 339 | 4 | about. | | |
| 339 | 5 | So a representative, when we say a balanced | | |
| 339 | 6 | discussion, is obligated to go in -- they're going to talk | | |
| 339 | 7 | about the benefits of the product, where it can be used, | | |
| 339 | 8 | but they're obligated by our policy to also discuss the | | |
| 339 | 9 | safety information as well of the product, all the safety | | |
| 339 | 10 | information that's within that label. | | |
| 339 | 11 | Why would Merck require its representatives to | | |
| 339 | 12 | discuss safety information with physicians? | | |
| 339 | 13 | Well, for a number of reasons. Number one, we | | |
| 339 | 14 | want to be known as an ethical company and it's -- the | | |
| 339 | 15 | right thing to do is for us to make sure that physicians | | |
| 339 | 16 | understand both ends of the spectrum of the product, where | | |
| 339 | 17 | it can be used well and also the safety information. | | |
| 339 | 18 | Another reason why it's important to give that | | |
| 339 | 19 | safety information is that if a physician clearly has a | | |
| 339 | 20 | good understanding of the product, they're going to find | | |
| 339 | 21 | the appropriate patients for the product. And we believe | | |
| 339 | 22 | that if they have both parts of that equation, both parts | | |
| 339 | 23 | of that information on this balanced scale, so to speak, | | |
| 339 | 24 | that they're going to feel comfortable using it in certain | | |
| 339 | 25 | patients and would find, you know, patients that would | | |
| 340 | 1 | benefit from Merck products. | | |
| 340 | 2 | And does the company take any steps to ensure | | |
| 340 | 3 | that its representatives discuss safety information in | | |
| 340 | 4 | their discussions with health care professionals? | | |
| 340 | 5 | Absolutely, a number of different steps. | | |
| 340 | 6 | Can you tell us what they are? | | |
| 340 | 7 | The information that the representative gets, | | |
| 340 | 8 | meaning the detail piece, which is kind of like a | | |
| 340 | 9 | brochure, most of them are about this size and they're | | |
| 340 | 10 | multiple pages long. | | |
| 340 | 11 | Each one of those pages when they're presenting | | |
| 340 | 12 | data -- so they're presenting the beneficial side of the | | |
| 340 | 13 | product. Right on the same page or on the same spread, | | |
| 340 | 14 | the spread meaning two pages that are side by side, we | | |
| 340 | 15 | always have safety information right by that. It's | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 340 | 16 | contained in every one of the promotional pieces that we | | |
| 340 | 17 | send out. | | |
| 340 | 18 | In fact, even when we utilize what we call a | | |
| 340 | 19 | reprint -- and that would be a study that was published in | | |
| 340 | 20 | the scientific journal -- there's balance information that | | |
| 340 | 21 | gets put on top of that journal article and the | | |
| 340 | 22 | representative -- it's right there for them to use. So | | |
| 340 | 23 | the resources themselves have all the balance information | | |
| 340 | 24 | in it. | | |
| 340 | 25 | Secondly, on every discussion we read previously | | |
| 341 | 1 | that a representative is to offer a product circular or | | |
| 341 | 2 | that label or the product insert, the FDA-approved | | |
| 341 | 3 | document -- they are to offer that to a physician on every | | |
| 341 | 4 | single time that they discuss the product, so that's | | |
| 341 | 5 | another way they do it. | | |
| 341 | 6 | The next way that we ensure that that's being | | |
| 341 | 7 | done is the manager riding with them and directly | | |
| 341 | 8 | observing. Part of what we call as a field trip report, | | |
| 341 | 9 | they make sure that the representative is providing what | | |
| 341 | 10 | we call fair balance on every single discussion. | | |
| 342:20 - | 343:4 | Dunn, James 2005-10-07 | | |
| 342 | 20 | And in addition to communicating approved | | |
| 342 | 21 | material to the field, is there any other body that gets | | |
| 342 | 22 | the approved materials? | | |
| 342 | 23 | Yes, at Merck, and this is different. Most -- I | Re: [342:23-342:25] Pltf Obj Lack of foundation | Overruled |
| 342 | 24 | wouldn't say most. Other companies within the | | |
| 342 | 25 | pharmaceutical industry I'm aware don't do this routinely. | | |
| 343 | 1 | Every single detail piece, that brochure I was | | |
| 343 | 2 | talking about -- we have sent down every single detail | | |
| 343 | 3 | piece to the FDA for their review, and it's part of our | | |
