## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4

| 1: | 1 | IN THE UNITED STATES DISTRICT COURT |
| | 2 | EASTERN DISTRICT OF LOUISIANA |
| | 3 | IN RE: VIOXX PRODUCTS        : MDL DOCKET NO. 1657 |
| | 4 | LIABILITY LITIGATION :  Deposition of: |
| | 5 | THIS DOCUMENT RELATES TO:  : |
| | 6 | CHARLES LARON MASON :  KAREN OLSON-FIELDS, RN, |
| | 7 | v.                          : FNP |
| | 8 | MERCK & CO., INC. : |
| | 9 | : |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | July 27, 2006 - 8:02 a.m. |
| | 14 | |
| | 15 | |
| | 16 | Location:  Women's Center |
| | 17 | Alta View Hospital |
| | 18 | 9600 South 1300 East |
| | 19 | Sandy, Utah  84094 |
| | 20 | |
| | 21 | Reporter:  Teri Hansen Cronenwett |
| | 22 | Certified Realtime Reporter, Registered Merit Reporter |
| | 23 | Notary Public in and for the State of Utah |
| | 24 | |
| | 25 | |

# Olson-Fields, Karen 2006-07-27

| Olson-Fields DA PC on 10-4 | 2 |
|---|---|

| 2: | 1 | A. P P E A R A N C E S |
|---|---|---|
| | 2 | For the Plaintiff:   J. Scott Nabers |
| | 3 | 440 Louisiana, Suite 1710 |
| | 4 | (713) 844-3750 |
| | 5 | snabers@blizzardlaw.com |
| | 6 | For the Defendant:   Richard Krumholtz |
| | 7 | FULBRIGHT & JAWORSKI LLP |
| | 8 | Dallas, TX  75201-2784 |
| | 9 | (214) 855-8200 Fax |
| | 10 | Also Present:      Lou Getz, Videographer, Legal Media |
| | 11 | Incorporated |
| | 12 | Glenda Grainger |
| | 13 | I N D E X |
| | 14 | KAREN JANE OLSON-FIELDS, RN, FNP          Page |
| | 15 | Examination by Mr. Krumholtz          4 |
| | 16 | E X H I B I T S |
| | 17 | Number      Description        Page Marked |
| | 18 | EX01     Cross Section of Artery with |
| | 19 | Atherosclerosis          46 |
| | 20 | EX02     Curriculum Vitae          46 |
| | 21 | EX03     Celebrex Package Insert          47 |
| | 22 | EX04     Letter, Melin to Olson, 11-19-01        77 |
| | 23 | EX05     Important Prescribing Information |
| | 24 | about Vioxx, April 2002          103 |
| | 25 | |
| 3: | 1 | EX06     Pharmacy Records, Charles Mason        124 |
| | 2 | EX07     History and Physical, 4-8-98        126 |
| | 3 | EX08     AHA Brochure, Controlling Risk Factors 135 |
| | 4 | EX09     Progress Notes, April 1998          144 |
| | 5 | EX10     History and Physical, 9-10-02        147 |
| | 6 | EX11     Exercise Stress Test Report, 9-17-02    162 |
| | 7 | EX12     Portion of Charles Mason deposition    167 |
| | 8 | EX13     History and Physical, 9-17-04        180 |
| | 9 | EX14     Intermountain Sleep Disorders Center |
| | 10 | 1-15-97                184 |
| | 11 | EX15     Binder of Documents          202 |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4         **4**

4:   1   July 27, 2006        8:02 a.m.
     2   P R O C E E D I N G S
     3   VIDEOGRAPHER: Today is the 27th day of July, 2006.
     4   It's two minutes after eight o'clock, and we're on the
     5   record.
     6   KAREN OLSON-FIELDS, RN, FNP,
     7   called as a witness at the instance of the defendant, having
     8   been first duly sworn, was examined and testified as follows:
     9   EXAMINATION
   10   BY MR. KRUMHOLTZ:
   11   **Q: Would you please state your full name for the jury.**
   12   **A: Karen Jane Olson-Fields.**
   13   **Q: All right. Ms. Olson, do you go by Ms. Olson or**
   14   **Fields?**
   15   **A: Ms. Olson would be fine.**
   16   **Q: Okay. Ms. Olson, we have never met before today;**
   17   **is that right?**
   18   **A: That's right.**
   19   Q: Have you ever had your deposition taken before?
   20   A: Yes.
   21   Q: How many times?
   22   A: For this case or --
   23   Q: No. Oh, no.
   24   A: Ever?
   25   Q: Ever.

5:   1   A: Twice before, I think.
     2   Q: And you have not had your deposition taken in
     3   connection with this case before?
     4   A: No.
     5   Q: Is that right?
     6   A: That's right.
     7   **Q: Okay. I just want to make sure we come to certain**
     8   **agreements beforehand because it's important, given the court**
     9   **reporter's trying to take down everything that we say today.**
   10   **But first of all, it's going to be very important that we**
   11   **communicate today, and so if there's anything or any question**
   12   **that you don't understand for whatever reason, if it's**
   13   **because of my accent or I speak too fast or too slow, just**
   14   **let me know. I'll be happy to reask or rephrase that**
   15   **question. Okay?**
   16   **A: Okay.**
   17   Q: It's going to be important that we don't talk over
   18   each other because the court reporter, obviously, can't take
   19   down, you know, my question and your answer if we're talking
   20   over each other. Okay?
   21   A: Okay.
   22   Q: I'll do my best to not step on your answers if you
   23   will do the same for me.
   24   A: Okay.
   25   Q: Obviously, it's not an endurance contest today. If

## Olson-Fields, Karen 2006-07-27

6:  1  you need to take a break for any reason, including any
2  patient-related reason, just let us know. First of all,
3  could you just give us a brief summary of your education and
4  training?
5  A: Received my bachelor's degree of arts from Gustavus
6  Adolphus College in Minnesota and my master's degree at the
7  University of Utah in family nurse practitioner program,
8  master's degree in science of nursing.
9  Q: And how long have you been a nurse practitioner?
10  A: Since 1994.
11  Q: What sort of certifications are required in the
12  state of Utah to become a nurse practitioner?
13  A: A bachelor's degree, and a master's degree,
14  national board certification in nurse practitioner, primary
15  care. I need to pursue and take a substance, drug substance
16  testing for the State of Utah for controlled substances and a
17  DEA, national drug enforcement license to prescribe Schedule
18  2 to 5.
19  Q: And do you continue to take continuing medical
20  education --
21  A: Uh-huh.
22  Q: -- courses?
23  A: Yeah. We have to be reboard certified every five
24  years. That requires, I believe, almost 500 hours minimum a
25  year of clinical practice and 72 hours of CME every five

7:  1  years, and then the other requirements are that either you
2  precept students, you publish, or you teach.
3  Q: And what have you done?
4  A: My last certification I met the requirements for
5  all of my CME, and I precepted three nurse practitioner
6  graduate students from the University of Utah. I believe 120
7  hours each student.
8  Q: And when you say precepted, that's sort of an
9  internship of sorts?
10  A: Uh-huh.
11  Q: Is that a yes?
12  A: I served -- yes. I served as their clinical
13  teacher.
14  Q: And it's important also to answer verbally because
15  it's hard for her to --
16  A: Not just grunt.
17  Q: -- get grunts down or nods of the head or shakes of
18  the head. Okay?
19  A: Okay.
20  Q: Great. And do you have any particular area of
21  focus or specialty?
22  A: I have interests, but no -- as far as certification
23  or advanced, no.
24  Q: Okay. And then did you bring a resume today by
25  chance?

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                                   8

| | | |
|---|---|---|
| 8: | 1 | A: I did not. |
| | 2 | Q: Do you have a resume? |
| | 3 | A: I do somewhere. |
| | 4 | Q: At a break could we go ahead and get that? |
| | 5 | A: Uh-huh. |
| | 6 | Q: So we can mark it? |
| | 7 | A: Uh-huh, and it's not in a very up to date resume |
| | 8 | since I have been in the same practice for 12 years. Twelve |
| | 9 | years? Nine years. So it doesn't include my current |
| | 10 | practice typed out, so I will add that. I think I have added |
| | 11 | it on the side. |
| | 12 | Q: Okay. And you understand that we're videotaping |
| | 13 | this deposition, and it can be played at trial? |
| | 14 | A: Yes. |
| | 15 | Q: And that a jury may be viewing this video? |
| | 16 | A: Yes. |
| | 17 | Q: And just for the jury's sake, could you tell us |
| | 18 | where we are today? |
| | 19 | A: We are at Alta View Hospital in the Women's Center |
| | 20 | in a classroom. |
| | 21 | Q: And it's in a classroom next to your offices? |
| | 22 | A: Correct. |
| | 23 | Q: And so this is where you practice each and every |
| | 24 | day? |
| | 25 | A: I practice down the hall. |
| 9: | 1 | Q: And in fact, that's -- this is where you see |
| | 2 | Mr. Mason, who is one of your patients, true? |
| | 3 | A: Yes. |
| | 4 | Q: Okay. Now, what sort of health problems do you |
| | 5 | regularly see in connection with patients you treat? |
| | 6 | A: Health problems, anything from respiratory illness, |
| | 7 | just about everything, everything that would be a -- |
| | 8 | considered a generalist problem, so respiratory infections, |
| | 9 | abdominal problems, just about everything. |
| | 10 | Q: Okay. Maybe I can focus my questions a little bit |
| | 11 | more. |
| | 12 | A: Uh-huh. |
| | 13 | Q: Do you see folks who have cardiovascular disease? |
| | 14 | A: Yes. |
| | 15 | Q: Do you follow patients who have cardiovascular |
| | 16 | disease? |
| | 17 | A: Yes. |
| | 18 | Q: Do you treat patients with back pain? |
| | 19 | A: Yes. |
| | 20 | Q: All sorts of back pain? |
| | 21 | A: Yes. |
| | 22 | Q: And do you follow patients with back pain? |
| | 23 | A: Yes. |
| | 24 | Q: Do you treat patients with osteoarthritis? |
| | 25 | A: Yes. |

## Olson-Fields, Karen 2006-07-27

10:
1  Q: And follow patients who have osteoarthritis?
2  A: Yes.
3  Q: And there's -- I understand maybe from Dr. Vogeler
4  yesterday that you also have patients who have rheumatoid
5  arthritis, true?
6  A: Sure.
7  Q: But you don't normally treat that; is that right?
8  A: That's right.
9  Q: You send those folks to a rheumatologist?
10  A: We would identify it and then refer.
11  Q: And then I assume you also see patients who have
12  gastrointestinal issues?
13  A: Yes.
14  Q: Sometimes called GI issues?
15  A: Uh-huh.
16  Q: Is that a yes?
17  A: That's a yes, sorry.
18  Q: And just so we understand what kinds of problems
19  those are, can you expand on what sort of GI issues you
20  confront with your patients?
21  A: Esophageal reflux, ulcers, esophagitis,
22  constipation, irritable bowel, diarrhea, acute intestinal
23  infections, chronic infections, diverticulitis, that kind of
24  thing. That's the majority, the most common problems that I
25  see in practice.

