**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

[1:1] - [1:25]           9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
page 1
1              IN THE UNITED DISTRICT COURT
2              EASTERN DISTRICT OF LOUSIANA
3
4   IN RE:                        MDL DOCKET: 1657
                                  SECTION L
5   VIOXX LITIGATION
    PRODUCTS LIABILITY LITIGATION
6   _____
7   ANTHONY WAYNE DEDRICK,        JUDGE FALLON
       Plaintiff                  MAGISTRATE JUDGE
8                                 KNOWLES
    v.
9
                                  CASE NO:
10  MERCK & CO, INC.                2:05-CV-2524
       Defendants
11
12             VIDEOTAPED DEPOSITION OF:
13               ANTHONY WAYNE DEDRICK
14
15           S T I P U L A T I O N S
16      IT IS STIPULATED AND AGREED, by and between
17  the parties through their respective counsel, that
18  the deposition of:
19             ANTHONY WAYNE DEDRICK
20  may be taken before Lisa Bailey, CSR, Notary
21  Public, State at Large, at the Shoals Marriott, 800
22  Cox Creek Parkway South, Florence, Alabama, on
23  September 7, 2006 commencing at approximately
24  9:45 a.m.
25
```

[36:15] - [36:17]        9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
page 36
15      Q.     Okay.  Am I correct that from 1999
16  through 2002, you were in prison?
17      A.     Yes.
```

[48:11] - [48:17]        9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
page 48
11      Q.     But aside from accidents and your heart
12  attack, have you ever been hospitalized?
13      A.     Yes.
14      Q.     And why were you hospitalized?
15      A.     Well, a kid:  Mumps, chickenpox,
16  measles.  And I was diagnosed with rheumatic fever.
17  And I cut my toe off.
```

[79:23] - [80:15]        9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
page 79
23      Q.     Can you turn to the -- to page seven.
24  And on this document, you have checked that you're a
25  current smoker; is that correct?
page 80
1       A.     Yes.
2       Q.     Are you -- as you sit here today, are you
3   a current smoker?
4       A.     Yes, I am.
5       Q.     And do you smoke two packs a day?
6       A.     In the last week, no.  I'm cutting back,
```

**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
7    trying to quit, and I'm under two packs a day.
8         Q.    So how much are you smoking now?
9         A.    A pack a day.
10        Q.    Okay.  Prior to a week ago, were you
11   smoking two packs a day?
12        A.    Yes.
13        Q.    And you've been smoking about two packs a
14   day for the past 35 years?
15        A.    Basically, yes.
```

[81:6] - [82:19]          9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 81
6         Q.    And then on drinking history, you have
7    here that you drink on average six drinks a week?
8         A.    Right.
9         Q.    Does that vary -- does that amount vary
10   at all?
11        A.    Yeah, it might be five one weekend and
12   seven the other week.  But six -- I hardly ever drink
13   more than six beers a week.  And that is done on the
14   weekend.
15        Q.    Okay.  And in the past, did you used to
16   drink more?
17        A.    Yes, I did.
18        Q.    Okay.  How much did you used to drink?
19        A.    I used to be an alcoholic, so I used to
20   drink a lot.
21        Q.    And when you say "a lot," how much is "a
22   lot"?
23        A.    Well, on the weekends, I'd drink a case
24   or two of beer.
25        Q.    A case or two?
page 82
1         A.    Yes.
2         Q.    And what -- and roughly, what time period
3    were you drinking that quantity?  Like from what year
4    roughly to what year?
5         A.    From Friday night at 6:00 o'clock to
6    Sunday morning at noon, Sunday at noon.
7         Q.    And how many years was that?
8         A.    Off and on for 20 years.
9         Q.    And approximately when did it reduce to
10   about six drinks per week?
11        A.    1999, September of 1999.
12        Q.    And what happened to cause the reduction?
13        A.    Well, that's when I went to prison, and
14   while I was incarcerated, I received treatment for my
15   problem.
16        Q.    And what did that treatment entail?
17        A.    Intense in-house rehabilitation program.
18   Eighteen months out of two and a half years in
19   prison, I was in rehab.
```

