Exhibit B - Gelb Deposition Excerpts

• **Dedrick - Daubert Motion (Gelb)**

| | |
|---|---|
| [1:] - [1:25] | 10/12/2006  Gelb, Ira S. |

```
page 1
   0001
1                              UNITED STATES DISTRICT COURT
                               EASTERN DISTRICT OF LOUISIANA
2
3                              CASE NO.: 2:05-CV-2524
        IN RE:  VIOXX
4       PRODUCTS LIABILITY
        LITIGATION
5
6       ANTHONY WAYNE DEDRICK,
7
8               Plaintiff,
9       -vs-
10      MERCK & CO., INC.,
11
12              Defendant.
13
        _____/
14
15
16
17      DEPOSITION OF:     IRA J. GELB, M.D.
18      DATE:              October 12, 2006
19      TIME:              9:03 a.m.
20      LOCATION:          Boca Raton Marriott
                           5150 Town Center Circle
21                         Boca Raton, Florida
22      REPORTER:          Erin Pallard, RPR
23
24
25
```

| | |
|---|---|
| [21:11] - [22:2] | 10/12/2006  Gelb, Ira S. |

```
page 21
11      Q    You've never worked with the FDA, correct?
12      A    Correct.
13      Q    What is an FDA advisory committee?
14      A    Advisory committee is composed of physicians
15 usually, or doctorates, who advise the Federal Drug
16 Administration on the advantage or disadvantage of a drug
17 that's been submitted.
18      Q    Okay.
19           Have you ever served on an FDA advisory
20 committee?
21      A    No.
22      Q    Have you ever been asked to sit on an FDA advisory
23 committee?
24      A    No.
25      Q    Have you ever reviewed labeling for a prescription
page 22
1  drug on behalf of the FDA?
2       A    No.
```

| | |
|---|---|
| [22:3] - [22:6] | 10/12/2006  Gelb, Ira S. |

```
page 22
3       Q    You're not an expert on FDA regulations for drug
4  labeling?
5       A    I'm not considered an expert, but I do review the
6  label.
```

Exhibit B - Gelb Deposition Excerpts

• **Dedrick - Daubert Motion (Gelb)**

[22:24] - [23:19]        10/12/2006  Gelb, Ira S.

```
page 22
24      Q    You've never worked with a pharmaceutical company?
25      A    No.
page 23
1       Q    You never worked in a regulatory
2   affairs department in a pharmaceutical company?
3       A    No.
4       Q    You have never drafted a pharmaceutical drug
5   label?
6       A    No.
7       Q    You've never been consulted with the drafting of a
8   pharmaceutical drug label?
9       A    No.
10      Q    You've never reviewed any complete new drug
11  application or investigational new drug application?
12      A    I have not.
13      Q    Just never been qualified by the court as an
14  expert on labeling or --
15      A    No.
16      Q    You've never been qualified by any court as an
17  expert on the advisory of or concerning warnings given to the
18  medical community about a drug?
19      A    No.
```

[23:23] - [23:25]        10/12/2006  Gelb, Ira S.

```
page 23
23      Q    Did you stop practicing clinical cardiology in
24  1992?
25      A    I did.
```

[24:13] - [24:18]        10/12/2006  Gelb, Ira S.

```
page 24
13      Q    When was the last time you prescribed a medicine?
14      A    Probably in the '90s.
15      Q    Okay.  Do you know when in the '90s?
16      A    Before I came to Florida.
17      Q    When did you come to Florida?
18      A    '92.
```

[25:6] - [25:18]        10/12/2006  Gelb, Ira S.

```
page 25
6       Q    Vioxx was not on the market while you were a
7   practicing cardiologist, correct?
8       A    Yes.
9       Q    That's correct?
10      A    That's correct.
11      Q    So you never prescribed it?
12      A    No.
13      Q    And never prescribed any COX-2 inhibitor?
14      A    No.
15      Q    Have you taken Vioxx?
16      A    No.
17      Q    Any other COX-2 inhibitor?
18      A    No.
```

[35:9] - [36:14]        10/12/2006  Gelb, Ira S.

```
page 35
9       Q    Okay.  You have not published any studies or other
10  papers on NSAIDs, correct?
11      A    On what?
12      Q    On non-steroidal anti-inflammatory drugs?
13      A    No, I have not.
```

