# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY WAYNE DEDRICK, an Individual, | * * * | MDL DOCKET No. 1657 |
| Plaintiff, | * * | SECTION L - DIVISION 3 |
| v. | * * | JUDGE FALLON |
| MERCK & CO., INC., | * * | MAG. JUDGE KNOWLES |
| Defendant. | * | CASE NO. 2:05CV2524 |

### EXPERT WITNESS REPORT OF IRA J. GELB, M.D., FACC
### PLANTIFF ANTHONY DEDRICK

My name is Ira J. Gelb, M.D. FACC. I have been retained by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. as an expert witness in the case of <u>Anthony Dedrick vs. Merck and Company, Inc.</u> I have been asked to review the medical records and render an opinion concerning whether Vioxx (Rofecoxib) caused or substantially contributed to Mr. Dedrick's acute myocardial infarction January 8, 2003. I understand that this report is being submitted to the Federal court in accordance with Rule 26 (a)(2)(B) of the Federal Rules of Civil Procedure and as a disclosure of myself as an expert witness in this matter.

**Professional Background and Qualifications**

My educational background, qualifications, experience and publications are set forth in my curriculum vitae, a copy of which is attached to this report as Exhibit A. At the present time I am a Clinical Professor and Director of Clinical Programs at the College of Biomedical Science at Florida Atlantic University (FAU), an Adjunct Professor of Medicine at the Weill College of Medicine of Cornell University, an Adjunct Clinical Professor at the Mount Sinai School of Medicine, Visiting Professor of Medicine at University of Miami Miller School of

Medicine and Associate Editor of Cardiology. I am the Co Director of the Cardiology Program at the University of Miami Miller School of Medicine at FAU. I have been a senior associate editor of both the American Journal of Cardiology and the Journal of the American College of Cardiology (JACC) for twenty-five years (one of the founding editors of JACC).

I am Board Certified in both internal medicine and cardiology. I am a Fellow of the American Cardiology and American College of Physicians. I am licensed to practice medicine in both New York and Florida. I have been a practicing cardiologist for almost fifty (50) years.

I have reviewed the following records of Anthony Dedrick:

- VA Medical Records
- William Springer, DDS
- Maury Regional Medical Center
- Lois DeBerry, Special Needs Facility
- Tennessee Department of Corrections
- Disability Documents
- Cardiovascular Surgery Associates
- Duran Drugs
- E. Herrera, MD
- Vanderbilt University Medical Center
- Wayne Medical Center
- St. Thomas Hospital
- Mark Koenig, MD The Heart Group
- John McPherson, MD The Heart Group
- Ralph Hamilton, Ophthalmologist

**Issues Addressed and Opinions**

**I. Vioxx Caused or Substantially Contributed to Cause Mr. Dedrick's Myocardial Infarction**

Having reviewed the medical records as listed above and based on my experience as an academician, author, board certified cardiologist and editor of a peer reviewed cardiology journal for over twenty-six years, I can state with a reasonable degree of medical certainty that Vioxx was a significant contributing factor to Mr. Dedrick's acute myocardial

infarction on January 8, 2003. It is my further opinion that Mr. Dedrick's usage of Vioxx, more likely than not, accelerated the development, progression and the extent of his coronary artery disease and significantly contributed to his myocardial infarction.

Mr. Dedrick began taking Vioxx 25 mg daily on July 8, 2002, and continued the medication until he was hospitalized on January 8, 2003. He was discharged on January 17, 2003 and was advised to continue his Vioxx therapy.

Mr. Dedrick's risk factors included diabetes mellitus, hypertension, hyperlipidemia and smoking in addition to a family history of heart disease. However, his blood pressure was controlled and there was no evidence in 2003 for concentric hypertrophy, aortic root dilation or renal dysfunction. His lipids and diabetes mellitus were also controlled with oral medications. Prior to his admission to St. Thomas Hospital on January 8, 2003, Mr. Dedrick had no history or findings indicative of coronary artery disease. The admission findings both on EKG and cardiac enzymes were diagnostic of an acute inferolateral wall myocardial infarction. He was treated with thrombolysis on January 8, 2003, and was transferred from Wayne Medical Center to St. Thomas Heart Hospital for follow up studies and treatment.

An echocardiogram performed on January 9, 2003 demonstrated inferior wall akinesis and moderate posterior wall hypokinesis, consistent with a recent acute myocardial infarction. The mitral valve appeared thickened with mild to moderate regurgitation. The aortic root size was normal and the interventricular septal and posterior wall had normal dimensions. His ejection fraction (EF) of 35-40% was indicative of systolic dysfunction. A cardiac catheterization was performed January 10, 2003 and indicated a normal size left ventricle with severe hypokinesis to akinesis of the inferior wall. The EF on that study was reported at 55-60% with significant obstructive disease of the LAD, LCX and RCA arteries. The RCA also

demonstrated a thrombus, despite thrombolytic therapy on January 8, 2003. Mr. Dedricks' clinical presentation, as well as the angiographic and the echocardiographic findings, indicate that Mr. Dedrick had sustained permanent heart muscle damage. The thrombus, which was still present on the study on January 10, 2003, was unusual and, more likely than not, secondary to Mr. Dedrick's ingestion of Vioxx, a thrombogenic drug.

