# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No.  05-2524 | * | |
| | * | MAGISTRATE |
| ANTHONY WAYNE DEDRICK, | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION OF MERCK & CO., INC. ("MERCK") FOR ORDER EXCLUDING TESTIMONY OF COLIN FUNK, PH.D.

### (EXPERT CHALLENGE NO. 2)

This Motion seeks to exclude testimony by plaintiff's expert Colin Funk, Ph.D. that Vioxx® increases cardiovascular risk by accelerating atherosclerosis, *i.e.*, the build-up of coronary artery plaque.[1]   In his expert report, Professor Funk opines that Vioxx "can promote a pro-thrombotic, hypertensive and potentially proatherosclerotic environment." (Expert Report of

---

[1] Professor Funk has not offered an opinion that Vioxx causes coronary artery plaques to rupture. (*See* Deposition of Colin Funk, Ph.D. ("Funk Dep.") at 204:18-206:3, attached hereto as Ex. A.) For that reason, Merck has not moved to exclude any testimony from Professor Funk on that subject.  Merck reserves the right to seek to exclude such an opinion should Professor Funk attempt to offer it at trial.  Similarly, Professor Funk recently testified that he will not offer an opinion that Vioxx caused Mr. Dedrick's atherosclerosis because he does not know anything about Mr. Dedrick.  (*Id.* at 263:20-25.)  Merck reserves the right to seek to exclude such an

(*footnote continued next page*)

Colin Funk, Ph.D. ("Funk Rpt.") at 5, attached hereto as Ex. B.)

Merck seeks to exclude any testimony at trial by Professor Funk on the last point: that Vioxx causes or accelerates atherosclerosis in humans.  Professor Funk concedes that there are no data on whether Vioxx has any impact on atherosclerosis in humans.  (Funk Dep. at 190:14-191:1.)  Moreover, the published scientific evidence contradicts his theory.  Tellingly, at his deposition he would not – and in fact, could not – state to a reasonable degree of medical certainty that Vioxx causes or accelerates atherosclerosis.  Indeed, he would not commit at all to the proposition that Vioxx can accelerate atherosclerosis in humans.  His opinion must be excluded under Federal Rule of Evidence 702 and the principles set forth in *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).  Moreover, given Professor Funk's concessions, and the fact that he is more qualified on this topic than any of plaintiff's other experts,  none of them should be permitted to opine that Vioxx causes or accelerates atherosclerosis, either.

## I.    LEGAL STANDARD.

The legal standard for the admission of expert testimony in federal court is set forth at pages 3-4 of Merck's Memorandum In Support of Motion For Order Excluding Testimony Of Ira J. Gelb, M.D., which has been filed concurrently herewith and is incorporated herein by reference.

In addition to the qualifications and reliability requirements of Federal Rule of Evidence 702 and *Daubert*, 509 U.S. at 589, expert testimony, like all evidence, must satisfy the relevant requirements of the Federal Rules of Evidence, including Rule 403.

---

opinion should Professor Funk attempt to offer it at trial.

## II.    PROFESSOR FUNK PRESENTS NO DATA SUPPORTING A LINK BETWEEN VIOXX AND AN ACCELERATION OF ATHEROSCLEROSIS.

### A.    Professor Funk Cannot State With Reasonable Certainty That Vioxx Causes Atherosclerosis.

Professor Funk offers the following opinion in his report:

> It is my opinion that prostacyclin is a powerful and important anti-platelet aggregating mediator with potent vasodilator properties. Prostacyclin released from the vasculature is derived primarily from COX-2 in humans and in animal models, and thromboxane, a potent platelet aggregating agent, is made by platelet COX-1. The existence of COX-2 in human vascular endothelial cells has been known since 1992. It is my opinion that coxibs promote inhibition of vascular prostacyclin synthesis without disturbing platelet thromboxane production, and that this imbalanced inhibition can promote a pro-thrombotic, hypertensive and potentially proatherosclerotic environment. Such an environment increases cardiovascular risk in humans and forms the basis for the FitzGerald hypothesis with which I concur.

