10/2/2006 Colin Funk Depositon Excerpts

• Dedrick - Daubert - Funk

| | | |
|---|---|---|
| [1:] - [1:25] | 10/2/2006 | Funk, Colin |

```
page 1
    0001
1                   UNITED STATES DISTRICT COURT
2                   EASTERN DISTRICT OF LOUISIANA
3
4       In re:  VIOXX         x    MDL Docket No. 1657
5       PRODUCTS LIABILITY    x
6       LITIGATION            x    SECTION L
7                             x
8       This document relates to x  JUDGE FALLON
9       ANTHONY WAYNE DEDRICK  x
10                  Plaintiff x    MAGISTRATE JUDGE
11      V.                     x    KNOWLES
12                             x
13      MERCK & CO., INC.,     x
14             Defendant x
15                             x
16      Civil Action No.       x
17           2:05-CV-2524      x
18                             x
19      xxxxxxxxxxxxxxxxxxxxxxxxx
20
21      --- This is the Deposition of Dr. Colin Funk, a
22      representative of the Plaintiff herein, taken at the Four
23      Seasons Hotel, 21 Avenue Road, Toronto, Ontario, Canada on
24      Monday, the 2nd day of October, 2006.
25
page 2
1       APPEARANCES:
```

| | | |
|---|---|---|
| [173:9] - [173:10] | 10/2/2006 | Funk, Colin |

```
page 173
8    atherosclerosis; right?
9             A.  Yeah, when -- if you block the effects
10   of prostacyclin, yeah, that would enhance atherosclerosis.
11            Q.  And to put a finer point on it, you
```

| | | |
|---|---|---|
| [174:4] - [174:10] | 10/2/2006 | Funk, Colin |

```
page 174
3    COX-2 inhibition side of things.
4             Q.  Okay.  If trial comes and it's late
5    November/December and you're called to trial and someone
6    asks you on the stand under oath, 'Dr. Funk, isn't it true
7    or is it true that Vioxx causes atherosclerosis?'
8             Are you going to say, 'yes, it does'?  Or
9    'no, it doesn't'?  Or 'science is too unclear at the
10   moment for an answer'?
11            MS. SANFORD:  Object to the form.
```

| | | |
|---|---|---|
| [174:12] - [174:22] | 10/2/2006 | Funk, Colin |

```
page 174
11            MS. SANFORD:  Object to the form.
12            THE WITNESS:  Well I can't answer, like, a
13   hypothetical situation.
14            BY MR. TOMASELLI:
15            Q.  You can't tell me if you're asked a
16   question in trial 'does Vioxx increase atherosclerosis?'
17   You can't tell me 'yes', 'no' or 'science is unclear'?
18            A.  Well I can tell you my opinions based
19   on the report I wrote here from experimental animals that
20   COX-2 inhibition has caused no effects on atherosclerosis,
21   that it's caused an acceleration of atherosclerosis and
22   that it's also reduced atherosclerosis.
23            Q.  And, in fact, the only studies that
```

10/2/2006 Colin Funk Depositon Excerpts

• Dedrick - Daubert - Funk

[177:10] - [178:7]        10/2/2006      Funk, Colin

```
page 177
 9                BY MR. TOMASELLI:
10                Q.  I'm going to hand you what I've marked
11   as Funk Exhibit Number 12.  Exhibit 12 is another study by
12   Burleigh and Dr. Oates and others in 2005?
13                A.  Yes.
14                Q.  And you cite this in your report;
15   correct?
16                A.  Yes, I do.
17                Q.  And having reviewed this study, they
18   gave Vioxx to mice in this study as well; right?
19                A.  Yes, they did.
20                Q.  And when they gave Vioxx to the mice in
21   this study, did their atherosclerotic lesions increase or
22   did they decrease and go down?
23                A.  The atherosclerotic lesions went down
24   with the rofecoxib.
25                Q.  So the mice that were given Vioxx
page 178
 1   compared to mice that were given no drug, the mice that
 2   were given Vioxx had their atherosclerosis decrease, go
 3   down?
 4                A.  That's right.  And I cited this in my
 5   report that there were mixed studies:  Some where it went
 6   down; some where it went up; and some where it was not
 7   changed.
 8                Q.  Dr. Funk, there's not a single study in
```

[181:11] - [181:17]        10/2/2006      Funk, Colin

```
page 181
10   tricyclic in the lesions.
11                Q.  So now we have one study that shows an
12   increase in early lesions and another study that goes out
13   four months that shows no difference; right?
14                A.  Yeah.  Just like I reported here in
15   what I've written, I mention that there was some studies
16   with no change, some with an increase, and some with a
17   decrease.
18                EXHIBIT NO. FUNK-14:  Egan article
```

[184:8] - [184:16]        10/2/2006      Funk, Colin

```
page 184
 7   yeah, they showed reduction.
 8                Q.  So, is it your opinion to a reasonable
 9   degree of scientific certainty that Vioxx increases
10   atherosclerosis?
11                A.  Well I've made my statement in this
12   report that you see a mixed effect of COX-2 inhibition on
13   atherosclerosis.  And I've tried to explain this, this has
14   to do with the different prostaglandins being made in
15   Figure 1, and I should probably look at my statement that
16   mentions that.
17                Q.  Well let me --
```

