Expert Report of
**Colin D. Funk, Ph.D.**
September 18, 2006

## A. Statement of Qualifications

I am currently Professor in the Departments of Physiology and Biochemistry at Queen's University in Kingston, Canada and holder of a Tier 1 Canada Research Chair (CRC) in Molecular, Cellular and Physiological Medicine. The CRC program was instituted by the Canadian government in 2000 as a means to recruit and retain top research and clinician scientists. I received my B.Sc. Honours degree in Biochemistry at Queen's University in 1980 and my Ph.D. in Experimental Medicine (Dean's Honour List) from McGill University in Montreal, Canada in 1985. I then joined the laboratory of Nobel Laureate Professor Bengt Samuelsson at Karolinska Institutet in Stockholm, Sweden as a postdoctoral fellow for 3 years. Professor Samuelsson, his colleague Sune Bergström, and Professor John Vane shared the Nobel Prize in 1982 for their discovery of prostaglandins and related molecules and which included the mechanism of action of non-steroidal anti-inflammatory drugs. After my postdoctoral training, I was appointed as Instructor in Pharmacology (1989), then Assistant Professor (1991), and Associate Professor (1994) in the Department of Pharmacology, Division of Clinical Pharmacology at Vanderbilt University Medical Center (VUMC) in Nashville, TN. In September 1995 I was recruited to the University of Pennsylvania (UPenn) as Associate Professor in Pharmacology (Primary) and Medicine (Secondary). I was promoted to full professor in 2000 and remained at UPenn until June 2004. While at these universities, both VUMC and UPenn Departments of Pharmacology ranked as the top pharmacology departments in the USA in terms of total NIH research funding. I was recruited to Canada to my current position in July 2004.

Besides holding a Canada Research Chair position, I hold a Career Investigator Award of the Heart and Stroke Foundation of Canada, Ontario Section and have been a past recipient of the National Institutes of Health Research Career Development Award.

I am a member of the American Association for the Advancement of Science (AAAS), the American Society of Biochemistry and Molecular Biology (ASBMB) and the Canadian Society of Atherosclerosis, Thrombosis and Vascular Biology and have participated in the American Heart Association (AHA) plenary sessions and evaluation of scientific studies to be admitted to the annual AHA meetings.

1

I am a current member of the editorial board of the journal Prostaglandins and Other Lipid Mediators and have served as board member for the Journal of Biological Chemistry during 1996-2000. I have participated in hundreds of peer-reviews of scientific publications for numerous scientific journals and grants submitted to the United States National Institutes of Health (NIH).

I have taught pharmacology graduate students and medical students about eicosanoids and non-steroidal anti-inflammatory drugs for 15 years. I have lectured in numerous countries around the world and have been invited to speak at many international Eicosanoid meetings. I have consulted for industry, primarily large pharmaceutical companies. I am currently on the scientific advisory board of VIA Pharmaceuticals Inc., a company devoted to the use of pharmaceuticals to treat vascular inflammation.

## B. Research Background in Relation to COX (Cyclooxygenase) Enzymes, COX-2 Inhibitors, Prostacyclin and Platelet-Vessel Wall Functions

I have been conducting research on lipid mediators known as eicosanoids, which include prostacyclin, thromboxanes and leukotrienes, and the enzymes and receptors that generate eicosanoids and transduce their biological signals for over 25 years. I embarked on this line of research in 1981 with my doctoral thesis research which involved studying the metabolism of polyunsaturated fatty acids by blood vessels. I have authored or co-authored over 115 scientific, peer-reviewed publications relating to eicosanoids including investigations into the role of COXs in cardiovascular function, platelet thromboxane and vascular wall biology, and mechanisms contributing to atherosclerotic disease. During the years 1981-1987, in particular, I studied prostaglandin and related lipid mediator production from arterial tissues during my doctoral studies (**Funk, C.D.** and Powell, W.S. Conversion of 8,11,14-icosatrienoic acid to 11,12-epoxy-10 hydroxy-8 heptadecenoic acid by aorta. Prostaglandins 25, 299-309 (1983); Powell, W.S. and **Funk, C.D.** Metabolism of 8,11,14-icosatrienoic acid by fetal calf aorta. Adv. Prostaglandin Thromboxane, and Leukotriene Res. 11, 111-117 (1983); **Funk, C.D.** and Powell, W.S. Metabolism of linoleic acid by prostaglandin synthase from adult and fetal blood vessels. Biochim. Biophys. Acta 754, 57-71 (1983); **Funk, C.D.** and Powell, W.S. Release of prostaglandins and monohydroxy and trihydroxy metabolites of linoleic and arachidonic acids by adult and fetal aortae and ductus arteriosus. J. Biol. Chem. 260, 7481-7488 (1985); **Funk, C.D.**

2

Boubez, W., and Powell, W.S. Effects of selenium-deficiency on the production of prostaglandins and other oxygenated metabolites of arachidonic acid and linoleic acid by rat and rabbit aortae. Biochim. Biophys. Acta 921, 213-220 (1987)).

Together with Merck scientists, I cloned and expressed the prostaglandin EP1 receptor in 1993 (**Funk, C.D.**, Furci, L., FitzGerald, G.A., Grygorczyk, R., Rochette, C., Bayne, M.A., Abramovitz, M., Adam, M. and Metters, K. Cloning and expression of a cDNA for the human prostaglandin E receptor EP1 subtype. J. Biol. Chem. 268, 26767-26772 (1993)), for which two patents were awarded for its use in pharmaceutical development. I have studied the thromboxane receptor, enzymes within platelets, and platelet eicosanoids, including thromboxane, during the 1990s (**Funk, C.D.**, Furci, L. and FitzGerald, G.A. Molecular cloning, primary structure and expression of the human platelet/erythroleukemia cell 12-lipoxygenase. Proc. Natl. Acad. Sci. USA, 87, 5638-5642 (1990); **Funk, C.D.**, Funk, L.B., Kennedy, M., Pong, A., and FitzGerald, G.A. Human platelet/erythroleukemia cell prostaglandin endoperoxide synthase: cDNA cloning, expression, and gene chromosomal assignment. FASEB J. 5, 2304-2312 (1991); Chen, X.-S. and **Funk, C.D.** Structure-function properties of human platelet 12-lipoxygenase. Chimeric enzyme and *in vitro* mutagenesis studies. FASEB J. 7, 694-701 (1993); **Funk, C.D.**, Furci, L. Moran, N. and FitzGerald, G.A. Point mutation in the seventh hydrophobic domain of the human thromboxane $A_2$ receptor allows discrimination between agonist and antagonist binding sites. Mol. Pharmacol., 44, 934-939 (1993); Chen, X.-S. Brash A.R. and **Funk, C.D.** Purification and characterization of recombinant histidine-tagged human platelet 12-lipoxygenase expressed in a baculovirus/insect cell system. Eur. J. Biochem. 214, 845-852 (1993); Johnson, E.N., Brass, L.and **Funk, C.D.** Increased platelet sensitivity to ADP in mice lacking platelet-type 12-lipoxygenase, Proc. Natl. Acad. Sci. USA, 95, 3100-3105 (1998). I have written the chapter on platelet eicosanoids in the pre-eminent textbook dealing with hemostasis and thrombosis for the last two editions (Hemostasis and Thrombosis, 5th Edition, Editors, Colman, Marder, Clowes, George and Goldhaber; Lippincott Williams and Wilkens Publishers, London, 2006).

From 1989-1995, while at the Division of Clinical Pharmacology at Vanderbilt University, I had the opportunity to interact with pharmacologists and clinicians on a frequent basis. The team of investigators included skilled basic research scientists, pharmacologists, and clinician-scientists among which were Drs. Garret FitzGerald and John Oates, both well-known and respected in the field of pharmacology of prostaglandins, coxibs and non-steroidal anti-

3

inflammatory drugs, and both advisors to Merck for their clinical studies with coxibs. Also in this group were Dr. Alastair Wood, chair of the FDA advisory panel committee on coxibs and Dr. Grant Wilkinson, an expert in drug metabolism and drug interactions. Such an excellent training ground facilitated investigations into drugs, and included many clinical Grand-round conferences on interesting case studies and discussions of clinical trials. Similar scientific interactions took place at the Department of Pharmacology, Center for Experimental Therapeutics, University of Pennsylvania with Dr. Garret FitzGerald, Chair, over the course of 1995-2004. The interactions of NSAIDs with the COX enzymes was an important area we examined (Laneuville, O., Breuer, D.K., DeWitt, D.L., Hla, T., **Funk, C.D.**, and Smith, W.L. Differential inhibition of human prostaglandin endoperoxide H synthases -1 & -2 by nonsteroidal anti-inflammatory drugs. J. Pharmacol. Exp. Ther. 271, 927-934 (1994)).

