9/06/2006 Donna Arnett Deposition Excerpts

- **Dedrick - Daubert - Arnett**

[1:1] - [1:24]   9/6/2006   Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 1
     0001
 1       IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
 2
 3       CASE NO:  CV05-2316
 4
 5       GARY ALBRIGHT
 6       V.
 7       MERCK & CO, INC., et al..
 8
 9
10              VIDEOTAPED DEPOSITION OF:
11                  DONNA K. ARNETT
12
13           S T I P U L A T I O N S
14           IT IS STIPULATED AND AGREED, by and between
15       the parties through their respective counsel, that
16       the deposition of:
17                  DONNA ARNETT,
18       may be taken before Lisa Bailey, CSR, Notary
19       Public, State at Large, at University of Alabama,
20       1665 University Boulevard, Birmingham, Alabama, on
21       September 6, 2006 commencing at approximately
22       9:15 a.m.
23
24
25
page 2
 1           IT IS FURTHER STIPULATED AND AGREED that the
 2       signature to and reading of the deposition by the
```

[86:11] - [86:17]   9/6/2006   Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 86
 8  memory of what it was for.
 9       Q.    But you didn't actually do it?
10       A.    I didn't do it.
11       Q.    And I assume that you've also never done
12  any work with regard to the approval of a
13  pharmaceutical -- of a prescription pharmaceutical?
14       A.    That is correct.
15       Q.    You've never done any work related to the
16  labeling of a prescription pharmaceutical?
17       A.    That's correct.
18       Q.    You've never done any work related to the
19  advertisement or the promotion of a prescription
20  pharmaceutical?
```

[88:1] - [88:5]   9/6/2006   Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 87
23  further approved for new or different indications; is
24  that correct?
25       A.    That's correct.
page 88
 1       Q.    And you haven't done any research for the
 2  purpose of testing the safety of any medications,
 3  either pre-approval or post-approval; is that
 4  correct?
 5       A.    That's correct.
 6       Q.    Have you done any research work that you
 7  would consider to be research into the cardiovascular
 8  risks of a particular medication?
```

**9/06/2006 Donna Arnett Deposition Excerpts**

• **Dedrick - Daubert - Arnett**

[93:23] - [94:3]       9/6/2006      Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 93
20  predisposed to have more GI effects with fenofibrate;
21  is that right?
22      A.      That is a subbing.
23      Q.      It is a subbing.  It's a secondary or
24  third-level end point of the study?
25      A.      A third-level end point.
page 94
1       Q.      Any other study where you -- and I'm
2   sorry.  Is that listed on your CV?
3       A.      It is.
4       Q.      Can you tell me where?  I think you still
5   have a copy, but I can give you an extra if you need
6   it.
```

[99:20] - [99:22]      9/6/2006      Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 99
17  also?
18      A.      That's correct.  I'm speaking here solely
19  as an epidemiologist.
20      Q.      You don't intend to offer any opinion as
21  to mechanism of action?
22      A.      Correct, I do not.
23      Q.      And if asked, you would not say that you
24  hold an opinion to a reasonable degree of medical
25  certainty as to the mechanism of action?
```

[100:15] - [100:21]      9/6/2006      Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 100
12  mechanism is or that you have concluded what the
13  mechanism is; is that right?
14      A.      That is correct.
15      Q.      Do you agree that there continues to be
16  scientific debate as to whether different proposed
17  mechanisms of action, in fact, play a role in any
18  potential adverse effects caused by Vioxx or other
19  COX-2 inhibitors?
20      A.      I don't have expertise to answer that
21  question.
22      Q.      I also did not see in any of the
23  materials you've given me any package labels for
24  Vioxx or any other COX-2 inhibitors.  I didn't miss
```

[100:22] - [101:11]      9/6/2006      Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 100
19  COX-2 inhibitors?
20      A.      I don't have expertise to answer that
21  question.
22      Q.      I also did not see in any of the
23  materials you've given me any package labels for
24  Vioxx or any other COX-2 inhibitors.  I didn't miss
25  anything, did I?
page 101
1       A.      You didn't.
2       Q.      And I gather you haven't reviewed any of
3   the package labels, correct?
4       A.      That is correct.  I'm an epidemiologist.
5       Q.      So you're not going to offer any opinion
6   as to the appropriateness of any particular warning
7   that was included or not included in the package
8   label at a given time?
9       A.      I will restrict my opinions to
10  epidemiology and the science involved in
11  epidemiology.
12      Q.      One of the three opinions that you told
```

9/06/2006 Donna Arnett Deposition Excerpts

• **Dedrick - Daubert - Arnett**

