10/20/2006 Donna Arnett Deposition Excerpts

• Dedrick - Daubert - Arnett

[1:1] - [1:24]       10/20/2006   Arnett, Donna

```
page 1
    0001
 1              IN THE UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
          CASE NO:  2:05-CV2524
 4
 5       ANTHONY WAYNE DEDRICK,
 6       V.
 7       MERCK, et al.,
 8
                    VIDEOTAPED DEPOSITION OF:
 9
                      DONNA ARNETT, Ph.D
10
11           S T I P U L A T I O N S
12           IT IS STIPULATED AND AGREED, by and
13       between the parties through their respective
14       counsel, that the deposition of:
15               DONNA ARNETT, Ph.D.,
16       may be taken before Lisa Bailey, CSR, Notary
17       Public, State at Large, at Heninger, Garrison,
18       Davis, 2224 1st Avenue North, Birmingham, Alabama,
19       on October 20, 2006 commencing at approximately
20       9:00 a.m.
21
22
23
24
25
page 2
 1                    EXAMINATION INDEX
 2
         DONNA ARNETT, Ph.D.
```

[120:20] - [121:5]   10/20/2006   Arnett, Donna

```
page 120
16  epidemiologic data allows us to say.
17     A.    And recall too that the --
18     Q.    Doctor --
19     A.    What we --
20     Q.    I'm going to move to strike as
21  nonresponsive.  I just want to ask you a question
22  about what the epi studies show.  And we're in
23  agreement that there are no epi studies that you're
24  going to be able to point me to that says they
25  looked at patients for six months, and they found
page 121
 1  six months of raising your blood pressure five
 2  points resulted in an increase in heart attacks of X
 3  magnitude, right?
 4     A.    I would agree with that, but this is a
 5  drug --
 6     Q.    That's all I need.  That is --
 7     A.    I haven't been able to --
 8           MR. LOCKLAR:  No, she's allowed to answer
 9     the question.
```

[141:2] - [141:3]   10/20/2006   Arnett, Donna

```
page 140
23     Q.    Do you know what the -- whether the
24  platelet inhibition with Naprosyn is permanent or
25  whether it has a -- is a temporary platelet
page 141
 1  inhibition?
```

**10/20/2006 Donna Arnett Deposition Excerpts**

• **Dedrick - Daubert - Arnett**

```
                              2     A.    As I just answered, I haven't studied
                              3   Naprosyn.
                              4     Q.    Okay.
                              5     A.    But I didn't really get to finish my
                              6   answer about --
                              7     Q.    Well, we'll get back to 090.  But I -- but
```

[264:1] - [264:23]         10/20/2006   Arnett, Donna

```
                              page 263
                              22
                              23
                              24
                              25
                              page 264
                              1            C E R T I F I C A T E
                              2
                              3   STATE OF ALABAMA  )
                              4   JEFFERSON COUNTY  )
                              5
                              6
                              7        I hereby certify that the above and
                              8   foregoing deposition was taken down by me in
                              9   stenotype, and the questions and answers thereto
                             10   were reduced to computer print under my
                             11   supervision, and that the foregoing represents a
                             12   true and correct transcript of the deposition
                             13   given by said witness upon said hearing.
                             14        I further certify that I am neither of
                             15   counsel nor of kin to the parties to the action,
                             16   nor am I in anywise interested in the result of
                             17   said cause.
                             18
                             19
                             20
                             21
                                         _____
                             22
                                            Lisa Bailey, Commissioner
                             23
                             24
                             25
```