**Exhibit D - Scolnick Deposition Excerpts**

- **Dedrick - Daubert - Arnett**

| | | |
|---|---|---|
| [1:1] - [1:25] | 1/30/2003 | Scolnick, Edward - (Barlow pp. 1-346) |

```
page 1
1                          IN THE CIRCUIT COURT FOR
2                          MONTGOMERY COUNTY, ALABAMA
3                          CASE NO. CV 022842-MC
4
5    ALTON BARLOW,
6                                         VIDEOTAPED
7              Plaintiff,    CONFIDENTIAL
8                            DEPOSITION OF:
9         vs.                EDWARD M. SCOLNICK
10   MERCK & COMPANY, INC.,
11   et al.,
12
13             Defendants.
14
15   - - - - - - - - - - - - - -
16
17
18
19             TRANSCRIPT of the stenographic notes of
20   the proceedings in the above-entitled matter, as
21   taken by and before MARY VAN DINA, a Certified
22   Shorthand Reporter and Notary Public, held at the
23   office of HUGHES, HUBBARD & REED, LLP, One Battery
24   Park Plaza, New York, New York, on Thursday, January
25   30, 2003, commencing at 9:53 a.m.
```

| | | |
|---|---|---|
| [175:3] - [175:23] | 1/30/2003 | Scolnick, Edward - (Barlow pp. 1-346) |

```
page 175
3            A.    I think the concept behind this
4       application, which is articulated in the paragraphs
5       we read, is that aspirin is cardioprotective and
6       blocks only -- its cardioprotective doses blocks
7       mainly platelet COX-1 and, unfortunately, it has --
8       because it's administered by mouth, it has some
9       effect also on gastric COX-1 and, therefore, produces
10      some gastric irritation and gastric ulcers.
11              The goal of giving aspirin that way is
12      to block thromboxane in platelets, and so the idea
13      behind the invention, now that COX-2 inhibitors
14      existed and Vioxx existed, which don't produce the
15      same kind of inhibition of COX-1 in the stomach, was
16      to find a method for blocking the action of
17      thromboxane on platelets conceptually in a similar
18      way to aspirin, without producing irritation in the
19      stomach.
20           Q.    Trying to get the cardioprotective
21      effects of aspirin without the GI problems?
22           A.    That's correct.  That was the idea
23      behind the application.
```

| | | |
|---|---|---|
| [:1] - [:27] | 1/30/2003 | Scolnick, Edward - (Barlow pp. 1-346) |

```
page
1                                                      347
2                         CERTIFICATE
3
4             I, MARY G. VAN DINA a Certified
5       Shorthand Reporter and Notary Public, do hereby
6       certify that prior to the commencement of the
7       examination, EDWARD SCOLNICK was duly sworn by me to
8       testify the truth, the whole truth and nothing but
9       the truth.
```

**Exhibit D - Scolnick Deposition Excerpts**

• **Dedrick - Daubert - Arnett**

```
10                I DO FURTHER CERTIFY that the foregoing
11     is a true and accurate transcript of the testimony as
12     taken stenographically by and before me at the time,
13     place and on the date hereinbefore set forth.
14                I DO FURTHER CERTIFY that I am neither a
15     relative nor employee nor attorney nor counsel of any
16     of the parties to this action, and that I am neither
17     a relative nor employee of such attorney or counsel,
18     and that I am not financially interested in the
19     action.
20
21
22          Notary Public
23          My Commission expires August 31, 2004
24          License No. XI01903
25
26
27          Dated:  February 4, 2003
```