UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 27  PM 4: 27

LORETTA G. WHYTE
      CLERK

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-2524 | |
| ANTHONY WAYNE DEDRICK, | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

**MOTION AND ORDER FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 1 UNDER SEAL AND SUBMIT ACCOMPANYING EXHIBITS IN CAMERA AND UNDER SEAL**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Opposition to Plaintiff's Motion *in Limine* to Exclude Evidence Regarding Plaintiff's Prior Criminal History and Drug Use under seal. Merck further moves to submit the exhibits to the foregoing opposition in camera and under seal. Merck seeks to file these documents in camera and under seal because plaintiff filed the motion to which Merck's opposition responds and the exhibits thereto under seal "to protect the privileged nature of the documents." (Plaintiff's Motion for Leave to File Motion in Limine No. 1 Under Seal and Submit Exhibits In Camera and Under Seal at 1.)

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Opposition to Plaintiff's Motion in *Limine* to Exclude Evidence Regarding Plaintiff's Prior Criminal History and Drug Use under seal and to submit the accompanying exhibits in camera and under seal.

Respectfully submitted,

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Mark Ouweleen
Carrie Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:   312-494-4440

Douglas Marvin
Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:   202-434-5029

And

Brian Currey
A. Patricia Klemic

O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion of Defendant Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of October, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2