UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2524 | * | |
| ANTHONY WAYNE DEDRICK, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to File Opposition to Plaintiff's Motion in *Limine* No. 1 Under Seal and Submit Accompanying Exhibits in Camera and Under Seal,

IT IS ORDERED that defendant Merck & Co., Inc. be and it is hereby granted leave to file its Opposition to Plaintiff's Motion in *Limine* to Exclude Evidence Regarding Plaintiff's Prior Criminal History and Drug Use under seal, and to submit exhibits attached thereto in camera and under seal.

NEW ORLEANS, LOUISIANA, this 30th day of October, 2006.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

2