234 Other questions posed by Hill permit us to explore the "believability" of the relationship. Is there a discernible mechanism by which the risk factor produces the disease? Have other researchers also shown this relationship? Are there other examples that help us to understand the current exposure–disease relationship? The nine precise Bradford Hill criteria are: (1) strength of association, (2) temporality, (3) dose-response relationship, (4) biologic plausibility, (5) consistency, (6) coherency, (7) specificity, (8) experimentation, (9) analogy. These are well elaborated in the literature [38].

235 Diligent attempts to determine whether specific case reports and case series can satisfy these causality criteria continue to provide invaluable service to patients and communities. The link between methylmercury exposure and birth defects in communities surrounding Minamata Bay, Japan, [39], and the establishment that thalidomide was the cause of the birth defects phecomelia and achondroplasia [40] are just two 20th century examples of the ability of case reports and case series to establish causal relationships that produced public health action. The identification of (1) the relationship between tick bites and Lyme disease, and (2) the link between new illnesses among postal workers and anthrax exposure in 2001 are recent examples of their continued value.

236 *Limitations of Case Reports*: Although medical knowledge has progressed through the sensitive and intelligent use of case reports and case series, there is no doubt that the illumination provided by these investigational tools is also profoundly limited. There are four major criticisms of the value of case reports and case series in determining the causal nature of an exposure–disease relationship. They are that (1) case reports and case series do not provide quantitative measures of the relationship between an exposure and a disease, (2) case reports do not always rule out other competing causes of disease, (3) case

M007C5D344

reports are subject to biases of selection (i.e., the manner in which the case report was se-
lected may make it unreasonable to believe that its occurrence reflects an important find-
ing in the population), and (4) measurements made in the case report may be nonstan-
dard. These limitations reduce the contribution of case reports to our understanding of the
exposure–disease relationship.

237 One of the most remarkable deductive failures of case reports was their false identifica-
tion of the effects of cardiac arrhythmia suppression [41]. In the 1970s, considerable at-
tention was provided to the potential of new therapies (specifically, the drugs encainide,
flecainide, and moritzacine) for the treatment of dangerous ventricular arrhythmias. It
was believed that these new drugs would be more effective and produce fewer side ef-
fects than the traditional, poorly tolerated medications. The effectiveness and safety of
these newer drugs were examined in a collection of case series. At first, only the sickest
patients were given the new therapy. When these patients survived, the investigational
drug was credited with saving the patient's life. However, if the patient died, then the pa-
tient was commonly deemed "too sick to be saved" and the drug was not debited for the
death.

238 Based on these observations, despite some opposition, a consensus developed in the car-
diology community that patients with arrhythmias would benefit from the use of these
new drugs. After a period of intense deliberation, the Federal Food and Drug Administra-
tion (FDA) approved the new antiarrhythmic agents. As a consequence of this approval,
physicians began to prescribe the drugs not just to patients with severe rhythm distur-
bances, but also to patients with milder arrhythmias. This new use was consistent with the

M007C50345

growing consensus that these drugs would be beneficial in blocking the progression of dysrhythmia from mild heart arrhythmias to more serious rhythm disturbances.

239  Only after the drugs were approved and on the market was a study carried out that incorporated a control group and the use of randomization. This trial, called CAST (Cardiac Arrhythmia Suppression Trial), demonstrated that, not only did the new therapies not save lives, but their use caused excess mortality [42]. The findings from CAST, demonstrated the lethality of medications whose safety had been "demonstrated" by case series.

M007C50346

### *Appendix C : Detecting Adverse Events:*

240  *Detecting Adverse Events: Complication in Safety Monitoring*: The ethical concern for

safety introduces a new complexity into the interpretation of interim monitoring results.

Essentially, the primacy of the admonition, "First, do no harm," complicates the interpre-

tation of exploratory analyzes. Recall that confirmatory analyzes, themselves the product

of prospectively declared plans, are most easily generalizable. They produce reliable es-

timates of effect sizes, effect size variability, and type I error rates. In addition, prospec-

tive consideration of the type and number of statistical hypotheses to be tested leads to

tight control of the family wise error rate. Exploratory analyzes, on the other hand, hold

none of these features. These latter analyzes that are suggested by the data rather than by

prospective planning produce inaccurate estimators and must be repeated (or confirmed)

before they can be generalized.[*]

241  With this distinction in place, the evaluation of efficacy examinations in clinical research

is clear and straightforward at both the conclusion of the study and during an interim ex-

amination. Consider a hypothetical clinical trial designed to determine the effect of an in-

tervention on patients who have suffered a stroke. The primary analysis for this clinical

trial is the effect of therapy on the total mortality rate. If the study's design and execution

has been (1) carefully considered with a precise, prospectively declared protocol, (2) exe-

cuted in accordance with that protocol,[†] and (3) produces a type I error rate below the a

priori declared threshold for a clinically significant level of efficacy, its results on the

primary endpoint would be heralded as positive. However, assume in that same study,

---

[*] The reasons for the different interpretations of exploratory versus confirmatory analyzes are discussed eariler in this report Two.

[†] This is defined as concordant execution.

M007C50347

that the therapy was observed to produce a reduction in the myocardial infarction rate. Because the therapy's effect on the myocardial infarction rate was not prospectively declared, and its results would be seen as exploratory[*], requiring confirmation before they can be generalized.

242  However, in the reverse setting, where both the findings for mortality and the myocardial infarction rate indicate harm and not benefit, the ability to interpret the situation is complicated. Again, the prospective nature of the research design that is focused on mortality permits the investigators to conclude that the study produces a confirmatory evidence of harm. However, the identification of an early harmful effect of the intervention on the cumulative myocardial infarction rate is problematic. Clearly, the finding of an increased risk of myocardial infarction associated with the therapy is crippled by the exploratory nature of the analysis. However, the occurrence of this finding for harm in all likelihood would not, and could not, be reproduced. The ethics of protecting subjects from known and suspected dangers precludes the initiation of a new confirmatory research effort in order to demonstrate that the intervention excites the production of myocardial infarctions.[†]

243  Thus, although confirmatory findings of harm carry the same weight as those of efficacy, exploratory findings of harm commonly carry more weight than exploratory findings of efficacy. This places a greater burden on investigators, who must balance the ethical re-

---

[*] Because both the effect of therapy on the total mortality rate and the effect of therapy on the myocardial infarction rate appear to be equally reliable to the observer, both being produced from the same database, concluding that only the myocardial infarction finding be discounted may appear capricious. However, because the trial was not designed to examine the myocardial infarction issue, the ability of the study to ensure that (1) it had an appropriate sample size for the evaluation of the effect of therapy on heart attacks, and (2) the investigators collected all of the cases of heart attacks (including silent myocardial infarctions) even though they never said that they would must be questioned. Secondly, the "positive" finding of therapy on the myocardial infarction rate was based on an unplanned interrogation of the database. This inquiry rose to prominence solely because of its unanticipated and surprising finding. Allowing the data to suggest answers in this fashion introduces a new sampling error component into the analysis that undermines the traditional estimates of effect size, precision, p-values and power.

[†] Other information may become available that would allow the evaluation of the possibility of harm produced by the intervention. Additional concurrent studies, case control, and historical cohort studies may provide some illumination of this issue.

M007C50346

quirement to adequately warn about adverse events with the scientific need to avoid mis-
direction about the risks of an intervention. This is a challenge to healthcare research in
general and interim monitoring in particular. Because, confirmatory analyzes for harm
will be the most persuasive, investigators make their strongest possible case when they
execute as many confirmatory analyzes as possible.

244 Although two strategies to address this issue of multiple safety measures are reviewed,
the best strategy begins with good a priori knowledge. During the design phase, investi-
gators can strengthen the interim analyzes that they have in mind for the safety monitor-
ing by carrying out an in-depth review of the evidence of adverse effects produced by the
intervention that they plan to study. This will allow them to put prospective monitoring
rules in place that provide rigor in detecting the early occurrence of several different ad-
verse events.

245 With foreknowledge of the adverse event profile of the intervention, and some apprecia-
tion of the frequency at which these adverse events appeared, the researcher is able to
place prospectively declared rules in place.

246 However, many times adverse events occur that were completely unsuspected during the
course of a clinical research effort, which catch the researcher by surprise. The occur-
rence of de novo breast cancer in women exposed to lipid lowering agents during the
course of a cardiovascular clinical experiment, the occurrence of dangerous new ar-
rhythmias generated by an intervention that suppresses other rhythm disturbances, and
the production of liver failure in medications designed to reduce insulin sensitivity are
but a few examples of unanticipated adverse effects that can be produced by a new inter-
vention.

M007C50349

247  This illustration suggests that although monitoring procedures can provide clear warning that a treatment signal has been detected, the presence of this signal does not provide prima facie evidence for drawing a conclusion and terminating the research effort. That decision is more complex, requiring thoughtful consideration of both the efficacy and the safety of the compound. Ultimately, the decision to discontinue a study is not a mathematical one, but a clinical and ethical decision.

248  Statistical monitoring rules do not provide much guidance in this scenario. The absence of prospective identification, in concert with the large probability of a type 1 error generated by multiple interrogations of the adverse event data confound any attempt to apply statistical rigor to the evaluations executed on behalf of the patients. This is the conundrum of safety-based monitoring. The predomination of ethical considerations requires the researcher to sometimes set aside statistical precepts in order to be assured that patients are not being harmed in the research effort or in the population. This is unacceptable when one is building an argument for efficacy, but is required in the examination of safety. The asymmetry of this circumstance finds its genesis more in an oath than in science. The following are other useful tools in assessing the validity of an unanticipated adverse event finding.

249  *Strategy 1: Monitor Widely*: Researchers must lead diligent adverse event report evaluations. Just as physicians cannot diagnose diseases of which they have never heard, researchers cannot ethically weigh the implications of serious adverse events that they are not measuring. Thus, the researchers must cast a wide net in order to capture the occurrence of all adverse events. The investigators in post marketing clinical trials were able to successfully carry out this strategy.

M007C50360

250 *Strategy 2: Assessing Unanticipated Adverse Events*: Clinical trials have been executed
for only sixty years. This is a relatively short period of time in the history of clinical in-
vestigation. However, the assessment of whether the occurrence of the event is related to
a treatment has been a cerebral process that has evolved for hundreds of years. Useful
skills have been amassed by scientists in the implementation of no statistical evaluations
of the relationship between an event (be it either adverse or salubrious) and an exposure.
In the setting of exploratory endpoint analyzes, where statistical assessments are not quite
so reliable, these other no statistical assessments rise to new prominence.

251 The occurrence of an exposure and an adverse event occurring in the same patient (or
group of patients) begs the question of whether the relationship between the two is asso-
ciative or causal. An associative relationship is merely that the exposure and the disease
occurred coincidentally in the same patients, for example, the occurrence of breast cancer
in women taking HMG-Coal reductase inhibitor (i.e., statin) therapy for elevated lipid
levels. It is a passive relationship. On the other hand, a causal relationship, as discussed
earlier, is active. An exposure causes a event if the exposure excites the production of the
event. It is an active relationship, a relationship with directionality. An example is the
causal relationship between liver hepatotoxicity and thiazolidienedione therapy for diabe-
tes mellitus.

252 When statistical tools are less useful, other tools of observation become more valuable. In
1965, Hill [43] described the nine criteria for causality arguments in healthcare. These
nine rules or tenets are remarkably and refreshingly devoid of complex mathematical ar-
guments, relying instead on natural honest intuition and common sense for the inquiry
into the true nature of a risk factor–disease relationship. The questions Dr. Hill suggested

M007C50351

should be posed by the investigators in their assessment of the true nature of the expo-
sure–disease relationship.

253 The evaluation begins with a simple assessment of numbers. Are there many more ad-
verse event cases when the intervention is present, and fewer disease cases when the in-
tervention is absent? If this question has been affirmatively answered, other questions fol-
low. Does a greater exposure to the risk factor produce a greater extent of disease? Other
questions asked by Hill explore the "believability" of the relationship. Some of these are:
is there a discernible mechanism by which the risk factor produces the disease? Have
other researchers also shown this relationship? Are there other such relationships whose
demonstration helps us to understand the current risk factor– disease relationship?

