6/02/2006 L. Moye Deposition Excerpts

• Dedrick - Daubert (Moye)

[1:] - [1:24]        6/2/2006      Moye, Lemuel A.

```
page 1
    0001
1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2
        IN RE: VIOXX         :  MDL DOCKET NO.
3       LITIGATION PRODUCTS  :  1657
        LIABILITY LITIGATION :  SECTION L
4                            :
        This document relates:  JUDGE FALLON
5       To                   :
        GERALD BARNETT AND   :  MAGISTRATE JUDGE
6       CORRINE BARNETT      :  KNOWLES
              V.             :
7       MERCK & CO., INC.    :
                             :
8       Civil Action No.     :
        2:06cv485            :
9                   - - -
10              June 2, 2006
11                  - - -
12           Oral deposition of LEMUEL A. MOYE,
13      M.D., Ph.D., held in the offices of
14      Abraham, Watkins, Nichols, Sorrels,
15      Matthew & Friend, 800 Commerce, Houston,
16      Texas, commencing at 9:30 a.m., on the
17      above date, before Linda L. Golkow, a
18      Federally-Approved Registered Diplomate
19      Reporter and Certified Shorthand
20      Reporter.
                      - - -
21           GOLKOW LITIGATION TECHNOLOGIES
                    Four Penn Center
22          1600 John F. Kennedy Boulevard
                      Suite 1210
23          Philadelphia, Pennsylvania 19103
                     877.DEPS.USA
24
page 2
1    A P P E A R A N C E S :
2
3           BEASLEY, ALLEN, CROW, METHVIN,
            PORTIS & MILES
```

[83:20] - [83:24]      6/2/2006      Moye, Lemuel A.

```
page 83
16           THE WITNESS:  I'm not sure I
17      know how to answer that.  As I
18      read the internal documents and
19      tried to put together in my mind
20      what was going on here, I think it
21      became clear to me what they
22      weren't doing, so, I suppose I am
23      going to speak to some degree
24      about the motives.
page 84
1   BY MR. PIORKOWSKI:
2       Q.   Let me rephrase it like
3   this:  You understand that there are
4   things that one believes should be done
```

[84:22] - [85:3]      6/2/2006      Moye, Lemuel A.

```
page 84
18  I don't think Merck did them.  Fair
19  enough?
```

6/02/2006 L. Moye Deposition Excerpts

• Dedrick - Daubert (Moye)

```
                              20       A.    Yes.
                              21       Q.    Okay.
                              22             Are you offering any
                              23  opinions that Merck intended to hurt
                              24  patients or intended to mislead the FDA?
                              page 85
                              1             MR. SIZEMORE:  Object to
                              2     form.
                              3             THE WITNESS:  I think I am.
                              4   BY MR. PIORKOWSKI:
                              5       Q.    What expertise do you have
                              6   in determining corporate intent?
                              7       A.    My expertise with working
```

[85:18] - [85:24]        6/2/2006     Moye, Lemuel A.

```
                              page 85
                              14  issues are concerned, what specific
                              15  issues are you intending to offer
                              16  opinions about with respect to either
                              17  Merck's intent or Merck's motives?
                              18      A.    I think I can probably speak
                              19  most clearly about Merck's intent.  And I
                              20  believe Merck's intent was not to provide
                              21  a fair, clear assessment of the
                              22  relationship between Vioxx and
                              23  cardiovascular events -- cardiovascular
                              24  serious adverse events.
                              page 86
                              1       Q.    At a particular point in
                              2   time?
                              3       A.    I have examples at
                              4   particular points in time, yes.
```

[87:18] - [88:3]         6/2/2006     Moye, Lemuel A.

```
                              page 87
                              14      Q.    But you've never completed
                              15  residency training, right?
                              16      A.    Never entered residency
                              17  training.  That's right.
                              18      Q.    You are not fellowship
                              19  trained in cardiology, correct?
                              20      A.    That's true.  I'm not
                              21  fellowship trained.
                              22      Q.    You're not board certified
                              23  in cardiology?
                              24      A.    I'm not board certified.
                              page 88
                              1       Q.    You don't hold yourself out
                              2   as a cardiologist, right?
                              3       A.    That's right.
                              4       Q.    You're not fellowship
                              5   trained in hematology; is that right?
                              6       A.    That's right.
                              7       Q.    You're not board certified
```

