**7/05/06 Grossberg Trial Transcript (Excerpts)**

• Dedrick - Daubert - Moye

[:] - [:]    7/5/2006    Grossberg Trial - (p.1393-1520)) Shapiro, Moye (AM)

page
  page
```
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
                          FOR THE COUNTY OF LOS ANGELES
 DEPARTMENT 324              HON. VICTORIA G. CHANEY, JUDGE
COORDINATED PROCEEDING SPECIAL TITLE,)
[RULE 1550 (B)]                      )   SUPERIOR COURT
                                     )   CASE NO. JCCP 4247
IN RE VIOXX CASES                    )
_____)
                                     )
                                     )   CASE NO. BC 327729
STEWART GROSSBERG VS.                )
MERCK & COMPANY, ET AL.              )
_____)
                    REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS
                              JULY 5, 2006
                              A.M. SESSION
                    PAGES 1393 THROUGH 1520, INCLUSIVE
 APPEARANCES:
 (AS NOTED ON THE FOLLOWING PAGE.)
                         LINDA BICHÉ, CSR NO. 3359, RMR, CRR
                         OFFICIAL REPORTER
 APPEARANCES:
 FOR PLAINTIFFS:    GIRARDI AND KEESE
                    BY:  THOMAS V. GIRARDI
                         JAMES G. O'CALLAHAN
                         VINCENT J. CARTER
                    1126 WILSHIRE BOULEVARD
                    LOS ANGELES, CALIFORNIA  90017-1204
                    213.977.0211
                    TGIRARDI@GIRARDIKEESE.COM
                    JOCALLAHAN@GIRARDIKEESE.COM
                    VCARTER@GIRARDIKEESE.COM
                    BEASLEY, ALLEN, CROW, METHVIN,
                    PORTIS & MILES
                    BY:  J. PAUL SIZEMORE
                    234 COMMERCE STREET
                    POST OFFICE BOX 4160
                    MONTGOMERY, ALABAMA  36103-4160
                    334.269.2343
                    PAUL.SIZEMORE@BEASLEYALLEN.COM
 FOR DEFENDANTS:    SEDGWICK, DETERT, MORAN & ARNOLD
                    BY:  RALPH A. CAMPILLO
                         WENDY A. TUCKER
                    801 SOUTH FIGUEROA STREET
                    18TH FLOOR
                    LOS ANGELES, CALIFORNIA  90017-5556
                    213.426.6900
                    RALPH.CAMPILLO@SDMA.COM
                    WENDY.TUCKER@SDMA.COM
                    BARTLIT, BECK, HERMAN,
                    PALENCHAR & SCOTT
                    BY:  TAREK ISMAIL
                         SHAYNA COOK
                    COURTHOUSE PLACE
                    54 WEST HUBBARD STREET
                    CHICAGO, ILLINOIS  60610
                    312.494.4440
                    TAREK.ISMAIL@BARTLIT-BECK.COM
                    SHAYNA.COOK@BARTLIT-BECK.COM
                    O'MELVENY & MYERS
                    BY:  RICHARD B. GOETZ
                    400 SOUTH HOPE STREET
                    LOS ANGELES, CALIFORNIA  90071-2899
                    213.430.6429
                    RGOETZ@OMM.COM
                              INDEX
```

**7/05/06 Grossberg Trial Transcript (Excerpts)**

• **Dedrick - Daubert - Moye**

```
                        JULY 5, 2006
                        8:45 A.M.                                          1393
                        WITNESS:                                           PAGE:
                         VIDEOTAPE (RESUMED) OF DEBORAH SHAPIRO            1405
                         WAS PLAYED BY THE PLAINTIFF AND
                         REPORTED
```

| [1511:20] - [1511:24] | 7/5/2006 | Grossberg Trial - (p.1393-1520)) Shapiro, Moye (AM) |
|---|---|---|

```
                   page 1511
                   16       AND WHAT A LOT OF DRUGS -- A LOT OF PAIN RELIEVERS DO LIKE
                   17       ALEVE TO COX-1 AND COX-2 AND THEN WHAT VIOXX DID TO COX-1 AND
                   18       COX-2.
                   19            A.    YES.
                   20                  MR. ISMAIL:  OBJECTION, YOUR HONOR.  YOUR HONOR'S
                   21       RULING PREVIOUSLY BEFORE TRIAL WAS THAT THIS WITNESS WILL NOT
                   22       DO MECHANISM, BIOCHEMICAL, ET CETERA, ET CETERA, AND THAT'S
                   23       WHAT THE QUESTION --
                   24                  THE COURT:  SUSTAINED.
                   25                  MR. ISMAIL:  THANK YOU.
                   26            Q.    BY MR. GIRARDI:  DID YOU HAVE THE OPPORTUNITY
                   27       FROM A BIO -- FROM YOUR OWN SPECIALTIES HERE IN DOING ALL THIS
                   28       CARDIAC WORK -- PART OF YOUR SPECIALTY IS USING THE
```