**Issues Report [Merck_(Depos)]**

• **Dedrick - Daubert (Moye)**

[400:1] - [400:24]        6/16/2006     Moye, Lemuel (Barnett_MDL pp. 400-784)

```
                page 400
                1            UNITED STATES DISTRICT COURT
                             EASTERN DISTRICT OF LOUISIANA
                2
                     IN RE: VIOXX         :  MDL DOCKET NO.
                3    LITIGATION PRODUCTS  :  1657
                     LIABILITY LITIGATION :  SECTION L
                4                         :
                     This document relates:  JUDGE FALLON
                5    To                   :
                     GERALD BARNETT AND   :  MAGISTRATE JUDGE
                6    CORRINE BARNETT      :  KNOWLES
                            V.           :
                7    MERCK & CO., INC.   :
                                         :
                8    Civil Action No.    :
                     2:06cv485           :
                9                        :
                     And Related Actions :
                10               - - -
                11          June 16, 2006
                12               - - -
                13      Videotaped deposition of LEMUEL A.
                14  MOYE, M.D., Ph.D., VOLUME 2, held in the
                15  offices of Abraham, Watkins, Nichols,
                16  Sorrels, Matthew & Friend, 800 Commerce,
                17  Houston, Texas, commencing at 8:10 a.m., on
                18  the above date, before Michael E. Miller,
                19  Registered Merit Reporter and Certified
                20  Realtime Reporter.
                                     - - -
                21
                           GOLKOW LITIGATION TECHNOLOGIES
                22              Four Penn Center
                           1600 John F. Kennedy Boulevard
                23                Suite 1210
                        Philadelphia, Pennsylvania 19103
                24              877.DEPS.USA
                page 401
                1   A P P E A R A N C E S :
                2
                3         ABRAHAM WATKINS NICHOLS SORRELS
                            MATTHEWS & FRIEND
```

[645:3] - [645:9]        6/16/2006     Moye, Lemuel (Barnett_MDL pp. 400-784)

```
                page 644
                23      Q.    Okay.  And so that's my --
                24  that's my question.
                page 645
                1       A.    Okay.  Okay.
                2             No, I don't.
                3       Q.    Okay.  Are you aware of any
                4   controlled clinical trial that shows -- even
                5   to today, that shows a statistically
                6   significant increased risk of myocardial
                7   infarction in 50-milligram Vioxx users
                8   compared to placebo?
                9       A.    Compared to placebo?  No.
                10      Q.    Okay.  Are you aware of any
                11  controlled clinical trial that shows a
                12  statistically significant increased risk of
                13  myocardial infarction in patients using Vioxx
```

**Issues Report [Merck_(Depos)]**

• **Dedrick - Daubert (Moye)**

[646:5] - [646:9]     6/16/2006    Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 646
 1       A.    I don't know.  I'm wondering --
 2             MR. WEBSTER:  Objection, form.
 3       A.    I actually am wondering about
 4  ADVANTAGE, and I'm wondering about VIP.
 5       Q     (BY MR. PIORKOWSKI)  Okay.
 6  ADVANTAGE and VIP were both 25 milligrams,
 7  right?
 8       A.    Right.  Well, your question
 9  was --
10       Q.    12.5 milligrams?
11       A.    Ah.  Well -- no.  Okay.  Okay.
12       Q.    So let's just -- so the record
13  is clear:  Are you aware of any controlled
```

[646:12] - [646:24]     6/16/2006    Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 646
 8       A.    Right.  Well, your question
 9  was --
10       Q.    12.5 milligrams?
11       A.    Ah.  Well -- no.  Okay.  Okay.
12       Q.    So let's just -- so the record
13  is clear:  Are you aware of any controlled
14  clinical trial that shows a statistically
15  significant increased risk of MI in
16  12.5-milligram Vioxx users compared to
17  placebo?
18       A.    No.
19       Q.    Okay.  And are you aware of any
20  controlled clinical trial that shows a
21  statistically significant increased risk of
22  MI in 12.5-milligram Vioxx users compared to
23  nonselective NSAIDs?
24       A.    No.
page 647
 1       Q.    Okay.  Are you aware of any
 2  controlled clinical trial that shows a
 3  statistically significant increased risk of
 4  myocardial infarction in 25-milligram Vioxx
```

[649:10] - [649:15]     6/16/2006    Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 649
 6       Q.    -- is that right?  All right.
 7             To your knowledge, it's not
 8  been published yet, right?
 9       A.    That's correct.
10       Q.    Okay.  Was the difference in
11  myocardial infarctions in the VIP study
12  between the Vioxx group and the placebo group
13  a statistically significant difference?
14       A.    The data I saw had
15  insignificant differences.
16       Q.    Had what?
17       A.    Insignificant differences.
18       Q.    Insignificant differences?
19       A.    Right.
```

[781:1] - [781:24]     6/16/2006    Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 780
21       record at 3:28.
22                 -  -  -
23             (Deposition concluded at
24       3:28 p.m.)
page 781
 1             C E R T I F I C A T E
```

**Issues Report [Merck_(Depos)]**

**• Dedrick - Daubert (Moye)**

```
         2
         3            I, MICHAEL E. MILLER, a Notary
            Public, Registered Merit Reporter and
         4  Certified Realtime Reporter, do hereby
            certify that prior to the commencement of the
         5  examination, LEMUEL A. MOYE, M.D., Ph.D. was
            duly sworn by me to testify to the truth, the
         6  whole truth and nothing but the truth.
         7            I DO FURTHER CERTIFY that the
            foregoing is a verbatim transcript of the
         8  testimony as taken stenographically by and
            before me at the time, place and on the date
         9  hereinbefore set forth, to the best of my
            ability.
        10
                      I DO FURTHER CERTIFY that I am
        11  neither a relative nor employee nor attorney
            nor counsel of any of the parties to this
        12  action, and that I am neither a relative nor
            employee of such attorney or counsel, and
        13  that I am not financially interested in the
            action.
        14
        15
        16            _____
                      MICHAEL E. MILLER, RMR, CRR
        17            Notary Public in and for
                      The State of Texas
        18            My Commission Expires:  7/9/2008
                      Dated:  June 19, 2006
        19
        20
        21
        22
        23
        24
page 782
         1            ACKNOWLEDGMENT OF DEPONENT
         2
         3
         4            I,_____, do
```