6/27/2006 L. Moye Deposition Excerpts

• Dedrick - Daubert (Moye)

| | | |
|---|---|---|
| [1:] - [1:25] | 6/27/2006 | Moye, Lemuel A. |

```
page 1
     0001
1                        IN THE CHOCTAW TRIBAL COURTS
                    MISSISSIPPI BAND OF CHOCTAW INDIANS
2
          ELVIS P. ANDERSON       )
3            Plaintiff            )
                                  )
4         vs.                     ) CASE NO. CV-426-05
                                  )     JURY DEMANDED
5         MERCK & CO., INC.       )
             Defendant.           )
6         _____
7                        CAUSE NO. 2005-31017
8         RUSSELL W. ACHORD       ) IN THE DISTRICT COURT
                                  )
9         VS.                     ) HARRIS COUNTY, TEXAS
                                  )
10        MERCK & CO., INC.       ) 157TH JUDICIAL DISTRICT
                                    (TRIAL COURT: 270TH DISTRICT
11                                  COURT OF HARRIS COUNTY,
                                    TEXAS)
12        _____
13                       CAUSE NO. 2005-04727
14        GLENNA CLARK            ) IN THE DISTRICT COURT
                                  )
15        VS.                     ) HARRIS COUNTY, TEXAS
                                  )
16        MERCK & CO., INC.       ) 157TH JUDICIAL DISTRICT
                                    (TRIAL COURT: 55TH DISTRICT
17                                  COURT OF HARRIS COUNTY,
                                    TEXAS)
18        _____
19                       CAUSE NO. 2005-31016
20        SHARON D. RIGBY         ) IN THE DISTRICT COURT
                                  )
21        VS.                     ) HARRIS COUNTY, TEXAS
                                  )
22        MERCK & CO., INC.       ) 157TH JUDICIAL DISTRICT
                                    (TRIAL COURT: 127TH DISTRICT
23                                  COURT OF HARRIS COUNTY,
                                    TEXAS)
24        _____
25
page 2
1                        CAUSE NO. 2005-15557
2
          JAMES MILLER, II        ) IN THE DISTRICT COURT
3            Plaintiff            )
```

| | | |
|---|---|---|
| [25:24] - [26:3] | 6/27/2006 | Moye, Lemuel A. |

```
page 25
20  strokes and hemorrhagic strokes?
21     A.   I cannot.
22     Q.   Now, it -- would it also be true that as you sit
23  here today -- well, strike that.
24          You are not a pharmacologist, are you, Doctor?
25     A.   That is true, I am not.
page 26
1      Q.   And I take it that you have not done any underlying
2   laboratory or bench work on the pharmacology of Cox-2s?
3      A.   That's true, I have not.
4      Q.   And have not written or published anything related
5   to the opinions that you will offer in this case about the
6   relationship of Cox-2s to strokes?
7      A.   I'm sorry.  Ask me that again, please.
```

6/27/2006 L. Moye Deposition Excerpts

• **Dedrick - Daubert (Moye)**

[185:1] - [185:25]        6/27/2006     Moye, Lemuel A.

```
page 184
22  _____
23  _____
24  _____
25  _____
page 185
1    STATE OF TEXAS
2    COUNTY OF HARRIS
3
4                    REPORTER'S CERTIFICATE
5                  ORAL VIDEOTAPED DEPOSITION OF
6                  LEMUEL A. MOYE', M.D., Ph.D.
7                        JUNE 27, 2006
8
9       I, the undersigned Certified Shorthand Reporter in and for
10   the State of Texas, certify that the facts stated in the
11   foregoing pages are true and correct.
12      I further certify that I am neither attorney or counsel
13   for, related to, nor employed by any parties to the action in
14   which this testimony is taken and, further, that I am not a
15   relative or employee of any counsel employed by the parties
16   hereto or financially interested in the action.
17      SUBSCRIBED AND SWORN TO under my hand and seal of office
18   on this the 6th day of July, 2006.
19
20                              _____
21                              Lisa A. Berry, CSR
                                Texas CSR 3104
22                              Expiration:  12/31/2006
                                Firm Registration No.:  60
23                              Compex Legal Services, Inc.
                                2040 North Loop West, Suite 200
24                              Houston, Texas 77018
                                (713) 861-3900
25
```