IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX  PRODUCTS LIABILITY  LITIGATION | * * * * * * * | MDL Docket No. 1657  Section L  Judge Fallon  Mag. Judge Knowles |

* * * * * * * * * * * * * * * * * * * * * * * *

*This document relates to Gerald Barnett v. Merck & CO., Inc., USDC-EDLA No. 02:06cv0485*

## ORDER

Considering the Motion for Order Allowing the Plaintiffs' Steering Committee to File an Amicus Brief in Connection with the Motion for New Trial filed on behalf of Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee be and is hereby allowed to submit an Amicus brief on or before November 10, 2006.

NEW ORLEANS, Louisiana, this _____ day of _____, 2006.

**Eldon E. Fallon**
**United States District Judge**