**7/12/2006 John Gueriguian Deposition Excerpts**

• Dedrick - Daubert - Gueriguian

| | | |
|---|---|---|
| [1:] - [1:24] | 7/12/2006 | Gueriguian, John v.01 (McFarland-Hatch & MDL) |

```
page 1
     0001
1        IN RE: VIOXX LITIGATION   : SUPERIOR COURT OF NEW JERSEY
                                   : LAW DIVISION:ATLANTIC COUNTY
2        AND                       : CASE NO. 619
                                   :
3        ROBERT McFARLAND          : DOCKET NO:
              V.                   : ATL-L-0199-04MT
4        MERCK & CO., INC.         :
                                   :
5        AND                       :
                                   :
6        PATRICIA HATCH,           : DOCKET NO:
         ADMINISTRATOR of the      : ATL-L-0403-05MT
7        ESTATE OF STEPHEN         :
         HATCH, DECEASED AND       :
8        PATRICIA HATCH, IN HER    :
         OWN RIGHT                 :
9              V.                  :
         MERCK & CO., INC.         :
10
         AND
11
                          - - -
12                     July 12, 2006
13                        - - -
14           ORAL DEPOSITION OF JOHN LEO GUERIGUIAN, M.D.
15       held at the offices of Seeger Weiss, One William
16       Street, New York, New York, commencing at 9:30 a.m.,
17       on the above date before Constance E. Perks, CRR, CLR,
18       Certified Shorthand Reporter License No. XI01429
19                    --------------
20              GOLKOW LITIGATION TECHNOLOGIES
                     Four Penn Center
21             1600 John F. Kennedy Boulevard
                        Suite 1210
22              Philadelphia, Pennsylvania 19103
                      1.877.DEPS.USA
23
24
25
page 2
1        A P P E A R A N C E S:
2              SEEGER WEISS LLP
```

| | | |
|---|---|---|
| [33:11] - [33:13] | 7/12/2006 | Gueriguian, John v.01 (McFarland-Hatch & MDL) |

```
page 33
8        Q.    We can't talk over one another.  I
9    just want to make sure it's clear.
10       A.    Sorry.
11       Q.    The last time you treated a patient
12   was 1967?
13       A.    Correct.
14       Q.    So you never prescribed Vioxx?
15       A.    No.
16       Q.    Have you ever taken Vioxx?
```

| | | |
|---|---|---|
| [33:14] - [33:23] | 7/12/2006 | Gueriguian, John v.01 (McFarland-Hatch & MDL) |

```
page 33
11       Q.    The last time you treated a patient
12   was 1967?
13       A.    Correct.
14       Q.    So you never prescribed Vioxx?
15       A.    No.
16       Q.    Have you ever taken Vioxx?
```

**7/12/2006 John Gueriguian Deposition Excerpts**

• Dedrick - Daubert - Gueriguian

```
17      A.      No.
18      Q.      Have any of your family members ever
19 taken Vioxx?
20      A.      No.
21      Q.      Have you ever prescribed any NSAID?
22      A.      No.  I haven't prescribed anything to
23 anyone.
24      Q.      So during the period of time you were
25 treating patients, you didn't write prescriptions?
page 34
1       A.      No, not that I remember, no.
```

[108:9] - [108:13]        7/12/2006     Gueriguian, John v.01 (McFarland-Hatch & MDL)

```
page 108
6       A.      Yes, I see it.
7       Q.      Exactly what opinions are you
8  offering regarding -- well, strike that.
9               Are you offering any opinions
10 regarding, specifically regarding Protocols 10 and
11 17?
12      A.      I'm just extracting what Dr. Watson
13 said about Protocol 010.
14              "As of early 1997 --"
15      Q.      What are you reading from?
16      A.      From document 47, Dr. Watson's -- tab
```

[141:13] - [141:18]        7/12/2006     Gueriguian, John v.01 (McFarland-Hatch & MDL)

```
page 141
10 FDA on business matters, and I rarely see them, and
11 when I see my friends, we talk about everything
12 except business.
13      Q.      Okay.  And you have never spoken to
14 any FDA employees involved in reviewing the VIGOR
15 label submission?
16      A.      I didn't speak about Vioxx with any
17 employee of FDA present or past.  I do speak to
18 myself from time to time, but that's an exception.
19      Q.      Do you believe that Naproxen has any
20 cardioprotective properties?
21      A.      Science is not a matter of belief.
```

[157:25] - [158:3]        7/12/2006     Gueriguian, John v.01 (McFarland-Hatch & MDL)

```
page 157
22              So to answer your question, I learned
23 how to interpret the data through education and
24 hands-on experience.
25      Q.      During your tenure at the FDA, did
page 158
1  you ever have authority for the final approval of
2  initial labels?
3       A.      No.  The final authority vests in the
4  division director for certain easy-to-approve NDAs,
5  E2s and the like, and one level at least above the
6  division director for the more difficult NDAs, the
```

[158:23] - [159:5]        7/12/2006     Gueriguian, John v.01 (McFarland-Hatch & MDL)

```
page 158
20 we did was look at all labels, and recommend changes
21 to the label, and then let the recommendation float
22 upwards.
23      Q.      Okay.  And in that same vein, did you
24 ever have authority for the final approval of
25 labeling supplements during your tenure at FDA?
page 159
1       A.      Only when I was acting division
2  director for certain periods.  But out of those
```

