**7/13/2006 John Gueriguian Deposition Excerpts**

• **Dedrick - Daubert - Gueriguian**

[201:1] - [201:25]          7/13/2006     Gueriguian, John v.02 (McFarland-Hatch & MDL)

```
page 201
   0201
1        IN RE: VIOXX LITIGATION    :  SUPERIOR COURT OF NEW
                                    :  JERSEY
2                                   :  LAW DIVISION: ATLANTIC
                                    :  COUNTY
3                                   :  CASE NO: 619
         AND                        :
4                                   :
         ROBERT McFARLAND           :  DOCKET NO:
5              V.                   :  ATL-L-0199-04MT
         MERCK & CO., INC.          :
6                                   :
         AND                        :
7                                   :
         PATRICIA HATCH,            :  DOCKET NO:
8        ADMINISTRATOR of the       :  ATL-L-0403-05MT
         ESTATE OF STEPHEN          :
9        HATCH, DECEASED AND        :
         PATRICIA HATCH, IN HER     :
10       OWN RIGHT                  :
                 V.                 :
11       MERCK & CO., INC.          :
12                                   -  -  -
                            July 13, 2006
13                                   -  -  -
14                  Continued oral deposition of JOHN L.
15       GUERIGUIAN, M.D., held in the offices of Seeger
16       Weiss, One William Street, New York, New York 10004
17       commencing at 9:57 a.m., on the above date, before
18       Linda L. Golkow, a Federally-Approved Registered
19       Diplomat Reporter, Certified Shorthand Reporter and
20       Certified Realtime Reporter.
21                                   -  -  -
22
                    GOLKOW LITIGATION TECHNOLOGIES
23                       Four Penn Center
                   1600 John F. Kennedy Boulevard
24                         Suite 1210
                   Philadelphia, Pennsylvania 19103
25                      1.877.DEPS.USA
page 202
1        A P P E A R A N C E S:
2
3              SEEGER WEISS LLP
```

[238:23] - [239:5]          7/13/2006     Gueriguian, John v.02 (McFarland-Hatch & MDL)

```
page 238
20  the potential risk of Vioxx, correct?
21        A.      Would you kindly repeat the question?
22  I'm sorry.
23        Q.      You have no knowledge of what any
24  specific prescribing physician understood about the
25  potential risks of Vioxx, correct?
page 239
1         A.      Well, it depends what you mean.  If
2   you are saying that do I know a physician or have I
3   studied a group of physicians to find out how they
4   react to Vioxx's promotions or whatever, then the
5   answer to the question is no.
6                 On the other hand, if you're asking
7   based on my experience of the transmission of
8   information from manufacturers to physicians in the
```

**7/13/2006 John Gueriguian Deposition Excerpts**

• Dedrick - Daubert - Gueriguian

[244:4] - [244:6]        7/13/2006    Gueriguian, John v.02 (McFarland-Hatch & MDL)

```
page 244
1   their severity, et cetera, their nature.  We need
2   this, we need all the data about VIGOR, ADVANTAGE,
3   OA trials, APPROVe, Alzheimer's, meta-analysis,
4   whatever.  And the company, Merck, was not
5   forthcoming.  They sent information in dribs and
6   drabs.  And during that period, negotiations were
7   concurrently going on about the label change, and
8   the company was adamant in its opposition to any of
9   the substantive proposals made by the FDA people as
```

[244:8] - [244:10]      7/13/2006    Gueriguian, John v.02 (McFarland-Hatch & MDL)

```
page 244
5   forthcoming.  They sent information in dribs and
6   drabs.  And during that period, negotiations were
7   concurrently going on about the label change, and
8   the company was adamant in its opposition to any of
9   the substantive proposals made by the FDA people as
10  to how the label should change.  So, all these
11  made -- I can say -- I can offer the following
12  conclusion with all these facts.
13                  Number one, the FDA knew it didn't
```

[279:1] - [279:22]      7/13/2006    Gueriguian, John v.02 (McFarland-Hatch & MDL)

```
page 278
23
24
25
page 279
1                C E R T I F I C A T E
2
3        I, LINDA L. GOLKOW, a Notary Public and
     Certified Shorthand Reporter of the State of New
4    Jersey, do hereby certify that prior to the
     commencement of the examination, JOHN L. GUERIGUIAN,
5    M.D., was duly sworn by me to testify to the truth,
     the whole truth and nothing but the truth.
6
7        I DO FURTHER CERTIFY that the foregoing is a
     verbatim transcript of the testimony as taken
8    stenographically by and before me at the time, place
     and on the date hereinbefore set forth, to the best
9    of my ability.
10
         I DO FURTHER CERTIFY that I am neither a
11   relative nor employee nor attorney nor counsel of
     any of the parties to this action, and that I am
12   neither a relative nor employee of such attorney or
     counsel, and that I am not financially interested in
13   the action.
14
15
16
17       _____
         LINDA L. GOLKOW, CSR
18       Notary Number:  1060147
         Notary Expiration:  1-2-08
19       CSR Number:  30XI176200
         Dated:  July 14, 2006
20
21
22
23
24
25
```