# EXHIBIT 1

Subj      **Re: Farquhar**
Date      10/25/2006 2:21:58 P.M. Mountain Standard Time
From:     Cvtisi
To        tarek.ismail@bartlit-beck.com
CC:       ldavis@hhkc.com, dbuchanan@seegerweiss.com, DARBITBLIT@LCHB.COM,
          andy_birchfield@beasleyallen.com, leigh.ode.l@beasleyallen.com, cseeger@seegerweiss.com,
          RHerman@hhkc.com, beachlawyer51@hotmail.com

Tarek

This follows our call today regarding your request that we move the Farquhar deposition from San Francisco to New Orleans to accommodate Phil Beck and your schedules.

As I said today, we have been more than willing to attempt to accommodate your trial team's schedule to the extent that we can. Indeed as I pointed out, we recently canceled (at the last minute) the trial preservation deposition of one of our expert witnesses, John Guerguian to accommodate Andy Goldman who had a personal issue. (I might add that Dr. Guerguian had already flown from France to the US for this deposition.)

Similarly, we already agreed reschedule Dr. Farquhar once already to accommodate yours and Phil's schedule. As you know, we originally noted this deposition for November 8 in San Francisco. At your request, it was changed to the 16th—a date you chose—with the full knowledge that this would be in San Francisco. The deposition notice has been outstanding for quite some time now.

As I promised, we informed Dr. Farquhar of your new request to move the deposition from San Francisco to New Orleans. As I explained to you, his physical limitations cannot accommodate this request. As you know, Dr. Farquhar is almost 80 years old. In the past two months, he has been hospitalized twice for a total of ten days. Under any circumstance, travel is difficult for him. Given his current condition, it is virtually impossible. Moreover, Travel to New Orleans is particularly burdensome for him as it takes a full day from San Francisco on each end, and requires a change of planes and walking around airports. Given his condition, Dr. Farquhar needs a full day to recover when he travels, which is rare these days. By way of example, he has already canceled travel this fall to see his new granddaughter in Minnesota due to his recovery from surgery. He simply cannot come to New Orleans at this time.

Tarek, I think that we have shown a willingness to try and accommodate you and your team's schedule. We accommodated you once with respect to this very witness. We would have accommodated you again had Dr. Farquhar been able to do so. Unfortunately, given the need for this deposition at the Diederick trial and the physical limitations of this witness, we simply cannot do more than we have already done. If you or Phil cannot cover this particular deposition, I am sure that there are others who could do so.

I would trust that you would understand this and that you would not try and force this issue with the Court. However, if you intend to do so please let me know.

Regards
Chris

In a message dated 10/25/2006 9:37:47 A.M. Mountain Standard Time, tarek.ismail@bartlit-beck.com writes:

> Thanks. Just let me know either way.
>
>
> Tarek Ismail
> Bartlit Beck Herman Palenchar & Scott LLP
> Courthouse Place
> 54 West Hubbard Street
> Chicago, Illinois 60610
> (312) 494-4418 (phone)
> (312) 494-4440 (fax)
> (312) 560-0378 (mobile)
> tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>
>
> This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.
>
> IRS Circular 230 disclosure.
> Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

Friday, October 27, 2006 America Online: Guest



**From:** Cvtlsi@aol.com [mailto:Cvtlsi@aol.com]
**Sent:** Wednesday, October 25, 2006 10:33 AM
**To:** tarek.ismail@bartlit-beck.com
**Subject:** Re: Farquhar

Tarek

I am really not sure we can do this. I will check but I do know that Dr. Farquhar just had a medical procedure and my not want to leave town. I will be back in touch.

Regards,
Chris

In a message dated 10/24/2006 10:05:09 A.M. Mountain Standard Time, tarek.smail@bartlit-beck.com writes:

Chris -- we would like to move the Farquhar deposition to take place in NOLA rather than S.F. As we gather more information about the length of the Mason trial, we very easily could be waiting on a verdict that week. We are still willing to proceed to accommodate your desire to have the deposition in time for the Dedrick trial, but we need the deposition to take place in NOLA for the schedule to hold.

Please let me know if you are agreeable.

Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)
tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>

This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

IRS Circular 230 disclosure
Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT 2

| Subj: | **Farquhar Preservation Deposition** |
|---|---|
| Date | 9/21/2006 1:08 30 P M  Mountain Standard Time |
| From | Cvtisr |
| To. | mayer@hugheshubbard com, cohen@hugheshubbard com |
| CC | dbuchanan@seegerweiss com, shellysanford@goforthlewis com, jrestaino@lopez hodes.com |
| BCC: | DARBITBLIT@LCHB COM |

Ted and Charlie

We would like to set up the Farquhar preservation deposition for October 12  Please let us know as soon as possible whether we should note this deposition for that date

Thanks
Chris



# EXHIBIT 3

**Subj:** Re: Farquhar Preservation Deposition
**Date:** 9/25/2006 7:16:34 A.M. Mountain Standard Time
**From:** Cvtisi
**To:** mayer@hugheshubbard.com
**CC:** dbuchanan@seegerweiss.com, shellysanford@goforthlewis.com, jrestaino@lopez-hodes.com, cohen@hugheshubbard.com

I do not think it will. However I will check.

In a message dated 9/25/2006 6:23:51 A.M. Mountain Standard Time, mayer@hugheshubbard.com writes:

> This date won't work for the lawyer participating on our side. Could we do November 6, 7, or 8?
>
> **From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
> **Sent:** Thursday, September 21, 2006 3:09 PM
> **To:** Mayer, Ted; Cohen, Charles
> **Cc:** dbuchanan@seegerweiss.com; shellysanford@goforthlewis.com; jrestaino@lopez-hodes.com
> **Subject:** Farquhar Preservation Deposition
>
> Ted and Charlie
>
> We would like to set up the Farquhar preservation deposition for October 12. Please let us know as soon as possible whether we should note this deposition for that date.
>
> Thanks
> Chris
>
> ••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
>
> This email and any files transmitted with it may contain privileged or confidential
>
> information. Use, disclosure, copying or distribution of this message by anyone
>
> other than the intended recipient is strictly prohibited. If you have received
>
> this email in error please notify the sender by reply email and destroy all copies
>
> of this message in your possession, custody or control.
>
> ••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••



# EXHIBIT 4

Subj:   **Re: Farquhar Preservation Deposition**
Date:   9/25/2006 10 49 51 P M. Mountain Standard Time
From:  Cvtisi
To:     mayer@hugheshubbard.com
CC:    dbuchanan@seegerweiss com, shellysanford@goforthlewis com, jrestaino@ opez-hodes com,
       cohen@hugheshubbard com, andy birchfield@beasleyal en com, leigh odell@beasleyallen com,
       DARBITBLIT@LCHB COM

Ted

We can do the Farquhar deposition on November 6 so long as you do not have a timeliness objection to it's use at the Dederick trial  As
you recall  this is the agreement that we reached with respect to the Guerguian deposition which was also moved at our request

Please let me know

Chris

In a message dated 9/25/2006 10 09 27 A M  Mountain Standard Time, mayer@hugheshubbard com writes

> Also please check October 16-17
>
>
>
> -----Original Message-----
> From  Cvtisi com <Cvtisi@aol com>
> To  Mayer  Ted <mayer@hugheshubbard com>
> CC  dbuchanan@seegerweiss com <dbuchanan@seegerweiss com>  shellysanford@goforthlewis com
> <shellysanford@goforthlewis com>  jrestaino@lopez-hodes com <jrestaino@lopez-hodes com>, Cohen  Charles
> <cohen@hugheshubbard com>
> Sent  Mon Sep 25 09 16 34 2006
> Subject  Re  Farquhar Preservation Deposition
>
> I do not think it will  However  I will check
>
> In a message dated 9/25/2006 6 23 51 A M  Mountain Standard Time, mayer@hugheshubbard com writes
>
> > This date won't work for the lawyer participating on our side   Could we do November 6  7  or 8?
> >
> >
> > From  Cvtisi@aol com [mailto Cvtisi@aol com]
> > Sent  Thursday, September 21  2006 3 09 PM
> > To  Mayer  Ted, Cohen  Charles
> > Cc  dbuchanan@seegerweiss com, shellysanford@goforthlewis com, jrestaino@lopez hodes com
> > Subject  Farquhar Preservation Deposition
> >
> > Ted and Charlie
> >
> > We would like to set up the Farquhar preservation deposition for October 12   Please let us know as soon as possible
> > whether we should note this deposition for that date
> >
> > Thanks
> > Chris
> > ••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
> >
> > This email and any files transmitted with  t may contain pr vileged or confidential
> >
> > information  Use, d sclosure, copy ng or distribution of this message by anyone
> >
> > other than the intended recipient is strictly prohibited  If you have received
> >
> > this email in error please notify the sender by reply email and destroy all copies
> >
> > of this message in your possess on, custody or control



