UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX: | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION: | |
| : | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES: | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

**********************************************************************

# O R D E R

Considering the Motion for Expedited Hearing and Incorporated Memorandum filed on behalf of Plaintiff Liaison Counsel;

IT IS ORDERED BY THE COURT that the Motion for Expedited Hearing be and is hereby granted;

IT IS FURTHER ORDERED BY THE COURT that the hearing on plaintiffs' Motion for Protective Order Regarding Cross-Noticing by the Texas State Vioxx Litigation of Depositions in the MDL be and is hereby set for expedited hearing on the _____ day of _____, 2006 at _____ o'clock ___.m.

NEW ORLEANS, Louisiana, this _____ day of _____, 2006.

_____
Eldon E. Fallon
United States District Judge