IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | Section L |
| | * | |
| (This document relates to all cases) | * | Judge Fallon |
| | * | Mag. Judge Knowles |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING CROSS-NOTICING BY THE TEXAS STATE VIOXX LITIGATION OF DEPOSITIONS IN THE MDL

NOW INTO COURT, through undersigned counsel comes Plaintiffs' Liaison Counsel who submits this Motion for Protective Order regarding the Cross-Noticing Depositions in the MDL by representatives of the Texas Plaintiffs' Steering Committee in Master Docket No. 2005-59499, *In re: Texas State Vioxx Litigation*, pending in the District Court of Harris County, Texas, 157th Judicial District (the Texas Vioxx Litigation) pursuant to Federal Rule of Civil Procedure and moves to quash the cross-notices of the depositions of several experts, including Dr. Richard Kronmal, Dr. John Gueriguian and Dr. John Farquhar. These depositions were set by the PSC in the MDL.

The PSC objects to the unilateral cross-noticing of depositions by the Texas Plaintiffs' Steering Committee all as more fully set forth in the accompanying memorandum which is incorporated as if fully set forth herein.

Respectfully submitted,

_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary Address:

201 St. Charles Ave.
Suite 4310
New Orleans, LA 70170

**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |

| | |
|---|---|
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of October, 2006. Further, I hereby certify that the above and foregoing has been served on the following either by U.S. Mail, e-mail or facsimile on this date:

1.  David P. Matthews, Esq.
  Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
  800 Commerce
  Houston, TX 77002
  PH: (713) 222-7211
  FAX: (713) 225-0827

2.  Richard Josephson, Notice Counsel for Merck Defendants
  Baker & Botts
  One Shell Square
  Houston, TX 77002
  Fax: (713) 229-7760
  Richard.Josephson@BakerBotts.com

3.  Gerry Lowry, Katherine MacKillop & Julie Hardin
  Fulbright & Jaworski
  1301 McKinney, Suite 5100
  Houston, TX 77002
  Fax: (713) 651-5246
  jhardin@fulbright.com

4.  Johnathan B. Skidmore, H. Douglas Wagner and Richard S. Krumholz
  Fulbright & Jaworski
  2200 Ross Avenue, Suite 2800
  Dallas, TX 75201
  Fax: (214) 855-8200

5.  Thomas Scott Allen, Notice Counsel for Non-Merck Defendants
    Cruse, Scott, Henderson & Allen, LLP
    2777 Allen Parkway, 7th Floor
    Houston, TX 77057
    Fax:   (713) 650- 1720
    Sallen@CruseScott.com

                                                     */s/ Leonard A. Davis*

Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
201 St. Charles Ave., Suite 4310
New Orleans, LA  70170
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com