IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | Section L |
| | * | |
| **(This document relates to all cases)** | * | Judge Fallon |
| | * | Mag. Judge Knowles |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER REGARDING CROSS-NOTICING BY THE TEXAS STATE VIOXX LITIGATION OF DEPOSITIONS IN THE MDL

NOW INTO COURT, through undersigned counsel comes Plaintiffs' Liaison Counsel who submit this Motion for Protective Order regarding the Cross-Noticing Depositions in the MDL by representatives of the Texas Plaintiffs' Steering Committee in Master Docket No. 2005-59499, *In re: Texas State Vioxx Litigation*, pending in the District Court of Harris County, Texas, 157th Judicial District (the Texas Vioxx Litigation). PLC shows as follows:

1.

The Texas Plaintiffs' Steering Committee in the Texas Vioxx Litigation has unilaterally cross-noticed the depositions of several experts, including Dr. Richard Kronmal, Dr. John Gueriguian and Dr. John Farquhar. These depositions were set by the PSC in the MDL (see Exhibit "A").

2.

The PSC objects to the unilateral cross-noticing of depositions by the Texas Plaintiffs' Steering Committee.

3.

These cross-notices were issued without any prior consultation or discussions by Texas counsel with liaison counsel in the MDL and in violation of PTO 9 (Amended), which specifically requires that, "[a]bsent extraordinary circumstances, counsel should consult in advance with opposing counsel and counsel for proposed deponent in an effort to schedule depositions at mutually convenient times and locations."

4.

PTO 9 (Amended) also requires that:

> "Any fact witness deposition in this MDL may be cross-noticed by any party in any Vioxx-related action pending in state court, any expert witness deposition in this MDL may be cross-noticed by any party in any Vioxx-related action pending in state court provided that counsel, other than a defendant, cross-noticing the expert's deposition have agreed to coordinate with the PSC pursuant to Pretrial Order No. 19..."

5.

Unilaterally cross-noticing the depositions before coordinating with the MDL and resolving issues including coordination pursuant to Pre-Trial Order 19 in the MDL, violates the orders of this Court.

6.

On October 25, 2006, the office of Plaintiffs' Liaison Counsel communicated with counsel who issued the Texas Cross-Notices and advised that the PSC objected to the Cross-Notices and requested that the Texas Plaintiffs' Steering Committee agree to coordinate to the PSC pursuant to Pre-Trial Order 19 (see attached Exhibit "A"). To date no reply has been received by Plaintiffs' Liaison Counsel in the MDL.

WHEREFORE, the PSC, respectfully requests that the Court issue a protective order quashing any and all cross-notices issued in the MDL by the Texas Vioxx Litigation.

Respectfully submitted,

_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:   (504) 581-4892
FAX:  (504) 561-6024

Temporary Address:

201 St. Charles Ave.
Suite 4310
New Orleans, LA 70170

**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |

| | |
|---|---|
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of October, 2006. Further, I hereby certify that the above and foregoing has been served on the following either by U.S. Mail, e-mail or facsimile on this date:

1.    David P. Matthews, Esq.
   Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
   800 Commerce
   Houston, TX 77002
   PH: (713) 222-7211
   FAX: (713) 225-0827

2.    Richard Josephson, Notice Counsel for Merck Defendants
   Baker & Botts
   One Shell Square
   Houston, TX 77002
   Fax: (713) 229-7760
   Richard.Josephson@BakerBotts.com

3.    Gerry Lowry, Katherine MacKillop & Julie Hardin
   Fulbright & Jaworski
   1301 McKinney, Suite 5100
   Houston, TX 77002
   Fax: (713) 651-5246
   jhardin@fulbright.com

4.    Johnathan B. Skidmore, H. Douglas Wagner and Richard S. Krumholz
   Fulbright & Jaworski
   2200 Ross Avenue, Suite 2800
   Dallas, TX 75201
   Fax: (214) 855-8200

5.  Thomas Scott Allen, Notice Counsel for Non-Merck Defendants
    Cruse, Scott, Henderson & Allen, LLP
    2777 Allen Parkway, 7th Floor
    Houston, TX 77057
    Fax:    (713) 650-1720
    Sallen@CruseScott.com

                                    _____
                                    Leonard A. Davis (Bar No. 14190)
                                    *Herman, Herman, Katz & Cotlar, LLP*
                                    201 St. Charles Ave., Suite 4310
                                    New Orleans, LA 70170
                                    PH:    (504) 581-4892
                                    FAX:   (504) 561-6024
                                    ldavis@hhkc.com