# EXHIBIT A

**************** -COMM. JOURNAL- ***************** DATE OCT-25-2006 **** TIME 17:38 *** P.01

MODE = MEMORY TRANSMISSION          START=OCT-25 17:36      END=OCT-25 17:38

FILE NO.= 145

STN NO.   COM   ABBR NO.    STATION NAME/TEL.NO.    PAGES   DURATION

001    OK    &         917132250927         022/022  00:00'42"

                                                    -                -

****************************** -         - **** -      5047996421- ********



## HERMAN, HERMAN, KATZ & COTLAR

Harry Herman (1914-1967)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick²

Stephen J. Herman
Brian D. Katz

Soren E. Gisleson
Joseph E. "Jed" Cain

Joseph A. Kott, M.D. J.D. (Of Counsel)

*Offices in New Orleans and
Covington, Louisiana

¹ A Professional Law Corporation
² Also Admitted in Texas

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gere¹ LLP

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone (504) 581-4892    Facsimile (504) 561-6024
http://www.hhkc.com
*Temporary Office
Place St. Charles, 201 St. Charles Ave., Suite 4310
New Orleans, Louisiana 70170

October 25, 2006

<u>**VIA FACSIMILE**</u>

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels,
    Matthews & Friend
800 Commerce
Houston, TX 77002
*Fax: (713) 225-0827*

Re:     <u>**In Re: VIOXX MDL 1657**</u>

Dear Mr. Matthews:

The Plaintiffs' Steering Committee ("PSC") recently received your letter of October 24, 2006 enclosing Cross-Notices of Depositions of Dr. Richard Kronmal (October 25 and November 29), Dr. John Gueriguian (October 26) and Dr. John Farquhar (November 16).

On behalf of the PSC, you are hereby notified that the PSC objects to these Cross-Notices. Pre-Trial Order No. 9 (Amended) issued by Judge Fallon (a copy can be obtained from Judge Fallon's website, see below) on September 28, 2006, sets forth Deposition Guidelines. Section G states in part:

> "Any fact witness deposition in this MDL may be cross-noticed by any party in any Vioxx-related action pending in state court; any expert witness deposition in this MDL may be cross-noticed by any party in any Vioxx-related action pending in state court provided that counsel, other than a defendant, cross-noticing the expert's deposition have agreed to coordinate with the PSC pursuant to Pretrial Order No. 19. "

Should the Texas Plaintiffs' Steering Committee agree to coordinate with the PSC pursuant to Pre-Trial Order No. 19, then the PSC will withdraw its objection. For your easy reference, Pre-Trial Order No. 19 can be obtained from Judge Fallon's website located at www.laed.uscourts.gov. Of course, you realize that these experts have been retained, developed and are being paid by the PSC; and, therefore, failure to comply with Pre-Trial Order No. 19 would be inappropriate.



**HERMAN, HERMAN, KATZ & COTLAR**
L.L.P.
Attorneys at Law

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick‡

Stephen J. Herman
Brian D. Katz
_____

Soren E. Gisleson
Joseph E. "Jed" Cain

Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone (504) 581-4892      Facsimile (504) 561-6024
Http://www.hhkc.com
Temporary Office:
Place St. Charles, 201 St. Charles Ave., Suite 4310
New Orleans, Louisiana 70170

\* A Professional Law Corporation
‡ Also Admitted in Texas

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gerel, LLP

October 25, 2006

**VIA FACSIMILE**

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels,
    Matthews & Friend
800 Commerce
Houston, TX 77002
*Fax: (713) 225-0827*

Re:      **In Re: VIOXX MDL 1657**

Dear Mr. Matthews:

The Plaintiffs' Steering Committee ("PSC") recently received your letter of October 24, 2006 enclosing Cross-Notices of Depositions of Dr. Richard Kronmal (October 25 and November 29), Dr. John Gueriguian (October 26) and Dr. John Farquhar (November 16).

