IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657<br><br>Section L |
| (This document relates to all cases) | * * * | Judge Fallon<br>Mag. Judge Knowles |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF RULE 37 CONFERENCE

Undersigned counsel hereby certifies that, pursuant to the requirement of F.R.C.P. 37, the undersigned has attempted to confer regarding the above Plaintiffs' Motion for Protective Order Regarding Cross-Noticing by the Texas State Vioxx Litigation of Depositions in the MDL and the contents thereof and that undersigned counsel and counsel in the Texas Vioxx Litigation have been unable to amicably resolve the underlying discovery dispute without involvement of the Court.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024

Temporary Address:

201 St. Charles Ave.
Suite 4310
New Orleans, LA 70170

**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## **PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of October, 2006. Further, I hereby certify that the above and foregoing has been served on the following either by U.S. Mail, e-mail or facsimile on this date:

1.    David P. Matthews, Esq.
   Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
   800 Commerce
   Houston, TX 77002
   PH:   (713) 222-7211
   FAX:  (713) 225-0827

2.    Richard Josephson, Notice Counsel for Merck Defendants
   Baker & Botts
   One Shell Square
   Houston, TX 77002
   Fax:  (713) 229-7760
   Richard.Josephson@BakerBotts.com

3.    Gerry Lowry, Katherine MacKillop & Julie Hardin
   Fulbright & Jaworski
   1301 McKinney, Suite 5100
   Houston, TX 77002
   Fax:  (713) 651-5246
   jhardin@fulbright.com

4.    Johnathan B. Skidmore, H. Douglas Wagner and Richard S. Krumholz
   Fulbright & Jaworski
   2200 Ross Avenue, Suite 2800
   Dallas, TX 75201
   Fax:  (214) 855-8200

5.  Thomas Scott Allen, Notice Counsel for Non-Merck Defendants
    Cruse, Scott, Henderson & Allen, LLP
    2777 Allen Parkway, 7th Floor
    Houston, TX 77057
    Fax:  (713) 650-1720
    Sallen@CruseScott.com

                                                      */s/ Leonard A. Davis*
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman, Katz & Cotlar, LLP***
    201 St. Charles Ave., Suite 4310
    New Orleans, LA 70170
    PH:  (504) 581-4892
    FAX:  (504) 561-6024
    ldavis@hhkc.com