UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| | * | |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

### PLAINTIFF'S MOTION TO REASSERT *DAUBERT* MOTIONS PREVIOUSLY CONSIDERED BY THE COURT

Plaintiff Anthony Dedrick, by and through his undersigned counsel, hereby reasserts *Daubert* motions filed by plaintiffs in prior MDL trial cases. Where the Court is not inclined to change its prior rulings, Plaintiff reasserts these motions to preserve his record on appeal.

First, Plaintiff reasserts the "Motion to Exclude the Testimony of Dr. Janet Arrowsmith-Lowe" which was filed and considered by the Court in *Mason v. Merck & Co.* Plaintiff reasserts the "Motion to Exclude the Testimony of Dr. Nicholas Flavahan, Ph.D." which was filed and considered by the Court in *Barnett v. Merck & Co.* Lastly, Plaintiff reasserts the "Motion to Exclude Argument or Opinion Testimony That an Increased Risk of Heart Attack Exists Only after 18 Months of Vioxx Use" which

was filed and considered by the Court in *Smith v. Merck & Co.* These motions and the supporting briefs are incorporated herein by reference and attached as Exhibits "A," "B," and "C" respectively.

Plaintiff moves the Court to exclude the testimony of Dr. Janet Arrowsmith-Lowe in its entirety. See Ex. "A." Dr. Arrowsmith-Lowe's offers opinions as an expert witness regarding Merck's interactions with the U.S. Food and Drug Administration (FDA), Merck's communications with the medical community, the efficacy of Vioxx, the alleged cardioprotective effect of naproxen, and clinical trials involving Vioxx and other Cox-2 inhibitors. She is not a cardiologists or a gastroenterologist. Dr. Arrowsmith-Lowe has neither a master's degree nor Ph.D. in epidemiology. Consequently, Dr. Arrowsmith-Lowe is not qualified to opine on topics such as the efficacy of Vioxx, the alleged cardioprotective effect of naproxen, or the appropriate interpretations of clinical trials involving Vioxx. Furthermore, Dr. Arrowsmith-Lowe's testimony would be duplicative of testimony anticipated from other Merck witnesses. Dr. Arrowsmith-Lowe's testimony should be excluded. *Daubert* motions regarding Dr. Arrowsmith-Lowe filed previously by plaintiffs have been denied by the Court.

Secondly, Plaintiff moves the Court to exclude the testimony of Dr. Nicholas Flavahan, Ph.D. in its entirety. See Ex. "B." Dr. Flavahan is unfamiliar with the clinical trials involving Vioxx. In his deposition, Dr. Flavahan refused to discuss the clinical trials involving Vioxx and other Cox-2 inhibitors. Dr. Flavahan should not be permitted to offer speculative and conjectural testimony, to testify to opinions that he is not qualified to render, and to testify to opinions which are without sufficient factual bases. For these reasons and others outlined in the attached motion and memorandum, Dr. Flavahan's opinions are unreliable, and his testimony should be excluded at trial. Plaintiff's motion in the *Barnett* case was denied.

Lastly, Plaintiff moves the Court for an order excluding testimony and argument that an increased risk of heart attack exists only after 18 months of Vioxx use. See Ex. "C." No peer-reviewed

literature supports Merck's 18-month claim. In fact, the *New England Journal of Medicine* issued a corrected manuscript of the original APPROVe study removing all statements regarding 18-months. Merck's 18-month analysis was based on scientifically unreliable methodology, has been proven wrong in a peer-reviewed publication by Dr. Stephen Nissen, and has only been put forth in the context of litigation. Assertions that Vioxx only increases the risk of heart attack after 18 months of use are baseless. For these reasons and for those outlined in more detail in the attached motion and brief, Plaintiff requests that the Court preclude Merck from arguing or offering evidence that an increased risk of heart attack exists only after 18 months of Vioxx use.

For the reasons set forth above and in the attached motions, Plaintiff respectfully moves the Court to exclude the testimony of Dr. Janet Arrowsmith-Lowe and Dr. Nicholas Flavahan, and to exclude evidence and argument that an increased risk of heart attack exists only after 18 months of Vioxx use.

Respectfully submitted this 30th day of October, 2006.

_____
ANDY BIRCHFIELD
P. LEIGH O'DELL
Attorney for Plaintiff
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**Plaintiff's Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Reassert *Daubert* Motions Previously Considered by the Court has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this  30th  day of  October , 2006.

                                                *P. Leigh O'Dell*
                                                P. Leigh O'Dell
                                                Attorney for Plaintiff
                                                Beasley, Allen, Crow,
                                                Methvin, Portis & Miles, P.C.