16  that you can recall attending while you were at FDA
17  that involved classroom work?
18      A   Well, I recall attending a course in the
19  use of the Medicaid database that actually was
20  conducted offsite at the COMPASS headquarters in
21  Rosslyn, Virginia, and I think that was a
22  two-or-three-day course and I think we got a
23  certificate upon successful completion of that
24  course.
25          I have taken clinical trial -- something

                    92

1  like -- it was a seminar that was conducted, I
2  believe, on a weekly basis by Dr. Robert Temple and
3  Bob O'Neill, and it had to do with issues in
4  clinical trials.  And I know I have taken other
5  courses.  I just don't remember the titles.
6      Q   Do you have a record of them anywhere?
7      A   I may have somewhere in some old files,
8  you know, because with the Public Health Service, we
9  basically had to account for any absence from our
10  duty stations.  So I may have some of those travel
11  vouchers or whatever
12      Q   You said there was a weekly seminar
13  conducted by Bob Temple and someone else?
14      A   Robert O'Neill.
15      Q   How long did that last?
16      A   I think that was an ongoing -- I know I
17  attended it throughout most of one year, and I
18  believe it had been organized prior to that and
19  continued on.  I don't know if it's still ongoing or
20  not.
21      Q   Have you had any formal training in the
22  design of epidemiologic studies?
23      A   Yes
24      Q   Tell me the courses and who taught them.
25      A   Well, the courses that -- the first

                    93

1  several weeks at CDC would have been on the design
2  of clinical trials -- of epidemiologic trials.
3      Q   What kinds of epidemiologic trials were
4  you -- did you receive formal training in the design
5  of?
6      A   Well, case control, cohort, clinical
7  trials, prospective epidemiology trials intended to
8  look at chronic diseases.  We had courses in setting
9  up surveillance systems, which are a form of

10  epidemiology   Infectious disease.  Looking at
11  developing a study to evaluate potential outbreaks
12  of infectious diseases, of toxic exposures.
13        We had a whole host of courses and small
14  seminars in the design of epidemiologic studies.
15     Q   Okay.  Tell me the specifics of each of
16  those   When, where?
17     A   Again --
18     Q   For how long?
19     A   Again, at the beginning of my training
20  program at CDC for several weeks we had a number of
21  courses related to the design of epi studies, how to
22  administer a questionnaire, how to devise a
23  random-number-generating table   We actually did a
24  mock survey for an outbreak of water-borne illness,
25  gastroenteritis.  I mean, the Rothman course was --

                              94

1     Q   Wait a minute.  I'm sorry to interrupt
2  you   I was -- before you get over into another
3  setting, I was asking the when and where of each
4  course   So you told me -- I was asking you, when
5  did you take formal training --
6     A   Uh-huh
7     Q   -- in the classroom on the design of case
8  control studies.  When was that?
9     A   That would have been in the first few
10  weeks of my EIS training.
11     Q   Okay   How about on the design of cohort
12  studies?
13     A   Again, specifically that would have been
14  in the EIS training.  I know that the Comstock
15  course also involved case control, as I recall
16     Q   And how to design one; right?
17     A   Correct.  And how to analyze the data.
18  And how to account for biases and how to develop --
19  how to randomize or develop controls   And what are
20  the issues that you match on.  What are the
21  limitations of matching, and so forth.  And strength
22  and limitations of matching.
23        And part of my training at -- in terms of
24  formal courses, the Hopkins course, the EIS training
25  courses, the beginning of the program, I believe

                              95

1  Rothman talked about the design and analysis of epi
2  studies.  I don't remember whether it was just case
3  control or cohort.

4    Q    Okay.

5    A    Restricted to one or the other.

6    Q    Okay.  So when was it that you

7  specifically studied about the design of clinical

8  trials?

9    A    That would have been in the course work at

10  Johns Hopkins and during the seminar with Drs

11  Temple and O'Neill

12    Q    Okay.  And the Johns Hopkins work is the

13  course that you -- courses that you described

14  previously?

15    A    If we're talking about clinical trials,

16  there was one course I took at Hopkins that

17  specifically addressed clinical trials.

18    Q    All right

19    A    While I was -- as part of my orientation

20  at FDA, when I went to the review division, the

21  premarket review division, as I recall, we also -- I

22  also had orientation sessions addressing some issues

23  in clinical trials.

24    Q    Okay.  Have you had any formal training in

25  the statistical analysis and interpretation of data

96

1  from epidemiologic research?

2    A    That's basically -- yes, I have.

3    Q    Is it the same courses you have told us

4  about previously?

5    A    Yes.  And then the training that I had on

6  the job at FDA, particularly in the premarket review

7  division.

8    Q    Okay.  Now, are you a member of the

9  American College of Epidemiology?

10    A    Yes, I am

11    Q    And when did you become a member?

12    A    In April of 2002.

13    Q    As I recall your testimony in Beaumont was

14  that you were invited to be a member?

15    A    Yes, I received an e-mail asking if I

16  would be interested in applying to the American

17  College of Epidemiology.

18    Q    And who issued the invitation?

19    A    It came as a result of my rejoining the

20  American Public Health Association.

21    Q    Okay.  So when you joined the American --

22  or rejoined the American Public Health Association,

23  you received an e-mail invitation from the American

24 College of Epidemiology; correct?

25    A   Well, I don't remember whether it was from

97

1 the American College of Epidemiology, but it was

2 recommending that I might be a candidate for

3 membership based on the qualifications and my CV

4 that I had submitted to APHA.

5    Q   And do you know what the criteria were for

6 membership?

7    A   Yes.  You know, a paraphrase would be a

8 doctoral degree in epidemiology or some other

9 related scientific area, including an MD.

10 Specifically the additional training under the

11 supervision -- with supervision by an

12 epidemiologist.  And it had to do with contribution

13 to -- scientific contribution to the field of

14 epidemiology  That's just a paraphrase  I don't

15 know if there were other specifics.

16    Q   Your CDC work is what qualified you to

17 become a member; correct?

18    A   Well, my FDA and CDC work and the

19 publications that I was involved with both during my

20 tenure and subsequently.

21    Q   Are you a member of the American College

22 of Epidemiology or a fellow?

23    A   I'm a member.

24    Q   Okay.  There are specific criteria for

25 becoming a fellow, aren't there?

98

1    A   Well, the criterion that I'm aware of is

2 that you are invited to become a fellow.

3    Q   Right.  And you're invited if you are

4 distinguished by a significant and sustained

5 contribution to the profession through research or

6 through a leadership role, correct?

7    A   I don't recall.  If you have read that off

8 of the web site, then that's probably accurate.

9    Q   Okay.  And you do not meet those criteria,

10 do you?

11    A   I haven't been invited to join

12    Q   You have talked about your publications in

13 the field.

14    A   Uh-huh.

15    Q   Have you ever designed a controlled

16 epidemiologic study that has been in a peer-reviewed

17 journal?

18   A   Yes.

19   Q   Okay. Tell me which of your publications

20 was a controlled epidemiologic study that was

21 published in a peer-reviewed journal.

22   A   Let's see. The Spengler-Arrowsmith-

23 Kilarski study was a controlled study, case

24 controlled study I believe --

25   Q   So that was a case-controlled study and

99

1 not a case series?

2   A   That's correct.

3   Q   Okay.

4   A   And I have a number of cohort studies, as

5 well.

6   Q   What are -- what other case-controlled

7 studies do you have that you designed that are

8 published in peer-reviewed journals?

9   A   I believe that's the -- that is the

10 case-controlled study that I was involved with and

11 in the design and administration of the study.

12   Q   Were you involved in any -- have you been

13 involved in cohort studies that have been published?

14   A   Yes

15   Q   And could you please identify the cohort

16 studies for me?

17   A   The Arrowsmith-Faich-Tomita, et al.,

18 morbidity and mortality among low-birth-weight

19 infants exposed to E-Ferol, and the ASGE FDA

20 collaborative study on complication rates and drug

21 use during endoscopy.

22   Q   Okay. Any others?

23   A   No. Those are the -- I believe that's

24 correct

25   Q   Is there any other epidemiologic study

100

1 which you have had published in a peer-reviewed

2 medical journal?

3   A   I have had some case reports and the

4 Trends in Aspirin Use in Reye's Syndrome Reporting

5 is considered an epidemiologic study.

6   Q   Okay.

7   A   It's a trend analysis.

8   Q   How about the case report?

9   A   Well, a case report would be the New

10 England Journal article on thrombocytopenic purpura.

11 And there were others. Let's see.

12    Q    Before you go to the others, do you
13  consider case reports or case series to be
14  epidemiologic studies?
15    A    They're not, strictly speaking, studies,
16  but they are epidemiologic data.  A trend analysis
17  would be considered an epidemiologic study.
18    Q    Okay.  So case reports you would not say
19  would be an epidemiologic study, but you would say
20  they were epidemiologic data; correct?
21    A    They are -- yes.
22    Q    Okay.
23    A    They're not -- yes, they're a form of
24  epidemiologic data or evidence, yes.
25    Q    Okay.  I'm sorry.  I didn't mean to
                              101
 1  interrupt you.  You were continuing with review of
 2  your publications or wanting to add something.
 3    A    Pardon?
 4    Q    I thought you were continuing with your
 5  review and wanting to add something after you talked
 6  about your case reports.
 7    A    No.  I have a couple of case series.
 8    Q    Okay.  When -- have you ever had any study
 9  that you have been involved in published in an
10  epidemiology journal?
11    A    Well, the PHS statement on HIV management
12  of HIV exposure, occupational exposure, was
13  published in MMWR, which is considered to be a --
14  basically the epidemiologic reporting tool of the
15  Centers for Disease Control.  And other than the two
16  book chapters that were in epidemiologic texts, I
17  think that -- I think that's how I would answer
18  that.
19    Q    Of course.  Okay, but specifically you
20  have not had any studies, epidemiologic studies,
21  published in any epidemiologic journal; correct?
22    A    Not in a peer-reviewed journal; that's
23  correct.
24    Q    Okay.  Now, since 1985, I count four
25  papers that you have published in peer-reviewed
                              102
 1  journals; is that accurate?
 2    A    I haven't counted them up.
 3    Q    Okay.  Well --
 4    A    Since 1985?
 5    Q    Yes.

6    A   No.  There are nine

7    Q   Okay  I miscounted.  Since -- and how

8  many of those nine are epidemiologic studies?

9    A   Well, one is the silicon breast implant

10  review where we did basically a literature review.

11    Q   Right.  That's not an epidemiologic study,

12  though, is it?

13    A   It's considered an epidemiologic analysis.

14  The ASGE FDA study, E-Ferol.  You're asking me which

15  ones are studies

16    Q   Epidemiologic studies.

17    A   Correct.  The Spengler-Arrowsmith Archives

18  of Internal Medicine.  "Trends in Aspirin Use" that

19  was published in Pediatrics.  I would say those are

20  the ones that are studies.

21    Q   Now, would you agree that publishing the

22  results of epidemiologic research has not been a

23  major activity of yours?

