104.    Patrono C, Coller B, FitzGerald GA, Hirsh J, and Roth G. Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. *Chest* 126: 234S-264S, 2004.

105.    Pratico D, Tillmann C, Zhang ZB, Li H, and FitzGerald GA. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. *Proc Natl Acad Sci U S A* 98: 3358-3363, 2001.

106.    Preston FE, Greaves M, Jackson CA, and Stoddard CJ. Low-dose aspirin inhibits platelet and venous cyclo-oxygenase in man. *Thromb Res* 27: 477-484, 1982.

107.    Preston FE, Whipps S, Jackson CA, French AJ, Wyld PJ, and Stoddard CJ. Inhibition of prostacyclin and platelet thromboxane A2 after low-dose aspirin. *N Engl J Med* 304: 76-79, 1981.

108.    Rader DJ and FitzGerald GA. State of the art: atherosclerosis in a limited edition. *Nat Med* 4: 899-900, 1998.

109.    Radomski MW, Palmer RM, and Moncada S. Endogenous nitric oxide inhibits human platelet adhesion to vascular endothelium. *Lancet* 2: 1057-1058, 1987.

110.    Radomski MW, Palmer RM, and Moncada S. The role of nitric oxide and cGMP in platelet adhesion to vascular endothelium. *Biochem Biophys Res Commun* 148: 1482-1489, 1987.

111.    Rocca B, Secchiero P, Ciabattoni G, Ranelletti FO, Catani L, Guidotti L, Melloni E, Maggiano N, Zauli G, and Patrono C. Cyclooxygenase-2 expression is induced during human megakaryopoiesis and characterizes newly formed platelets. *Proc Natl Acad Sci U S A* 99: 7634-7639, 2002.

112.    Rolland PH, Jouve R, Pellegrin E, Mercier C, and Serradimigni A. Alteration in prostacyclin and prostaglandin E2 production. Correlation with changes in human aortic atherosclerotic disease. *Arteriosclerosis* 4: 70-78, 1984.

113.    Ross R. Atherosclerosis--an inflammatory disease. *N Engl J Med* 340: 115-126, 1999.

114.    Ross R. The pathogenesis of atherosclerosis--an update. *N Engl J Med* 314: 488-500, 1986.

115.    Ross R and Glomset JA. The pathogenesis of atherosclerosis (second of two parts). *N Engl J Med* 295: 420-425, 1976.

116.    Rott D, Zhu J, Burnett MS, Zhou YF, Zalles-Ganley A, Ogunmakinwa J, and Epstein SE. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. *J Am Coll Cardiol* 41: 1812-1819, 2003.

Report of Dr Nicholas A Flavahan

117.    Schachinger V, Britten MB, and Zeiher AM. Prognostic impact of coronary vasodilator dysfunction on adverse long-term outcome of coronary heart disease. *Circulation* 101: 1899-1906, 2000.

118.    Schonbeck U, Sukhova GK, Graber P, Coulter S, and Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. *Am J Pathol* 155: 1281-1291, 1999.

119.    Shikano M, Ito T, Ogawa K, and Satake T. Effects of a selective thromboxane synthetase inhibitor (OKY-046) in patients with coronary artery disease during exercise. *Jpn Heart J* 28: 663-674, 1987.

120.    Siegle I, Klein T, Zou MH, Fritz P, and Komhoff M. Distribution and cellular localization of prostacyclin synthase in human brain. *J Histochem Cytochem* 48: 631-641, 2000.

121.    Stemme V, Swedenborg J, Claesson H, and Hansson GK. Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries. *Eur J Vasc Endovasc Surg* 20: 146-152, 2000.

122.    Stichtenoth DO, Marhauer V, Tsikas D, Gutzki FM, and Frolich JC. Effects of specific COX-2-inhibition on renin release and renal and systemic prostanoid synthesis in healthy volunteers. *Kidney Int* 68: 2197-2207, 2005.

123.    Suwaidi JA, Hamasaki S, Higano ST, Nishimura RA, Holmes DR, Jr., and Lerman A. Long-term follow-up of patients with mild coronary artery disease and endothelial dysfunction. *Circulation* 101: 948-954, 2000.

124.    Taketo MM. Cyclooxygenase-2 inhibitors in tumorigenesis (part I). *J Natl Cancer Inst* 90: 1529-1536, 1998.

125.    Therland KL, Stubbe J, Thiesson HC, Ottosen PD, Walter S, Sorensen GL, Skott O, and Jensen BL. Cycloxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors. *J Am Soc Nephrol* 15: 1189-1198, 2004.

126.    Tikiz C, Utuk O, Bayturan O, Bayindir P, Ekmekci C, and Tikiz H. Selective COX-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease. *Acta Med Okayama* 59: 11-17, 2005.

127.    Title LM, Giddens K, McInerney MM, McQueen MJ, and Nassar BA. Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. *J Am Coll Cardiol* 42: 1747-1753, 2003.

128.    Topper JN, Cai J, Falb D, and Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2,

manganese superoxide dismutase. and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc Natl Acad Sci U S A* 93: 10417-10422, 1996.

129.   **Tsang V, Jeremy JY, Mikhailidis DP, Walesby RK, Wright JC, and Dandona P.** Release of prostacyclin from the human aorta. *Cardiovasc Res* 22: 489-493, 1988.

130.   **Tsao PS, Lewis NP, Alpert S, and Cooke JP.** Exposure to shear stress alters endothelial adhesiveness. Role of nitric oxide. *Circulation* 92: 3513-3519, 1995.

131.   **Tsuji M, Kawano S, Tsuji S, Sawaoka H, Hori M, and DuBois RN.** Cyclooxygenase regulates angiogenesis induced by colon cancer cells. *Cell* 93: 705-716, 1998.

132.   **Tuleja E, Mejza F, Cmiel A, and Szczeklik A.** Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men. *Arterioscler Thromb Vasc Biol* 23: 1111-1115, 2003.

133.   **van der Wal AC and Becker AE.** Atherosclerotic plaque rupture--pathologic basis of plaque stability and instability. *Cardiovasc Res* 41: 334-344, 1999.

134.   **Van Hecken A, Schwartz JI, Depre M, De Lepeleire I, Dallob A, Tanaka W, Wynants K, Buntinx A, Arnout J, Wong PH, Ebel DL, Gertz BJ, and De Schepper PJ.** Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. *J Clin Pharmacol* 40: 1109-1120, 2000.

135.   **VanderLaan PA, Reardon CA, and Getz GS.** Site specificity of atherosclerosis: site-selective responses to atherosclerotic modulators. *Arterioscler Thromb Vasc Biol* 24: 12-22, 2004.

136.   **Vane JR.** My life and times with enzymes and mediators. *Med Sci Monit* 7: 790-800, 2001.

137.   **Vane JR and Botting RM.** Anti-inflammatory drugs and their mechanism of action. *Inflamm Res* 47 Suppl 2: S78-87, 1998.

138.   **Vane JR and Botting RM.** Mechanism of action of nonsteroidal anti-inflammatory drugs. *Am J Med* 104: 2S-8S; discussion 21S-22S, 1998.

139.   **Verma S, Raj SR, Shewchuk L, Mather KJ, and Anderson TJ.** Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. *Circulation* 104: 2879-2882, 2001.

140.   **Verma S and Szmitko PE.** Coxibs and the endothelium. *J Am Coll Cardiol* 42: 1754-1756, 2003.

