**Issues Report [Merck_(Depos)]**

- **Dedrick - Daubert (Pechmann)**

[1:1] - [1:24]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   In re:  VIOXX                )
     PRODUCTS LIABILITY LITIGATION ) MDL Docket No. 1657
 5                                 )
     This document relates to      ) Section L
 6                                 )
     GERALD BARNETT,               ) Judge Fallon
 7                                 )
              Plaintiff,           ) Civil Action No.
 8                                 ) 2:06cv485
            vs                     )
 9                                 )
     MERCK & CO., INC.,            )
10                                 )
              Defendant.           )
11   _____ )
12
13
14
15        DEPOSITION OF CORNELIA PECHMANN, Ph.D.
16               Newport Beach, California
17                Friday, May 26, 2006
18
19
20
21
22   Reported by:
23   DIANA JANNIERE
     CSR NO. 10034
24   LA JOB No. 918215
     PHIL JOB No. 2153
25
page 2
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
```

[88:1] - [88:9]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 87
22   Q   Um-hmm.
23   A   Meaning my entire life?  Everything that is in
24 CFR?  I don't know.  Days, weeks -- probably weeks.  I
25 mean, overall, I would say actually, weeks.
page 88
 1   Q   Have you ever consulted anybody on the FDA
 2 regulations or served as an expert in on FDA
 3 regulations?
 4   A   Have I ever consulted on FDA regulations prior
 5 to this time?
 6   Q   Um-hmm.
 7   A   Yes, I recommended American Psychological
 8 Association with regard to the FDA regulations for
 9 tobacco.
10   Q   That was you assisting the American
11 Psychological Association in response when the FDA was
12 attempting to exert jurisdiction and try to implement
13 guidelines for the tobacco industry?
```

[88:23] - [89:8]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 88
19   Q   Other than consulting with the American
20 Psychological Association --
```

**Issues Report [Merck_(Depos)]**

• **Dedrick - Daubert (Pechmann)**

```
                          21      A    I'm sorry.  It was also the American Marketing
                          22  Association.
                          23      Q    Other than consulting for the American
                          24  Marketing Association and the American Psychological
                          25  Association on the FDA proposed rules on -- concerns to
                          page 89
                          1   tobacco advertising, have you had any other dealings
                          2   with the FDA?
                          3       A    Yes.  I regularly attend sessions that are --
                          4   where there are speakers from the FDA.  The FDA comes to
                          5   our conferences.  I review papers related to the FDA in
                          6   journals.
                          7            There may be more, but I'm not sure if I can
                          8   think of it off the top of my head.
                          9       Q    Do you know the name of the division that
                          10  oversees marketing of pharmaceutical drugs?
                          11      A    DDMAC.
                          12      Q    And do you know what that stands for?
```

[160:21] - [160:24]        5/26/2006     Pechmann, Cornelia (Barnett)

```
                          page 160
                          17  say that you are an expert in FDA advertising?
                          18      A    21 CFR, 2.2 F1.
                          19      Q    When was the first time you read that?
                          20      A    I don't remember but years ago.
                          21      Q    Dr. Pechmann, have you ever written a single
                          22  article about the FDA regulations that apply to
                          23  pharmaceutical advertising?
                          24      A    No.
                          25      Q    Have you ever given a single speech, a single
                          page 161
                          1   lecture about the FDA regulations on pharmaceutical
                          2   advertising?
                          3       A    I may have discussed it in class.  I discussed
```

[161:5] - [161:9]         5/26/2006     Pechmann, Cornelia (Barnett)

```
                          page 161
                          1   lecture about the FDA regulations on pharmaceutical
                          2   advertising?
                          3       A    I may have discussed it in class.  I discussed
                          4   FTC and I may have discussed the FDA, too.
                          5       Q    Have you ever presented anywhere to any
                          6   audience, other than maybe in your classroom, your
                          7   interpretation of the FDA regulations on pharmaceutical
                          8   advertising?
                          9       A    No.
                          10      Q    Have you ever written anything about your
                          11  understanding of what is misleading under the FDA
                          12  regulations?
                          13      A    My report.
```

[345:1] - [345:21]        5/26/2006     Pechmann, Cornelia (Barnett)

```
                          page 344
                          22
                          23
                          24
                          25
                          page 345
                          1            I, the undersigned, a Certified Shorthand
                          2   Reporter of the State of California, do hereby certify:
                          3            That the foregoing proceedings were taken
                          4   before me at the time and place herein set forth; that
                          5   any witnesses in the foregoing proceedings, prior to
                          6   testifying, were placed under oath; that a verbatim
                          7   record of the proceedings was made by me using machine
                          8   shorthand which was thereafter transcribed under my
                          9   direction; further, that the foregoing is an accurate
```

**Issues Report [Merck_(Depos)]**

**• Dedrick - Daubert (Pechmann)**

```
10  transcription thereof.
11          I further certify that I am neither
12  financially interested in the action nor a relative or
13  employee of any attorney of any of the parties.
14          IN WITNESS WHEREOF, I have this date
15  subscribed my name.
16
17
                    Dated: _____
18
19                         _____
                            Diana Janniere
20                          CSR No. 10034
21
22
23
24
25
```