**6/16/2006 J. Avorn Deposition Excerpts**

**• Dedrick - Daubert (Avorn)**

[433:1] - [433:23]        6/16/2006    Avorn, Jerry (Barnett)

```
page 433
1                         UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
2                          MDL DOCKET NUMBER:  1657
                                   SECTION L
3
         In re:  VIOXX PRODUCTS LIABILITY LITIGATION
4        GERALD BARNETT AND CORRINE BARNETT,
5              Plaintiffs,
6        VS                                CIVIL ACTION NUMBER:
                                           2:06cv485
7        MERCK & CO., INC.,
8              Defendant.
         ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
9
                             CONTINUING DEPOSITION OF
10
                             JERRY AVORN, M.D.
11
                                 VOLUME II
12
                                 June 16, 2006
13                               8:38 a.m.
14                          Sheraton Boston Hotel
                               39 Dalton Street
15                          Boston, Massachusetts
16      Laurie J. Driggers, Notary Public, Certified Shorthand Reporter, Realtime
     Professional Reporter
17      and Certified Realtime Reporter within and for the Commonwealth of Massachusetts
18
19
20
21
22
23
24
page 434
1                                   APPEARANCES:.
2            .
3            ON BEHALF OF PLAINTIFFS:
```

[453:12] - [453:23]        6/16/2006    Avorn, Jerry (Barnett)

```
page 453
8            MR. TISI:  No.  We can do
9   it on break.  I had it.  I was trying to
10  speed things along.
11  A.   All right.
12   Q.   Dr. Avorn, you remember yesterday
13  we were talking about a number of
14  documents written by Dr. Scolnick or Dr.
15  Musliner or Dr. Reicin, internal Merck
16  documents that you're relying on for your
17  opinions, right?
18  A.   Yes.
19   Q.   Am I right, sir, that you don't
20  have any personal knowledge of the facts
21  described in those documents; you're just
22  relying on those documents, true?
23  A.   Correct.
24  Q.   Okay.  In the Materials Considered,
page 454
1   which is Exhibit 5, sir --
2   A.   Mm-hmm.
3   Q.   -- if you wouldn't mind looking at
```

**6/16/2006 J. Avorn Deposition Excerpts**

**• Dedrick - Daubert (Avorn)**

[678:5] - [678:10]          6/16/2006     Avorn, Jerry (Barnett)

```
page 678
1   you an expert in FDA labeling?
2             MR. TISI:  Objection.
3    A.   I think that's something the judge
4   will probably decide.
5    Q.   Have you ever approved a label as
6   an FDA employee, sir?
7    A.   No.
8    Q.   Have you ever prepared a label as
9   an employee of a pharmaceutical company?
10   A.   No.  Thank goodness.
11   Q.   Do you agree, sir, that the FDA
12  advisory committee, before Vioxx was ever
13  brought to the market, approved of the
14  content of the Vioxx label before Vioxx
```

[696:8] - [696:18]          6/16/2006     Avorn, Jerry (Barnett)

```
page 696
4   cardiovascular data from VIGOR were in the
5   warning section versus the precaution
6   section.  Do you remember that?
7    A.   Yes.
8    Q.   And you don't know the
9   circumstances about why Merck decided that
10  the cardiovascular information is more
11  properly in the precaution section, right?
12   A.   Do I know why Merck made a given
13  decision?
14   Q.   Mm-hmm.
15   A.   I have my opinion about that, but I
16  do not have personal experience from
17  having been in the company when the
18  decision was made.
19   Q.   And you make a statement about, if
20  the company was driven by profits in
21  deciding that the cardiovascular
22  information about VIGOR should be in the
```

[758:13] - [759:7]          6/16/2006     Avorn, Jerry (Barnett)

```
page 758
9   COX-2s, and have looked at their
10  characteristics, I think, in terms of
11  their age and board certification and so
12  forth.
13   Q.   Have you done any research studying
14  the reasons why doctors who prescribe
15  Vioxx made a decision to prescribe it?
16   A.   No.
17   Q.   And you can't say, sir, for any
18  given doctor in any of the Vioxx cases in
19  which your deposition might be played
20  whether the doctors who prescribed the
21  plaintiffs Vioxx did so because of
22  interactions they had with sales
23  representatives or advertisements that
24  Merck prepared, true?
page 759
1    A.   I have done research and published
2   a paper on doctors' influences in terms of
3   scientific versus commercial influences,
4   and demonstrated that commercial influences
5   are important drivers of what doctors
6   prescribe.  It did not involve Vioxx as a
7   drug.
8    Q.   For the particular doctors who are
9   -- who made decisions to prescribe Vioxx
10  to the plaintiffs in the Vioxx cases, you
```

**6/16/2006 J. Avorn Deposition Excerpts**

**• Dedrick - Daubert (Avorn)**

11  cannot say, for any one of those doctors,

[771:1] - [771:24]        6/16/2006    Avorn, Jerry (Barnett)

```
page 770
21  .
22  .
23  .
24  .
page 771
1           COMMONWEALTH OF MASSACHUSETTS
2
3    I, LAURIE J. DRIGGERS, a Certified
4   Shorthand Reporter and Notary Public in
5   and for the Commonwealth of Massachusetts,
6   do hereby certify that the witness whose
7   deposition is hereinbefore set forth, was
8   duly sworn and that such deposition is a
9   true record of the testimony given by the
10  witness.
11   I further certify that I am neither
12  related to or employed by any of the
13  parties in or counsel to this action, nor
14  am I financially interested in the outcome
15  of this action.
16   In witness whereof, I have hereunto set
17  my hand and seal this    day of
18  2006.
19
20
21
22     Laurie J. Driggers, CSR, RPR, CRR
23   Notary Public
24   My commission expires October 16, 2009
page 772
1                    CAPTION
2          The Deposition of Jerry Avorn, M.D.,
3       taken in the matter, on the date, and at the
4       time and place set out on the title page
```