| 343 | 4 | formal process to send all those pieces down. | | |
| 345:25 - | 347:1 | Dunn, James 2005-10-07 | | |
| 345 | 25 | And is that important to Merck that its | Re: [345:25-346:22] Pltf Obj Rule 403; lack of foundation | Overruled |
| 346 | 1 | professional representatives communicate honestly with | | |
| 346 | 2 | health care professionals? | | |
| 346 | 3 | It's vital. It's the core of what we believe | | |
| 346 | 4 | in. | | |
| 346 | 5 | Can you tell the jury why? | | |
| 346 | 6 | Sir, when you're discussing medical information | | |
| 346 | 7 | and medical products with physicians there's a patient at | | |
| 346 | 8 | the end taking that product and we want to make sure that | | |
| 346 | 9 | physicians have as much information as appropriately so | | |
| 346 | 10 | that they can make informed appropriate decisions based on | | |
| 346 | 11 | their experience. And we feel a true obligation to the | | |
| 346 | 12 | patient and to make sure that we have truthful, accurate | | |
| 346 | 13 | information being presented to physicians and through all | | |
| 346 | 14 | of our communication channels, not just the representative | | |
| 346 | 15 | but all of them. | | |
| 346 | 16 | And does your desire to provide true and | | |
| 346 | 17 | accurate information to physicians extend to answering | | |
| 346 | 18 | questions to physicians? | | |
| 346 | 19 | Always. It doesn't matter whether we're doing | | |
| 346 | 20 | the talking or the physician asks a question. I'm | | |
| 346 | 21 | assuming you're asking about a physician. We always | | |
| 346 | 22 | answer truthfully and want them to have the information. | | |

16

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 346 | 23 | At the end of your examination by Mr. Papantonio | | |
| 346 | 24 | he showed you an exhibit entitled Dodge Ball. Do you have | | |
| 346 | 25 | that in front of you? | | |
| 347 | 1 | No, sir. I've got a new one. | | |
| 347:2 | - 350:11 | Dunn, James 2005-10-07 | Re: [347:2-350:11] Pltf Obj (345:25-346:22) Rule 403; lack of foundation | *overruled* |
| 347 | 2 | And can you tell the jury, did you train -- did | | |
| 347 | 3 | you or Merck train its representatives to avoid or dodge | | |
| 347 | 4 | questions from physicians? | | |
| 347 | 5 | Never. We never did that. That's not what | | |
| 347 | 6 | we're in. We want to make sure physicians have answers to | | |
| 347 | 7 | questions. That's what we want them to have. At the end | | |
| 347 | 8 | it benefits us if they have the information so why would | | |
| 347 | 9 | we dodge it? We want them to have the information. | | |
| 347 | 10 | Even if the questions are -- the answers involve | | |
| 347 | 11 | safety information? | | |
| 347 | 12 | Sir, part of our presentation to physicians, | | |
| 347 | 13 | we're proactively talking about that safety information. | | |
| 347 | 14 | Physicians routinely have safety questions. They ask | | |
| 347 | 15 | safety questions my experience is very frequently and we | | |
| 347 | 16 | want to make sure that they understand that information. | | |
| 347 | 17 | Can you tell the jury what this dodge ball | | |
| 347 | 18 | exercise is? While you do that let me provide to you | | |
| 347 | 19 | another document and ask you to identify that document. | | |
| 347 | 20 | That we'll mark as Dunn Defendant Exhibit 3. | | |
| 347 | 21 | (Dunn Defendant's Exhibit Number 3 | | |
| 347 | 22 | was marked for identification.) | | |
| 347 | 23 | Well, the two documents I have in front of me, | | |
| 347 | 24 | one is the actual game. The other is the basic training | | |
| 347 | 25 | leader's guide, and this leader's guide basically points | | |
| 348 | 1 | out what the rules of the game are. | | |
| 348 | 2 | Once again, the game is designed with the adult | | |
| 348 | 3 | learning model in mind and that states that adults like to | | |
| 348 | 4 | learn in multiple different ways, that the old -- just | | |
| 348 | 5 | someone up there writing on a chalkboard is not as | | |
| 348 | 6 | effective as engaging people, especially when it comes to | | |
| 348 | 7 | memorization. We have to engage them in different ways. | | |
| 348 | 8 | So this game right here, dodge ball, was | | |
| 348 | 9 | designed to help our representatives memorize answers to | | |
| 348 | 10 | questions. And the rules are contained right here in this | | |
| 348 | 11 | document that is entitled Selling Clinics Basic Training | | |
| 348 | 12 | Leaders Guide, are contained in this document. | | |