11:
1  Q: It doesn't sound like a fun list of complications.
2  A: No.
3  Q: They're serious health problems, are they not?
4  A: Some, yes.
5  Q: And your patients, when they experience those sorts
6  of GI issues, especially ulcers and bleeds, it can lead to
7  serious complications?
8  A: Yes.
9  Q: Hospitalization even?
10  A: Yes.
11  Q: Even life-threatening issues?
12  A: In extreme cases, yes.
13  Q: I wanted to talk to you a little bit -- you said
14  you have patients who you treat who have cardiovascular
15  disease.
16  A: Uh-huh, yes.
17  Q: And you know, one of the doctors who we have
18  deposed was nice enough to provide us with this depiction of
19  atherosclerosis. Could you educate us, and if you would
20  like, you can use this depiction. I can work the monitor.
21  Can you see that okay?
22  A: No. Now I can. I can't read the small writing.
23  Q: Maybe if I can move this screen a little closer to
24  you for a moment. Can you see that now?
25  A: Still can't see the small writing.

# Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                                    12

12:  1   Q: Okay.
      2   A: I don't have the best vision. I can see the larger
      3   writing, and then it's just a little red.
      4   Q: How is that?
      5   A: I guess -- does that say plaque and then
      6   endothelium and endothelial cell? Yeah. Okay.
      7   **Q: Let me ask you this. Is this depiction that's on**
      8   **the screen right now an accurate depiction of what**
      9   **atherosclerosis looks like in arteries?**
     10   **A: Yeah.**
     11   **Q: And that's how you have seen it depicted in either**
     12   **medical text or medical journals?**
     13   **A: Yeah, similar.**
     14   **Q: Can you explain to us lay folks what**
     15   **atherosclerosis is?**
     16   **A: Atherosclerosis is the thickening of arteries with**
     17   **plaque formation resulting in often rigid vessels and**
     18   **basically a coating of cholesterol deposits around the artery**
     19   **on the inside lining, the very inner lining of the vessel.**
     20   **Q: And do you see on this depiction where it says**
     21   **progression right here?**
     22   **A: Yes.**
     23   **Q: And do you see how at the very beginning of this**
     24   **cross-section it shows real fairly normal artery tissue?**
     25   **A: Yeah.**
13:  1   **Q: And I'm speaking of right in here.**
      2   **A: Yes.**
      3   **Q: And then as you progress down, and it says -- where**
      4   **it says progression and the color changes from blue to, I**
      5   **guess, orange, you see a progression of atherosclerosis; is**
      6   **that right?**
      7   **A: Yes.**
      8   **Q: And atherosclerosis, just so we're all on the same**
      9   **page, is really plaque that builds up in the walls of**
     10   **arteries?**
     11   **A: Correct.**
     12   **Q: And when that plaque builds up, it can cause a**
     13   **narrowing of the arteries, true?**
     14   **A: True.**
     15   **Q: And the fear is, or the concern is, as a nurse**
     16   **practitioner, is that patients who you treat with**
     17   **atherosclerosis will have a lack of blood flow as that blood**
     18   **vessel narrows?**
     19   **A: That's one of the concerns, yes.**
     20   **Q: And when that happens, that can cause serious**
     21   **health issues?**
     22   **A: It can.**
     23   **Q: It can restrict blood flow to the heart?**
     24   **A: It can.**
     25   **Q: It can cause heart damage?**

# Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                    14

| 14: | 1 | A: Yes. |
|---|---|---|
| | 2 | Q: In addition to that, this plaque that we've been |
| | 3 | talking about -- is this yellow stuff what you would deem the |
| | 4 | plaque in this depiction? |
| | 5 | A: Yes. |
| | 6 | Q: Right here and as -- |
| | 7 | A: And mostly above there. |
| | 8 | Q: -- we see it right here? |
| | 9 | A: Yes. |
| | 10 | Q: And that plaque can rupture at times, can it not? |
| | 11 | A: It can. |
| | 12 | Q: And if it ruptures, that can also lead to |
| | 13 | significant health issues? |
| | 14 | A: Yes. |
| | 15 | Q: And it can clot? |
| | 16 | A: Yes. |
| | 17 | Q: And what happens when it clots is that these blood |
| | 18 | cells actually clump together and form a clot? |
| | 19 | A: Uh-huh. |
| | 20 | Q: And close off the artery at times? |
| | 21 | A: They -- a thrombus can be formed and travel to |
| | 22 | smaller vessels and cause blockage, yes. |
| | 23 | Q: And cause a heart attack? |
| | 24 | A: Correct. |
| | 25 | Q: And you have patients in your practice who have |
| 15: | 1 | just this sort of disease process? |
| | 2 | A: Yes. |
| | 3 | Q: It's a significant and serious health issue for |
| | 4 | your patients? |
| | 5 | A: Yes. |
| | 6 | Q: You see this in patients who have never taken |
| | 7 | Vioxx? |
| | 8 | A: Yes. |
| | 9 | Q: You see this in patients who have never taken a |
| | 10 | COX-2 inhibitor? |
| | 11 | A: Yes. |
| | 12 | Q: It is not an unusual process in the patients who |
| | 13 | you treat? |
| | 14 | MR. NABERS: Objection to the form. |
| | 15 | A: It's -- would you restate the question? |
| | 16 | Q: (By Mr. Krumholtz)  Yeah. It's not unusual for you |
| | 17 | to see this in patients of yours, especially those who are |
| | 18 | over 55, true? |
| | 19 | MR. NABERS: Same objection. |
| | 20 | A: It's not unusual. |
| | 21 | Q: (By Mr. Krumholtz)  In other words -- |
| | 22 | A: It depends on -- I mean, it's not -- I would say |
| | 23 | that it's not unusual, but it's not, you know, every single |
| | 24 | patients that walks in the door. |
| | 25 | Q: Fair. |

# Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                      16

16:   1    A: Is --
      2    Q: And I don't want to state it differently than that.
      3    A: We see it in primary care. We see atherosclerosis
      4    in primary care. Often serious cases, however, are managed
      5    by the cardiologists.
      6    Q: Okay. I just want to make sure that I accurately
      7    state the nature of your practice in this regard.
      8    A: Okay.
      9    Q: You're a primary care nurse practitioner?
     10    A: Yes.
     11    Q: You're -- you have a -- is it a partner in
     12    Dr. Vogeler?
     13    A: Yes.
     14    Q: Okay. So you all are partners in your practice?
     15    A: Yes.
     16    Q: Are there any other nurse practitioners or doctors
     17    in your office?
     18    A: No.
     19    Q: Okay. So the two of you practice primary care
     20    medicine?
     21    A: Yes.
     22    Q: And primary care medicine are the kinds of nurse
     23    practitioners and doctors who treat people every day for the
     24    general problems that they confront?
     25    A: Yes.
17:   1    Q: And one of the general problems that your patients
      2    confront, some of your patients confront, is the plaque
      3    buildup or atherosclerosis process that we've just discussed?
      4    A: Yes.
      5    Q: Not all of your patients have that process?
      6    A: Correct.
      7    Q: But some do?
      8    A: Yes.
      9    Q: And a significant percentage do?
     10    A: It depends on what you mean, a significant
     11    percentage.
     12    Q: And I don't mean to say that it's 50 percent or
     13    anything like that, but a number of your patients do suffer
     14    from this disease process?
     15    A: Correct.
     16    Q: And you consider it a serious health issue?
     17    A: Potentially serious, yes.
     18    Q: And when it becomes significant enough, you refer
     19    those folks to cardiologists?
     20    A: Yes, or if the patient has unknown atherosclerosis
     21    and then it is discovered, find out what level it is, and
     22    then of course, if it were moderate to severe, they would be
     23    referred to cardiology. I think our primary goal is to
     24    identify patients at risk and to keep patients from
     25    developing this condition.

## Olson-Fields, Karen 2006-07-27

18:
1   Q: Under what circumstances do you refer patients to
2   cardiologists?
3   A: If I am examining them and I find a pathologic
4   heart murmur, I listen to their carotid arteries and I hear a
5   bruit or something that would suggest narrowing of the
6   arteries in the neck, if I feel that they -- their
7   cholesterol is not -- is not responding to medication and
8   they're more at risk because they can't tolerate medications
9   that are designed to lower cholesterol, if a patient has a
10   heart rhythm that is pathologic or of a more serious nature,
11   I will refer those patients.
12   Q: Can you think of any other types of patients who
13   you refer to cardiology specialists?
14   A: Let's see. Patients who would have any kind of
15   vascular severe insufficiency, venous problems in the legs
16   that are of a more serious nature, patients who have any kind
17   of, like an abdominal aortic aneurysm. Let's see. What
18   else?
19   Q: Let me try to --
20   A: Oh, hypertension that's not responding to
21   medication, standard medication, that kind of thing.
22   Q: Is it fair to say that you don't refer patients to
23   cardiologists unless you feel they are at risk for coronary
24   heart disease or some other cardiovascular disease?
25   A: Say that again.