[101:4] - [111:6]         9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 101
4         Q.    According to this report, Exhibit 5, this
5    says, "The defendant reported having 14 half-brothers
6    and sisters; is that -- is that correct?
7         A.    It's -- it's right at it.  I've got so
8    many brothers and sisters, I have to count every time
9    I try to -- somebody asks me that.  Because some,
10   I've never met.  I think I was up to 16 last night
11   that are living, you know.
12        Q.    Do you have -- I just want to make sure I
13   followed you.  There are -- right now, you have 16
14   living brothers and sisters?
```

**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
15      A.      14 living and three dead.
16      Q.      Okay.  Let's see if we can separate them
17  out a little bit.  Who are your -- well, strike
18  that.
19              How many full brothers and sisters do you
20  have?
21      A.      I have two full brothers.
22      Q.      And how many full sisters?
23      A.      None.
24      Q.      Living or -- living or dead?
25      A.      Right, none.
page 102
1       Q.      And in addition to your two full
2   brothers, you have 14 half-siblings?
3       A.      I believe there's 11.  There's 11 living.
4       Q.      And then three that are deceased?
5       A.      Right.
6       Q.      And then the 11 that are living of the
7   half-siblings, are they on your mother's side or on
8   your father's side?
9       A.      They're all on my father's side.
10      Q.      The three that are deceased, are they all
11  on -- all on your father's side?
12      A.      Yes.
13      Q.      And what are the names of your two full
14  brothers?
15      A.      Phil and Kenny.
16      Q.      Are you the oldest?
17      A.      Oldest boy.
18      Q.      And how -- how old are you today?
19      A.      I'm 51.
20      Q.      And how old is Phil today?
21      A.      50.
22      Q.      And how old is Kenny today?
23      A.      49.
24      Q.      And then your three half-siblings that
25  are deceased, brothers, sisters?
page 103
1       A.      Two brothers and one sister.
2       Q.      What are their names?
3       A.      Robert, Terry, and Faye.
4       Q.      Is Terry a brother or sister?
5       A.      Brother.  Robert and Terry were brothers,
6   and Faye was a sister.
7       Q.      And when did Robert die?
8       A.      I'm not sure on the date.  It's been ten
9   plus years.
10      Q.      Approximately how old was he when he
11  died?
12      A.      22.
13      Q.      What was the cause of his death?
14      A.      He choked to death.
15      Q.      And then Terry?
16      A.      Terry was 17, I believe.
17      Q.      And how long ago did he die?
18      A.      Within the last ten years.
19      Q.      And what was the cause of his death?
20      A.      He was run over by a car on a bicycle.
21  He was on a bicycle and got run over.
22      Q.      And then your sister Faye, how old was
23  she when she died?
24      A.      I have no idea.  We never had no contact.
25      Q.      Do you know if she was older or younger?
page 104
1       A.      She was older than me.
2       Q.      And when did she die?
3       A.      15 years ago.
4       Q.      And do you know what the cause of her
```

**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
 5   death was?
 6       A.     No, I don't.
 7       Q.     Of your 11 half-brothers and --
 8   half-brothers and sisters, are you in contact with
 9   any of them?
10       A.     I'm in contact with three sisters
11   weekly.  We live close enough that, you know, we're
12   in contact when we see each other, yeah.
13       Q.     Okay.  What are their names?
14       A.     Bernice, Janice and Nina.
15       Q.     And how old is Bernice?
16       A.     44.
17       Q.     And how old is Janice?
18       A.     47.
19       Q.     And how old is Nina?
20       A.     46.
21       Q.     Both of your parents are deceased,
22   correct?
23       A.     Correct.
24       Q.     Okay.  When did your father die?
25       A.     1984.
page 105
 1       Q.     And how old was he?
 2       A.     I do not know.
 3       Q.     What was -- what was the cause of his
 4   death?
 5       A.     I really don't know.  It -- it -- I
 6   hadn't been in contact with him.  I went to the
 7   funeral, I mean.  I know what I was told, but I don't
 8   know.  I mean --
 9       Q.     What were you told?
10       A.     Well, something to do with his stomach.
11   That's --
12       Q.     Did your father have a heart attack?
13       A.     I do not know.
14       Q.     You don't know one way or the other?
15       A.     No.  I had no contact with my father
16   until I was 30 years old, and I had contact one time
17   for two hours.  So I -- I don't know nothing about my
18   father.
19       Q.     Okay.  Do you know anything about your
20   father's side of the family?
21       A.     Some.  I mean --
22       Q.     Do you know whether any of his -- any of
23   your father's siblings had a heart attack or a
24   stroke?
25       A.     I saw it in my medical records somewhere
page 106
 1   -- I can't remember where -- that -- I can't remember
 2   what it says.  I do not know for certain, no.  I do
 3   not know.
 4       Q.     Okay.  Well, let's skip this for a moment
 5   and move on to your mother.  Earlier you said that
 6   she had a heart attack.  Did she have any strokes?
 7       A.     No.
 8       Q.     Did she have more than one heart attack?
 9       A.     They -- she -- she was diagnosed with one
10   heart attack.  That's the only one I know of.
11       Q.     And did your mother have brothers and
12   sisters?
13       A.     Yes.
14       Q.     And did any of her brothers and sisters
15   have heart attacks or strokes, to your knowledge?
16       A.     I believe three of her half-brothers died
17   of a heart -- a heart problem.  I don't know if it
18   was a stroke, heart attack or what.  But three of her
19   half-brothers did.
20       Q.     Do you know how many siblings your mother
```

**Exhibit A - A. Dedrick Deposition Excerpts**

**• Dedrick - Daubert Motion (Gelb)**