Exhibit B - Gelb Deposition Excerpts

- **Dedrick - Daubert Motion (Gelb)**

```
               14      Q     You're familiar with that shorthand term NSAID,
               15   N-S-A-I-D?
               16      A     Thank you.  I am.
               17      Q     It makes this go faster if I don't -- and you
               18   haven't published any study or other papers on COX-2
               19   inhibitors?
               20      A     That's a question, I presume?
               21      Q     Everything I say to you is a question, Doctor.
               22      A     I'm sure.  No, I have not published any papers on
               23   COX-2 inhibitors.
               24      Q     And you have not published any studies or other
               25   papers on Vioxx?
               page 36
               1       A     No.
               2       Q     You have not published any studies on prostacyclin
               3    or prostaglandin or any imbalance --
               4       A     No.
               5       Q     You haven't published any papers on hypertension?
               6       A     No.
               7       Q     Or atherogenesis?
               8       A     No.
               9       Q     Or thrombogenesis?
               10      A     No.
               11      Q     Plaque rupture?
               12      A     No.
               13      Q     Prostanoids?
               14      A     No.
```

[38:18] - [38:20]       10/12/2006  Gelb, Ira S.

```
               page 38
               18      Q     Right.  And you have never edited, yourself, any
               19   articles dealing with Vioxx or COX-2 inhibitors; have you?
               20      A     I don't remember seeing any.
```

[46:22] - [47:7]        10/12/2006  Gelb, Ira S.

```
               page 46
               22      Q     Well, you don't think, do you, just because a
               23   person took Vioxx, and the person had a heart attack, that
               24   the Vioxx caused the heart attack; do you?
               25      A     I treat the whole person, and I determine each
               page 47
               1    case as an individual, then I determine the sequence of
               2    Vioxx ingestion.
               3       Q     But the reason you have to look at each case as an
               4    individual is because you can't know, just knowing someone
               5    took Vioxx and had a heart attack, that the Vioxx caused the
               6    heart attack, correct?
               7       A     Right.
```

[100:2] - [100:9]       10/12/2006  Gelb, Ira S.

```
               page 100
               2       Q     Now is coronary -- is cardiovascular disease the leading
               3    cause of death in the United States?
               4       A     It is.
               5       Q     And it has been for over 100 years?
               6       A     Yes.
               7       Q     And it was the leading cause of death long before
               8    Vioxx was ever on the market, of course?
               9       A     Yes.
```

[105:6] - [105:25]      10/12/2006  Gelb, Ira S.

```
               page 105
               6       Q     Now this series of events, the buildup of
```

**Exhibit B - Gelb Deposition Excerpts**

- **Dedrick - Daubert Motion (Gelb)**

```
                 7    atherosclerosis, plaque rupture, clot formation, that causes
                 8    the vast majority of heart attacks, correct?
                 9         A    Yes.
                10         Q    It always has, as long as you've known?
                11         A    Yes.
                12         Q    Long before Vioxx was on the market?
                13         A    Yes.
                14         Q    And in your practice, up until 1992, you routinely
                15    saw patients who had atherosclerosis, plaque ruptures, clot
                16    formation and heart attacks, correct?
                17         A    Yes.
                18         Q    So, you saw that every day in your practice?
                19         A    Just about.
                20         Q    Thousands of times, tens of thousands of times in
                21    your career?
                22         A    Yes.  I don't have the exact numbers for that
                23    either.
                24         Q    Lots of people --
                25         A    But I could tell you tens of thousands.
```

[106:13] - [106:19]    10/12/2006  Gelb, Ira S.

```
                page 106
                13         Q    Sure.  In the period when Vioxx was on the market,
                14    from 1992 to 2004, millions of Americans had heart attacks,
                15    right?
                16         A    Yes.
                17         Q    And even during that period, most of them never
                18    took Vioxx, correct?
                19         A    Yes.
```

[106:25] - [107:2]    10/12/2006  Gelb, Ira S.

```
                page 106
                25         Q    And the overwhelming majority of people who took
                page 107
                 1    Vioxx never had heart attacks, conversely, correct?
                 2         A    With the numbers we have, that's correct.
```

[107:5] - [107:7]    10/12/2006  Gelb, Ira S.

```
                page 107
                 5              Coronary artery disease is, safe to say, a serious
                 6    health concern in America?
                 7         A    It certainly is.
```

[134:9]    10/12/2006  Gelb, Ira S.

```
                page 134
                 9         A    He was considered obese.
```

[137:20] - [137:21]    10/12/2006  Gelb, Ira S.

```
                page 137
                20         Q    But, anyway, Mr. Dedrick was obese?
                21         A    Dedrick was obese, right.
```

[157:1] - [159:14]    10/12/2006  Gelb, Ira S.

```
                page 157
                 1         Q    Dr. Gelb, you agree that Mr. Dedrick's diabetes
                 2    contributed to his atherosclerosis and his heart attack?
                 3         A    Yes.
                 4         Q    And his smoking contributed to his heart attack,
                 5    his atherosclerosis?
                 6         A    Yes.
                 7         Q    His high blood pressure?
```