The final impression of the coronary angiogram was critical coronary artery disease. A quadruple bypass procedure was required and this was accomplished on January 13, 2003. The presence of a residual clot, despite thrombolysis, the abnormal coronary artery anatomy, the wall motion abnormality and the reduced ejection fraction are manifestations of the severity of his acute attack. In addition, follow up studies demonstrate that Mr. Dedrick had additional anteriolateral wall damage.

By history, Mr. Dedrick had rheumatic fever in childhood, but never had findings for rheumatic heart disease. The mild to moderate mitral valve regurgitation found on January 9, 2003, was not clinically significant.

The stress echocardiogram of September 11, 2006, demonstrated both inferobasal and posterior wall abnormalities, a reduced ejection fraction (indicative of systolic dysfunction), and mild mitral regurgitation. These findings also confirm that Mr. Dedrick's acute myocardial infarction resulted in permanent myocardial damage. The myocardial infarction and subsequent coronary artery bypass surgery has reduced Mr. Dedrick's quality of life and his life expectancy, both factors are secondary to his use of Vioxx.

## II. Vioxx is Cardiotoxic and Atherogenic

I have thoroughly reviewed the literature related to Vioxx and its detrimental cardiovascular effects. Please see attached bibliography for additional references. The literature clearly points out that Vioxx is not only thrombogenic but atherogenic and, in addition, causes coronary vasoconstriction. These pathophysiological events are the bases for the increased incidence of cardiac events for Vioxx users.

My review of the literature relating Vioxx to cardiac pathology indicated that this drug, which is a Cox-2 inhibitor, negatively affects prostacyclin (PGI2). A major complication from this inhibitory effect upon prostacyclin is that it allows thromboxane A2 (TXA2) to continue unopposed. One of the serious results of eliminating the beneficial effects of prostacyclin is a prothrombotic state.

Merck's internal studies as early as the late-1990's revealed that Cox-2 inhibition would reduce systemic production of PGI2 without an equal reduction in TXA2. Merck was warned by its internal and external scientific advisors about their concerns related to Cox-2 inhibition and its potential adverse cardiac effects in May of 1998. Subsequent studies conducted by external experts (e.g., FitzGerald a Merck consultant, Grosser, Antman, etc.) as well as internal Merck studies (e.g., VIGOR, ADVANTAGE, 090, APPROVe, VICTOR, etc.) clearly demonstrated the myocardial toxicity of Vioxx. The FDA itself noted that there was a consistency among many of these studies demonstrating a cardiovascular hazard.

There is also substantial evidence that Cox-2 inhibition results in atherogenesis and contributes to atherosclerotic progression. This adverse effect of Cox-2 inhibition has been demonstrated in animal models (including those sponsored by Merck), as well as discussed in the peer reviewed medical literature. This detrimental effect has also been substantiated by the

APPROVe follow up data only recently released by Merck. The combination of atherogenesis, thrombogenesis, and coronary vasoconstriction are the hallmarks of significant coronary artery pathology caused by Vioxx. Moreover, cumulative adverse effects of Vioxx result in the increased incidence of acute cardiac events.

### III. Merck Failed to Provide an Accurate Description of the Adverse Cardiac Consequences of Vioxx to the Medical Community

My editorial experience began in 1968 with the American Journal of Cardiology through 1983 when I became one of the founding editors of the Journal of the American College of Cardiology. Presently I am an associate editor of CARDIOLOGY, one of the oldest international peer reviewed journals in the world and published in Basel, Switzerland. Based upon my experience as a senior editor for over twenty six years, it is my opinion that Merck failed to provide an accurate description of the adverse cardiac consequences of Vioxx ingestion to the medical community.

A significant example of this behavior is evidenced by Merck's failure to initially provide complete and accurate information to the New England Journal of Medicine (NEJM) in reference to the cardiovascular adverse effects of Vioxx revealed in both the VIGOR and APPROVe studies. This approach is evidenced by the various Expressions of Concern and ultimate correction published in NEJM. The incorrect publications resulting from these two studies clearly reveal that Merck attempted to minimize the perception of the cardiovascular risks associated with Vioxx (especially the myocardial infarction risk). Moreover, these publications definitively abrogate the nonsensical proposition that the cardiovascular risks associated with Vioxx do not become manifest until eighteen months of usage.

Finally, it is of note that, Merck, through its Vioxx label, failed to adequately warn the medical community regarding the cardiovascular risks associated with Vioxx. The inadequate warning was true for both before and after the April 2002 label change.

## **Conclusion**

I can state, with a reasonable degree of medical certainty, that Vioxx was a significant contributing factor to Mr. Dedrick's acute myocardial infarction on January 8, 2003. It is my further opinion that Mr. Dedrick's usage of Vioxx, more likely than not, accelerated the development, progression and extent of his coronary artery disease and significantly contributed to his myocardial infarction. These damages will significantly and detrimentally impact his life expectancy as well as his quality of life.

I reserve my right to amend this report if additional data becomes available. Past testimony and charges are attached.

Executed this  _15_  September, 2006

_____
Ira J. Gelb, M.D., FACC