(Funk Rpt. at 5.)  Professor Funk has not presented (nor *could* he present) any reliable scientific support for this hypothesized mechanism, and in fact, has conceded that some studies suggest that Vioxx actually *slows* the progression of atherosclerosis.[2]  Indeed, as previously stated, he would not even commit to the statement that Vioxx causes atherosclerosis.  Merck's counsel asked ten times whether Professor Funk would testify to that effect, but he refused to give a straight answer each time.  Instead, he responded that some studies suggest it does, others suggest it does not, and others are inconclusive.  In short, Professor Funk could not state with *any* certainty that Vioxx causes atherosclerosis, let alone the requisite "reasonable certainty":[3]

---

[2] *See, e.g.*, Burleigh, ME et al., *Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in ApoE-deficient and C57BL/6 Mice*, J MOL CELL CARDIOL, 2005 Sep. 39(3):443-52; Burleigh, ME et al., *Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in LDL Receptor-deficient Mice*, CIRCULATION, 2002 Apr. 16; 105(15):1816-23.

[3] *Richardson v. GlaxoSmithKline*, 412 F. Supp. 2d 863, 871 (W.D. Tenn. 2006) (plaintiff failed to establish causation where plaintiff's treating physician opined that defendant manufacturer's antidepressant was one of seven contributing causes to plaintiff's suicidal conduct, but physician

(*footnote continued next page*)

Q:      Okay.  If trial comes and it's late November/December and you're called to trial and someone asks you on the stand under oath, "Dr. Funk, isn't it true or is it true that Vioxx causes atherosclerosis?"  Are you going to say, "yes, it does"?  Or "no, it doesn't"?  Or "science is too unclear at the moment for an answer"?

A:      Well I can't answer, like, a hypothetical situation.

Q:      You can't tell me if you're asked a question in trial "does Vioxx increase atherosclerosis?"  You can't tell me "yes", "no" or "science is unclear"?

A:      Well I can tell you my opinions based on the report I wrote here from experimental animals that COX-2 inhibition has caused no effects on atherosclerosis, that it's caused an acceleration of atherosclerosis and that it's also reduced atherosclerosis.[4]

        …

Q:      So, is it your opinion to a reasonable degree of scientific certainty that Vioxx increases atherosclerosis?

A:      Well I've made my statement in this report that you see a mixed effect of COX-2 inhibition on atherosclerosis.  And I've tried to explain this, this has to do with the different prostaglandins being made in Figure 1, and I should probably look at my statement that mentions that.[5]

        …

Q:      Okay.  And I'm not trying to be tricky, I just want to know.  Is it your opinion to a reasonable degree of scientific certainty that people who take Vioxx have increased atherosclerosis as a result of taking Vioxx?

A:      Well I'm stating that blocking the prostacyclin via Vioxx or a COX-2 inhibitor is detrimental and that can lead to atherosclerosis.

Q:      So it's your opinion that if somebody asked you on the stand at trial, "Dr. Funk, is it true that Vioxx increases atherosclerosis?"  Your answer is, "yes, it is"?

---

could not with the requisite certainty that it was a substantial or "but-for" cause; manufacturer's motion for summary judgment was granted).

[4] Funk Dep. at 174:4-22 (objection omitted).

[5] *Id*. at 184:8-16.

A:     Let's see, I would go through my reasoning in this report about how blocking prostacyclin is detrimental, and then some of the other prostaglandin effects if you blocked on the other pathway that it could be beneficial.

Q:     Right.   But if somebody said "well that's, I like your explanation, Dr. Funk, that's very helpful but for this jury, yes, no or the science isn't sure, does Vioxx increase atherosclerosis"?

A:     I don't know if I can answer, like, in that way you're stating it.[6]

       …

Q:     Dr. Funk, if you're asked at trial "does Vioxx increase atherosclerosis?"  You're not going to say "yes", you're not going to say "no", you're not going to say "the science is uncertain", but every  time you're asked that question you're going to give the long explanation of what can potentially happen when you block certain prostanoids?

A:     I'm going to go through my reasoning in this report, what I have stated here and what I have told you how I view the situation with --

Q:     And so your view, Dr. Funk, is if you're asked that question at trial "does Vioxx increase atherosclerosis?" your answer is, "well, there's variation in the studies, some of the studies show that there is -- that COX-2 inhibition does not increase atherosclerosis, some studies show it -- one study shows it does, and all the studies with Vioxx show it doesn't, and if we block further down the chain the PGE-2, we might be able to reduce atherosclerosis".  I'm just trying to make sure I understand what you're saying?