[186:13] - [187:8]        10/2/2006      Funk, Colin

```
page 186
12                A.  Yeah, I see it.
13                Q.  Okay.  And I'm not trying to be tricky,
14   I just want to know.  Is it your opinion to a reasonable
15   degree of scientific certainty that people who take Vioxx
16   have increased atherosclerosis as a result of taking
17   Vioxx?
18                A.  Well I'm stating that blocking the
19   prostacyclin via Vioxx or a COX-2 inhibitor is detrimental
20   and that can lead to atherosclerosis.
```

10/2/2006 Colin Funk Depositon Excerpts

• Dedrick - Daubert - Funk

```
                                21          Q.  So it's your opinion that if somebody
                                22  asked you on the stand at trial, 'Dr. Funk, is it true
                                23  that Vioxx increases atherosclerosis?' Your answer is,
                                24  "yes, it is"?
                                25          A.  Let's see, I would go through my
                                page 187
                                1   reasoning in this report about how blocking prostacyclin
                                2   is detrimental, and then some of the other prostaglandin
                                3   effects if you blocked on the other pathway that it could
                                4   be beneficial.
                                5           Q.  Right.  But if somebody said 'well
                                6   that's, I like your explanation, Dr. Funk, that's very
                                7   helpful but for this jury, yes, no or the science isn't
                                8   sure, does Vioxx increase atherosclerosis'?
                                9                   MS. SANFORD:  Object to the form.
```

[187:10] - [187:11]              10/2/2006    Funk, Colin

```
                                page 187
                                9                   MS. SANFORD:  Object to the form.
                                10                  THE WITNESS:  I don't know if I can answer,
                                11  like, in that way you're stating it.
                                12                  MR. TOMASELLI:  I think we're entitled to
```

[187:18] - [187:24]              10/2/2006    Funk, Colin

```
                                page 187
                                17          BY MR. TOMASELLI:
                                18          Q.  Dr. Funk, if you're asked at trial
                                19  'does Vioxx increase atherosclerosis?'  You're not going
                                20  to say 'yes', you're not going to say 'no', you're not
                                21  going to say 'the science is uncertain', but every time
                                22  you're asked that question you're going to give the long
                                23  explanation of what can potentially happen when you block
                                24  certain prostanoids?
                                25                  MS. SANFORD:  Object to form.
```

[188:1] - [189:11]               10/2/2006    Funk, Colin

```
                                page 187
                                25                  MS. SANFORD:  Object to form.
                                page 188
                                1                   THE WITNESS:  I'm going to go through my
                                2   reasoning in this report, what I have stated here and what
                                3   I have told you how I view the situation with --
                                4           BY MR. TOMASELLI:
                                5           Q.  And so your view, Dr. Funk, is if
                                6   you're asked that question at trial 'does Vioxx increase
                                7   atherosclerosis?' your answer is, 'well, there's variation
                                8   in the studies, some of the studies show that there is --
                                9   that COX-2 inhibition does not increase atherosclerosis,
                                10  some studies show it -- one study shows it does, and all
                                11  the studies with Vioxx show it doesn't, and if we block
                                12  further down the chain the PGE-2, we might be able to
                                13  reduce atherosclerosis'.  I'm just trying to make sure I
                                14  understand what you're saying?
                                15                  MS. SANFORD:  I'm going to object to the
                                16  form.
                                17                  THE WITNESS:  Well I'm basically going to
                                18  say what I've said in here relating to the different
                                19  prostaglandins and if you block COX-2 and you're
                                20  influencing primarily prostacyclin formation, and I will
                                21  be stating that that effects atherogenesis.
                                22          BY MR. TOMASELLI:
                                23          Q.  It does?
                                24          A.  Yeah, I mean, when you're blocking down
                                25  the prostacyclin side of things.
                                page 189
                                1           Q.  So selective inhibition by Vioxx does
                                2   increase atherosclerosis, that's your opinion?
```

**10/2/2006 Colin Funk Depositon Excerpts**

• **Dedrick - Daubert - Funk**

```
                        3            A.   Well, once again, I have to bring out
                        4   this point that COX-2 inhibitors block all prostaglandins
                        5   and I would have to state that it blocks not only
                        6   prostacyclin but it will also block prostaglandin E-2.
                        7            Q.   When you're at trial would you also
                        8   have to bring out that the studies that have actually
                        9   tested Vioxx in animals and looked at atherosclerotic
                       10   lesions have shown actually reductions in atherosclerosis,
                       11   not increases?
                       12            MS. SANFORD:  Object to the form.
```

[189:13] - [189:21]    10/2/2006    Funk, Colin

```
page 189
12            MS. SANFORD:  Object to the form.
13            THE WITNESS:  Well I don't -- I haven't
14   been formally asked to be at trial, so I can't, I can't
15   say right now.
16            BY MR. TOMASELLI:
17            Q.   You don't know if you would tell -- if
18   you're asked the question about atherosclerosis and you
19   went through this explanation that you don't know if you'd
20   say that Vioxx, when it was actually tested, showed
21   reductions in atherosclerosis?
22            MS. SANFORD:  Object to form.
```