Following the initial studies which showed that coxibs could block prostacyclin formation and publication of the VIGOR trial results, I developed a more comprehensive research program to examine the two COX isoforms, COX-1 and COX-2, using genetic techniques and mouse models that I had previously utilized over the course of several years. From 2001 to the present, these studies have focused on several goals including examination of COX function in cancer, cardiovascular disease and general physiological functions. I have been funded during this period by the NIH and Canadian Institutes of Health Research (CIHR) to generate the appropriate mouse models and to carry out studies related to COX-1 and COX-2. I currently hold a grant from the Heart and Stroke Foundation of Ontario to understand the mechanisms for COX-2 inhibition and cardiovascular disease. Some relevant publications related to these grants are: Yu, Y., Fan, J., Chen, X.S., Klein-Szanto, A., FitzGerald, G.A., and **Funk, C.D.** Differential impact of prostaglandin H synthase 1 knock down on platelets and parturition. J. Clin. Invest., 115, 986-995 (2005) plus Supplemental online data; Cheng, Y., Wang, M., Yu, Y., Lawson, J., **Funk, C.D.** and FitzGerald, G.A. Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function. J. Clin. Invest., 116, 1391-1396 (2006); Yu, Y., Fan, J., Chen, X.S., Wang, D., Klein-Szanto, A., Campbell, R.L., FitzGerald, G.A. and **Funk, C.D.** Genetic model of selective COX2 inhibition reveals novel heterodimer signaling. Nat. Med, 12, 699-704 (2006); Yu, Y., **Funk, C.D.** A novel genetic model of selective COX-2 inhibition: comparison with COX-2 null mice. Prostaglandins and Other Lipid Mediators, in press (2006).

4

## C. Summary of Opinions

I have been asked to provide my expert opinion regarding cyclooxygenase (COX) enzymes, COX-2 inhibitors, also known as coxibs, prostacyclin-thromboxane synthesis in the cardiovascular system and the mechanism for coxibs causing adverse cardiovascular events in relation to a set of studies that has become known as the FitzGerald hypothesis. My opinions are given to a reasonable degree of scientific probability, and are based on my education, research and experience, which are described in my CV, and from the published literature listed in this report. I have not previously testified in trial or by deposition. My statement of rates for expert witness testimony is attached as Exhibit A.

It is my opinion that prostacyclin is a powerful and important anti-platelet aggregating mediator with potent vasodilator properties. Prostacyclin released from the vasculature is derived primarily from COX-2 in humans and in animal models, and thromboxane, a potent platelet aggregating agent, is made by platelet COX-1. The existence of COX-2 in human vascular endothelial cells has been known since 1992. It is my opinion that coxibs promote inhibition of vascular prostacyclin synthesis without disturbing platelet thromboxane production, and that this imbalanced inhibition can promote a pro-thrombotic, hypertensive and potentially pro-atherosclerotic environment. Such an environment increases cardiovascular risk in humans and forms the basis for the FitzGerald hypothesis with which I concur.

## D. Prostaglandin biosynthesis – Studies Pre-1989

Prostaglandins are a family of bioactive lipid mediators involved in numerous physiological and pathophysiological activities in humans and animals (1-4). They are formed from arachidonic acid contained in lipid membranes in virtually all cells of the body (1-4). The term "prostaglandin" was coined by von Euler based on his and other studies in the early 1930s when he identified a fatty acid substance from human seminal fluid that had blood pressure lowering properties and stimulatory activity on smooth muscle strips (5) and postulated that the substance originated in the prostate gland. The first biosynthetic pathways of arachidonic acid metabolism to prostaglandins were elucidated by two research groups in 1962-1964 (6-8). There are five major biologically active prostaglandins referred to as prostaglandin (PG)$D_2$, $PGE_2$, $PGF_{2\alpha}$, $PGI_2$ (also known as prostacyclin) and thromboxane $A_2$ ($TxA_2$). There are additional PG

5

compounds that can be formed non-enzymatically (in the test tube) as a result of acid or base transformation (PGA, PGB) and two main intermediates in the biosynthetic pathway ($PGG_2$, $PGH_2$). The "2" subscript, in $PGI_2$ for instance, refers to the number of double bonds in the structure. In 1967, an enzyme that catalyzed the transformation of fatty acid to PGH, containing an endoperoxide group, was identified (9) and this enzyme became known as prostaglandin endoperoxide synthase but is now often formally referred to as prostaglandin H synthase (PGHS). The enzyme possesses two distinct catalytic activities referred to as cyclooxygenase (COX) and hydroperoxidase, respectively (1-4). COX is a common way of referring to this enzyme. After the initial isolation of PGD, PGE, and PGF (the "classical" prostaglandins; 6-8), about 10 years later an unstable compound $TxA_2$ was identified (10). Moncada and Vane were the first to describe the formation of a prostaglandin substance, first called PGX, in 1976, as an unstable substance that inhibits platelet aggregation (11,12). Its chemical structure was quickly elucidated and first called prostacyclin by the end of the same year (13). During the early 1970s, Sir John Vane's research led to the understanding that non-steroidal anti-inflammatory drugs (NSAIDs) can block the synthesis of prostaglandins which represented a monumental advance in the pharmacology field to explain the mechanism of action of these drugs (14-16). In order for the five major prostaglandins to be formed there are additional enzymes required to transform the $PGH_2$ intermediate derived from COX (PGD, PGE, PGF, PGI and Tx synthases). The biosynthetic pathways for prostaglandin formation are shown in Figure 1. Until 1989, researchers were under the impression that there was only one COX enzyme or isoform and this was reinforced by the cloning of only one DNA sequence for a COX gene from sheep (17,18) and one from humans (19) in 1988-1989.

## E. The Discovery of a Second Cyclooxygenase (COX)

In 1989-1990, three separate research groups independently described experiments suggesting that a second form of COX, one that is inducible, might exist (20-23). Using sheep trachea epithelial cultured cells Holtzman's group (20) identified increased COX activity that did not correlate with the only known COX gene known at the time (a 2.8 kb mRNA; the messenger (m)RNA represents the actively transcribed genes in a particular cell type or organ and mRNA gives rise to the proteins made in the particular cell/organ). Needleman's team (21) found that using human dermal fibroblasts an inflammatory mediator known as interleukin-1 could potently

6

induce COX activity and that this induction could be regulated by a type of steroid hormone known as glucocorticoid. They also found that a COX activity in human monocytes could be controlled by the bacterial substance lipopolysaccharide (LPS) and they postulated that "cells may contain two pools of COX, each with a differential sensitivity to LPS or DEX" (n.b. DEX is short for dexamethasone which is a glucocorticoid)(22). Han et al. (23) detected persistent induction of a COX in viral-transformed mouse 3T3 fibroblasts. However, it took a couple of years before other investigators could connect these early results to a second COX enzyme. Thus, two research groups working in completely different experimental systems cloned the gene for a second COX isoform (24,25). Simmon's group (24) was working with chicken embryo fibroblasts that were infected with a Rous sarcoma virus and identified a COX-encoding gene with about 60 % sequence identity to the original COX isoform. Herschmann's group (25-27), on the other hand, identified a COX gene he originally referred to as TIS-10, that was induced by a tumor promoting substance, known as TPA (for 12-O-tetradecanoyl phorbol 13-acetate) in mouse fibroblasts. It was about 1992 when investigators started referring to the two prostaglandin synthase enzymes as PGHS-1 and PGHS-2 or COX-1 and COX-2 when both the human platelet PGHS-1 (COX-1) and human endothelial cell PGHS-2 (COX-2) sequences were cloned and expressed (28-30). In most experimental systems the COX-1 gene does not undergo large changes in gene expression and this enzyme isoform is often referred to as the "housekeeping" or "constitutive" COX while the newer discovered COX-2 isoform was found to undergo profound regulation by many factors including cytokines, tumor promoters, inflammatory stimuli, glucocorticoids, etc. so that COX-2 is often called the "inducible" or "regulatable" COX isoform (1-4).

## F. The Development of Selective COX-2 Inhibitors (Coxibs)

NSAIDs have long been known to possess anti-inflammatory activity, combined with the ability to block pain and fever (14-16,31,32). However, they also promote gastric bleeding and ulceration as major side-effects (33,34). Prostaglandins act as cytoprotective agents in the gastric mucosa by blocking gastric acid secretion and by increasing mucus production and studies after the initial discovery of two COX isoforms indicated that these gastric protective prostaglandins derived from COX-1 (35-37). The development of a prostaglandin analog, misoprostol, to be administered together with NSAID therapy was introduced in the 1980s (38) as means to protect

7

the stomach but this drug has its own set of side-effects (e.g. cramps, diarrhea)(39). Studies in the early 90s indicated that the inducible COX-2 was largely responsible for prostaglandin formation associated with inflammation, while COX-1 was important for prostaglandins of housekeeping function (e.g. gastric cytoprotection)(40-42). Thus, the pharmaceutical industry devoted immediate attention to develop selective COX-2 inhibitors (now known as coxibs). To do this, experimental assays had to be established to discern the relative potencies of inhibition by drugs of COX-1 and COX-2 (43-47). A variety of experimental compounds, either pre-existing NSAIDs or newly developed compounds (e.g. L745,337, NS-398, nimesulide, DFU, DuP-697, MF-tricyclic, SC-58125) became available for use by research investigators to study their particular field of interest (40,48-53). Two leading drug candidates for human development were selected by Pfizer (formerly Monsanto Searle, Pharmacia) and Merck and became known as celecoxib and rofecoxib, respectively (54-57).