```
                        13  me that you were going to give I wrote down as being
                        14  after the results of VIGOR were released, it was
```

[103:25] - [104:6]   9/6/2006   Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 103
22  further studies after VIGOR.  And what were you
23  alluding to?
24      A.    Can I strike that?
25            Actually, it's the totality of data at
page 104
1   the point when VIGOR became -- the results became
2   known that I'm drawing my opinion about the timing.
3   So it's not simply the VIGOR and ADVANTAGE studies
4   alone.  It's the compelling evidence of the
5   cardiovascular risk associated with the drug from its
6   inception.
7       Q.    And what -- what are you putting on your
8   list of the compelling evidence?
9       A.    So I would start with the O10 and 017
```

[104:7] - [104:20]   9/6/2006   Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 104
4   alone.  It's the compelling evidence of the
5   cardiovascular risk associated with the drug from its
6   inception.
7       Q.    And what -- what are you putting on your
8   list of the compelling evidence?
9       A.    So I would start with the O10 and 017
10  studies in OA and RA that show dramatic increases in
11  blood pressure.  I would include the 023 study, which
12  confirmed the mechanism of action that reduced
13  prostacyclin with Vioxx, which tended to tip in the
14  balance towards prothrombotic states.  And I would
15  offer the patent applications of Dr. Scolnick to
16  create a combined product and the rational for that
17  combination product being increased cardiovascular
18  risk associated with unopposed COX-2 inhibition.
19      Q.    Anything else?
20      A.    No.
21      Q.    Between when you did whatever consultancy
22  work you did for Merck and when you were first
23  contacted for this litigation, did you do any
```

[110:6] - [110:14]   9/6/2006   Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 110
3       Q.    And you weren't offering your opinion as
4   to causation either, correct?
5       A.    Correct.
6       Q.    When was the first time you heard about
7   COX-1 and COX-2?
8       A.    Well, there was -- after the VIGOR
9   publication.  After the VIGOR publication, I heard
10  about the concern about elevated risk.
11      Q.    Did you read VIGOR at or about the time
12  it was published?
13      A.    No.  I didn't read it until -- I don't
14  remember when I first read it.
15      Q.    You say you heard about elevated risk.
16  Were there discussions among your colleagues?
17      A.    You know, I'm on the American Heart
```

[110:22] - [111:7]   9/6/2006   Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 110
19  it was part of one of those committee meetings.  But
20  it wasn't a particular agenda item.  It was hearing
21  people in the hallway.
```

9/06/2006 Donna Arnett Deposition Excerpts

• **Dedrick - Daubert - Arnett**

```
                            22       Q.      It was something that had gotten a fair
                            23   amount of attention in the academic and medical
                            24   community?
                            25       A.      Right.
                        page 111
                            1        Q.      So people were talking about VIGOR?
                            2        A.      (Nods head.)
                            3        Q.      Yes?
                            4        A.      Yes.
                            5        Q.      Sorry.  You have to say yes for the
                            6    record.
                            7        A.      Yes.
                            8        Q.      So it was a the kind of thing that just
                            9    being at conferences, you heard other doctors
                            10   debating what VIGOR might mean, what the significance
```

[111:8] - [111:16]        9/6/2006       Arnett, Donna K. - (vioxx: Albright v. Merck)

```
                        page 111
                            5        Q.      Sorry.  You have to say yes for the
                            6    record.
                            7        A.      Yes.
                            8        Q.      So it was a the kind of thing that just
                            9    being at conferences, you heard other doctors
                            10   debating what VIGOR might mean, what the significance
                            11   might mean from a cardiovascular standpoint; is that
                            12   right?
                            13       A.      That's right.
                            14       Q.      And that was a debate that went on for
                            15   some time after VIGOR was published, correct?
                            16       A.      Correct.
                            17       Q.      The -- I've asked you a lot about
                            18   prescription drugs.  I'm assuming you haven't done
                            19   any particular research into any over-the-counter
```

[137:9] - [138:18]        9/6/2006       Arnett, Donna K. - (vioxx: Albright v. Merck)