254 Consistency requires that the findings of one study be replicated in other studies. The
persuasive argument for causality is much more clearly built on a collection of studies in-
volving different patients and different protocols, each of which identifies the same rela-
tionship between exposure to the risk factor and its consequent effect. There are numer-
ous examples of collections of studies with different designs and patient populations, but
that nevertheless successfully identify the same hazardous relationship between an expo-
sure and disease. Identification of case series involving different series of patients in dif-
ferent countries and different cultures—yet each series producing the disease after the
exposure would satisfy these criteria. Because research findings become more convincing
when they are replicated in different populations, different studies that examine the same
exposure–disease relationship and find similar results add to the weight of causal infer-
ence.

M007C5D352

255  The specificity of a disease is directly related to the number of known causes of the disease. The greater the number of causes of a disease, the more nonspecific the disease is, and the more difficult it is to demonstrate a new causal agent is involved in the production of the disease. The presence of specificity is considered supportive but not necessary, and researchers no longer require that the effect of exposure to an agent such as a drug be specific for a single disease.

256  Exposure must occur before the disease develops for it to cause that disease. A temporal relationship must exist in order to convincingly demonstrate causation.* This criterion can be clearly satisfied by a case report that accurately documents that the exposure occurred before the disease.

257  An evaluation of a relationship between occurrences of the adverse events and either the dose or duration of the intervention is also useful. The observation that a more intense exposure produces a greater frequency or severity of adverse events adds new strength to the notion that the relationship between the intervention and the adverse event is a causal one. In addition there should be some basis in the scientific theory that supports the relationship between the supposed "cause" and the effect. However, observations have been made in epidemiological studies that were not considered biologically plausible at the time but subsequently were shown to be correct.

258  It is important to note in the application of these tenets that satisfaction of all nine is not required to establish to the satisfaction of the medical community that a causative relationship exists between the exposure and the disease. Hill himself stated [43]:

---

\* Protopathic bias, or the result of drawing a conclusion about causation when the disease process precedes the risk factor in occurrence can result without appropriate attention to the condition.

M007C50353

259   None of my nine viewpoints can bring indisputable evidence for or against the cause–
      and–effect hypothesis, and none can be required as a *sine qua non*.

260   However, these tenets are invaluable in the assessment of intervention-adverse event rela-
      tionships.

M007C50354

## Appendix D. Subgroup Analyses

261   A subgroup analyses in a clinical research effort is the evaluation of the effect of the ran-
domly allocated intervention within a fraction of the recruited subjects. The analysis of
subgroups is a popular, necessary, and controversial component of the complete evalua-
tion of a controlled clinical trial. Indeed, it is difficult to find a manuscript that reports the
results of a clinical trial that does not report findings within selected subgroups.

262   Subgroup analyses as currently utilized in clinical trials are tantalizing and controversial.
There may be no better maxim for guiding the interpretation of subgroup analyses in this
setting than "Look, but don't touch." The results from subgroup assessments have tradi-
tionally been used to augment the persuasive power of a clinical trial's overall results by
demonstrating the uniform effect of the therapy in patients with different demographic
and risk factor profiles. This uniformity leads to the development of easily understood
and implemented rules to guide the use of therapy[*]. Some clinical trials report these re-
sults both in the manuscript announcing the trial's overall results   [44, 45, 46,47] and
separately [48, 49, 50]. Such subgroup analyses potentially provide new information
about an unanticipated benefit (or hazard) of the clinical trial's randomly allocated inter-
vention.

263   However useful and provocative these results can be, it is well established that subgroup
analyses are often misleading [51, 52, 53, 54]. Assmann et al. [55] has demonstrated how
commonly subgroup analyses are misused, while others point out the dangers of accept-
ing subgroup analyses as confirmatory [56]. For example, the Amlodipine controversy in

---

[*] The finding that a particular lipid lowering drug works better in women than in men can complicate the already complex deci-
sions that practitioners must make as the number of available compounds increase.

M007C5O355

the PRAISE trials discussed earlier in this report were based on a subgroup analysis. Nevertheless, the medical community continues to be tantalized by spectacular subgroup findings from clinical trials. A recent example is the subgroup analysis-based suggestion that medication efficacy is a function of race; this has appeared in both peer-reviewed journals [57, 58] and the lay press [59]. In this section, we will review the definitions, concepts, and limitations of subgroup utilization in clinical trials.

264   *Subgroups: Definitions and Basic Concepts* While the concept of subgroup analyses is straightforward, the terminology can sometimes be confusing. This report will therefore devote some attention to defining nine and classifying subgroup analyses.

265   *Subgroups Versus Subgroup Strata*: A subgroup is the description of patient based characteristic, e.g., gender that can be subdivided into categories. These different categories are described as strata, one stratum level for each category. For example, if an investigator is interested in creating a gender subgroup, patients are classified according to their sexual characteristics; the resultant gender subgroup consists of two strata—male and female.

266   The classic subgroup analysis itself is an evaluation of the effect of therapy within each of the subgroup strata. In this example of a gender-based subgroup, the subgroup analysis consists of an evaluation of the effect of therapy for males and an evaluation of the effect of therapy for females. Thus each stratum analysis produces an effect size with its standard error, a confidence interval, and a *p*-value.

267   The characteristics that form the basis of these subsets are chosen by the investigators. However, over time, a commonly evaluated set of subgroup evaluations has emerged. Although there are differences from one medical subspecialty to another, the most common

M007C50356

of these subgroups are based on demographic criteria e.g., gender, ethnicity, and age. Frequently used sociologic determinants are marital status, education, and acculturation.[*] In addition, there are subgroups that are based on lifestyle choices. Some examples of these are alcohol use, tobacco use, dietary intake, and exercise. Of course findings from medical histories (e.g., history of cancer, history of CHF, history of endocrine disorders) and physical examination (e.g., body mass index or DBP) are among commonly appearing subgroups in clinical trials as well.

268 The definition of a subgroup can be more complicated than a first glance would suggest. Consider the marriage status subgroup. One might think that this is easy to define. Is the patient married or not? Phrased this way, this suggests that the marriage subgroup should have two strata. However, the choices can be much more complex than this. The patient could be married now, or have been married in the past and is single now. The patient could be separated, divorced, or remarried. These alternative classifications can either be useful, or merely distractions depending on the purpose for which the evaluation will take place. For example, in some research, which is not primarily sociologic, these additional classifications may be unnecessary. However, in other research efforts, the intricate differentiation of marriage history details is very important. Thus, one must know how the subgroup analysis will be used so that the most useful strata membership criteria can be developed. Once each of the subgroup strata have been identified, the clinical trial workers will know what data to collect that will be the most useful.[†]

269 *Subgroups: Interpretation Difficulties*: The illustrations of the previous sections have demonstrated that there are many possible ways to subgroup patients. However, we must

---

[*] Acculturation is the degree to which a community composed primarily of immigrants accepts with approval and is involved in the activities of the surrounding society.

[†] Another subgroup that has grown in complexity is that for race/ethnicity.

M007C50357

keep in mind that, in a collection of subgroup analyses, it is the same patients that are being stratified in different ways. This observation can complicate the interpretation of a subgroup evaluation.

270  For example, consider a randomized, controlled clinical trial, which is in its analysis phase. At this time, all of its patients are classified by gender, grouping patients into male and female sub-cohorts. Once the stratum membership assignment is finished, the effect of the randomly allocated intervention is assessed in each of the two gender strata. It is seen that the effect of therapy appears to depend on gender, with males experiencing a different effect than females.

271  When completed, these same patients are then re-aggregated based not on gender, but on age. Subjects are placed into one of the following three age strata: (1) less than 40 years of age, (2) between 40 and 60 years of age, and (3) greater than 60 years of age. When the subgroup analysis is carried out for the age strata, it appears that the effect of therapy is the same in each of the age groups.

272  The results from these two subgroup analyses essentially demonstrate that the same patients when characterized one way (by gender) provide a different result than when characterized another way (by age). Was it really gender that modified the effect of therapy or was it the chance collection of patients that made it appear that gender was an influence? Since we can expect that the effect of treatment within a subgroup stratum depends on the patients within that stratum, then the value of the subgroup analysis must be tightly linked to the ability to demonstrate that it is the stratum characteristic that is producing the interesting effect and not just the random aggregation and re-aggregation of patients.

M007C50358

273  ***Random Subgroups***. Investigators work to identify subgroup classifications that are meaningful. When examination of the therapy effect within a subgroup appears, it is only natural for the investigator to believe the rationale for the choice of the subgroup was justified. Furthermore, the scientist may think that the stratum specific therapy effect is due to some effect-mediation ability produced by the subgroup trait. However, the very fact that patients are classified and divided can induce a subgroup effect.

274  Consider the following simple experiment. A courtroom chosen at random has a capacity of seating 60 observers. These 60 seats are divided by a central aisle, with 30 seats on each of the left-hand and right-hand side of the courtroom. Sixty people seat themselves as they choose, distributing themselves in an unrestricted manner among the seats on each side of the courtroom. When all are seated, we measure the height of each person, finding that the average height is exactly 67 inches. Does that mean that the average height of those seated on the left-hand side of the courtroom will be 67 inches? No. The average height of those seated on the left-hand side of the courtroom will be either less than 67 inches or greater than 67 inches, but it will not be exactly 67 inches (because the average is based on only thirty of the sixty people). If the average height on the left-hand side of the courtroom is less than 67 inches, then those seated on the right-hand side will have an average height greater than 67 inches[*]. Is it fair to conclude that those who sit on the right- hand side of the courtroom are in general taller than those who sit on the left-hand side?

275  The simple, random aggregation and sub-aggregation of the observations has induced a subgroup effect that is based only on the play of chance. This random subgroup effect

---

[*] If the average height of all in the courtroom is 67 inches, and the average height on the left side is less than 67 inches, then the average height on the right hand side must be greater than 67 inches

M007C5D359

appears in all subgroup analyses, and we will have to integrate it into our interpretation of any subgroup effect that we see. Some interesting findings of random subgroup analyses are available [60]. These occurrences help to justify the admonition that the best descriptor of the effect in a subgroup is the finding that is observed in the overall cohort.

276   *Proper Versus Improper Subgroups*: A critical preliminary task that clearly must be completed before a subgroup analysis proceeds is the classification of each patient into a subgroup stratum. This is the process by which the subgroup membership for each patient in the study is determined. Although membership determination may appear to be a trivial task, there are circumstances in which this classification is problematic. These concerns revolve around the timing of the subgroup membership determination.

277   There are two important possibilities for determination of the timing of subgroup membership. The first is the classification of patients into the correct subgroup stratum when the patients are randomized. The second choice is to classify patients into subgroup strata at some time during the execution of the trial. While each has advantages, the determination of subgroup membership at the beginning of the study is preferred.

278   Determining subgroup membership at the beginning of the trial requires that, not only must the subgroup be defined at the beginning of the study, but also subgroup strata membership should be defined prospectively as well. This is a straightforward procedure to apply to the gender subgroup with its two strata. However, for other subgroups of clinical interest, the process can be complex.

279   *Intention-to-Treat" Versus "As Treated" Subgroup Analyses*: Consider a clinical trial in which patients are randomized to receive an intervention to reduce the total mortality rate from chronic cirrhosis of the liver. At the inception of the study, patients are random-

M007C50360

ized to receive either control group therapy or the intervention. At the conclusion of the study, the investigators will compare the cumulative mortality rates of patients in each of the two treatment groups. However, at the end of the study, how will the investigators decide what patients should be considered active group patients and which patients should be counted as in the control group? The commonly used approach is to assign treatment group membership simply as the group to which the patient was randomized. This is the "intention to treat" principle.