[88:22] - [89:1]         6/2/2006     Moye, Lemuel A.

```
                              page 88
                              18      A.    Right.
                              19      Q.    You don't hold yourself out
                              20  as an expert in rheumatology, correct?
                              21      A.    That's correct.
                              22      Q.    You don't hold yourself out
                              23  as an expert in pharmacology, either,
                              24  right?
                              page 89
                              1       A.    That's correct.
                              2       Q.    Am I correct you've not seen
```

6/02/2006 L. Moye Deposition Excerpts

• **Dedrick - Daubert (Moye)**

```
                              3  a patient since March of 1992?
                              4      A.   That's not true.  Certainly,
                              5  I have not been in practice since March
```

[89:2] - [89:23]      6/2/2006      Moye, Lemuel A.

```
page 88
22      Q.   You don't hold yourself out
23  as an expert in pharmacology, either,
24  right?
page 89
1       A.   That's correct.
2       Q.   Am I correct you've not seen
3  a patient since March of 1992?
4       A.   That's not true.  Certainly,
5  I have not been in practice since March
6  of 1992, but I've seen patients, and the
7  biggest -- I saw many patients during the
8  Katrina debacle, but I've certainly not
9  been in practice since March 1992.
10      Q.   By "not in practice," that
11  means you didn't have regular office
12  hours?
13      A.   That's true.
14      Q.   Is that what that means?
15      A.   That's right.
16      Q.   All right.
17           In what capacity have you
18  seen patients since March of 1992?
19      A.   Actually, more as courtesy
20  than anything else.  And also the
21  emergency care that first responders
22  provided at the Astro Arena last
23  September.
24      Q.   Do you currently keep a
page 90
1  valid medical license?
2       A.   I do.
3       Q.   In Texas?
```

[91:5] - [91:20]      6/2/2006      Moye, Lemuel A.

```
page 91
1  to do that.
2       Q.   To sort of contribute to the
3  effort?
4       A.   Yes, sir.
5       Q.   Have you ever prescribed
6  Vioxx?
7       A.   No.
8       Q.   Have you ever counseled a
9  patient about Vioxx?
10      A.   No.
11      Q.   Did you ever read the
12  product label for Vioxx while Vioxx was
13  on the market?
14      A.   No.
15      Q.   Have you ever prescribed any
16  COX-2 inhibitor drug?
17      A.   No.
18      Q.   Do you have any personal
19  experience with Vioxx?
20      A.   No.
21      Q.   Are there any physicians
22  that you know who prescribed Vioxx with
23  whom you've discussed their experience?
24      A.   No.
```

6/02/2006 L. Moye Deposition Excerpts

• **Dedrick - Daubert (Moye)**

[91:21] - [92:4]          6/2/2006       Moye, Lemuel A.

```
page 91
17        A.    No.
18        Q.    Do you have any personal
19   experience with Vioxx?
20        A.    No.
21        Q.    Are there any physicians
22   that you know who prescribed Vioxx with
23   whom you've discussed their experience?
24        A.    No.
page 92
1         Q.    Are there any patients you
2    know who've used Vioxx with whom you've
3    discussed their experience?
4         A.    No.
5         Q.    When you were practicing
6    medicine regularly, did you prescribe
7    nonselective nonsteroidal
8    anti-inflammatory drugs?
```

[95:1] - [95:4]           6/2/2006       Moye, Lemuel A.

```
page 94
21   I would say, five to seven days of a
22   nonsteroidal anti-inflammatory, but
23   primarily it was a combination of rest
24   and exercise and warm water baths.
page 95
1         Q.    Did you conduct at any point
2    in your career any original laboratory
3    research on COX-2 inhibitors?
4         A.    No, sir.
5         Q.    Did you conduct any original
6    laboratory research on the effects of
7    nonsteroidal anti-inflammatory drugs?
8         A.    No.
```

[95:9] - [96:2]           6/2/2006       Moye, Lemuel A.

```
page 95
5         Q.    Did you conduct any original
6    laboratory research on the effects of
7    nonsteroidal anti-inflammatory drugs?
8         A.    No.
9         Q.    Were you the author of any
10   original epidemiological studies on Vioxx
11   or any other COX-2 inhibitor?
12        A.    No.
13        Q.    Are you the author of any
14   original epidemiological studies on the
15   effects of NSAIDs?
16              MR. SIZEMORE:  Did you get
17        that question?
18              THE WITNESS:  I did.  Let me
19        answer this way.  I was not
20        involved in an epidemiologic study
21        that focused on the effect of
22        NSAIDs.  That's true.
23   BY MR. PIORKOWSKI:
24        Q.    Were you involved in a study
page 96
1    that focused on the efficacy of NSAIDs?
2         A.    No.
3         Q.    Were you involved in a study
4    that focused on the safety of NSAIDs?
5         A.    Yes.  We used NSAIDs as a
6    control.  We used actually ibuprofen as a
```