**7/12/2006 John Gueriguian Deposition Excerpts**

• **Dedrick - Daubert - Gueriguian**

```
                            3    periods, no, not the formal delegation by the
                            4    Secretary of Health and Human Services to the center
                            5    director and division director.
                            6         Q.    During your tenure at FDA, did you
                            7    ever review any changes being affected labeling
                            8    supplements?
```

[160:19] - [160:25]    7/12/2006    Gueriguian, John v.01 (McFarland-Hatch & MDL)

```
                            page 160
                            16   labeling change to the FDA, giving more information
                            17   on the safety issue, and the FDA has a short period
                            18   of time to say yes, that's good.
                            19        Q.    Focusing on the -- I want to make
                            20   sure I understand your testimony.  You had occasion
                            21   during your tenure at FDA to reject a CBE?
                            22        A.    That is what I said.
                            23        Q.    How many times?
                            24        A.    Well, it was a series of two or three
                            25   CBEs, they were of the same category,
                            page 161
                            1    pharmacological category, and the we took a serious
                            2    look at it and we decided rather rapidly that this
                            3    was self-serving.
```

[178:4] - [178:9]    7/12/2006    Gueriguian, John v.01 (McFarland-Hatch & MDL)

```
                            page 178
                            1    statement, at all.
                            2         Q.    My question was, were you aware?
                            3         A.    I'm aware that they didn't agree.
                            4    And the point is that from 2001 to 2002, for one
                            5    full year, Merck didn't agree with the proposed
                            6    labeling change of the FDA, fought tooth and nail,
                            7    didn't budge.  They kept giving little packets at a
                            8    time of the information that the FDA needed, and
                            9    otherwise obstructed the system.
                            10             When you are the FDA and you're
                            11   engaging in negotiation with a company, you just
                            12   keep it in-house.  You want to keep the level down.
```

[183:16] - [183:20]    7/12/2006    Gueriguian, John v.01 (McFarland-Hatch & MDL)

```
                            page 183
                            13   try to do.  What it doesn't say in this particular
                            14   page is that the FDA cannot change the labeling
                            15   without the cooperation of the company.  Cooperation
                            16   in terms of giving all the data.  Cooperation in
                            17   terms of accepting a reasonable change in the label.
                            18   Cooperation in not foot dragging, not insisting to
                            19   have one's way, whereas the FDA thinks that all the
                            20   data cannot support Merck's proposals.
                            21             So you can control only if there is a
                            22   collaboration by the other party with whom you're
                            23   negotiating.  Otherwise, there wouldn't be a
```

[189:11] - [189:24]    7/12/2006    Gueriguian, John v.01 (McFarland-Hatch & MDL)

```
                            page 189
                            8    BY MS. HORN:
                            9         Q.    Okay.  You can put the document
                            10   aside, if you want.
                            11             You understand that there are FDA
                            12   labeling requirements, correct?
                            13        A.    Yes, I do.
                            14        Q.    Do you agree or disagree with the
                            15   view that those labeling requirements represent
                            16   minimum safety standards?
                            17        A.    I answered that question, and I don't
                            18   know how to answer differently.  The minimum
```

7/12/2006 John Gueriguian Deposition Excerpts

• Dedrick - Daubert - Gueriguian

```
            19  standard -- I'm sorry.
            20             The minimum standards that you're
            21  alluding to concern regulations, and company's
            22  acceptance and following the regulations.  I have
            23  never heard of the labeling being a minimal thing.
            24  What does that mean?  It makes no sense.
            25             The labeling is there to inform the
          page 190
            1   public of all the events.  If you have to inform
            2   them of all the adverse possibilities, there's no
```

[198:1] - [198:24]         7/12/2006     Gueriguian, John v.01 (McFarland-Hatch & MDL)

```
          page 197
            23
            24
            25
          page 198
            1                  C E R T I F I C A T E
            2
            3             I, CONSTANCE E. PERKS, CRR, CCP, CLR, a
            4   Certified Shorthand Reporter and Notary Public of the
            5   State of New Jersey, do hereby certify that prior to
            6   the commencement of the examination, the witness, JOHN
            7   L. GUERIGUIAN, M.D., was duly sworn by me to testify to
            8   the truth, the whole truth, and nothing but the truth.
            9             I DO FURTHER CERTIFY that the foregoing is
            10  a true and accurate transcript of the testimony as
            11  taken stenographically by and before me at the time,
            12  place, and on the date hereinbefore set forth.
            13            I DO FURTHER CERTIFY that I am neither a
            14  relative nor employee nor attorney nor counsel of any
            15  of the parties to this action, and that I am neither a
            16  relative nor employee of such attorney or counsel, and
            17  that I am not financially interested in the action.
            18
            19
            20
                           NEW JERSEY CSR LICENSE NO. XI01429
            21             Notary Public of the State of New Jersey
                           My Commission expires August 6, 2007
            22
            23
            24  Dated:  July 13, 2006
            25
          page 199
            1
            2                  ACKNOWLEDGMENT OF DEPONENT
```