# EXHIBIT 5

Case 2:05-md-01657-EEF-DEK Document 8357-1 Filed 10/30/06 Page 11 of 27

Page 1 of 2

**Subj** Re: Farquhar Preservation Deposition
**Date** 10/3/2006 7 27 32 A M. Mountain Standard Time
**From** Cvtisi
**To** mayer@hugheshubbard com
**CC** shellysanford@goforthlewis com, dbuchanan@seegerweiss com, jrestaino@lopez-hodes com
**BCC** DARBITBLIT@LCHB COM

Ted

I checked and the October dates were given up  We will have to stick with the November 8 date that you originally offered  I am sorry that I could not make the October dates work

Chris

In a message dated 9/27/2006 10:57.15 A M  Mountain Standard Time  mayer@hugheshubbard com writes

> As schedules shift  Oct 16 and  17 now work a lot better than Nov  8--is there any way one of those could be made to work?
>
>
> -----Original Message-----
> From  Cvtisi@aol com <Cvtisi@aol com>
> To Mayer  Ted <mayer@hugheshubbard com>
> CC  cbuchanan@seegerweiss com <dbuchanan@seegerweiss com>, shellysanford@goforthlewis com
> <shellysanford@goforthlewis com> jrestaino@lopez-hodes com <jrestaino@lopez-hodes com>, Cohen  Charles
> <coher@hugheshubbard com>  andy birchfield@beasleyallen com <sandy birchfield@beasleyallen com>
> leigh odell@beasleyallen com <leigh odell@beasleyallen com> DARBITBLIT@LCHB COM <DARBITBLIT@LCHB COM>
> Sent Tue Sep 26 00.49 51 2006
> Subject Re  Farquhar Preservation Deposition
>
> Ted
>
> We can do the  Farquhar deposition on November 8, so long as you do not have a timeliness objection to its use at the Dederick
> trial  As you recall  this is the agreement that we reached with respect to the Guerguian deposition which was a so moved at
> our request
>
> Please let me know
>
> Chris
>
>
>
> In a message dated 9/25/2006 10 09.27 A M  Mountain Standard Time  mayer@hugheshubbard com writes
>
>> Also please check October 16 17
>>
>>
>> -----Original Message-----
>> From  Cvtisi@aol com <Cvtisi@aol com>
>> To Mayer  Ted <mayer@hugheshubbard com>
>> CC  dbuchanan@seegerweiss com <dbuchanan@seegerweiss com>, shellysanford@goforthlewis com
>> <shellysanford@goforthlewis com> jrestaino@lopez-hodes com <jrestaino@lopez-hodes com>, Cohen  Charles
>> <coher@hugheshubbard com>
>> Sent Mon Sep 25 09 16 34 2006
>> Subject Re  Farquhar Preservation Deposition
>>
>> I do not think it will  However  I will check
>>
>> In a message dated 9/25/2006 6 23.51 A M  Mountain Standard Time  mayer@hugheshubbard com writes
>>
>>> This date won't work for the lawyer participating on our side  Could we do November 6 7  or 8?
>>>
>>>
>>> From  Cvtisi@aol com [mailto Cvtisi@aol com]
>>> Sent Thursday, September 21  2006 3 09 PM



To Mayer, Ted, Conen, Charles
CC dbuchanan@seegerweiss.com, shellysanford@goforthlewis.com, jrestaino@lopez-hodes.com
Subject: Farquhar Preservation Deposition

Ted and Charlie

We would like to set up the Farquhar preservation deposition for October 12. Please let us know as soon as possible whether we should note this deposition for that date.

Thanks
Chris
......................................................................................................

This email and any files transmitted with it may contain privileged or confidential

information. Use, disclosure, copying or distribution of this message by anyone

other than the intended recipient is strictly prohibited. If you have received

this email in error please notify the sender by reply email and destroy all copies

of this message in your possession, custody or control.

......................................................................................................