On behalf of the PSC, you are hereby notified that the PSC objects to these Cross-Notices. Pre-Trial Order No. 9 (Amended) issued by Judge Fallon (a copy can be obtained from Judge Fallon's website, see below) on September 28, 2006, sets forth Deposition Guidelines. Section G states in part:

"Any fact witness deposition in this MDL may be cross-noticed by any party in any Vioxx-related action pending in state court, any expert witness deposition in this MDL may be cross-noticed by any party in any Vioxx-related action pending in state court provided that counsel, other than a defendant, cross-noticing the expert's deposition have agreed to coordinate with the PSC pursuant to Pretrial Order No. 19..."

Should the Texas Plaintiffs' Steering Committee agree to coordinate with the PSC pursuant to Pre-Trial Order No. 19, then the PSC will withdraw its objection. For your easy reference, Pre-Trial Order No. 19 can be obtained from Judge Fallon's website located at www.laed.uscourts.gov. Of course, you realize that these experts have been retained, developed and are being paid by the PSC; and, therefore, failure to comply with Pre-Trial Order No. 19 would be inappropriate.

David P. Matthews, Esq.
October 25, 2006
PAGE 2


The PSC is willing to coordinate the scheduling of fact witness depositions and expert witness depositions, but in order to do this, the PSC must get a signed Agreement from the Texas Plaintiffs' Steering Committee as more fully set forth in Pre-Trial Order No. 19.

If we do not receive a response from you by Friday, October 27, 2006, we will be filing appropriate pleadings with the Judge Fallon.

For your information, please note that the Gueriguian deposition scheduled for tomorrow has been postponed.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
cc:     Plaintiffs' Steering Committee

10/24/2006 14:56 FAX 713 225 0827          ABRAHAM WATKINS                          ☒001/027

LAW OFFICES

# ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND

NICK C. NICHOLS, P.C.
RANDALL O. SORRELS, P.C. *†
DAVID P. MATTHEWS *†°
BENNY AGOSTO, JR. *

C.F. JEB WAIT, M.D. J.D.
LIZY SANTIAGO
JULIE L. RHOADES
CLYDE J. "JAY" JACKSON, III *
JASON C. WEBSTER *
DANIEL D. HOROWITZ, III
MUHAMMAD S. AZIZ

800 COMMERCE STREET
HOUSTON, TEXAS 77002-1776
(713) 222-7211
FAX (713) 225-0827
1-800-870-9584
WWW.ABRAHAMWATKINS.COM

DALE FRIEND
(RETIRED)

FRANK T. ABRAHAM
(1924 - 2004)

W.W. WATKINS
(1920-1987)

* BOARD CERTIFIED PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

† BOARD CERTIFIED CIVIL TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

* LICENSED IN TEXAS AND MISSISSIPPI
‡ LICENSED IN NEW YORK STATE

## FACSIMILE TRANSMISSION COVER SHEET

Date: _10/24/06_

To: _R Josephson     713-229-7760_

Fax #: _J Landin     713-651-5246_

From: _J Skidmore     214-855-8200_

Our Fax No.: 713-225-0827  _Scott Allen     713 650 1920_

Re: _Vioxx - Tx State - π Cross Notices_

NUMBER OF PAGES, INCLUDING THIS COVER SHEET: _____

COMMENTS / INSTRUCTIONS: _____

_____

_____

_____

******************************************************************************

The information contained in this facsimile message is attorney privileged and confidential information, intended for the use of the individual or entity named above. Any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

**PLEASE NOTE: The original of this document DOES NOT follow by mail or other service.**

LAW OFFICES

## ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND

NICK C. NICHOLS, P.C.
RANDALL O. SORRELS, P.C. *‡
DAVID P. MATTHEWS *‡◊
BENNY AGOSTO, JR. *

C.F. JEB WAIT, M.D. J.D.
LIZY SANTIAGO
JULIE L. RHOADES
CLYDE J. "JAY" JACKSON, III *
JASON C. WEBSTER ◊
DANIEL D. HOROWITZ, III
MUHAMMAD S. AZIZ

800 COMMERCE STREET
HOUSTON, TEXAS 77002-1776
(713) 222-7211
FAX (713) 225-0827
1-800-870-9584
www.abrahamwatkins.com

DALE FRIEND
RETIRED PARTNER

FRANK T. ABRAHAM
(1924 - 2004)

W.W. WATKINS
(1920 - 1997)

* BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW TEXAS BOARD OF LEGAL SPECIALIZATION
‡ BOARD CERTIFIED: CIVIL TRIAL LAW TEXAS BOARD OF LEGAL SPECIALIZATION
◊ ALSO LICENSED IN MISSISSIPPI
‡ ALSO LICENSED IN NEW YORK

October 24, 2006

Richard Josephson,
 Notice Counsel for Merck Defendants
Baker & Botts
One Shell Plaza
Houston Tx 77002

713 229 7760
Richard.josephson@bakerbotts.com (E-mailed separately)

Gerry Lowry, Katherine MacKillop & Julie Hardin
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston Tx 77010

713 651 5246
Jhardin@fulbright.com (E-mailed separately)

Jonathan B.Skidmore, H. Douglas Wagner & Richard Krumholz
Fulbright & Jaworski
22100 Ross Avenue,Suite 2800
Dallas Tx 75201

214 855 8200

Scott Allen,
 Notice Counsel for Non-Merck Defendants
2777 Allen Parkway, 7th Floor
Houston Tx 77057

713 650 1720
Sallen@crusescott.com (E-mailed separately)

Re:    Texas State Vioxx Litigation
       Master Docket No. 2005-59499
       In the 157th Judicial District Court, Harris County, Texas

Dear Counsel:

Enclosed please find the following cross-notices of depositions originally noticed and/or cross-noticed in the New Jersey and federal Vioxx Litigation:

Dr. Richard Kronmal
October 25, 2006 at 10:00 AM (Seattle)

Dr. Richard Kronmal
November 29, 2006 at 10:00 AM (Seattle)

Dr. John Gueriguian
October 26, 2006 at 10:00 AM (New York)

Dr. John Farquhar
November 16, 2006 at 9:30 AM (San Francisco)

Each notice includes a call-in number and entry code.

Sincerely,

David P. Matthews

DPM/jan
enclosures

cc:
Tommy Fibich, Plaintiff Liaison Counsel
        lvantubergen@fhl-law.com

Russ Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue, Suite 4310
New Orleans LA 70170

Philip A Wittman
Stone Pigman
546 Carondelet
New Orleans LA 70130-3588

Lieff Cabrasser
275 Battery Street, 28th Floor
San Francisco CA 94111

Seeger Weiss
David Buchanan
550 Broad Street, Suite 920
Newark NJ 07102

David Jacoby
Anapol Schwartz Weiss
402 Park Blvd
Cherry Hill NJ 08002

### MASTER DOCKET NO. 2005-59499

| | | |
|---|---|---|
| In re: | § | IN THE DISTRICT COURT OF |
| | § | |
| **TEXAS STATE VIOXX LITIGATION** | § | **HARRIS COUNTY,    TEXAS** |
| | § | |
| (This Document Relates to All Cases) | § | 157th  JUDICIAL DISTRICT |

### PLAINTIFFS' AMENDED  CROSS-NOTICE OF
### DEPOSITIONS of

### Dr. RICHARD KRONMAL

To:   Defendant Merck & Co., Inc.
      By and through its counsel of record,
      Gerry Lowry, Katherine MacKillop and Julie Hardin
      Fulbright & Jaworski
      1301 McKinney, Suite 5100
      Houston Tx 77010-3095
      fax 713 651 5246
      jhardin@fulbright.com
                    And
      Jonathan B. Skidmore, H. Douglas Wagner and Richard S. Krumholz
      Fulbright & Jaworski
      2200 Ross Avenue, Suite 2800
      Dallas Tx75201
      fax 214 855 8200

      Please take notice that a representative of the Texas Plaintiffs' Steering Committee will
by virtue of this cross-notice will participate in the examination of the witness listed below,
whose depositions (two)  were originally noticed as in the New Jersey Vioxx Litigation, and
cross-noticed by the federal PSC in the FederalVioxx Litigation.  the federal MDL.

|  |  |
|---|---|
| Witness: | **DR. RICHARD KRONMAL** |

First Deposition:
           Date & Time:        ·October 25, 2006
                               Beginning at 10:00  a.m. P.D.T.
*De Bene Esse* Deposition:
           Date & Time:        November 29, 2006
                               Beginning at 10:00 a.m. P.S.T.
Location (both depositions):

                               Best Western University Tower Hotel
                               4507 Brooklyn Avenue NE
                               Seattle WA 98105-4508

CALL IN INFORMATION:  866 261 4013; ID code 2728103
(For both depositions)

Copies of the Federal Plaintiffs' Cross-Notices (2) are attached as an Exhibit.