24    A   Not since I left FDA; that's correct.  Or

25  left the Public Health Service; that's correct.

                              103

1    Q   Well, even when you were at the Public

2  Health Service, the publication of results of

3  epidemiologic studies during that 12 years was not

4  one of your major activities, was it?

5    A   When I -- overall, no.

6    Q   Now, you're not a member of the Society

7  for Epidemiologic Research; is that correct?

8    A   That's correct.

9    Q   And are you a member of the American

10  Epidemiology Society?

11    A   No.

12    Q   Is that the premier society in this

13  country for epidemiologists?

14    A   I don't know that I would say that.

15    Q   Okay  Which would you say would be the

16  premier epidemiology society?

17    A   Well, I would say the American College is

18  an important epidemiologic society.  SER is an

19  important epi society.  In my sort of subspecialty

20  of pharmacoepidemiology, the International Society

21  is considered to be probably the most important

22  professional society.

23    Q   And you joined that this past year;

24  correct?

25    A   This past year, yes.

104

1   Q   And were you invited to join?
2   A   No. I basically decided to join it.
3   Q   Is there any criteria that you must meet
4   in order to be a member?
5   A   Not that I'm aware of.
6   Q   Have you ever presented a paper at any
7   epidemiological society meeting?
8   A   Well, I have presented papers at the
9   American Public Health Association and at the CDC
10  annual Epidemic Intelligence Service convention,
11  conference. I have presented at the -- I don't
12  remember whether the Hospital Epidemiology Society.
13  I don't remember -- I think it's SHER or something
14  like that.
15  Q   Okay. So have you presented any study
16  results at the Society for Epidemiologic Research?
17  A   No.
18  Q   Or at the American Epidemiology Society?
19  A   No.
20  Q   Or at the International Society of
21  Pharmacoepidemiology?
22  A   No.
23  Q   Or the American College of Epidemiology?
24  A   No.
25  Q   Now, let me ask you a little bit about

105

1   your experience as a litigation expert. You have
2   worked for a number of pharmaceutical companies as
3   an expert in connection with litigation against
4   them?
5   A   Yes, I have served as a consultant, and
6   most of it has ended up as expert witness work,
7   that's correct.
8   Q   You have been retained by Wyeth in the
9   diet drug litigation; correct?
10  A   Yes.
11  Q   And have worked continuously for Arnold &
12  Porter in connection with that litigation since
13  1999; correct?
14  A   Well, off and on, but yes.
15  Q   You have also been retained by Wyeth to
16  work as an expert for them in phenylpropanolamine
17  cases; correct?
18  A   American Home, yes, that's correct.
19  Q   Oh, you worked for American Home Products

20  on that?

21    A   That's what I understand.  The litigation

22  is to do with American Home.

23    Q   I thought they changed their name to

24  Wyeth.

25    A   I don't know.  All of the cases are versus

106

1  American Home   American Home.

2    Q   And how long --

3    A   That I'm aware of.

4    Q   I'm sorry.  How long have you been an

5  expert for them?

6    A   I think I have worked for them for two or

7  three years.  I don't recall exactly

8    Q   And then you have worked for the Bayer

9  Corporation on litigation involving the drug Baycol;

10  correct?

11    A   Yes, that's correct.

12    Q   And for how long have you worked for

13  Bayer?

14    A   I don't remember exactly when I started

15  working for them  It was the summer of 2002 or

16  2001. I don't remember.

17    Q   And then you have worked for Pfizer or

18  Warner Lambert or Parke-Davis in connection with the

19  Rezulin litigation; correct?

20    A   Yes, I have been retained by them or their

21  lawyers, yes.

22    Q   Well, have you actually testified in some

23  of the lawsuits?

24    A   Yes, I have.

25    Q   And when were you first retained by them?

107

1    A   Maybe the summer of 2000. I don't

2  remember specifically.

3    Q   And then you have been retained by

4  SmithKline or GlaxoSmithKline in connection with

5  Lotronex litigation; correct?

6    A   Yes, that's correct.

7    Q   And when were you first retained by

8  GlaxoSmithKline in connection with that litigation?

9    A   Oh, a couple of years ago.

10    Q   So you have worked on Redux, Fen-Phen,

11  PPA, Rezulin, Lotronex, and Baycol litigation;

12  correct?

13    A   That's correct.

14   Q   Each of those drugs has been removed from
15 the market; correct?
16   A   Lotronex has been reintroduced, but yes.
17   Q   Okay, but was removed from the market at
18 one time?
19   A   Yes.
20   Q   And on each of those occasions where you
21 have been retained, have you charged between $350
22 and $400 per hour to act as an expert for those
23 companies?
24   A   Well, to do consultation work for them. I
25 mean, some of it involves being an expert witness
                         108
1    Q   Well, let me make sure I'm clear on this.
2 Have you done any work for Bayer, Pfizer, Wyeth,
3 American Home Products, or GlaxoSmithKline outside
4 of the litigation arena?
5    A   Oh, outside of the litigation? No. I
6 just -- not all of it involves, you know,
7 testifying, is all I was trying to make clear.
8    Q   Okay. But it's all litigation-related;
9 correct?
10   A   Yes, I think that's right.
11   Q   Have you done work for any pharmaceutical
12 company that is not in a litigation context?
13   A   I don't think for pharmaceutical company,
14 not that I can recall.
15   Q   Now, each -- so when you do the work in
16 the litigation context, you charge for a period of
17 time $350 an hour; correct?
18   A   Yes.
19   Q   And then as I understand it, you at one
20 point raised your rate to $400 per hour; correct?
21   A   That's correct.
22   Q   And how much of your income is derived
23 from your work on these various litigations?
24   A   Well, the consulting work is basically my
25 entire income, and most of it has to do with -- is
                         109
1 in the arena of pharmaceutical products and
2 liability associated with them. And both my husband
3 and I do device work, and we have done some
4 biologics works, but the bulk of our income comes
5 from the pharmaceutical consulting work that I do.
6    Q   For litigation purposes.
7    A   Yes.

8    Q   Would you say 90 percent?

9    A   Yes.

10   Q   95 percent?

11   A   90, 95 percent, yes.

12   Q   And does it also occupy 90 to 95 percent

13 of your time?

14   A   Well, I work basically part-time, and of

15 the time that I spend working, it occupies the bulk

16 of it, yes.

17   Q   Again, would it be 90 percent of your

18 time?

19   A   Probably about 90 percent of the time that

20 I work, yes.

21   Q   Now, you say that you work part-time.

22   A   Right.

23   Q   About how many hours per week?

24   A   Well, it varies considerably, but 10, 15,

25 20 hours a week   I mean, it increases considerably

                        110

1 when I travel.  But absent traveling, it's 10 or 20

2 hours a week.

3    Q   Do you receive 1099s for your work that

4 you do for the various pharmaceutical companies?

5    A   I believe we get something like a 1099, if

6 not a 1099.

7    Q   Okay.  And I assume that you bill the

8 companies specifically for the work that you do?

9    A   Yes.

10   Q   And retain copies of the bills?

11   A   Yes

12   Q   And retain copies of the 1099s?

13   A   Well, I think my husband does, or the

14 accountant does.  I don't personally.

15   Q   As part of the consulting firm that you

16 and your husband have?

17   A   Yes.

18       MR. BLIZZARD: Okay.  Rather than having

19 the witness guess about this information, I'd just

20 ask that those documents be supplied and attached to

21 the deposition?  Is there going to be any problems

22 with that?

23       MR. BLEAKLEY:  Which documents

24 specifically?

25       MR. BLIZZARD: 1099s received from Wyeth,



6/7/06 Arrowsmith-Lowe, Janet (Barnett)

1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2
    In re:  VIOXX              *  MDL Docket No. 1657
3                              *
    PRODUCTS LIABILITY LITIGATION  *  SECTION L
4                              *
                               *  JUDGE FALLON
5   This document relates to   *
                               *  MAGISTRATE JUDGE
6   GERALD BARNETT and         *  KNOWLES
    CORRINE BARNETT            *
7                              *
                Plaintiffs,    *  Civil Action No.
8                              *  2:06cv485
         vs.                   *
9                              *
    MERCK & CO., INC.,         *
10                             *
                Defendant.     *
11
                    CONFIDENTIAL
12
    VIDEOTAPED DEPOSITION OF JANET ARROWSMITH-LOWE, M.D.
13                    June 7, 2006
                      9:43 a.m.
14             Bean & Associates, Inc.
               119 E. Marcy, Suite 110
15            Santa Fe, New Mexico  87501
16
         PURSUANT TO THE FEDERAL RULES OF CIVIL
17   PROCEDURE, this deposition was:
18   TAKEN BY:  MR. BERT BLACK
                Attorney for the Plaintiff
19
20
21
22   REPORTED BY:  Jan A. Williams, RPR, CCR 14
                   Bean & Associates, Inc.
23                 Professional Court Reporting Service
                   500 Marquette, Northwest, Suite 280
24                 Albuquerque, New Mexico  87102
25   (1266A)  JAW

1

**PLAINTIFF'S EXHIBIT**
**C**

```
 1                    A P P E A R A N C E S
 2       For the Plaintiffs:
 3               LOCKRIDGE GRINDAL NAUEN, PLLP
                 100 Washington Avenue S., Suite 2200
 4               Minneapolis, Minnesota  55401-2179
                 612-339-6900
 5               BY:  MR. BERT BLACK
 6              .THE BEASLEY FIRM
                 The Beasley Building
 7               1125 Walnut Street
                 Philadelphia, Pennsylvania  19107
 8               215-592-1000
                 BY:  MR. JAMES J. McHUGH (by telephone)
 9

         For the California State Plaintiffs, Stewart
10       Grossberg, and Rudolph Arrigale:
11               GIRARDI & KEESE
                 1126 Wilshire Boulevard
12               Los Angeles, California  90017
                 213-977-0211
13               BY:  MR. VINCENT J. CARTER (by telephone)
14       For the Defendant:
15               HUGHES HUBBARD & REED, LLP
                 One Battery Park Plaza
16               New York, New York  10004-1482
                 212-837-6872
17               BY:  MR. SETH D. ROTHMAN
                      MS. JENNIFER E. GRAHAM
18
         Also Present:
19
                 TINZING ARTMANN
20               GLENN SHELTON, Videographer
21
22
23
24
25
```

6/7/06 Arrowsmith-Lowe, Janet (Barnett)

1      Q.   When did your practice of medicine stop?

2      A.   I think it was in November was the last time

3    I saw patients.

4      Q.   So shortly after the last deposition you gave

5    in the Vioxx MDL?

6      A.   It was in November, that's correct.

7      Q.   And the CME changes you referred to, that

8    would just refer to continuing medical education

9    courses that you've taken since October, would that be

10   correct?

11     A.   Correct.  But as I said I don't believe any

12   of those have, in fact, changed.  Maybe the poster

13   presentation actually, that may have been added since

14   October.

15     Q.   Now, when you were practicing medicine and

16   seeing patients, that went back to 1998 and 1999, did

17   it not?