31

Report of Dr Nicholas A Flavahan

141.    Virmani R, Kolodgie FD, Burke AP, Finn AV, Gold HK, Tulenko TN, Wrenn SP, and Narula J. Atherosclerotic plaque progression and vulnerability to rupture: angiogenesis as a source of intraplaque hemorrhage. *Arterioscler Thromb Vasc Biol* 25: 2054-2061, 2005.

142.    Voetsch B, Jin RC, and Loscalzo J. Nitric oxide insufficiency and atherothrombosis. *Histochem Cell Biol* 122: 353-367, 2004.

143.    Walton LJ, Franklin IJ, Bayston T, Brown LC, Greenhalgh RM, Taylor GW, and Powell JT. Inhibition of prostaglandin E2 synthesis in abdominal aortic aneurysms: implications for smooth muscle cell viability, inflammatory processes, and the expansion of abdominal aortic aneurysms. *Circulation* 100: 48-54, 1999.

144.    Wang K, Tarakji K, Zhou Z, Zhang M, Forudi F, Zhou X, Koki AT, Smith ME, Keller BT, Topol EJ, Lincoff AM, and Penn MS. Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model. *J Cardiovasc Pharmacol* 45: 61-67, 2005.

145.    Weber AA, Przytulski B, Schumacher M, Zimmermann N, Gams E, Hohlfeld T, and Schror K. Flow cytometry analysis of platelet cyclooxygenase-2 expression: induction of platelet cyclooxygenase-2 in patients undergoing coronary artery bypass grafting. *Br J Haematol* 117: 424-426, 2002.

146.    Weir MR, Sperling RS, Reicin A, and Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. *Am Heart J* 146: 591-604, 2003.

147.    Weksler BB, Tack-Goldman K, Subramanian VA, and Gay WA, Jr. Cumulative inhibitory effect of low-dose aspirin on vascular prostacyclin and platelet thromboxane production in patients with atherosclerosis. *Circulation* 71: 332-340, 1985.

148.    Wennmalm A, Edlund A, Sevastik B, and FitzGerald GA. Excretion of thromboxane A2 and prostacyclin metabolites during treadmill exercise in patients with intermittent claudication. *Clin Physiol* 8: 243-253, 1988.

149.    Wilkinson-Berka JL, Alousis NS, Kelly DJ, and Gilbert RE. COX-2 inhibition and retinal angiogenesis in a mouse model of retinopathy of prematurity. *Invest Ophthalmol Vis Sci* 44: 974-979, 2003.

150.    Wong E, Huang JQ, Tagari P, and Riendeau D. Effects of COX-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits. *Atherosclerosis* 157: 393-402, 2001.

151.    Woods JM, Mogollon A, Amin MA, Martinez RJ, and Koch AE. The role of COX-2 in angiogenesis and rheumatoid arthritis. *Exp Mol Pathol* 74: 282-290, 2003.

32

Report of Dr Nicholas A Flavahan

152.    **Wouters K, Shiri-Sverdlov R, van Gorp PJ, van Bilsen M, and Hofker MH.** Understanding hyperlipidemia and atherosclerosis: lessons from genetically modified apoe and ldlr mice. *Clin Chem Lab Med* 43: 470-479, 2005.

153.    **Zou MH and Ullrich V.** Peroxynitrite formed by simultaneous generation of nitric oxide and superoxide selectively inhibits bovine aortic prostacyclin synthase. *FEBS Lett* 382: 101-104, 1996.

1

*CURRICULUM VITAE*

**Nicholas A. Flavahan, Ph.D.**
**Professor of Internal Medicine,**
**Heart and Lung Research Institute,**
**The Ohio State University,**
**473 West 12th Avenue, Room 110E**
**Columbus, OH 43210.**
**Phone: 614 247 7787**
**Fax: 614 247 7799**
nicholas.flavahan@osumc.edu

## PERSONAL

**Name:** Nicholas A. Flavahan
**Date of Birth:** 12 August 1956   **Age:** 49
**Place of Birth:** Glasgow, Scotland
**Citizenship:** USA
**Marital Status:** Married   **Wife's Name:** Sheila   **Occupation:** Nurse/Research Associate
**Children:** Billy (22 years), Andrew (20 years), Louise (17 years), Kelly (13 years)

## PROFESSIONAL

### Qualifications:

B.Sc (hons) in Pharmacology; University of Glasgow, Glasgow, Scotland, 1978.

M.Sc. in Pharmacology; University of Strathclyde, Glasgow, Scotland, 1979.

Ph.D. in Physiology; University of Glasgow, 1983.
> Doctoral Thesis: Subtypes of $\alpha$-Adrenoceptors in the Cardiovascular System.
> Supervisor: Dr. J.C. McGrath

2

**EMPLOYMENT HISTORY**
**British Heart Foundation Research Fellow** (1982 to 1983)
 Department of Physiology,
 University of Glasgow
 Head of Laboratory: Dr. J.C. McGrath

**Mayo Foundation Senior Research Fellow** (1983 to 1986)
 Departments of Physiology and Pharmacology,
 Mayo Clinic,
 Rochester, Minnesota 55905.
 Head of Laboratory: Drs. Paul M. Vanhoutte and John T. Shepherd

**Visiting Research Scientist (Funded by Mayo Clinic)** (1986 to 1987)
 Department of Anatomy and Embryology,
 University College, Gower Street, London WC1.
 Head of Laboratory: Professor G. Burnstock

**Assistant Professor of Pharmacology** (1987 to 1989).
 Department of Pharmacology,
 Mayo Clinic,
 Rochester, Minnesota 55905.

**Assistant Professor of Medicine and Physiology** (1989 to 1991)
 Department of Medicine,
 Johns Hopkins University Schools of Medicine and Public Health,
 Baltimore, MD 21205

**Associate Professor of Medicine and Physiology** (1991 to 1997)
 Department of Medicine,
 Johns Hopkins University Schools of Medicine and Public Health,
 Baltimore, MD 21205

**Professor of Internal Medicine, Physiology and Cell Biology** (1997 to present)
 Departments of Internal Medicine and Physiology/Cell Biology,
 The Ohio State University, Columbus, OH 43210

**Associate Director, Heart and Lung Research Institute** (1997 to 2002)
 Heart and Lung Research Institute,
 The Ohio State University, Columbus, OH 43210

**Deputy Director, Heart and Lung Research Institute** (2002 to 2005)
 Heart and Lung Research Institute,
 Ohio State University, Columbus, OH 4321

3

**Research Funding:**

*Active Support:*

1.    SOURCE OF SUPPORT:         NIH
   TITLE:                         $\alpha_{2C}$-Adrenergic Receptors and the
                                         Cutaneous Circulation
   PRINCIPAL INVESTIGATOR:     Nicholas A. Flavahan
   TOTAL DIRECT COSTS:        $1,250,000
   TOTAL PERIOD OF SUPPORT:   2/01/05 - 1/31/10

2.    SOURCE OF SUPPORT:         NIH
   TITLE:                         Mechanisms of Vascular Dysfunction in
                                         Vibration Injury
   PRINCIPAL INVESTIGATOR:     Nicholas A. Flavahan
   TOTAL DIRECT COSTS:        $875,000
   TOTAL PERIOD OF SUPPORT:   8/01/05 - 7/31/10