| 348 | 13 | And can you just briefly summarize the rules of | | |
| 348 | 14 | this dodge ball game for the jury? | | |
| 348 | 15 | You bet. The rules are stated right here on | | |
| 348 | 16 | page 7. Basically the rules of the game are -- you know, | | |
| 348 | 17 | the outcome is we want representatives to memorize. And | | |
| 348 | 18 | there's a deck of cards. | | |
| 348 | 19 | In this exhibit here, the one entitled dodge | | |
| 348 | 20 | ball, these are cards. They're bigger than decks of cards | | |
| 348 | 21 | that you're used to playing cards with. They're bigger | | |
| 348 | 22 | than that but they're still a deck of cards. | | |
| 348 | 23 | And the rules of the game basically is a | | |
| 348 | 24 | representative -- you're going to be in maybe a semicircle | | |
| 348 | 25 | group of representatives and a representative will pull a | | |
| 349 | 1 | card, one of these cards from the deck and there's a | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 349 | 2 | question on it.  They will read the question to the group | | |
| 349 | 3 | and the trainer will ask them to answer the question for | | |
| 349 | 4 | the group. | | |
| 349 | 5 | If they answer the question accurately, which is | | |
| 349 | 6 | the objective of the game, they get a point and they get | | |
| 349 | 7 | to sit down. | | |
| 349 | 8 | Where dodge comes into it, within this deck of | | |
| 349 | 9 | cards there are very few cards that are called dodge.  If | | |
| 349 | 10 | one of the representatives that is in this group pulls the | | |
| 349 | 11 | dodge card, they get to show it to everyone and they | | |
| 349 | 12 | automatically get to sit down and the next person in line | | |
| 349 | 13 | has to stand up and pull another one and answer the next | | |
| 349 | 14 | question. | | |
| 349 | 15 | So basically it's a free pass.  They don't have | | |
| 349 | 16 | to answer that particular -- because there is no question | | |
| 349 | 17 | on that card, but remember, this is a group training | | |
| 349 | 18 | environment and most of the cards are questions that we're | | |
| 349 | 19 | actually trying to get them to memorize so they can answer | | |
| 349 | 20 | the questions to physicians. | | |
| 349 | 21 | And are there any answers to the questions | | |
| 349 | 22 | contained within the dodge ball cards? | | |
| 349 | 23 | No, sir.  The trainer has memorized these and | | |
| 349 | 24 | we're expecting the representative to have memorized it. | | |
| 349 | 25 | That's the objective of the game.  We're not going to ask | | |
| 350 | 1 | the question and put the answer on it because part of the | | |
| 350 | 2 | game is you pull it and you're expected to know it.  So | | |
| 350 | 3 | that's why the answer is not on here. | | |
| 350 | 4 | Can you tell us -- there's a reference to | | |
| 350 | 5 | obstacles in the dodge ball exercise.  What is an | | |
| 350 | 6 | obstacle? | | |
| 350 | 7 | An obstacle -- it's kind of an industry term. | | |
| 350 | 8 | Multiple pharmaceutical companies use the same term, and | | |
| 350 | 9 | basically it's a question a physician may have for the | | |
| 350 | 10 | representative about a particular product or disease, and | | |
| 350 | 11 | they're simply asking a question. | | |
| 362:1 | - | 362:18   Dunn, James 2005-10-07 | | |
| 362 | 1 | Mr. Dunn, did you or, to your knowledge, Merck | | |
| 362 | 2 | withhold any CV safety information from physicians? | | |
| 362 | 3 | No, sir.  No.  I mean, let's look at the full | | |
| 362 | 4 | breadth of our communication.  I just don't see how anyone | | |
| 362 | 5 | could come to that conclusion.  We go out to the media and | | |
| 362 | 6 | say here are the results, the media, television, | | |
| 362 | 7 | newspapers, the Internet.  We publish it in the New | | |
| 362 | 8 | England Journal of Medicine.  It's out there for | | |
| 362 | 9 | physicians across the world to see. | | |
| 362 | 10 | We put it into scientific forums or conventions | | |
| 362 | 11 | where physicians, tens of thousands of physicians go to | | |
| 362 | 12 | hear information like this.  Our representatives were able | | |
| 362 | 13 | to answer questions and talked about the point 1 versus | | |
| 362 | 14 | point 5. We sent the information to the FDA.  We asked | | |
| 362 | 15 | for it to be included in our label.  It was out there for | | |
| 362 | 16 | everyone to look at right from the start of that time, | | |
| 362 | 17 | that date you gave me there right in 2000.  When the | | |
| 362 | 18 | results came in we divulged it. | | |