19:
1   Q: Is it fair to say that you don't refer your
2   patients, as a primary care physician, to cardiologists
3   unless you believe they are significantly at risk for
4   coronary heart disease or some other vascular disease?
5   A: I think that's fair.
6   Q: Okay. Now, you understand that Mr. Mason is making
7   a claim that Vioxx somehow caused his heart attack?
8   A: Yes.
9   Q: But the fact is, is that cardiovascular disease has
10   been a serious health issue for decades, true?
11   A: For him?
12   Q: No.
13   A: For the general population?
14   Q: For the general population.
15   A: Yeah.
16   Q: In fact, it's been the number one cause of death in
17   the United States for decades?
18   MR. NABERS: Objection to the form.
19   A: I don't know that I would say decades because I
20   think women, up until the last decade, it was not considered
21   the number one. It has been discovered, since more research
22   is now going to women's care, that now it is the number one
23   cause of death for women.
24   But I wouldn't say decades because I don't think
25   that was identified until the last decade. For men, however,

## Olson-Fields, Karen 2006-07-27

20:
1  I think it has been considered for more than the last decade
2  to be the number one cause of death.
3  Q:  (By Mr. Krumholtz)  And that was true before Vioxx
4  was on the market?
5  A:  When was Vioxx on the market?
6  Q:  From 1999 to 2004.
7  A:  Yes.
8  Q:  And that was true while Vioxx was on the market?
9  A:  Yes.
10  Q:  And that was true after Vioxx was on the market?
11  A:  Yes.
12  Q:  And the disease process that we've discussed in
13  connection with this depiction that's on your screen actually
14  occurred both before, during and after Vioxx was on the
15  market?
16  MR. NABERS:  Objection to the form.
17  A:  Yes.
18  Q:  (By Mr. Krumholtz)  That's nothing new to the
19  medical, medical community, true?
20  A:  True.
21  Q:  This is something that the medical community in
22  patients who people like yourself treat have faced for
23  decades?
24  A:  Yes.
25  Q:  Now, you also mentioned that you treat people with

21:
1  back problems. Do you recall that?
2  A:  Uh-huh, yes.
3  Q:  And let me move this screen so we're not looking
4  around each other. And what sort of back issues do you see
5  in your practice?
6  A:  Back, acute back injuries. The most common, I
7  think, would be a lumbar sprain of the muscles of the lower
8  back. Sometimes I'll see what's called sciatica, which is
9  lower back pain that impinges on the nerve that runs through
10  the buttocks. Scoliosis in younger patients. I treat that,
11  or at least I identify it and refer if it's a certain nature,
12  if it's a more serious nature. But I think the most common
13  thing we see in family practice is back sprain.
14  Q:  And when you say --
15  A:  Strain.
16  Q:  When you say back strain, that can actually be
17  caused by a number of different issues?
18  A:  Mostly caused by a move, a lifting kind of move
19  that pulled their muscles and called muscle spasm and --
20  Q:  And what I guess I meant was the underlying cause,
21  like it could be from a herniated disk.
22  A:  Yeah. Well, a herniated disk usually is brought on
23  by an injury.
24  Q:  Or a strain of some sort?
25  A:  Or a strain of some sort.

## Olson-Fields, Karen 2006-07-27

22:
1 Q: Some traumatic event?
2 A: Usually, yes.
3 Q: And obviously, there could be a bulging disk?
4 A: Yes.
5 Q: Something that's not quite herniated but --
6 A: Correct.
7 Q: -- but still fairly significant in terms of
8 discomfort?
9 A: Correct.
10 Q: Or it could be degenerative disk disease?
11 A: Correct.
12 Q: And when I talk about disks, you understand I'm
13 talking about the vertebra and the disks that run along the
14 vertebra?
15 A: The disks being the cushion between the vertebra.
16 Q: Yeah, and I guess I shouldn't say you understand.
17 I should say that that's my understanding. Is that accurate?
18 A: It is accurate.
19 Q: Okay. And just so --
20 A: The disks are the padding in between the vertebra
21 that supports compression or tension.
22 Q: And that's not an unusual condition for you to
23 treat in your patients?
24 A: Degenerative joint -- degenerative back disease,
25 DJD?

23:
1 Q: Yes.
2 A: It is common.
3 Q: Is it also -- are herniated or bulging disks
4 somewhat common?
5 A: I see a fair share of it, yes.
6 Q: And these sorts of problems that you have
7 mentioned, the sciatica, the lumbar strain, the herniated
8 disks, the bulging disks, the degenerative disk disease,
9 those are significant and serious health issues for your
10 patients?
11 A: For them, yes.
12 Q: Because it can be quite painful?
13 A: Yes.
14 Q: It can be downright debilitating?
15 A: Yes, if the severity is high.
16 Q: And I have heard folks complain about pain
17 radiation.
18 A: Yes.
19 Q: Have you heard a lot of that in these kind of
20 patients?
21 A: Uh-huh, yes.
22 Q: And can you tell us what that means?
23 A: Pain radiation basically, you have focal pain,
24 which is localized to an area, which is usually the source of
25 the problem. Radiating pain can be either a muscle spasm

# Olson-Fields, Karen 2006-07-27

24:
1  that's triggered by the area of disease or injury. Radiating
2  pain means the pain travels to a different muscle group.
3  For example, if you have a pinched or herniated
4  disk that is impinging on the nerve root of the back, you
5  will get radiating pain down the corresponding leg or the
6  ipsilateral leg, which is the other leg. So you can have a
7  shooting pain down the leg, or you can have other muscle
8  groups in the back that start to spasm from the tension or
9  the muscle tension around the area of injury.
10 Q:  So it not only affects the area of injury is, I
11 guess, what you're saying; is that right?
12 A:  It's -- the area of injury is the, where the
13 problem is, but the pain can travel away from the actual
14 source of the problem.
15 Q:  Just so the jury understands and I fully understand
16 what the patients are experiencing when they have these sorts
17 of problems, first of all, they obviously have -- may have
18 some pain at the source of the injury; that is, the disk or
19 wherever it is along the back, true?
20 A:  True.
21 Q:  And then actually it's not going to be just
22 localized to there. It can actually radiate to one leg or
23 another?
24 A:  It can if the problem involves a herniation or a
25 bulging of the disk that actually touches a nerve in the
back.

25:
1  back.
2  Q:  And does that mean impinges on a nerve?
3  A:  Impinging on the nerve in the back. Not everyone
4  who has back pain has radiating back pain.
5  Q:  I understand, but that sort of pain is also
6  debilitating?
7  A:  Can be, yes.
8  Q:  Okay. So not only the localized pain -- well, let
9  me ask you one at a time. The localized pain in and of
10 itself can be debilitating, just at the area of injury?
11 A:  Patients subjectively, yes, can say that their pain
12 is debilitating.
13 Q:  Okay. And you bring up subjectively, and let's
14 talk about that for a moment. Doctors rely on their patients
15 for information all the time, I assume.
16 A:  Yes.
17 Q:  And some of that information is somewhat
18 subjective?
19 A:  Yes.
20 Q:  For example, when they say they can or cannot do
21 something, that's subjective?
22 A:  Yes. That's their perception.
23 Q:  And but doctors do have some tools, objective
24 tools, to determine, you know, the condition of a patient?
25 A:  Yes.

# Olson-Fields, Karen 2006-07-27

| 26: | | |
|---|---|---|
| | 1 | Q: And whether or not the patient can do something or |
| | 2 | can't do something? |
| | 3 | A: Yes. |
| | 4 | Q: Okay. But in the medical community, it's important |
| | 5 | for you to get reliable and complete information from your |
| | 6 | patients? |
| | 7 | A: Yes. |
| | 8 | Q: In order to adequately treat your patients? |
| | 9 | A: Yes. |
| | 10 | Q: Okay. Now, we've talked about that this back pain |
| | 11 | can be painful, true? |
| | 12 | A: Yes. |
| | 13 | Q: And it can radiate -- |
| | 14 | A: Yes. |
| | 15 | Q: -- in the appropriate -- or in certain |
| | 16 | circumstances? |
| | 17 | A: Yes. |
| | 18 | Q: And can it affect the quality of someone's life on |
| | 19 | a daily basis? |
| | 20 | A: Yes. |
| | 21 | Q: Can you describe to the jury how that can happen? |
| | 22 | A: Well, chronic pain which may prevent you from |
| | 23 | exercising, may prevent you from activities, sports, things |
| | 24 | that you would like to do, that can affect the quality of |
| | 25 | their life. If -- I think chronic pain can affect a person's |
| 27: | 1 | whole self. If you have an active person who is in chronic |
| | 2 | pain and can't do the things they enjoy doing, that may lead |
| | 3 | to depression or anxiety, loss of work, loss of income, so... |
| | 4 | Q: You said a whole host of things there, and I just |
| | 5 | want to make sure that I understand all of them. It can |
| | 6 | impact their ability to actually do things they enjoy? |
| | 7 | A: Correct. |
| | 8 | Q: It can impact their ability to do things that they |
| | 9 | must do for work? |
| | 10 | A: Correct. |
| | 11 | Q: Or that they feel like they should do for work? |
| | 12 | A: Correct. |
| | 13 | Q: It can impact their ability to interact with their |
| | 14 | family? |
| | 15 | A: Correct. |
| | 16 | Q: Or to play with their grandkids? |
| | 17 | A: Correct. |
| | 18 | Q: Or to interact with their spouse? |
| | 19 | A: Correct. |
| | 20 | Q: It can lead to depression? |
| | 21 | A: Correct. |
| | 22 | Q: As a result it can lead to fatigue? |
| | 23 | A: Correct. |
| | 24 | Q: And stress? |
| | 25 | A: Yes. |

## Olson-Fields, Karen 2006-07-27

28:
1  Q: All of which can have serious health effects on a
2  person?
3  A: Yes.
4  Q: And that's what you mean by it affects the whole
5  person?
6  A: Yes.
7  Q: Okay. Just bringing it down to, you know, where
8  the rubber meets the road, so to speak, can it affect their
9  ability to, for example, hunt?
10 A: Yes.
11 Q: Or to fish?
12 A: Yes.
13 Q: Or to play with their grandchildren?
14 A: Yes.
15 Q: And those are all very serious issues for patients?
16 A: Yes.
17 Q: And as a result, it's important for nurse
18 practitioners and doctors to have medications to treat those
19 problems?
20 A: Yes.
21 Q: So that you can relieve some of that pain that may
22 be caused by inflammation and other problems?
23 A: Yep. Medication and other forms of treatment,
24 physical therapy, pool therapy, that kind of thing, so not
25 just medications.