```
21  had?
22       A.     Two sisters, three half-brothers and a
23  half-sister, two more half-brothers.
24       Q.     So a total of five half-brothers?
25       A.     Five half-brothers, one half-sister and
page 107
1   two sisters.
2        Q.     Did either of your grandparents have a
3   heart attack or a stroke?
4        A.     On paternal or maternal?
5        Q.     Let's start with maternal.
6        A.     My grandmother died while I was in the
7   Service, and I was told she had had a heart attack,
8   but I don't know what she died of.
9        Q.     So this is your mother's mother?
10       A.     Yes.
11       Q.     And what about your mother's father?  Did
12  he have a heart attack?
13       A.     I have no -- I was young when he -- he
14  was put in a nursing home, and I really have -- I've
15  never heard that he had any heart problems.
16       Q.     Okay.  And do you know what either of
17  your father's parents died of?
18       A.     I have no history of my father's parents.
19       Q.     Other than the three half-brothers of
20  your mother that had -- that died of heart attacks,
21  do you know of any aunts or uncles that had heart
22  attacks?
23       A.     No, I do not.
24       Q.     Did your -- and I believe you already
25  said, to your knowledge, nobody in your family has
page 108
1   taken Vioxx?
2        A.     I -- to my knowledge.  I don't know.  I
3   never -- I never asked them, and they never told me.
4        Q.     Your mom, do you know, did she ever take
5   any kind of pain medication?
6        A.     Right there at the end, she did.  I -- I
7   don't know what it was.
8        Q.     Your brother Phil, does he have heart
9   problems?
10       A.     I believe he has some heart problems.
11  I'm not real certain what his medical problems are.
12       Q.     What about your brother Kenny?
13       A.     My brother has had heart problems.
14       Q.     Okay.  What -- what heart problems has
15  your brother Kenny had?
16       A.     He had a heart attack, and I believe he
17  has one stent.  I'm not certain on how many.
18       Q.     Let's try to express this easier.  When
19  did your brother Kenny have his heart attack?
20       A.     1999.
21       Q.     Do you remember what time of year?
22       A.     Summer.
23       Q.     Were you there with him?
24       A.     I got there about 15 hours later.
25       Q.     Where does your brother Kenny live?
page 109
1        A.     Waynesboro, Tennessee.
2        Q.     And then after that heart attack, he had
3   a stent, to your knowledge?
4        A.     Sometime or another.  I don't know if it
5   was right then or later on.  I'm not for sure.
6        Q.     Has your brother Phil ever had a heart
7   attack?
8        A.     Not to my knowledge.
9        Q.     Has your brother Phil ever had a stent or
10  bypass or anything like that?
```

**Exhibit A - A. Dedrick Deposition Excerpts**

**• Dedrick - Daubert Motion (Gelb)**