Exhibit B - Gelb Deposition Excerpts

- **Dedrick - Daubert Motion (Gelb)**

```
                   8       A    Yes.
                   9       Q    His hyperlipidemia contributed to his heart attack
                  10  and his atherosclerosis?
                  11       A    Yes.
                  12       Q    And his obesity did too?
                  13       A    Yes.
                  14       Q    His inactivity contributed to his atherosclerosis
                  15  and his heart attack?
                  16       A    Yes.
                  17       Q    And his metabolic syndrome contributed, as well?
                  18       A    Yes.
                  19       Q    His family history contributed to his
                  20  atherosclerosis and heart attack?
                  21       A    Yes.
                  22       Q    Mr. Dedrick's stress contributed?
                  23       A    Yes.
                  24       Q    And his alcohol abuse contributed to his heart
                  25  attack and atherosclerosis?
                  page 158
                  1        A    Well, like I said before, with the caveat, after
                  2   coming out of his incarceration, he only drank beers on the
                  3   weekends according to his history.
                  4        Q    When you say according to his -- did you say
                  5   according to his sister's?
                  6        A    History.
                  7        Q    Oh, history.  Now when you say "according to his
                  8   history' --
                  9        A    In the deposition and things like that, as I
                  10  remember it.
                  11       Q    Yes.  He testified that he drinks now six beers on
                  12  the weekends, but as a result of that, can you say it
                  13  as a matter of medical certainty that the drinking up
                  14  until 1999 did not contribute to his heart attack?
                  15       A    No, I didn't say that.
                  16       Q    So it did?
                  17       A    It did, but we said "alcohol abuse," so --
                  18       Q    Okay.  So, you were just qualifying that he is
                  19  a recovered alcoholic?
                  20       A    That's what I'm saying.
                  21       Q    But still, the alcohol use up to 1999 contributed
                  22  to his heart attack and atherosclerosis?
                  23       A    Yes.
                  24       Q    And his cocaine use, we really don't know how much
                  25  cocaine he used, do we?
                  page 159
                  1        A    No.
                  2        Q    So, do you know, do you have an opinion about
                  3   whether that contributed to his heart attack and
                  4   atherosclerosis?
                  5        A    I do have an opinion.
                  6        Q    What's that?
                  7        A    I doubt very much if the cocaine he took when he
                  8   was supposed to have taken it, according to the various
                  9   records, contributed, because the most common effect, as
                  10  we said earlier, is coronary vasospasm.  But the literature
                  11  does say that it can contribute to atherosclerotic coronary
                  12  disease.
                  13       Q    So it might have contributed; it might not?
                  14       A    Correct.
```

[166:18] - [167:3]         10/12/2006  Gelb, Ira S.

```
                  page 166
                  18            Leaving everything about Mr. Dedrick the same,
                  19  then assume that he never took Vioxx, you cannot say with
                  20   certainty that he wouldn't have had the same heart
                  21  attack at the same time anyways; can you, sir?
                  22            MR. LOCKLAR:  Object to the form.
```

**Exhibit B - Gelb Deposition Excerpts**

- **Dedrick - Daubert Motion (Gelb)**

```
                          23   BY MR. OUWELEEN:
                          24       Q    Yes or no?
                          25       A    That's correct.  I couldn't say with certainty he
                          page 167
                          1   would have had it at that time.
                          2        Q    And to that extent?
                          3        A    And to that extent.
```

[174:17] - [175:4]         10/12/2006  Gelb, Ira S.

```
                          page 174
                          17       Q    So did Mr. Dedrick have coronary artery disease
                          18   the day before he had his heart attack?
                          19       A    Yes.
                          20       Q    Did he have it six months before?
                          21       A    I can't tell you.  Maybe; maybe not.
                          22       Q    Maybe; maybe not.  Okay.
                          23            So we don't actually have any medical records to
                          24   show whether or how much coronary artery disease Mr. Dedrick
                          25   had at any point in time before January 2003; do we?
                          page 175
                          1        A    Correct.
                          2        Q    He had never even seen a cardiologist before his
                          3   hear attack, correct?
                          4        A    Apparently not, although we do have some EKGs.
```

[191:1] - [191:3]          10/12/2006  Gelb, Ira S.

```
                          page 191
                          1        Q    Now you believe that Mr. Dedrick's heart attack
                          2   was caused by a thrombus, correct?
                          3        A    Correct.
```

[202:6] - [202:8]          10/12/2006  Gelb, Ira S.

```
                          page 202
                          6        Q    So, was there anything in the appearance of the
                          7   thrombus that indicated to you that it was caused by Vioxx?
                          8        A    No.
```