A:     Well I'm basically going to say what I've said in here relating to the different prostaglandins and if you block COX-2 and you're influencing primarily prostacyclin formation, and I will be stating that that effects [sic] atherogenesis.

Q:     It does?

A:     Yeah, I mean, when you're blocking down the prostacyclin side of things.

Q:      So  selective  inhibition  by  Vioxx  does  increase

---

[6] *Id*. at 186:13-187:11 (objection omitted).

atherosclerosis, that's your opinion?

A:   Well, once again, I have to bring out this point that COX-2 inhibitors block all prostaglandins and I would have to state that it blocks not only prostacyclin but it will also block prostaglandin E-2.

Q:   When you're at trial would you also have to bring out that the studies that have actually tested Vioxx in animals and looked at atherosclerotic lesions have shown actually reductions in atherosclerosis, not increases?

A:   Well I don't -- I haven't been formally asked to be at trial, so I can't, I can't say right now.

Q:   You don't know if you would tell -- if you're asked the question about atherosclerosis and you went through this explanation that you don't know if you'd say that Vioxx, when it was actually tested, showed reductions in atherosclerosis?

A:   I would present the studies we have just gone through.[7]

Thus, to the extent that Professor Funk seeks to opine at trial that Vioxx causes atherosclerosis, his testimony is unreliable and must be excluded.  Where an expert can only *speculate* as to the *possible* mechanism by which a drug may be capable of causing injury, the testimony is unreliable and therefore inadmissible.  *Moore v. Ashland Chem., Inc.*, 151 F.3d 269, 279 (5th Cir. 1998) (en banc) ("In sum, [the expert] could cite no scientific support for his conclusion that exposure to any irritant at unknown levels triggers this asthmatic-type condition. Under the *Daubert* regime, trial courts are encouraged to exclude such speculative testimony as lacking any scientific validity."); *see also Brown v. Parker-Hannifin Corp.*, 919 F.2d 308, 311-12 (5th Cir. 1991) (holding that expert testimony that failure of coupling was caused by a construction defect or failure to label should be excluded as speculative in part because the expert did not determine which of several possible causes was most probable).  Accordingly, the

---

[7] *Id*. at 187:18-189:24 (objections omitted).

Court should preclude Professor Funk's opinion that Vioxx can accelerate the progression of atherosclerosis.

**B.**     **Professor Funk Can Point To No Evidence Establishing That Vioxx Can Accelerate The Progression Of Atherosclerosis.**

In making its *Daubert* rulings in this proceeding, the Court has focused primarily on the qualifications and methodology of experts.  As the Supreme Court has noted, however, "nothing in either *Daubert* or the Federal Rules of Evidence requires a district court to admit opinion evidence that is connected to existing data only by the *ipse dixit* of the expert.   A court may conclude that there is simply too great an analytical gap between the data and the opinion proffered."  *Gen. Elec. Co. v. Joiner*, 522 U.S. 136, 146 (1997).

Professor Funk relies heavily on "experiments and clinical studies which show a decrease in prostacyclin production without a concomitant change in thromboxane levels" and states in his report that "[t]his leads to a state that is pre-disposed to thrombosis, hypertension and atherosclerosis."  (Funk Rpt. at 12-13.)  But his reliance on these studies is misguided.  For example, the study he cites regarding platelet aggregation did not actually involve Vioxx, but merely ibuprofen and indomethacin.  (*Id.* at 13; *see also* Funk Dep. at 178:8-17.)  He speculates that this data suggest that Vioxx "would *enhance*" atherosclerosis if prostacyclin was blocked, (*Id.* at 173:9-10) (emphasis added), but he cannot state that Vioxx actually *causes* atherosclerosis because (1) such a study has never been conducted with Vioxx; and (2) as a result, there is no data for humans.  (Funk Dep. at 190:3-10.)  The only actual data regarding adverse plaque-related effects from administering COX-2 inhibitors are drawn from animal studies, most of which did not involve Vioxx.  But animal studies *cannot* establish causation in humans.  *See, e.g.*, *Brock v. Merrell Dow Pharms., Inc.*, 874 F.2d 307, 313 (rejecting animal studies given difficulty extrapolating results to humans), *modified on reh'g*, 884 F.2d 166 (5th Cir. 1989);