[189:23] - [189:24]    10/2/2006    Funk, Colin

```
page 189
22            MS. SANFORD:  Object to form.
23            THE WITNESS:  I would present the studies
24   we have just gone through.
25            BY MR. TOMASELLI:
```

[190:3] - [190:10]    10/2/2006    Funk, Colin

```
page 190
2            A.   Yeah, as a total picture of the data.
3            Q.   Okay.  And just so I understand the
4   data as a whole regarding atherogenesis that you would be
5   talking about, it's the animal studies that are in your
6   report; is that right?
7            MS. SANFORD:  Object to the form.
8            THE WITNESS:  Well we've only dealt with
9   animal studies here and there are no human studies looking
10   at atherosclerosis, so I have to focus on the animal data.
11            BY MR. TOMASELLI:
```

[190:14] - [191:1]    10/2/2006    Funk, Colin

```
page 190
13   talking quietly, sir, I'm sorry.
14            Let me make sure I understood because you
15   were speaking softly.  You're not aware of any human
16   studies with COX-2 inhibitors or Vioxx that have looked at
17   the question of whether Vioxx increases, decreases or is
18   neutral with respect to atherosclerotic lesions?
19            A.   I haven't seen any, no.
20            Q.   Okay.  And so when we talk about the
21   totality of the data regarding whether Vioxx or a COX-2
22   inhibitor increases, decreases or is neutral with respect
23   to atherosclerotic lesions, we're going to be looking at
24   these animal studies?
25            A.   Yeah, we'll be looking at the studies
page 191
1   that have been published.
2            Q.   Okay.  If you can turn back to Exhibit
```

10/2/2006 Colin Funk Depositon Excerpts

• Dedrick - Daubert - Funk

[204:18] - [206:3]     10/2/2006    Funk, Colin

```
page 204
17  statement or --
18           Q.  Well the way you've defined the
19  imbalance theory and what you've said is that the
20  imbalance may lead to thrombosis and potentially
21  atherosclerosis and hypertension.  But nowhere in your
22  report do you say that the imbalance or COX-2 selective
23  COX-2 inhibition destabilizes plaque or makes plaque more
24  prone to rupture; correct?
25           A.  I don't believe I've said that in my
page 205
1   report about plaque stability --
2            Q.  And you -- I'm sorry I didn't mean to
3   talk over you.
4                Your opinion as an expert witness, you're
5   not going to have the opinion that Vioxx makes plaque more
6   prone to rupture?
7            MS. SANFORD:  Object to the form.
8            THE WITNESS:  Well, I wasn't asked to talk
9   about plaque stability in this particular report.
10           BY MR. TOMASELLI:
11           Q.  You were asked to give your opinions
12  with respect to what happens when you have an imbalance,
13  when you have imbalance between prostacyclin and
14  thromboxane; right?
15           A.  Yes.
16           Q.  And you did not mention plaque rupture;
17  correct?
18           A.  In this particular report I didn't go
19  into great detail on the atherosclerosis side of things,
20  and I might have -- I don't think I mentioned anything
21  about the plaque stability in here.
22           Q.  And that's -- that's my question.  It's
23  not mentioned in your report; is that fair?
24           A.  Let me just look again here to make
25  sure.
page 206
1            Q.  Sure.
2            A.  I don't see anything that mentions
3   directly plaque stability here.
4            Q.  Okay.  I want to talk to you a little
```

[263:20] - [263:25]     10/2/2006    Funk, Colin

```
page 263
19           BY MR. TOMASELLI:
20           Q.  You would not.  Are you planning on
21  offering an opinion one way or the other whether Vioxx
22  actually caused Mr. Dedrick's heart attack?
23           A.  I don't know anything about
24  Mr. Dedrick, so at this time I can't say I would offer any
25  opinion.
page 264
1            Q.  Okay.  Let's go off the record.
```

[272:1] - [272:24]     10/2/2006    Funk, Colin

```
page 271
25
page 272
1   CERTIFICATE OF REPORTER
2
3   CANADA              )
4   PROVINCE OF ONTARIO )
5
6   I, LISA BAKER, the officer before whom the foregoing
7   deposition was taken, do hereby certify that the witness
8   whose testimony appears in the foregoing deposition was
9   duly sworn by Lisa Baker; that the testimony of the said
```

**10/2/2006 Colin Funk Depositon Excerpts**

• **Dedrick - Daubert - Funk**

```
10  witness was taken by me to the best of my ability and
11  thereafter reduced to typewriting under my direction; that
12  I am neither counsel for, related to, nor employed by any
13  of the parties to the action in which this deposition was
14  taken, and further that I am not a relative or employee of
15  any attorney or counsel employed by the parties thereto,
16  nor financially or otherwise interested in the outcome of
17  the action.
18
19       _____
20            Lisa Baker, Commissioner for taking Oaths in
21                 and for the Province of Ontario
22
23
24
25
```