A number of different assays for determining selectivity of NSAIDs for COX-1 and COX-2 exist (43-47). They consist of incubating NSAIDs with purified recombinant enzymes, or cells expressing each individual COX isoform, or blood samples (whole blood assay; WBA). Purified recombinant enzymes, while the most straightforward, can give markedly different COX selectivity measures depending on the mode of inhibition and pre-incubation time with drug (43,47). WBA measurements of drug selectivity are commonly used because of their simplicity. Usually the ability of a drug to inhibit thromboxane synthesis by platelets in clotted blood or in blood stimulated with a calcium ionophore is a measure of COX-1 inhibition (45-47). To assess COX-2 function, COX-1 in platelets and other blood cells is first inactivated with aspirin pre-treatment and than the blood monocytes are stimulated with LPS to selectively induce COX-2 (45,47). The ability to inhibit $PGE_2$ synthesis by monocyte COX-2 is used as an index of COX-2 inhibition. The ratios of the inhibitory concentrations that result in 50% (or 80%) inhibition of COX-1 vs COX-2 are compared to yield a selectivity measure.

The three-dimensional crystal structures of sheep COX-1 and mouse COX-2 have been determined in the presence of different NSAIDs and substrate (58-60). Both enzymes exist as homodimers. The arachidonic acid substrate gains access into the COX catalytic site via a hydrophobic channel. The COX-1 active site is smaller than the COX-2 site. The bulkier side-pocket in the COX-2 site is more accommodating than for COX-1 and allows for the introduction of bulkier chemical constituents in the active site which is not feasible for COX-1

8

and therefore provides a basis for the design of specific inhibitors (58,59). The size of this side-pocket appears to be controlled primarily by the difference in size of one amino acid (valine in COX-2 and isoleucine in COX-1 (61,62). The sulfonamide group in celecoxib, for instance, binds within this side-pocket of the active site and confers the selectivity of the drug. The drug binds in a competitive manner at first which then becomes irreversible (63).

### Rofecoxib (Vioxx)

4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone, also known as rofecoxib, was developed as a highly selective and potent COX-2 inhibitor that showed over 800-fold selectivity in a cell assay system (56,57,64-66) and 36-fold selectivity using the WBA (47). Various animal studies showed efficacy of rofecoxib in models of inflammation and pain and without GI toxicity (3). Rofecoxib provided dental pain relief on par with NSAIDs (e.g. ibuprofen) and significantly greater than placebo (57). Various clinical trials showed efficacy in managing pain in osteoarthritis (OA) and rheumatoid arthritis (RA) without upper gastrointestinal (UGI) complications. The United States Food and Drug Administration approved the therapeutic use of rofecoxib in 1999 at the recommended dose of 25-50 mg. The VIoxx Gastrointestinal Outcomes Research study (VIGOR) evaluated about 8000 RA patients in a randomized trial comparing rofecoxib (50 mg/day) to naproxen (500 mg bid) over 9 months (67). This drug was in use for about five years when it was removed from the market for reasons mentioned below.

### Second Generation Coxibs

Several coxibs were developed with improved COX-2 selectivity after celecoxib and rofecoxib (3,66,68-70). These include: valdecoxib (Bextra), etoricoxib (Arcoxia), parecoxib and lumiracoxib (Prexige). Parecoxib is a prodrug of valdecoxib that is administered by intravenous or intramuscular injection routes. This drug is converted to the active compound valdecoxib by deoxymethylation (66). Valdecoxib showed efficacy for management of OA, RA and menstrual pain (3) and was approved for use in the USA in 2003, but has since been withdrawn from the market. The most selective coxib is lumiracoxib followed by etoricoxib. These drugs have not yet reached the clinical market in the USA.

### G. Prostacyclin, Thromboxane and Cardiovascular Homeostasis

9

Prostacyclin – Prostacyclin ($PGI_2$) is a potent inhibitor of platelet aggregation (11,12,71). It is synthesized by human arterial and venous tissues/cells from arachidonic acid, with highest capacity to synthesize prostacyclin in the arterial endothelium (71-73). Prostacyclin can also be made in other tissues of the body both in the blood vessels within these tissues and the tissues themselves as detected by the mRNA for the main prostacyclin synthesizing enzyme, prostacyclin synthase (71,74). Prostacyclin besides inhibiting platelet clumping (71) can also de-clump previously aggregated platelets (75) and can promote blood vessel wall relaxation (vasodilatation) and modulate vascular tone (66,71) and inhibit proliferation of vascular smooth muscle cells (76). Clinically, $PGI_2$ (epoprostanol) is used in the treatment of primary pulmonary hypertension and in treatment of portopulmonary hypertension that arises secondary to liver disease (66). **In the cardiovascular system, therefore, this prostaglandin product is regarded and has been regarded as an important, beneficial homeostatic regulator for 30 years.**

Thromboxane - Thromboxane, an unstable substance derived from arachidonic acid, with a half-life of about 30 seconds, is a potent platelet aggregating agent synthesized within the platelet (10). This powerful platelet clumping agent synthesized via COX-1 and thromboxane synthase in platelets amplifies the response to other platelet agonists (e.g. collagen and ADP)(77,78). Besides its effects on platelets, this compound can also constrict blood vessels (79) and promote the proliferation of blood vessel smooth muscle cells (80). Activation of this pathway is important in the context of hemostasis (77,81). The importance of this pathway to thrombosis is attested by the findings that a low-dose aspirin regimen has been used by millions as a means to maintain cardiovascular health via its ability to block platelet COX-1-derived thromboxane production. Many clinical trials have shown the benefit of low-dose aspirin in blocking acute myocardial infarction and in secondary prevention (82-88). **Dysregulated thromboxane synthesis in the cardiovascular system, therefore, is regarded as a detrimental event that can lead to thrombosis.**

Concept of thromboxane/prostacyclin balance established

Data from measurements of prostacyclin and thromboxane metabolites (the main urinary metabolites are referred to as PGI-M and Tx-M, respectively) indicate that prostacyclin and

10

thromboxane are formed in small amounts and that they do not act as circulating hormones but exert their actions locally in a so-called paracrine/autocrine manner (i.e. in the immediate adjacent cells or same cell of synthesis) during platelet-vascular wall interactions (89-95). Due to the contrasting biological functions of thromboxane and prostacyclin, a concept of "balance" in the body was established 30 years ago (12,94,95) for maintenance of healthy cardiovascular status. A quote from ref.12 "thus a balance between the amounts of $TXA_2$ formed by platelets and PGX (prostacyclin) formed by vessels might be critical for thrombus formation" summarizes this concept. Thromboxane production by platelets with its pro-platelet activating properties and vascular prostacyclin with its platelet inhibition properties is key to this balance. Treatments aimed at tipping this balance in favor of prostacyclin using aspirin, a NSAID that reacts covalently with COX enzymes, have been developed in human subjects (96-98). Thus, aspirin dosing can be established that preferentially blocks COX-1-derived thromboxane synthesis by platelets and generally leaves vascular prostacyclin synthesis intact. $PGI_2$ limits platelet activation by thromboxane in vivo and reduces the thrombotic response to vascular injury (99). These eicosanoids are one of the many facets of an intricately organized and exquisitely regulated vasculature to maintain cardiovascular health. Other cardioprotective mechanisms of the vascular endothelium, in addition to prostacyclin, include nitric oxide (which has similar anti-platelet aggregating and vascular relaxation properties to prostacyclin), CD39 ecto-ADPase (a molecule on the surface of blood vessels that destroys the platelet pro-aggregating substance ADP, adenosine diphosphate), thrombomodulin, heparin-like proteoglycan substances, tissue factor pathway inhibitor and tissue plasminogen activator (100-102). Other pro-thrombotic agents besides thromboxane are thrombin and ADP, as well as substances from a perturbed endothelium which include tissue factor, plasminogen activator inhibitor, von Willebrand factor, collagen and P-selectin (100,102). Thus, prostacyclin and thromboxane have important and opposing biological activities in the cardiovascular system and while this concept of balance has evolved (12,100,101), the essential elements of these important lipid mediators in the cardiovascular system have stood the test of time over 30 years.

### The "FitzGerald" Hypothesis

COX-1 was generally regarded as the main enzyme capable of forming both thromboxane and prostacyclin in blood platelets and the vascular wall prior to the striking observations by

11

McAdam and FitzGerald in 1999 which ascribed prostacyclin biosynthesis in humans predominantly to COX-2 instead of COX-1 (103). In this study, urinary PGI-M metabolite measurements indicated that prostacyclin is coming mainly (about 65-80 %) from COX-2 and thromboxane synthesis from COX-1 (103). These conclusions were drawn based on administration of celecoxib (Celebrex), a selective COX-2 inhibitor, and ibuprofen (a mixed COX-1/COX-2 inhibitor). Another parallel study revealed that rofecoxib (Vioxx; MK-966) caused a similar suppression of PGI-M (104). An additional study by another research group using nimesulide, a partially selective COX-2 inhibitor, showed that in patients with atherosclerosis both COX-1 and COX-2 can contribute to prostacyclin production (105). **These studies, therefore, indicated that COX-2 inhibitors could potentially be harmful in the cardiovascular system by blocking prostacyclin biosynthesis without affecting thromboxane production, in effect yielding a more favorable pro-thrombotic state. The hypothesis that this mechanism might mediate a risk of thrombosis and atherogenesis suggested originally by FitzGerald (103) has become known in lay literature as the FitzGerald Hypothesis (106). This hypothesis is well-known and accepted in the scientific literature in review articles and in Goodman and Gilman's most recent 11th edition of the Pharmacologic Basis of Therapeutics, the leading textbook of pharmacology for medical students in the USA (66,100,101)**

## H. The Cardiovascular Consequences of COX-2 Inhibition

The VIGOR clinical (67) trial mentioned above, in which there was a significant 5-fold divergence in the incidence of myocardial infarction between patients receiving rofecoxib vs naproxen raised the distinct possibility that coxibs, as a class of drugs, might indeed be associated with a cardiovascular hazard (107). In fact, this hazard has been borne out by several clinical studies after the VIGOR trial which resulted in the removal of rofecoxib (Vioxx) from the market and subsequently also of valdecoxib (Bextra) (108-113).