```
                        page 137
                            6    that.
                            7        Q.      That Vioxx raises blood pressure?
                            8        A.      Yes.
                            9        Q.      But you're not going to say that because
                            10   it raises blood pressure it causes heart attack or
                            11   any other cardiovascular event?
                            12       A.      The totality of evidence that I've
                            13   reviewed relative to the effect of hypertension on
                            14   mediating the excess cardiovascular risk associated
                            15   with Vioxx has been to -- has been negative, that it
                            16   is not the reason solely for the increased risk.
                            17       Q.      You said solely.
                            18       A.      Uh-huh.
                            19       Q.      Are you going to offer an opinion that it
                            20   -- that there is a partial effect of blood pressure,
                            21   or can you not say at this point?
                            22       A.      I can say that adjustment for blood
                            23   pressure in some of the data that I have reviewed did
                            24   not explain the excess risk associated with Vioxx.
                            25       Q.      Put in plain English that means that in
                        page 138
                            1    the data reviewed you couldn't see a correlation
                            2    between blood pressure increases and bad outcomes?
                            3                MR. GARRISON:  Object to the form.
                            4        A.      The data have not been provided to me in
                            5    that way.
                            6        Q.      Okay.
                            7        A.      In the published literature they have not
                            8    asked the independent question about blood pressure
                            9    and cardiovascular outcomes.
                            10       Q.      I just -- I just want to make sure that I
                            11   understood in plain English your answer which was
                            12   that you -- the data that you've looked at don't
```

9/06/2006 Donna Arnett Deposition Excerpts

• Dedrick - Daubert - Arnett

```
13   establish a cause-and-effect relationship between
14   patients who had an increase in blood pressure in
15   studies and patients who had MIs?
16        MR. GARRISON:  Object to the form.
17   A.   From the data I reviewed I cannot answer
18   that question.
19   Q.   You agree that stroke is more -- that I'm
20   sorry, that blood pressure increase is more directly
21   correlated with stroke than with heart attack?
```

[164:2] - [164:7]        9/6/2006        Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 163
24   naproxen was comparable to placebo?
25   A.   I will testify that at the time of VIGOR
page 164
1    there were no clinical trials of Naprosyn versus
2    placebo, but there were substantial numbers of
3    observational studies that had evaluated -- that have
4    subsequently evaluated the effect of Naprosyn.  But
5    Naprosyn had been evaluated -- has been on the market
6    for years, and no one has used it as a cardiovascular
7    protective drug.
8    Q.   I didn't ask you that question.  Do you
9    --
10        MR. GARRISON:  She's answering your
```

[165:7] - [165:23]        9/6/2006        Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 165
4         MR. GARRISON:  Point made on that one.
5    Argumentative.
6    BY MS. FRIEWALD:
7    Q.   Doctor, are you pointing me to any
8    observational study where Naprosyn was dosed 500
9    milligrams twice a day in the manner it was used in
10   VIGOR and where the data failed to show a reduced
11   risk of MI with Naprosyn?
12        MR. GARRISON:  Object to the form.
13   A.   I have not reviewed the Naprosyn data.
14   Q.   Do you know what, if any, studies were
15   done to look at the cardiovascular risks or benefits
16   of Naprosyn before it was approved as a prescription
17   pharmaceutical?
18   A.   I can only speak generally that the FDA
19   requires placebo-controlled studies.
20   Q.   Do you know if there were any done on CV
21   effect with Naprosyn?
22   A.   I have not reviewed the literature or the
23   FDA or the NDA for Naprosyn.
24   Q.   And, in fact, there are observational
25   data that do show a protective effect with Naprosyn,
page 166
1    right?
```

[166:13] - [166:17]        9/6/2006        Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 166
10   reports I recall that Graham, I believe, published
11   that there was a somewhat protective effect, but a
12   very slight protective effect, in his meta-analysis.
13   Q.   Have you attempted to gather and review
14   all of the data and form an opinion as to whether the
15   totality of data shows whether Naprosyn may have a
16   protective effect?
17   A.   I have not.  I've reviewed the Juni
18   article where Juni also did the meta-analysis of the
19   observational studies for Naprosyn.
20   Q.   Are you aware that the FDA has as
```

**9/06/2006 Donna Arnett Deposition Excerpts**

**• Dedrick - Daubert - Arnett**

[287:1] - [287:21]      9/6/2006      Arnett, Donna K. - (vioxx: Albright v. Merck)

```
page 286
23
24
25
page 287
 1                C E R T I F I C A T E
 2
 3   STATE OF ALABAMA  )
 4   JEFFERSON COUNTY  )
 5
 6          I hereby certify that the above and
 7   foregoing deposition was taken down by me in
 8   stenotype, and the questions and answers thereto were
 9   reduced to computer print under my supervision, and
10   that the foregoing represents a true and correct
11   transcript of the deposition given by said witness
12   upon said hearing.
13          I further certify that I am neither of
14   counsel nor of kin to the parties to the action, nor
15   am I in anywise interested in the result of said
16   cause.
17
18
19             _____
20               Lisa Bailey, Commissioner
21
22
23
24
```