280   The "intention-to-treat" principle of analysis is the standard analysis procedure for the evaluation of clinical trial results. Undoubtedly, this analysis tends to be a conservative one, since not every patient is treated as they were "intended." For example, some patients randomized to the active group may not take their medication. These patients, although randomized to the active group, will have the control group experience and produce endpoints at rates similar to that of the control group. However, they would be included in the active group since they were randomized to and "intended to be treated" like active group patients. The inclusion of these patients in the active group for analysis purposes tends to make the active group experience look more like the control group experience, increasing the overall active group event rate.[*]

281   Similarly, patients who are randomized to the control group may nevertheless be exposed to active group medication (e.g., from their personal physician who is not an investigator in the study). These patients will experience event rates similar to the rates of the active group, but since they are considered as part of the control group, the inclusion of these

---

[*] There are occasional complications in an "intention-to-treat" analysis. In some cases, a patient is tested and randomized, but then, subsequent to the randomization the test result reveals that the patient is not eligible for the trial for a prospectively stated reason. In this case, there was no "intent" to randomize this patient when the test result was known, and the patient is removed from the study.

M007C5036I

patients will produce an event rate for the control group that is closer to that of the active group. Thus the control group rate will approach that of the active group, while the cumulative event rate in the active group will be closer to that of the control group (described in the previous paragraph). This effect of these combined rate alterations reduces the magnitude of the treatment effect, thereby diminishing the power of the clinical trial.*

282   An alternative analysis to the "intent to treat" principle is one that analyzes the endpoint results using an "as-treated" analysis. In this case, although patients are still randomized to receive either placebo or active therapy, they are classified for analysis purposes based on whether they actually took their medication or not. Since this is determined after the patient was randomized to the medication, and the effect (both perceived beneficial effects, and adverse effects) of the medication may determine whether the patient takes the medication, the "as-treated" evaluation is a confounded analysis. A clearly detailed examination of this issue is available [61].

283   *Effect Domination Principle*: I have stated previously that, in the absence of confirmatory subgroup evaluations, the best estimate of the effect of randomly allocated therapy within a subgroup strata is the effect of that therapy on the overall cohort. We will call this the principle of *effect domination*— the effect of therapy averaged over all randomized patients dominates the effect seen in the individual subgroup strata.

284   The effect domination principle was the basis of our decision to overturn the results of several of the subgroup evaluations that were provided previously. Although there are many clinical trials designed to provide confirmatory evaluations of their primary analyses, there are far fewer confirmatory evaluations that occur in the assessments of sub-

---

* The effect of the magnitude of the treatment effect on the power of a study for fixed sample size is discussed in Appendix D.

M007C50392

groups. Therefore, the effect domination principle is much more frequently required in the interpretation of the results of clinical trials.

285   Since subgroup analyses have and will, in all likelihood, continue to engender the interest of the medical community, it is logical to ask why there aren't more confirmatory analyses involving subgroup evaluations. This is an especially interesting question since there are clear circumstances in which subgroup evaluations can produce confirmatory results of the therapy effect within (or across) subgroup strata. When executed, these confirmatory results stand on their own, separate and apart from the result of the effect of therapy in the overall cohort. The criteria for these evaluations were clearly characterized by Yusuf et al. [62] and are coincident with our development of confirmatory analyses in this text.

286   The first of these criteria for the development of confirmatory analyses in clinical trials is that the subgroup analysis must be prospectively designed and proper. This structure is required so that (1) the therapy effect size estimators that the subgroup analysis produces are trustworthy; and (2) that the effect of therapy to be evaluated in a subgroup is not confounded by (i.e., bound up with) post-randomization events as discussed previously. In general, there has been no difficulty with meeting this requirement of confirmatory subgroup analyses. Many clinical trials make statements in their protocols describing the plans of investigators to evaluate the effect of therapy within their subgroups of interest. These subgroups are, by and large, proper subgroups, e.g., demographic traits, or the presence of risk characteristics at baseline.

287   However, the final requirement for a confirmatory subgroup analysis is the prospective allocation of type I and type II error rates. This last criterion has proved to be especially

M007C5D363

vexing because of the severe sample size constraints this places on subgroup analyses. As we have pointed out earlier, the allocation of type I error rates for confirmatory testing must be such that the FWER, $\xi$, is conserved. This requires that statistical testing at the level of subgroup analyses will be governed by test-specific $\alpha$ error rates that are generally less than 0.05.

288   The difficulty of executing subgroup analyses in the presence of type I error rate control and adequate statistical power is not difficult to understand. In fact, resources are generally strained to the breaking point for the analysis of the effect of therapy in the overall cohort. This overall analysis is typically carried out with the minimum acceptable power (80%) because of either financial constraints or patient recruitment difficulties. By definition, subgroup analyses (and certainly within-stratum subgroup analyses) will involve a smaller number of patients; it is a daunting task to prospectively allocate type I and type II error rates at acceptable levels in a smaller number of patients, although the methodology for the accurate computation of sample size is available [63]. Thus, the growth of the use of subgroups as confirmatory tools has, to some extent, been stunted by the difficulty of constructing a prospective clinical trial with an embedded, prospectively defined proper subgroup for which tight statistical control is provided for type I and type II statistical errors.

289   *Manuscript Interpretation* The purpose of a published manuscript is to identify the contribution the research effort has made. Specifically, this general evaluation reduces to three questions that should be answered. (1) What was the purpose of the research? (2) Do the methods used allow the researcher to answer the question? and, (3) If so, then what is the answer?

M007C50364

290   The motivation for the research is determined from a careful study of the introductory
      section of the manuscript. Commonly replete with citations, this section should clearly
      delineates the research question that was raised by the investigators. Whether the investi-
      gators are able to answer the research question they asked is determined in the methods
      section. Your review of this section of the manuscript should be careful and thorough.
      Was the instrumentation sufficient to provide the measures with the precision that the au-
      thors require? If laboratory samples are involved were they preserved using the appropri-
      ate environmental conditions?

291   If the research involves subjects, other questions must be adequately addressed in this
      critical section of the manuscript that describes the methodology used by the authors.
      Were there an adequate number of subjects? Is the analysis carried our prospectively de-
      lineated, leading to trustworthy estimates of effect sizes, standard errors, confidence in-
      tervals, and p-values, or were the analyses exploratory, requiring an additional, confirma-
      tory study to sustain the findings.

292   If the methodology empowers the investigators to answer their prospectively asked ques-
      tion, then proceed to read the results section, fully planning to integrate the main findings
      of the research into your fund of knowledge. However, if the methods reveal that the
      findings from the study are exploratory and not generalizable, then the results are not
      generalizable, and cannot really be accepted as reflective of the population. However,
      considerable care must be given if the manuscript has identified a harmful effect,

293   The reviewer must avoid the temptation to "study count". "Study counting" is the process
      of simply counting the number of studies that address an issue and deciding if there "are
      enough" studies to support the result of interest. Some who are involved in study count-

M007C50385

ing argue that there must be more than one study. Others say that the number of "posi-tive" studies must outnumber the number of "negative" studies. Instead, the scientific reasoning process assesses in detail each of the available studies, carefully dissecting the methodology, sifting through the methodology, and carefully considering the conclu-sions. Study counting represents the wholesale abandonment of the intellectual principles of careful review.

294   The specific problem with "study counting" is the implicit ceteris paribus (all other things being equal) assumption, i.e. that all of the studies that are being included in the count are equal in methodology, equal in the thoroughness of their design, equal in the rigor of their execution, and equal in the discipline of their analyses and interpretation. This falla-cious assumption is far from the truth of scientific discovery. Studies have different strengths and different weaknesses. Different investigators with their own non-uniform standards of discipline execute the research efforts. Some studies give precise results, while others are rife with imprecision. The panoply of studies is known not for its homo-geneity, but for the heterogeneity of designs and interpretations.

M007C50366

COX-2 Inhibitor Report of Lemuel A. Moyé, M.D., Ph.D.                                    9/15/2006

I certify that the foregoing statements made by me are true and correct.  Executed this

___15___ day of ___September___ 2006 at Houston, Texas


Lemuel Moye, M.D., Ph.D.

STATE OF TEXAS     )

                                    )  ss.

COUNTY OF HARRIS

Subscribed and sworn to me

Before this ___15th___ day of ___September___ 2006


Signature of Notary Public

My Commission Expires ___9/30/2009___

APRIL K THOMSON
My Commission Expires
September 30, 2009

M007C50367

## References

1 . Hippisley-Cox J. Risk of adverse gastrointestinal outcomes in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ. 2005 Dec 3;331(7528):1310-6.

2 . Cole, P. and B. MacMahon (1971). "Attributable risk percent in case-control studies." Br J Prev Soc Med 25(4): 242-4.

3 . Miettinen, O. S. (1974). "Proportion of disease caused or prevented by a given exposure, trait or intervention." American Journal of Epidemiology 99(5): 325.

4 . Wilson, P. W., R. B. D'Agostino, et al. (1998). "Prediction of coronary heart disease using risk factor categories." Circulation 97(18): 1837-47.

5. American Heart Association. Stroke Statistics. In: 2001 *Heart and Stroke Statistical Update*. Dallas: American Heart Association, 2000.

6. American Heart Association. *2001 Heart and Stroke Facts*, Dallas: American Heart Association, 2000.

7. Hennan JK. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation. 2001 Aug 14;104(7):820-5.

8. Linder JD. Cyclooxygenase-2 inhibitor celecoxib: a possible cause of gastropathy and hypo-prothrombinemia. South Med J. 2000 Sep;93(9):930-2.

9. Crofford LJ. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum. 2000 Aug;43(8):1891-6.

10. Bombardier, C., L. Laine, et al. (2000). "Comparison of upper gastrointestinal toxicity of ro-fecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group." N Engl J Med 343(21): 1520-8, 2 p following 1528.

11 Food and Drug Adminsitration Adviosry Committee. Cardivascular saftety revie of rofe-coxib. Available from URL: http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06-cardio.pdf.

12 . Curfman GD, Morissey S, Drazen JM (2005). Expression of concern; Bombardier et al., "Comparison of upper gastroentestinal toxcity of rofecoxib and naproxen in patients with rheumatoid arthritis *N Engl J Med* 2000;353:1520-8. *New England Journal of Medicine* 353:2813-2814.

M007C50368

13. Juni, P., A. W. Rutjes, et al. (2002). "Are selective COX 2 inhibitors superior to traditional non steroidal anti-inflammatory drugs?" BMJ 324(7349): 1287-8.

14. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled clinical trials of rofecoxib. Circulation 2001. 104:2280-8.

15. Garcia Rodriguez LA. The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data. Clin Exp Rheumatol. 2001 Nov-Dec;19(6 Suppl 25):S41-4. Review.

16. Ray WA, Stein CM, Hall K, et al. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease; an observational cohort study. Lancet 2002:359 118-23.

17. Bresalier RS. Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med. 2005 Mar 17;352(11):1092-102. Epub 2005 Feb 15. Erratum in: N Engl J Med. 2006 Jul 13;355(2):221.

18. Fitzgerald GA. Coxibs and cardiovascular disease. N Engl J Med. 2004 Oct 21;351(17):1709-11. Epub 2004 Oct 6. No abstract available.

19. Solomon DH. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation. 2004 May 4;109(17):2068-73. Epub 2004 Apr 19.

20. Bannwarth, B., R. Treves, et al. (2003). "Adverse events associated with rofecoxib therapy: results of a large study in community-derived osteoarthritic patients." Drug Saf 26(1): 49-54.

21 Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002 Jan 15;89(2):204-9.

22 Weir, M. R., R. S. Sperling, et al. (2003). "Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program." Am Heart J 146(4): 591-604.

23 Ray W, Stein C, Daugherty J, et al. COX-2 selective nonsteroidal anti-inflammatory drugs and the risk of serious coronary heart disease. Lancet 2002. 360:1071-1073.

24 Mamdani, M., P. Rochon, et al. (2003). "Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly." Arch Intern Med 163(4): 481-6.

25 Layton, D., E. Heeley, et al. (2003). "Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in Eng-

M007C50389

land using prescription-event monitoring (PEM) data." Rheumatology (Oxford) 42(11): 1342-53.

26 Layton, D., E. Heeley, et al. (2003). "Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data." Rheumatology (Oxford) 42(11): 1354-1365.

27 Zhao SZ, Reynold NW, Lejkowth J, et al. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib based on the World Health Organization/Uppsala Monitoring Centre safety database. Clin Ther 2001;23 1478-91.