6/02/2006 L. Moye Deposition Excerpts

• **Dedrick - Daubert (Moye)**

[108:17] - [108:19]      6/2/2006      Moye, Lemuel A.

```
page 108
13  sometimes Advisory Committees meet
14  together.  Sometimes one group will
15  borrow from another, but in general, what
16  you say is true.
17       Q.    Advisory Committees also
18  include biostatisticians, correct?
19       A.    Yes.
20       Q.    And even though you were on
21  the cardiorenal Advisory Committee,
22  you're not an expert in cardiology or
23  nephrology, right?
```

[108:20] - [109:4]      6/2/2006      Moye, Lemuel A.

```
page 108
16  you say is true.
17       Q.    Advisory Committees also
18  include biostatisticians, correct?
19       A.    Yes.
20       Q.    And even though you were on
21  the cardiorenal Advisory Committee,
22  you're not an expert in cardiology or
23  nephrology, right?
24       A.    I would disagree with you
page 109
1  about that.  I certainly am not a
2  cardiologist, but I have extensive
3  training and experience carrying out
4  cardiovascular clinical trials.
5       Q.    Were you chosen for the
6  committee as a result of your cardiology
7  experience or as a result of your
8  biostatistics experience?
```

[120:15] - [121:4]      6/2/2006      Moye, Lemuel A.

```
page 120
11  different points of view with respect to
12  these issues of safety and efficacy with
13  respect to a particular drug?
14       A.    Certainly.
15       Q.    And often one or more
16  Advisory Committee member dissents from
17  the majority view?
18       A.    Yes.
19       Q.    Because the decisions often
20  involve questions of medical judgment.
21  Fair to say?
22       A.    Yes.  Individual medical
23  judgment, yes.
24       Q.    And reasonable minds can
page 121
1  often differ on these questions.  Would
2  you agree?
3       A.    Yes.  There are some tough
4  questions.
5       Q.    And in fact, if we were to
6  look at your own voting record on the
7  cardiorenal Advisory Committee, more
8  often than not you were in the minority,
```

[132:6] - [132:19]      6/2/2006      Moye, Lemuel A.

```
page 132
2       A.    No.  It was a different
3  product.
4       Q.    What product was that?
```

6/02/2006 L. Moye Deposition Excerpts

• **Dedrick - Daubert (Moye)**

```
 5      A.    I don't remember.
 6      Q.    What about Proctor & Gamble?
 7      A.    Proctor & Gamble was a
 8  consultation about an antipsychotic
 9  medication.
10      Q.    Was it in your capacity as a
11  biostatistician?
12      A.    Yes, it was, and also my
13  expertise in cardiology because there was
14  concern about the occurrence of
15  arrhythmias.
16      Q.    Did you design a study?
17      A.    No, sir.  I beg your pardon.
18  Yes.  I didn't execute it or analyze it,
19  but I helped design it.
20      Q.    Was the study you helped
21  design carried out?
22      A.    I believe so, yes.
23      Q.    At what stage was the
```

[134:13] - [135:18]     6/2/2006    Moye, Lemuel A.

```
page 134
 9      A.    No.
10      Q.    Nothing else for Marion
11  Merrill-Dow besides Seldane?
12      A.    That's right.
13      Q.    How about Pfizer?
14      A.    Pfizer, any psychotic
15  medication for them I was involved in
16  analyzing the results of the clinical
17  study.  Same type of newer generation
18  anti-schizophrenic medication that they
19  feared was associated with arrhythmias.
20      Q.    Is this by virtue of your
21  work in the Seldane litigation that these
22  came into you?
23      A.    I don't know.  It certainly
24  makes sense, because the kind of
page 135
 1  arrhythmia we were concerned about in
 2  Seldane was related to the arrhythmias
 3  that were associated with these newer
 4  anti-psychotics.
 5      Q.    Okay.
 6            Did you design a clinical
 7  trial or was that just a one-time
 8  consultation?
 9      A.    I think it was just a short
10  consultation evaluation of their Phase
11  III clinical -- of their Phase III safety
12  program.  So, it's preapproval.
13      Q.    While it was still going on?
14      A.    You mean while the trial was
15  still going on?
16      Q.    Yes.
17      A.    I think while the trial --
18  yes, yes, and afterwards, yes.
19      Q.    Okay.
20            Any other work for Pfizer?
21      A.    I've given some lectures at
22  Pfizer, but not consulted on a drug.
```