# EXHIBIT 6

Subj: **RE: Farquhar Preservation Deposition**
Date: 10/3/2006 7:34:46 A.M. Mountain Standard Time
From: mayer@hugheshubbard.com
To: Cvtisi@aol.com
CC: shellysanford@goforthlewis.com, dbuchanan@seegerweiss.com, jrestaino@lopez-hodes.com, tarek.ismail@bartlit-beck.com

Chris-- Thanks for letting me know. Chris, I am going to put Tarek Ismail in touch with you on this. Tarek will be handling this deposition for us but will be on trial November 8. Ted

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Tuesday, October 03, 2006 9:28 AM
**To:** Mayer, Ted
**Cc:** shellysanford@goforthlewis.com; dbuchanan@seegerweiss.com; jrestaino@lopez-hodes.com
**Subject:** Re: Farquhar Preservation Deposition

Ted

I checked and the October dates were given up. We will have to stick with the November 8 date that you originally offered. I am sorry that I could not make the October dates work.

Chris

---

This email and any files transmitted with it may contain privileged or confidential

information. Use, disclosure, copying or distribution of this message by anyone

other than the intended recipient is strictly prohibited. If you have received

this email in error please notify the sender by reply email and destroy all copies

of this message in your possession, custody or control.

---



# EXHIBIT 7

Subj:   **RE: Contact information below/Farquhar**
Date    10/9/2006 2:12:02 P.M. Mountain Standard Time
From    tarek.ismail@bartlit-beck.com
To      Cvtsr@aol.com

Thanks Chris. I assume he is available to continue the 17th?

Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)
tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>

This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

IRS Circular 230 disclosure:
Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Cvtsr@aol.com [mailto:Cvtsr@aol.com]
**Sent:** Monday, October 09, 2006 1:08 PM
**To:** tarek.ismail@bartlit-beck.com
**Subject:** Re: Contact information below/Farquhar

Tarek

With some effort, Dr. Farquhar will be available on Nov 16. I will send a new Notice of Deposition.

Regards
Chris

In a message dated 10/4/2006 4:05:51 P.M. Mountain Standard Time, tarek.ismail@bartlit-beck.com writes:

> Thanks. While you're at it, can you ask him about the 16th and 17th (November)?
>
> Tarek Ismail
> Bartlit Beck Herman Palenchar & Scott LLP
> Courthouse Place
> 54 West Hubbard Street
> Chicago, Illinois 60610
> (312) 494-4418 (phone)
> (312) 494-4440 (fax)
> (312) 560-0378 (mobile)
> tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>



# EXHIBIT 8

Subj      **Re: Farquhar**
Date      10/25/2006 9 32 32 A M  Mountain Standard Time
From      Cvtisi
To        tarek.ismail@bartlit-beck com
BCC       DARBITB_IT@LCHB COM

Tarek

I am really not sure we can do this  I will check but I do know that Dr  Farquhar just had a medical procedure and my not want to leave town  I will be back in touch

Regards
Chris

In a message dated 10/24/2006 10 05 09 A M  Mountain Standard Time  tarek ismail@bartlit-beck com writes

> Chris -- we would like to move the Farquhar deposition to take place in NOLA rather than S.F.  As we
> gather more information about the length of the Mason trial, we very easily could be waiting on a
> verdict that week   We are still willing to proceed to accommodate your desire to have the deposition in
> time for the Dedrick tria , but we need the deposition to take place in NOLA for the schedule to hold
>
> Please let me know if you are agreeable
>
> Tarek Ismail
> Bartlit Beck Herman Palenchar & Scott LLP
> Courthouse Place
> 54 West Hubbard Street
> Chicago  Illino s 60610
> (312) 494-4418 (phone)
> (312) 494-4440 (fax)
> (312) 560-0378 (mobile)
> tarek ismail@bartlit-beck com <mailto:tarek ismail@bart t-beck com>
>
> This message may contain information that is legally privileged or confidential  It is the property of Bartlit Beck Herman
> Palenchar & Scott LLP   If you are not the intended recipient of this message  please notify the sender  delete the message, and
> note that any distribution or copying of this message is prohibited
>
> IRS Circular 230 disclosure
> Please note that any U S  tax advice contained in this communication (including any Attachments) is not intended or written to be
> used  and cannot be used  for the purpose of avoiding penalties under the Internal Revenue Code or promoting  marketing or
> recommending to another party any transaction or matter addressed herein



# EXHIBIT 9

Subj    RE: Farquhar
Date    10/25/2006 3:00 40 P.M. Mountain Standard Time
From:   tarek.ismail@bartlit-beck.com
To      Cvtisi@aol.com

Chris -- we do intend to raise this issue with the Court.