The deposition of Dr. Kronmal is being cross-noticed in accordance with Texas MDL Case Management Order No. 2 AND in accordance with the amended Federal MDL Case Management Order No. 9.

Respectfully submitted,

PLAINTIFFS' STEERING COMMITTEE

By: _David P. Matthews_

David P. Matthews
Abraham, Watkins, Nichols,
Sorrels, Matthews & Friend
Texas State Bar No. 13206200
800 Commerce
Houston Tx 77002
713 222 7211
800 870 9584
713 225 0827  - facsimile

Certificate of Service

A true and complete copy of the foregoing has been served upon Defendant Merck & Co., Inc. by serving the following:

Richard Josephson, Notice Counsel for Merck Defendants
Baker & Botts
One Shell Plaza
Houston Tx 77002
Fax 713 229 7760
Richard.Josephson@BakerBotts.com

Gerry Lowry, Katherine MacKillop & Julie Hardin
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston Tx 77002
via fax 713 651 5246 and
jhardin@fulbright.com

Jonathan B. Skidmore, H. Douglas Wagner and Richard S. Krumholz
Fulbright & Jaworski
2200 Ross Avenue, Suite 2800
Dallas Tx 75201
         fax 214 855 8200

AND

Thomas Scott Allen, Notice Counsel for Non-Merck Defendants
Cruse, Scott, Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston Tx 77057
         Fax 7113 650 1720
         SAllen@CruseScott.com

Copies of this Notice are further served upon:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave, Suite 4310
New Orleans LA 70170

Philip A. Wittman
Stone Pigman Walther & Wittmann, LLC
546 Carondelet Street
New Orleans LA 70130-3588

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 28th Floor
San Francisco CA 94111

Dated October 24, 2006

_David Matthews_
David P. Matthews



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION:** | : | |
| | : | **SECTION: L** |
| | : | |
| **THIS DOCUMENT RELATES TO ALL CASES:** | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

## PLAINTIFFS' CROSS-NOTICE OF THE PLAINTIFFS' DEPOSITION OF DR. RICHARD KRONMAL

TO:     The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Dr. Richard Kronmal** will be held on

October 25, 2006 beginning at 10 a.m., at **Best Western University Tower Hotel, 4507**

**Brooklyn Avenue NE, Seattle, Washington  98105-4508,** to continue from day to day until

completed.  The deposition will be video-taped by a certified court reporter and may be used at

trial.  **The call-in number for participation by telephone is (866) 261-4013, I.D. Number**

**2728103.** You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice

of Videotaped Oral Deposition of Dr. Richard Kronmal in *In re VIOXX Litigation*, Superior

Court of New Jersey, Atlantic County, Case No. 619. The questioner/examiner will be a member of the Plaintiffs' Steering Committee or its designee.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary Address:

Place St. Charles
201 St. Charles Ave.
Suite 4310
New Orleans, LA 70170
**Plaintiffs' Liaison Counsel**

<table>
<tr><td>

Richard J. Arsenault. Esq.
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
PH: (318) 487-9874
FAX: (318) 561-2591

Andy D. Birchfield, Esq. (Co-Lead Counsel)
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
PH: (800) 898-2034
FAX: (334) 954-7555

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30ᵗʰ Floor
San Francisco, CA 94111-3339
PH: (415) 956-1000
FAX: (415-956-1008

Thomas Kline, Esq.
1525 Locust St.
19ᵗʰ Floor
Philadelphia, PA 19102
PH: (215) 772-1000
FAX: (215) 772-1371

</td><td>

Gerald E. Meunier, Esq.
Energy Centre
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973

Troy Rafferty, Esq.
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
PH: (850) 435-7000
FAX: (850) 497-7059

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA 70601
PH: (337) 494-7171
FAX: (337) 494-7218

Mark Robinson, Esq.
620 Newport Center Drive
7ᵗʰ Floor
Newport Beach, CA 92660
PH: (949) 720-1288
FAX: (949) 720-1292

</td></tr>
</table>

| | |
|---|---|
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Seeger, Esq. (Co-Lead Counsel)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of October, 2006.