18     A.   No, that went back to 1979.

19     Q.   All right.  It continued through the period

20   when Vioxx was on the market, correct?

21     A.   That's, yes, correct.

22     Q.   Did you ever prescribe Vioxx for any of your

23   patients?

24     A.   I know I've been asked that before.  I don't

25   recall that I have.  I may have refilled prescriptions

1    for Vioxx.  I may have provided samples of Vioxx when

2    I was in practice.  I don't recall initiating a

3    Vioxx -- a course of Vioxx therapy.

4        Q.    What about Celebrex, did you ever prescribe

5    Celebrex to any of your patients?

6        A.    It would be under the same conditions.  I do

7    not recall initiating a prescription for Celebrex.

8    But I may have given out samples and I may have

9    refilled or renewed prescriptions for some of the

10   patients I was seeing.

11       Q.    Do you recall any specific -- not a good word

12   to use.  Any particular nonsteroidal anti-inflammatory

13   drug that you ever prescribed to your patients?

14           MR. ROTHMAN:  Objection to the form.

15           THE WITNESS:  Well, I have prescribed

16   prescription strength ibuprofen, I've prescribed

17   Relafen, Albuminar, I can never -- I get the

18   consonants mixed up.  No, I'm not sure that I have.  I

19   have given out samples.

20           I have prescribed naproxen, aspirin, and

21   those are the ones that come to mind.  I've been, you

22   know, prescribing for 25 years or more.  So those are

23   the ones that I can recall right off -- sort of right

24   off the bat.

25   BY MR. BLACK:



Sep 19 2006
6:21PM

10/28/05  Arrowsmith-Lowe, Janet (Irvin-Plunkett)

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2
       In re:  VIOXX                  *   MDL Docket No. 1657
3                                     *
       PRODUCTS LIABILITY LITIGATION  *   SECTION L
4                                     *
                                      *   JUDGE FALLON
5      EVELYN IRVIN PLUNKETT, as      *
       Personal Representative of the *   MAGISTRATE JUDGE
6      Estate of RICHARD IRVIN, JR.,  *      KNOWLES
                                      *
7                    Plaintiff,       *   CASE NO. 2:05CV4046
                                      *
8         vs.                         *
                                      *
9      MERCK & CO., INC.,             *
                                      *
10                   Defendant.       *
11
12     VIDEOTAPED DEPOSITION OF JANET ARROWSMITH-LOWE, M.D.
                       October 28, 2005
13                        9:49 a.m.
                     Bean & Associates, Inc.
14                   119 E. Marcy, Suite 110
                     Santa Fe, New Mexico  87501
15
16          PURSUANT TO THE FEDERAL RULES OF CIVIL
       PROCEDURE, this deposition was:
17
       TAKEN BY:  MR. BERT BLACK
18                Attorney for the Plaintiff
19
20
21
22     REPORTED BY:  Jan A. Williams, RPR, CCR 14
                     Bean & Associates, Inc.
23                   Professional Court Reporting Service
                     500 Marquette, Northwest, Suite 280
24                   Albuquerque, New Mexico  87102
25     (3144M)  JAW

1

10/28/05 Arrowsmith-Lowe, Janet (Irvin-Plunkett)

```
 1                 A P P E A R A N C E S
 2     For the Plaintiff:
 3             LOCKRIDGE GRINDAL NAUEN, PLLP
               100 Washington Avenue S., Suite 2200
 4             Minneapolis, MN  55401-2179
               612-339-6900
 5             BY:  MR. BERT BLACK
                    MS. ELIZABETH R. ODETTE
 6
               REICH & BINSTOCK, LLP
 7             4265 San Felipe, Suite 1000
               Houston, Texas  77027
 8             713-622-7271
               BY:  MR. DENNIS C. REICH
 9
               BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
10             MILES, PC
               218 Commerce Street
11             Montgomery, Alabama  36104
               334-269-2343
12             BY:  MR. J. PAUL SIZEMORE (by telephone)
13     For the Defendant:
14             HUGHES HUBBARD & REED, LLP
               One Battery Park Plaza
15             New York, New York  10004-1482
               212-837-6872
16             BY:  MR. SETH D. ROTHMAN
                    MS. JENNIFER E. GRAHAM
17
               MR. JOSEPH D. PIORKOWSKI, JR.
18             910 17th Street, N.W., Suite 800
               Washington, D.C.  20006
19             303-223-5535
20     Also Present:
21             DALE ALVERSON, Videographer
22
23
24
25
```

10/28/05 Arrowsmith-Lowe, Janet (Irvin-Plunkett)

1       A.   I reviewed the research reports which include

2   the power calculations.  And I have no reason to

3   disagree with the research report and its outline of

4   the power calculation knowing that particularly for

5   the pivotal trials those power calculations have been

6   reviewed by the statistical group at FDA.  I have no

7   reason to -- you know, I would not second-guess the

8   power calculations.

9       Q.   So your opinion is based on the fact that the

10  FDA looked at that work and you saw no complaints

11  about the power calculations from the FDA; is that

12  correct?

13           MR. ROTHMAN:  Objection to the form.

14           THE WITNESS:  No, no, that isn't what I said.

15  I am saying that, as far as I'm concerned, with the

16  power calculations, both the statistical group at the

17  company and the statistical group at FDA are learned

18  intermediaries.  And I trust that their judgments are

19  appropriate.

20  BY MR. BLACK:

21      Q.   And, when you say learned intermediary, what

22  do you mean by that term in this context?

23      A.   I mean these are people whose -- that's their

24  profession, is to evaluate a whole host of statistical

25  parameters.  And they're far better equipped to do

# EXHIBIT  B



Jun 16 2006
11:41PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06CV00485 |

## PLAINTIFF'S MOTION TO EXCLUDE

## THE OPINION TESTIMONY OF NICHOLAS FLAVAHAN, PH.D.

PLAINTIFF, Gerald Barnett, moves the Court for an Order to Exclude the Opinion

Testimony of Nicholas Flavahan, Ph.D., and requests that the Court consider the

Memorandum in Support incorporated herein and rule in Plaintiff's favor pursuant to the

Federal Rules of Civil Procedure.

Date: June 1u , 2006                    Respectfully submitted,


                                        By: _P. Leigh O'Dell_____
                                        **Andy D. Birchfield, Jr.**
                                        P. Leigh O'Dell
                                        BEASLEY, ALLEN, CROW,
                                        METHVIN, PORTIS & MILES, P.C.
                                        P.O. Box 4160
                                        234 Commerce Street
                                        Montgomery, AL 36103-4160
                                        (334) 269-2343



PLAINTIFF'S
EXHIBIT
**B**

**Mark Robinson**
Kevin Calcagnie
ROBINSON, CALCAGNIE &
ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)

**Counsel for Plaintiff**

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
PLAINTIFFS' LIAISON COUNSEL

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
Co-Lead Counsel

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE &
ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

PLAINTIFF'S STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 16th day of June, 2006.

P. Leigh O'Dell





Report of Dr Nicholas A Flavahan

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *COORDINATION PROCEEDING* | DOCKET NO. 2:06-cv-00485-EEF-DEK |
| SPECIAL TITLE [Rule 1550(b)] | MDL NO. 1657 |
| IN RE VIOXX® CASES | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| GERALD D. BARNETT and CORINNE BARNETT, | |
| Plaintiffs, | |
| vs. | |
| MERCK & COMPANY, INC., | |
| Defendants. | |

Expert Report of
**Nicholas A. Flavahan, PhD**
May 31st, 2006

I have been asked to provide my expert opinion regarding the pharmacological effects of

COX-2 inhibitors (in particular vioxx) on the blood vessel wall and endothelium of human

beings. All the opinions expressed herein are stated with a reasonable degree of medical

scientific certainty, and are based on my education, research and experience, which are described

in my CV, and on the references listed in this report.

I am currently Professor of Internal Medicine at The Ohio State University in Columbus,

OH. I have been conducting research on the cardiovascular system for over 25 years. I

obtained my PhD in Cardiovascular Physiology and Pharmacology in 1983 at the University of

Glasgow in Scotland, UK. I then joined the Mayo Clinic in Rochester MN as a Mayo

Foundation Senior Research Fellow and was appointed Assistant Professor of Pharmacology at

1

Report of Dr Nicholas A Flavahan

the Mayo Clinic in 1987. I was recruited to Johns Hopkins University in Baltimore MD in 1989 as Assistant Professor of Medicine, and was promoted to Associate Professor of Medicine in 1991. In August of 1997, I was recruited to The Ohio State University to help create the Heart and Lung Research Institute. I have published over 100 peer-reviewed manuscripts, including investigations into the role of cyclooxygenase in regulating endothelial and vascular smooth muscle function, the interaction between aggregating platelets and the blood vessel wall, and the mechanisms contributing to the atherosclerotic disease process.

## COX-2 INHIBITION AND VASCULAR HOMEOSTASIS

### PROSTANOIDS AND CYCLOOXYGENASES

Prostanoids are a family of bioactive lipids that includes prostaglandins $D_2$, $E_2$, $F_{2\alpha}$, $I_2$ (prostacyclin) and thromboxane ($TXA_2$) (2, 90, 103, 136). The initial step in prostanoid production is the liberation of arachidonic acid from membrane-bound phospholipids by phospholipase $A_2$. The cyclooxygenase enzyme (also termed prostaglandin H synthase) uses arachidonic acid as a substrate to generate the common prostanoid precursor, prostaglandin $H_2$ ($PGH_2$). Distinct downstream enzymes (including $PGI_2$ synthase and $TXA_2$ synthase) are then required to convert $PGH_2$ to the individual prostanoids (2, 90, 103, 136). Prostanoids are rapidly metabolized and therefore function as local modulators rather than circulating hormones (2, 90, 103, 136).

Cyclooxygenase (COX) exists in two isoforms that are structurally related. COX-1 is constitutively expressed in most cells and generates prostanoids that contribute to normal cellular functions, including regulation of platelet activity and gastric mucosal protection. COX-2 is not routinely present in most mammalian cells, but can be induced by inflammatory stimuli generating prostaglandins that contribute to inflammatory responses (2, 90, 103, 136).

2

Report of Dr Nicholas A Flavahan

Prostanoids regulate cell function by activating distinct receptors, e.g. $PGI_2$ activates IP

receptors, $PGE_2$ activates EP receptors and $TXA_2$ (and $PGH_2$) activates TP receptors (67).

Prostanoid receptors can also be activated by prostaglandin-like compounds (isoprostanes) that

are formed by free radical-catalyzed peroxidation of arachidonic acid, independent of COX

activity.