3.    SOURCE OF SUPPORT:         NIH
   TITLE:                         Redox Regulation of Arteriole Function
   PRINCIPAL INVESTIGATOR:     Nicholas A. Flavahan
   TOTAL DIRECT COSTS REQUESTED:   $1,150,000
   TOTAL PERIOD OF SUPPORT:   4/1/01 - 1/31/07

4.    SOURCE OF SUPPORT:         NIH
   TITLE:                         Role of Granzyme B Pathway in
                                         Accelerated Graft Arteriosclerosis
   PRINCIPAL INVESTIGATOR:     Nicholas A. Flavahan (subcontract with
                                         Johns Hopkins University)
   TOTAL DIRECT COSTS:        $325,000
   TOTAL PERIOD OF SUPPORT:   7/01/03 to 6/30/08

5.    SOURCE OF SUPPORT:         NIH
   TITLE:                         Myofibroblasts and fibrosis after cardiac
                                         transplantation
   PRINCIPAL INVESTIGATOR:     Art Strauch
   CO-INVESTIGATOR                 Nicholas A. Flavahan
   TOTAL DIRECT COSTS:        $1,000,000
   TOTAL PERIOD OF SUPPORT:   7/1/01 to 6/30/06

6.    SOURCE OF SUPPORT:         Scleroderma Research Foundation
   TITLE:                         Vascular Dysfunction in Scleroderma
   PRINCIPAL INVESTIGATOR:     Nicholas A. Flavahan
   TOTAL DIRECT COSTS:        $150,000

4

TOTAL PERIOD OF SUPPORT:     5/01/04-4/30/07

7.    SOURCE OF SUPPORT:     Peninsula Foundation
      TITLE:     Efficacy, Tolerability and Biology of a Rho-kinase (ROCK) Inhibitor (Fasudil) in the Treatment of Raynaud's Phenomenon
      PRINCIPAL INVESTIGATOR:     Nicholas A Flavahan and Fredrick Wigley
      TOTAL DIRECT COSTS:     $246,917
      TOTAL PERIOD OF SUPPORT:     9/01/06-8/31/07

*Previous Support:*

8.    SOURCE OF SUPPORT:     NIH
      TITLE:     Mechanisms of Altered Vasoreactivity in Scleroderma
      PRINCIPAL INVESTIGATOR:     Nicholas A. Flavahan
      TOTAL DIRECT COSTS REQUESTED:     $921,695
      TOTAL PERIOD OF SUPPORT:     7/1/98 – 6/30/04

9.    SOURCE OF SUPPORT:     American Society of Transplant Surgeons
      TITLE:     ASTS Collaborative Scientist Research Award
      PRINCIPAL INVESTIGATOR:     Nicholas A. Flavahan and Charles G Orosz
      TOTAL DIRECT COSTS:     $85,000
      TOTAL PERIOD OF SUPPORT:     7/01/02 to 6/30/04

10.    SOURCE OF SUPPORT:     NIH
      TITLE:     Endothelial Cell Dysfunction in AGA
      PRINCIPAL INVESTIGATOR:     Nicholas A. Flavahan
      TOTAL DIRECT COSTS REQUESTED:     $1,024,827
      TOTAL PERIOD OF SUPPORT:     5/1/97 - 4/30/02

11.    SOURCE OF SUPPORT:     NIH
      TITLE:     Postmenopausal Hormone Replacement Therapy after CABG
      PRINCIPAL INVESTIGATOR:     Pamela Ouyang
      CO-INVESTIGATOR:     Nicholas A. Flavahan
      TOTAL DIRECT COSTS REQUESTED:     $1,413,254
      TOTAL PERIOD OF SUPPORT:     4/1/96 - 3/31/01

12.    SOURCE OF SUPPORT:     NIH
      PROJECT 3:     Adrenergic Sensitivity in Nociceptors
      PRINCIPAL INVESTIGATOR:     Richard A. Meyer
      CO-INVESTIGATOR:     Nicholas A. Flavahan

5

|  | | |
|---|---|---|
| | TOTAL DIRECT COSTS REQUESTED: | $629,323 |
| | TOTAL PERIOD OF SUPPORT: | 7/1/94 - 6/30/99 |

13. SOURCE OF SUPPORT:           NIH
    TITLE:                       Acute Pulmonary Arterial Responses To
                                 Hypoxia
    PRINCIPAL INVESTIGATOR:      J.T. Sylvester, MD
    CO-INVESTIGATOR:             N.A. Flavahan, Ph.D.
    ANNUAL DIRECT COSTS:         $954,380
    TOTAL PERIOD OF SUPPORT:     12/1/94 - 11/30/99

14. SOURCE OF SUPPORT:           NIH
    TITLE:                       Anesthesia and Pulmonary Vasodilator
                                 Signal Transduction
    PRINCIPAL INVESTIGATOR:      P.A. Murray, Ph.D.
    CO-INVESTIGATOR:             N.A. Flavahan, Ph.D.
    ANNUAL DIRECT COSTS:         $738,010
    TOTAL PERIOD OF SUPPORT:     4/1/93 - 3/31/98

15. SOURCE OF SUPPORT:           NIH
    TITLE:                       Atherosclerosis and Endothelial Dysfunction
    PRINCIPAL INVESTIGATOR:      Nicholas A. Flavahan, Ph.D.
    TOTAL DIRECT COSTS REQUESTED: $634,112
    TOTAL PERIOD OF SUPPORT:     12/1/91-11/30/96

16. SOURCE OF SUPPORT:           NIH
    PROJECT TITLE:               Endothelium-Dependent Relaxation:
                                 G Protein Regulation
    PRINCIPAL INVESTIGATOR:      Nicholas Flavahan, Ph.D.
    TOTAL DIRECT COSTS REQUESTED: $349,909
    TOTAL PERIOD OF SUPPORT:     7/01/90 - 6/31/95

## Sponsor of Postdoctoral Fellowship Awards:

1. SOURCE                        NIH NRSA
   TITLE:                        Oxygen Sensitivity of Isolated Blood
                                 Vessels
   FELLOW:                       Kevin Kovitz, MD
   TOTAL PERIOD OF SUPPORT:      7/1/91 - 6/30/93

2. SOURCE:                       NIH NRSA
   TITLE:                        Mechanisms Underlying Hypoxic
                                 Responses of Pulmonary Arteries
   FELLOW:                       Sean Gaine

6

TOTAL PERIOD OF SUPPORT:     7/1/95-6/30/97

3.    SOURCE:            NIH NRSA
      TITLE:              Mechanism of Protective Action of Estrogen
                             on Vascular Wall
      FELLOW:           Christine Roos.
      TOTAL PERIOD OF SUPPORT:    7/1/97-6/30/99

4.    SOURCE             AHA
      TITLE:              Analysis of Alpha2-Adrenoceptor Function
                             in Scleroderma
      FELLOW:           Halit Canatan, DVM, PhD
      TOTAL PERIOD OF SUPPORT:    12/1/98 - 11/30/00
      Because of family problems, Halit had to return to Turkey.  Project was funded, but not
      activated

5.    SOURCE:            AHA
      TITLE:              Role of Alpha2-Adrenoceptors in Vascular
                             Smooth Muscle Cell Biology: Towards an
                             In Vitro Model of Scleroderma
      FELLOW:           Maqsood Chotani, Ph.D.
      TOTAL PERIOD OF SUPPORT:    7/1/99-6/30/01

## Patents and Intellectual Property

US Patent# US 6,444,681 (September, 2002): $\alpha_{2C}$-Adrenergic blockers for the treatment of
Raynaud's Disease and Scleroderma.