29:
1  Q: I understand.
2  A: Medication being a part of the treatment for many
3  things.
4  Q: Right. It's important for you to have treatment
5  options?
6  A: Yes.
7  Q: And treatment options you include not only
8  medications but other things?
9  A: Yes.
10 Q: But it certainly includes medications?
11 A: Usually, yes.
12 Q: Okay. And those medications and those treatments
13 are designed to restore folks who have these maladies, their
14 quality of life?
15 A: Yes.
16 Q: Now, what is osteoarthritis?
17 A: Osteoarthritis is a arthritis usually typically in
18 the larger joints, knees. You get it in your fingers.
19 Generally it's — creates joint pain, stiffness. Often
20 sometimes it's genetic. Sometimes it's from overuse of a
21 joint. For example, a skier who has been skiing hard for 20
22 years, they can get some, you know, arthritis or like a
23 degenerative arthritis, osteoarthritis in their knees. Has
24 to do with chronic inflammation, scar tissue formation in the
25 joint.

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                                    30

| | | |
|---|---|---|
| 30: | 1 | Q: And does it cause inflammation? |
| | 2 | A: Yes, inflammation. |
| | 3 | Q: Can you describe for the jury what sort of issues |
| | 4 | or problems patients with osteoarthritis generally |
| | 5 | experience? |
| | 6 | A: Pain, stiffness, loss of mobility are the main. |
| | 7 | Q: Can it be debilitating? |
| | 8 | A: Advanced osteoarthritis can be debilitating. |
| | 9 | Q: Is it painful? |
| | 10 | A: Yes. |
| | 11 | Q: Is it something that can limit someone's quality of |
| | 12 | life? |
| | 13 | A: Yes. |
| | 14 | Q: Is it something like back pain that can impact |
| | 15 | their ability to participate in activities? |
| | 16 | A: Yes. |
| | 17 | Q: Activities that they enjoy on the one hand? |
| | 18 | A: Yes. |
| | 19 | Q: And activities that they are required to perform on |
| | 20 | the other hand? |
| | 21 | A: Yes, or it requires modifying their activities. |
| | 22 | Q: And that can have serious consequences on patients? |
| | 23 | A: It can. |
| | 24 | Q: It can lead to depression as well? |
| | 25 | A: Yes. |
| 31: | 1 | Q: And fatigue? |
| | 2 | A: Yes. |
| | 3 | Q: I'm sorry? |
| | 4 | A: Yes. |
| | 5 | Q: I'm sorry. And stress? |
| | 6 | A: Yes. |
| | 7 | Q: And anxiety levels that we talked about before? |
| | 8 | A: Yes. I also think that part of it has to do |
| | 9 | with -- I mean, there's different -- people have different |
| | 10 | pain thresholds, so someone can have quite a bit of arthritis |
| | 11 | and still function quite well. |
| | 12 | Other patients have less of a pain tolerance, and |
| | 13 | so they may be impacted more from their neurochemistry. They |
| | 14 | just don't tolerate pain. This person can tolerate quite a |
| | 15 | bit of pain. This person cannot, so it also has to do with |
| | 16 | that, a patient's individual pain tolerance levels. |
| | 17 | Q: But both back pain and osteoarthritis patients |
| | 18 | generally experience pain? |
| | 19 | A: Generally, yes. |
| | 20 | MR. NABERS: Objection to form. |
| | 21 | A: Generally, yes. |
| | 22 | Q:   (By Mr. Krumholtz)  Is that a fair statement that |
| | 23 | they do generally experience pain? |
| | 24 | MR. NABERS: Objection to the form. |
| | 25 | A: Generally, yes. |

# Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                               32

32: 1 Q: (By Mr. Krumholtz) Especially when they start
2 complaining to you about particular issues that they are
3 having in that regard?
4 A: I think that the patients who seek advice on
5 arthritis, pain and mobility are the two concerns.
6 Q: And when patients talk to you about back pain or
7 back discomfort, what are the primary things that they're
8 complaining about or concerned about?
9 A: Pain making it difficult to sleep, difficult to, as
10 we already talked about, do some of the things they would
11 want or need to be doing.
12 Q: There are medications, since you have been
13 practicing -- how long have you been practicing?
14 A: As a nurse practitioner, since 1994, and then I was
15 an RN for six years prior.
16 Q: Okay. Since you have been a nurse and a nurse
17 practitioner, there have been various medications that have
18 helped people in your position treat your patients for back
19 pain?
20 A: Yes.
21 MR. NABERS: Objection to the form.
22 Q: (By Mr. Krumholtz) And what sorts -- before COX-2
23 inhibitors were on the market, what medications were
24 available to you to treat those sorts of problems?
25 A: Basic analgesics, aspirin, Tylenol,
33: 1 antiinflammatories. For example, the most common known is
2 ibuprofen, narcotic pain medications, topical medications,
3 for example, numbing topical medication, lidocaine. Those
4 are the ones that come to my --
5 Q: What are analgesics?
6 A: Tylenol.
7 Q: Okay.
8 A: Aspirin. It's a nonnarcotic pain reliever.
9 Q: And there are obviously some benefits to those
10 drugs?
11 A: Yes.
12 Q: But there are risks to those drugs as well?
13 A: Yes.
14 Q: What are some of the risks associated with aspirin?
15 A: Aspirin can cause increased bruising from the
16 thinning of blood. Aspirin can cause, if overused,
17 intestinal stomach disorders, overuse --
18 Q: Stomach bleeds?
19 A: Stomach bleeds, ulcers, heartburn, which then can
20 lead to esophagitis. Tylenol is fairly benign unless it's
21 used improperly, which can affect the liver if used
22 improperly or in a patient that, you know, it would be
23 contradicted -- contraindicated for. You know, obviously,
24 you wouldn't give patients a lot of Tylenol if they have
25 liver disease, for example. These are just examples.

## Olson-Fields, Karen 2006-07-27

34:
1  Q: And you mentioned narcotics.
2  A: Uh-huh.
3  Q: And narcotics can relieve pain, true?
4  A: Yes.
5  Q: But there are significant risks with narcotics as
6  well?
7  MR. NABERS:  Objection to the form.
8  A: I don't -- what do you mean by risks? Give me
9  example of risks of a narcotic.
10  Q: (By Mr. Krumholtz)  They're addictive.
11  MR. NABERS:  Objection to the form.
12  Q:   (By Mr. Krumholtz)  True?
13  A: Whether you consider that a risk, patients would be
14  at risk for overuse if not monitored.
15  Q: Do they impair thinking?
16  A: They impair thinking if they're used improperly.
17  Q: Even if they're not used improperly, they impair
18  thinking, true?
19  MR. NABERS:  Objection to the form.
20  A: They can be sedative. Impaired thinking, I'm not
21  sure I would really put it that way, but they can cause
22  sedation, yes, and therefore would be unsafe, for example, to
23  operate machinery, drive while using narcotics.
24  Q:   (By Mr. Krumholtz)  They can affect response time?
25  A: Yes.

35:
1  Q: They can significantly impact the activities that
2  people participate in?
3  A: In some patients, yes.
4  Q: Okay. And in fact, they advise against performing
5  certain activities while on narcotics?
6  A: Yes.
7  Q: That is, the labeling for those drugs?
8  A: Yes.
9  Q: So those are the sorts of risks I was talking
10  about, and is that kind of a fair summary of the risks that
11  narcotics pose?
12  A: I think that's fair.
13  Q: It also causes -- they also cause drowsiness, do
14  they not?
15  A: Sedation, drowsiness. They can cause, you know,
16  side effects, some diarrhea, constipation, to name a few.
17  Q: Now, you mentioned topical treatments. For the
18  kind of back pain we have talked about today or
19  osteoarthritis, are topical medications effective?
20  A: Topical medications would be effective for the
21  sidecar problems that can come with, say, back pain
22  arthritis. Muscles are involved. If you have got a portion
23  of the back that has a significant arthritis, the muscles
24  that support that vertebra are going to be working harder to
25  keep the alignment and the stability of the back.

## Olson-Fields, Karen 2006-07-27

36:  1  So you can get muscle pain, and so there are
     2  topical remedies for the muscle pain; for example, a Lidoderm
     3  patch which is put on the muscles next to the vertebrae
     4  that's a problem and sometimes can assist in the muscle pain.
     5  Q:  Is it fair to say that the topical solutions are
     6  not as effective as other medications in relieving pain and
     7  inflammation?
     8  MR. NABERS:  Objection to the form.
     9  Q:   (By Mr. Krumholtz)  For back -- for patients that
    10  suffer from significant back pain?
    11  A:  Well, my experience has been that it's variable. I
    12  am happy to see that some patients do respond to that because
    13  I think back pain can be difficult to treat. So I would say
    14  there are quite a few patients that it does not help them.
    15  Some patients it does, and I am happy when it does.
    16  Q:  You bring up a fair point. It's important as a
    17  nurse practitioner to have choices among drugs.
    18  A:  Yes.
    19  Q:  It's important as a nurse practitioner to have
    20  choices amongst medications that are in particular classes of
    21  drugs?
    22  A:  Yes.
    23  Q:  Some patients don't respond well to certain
    24  medications?
    25  A:  True.
37:  1  Q:  Some patients don't tolerate medications well?
     2  A:  True.
     3  Q:  And rather than just giving up on that patient,
     4  it's important to be able to go to another alternative?
     5  A:  True.
     6  Q:  And so as a nurse practitioner, and I assume
     7  doctors as well, are happy when new medications come to the
     8  market in particular classes so that they have more
     9  alternatives?
    10  A:  True.
    11  Q:  Okay. And one of the classes of drugs that you
    12  provide or prescribe to patients with back pain, I think you
    13  said, were antiinflammatories?
    14  A:  Yes.
    15  Q:  Would that include the traditional NSAIDs?
    16  A:  Yes.
    17  Q:  We're going to be talking a little bit about
    18  traditional NSAIDs versus selective or nontraditional NSAIDs
    19  sometimes known as COX-2s, and you are familiar with those
    20  terms?
    21  A:  Yes.
    22  Q:  Can you describe for the jury sort of the
    23  difference in your mind between those two classes of drugs?
    24  A:  Traditional antiinflammatories, for example, most
    25  people know what Advil or Ibuprofen is. Those were the first

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                                  38