```
11      A.      No.
12      Q.      Have either Phil or Kenny had a stroke?
13      A.      No.
14      Q.      Going back to Kenny, how old was he at
15  the time of his heart attack?
16      A.      41.
17      Q.      And am I correct that your mother had
18  diabetes?
19      A.      Yes, she did.
20      Q.      Anyone else in your family have diabetes?
21      A.      My brother's son has diabetes.
22      Q.      Phil or Kenny?
23      A.      Phil.
24      Q.      Phil's son has diabetes?
25      A.      Yes.
page 110
1       Q.      And what's his son's name?
2       A.      Sean.
3       Q.      And how many nieces and nephews do you
4   have?
5       A.      I have no idea.
6       Q.      Let me rephrase that question.  Focusing
7   on Phil or Kenny, how many -- how many nieces and
8   nephews do you have?
9       A.      Two whole nephews, one half-nephew, and
10  one half-niece.
11      Q.      To your knowledge, do any of those nieces
12  and nephews have heart problems or heart issues?
13      A.      No.
14      Q.      Does anyone else in your family have
15  hypertension?
16      A.      Not to my knowledge.
17      Q.      And what about high cholesterol?  Do you
18  know if anyone in your family is being treated for
19  high cholesterol?
20      A.      I do not know.
21      Q.      To your knowledge, has anyone in your
22  family ever had a heart murmur or heart palpitations?
23      A.      No, not to my knowledge, no.
24      Q.      Has anyone in your family had a stroke?
25      A.      I have a second cousin who had a stroke.
page 111
1       Q.      Is that on your mother's side?
2       A.      Yes.
3       Q.      Do you have anyone else in your family
4   other than the people we've already spoken about who
5   have coronary artery disease?
6       A.      Not to my knowledge, no.
```

[118:14] - [119:3]      9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 118
14      Q.      Okay.  When were you diagnosed with
15  diabetes?
16      A.      Excuse me?
17      Q.      When were you diagnosed with diabetes?
18      A.      1999.
19      Q.      So roughly the same time as you were
20  diagnosed with arthritis?
21      A.      Roughly.
22      Q.      And when were you diagnosed with
23  hypertension?
24      A.      It was either 1997, '98 or '99.  I'm not
25  certain on exact date, year.
page 119
1       Q.      And at some point, were you diagnosed
2   with high cholesterol?
3       A.      I believe that came about in 2003.
```

**Exhibit A - A. Dedrick Deposition Excerpts**

**• Dedrick - Daubert Motion (Gelb)**

[119:12] - [120:1]        9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
page 119
12      Q.      What's your current treatment for your
13  diabetes?
14      A.      I take 1.25 milligrams of Glyburide day.
15  I take 15 units of Lantus at night.  And when I check
16  my sugar during the day, if it's up, I have Humalog,
17  which is quick-acting insulin.  I'm supposed to take
18  it on a sliding scale as needed.
19      Q.      And when did you start taking insulin?
20      A.      A little over a year ago.
21      Q.      And why did you start taking insulin?
22      A.      Because pills were not controlling my
23  diabetes.  It was getting increasingly worse.
24      Q.      And who treats you or monitors your
25  diabetes?
page 120
1       A.      Dr. Herrera.
```

[130:13] - [130:25]        9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
page 130
13      Q.      How tall are you?
14      A.      5' 11.
15      Q.      And how much do you weigh?
16      A.      211.
17      Q.      Have you gained or lost any weight over
18  the last ten years?
19      A.      Not significant, no.
20      Q.      How much did you weigh at the time of
21  your heart attack?
22      A.      Roughly 200 pounds.
23      Q.      What's the most you've weighed since you
24  were 18?
25      A.      220.
```

[146:2] - [146:23]        9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
page 146
2       Q.      Okay.  And in the past, you've used
3   cocaine; is that correct?
4       A.      That's correct.
5       Q.      Anything else?
6       A.      A small amount of marijuana.
7       Q.      Anything else?
8       A.      No.
9       Q.      Okay.  During what period of time did you
10  use cocaine?
11      A.      Over -- off and on between mid-'70s to
12  mid-'90s, right in that period.
13      Q.      When was the last time you used cocaine?
14      A.      Mid to late '90s.
15      Q.      And during that time period, how often
16  would you use cocaine?
17      A.      I may do some this weekend and not do it
18  again for six months.  It was just an on-again,
19  off-again type thing.
20      Q.      And what form was it?
21      A.      Powder.
22      Q.      And what quantity?
23      A.      A half a gram.
```

[150:15] - [151:17]        9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
page 150
15      Q.      How often do you eat fried foods?
16      A.      Now?
```