[202:13] - [202:20]        10/12/2006  Gelb, Ira S.

```
                          page 202
                          13       Q    Now, you say Vioxx is a thrombogenic drug.  Do you
                          14   mean that Vioxx spontaneously caused a thrombus to form?
                          15       A    Vioxx contributes to thrombogenesis.  What
                          16   causes thrombogenesis, in this case, because of the fact
                          17   that it eliminated the -- essentially eliminated prostacyclin,
                          18   which is anti-thrombogenic, and allowed thromboxane, which is
                          19   thrombogenic, coronary vasoconstricture, and atherogenic to
                          20   continue.
```

[203:18] - [203:22]        10/12/2006  Gelb, Ira S.

```
                          page 203
                          18       Q    And Vioxx didn't cause the plaque to rupture?
                          19       A    It contributed to it.
                          20       Q    So, in your view, the Vioxx contributed to
                          21   every aspect of his clot formation?
                          22       A    Correct.
```

[205:7] - [205:13]         10/12/2006  Gelb, Ira S.

```
                          page 205
                          7        Q    The wall motion abnormality doesn't indicate
                          8   whether or not the heart attack was caused by Vioxx, right?
                          9        A    No.
```

**Exhibit B - Gelb Deposition Excerpts**

- **Dedrick - Daubert Motion (Gelb)**

```
                10      Q    The abnormal coronary artery anatomy doesn't
                11   indicate whether or not the heart attack was caused by
                12   Vioxx?
                13      A    Correct.
```

[209:14] - [210:4]         10/12/2006  Gelb, Ira S.

```
                page 209
                14      Q    And there's nothing else in Mr. Dedrick's medical
                15   records either that points to Vioxx as the cause, as
                16   opposed to something else, of the heart attack, correct?
                17      A    As you would say, it didn't have a V on it,
                18   correct.
                19      Q    Correct.  So there's nothing in the echocardiogram
                20   that suggests that it was Vioxx that caused it?
                21      A    No.
                22      Q    Nothing in the angiogram that suggests it was
                23   Vioxx that caused the heart attack?
                24      A    No.
                25      Q    Or in the nuclear stress test that was recently
                page 210
                1    performed in September of 2006?
                2       A    No.
                3       Q    Or the echocardiogram performed in September 2006?
                4       A    No.
```

[261:24] - [262:4]         10/12/2006  Gelb, Ira S.

```
                page 261
                24      Q    Did they do it in any of the studies that you
                25   claim show that Vioxx causes atherosclerosis?
                page 262
                1       A    That were reported as showing atherosclerosis, no.
                2       Q    No human studies measuring atherosclerosis as it
                3    relates to Vioxx?
                4       A    Not that I recall at this time.
```

[262:11] - [262:23]        10/12/2006  Gelb, Ira S.

```
                page 262
                11      Q    Dr. Gelb, you testified that the VIGOR and
                12   APPROVe studies support your view that Vioxx causes
                13   atherosclerosis, correct?
                14      A    Supports my view that there's an increase
                15   incidence of myocardial infarction.
                16      Q    That wasn't my question, sir.  My question was:
                17   Is it your view that those studies support the belief that
                18   Vioxx causes atherosclerosis?
                19      A    No.
                20      Q    Okay.  Are there any studies that do support that?
                21      A    In humans?
                22      Q    Yes, for starters.
                23      A    No.
```

[262:24] - [264:3]         10/12/2006  Gelb, Ira S.

```
                page 262
                24      Q    How about in animals?
                25      A    Some mouse studies demonstrate it.
                page 263
                1       Q    There is a mouse study with Vioxx that shows that
                2    Vioxx increases atherosclerosis; is that your testimony,
                3    sir?
                4       A    A drug similar to Vioxx.
                5       Q    My question is about Vioxx.
                6       A    No.
                7       Q    There are no animal studies showing that Vioxx
```

**Exhibit B - Gelb Deposition Excerpts**

- **Dedrick - Daubert Motion (Gelb)**

```
               8    increases atherosclerosis, correct?
               9        A    May I check a piece of literature?
              10        Q    Can you think of any off the top of your head?
              11        A    I can, but I want to confirm it.
              12        Q    Go ahead.
              13             THE WITNESS:  Do you have the Epstein depo?
              14   BY MR. OUWELEEN:
              15        Q    Are you looking for the Rott study?
              16        A    The Rott and also the Epstein deposition.
              17        Q    I asked about studies.  Does Dr. Epstein identify
              18   a study in his deposition?
              19        A    I believe he did.
              20        Q    Was that a study different than the Rott study?
              21        A    I don't think so.  But I can't find the Rott study.
              22        Q    I'll give you the Rott study.  The Rott study
              23   wasn't about Vioxx, though; was it, Dr. Gelb?
              24        A    No.
              25        Q    So my question was really whether there are any
              page 264
              1    mouse studies showing that Vioxx causes atherosclerosis, and
              2    the answer to that is no, correct?
              3         A    No, correct.
```