*Allen v. Penn. Eng'g Corp.*, 102 F.3d 194, 197-98 & n.5 (5th Cir. 1996) (rat studies were "inconclusive" and "unreliable" and could not establish that chemical would have same effect in humans); *Wade-Greaux v. Whitehall Labs., Inc.*, 874 F. Supp. 1441, 1480 (D.V.I. 1994) (extrapolation from animal studies to humans to prove causation is "scientifically invalid" because, among other reasons, "different species can react differently to the same agent"), *aff'd*, 46 F.3d 1120 (3d Cir. 1994); *In re "Agent Orange" Prod. Liab. Litig.*, 611 F. Supp. 1223, 1241 (E.D.N.Y. 1985) (finding animal studies inadmissible in an action alleging health problems arising from exposure to herbicide "because they [the animal studies] involve different biological species"); *Maurer v. Heyer-Schulte Corp.*, No. Civ.-A-92-3485, 2002 WL 31819160, at *3-4 (E.D. La. Dec. 13, 2002) (court "frowns upon the use of animal studies to predict carcinogenicity in humans").

Moreover, these studies did not even show an adverse link between any form of COX-2 inhibition and plaque in the animals used – much less a link between Vioxx specifically and plaque *in humans*.  In fact, the one study that specifically involved Vioxx suggests that COX-2 inhibition might actually slow or reduce plaque formation – which has biological plausibility because of the role that COX-2-related inflammation plays in plaque phenomena.   As the Supreme Court has noted in the context of animal studies that fail to support a plaintiff's theory, "nothing in either *Daubert* or the Federal Rules of Evidence requires a district court to admit opinion evidence that is connected to existing data only by the *ipse dixit* of the expert.   A court may conclude that there is simply too great an analytical gap between the data and the opinion proffered."  *Gen. Elec. Co. v. Joiner*, 522 U.S. 136, 146 (1997).

Even assuming that animal studies were sufficient under *Daubert* to establish causation in humans – and they are not – the studies do not support Professor Funk's position.  The objective

flaws in the animal studies further render Professor Funk's methods unreliable.  For example, the 2002 Cheng study,[8] on which Professor Funk relies, does not support his opinion.  (*See* Funk Rpt. at 26 n. 99.)   That study involved the use of mice genetically engineered to have no prostacyclin receptor.  As such, this study yielded no data on the effect of COX-2 inhibition on plaque phenomena even in mice, much less in humans.  In fact, in addition to other potentially material differences between administering COX-2 inhibitors and genetic alteration, no one has shown that any COX-2 inhibitors reduce prostacyclin to zero in any part of the body of mice or man.  But the effect of the genetic alteration is akin to a total elimination of prostacyclin.

Similarly, the Antman article[9] also does not support Professor Funk's theory.  (*See* Funk Rpt. at 26 n. 101.)   In the article, the authors merely review literature on COX-2 inhibitors prepared by others and address only in passing the hypothesis that COX-2 inhibition may be associated with the progression of atherosclerosis.   Indeed, Antman concedes that plaintiff's theory "is currently controversial."[10]   Nor does the article report any original research supporting plaintiff's theory.   On its face, this article provides no scientific support for an opinion that Vioxx can accelerate the progression of atherosclerosis.

In short, none of the animal studies upon which Professor Funk relies actually support his theory. And as explained below, existing animal studies show that Vioxx actually *retards* the progression of atherosclerosis.  *See infra* Part II.C.   The Court therefore should exclude any testimony by Professor Funk that Vioxx can accelerate the progression of atherosclerosis.  *See*,

---

[8] Citing to Cheng et al., *Role of prostacyclin in the cardiovascular response to thromboxane A2*, SCIENCE 2002 Apr. 19; 296(5567):539-41.

[9] Citing to Antman et al., *Cyclooxygenase Inhibition and Cardiovascular Risk (Special Report)*, CIRCULATION 2005, 112:759-770, 760.

[10] *Id*.

*e.g., Moore*, 151 F.3d at 278 (holding, in part, that experts' reliance on studies that did not support their conclusions was grounds for excluding the expert testimony).