## I. Mechanisms by which COX-2 Inhibition Promote Cardiovascular Injury

The most straightforward explanation for the mechanistic basis by which COX-2 inhibition advances cardiovascular hazard is through experiments and clinical studies which show a decrease in prostacyclin production without a concomitant change in thromboxane levels. This

12

leads to a state that is pre-disposed to thrombosis, hypertension and atherosclerosis. Celecoxib or rofecoxib administration to volunteers causes a 65-80 % decrease in prostacyclin synthesis from COX-2 based on urinary metabolite measures (103,104). When blood is removed from these volunteers at peak drug concentration, the ability of the platelets to aggregate ex vivo is not affected as it is with a traditional NSAID (ibuprofen and indomethacin) that blocks both COX-1 and COX-2 and consistent with this observation was the finding of no effect on platelet thromboxane synthesis from coxibs. These human studies, therefore, indicate that the cardiovascular actions of thromboxane would be exaggerated during coxib therapy (103,104).

Both COX-1 and COX-2 are found in human blood vessels, and both can play a role in the production of prostacyclin in the vasculature (100). COX-1 is found predominantly in normal, healthy blood vessels ex vivo using immuno-staining techniques (105,114-116). The evidence supporting the importance of COX-2 in vascular tissue comes from several kinds of study. First, the human gene, or more specifically, complementary DNA (cDNA) for COX-2, was first cloned from a blood vessel source, namely endothelial cells derived from human umbilical veins (HUVEC)(29,30) Note, cDNA copies of mRNA can be synthesized in the test tube since they are easier to work with than mRNA. Second, the COX-2 gene is induced by laminar shear stress using HUVEC, an in vitro model system, for blood vessels (117). This stress on the vascular wall is evident throughout most regions of the vascular tree and can be modeled in cultured cell systems (118). Third, COX-2 mRNA and protein can be found in human and mouse blood vessels in the endothelium and smooth muscle cells to varying degrees in normal and atherosclerotic states using techniques of in situ hybridization and immunohistochemistry (100,105,114-116,119,120). Fourth, COX-2 is so important to a blood vessel called the ductus arteriosus (a vessel that shunts blood away from the high resistance lungs to the aorta during fetal life) that without its presence about 40 % of newborn mice end up dying from patent (open) ductus arteriosus (121).

The vascular endothelium, especially in areas of strong hemodynamic forces where atherosclerosis susceptibility is highest, is under a consistent state of chronic low-grade inflammation (122). This would be expected to enhance COX-2 expression. In humans it is not possible to document the precise in vivo quantitation of COX-1 vs COX-2 in vascular endothelium throughout the arterial network. Since COX-2 is an immediate-early gene that is induced rapidly and the turnover of COX-2 mRNA and protein is rapid and regulated by post-

13

transcriptional mechanisms (25,123,124) it is likely that ex vivo immunohistochemistry measurements from autopsy specimens have not predicted an accurate amount of COX-2 in the vasculature. Vascular tissue is highly dynamic, acting much more than a passive conduit of blood (102). The endothelial cells lining the vascular wall are dynamic sensors of wall shear stress and exhibit highly sensitive means of regulation in discrete, localized regions of the vasculature (125,126). This vascular heterogeneity at the level of individual endothelial cells has been examined by microarray analysis (126). COX-2 gene expression has shown modulation by disturbed flow in this setting (126) indicating that there are specific microdomains of the vasculature that express COX-2. In these regions, COX-2 is acting as a cardioprotective mechanism that contributes to prostacyclin biosynthesis.

Assessing the cardiovascular risk with COX-2 inhibition is most easily studied in animal models. A genetic model of selective COX-2 inhibition has been established to investigate this matter by introducing a mutation into the COX-2 gene to disrupt COX activity (127,128). These mice and mice treated with two selective COX-2 inhibitors (celecoxib or 5,5-dimethyl-3-(3–fluorophenyl)-4-(4–methylsulphonyl)phenyl-2(5H)-furanone (DFU)) show decreased urinary measures of PGI-M, just like in humans, with little, if any, effect on Tx-M urinary metabolites (127). These findings establish mice as a useful model for exploring the effects of COX-2 inhibition on mechanisms for increased cardiovascular risk in humans. In three different models of thrombosis, either genetic COX-2 deletion or pharmacological treatment (celecoxib or DFU) led to increased thrombosis (127). Moreover, in the same groups of mice there were also small, but significant, increases in both systolic and diastolic blood pressures associated with COX-2 inhibition (127).

In other sets of experiments, salt-sensitive rats were also shown to have an elevation of blood pressure with COX-2 inhibition using NS-398 (129) and a COX-2 inhibitor (SC-58236) or genetic COX-2 deficiency in mice reduced renal medullary blood flow, decreased urine flow, and enhanced the pressor effect of angiotensin II (130). Intravascular thrombosis was associated with COX-2 inibition (SC-58236) including suppression of prostacyclin in a model of pulmonary hypertension in rats (131). Similarly, selective COX-2 inhibition with NS-398 suppressed prostacyclin (measured as 6-keto-$PGF_{1\alpha}$) and enhanced platelet-vessel wall interactions in vivo and platelet adhesion to hamster cheek pouch arterioles (132). Absence of the prostacyclin

14

receptor, known as IP, which transduces the effects of prostacyclin, augmented the response to a thrombogenic stimulus in mice (133).

In human coronary artery smooth muscle cells prostacyclin stimulates an important molecule known as thrombomodulin that constrains activation of the blood coagulant thrombin (134). Therefore, blockade of prostacyclin with COX-2 inhibition will lead to enhanced platelet activation and resultant thrombosis by promoting assembly of the pro-thrombinase complex.

Atherosclerosis is a chronic arterial wall inflammatory disease that develops over decades in humans but the early stages of fatty streak formation can even be detected in the fetus of mothers with hypercholesterolemia (135). Long-term suppression of COX-2-derived prostacyclin by coxibs would be expected to predispose to a gradual elevation in cardiovascular risk over time (100). In atherosclerosis studies in mice, disruption of the prostacyclin receptor IP gave rise to enhanced atherosclerotic lesions while in mice lacking the thromboxane receptor TP the mice were protected in their development of atherosclerotic lesions (136,137). COX-2 inhibition studied in mouse models of atherosclerosis has yielded variable effects in terms of lesion development (138-141). The reason for this variation could be attributable to the disparate actions of the different prostaglandins in atherothrombosis (100). Thus, blocking COX-2 downstream at the level of $PGE_2$ synthesis by disruption of the main gene that makes $PGE_2$ (called microsomal PGE synthase-I) can reduce atherothrombosis (127,142) but blocking COX-2-derived prostacyclin is detrimental (136,137). Therefore, during coxib administration the relative contributions of COX-2-derived $PGE_2$ vs $PGI_2$ in the lesion and vicinity of the lesions would be important in determining the outcome of COX-2 inhibition on atherosclerosis.

COX-2 is expressed within the kidney in the macula densa of the juxtaglomerular apparatus and other vascular regions of the kidney and is capable of generating prostacyclin (143-145). Prostacyclin within the kidney can regulate water and salt balance, glomerular filtration and renal blood flow (145). Loss of prostacyclin capability to signal through its receptor IP (146,147) and inhibition of COX-2 (127) elevate blood pressure and augment the blood pressure response to dietary sodium. In addition, both disruption of the IP receptor and COX-2 inhibition modulate vascular remodeling induced by hemodynamic stress such as hypertension in vivo (100,119).