28 Vu D, Murty M, McMorran M, Selective COX-2 inhibitors: suspected cardiovascular/cerebrovascular adverse reactions. Can Adv Reaction News 2002:12:1-3.

29 Mukherjee D. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA. 2001 Aug 22-29;286(8):954-9. Review.

30. Fisher LD, Moye LA. Carvedilol and the Food and Drug Administration approval process: an introduction. Control Clin Trials. 1999 Feb;20(1):1-15.

31. Moye, L. A. (1999). "End-point interpretation in clinical trials: the case for discipline [see comments]." Control Clin Trials 20(1): 40-9; discussion 50-1.

32. Bull, J. P. (1959). "The Historical development of clinical therapeutic trials." J Chronic Dis 10(3): 218-248.

33. Malgaigne LF. (1947) *Weuvres Completes d'Ambrosise Paré*, vol. 2. Paris, p. 127.

34. Connolly HM, Crary JL, McGoon MD, et al. (1997) Valvular heart disease associated with fenfluramine-Phentermine. *New England Journal of Medicine* 337:581–588.

35. Clark C. (1997) *Radium Girls: Women and Industrial Health Reform, 1910–1935* Chapel Hill, University of North Carolina Press.

36. Gehan EA, Lemak NA. (1994) *Statistics in Medical Research: Developments in Clinical Trials*. New York, Plenum Medical Book Company.

37. Hill B. (1953) Observation and experiment. *New England Journal of Medicine* 248:995–1001.

38. Kleinbaum DG, Kupper LL, Morgenstern H. (1982) *Epidemiologic Research: Principles and Quantitative Methods*. New York, Van Nostrand Reinhold Company.

39. Pepall J. (1997) *Methyl Mercury Poisoning: The Minamata Bay Disaster*. Copyright © International Development Research Centre, Ottawa, Canada.

M007C59370

40. Lenz W. (1962) Thalidomide and congenital abnormalities. *Lancet* 1:45.

41. Moore T. (1995) *Deadly Medicine.* New York, Simon and Schuster.

42. The CAST Investigators. (1989) Preliminary Report: Effect of encainide and flecainide on mortality in a randomized trial of arrhythmia suppression after MI. *New England Journal of Medicine* 212:406–412.

43. Hill B. (1953) Observation and experiment. *New England Journal of Medicine* 248:995–1001.

44. Pfeffer MA, Braunwald E, Moye LA, et al. Effect of captopril on mortality and morbidity in patients with left ventricular dysfunction after myocardial infarction. Results of the survival and ventricular enlargement trial. The SAVE Investigators. N Engl J Med. 1992 Sep 3;327(10):669-77.

45. Sacks F.M. Pfeffer M.A., Moyé, L.A. (1996). The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *New England Journal of Medicine* 335:1001–1009.

46 Prevention of stroke by antihypertensive drug treatment in older persons with isolated systolic hypertension. Final results of the Systolic Hypertension in the Elderly Program (SHEP). SHEP Cooperative Research Group. JAMA. 1991 Jun 26;265(24):3255-64.

47. The Long-Term Intervention with Pravastatin in Ischemic Disease (LIPID) Study Group. (1998). Prevention of cardiovascular events and death with pravastatin in patients with CAD and a broad range of initial cholesterol levels. *New England Journal of Medicine* 339:1349–1357.

48. Moyé, L.A., Pfeffer, M.A., Wun, C.C., et. al (1994). Uniformity of captopril benefit in the SAVE Study: subgroup analysis. Survival and Ventricular Enlargement Study. Eur Heart J. 1994 May;15 Suppl B:2-8; discussion 26-30.

49. Lewis, S.J., Moyé, L.A., Sacks, F.M., et. al (1998). Effect of pravastatin on cardiovascular events in older patients with myocardial infarction and cholesterol levels in the average range. Results of the Cholesterol and Recurrent Events (CARE) trial. *Annals of Internal Medicine* 129:681–689.

50. Lewis, S.J., Sacks, F.M., Mitchell, J.S., et. al (1998). Effect of pravastatin on cardiovascular events in women after myocardial infarction: the cholesterol and recurrent events (CARE) trial. *Journal of the American College of Cardiology* 32:140–146.

51. Peto, R., Collins, R., Gray, R. (1995). Large-scale randomized evidence: Large, simple trials and overviews of trials. *Journal of Clinical Epidemiology* 48:23–40.

M007050371

52. Multiple risk factor intervention trial. Risk factor changes and mortality results. Multiple Risk Factor Intervention Trial Research Group. JAMA. 1982 Sep 24;248(12):1465-77.

53. Randomised trial of intravenous atenolol among 16 027 cases of suspected acute myocardial infarction: ISIS-1. First International Study of Infarct Survival Collaborative Group. Lancet. 1986 Jul 12;2(8498):57-66.

54. Lee KL, McNeer JF, Starmer CF, Harris PJ, Rosati RA. Clinical judgment and statistics. Lessons from a simulated randomized trial in coronary artery disease. Circulation. 1980 Mar;61(3):508-15.

55. Assmann, S., Pocock, S., Enos, L., Kasten, L. (2000), Subgroup analysis and other (mis)uses of baseline data in clinical trials. *Lancet* 355:1064–69.

56. Bulpitt, C. (1988). Subgroup Analysis. *Lancet*: 31–34.

57. Exner DV, Dries DL, Domanski MJ, Cohn JN. Lesser response to angiotensin-converting-enzyme inhibitor therapy in black as compared with white patients with left ventricular dysfunction. N Engl J Med. 2001 May 3;344(18):1351-7.

58. Yancy CW, Fowler MB, Colucci WS, Gilbert EM, Bristow MR, Cohn JN, Lukas MA, Young ST, Packer M; U.S. Carvedilol Heart Failure Study Group. Race and the response to adrenergic blockade with carvedilol in patients with chronic heart failure. N Engl J Med. 2001 May 3;344(18):1358-65.

59. Stolberg S.G. Should a pill be colorblind? *New York Times*. Week in Review. May 13, 2001.p 1.

60. Moyé, L. (2000) *Statistical Reasoning in Medicine: The Intuitive P-Value Primer*. New York. Springer.

61. Peduzzi P, Wittes J, Detre K, Holford T. Analysis as-randomized and the problem of non-adherence: an example from the Veterans Affairs Randomized Trial of Coronary Artery Bypass Surgery. Stat Med. 1993 Jul 15;12(13):1185-95.

62. Yusuf, S, Wittes J., Probstfield, J., Tyroler, H.A. (1991). Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. *Journal of the American Medical Associatio* 266:93–8.

63. Peterson, B., George, S.L. (1993). Sample size requirements and length of study for testing interaction in a 2 x k factorial design when time-to-failure is the outcome [corrected] Control Clin Trials. 1993 Dec;14(6):511-22.

M007C50372

64. Solomon DH.   Cardiovascular outcomes in new users of coxibs and nonsteroidal anti-inflammatory drugs: high-risk subgroups and time course of risk.   Arthritis Rheum. 2006 May;54(5):1378-89.

M007C50373

# Testimony of Lemuel A. Moyé, MD, PhD

1.  Moore v. American Home Products (deposition- 3/25/99)

2.  Burrough v. American Home Products (deposition-3/30/99)

3.  Smith v. American Home Products (deposition-5/28/99)

4.  Smith, et al. v. American Home Products Corp. et al. - Trial Testimony (6-9-99)

5.  Rocha v. American Home Products (deposition-9/23/99)

6.  Rocha v. American Home Products (deposition 10/6/99)

7.  Rocha v. American Home Products (trial-11/4/99 & 11/5/99)

8.  Washington v. American Home Products (trial-12/7/99)

9.  Brinkley v. American Home Products Corporation - Havner Hearing (2-7-00)

10. Hermineh Haroutounian v. Wyeth-Ayerst Laboratories, et al.- Daubert Hearing (2-10-00)

11. Region 1 Texas Diet Drug Litigation (deposition-2/26/00)

12. Dunlap v. American Home Products (deposition-3/23/00)

13. Batson v. Wyeth –Ayerst -Trial Testimony (6-8-00 & 6-9-00)

14. Glass vs. American Home Products, et al. - Havner Hearing (6-19-00 & 6-20-00)

15. Weiss vs. Wyeth-Ayerst Laboratories- Deposition (12-22-00)

16. Lopez vs American Home Products Corporation - Trial Testimony (3-14-01)

17. Williams vs. American Home Products Corporation - Deposition (3-27-01)

18. Shaw v. Warner-Lambert (deposition – 7/31/01)

19. Shaw v. Warner-Lambert (deposition – 8/23/01)

20. Shaw v. Warner-Lambert (deposition – 9/27/01)

21. Mercado v. Warner-Lambert (trial testimony – 12/5/01)

22. Sanchez v. Parke-Davis (trial testimony – 12/12/01)

23. Soto v. Warner-Lambert and Ernesto Aqui, M.D. (trial testimony – 1/8/02)

24. Smith vs. Wyeth Ayerst - Deposition (2-22-02)

25. Malonee vs. Wyeth Ayerst - Deposition (3-28-02)

26. Van Daley vs. American Home Products Corporation, et al. - Deposition (4-11-02)

27. Beck v. Pfizer Inc., Park-Davis (deposition – 4/25/02)

28. Crater vs. A.H. Robins Company, Inc - Deposition (5-14-02)

29. Whitmyer-Savannah vs. American Home Products Corporation, et al. - Deposition (5-30-02)

30. Seay v. Warner-Lamber (deposition – 7/16/02)

31. Malbin vs. American Home Products Corp - Deposition (8-23-02)

M007C50374

32.    Henderson, et al v. GlaxoSmithKline Deposition (12-05-02)

33.    Garcia vs. Wyeth-Ayerst Laboratories trial Testimony (1-21-03)

34.    Eichmiller vs. American Home Products Corp – Deposition (8-21-03)

35.    Hayes vs. American Home Products Corp – Trial Testimony (10/28/03 – 10/31/03)

36.    Eichmiller vs. American Home Products Corp – Trial Testimony (11-14-03)

37.    Coffey vs. Wyeth – Trial Testimony (3-23-04)

38.    California Rezulin Trial (4-21-04)

39.    Nustad vs. Wyeth – Trial Testimony (5-12-04)

40.    Clepper vs. Wyeth; Istnick v. Wyeth – Trial Testimony (7-19-04 – 7-20-04)

41.    Cannon vs. Wyeth – Trial Testimony (7-20-04)

42.    Sidwell vs. Wyeth; Davis v. Wyeth; Roberts v. Wyeth; May v. Wyeth; Rogowski v. Wyeth – Trial Testimony (7-21-04)

43.    Ford vs. Wyeth; Hargrove v. Wyeth; Steward v. Wyeth; Nixon v. Wyeth – Trial Testimony (7-27-04)

44.    Hargrove vs. Wyeth – Trial Testimony (7-29-04)

45.    Hansen vs. Wyeth – Frye Hearing (9-8-04)

46.    Hansen vs. Wyeth – Trial Testimony (10-26-04)

47.    Gibson vs. Wyeth – Trial Testimony (11-9-04)

48.    Bejarano vs. Wyeth – Deposition MDL (12-10-04)

49.    Philadelphia Deposition on Fees (2-11-05)

50.    New Jersey Pre-trial Hearing (5-27-05)

51.    Weston v. Wyeth Trial Testimony (1-10-06 & 1-11-06)

52.    Tilmon v. Wyeth Trial Testimony (1-30-06)

53.    Jenkins v. Wyeth & Hooper v. Wyeth Trial Testimony (2-15-06)

54.    Geers v. Wyeth Trial Testimony (2-23-06)

55.    Roork v. Wyeth Trial Testimony (3-9-06)

56.    Townly v. Wyeth Trial Testimony (3-14-06)

57.    Williams v. Wyeth Trial Testimony (3-15-06)

58.    Philadelphia (Utah) Trial Testimony (3-21-06)

59.    Barnett v. Merck MDL 1657 Deposition (6-2-06)

60.    Barnett v. Merck MDL 1657 Deposition (6-16-06)

61.    Grossberg v. Merck Trial Testimony (7-5-06 & 7-6-06)

62.    Barnett v. Merck MDL 1657 Trial Testimony (8-3-06)

M007C59375

# Curriculum Vitae
# Lemuel A. Moyé, M.D., Ph.D.
### February 4, 2006

**OFFICE ADDRESS:**

The University of Texas
Health Science Center at Houston
School of Public Health
The Coordinating Center for Clinical Trials
1200 Herman Pressler Street, Suite 801
Houston, Texas  77030
(713) 500-9518

## Education

| 1987 | Ph.D. | Community Health Sciences-Biometry | The University of Texas School of Public Health Houston, Texas |
| 1980 | M.S. | Statistics | Purdue University West Lafayette, Indiana |
| 1978 | M.D. | Medicine | Indiana University School of Medicine Indianapolis, Indiana Cornell University Medical College New York 9/74-6/76 |
| 1974 | B.A. | Mathematical Sciences(Honors) | The Johns Hopkins University |

### Professional Experience

**Professor of Biostatistics,** The University of Texas School of Public Health;
Houston, Texas  (2002- current)
**Secondary Appointment in Epidemiology,** The University of Texas School of Public Health;
Houston, Texas  (2004-)
**Associate Professor of Biometry.** The University of Texas School of Public Health;
Houston, Texas (1995-2002)
**Assistant Professor of Biometry.** The University of Texas School of Public Health;
Houston, Texas (1989-1995).
**Research Assistant Professor of Biometry.** The University of Texas School of Public Health;
Houston, Texas (1987-1989).
**Consulting Clinical Biostatistician.** Baylor College of Medicine;
Houston, Texas (1985-Present).
**Owner : MediClinic Physicians' Association:** Houston Texas 1986-87
**Physician.** MediClinic; 2473 South Braeswood; Houston, Texas  77030 (1984-Present).