[135:20] - [137:13]     6/2/2006    Moye, Lemuel A.

```
page 135
16      Q.    Yes.
17      A.    I think while the trial --
18  yes, yes, and afterwards, yes.
19      Q.    Okay.
20            Any other work for Pfizer?
```

6/02/2006 L. Moye Deposition Excerpts

• Dedrick - Daubert (Moye)

```
21        A.    I've given some lectures at
22   Pfizer, but not consulted on a drug.
23        Q.    What lectures have you
24   given?
page 136
1         A.    I gave three lectures to
2    Pfizer, November 2004.  Do you want the
3    topics?
4         Q.    Sure.
5         A.    Okay.
6         Q.    Would they be on your CV?
7         A.    Yes, they would.
8         Q.    Let me give you that if that
9    helps.
10                - - -
11               (Whereupon, Deposition
12          Exhibit Moye MDL 3, Curriculum
13          Vitae of Lemuel A. Moye, M.D.,
14          Ph.D. (22 pages), was marked for
15          identification.)
16                - - -
17   BY MR. PIORKOWSKI:
18        Q.    I'm going to give you what I
19   marked as Exhibit 3, which is your CV.
20        A.    (Witness reviewing
21   document.)
22              Yes.  Here they are.  Items
23   56, 57 and 58.  One was a discussion of
24   dependence in subgroup analyses.  The
page 137
1    other was hyperdependence in clinical
2    trial analyses.
3         Q.    I'm sorry, what page are you
4    on?
5         A.    I'm on Page 15.
6         Q.    56, 57 and 58?
7         A.    56, 57 and 58.  So,
8    dependence in subgroup analyses,
9    hyperdependence in clinical trial
10   analyses, and professionalism in science.
11        Q.    Okay.
12              Anything else for Pfizer?
13        A.    No.
14        Q.    What about -- how do you say
15   that, Hoechst --
16        A.    Hoechst Roussel.  Yeah, they
17   were interested -- again, this was a
```

[176:7] - [177:5]    6/2/2006    Moye, Lemuel A.

```
page 176
3    product I think was ziprasidone,
4    Z-I-P-R-A-S-I-D-O-N-E.  Marion
5    Merrill-Dow and Seldane.  That's it.
6         Q.    That's it?
7               What was your role for
8    Bristol-Myers Squibb before the FDA?
9         A.    As --
10        Q.    You were hired by
11   Bristol-Myers Squibb to appear before the
12   FDA on their behalf?
13        A.    In the context of our
14   previous discussion about my work in SAE,
15   we had produced a new type of statistical
16   analysis that the FDA was not familiar
17   with, and I gave, I think, one lecture to
18   the FDA officials about the development
19   of this measure.
20        Q.    Okay.
21              So, you were not serving as
22   an advocate for the product, you were
```

6/02/2006 L. Moye Deposition Excerpts

• Dedrick - Daubert (Moye)

```
                    23   just explaining the statistical method?
                    24        A.    That's correct.
                    page 177
                    1         Q.    All right.
                    2               And is that your only
                    3    involvement before the FDA with
                    4    Bristol-Myers Squibb?
                    5         A.    Yes.
                    6         Q.    Was that an advisory
                    7    committee or a private meeting of FDA
                    8    officials?
                    9         A.    Private meeting with FDA
```