First, Drs. Giorguiar and Farquhar are separate issues. There certainly have been many examples of Merck moving witness schedules around to accommodate the plaintiffs conflicts so I assume that you are not suggesting that schedule accommodation is a one-way street.

Second, as a basic proposition, plaintiffs are proposing to take a trial deposition of Dr. Farquhar for the purpose of preserving the deposition for use in a MDL trials and Merck is entitled to have counsel of its choice conduct the cross examination. Phil is lead trial counsel in the MDL and Phil is the attorney Merck wants doing the cross.

Third, we have suggested various solutions that accommodate your desire to have Dr. Farquhar completed before the Dedrick trial. A few weeks ago we sought several alternative dates in October for the deposition, including the dates originally offered. We also suggested the week of November 20, which would not conflict with the Mason trial. None of those options fit Dr. Farquhar's schedule. We agreed to November 16-17 on the expectation that the Mason trial would be over the prior week. It became clear to us this week with more information about the plaintiffs line-up that the trial will spill over to the week of November 13 and we may be waiting on a verdict on November 16-17. In light of these developments, we suggested conducting the deposition in New Orleans. I understand Dr. Farquhar does not wish to travel for medical reasons and, thus, that solution is not an option as well.

As a result, we will be seeking relief from the Court.


Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)
tarek.ismail@bartlit-beck.com <mailto tarek.ismail@bartlit-beck.com>

This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

IRS Circular 230 disclosure:
Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.


From: Cvtisi@aol.com [mailto Cvtisi@aol.com]
Sent: Wednesday, October 25, 2006 3:22 PM
To: tarek.ismail@bartlit-beck.com
Cc: davis@hhkc.com; dbuchanan@seegerweiss.com, DARBITBLET@LCHB.COM, ancy.birchfield@beasleyallen.com; leigh.odell@beasleyallen.com; cseegen@seegerweiss.com; RHerman@hhkc.com; beachlawyer51@hotmail.com
Subject: Re: Farquhar

Tarek

This follows our call today regarding your request that we move the Farquhar deposition from San Francisco to New Orleans to accommodate Phil Beck and your schedules



As I said today, we have been more than willing to attempt to accommodate your trial team's schedule to the extent that we can. Indeed, as I pointed out, we recently canceled (at the last minute) the trial preservation deposition of one of our expert witnesses, John Guenguian, to accommodate Andy Goldman who had a personal issue. (I might add that Dr. Guenguian had already flown from France to the US for this deposition.)

Similarly, we already agreed reschedule Dr. Farquhar once already to accommodate yours and Phil's schedule. As you know, we originally noted this deposition for November 8 in San Francisco. At your request, it was changed to the 16th — a date you chose, with the full knowledge that this would be in San Francisco. The deposition notice has been outstanding for quite some time now.

As I promised, we informed Dr. Farquhar of your new request to move the deposition from San Francisco to New Orleans. As I explained to you, his physical limitations cannot accommodate this request. As you know, Dr. Farquhar is almost 80 years old. In the past two months, he has been hospitalized twice for a total of ten days. Under any circumstance, travel is difficult for him. Given his current condition, it is virtually impossible. Moreover, Travel to New Orleans is particularly burdensome for him as it takes a full day from San Francisco on each end, and requires a change of planes and walking around airports. Given his condition, Dr. Farquhar needs a full day to recover when he travels, which is rare these days. By way of example, he has already canceled travel this fall to see his new granddaughter in Minnesota due to his recovery from surgery. He simply cannot come to New Orleans at this time.

Tarek, I think that we have shown a willingness to try and accommodate you and your team's schedule. We accommodated you once with respect to this very witness. We would have accommodated you again had Dr. Farquhar been able to do so. Unfortunately, given the need for this deposit on at the Dedrick trial and the physical limitations of this witness, we simply cannot do more than we have already done. If you or Phil cannot cover this particular deposition, I am sure that there are others who could do so.

I would trust that you would understand this and that you would not try and force this issue with the Court. However, if you intend to do so, please let me know.