I further certify that the foregoing was served on the following plaintiffs' counsel via e-mail or U.S. mail, postage prepaid and properly addressed this 19th day of October, 2006:

> David R. Buchanan
> Seeger Weiss LLP
> 550 Broad Street, Suite 920
> Newark, NJ 07102-4573
>
> David Jacoby
> Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
> 402 Park Boulevard
> Cherry Hill, NJ 08002

> /s/ Leonard A. Davis
> Leonard A. Davis (Bar No. 14190)
> *Herman, Herman, Katz & Cotlar, LLP*
> 201 St. Charles Ave., Suite 4310
> New Orleans, LA 70170
> PH:    (504) 581-4892
> FAX:   (504) 561-6024
> ldavis@hhkc.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | **MDL NO. 1657** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION: L** |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES: | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

## PLAINTIFFS' CROSS-NOTICE OF THE PLAINTIFFS' *DE BENE ESSE* VIDEOTAPED ORAL TRIAL PRESERVATION DEPOSITION OF DR. RICHARD KRONMAL

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Dr. Richard Kronmal** will be held on November 29, 2006 beginning at 10 a.m., at **Best Western University Tower Hotel, 4507 Brooklyn Avenue NE, Seattle, Washington 98105-4508,** to continue from day to day until completed.  The deposition will be video-taped by a certified court reporter and may be used at trial.  **The call-in number for participation by telephone is (866) 261-4013, I.D. Number 2728103.**  You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of *De Bene Esse* Videotaped Oral Trial Preservation Deposition of Dr. Richard Kronmal in *In*

*re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. The questioner/examiner will be a member of the Plaintiffs' Steering Committee or its designee.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024

Temporary Address:

Place St. Charles
201 St. Charles Ave.
Suite 4310
New Orleans, LA 70170
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. (Co-Lead Counsel)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415) 956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |

W:\25000-29999\27115\000\PLD\Cross-Notice of Preservation Deposition of Dr. Richard Kronmal 2006-10-19.doc

| Arnold Levin, Esq. | Christopher Seeger, Esq. (Co-Lead Counsel) |
|---|---|
| 510 Walnut Street | One William Street |
| Suite 500 | New York, NY 10004 |
| Philadelphia, PA 19106-3875 | PH: (212) 584-0700 |
| PH: (215) 592-1500 | FAX: (212) 584-0799 |
| FAX: (215) 592-4663 | |
| | Christopher Vincent Tisi, Esq. |
| Shelly Sanford, Atty. | 2000 L Street, NW |
| 2200 Texaco Heritage Plaza | Suite 400 |
| 1111 Bagby | Washington, DC 20036-4914 |
| Houston, TX 77002 | PH: (202) 783-6400 |
| PH: (713) 650-0022 | FAX: (307) 733-0028 |
| FAX: (713-650-1669 | |

## PLAINTIFFS' STEERING COMMITTEE

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of October, 2006.

I further certify that the foregoing was served on the following plaintiffs' counsel via e-mail or U.S. mail, postage prepaid and properly addressed this 19th day of October, 2006:

David R. Buchanan
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

David Jacoby
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
402 Park Boulevard
Cherry Hill, NJ 08002

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com

W:\25000-29999\27115\000\PLD\Cross-Notice of Preservation Deposition of Dr. Richard Kronmal 2006-10-19.doc

3

MASTER DOCKET NO. 2005-59499

| | | |
|---|---|---|
| In re: | § | IN THE DISTRICT COURT OF |
| | § | |
| TEXAS STATE VIOXX LITIGATION | § | HARRIS COUNTY,    TEXAS |
| | § | |
| (This Document Relates to All Cases) | § | 157th  JUDICIAL DISTRICT |

PLAINTIFFS' AMENDED  CROSS-NOTICE OF
DEPOSITION of

Dr. JOHN GUERIGUIAN

To:    Defendant Merck & Co., Inc.
       By and through its counsel of record,
       Gerry Lowry, Katherine MacKillop and Julie Hardin
       Fulbright & Jaworski
       1301 McKinney, Suite 5100
       Houston Tx 77010-3095
       fax 713 651 5246
       jhardin@fulbright.com
                    And
       Jonathan B. Skidmore, H. Douglas Wagner and Richard S. Krumholz
       Fulbright & Jaworski
       2200 Ross Avenue, Suite 2800
       Dallas Tx75201
       fax 214 855 8200