Aspirin inhibits the ability of COX to generate $PGH_2$ through acetylation of a specific

serine residue (serine 530 of COX-1, or serine 516 of COX-2) (2, 90).  Aspirin is 10 to 100-fold

more potent at inhibiting COX-1 compared to COX-2 (2, 103) .  Because of the irreversible

nature of aspirin inhibition, cells must synthesize fresh COX enzyme to maintain production of

prostanoids (2, 90). Circulating platelets lack nuclei and have limited capability for protein

synthesis.  Therefore, after exposure to aspirin, platelets, which express predominantly the COX-

1 isoform (111, 145), are generally considered to have impaired COX activity for the lifetime of

the cell (2, 49, 90).  The cardioprotective effects of aspirin are thought to result from this

prolonged, high-level inhibition of platelet COX-1 activity (2, 104).   Traditional non-steroidal

anti-inflammatory drugs (NSAIDs), e.g. ibuprofen and indomethacin, are reversible inhibitors of

COX (124). Therefore, unlike aspirin, traditional NSAIDs must have continual access to COX

to maintain enzyme inhibition.  Furthermore, to provide an aspirin-like, prolonged high-level

inhibition of platelet COX-1, these agents would need to provide effective inhibition of the

platelet enzyme throughout the therapeutic dosing schedule.  Although this is observed with

some NSAIDs (e.g. naproxen, indobufen), long-term effective inhibition of platelet COX-1 is not

a common feature of NSAIDs (17, 18, 80, 104, 132, 134, 146).  NSAIDs that provide prolonged

and effective inhibition of platelet COX-1 activity (e.g. naproxen, indobufen) are thought to

confer an aspirin-like cardioprotective effect (104, 146).  In contrast to aspirin and traditional

3

Report of Dr Nicholas A Flavahan

NSAIDs, vioxx and other clinically-used coxibs are highly-selective, reversible inhibitors of COX-2 (24).

## THE IMBALANCE THEORY

The imbalance theory proposes that vascular homeostasis is delicately balanced between the actions of two opposing prostanoids $TXA_2$ and $PGI_2$. Under this theory, $TXA_2$, which is generated by platelets and COX-1 activity, promotes platelet aggregation and vasoconstriction, whereas $PGI_2$ is a potent vasodilator and inhibitor of platelet aggregation, and is generated in endothelial cells following COX-2 action (39, 53, 54, 140). According to the imbalance theory, COX-2 inhibitors, by removing endothelium-derived $PGI_2$, will tip the balance in favor of $TXA_2$ precipitating vasoconstriction, platelet activation and vasculothrombotic complications (39, 53, 54, 140). However, this imbalance theory is based on multiple incorrect assumptions and is not plausible.

### In Humans, Endothelium-Derived $PGI_2$ is Generated by COX-1 not COX-2

Endothelium-derived $PGI_2$ was originally considered to be generated by COX-1, a constitutively-expressed enzyme in endothelial cells, whereas COX-2 was considered to be an inducible enzyme that contributed to inflammatory responses (136-138). The concept that COX-2 was only inducible was challenged when selective COX-2 inhibitors (nimesulide, vioxx, celecoxib) reduced (up to 80%) the basal urinary excretion of a $PGI_2$ metabolite in healthy human volunteers (23, 40, 86, 122, 134). Although these results were unexpected, they merely demonstrated that COX-2 was not solely an inducible enzyme. The COX-2 enzyme is now known to be constitutively expressed in certain cells and organs (e.g. brain, kidney) (53, 90). However, the use of this urine analysis to propose that endothelial $PGI_2$ production is dependent on COX-2 (39, 53, 54, 105) is unfounded and inconsistent with numerous other studies.

4

$PGI_2$ does not act as a circulating hormone, but acts locally at its site of production (55, 58). Therefore, measuring urinary $PGI_2$ metabolites does not provide insight into the biological activity of $PGI_2$. Furthermore, the cellular source of the urinary metabolites has not been defined (40, 97). Prostaglandins can be generated by most cells and tissues, and $PGI_2$ synthase is widely expressed in human organs and tissues (91, 120). Furthermore, cells and tissues have considerable capacity to generate prostaglandins, which can exceed the normal biosynthetic rates observed *in vivo* (22). Therefore, generation of $PGI_2$ from non-endothelial sources could easily dominate the "systemic" profile of $PGI_2$ production. The metabolite that was analyzed in these urine studies is 2,3-dinor-6-keto $PGF_{1\alpha}$ (PGI-M). PGI-M is the major urinary metabolite of $PGI_2$ although it comprises only 7 to 8% of metabolized $PGI_2$ (14, 55). PGI-M can be generated in the liver by metabolism of 6-keto $PGF_{1\alpha}$, the more immediate hydration by-product of $PGI_2$ (14, 55). Analysis of urinary 6-keto $PGF_{1\alpha}$ has been proposed to reflect local generation of $PGI_2$ from the kidney, whereas PGI-M has been proposed to reflect systemic, non-renal generation of $PGI_2$ (22, 23, 86). However, metabolism of $PGI_2$ to PGI-M also occurs in the kidney (134). The kidney has high constitutive expression of COX-2 (125) and $PGI_2$ synthase (63) and could therefore contribute significantly to urinary levels of both 6-keto $PGF_{1\alpha}$ and PGI-M.

Direct analysis of the human vascular system provides convincing evidence that the endothelial production of $PGI_2$ is dependent on the COX-1 enzyme. Indeed, endothelial cells lining human blood vessels do not express COX-2 under physiological conditions (3, 6, 8, 70, 87, 96, 99, 118). Sensitive molecular, biochemical and immunochemical techniques have demonstrated that native endothelial cells express high levels of COX-1, but do not express COX-2 in human coronary arteries, coronary arterioles, carotid arteries, aorta, femoral arteries, internal mammary arteries, pulmonary arteries, umbilical arteries, pulmonary veins, umbilical

Report of Dr Nicholas A Flavahan

veins, and saphenous veins (3, 6, 8, 70, 87, 96, 99, 118).  Functional studies in human volunteers

and human blood vessels have also demonstrated that endothelial generation of $PGI_2$ is

determined by COX-1 not COX-2.  The local vascular production of $PGI_2$ occurring in response

to vascular injury in human volunteers was not affected by selective inhibition of COX-2 with

vioxx, but was abolished by low doses of aspirin (35 to 75 mg/day) (77, 132).   Aspirin is a

preferential inhibitor of the COX-1 enzyme (2, 103). Indeed, the basal urinary excretion of PGI-

M, which is mediated primarily by COX-2 (23, 40, 86, 122, 134), was either unaffected or

minimally affected by low doses of aspirin (<160 mg/day) (10, 12, 13, 18, 56, 57, 75, 93, 101).

However, these same low doses of aspirin (<160 mg/day) dramatically inhibited the vascular and

endothelial production of $PGI_2$ from human aorta, mesenteric arteries, mesenteric veins, forearm

veins and saphenous veins (65, 71, 106, 107, 129).   After ingestion of these low doses, the

systemic circulating levels of aspirin are sufficient to inhibit COX-1 but not COX-2 (9, 35, 46,

47, 56, 74, 89).   The effects of low dose aspirin therefore confirm: i) that analyzing the basal

urinary excretion of PGI-M is not a sensitive or reliable measure of endothelial $PGI_2$ production,

and ii) that endothelial $PGI_2$ is generated from the COX-1 not the COX-2 enzyme.   The

production of $PGI_2$ from human endothelial cells can be increased in response to endothelial cell

activation with bradykinin (37, 68).   Systemic administration of bradykinin to human volunteers

increased the basal urinary excretion of PGI-M by 5 to 6-fold (37, 68).  Although a low dose of

aspirin (75 mg/day) did not inhibit the COX-2 mediated basal urinary excretion of PGI-M, it

abolished the increase in PGI-M occurring in response to bradykinin (37). Therefore, activation

of the endothelium in human volunteers generates $PGI_2$ (and urinary PGI-M) that is dependent

on COX-1.

6

Report of Dr Nicholas A Flavahan

In an attempt to support COX-2 expression in human endothelium, Fitzgerald and colleagues (53, 54, 105) rely on a study by Topper et al (128), which analyzed endothelial cells cultured from human umbilical veins. Topper et al (128) demonstrated that when the cultured endothelial cells were exposed acutely (6 to 24 hours) to shear stress (to mimic arterial levels of blood flow), there was a small increase in expression of COX-2. Based on this observation, Fitzgerald and colleagues (53, 54, 105) propose that chronic exposure of endothelial cells to blood flow *in vivo* will stimulate expression of the COX-2 enzyme, and so enable COX-2-dependent endothelial generation of $PGI_2$. This proposal is inappropriate, and ignores the convincing evidence that native endothelial cells lining human blood vessels do not express COX-2, and that endothelial $PGI_2$ production is dependent on COX-1. Although cultured endothelial cells are a useful experimental technique, the isolation and forced proliferation of these cells on plastic generates cells that are markedly different from native endothelium. Furthermore, when initially exposed to shear stress (as performed by Topper et al), these cultured cells reposition themselves to align with the direction of the shear stress. The alignment process takes approximately 24 hours (42, 43). To determine whether COX-2 is increased under physiological conditions, Topper et al should have analyzed the endothelial cells after they had completed this process. Indeed, when this is done and the cultured cells are exposed to more prolonged shear stress (7 days), COX-2 expression is no longer increased (45). Therefore, chronic physiological shear stress, as proposed by Fitzgerald and colleagues (53, 54, 105), does not induce COX-2 in human endothelial cells. Indeed, the expression of COX-2 in these cultured endothelial cells is actually an artifact of culturing the cells, because COX-2 is not expressed in the native blood vessel (99).

**There is therefore no plausible evidence to support the proposal that human endothelial $PGI_2$ is dependent on COX-2 activity. In fact, based on direct analysis of COX expression**

7

in human blood vessels, and functional studies analyzing the generation of $PGI_2$ from the human vascular system *in vivo* and *in vitro*, there is overwhelming evidence that human endothelial $PGI_2$ is dependent on the COX-1 enzyme.

The Complex Regulation of Human Circulatory Homeostasis

The imbalance theory is also artificially focused on the role of two prostanoids in regulating thrombotic and vascular mechanisms, and fails to address important roles played by numerous COX-independent mediators. When compared to $PGI_2$ and $TXA_2$, many of these mediators are superior in terms of their antithrombotic/vasodilator and prothrombotic/vasoconstrictor activities, respectively (2, 38, 51, 72, 142). The imbalance theory also ignores another important COX-dependent mediator. Human atherosclerotic lesions generate significant quantities of $PGE_2$ (112). $PGE_2$ acts in a similar manner to $TXA_2$ (and opposite to $PGI_2$) by increasing platelet activity (50) and by stimulating vasoconstriction of human coronary arteries (60). It is also highly atherogenic (30, 88).