7

**Grant Review Committees:**

*NIH Study Sections:*
   Experimental Cardiovascular Sciences, Temporary Reviewer, February, 1994.
   Pathology A, Special Member (Tele-Conference Review), August, 1994.
   Lung Biology Pathology A, Temporary Reviewer, February 1995,
   Pharmacology, Special Member (Tele-Conference Review), September1998
   Comprehensive Oral Health Research Centers of Discovery (COHRCD), January, 1999
   Pharmacology, Special Member (Tele-Conference Review), November, 2000
   Experimental Cardiovascular Sciences, Temporary Reviewer, March, 2001
   COBRE Study Section, Temporary Reviewer May 2003
   Hypertension and Microcirculation Study Section, Temporary Reviewer, March 2005 to
      June, 2006
   Hypertension and Microcirculation Study Section, Regular Member, 7/1/06 to 6/30/09

*American Heart Association:*
   National AHA: Lung, Respiration and Resuscitation 1997-2001
   Ohio Valley AHA Research Consortium, Committee 2B, 2005
   Ohio Valley AHA Research Consortium, Co-Chairman, Committee 2A, 2005-2008

**Editorial Assistance:**

*Editorial Boards:*
   American Journal of Physiology: Heart and Circulatory Physiology (1987 - 1999),
   Journal of Cardiovascular Pharmacology (1991 -    ),
   Archives Internationales Pharmacodynamie et de Therapie (1987 -  ).

*"Paper Alert" Coordinator* for cardiovascular pharmacology, Current Opinion in Pharmacology
   (2001- 2003)

*Guest Editor:*
   Arteriosclerosis, Thrombosis and Vascular Biology

*Reviewer:*
   American Journal of Physiology, Arteriosclerosis Thrombosis & Vascular Biology, British
   Journal of Pharmacology, Cardiovascular Research, Circulation, Circulation Research,
   FASEB Journal, Journal of Applied Physiology, Journal of Clinical Investigation, Journal
   of Pharmacology and Experimental Therapeutics, New England Journal of Medicine,
   Proceedings of National Academy of Sciences.

8

**University Service** (inclusive of last five years only)

Deputy Director, Heart and Lung Research Institute, 2002 - 2005
Member, Executive Committee, Heart and Lung Research Institute, 1997 - 2005
Member, Space Committee, Heart and Lung Research Institute, 2000 - 2005
Member, Core Oversight Committee, Heart and Lung Research Institute, 2004 - 2005
Member, Cardiovascular Biomedical Engineering Selective Investment Governance Committee, 2003 – 2005
Director and Founder, Heart and Lung Research Institute Grant Review Study Section, 2004 – present
Member, Appointments, Promotions and Tenure Advisory Committee, College of Medicine, 2004 – present
Chairman, Clinical Subcommittee, Appointments, Promotions and Tenure Advisory Committee, College of Medicine, 2005 - present
Member, Appointments, Promotions and Tenure Advisory Committee, Department of Internal Medicine, 2005 – present
Member, Research Advisory Committee, Department of Internal Medicine. 2003 – present
Member, Roessler Research Scholarship Committee, 2002 – 2005
Co-Director, Microscopy Core Facility, Heart and Lung Research Institute, 2000 to 2004
Organizing Committee, DHLRI Leadership Retreat, 2004
Facilitator/Moderator, DHLRI Leadership Retreat, 2004
Review Panel, Research Proposals, DHLRI Leadership Retreat, 2004
Member, Tissue Engineering Search Committee, Biomedical Engineering Initiative, 2004 - 2005
Member, Search Committee, Pharmacology 2002 – 2003
Member, Search Committee for Biomedical Engineering, 2003
Associate Director, Heart and Lung Research Institute, 1997 to 2002
Member, Operations Committee, Heart and Lung Research Institute, 2000 to 2001
Director, Flow Cytometry Core Facility, Heart and Lung Research Institute, 2000 to 2001
Chairman, Search Committee for "Head of Cardiology Research", 2001
Co-Chairman, Search Committee for "Chief of Cardiology", 2001-2002
Member, Search Committee for "Director of Heart and Lung Research Institute", 2000 to 2001
Member, Search Committee for "Director of Research, Minimally Invasive Surgery", 2000
Member, Search Committee for "Nanotechnology" and "Imaging" Faculty Positions, Biomedical Engineering, 2000
Member, Search Committee for "Faculty, Heart and Lung Research Institute", 1999

**Teaching** (inclusive of last five years only)

Core Curriculum "Integrated Organ Systems" for the new "Integrated Biomedical Sciences
Graduate Program" (IBGP). The IBGP has replaced all of the Departmental Graduate
Programs within the College of Medicine and Public Health (highlighted in "Science"
magazine: http://recruit.sciencemag.org/feature/advice/foc-gp.shl). The
lecture/laboratory-based course provides a multidisciplinary and integrative view of
human systems biology, with particular emphasis on human disease. 2002 to present
Organizer and Director, "NIH Grantsmanship Workshop" entitled "Survivor: How to be Voted
On/Off the Island -- A Mock Study Section ". The goal of the presentation was to
explain (in a humorous and interesting manner) the grant review process. 2001.
"Survey of Cardiovascular Bioengineering", Graduate Course in Biomedical Engineering.
Lecture "Bio-Mechanical Aspects of the Microcirculation" 2000 to present
"Immunogenetics and Autoimmunity". Graduate Course in Molecular Virology, Immunology
and Medical Genetics. Lecture "Scleroderma", 2002.
"The Art of Scientific Writing", Annual lecture series offered by the Department of Internal
Medicine and the Heart and Lung Research Institute. Various lectures, 2004 to present
Moderator and Organizer, Student Seminar Course in the Molecular, Cellular and
Developmental Biology (MCDB) Graduate Program, 2000
"Advanced Cardiovascular Physiology", Graduate Course in Physiology. Lecture
"Microvascular Function and Microvascular Disease", 2001
Member, Molecular, Cellular and Developmental Biology Graduate Program, 1997 to present
Member, Integrated Biomedical Graduate Program, 2001 to present
Member, MD/PhD Program, 2001 to present
"Graduate Council Representative" or member on numerous PhD committees.