38:  1    medications. They preceded COX-2s. They have a pathway, the
      2    COX-1 pathway, if you -- try to make this simple.
      3    The overall goal or the overall chemistry of NSAIDs
      4    is to reduce inflammation. There are certain chemicals of
      5    the body; for example, prostaglandin that they inhibit.
      6    Prostaglandin, high levels of prostaglandin are part of the
      7    chemistry involved in inflammation, so that would be the
      8    tradition or COX-1 antiinflammatories.
      9    COX-2s, the newer antiinflammatories, work in a
      10   similar fashion but along a different pathway, COX-2 pathway.
      11   So the way they were presented when they were brought on the
      12   market years ago was that these are an alternative. They go
      13   along a different pathway, and the main benefit of these
      14   medicines, COX-2s, initially was presented as, they had
      15   supposedly less gastrointestinal side effects.
      16   Traditional antiinflammatories can have some effect
      17   on some people as far as being hard on the stomach, creating
      18   ulcers or upset stomach. The COX-2s came out and said, there
      19   is less incidence of gastrointestinal complications and side
      20   effects because it takes a different pathway that bypasses
      21   and does not involve so much the lining of the stomach, if
      22   that is an answer.
      23   Q:  It is. Thank you for that.
      24   A:  Maybe too much of an answer.
      25   Q:  No. What traditional antiinflammatories or NSAIDs

39:  1    have you prescribed?
      2    A:  I have prescribed ibuprofen, Naprosyn, etodolac,
      3    which is Lodine, Relafen, Indosyn, Voltaren. Those are the
      4    main ones I think I have used.
      5    Q:  And you mentioned side effects associated with
      6    those traditional NSAIDs, those ones that came out long ago.
      7    A:  Yes.
      8    Q:  Can you describe more particularly what sorts of
      9    side effects are the most serious in connection with those
      10   medications?
      11   A:  I think the most serious would be ulcer, which then
      12   could lead to bleeding ulcer. So that is, I think, the
      13   biggest concern. Some patients can obviously get minor side
      14   effects, a little upset stomach if they don't take them with
      15   food especially. But I think the main serious consequence
      16   for patients, a small number of patients, would be a GI bleed
      17   or a bleeding ulcer.
      18   Q:  And that's a significant and serious health
      19   problem?
      20   A:  Yeah.
      21   Q:  That often requires hospitalization?
      22   A:  Yes, if -- especially if not detected immediately.
      23   Q:  And can be life threatening in certain
      24   circumstance?
      25   A:  Under -- yeah, under certain circumstances.

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                                    40

40:  1    Q:  In fact, thousands of Americans each year are
     2    hospitalized as a result of bleeding ulcers?
     3    A:  Yes.
     4    Q:  And perforations?
     5    A:  Yes.
     6    Q:  And perforations are also a risk and side effect of
     7    traditional NSAIDs?
     8    A:  I think it's less common, but I think it's a
     9    possibility.
     10   Q:  Perforations, ulcers and bleeds are the most
     11   concerning issues in connection with traditional NSAIDs?
     12   A:  Yes.
     13   Q:  And those issues can be life threatening?
     14   A:  Yes.
     15   Q:  And so as a result, again, it was important for you
     16   have treatment options when patients couldn't tolerate
     17   traditional NSAIDs well?
     18   A:  Correct.
     19   Q:  And you believed, when COX-2s came out, that that
     20   was a good treatment option in light of those issues?
     21   A:  Yes.
     22   MR. NABERS:  Objection to the form.
     23   Q:   (By Mr. Krumholtz)  You found COX-2s to be an
     24   advance in connection with the treatment of inflammatory
     25   issues involving acute pain, including arthritis?
41:  1    MR. NABERS:  Objection to the form.
     2    A:  I would say not necessarily an advance, more as an
     3    alternative for patients who could not tolerate -- who needed
     4    antiinflammatory benefits from medication who could not
     5    tolerate the traditional NSAIDs.
     6    Q:   (By Mr. Krumholtz)  And that was important to you?
     7    A:  Yes.
     8    Q:  As a nurse practitioner treating patients every day
     9    are facing the sorts of issues that you would treat with
     10   these types of medications?
     11   A:  Yes.
     12   Q:  And you currently prescribe COX-2 inhibitors, true?
     13   A:  Yeah. Yes.
     14   Q:  And you currently prescribe COX-2 inhibitors for
     15   significant and recurrent back pain?
     16   A:  Yes.
     17   Q:  And for osteoarthritis?
     18   A:  Yes.
     19   Q:  And have you found that it indeed, in your
     20   patients, does decrease the risk of gastrointestinal bleeds
     21   or ulcers?
     22   A:  In my practice I can only think of one patient I
     23   have had who had a GI bleed, and that was a patient who did
     24   not have anything to do with their use of those drugs. So I
     25   have not had the experience with patients in my practice that

*(handwritten, right margin)* Overruled

*(handwritten, lower right)* Re: 41:19 – 42:4
Def obj: 401, 402, 403
whether this
practitioner has
had patients with
GI bleeds is not
relevant

Printed: 10/4/2006  3:16:27PM

*(handwritten, bottom)* This is defense counsel questioning this witness who prescribes

PLAINTIFFS View to π. They are objecting to their own question b/c they don't
RESPONSE like the answer. The question is relevant and probative b/c it
documents her clinical experience with patients using Vioxx.

*Overrule*

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                              42

42:  1    I can think of of any of my patients being hospitalized with
      2    GI bleeds from antiinflammatories.
      3    Q:  From traditional or COX-2s?
      4    A:  Correct.
      5    Q:  Okay.
      6    A:  However, I think I am very -- nurse practitioners,
      7    I think we are trained that educating our patients is very
      8    important. So I check -- you know, my instructions to
      9    patients have always been with traditional and COX-2s, take
      10   them with food, discontinue them if you have nausea, upset
      11   stomach, upper abdominal pain. So I am pretty good about
      12   warning patients on any potential with any medication.
      13   Q:  Dr. Vogeler testified yesterday that he had noted
      14   in his practice that -- I don't know if it was ulcers or
      15   bleeds, but in terms of just complaints about stomach
      16   problems while on NSAIDs that he had noticed fewer of those
      17   sorts of complaints with traditional NSAIDs, as opposed to
      18   nontraditional or selective NSAIDs. Has that been your
      19   experience?
      20   A:  Did you -- did you say that Dr. Vogeler felt there
      21   was less complaints from the traditional? Is that what you
      22   said?
      23   Q:  No, from the COX-2s or nontraditional.
      24   A:  Yeah, less GI complaints with -- yeah, I would
      25   agree with that.

43:  1    Q:  Okay. Just so it's clean because I am almost
      2    certain that wasn't a good question, in connection with
      3    treating your patients with traditional NSAIDs versus COX-2s,
      4    you have noticed that your patients complain about stomach
      5    problems or stomach pains or GI issues less on COX-2s, as
      6    opposed to traditional NSAIDs?
      7    A:  I would agree that it's less.
      8    Q:  And that's important?
      9    A:  Yes.
      10   Q:  Because it lowers the risk that any particular
      11   patient might experience an ulcer?
      12   A:  That is how COX-2 have been -- COX-2s have been
      13   presented.
      14   Q:  And that makes sense?
      15   A:  It makes sense.
      16   Q:  And it makes sense in terms of the complaints that
      17   you have received from your patients?
      18   A:  Yes.
      19   Q:  You prescribed Vioxx while it was on the market,
      20   true?
      21   A:  True.
      22   Q:  And you found it to be effective in the treatment
      23   of pain and inflammation?
      24   A:  Yes.
      25   Q:  And you prescribed it to your patients as a result?

Printed: 10/4/2006   3:16:27PM

Re: 42:6 - 42:12
Def Obj: Non-responsive
She is trying to
give a complete
and accurate answer
to the question.
Her answer is respon
and directly on point
to an important issue
in this case (ie.)
does she warn her
patients off risks
with drugs
PLAintiff's Response

PLAintiff's
Objection
Re: 42:13-25
Rule 801 + 802
Hearsay

Response: Question is
what her experience is

*Overrule*

## Olson-Fields, Karen 2006-07-27

44:  1    A: Yes.
2    Q: Did you find that it helped your patients have a
3    better quality of life?
4    MR. NABERS:  Objection to the form.
5    A: Patients who tried Vioxx and it helped them and
6    they continued, yes.
7    Q:   (By Mr. Krumholtz)  Okay. And how did it help
8    their quality of life?
9    A: Reducing pain and inflammation, improved mobility.
10   Q: Describe for the jury how a medication like Vioxx
11   helped your patients in terms of their everyday quality of
12   life and what they could or could not do.
13   A: Well, sleep better. Their mobility improved,
14   relief of pain. As a nurse, I have said that chronic pain --
15   kind of coined this, was an RN in oncology for a while. And
16   my opinion of chronic pain is that it wears on your soul, and
17   if you talk to a patient in chronic pain, they will agree
18   with that. So I think if you improve mobility, reduce pain,
19   yes, it does improve the quality of a patient's life.
20   Q: And that's consistent with your patients who took
21   Vioxx?
22   A: Some patients who took Vioxx, yes, it was effective
23   for them. Some patients who took Vioxx it was not effective
24   for them.
25   Q: But you found it to be an effective and safe drug?
45:  1    A: For some patients it was effective.
2    Q: And that's why you prescribed it?
3    A: Yes.
4    Q: And did you see fewer complaints by patients on
5    Vioxx of GI issues or stomach problems, as opposed to
6    traditional NSAIDs?
7    A: I think fewer. There still, with any of the COX-2
8    I have used, there were still patients who couldn't tolerate
9    them either.
10   Q: Did you ever take Vioxx?
11   A: No.
12   Q: Which of the COX-2s have you prescribed?
13   A: Since their launching, all three; Vioxx, Celebrex.
14   Bextra, and if Mobic isn't a true COX-2, but it was presented
15   as a COX-2 when it was being marketed. But I understand it's
16   not a true COX-2 so...
17   Q: Who is the manufacturer of Mobic?
18   A: I don't know. I'd have to look at the box.
19   Q: Can we take a quick break? I'm going to need a
20   water of some sort. I'm getting pretty dry.
21   VIDEOGRAPHER: Eighty-seven minutes after -- I'm
22   sorry, 47 minutes after eight o'clock. We're going off the
23   record.
24   (Recess.)
25   VIDEOGRAPHER: It's 59 minutes after eight o'clock,

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                                    46