**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
              17     Q.     Yes.
              18     A.     Maybe once every two weeks.
              19     Q.     Prior to your heart attack, how often did
              20  you eat fried foods?
              21     A.     A couple or three times a week.
              22     Q.     And prior to your heart attack, how often
              23  would you eat red meat?
              24     A.     Again, two or three times a week.
              25     Q.     And what about fast food?  How often
         page 151
              1   would you eat fast food?
              2      A.     I seldom ever ate fast food before my
              3   heart attack.
              4      Q.     Do you eat fast food now?
              5      A.     Healthy fast food, if there's such a
              6   thing.  Salads and stuff like that.
              7      Q.     How would you -- prior to your heart
              8   attack, how would you describe your diet?
              9      A.     High fat.
              10     Q.     So you were not a healthy eater?
              11     A.     No.
              12     Q.     Prior to your heart attack, did any
              13  doctor ever suggest that you should lose weight?
              14     A.     All the time in the military.
              15     Q.     What about once you were out of the
              16  military?
              17     A.     No.
```

[185:8] - [191:14]        9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
         page 185
              8           MS. HORN:  I'm going to mark this as
              9      Exhibit 9.
              10               (Defendant's Exhibit Number 9
              11               was marked for identification.)
              12     Q.     Exhibit 9 is a -- Exhibit 9 is a document
              13  dated February 12, 2002 from the Tennessee Department
              14  of Corrections Health Services entitled "Refusal of
              15  Medical Services"; is that correct?
              16     A.     Yes.
              17     Q.     And have you had a chance to review this
              18  document?
              19     A.     I can't -- I can't recall seeing it
              20  before.
              21     Q.     Okay.  See about halfway down the page
              22  where it has a signature line for inmate?
              23     A.     Yes, I see it.
              24     Q.     Is that your signature?
              25     A.     Yes, it is.
         page 186
              1      Q.     And it's dated February 12th, '02?
              2      A.     Correct.
              3      Q.     Okay.  And the handwritten part --
              4           MS. O'DELL:  Elaine, can he have just a
              5      moment just to review the document --
              6           MS. HORN:  Sure.
              7           MS. O'DELL:  -- since he hadn't seen it
              8      before?
              9   BY MS. HORN:
              10     Q.     Are you ready?
              11     A.     Yes.
              12     Q.     And this is a document documenting your
              13  decline of the use of insulin; is that correct?
              14     A.     That's correct.
              15     Q.     And as it reads here, "This is to certify
              16  that I, Anthony Dedrick, have been advised that I
              17  have been scheduled to have the following medical
              18  services, and/or been advised to have the following
```