[265:8] - [265:10]         10/12/2006  Gelb, Ira S.

```
              page 265
              8         Q    So it's really a hypothesis still that Vioxx
              9    causes atherosclerosis in humans?
              10        A    That's correct.
```

[266:13] - [266:16]        10/12/2006  Gelb, Ira S.

```
              page 266
              13        Q    Now, there are no studies that ever measured the
              14   effects of Vioxx on the levels of prostacyclin in the
              15   coronary arteries, correct?
              16        A    Correct.
```

[266:23] - [267:5]         10/12/2006  Gelb, Ira S.

```
              page 266
              23        Q    And how much of a reduction -- now your theory is
              24   the theory that's often referred to as the FitzGerald
              25   hypothesis or the COX-2 hypothesis, correct?
              page 267
              1         A    Yes.
              2         Q    Is that still a hypothesis?
              3         A    Yes.
              4         Q    So it hasn't been conclusively proven?
              5         A    Correct.
```

[267:6] - [267:11]         10/12/2006  Gelb, Ira S.

```
              page 267
              6         Q    And there's ongoing scientific study and
              7    debate about that?
              8         A    Yes.
              9         Q    And the hypothesis is that COX-2 inhibitors reduce
              10   the level of prostacyclin in the arteries, correct?
              11        A    Yes.
```

[267:15] - [268:25]        10/12/2006  Gelb, Ira S.

```
              page 267
              15        Q    How much of a reduction of prostacyclin do you
              16   need in order to cause this prothrombotic state?
              17        A    I can't tell you how much.  But when you have an
```

**Exhibit B - Gelb Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
                    18   imbalance, once you have an imbalance, then that can
                    19   increase the prothrombotic state.
                    20        Q    So you mean any inequality between thromboxane
                    21   and prostacyclin causes a prothrombotic state?
                    22        A    There's a homeostasis.  When you disturb the
                    23   homeostasis, there's going to be a prothrombotic state,
                    24   depending on how much reduction of prostacyclin there is to
                    25   determine whether that will accelerate the thrombogenicity
                    page 268
                    1    effect.
                    2         Q    I'm sorry.  Okay.  So, and you referred to
                    3    homeostasis.  That has to do with whether blood flows or
                    4    stops, or clots?
                    5         A    Yes.
                    6         Q    And homeostasis is one of the most complex
                    7    mechanisms in the human body; isn't it?
                    8         A    Yes.
                    9         Q    It's affected by lots of other factors, clotting,
                    10   pro-clotting factors, and anti-clotting factors besides
                    11   prostacyclin and thromboxane, correct?
                    12        A    Yes.
                    13        Q    What are some the pro-clotting factors besides
                    14   thromboxane?
                    15        A    Well, I can't think of them right now.
                    16        Q    I have a list somewhere.
                    17        A    I'm sure you do.  He probably gave it to you.
                    18        Q    He absolutely gave it to me.  And there's other
                    19   anti-clotting --
                    20        A    Yes.
                    21        Q    -- factors besides prostacyclin?
                    22        A    Yes.
                    23        Q    So it's not just a simple matter of prostacyclin
                    24   versus thromboxane, it's very complex?
                    25        A    No, it is complex.
```

[269:1] - [269:13]        10/12/2006  Gelb, Ira S.

```
                    page 269
                    1         Q    We don't know what Mr. Dedrick's prostacyclin level
                    2    and his endothelium was at the time he had his heart attack.
                    3         A    Correct.
                    4         Q    Or his level of thromboxane, for that matter?
                    5         A    Correct.
                    6         Q    There were no tests to determine as a matter of
                    7    medicine whether he was in a prothrombotic state at the time
                    8    he had his heart attack?
                    9         A    Correct.
                    10        Q    And there's no way of telling that he had an
                    11   imbalance between prostacyclin and thromboxane?  All we
                    12   really know is he had a clot?
                    13        A    He had a clot and a heart attack.
```

[271:11] - [272:14]       10/12/2006  Gelb, Ira S.