Indeed, no study that plaintiff's experts traditionally rely on to support their atherosclerosis acceleration theory are reliable for this proposition.  For example, the Egan study[11] did not involve humans, nor did it even involve Vioxx.  Instead, the authors administered a different COX-2 inhibitor, alone and in combination with a thromboxane receptor antagonist, to genetically altered mice.  Animal studies involving drugs other than Vioxx provide an insufficient basis for an opinion that Vioxx can accelerate atherosclerosis in humans.[12]  Even in mice, however – and putting aside that the study did not involve Vioxx – the authors did not find that COX-2 inhibition accelerated the development of atherosclerosis.  On the contrary, they found the *opposite*.  As the published article reports, the authors found that administration of a selective COX-2 inhibitor, either alone or in combination with a thromboxane receptor antagonist, "*failed to modify* disease progression" in mice.[13]

---

[11] Egan, K. at al., *Cyclooxygenase, Thromboxane, and Atherosclerosis: Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism*, CIRCULATION 2005: 111:334-42.

[12] *Compare Brock*, 874 F.2d at 313 (holding animal studies have "very limited usefulness" given difficulty extrapolating results to humans) *and Merrell Dow Pharms., Inc. v. Havner*, 953 S.W.2d 706, 729 (Tex. 1997) ("the only way to test whether data from nonhuman studies can be extrapolated to humans would be to conduct human experiments or to use epidemiological data") *with McClain v. Metabolife International, Inc.*, 401 F.3d 1233, 1246 (11th Cir. 2005) (excluding expert's opinion that ephedrine causes vasospasms based on analogy to different drug and noting that "even small differences in chemical structure can sometimes make very large differences in the type of toxic response that is produced") (internal quotation marks and citations omitted).

[13] Egan, K. at al., *Cyclooxygenase, Thromboxane, and Atherosclerosis: Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism*, CIRCULATION 2005: 111:334-42.

Like the Egan study, the Rudic study[14] also did not involve humans or Vioxx.  Instead, it involved mice genetically-engineered to lack a prostacyclin receptor[15] and mice that received numesulide, a COX-2 inhibitor that is not related to Vioxx.  In one experiment, the researchers transplanted atherosclerotic arteries into the two groups of mice and measured the rate at which the transplanted tissues were rejected in both groups.  The results of this experiment have no relevance here because – in addition to the fact that this is a study of mice, not men – Mr. Dedrick did not receive numesulide or coronary artery transplants.  In a second experiment, the researchers surgically narrowed the arteries in both groups of mice to simulate ischemia and reported that *neither* group experienced a "further . . . reduction in luminal diameter."[16]  The results of this latter experiment contradict plaintiff's theory that COX-2 inhibition can accelerate atherosclerosis.

### C.   Multiple Studies Undermine Professor Funk's Theory.

Further demonstrating the lack of support for Professor Funk's theory that Vioxx can accelerate the progression of atherosclerosis, there are various animal studies that either have refuted the theory or, in some cases, demonstrated that Vioxx in fact *slowed* the development of atherosclerosis.

---

[14] Rudic et al., *COX-2-Derived Prostacyclin Modulates Vascular Remodeling*, CIRCULATION RESEARCH 2005; 96:1240-1247, at 1244.

[15] No evidence suggests that COX-2 inhibition, by Vioxx or any other COX-2 inhibitor, reduces human prostacyclin production to zero.  Dr. FitzGerald's study, conducted with Merck researchers and later published, found that Vioxx reduced urinary prostacyclin metabolites by only about 50 percent.  *See* Catella-Lawson, F. et al., *Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics and Vasoactive Ekosanoids*, J. PHARMACOL. AND EXP. THERAP. 1999 May; 289(2):735-41.  This alone precludes any scientifically reliable extrapolation from Dr. Rudic's mouse study to hypothetical clinical effects of Vioxx in humans.

[16] Rudic et al., *COX-2-Derived Prostacyclin Modulates Vascular Remodeling*, CIRCULATION RESEARCH 2005; 96:1240-1247, at 1244.