15

## Summary and Conclusions

Taken together, these study results support a detrimental effect of COX-2-derived prostacyclin inhibition that in my opinion would be expected to lead to conditions predisposing to hypertension, increased susceptibility to thrombosis, and atherosclerosis. In upsetting the thromboxane/prostacyclin ratio with a COX-2 inhibitor one important aspect of a delicate balance is disrupted (summarized in Figure 2). While it is expected that other protective mechanisms will be operative in the majority of normal individuals, in people with compromised endothelial function (e.g. atherosclerosis) or renal function (e.g. salt retention, fluid imbalances), other protective factors (e.g. nitric oxide) will be disrupted and administration of a COX-2 inhibitor would be expected to lower the threshold for cardiovascular pro-thrombotic events. Arteriolar vascular endothelium is an extremely rich source of prostacyclin synthase (73,74). The endothelial cells that line the intimal surface throughout the circulatory tree are estimated to cover a surface area equivalent to a half dozen tennis courts in an average-sized man (102). Taking into account this huge surface area of the vascular endothelium, combined with the great capacity of the vascular endothelium to produce prostacyclin, the dynamic nature of endothelium and rapid regulation of COX-2, and that COX-2 inhibitors reduce 65-80 % of urinary prostacyclin metabolites, combined with past studies showing that local vascular stimulation and short-term systemic administration of prostacyclin is reflected by readily detectable alterations in urinary prostacyclin metabolites (92,148) than there is overwhelming evidence for a vascular diminution of prostacyclin synthesis with COX-2 inhibitor usage that translates to an elevation of cardiovascular risk.

I reserve the right to modify this text and viewpoints based on new or additional scientific information made available to me.

Date  9/18/06

Colin D. Funk, Ph.D.

16

## References

1. Funk CD. Prostaglandins and leukotrienes: advances in eicosanoid biology. Science. 2001 Nov 30;294(5548):1871-5.
2. Needleman P, Turk J, Jakschik BA, Morrison AR, Lefkowith JB. Arachidonic acid metabolism. Annu Rev Biochem. 1986;55:69-102.
3. Simmons DL, Botting RM, Hla T. Cyclooxygenase isozymes: the biology of prostaglandin synthesis and inhibition. Pharmacol Rev. 2004 Sep;56(3):387-437.
4. Smith WL, Garavito RM, DeWitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases)-1 and -2. J Biol Chem. 1996 Dec 27;271(52):33157-60.
5. von Euler, US. On the specific vaso-dilating and plain muscle stimulating substances from accessory genital glands in man and certain animals (prostaglandin and vesiglandin). J Physiol. 1936 Nov 6; 88(2): 213-234.
6. Bergstrom S, Samuelsson B. Isolation of prostaglandin E1 from human seminal plasma. Prostaglandins and related factors. 11. J Biol Chem. 1962 Sep;237:3005-6.
7. Bergstroem S, Danielsson H, Samuelsson B. The enzymatic formation of prostaglandin e2 from arachidonic acid prostaglandins and related factors 32. Biochim Biophys Acta. 1964 Jul 15;90:207-10.
8. van Dorp D, Beerthuis RK, Nugteren DH, Vonkeman H. The biosynthesis of prostaglandins. Biochim Biophys Acta. 1964 Jul 15;90:204-7.
9. Hamberg M, Samuelsson B. On the mechanism of the biosynthesis of prostaglandins E-1 and F-1-alpha. J Biol Chem. 1967 Nov 25;242(22):5336-43.
10. Hamberg M, Svensson J, Samuelsson B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. Proc Natl Acad Sci U S A. 1975 Aug;72(8):2994-8.
11. Moncada S, Higgs J, Vane JR. Human arterial and venous tissues generate prostacyclin (prostaglandin x), a potent inhibitor of platelet aggregation. Lancet 1977 1:18-20.
12. Moncada S, Gryglewski R, Bunting S, Vane JR. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. Nature. 1976 Oct 21;263(5579):663-5.
13. Whittaker N, Bunting S, Salmon J, Moncada S, Vane JR, Johnson RA, Morton DR, Kinner JH, Gorman RR, McGuire JC, Sun FF. The chemical structure of prostaglandin X (prostacyclin). Prostaglandins. 1976 Dec;12(6):915-28.
14. Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nat New Biol. 1971 Jun 23;231(25):232-5.
15. Flower R, Gryglewski R, Herbaczynska-Cedro K, Vane JR. Effects of anti-inflammatory drugs on prostaglandin biosynthesis. Nat New Biol. 1972 Jul 26;238(82):104-6.
16. Ferreira SH, Moncada S, Vane JR. Prostaglandins and the mechanism of analgesia produced by aspirin-like drugs. Br J Pharmacol. 1973 Sep;49(1):86-97.
17. DeWitt DL, Smith WL. Primary structure of prostaglandin G/H synthase from sheep vesicular gland determined from the complementary DNA sequence. Proc Natl Acad Sci U S A. 1988 Mar;85(5):1412-6. Erratum in: Proc Natl Acad Sci U S A 1988 Jul;85(14):5056.
18. Merlie JP, Fagan D, Mudd J, Needleman P. Isolation and characterization of the complementary DNA for sheep seminal vesicle prostaglandin endoperoxide synthase (cyclooxygenase). J Biol Chem. 1988 Mar 15;263(8):3550-3.

19. Yokoyama C, Tanabe T. Cloning of human gene encoding prostaglandin endoperoxide synthase and primary structure of the enzyme. Biochem Biophys Res Commun. 1989 Dec 15;165(2):888-94.

20. Rosen GD, Birkenmeier TM, Raz A, Holtzman MJ. Identification of a cyclooxygenase-related gene and its potential role in prostaglandin formation. Biochem Biophys Res Commun. 1989 Nov 15;164(3):1358-65.

21. Raz A, Wyche A, Needleman P. Temporal and pharmacological division of fibroblast cyclooxygenase expression into transcriptional and translational phases. Proc Natl Acad Sci U S A. 1989 Mar;86(5):1657-61.

22. Fu JY, Masferrer JL, Seibert K, Raz A, Needleman P. The induction and suppression of prostaglandin H2 synthase (cyclooxygenase) in human monocytes. J Biol Chem. 1990 Oct 5;265(28):16737-40.

23. Han JW, Sadowski H, Young DA, Macara IG. Persistent induction of cyclooxygenase in p60v-src-transformed 3T3 fibroblasts. Proc Natl Acad Sci U S A. 1990 May;87(9):3373-7.

24. Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL. Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. Proc Natl Acad Sci U S A. 1991 Apr 1;88(7):2692-6.

25. Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR. TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. J Biol Chem. 1991 Jul 15;266(20):12866-72.

26. Fletcher BS, Kujubu DA, Perrin DM, Herschman HR. Structure of the mitogen-inducible TIS10 gene and demonstration that the TIS10-encoded protein is a functional prostaglandin G/H synthase. J Biol Chem. 1992 Mar 5;267(7):4338-44.

27. Kujubu DA, Reddy ST, Fletcher BS, Herschman HR. Expression of the protein product of the prostaglandin synthase-2/TIS10 gene in mitogen-stimulated Swiss 3T3 cells. J Biol Chem. 1993 Mar 15;268(8):5425-30.

28. Funk CD, Funk LB, Kennedy ME, Pong AS, Fitzgerald GA. Human platelet/erythroleukemia cell prostaglandin G/H synthase: cDNA cloning, expression, and gene chromosomal assignment. FASEB J. 1991 Jun;5(9):2304-12.

29. Hla T, Neilson K. Human cyclooxygenase-2 cDNA. Proc Natl Acad Sci U S A. 1992 Aug 15;89(16):7384-8.

30. Jones DA, Carlton DP, McIntyre TM, Zimmerman GA, Prescott SM. Molecular cloning of human prostaglandin endoperoxide synthase type II and demonstration of expression in response to cytokines. J Biol Chem. 1993 Apr 25;268(12):9049-54.

31. Moncada S, Vane JR. Mode of action of aspirin-like drugs. Adv Intern Med. 1979;24:1-22.

32. Vane J, Botting R. Inflammation and the mechanism of action of anti-inflammatory drugs. FASEB J. 1987 Aug;1(2):89-96.

33. Rainsford KD. Gastrointestinal and other side-effects from the use of aspirin and related drugs; biochemical studies on the mechanisms of gastrotoxicity. Agents Actions Suppl. 1977;(1):59-70.

34. Fries JF, Williams CA, Bloch DA, Michel BA. Nonsteroidal anti-inflammatory drug-associated gastropathy: incidence and risk factor models. Am J Med. 1991 Sep;91(3):213-22.

35. Chaudhury TK, Jacobson ED. Prostaglandin cytoprotection of gastric mucosa. Gastroenterology. 1978 Jan;74(1):58-63.

36. Cohen MM. Mucosal cytoprotection by prostaglandin E2. Lancet. 1978 Dec 9;2(8102):1253-4.

37. DeWitt DL, Meade EA, Smith WL. PGH synthase isoenzyme selectivity: the potential for safer nonsteroidal antiinflammatory drugs. Am J Med. 1993 Aug 9;95(2A):40S-44S.

38. Collins PW, Pappo R, Dajani EZ. Chemistry and synthetic development of misoprostol. Dig Dis Sci. 1985 Nov;30(11 Suppl):114S-119S.

39. Herting RL, Nissen CH. Overview of misoprostol clinical experience. Dig Dis Sci. 1986 Feb;31(2 Suppl):47S-54S.

40. Seibert K, Zhang Y, Leahy K, Hauser S, Masferrer J, Perkins W, Lee L, Isakson P. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci U S A. 1994 Dec 6;91(25):12013-7.

41. Masferrer JL, Zweifel BS, Manning PT, Hauser SD, Leahy KM, Smith WG, Isakson PC, Seibert K. Selective inhibition of inducible cyclooxygenase 2 in vivo is antiinflammatory and nonulcerogenic. Proc Natl Acad Sci U S A. 1994 Apr 12;91(8):3228-32.