**Acting Medical Director.** Methodist Health Care Centers; 1919 North Capitol; Indianapolis, Indiana (1984).

**Clinical Biostatistician.** Regenstrief Institute for Health Care; 1001 West Tenth Street; Indianapolis, Indiana 46202 (1979-1984).

**Acting Medical Director Methodist Health Care Center;** 1919 North Capitol; Indianapolis, Indiana (1982-1984).

**Physician.** Methodist Health Care Center; 1919 North Capitol; Indianapolis, Indiana (1982-1984).

**Physician.** Industrial Medicine/Employee Health; Methodist Hospital Graduate Medical Center; Indianapolis, Indiana (1979-1982).

**Physician.** United States Steelworks; Gary, Indiana (1982-1983).

## HONORS

**Best Presentation**

> International Joint Statistical Meetings, Teaching Statistics to Health Science Professionals, Toronto, 2004

**Peer Recognition for Outstanding Scholarship, 2000**

> University of Texas Health Science Center at Houston

**Peer Recognition for Outstanding Scholarship, 1999**

> University of Texas Health Science Center at Houston

**Outstanding New Faculty Achievement Award, 1994.**

> University of Texas Health Science Center at Houston

**Outstanding New Faculty Achievement Award, 1992.**

> University of Texas Health Science Center at Houston

**Outstanding Scholarly Contribution Award, Systems Research Foundation;**

> Baden-Baden, West Germany, August 1988.

**Rudin Scholar, 1974.**

> Cornell University Medical College

**Departmental Honors, Mathematical Sciences, 1974.**

> The Johns Hopkins University

**Alpha Epsilon Delta Premedical Honorary Society, 1972.**

> The Johns Hopkins University

## Professional Certification and Licenses

Diplomate, National Board of Medical Examiners, 1979.

Physician, State of Indiana Licensing Board, 1979- present

Physician, State of Texas Board of Medical Examiners, 1984-present

## Journal Reviewer

Journal of Clinical Epidemiology

Journal of the American Statistical Association

Biometrics

Controlled Clinical Trials

Journal of Biopharmaceutical Statistics

Jouirnal of Applied Research

PharmacoEconomics

American Journal of Epidemiology

Statistics in Medicine

New England Journal of Medicine

Circulation

American Family Physician

Lancet

Atherosclerosis

M007C5G377

### Book Reviewer

Springer

### Current Funded Research

| | | | |
|---|---|---|---|
| 3P50NS04427-03S2  PI: Moyé | | 7/1/2002-6/30/2007 | 15% |
| NIH | | $16,212.00 | |

University of Texas Program in Acute Stroke

Develop effective new stroke therapies; appication of more efficient stroke treatment;development of clinical, statistical, and training cores to facilillate the aims of this project.

| | | | |
|---|---|---|---|
| 5P20MD000170-03   PI McCormick | | 3/3/2003-2/29/2008 | 8% |
| NIH | | $988,798.00 | |

EXPORT – Creation of a Hispanic Health Research Center in the Lower Rio Grande (LRGV) Develop research capacity in a nucleus of individuals in partner minority serving academic institutions in the LRGV; transfer of scientific technology and expertise to the LRGV; create capacity for collecting, managing, and disseminating information on Hispanic Health locally, regionally, and eventually globally; develop community participatory research and intervention strategies specific for Hispanic (Mexicn American) cultures; develop the HHRC into a collaborative center for Hispanic Health research with other institutions.

| | | | |
|---|---|---|---|
| 5R01HL069397-04   PI Taylor | | 9/1/2001-8/31/2005 | 5% |
| BCM | | $36,455.00 | |

Lifestyle Adherence in High CVD Risk African-American

To improve adherence to lifestyle recommendations included in the clinical practice guidelines for treatment of major cardiovascular disease risk factors, including hypertension, hyperlipidemia, and Type 2 diabetes, in low-income African-Amcerican patients treated in a public health care system.

| | | | |
|---|---|---|---|
| Pending | PI Moyé | 5/1/2005-4/30/2006 | 20% |
| Methodist | | $16,686.00 | |

SPH-MH Collaborative Project for Biostatistical Endeavors

The purpose of this agreement is related to the biostatistical activities and support of Methodist researchers.

| | | | |
|---|---|---|---|
| 5P50NS044227-04   PI Moyé | | 7/1/2002-6/30/2007 | 10% |
| NIH | | $119,002.00 | |

University of Texas Program in Acute Stroke

Develop effective new acute stroke therapies; application of more efficient stroke treatment; development of clinical, statistical, human, and training cores to facilitate this projects aims.

### Publications

1. Moody MR, Morris MJ, Young VM, **Moyé LA**, Schimpff SC, Wiernik PM.  Effect of two cancer chemotherapeutic agents on the antibacterial activity of three antimicrobial agents. *Antimicrobial Agents and Chemotherapy* 1978; 14:737-742.

M007C50376

2.    Schreiner RL, Eitzen H, Gfell MA, Kress A, Gresham EL, French M, **Moyé L**. Environmental contamination of continuous drip feedings. *Pediatrics* 1979; 63:232-237.
3.    Meyer CL, Eitzen HE, Schreiner RL, Gfell MA, **Moyé L**, Kleiman MB. Should linen in newborn intensive care units be autoclaved? *Pediatrics* 1981; 67:362-364.
4.    Lemons JA, **Moyé LA**, Hall D, Simmons M. Differences in the composition of preterm and term human milk during early lactation. *Pediatric Research* 1982; 16:113-117.
5.    Meyer CL, Gresham EL, **Moyé LA**, Jansen RD, Lemons JA, Schreiner RL. Evaluation of a system for continuous neonatal blood pressure monitoring. *Critical Care Medicine* 1982; 10:689-691.
6.    Rickard KA, Ernst JA, Brady MD, **Moyé LA**, Schreiner Rl, Gresham EL, Lemons JA. Nutritional outcome of 207 very low-birth-weight infants in an intensive care unit. *Journal of the American Dietetic Association* 1982; 81:674-682.
7.    **Moyé LA**, and Roberts SD. Modeling the pharmacologic treatment of hypertension. *Management Science* 1982; 28:781-797.
8.    Green D, **Moyé L**, Schreiner RL, Lemons JA. The relative efficacy of four methods of human milk expression. *Early Human Development* 1982; 6:153-159.
9.    Lemons JA, Reyman D, **Moyé L**. Amino acid composition of preterm and term breast milk during lactation. *Early Human Development* 1983; 8:323-329.
10.   Ernst JA, Bull MJ, **Moyé LA**, Brady BS, Rickard KA, Schreiner RL, Gresham EL, Lemons JA. Growth outcome of the very low birth weight (VLBW) infants at one year. *Journal of the American Dietetic Association* 1983; 82:44-49.
11.   Scott PH, Eigen H, **Moyé LA**, Georgitis J, Laughlin JJ. Predictability and consequences of spontaneous extubation in a pediatric ICU. *Critical Care Medicine* 1985; 13:228-232.
12.   The SHEP Cooperative Research Group. Rationale and design of a randomized clinical trial on prevention of stroke in isolated systolic hypertension. *J Clin Epidem.* Vol 41, No 12 pp 1197-1208(1988).
13.   **Moyé L**, Kapadia A, Cech I, Hardy R. The theory of runs with application for drought predictions. *J Hydrol.* 103(1988)127-137.
14.   **Moyé LA**, Kapadia A, Cech I, Hardy R. A prediction model for outpatient visits and cash flow: Development in prospective run theory. *Statistics.* Vol. 39(1990) No 4. pp. 399-414.
15.   Pratt CM, **Moyé, LA** 'The Cardiac Arrhythmia Suppression Trial: Background, Interim Results and Implications. *Am J Card 65(4) B::20-B 29, Jan 16, 1990*
16.   Pratt CM, **Moyé LA**. The cardiac arrhythmia suppression trial - implications for antiarrhythmic drug development. *J Clin Phar* 30(11):967-974, Nov 1990.
17.   The SHEP Cooperative Research Group. Monograph of the Baseline Findings in SHEP. *Hypertension*, Vol 17, No 3, March 1991.
18.   The SHEP Cooperative Research Group. Prevention of Stroke by Antihypertensive Drug Therapy in Older Persons with Isolated Systolic Hypertension: Final Results of the Systolic Hypertension in the Elderly Program (SHEP). *Journal of the American Medical Association.* June 26, 1991: Vol 265, No. 24.
19.   Mahmarian JJ, **Moyé LA** et al. Development of Algorithms for Accurate Interpretation on Changes in Left Ventricular Ejection Fraction and Cardiac Volumes as Assessed by Rest and Exercise Radionuclide Angiography. *Journal of the American College of Cardiology,* Vol 18, No. 1, July 1991: 112-9.

M007C50379

20.  Steingart RM, Packer M, Hamm P, Coglianese ME, Gersh B, Geltman E, Sallano J, Katz S, Moyé L, et al. "Sex Bias in the Management of Coronary Artery Disease". *New England Journal of Medicine*. July 25, 1991: Vol 325, 226-230.

21.  Pfeffer MA, Moyé LA, et al. Selection Bias in the Use of Thrombolytic Therapy in Acute Myocardial Infarction. *J Am Med A* 266(4):528-532, Jul 24, 1991.

22.  Moyé LA for the SAVE Cooperative Group. Rationale and Design of a Trial to Assess Patient Survival and Ventricular Enlargement after Myocardial Infarction. *Am J Cardiol* 1991;68:70D-79D.

23.  Sacks FM, Pfeffer MA, Moyé, LA, et. al. The Cholesterol and Recurrent Events Trial (*Cholesterol and Recurrent Events Clinical Trial*): Rationale, Design and Baseline Characteristics of Secondary Prevention Trial of Lowering Serum Cholesterol and Myocardial Infarction. *Am J Card* 68(15):1436-1446, Dec 1, 1991.

24.  Moyé LA. Central Laboratory Sampling Plans and Quality Control in Clinical Trials. *Controlled Clinical Trials* 12:761-767 (1991).