[181:10] - [182:11]      6/2/2006    Moye, Lemuel A.

```
                    page 181
                    6    BY MR. PIORKOWSKI:
                    7         Q.    And that's the only one I
                    8    see on there.
                    9         A.    Right.
                    10              Excuse me.  I owe you a
                    11   fourth presentation before I forget.
                    12        Q.    Yes.
                    13        A.    It was actually just last
                    14   year.  It was May of 2005, and I
                    15   presented before the FDA on the use of
                    16   orthogonal discriminate analysis in
                    17   developing mixtures of proteomic tests to
                    18   predict Alzheimer's disease and
                    19   Parkinson's disease.
                    20        Q.    On whose behalf was that
                    21   presentation?
                    22        A.    Power Three Medical.
                    23        Q.    Was it in association with a
                    24   particular product?
                    page 182
                    1         A.    Yes, it was.  The product
                    2    would be a test kit.
                    3         Q.    Did it have a product name
                    4    you were aware of?
                    5         A.    I would say not yet.  It
                    6    wasn't even that far.
                    7         Q.    All right.
                    8               Is it fair to say that that
                    9    presentation was also about the use of a
                    10   particular statistical technique?
                    11        A.    Yes, that's right.
                    12        Q.    And was that also to -- was
                    13   that a private meeting with FDA officials
                    14   as opposed to a public meeting?
                    15        A.    Private meeting.
```

[207:14] - [208:6]       6/2/2006    Moye, Lemuel A.

```
                    page 207
                    10        Q.    Okay.
                    11              And the same is true for
                    12   other COX-2 inhibitors like Celebrex,
                    13   right?
                    14        A.    Celebrex, I don't quite
                    15   agree with that with Celebrex, because my
                    16   understanding of Celebrex is that it has
                    17   more COX-1, anti-COX-1 activity than
                    18   Vioxx does.  So, to the degree that it
                    19   has more anti-COX-1 activity is the
                    20   degree to which it might inhibit
                    21   thromboxane.
                    22        Q.    Have you looked at any
                    23   literature that discusses the effect of
                    24   Celebrex on thromboxane or not?
                    page 208
```

6/02/2006 L. Moye Deposition Excerpts

• Dedrick - Daubert (Moye)

```
 1      A.   I have not looked at any
 2 particular literature, no.
 3      Q.   There's nothing you've seen
 4 that tells you one way or the other?
 5      A.   I haven't looked to answer
 6 the question.
 7      Q.   Okay.
 8           Is it fair to say then that
 9 you would not expect Vioxx to have an
10 aspirin-like effect on platelets?
```

[242:15] - [243:6]        6/2/2006    Moye, Lemuel A.

```
page 242
11 prostacyclin?
12      A.   In fact, it probably isn't,
13 because it is just a micro environment.
14      Q.   Right.
15           And are there multiple
16 organs in the body that produce
17 prostacyclin?
18      A.   Yes, sir.
19      Q.   What are the organs?
20      A.   Prostacyclin -- kidney.
21      Q.   Kidney.
22      A.   That's the only one that
23 comes to mind right now.
24      Q.   Is it produced in the lung?
page 243
 1      A.   I don't know about that.
 2      Q.   How about the ovary?
 3      A.   I don't know about that.
 4      Q.   You just don't know one way
 5 or the other?
 6      A.   Right.
 7      Q.   And then you see the second
 8 part of that second paragraph on Page 13,
 9 it says, "An alternative hypothesis is
10 that prostacyclin biosynthesis in the
```

[299:7] - [301:12]        6/2/2006    Moye, Lemuel A.

```
page 299
 3 destabilizing plaque.
 4      A.   Okay.  But that's what I
 5 mean.
 6      Q.   Okay.
 7           Well, let's take them one at
 8 a time.  First of all, what's your basis
 9 mechanistically for saying that Vioxx
10 destabilizes plaque?  Do you have any
11 paper or any scientific evidence of that?
12      A.   I don't have any paper that
13 shows definitively that in intravascular
14 atherosclerosis production that COX-2
15 inhibitors can accelerate that.  I guess
16 I would have expected to see that from
17 Merck's own development program.  I mean,
18 it wasn't there.
19           However, I do understand the
20 complexity of the atherosclerotic
21 generation system.  I also understand the
22 delicate interplay in the role of
23 thrombus, and I believe it is admissible
24 that COX-2 inhibitors, like Vioxx, and
page 300
 1 exclusively COX-2 inhibitors, can make
 2 atherogenic caps more friable.
 3           MR. JOSEPHSON:  Objection,
 4      nonresponsive.
 5 BY MR. PIORKOWSKI:
```