Regards,
Chris

In a message dated 10/25/2006 9:37:47 A.M. Mountain Standard Time, tarek.ismail@bartlit-beck.com writes:

> Thanks. Just let me know either way.
>
> Tarek Ismail
> Bartlit Beck Herman Palenchar & Scott LLP
> Courthouse Place
> 54 West Hubbard Street
> Chicago, Illinois 60610
> (312) 494-4418 (phone)
> (312) 494-4440 (fax)
> (312) 560-0378 (mobile)
> tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>
>
> This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.
>
> IRS Circular 230 disclosure:
> Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.
>
> From: Cvtisi@aol.com [mailto:Cvtisi@aol.com]
> Sent: Wednesday, October 25, 2006 10:33 AM
> To: tarek.ismail@bartlit-beck.com
> Subject: Re: Farquhar
>
> Tarek
>
> I am really not sure we can do this. I will check but I do know that Dr. Farquhar just had a medical procedure and may not want to leave town. I will be back in touch.
>
> Regards
> Chris
>
> In a message dated 10/24/2006 10:05:09 A.M. Mountain Standard Time, tarek.ismail@bartlit-beck.com writes:

Chris -- we would like to move the Farquhar deposition to take place in NOLA rather than S F
As we gather more information about the length of the Mason trial, we very easily could be
waiting on a verdict that week   We are still willing to proceed to accommodate your desire to
have the deposition in time for the Dedrick trial, but we need the deposition to take place in
NOLA for the schedule to hold

Please let me know if you are agreeable

Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago   Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)
tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>

This message may contain information that is legally privileged or confidential  It is the property of Bartlit Beck
Herman Palenchar & Scott LLP  If you are not the intended recipient of this message, please notify the sender, delete
the message  and note that any distribution or copying of this message is prohibited

IRS Circular 230 disclosure
Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or
written to be used  and cannot be used  for the purpose of avoiding penalties under the Internal Revenue Code or
promoting  marketing or recommending to another party any transaction or matter addressed herein

# EXHIBIT 10

## Lenny Davis

| | |
|---|---|
| **From:** | Cvtisi@aol.com |
| **Sent:** | Wednesday, October 25, 2006 5:33 PM |
| **To:** | tarek.ismail@bartlit-beck.com |
| **Cc:** | cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; DARBITBLIT@LCHB.COM; andy.birchfield@beasleyallen.com; leigh.odell@beasleyallen.com; Russ Herman; Lenny Davis; shellysanford@goforthlewis.com |

**Subject:** Re: Farquhar

Tarek:

Needless to say, we are extremely disappointed given that we moved the original date at your request to a date you proposed and to a place that you agreed to.

I would suggest that you have Defense Liason Counsel speak to Plaintiff's Liason Counsel before you approach the Court.  I think that Judge Fallon has preferred that.

Chris

In a message dated 10/25/2006 3:00:40 P.M. Mountain Standard Time, tarek.ismail@bartlit-beck.com writes:

> Chris -- we do intend to raise this issue with the Court.
>
> First, Drs. Gueriguian and Farquhar are separate issues.  There certainly have been many examples of Merck moving witness schedules around to accommodate the plaintiff's conflicts so I assume that you are not suggesting that schedule accommodation is a one-way street.
>
> Second, as a basic proposition, plaintiffs are proposing to take a trial deposition of Dr. Farquhar for the purpose of preserving the deposition for use in all MDL trials and Merck is entitled to have counsel of its choice conduct the cross examination.  Phil is lead trial counsel in the MDL and Phil is the attorney Merck wants doing the cross.
>
> Third, we have suggested various solutions that accommodate your desire to have Dr. Farquhar completed before the Dedrick trial.  A few weeks ago we sought several alternative dates in October for the deposition, including the dates originally offered.  We also suggested the week of November 20, which would not conflict with the Mason trial.  None of those options fit Dr. Farquhar's schedule.  We agreed to November 16-17 on the expectation that the Mason trial would be over the prior week.  It became clear to us this week with more information about the plaintiff's line-up that the trial will spill over to the week of November 13 and we may be waiting on a verdict on November 16-17.  In light of these developments, we suggested conducting the deposition in New Orleans.  I understand Dr. Farquhar does not wish to

travel for medical reasons and, thus, that solution is not an option as well.

As a result, we will be seeking relief from the Court.


Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)
tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>

This message may contain information that is legally privileged or confidential. It is the property of
Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message,
please notify the sender, delete the message, and note that any distribution or copying of this message
is prohibited.

IRS Circular 230 disclosure:
Please note that any U.S. tax advice contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the
Internal Revenue Code or promoting, marketing or recommending to another party any transaction or
matter addressed herein.