       Please take notice that a representative of the Texas Plaintiffs' Steering Committee will
by virtue of this cross-notice will participate in the examination of the witnesses listed below,
whose depositions were originally noticed in the New Jersey Vioxx Litigation and cross-noticed
by the Plaintiffs' Liaison Counsel in the federal MDL.

|  |  |
|---|---|
| Witness: | Dr. JOHN GUERIGUIAN |
| Date & Time: | October 26, 2006<br>Beginning at 10:00 a.m. E.D.T. |
| Location: | Seeger Weiss LLP<br>One William Street<br>New York NY 10004 |

       CALL IN INFORMATION:   877 326 2337 or 303 928 3232; code 1496020

A copy of the Federal Plaintiffs' Amended Cross-Notice of the Plaintiffs' Deposition of John Gueriguian is attached as an Exhibit.

The deposition of Dr. Gueriguian is being cross-noticed in accordance with Texas MDL Case Management Order No. 2 and in compliance with Federal MDL Amended Case Management Order No. 9.

Respectfully submitted,

PLAINTIFFS' STEERING COMMITTEE

By: _David P Matthews_

David P. Matthews
Abraham, Watkins, Nichols,
Sorrels, Matthews & Friend
Texas State Bar No. 13206200
800 Commerce
Houston Tx 77002
713 222 7211
800 870 9584
713 225 0827  - facsimile
for e-mail service:
TexasVioxxPSC@aol.com

## Certificate of Service

A true and complete copy of the foregoing has been served upon Defendant Merck & Co., Inc. by serving the following:

Richard Josephson, Notice Counsel for Merck Defendants
Baker & Botts
One Shell Plaza
Houston Tx 77002
Fax 713 229 7760
Richard.Josephson@BakerBotts.com

Gerry Lowry, Katherine MacKillop & Julie Hardin
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston Tx 77002
via fax 713 651 5246 and
jhardin@fulbright.com

Jonathan B. Skidmore, H. Douglas Wagner and Richard S. Krumholz
Fulbright & Jaworski
2200 Ross Avenue, Suite 2800
Dallas Tx75201
        fax 214 855 8200

AND

Thomas Scott Allen, Notice Counsel for Non-Merck Defendants
Cruse, Scott, Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston Tx 77057
        Fax 7113 650 1720
        SAllen@CruseScott.com

Copies of this Notice are further served upon:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave, Suite 4310
New Orleans LA 70170

Philip A. Wittman
Stone Pigman Walther & Wittmann, LLC
546 Carondelet Street
New Orleans LA 70130-3588

David Buchanan
Seeger Weiss
550 Broad Street, Suite 920
Newark NJ 07102-4573

David Jacoby
Anapol, Schwartz,Weiss
402 Park Blvd
Cherry Hill NJ 08002

Dated October 24, 2006

David P. Matthews



# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | **MDL NO. 1657** |
| PRODUCTS LIABILITY LITIGATION: | | |
| | : | **SECTION: L** |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES: | | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

## PLAINTIFFS' AMENDED CROSS-NOTICE OF THE PLAINTIFFS' DEPOSITION OF DR. JOHN GUERIGIAN

TO:    The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of Dr. John Guerigian will be held on October 26, 2006 beginning at 10 a.m. EDT, at Seeger Weiss LLP, One William Street, New York, New York 10004, to continue from day to day until completed. The deposition will be video-taped by a certified court reporter and may be used at trial. **The call-in number for participation by telephone is (877) 326-2337 or (303) 928-3232, I.D. Number 1496020.** You are invited to attend and participate.

This amended cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Amended Notice of *de Bene Esse* Videotaped Oral Trial Preservation Deposition of Dr. John Guerigian in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic

County, Case No. 619. The questioner/examiner will be a member of the Plaintiffs' Steering

Committee.