Thrombosis results from complex interactions between coagulation factors and cellular components present in blood. Platelets circulate in an inactive state and under normal conditions do not adhere to the blood vessel wall (2, 38, 51, 72, 142). Following vascular (and endothelial) injury, the antithrombotic properties of the endothelium are lost and the underlying matrix is exposed. Platelets express adhesion receptors for matrix (and matrix-associated) proteins and avidly adhere to the injured vessel surface (2, 38, 51, 72, 142). Adhesion causes activation of platelets, which results in increased avidity of adhesion receptors (including the fibrinogen receptor, GPIIb/IIIa), expulsion of granule contents and an altered shape of the platelet, which includes altered orientation of plasma membrane lipids exposing a phosphatidyserine-rich surface (2, 38, 51, 72, 142). This cellular surface is important for

8

Report of Dr Nicholas A Flavahan

assembly of the macromolecular enzymatic complexes of the coagulation system, which culminates in the explosive generation of thrombin (2, 38, 51, 72, 142). During the initial stages of thrombosis, activated platelets recruit and activate additional platelets. This is mediated by a myriad of platelet activators (or agonists) released by adherent and aggregating platelets, including adenosine diphosphate (ADP), serotonin, and $TXA_2$ (2, 38, 51, 72, 142). As described above, aspirin irreversibly inhibits COX-1 and $TXA_2$ generation by platelets. Although aspirin is a potent inhibitor of platelet aggregation in response to the COX precursor, arachidonic acid, it is a relatively weak inhibitor when platelets are stimulated by other agents, including ADP and thrombin (2, 38, 51, 72, 142). Thrombin, which is generated during thrombosis, is a powerful platelet activator and vasoconstrictor. It is also responsible for causing further activation of coagulation factors (and further generation of thrombin) as well as the cleavage of soluble fibrinogen into insoluble fibrin, the structural support for the developing thrombus (2, 38, 51, 72, 142). Another important component of the thrombotic process is Tissue Factor (TF). TF is expressed by a variety of blood vessel cells that normally do not come into contact with flowing blood, including smooth muscle cells and macrophages (2, 38, 51, 72, 142). In the setting of plaque rupture, the acellular core contains tremendous quantities of TF (derived from dead and dying macrophages), which can be released into the developing thrombus (1, 38, 66, 133, 141). TF activates the "extrinsic" pathway of coagulation, culminating in the generation of thrombin (2, 38, 51, 72, 142).

Powerful endogenous anti-thrombotic mediators are present in circulating blood and are generated by vascular endothelial cells (2, 38, 51, 72, 142). Endothelial cells also function passively to physically separate coagulation factors and cellular components of blood from the prothrombotic environment of the subendothelium. Active antithrombotic mechanisms

9

Report of Dr Nicholas A Flavahan

generated by endothelial cells include: i) Tissue Factor Pathway Inhibitor (TFPI), which inhibits the TF-dependent "extrinsic" pathway of coagulation at multiple points, ii) Thrombomodulin, a membrane-bound protein that binds to thrombin and terminates its prothrombotic activity while generating an important antithrombotic mediator (the thrombin:thrombomodulin complex activates protein C, which inactivates several prothrombotic coagulation factors), and iii) CD39 and CD73 which degrade the important platelet activator ADP, converting it to adenosine, which inhibits platelet activation (2, 38, 51, 72, 84, 142).

Under physiological conditions, endothelial cells release two additional chemical mediators ($PGI_2$, and nitric oxide or NO) which act locally to inhibit platelet activity and relax smooth muscle cells (causing vasodilation) (72, 142). Whereas $PGI_2$ is generated from COX-1, NO is produced by a distinct enzyme system (NO synthase or NOS) (72, 142). The basal production of these mediators can be rapidly increased following endothelial cell activation by numerous stimuli. Importantly, mediators generated by the thrombotic process (ADP, serotonin, thrombin) can activate endothelial cells to release NO and prostacyclin (72, 142). Endothelium-derived NO is a more effective inhibitor of platelet function compared to $PGI_2$ and, unlike $PGI_2$, NO contributes to the anti-adhesive function of the endothelium (4, 109, 110, 130). Furthermore, when endothelial dilator function is assessed either in isolated human blood vessels or in human volunteers (including coronary arteries), the predominant mediator is NO with little or no contribution from $PGI_2$ (68, 83). Indeed, when human platelets were allowed to aggregate on coronary arteries from patients with coronary artery disease, the resulting endothelium-dependent response was mediated by ADP-stimulated endothelial generation of NO, with no role for $PGI_2$ (60). Platelet-derived serotonin can also activate the endothelium to cause vasodilatation; however in individuals with coronary artery disease, serotonin actually initiates

10

Report of Dr Nicholas A Flavahan

vasoconstriction (62). Serotonin-induced vasoconstriction of coronary arteries from patients with symptomatic atherosclerotic disease is mediated by the COX-2-dependent generation of $TXA_2$, and is inhibited by COX-2 selective inhibitors (87).

COX-2 Inhibitors and Human Circulatory Homeostasis

If the imbalance theory were correct, then COX-2 inhibitors, by reducing critical levels of endothelium-derived $PGI_2$, would increase the activity of platelets and increase susceptibility to thrombosis. Measuring circulating levels of platelet or thrombotic activity is prone to error because platelet aggregation can occur at the sampling site (102). An alternate approach is to measure the major urinary metabolites of $TXA_2$, 2,3,-dinor-$TXB_2$ and 11-dehydro-$TXB_2$, which obviates the need to injure the blood vessel wall (20, 102). The level of these urinary $TXA_2$ metabolites, which reflect predominantly platelet-derived $TXA_2$, have been used to monitor platelet activity in human disease processes (20, 21, 52, 79, 82, 102, 148). Numerous studies have demonstrated that administration of vioxx or other selective COX-2 inhibitors does not increase urinary levels of 2,3,-dinor-$TXB_2$ and 11-dehydro-$TXB_2$ either from healthy individuals or from patients with cardiovascular or atherosclerotic disease who have evidence of increased platelet and thrombotic activity (6, 23, 26, 40, 41, 85, 86, 122, 134). Indeed, COX-2 inhibition did not increase the already heightened $TXA_2$ metabolite levels occurring in patients with atherosclerotic disease or the dramatic increase following invasive vascular surgery (6). Likewise, vioxx and other COX-2 inhibitors did not increase plasma markers of platelet activation (including $TXB_2$, CD40 ligand, P-selectin, platelet factor 4) in smokers or patients with severe coronary artery disease (25, 85). Furthermore, vioxx did not accelerate the thrombotic process occurring in response to a standardized skin incision: vioxx did not increase the local generation of $TXA_2$ or thrombin, and did not shorten the bleeding time (132, 134).

11

Report of Dr Nicholas A Flavahan

Therefore, there is overwhelming evidence that vioxx and other COX-2 inhibitors do not cause a pathological imbalance in human circulatory homeostasis.

The imbalance theory is therefore flawed at multiple levels. In humans, the endothelial generation of $PGI_2$ is mediated by the COX-1 not the COX-2 enzyme. Furthermore, vascular homeostasis is not determined solely by a balance between platelet-derived $TXA_2$ and endothelium-derived $PGI_2$. There are numerous other endothelium, platelet, blood and vascular derived mediators that regulate vascular homeostasis. There is no sound scientific evidence that selective COX-2 inhibitors pathologically disrupt this vascular homeostatic balance in humans, and considerable evidence that they do not increase platelet or thrombotic activity.

## ROLE AND REGULATION OF COX-2 IN HUMAN ATHEROSCLEROSIS

Our understanding of the atherosclerotic disease process has evolved over the last three decades (113-115). The disease was originally proposed to be initiated by the loss of the endothelial cell lining with subsequent deposition and activation of platelets, which then stimulated remodeling of the blood vessel wall (115). However, analysis of atherosclerotic lesions and their underlying mechanisms has demonstrated that atherosclerosis is primarily an inflammatory disease, with endothelial disruption occurring much later in the disease process (e.g. during plaque rupture) (113). Atherosclerosis is initiated by the deposition and modification of lipids in the subendothelial layer of blood vessels (1, 66). One of the earliest features of the disease is recruitment of monocytes into the subendothelial space by activated endothelial cells. The evolving atherosclerotic lesion represents a coordinated interaction between the endothelium, monocyte/macrophages and smooth muscle cells (1, 66). Monocyte-derived macrophages attempt to remove the modified lipids. However, they become engorged

12

Report of Dr Nicholas A Flavahan

with lipid, are then unable to leave the lesion and eventually die, releasing their lipid content into the developing lesion. These engorged "foam cells" and extracellular lipid droplets form a core region within the atherosclerotic lesion. Smooth muscle cells, which expand within the developing lesion in response to factors released by activated endothelial cells, are responsible for producing matrix proteins including collagen that provide strength and stability to the lesion (1, 66). Indeed, the atherosclerotic plaque can remain relatively stable in which a cap of smooth muscle cells and matrix proteins covers the lipid core. Alternatively, the plaque can develop into a chronic active inflammatory lesion with accumulation and activation of macrophages and T cells. These cells stimulate new blood vessel growth within the lesion (angiogenesis), kill the smooth muscle cells (apoptosis), and remodel and weaken the stabilizing matrix. Macrophage-mediated inflammatory destruction and remodeling within the plaque can result in rupture of the fibrous cap, precipitating thrombosis and luminal occlusion. Plaque rupture is the principal mechanism underlying acute coronary syndromes such as unstable angina, myocardial infarction and sudden cardiac death (1, 66, 133).

Atherosclerosis in humans is associated with increased expression of COX-2 and COX-1 in coronary, carotid, femoral arteries and aorta (3, 6, 34, 70, 118, 121). Although both enzymes are associated with the endothelium and smooth muscle of atherosclerotic arteries, the predominant expression of COX-2 is localized to macrophages within the lesion (3, 34, 70, 118, 121) and to the endothelium of angiogenic vessels supplying the lesion (3, 34, 70, 118, 121). The expression of COX-2 (but not COX-1) is further increased in unstable symptomatic lesions (associated with ischemic events) compared to stable asymptomatic lesions (34, 118). Increased COX-2 expression is paralleled by increases in the expression of $PGE_2$ synthase and activation of the matrix metalloproteinases MMP2 and MMP9, which all colocalize with macrophages in the

13

Report of Dr Nicholas A Flavahan

atherosclerotic lesion (3, 34).   The co-localization and functional coupling of COX-2, $PGE_2$ synthase and active MMPs with activated macrophages is highly significant (3, 34, 35).   $PGE_2$ is considered to be one of the most atherogenic prostanoids, acting to increase vascular permeability, promote macrophage chemotaxis and lipid retention (30, 31, 34, 35).   Importantly, $PGE_2$ can increase the susceptibility of plaques to rupture, is a powerful stimulus for platelet aggregation and thrombosis, and initiates constriction of human coronary arteries (50, 60, 88). The levels of $PGE_2$ are approximately 6-fold higher in symptomatic compared to asymptomatic plaques, and appear to be derived principally from COX-2 in macrophages (27, 30, 31).   Indeed, progression of human atherosclerotic lesions is associated with diminishing generation of $PGI_2$, which may reflect inactivation of $PGI_2$ synthase (153), and increasing generation of $PGE_2$ (69, 70, 73, 112, 119) .