**List of Trainees**

*Medical/Scientist Postdoctoral Fellows*

| Name | Present in Laboratory | Current Position |
|------|------------------------|------------------|
| Kevin Kovitz, MD | 1991-1993 | Associate Professor Tulane University |
| Sean Gaine, MD | 1994 -1997 | Professor University College Dublin, Ireland |
| Qiang Liu, MD | 1995-1997 | Assistant Professor Duke University |
| William Tidmore, MD | 1995 | Private Rheumatology Practice Valdosta , GA |
| Christine Roos, PhD | 1995-1996 | Assistant Professor Ohio State University |
| Halit Canatan, PhD | 1997-1998 | Associate Professor Euphrates University, Turkey |

10

| Baogen Su, PhD | 1999-2001 | Assistant Professor Children's Research Inst, Columbus OH |
|---|---|---|
| Keith Morrison, PhD | 1999 - 2002 | Head of Cardiovascular Pharmacology Actelion Pharmaceuticals, Basel, Switzerland |
| Max Chotani, PhD | 1998 - present | Assistant Professor Ohio State University |
| Rui Xu, PhD | 2002 - 2003 | Postdoctoral Researcher Children's Research Institute, Columbus, OH |
| Simon R. Bailey, DVM, PhD | 2002 - 2004 | Lecturer, Royal Veterinary College, London, England |
| Seon Ae Han, PhD | 2002 - 2004 | Family leave, South Korea |
| Ali Eid, PhD | 2004 - 2005 | Postdoctoral Researcher, McGill University, Montreal |
| Yingbi Zhou | 2005 - present | Assistant Professor Ohio State University |
| Kaushik Maiti, PhD | 2005 - present | Postdoctoral Researcher, Ohio State University |

*Medical Students/MS/PhD Students*

| Name | Present in Laboratory | Current Position |
|---|---|---|
| Linda Gambone, BS PhD student | 1993 - 1996 | Senior Scientist, Alliance Pharmaceuticals, San Diego |
| Sean Gaine, MD PhD student | 1994 -1997 | Professor University College Dublin, Ireland |
| Selvi Jeyeraj, BS MS student | 2000 - 2002 | PhD student, Ohio State University |
| Herb Gregg, BS Medical Student | 1998 - 2001 | Lost contact |
| Mark G Moseley, BS Medical Student | 1998-1999 | Assistant Professor Ohio State University |
| Carla Ford, BS Medical Student | 2002 | Medical Student Ohio State University |
| Cheng Xu BS Medical Student | Summer 2002 | Medical Student Johns Hopkins University |
| Ali Eid, BS PhD student | 2002 - 2004 | Postdoctoral Researcher McGill University |
| Trevor Miller Undergraduate | 2004 - present | Undergraduate Student Ohio State University |

**INVITED LECTURES (2004 - present only)**

1.  National Institute for Occupational Safety and Health (NIOSH). March 11th, 2004. Seminar title: "The Remarkable Biology of Arterioles"

2.  8th INTERNATIONAL WORKSHOP ON SCLERODERMA RESEARCH. University of Cambridge, Trinity College, Cambridge, England, 31th July - 4th August 2004. Lecture: "Gene Profiling in Smooth Muscle Cells" (cancelled because of thyroid surgery).

3.  Division of Rheumatology, Johns Hopkins University, Baltimore, MD. August 10th, 2004. Divisional Seminar Series, title: "Microvessels Unmasked: The Biology of Arterioles"

4.  Noll Physiological Laboratory, Penn State University, State College, PA. October 22nd, 2004. Postdoctoral Fellows Seminar Series, title: "The Secret Life of Arterioles".

5.  Johns Hopkins University Scleroderma Advisory Board, Baltimore, MD. October 29th, 2004. Guest Keynote Speaker, title "Novel Therapeutic Targets in Raynaud's Phenomenon and Scleroderma".

6.  Department of Physiology, University of Texas Health Sciences Center (UTHSCSA), San Antonio, TX. March 21st, 2005. Departmental Seminar, title: "The Cool Biology of Arterioles".

7.  Department of Anesthesiology, Johns Hopkins University, Baltimore, MD.  September 14th, 2005. Departmental "Research Lab Seminar" Series, title: "A Radical View of Microvascular Biology".

8.  Department of Anesthesiology, Johns Hopkins University, Baltimore, MD.  September 15th, 2005. Departmental "Grand Rounds" Seminar, title: "Molecular Mechanisms of Cold-Induced Vasospasm".

9.  Department of Physiology, Case Western University, Cleveland, OH. October 24th, 2005. Departmental Seminar, title "The Cool Vascular Biology of $\alpha_2$-Adrenoceptors"

10. Department of Cell Biology, Neurobiology & Anatomy, Medical College of Wisconsin, Milwaukee, WI. November 10th, 2005.  Departmental Seminar: "The Cold Facts about Cutaneous Vasoconstriction".

11. Cleveland Clinic, Cleveland, OH. December 1st 2005. Seminar title: "The Cool Biology of the Cutaneous Circulation".

12. 11th INTERNATIONAL VASCULAR NEUROEFFECTOR MECHANISMS AND CARDIOVASCULAR PHARMACOLOGY AND MEDICINE SYMPOSIUM.  Shanghai-Suzhou, China, June 27-30, 2006.  Session Chair and Keynote Speaker.  Title: Mobilizing

12

α-Adrenoceptors: a Novel Mechanism for Regulating Vascular Neuroeffector Function

13.  9th INTERNATIONAL WORKSHOP ON SCLERODERMA RESEARCH.  Boston
     University, Boston MA, August 5-9, 2006.  Lecture: TBA.

13

## BIBLIOGRAPHY (ABSTRACTS NOT LISTED)

**Manuscripts** *(published, in press, submitted)*

M-111 Hassanain HH, Rauscher, FM, Gregg D, Marcelo ML, Selvakumar B, Ma Q, Moustafa MB, Binkley PB, Zweier JL, Flavahan NA, Morris M, Dong C and Goldschmidt-Clermont PJ. Hypertension caused by transgenic over-expression of rac1. Am J Physiol Cell Physiol, submitted

M-110 Ali NA, Gaughan AA, Orosz CG, Baran CP, Lobb JM, Wang Y, Eubank T, Flavahan NA, Lawler J, Marsh CB. Latency Associated Peptide has In Vitro and In Vivo immune effects independent of TGF-β. Nature Immunology, submitted.

M-109 Bailey SR, Mitra S, Flavahan S, Bergdall VK and Flavahan NA. In vivo endothelial denudation disrupts smooth muscle caveolae and differentially impairs constrictor responses in small cutaneous arteries. Journal of Vascular Research, submitted.

M-108 Yang EV, Sood AK, Chen M, Yeh PE, Eubank TD, Marsh CB, Jewell S, Flavahan NA, Morrison C and Glaser R. Norepinephrine up-regulates the expression of VEGF, MMP-2 and MMP-9 in nasopharyngeal carcinoma tumor cells. Nature Medicine, submitted.

M-107 Zhou Y, Mitra S, Varadharaj S, Parinandi N, Zweier JL and Flavahan, NA (2006). Increased expression of cyclooxygenase-2 mediates enhanced contraction to endothelin $ET_A$ receptor stimulation in endothelial nitric oxide synthase knockout mice. Circulation Research, Apr 27; [Epub ahead of print].

M-106 Flavahan, NA (2006). Editorial: A Farewell Kiss Triggers a Broken Heart? Circulation Research, 98(9):1117-9

M-105 Su BY, Shontz KM, Flavahan NA and Nowicki PT (2006). The effect of phenotype on mechanical stretch-induced vascular smooth muscle cell apoptosis. Journal of Vascular Research, 43(3):229-237.

M-104 Krajnak K, Dong RG, Flavahan S, Welcome DE and Flavahan NA (2006). Acute vibration selectively increases $\alpha_{2C}$-adrenergic smooth muscle constriction and alters thermosensitivity of cutaneous arteries. J. Appl Physiol, 100(4):1230-7 Epub Dec 8, 2005.

M-103 Zhou Y, Varadharaj S, Zhao X, Parinandi N, Flavahan NA and Zweier, JL (2005) Acetylcholine causes endothelium-dependent contraction of mouse arteries Am J Physiol Heart Circ Physiol 289: H1027-H1032, 2005 Epub 2005 May 6.