46:     1      and we're back on the record.
        2      Q:  (By Mr. Krumholtz)  Ms. Olson, I want to refer you
        3      back to the depiction of atherosclerosis that's on the
        4      screen. This depiction on the screen I have now labeled as
        5      Exhibit 1 to your deposition. Can you just confirm that by
        6      looking on the back of it?
        7      A: Yes.
        8      Q: Okay. Now, you also at a break were nice enough to
        9      go to your office and provide us with your resume, and I'm
        10     going to mark that as Exhibit 2. And can you tell us how up
        11     to date Exhibit 2 is?
        12     A: It is up to date until 1997, when I joined Sandy
        13     Family Practice with Dr. Doug Vogeler, have been in --
        14     practicing here at this practice with Dr. Doug Vogeler since
        15     1997 to present, full-time family practice.
        16     Q: And with that addition, is your CV and what you
        17     have just described, does it explain all of your
        18     qualifications and relevant experience?
        19     A: Yes, except my current practice.
        20     Q: And is that the resume you used in connection with
        21     your attempts to get a job with Mr. -- with Dr. Vogeler?
        22     A: Yes.
        23     **Q: Okay. Now, we were talking just before the break**
        24     **about which COX-2s that you prescribed, and I think you**
        25     **indicated that you prescribed -- you have prescribed all of**
47:     1      **them that have been on the market?**
        2      **A: Yes.**
        3      **Q: Did you prescribe Bextra up until its withdrawal?**
        4      **A: Yes.**
        5      **Q: And you, I think, indicated earlier you still**
        6      **prescribe Celebrex?**
        7      **A: Yes.**
        8      **Q: And how long have you prescribed Celebrex?**
        9      **A: Since its launch. I don't remember when that was.**
        10     **Q: And for what kinds of patients or conditions do you**
        11     **prescribe Celebrex?**
        12     **A: Arthritis and pain, inflammatory pain, muscle; for**
        13     **example muscle, can still have inflammation in the muscle.**
        14     **Q: Including recurrent, significant back pain?**
        15     **A: Yes.**
        16     **Q: And do you prescribe Celebrex for patients who**
        17     **present with substantially the same health issues that**
        18     **Mr. Mason faced in the fall of 2002?**
        19     MR. NABERS: Objection to the form.
        20     **A: Which, what would those have been?**
        21     **Q:  (By Mr. Krumholtz)  Recurrent back pain.**
        22     **A: Yes.**
        23     **Q: I hand you what's been marked as Exhibit 3. Do you**
        24     **recognize Exhibit 3 as the current package insert or label**
        25     **for Celebrex?**

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                             48

48:  1   A: I do not have all of the package inserts of all the
     2   drugs I prescribe memorized. So I -- you know, if this
     3   didn't have a date on it, I can't tell you if this is old or
     4   new or --
     5   Q: You can look at page 25, I believe, and it
     6   indicates --
     7   A: Oh, is that in here too?
     8   Q: It indicates revised July 2005. Do you see that?
     9   A: Yes.
    10   Q: Assume with me that this is the current Celebrex
    11   label.
    12   A: Okay.
    13   Q: Have you generally reviewed this label before? Let
    14   me ask you a different question. Before you prescribe
    15   medications, do you attempt to become familiar with those
    16   medications?
    17   A: Yes.
    18   Q: And one of the things you generally do is review
    19   the labeling or package insert for those medications?
    20   A: And of course, I rely on publications, unbiased
    21   publications. For example, The Medical Letter is a good
    22   resource for practitioners. They kind of do the research for
    23   you, and clearly with the thousands of medications on the
    24   market, to sit and, you know, read every single one on a
    25   regular basis to refamiliarize yourself would not be

49:  1   practical. So I rely on journals, medical journals,
     2   articles, that kind of thing so --
     3   Q: And in connection with your reviewing the medical
     4   literature and labels as appropriate, you became aware at
     5   some point -- you probably don't remember exactly when --
     6   that Celebrex changed its label to include risks concerning
     7   cardiovascular events?
     8   A: I don't recall being -- that brought to my
     9   attention specifically.
    10   Q: Do you recall a discussion in the medical
    11   literature that you reviewed about Celebrex and
    12   cardiovascular risk?
    13   A: What would come to my mind more so is, after Vioxx
    14   was pulled from the market, the company marketing Celebrex
    15   and Bextra addressing whether their product also would have
    16   risks associated with Vioxx -- why Vioxx was pulled from the
    17   market. I remember more so the company sending in their
    18   representatives to discuss whether their products would also
    19   be removed from the market for the same concerns.
    20   Q: And what -- and by the way, it's not unusual for
    21   pharmaceutical companies to have folks come to your office
    22   and provide you with information about particular
    23   medications?
    24   A: Correct.
    25   Q: And one of the ways that you become educated on any

Printed: 10/4/2006   3:16:27PM

*[Handwritten annotations in right margin:]*

Overruled!
(You asked this
Q. if she considered
answered it)

Re: 49:10 - 49:19
Defdts: what other
pharmaceutical
companies did after
Vioxx was removed
from the market
is not relevant;
401; 402; 403
The witness is
giving her best
answer. The
answer is relevant b/c
she is explaining how
she got information.
The answer is probative
of how she got information on
Cox 2's when there was a problem
with safety. Def. counsel opened
the door to this by asking irrelevant questions abt. to b.d.

PLAINTIFFS
Response

## Olson-Fields, Karen 2006-07-27

50:  1    particular drug can be not from the company who -- in
     2    addition to the labeling provided by the drug manufacturer,
     3    other companies may detail you or provide you information
     4    about their competitors' medications?
     5    A: They may -- yeah, they can comment or -- yeah.
     6    Q: And you have heard of counterdetailing?
     7    A: Yes.
     8    Q: Describe for the jury what counterdetailing is, as
     9    you understand it.
   10    A: A pharmaceutical company may comment on the
   11    competing product, to compare them and try and convince you
   12    that their product has some benefits where another product
   13    may have less benefits. They compare sometimes what we call
   14    head-to-head studies, usually efficacy. For example, this
   15    blood pressure pill can reduce blood pressure by this much,
   16    where their competitor may not have that same kind of blood
   17    pressure reduction. So that happens, I think, on a regular
   18    basis.
   19    Q: So when a medication is on the market, information
   20    that you have available to you includes the label or package
   21    insert?
   22    A: I don't think that routinely pharmaceutical
   23    companies come in with their package insert and produce that
   24    to us.
   25    Q: I think we're like two ships passing in the night.
51:   1    I asked a poor question, I think. One of the items that's
     2    available to you in the Physicians' Desk Reference and
     3    otherwise --
     4    A: Yes.
     5    Q: -- is the label or package insert?
     6    A: Yes.
     7    Q: And you become familiar with the label or package
     8    insert to the extent you feel it necessary to prescribe the
     9    drug?
   10    A: Yes. I do --
   11    Q: And --
   12    A: -- use the PDR as a reference.
   13    Q: And you have used it in connection with medications
   14    that you prescribe to your patients?
   15    A: Yes.
   16    Q: Whenever you have any particular concerns at all,
   17    true?
   18    A: If -- yes. If there's a concern brought to my
   19    attention, yes.
   20    Q: And likewise, you have medical journals that you
   21    look at, such as The Medical Letter?
   22    A: Yes.
   23    Q: And reliable medical literature that you have
   24    confidence in?
   25    A: Yes.

# Olson-Fields, Karen 2006-07-27

52:  1  Q: That you believe is unbiased?
2  A: Yes.
3  Q: And they routinely write about issues that are of
4  concern to the medical community?
5  A: Yes.
6  Q: And likewise, you actually have competitors of drug
7  companies detailing you or providing you information about
8  potential problems with their competitors' medications?
9  A: On occasion, yes.
10  Q: Actually, that's -- that happens a lot, doesn't it?
11  MR. NABERS: Objection to the form.
12  A: I think it happens, but I always -- I often have a
13  pharmaceutical representative treat that fairly delicately.
14  Often I hear the comment, well, I am really not trying to
15  bash -- is the term, I guess -- my competition.
16  I think most pharmaceutical reps try and stick to
17  their what we call a detailing piece, a very colorful
18  representation of a study that their company had done
19  comparing products. So that -- I see that more often.
20  I think I don't -- it seems like most
21  pharmaceutical reps know that I don't -- you know, there's a
22  line of respect of bashing another product. So I -- it
23  depends on the company. It depends on the rep, the
24  pharmaceutical rep.
25  Q: (By Mr. Krumholtz) Do pharmaceutical company reps
53:  1  on occasion not bash another company's medication, but say,
2  you might want to look into a particular issue?
3  A: Yeah, yes.
4  Q: About a particular medication?
5  A: Yes. I think they do that.
6  Q: Does that happen more often than what you described
7  in terms of bashing?
8  A: I think the majority of when I talk with a
9  pharmaceutical rep, they stick to their own product, and they
10  find reasons why their product is the product that we should
11  find to be the drug of choice, or they present their product
12  as superior, however they do that. So I think the majority
13  of pharmaceutical reps present their product and give you
14  reasons to believe that their product is a good, safe
15  product.
16  Q: And you mentioned earlier that it's important to
17  you to go to unbiased literature or journals?
18  A: Yes.
19  Q: And why do you take it upon yourself to familiarize
20  yourself with what you deem unbiased literature?
21  A: Well, the safety -- I am prescribing the drug, and
22  the safety and the efficacy and the benefit to my patient is
23  the most important thing. And I want to pick the medication
24  for the individual patient that's most appropriate for the
25  patient, safest for the patient and, of course, covered under