**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
19   evaluations, treatments or surgical/other
20   procedures."  And they have written in here "use of
21   insulin, importance of blood sugar control for
22   prevention, development of blood vessel disease,
23   kidney disease, blindness and stroke."
24         Did I read that correctly?
25   A.    I believe so.  It's hard to make out.
page 187
1    Q.    Why did you decline insulin in February
2    of 2002?
3    A.    I believe that's because the prison
4    doctors -- I don't believe you know anything about
5    them in Tennessee.  The prison doctors are the
6    cheapest, oldest doctors they can find that will work
7    in a prison.  And I did not trust their knowledge.  I
8    wasn't about to take insulin without -- they had not
9    run hardly no tests or blood checks on me to know if
10   I needed insulin or not.  That was their way out.
11   And I said, no, thank you, I'll wait until I get out
12   to get a second opinion.
13   Q.    And you had already been diagnosed with
14   diabetes at this time?
15   A.    Type I, which is a lot different than
16   what they was wanting to do here on Type II.  Once
17   you start taking insulin, you're on it the rest of
18   your life.
19   Q.    Had anyone prior to February 12th, 2002,
20   suggested that you take insulin?
21   A.    Not to my knowledge, no.
22   Q.    You started taking insulin this year?
23   A.    No.  A little bit over a year ago.
24   Q.    About a year ago?
25   A.    Yes.
page 188
1    Q.    And isn't it true that prior to 2005,
2    you've been told that you're -- that you have
3    uncontrolled diabetes?
4         MS. O'DELL:  Object to the form.
5    A.    I can't recall that.  I know my diabetes
6    was out of control.  I don't know about uncontrolled.
7    Q.    Okay.  So prior to -- prior to about a
8    year ago, you did have out-of-control diabetes?
9    A.    At periods of time.  My -- my count goes
10   up and down.  I still have periods now.
11   Q.    During this February 2002 time period,
12   was your diabetes out of control?
13   A.    I -- I cannot remember if it were or
14   not.  Like I said, they -- I can't remember.
15   Q.    Okay.  What had happened that it was
16   recommended that you start taking insulin?
17   A.    What I just said before.  That's the
18   easiest way out for the prison system medical staff.
19   Q.    Had you had an exam, or had you had some
20   kind of episode or what had happened that this
21   recommendation came out?
22   A.    No.  Diabetes was on my record, and they
23   were obligated by law to check my sugar every so
24   often.  And sometimes it would be up, and sometimes
25   it would be down.
page 189
1    Q.    And on this day, had they checked your
2    sugar?
3    A.    I cannot recall if for sure they had that
4    day.  I don't know.
5    Q.    So you don't recall whether or not this
6    recommendation was in response to something in
7    particular?
8    A.    It was a response.  I wanted a second
```

**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
         9    opinion.  I didn't trust prison doctors.
        10       Q.     Was there a way for you to get a second
        11    opinion from somebody outside of the prison system?
        12       A.     No.
        13       Q.     And the prison doctors, or the doctors
        14    that work at the prison, aren't some of them doctors
        15    from the community?
        16       A.     The majority of them are.  The prison
        17    doctors are contract doctors.  Whoever works the
        18    cheapest gets to work the prison.
        19       Q.     And why do you believe that to be true?
        20       A.     I -- I have been in prison.  I see how
        21    they operate.  That's why I believe it to be true.  I
        22    have worked both sides of the prison.  I have worked
        23    in a prison, for a prison, and I have been in a
        24    prison.  So I have more knowledge than most people
        25    about the Tennessee Department of Corrections.
page 190
         1       Q.     Do you have family members who also work
         2    for the Tennessee Department of Corrections?
         3       A.     No, not at this time, I don't.
         4       Q.     Have -- have they ever?
         5       A.     Yes.
         6       Q.     Which -- who?
         7       A.     Both my brothers have, and I believe I've
         8    had a couple cousins work for them.
         9       Q.     And when did your brother Kenny work for
        10    them?
        11       A.     In the '80s.
        12       Q.     And what did he do?
        13       A.     He was a correction officer.
        14       Q.     Which facility did he work at?
        15       A.     Wayne County Work Camp.
        16       Q.     And your brother Phil, when did he work
        17    for the Department of Corrections?
        18       A.     '90s, I believe.  He worked for a short
        19    while for them.
        20       Q.     And which facility?
        21       A.     South Central Area Prison.
        22       Q.     What is Avandamet?
        23       A.     Excuse me?
        24       Q.     I'm mispronouncing this.  Have you ever
        25    heard -- have you ever taken a drug called Avandamet?
page 191
         1       A.     Avandia?
         2       Q.     No, A-V-A-N-D-A-M-E-N-T (sic).
         3       A.     That's a stomach medication, I believe.
         4    Avandamet?
         5          MS. O'DELL:  Don't guess if you don't
         6       know.
         7       A.     I don't know.
         8          MS. O'DELL:  Elaine, would you mind
         9       spelling that again?
        10          MS. HORN:  I'm having someone look it
        11       up.  We'll come back to it.
        12          MS. O'DELL:  When you do, if you'll spell
        13       it for me, I'd appreciate it.
        14          MS. HORN.  Okay.
```

[231:1] - [231:21]        9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
page 231
         1               C E R T I F I C A T E
         2
         3    STATE OF ALABAMA   )
         4    JEFFERSON COUNTY   )
         5
         6          I hereby certify that the above and
```

**Exhibit A - A. Dedrick Deposition Excerpts**

**• Dedrick - Daubert Motion (Gelb)**

```
 7   foregoing deposition was taken down by me in
 8   stenotype, and the questions and answers thereto were
 9   reduced to computer print under my supervision, and
10   that the foregoing represents a true and correct
11   transcript of the deposition given by said witness
12   upon said hearing.
13          I further certify that I am neither of
14   counsel nor of kin to the parties to the action, nor
15   am I in anywise interested in the result of said
16   cause.
17
18
19          _____
20          Lisa Bailey, Commissioner
21
```