```
                    page 271
                    11        Q    Now, have you ever seen a study that shows that
                    12   Vioxx reduces prostacyclin in the blood vessel, for example,
                    13   the coronary arteries --
                    14        A    No.
                    15        Q    -- in humans or in animals?
                    16        A    No.
                    17        Q    And have you ever seen a study that shows that
                    18   COX-2 inhibitors, other COX-2 inhibitors, reduce
                    19   prostacyclin in the blood vessels or arteries of animals or humans?
                    20        A    No.
                    21        Q    Have you seen studies where Vioxx was given and
                    22   there was not a reduction in prostacyclin in coronary
                    23   arteries or other arteries?
```

Exhibit B - Gelb Deposition Excerpts

• **Dedrick - Daubert Motion (Gelb)**

```
                        24     A    I haven't seen a study.
                        25     Q    But that would -- sorry.
                        page 272
                        1      A    I haven't seen any study of that nature.
                        2      Q    Not in humans or animals, you haven't seen any?
                        3      A    I haven't seen any.
                        4      Q    That would be an important study to see?
                        5      A    It would answer a lot of questions.
                        6      Q    It would.  Are you aware of any studies where the
                        7   Vioxx was given and there was no reduction of prostacyclin
                        8   in blood?
                        9      A    I haven't seen any studies.
                        10     Q    Those would be important --
                        11     A    Yes.
                        12     Q    -- in figuring out whether this FitzGerald
                        13  hypothesis was right or wrong?
                        14     A    Correct.
```

[275:18] - [276:3]     10/12/2006  Gelb, Ira S.

```
                        page 275
                        18     Q    And the difference, in your understanding,
                        19  between an event rate between two populations is not
                        20  statistically significant, and scientists can't draw
                        21  any conclusions from that difference, correct?
                        22         MR. LOCKLAR:  Object to the form.
                        23         THE WITNESS:  You don't usually.
                        24  BY MR. OUWELEEN:
                        25     Q    Well, are there circumstances where you rely on
                        page 276
                        1   and draw scientific conclusions based on statistically
                        2   insignificant results?
                        3      A    No, no.
```

[297:3] - [297:20]     10/12/2006  Gelb, Ira S.

```
                        page 297
                        3      Q    -- you mentioned earlier that, although it's not
                        4   discussed in your report, you believe that Vioxx causes
                        5   plaque rupture, correct?
                        6      A    Yes, sir.
                        7      Q    Now there's no indication in this case whether the
                        8   Vioxx caused Mr. Dedrick's plaque rupture, as opposed to
                        9   some other thing that caused the plaque rupture, correct, no
                        10  medical indication, I mean?
                        11     A    No.  But as Dr. Baum will tell you, when there are
                        12  risk factors, many contribute.
                        13     Q    But there's no signature in the medical records
                        14  that shows that this plaque rupture was caused by Vioxx,
                        15  correct?
                        16     A    We can suspect it was.  But like you said
                        17  earlier, there was no V on the plaque rupture.
                        18     Q    By which you mean there's no signature indication in the
                        19  medical records that points to Vioxx?
                        20     A    Right.
```

[298:18] - [298:25]    10/12/2006  Gelb, Ira S.

```
                        page 298
                        18     Q    Are there studies as opposed to articles and
                        19  reviews and editorials that show that Vioxx causes this plaque
                        20  rupture to happen?
                        21     A    I haven't seen the studies.
                        22     Q    You haven't seen any studies about that?
                        23     A    No.
                        24     Q    Okay.  Not in animals or humans?
                        25     A    Not yet, maybe before trial there may be.
```

**Exhibit B - Gelb Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

[313:14] - [314:3]     10/12/2006  Gelb, Ira S.

```
page 313
14      Q    And the additional heart attack data was actually
15 reflected in the Vioxx label, approved in April 2002,
16 correct?
17      A    Yes.
18      Q    And that was the label that was sent to
19 Dr. Herrera, correct?
20      A    Yes.
21      Q    And that was the label in place --
22      A    I presume it was sent to Dr. Herrera.
23      Q    Have you seen indications of that in Dr. Herrera's
24 deposition?
25      A    Yes.
page 314
1       Q    And that was the label, the official label, for
2  the whole time that Mr. Dedrick was on Vioxx, correct?
3       A    Yes.
```

[314:4] - [322:3]     10/12/2006  Gelb, Ira S.