For example, as Professor Funk admits, an earlier mouse study by Olesen (2002) found that administration of a potent experimental COX-2 inhibitor (not Vioxx) did not accelerate atherosclerosis.[17] (Funk Dep. at 181:11-17.) Professor Funk also acknowledges[18] an even more recent mouse study published in September 2005 by Burleigh and others (including noted pharmacologist Dr. John Oates),[19] in which the authors found that "[s]elective inhibition of COX-2" – this time using Vioxx as opposed to some other COX-2 inhibitor – in fact "reduces atherosclerosis in . . . mice."[20] Notably, this finding was not isolated or unexpected, but replicated and expanded on the similar finding of an earlier published mouse study by the same authors.[21] In both studies, the authors hypothesized that these results occurred because the anti-inflammatory properties of Vioxx reduced COX-2-associated inflammation involved in the atherosclerotic process.[22] Finally, several recent studies in humans have suggested that COX-2 inhibition (including COX-2 inhibition from Vioxx) is associated with significantly reduced levels of C-reactive protein – considered a marker for progression of atherosclerosis with possible direct involvement in the atherosclerotic process.[23] Again, these results reinforce the

---

[17] Olesen, M et al., *No effect of Cyclooxygenase Inhibition on Plaque Size in Atherosclerosis-prone Mice*, SCAND. CARDIOVASC. J., 2002 Dec; 36(6):362-7. *See also* Pratico, D et al., *Acceleration of atherogenesis by COX-1 dependent prostanoid formation in low density lipoprotein receptor knockout mice*, PROC NATL ACAD SCI USA, 2001 Mar. 13;98(6):3358-63, Epub 2001 Mar 6.

[18] Funk Dep. at 177:10-178:7; *see also* Funk Rpt. at 26 n. 141.

[19] Burleigh, ME et al., *Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in ApoE-deficient and C57BL/6 Mice*, J MOL CELL CARDIOL, 2005 Sep. 39(3):443-52.

[20] *Id.* at 446.

[21] Burleigh, ME et al., *Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in LDL Receptor-deficient Mice*, CIRCULATION, 2002 Apr. 16; 105(15):1816-23.

[22] *See* Ross, R., *Atherosclerosis – An Inflammatory Disease*, NEW ENG. J. MED., Jan.14, 1999; 340:115-26 (describing atherosclerosis as "an inflammatory disease").

[23] Bogaty, P et al., *Impact of Prolonged Cyclooxygenase-2 Inhibition on* Inflammatory *Markers,*

(*footnote continued next page*)

absence of reasonable or meaningful support in the scientific literature for *any* suggestion that Vioxx promotes or accelerates atherosclerosis in humans.

Given this absence of reliable scientific support for the theory that Vioxx can accelerate atherosclerosis, the Court should preclude Professor Funk from testifying that such a theory was a possible mechanism for injury in this case.

### D.    Because Professor Funk's Methods Are Unreliable, His Testimony Would Merely Confuse The Jury.

The uncertainty of Professor Funk's conclusions warrants their exclusion under Rule 403. Permitting the jury to consider this evidence would plainly risk "unfair prejudice, confusion of the issues, or misleading the jury . . . ." FED. R. EVID. 403.   Professor Funk cannot be permitted to testify at trial that Vioxx causes atherosclerosis, when all he has managed to say so far is that some studies suggest it does, others suggest is does not, and others are inconclusive.  He concedes that his theory is unproven, but wants to testify about it anyway.   The jurors will undoubtedly be confused by such equivocation.

## III.    CONCLUSION.

For the foregoing reasons, Merck respectfully requests that the Court grant this Motion and preclude any testimony from Professor Funk that Vioxx can accelerate the progression of atherosclerosis.

---

*and Endothelial Function in Patients With Ischemic Heart Disease and Raised C-reactive Protein:  A Randomized Placebo Controlled Study*, CIRCULATION, 2004; 110:934-39; Monakier, D et al., *Rofecoxib, a COX-2 inhibitor, Lowers C-reactive Protein and Interleukin-6 Levels in Patients With Acute Coronary Syndromes*, CHEST, 2004 May;125(5):1610-5; *see also* Ridker, P et al., *Inflammation, Aspirin, and the Risk of Cardiovascular Disease in Apparently Healthy Men*, NEW ENG. J. MED., April 3, 1997; 336:973-79 (clinical finding of relationship between C-reactive protein and stroke and myocardial infarction).

Dated:  October 30, 2006

Respectfully submitted,


s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Mark Ouweleen
Carrie Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Douglas Marvin
Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

And

Brian Currey
A. Patricia Klemic
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

14

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum In Support of Motion of Merck & Co., Inc. ("Merck") For Order Excluding Testimony Of Colin Funk, Ph.D. has been served on Liaison Counsel, Russ Herman, and on counsel for Mr. Dedrick, Andy Birchfield, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of October, 2006.

<div style="margin-left:50%">

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

</div>