42. Boyce S, Chan CC, Gordon R, Li CS, Rodger IW, Webb JK, Rupniak NM, Hill RG. L-745,337: a selective inhibitor of cyclooxygenase-2 elicits antinociception but not gastric ulceration in rats. Neuropharmacology. 1994 Dec;33(12):1609-11.

43. Copeland RA, Williams JM, Giannaras J, Nurnberg S, Covington M, Pinto D, Pick S, Trzaskos JM. Mechanism of selective inhibition of the inducible isoform of prostaglandin G/H synthase. Proc Natl Acad Sci U S A. 1994 Nov 8;91(23):11202-6.

44. Laneuville O, Breuer DK, Dewitt DL, Hla T, Funk CD, Smith WL. Differential inhibition of human prostaglandin endoperoxide H synthases-1 and -2 by nonsteroidal anti-inflammatory drugs. J Pharmacol Exp Ther. 1994 Nov;271(2):927-34.

45. Patrignani P, Panara MR, Greco A, Fusco O, Natoli C, Iacobelli S, Cipollone F, Ganci A, Creminon C, Maclouf J, et al. Biochemical and pharmacological characterization of the cyclooxygenase activity of human blood prostaglandin endoperoxide synthases. J Pharmacol Exp Ther. 1994 Dec;271(3):1705-12.

46. Brideau C, Kargman S, Liu S, Dallob AL, Ehrich EW, Rodger IW, Chan CC. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res. 1996 Feb;45(2):68-74.

47. Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. Proc Natl Acad Sci U S A. 1999 Jun 22;96(13):7563-8. Erratum in: Proc Natl Acad Sci U S A 1999 Aug 17;96(17):9666.

48. Chan CC, Boyce S, Brideau C, Ford-Hutchinson AW, Gordon R, Guay D, Hill RG, Li CS, Mancini J, Penneton M, et al. Pharmacology of a selective cyclooxygenase-2 inhibitor, L-745,337: a novel nonsteroidal anti-inflammatory agent with an ulcerogenic sparing effect in rat and nonhuman primate stomach. J Pharmacol Exp Ther. 1995 Sep;274(3):1531-7.

49. Riendeau D, Percival MD, Boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Falgueyret JP, Ford-Hutchinson AW, Gordon R, Greig G, Gresser M, Guay J, Kargman S, Leger S, Mancini JA, O'Neill G, Ouellet M, Rodger IW, Therien M, Wang Z, Webb JK, Wong E, Chan CC, et al. Biochemical and pharmacological profile of a

tetrasubstituted furanone as a highly selective COX-2 inhibitor. Br J Pharmacol. 1997 May;121(1):105-17.

50. Futaki N, Yoshikawa K, Hamasaka Y, Arai I, Higuchi S, Iizuka H, Otomo S. NS-398, a novel non-steroidal anti-inflammatory drug with potent analgesic and antipyretic effects, which causes minimal stomach lesions. Gen Pharmacol. 1993 Jan;24(1):105-10.

51. Gans KR, Galbraith W, Roman RJ, Haber SB, Kerr JS, Schmidt WK, Smith C, Hewes WE, Ackerman NR. Anti-inflammatory and safety profile of DuP 697, a novel orally effective prostaglandin synthesis inhibitor. J Pharmacol Exp Ther. 1990 Jul;254(1):180-7.

52. Shah AA, Murray FE, Fitzgerald DJ. In vivo assessment of nimesulide cyclooxygenase-2 selectivity. Rheumatology (Oxford). 1999 May;38 Suppl 1:19-23.

53. Oshima M, Dinchuk JE, Kargman SL, Oshima H, Hancock B, Kwong E, Trzaskos JM, Evans JF, Taketo MM. Suppression of intestinal polyposis in Apc delta716 knockout mice by inhibition of cyclooxygenase 2 (COX-2). Cell. 1996 Nov 29;87(5):803-9.

54. Penning TD, Talley JJ, Bertenshaw SR, Carter JS, Collins PW, Docter S, Graneto MJ, Lee LF, Malecha JW, Miyashiro JM, Rogers RS, Rogier DJ, Yu SS, AndersonGD, Burton EG, Cogburn JN, Gregory SA, Koboldt CM, Perkins WE, Seibert K, Veenhuizen AW, Zhang YY, Isakson PC. Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benze nesulfonamide (SC-58635, celecoxib). J Med Chem. 1997 Apr 25;40(9):1347-65.

55. Simon LS, Lanza FL, Lipsky PE, Hubbard RC, Talwalker S, Schwartz BD, Isakson PC, Geis GS. Preliminary study of the safety and efficacy of SC-58635, a novel cyclooxygenase 2 inhibitor: efficacy and safety in two placebo-controlled trials in osteoarthritis and rheumatoid arthritis, and studies of gastrointestinal and platelet effects. Arthritis Rheum. 1998 Sep;41(9):1591-602.

56. Chan CC, Boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Ford-Hutchinson AW, Forrest MJ, Gauthier JY, Gordon R, Gresser M, Guay J, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Patrick D, Percival MD, Perrier H, Prasit P, Rodger I, et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. J Pharmacol Exp Ther. 1999 Aug;290(2):551-60.

57. Ehrich EW, Dallob A, De Lepeleire I, Van Hecken A, Riendeau D, Yuan W, Porras A, Wittreich J, Seibold JR, De Schepper P, Mehlisch DR, Gertz BJ. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther. 1999 Mar;65(3):336-47.

58. Picot D, Loll PJ, Garavito RM. The X-ray crystal structure of the membrane protein prostaglandin H2 synthase-1. Nature. 1994 Jan 20;367(6460):243-9.

59. Kurumbail RG, Stevens AM, Gierse JK, McDonald JJ, Stegeman RA, Pak JY, Gildehaus D, Miyashiro JM, Penning TD, Seibert K, Isakson PC, Stallings WC. Structural basis for selective inhibition of cyclooxygenase-2 by anti-inflammatory agents. Nature. 1996 Dec 19-26;384(6610):644-8. Erratum in: Nature 1997 Feb 6;385(6616):555.

60. Malkowski MG, Ginell SL, Smith WL, Garavito RM. The productive conformation of arachidonic acid bound to prostaglandin synthase. Science. 2000 Sep 15;289(5486):1933-7.

61. Gierse JK, McDonald JJ, Hauser SD, Rangwala SH, Koboldt CM, Seibert K. A single amino acid difference between cyclooxygenase-1 (COX-1) and -2 (COX-2) reverses the selectivity of COX-2 specific inhibitors. J Biol Chem. 1996 Jun 28;271(26):15810-4.

62. Wong E, Bayly C, Waterman HL, Riendeau D, Mancini JA. Conversion of prostaglandin G/H synthase-1 into an enzyme sensitive to PGHS-2-selective inhibitors by a double His513 --> Arg and Ile523 --> val mutation. J Biol Chem. 1997 Apr 4;272(14):9280-6.

63. Gierse JK, Koboldt CM, Walker MC, Seibert K, Isakson PC. Kinetic basis for selective inhibition of cyclo-oxygenases. Biochem J. 1999 May 1;339 ( Pt 3):607-14.

64. Hawkey CJ. COX-2 inhibitors. Lancet. 1999 Jan 23;353(9149):307-14.

65. Prasit P, Wang Z, Brideau C, Chan CC, Charleson S, Cromlish W, Ethier D, Evans JF, Ford-Hutchinson AW, Gauthier JY, Gordon R, Guay J, Gresser M, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Percival MD, Perrier H, Riendeau D, Rodger I, Zamboni R, et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett. 1999 Jul 5;9(13):1773-8.

66. Burke A, Smyth E, FitzGerald GA. Analgesic-antipyretic agents; pharmacotherapy of gout. In: Goodman and Gilman's The Pharmacological Basis of Therapeutics, Chapter 26, 11th Edition (2006) and Smyth E, Burke A, FitzGerald GA. Lipid-derived autocoids: eicosanoids and platelet-activating factor, ibid, Chapter 25.

67. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ; VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med. 2000 Nov 23;343(21):1520-8.

68. FitzGerald GA. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. Nat Rev Drug Discov. 2003 Nov;2(11):879-90.

69. FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med. 2001 Aug 9;345(6):433-42.

70. Talley JJ, Brown DL, Carter JS, Graneto MJ, Koboldt CM, Masferrer JL, Perkins WE, Rogers RS, Shaffer AF, Zhang YY, Zweifel BS, Seibert K. 4-[5-Methyl-3-phenylisoxazol-4-yl]- benzenesulfonamide, valdecoxib: a potent and selective inhibitor of COX-2. J Med Chem. 2000 Mar 9;43(5):775-7.

71. Moncada S. Eighth Gaddum Memorial Lecture. University of London Institute of Education, December 1980. Biological importance of prostacyclin. Br J Pharmacol. 1982 May;76(1):3-31.

72. Baenziger NL, Becherer PR, Majerus PW. Characterization of prostacyclin synthesis in cultured human arterial smooth muscle cells, venous endothelial cells and skin fibroblasts. Cell. 1979 Apr;16(4):967-74.