25.  Rouleau JL, Moyé LA, de Champlain J, Klein M, Bichet D, Packer M, Dagenais G, Sussex B, Arnold JM, Sestier F, et al. Activation of neurohumoral systems following acute myocardial infarction.Am J Cardiol. 1991 Nov 18;68(14):80D-86D. Review

26.  Goff DC, Shekelle RB, Moyé, LA, Katan MB, Gotto AN, Stamler J. Does body fatness modify the effect of dietary cholesterol on serum cholesterol: Results for the Chicago Western Electric Study. *Am J of Epidemiol;1993;137:171-7.*

27.  Pfeffer MA, Braunwald, E, Moyé LA et al. Effect of Captopril on mortality and morbidity in patients with left ventricular dysfunction after myocardial infarction - results of the Survival and Ventricular Enlargement Trial. *N Eng J Med* 327(10):669-677, Sep 3, 1992.

28.  Rouleau JL, Moyé, LA, et al. A Comparison of management patterns after acute myocardial infarction in Canada and the United States. US vs. Canada. *N Eng J Med;328:779-784.*

29.  Moyé LA, Davis BR, Hawkins CM. Analysis of a Clinical Trial Involving a Combined Mortality and Adherence Dependent Interval Censored Endpoint. S*tatistics in Medicine.* Vol. 11, 1705-1717 (1992).

30.  Davis BR, Wittes J, Pressel S, Berge KG, Hawkins CM, Lakatos E, Moyé LA, Probstfield JL. Statistical Considerations in the Monitoring of Systolic Hypertension in the Elderly Program (SHEP). *Controlled Clinical Trials*. Vo 14. No 5. Oct 1993 350-361.

31.  Rouleau JL, de Champlain J, Klein M, Bichet D, Moyé L, Packer M, Dagenais GR, Sussex B, Arnold JM, Sestier F, et al.Activation of neurohumoral systems in postinfarction left ventricular dysfunction. *J Am Coll Cardiol.* 1993 Aug;22(2):390-8.

32.  The Systolic Hypertension in the Elderly Program Cooperative Research Group. Implications of the Systolic Hypertension in the Elderly Program. *Hypertension.* 1993;21:335-343.

33.  Moyé LA, Davis BR, Hawkins CM. Conclusions and Implications of the Systolic Hypertension in the Elderly Program. *Clinical and Experimental Hypertension.* 15(6),911-924(1993).

34.  Mahmarian JJ, Smart FW, Moyé L,Kingry CL, Young JB, Francis MJ, et al. Exploring the minimal dose of amiodarone with antiarrhythmic and hemodynamic activity. *Am. J. Cardiol* 1994;74:681-686. Oct, 1994.

35.   Hall CH, Rouleau JL, **Moyé LA**, et al. N-Terminal Proatrial Natriuretic Factor – An
       Independent Predictor of Long Term Prognosis After Myocardial Infarction. *Circulation*
       1994;89:1934-1942.

36.   Sutton, St JS, Pfeffer, MA, Plappert T, Rouleau JL, **Moyé LA.** Quantititative two
       dimensional echocardiographic measurements are major predictors of adverse
       cardiovascular events following acute myocardial infarction. *Circulation*;1994;89:68-75.

37.   Pratt CM, Ruberg S, Morganroth J, McNutt B, Woodward J, Harris S, Ruskin J, **Moyé L.**
       The dose-response relationship between terfenadine (SELDANE) and the QTc interval on
       the scalar electrocardiogram: distinguishing a drug effect from spontaneous variability.
       *American Heart Journal.* Vol 73. February 15, 1994.346-352.

38.   Pratt CM, Hertz RP, Ellis BE, Crowell SP, Louv W, **Moyé LA**. Risk of developing life
       threatening ventricular arrhythmia associated with terfenadine (SELDANE) in
       comparison with over the counter antihistamines, Ibuprofen, and Clemastin". *Am J.
       Cardiol;1994;73:346-352.*

39.   **Moyé LA**, Pfeffer MA, Wun CC, Davis BR, et al. Uniformity of Captopril Benefit in the
       Post Infarction Population: Subgroup Analysis in SAVE. *European Heart
       Journal(1994)* 15; Supplement B;2-8.

40.   Rutherford JD, Pfeffer MA, **Moyé LA**, Davis BR, et. al. Effects of Captopril on
       Ischemic Events After Myocardial Infarction. *Circulation.*1994;90:1731-1738.

41.   Pratt CM, Mahmarian J, **Moyé LA.** Exploring the Minimal Dose of Amiodarone with
       Antiarrhythmic and Hemodynamic Activity. *Am J Cardiol* 1994;74:681-686.

42.   Applegate WB, Presel S, Wittes J. Luhr J, Shekelle RB, Camel GH, Greenlick MR,
       Hadley E, **Moyé L**, et al. Impact of the Treatment of Isolated Systolic Hypertension on
       Behavioral Variables: Results from the Systolic Hypertension in the Elderly (SHEP)
       Study. *Archives of Internal Medicine.* 154(19):2154-60, 1994 Oct 10.

43.   Rouleau, JL, Packer M., **Moyé LA.**, et al. "Prognostic value of neurohumoral activation
       in patients with an acute myocardial infarction: effect of captopril". *J. Am Coll Cardiol*
       1994;24:583-91.

44.   Pfeffer MA, Sacks FM, **Moyé LA** et. al. for the Cholesterol and Recurrent Events
       Clinical Trial Investigators. Cholesterol and Recurrent Events (Cholesterol and
       Recurrent Events Clinical Trial) trial: A secondary prevention trial for normolipidemic
       patients. *Am J. Cardiol.* 1995;76:98C-106C.

45.   Mahmarian JJ, Smart FW, **Moyé LA**, Young JB. et al. Exploring the minimal dose of
       Amiodarone with antiarrhythmic and hemodynamic activity. *Am. J. Cardiology*
       1994;74:681-686.

46.   **Moyé, LA**, Richardson MA, Post-White J, Justice B. Research Methodology in
       Psychoneuroimmunology: Rationale and Design of the IMAGES-P (Imagery and Group
       Emotional Support Study-Pilot) Clinical Trial. . *Alternative Therapy in Medicine*, May,
       1995.

47.   **Moyé, LA**, Kapadia AS. Predictions of drought length extreme order statistics using run
       theory. *Journal of Hydrology,* 169(1995) 95-110.

48.   Lamas GA, Flaker GC, Mitchell G, Smith SC, Gersh, BJ, Wun CC, **Moyé LA**, et al. The
       Effect of Infarct Artery Patency on Prognosis Following Acute Myocardial Infarction.
       *Circulation.* 1995;92:1101-1109.

49.   Hartley LH. Flaker G. Basta L. Menapace F. Goldman S. Davis B. Hamm P. Lamas G.
       **Moyé L**. Wun CC. et al. Physical working capacity after acute myocardial infarction in

M007C50381

patients with low ejection fraction and effect of captopril. *American Journal of Cardiology.* 76(12):857-60, 1995 Nov 1.

50.    Simes RJ on behalf of the PPP and CTT Investigators. Cholesterol and recurrent events: A secondary prevention trial for normolipidemic patients. *American Journal of Cardiology* 76:98C-106C, 1995.

51.    The PPP Project Investigators. Design, rationale, and baseline characteristics of the Prospective Pravastatin Pooiling (PPP ) Project. A combined analysis of three large scale randomized trials LIPID, CARE, and WOSCOPS. *American Journal of Cardiology* 76:899-905,1995.

52.    Pratt C, **Moyé LA**, et. al.  The dose-response relationship between Terfenadine (Seldane) and the QTc interval on the scalar electrocardiogram: Distinquishing a drug efect from spontaneous variability. *American Heart Journal.* 31(3):472-480.

53.    Mahmarian JJ, **Moyé LA**, et.al.  High reproducibility of myocardial perfusion defects in patients undergoing serial exercise thallium-201 Tomagraphy. *Am Jour. Cardiol* 1995;75:1116-1119.

54.    **Moyé LA**, Davis BR, Sacks F, Cole T, Brown L, Crawford B, Hawkins CM. "Decision Rules for Predicting Future Lipid Values in a Cholesterol Reduction Clinical Trial" *Controlled Clinical Trials*(1996)17;536-546.

55.    Sacks FM. Pfeffer MA, **Moyé, LA**. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *N Engl J Med* 1996;335:1001-9.

56.    **Moyé LA**.  Sizing Clinical Trials with Variable Endpoint Event Rates. *Statist  in Med.*,16,2267-2282(1997).

57.    Mahmarian JJ, **Moyé LA**, Nasser GA, et al.  A strategy of smoking cessation combined with nicotine patch therapy reduces the extent of exercise-induced myocardial ischemia. , *J Am Coll Cardiol* 1997;30:125-30.

58.    Loh E, Sutton MST, Wun CC, Rouleau JL, Flaker GC, Gottlieb SS, Lamas GA,  **Moyé, LA**, Goldhaber SZ, Pfeffer MA. "Ventricular Dysfunction and the risk of stroke after myocardial infarction. *N Engl J Med* 1997;356;251-7.

59.    Mitchell GF, **Moyé LA**, Braunwald E, Rouleau JL, Berstein V, Geltman EM, Flaker GC, Pfeffer MA. Sphygmomanometrically determined pulse pressure is a powerful independent predictor of recurrent events after myocardial infarction in patients with impaired left ventricular function. SAVE investigators. Survival and Ventricular Enlargement. *Circulation.* 1997 Dec 16;96(12):4254-60.

60.    Vantrimpont P, Rouleau JL, Wun CC, Ciampi A, Klein M, Sussex B, Arnold JM, **Moyé L**, Pfeffer M. Additive beneficial effects of beta-blockers to angiotensin-converting enzyme inhibitors in the Survival and Ventricular Enlargement (SAVE) Study. SAVE Investigators. *J Am Coll Cardiol* 1997;29:229-236.

61.    Sutton MSJ, Pfeffer MA, **Moyé, LA**. Et.al. Cardiovascular death and left ventricular remodeling two years after myocardial infarction; baseline predictors and impact of long term use of aptopril;information from the survival and ventricular enlargement (SAVE) *Circulation.* 1997;96:3294-3299.

62.    Richardson MA,  Post-White J, Grimm E, **Moyé LA**, Singletary E, Justice B. Coping, Life attitudes, and immune responses to imagery and group support after breast cancer treatment. *Alternative Therapies in Health and Medicine. 1997*;3(5);62-70.

M007C5I0382

63.  ·Lamas GA, Mitchell FG, Glaker GC, Smith SC, Gersh BJ, Basta L, **Moyé, L**, Braunwald E, Pfeffer, MA. "Clinical significance of mitral regurgitation after acute myocardial infarction". *Circulation.*1997;96:827-833.

64.  Mahmarian JJ, **Moyé, LA** Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Jain A, Chaitman BR, Weng CSW, Morales-Ballejo H, Pratt CM. Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling after acute myocardial infarction: results of a multicenter prospective randomized double-blind placebo controlled trial. *Circulation.* 1998;97:2017-2024.

65.  Hager WD, Davis BR, Riba A, **Moyé LA**, Wun CC, Rouleau JR. Lamas GA. Pfeffer MA, for the SAVE Investigators. Absence of a deleterious effect of calcium channel blockers in patients with left ventricular dysfunction following myocardial infarction: The SAVE study experience. *Am Heart J* 1998;135:406-413.

66.  **Moyé, LA**. P-Value Interpretation and Alpha Allocation in Clinical Trials. *Ann Epidemiol* 1998;8:351-357.

67.  Pratt CM, MD, Mahmarian JJ, Morales-Ballejo H,Casareto R and **Moyé, LA** for the Transdermal Nitroglycerin Investigators Group. The long-term effects of Intermittent transdermal nitroglycerin on left ventricular remodeling after acute myocardial infarction: Design of a randomized, placebo controlled mulitcenter trial. . *American Journal of Cardiology*;1998:81-719-724.

68.  Wittes J, Lakatos E, Black D Geraci B, Davis B, **Moyé L**, Probstfield J. Selecting Screening Criteria for Clinical Trials: An Example for the Systolic Hypertension in the Elderly Program (SHEP). *Control Clin Trials.* 1999 Apr;20(2):121-32.

69.  Sacks FM, **Moyé LA**, Davis BR, Cole TB, Rouleau JL, Nash D, Pfeffer M, Braunwald E. Relationship between plama LDL concentrations during treatment with pravastatin and recurrent coronary events in the Cholesterol and Recurrent Events trial. *Circulation*, 1998;97:1446-1452.