6/02/2006 L. Moye Deposition Excerpts

• Dedrick - Daubert (Moye)

```
                    6         Q.    Based on what?
                    7         A.    Based on my understanding of
                    8   how these mechanisms work.
                    9         Q.    We already talked about
                   10   MMP-9 and 2 and their effect on
                   11   stabilizing plaque when you inhibit them.
                   12   Do you have any theory or any paper that
                   13   supports that inhibiting COX-2 causes
                   14   destabilization of plaque specifically?
                   15               MR. WACKER:  Object to form.
                   16               THE WITNESS:  It is my
                   17         assessment -- it is my opinion
                   18         based on the summing up of my
                   19         understanding of the mechanisms by
                   20         which atherogenic mounds develop
                   21         and break off.
                   22               MR. PIORKOWSKI:  Objection,
                   23         nonresponsive.
                   24   BY MR. PIORKOWSKI:
                   page 301
                    1         Q.    So, the answer is, no, you
                    2   can't cite me to any scientific study?
                    3               MR. WACKER:  That's
                    4         argumentative.
                    5               THE WITNESS:  I guess my
                    6         answer is --
                    7               MR. PIORKOWSKI:  No, it's
                    8         not.  My question is, is there a
                    9         study, not what's his
                   10         understanding.
                   11               THE WITNESS:  My answer is,
                   12         no, there's not, and I would have
                   13         expected to see one in Merck's
                   14         development program.
                   15   BY MR. PIORKOWSKI:
                   16         Q.    Is the basis for your belief
```

[331:7] - [332:9]        6/2/2006      Moye, Lemuel A.

```
                   page 331
                    3               Page 26 of your report,
                    4   Paragraph 64 and 65, you're talking about
                    5   prostaglandins?
                    6         A.    Yes.
                    7         Q.    Is prostacyclin a
                    8   prostaglandin?
                    9         A.    (Witness reviewing
                   10   document.)
                   11               I'm sorry.  I don't see
                   12   where I mention prostacyclin here.
                   13         Q.    You don't.
                   14         A.    Oh, okay.  I'm sorry.
                   15         Q.    I said you mentioned
                   16   prostaglandins.
                   17         A.    Yes.
                   18         Q.    My question is, is
                   19   prostacyclin a prostaglandin?
                   20         A.    It's related to it.  I don't
                   21   know the chemical composition of it.  So,
                   22   I don't know if it meets the chemist's
                   23   definition of being a prostaglandin or
                   24   not.
                   page 332
                    1         Q.    Is that outside your area of
                    2   expertise?
                    3         A.    Whether prostacyclin is a
                    4   prostaglandin, yes.
                    5         Q.    Do you know whether
                    6   thromboxane is a prostaglandin?
                    7         A.    It's regulated by
                    8   prostaglandin.  I don't know if itself it
```

6/02/2006 L. Moye Deposition Excerpts

• Dedrick - Daubert (Moye)

```
                     9    is a prostaglandin.
                    10         Q.    You say that in Paragraph 68
                    11    that NSAIDs --
                    12         A.    I'm sorry.  68?
                    13         Q.    Yes.
```

[333:13] - [333:21]   6/2/2006    Moye, Lemuel A.

```
                    page 333
                     9         A.    For a clinical trial?
                    10         Q.    Yes.
                    11         A.    No.
                    12         Q.    Okay.
                    13               You say that disturbing the
                    14    balance, delicate clotting balance is one
                    15    of the mechanisms by which you believe
                    16    Vioxx can exert an effect, right?
                    17         A.    Right.
                    18         Q.    And is that effect one that
                    19    is related to what you believe to be its
                    20    effect on prostacyclin?
                    21         A.    Yes.
                    22         Q.    Okay.
                    23               And for how long does that
                    24    effect continue to exert itself after
                    page 334
                     1    Vioxx is out of the system?
```

[336:8] - [336:15]   6/2/2006    Moye, Lemuel A.

```
                    page 336
                     4         Q.    Other nonselective NSAIDs
                     5    inhibit both thromboxane and
                     6    prostacyclin, correct?
                     7         A.    Yes.
                     8         Q.    Now, the idea about this
                     9    imbalance is that the imbalance is caused
                    10    by inhibiting prostacyclin without the
                    11    thromboxane, right?
                    12         A.    Of the clotting imbalance.
                    13         Q.    Of the clotting imbalance?
                    14         A.    Yes.
                    15         Q.    Right.
                    16               So, to the extent that the
                    17    clotting imbalance is caused by not
                    18    having inhibition of thromboxane, if one
                    19    were to take aspirin at the same time,
```