---

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Wednesday, October 25, 2006 3:22 PM
**To:** tarek.ismail@bartlit-beck.com
**Cc:** ldavis@hhkc.com; dbuchanan@seegerweiss.com; DARBITBLIT@LCHB.COM;
andy.birchfield@beasleyallen.com; leigh.odell@beasleyallen.com; cseeger@seegerweiss.com;
RHerman@hhkc.com; beachlawyer51@hotmail.com
**Subject:** Re: Farquhar

Tarek

This follows our call today regarding your request that we move the Farquhar deposition from San
Francisco to New Orleans to accommodate Phil Beck and your schedules.

As I said today, we have been more than willing to attempt to accommodate your trial team's schedule
to the extent that we can. Indeed, as I pointed out, we recently canceled (at the last minute) the trial
preservation deposition of one of our expert witnesses, John Gueriguian, to accommodate Andy
Goldman who had a personal issue. (I might add that Dr. Gueriguian had already flown from France to
the US for this deposition).

Similarly, we already agreed reschedule Dr. Farquhar once already to accommodate yours and Phil's
schedule. As you know, we originally noted this deposition for November 8 in San Francisco. At your
request, it was changed to the 16th--a date you chose--with the full knowledge that this would be in
San Fransisco. The deposition notice has been outstanding for quite some time now.

As I promised, we informed Dr. Farquhar of your new request to move the deposition from San
Fransisco to New Orleans. As I explained to you, his physical limitations cannot accommodate this
request. As you know, Dr. Farquhar is almost 80 years old. In the past two months, he has been
hospitalized twice for a total of ten days. Under any circumstance, travel is difficult for him. Given his
current condition, it is virtually impossible. Moreover, Travel to New Orleans is particularly

burdensome for him as it takes a full day from San Francisco on each end, and requires a change of planes and walking around airports.  Given his condition, Dr. Farquhar needs a full day to recover when he travels, which is rare these days. By way of example, he has already canceled travel this fall to see his new granddaughter in Minnesota due to his recovery from surgery.  He simply cannot come to New Orleans at this time.

Tarek, I think that we have shown a willingness to try and accommodate you and your team's schedule. We accommodated you once with respect to this very witness.  We would have accommodated you again had Dr. Farquhar been able to do so.  Unfortunately, given the need for this deposition at the Diederick trial and the physical limitations of this witness, we simply cannot do more than we have already done.  If you or Phil cannot cover this particular deposition, I am sure that there are others who could do so.

I would trust that you would understand this and that you would not try and force this issue with the Court,  However, if you intend to do so, please let me know.

Regards,
Chris


    In a message dated 10/25/2006 9:37:47 A.M. Mountain Standard Time, tarek.ismail@bartlit-beck.com writes:

## Thanks.  Just let me know either way.


Tarek Ismail
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4418 (phone)
(312) 494-4440 (fax)
(312) 560-0378 (mobile)
tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>

This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

IRS Circular 230 disclosure:
Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Wednesday, October 25, 2006 10:33 AM
**To:** tarek.ismail@bartlit-beck.com
**Subject:** Re: Farquhar

Tarek:

I am really not sure we can do this.  I will check but I do know that Dr. Farquhar just had a

medical procedure and my not want to leave town.  I will be back in touch.

Regards,
Chris

In a message dated 10/24/2006 10:05:09 A.M. Mountain Standard Time, tarek.ismail@bartlit-beck.com writes:

> Chris -- we would like to move the Farquhar deposition to take place in NOLA rather than S.F.  As we gather more information about the length of the Mason trial, we very easily could be waiting on a verdict that week.  We are still willing to proceed to accommodate your desire to have the deposition in time for the Dedrick trial, but we need the deposition to take place in NOLA for the schedule to hold.
>
> Please let me know if you are agreeable.
>
> Tarek Ismail
> Bartlit Beck Herman Palenchar & Scott LLP
> Courthouse Place
> 54 West Hubbard Street
> Chicago, Illinois 60610
> (312) 494-4418 (phone)
> (312) 494-4440 (fax)
> (312) 560-0378 (mobile)
> tarek.ismail@bartlit-beck.com <mailto:tarek.ismail@bartlit-beck.com>
>
> This message may contain information that is legally privileged or confidential. It is the property of Bartlit Beck Herman Palenchar & Scott LLP. If you are not the intended recipient of this message, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.
>
> IRS Circular 230 disclosure:
> Please note that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.