Respectfully submitted,

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary address:

Place St. Charles
201 St. Charles Ave.
Suite 4310
New Orleans, LA 70170
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. (Co-Lead Counsel)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |

W:\25000-29999\27115\000\PLD\Amended Cross-Notice Deposition of Dr. John Guerigian 2006-9-21.doc

2

10/24/2006 14:58 FAX 713 225 0827          ABRAHAM WATKINS                    ☒018/027

| | |
|---|---|
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. (Co-Lead Counsel)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of September, 2006.

I further certify that the foregoing was served on the following plaintiffs' counsel via e-mail or U.S. mail, postage prepaid and properly addressed this 21st day of September, 2006:

David R. Buchanan
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

David Jacoby
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
402 Park Boulevard
Cherry Hill, NJ 08002

Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, L.L.P.*
Place St. Charles
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana 70170
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhkc.com

W:\25000-29999\27115\000\PLD\Amended Cross-Notice Deposition of Dr. John Gueriguian 2006-9-21.doc

3

## MASTER DOCKET NO. 2005-59499

| | | |
|---|---|---|
| In re: | § | IN THE DISTRICT COURT OF |
| | § | |
| **TEXAS STATE VIOXX LITIGATION** | § | HARRIS COUNTY,   TEXAS |
| | § | |
| (This Document Relates to All Cases) | § | 157th  JUDICIAL DISTRICT |

### PLAINTIFFS' AMENDED  CROSS-NOTICE OF DEPOSITION of

### Dr. JOHN W. FARQUHAR

To:    Defendant Merck & Co., Inc.
By and through its counsel of record,
Gerry Lowry, Katherine MacKillop and Julie Hardin
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston Tx 77010-3095
fax 713 651 5246
jhardin@fulbright.com
      And
Jonathan B. Skidmore, H. Douglas Wagner and Richard S. Krumholz
Fulbright & Jaworski
2200 Ross Avenue, Suite 2800
Dallas Tx 75201
fax 214 855 8200

Please take notice that a representative of the Texas Plaintiffs' Steering Committee will by virtue of this cross-notice will participate in the examination of the witness listed below, whose deposition was  originally noticed as a de bene esse videotaped oral trial preservation deposition by the Plaintiffs' Liaison Counsel in the federal MDL.

| | |
|---|---|
| Witness: | **Dr. JOHN W. FARQUHAR** |
| Date & Time: | November 16, 2006
Beginning at 9:30 a.m. P.S.T. |
| Location: | Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 28th Floor
San Francisco CA 94111 |

CALL IN INFORMATION:  866 261 4013; ID code 2728103

A copy of the Federal Plaintiffs' Amended Notice of the Plaintiffs' *De Bene Esse* Deposition of John W. Farquhar is attached as an Exhibit.

The deposition of Dr. Farquhar is being cross-noticed in accordance with Texas MDL Case Management Order No. 2 AND in accordance with the amended Federal MDL Case Management Order No. 9.

Respectfully submitted,

PLAINTIFFS' STEERING COMMITTEE

By: _David P. Matthews_

David P. Matthews
Abraham, Watkins, Nichols,
Sorrels, Matthews & Friend
Texas State Bar No. 13206200
800 Commerce
Houston Tx 77002
713 222 7211
800 870 9584
713 225 0827  - facsimile

### Certificate of Service

A true and complete copy of the foregoing has been served upon Defendant Merck & Co., Inc. by serving the following:

Richard Josephson, Notice Counsel for Merck Defendants
Baker & Botts
One Shell Plaza
Houston Tx 77002
Fax 713 229 7760
Richard.Josephson@BakerBotts.com

Gerry Lowry, Katherine MacKillop & Julie Hardin
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston Tx 77002
via fax 713 651 5246 and
jhardin@fulbright.com

Jonathan B. Skidmore, H. Douglas Wagner and Richard S. Krumholz
Fulbright & Jaworski
2200 Ross Avenue, Suite 2800
Dallas Tx75201
        fax 214 855 8200

AND

Thomas Scott Allen, Notice Counsel for Non-Merck Defendants
Cruse, Scott, Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston Tx 77057
        Fax 7113 650 1720
        SAllen@CruseScott.com

Copies of this Notice are further served upon:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave, Suite 4310
New Orleans LA 70170