PGE$_2$ stimulates the production and activation of MMPs from macrophages (30, 31, 34, 35). These enzymes can degrade all components of the blood vessel matrix and represent the principal mechanism for collagen breakdown and cap weakness (30, 31, 34, 35, 51).   $PGE_2$ derived from macrophages can also kill smooth muscle cells (143), further weakening the atherosclerotic plaque.   Thinning of the fibrous cap is a key feature of unstable plaques, with ruptured plaques containing less matrix proteins (including collagen) than stable plaques (30, 31, 34, 88).   Inhibition of $PGE_2$ receptors reduces the production of MMPs from plaque-derived macrophages (31).   Furthermore, the stabilization of atherosclerotic plaques following treatment with statins or an angiotensin inhibitor is associated with decreased expression of COX-2 and $PGE_2$ synthase, with a concomitant reduction in MMP activity (28-30, 32, 88).

The prominent localization of COX-2 within angiogenic blood vessels of the lesion is also highly significant (3, 34, 118, 121).  COX-2 is an important promoter of angiogenesis in a

14

Report of Dr Nicholas A Flavahan

number of pathological conditions, including tumor growth and metastases, rheumatoid arthritis

and retinopathy (61, 131, 149, 151). The growth of new blood vessels in atherosclerotic lesions

is thought to play a crucial role in enabling expansion of the plaque, delivering inflammatory

cells to the lesion and ultimately facilitating rupture of the plaque through intralesional

hemorrhage (44, 94, 95, 141). Angiogenesis inhibitors are currently being investigated as a

therapeutic strategy to inhibit lesion development and prevent plaque rupture in atherosclerosis

(94, 95, 141).

An important single nucleotide polymorphism (SNP) is present in the promoter region of the

COX-2 gene (33, 36, 100). Promoter regions regulate the transcriptional activity of a gene, and

ultimately the expression of the gene product (the protein or enzyme). The COX-2 SNP (-765G

to C) is located in a key regulatory site of the promoter, and the C variant decreases the promoter

activity of the COX-2 gene and reduces expression of the COX-2 enzyme (33, 36, 100).

Individuals with the C variant have a much lower risk of myocardial infarction and stroke

compared to those with the G variant, and this protective effect is associated with reduced

expression of COX-2 and MMPs and more stable atherosclerotic lesions (36).

As occurs under physiological conditions, the endothelial and vascular generation of $PGI_2$

occurring in human atherosclerosis appears to be derived predominantly from the COX-1

enzyme. The basal and stimulated production of $PGI_2$ from human atherosclerotic arteries is

impressively inhibited by low doses of aspirin (20 to 150 mg/day) (129, 147), which act

preferentially to inhibit COX-1. Likewise, the local vascular production of $PGI_2$ in response to

vascular injury in patients with atherosclerosis was abolished by a low dose of aspirin (50

mg/day) (78). In contrast, circulating levels of $PGI_2$ (assessed using 6-keto-$PGF_{1\alpha}$) in patients

with coronary artery disease were not affected by selective inhibition of COX-2 using vioxx or

15

celecoxib (25, 76). Human atherosclerosis is associated with an approximate doubling of the urinary excretion of the $PGI_2$ metabolite PGI-M (6, 59). As with healthy individuals, the source of this $PGI_2$ has not been determined. Although urinary excretion of PGI-M in healthy volunteers was resistant to inhibition by aspirin (10, 12, 13, 18, 56, 57, 75, 101), the increased urinary excretion of PGI-M in atherosclerotic patients was significantly inhibited (by approximately 50%) by low doses of aspirin (40 mg to 50 mg/day) (19, 75). The increased urinary excretion PGI-M in atherosclerotic patients is therefore associated with COX-1 activity.

Several studies have analyzed the influence of COX-2 inhibitors on endothelium-dependent vasodilation in patients with coronary artery disease. Endothelial dilator function is a sensitive indicator of the atherosclerotic disease process, with diminished activity occurring at an early stage of the disease process. Indeed, diminished endothelial dilator function can be predictive of poor outcome (64, 117, 123, 140). If endothelium-derived prostacyclin, generated from the COX-2 enzyme were contributing significantly to the dilator function of the endothelium, then COX-2 inhibitors should inhibit endothelium-dependent relaxation in these patients. However, vioxx had no effect on endothelium-dependent dilation after short or long term use (1 week to 6 months) (11, 81, 92, 126, 127). A similar lack of effect was observed in healthy individuals (139). However, in patients with coronary heart disease, short and long-term (1 week to 6 months) treatment with vioxx had beneficial effects to reduce circulating levels of inflammatory mediators including C-reactive protein (CRP) and interleukin-6 (IL-6), and to reduce levels of oxidative stress, all of which can negatively impact endothelium-dependent relaxation and vascular health (11, 81, 92). Two additional studies observed no effect of vioxx (4 to 8 weeks) on CRP levels in patients with low levels of CRP (126, 127), which may reflect selection of lower-risk patients (11).

16

Report of Dr Nicholas A Flavahan

These results indicate that COX-2 has important pro-inflammatory, pro-atherogenic and pro-thrombotic effects in human atherosclerotic disease.  Furthermore, in human atherosclerotic lesions, COX-1 is still the predominant source of vascular $PGI_2$, whereas COX-2 is linked to generation of alternate prostanoids, including the pro-atherothrombotic mediators $PGE_2$ and $TXA_2$.  COX-2 inhibitors should not accelerate the atherothrombotic process, and would be expected to provide a stabilizing influence on atherosclerotic lesions.

## OBSERVATIONS IN ANIMAL MODELS OF ATHEROSCLEROSIS

A number of animal models of atherosclerosis have been developed.  Mice are normally resistant to atherosclerosis due to high levels of anti-atherogenic HDL and low levels of pro-atherogenic lipoproteins (VLDL and LDL).  Therefore, studies have traditionally been performed using rabbits and pigs that are fed a high fat diet.  However, because of their ease of use, mice have been genetically-engineered to develop atherosclerosis either spontaneously or following chronic ingestion of a high-fat diet (152).  Mice are now the most commonly used laboratory model for atherosclerosis, with most studies involving mice lacking genes for apolipoprotein E (ApoE$^{-/-}$) or the LDL receptor (LDLR$^{-/-}$).  Although mice represent an attractive model, there are significant limitations in their relevance to the human disease process (108, 135, 152).

Atherosclerotic lesion development in ApoE$^{-/-}$ and LDLR$^{-/-}$ mice was inhibited by selective COX-2 inhibition with Vioxx or by generating animals with macrophages that could not express COX-2 (15, 16).  Although the selective COX-2 inhibitor NS-398 also reduced lesion development in ApoE$^{-/-}$ mice (16), other COX-2 inhibitors including celecoxib and SC-236 had no apparent effect in this model (5, 7).  The selective COX-2 inhibitor MF-tricyclic was reported to increase the rate of early lesion development following short-term administration (3 weeks) (116), but to have no effect during long-term administration and more advanced lesion

17

Report of Dr Nicholas A Flavahan

development (4 months) in ApoE-/- mice (98). In LDLR$^{-/-}$ or double LDLR$^{-/-}$ ApoE$^{-/-}$ knockout mice fed high-fat diets, the selective COX-2 inhibitors (nimesulide, MF-tricyclic) did not significantly affect lesion development (48, 105).

In a rabbit model of atherosclerosis, selective inhibition of COX-2 with celecoxib inhibited the development of atherosclerotic lesions, which was associated with reduced macrophage infiltration and decreased activity of MMPs (144). Furthermore, in a distinct model of rabbit atherosclerosis, the generation of PGI$_2$ from atherosclerotic arteries was dependent on COX-1 not COX-2 activity, and was not affected by Vioxx (150).

**Despite the limitations in extrapolating from animal models of atherosclerosis to the human disease, the results are consistent with observations made in patients with atherosclerosis, indicating that: i) PGI$_2$ production in atherosclerosis is determined by COX-1 not COX-2, ii) COX-2 is functionally coupled with macrophage and MMP activity, and iii) COX-2 inhibition may have therapeutic benefits in atherosclerosis.**

In conclusion, based on direct analysis of COX expression in human blood vessels, and functional studies analyzing the generation of PGI$_2$ from the human vascular system *in vivo* and *in vitro*, there is overwhelming evidence that human endothelial PGI$_2$ is dependent on the COX-1 enzyme. There is no sound scientific evidence that selective COX-2 inhibitors pathologically disrupt vascular homeostasis. Furthermore, COX-2 generates important pro-inflammatory, pro-atherogenic and pro-thrombotic activity in human atherosclerotic disease. Therefore, COX-2 inhibitors should not accelerate the atherothrombotic process, and would be expected to provide a stabilizing influence on atherosclerotic lesions.

18

Report of Dr Nicholas A Flavahan

## REFERENCES

1.      Aikawa M and Libby P. The vulnerable atherosclerotic plaque: pathogenesis and therapeutic approach. *Cardiovasc Pathol* 13: 125-138, 2004.

2.      Awtry EH and Loscalzo J. Aspirin. *Circulation* 101: 1206-1218, 2000.

3.      Baker CS, Hall RJ, Evans TJ, Pomerance A, Maclouf J, Creminon C, Yacoub MH, and Polak JM. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. *Arterioscler Thromb Vasc Biol* 19: 646-655, 1999.

4.      Bath PM, Hassall DG, Gladwin AM, Palmer RM, and Martin JF. Nitric oxide and prostacyclin. Divergence of inhibitory effects on monocyte chemotaxis and adhesion to endothelium in vitro. *Arterioscler Thromb* 11: 254-260, 1991.

5.      Bea F, Blessing E, Bennett BJ, Kuo CC, Campbell LA, Kreuzer J, and Rosenfeld ME. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. *Cardiovasc Res* 60: 198-204, 2003.

6.      Belton O, Byrne D, Kearney D, Leahy A, and Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. *Circulation* 102: 840-845, 2000.

7.      Belton OA, Duffy A, Toomey S, and Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. *Circulation* 108: 3017-3023, 2003.

8.      Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, and Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. *Arterioscler Thromb Vasc Biol* 17: 1644-1648, 1997.

9.      Blanco FJ, Guitian R, Moreno J, de Toro FJ, and Galdo F. Effect of antiinflammatory drugs on COX-1 and COX-2 activity in human articular chondrocytes. *J Rheumatol* 26: 1366-1373, 1999.

10.      Bode-Boger SM, Boger RH, Schubert M, and Frolich JC. Effects of very low dose and enteric-coated acetylsalicylic acid on prostacyclin and thromboxane formation and on bleeding time in healthy subjects. *Eur J Clin Pharmacol* 54: 707-714, 1998.

11.      Bogaty P, Brophy JM, Noel M, Boyer L, Simard S, Bertrand F, and Dagenais GR. Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. *Circulation* 110: 934-939, 2004.

20

12.   Boger RH, Bode-Boger SM, Schroder EP, Tsikas D, and Frolich JC. Increased prostacyclin production during exercise in untrained and trained men: effect of low-dose aspirin. *J Appl Physiol* 78: 1832-1838, 1995.

13.   Braden GA, Knapp HR, and FitzGerald GA. Suppression of eicosanoid biosynthesis during coronary angioplasty by fish oil and aspirin. *Circulation* 84: 679-685, 1991.