M-102 Bailey SR, Mitra S, Flavahan S and Flavahan NA. (2005) Reactive oxygen species from smooth muscle mitochondria initiate cold-induced constriction of cutaneous arteries. Am

14

J Physiol Heart Circ Physiol, 289(1):H243-50. Epub 2005 Mar 11.

M-101  Flavahan NA, Bailey SR, Flavahan WA, Mitra S and Flavahan S. (2005) Imaging actin cytoskeleton remodeling in vascular smooth muscle during arteriolar constriction.  Am J Physiol Heart Circ Physiol, 288(2):H660-9. Epub 2004 Sep 23.

M-100  Flavahan, NA (2005) Phenylpropanolamine constricts mice and human blood vessels by preferentially activating $\alpha_2$-adrenoceptors.  J Pharmacol Exp Ther, 313(1):432-9; Epub 2004 Dec 17.

M-99  Chotani, MA, Eid, AH, Mitra, S, Han, SA and Flavahan, NA (2005) Distinct cyclic AMP signaling pathways differentially regulate $\alpha$2C-adrenoceptor expression: Role in serum induction in human arteriolar smooth muscle cells.  Am J Physiol Heart Circ Physiol, 288(1):H69-H76. Epub 2004 Sep 2

M-98  Wilgus TA, Bergdall VK, Tober KL, Hill KJ, Mitra S, Flavahan NA and Tatiana M. Oberyszyn. (2004) The impact of cyclooxygenase-2 mediated inflammation on scarless fetal wound healing.  Am J Pathol, 165: 753-761.

M-97  *Bailey SR, Eid A, Mitra S, Flavahan S and Flavahan NA. (2004) Rho kinase mediates cold-induced constriction of cutaneous arteries: Role of $\alpha_{2C}$-adrenoceptor translocation. Circulation Research, 94(10):1367-74
* Accompanying Editorial at Circ Res 94(10):1273-5, 2004.

M-96  Ulanet, DB, Flavahan NA, Casciola-Rosen L and Rosen A. (2004) Selective cleavage of nucleolar autoantigen B23 by Granzyme B in differentiated vascular smooth muscle cells: insights into association of specific autoantibodies with distinct disease phenotypes. Arthritis and Rheumatism, 50(1): 233-41.

M-95  Chotani MA, Mitra S, Su BY, Flavahan S, Eid AH, Clark KR, Montague CR, Paris H, Handy DE, Flavahan NA. (2004) Regulation of $\alpha_2$-adrenoceptors in human vascular smooth muscle cells. Am J Physiol Heart Circ Physiol. 286(1): H59-H67

M-94  Flavahan NA, Flavahan S, Mitra S and Chotani MA (2003) The vasculopathy of raynaud's phenomenon and scleroderma.  Rheum Dis Clin N Am, 29: 277-293

M-93  Baldwin, WM, III, Flavahan, NA and Fairchild, RL (2002) Integration of complement and leukocytes in responses to allotransplantation. Current Opinion in Organ Transplantaton, 7(1): 92-100.

M-92  Seshiah, P, Kereiakes, D., Vasudevan, SS, Lopes, N, Su, BY, Flavahan, NA and Goldschmidt-Clermont, PJ (2002) Activated monocytes induce smooth muscle cell death – role of M-CSF and cell contact.  Circulation 105: 174-180

M-91   Jeyaraj, SC, Chotani, MA, Mitra, S, Gregg, HE, Flavahan, NA and Morrison, KJ (2001).
       Cooling evokes redistribution of $\alpha_{2C}$-adrenoceptors from golgi to plasma membrane in
       transfected HEK293 cells.  Molecular Pharmacology, 60(6):1195-200.
       *Dr. Morrison was a Research Assistant Professor in my laboratory*

M-90   Nowicki, PT, Flavahan S, Hassanain, H, Holland, S, Mitra, S, Goldschmidt-Clermont,
       P.J.and Flavahan. NA (2001) Redox signaling of the arteriolar myogenic response.
       Circulation Research, 89:114-116

M-89   Su, B, Mitra, S, Gregg, H, Flavahan, S, Chotani, M.A., Clark, K.R., Goldschmidt-
       Clermont, P.J. and Flavahan, N.A.  (2001) Redox regulation of vascular smooth muscle
       differentiation. Circulation Research, 89:39-46

M-88   Shapiro RE, Winters B, Hales M, Barnett T, Schwinn DA, Flavahan N, Berkowitz DE.
       (2000) Endogenous circulating sympatholytic factor in orthostatic intolerance.
       Hypertension, 36: 553-560.

M-87   Flavahan, N.A., S. Flavahan, W. Tidmore, Q. Liu, S. Wu, C.M. Weiner, R.J. Spence and
       F.M. Wigley. (2000) Increased $\alpha_2$-adrenergic constriction of isolated arterioles in diffuse
       scleroderma.  Arthritis and Rheumatism, 43: 1886-1890.

M-86   Chotani, M.A., Flavahan, S., Mitra, S., Daunt, D. and Flavahan, N.A. (2000)  Silent $\alpha_{2C}$-
       adrenergic receptors enable cold-induced vasoconstriction in cutaneous arteries.  Am. J.
       Physiol, 278: H1075-H1083.

M-85   Nyhan, D., Gaine, S., Hales, M.A., Zanaboni, P., Simon, B.A. and Flavahan, N.A. (1999)
       Pulmonary artery responses are altered following cardiopulmonary artery bypass. J.
       Cardiov. Pharmacol, 34:518-525

M-84   Gaine, S.P., Booth, G., Flavahan, N.A., Choi, A.M.K. and Wiener, C.M. (1999)
       Induction of heme oxygenase –1 with hemoglobin depresses vasoreactivity in rat aorta.
       J. Vasc. Res. 36:114-119.

M-83   Ali Z, Ringkamp M, Hartke TV, Chien HF, Flavahan NA, Campbell JN, and Meyer, RA
       (1999) Uninjured C-fiber nociceptors develop spontaneous activity and $\alpha$-adrenergic
       sensitivity following L6 spinal nerve ligation in monkey. J Neurophysiol 81(2):455-66

M-82   Seki, S, Flavahan, N.A., Yoshida, K., Smedira, N.G. and Murray, P.A. (1999) Superoxide
       anion scavengers restore NO-mediated pulmonary vasodilation after lung transplantation.
       Am. J. Physiol., 276: H42-6.

M-81   Yoshida, K, Flavahan, N.A., Smedira, N.G. and Murray, P.A. (1999) Endothelial defect
       mediates attenuated vasorelaxant response to isoproterenol after lung transplantation. Am
       J Physiol. 276: H159-66..

16

M-80  Moldovan, N.I., Qian, Z., Chen, Y., Chen, C-L, Mouton, P., Hruban, R.H., Flavahan, N.A., Baldwin, W.M., Sanfilippo, F. and Goldschmidt-Clermont, P.J. (1998) Fas-mediated apoptosis and transplant vasculopathy.  Angiogenesis, 2:245-254.

M-79  Liu, Q, Wiener CM and N.A. Flavahan. (1998)  Superoxide mediates flow-induced vasoconstriction in small pulmonary arteries. Br. J. Pharmacol. 124: 331-336.

M-78  S. Gaine, M.A. Hales and N.A. Flavahan. (1998)  A novel diffusable endothelium-derived contractile factor mediates hypoxic vasoconstriction in porcine pulmonary arteries. Am. J. Physiol, 274: L657-664.