## Olson-Fields, Karen 2006-07-27

| 54: | 1 | their insurance plan is important. |
| | 2 | Q: Okay. But you go to what you deem to be unbiased |
| | 3 | medical literature because you don't want to necessarily take |
| | 4 | for granted what any particular sales rep says about their |
| | 5 | drug. Is that fair? |
| | 6 | A: We get inundated with literature from |
| | 7 | pharmaceutical companies about their products. We get |
| | 8 | inundated by pharmaceutical reps at times marketing their |
| | 9 | product, so I am talking more about new products. Certainly, |
| | 10 | for example, blood pressure pills that have been on the |
| | 11 | market for several years, I am familiar and comfortable with |
| | 12 | those products, so... |
| | 13 | Q: Now, back to, is it Exhibit 3? |
| | 14 | A: Yes. |
| | 15 | Q: The Celebrex label. |
| | 16 | A: Yes. |
| | 17 | Q: You see where it says cardiovascular risk in the |
| | 18 | black box warning that's on the front page of Exhibit 3? |
| | 19 | A: Uh-huh. |
| | 20 | Q: Do you see that? |
| | 21 | A: Uh-huh. |
| | 22 | Q: Is that a yes? |
| | 23 | A: Yes. |
| | 24 | Q: It says, 'Celebrex may cause an increased risk of |
| | 25 | serious cardiovascular thrombotic events, myocardial |
| 55: | 1 | infarction and stroke, which can be fatal.' Did I read that |
| | 2 | right? |
| | 3 | A: Yes. |
| | 4 | Q: And it says, 'All NSAIDs may have a similar risk.' |
| | 5 | Did I read that correctly? |
| | 6 | A: Yes. |
| | 7 | Q: And the risk may increase with duration of use. |
| | 8 | Did I read that correctly? |
| | 9 | A: Yes. |
| | 10 | Q: And I assume that you became familiar with those |
| | 11 | risks that the manufacturer of Celebrex indicates in its |
| | 12 | black box warning before you prescribed it after July of |
| | 13 | 2005? |
| | 14 | A: I recall never being — it brought to my immediate |
| | 15 | attention that Celebrex had increased risk of serious |
| | 16 | cardiovascular thrombotic events, myocardial infarction, |
| | 17 | stroke, which would be fatal. No. I do not recall a time at |
| | 18 | which that was brought to my medial attention. This -- I |
| | 19 | have not seen this particular literature before. |
| | 20 | Q: This is the first time that you have ever seen it? |
| | 21 | A: Yeah. I don't -- and then this thing about all |
| | 22 | NSAIDs, that's — that is not what you would say the — a |
| | 23 | well known fact, if it's a fact, in the medical community. |
| | 24 | Q: I'll object as nonresponsive. What I'm really |
| | 25 | asking -- well, first of all, you understand that all drugs |

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                                          56

56:  1   that are marketed in the United States have to be approved by
     2   the FDA?
     3   A: Yes.
     4   Q: And do you understand the labeling has to be
     5   approved by the FDA?
     6   MR. NABERS: Objection to the form.
     7   A: The labeling meaning the --
     8   Q:  (By Mr. Krumholtz)  Package insert.
     9   A: Package insert, yes.
    10   Q: Things like Exhibit 3, items like Exhibit 3, which
    11   is the package insert and the labeling and prescribing
    12   instructions for Celebrex.
    13   A: Is this the new package insert for Celebrex that
    14   comes in Celebrex samples?
    15   Q: That's listed within the PDR.
    16   A: It's -- this information in here is now listed in
    17   the PDR for Celebrex?
    18   Q: True.
    19   A: True? Is that's what you're telling me?
    20   Q: Yeah. I'm just saying that you understand that the
    21   labeling or package insert -- and assume with me that Exhibit
    22   3 is a package insert or label for Celebrex.
    23   A: Okay.
    24   Q: That you understand the labeling has to be approved
    25   by the FDA?
57:  1   A: Yes, I do.
     2   Q: And it contains the risks associated with the drug,
     3   according to the FDA and the drug manufacturer, true?
     4   A: True.
     5   Q: And you understand the FDA has a host of scientists
     6   and analysts who analyze that sort of information?
     7   MR. NABERS: Objection to the form.
     8   A: I assume that.
     9   Q:  (By Mr. Krumholtz)  You don't know it because you
    10   haven't researched it, I assume?
    11   A: The FDA is the governing body to approve medication
    12   and set the standards and requirements for drugs that are put
    13   on the market.
    14   Q: And so it's important for you to become familiar
    15   with what the approved uses are for drugs?
    16   A: Yes.
    17   Q: And that's why you look at documents like Exhibit 3
    18   from time to time in your practice?
    19   A: Yes.
    20   Q: And in connection with Celebrex, it says that
    21   Celebrex may cause an increased risk of serious
    22   cardiovascular thrombotic events, myocardial infarction and
    23   stroke, which can be fatal, true?
    24   A: That's what this is saying.
    25   Q: And you have prescribed Celebrex since July of

Printed: 10/4/2006   3:16:27PM

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                            58

| | | |
|---|---|---|
| 58: | 1 | 2005? |
| | 2 | A: Yes. |
| | 3 | MR. NABERS: Objection to the form. |
| | 4 | Q: (By Mr. Krumholtz) Despite these risks, true? |
| | 5 | MR. NABERS: Same objection. |
| | 6 | A: I would disagree with that, so I would say no. |
| | 7 | Again, this is — I have been under the impression that |
| | 8 | Celebrex remains on the market as a safe drug and does not |
| | 9 | cause, in and of itself, risks. As it says, Celebrex may |
| | 10 | cause an increased risk of serious cardiovascular thrombotic |
| | 11 | events, myocardial infarction, stroke, which can be fatal. |
| | 12 | That sentence alone is new to me. |
| | 13 | So this perhaps — I am not sure how new this |
| | 14 | document is or how recently the FDA issued a change in the |
| | 15 | labeling because I am under the impression that the FDA can |
| | 16 | require changes in the labeling. |
| | 17 | Q: (By Mr. Krumholtz) Now, Dr. Vogeler yesterday |
| | 18 | indicated that he would still prescribe Celebrex, even |
| | 19 | understanding what's contained in Exhibit 3. Do you -- would |
| | 20 | you do the same? |
| | 21 | MR. NABERS: Objection to the form, misstates |
| | 22 | Dr. Vogeler's testimony. |
| | 23 | MR. KRUMHOLTZ: No, it doesn't. |
| | 24 | MR. NABERS: Yeah, it does, absolutely. |
| | 25 | Q: (By Mr. Krumholtz) Well, you can just answer on |
| 59: | 1 | your own. |
| | 2 | A: I think with this being somewhat new information to |
| | 3 | me, I will need to investigate this further. |
| | 4 | Q: And can we — let's just talk generally about |
| | 5 | medications. All medications have side effects, true? |
| | 6 | MR. NABERS: Objection to the form. |
| | 7 | A: They can have side effects, yes. |
| | 8 | Q: (By Mr. Krumholtz) Potential side effects? |
| | 9 | A: Potential, uh-huh. |
| | 10 | Q: And as a result, doctors and nurse practitioners |
| | 11 | must weigh the benefits versus the risk of side effects? |
| | 12 | A: Yes, and give the patient that choice. |
| | 13 | Q: And in connection with any particular class of |
| | 14 | drugs, it's important to familiarize yourself with risks and |
| | 15 | benefits? |
| | 16 | A: Yes. |
| | 17 | Q: And to weigh the risks and benefits? |
| | 18 | A: Yes. |
| | 19 | Q: And to discuss those risks and benefits with |
| | 20 | patients? |
| | 21 | A: Yes. |
| | 22 | Q: And to make recommendations to patients as |
| | 23 | appropriate? |
| | 24 | A: Yes. |
| | 25 | Q: And in that regard, in any particular class of |

**Olson-Fields, Karen 2006-07-27**

Olson-Fields DA PC on 10-4                                    60

60:  1   drugs, whether it's COX-2s or otherwise, if all of the
     2   members of a class of drugs have similar risks, then it may
     3   very well be appropriate to prescribe any of those drugs to
     4   the extent that a patient needs those drugs. True?
     5   A: Would you restate that?
     6   Q: Yeah. In any particular class of drugs, assume
     7   with me that the risks are relatively the same in terms of,
     8   let's say, cardiovascular risk. That would mean that you
     9   would have to look at the class of drugs at issue and for any
    10   particular patient determine which one is more or less
    11   tolerable, if appropriate at all. True?
    12   A: Correct. However, there is debate about what
    13   you're talking about, which is termed class effect. Do all
    14   drugs in a class have the same risks or same side effects?
    15   For example, statin drugs, cholesterol-lowering agents, you
    16   have Pravachol, which has done extensive research suggesting
    17   that they have a benefit of being safer, as far as the main
    18   concern with those drugs, which is myositis.
    19   So there's debate always. There seems to be debate
    20   within a class whether there is a class effect. I think that
    21   is the same with the COX-2. It has been debated. My
    22   understanding is, it's been debated that it's not a class
    23   effect. So I think there is a debate or there's a struggle
    24   in the medical community when addressing class effect. They
    25   all do this. Do they all have the same risks, benefits? And
61:  1   that's the struggle, and that's the debate.
     2   Q: And that's the sort of analysis that a nurse
     3   practitioner or doctor must do in connection with prescribing
     4   drugs?
     5   A: Yeah, that's a struggle.
     6   Q: And so you look at the benefits of these drugs,
     7   true?
     8   A: True.
     9   Q: And then you look at potential risks to determine
    10   if any one has a different risk than the others?
    11   A: Yes.
    12   Q: And if they're the same, if the risks are
    13   substantially the same --
    14   A: Yes.
    15   Q: -- and you're comfortable that they are, for
    16   whatever reason, then it gives you a variety of treatment
    17   options within a particular class of medications?
    18   A: Yes.
    19   Q: And so, for example, if one particular patient --
    20   because, as we described, some patients react differently to
    21   any particular drug, true?
    22   A: True.
    23   Q: And so if one patient can't tolerate a medication
    24   very well in that particular class, but that patient needs
    25   that drug, then you can prescribe another?