```
page 314
4       Q    Now you have opinions about the label of Vioxx.
5  You've read that April 2002 Vioxx label, the revised label,
6  correct?
7       A    Yes.
8       Q    And you think it should have been different?
9       A    Yes.
10      Q    Now, it's important for the label of a medicine to
11 contain accurate information about the medicine, correct?
12      A    Yes.
13      Q    Both about the real risks and real benefits,
14 right?
15      A    Yes.
16      Q    And you, as a doctor, were always careful to read
17 the label of drugs that you were prescribing to your
18 patients?
19      A    Yes.
20      Q    And to keep up on the labels in case they changed,
21 to review them every so often?
22      A    Yes.
23      Q    And it's not okay for doctors to prescribe drugs
24 without reading the labels; is it?
25      A    No, they shouldn't.
page 315
1       Q    Right.  And the content of the label can't inform
2  a doctor unless he reads a label, correct?
3       A    It depends on the way the label is expressed.  You
4  can have a label mention a precaution.  You can have a
5  label saying warning.  You can have a black box.  And, you
6  know, having been in practice besides academics, I can tell
7  you that a lot of physicians rely on the PDR and rely on
8  the detail person, and that's their primary source for
9  knowing whether to institute a new drug.  And if they go to
10 meetings, it's interesting, but a lot of them rely on the
11 PDR or the detail person.
12           And if they simply see a precaution, many of them
13 may not take it as seriously -- I'm just saying --
14      Q    I was reacting to the lightning outside.
15      A    Sorry.  Okay -- as important as a warning, and
16 sometimes if you're really concerned about it, you put it in
17 the black box.
18      Q    Now.  You're not saying it's okay for doctors to
19 ignore information just because it's not in a black box --
20      A    No.
21      Q    -- or just because it is on the label?
22      A    No.  I'm just telling you about the real world.
```

**Exhibit B - Gelb Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
                23      Q    Do you know if the --
                24           Are you aware of any studies or research about
                25   whether doctors actually distinguish
     page 316
     1    between precautions and warnings?
     2         A    No.
     3         Q    Okay.  And does the PDR, do you know if the
     4    additional heart attacks for the VIGOR study were included
     5    in the PDR information about Vioxx after the label changed?
     6         A    I'm not sure.  I don't -- I'm not sure.
     7         Q    You don't know -- you don't know what the -- are
     8    you familiar with something called Epocrates?
     9         A    I do.
     10        Q    Is that a software product that gives drug
     11   information?
     12        A    Yes.
     13        Q    Have you checked what it said about Vioxx in
     14   April 2002?
     15        A    No.
     16        Q    You don't have -- you haven't reviewed that at
     17   all?
     18        A    No.
     19        Q    And you're not offering any opinions about what
     20   that said, right?
     21        A    No.
     22        Q    And it wouldn't be right, as a doctor, to allow
     23   what a detail person says to substitute for your medical
     24   judgment as a doctor?
     25        A    Absolutely not.
     page 317
     1         Q    Now you understand that the FDA approves
     2    every word, comma, and dot for prescription drug labels?
     3         A    I do.
     4         Q    And they can withhold approval of a medicine if the
     5    FDA disagrees with the proposed labeling?
     6         A    Correct.
     7         Q    And the FDA can demand that a company add whatever
     8    language the FDA wants to be added to the label?
     9         A    Yes.
     10        Q    And when the FDA approves medicine as safe and
     11   effective, it does so as labeled, correct?
     12        A    Yes.
     13        Q    And the FDA approved Vioxx is safe and effective
     14   as labeled in May 1999, correct?
     15        A    Yes.
     16        Q    And the FDA scientists specifically approved every
     17   word of that original Vioxx label?
     18        A    In '99.
     19        Q    Right.  And then the FDA again approved the
     20   April 2002, label, correct?
     21        A    Yes.
     22        Q    And, in fact, at that time, the FDA approved Vioxx
     23   as safe and effective for use as labeled for some additional
     24   indications --
     25        A    Yes.
     page 318
     1         Q    -- correct?
     2              And we talked earlier --
     3         A    Can you get me that paper --
     4         Q    Now, you know the FDA reviewed a whole bunch of
     5    stuff before approving the Vioxx labels, correct?
     6         A    Yes.
     7         Q    I mean, and you haven't reviewed all the stuff
     8    that the FDA approved, correct?
     9         A    No.
     10        Q    And there was an advisory committee before the
     11   April 2002 label was approved?
     12        A    Yes.
```