73. Moncada S, Herman AG, Higgs EA, Vane JR. Differential formation of prostacyclin (PGX or PGI2) by layers of the arterial wall. An explanation for the anti-thrombotic properties of vascular endothelium. Thromb Res. 1977 Sep;11(3):323-44.

74. Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, Tanabe T. Molecular cloning and expression of human prostacyclin synthase. Biochem Biophys Res Commun. 1994 May 16;200(3):1728-34.

75. Gryglewski RJ, Korbut R, Ocetkiewicz A. Generation of prostacyclin by lungs in vivo and its release into the arterial circulation. Nature. 1978 Jun 29;273(5665):765-7.

76. Kothapalli D, Stewart SA, Smyth EM, Azonobi I, Pure E, Assoian RK. Prostacyclin receptor activation inhibits proliferation of aortic smooth muscle cells by regulating cAMP response element-binding protein- and pocket protein-dependent cyclin a gene expression. Mol Pharmacol. 2003 Aug;64(2):249-58.

77. Smyth E, Funk CD. Platelet eicosanoids. In: Hemostasis and Thrombosis, 5th Edition, Editors, Colman, Marder, Clowes, George and Goldhaber; Lippincott Williams and Wilkens Publishers, London, 2006

78. Needleman P, Moncada S, Bunting S, Vane JR, Hamberg M, Samuelsson B. Identification of an enzyme in platelet microsomes which generates thromboxane A2 from prostaglandin endoperoxides. Nature. 1976 Jun 17;261(5561):558-60.

79. Halushka PV, Mais DE, Saussy DL Jr. Platelet and vascular smooth muscle thromboxane A2/prostaglandin H2 receptors. Fed Proc. 1987 Jan;46(1):149-53.

80. Dorn GW 2nd. Role of thromboxane A2 in mitogenesis of vascular smooth muscle cells. Agents Actions Suppl. 1997;48:42-62.

81. Smith JB. The prostanoids in hemostasis and thrombosis: a review. Am J Pathol. 1980 Jun;99(3):743-804.

82. Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002;324:71-86. [Erratum, BMJ 2002;324:141.]

83. Steering Committee of the Physicians' Health Study Research Group. Final report on the aspirin component of the ongoing Physicians' Health Study. N Engl J Med 1989;321:129-135.

84. Peto R, Gray R, Collins R, et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J (Clin Res Ed) 1988;296:313-316.

85. The Medical Research Council's General Practice Research Framework. Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. Lancet 1998;351:233-241.

86. Collaborative Group of the Primary Prevention Project. Low-dose aspirin and vitamin E in people at cardiovascular risk: a randomised trial in general practice. Lancet 2001;357:89-95. [Erratum, Lancet 2001;357:1134.]

87. Ridker PM, Cook NR, Lee IM, Gordon D, Gaziano JM, Manson JE, Hennekens CH, Buring JE. A randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women. N Engl J Med. 2005 Mar 31;352(13):1293-304.

88. Hennekens CH. Aspirin in chronic cardiovascular disease and acute myocardial infarction. Clin Cardiol. 1990 Mar;Suppl 5:V62-6; discussion V67-72.

89. Catella F, Healy D, Lawson JA, FitzGerald GA. 11-Dehydrothromboxane B2: a quantitative index of thromboxane A2 formation in the human circulation. Proc Natl Acad Sci U S A. 1986 Aug;83(16):5861-5.

90. Catella F, Nowak J, Fitzgerald GA. Measurement of renal and non-renal eicosanoid synthesis. Am J Med. 1986 Aug 25;81(2B):23-9.

91. Patrono C, Ciabattoni G, Pugliese F, Pierucci A, Blair IA, FitzGerald GA. Estimated rate of thromboxane secretion into the circulation of normal humans. J Clin Invest. 1986 Feb;77(2):590-4.

92. FitzGerald GA, Brash AR, Falardeau P, Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. J Clin Invest. 1981 Nov;68(5):1272-6.

93. Brash AR, Jackson EK, Saggese CA,L awson JA, Oates JA,FitzGer ald GA.
Metabolic disposition of prostacyclin in humans. J Pharmacol Exp Ther. 1983
Jul;226(1):78-87.
94. Bunting S, Moncada S, Vane JR. The prostacyclin--thromboxane A2 balance:
pathophysiological and therapeutic implications. Br Med Bull. 1983 Jul;39(3):271-6.
95. Fitzgerald GA, Catella F, Oates JA. Eicosanoid biosynthesis in human cardiovascular
disease. Hum Pathol. 1987 Mar;18(3):248-52.
96. FitzGerald GA, Oates JA, Hawiger J, Maas RL, Roberts LJ 2nd, Lawson JA, Brash AR.
Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during
chronic administration of aspirin in man. J Clin Invest. 1983 Mar;71(3):676-88.
97. Knapp HR, Healy C, Lawson J, FitzGerald GA. Effects of low-dose aspirin on
endogenous eicosanoid formation in normal and atherosclerotic men. Thromb Res. 1988
May 1;50(3):377-86.
98. Clarke RJ, Mayo G, Price P, FitzGerald GA. Suppression of thromboxane A2 but not of
systemic prostacyclin by controlled-release aspirin. N Engl J Med. 1991 Oct
17;325(16):1137-41.
99. Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, Lawson JA,
FitzGerald GA. Role of prostacyclin in the cardiovascular response to thromboxane A2.
Science. 2002 Apr 19;296(5567):539-41.
100.    Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular
consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin
Invest. 2006 Jan;116(1):4-15.
101.    Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and
cardiovascular risk. Circulation. 2005 Aug 2;112(5):759-70.
102.    Schafer AI. Vascular endothelium: in defense of blood fluidity. J Clin Invest.
1997 Mar 15;99(6):1143-4.
103.    McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald
GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human
pharmacology of a selective inhibitor of COX-2.Proc Natl Acad Sci U S A. 1999 Jan
5;96(1):272-7. Erratum in: Proc Natl Acad Sci U S A 1999 May 11;96(10):5890.
104.    Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L,
Lasseter KC, Quan H, Gertz BJ, FitzGerald GA. Effects of specific inhibition of
cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J
Pharmacol Exp Ther. 1999 May;289(2):735-41.
105.    Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -
2-dependent prostacyclin formation in patients with atherosclerosis. Circulation. 2000
Aug 22;102(8):840-5.
106.    Medscape Today (http://www.medscape.com/viewarticle/523511_2).
107.    FitzGerald GA. COX-2 and beyond: Approaches to prostaglandin inhibition in
human disease. Nat Rev Drug Discov. 2003 Nov;2(11):879-90.
108.    Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C,
Riddell R, Morton D, Lanas A, Konstam MA, Baron JA; Adenomatous Polyp Prevention
on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with
rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med. 2005 Mar
17;352(11):1092-102. Epub 2005 Feb 15. Erratum in: N Engl J Med. 2006 Jul
13;355(2):221.

23

109.    Solomon SD, McMurray JJ, Pfeffer MA, Wittes J, Fowler R, Finn P, Anderson WF, Zauber A, Hawk E, Bertagnolli M; Adenoma Prevention with Celecoxib (APC) Study Investigators. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med. 2005 Mar 17;352(11):1071-80.

110.    Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med. 2005 Mar 17;352(11):1081-91.

111.    Fitzgerald GA. Coxibs and cardiovascular disease. N Engl J Med. 2004 Oct 21;351(17):1709-11.

112.    Psaty BM, Furberg CD. COX-2 inhibitors--lessons in drug safety. N Engl J Med. 2005 Mar 17;352(11):1133-5.

113.    Solomon SD, Pfeffer MA, McMurray JJ, Fowler R, Finn P, Levin B, Eagle C, Hawk E, Lechuga M, Zauber AG, Bertagnolli MM, Arber N, Wittes J; APC and PreSAP Trial Investigators. Effect of celecoxib on cardiovascular events and blood pressure in two trials for the prevention of colorectal adenomas. Circulation. 2006 Sep 5;114(10):1028-35.

114.    Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol. 1999 Oct;155(4):1281-91.

115.    Baker CS, Hall RJ, Evans TJ, Pomerance A, Maclouf J, Creminon C, Yacoub MH, Polak JM. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. Arterioscler Thromb Vasc Biol. 1999 Mar;19(3):646-55.

116.    Stemme V, Swedenborg J, Claesson H, Hansson GK. Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries. Eur J Vasc Endovasc Surg. 2000 Aug;20(2):146-52.

117.    Topper JN, Cai J, Falb D, Gimbrone MA Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci U S A. 1996 Sep 17;93(19):10417-22.

118.    Davies PF, Remuzzi A, Gordon EJ, Dewey CF Jr, Gimbrone MA Jr. Turbulent fluid shear stress induces vascular endothelial cell turnover in vitro. Proc Natl Acad Sci U S A. 1986 Apr;83(7):2114-7.

119.    Rudic RD, Brinster D, Cheng Y, Fries S, Song WL, Austin S, Coffman TM, FitzGerald GA. COX-2-derived prostacyclin modulates vascular remodeling. Circ Res. 2005 Jun 24;96(12):1240-7.

120.    Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arterioscler Thromb Vasc Biol. 1997 Sep;17(9):1644-8.