70.  Vantrimpont P, Rouleau J, Ciampi A, Harel F, de Champlain J, Bicher D, **Moyé L**, Pfeffer M for the SAVE Investigators. Two-year Time Course and Significance of Neurohumoral Activation in the survival and Ventricular Enlargement (SAVE) Study. *Eur Heart J* 1998;19:1552-1563.

71.  Lewis SJ, **Moye' LA**, Sacks FM, Johnstone DE, Timmis G, Mitchell J, Limacher M, Kell S, Glasser SP, Grant J, Davis BR, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in older patients with myocardial infarction and cholesterol levels in the average range. Results of the Cholesterol and Recurrent Events (CARE) trial. *Ann Intern Med* 1998;129:681-689.

72.  Lewis SJ, Sacks FM, Mitchell JS, East C, Glasser S, Kell S, Letterer R, Limacher M, **Moyé LA**, Rouleau JL, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in women after myocardial infarction: the cholesterol and recurrent events (CARE) trial. *J Am Coll Cardiol* 1998;32:140-6.

73.  Ridker PM, Ritai, N, Pfeffer MA, Sacks FM, **Moyé LA**, Goldman S, Flaker GC, Braunwald E for the Cholesterol and recurrent events (CARE) ivestigators. 'Inflammation, pravastatin, and the risk of coronary events after myocardial infarction in patients with average cholesterol levels. *Circulation* 1998;98:839-44.

74.  Mahmarian JJ, **Moyé LA**, Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Avanindra J, Chaitman BR, Weng CSW, Morales-Ballejo Hugo, Pratt CM. "Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling after acute myocardial infarction" *Circulation.* 1998;97:2017-2024.

M007C50383

75.   Wittes J, Lakatoes I, Black E, Black D, Garaci B, Davis B, **Moyé L**, Probstfield J. . "Selecting blood pressure entry criteria for the Systolic Hypertension in the Elderly Program (SHEP). *Controlled Clinical Trials;1999;20:121-132.*

76.   Plehn JF, Davis BR, Rouleau, JL, Pfeffer MA, Bernstein V, Cuddy TE, **Moyé L**, Piller L, Rutherford J, Simpson L, Braunwald E, Sacks F for the CARE Investigators. Reduction of stroke incidence following myocardial infarction with the pravastatin: The Cholesterol and recurrent events (CARE) study. *Circulation* 1999;99:216-223.

77.   Fisher LD, **Moyé  LA**. Carvedilol and the Food and Drug Administration Approval Process: An Introduction. *Controlled  Clin Trials* 1999;20:1-15.

78.   **Moyé  LA** P-Value Interpretation in Clinical Trials. The Case for Discipline. *Controlled Clin Trials* 1999;20:40-49.

79.   Pfeffer MA,, Sacks FM, **Moyé LA**, East C, Goldman S, Nash DT, Rouleau JR, Rouleau LJ, Sussex BA, Theroux P, Vanden Belt RJ, Braunwald E. Influence of baseline lipids on effectiveness of pravastatin in the CARE trial. *J Am Coll Cardiol* 1999;33:125-130.

80.   Goldberg RB, Mellies M, Sacks F, **Moyé  LA**, Howard B, Howard WJ, Davis B. Cole TG, Pfeffer MA, Braunwald E for the CARE Investigators. Cardiovascular Events and their reduction with pravastatin in diabetic and glucose intolerant myocardial infarction survivors with average cholesterol levels:observations in the CARE trial. *Circulation* 1998;98:2513-2519.

81.   **Moyé LA**. Alpha Calculus in Clinical Trials:  Considerations and Commentary for the New Millenium. *Statist. Med.*2000;19:767-779.

82.   Richardson MA, Ramirez T, Russell N, **Moyé, LA**. Coley toxins immunotherapy:  A retrospective review. Altern Ther Health Med. 1999;5(3):42-47.

83.   Kapadia AS, Chan W, Sachdeva R, **Moyé LA**, Jefferson LS.  Predicting Duration of Stay in a Pediatric Intensive CARE Unit: A Markovian Approach. *European Journal of Operations Research* 124 (2000) 353-359.

84.   **Moyé LA**. Alpha Calculus in Clinical Trials:  Considerations and Commentary for the New Millenium. Rejoinder *Statist.  Med.*2000;19:795-99.

85.   Mikhail OI, Brinker MR Swint JM, **Moyé LA**, Sabino M.Technology Evolution: The technology spectrum and its appliation to orthopaedic technologies.  *Int J Technol Assess Health Care*. 1999 Winter;15(1):254-63.

86.   Flaker GC, Warnica J W, **Moyé LA**, Sacks FM for the Cholesterol and recrurent events CARE investigators. 'Pravastatin prevents clinical events in PTCA patients with normal cholesterol levels". *J Am Coll Cardiol* 1999;34:106-112.

87.   Gorlick et. al. **Moyé L** et. al. Therapeutic benefit. Aspirin revisited in light of the introduction of clopidogrel. *Stroke*. 1999 Aug;30(8):1716-21.

88.   Plehn JF, Davis BR, Sacks FM, Rouleau JL, Pfeffer MA, Bernstein V, Cuddy E, **Moyé LA**, Piller LB, Rutherford J, Simpson LM, Braunwald E. Reduction of Stoke Incidence after myocardial infarction with pravastatin; The CARE Study. *Circulation.*1999;99:216-223.

89.   Morgenstern L, Wein T, Smith M, **Moyé L**, Pandey D, Labarthe D.  Comparison of stroke hospitalization rates among Mexican Americans and non Hispanic whites. *Neurology* 2000;54:2000-2002.

90.   Flather MO, Yusuf S, Kaber L, Pfeffer M, Hall A, Murray G, Torp-Pedersen C, Ball S, Pogue J, **Moyé L**, Braunwald E, for the ACE inhibitor Mycardial Infarction Collaborative Group. Long-term ACE-inhibitor therapy in patients with heart failure or

M007C5D384

left-ventricular dysfunction: a systematic overview of data from individual patients. *Lancet* 2000;355:1575-81.

91.  Sacks FM, Alaupovic P, **Moye LA**, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. Very Low Density Lipoproteins, Apolipoproteins B, CIII, and E and Risk of Recurrent Coronary Events in the Cholesterol and Recurrent Events (CARE) Trial. *Circulation* 2000;102:1886-1892.

92.  Lai D. **Moyé LA**, Davis BM. Brownian Motion and Long-Term Clinical Trial Recruitment.". *Journal of Statistical Planning and Inference.* 93(2001)239-246.

93.  Morgenstern LB, Steffen-Batey L, Smith MA, Moyé LA. Barriers to stroke prevention and acute stroke treatment in Mexican Americans. *Stroke* 2001;32:1360-1364.

94.  **Moyé LA**. Random Research. *Circulation.*2001;103:3150-3.

95.  Campos, H,. **Moyé LA**, Glasser S. Stampfer M, Sacks FM. Low Density Lipoprotein Particle Size, Cholesterol and Apolipoprotein B concentration and Coronary Events. The Cholesterol and Recurrent Events (CARE) Trial. J. Am. Med. Ass. 286(12):1468-74.

96.  Bray P, Cannon CP, Goldschmidt-Clermont, **Moyé LA**, Pfeffer MA, Sacks FM, Braunwald E. The platelet $Pl^{A2}$ and angiotensin-converting enzyme (ACE) D allele Polymorphisms and the risk of recurrent events after acute myocardial infarction. *Am J Cardiol* 2000;88:347-352.

97.  **Moyé LA**. The perils of nonprospectively planned research. Part1: Drawing conlcusions from sample-baseed research. *American Clinical Laboratory.* April 2001. pp34-36.

98.  **Moyé LA**. The perils of nonprospectively planned research. Part 2: Guidelines for reviewing the results of sample-based research. *American Clinical Laboratories.*May 2001. pp20-22.

99.  **Moyé LA**, Power JH. Evaluation of Ethnic Minorities and Gender Effects in Clinical Trials:Opportunities Lost and Rediscovered.. *J Natl Med Assoc.2001;93(suppl):1-6.*.

100. **Moyé LA**, Deswal, A. Trials with trials: confirmatory subgroup analyses in controlled clinical experiments. *Controlled Clinical Trials* 2001;22:605-619.

101. Morgenstern LB, Steffen-Batey L, Smith MA, **Moyé LA**. Barriers to stroke prevention and acute stroke treatment in Mexican Americans. *Stroke* 2001;32:1360-1364.

102. Piriyawat P, Smajsova M, Smith MA, Pallegar S, Al-Wabil A, Garcia N, Risser JM, **Moyé LA**, Morgenstern LB. Comparison of active and passive surveillance for cerebrovascular disease: The Brain Attack Surveillance in Corpus Christi (BASIC) Project.. *Am J Epidemiol* 2002;156:1062-1069.

103. Lai D, King T, **Moyé LA**, Wei Q. Sample size for biomarker studies. More subjects or more measurements per subject. Accepted. 2002.. *Annals of Epidemiology.*

104. Zornoff LA, Sutton MSJ, Rouleau ML, Lamas GA, Plattert T, Rouleau J, **Moyé LA**, Lewis, S. Right ventricular dysfunction and risk of heart failure and mortality folliwng myocardial infaction. Accepted. *Journal of the American College of Cardiology.* February, 2002.

105. **Moyé LA**, Tita, A. Defending the Rationale for the Two-Tailed Test in Clinical Research. *Circulation,* 2002;105:3062-3065. June, 2002.

106. **Moyé LA**, Deswal A. The Perils of the Random Experiment. *J Card Failure:* 2002; 8: 247-253.

107. Solomon S, Rouleau J, Sutten, MStJ. **Moyé LA**. Ventricular remodeling does not accompany the development of heart failure in diabetic patients. Accepted. *Circulation.* June 2002.

M007C5G385

108.   Tonelli M, **Moyé LA.** Sacks FM, Kiberg B, Curham G for the Cholesterol and Clinical Event (CARE) Trial Investigators. Pravastatin for Secondary Prevention of Cardiovascular Events in Mild Chronic Renal Insufficiency. Analysis of CARE Randomized Trial. *Ann Intern Med*, 2003; 138:98-104.

109.   Piriyawat P, Smajsova M, Smith MA, Pellagar S, Al-Wabil A, Garcia NM, Risser JM, **Moyé LA,** Morgenstern LB. Comparison of Active and Passive Surveillance for Cerebrovascular Disease. The BASIC Project. Am J. Epidemiol 2002:*156*:1062-1069.

110.   Al-Wabil A, Smith MA, **Moyé LA,** Burgin WS. Morgenstern LB.  Improving efficiency of stroke research. The Brain Attack Surveillance in Corpus Christi (BASIC) Study. *Journal of Clinical Epidemiology*. 56 (2003) 351-357.

111.   **Moyé LA,** Deswal A. Perils of the random experiment. *Am J Ther*. 2003 Mar-Apr;10(2):112-21.

112.   Lai DJ, King TM, **Moyé LA.** Sample size for biomarker studies: More subjects or more meassurements per subject? *Ann Epidemiol* (2003) 13 (3):204-208.

113.   Lewis EF, **Moyé LA,** Rouleau JL, Sacks FM, Arnold MO, Warnica JW, Flaker GC, Braunwald E, Pfeffer MA. Predictors of Late Development of Heart Failure in Stable Survivors of Myocardial Infarction. The CARE Study. *J Am Coll Cardiol* 2003;42:1446-53.

114.   Al-Wabil A, Cox MA, **Moyé LA,** Burgin WS, Morgenstern LB.  Improving efficiency of stroke research: The Brain Attack Surveillance In Corpus Christi (BASIC) Study.  *J Clin Epid* 2003;56:351-357.

115.   Smith MA, Risser JMH, Lisabeth LD, **Moyé LA,** Morgenstern LB.  Access to care, acculturation and risk factors for stroke in Mexican Americans:  The Brain Attack Surveillance in Corpus Christi Project.  *Stroke*  2003;34:2671-2675.