[339:21] - [340:7]   6/2/2006    Moye, Lemuel A.

```
                    page 339
                    17         you on?
                    18               MR. PIORKOWSKI:  I'm on Page
                    19         11.
                    20    BY MR. PIORKOWSKI:
                    21         Q.    -- "is unsafe at any
                    22    dose/duration combination in any patient
                    23    regardless of their underlying risk for
                    24    cardiovascular disease."
                    page 340
                     1               Is that your opinion?
                     2         A.    Yes.
                     3         Q.    So, there's no patient ever
                     4    for whom the risks of Vioxx justify
                     5    giving that product?  Is that your view?
                     6         A.    That's my view.  That is my
                     7    view, yes.
                     8         Q.    Okay.
                     9               You recognize that there are
                    10    patients -- let me back up.
```

6/02/2006 L. Moye Deposition Excerpts

• Dedrick - Daubert (Moye)

```
                            11          You talk about the efficacy
```

[343:21] - [343:24]      6/2/2006     Moye, Lemuel A.

```
page 343
17          THE WITNESS:  The patients
18     do.
19 BY MR. PIORKOWSKI:
20     Q.   Okay.
21          Well, you're expressing the
22 view that there's no patient for whom the
23 benefits outweigh the risks?
24     A.   That's true.
page 344
1      Q.   Okay.
2           You told me that you read
3  through the 2005 Advisory Committee
4  meeting transcripts, right?
```

[351:12] - [351:15]      6/2/2006     Moye, Lemuel A.

```
page 351
8      Q.   Or Tylenol.
9      A.   Or medication, or an NSAID
10 and a protease pump inhibitor.  There are
11 alternatives.
12     Q.   There are alternatives that
13 are less risky?
14     A.   There are alternatives that
15 don't cause heart attacks and strokes.
16     Q.   What are those?
17     A.   And there are alternatives
18 for which we know what the risks are.
19     Q.   So tell me what the
```

[360:7] - [360:13]       6/2/2006     Moye, Lemuel A.

```
page 360
3           definition of "safe" you're
4           referring to.
5  BY MR. PIORKOWSKI:
6      Q.   Okay.
7           But your view is that there
8  are no circumstances in which the
9  benefits of Vioxx outweigh the risks,
10 right?
11     A.   Yes, sir.
12     Q.   Ever?
13     A.   Yes.
14                - - -
15          (Whereupon, Deposition
16     Exhibit Moye MDL 9, Memo 4-6-05
17     "Analysis and recommendations for
```

[368:22] - [369:24]      6/2/2006     Moye, Lemuel A.

```
page 368
18     You know, I don't know what
19     "available" means.
20 BY MR. PIORKOWSKI:
21     Q.   Okay.
22          Do you disagree that the FDA
23 also found that data from long-term
24 controlled clinical trials that have
page 369
1  included a comparison of COX-2 selective
2  and nonselective NSAIDs do not clearly
3  demonstrate that the COX-2 selective
4  agents confer a greater risk of serious
5  adverse CV events than nonselective
```

6/02/2006 L. Moye Deposition Excerpts

• **Dedrick - Daubert (Moye)**

|  |  |
|---|---|
|  | 6  NSAIDs?<br>7      A.    If you ask me do I disagree<br>8  with the fact that they said that, of<br>9  course not.<br>10     Q.    Okay.<br>11           So, let me make sure I got<br>12 this --<br>13     A.    That's what they said and I<br>14 acknowledged that.<br>15     Q.    And you disagree with that?<br>16     A.    Well, I'm here to speak<br>17 today about rofecoxib.<br>18     Q.    I understand.<br>19     A.    I'm not here to speak about<br>20 Bextra or Celebrex.<br>21     Q.    I understand.<br>22     A.    And so based on my<br>23 understanding of the effects of<br>24 rofecoxib, I would disagree with that.<br>page 370<br>1      Q.    Okay.<br>2            But you haven't done a<br>3  scientific review of the literature on<br>4  the cardiovascular effects of other |
| [370:2] - [371:21] | 6/2/2006    Moye, Lemuel A.<br>page 369<br>22     A.    And so based on my<br>23 understanding of the effects of<br>24 rofecoxib, I would disagree with that.<br>page 370<br>1      Q.    Okay.<br>2            But you haven't done a<br>3  scientific review of the literature on<br>4  the cardiovascular effects of other<br>5  NSAIDs, have you?<br>6      A.    That's true.<br>7      Q.    And the FDA says that they<br>8  did that?<br>9      A.    Fair enough.<br>10     Q.    Okay.  All right.<br>11           Is it your position that you<br>12 know that Vioxx has a greater<br>13 cardiovascular risk than these other<br>14 drugs which you have not done a<br>15 scientific investigation of, or is it<br>16 your opinion you've not looked at the<br>17 question and don't have an opinion one<br>18 way or the other?<br>19     A.    I have not looked at the<br>20 question, so, I can't rank order, I think<br>21 is the term used by the FDA.  At this<br>22 point in time, I can't rank order.<br>23     Q.    With respect to<br>24 cardiovascular risk?<br>page 371<br>1      A.    Right.<br>2      Q.    Okay.<br>3            And that's true with respect<br>4  to Vioxx and Celebrex also, right?<br>5      A.    Well, it means the same<br>6  thing.  Rank order with respect to<br>7  COX-2s -- with respect to rofecoxib and<br>8  other COX-2s, because I haven't looked at<br>9  other COX-2s.<br>10     Q.    I just want to make sure<br>11 we're clear on two things.<br>12     A.    Maybe not.<br>13     Q.    Rank order with respect to<br>14 Vioxx versus Celebrex, you haven't looked |