Philip A. Wittman
Stone Pigman Walther & Wittmann, LLC
546 Carondelet Street
New Orleans LA 70130-3588

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 28th Floor
San Francisco CA 94111

Dated October 24, 2006

_David Matthews_

David P. Matthews



## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION: | | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES: | | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

---

## PLAINTIFFS' AMENDED NOTICE OF *DE BENE ESSE* VIDEOTAPED ORAL TRIAL PRESERVATION DEPOSITION OF JOHN W. FARQUHAR

To:    Merck & Co., Inc.
       Through
       Phillip A. Wittman, Esq.
       Stone, Pigman
       546 Carondelet Street
       New Orleans, LA 70130-3588

**PLEASE TAKE NOTICE** that the deposition of John W. Farquhar will be held on November 16, 2006 beginning at 9:30 a.m., at Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 28th Floor, San Francisco, CA  94111, to continue from day to day until completed.  The deposition will be video-taped by a certified court reporter and may be used at trial.  The primary examiner will be a member of the PSC or its designee. **The call-in number for participation by telephone is (866) 261-4013, I.D. Number 2728103.**

Statement of Deposition Procedures- The deposition shall be taken pursuant to Pre-Trial Order No. 9(Deposition Guidelines) entered April 15, 2005.  The terms of such order are incorporated into this Notice.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ.P. 28, and will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed.   You are invited to attend and participate.

Respectfully submitted,

/s/ Leonard A. Davis

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:     (504) 581-4892
FAX:   (504) 561-6024

Temporary address:

Place St. Charles
201 St. Charles Ave.
Suite 4310
New Orleans, LA 70170
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. (Co-Lead Counsel)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415) 956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |

W:\25000-2999\27115\008\PI D:Amended Notice of Preservation Depo of John W. Farquhar 2006-10-9.doc

2

| | |
|---|---|
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. (Co-Lead Counsel)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713)-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of October, 2006.

/s/ Leonard A. Davis
**Leonard A. Davis** (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, L.L.P.*
Place St. Charles
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana 70170
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhkc.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION: | | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES: | | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

## PLAINTIFFS' NOTICE OF *DE BENE ESSE* VIDEOTAPED ORAL TRIAL PRESERVATION DEPOSITION OF JOHN W. FARQUHAR

To:     Merck & Co., Inc.
        Through
        Phillip A. Wittman, Esq.
        Stone, Pigman
        546 Carondelet Street
        New Orleans, LA 70130-3588

PLEASE TAKE NOTICE that the deposition of John W. Farquhar will be held on November 8, 2006 beginning at 9:30 a.m., at Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 28th Floor, San Francisco, CA 94111, to continue from day to day until completed. The deposition will be video-taped by a certified court reporter and may be used at trial. The primary examiner will be a member of the PSC or its designee. The call-in number for participation by telephone is (866) 261-4913, I.D. Number 2728103.

Statement of Deposition Procedures- The deposition shall be taken pursuant to Pre-Trial Order No. 9(Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ.P. 28, and will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed.   You are invited to attend and participate.

Respectfully submitted,

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024

Temporary address:

Place St. Charles
201 St. Charles Ave.
Suite 4310
New Orleans, LA  70170
**Plaintiffs' Liaison Counsel**

<table>
<tr><td>

Richard J. Arsenault, Esq.
P.O.Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
PH: (318) 487-9874
FAX: (318) 561-2591

Andy D. Birchfield, Esq. (Co-Lead Counsel)
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
PH: (800) 898-2034
FAX: (334) 954-7555

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH: (415) 956-1000
FAX: (415-956-1008

</td><td>

Gerald E. Meunier, Esq.
Energy Centre
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973

Troy Rafferty, Esq.
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
PH: (850) 435-7000
FAX: (850) 497-7059

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA 70601
PH: (337) 494-7171
FAX: (337) 494-7218

</td></tr>
</table>

W:\25000-29999\27115\000\PLD\Notice of Preservation Depo of John W. Farquhar 2006-10-4.doc

2

| | |
|---|---|
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713) 650-1669 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. (Co-Lead Counsel)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of October, 2006.

Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, L.L.P.*
Place St. Charles
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana 70170
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhkc.com