14.   Brash AR, Jackson EK, Saggese CA, Lawson JA, Oates JA, and FitzGerald GA. Metabolic disposition of prostacyclin in humans. *J Pharmacol Exp Ther* 226: 78-87, 1983.

15.   Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, Marnett LJ, Morrow JD, Fazio S, and Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. *Circulation* 105: 1816-1823, 2002.

16.   Burleigh ME, Babaev VR, Yancey PG, Major AS, McCaleb JL, Oates JA, Morrow JD, Fazio S, and Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. *J Mol Cell Cardiol* 39: 443-452, 2005.

17.   Capone ML, Sciulli MG, Tacconelli S, Grana M, Ricciotti E, Renda G, Di Gregorio P, Merciaro G, and Patrignani P. Pharmacodynamic interaction of naproxen with low-dose aspirin in healthy subjects. *J Am Coll Cardiol* 45: 1295-1301, 2005.

18.   Capone ML, Tacconelli S, Sciulli MG, Grana M, Ricciotti E, Minuz P, Di Gregorio P, Merciaro G, Patrono C, and Patrignani P. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. *Circulation* 109: 1468-1471, 2004.

19.   Carlsson I, Benthin G, Petersson AS, and Wennmalm A. Differential inhibition of thromboxane A2 and prostacyclin synthesis by low dose acetylsalicylic acid in atherosclerotic patients. *Thromb Res* 57: 437-444, 1990.

20.   Catella F and FitzGerald GA. Paired analysis of urinary thromboxane B2 metabolites in humans. *Thromb Res* 47: 647-656, 1987.

21.   Catella F, Healy D, Lawson JA, and FitzGerald GA. 11-Dehydrothromboxane B2: a quantitative index of thromboxane A2 formation in the human circulation. *Proc Natl Acad Sci U S A* 83: 5861-5865, 1986.

22.   Catella F, Nowak J, and Fitzgerald GA. Measurement of renal and non-renal eicosanoid synthesis. *Am J Med* 81: 23-29, 1986.

23.   Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, and FitzGerald GA. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther* 289: 735-741, 1999.

Report of Dr Nicholas A Flavahan

24.    Chan CC, Boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Ford-Hutchinson AW, Forrest MJ, Gauthier JY, Gordon R, Gresser M, Guay J, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Patrick D, Percival MD, Perrier H, Prasit P, Rodger I, and et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. *J Pharmacol Exp Ther* 290: 551-560, 1999.

25.    Chenevard R, Hurlimann D, Bechir M, Enseleit F, Spieker L, Hermann M, Riesen W, Gay S, Gay RE, Neidhart M, Michel B, Luscher TF, Noll G, and Ruschitzka F. Selective COX-2 inhibition improves endothelial function in coronary artery disease. *Circulation* 107: 405-409, 2003.

26.    Ciabattoni G, Porreca E, Di Febbo C, Di Iorio A, Paganelli R, Bucciarelli T, Pescara L, Del Re L, Giusti C, Falco A, Sau A, Patrono C, and Davi G. Determinants of platelet activation in Alzheimer's disease. *Neurobiol Aging*, 2006.

27.    Cipollone F, Fazia M, Iezzi A, Ciabattoni G, Pini B, Cuccurullo C, Ucchino S, Spigonardo F, De Luca M, Prontera C, Chiarelli F, Cuccurullo F, and Mezzetti A. Balance between PGD synthase and PGE synthase is a major determinant of atherosclerotic plaque instability in humans. *Arterioscler Thromb Vasc Biol* 24: 1259-1265, 2004.

28.    Cipollone F, Fazia M, Iezzi A, Pini B, Cuccurullo C, Zucchelli M, de Cesare D, Ucchino S, Spigonardo F, De Luca M, Muraro R, Bei R, Bucci M, Cuccurullo F, and Mezzetti A. Blockade of the angiotensin II type 1 receptor stabilizes atherosclerotic plaques in humans by inhibiting prostaglandin E2-dependent matrix metalloproteinase activity. *Circulation* 109: 1482-1488, 2004.

29.    Cipollone F, Fazia M, Iezzi A, Zucchelli M, Pini B, De Cesare D, Ucchino S, Spigonardo F, Bajocchi G, Bei R, Muraro R, Artese L, Piattelli A, Chiarelli F, Cuccurullo F, and Mezzetti A. Suppression of the functionally coupled cyclooxygenase-2/prostaglandin E synthase as a basis of simvastatin-dependent plaque stabilization in humans. *Circulation* 107: 1479-1485, 2003.

30.    Cipollone F, Fazia M, and Mezzetti A. Novel determinants of plaque instability. *J Thromb Haemost* 3: 1962-1975, 2005.

31.    Cipollone F, Fazia ML, Iezzi A, Cuccurullo C, De Cesare D, Ucchino S, Spigonardo F, Marchetti A, Buttitta F, Paloscia L, Mascellanti M, Cuccurullo F, and Mezzetti A. Association between prostaglandin E receptor subtype EP4 overexpression and unstable phenotype in atherosclerotic plaques in human. *Arterioscler Thromb Vasc Biol* 25: 1925-1931, 2005.

32.    Cipollone F, Fazia ML, and Mezzetti A. Role of angiotensin II receptor blockers in atherosclerotic plaque stability. *Expert Opin Pharmacother* 7: 277-285, 2006.

22

33.     Cipollone F and Patrono C. Cyclooxygenase-2 polymorphism: putting a brake on the inflammatory response to vascular injury? *Arterioscler Thromb Vasc Biol* 22: 1516-1518, 2002.

34.     Cipollone F, Prontera C, Pini B, Marini M, Fazia M, De Cesare D, Iezzi A, Ucchino S, Boccoli G, Saba V, Chiarelli F, Cuccurullo F, and Mezzetti A. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability. *Circulation* 104: 921-927, 2001.

35.     Cipollone F, Rocca B, and Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. *Arterioscler Thromb Vasc Biol* 24: 246-255, 2004.

36.     Cipollone F, Toniato E, Martinotti S, Fazia M, Iezzi A, Cuccurullo C, Pini B, Ursi S, Vitullo G, Averna M, Arca M, Montali A, Campagna F, Ucchino S, Spigonardo F, Taddei S, Virdis A, Ciabattoni G, Notarbartolo A, Cuccurullo F, and Mezzetti A. A polymorphism in the cyclooxygenase 2 gene as an inherited protective factor against myocardial infarction and stroke. *Jama* 291: 2221-2228, 2004.

37.     Clarke RJ, Mayo G, Price P, and FitzGerald GA. Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin. *N Engl J Med* 325: 1137-1141, 1991.

38.     Conde ID and Kleiman NS. Arterial thrombosis for the interventional cardiologist: from adhesion molecules and coagulation factors to clinical therapeutics. *Catheter Cardiovasc Interv* 60: 236-246, 2003.

39.     Couzin J. Drug safety. Withdrawal of Vioxx casts a shadow over COX-2 inhibitors. *Science* 306: 384-385, 2004.

40.     Cullen L, Kelly L, Connor SO, and Fitzgerald DJ. Selective cyclooxygenase-2 inhibition by nimesulide in man. *J Pharmacol Exp Ther* 287: 578-582, 1998.

41.     Davi G, Neri M, Falco A, Festi D, Taraborelli T, Ciabattoni G, Basili S, Cuccurullo F, and Patrono C. Helicobacter pylori infection causes persistent platelet activation in vivo through enhanced lipid peroxidation. *Arterioscler Thromb Vasc Biol* 25: 246-251, 2005.

42.     Davies PF. Flow-mediated endothelial mechanotransduction. *Physiol Rev* 75: 519-560, 1995.

43.     Davies PF. Overview: temporal and spatial relationships in shear stress-mediated endothelial signalling. *J Vasc Res* 34: 208-211, 1997.

44.     de Boer OJ, van der Wal AC, Teeling P, and Becker AE. Leucocyte recruitment in rupture prone regions of lipid-rich plaques: a prominent role for neovascularization? *Cardiovasc Res* 41: 443-449, 1999.

45.     Dekker RJ, van Soest S, Fontijn RD, Salamanca S, de Groot PG, VanBavel E, Pannekoek H, and Horrevoets AJ. Prolonged fluid shear stress induces a distinct set of endothelial cell genes, most specifically lung Kruppel-like factor (KLF2). *Blood* 100: 1689-1698, 2002.

46.     Demasi M, Caughey GE, James MJ, and Cleland LG. Assay of cyclooxygenase-1 and 2 in human monocytes. *Inflamm Res* 49: 737-743, 2000.

47.     Dooley CM, Devocelle M, McLoughlin B, Nolan KB, Fitzgerald DJ, and Sharkey CT. A novel family of hydroxamate-based acylating inhibitors of cyclooxygenase. *Mol Pharmacol* 63: 450-455, 2003.

48.     Egan KM, Wang M, Fries S, Lucitt MB, Zukas AM, Pure E, Lawson JA, and FitzGerald GA. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. *Circulation* 111: 334-342, 2005.

49.     Evangelista V, Manarini S, Di Santo A, Capone ML, Ricciotti E, Di Francesco L, Tacconelli S, Sacchetti A, D'Angelo S, Scilimati A, Sciulli MG, and Patrignani P. De novo synthesis of cyclooxygenase-1 counteracts the suppression of platelet thromboxane biosynthesis by aspirin. *Circ Res* 98: 593-595, 2006.

50.     Fabre JE, Nguyen M, Athirakul K, Coggins K, McNeish JD, Austin S, Parise LK, FitzGerald GA, Coffman TM, and Koller BH. Activation of the murine EP3 receptor for PGE2 inhibits cAMP production and promotes platelet aggregation. *J Clin Invest* 107: 603-610, 2001.

51.     Faxon DP, Fuster V, Libby P, Beckman JA, Hiatt WR, Thompson RW, Topper JN, Annex BH, Rundback JH, Fabunmi RP, Robertson RM, and Loscalzo J. Atherosclerotic Vascular Disease Conference: Writing Group III: pathophysiology. *Circulation* 109: 2617-2625, 2004.

52.     Fitzgerald DJ, Roy L, Catella F, and FitzGerald GA. Platelet activation in unstable coronary disease. *N Engl J Med* 315: 983-989, 1986.

53.     FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. *Am J Cardiol* 89: 26D-32D, 2002.

54.     Fitzgerald GA. Coxibs and cardiovascular disease. *N Engl J Med* 351: 1709-1711, 2004.

55.     FitzGerald GA, Brash AR, Falardeau P, and Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. *J Clin Invest* 68: 1272-1276, 1981.

56.     FitzGerald GA and Oates JA. Selective and nonselective inhibition of thromboxane formation. *Clin Pharmacol Ther* 35: 633-640, 1984.

24

Report of Dr Nicholas A Flavahan

57.      FitzGerald GA, Oates JA, Hawiger J, Maas RL, Roberts LJ, 2nd, Lawson JA, and Brash AR. Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during chronic administration of aspirin in man. *J Clin Invest* 71: 676-688, 1983.