M-77  Flavahan, N.A., Hales M.A., S.P. Gaine, Aleskowitch, T.D. and Vanhoutte, P.M. (1998) $\alpha_{1L}$-Adrenoceptors in canine pulmonary artery. J. Cardiov. Pharmacol. 32: 308-316.

M-76  Hare, J.M., Kim, B., Flavahan, N.A., Ricker, K.M., Peng, X., Colman, L., Weiss, R. G. and Kass, D.A. (1998) Pertussis toxin sensitive G-proteins influence nitric oxide synthase III activity and protein levels in rat heart. J. Clin. Invest. 101: 1424-1431.

M-75  Gambone, L, Murray, P. and Flavahan, N.A. (1997) Synergistic interaction between endothelium-derived NO and prostacyclin in pulmonary artery: potential role for $K_{ATP}$-channels.  Br. J. Pharmacol., 121: 271-279.

M-74  Gambone, L, Murray, P. and Flavahan, N.A. (1997)  $K_{ATP}$-channel blockade mediates the inhibitory effect of isoflurane on endothelium-dependent relaxation. Anesthesiology, 86: 936-944.

M-73  Q. Liu and N.A. Flavahan (1997) Hypoxic dilatation of coronary artery microvessels: role of endothelium and $K_{ATP}$-channels.  Br. J. Pharmacol.120: 728-734.

M-72  Wigley, F.M. and Flavahan, N.A. (1996) Raynaud's Phenomenon. Rheum. Dis. Clin. N. Am., 22:765-81..

M-71  Freeman, J.E., W.Y. Kuo, B. Drenger, M.A. Levine and N.A. Flavahan (1996).Analysis of lysophosphatidylcholine-induced endothelial dysfunction.  J. Cardiovasc. Pharmacol. 28: 345-352.

M-70  Zakhary, R., Gaine, S.P., Dinerman, J.L., Flavahan, N.A. and Snyder, S.H. (1996) Heme oxygenase-2: Endothelial and neuronal localization and role in endothelium-dependent relaxation.  Proc. Natl. Acad. Sci.93: 795-798.

M-69  Freeman, J.E., W.Y. Kuo, M.A. Levine, G, Milligan and N.A. Flavahan (1995). Analysis of pertussis toxin-sensitive receptor: G-protein interactions in porcine endothelial cells. Endothelium, 3: 321-330.

17

M-68   Weiner, C.M., Banta, M.R., Flavahan, N.A. and Sylvester, J.T. (1995) Potassium channels and vasodilator responses of ferret pulmonary arteries to hypoxia. Am. J. Physiol. 269: L351-L357.

M-67   Flavahan, N.A. and Vanhoutte, P.M. (1995). Endothelial cell signaling and endothelial dysfunction. Am. J. Hypertens. 8:28S-41S.

M-66   Flavahan, N.A., Aleskowitch, T.D. and Murray, P.A. (1994). Endothelial and vascular smooth muscle responses are altered following left lung autotransplantation. Am. J. Physiol. 266: H2026-H2032.

M-65   Kovitz, K.L., Aleskowitch, T.D., Sylvester, J.T. and Flavahan, N.A. (1993). Endothelium derived contracting and relaxing factors contribute to hypoxic responses of pulmonary arteries. Am. J. Physiol. 256: H1139-H1148.

M-64   Flavahan, N.A. (1993). Lysophosphatidylcholine modifies G-protein-dependent signalling in porcine endothelial cells. Am. J. Physiol. 264: H722-H727.

M-63   Flavahan N.A. (1992). Atherosclerosis or lipoprotein-induced endothelial dysfunction: Potential mechanisms underlying the reduction in EDRF/nitric oxide activity. Circulation, 85: 1927-1938.

M-62   Flavahan, N.A. (1992). Role of G-proteins in endothelial function, endothelial dysfunction and vascular disease. In: 'Endothelial regulation of vascular tone'. Eds. U. Ryan and G.M. Rubanyi; Marcel-Dekker.

M-61   Flavahan N.A. (1991). The role of $\alpha_2$-adrenoceptors as cutaneous thermosensors. News Physiol. Sci., 6:251-255.

M-60   Shimokawa, H., Flavahan, N.A., and Vanhoutte, P.M. (1991) Loss of endothelial G-protein function in atherosclerotic porcine coronary arteries. Circulation 83:652-660.

M-59   Miller, V.M., Flavahan, N.A. and Vanhoutte, P.M. (1991). Pertussis toxin reduces endothelium-dependent and independent responses to $\alpha_2$-adrenergic stimulation in canine systemic arteries and veins. J. Pharmacol. Exp. Ther. 257:290-293.

M-58   Flavahan, N.A., Shimokawa, H., and Vanhoutte, P.M. (1991) Inhibition of endothelium-dependent relaxation by phorbol 12-myristate 13-acetate in canine coronary arteries: Role of a pertussis toxin-sensitive G-protein. J. Pharmacol. Exp. Ther. 256:50-55.

M-57   Shimokawa, H., Flavahan, N.A., and Vanhoutte, P.M. (1990). Endothelium-dependent relaxations to serotonin: signal transduction and effects of diets. In 'Serotonin: from cell biology to pharmacology and therapeutics'. Eds. R. Paoletti, P.M. Vanhoutte, Gruwer

18

Academic Publishers.

M-56   Shimokawa, H., Flavahan, N.A., and Vanhoutte, P.M. (1990).  Synergistic interaction
between prostacyclin and endothelium-derived relaxing factor in porcine coronary
arteries.  In: 'Endothelium derived vasoactive factors'. Eds. P.M. Vanhoutte and G.M.
Rubanyi.  Karger, PP. 303-309.

M-55   Flavahan, N.A., and Vanhoutte, P.M. (1990) G-proteins and endothelium-dependent
responses.  Blood Vessels 27:218-229.

M-54   Flavahan, N.A. and Vanhoutte, P.M. (1990)  Regulation of endothelium-dependent
relaxation by protein kinase C: Possible inhibition of a pertussis toxin-sensitive G-
protein.  Proceedings of the 1st International Symposium on Endothelium-Derived
Factors', Ed. P.M. Vanhoutte and G.M. Rubanyi, Raven Press, PP. 136-143.

M-53   Flavahan, N.A. and Vanhoutte, P.M. (1990)  Pertussis toxin inhibits endothelium-
dependent relaxations evoked by fluoride.  Eur. J. Pharmacol., 178:121-125.

M-52   Komori, K., Flavahan, N.A., Miller, V.M. and Vanhoutte, P.M. (1990)
Electrophysiological analysis of adrenergic neurotransmission and its modulation by
chronic denervation in canine saphenous veins.  J. Pharmacol. Exp. Ther. 252:1197-1201.

M-51   Morrison, K.J., Flavahan, N.A., and Vanhoutte, P.M. (1990).  Differential effects of the
antianginal drug nicorandil on canine arteries and veins.  J. Cardiovasc. Pharmacol.
15:791-798.

M-50   Boulanger, C., Flavahan, N.A., Katusic, Z.S., Komori, K., Vos, A.A. and Vanhoutte,
P.M. (1990)  Effects of CRL 41034 on the responsiveness of isolated canine arteries and
veins,  Fund. Clin. Pharmacol. 4:525-538.