Printed: 10/4/2006   3:16:27PM

*[Handwritten notes:]* Overruled

PLAINTIFF's
OBJection
Re: 61:6 - 62:19
Relevance

Response: prescriber's
risk-benefit analysis
is relevant

**Olson-Fields, Karen 2006-07-27**

Olson-Fields DA PC on 10-4                                          62

| 62: | 1 | A: True. |
| | 2 | Q: And for example, this comes into play, does it not, |
| | 3 | in connection with antibiotics? |
| | 4 | A: Yes. |
| | 5 | Q: For example, patients very much need antibiotics |
| | 6 | when they're ill? |
| | 7 | A: Yes. |
| | 8 | Q: To prevent further infection? |
| | 9 | A: Yes. |
| | 10 | Q: And to eliminate infection? |
| | 11 | A: Yes. |
| | 12 | Q: And that was probably the better way to put it. I |
| | 13 | can tell you're -- you're wanting to clarify that. But |
| | 14 | regardless, for example, Amoxicillin or penicillin may not be |
| | 15 | tolerated well by a patient? |
| | 16 | A: Correct. |
| | 17 | Q: And so Erythromycin, another antibiotic, may be |
| | 18 | prescribed? |
| | 19 | A: Yes. |
| | 20 | Q: And those -- by the way, just so that the jury is |
| | 21 | clear, those drugs have serious side effects or potential |
| | 22 | side effects, rather? |
| | 23 | A: They have potential side effects. |
| | 24 | Q: They have life-threatening side effects? |
| | 25 | MR. NABERS:  Objection to the form. |
| 63: | 1 | Q:  (By Mr. Krumholtz)  Potential side effects. |
| | 2 | A: What's the question? |
| | 3 | Q: Are you aware of whether or not antibiotics like |
| | 4 | penicillin, Amoxicillin, Erythromycin have the potential to |
| | 5 | cause serious adverse side effects? |
| | 6 | A: If a patient is allergic, yes. |
| | 7 | Q: What about birth control pills? Do they have the |
| | 8 | potential to cause serious adverse side effects? |
| | 9 | A: Yes. They have the potential. |
| | 10 | Q: In fact, they have the potential to cause heart |
| | 11 | attacks and other cardiovascular events? |
| | 12 | A: In a specific patient. |
| | 13 | Q: Well, that's true -- |
| | 14 | A: That would be contraindicated in that patient. For |
| | 15 | example, a smoker or a woman who has had family history of a |
| | 16 | thrombotic event, a blood clot, a -- so -- |
| | 17 | Q: Well, those are folks that you try to avoid |
| | 18 | giving -- |
| | 19 | A: Correct. |
| | 20 | Q: -- birth control pills? |
| | 21 | A: Correct. |
| | 22 | Q: But even amongst the general population, there is a |
| | 23 | risk of thrombotic events when taking birth control pills? |
| | 24 | A: It's a -- it's -- the incidence of that is very |
| | 25 | low, but if you want to talk about -- there is an incidence. |

*overruled* ✓

PLAINTIFF'S
OBJECTION
re: 63:3-12
Relevance
same response

*Overruled*

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                                64

| 64: | | |
|---|---|---|
| | 1 | But then you look at percent of incidence. How common is |
| | 2 | that? So yes, it's possible. It's just — |
| | 3 | Q:  You consider the rate of thrombotic event in |
| | 4 | connection with taking birth control pills to be extremely |
| | 5 | low? |
| | 6 | A: Yes. |
| | 7 | Q: Unless it's contraindicated somehow? |
| | 8 | A: Correct. |
| | 9 | Q:  If it's true that Vioxx carries no greater risk |
| | 10 | than Celebrex or other COX-2 inhibitors, would you still |
| | 11 | prescribe it if it were on the market? |
| | 12 | MR. NABERS:  Objection to the form, assumes facts |
| | 13 | not in evidence. |
| | 14 | A:  Yes. If Vioxx had not been removed from the |
| | 15 | market, therefore, there would not have been an issue, it |
| | 16 | would have continued as when it was first launched, which was |
| | 17 | presented as a safe, effective drug. If obviously, it was |
| | 18 | pulled from the market because those concerns, but in answer |
| | 19 | to your question, yes, if it was still on the market and |
| | 20 | there was absolutely no evidence that it caused certain, you |
| | 21 | know, cardiac or thrombotic events, I may still be |
| | 22 | prescribing it. |
| | 23 | Q:  Object to the nonresponsive portion the answer, and |
| | 24 | even if it carries some risk of CV, of causing CV events, |
| | 25 | some risk -- and this is hypothetical. Even if it does, but |
| 65: | 1 | other members of the COX-2 class also carry similar risks, |
| | 2 | then would you consider still prescribing Vioxx? |
| | 3 | MR. NABERS:  Objection to the form. |
| | 4 | Q:   (By Mr. Krumholtz)  If it were on the market? |
| | 5 | A:  I think at this point, after receiving this |
| | 6 | document, I would again need to look into this further |
| | 7 | because this is the first time that Celebrex has been |
| | 8 | presented to me as this kind of risk. So I think at this |
| | 9 | moment I have got some looking into to do, and so under the |
| | 10 | circumstances of this moment, reading this document, I would |
| | 11 | probably need to do a little bit of looking into this. |
| | 12 | And the comment made here that all |
| | 13 | antiinflammatories have some risk, I think that opens up a |
| | 14 | whole new bit of information that I really wasn't aware of. |
| | 15 | So I think as a practitioner right now I am really going to |
| | 16 | need to look into this further, Celebrex -- if Vioxx were |
| | 17 | still available or if Bextra were still available, and look |
| | 18 | into the traditional ibuprofen. |
| | 19 | What is this really saying, and what's the real |
| | 20 | evidence? I mean, this kind of changes things a little bit |
| | 21 | for my prescribing of any antiinflammatory, COX-1 or COX-2. |
| | 22 | Q:  Okay. So this may change not only your prescribing |
| | 23 | pattern with respect to selective NSAIDs or COX-2s, it may |
| | 24 | change your prescribing pattern as to nonselective, |
| | 25 | traditional NSAIDs? |

*[Handwritten annotations:]*

Re: 64:12 - 64:13
Def obj: remove   I agree
objection

Re: 64:14 - 64:22
Def obj: Foundation -
she does not know
why Vioxx was   PLAINTIFF
withdrawn   RESPONSE

The witness was
targeted by Merck
to prescribe Vioxx.
They made sales
calls to her many
many times. She was
aware of the med.
literature on Vioxx and
she was certainly aware
of why + when the Vioxx
was w/o from the
market. She had to
let all her patients
know about the
w/o.

## Olson-Fields, Karen 2006-07-27

Olson-Fields DA PC on 10-4                                                66

66:     1    A: Yes.
        2    Q: We talked a little bit about how you become
        3    familiar with any particular new medication, and we talked
        4    about educating yourself by looking at the PDR, true?
        5    A: Yes.
        6    Q: And you do that when you can?
        7    A:   (Witness nods.)
        8    Q: True?
        9    A: True, although a new medication doesn't get into
        10   the PDR for that year, so I would be relying more on The
        11   Medical Letter and journals that are presenting the new drug
        12   because it doesn't make it into the PDR right off that same
        13   year usually so...
        14   Q: It sounds like The Medical Letter is the primary
        15   medical literature that you review in your practice. Is that
        16   fair?
        17   A: That, and then I have several nurse practitioner
        18   and family practice journals that have sections where they
        19   present new drugs and give you information, basic information
        20   of new drugs, so both.
        21   Q: By the way, if -- if Vioxx carried the same risk of
        22   cardiovascular issues as birth control, substantially the
        23   same, would you feel comfortable prescribing it to your
        24   patients if it were on the market?
        25   MR. NABERS: Objection to the form.

67:     1    A: That's a difficult question. I think at this point
        2    Vioxx has been removed from the market for some very serious
        3    concerns, and birth control pills have not. So I don't know
        4    that I can really answer that question.
        5    Q:   (By Mr. Krumholtz)  Do you consider ulcers and
        6    bleeds to be significant -- as significant an issue as birth
        7    control?
        8    A: Birth control pills are -- that's a whole different
        9    thing. Birth control pills is a -- I mean, that's just a
        10   whole different area for me. That's the prevention of
        11   unplanned pregnancy. GI bleeds are a medical problem, so I
        12   am really having trouble correlating the question.
        13   Q: Let me ask it a different way. The control of
        14   inflammation and pain in osteoarthritis patients, rheumatoid
        15   arthritis patients and folks with the kind of disk disease
        16   and other back problems we discussed earlier, that -- those
        17   medications are important medications?
        18   A: Yes.
        19   Q: And so are birth control medications?
        20   A: Yes.
        21   Q: And so as long as the risk was sufficiently low
        22   with each, you would feel comfortable prescribing medications
        23   that reduce inflammation and provide the pain relief?
        24   A: Yes.
        25   Q: For those other patients?

*(handwritten margin notes)* Overruled

Re: 66:21-67:4
Def Obj: Foundation;
Speculative; she
does not know why
Vioxx was removed
from the market

(Same as previous)
Plaintiff
Response

Printed: 10/4/2006   3:16:27PM

**Olson-Fields, Karen 2006-07-27**

Olson-Fields DA PC on 10-4                                                                68

68:  1     A: Yes.
     2     Q: And in connection with birth control, you have
     3     assessed those risks and determined that indeed it's worth
     4     the risk?
     5     A: Yes, on an individual patient basis, as in any
     6     medication.
     7     Q: And you review medical literature to keep up to
     8     date with changes to package inserts or labeling as approved
     9     by the FDA?
    10     A: Yes.
    11     Q: And you feel like you have done that in a manner
    12     that provides you with some confidence that you're familiar
    13     with the latest labeling in terms of its import?
    14     A: Well, I certainly try and keep up. Again, this
    15     thing with Celebrex here brings to my attention that, you
    16     know, there seems to be the need for literature or
    17     information for us that isn't just another white piece of
    18     paper that comes in the mail.
    19     There seems to -- I feel there should be something
    20     a little bit more attention grabbing when something serious
    21     like this is a label change. I find this pretty serious
    22     information. I would have been much happier if I had gotten
    23     something from someone about basic antiinflammatories, there
    24     being a greater concern.
    25     Q: Do you know whether or not the manufacturer of
69:  1     Celebrex sent to health care providers a Dear Doctor or
     2     Health Care Provider letter attaching that particular package
     3     insert?
     4     A: No, I don't know.
     5     Q: But from time to time your office does get Dear
     6     Doctor or Dear Health Care Provider letters?
     7     A: We get inundated with all kinds of literature, all
     8     kinds. I have a stack on a daily basis of things that come
     9     in the mail. A lot of it's junk mail, advertising, and so we
    10     get all kinds of mailings of all kinds. But I -- my point
    11     being that serious information for practitioners, I wish
    12     there was a better way because I don't recall there being a
    13     -- something that is more alerting, if you want to put it
    14     that way. Does that make sense?
    15     Q: I want to make sure I understand your -- the
    16     practice in your office. When you receive or your office
    17     receives a Dear Health Care Provider letter or Dear Doctor
    18     letter, it's my understanding from Dr. Vogeler's testimony
    19     that you all review that information?
    20     MR. NABERS: Objection to the form.
    21     Q: (By Mr. Krumholtz) Is that true?
    22     MR. NABERS: Objection to the form.
    23     A: What exact Dear Doctor letter are you referring to?
    24     What kind? I get a lot of --
    25     Q: (By Mr. Krumholtz) Safety-related Dear Doctor

Printed: 10/4/2006   3:16:27PM