**Exhibit B - Gelb Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
            13      Q    And you didn't review everything that advisory
            14  committee looked at?
            15      A    No.  There's something I'm looking for now,
            16  though.
            17      Q    Well, I'm just going to show you the FDA Vioxx
            18  label.
            19      A    There it is.  Oh, okay.
            20      Q    I'm sorry.  Are you okay?
            21      A    Yeah.  I just found something I was looking for to
            22  more appropriately answer your question.
            23      Q    So, you said earlier that there was some
            24  information that you thought should be in the April 2002
            25  Vioxx label that wasn't in there, correct?  Correct,
          page 319
            1   Doctor?
            2       A    Well, I said it should be listed as a warning
            3   rather than a precaution.
            4       Q    So your opinion about what was -- what should have
            5   been different about the April 2002 post VIGOR Vioxx label didn't
            6   have to do with information that was left out, it had to do
            7   with the placement of information in the label; is that
            8   correct?
            9       A    May I look at it?
            10      Q    Yep.
            11           MR. OUWELEEN:  I'm showing you Gelb Exhibit 33.
            12           (Exhibit No. 33 marked.)
            13           THE WITNESS:  Yes.
            14  BY MR. OUWELEEN:
            15      Q    That's the post VIGOR Vioxx label approved in April 2002?
            16      A    Yes.
            17      Q    Which you've had a chance to review, and my
            18  question is whether your opinion about what should have been
            19  different about that label has to do with placement of the
            20  information as opposed to what information was put in or left out?
            21      A    Despite my age, I don't need glasses either.
            22      Q    That's amazing.
            23      A    I have my own teeth and I don't wear contacts.
            24  Off the record.
            25           I can see the table where they refer to the VIGOR
          page 320
            1   study, but I really can't see where they added on the
            2   additional three patients that were subsequently added.
            3            MR. LOCKLAR:  Flip over to the next page.
            4            THE WITNESS:  Oh, okay.
            5   BY MR. OUWELEEN:
            6       Q    Doctor --
            7       A    Yes.  They have it on the next page.  They're in
            8   there.
            9       Q    They're in there?
            10      A    Yeah, under precautions.
            11      Q    Okay.  So the question, again, Doctor, was, what
            12  should have been different about this label, in your
            13  opinion?
            14      A    The location of it because, doctors --
            15      Q    Of --
            16      A    -- practitioners --
            17      Q    What's the it, the location of?
            18      A    I just want to finish.  Doctors pay more
            19  attention -- they pay attention to that, but it makes more
            20  of an impact when you're looking at something if they say
            21  specifically there's a warning, not just a precaution, but
            22  a warning that there was 5 to 1 ratio between Vioxx users
            23  and Naproxen users in the incidence of coronary events.
            24      Q    So that information was in the label, but you
            25  believe it should have been highlighted more, correct?
          page 321
            1       A    Well, highlighted and transposed to the warning
            2   section.
```

**Exhibit B - Gelb Deposition Excerpts**

• **Dedrick - Daubert Motion (Gelb)**

```
                    3      Q    And where is the warning section?
                    4      A    After the contraindications.
                    5      Q    So on the second page of exhibit --
                    6      A    Yes.
                    7      Q    -- 33, there's -- in the second column it says
                    8  warnings, correct?  Correct?
                    9      A    Yes.
                   10      Q    And then in the third column it says precautions?
                   11      A    Yes.
                   12      Q    And even before the warnings, it has the table
                   13  with the VIGOR results --
                   14      A    Uh-huh.
                   15      Q    -- correct?
                   16           And what should have been different about the
                   17  label, in your view, is that the information about VIGOR
                   18  should have been in that central column under where it says
                   19  warnings, correct?
                   20      A    Well, it is on the next page where it says
                   21  precautions, but instead of under precautions, I would have --
                   22  as being a practitioner also, I think it would have more
                   23  impact under warnings instead of precaution.  I mean it's a
                   24  matter of, you know, importance, as far as chain of command,
                   25  so to speak.
                   page 322
                    1      Q    So, and that's the difference?
                    2      A    Yeah, that's my -- yes, that's my difference.
                    3           Not yeah, yes.
```

[328:8] - [328:18]    10/12/2006  Gelb, Ira S.

```
                   page 328
                    8           Is there any clinical trial that shows a
                    9  statistically significant increased risk for cardiovascular
                   10  events for patients taking 25 milligrams of Vioxx for less
                   11  than 18 months?
                   12      A    May I just look at the Levesque before I answer
                   13  you?
                   14      Q    If you think Levesque is a clinical trial?
                   15      A    I just want to make sure.  It wasn't a clinical
                   16  trial.
                   17      Q    So are you aware -- let me ask the question again.
                   18      A    The answer is no, I'm not aware.
```

[357:13] - [358:15]    10/12/2006  Gelb, Ira S.

```
                   page 357
                   13                CERTIFICATE OF REPORTER
                   14
                   15
                   16  STATE OF FLORIDA    )
                   17  COUNTY OF ORANGE    )
                   18
                   19      I, Erin Pallard, Registered Professional Reporter,
                   20  certify that I was authorized to and did stenographically
                   21  report the foregoing deposition and that the transcript is a
                   22  true record of the testimony given by the witness.
                   23
                   24      I further certify that I am not a relative, employee,
                   25  attorney, or counsel of any of the parties, nor am I a
                   page 358
                    1  relative or employee of any of the attorneys or counsel
                    2  connected with the action, nor am I financially interested
                    3  in the action.
                    4
                    5           Dated this 15th day of October 2006.
                    6
                    7
                    8
```

**Exhibit B - Gelb Deposition Excerpts**

- **Dedrick - Daubert Motion (Gelb)**

```
  9
 10                    _____
 11                    Erin L. Pallard, RPR
 12
 13
 14
 15
```