121.    Loftin CD, Trivedi DB, Tiano HF, Clark JA, Lee CA, Epstein JA, Morham SG, Breyer MD, Nguyen M, Hawkins BM, Goulet JL, Smithies O, Koller BH, Langenbach R. Failure of ductus arteriosus closure and remodeling in neonatal mice deficient in cyclooxygenase-1 and cyclooxygenase-2. Proc Natl Acad Sci U S A. 2001 Jan 30;98(3):1059-64.

122.     Jongstra-Bilen J, Haidari M, Zhu SN, Chen M, Guha D, Cybulsky MI. Low-grade chronic inflammation in regions of the normal mouse arterial intima predisposed to atherosclerosis. J Exp Med. 2006 Sep 4;203(9):2073-83.

123.     Ristimaki A, Garfinkel S, Wessendorf J, Maciag T, Hla T. Induction of cyclooxygenase-2 by interleukin-1 alpha. Evidence for post-transcriptional regulation. J Biol Chem. 1994 Apr 22;269(16):11769-75.

124.     Dixon DA, Kaplan CD, McIntyre TM, Zimmerman GA, Prescott SM. Post-transcriptional control of cyclooxygenase-2 gene expression. The role of the 3'-untranslated region. J Biol Chem. 2000 Apr 21;275(16):11750-7.

125.     Davies PF, Barbee KA, Volin MV, Robotewskyj A, Chen J, Joseph L, Griem ML, Wernick MN, Jacobs E, Polacek DC, dePaola N, Barakat AI. Spatial relationships in early signaling events of flow-mediated endothelial mechanotransduction. Annu Rev Physiol. 1997;59:527-49.

126.     Passerini AG, Polacek DC, Shi C, Francesco NM, Manduchi E, Grant GR, Pritchard WF, Powell S, Chang GY, Stoeckert CJ Jr, Davies PF. Coexisting proinflammatory and antioxidative endothelial transcription profiles in a disturbed flow region of the adult porcine aorta. Proc Natl Acad Sci U S A.2004 Feb 24;101(8):2482-7.

127.     Cheng Y, Wang M, Yu Y, Lawson J, Funk CD, Fitzgerald GA. Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function. J Clin Invest. 2006 May;116(5):1391-9.

128.     Yu Y, Fan J, Chen XS, Wang D, Klein-Szanto AJ, Campbell RL, Fitzgerald GA, Funk CD. Genetic model of selective COX2 inhibition reveals novel heterodimer signaling. Nat Med. 2006 Jun;12(6):699-704.

129.     Zewde T, Mattson DL. Inhibition of cyclooxygenase-2 in the rat renal medulla leads to sodium-sensitive hypertension. Hypertension. 2004 Oct;44(4):424-8.

130.     Qi Z, Hao CM, Langenbach RI, Breyer RM, Redha R, Morrow JD, Breyer MD. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. J Clin Invest. 2002 Jul;110(1):61-9. Erratum in: J Clin Invest 2002 Aug;110(3):419.

131.     Pidgeon GP, Tamosiuniene R, Chen G, Leonard I, Belton O, Bradford A, Fitzgerald DJ. Intravascular thrombosis after hypoxia-induced pulmonary hypertension: regulation by cyclooxygenase-2. Circulation. 2004 Oct 26;110(17):2701-7.

132.     Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, Krotz F. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. Circulation. 2004 Oct 5;110(14):2053-9.

133.     Murata T, Ushikubi F, Matsuoka T, Hirata M, Yamasaki A, Sugimoto Y, Ichikawa A, Aze Y, Taraka T, Yoshida N, Ueno A, Oh-ishi S, Narumiya S. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature. 1997 Aug 14;388(6643):678-82.

134.     Rabausch K, Bretschneider E, Sarbia M, Meyer-Kirchrath J, Censarek P, Pape R, Fischer JW, Schror K, Weber AA. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res. 2005 Jan 7;96(1):e1-6.

135.     Napoli C, D'Armiento FP, Mancini FP, Postiglione A, Witztum JL, Palumbo G, Palinski W. Fatty streak formation occurs in human fetal aortas and is greatly enhanced by maternal hypercholesterolemia. Intimal accumulation of low density lipoprotein and

its oxidation precede monocyte recruitment into early atherosclerotic lesions. J Clin Invest. 1997 Dec 1;100(11):2680-90.

136.	Kobayashi T, Tahara Y, Matsumoto M, Iguchi M, Sano H, Murayama T, Arai H, Oida H, Yurugi-Kobayashi T, Yamashita JK, Katagiri H, Majima M, Yokode M, Kita T, Narumiya S. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest. 2004 Sep;114(6):784-94.

137.	Egan KM, Lawson JA, Fries S, Koller B, Rader DJ, Smyth EM, Fitzgerald GA. COX-2-derived prostacyclin confers atheroprotection on female mice. Science. 2004 Dec 10;306(5703):1954-7.

138.	Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, Marnett LJ, Morrow JD, Fazio S, Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation. 2002 Apr 16;105(15):1816-23.

139.	Olesen M, Kwong E, Meztli A, Kontny F, Seljeflot I, Arnesen H, Lyngdorf L, Falk E. No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice. Scand Cardiovasc J. 2002 Dec;36(6):362-7.

140.	Rott D, Zhu J, Burnett MS, Zhou YF, Zalles-Ganley A, Ogunmakinwa J, Epstein SE. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. J Am Coll Cardiol. 2003 May 21;41(10):1812-9.

141.	Burleigh ME, Babaev VR, Yancey PG, Major AS, McCaleb JL, Oates JA, Morrow JD, Fazio S, Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. J Mol Cell Cardiol. 2005 Sep;39(3):443-52.

142.	Wang M, Zukas AM, Hui Y, Ricciotti E, Pure E, Fitzgerald GA. Deletion of microsomal prostaglandin E synthase-1 augments prostacyclin and retards atherogenesis. Proc Natl Acad Sci U S A. 2006 Sep 14; [Epub ahead of print]

143.	Harris RC, McKanna JA, Akai Y, Jacobson HR, Dubois RN, Breyer MD. Cyclooxygenase-2 is associated with the macula densa of rat kidney and increases with salt restriction. J Clin Invest. 1994 Dec;94(6):2504-10.

144.	Therland KL, Stubbe J, Thiesson HC, Ottosen PD, Walter S, Sorensen GL, Skott O, Jensen BL. Cycloxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors. J Am Soc Nephrol. 2004 May;15(5):1189-98.

145.	Harris RC. Cyclooxygenase-2 and the kidney: functional and pathophysiological implications. J Hypertens Suppl. 2002 Sep;20(6):S3-9.

146.	Watanabe H, Katoh T, Eiro M, Iwamoto M, Ushikubi F, Narumiya S, Watanabe T. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. Circ J. 2005 Jan;69(1):124-6.

147.	Francois H, Athirakul K, Howell D, Dash R, Mao L, Kim HS, Rockman HA, Fitzgerald GA, Koller BH, Coffman TM. Prostacyclin protects against elevated blood pressure and cardiac fibrosis. Cell Metab. 2005 Sep;2(3):201-7.

148.	Roy L, Knapp HR, Robertson RM, FitzGerald GA. Endogenous biosynthesis of prostacyclin during cardiac catheterization and angiography in man. Circulation. 1985 Mar;71(3):434-40.



Figure 1 Biosynthesis of Prostaglandins from Arachidonic Acid. The five main prostaglandins are shown along with the various receptors (DP, EP1-4, FP, TP and IP) that bind the prostaglandins.



Figure 2 (taken from ref.101, Antman, EM et al. Circulation 2005;112:759-770) Consequences of COX inhibition for prostacyclin and thromboxane production in normal and atherosclerotic

arteries. Endothelial cells are shown as a source of prostacyclin ($PGI_2$) and platelets as a source of thromboxane $A_2$ ($TxA_2$) under untreated conditions (top row) or treated with low-dose aspirin (middle row) or a coxib (bottom row) in the normal (left column) and atherosclerotic artery (right column) for comparison. COX-1 is the only isoenzyme expressed in platelets; endothelial cells express both COX-1 and COX-2. In the normal artery, the balance between $PGI_2$ and $TxA_2$ production favors $PGI_2$ and inhibition of platelet-dependent thrombus formation. In the atherosclerotic artery, both $PGI_2$ and $TxA_2$ production is increased, owing in part to increased platelet activation with compensatory $PGI_2$ formation via both COX-1 and COX-2 in endothelial cell; the net effect is an imbalance favoring $TxA_2$ production and platelet-dependent thrombus formation. Low-dose aspirin selectively impairs COX-1–mediated $TxA_2$ production in platelets restoring the net antithrombotic balance. Coxib use suppresses COX-2–dependent $PGI_2$ production in endothelial cells, which has only a marginal effect on the net antithrombotic balance owing to the importance of COX-1 as a source of $PGI_2$ in the normal state. In the setting of atherosclerosis, however, COX-2 plays a greater role as a source of $PGI_2$ and more $TxA_2$ is produced; thus, inhibiting COX-2 has a more profound effect on prostanoid balance, favoring $TxA_2$ production and promoting platelet-dependent thrombosis.