116.   Aguilar D, Skali H, **Moyé LA,** Lewis EF. Gazianzo M, Rutherford JD, Hartley H, Randall OS, Geltman EM, Lamas GA, Rouleau JL, Pfeffer MA, Solomon SD. Alchohol Consumption and Prognosis in Patients with Left Ventricular Systolic Dysfunction After a Myocardial Infarction. Accepted. *Journal of the American College of Cardiology*. January, 2004.

117.   Morgenstern LB, Smith MA, Lisabeth LD, Risser JMH, Uchino K, Garcia N, Longwell PJ, McFarling DA, Akuwumi O, Al-Wabil A, Al-Senani F, Brown DL, **Moyé LA.** Excess stroke in Mexican Americans compared with non-Hispanic whites: The Brain Attack Surveillance in Corpus Christi (BASIC) Project. *Am J Epidemiol*, in press.

118.   Uchino K, Risser JMH, Smith MA, **Moyé LA,** Morgenstern LB.  Ischemic Stroke sub-types among Mexican Americans and non Hispanic whites: The Brain Attack Surveillance in Corpus  Christi (BASIC) project. *Neurology*, in press.

119.   Alexandrov AV, Molina CA, Grotta JC, Garami Z, Ford SR, Alvarez-Sabin J, Montaner J, Saqqur M, Demchuk A.M., **Moyé LA.** Hill M.D., Wogner A.W. for the CLOTBUST Investigators. Ultrasound-enhanced systemc thrombolysis for acute ischemic stroke. *New England Journal of Medicine*;251:2170-2178.

120.   Tokmakova M.P., Skali H, Kenchaiah, Braunwald E, Rouleau J.L, Packer M, Chertow G.M. **Moyé L.A.,** Pfeffer M.A., Solomon S.D. Chronic kidney disease, cardiovascular risk, and response to angiotensin-converting enzyme inhibition after myocardial infarction. *Circulation*:**110**;3667-3673.

121.   Kass-Hout  TA. **Moyé LA,** Smith MA. Morgenstern LB. (2005) Simple Scoring Scheme for Ascertainment of Acute Stroke; the Risk Index Score. Methods of Information in Medicine 45: 27-36 In Press.

M007C5D386

122. Sugg RM, Pary JK, Shaltoni HM, Baraniuk MS, Gonzales NR, Garami Z, Shaw SG, Matherne DE, Moyé LA, Alexandrov AV, Grotta JC. TPA argatroban stroke study (TARTS): study design and results in the first treated cohort. Accepted. *Archives of Neurology*.

123. Lisabeth LD, Risser JMH, Brown D, Al-Senami F, Uchino K, Smith M, Garcia N, Longwell PG, McFarling DA, Al-Wabil A, Akuwumi O, Moyé LA, Morgenstern L. (2006) Stroke Burden in Mexican-Americans: The Impact of Mortality Following Stroke. *Annals of Epidemiology* 16;33-40.

124.

## Submitted Manuscripts

1. Moyé, LA. Baraniuk S. Dependence, Hyperdependence, and Hypothesis Testing in Clinical Trials. Submitted. *Controlled Clinical Trials*. January 2006.

2. Boake C, Noser, EA, Ro T, Baraniuk S, Gager M, Johnson R, Salmeron ET, Tran TM, Lai JM, Taub E, Moyé LA, Grotta JC, Levin HS. Effectivness of constraint-induced movement therapy in early stroke rehabilitation. Neurorehabilitation and Neural Repair. Submitted January 2006.

3. Mahmarian JJ, Shaw LJ, Filipchuk NG, Dakik HA, Iskander SS, Ruddy TD, Henzlova MJ, Keng F, Allam A, Moyé LA, Pratt CM. A multinational study to establish the value of early adenosine technetium-99m sestamibi myocardial perfusion imaging in identifying a low-risk group for early hospital discharge following acute myocardial infarction. Submitted Journal of the American Cardiology Society. January 2006.

## Editorials

Pratt CM, Moyé LA. The Cardiac Arrhythmia Suppression Trial. Casting Ventricular Arrhythmia Suppression in a New Light. *Circulation*. Vol 91, No 1, January 1, 1995.

## Published Correspondence

1. Moyé L, The theory of runs with application for drought predictions - reply. *J Hydrol*. 110(3-4):391, Oct 1989.

2. Pfeffer MA, Moyé, LA, et al. Reply to Correspondence. *N Engl J Med* 1993;329:

3. Moyé LA, Abernethy D. Carvedilol in Patients with Chronic Heart Failure. *N Engl J. Med*. Vo., 335  October 24, 1996 pp 1318-1319.

4. Moyé LA, Annegers JA. Anorexigen and Valvulopathy. *N Engl J. Med*. February 11, 1999.

5. Moyé LA, Annegers JA. Underestimation of Valvulopathy Effect of Fenfluramines. *J Am Col Car;*36:1434-1435.

6. Moyé LA, Tita ATN, Hypothesis Testing Complexity in the Name of Ethics. *American Journal of Clinical Epidemiology*. July 2001.

## Books

1. Moyé LA.(2000) *Statistical Reasoning in Medicine – The P value Primer*. New York. Springer.

2. Moyé LA, Kapadia AS(2000). *Difference Equations with Public Health Applications*. New York. Marcel Dekker.

M007C5D387

3.   **Moyé LA** (2003) *Multiple Analyses in Clinical Trials: Fundamentals for Investigators*
     New York. Springer. .
4.   **Moyé LA.** (2004) *Finding Your Way in Science: How to Combine Character,*
     *Compassion, and Productivity in Your Research Career.* Vancouver, Canada. Trafford.
5.   Kapadia AS. Chen W. **Moyé LA.** (2005) *Mathematical Statistics with Applications:.*
     New York. Taylor Francis.
6.   .**Moyé LA.** (2005)  *Statistical Monitoring of Clinical Research: Fundmentals for*
     *Investigators.* New York. Spinger.  October 2005.
7.   **Moyé LA**.(2006) *Statistical Reasoning in Medicine – The P value Primer.* 2nd Edition
     New York. Springer (to appear Summer 2006).
8.   **Moyé LA** (2006) Elemenary Bayesian Biostatistics. Francis and Taylor. (to appear Fall,
     2007.

## Book Chapters

1.   Lewis RA and **Moyé, LA** Basic and Clinical Science Course- Section 1. Fundamentals
     and Principles of Ophthalmology. 1986-87. American Academy of Ophthalmology. San
     Francisco, California.
2.   Sacks F, Pfeffer MA, **Moyé LA** . Clinical Trials in Atherosclerotic Disease. Marcel
     Dekker. May 2000.
3.   **Moyé LA**, and Pfeffer MA. Attenuation of Ventricular Enlargement: The SAVE Study.
     Invited Chapter for Clinical Trials in Hypertension. Henry Black, editor.  Marcel Dekker
     2000.
4.   **Moyé LA.** (2003)Adjustment The SAGE Encyclopedia of Social Science Research
     Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim Futing Liao.
5.   **Moyé LA.** (2003)Aggregation (see Ecological Fallacy)The SAGE Encyclopedia of
     Social Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim
     Futing Liao.
6.   **Moyé LA.** (2003)Alpha Significance Level of a Test. The SAGE Encyclopedia of Social
     Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim
     Futing Liao
7.   **Moyé LA.** Modern Issues in Multiple Analyses. Invited Chapter. Handbook of
     Epidemiology and Medical Statistics. Edited by C.R.Rao, J. Philip Miller, and D.C. Rao.
     To appear in 2006.

## Teaching Experience

| | | | |
|---|---|---|---|
| 1. | Spring 1987 | PH1910 | Statistical Theory of Biometry -50% responsibility |
| 2. | Fall 1988 | PH1910 | Statistical Theory of Biometry -10% responsibility |
| 3. | Fall 1988 | PH1998 | Theoretical Statistics with Applications -80% responsibility |
| 4. | Spring 1988 | PH1911 | Statistical Theory of Biometry-20% responsibility |
| 5. | Fall 1989 | PH1970 | Multivariate Analysis - 100% responsibility |
| 6. | Spring 1989 | PH1911 | Statistical Theory of Biometry- 20% responsibility |
| 7. | Spring 1990 | PH1971 | Multivariate Analysis - 100% responsibility |
| 8. | Spring 1990 | PH1998 | Bayesian Analysis - 15% responsibility |
| 9. | Fall 1990 | PH1998 | Theoretical Statistics with Applications -80% responsibility |

M007C5C03BB

| 10. | Fall 1990 | PH1725 | Intermediate Biometry – 100% responsibility |
|-----|-----------|--------|---------------------------------------------|
| 11. | Fall 1991 | PH1970 | Multivariate Analysis - 100% responsibility |
| 12. | Spring 1992 | PH1971 | Multivariate Analysis - 100% responsibility |
| 13. | Fall 1992 | PH1725 | Intermediate Biometry - 100% responsibility |
| 14. | Spring 1993 | PH1726 | Intermediate Biometry - 100% responsibility |
| 15. | Fall 1993 | PH1725 | Intermediate Biometry - 100% responsibility |
| 16. | Spring 1994 | PH1726 | Intermediate Biometry - 100% responsibility |
| 17. | Fall 1994 | PH1725 | Intermediate Biometry - 100% responsibility |
| 18. | Spring 1995 | PH1821 | Statistical Analysis - 100% responsibility |
| 19. | Fall 1995 | PH1820 | Statistical Analysis - 100% responsibility |
| 20. | Spring 1996 | PH1821 | Statistical Analysis - 100% responsibility |
| 21. | Fall 1996 | PH1820 | Statistical Analysis - 100% responsibility |
| 22. | Spring 1997 | PH1821 | Statistical Analysis - 100% responsibility |
| 23. | Fall 1997 | PH1820 | Statistical Analysis - 100% responsibility |
| 24. | Spring 1998 | PH1821 | Statistical Analysis - 100% responsibility |
| 25. | Fall 1998 | PH1820 | Statistical Analysis - 100% responsibility |
| 26. | Spring 1999 | PH1821 | Statistical Analysis - 100% responsibility |
| 27. | Fall 1999 | PH1820 | Statistical Analysis - 100% responsibility |
| 28. | Spring 2000 | PH1821 | Statistical Analysis - 100% responsibility |
| 29. | Fall 2000 | PH1820 | Statistical Analysis - 100% responsibility |
| 30. | Fall 2000 | PH1998 | Difference Equations in Public Health – 50% resp. |
| 31. | Spring 2001 | PH1998 | Overview of Clinical Trials -100% responsibility |
| 32. | Fall 2001 | PH1820 | Statistical Analysis – 100 % responsibility |
| 33. | Fall 2001 | PH2712 | Experimental Methods in Epidemiology 25% |
| 34. | Spring 2002 | PH1998 | Statistical Methodology in Clinical Trials – 100% |
| 35. | Fall 2002 | PH1820 | Statistical Analysis – 100% responsibility |
| 36. | Fall 2002 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 37. | Spring 2003 | PH1998 | Statistical Methodology in Clinical Trials – 100% |
| 38. | Fall 2003 | PH1820 | Statistical Analysis – 100% responsibility |
| 39. | Fall 2003 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 40. | Spring 2004 | PH1821 | Statistical Methods in Clinical Trials – 100% |
| 41. | Fall 2004 | PH1725 | Intermediate Biostatistics – 100% |
| 42. | Spring 2005 | PH1726 | Intermediate Biostatistics – 100% |
| 43. | Fall 2005 | PH1820 | Statistical Analysis – 100% |
| 44. | Fall 2005 | PH2712 | Experimental Methods in Epidemiology – 25% |

## Student supervision

- **Thesis and Dissertation Committee**
- Susana Halabi-Boussard. "Optimal Time Point Selection in Cox Proportional Hazard Analysis. June, 1994.
- Ken Hess, Ph.D. Use of Cubic Splines in Cox Regression Analysis. August, 1992.
- Jean Hoepfel, Ph.D.(Epidemiology) Behavioral Risk Profile of Marathon Runners. November, 1994.
- Renuka Trividi. Prospective Run Theory for Multinomial Outcomes. May, 1994.
- Dillip Pandey, Ph,.D. in Epidemiology 1995
- Barbara Kimmel MS in Biometry, 1996.

M007C50389