6/02/2006 L. Moye Deposition Excerpts

• **Dedrick - Daubert (Moye)**

```
15   at that question, right?
16        A.   That's right.  I have not
17   looked at that point.
18        Q.   So, you can't have an
19   opinion not having looked at that
20   question?
21        A.   Right.
22        Q.   And you also have not looked
23   at the question of the CV risk of Vioxx
24   versus nonselective NSAIDs?
page 372
1         A.   I disagree with that.  I
```

[376:21] - [377:13]    6/2/2006    Moye, Lemuel A.

```
page 376
17        taken from 5:05 p.m. until
18        5:14 p.m.)
19                -  -  -
20   BY MR. PIORKOWSKI:
21        Q.   Dr. Moye, is there any
22   specific study that you're relying on for
23   your opinion that Vioxx causes an
24   imbalance between prostacyclin and
page 377
1    thromboxane?
2         A.   No.  It was my understanding
3    of the biochemistry of it, but I haven't
4    reviewed the basic biochemical studies,
5    no.
6         Q.   Do you know whether the
7    studies measure prostacyclin directly or
8    whether they measure a metabolite of
9    prostacyclin?
10        A.   I don't know that.
11        Q.   Do you know the difference
12   between PGI2 and PGF1a?
13        A.   No.
14        Q.   Are you aware of any studies
15   of a COX-2 inhibitor's impact on
16   prostacyclin in animal blood vessels?
17        A.   I don't think so.
```

[394:11] - [394:18]    6/2/2006    Moye, Lemuel A.

```
page 394
7    Vioxx was the worst of those COX-2
8    inhibitors?
9             MR. PIORKOWSKI:  Objection
10       to form.
11            THE WITNESS:  I would say
12       not just based on those studies,
13       but based on my understanding of
14       the role of the -- the
15       differential role of COX-1, COX-2,
16       that Vioxx is the worst.  That's
17       my understanding as I sit here
18       today.
19            MR. WACKER:  Thank you.
20            MR. JOSEPHSON:  I have no
21       questions of the witness at this
22       point.  I'll reserve my questions
```

[396:1] - [396:24]    6/2/2006    Moye, Lemuel A.

```
page 395
21
22
23
24
```

6/02/2006 L. Moye Deposition Excerpts

• **Dedrick - Daubert (Moye)**

```
page 396
1          C E R T I F I C A T E
2
3      I, LINDA L. GOLKOW, a Notary
   Public and Certified Shorthand Reporter
4  of the State of New Jersey, do hereby
   certify that prior to the commencement of
5  the examination, LEMUEL A. MOYE, M.D. was
   duly sworn by me to testify to the truth,
6  the whole truth and nothing but the
   truth.
7
8      I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
9  testimony as taken stenographically by
   and before me at the time, place and on
10 the date hereinbefore set forth, to the
   best of my ability.
11
12     I DO FURTHER CERTIFY that I am
   neither a relative nor employee nor
13 attorney nor counsel of any of the
   parties to this action, and that I am
14 neither a relative nor employee of such
   attorney or counsel, and that I am not
15 financially interested in the action.
16
17
18
19     _____
       LINDA L. GOLKOW, CSR
20     Notary Number:  1060147
       Notary Expiration:  1-2-08
21     CSR Number:  30XI176200
       Dated:  June 9, 2006
22
23
24
page 397
1      ACKNOWLEDGMENT OF DEPONENT
2
3
4          I,_____, do
```