58.      FitzGerald GA, Pedersen AK, and Patrono C. Analysis of prostacyclin and thromboxane biosynthesis in cardiovascular disease. *Circulation* 67: 1174-1177, 1983.

59.      FitzGerald GA, Smith B, Pedersen AK, and Brash AR. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. *N Engl J Med* 310: 1065-1068, 1984.

60.      Forstermann U, Mugge A, Alheid U, Bode SM, and Frolich JC. Endothelium-derived relaxing factor (EDRF): a defence mechanism against platelet aggregation and vasospasm in human coronary arteries. *Eur Heart J* 10 Suppl F: 36-43, 1989.

61.      Gately S and Li WW. Multiple roles of COX-2 in tumor angiogenesis: a target for antiangiogenic therapy. *Semin Oncol* 31: 2-11, 2004.

62.      Golino P, Piscione F, Willerson JT, Cappelli-Bigazzi M, Focaccio A, Villari B, Indolfi C, Russolillo E, Condorelli M, and Chiariello M. Divergent effects of serotonin on coronary-artery dimensions and blood flow in patients with coronary atherosclerosis and control patients. *N Engl J Med* 324: 641-648, 1991.

63.      Govindarajan S, Nast CC, Smith WL, Koyle MA, Daskalopoulos G, and Zipser RD. Immunohistochemical distribution of renal prostaglandin endoperoxide synthase and prostacyclin synthase: diminished endoperoxide synthase in the hepatorenal syndrome. *Hepatology* 7: 654-659, 1987.

64.      Halcox JP, Schenke WH, Zalos G, Mincemoyer R, Prasad A, Waclawiw MA, Nour KR, and Quyyumi AA. Prognostic value of coronary vascular endothelial dysfunction. *Circulation* 106: 653-658, 2002.

65.      Hanley SP and Bevan J. Inhibition by aspirin of human arterial and venous prostacyclin synthesis. *Prostaglandins Leukot Med* 20: 141-149, 1985.

66.      Hansson GK. Inflammation, atherosclerosis, and coronary artery disease. *N Engl J Med* 352: 1685-1695, 2005.

67.      Hata AN and Breyer RM. Pharmacology and signaling of prostaglandin receptors: multiple roles in inflammation and immune modulation. *Pharmacol Ther* 103: 147-166, 2004.

68.      Heavey DJ, Barrow SE, Hickling NE, and Ritter JM. Aspirin causes short-lived inhibition of bradykinin-stimulated prostacyclin production in man. *Nature* 318: 186-188, 1985.

69.      Holmes DR, Wester W, Thompson RW, and Reilly JM. Prostaglandin E2 synthesis and cyclooxygenase expression in abdominal aortic aneurysms. *J Vasc Surg* 25: 810-815, 1997.

25

Report of Dr Nicholas A Flavahan

70.     Hong BK, Kwon HM, Lee BK, Kim D, Kim IJ, Kang SM, Jang Y, Cho SH, Kim HK, Jang BC, Cho SY, Kim HS, Kim MS, Kwon HC, and Lee N. Coexpression of cyclooxygenase-2 and matrix metalloproteinases in human aortic atherosclerotic lesions. *Yonsei Med J* 41: 82-88, 2000.

71.     James MJ, Foreman RK, Burnett JR, and Cleland LG. Inhibition of human endothelial prostacyclin synthesis by different aspirin formulations. *Aust N Z J Surg* 61: 849-852, 1991.

72.     Jin RC, Voetsch B, and Loscalzo J. Endogenous mechanisms of inhibition of platelet function. *Microcirculation* 12: 247-258, 2005.

73.     Jouve R, Rolland PH, Delboy C, and Mercier C. Thromboxane B2, 6-keto-PGF1 alpha, PGE2, PGF2 alpha, and PGA1 plasma levels in arteriosclerosis obliterans: relationship to clinical manifestations, risk factors, and arterial pathoanatomy. *Am Heart J* 107: 45-52, 1984.

74.     Kalgutkar AS, Crews BC, Rowlinson SW, Garner C, Seibert K, and Marnett LJ. Aspirin-like molecules that covalently inactivate cyclooxygenase-2. *Science* 280: 1268-1270, 1998.

75.     Knapp HR, Healy C, Lawson J, and FitzGerald GA. Effects of low-dose aspirin on endogenous eicosanoid formation in normal and atherosclerotic men. *Thromb Res* 50: 377-386, 1988.

76.     Kuklinska AM, Musial WJ, Kaminski KA, Kralisz P, Modrzejewski W, Sobkowicz B, Dobrzycki S, Stec S, and Wojtkowska I. Low dose rofecoxib, inflammation and prostacyclin synthesis in acute coronary syndromes. *Rocz Akad Med Bialymst* 50: 339-342, 2005.

77.     Kyrle PA, Eichler HG, Jager U, and Lechner K. Inhibition of prostacyclin and thromboxane A2 generation by low-dose aspirin at the site of plug formation in man in vivo. *Circulation* 75: 1025-1029, 1987.

78.     Kyrle PA, Minar E, Brenner B, Eichler HG, Heistinger M, Marosi L, and Lechner K. Thromboxane A2 and prostacyclin generation in the microvasculature of patients with atherosclerosis--effect of low-dose aspirin. *Thromb Haemost* 61: 374-377, 1989.

79.     Lawson JA, Patrono C, Ciabattoni G, and Fitzgerald GA. Long-lived enzymatic metabolites of thromboxane B2 in the human circulation. *Anal Biochem* 155: 198-205, 1986.

80.     Leese PT, Hubbard RC, Karim A, Isakson PC, Yu SS, and Geis GS. Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial. *J Clin Pharmacol* 40: 124-132, 2000.

81.     Lekakis JP, Vamvakou G, Andreadou I, Ganiatsos G, Karatzis E, Protogerou A, Papaioannou T, Ikonomidis I, Papamichael C, and Mavrikakis ME. Divergent effects of

26

Report of Dr Nicholas A Flavahan

rofecoxib on endothelial function and inflammation in acute coronary syndromes. *Int J Cardiol*, 2005.

82.     **Lupinetti MD, Sheller JR, Catella F, and Fitzgerald GA.** Thromboxane biosynthesis in allergen-induced bronchospasm. Evidence for platelet activation. *Am Rev Respir Dis* 140: 932-935, 1989.

83.     **Luscher TF, Tanner FC, Tschudi MR, and Noll G.** Endothelial dysfunction in coronary artery disease. *Annu Rev Med* 44: 395-418, 1993.

84.     **Marcus AJ, Broekman MJ, Drosopoulos JH, Olson KE, Islam N, Pinsky DJ, and Levi R.** Role of CD39 (NTPDase-1) in thromboregulation, cerebroprotection, and cardioprotection. *Semin Thromb Hemost* 31: 234-246, 2005.

85.     **McAdam BF, Byrne D, Morrow JD, and Oates JA.** Contribution of cyclooxygenase-2 to elevated biosynthesis of thromboxane A2 and prostacyclin in cigarette smokers. *Circulation* 112: 1024-1029, 2005.

86.     **McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, and FitzGerald GA.** Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci U S A* 96: 272-277, 1999.

87.     **Metais C, Bianchi C, Li J, Simons M, and Sellke FW.** Serotonin-induced human coronary microvascular contraction during acute myocardial ischemia is blocked by COX-2 inhibition. *Basic Res Cardiol* 96: 59-67, 2001.

88.     **Mezzetti A.** Pharmacological modulation of plaque instability. *Lupus* 14: 769-772, 2005.

89.     **Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, and Vane JR.** Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. *Proc Natl Acad Sci U S A* 90: 11693-11697, 1993.

90.     **Mitchell JA and Warner TD.** COX isoforms in the cardiovascular system: understanding the activities of non-steroidal anti-inflammatory drugs. *Nature Reviews* 5: 75-85, 2006.

91.     **Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, and Tanabe T.** Molecular cloning and expression of human prostacyclin synthase. *Biochem Biophys Res Commun* 200: 1728-1734, 1994.

92.     **Monakier D, Mates M, Klutstein MW, Balkin JA, Rudensky B, Meerkin D, and Tzivoni D.** Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. *Chest* 125: 1610-1615, 2004.

27

93.     Montalescot G, Maclouf J, Drobinski G, Salloum J, Grosgogeat Y, and Thomas D.
Eicosanoid biosynthesis in patients with stable angina: beneficial effects of very low dose
aspirin. *J Am Coll Cardiol* 24: 33-38, 1994.

94.     Moulton KS, Heller E, Konerding MA, Flynn E, Palinski W, and Folkman J.
Angiogenesis inhibitors endostatin or TNP-470 reduce intimal neovascularization and plaque
growth in apolipoprotein E-deficient mice. *Circulation* 99: 1726-1732, 1999.

95.     Moulton KS, Vakili K, Zurakowski D, Soliman M, Butterfield C, Sylvin E, Lo KM,
Gillies S, Javaherian K, and Folkman J. Inhibition of plaque neovascularization reduces
macrophage accumulation and progression of advanced atherosclerosis. *Proc Natl Acad Sci U S
A* 100: 4736-4741, 2003.

96.     Norel X, Walch L, Gascard JP, deMontpreville V, and Brink C. Prostacyclin release
and receptor activation: differential control of human pulmonary venous and arterial tone. *Br J
Pharmacol* 142: 788-796, 2004.

97.     Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, and Roberts LJ,
2nd. Clinical implications of prostaglandin and thromboxane A2 formation (1). *N Engl J Med*
319: 689-698, 1988.

98.     Olesen M, Kwong E, Meztli A, Kontny F, Seljeflot I, Arnesen H, Lyngdorf L, and
Falk E. No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice.
*Scand Cardiovasc J* 36: 362-367, 2002.

99.     Ost M, Uhl E, Carlsson M, Gidlof A, Soderkvist P, and Sirsjo A. Expression of
mRNA for phospholipase A2, cyclooxygenases, and lipoxygenases in cultured human umbilical
vascular endothelial and smooth muscle cells and in biopsies from umbilical arteries and veins. *J
Vasc Res* 35: 150-155, 1998.

100.    Papafili A, Hill MR, Brull DJ, McAnulty RJ, Marshall RP, Humphries SE, and
Laurent GJ. Common promoter variant in cyclooxygenase-2 represses gene expression:
evidence of role in acute-phase inflammatory response. *Arterioscler Thromb Vasc Biol* 22: 1631-
1636, 2002.

101.    Patrignani P, Filabozzi P, and Patrono C. Selective cumulative inhibition of platelet
thromboxane production by low-dose aspirin in healthy subjects. *J Clin Invest* 69: 1366-1372,
1982.

102.    Patrono C, Ciabattoni G, Pugliese F, Pierucci A, Blair IA, and FitzGerald GA.
Estimated rate of thromboxane secretion into the circulation of normal humans. *J Clin Invest* 77:
590-594, 1986.

103.    Patrono C, Coller B, Dalen JE, FitzGerald GA, Fuster V, Gent M, Hirsh J, and
Roth G. Platelet-active drugs : the relationships among dose, effectiveness, and side effects.
*Chest* 119: 39S-63S, 2001.