M-49   Busk, MF, Flavahan, N.A., and Vanhoutte, P.M. (1990).  Effects of the methyl xanthine
S9795 on isolated bronchi of the dog.  J. Pharmacol. Exp. Ther. 254:1045-1053.

M-48   Flavahan, N.A. and Vanhoutte, P.M. (1989)  Mechanisms underlying the inhibitory
interaction between the nitrovasodilator, SIN-1, and the endothelium.J.Cardiovasc.
Pharmacol. 14:S86-S91.

M-47   Shimokawa, H., Flavahan, N.A. and Vanhoutte, P.M. (1989)  Natural Course of the
impairment of endothelium-dependent relaxations after balloon endothelium-removal in
porcine coronary arteries.  Possible involvement of G-protein dysfunction.  Circ. Res. 65,
740-753.

M-46   Shimokawa, H., Flavahan, N.A. and Vanhoutte, P.M. (1989) Endothelium-dependent
inhibition of ergonovine-induced contraction is impaired in porcine coronary arteries

with regenerated endothelium.  Circulation 80:643-650.

M-45   Hoeffner, U., Feletou, M., Flavahan, N.A. and Vanhoutte, P.M. (1989) Canine arteries
release two different endothelium-derived relaxing factors. Am. J. Physiol. 257:4330-
4333.

M-44   Gunst, S.J., Stropp, J.Q. and Flavahan, N.A. (1989) Muscarinic receptor-reserve and B-
adrenergic sensitivity in tracheal smooth muscle. J. Appl. Physiol. 67:1249-1298.

M-43   Flavahan, N.A., Shimokawa, H. and Vanhoutte, P.M. (1989) Pertussis toxin inhibits
endothelium-dependent relaxations evoked by certain agonists in porcine coronary artery.
J. Physiol (Lond), 408: 549-561.

M-42   Shimokawa, H., Flavahan, N.A., Lorenz, R.R. and Vanhoutte, P.M. (1988)  Prostacyclin
stimulates the release of endothelium-derived relaxing factor(s) and potentiates its action
in porcine coronary arteries. Br. J. Pharmacol., 95: 1197-1203.

M-41   Flavahan, N.A., Slifman, N.R., Gleich, G.J. and Vanhoutte, P.M. (1988)  Human
eosinophil major basic protein causes hyperreactivity of respiratory smooth muscle: role
of the epithelium.   Am. Rev. Resp. Dis. 138: 685-688.

M-40   Gleich, G.J., Flavahan, N.A., Fujisawa, T. and Vanhoutte, P.M. (1988)  The eosinophil as
a mediator of damage to respiratory epithelium: a model for bronchial hyperreactivity. J.
All. Clin. Immunol. 81: 776-781.

M-39   Flavahan, N.A. and Vanhoutte, P.M. (1988) Threshold phenomena and interactions
between receptors. J. Cardiovasc. Pharmacol., 11 (suppl 1): s67-s72.

M-38   Flavahan, N.A. and Vanhoutte, N.A. (1988)  Receptor reserve and heterogeneity of
vascular responses to vasodilator stimuli.  In  'Vasodilatation', pp 201-210, Ed. P.M.
Vanhoutte.  Raven Press.

M-37   Ruff, F., Zander, J.F., Edoute, Y., Santais, M.C., Flavahan, N.A., Verbeuren, T.J. and
Vanhoutte, P.M. (1988) $\beta_2$-Adrenergic responses to tulobuterol in airway smooth
muscle, vascular smooth muscle and adrenergic nerves.  J. Pharmacol. Exp. Ther. 244:
173-180.

M-36   Flavahan, N.A. (1988) Thermosensitivity of cutaneous veins. Phlebology, 3 (suppl 1):
41-45.

M-35   Flavahan, N.A., Cooke, J.P., Shepherd, J.T. and Vanhoutte, P.M. (1987)  Human
postjunctional $\alpha_1$- and $\alpha_2$-adrenoceptors: differential distribution in limb arteries.  J.
Pharmacol. Exp. Ther. 241: 361-365.

20

M-34   Flavahan, N.A., Miller, V.M., Aarhus, L.L. and Vanhoutte, P.M. (1987)  Denervation
       augments $\alpha_2$- but not $\alpha_1$-adrenergic responses in canine saphenous veins.  J. Pharmacol.
       Exp. Ther. 240: 589-593.

M-33   Gisclard, V., Flavahan, N.A. and Vanhoutte, P.M. (1987)  $\alpha$-Adrenergic responses of
       blood vessels of rabbits after ovariectomy and administration of 17-beta estradiol.
       J. Pharmacol. Exp. Ther. 240: 466-470.

M-32   Flavahan, N.A. and Vanhoutte, P.M. (1987)  $\alpha_1$-Adrenoceptor subclassification in
       vascular smooth muscle:  Reply to J.R. Docherty.  Trends Pharmacol. Sci. 8: 124-125.

M-31   Flavahan, N.A. and Vanhoutte, P.M. (1987) Heterogeneity of $\alpha$-adrenergic responses in
       vascular smooth muscle: role of receptor subtypes and receptor-reserve.  In 'The $\alpha_1$-
       Adrenoceptor', pp 351-403, Ed. R.R. Ruffolo, Jnr. Humana Press.

M-30   Danser, J., van den Ende, R., Lorenz, R.R., Flavahan, N.A. and Vanhoutte, P.M. (1987)
       Prejunctional $\beta_1$-adrenoceptors inhibit cholinergic transmission in canine bronchial
       smooth muscle. J. Appl. Physiol. 62: 785-790.

M-29   Beck, K.C., Vettermann, J., Flavahan, N.A. and Rehder, K. (1987)  Muscarinic M1-
       receptors mediate the increase in pulmonary resistance during vagal stimulation in dogs.
       Am. Rev. Resp. Dis. 136: 1135-1139.

M-28   O'Rourke, S.T., Flavahan, N.A. and Vanhoutte, P.M. (1987)  Characterization of
       muscarinic receptors in canine bronchial smooth muscle.  Eur. J. Pharmacol. 140: 117-
       120.

M-27   Vanhoutte, P.M. and Flavahan, N.A. (1987) Modulation of cholinergic neurotransmission
       in the airways.  In 'Cholinergic Neurotransmission in the Airways', pp 203-215, Eds. P.
       Barnes and M.A. Kaliner.  Marcel Dekker, New York.

M-26   Gunst, S.J., Stropp, J.Q., Kurwa, H.A. and Flavahan, N.A. (1987)  Interaction of
       contractile responses in canine tracheal smooth muscle.  J. Appl. Physiol. 63: 514-520.

M-25   Gunst, S.J., Stropp, J.Q. and Flavahan, N.A. (1987) Receptor: response coupling in
       canine tracheal smooth muscle. J. Appl. Physiol. 62: 1755-1758.

M-24   Daskalopoulos, D.A., Rimele, T.J., Flavahan, N.A. and Vanhoutte, P.M. (1987)
       Flunarizine and $\alpha$-adrenergic responses in isolated canine saphenous veins.  Gen.
       Pharmacol. 18: 193-196.

M-23   Bulloch, J.M., Docherty, J.R., Flavahan, N.A., McGrath, J.C., and McKean C.E. (1987).
       Difference in the potency of $\alpha_2$-adrenoceptor agonists and antagonists between the pithed
       rabbit and rat. Br. J. Pharmacol. 91:457-466.