3/2000, 4/2000—12/2000; 1/2001—12/2001; and 1/2002—9/2004. From close to 9 through almost 80 million prescriptions for each of these drugs were filled during each of these 4 periods, with the largest sales occurring in the third period: over 76 million for Celebrex and over 67 million for Vioxx. Serious heart disease in this calculation was restricted to those terms defined as "myocardial infarction (MI)", which included fatal and non-fatal myocardial infarction, and sudden cardiac death. RRRs for MI for Vioxx versus Celebrex were high in each period

| I. | 1/1999 – 3/2000: | RRR = 8.84 |
|----|------------------|------------|
| II. | 4/2000 – 12/2000: | RRR = 4.72 |
| III. | 1/2001 – 12/2001: | RRR = 12.11 |
| IV. | 1/2002 – 9/2004: | RRR = 20.46 |
| | Overall: | RRR = 11.29 (p <0.001 for all periods)[9] |

The RRR for all periods combined was 11.29, indicating over than an eleven-fold greater relative reporting rate of MI for Vioxx than for Celebrex. A high degree of statistical significance for Vioxx being more dangerous than Celebrex was present in each period (p <0.0001), and for the 4 periods combined (p <0.0001). The consistently elevated relative reporting rate therefore acts to supplement the information obtained from the randomized clinical trials described above: RR of 2.80 for serious heart disease for rofecoxib vs naproxen in APPROVe; RR of 5.00 for MI comparing Vioxx to placebo in VIGOR; an RR of 4.00 for serious heart disease (MI, Sudden Death and/or Unstable Angina) for Vioxx vs placebo in the VICTOR trial; an RR of 3.33 for serious heart disease for Vioxx compared to naproxen in the ADVANTAGE trial; and an RR of 2.04 for MI and sudden

---

[9] The most reliable RRR is for the first reporting period, before any adverse publicity about Vioxx could have affected the result. This RRR of 8.84 is consistent with and supportive of excess risk of Vioxx.

M006773898
M006 E73720

cardiac death for Vioxx compared to placebo in the Alzheimer trials. Therefore, the principle of consistency valued as evidence for causality by epidemiologists is amply demonstrated by the adverse event data, which clearly supplements the RCT data.

160.     *Case-Control Studies.* The case-control study with the largest database is that described by Graham and co-authors (Graham et al Lancet, 2005; 365:475-481). These publications reported on the occurrence of acute myocardial infarction (AMI), both fatal and non-fatal, and sudden death (SD). The latter represented deaths assumed to be the consequence of heart attacks, both outside the hospital and during hospitalizations. The data were obtained from a retrospective analysis of about 12 months of data derived from approximately 6 million Californians enrolled in the Kaiser Permanente Health Plan. This produced the extraordinary number of 2,302,029 person-years of exposure to NSAIDs, including rofecoxib, celebrex and others. See Graham at 477). The analysis revealed a significantly greater degree of harm from all doses of rofecoxib versus celecoxib (odds ratio = 1.59, p < 0.015). For rofecoxib doses > 25 mg/d, the odds ratio versus celecoxib was 3.58 (p < 0.0.16). For rofecoxib doses of 25 mg or less the odds ratio versus celebrex was 1.47 and of borderline significance (p = 0.054). See Graham at 475. The Merck claim (from the VIGOR trial) that the five fold greater risk for MI for rofecoxib vs naproxen was due to a protective effect of naproxen was contradicted by Graham and co-authors since they found a slight increase of heart disease risk with naproxen vs the group with previous exposure to NSAIDS (odds ratio = 1.14, p = 0.05). See Graham at 475.

161.     A second case-control study was done on a large database derived from a cohort of an elderly population (mean age of about 80) who were enrolled in a pharmacy benefit program. See Solomon et al. Circulation 109: 2068-2073. The records were examined for hospitalizations for acute myocardial infarction (AMI) for patients taking rofecoxib, celecoxib, non-selective NSAIDS or non-users of NSAIDS. They

M006E73721   M005775699

found a significantly higher AMI rate for two dosage levels of rofecoxib (25 mg/d or less, and > 25 mg/d) vs celicoxib at two doses (200 mg/d or less, and > 200mg). Adjusted relative risks (expressed as odds ratios) were as follows: rofecoxib 25 mg/d or less, vs celecoxib 200 mg or less (odds ratio = 1.21, p < 0.036): rofecoxib at the higher dose vs celecoxib at its higher dose of > 200 mg/d, odds ratio = 1.70, p < 0.026. Rofecoxib at all doses vs no NSAIDS was also higher, but of borderline significance—odds ratio = 1.14, p < 0.054. Celecoxib was not associated with higher risk as compared to the two groups of non-selective NSAID use and non-users of NSAIDS. See Solomon at 2068. A further finding of relevance to the duration of use needed to cause harm was that the rofecoxib vs celecoxib comparison showed significance for both the 1 to 30 day period (odds ratio 1.40, p = 0.05) and the 31 to 90 day period (odds ratio 1.38, p < 0.003). The authors state, "The findings of our study suggest that the first 30 days of use may include a period of elevated risk." *Id.*, at 2072. The period later than 90 days was not significantly different for rofecoxib vs celecoxib.

162. Ray and co-workers did a case-control study of users of selective and non-selective NSAIDs in those enrolled in Tennessee's Medicaid program. See Ray et al. Lancet, 360: 1071-1073, 2002. Rofecoxib at doses > 25 mg/d was found to increase the reported number of cases of hospital admission for acute myocardial infarction or death from coronary heart disease when compared to non-users of NSAIDs. This increase was present for this dose either in comparing comparatively long-term rofecoxib users (risk ratio 1.7, p = 0.058) or those newly started on rofecoxib (risk ratio 1.93, p = 0.024). No other comparisons were significant, including the use of naproxen vs non-NSAID use or other NSAID use. A related study found no protective effect of naproxen. See Ray, et al., Lancet 2002; 359:118-23.

163. A recent case-control study on the topic of serious heart disease and use of rofecoxib, celecoxib and certain non-selective NSAIDS was done using health

MD0GE73722
M008776990

insurance records of elderly residents of the province of Quebec. _See_ Levesque, et al.
Annals of Int Med. 142:481-489 (2005). They reported a significant increase in
myocardial infarction (MI) for current users of rofecoxib vs non-users of NSAIDs. They
analyzed the data by use of regression techniques to yield a "rate ratio" which they
termed an RR. The values were: rofecoxib vs non-users of NSAIDs, RR = 1.24 (95% CI
1.05-1.46). Celecoxib, meloxicam (a non-selective NSAID), naproxen and "other
NSAIDs" did not differ significantly from the non-NSAID users. This finding
contradicts a claim of cardioprotection by naproxen, while at the same time supporting
the view that Vioxx caused more damage than other NSAIDs. _See_ Levesque at 481 . The
relatively high prevalence of use of celecoxib and rofexcoxib allowed low and high doses
of each of these NSAIDs to be compared to non-users of NSAIDs, and rofecoxib caused
significantly more MI's for each dose. The values were: low-dose rofecoxib (25 mg/d or
less), RR = 1.21 (CI 1.02-1.43); high dose rofecoxib (> 25 mg/d), RR 1.73 (CI 1.09-
2.76). Neither the low dose (200 mg/d or less) nor the high dose (> 200mg/d) of
celecoxib were significantly different from the non-NSAID users. _See_ Levesque
at 484-85.

164.     Mamdani and co-workers reported a case-control study of patients
over the age of 66 who were enrolled in the province of Ontario's health care system.  In
brief, they found no difference in the "adjusted rate ratios" for celecoxib, rofecoxib and
naproxen of myocardial infarction hospitalizations compared to a control of non-NSAID
users. _See_ Mamdani, et al. Arch Int Med 163:481-486, 2003. Of interest is that the
unadjusted rate ratio for rofecoxib (1.5) was significantly greater than that of the control
group (CI 1.1-1.9). The unadjusted rate for the non-selective NSAIDs was also 1.5 and it
too was significantly greater than that of the control group. The ability to generalize
these results is limited, not only due to the known weaknesses of cohort studies, which
require many adjustments to attempt to bring the groups into closer alignment without

M006E73723
M006775891

biasing the results, but also due to exclusions of data inherent in the study design. For example, the Mamdani study excluded all patients who died, which was not done in the other studies, and could have biased the results. Also, Mamdani excluded all patients who used the drugs for less than 30 days, and this exclusion has been criticized because of the potential for missing excess risk. See Solomon, et al., Circulation 109:2068-2073 at 2072 (2004).

## C.   Hypertension, Peripheral Edema and Congestive Heart Failure— Three Interrelated Complications

165.   In a retrospective analysis of patient records, Cho and co-workers studied blood pressure changes in a group of older patients newly started on either rofecoxib (57 patients, mean dose 25.2 mg/d) and celecoxib (52 patients, mean dose 219.2 mg/d). See Cho, et al. Am J of Therapeutics, 10 (5): 311-317, 2003. Despite the rather small size of the groups, Cho and co-workers found a significant rise in blood pressure in the rofecoxib group, as compared to the celecoxib group. An even larger increase was noted in those patients over the age of 65, which change was also significant. See Cho at 311. Of note is that slightly over half of all the patients were already hypertensive, and on blood pressure-lowering medications at the start of the study. See Cho at 313.

166.   Nietert and colleagues reported a comparison of effects of newly prescribed rofecoxib vs celecoxib in stable hypertensives over the age of 55, using a retrospective, case-control design. (See Nietert, et al. Pharmacotherapy 23 (11): 1416-1423, 2003). Data were obtained from electronic medical records of 31 ambulatory care practices. The records were examined for patients newly prescribed either of these COX-2 inhibitor drugs. The usual doses were: rofecoxib 25 mg/day, and celecoxib 200 mg/day, and the results were unchanged if the few patients taking different doses were excluded from the analyses. Blood pressures taken after the new drugs began were not different, but the rofecoxib group had significantly more patients who required increases

M00687736992

M00ET73724

significant increased risk of Vioxx compared to both placebo and naproxen. These findings are supported by the weight of the evidence from observational epidemiology studies, which found significant increased risk of MI, stroke and TIA, CHF and hypertension among patients who used Vioxx in comparison to other NSAIDs or non-use. Consistent and supportive evidence appears in the literature concerning plausible mechanisms of disease, including Vioxx' effect in causing an imbalance of thromboxane versus prostacycline which favors plaque rupture and thrombus formation, as well as the effects of Vioxx in causing severe hypertension, which contributed to increased risk of MI, stroke and CHF. All Vioxx users were exposed to excess risk, and the magnitude of risk of cardiovascular events was particularly high for patients who were especially susceptible to adverse effects of a prothrombotic, hypertensive drug. The data support the conclusion that the risk of Vioxx begins when the patient begins taking the drug.

201.    Evidence of the toxicity of Vioxx appeared early and repeatedly. The prothrombotic imbalance of thromboxane was known as a result of Protocol 023, conducted between April and August, 1997. The Watson analysis in December 1997 showed a statistically significant increased risk of 2.16 for cardiovascular events (including MI, unstable angina and stroke, and TIA) in the blinded osteoarthritis (OA) trials, for the combined "Vioxx + other NSAIDs + placebo" population versus the Fosamax placebo group that Merck selected as an appropriate comparison group. Merck dismissed the importance of the signal on the basis of an inappropriate comparison of the adverse event rate in the Vioxx OA trials to the rate in an older, sicker community population. Protocol 045, completed before the New Drug Application (NDA) was submitted in November 1998, showed a statistically significant increased risk of "chest pain" for Vioxx versus placebo, and multiple clinical trials during the same pre-market time frame showed significant increased hypertension for Vioxx versus placebo and/or

M00GE73742

M006775710

other NSAIDs. The combination of excess hypertension accompanied by excess chest pain, the hallmark of serious heart disease, was a strong signal of cardiovascular toxicity.

202.    The NDA itself gave no assurance of cardiovascular safety, because the rates of thrombotic events and the patient-years of exposure were too small to provide for meaningful analysis of Vioxx versus the placebo group, and because the comparison to active NSAIDs, primarily diclofenac, was only capable of providing information about the relative danger of Vioxx in relation to such other drugs. Instead, the excess risk compared to the large statistical sample of the Fosamax group provided a strong signal of toxicity that was reinforced by the excess of hypertension and chest pain in the Vioxx arms of the pre-marketing clinical trials.

203.    The VIGOR randomized clinical trial showed clear evidence of Vioxx cardiotoxicity in March 2000, including a statistically significant, five times greater risk of MI, and more than doubling of risk of combined thrombotic events, as well as CHF, edema and hypertension. There was no scientific support for Merck's rationalization that the excess was due to a protective effect of naproxen. The ADVANTAGE study and the Supplemental RA studies showed consistent increased risk of MI, CHF , hypertension and edema, in 2001.

204.    In 2004, the APPROVe study demonstrated a statistically significant increased risk of 2.80 as to cardiac events, including MI, sudden cardiac death and unstable angina, for Vioxx versus placebo. As in VIGOR, the relative risk was elevated for those who were at higher background risk. The results of the APPROVe study are consistent with the earlier indicators of excess toxicity described above. At the same time, by making the unfounded claim that there is "no effect" for Vioxx exposures less than 18 months, Merck's position is consistent with its earlier efforts to absolve Vioxx from blame in causing the excess occurrence of serious and fatal cardiovascular disease.

M006E73743
M008775711

September _26_, 2005

*John W. Farquhar, M.D.*
John W. Farquhar, M.D.

475846.1

-95-

M006773744
M006775712

Exhibit A

## CURRICULUM VITAE

### JOHN WILLIAM FARQUHAR

*Place and Date of Birth:* Winnipeg, Manitoba, Canada - June 13, 1927
*Citizenship:* United States

| *Educational Institution* | *Dates Attended* | *Field of Study or Post Graduate Course* |
|---|---|---|
| University of California School of Medicine, Berkeley | 9/48 - 6/49 | A.B., 1949, Medicine |
| University of California School of Medicine, San Francisco | 9/49 - 6/52 | M.D., 1952 |
| University of California School of Medicine, San Francisco | 6/52 - 6/53 | Intern in Medicine |
| University of California School of Medicine, San Francisco | 6/53 - 6/54 | Resident in Medicine |
| University of Minnesota School of Medicine, Minneapolis | 6/54 - 1/56 | Resident in Medicine and Fellow |
| University of California School of Medicine, San Francisco | 1/56 - 6/57 | USPHS Postdoctoral Fellow in Cardiology |
| The London School of Hygiene and Tropical Medicine, London, England | 10/68 - 4/69 | Epidemiology and Medical Statistics |

*Academic Positions Held*

University of California, San Francisco        6/57 - 7/58
 Instructor and Chief Resident

The Rockefeller University, New York Department of        7/58 - 1/62
 Biochemistry and Metabolism (Dr. E.H. Ahrens, Jr.)
 Research Associate and Assistant Physician to the
 Hospital of the Rockefeller University

Stanford University School of Medicine
 Assistant Professor of Medicine        1/62 - 8/66
 Associate Professor of Medicine        9/66 - 9/73

M008E73745
M008775713

| | |
|---|---|
| London School of Hygiene and Tropical Medicine<br>    Department of Epidemiology and Medical Statistics<br>    (Professor D. Reid). Visitor on sabbatical leave. | 9/68 – 8/69 |
| Stanford University School of Medicine<br>    Professor of Medicine<br>    (Emeritus, Active -- beginning 6/99) | 9/73 – present |
| Professor of Family, Community & Preventive Medicine | 3/78 – 1/88 |
| Professor of Health Research and Policy (Department name change)<br>    (Emeritus, Active – beginning 6/99) | 1/88 – present |

*Academic Honors, Fellowships, Professional Societies and Awards*

Phi Eta Sigma, 1944

Alpha Omega Alpha, 1952

Recipient of Gold-Headed Cane Award, University of California, 1952

Harvey Society, 1959

Sigma Xi, 1959

Licentiate of American Board of Internal Medicine, 1960

American Federation for Clinical Research, 1960

Research Career Development Award USPHS, 1963-1971

American Society of Clinical Investigation, since 1963

National Academy of Sciences - Institute of Medicine, elected 1978

Academy of Behavioral Medicine Research, 1978 -

Society of Behavioral Medicine, 1979

Epidemiology and Prevention Scientific Section of International Federation
   and Society of Cardiology, 1980

James D. Bruce Memorial Award for Distinguished Contributions in

2

M006773746
M006775714


LEXISNEXIS FILE & SERVE
12074756
E-SERVICE
Aug 14 2006
6:57PM

Preventive Medicine, American College of Physicians, 1983

Helmut Schumann lectureship, Dartmouth Medical School, 1983
Member, American Society for Preventive Cardiology, 1984

Rodale lectureship in preventive medicine, Boston University Medical School, 1985

Myrdal Prize for Evaluation Practice, American Evaluation Association, 1986

Fellow of the Society of Behavioral Medicine, 1986

C.F. Rehnborg Professorship in Disease Prevention at
    Stanford University School of Medicine, 1989 (through to 1999)

Preventive Cardiology Academic Award
    National Heart, Lung, and Blood Institute, 1989-1994

Charles A. Dana Award for Pioneering Achievements in Health, 1990

Society of Behavioral Medicine, President, 1991-1992

National Cholesterol Award for Public Education, 1991

Research Achievement Award, American Heart Association, 1992

First Honorary Member, Circle of Friends, Department of Nutrition and Food Science, San Jose State
    University, 1994

Order of Saint George, for service to the Autonomous Government of Catalonia, 1996

Joseph Stokes Preventive Cardiology Award, the American Society of Preventive Cardiology, 1999

Awardee, Annual Ancel Keys Lecture, American Heart Association, 2000

*Professional Activities*

| | |
|---|---|
| Program Director of Stanford General Clinical Research Center, Stanford University School of Medicine | 1963 – 1973 |
| Fellow, American Heart Association Council on Epidemiology and Prevention | 1965 – |
| Member, Advisory Committee on Nutrition of the State of California Department of Public Health | 1965 – 1968 |

M008E73747   M008775715

| | |
|---|---|
| Chairman of Committee on Use of Human Subjects in Research Stanford University School of Medicine | 1966 - 1968 |
| Member, American Heart Association Study Section on Physiological Chemistry - Representing the Council of Epidemiology | 1969 - 1971 |
| Founder and Chairman, Stanford Committee for Environmental Information - a branch of the Scientists' Institute for Public Information | 1969 - 1972 |
| Director, Specialized Center of Research - Arteriosclerosis, Stanford University School of Medicine | 1971 - 1975 |
| Director, Lipid Research Clinic, Stanford University School of Medicine | 1971 - 1983 |
| Member, Epidemiology and Biometry Advisory Committee, National Heart and Lung Institute | 1971 - 1975 |
| Co-Chairman, National Lipid Research Clinic Program, Intervention Committee | 1971 - 1975 |
| Director, Stanford Heart Disease Prevention Program | 1973 - 1984 |
| Chairman, Epidemiology and Biometry Advisory Committee, National Heart and Lung Institute | 1974 |
| Invited Panelist, U.S. Senate Conference on Nutrition and Human Needs | 1974 |
| Member, Executive Committee, American Heart Association Council on Epidemiology | 1975 - 1978 |
| Member, Clinical Applications and Prevention Advisory Committee, National Heart and Lung Institute | 1975 - 1976 |
| Member, Multiple Risk Factor Intervention Trial Policy Advisory Board, National Heart and Lung Institute | 1976 - 1982 |
| Member, Nutrition Committee, American Heart Association | 1977 - 1980 |

4

M006E73748
M006775716

| | |
|---|---|
| Representative of American Heart Association in Food and Drug Administration Hearings on Sodium and Health | 1978 |
| Member, United States Delegation to Italian Ministry of Health, Rome, Italy | 1978 |
| Director, Preventive Cardiology Clinic, Stanford Medical Center | 1978 – 1996 |
| Member, Advisory Committee for the Division of Health Promotion and Disease Prevention, National Academy of Sciences – Institute of Medicine | 1979 – 1986 |
| Member, Advisory Board of Minnesota Heart Health Program | 1980 – 1993 |
| Editorial Advisor to Behavioral Medicine Abstracts | 1980 – 1982 |
| Member, Board of Directors, Stanford Help Center | 1981 – 1984 |
| Member, National Review Panel, Health Promotion with the Elderly Project, University of Washington | 1981 – 1982 |
| Member, Scientific Advisory Board, Perinatal Risk Reduction Program, Stanford Medical School | 1981 – 1982 |
| Member, United States Delegation to the Joint U.S. Federal Repyblic of Germany Workshop on Intervention Studies in Primary Prevention of Cardiovascular Disease | 1981 |
| Member, Advisory Board, Physicians for Social Responsibility (PSR), Mid-Peninsula Chapter | 1982 – 1988 |
| Founder and Director, Stanford Health Improvement Program (a University-wide health promotion program for faculty and staff) | 1983 – 1990 |
| Member, The California Academy of Medicine | 1983 – |
| Member, National Advisory Committee, Norfleet Forum | 1983 – 1987 |
| Member, Editorial Advisory Board, Stanford Magazine | 1983 – 1989 |

5

M006E73749

M006775717

Consultant, German American Scientific Treaty and the German        1983 – 1990
   Cardiovascular Project

Member, Nutrition Committee, Stanford University Hospital           1984 – 1986

Member, Board of Directors, Santa Clara County                     1984 – 1985
   Chapter of the American Heart Association

Consultant to U.S. Task Force on Preventive Services,              1984 – 1990
   U.S. Department of Health & Human Services,
   Public Health Service

Member, World Health Organization (WHO)                            1984 – 1995
   Expert Advisory Panel on Cardiovascular Diseases

Consultant, Blue Cross of Northern California                      1984 – 1987

Director, Stanford Center for Research in                          1984 – 1997
   Disease Prevention

Board Member, Stanford Community of Internists (SCI)               1985 – 1999

Director, WHO Collaborating Center for Chronic Disease             1985 – 1998
   Prevention

Director, Kaiser Family Foundation Health                          1986 – 1990
   Promotion Resource Center at Stanford

Advisor, Cholesterol Education Program                             1987 – 1988
   for Physicians at UCSF (NHLBI Grant)

Member, Committee for Study of Prevention and                     1987 – 1988
   Treatment of Alcohol-Related Problems: An Update on
   Research Opportunities (Institute of Medicine)

Senior advisor of the U.S. Preventive Service Task Force           1987 – 1989

Member, Committee on Dietary Guidelines Implementation,           1988 – 1991
   Food & Nutrition Board (Institute of Medicine)

Member, Committee on Expertise for Tobacco Use Control,            1989 – 1993
   State of California

6

M006E73750
M008775718

| | |
|---|---|
| Consultant to Office of Substance Abuse Prevention of The National Institute on Alcohol Abuse and Alcoholism | 1989 - 1990 |
| Member, Program in Molecular and Genetic Medicine, Stanford School of Medicine | 1989 - |
| Member, California State Legislative Council on Nutrition Labeling | 1990 - 1991 |
| Advisor, CITIZENS for Public Action on Blood Pressure and Cholesterol | 1990 - 1999 |
| Advisor, Prevention Research Center, The University of Illinois at Chicago School of Public Health | 1990 - 1993 |
| Advisor, Council of Health Promotion, Center for Corporate Involvement. American Council for Life Insurance and Health Insurance Assoc. of America | 1990 - 1993 |
| Advisor, Carnegie Corporation's Program in Human Biology Middle Grades Curriculum | 1990 - 1993 |
| Chair, Advisory Committee, International Heart Health Conference, Victoria, Canada, May 1992 | 1991 - 1992 |
| Member, Réseau Francophone International Pour La Promotion De La Santé De La Couer | 1992 - |
| Chair, Victoria Declaration Implementation Group: Towards a Global Heart Health Partnership (35 international members) | 1993 - 2001 |
| Member, Institute of Medicine Committee to review the Women's Health Initiative. | 1993 |
| Chair, Advisory Board of the Second International Heart Health Conference - Catalonia Declaration (Barcelona May 27-June 1, 1995) | 1993 - 1995 |
| Member, Scientific Advisory Committee, Tobacco-Related Disease Research Program, University of California | 1993 - 1999 |
| Co-Chair, Health Promotion Advisory Committee, Stanford University Hospital | 1993 - 1996 |

7

M006773751
M006775719

| | |
|---|---|
| Chair, SCRDP Minority Recruitment Committee | 1993 - 1995 |
| Consultant, Minority Center of Excellence, Stanford University School of Medicine | 1993 - |
| Associate Chief of Staff for Health Promotion, Stanford University Hospital | 1994 - 1996 |
| Honorary Member, International Chinese Heart Health Network | 1994 - |
| Member, Clinical Management Committee and Health Promotion Sub-Committee, El Camino Hospital | 1994 |
| Member, Editorial Advisory Board, American Health Consultants Employee Health & Fitness | 1995 - 1999 |
| Member, Advisory Committee, Pharmaceutical Partners for Better Health | 1995 - 1997 |
| Member, American Cancer Society Planning Task Force | 1995 |
| Co-Director, Preventive Cardiology Clinic, Stanford Medical Center | 1996 – present |
| Chair, Advisory Board of the Third International Heath Health Conference - Singapore Declaration (Singapore Aug 27 - Sept 2, 1998) | 1996 - 1998 |
| President, Community Wellness Alliance | 1999 - 2001 |
| Member, Executive Committee, Fourth International Heart Health Conference, Osaka, Japan, May 26-June 1, 2001. | 1999 – 2001 |
| Member, Ethics Advisory Committee, for project "Allocation of Health Care to Smokers: Practice and Attitudes", Stanford Medical Center | 2000 - |
| Member, Advisory Board, First International Conference on Women, Heart Disease and Stroke, Victoria, BC, Canada, 5/7-10/00 | 2000 |
| Member, Advisory Committee, Neighborhood Improvement Initiative, East Palo Alto, CA | 2001- 2002 |
| Founding Member, International Heart Health Society | 2001 - |

8

M006E73752

M00877671720

[1]Fellow, American Heart Association Council on Nutrition, Physical Activity
and Metabolism                                                2001 -

# BIBLIOGRAPHY

1.  The effect of beta sitosterol on the serum lipids of young men with arteriosclerotic heart
    disease.  Farquhar JW, Smith RE, and Dempsey ME.  Circulation 14:77-82, 1956.

2.  Response of serum lipids and lipoproteins of men to beta-sitosterol and safflower oil: A long-
    term study.  Farquhar JW and Sokolow M.  Circulation 17:890-899, 1958.

3.  Effect of chylomicrons on the fibrinolytic activity of normal human plasma in vitro.  Merigan
    TC, Farquhar JW, Williams JH, and Sokolow M.  Circulation Res. 7:205-209, 1959.

4.  The analysis of fatty acid mixtures by gas-liquid chromatography: Construction and operation
    of an ionization chamber instrument.  Farquhar JW, Insull W., Jr., Rosen P, Stoffel W, Ahrens
    EH, Jr.  Nutrition Reviews (Supplement) 17:1-30, 1959.

5.  The effect on human serum lipids of a dietary fat, highly unsaturated, but poor in essential
    fatty acids.  Ahrens EH, Jr., Insull W., Jr., Hirsch J, Stoffel W, Peterson ML, Farquhar JW, Miller
    T, and Thomasson HJ.  Lancet 1:115-119, 1959.

6.  Studies of adipose tissue in man.  A microtechnic for sampling and analysis.  Hirsch J,
    Farquhar JW, Ahrens EH, Jr., Peterson ML, and Stoffel W.  Am J Clin Nutr 8:499-511, 1960.

M00GE73753

M00G87767121

7.  Plasma fibrinolysis in man: The effect of chylomicrons derived from different dietary fats. Farquhar JW, Merigan TC, and Sokolow M.  J Exp Med 113:587-597, 1961.

8.  Carbohydrate-induced and fat-induced lipemia.  Ahrens EH, Jr., Hirsch J, Oette K, Farquhar JW, and Stein Y.  Tr. of A Am Phycrs 74:134-146, 1961.

9.  Identification and gas-liquid chromatographic behavior of plasmalogen aldehydes and their acetal, alcohol, and acetylated alcohol derivatives. Farquhar JW.  J Lipid Res 3:21-30, 1962.

10. Human erythrocyte phosphoglycerides.  I.  Quantification of plasmalogens, fatty acids and fatty aldehydes. Farquhar JW.  Biochem Biophys Acta 60:80-89, 1962.

11. Effects of dietary fats on human erythrocyte fatty acid patterns.  Farquhar JW and Ahrens EH, Jr.  J Clin Invest 42:675-685, 1963.

12. Validation of an incompletely coupled two-compartment non-recycling catenary model for turnover of liver and plasma triglyceride in man.  Farquhar JW, Gross RC, Wagner RM, and Reaven GM.  J Lipid Res 6:119-134, 1965.

13. Human erythrocyte phosphoglycerides.  II.  Diet and lecithin structure.  Farquhar JW, J Am Oil Chem Soc 42:615-616, 1965.

14. Kinetics of triglyceride turnover of very low density lipoproteins of human plasma.  Reaven GM, Hill DB, Gross RC, and Farquhar JW.  J Clin Invest 44:1826-1833, 1965.

15. Abetalipoproteinemia.  Farquhar JW and Ways P.  In:  The Metabolic Basis of Inherited Disease, JB Stanbury, JB Wyngaarden, and DS Fredrickson (eds), 2nd Edition.  McGraw Hill, Inc., 1965, pp. 509-522.

16. Glucose, insulin and triglyceride response to high and low carbohydrate diets in man.  Farquhar JW, Frank A, Gross RC, and Reaven GM.  J Clin Invest 45:1648-1656, 1966.

17. Endogenous triglyceride turnover in liver and plasma of the dog.  Gross RC, Eigenbrodt EH, and Farquhar JW.  J Lipid Res 8:114-125, 1967.

18. Role of insulin in endogenous hypertriglyceridemia.  Reaven GM, Lerner RL, Stern MP, and Farquhar JW.  J Clin Invest 46:1756-1767, 1967.

19. Turnover of endogenous plasma and liver triglyceride in man and the dog.  Gross RC, Reaven GM, and Farquhar JW.  Prog Biochem Pharmacol 4:197-203, 1968.

M006E73754

M006775722

20. Insulin delivery rate into plasma in normal and diabetic subjects. Stern MP, Farquhar JW, Silvers A, and Reaven GM. J Clin Invest 47:1947, 1968.

21. Response of hepatic alpha-glycerophosphate to changes in hepatic glucose formation. Frank A, Farquhar JW, and Reaven GM. Metab 17:776-785, 1968.

22. Steady state plasma insulin response to continuous glucose infusion in normal and diabetic subjects. Reaven GM and Farquhar JW. Diabetes 18:273-279, 1969.

23. Derivation of a three compartment model describing disappearance of plasma insulin. Silvers A, Swenson RS, Farquhar JW, and Reaven GM. J Clin Invest 48:1461-1469, 1969.

24. Evaluation of the dog as an experimental model for study of insulin distribution in man. Silvers A, Farquhar JW, Lerner RL, and Reaven GM. J Lab Clin Med 75:175-184, 1970.

25. Study of the relationship between plasma insulin concentration and efficiency of glucose uptake in normal and mildly diabetic subjects. Reaven GM, Silvers A, and Farquhar JW. Diabetes 19:571-578, 1970.

26. Comparison of impedance to insulin-mediated glucose uptake in normal subjects and in subjects with latent diabetes. Shen SW, Reaven GM, and Farquhar JW. J Clin Invest 49:2151-2160, 1970.

27. Is there a delay in the plasma insulin response of patients with chemical diabetes mellitus? Reaven GM, Shen SW, Silvers A, and Farquhar JW. Diabetes 20:416-423, 1971.

28. Does hyperglycemia or hyperinsulinemia characterize the patient with chemical diabetes? Reaven GM, Olefsky JM, and Farquhar JW. Lancet 1:1247-1249, 1972.

29. Do the oral and intravenous glucose tolerance tests provide similar diagnostic information in patients with chemical diabetes mellitus? Olefsky JM, Farquhar JW, and Reaven GM. Diabetes 22:202-209, 1973.

30. Relationship between fasting plasma insulin level and resistance to insulin-mediated glucose uptake in normal and diabetic subjects. Olefsky JM, Farquhar JW, and Reaven GM. Diabetes 22:507-513, 1973.

31. Relationship between fasting lipid levels and adipose tissue morphology. Stern MP, Olefsky JM, Farquhar JW, and Reaven GM. Metab 22:1311-1317, 1973.

32. Disassociation of the plasma insulin response from the blood glucose concentration during glucose infusions in normal dogs. Olefsky JM, Batchelder T, Farquhar JW, and Reaven GM. Metab 22:1277-1286, 1973.

11

M006E73755

33. The effects of weight reduction on obesity: studies of carbohydrate and lipid metabolism in normal and hyperlipoproteinemic subjects. Olefsky JM, Farquhar JW, and Reaven GM. J Clin Invest 53:64-76, 1974.

34. Moderate ethanol ingestion and plasma triglyceride levels: A study in normal and hypertriglyceridemic persons. Ginsberg H, Olefsky JM, Farquhar JW, and Reaven GM. Ann Int Med 80:143-149, 1974.

35. Sex difference in the kinetics of triglyceride metabolism in normal and hypertriglyceridemic human subjects. Olefsky JM, Farquhar JW, and Reaven GM. Europ J Clin Invest 4:121-127, 1974.

36. Reappraisal of the role of insulin in hypertriglyceridemia. Olefsky JM, Farquhar JW, and Reaven GM. Am J Med 57:551-560, 1974.

37. Recommendations for action, subsection on obesity and disease. Farquhar JW, Hirsch J, Stunkard , 1974

38. Disturbed relationship of plasma-renin to blood pressure in hypertension. Lucas CP, Holzwarth GJ, Ocobock RW, Sozen T, Stern MP, Wood PD, Haskell WL, and Farquhar JW. Lancet 2:1337-1339, 1974.

39. Role of renin in essential hypertension. Lucas CP, Dayanandan M, Ocobock RW, Holzwarth GJ, Stern MP, Wood PD, Haskell WL, and Farquhar JW. The Univ of Michigan Medical Center Journal 40(4):181-184, 1974

40. Renin activity, reactivity and concentration in a population survey. Relationship to blood pressure. Lucas CP, Holzwarth G, Ocobock R, Sozen T, Stern MP, Wood PD, Haskell WL, and Farquhar JW. Angiology 26:31-41, 1975.

41. Communication for health: Unselling heart disease. Maccoby N and Farquhar JW. J of Communication 25:114-126, 1975.

42. Affluence and cardiovascular risk factors in Mexican-Americans and other whites in three northern California communities. Stern MP, Haskell WL, Wood PD, Osann KH, King AB, and Farquhar JW. J Chron Dis 28:623-636, 1975.

43. The role of nutrition in atherosclerosis. King A and Farquhar JW. In: Environmental Problems in Medicine. McKee W (ed). Charles C. Thomas Publisher, 1975.

44. Bringing the California health report up to date. Maccoby N and Farquhar JW. J of Communication 26(1):56-57. 1976.

12

M00677S724

45. Interdisciplinary approaches to heart disease prevention (Results of a community-based risk reduction campaign using mass media). Farquhar JW. Symposium on Health Care and Delivery, New York, NY, 1975.

46. Cardiovascular risk and use of estrogens or estrogen-progestagen combinations: Stanford Three-Community Study. Stern MP, Brown BW, Jr., Haskell WL, Farquhar JW, and Wood PD. JAMA 235:811-815, 1976.

47. The distribution of plasma lipoproteins in middle-aged male runners. Wood PD, Haskell WL, Klein H, Lewis S, Stern MP, and Farquhar JW. Metab 25:1249-1257, 1976.

48. Results of a two-year health education campaign on dietary behavior: the Stanford Three-Community Study. Stern MP, Farquhar JW, Maccoby N, Russell SH. Circulation 54:826-833, 1976.

49. Obesity, insulin and triglycerides. Farquhar JW, Olefsky J, Stern MP, Reaven GM. In: Obesity in Perspective, Bray G (ed). Washington D.C.: U.S. Government Printing Office, 1976, pp. 313-319.

50. Behavioral science applied to cardiovascular health: progress and needs in the modification of risk taking habits in adult populations. McAlister A, Farquhar JW, Thoresen CE, Maccoby N. Health Education Monographs 4:1:45-74, 1976.

51. The Stanford Three-Community Study: a community-based cardiovascular risk education campaign. Farquhar JW, Maccoby N, Wood PD. In: Proceedings of the University of Michigan Health Services Research Center Conference on Factors Promoting or Inhibiting Change Service Organizations and Their Clients, Horvath WJ (ed). Ann Arbor, Michigan, pp. 62-80, 1976.

52. The effects of relaxation therapy upon high blood pressure. Taylor CB, Farquhar JW, Nelson E, Agras S. Arch Gen Psychiatry 34:339-342, 1977.

53. Stress and how to cope with it. Farquhar JW. The Stanford Magazine, 55-75, Fall/Winter, 1977.

54. The role of opinion leadership and the diffusion of innovations in a cardiovascular health education campaign. Meyer AJ, Maccoby N, Farquhar JW. Communication Yearbook 1:579-592, 1977.

55. Community education for cardiovascular health. Farquhar JW, Maccoby N, Wood PD, Alexander JK, Breitrose HS, Brown BW, Jr., Haskell WL, McAlister AL, Meyer AJ, Nash JD & Stern MP. Lancet 1:1192-1195, 1977.

13

M00GE73757

56. Reducing the risk of cardiovascular disease: Effects of a community-based campaign on knowledge and behavior. Maccoby N, Farquhar JW, Wood PD, Alexander JK. J Community Health 3:2:100-114, 1977.

57. The Stanford Three-Community Study: A multifactor cardiovascular risk education campaign. Farquhar JW, Maccoby N, Wood PD. In: Proceedings of the International Symposium on the Strategy of Postponement of Ischemic Heart Disease. Peter Schnohr (ed). Copenhagen, 1977.

58. You can cut the odds on coronary risk. Farquhar JW. RN Magazine 40:2:23-26, 1977. Stress and how to cope with it. Farquhar JW. The Stanford Magazine 5:2:50-55, 1977.

59. Community programs in control of hypertension. Farquhar JW. Conference on future directions in health care: A new public policy, New York, 1977.

60. The community-based model of lifestyle intervention trials. Farquhar JW. A J Epidemiology 108:2:103-111, 1978.

61. Community approaches to dietary modification and obesity. Nash JE and Farquhar JW. Psychiatr Clin North Am 1:713-714, 1978.

62. The American Way of Life Need Not Be Hazardous To Your Health. Farquhar JW. Stanford, CA: Stanford Alumni Association, 1978.

63. Relaxation therapy for essential hypertension: a veteran's administration outpatient study. Brauer AP, Horlick L, Nelson E, Farquhar JW and Agras WS. J Beh Medicine 2:21-29, 1979.

64. Evaluation of the echocardiogram as an epidemiologic tool in an asymptomatic population. Valdez RS, Motta JA, Longdon E, Martin RP, Haskell WL, Farquhar JW, Popp RL and Horlick L. Circulation 60:921-929, 1979.

65. The Lipid Research Clinics Program: The Coronary Primary Prevention Trial: Design and implementation. J Chron Dis 32:609-631, 1979.

66. Skills training in a cardiovascular health education campaign. Meyer A, Nash JD, McAlister A, Maccoby N, and Farquhar JW. J Cons Clin Psy 48:129-142, 1980.

67. Reply to Kasl and Leventhal et al. Meyer A, Maccoby N, and Farquhar JW. J Cons Clin Psy 48:159-163, 1980.

68. Changing cardiovascular risk factors in entire communities: the Stanford Three Community Project. Farquhar JW. In: Childhood Prevention of Atherosclerosis and Hypertension, Lauer RM and Shekelle RB (eds). New York: Raven Press. pp. 435-440, 1980.

14

M006673758

69.    Risk factor programs in the United States: Goals, design, and methods. Farquhar JW. In: Atherosclerosis Reviews (Vol. 7): Measurement and Control of Cardiovascular Risk Factors, Hegyeli R (ed). New York: Raven Press. pp. 35-48, 1980.

70.    Applications of behavioral medicine to disease prevention in a total community setting: a review of the Three Community Study. Nash JD and Farquhar JW. In: The Comprehensive Handbook of Behavioral Medicine: Extended Applications & Issues, (Vol. 3) Ferguson JM and Taylor CB (eds). S.P. Medical & Scientific Books, 1980.

71.    How to help smokers who want to quit. Danaher BG, Ellis BH Jr, Farquhar JW. Patient Care 14:86-117, 1980.

72.    Genetic analysis of the Stanford LRC family study data I: Structured exploratory data analysis of height and weight measurements. Karlin S, Williams PT, Jensen S, and Farquhar JW. Amer J Epidemiol 113:307-324, 1981.

73.    A comparison of statistical methods for evaluating risk factor changes in community-based studies: an example from the Stanford Three Community Study. Williams PT, Fortmann SP, Farquhar JW, Varady A, Mellen S. J Chron Disease 34:564-571, 1981.

74.    Effect of health education on dietary behavior: the Stanford Three Community Study. Fortmann SP, Williams PT, Hulley SB, Haskell WL, and Farquhar JW. Am J Clin Nutr 34:2030-2038, 1981.

75.    The role of public information and education in cigarette smoking control. Farquhar JW, Magnus PF, and Maccoby N. Can J Public Health 72:412-420, 1981.

76.    Comparison of nutrient intake in middle-aged men and women runners and controls. Blair SN, Ellsworth NM, Haskell WL, Stern MP, Farquhar JW, and Wood PD. Med Sci Sports Exerc 13:310-315, 1981.

77.    The Lipid Research Clinics Program: recruitment for clinical trials: the Lipid Research Clinics Coronary Primary Prevention Trial experience. Circulation (suppl 4) 66:1-78, 1982.

78.    Self-administered programs for health behavior change: smoking cessation and weight reduction by mail. Jeffrey RW, Danaher BG, Killen JD, Farquhar JW, and Kinnier R. Addict Behav 7:57-63, 1982.

79.    Does dietary health education reach only the privileged? Fortmann SP, Williams PT, Hulley SB, Maccoby N, and Farquhar JW. Circulation 66:77-82, 1982.

M006E73759

M006E75727

80. Association arrays for the study of familial height, weight, lipid and lipoprotein similarity in three West Coast populations. Karlin S, Williams PT, Farquhar JW, Barrett-Connor E, Hoover J, Wahl PW, Haskell WL, Bergelin RO, and Suarez L. Am J Epidemiol 115:1001-1021, 1982.

81. Determinants of high density lipoprotein levels in plasma. Wood PH, Haskell WL, Farquhar JW. In (Proc) USA-URSS First Lipoprotein Symposium Laboratory Research Joint Population Studies. Leningrad, URSS, May 26-27, 1981. NIH Publication no. 83-1966, 1982.

82. Recruitment using mass media strategies. Levenkron JC, and Farquhar JW. Circulation (suppl IV) 66:32-36, 1982.

83. A nation's health patterns and economic development. Farquhar JW. UMBC Econ Rev 18:6-15, 1982.

84. Behavioral approaches to disease prevention: Introduction. Farquhar JW. International J Mental Health 11: 3-5, 1982.

85. The Lipid Research Clinics Program: Participant recruitment of the Coronary Primary Prevention Trial. J Chron Dis 36:451-465, 1983.

86. The Lipid Research Clinics Program: Pre-entry characteristics of participants in the Lipid Research Clinics Coronary Primary Prevention Trial. J Chron Dis 36:467-479, 1983.

87. Increased exercise level and plasma lipoprotein concentrations: A one-year randomized, controlled study in sedentary, middle-aged men. Wood PD, Haskell WL, Blair SN, Williams PT, Krauss RM, Lindgren FT, Albers JJ, Ho PH, and Farquhar JW. Metabolism 32:31-39, 1983.

88. Does weight loss cause the exercise-induced increase in plasma high density lipoproteins? Williams, PT, Wood PD, Krauss RM, Haskell WL, Vranizan KM, Blair SN, Terry R, and Farquhar JW. Atherosclerosis 47:173-185, 1983.

89. Cholesterol, cancer, and public health policy. Sidney S, and Farquhar JW. Am J Med 75:494-508, 1983.

90. The association of blood pressure and dietary alcohol: Difference by age, sex, and estrogen use. Fortmann SP, Haskell WL, Vranizan KM, Brown BW, and Farquhar JW. Am J Epidemiol 118:497-507, 1983.

91. Reaching the population. Farquhar JW. J Royal Col Phys London 17:72-73, 1983.

92. Changes in American lifestyle and health. Farquhar JW. In: Marketing and Managing Health Care: Health Promotion and Disease Prevention (Proc. The Frank M. Norfleet Forum, Nov/Dec 1982), Hamner JE, III and Jacobs BJS (eds). Memphis, TN: UTCHS, pp. 125-142, 1983.

16

M008E737760

93. Community studies of cardiovascular disease prevention. Farquhar JW, Fortmann SP, Wood PD and Haskell WL. In: Prevention of Coronary Heart Disease: Practical Management of the Risk Factors, Kaplan NM and Stamler J (eds). Philadelphia, PA: W.B. Saunders Company, pp. 170-181, 1983.

94. Community approaches to risk factor reduction: The Stanford Project. Farquhar JW. In: Behavior and arteriosclerosis, Herd JA and Weiss SM (eds). New York, NY: Plenum Press, pp. 143-148, 1983.

95. Lipid Research Clinics Program. The Lipid Research Clinics Coronary Primary Prevention Trial Results. I. Reduction in incidence of coronary heart disease. JAMA 251:351-364, 1984.

96. Lipid Research Clinics Program. The Lipid Research Clinics Coronary Primary Prevention Trial Results. II. The relationship of reduction in incidence of coronary heart disease to cholesterol lowering. JAMA 251:365-374, 1984.

97. What role for the new nicotine gum? Farquhar JW. Patient Care June 15, 1984.

98. Indirect measures of cigarette use: Expired air carbon monoxide vs. plasma thiocyanate. Fortmann SP, Rogers T, Vranizan KM, Haskell WL, Solomon DS, and Farquhar JW. Prev Med 13:127-135, 1984.

99. Health promotion in health care settings. Farquhar JW, and King AC. In: Proc. Prospects for a Healthier America: Achieving the Nation's Health Promotion Objectives. February 6-7, 1984, Washington, DC. DHHS (PHS) Office of Disease Prevention and Health Promotion, November 1984.

100. How healthy is your heart? Farquhar JW. America's Health 6:9&24, 1984.

101. The potential role of the media in public health, education, and health policy. Farquhar JW. In: Hamner JE, III & Sax Jacobs BJ (eds), The Media, Communication, and Health Policy. The University of Tennessee Center for Health Sciences, Memphis, TN, pp. 87-101, 1984.

102. Community applications of behavioral medicine. Farquhar JW, Maccoby N and Solomon DS. In: Handbook of behavioral medicine, Gentry WD (ed). New York, NY: The Guilford Press, pp. 437-478, 1984.

103. The Stanford Five City Project: An overview. Farquhar JW, Fortmann SP, Maccoby N, Wood PD, Haskell WL, Taylor CB, Flora JA, Solomon DS, Rogers T, Adler E, Breitrose P and Weiner L. In: Behavioral Health: A Handbook of Health Enhancement and Disease Prevention, Matarazzo JD, Weiss SM, Herd JA, Miller NE, and Weiss SM (eds). Silver Spring, MD: John Wiley, pp. 1154-1165, 1984.

M00GE73761

M00677S729

104. Combining behavioral treatments to reduce blood pressure - a controlled outcome study. Jacob RG, Fortmann SP, Kraemer HC, Farquhar JW, and Agras WS. Behav Modification 9:32-53, 1985.

105. The Stanford Five City Project: Design and methods. Farquhar JW, Fortmann SP, Maccoby N, Haskell WL, Williams PT, Flora JA, Taylor CB, Brown WB, Jr., Solomon DS, Hulley SB. Am J Epidemiol 122:323-343, 1985.

106. Teaching physicians to practice what they will preach (Letter to the Editor). Elmore JG, Kaplan SM, Merians D, Farquhar JW. JAMA 253:2958-2959, 1985.

107. Attitudes and practices of physicians regarding hypertension and smoking: The Stanford Five City Project. Fortmann SP, Sallis JF, Magnus PM, Farquhar JW. Prev Med 14:70-80, 1985.

108. Assessment of habitual physical activity by a seven-day recall in a community survey and controlled experiments. Blair SN, Haskell WL, Ho P, Paffenbarger R, Vranizan K, Farquhar JW, Wood PD. Am J Epidemiol 122:794-804, 1985.

109. The community-based strategy to prevent coronary heart disease: Conclusions from the ten years of the North Karelia Project. Puska P, Nissinen A, Tuomilehto J, Salonen JT, Koskela K, McAlister AL, Kottke TE, Maccoby N, Farquhar JW. Ann Rev Public Health 6:147-193, 1985.

110. The Stanford Five City Project: A description. Flora JA, Farquhar JW, Fortmann SP &Rogers EM. In: Hofmann H (ed), Primary and secondary prevention of coronary heart disease. Berlin, Germany: Springer-Verlag, pp. 34-43, 1985.

111. Integrated Comprehensive Health Promotion Programs. Farquhar, JW, Flora, JA, Good, LT and Fortmann, SP. Monograph prepared for The Henry J. Kaiser Family Foundation. 1985.

112. Education and communication studies. Farquhar JW, Maccoby N & Wood PD. In: Oxford Textbook of Public Health (Vol. 3), Holland WW, Detels R & Knox G (eds). Oxford, London: Oxford University Press, pp. 207-221, 1985.

113. Personal and mediated health counseling for sustained dietary reduction of hypercholesterolemia. Crouch M, Sallis JF, Farquhar JW, Haskell WL, Ellsworth NM, King AB, and Rogers T. Prev Med 15:282-291, 1986.

114. Community surveillance of cardiovascular diseases in the Stanford Five City Project. Fortmann SP, Haskell WL, Williams PT, Varady AN, Hulley SB, and Farquhar JW. Am J Epidemiol 123:656-669, 1986.

18

M006E73762

115.  Effects of fenofibrate on plasma lipids. Brown WV, Dujovne, Farquhar JW, Feldman EB, Grundy SM, Knopp RH, Lasser NL, Mellies MJ, Palmer RH, Samuel P, Schonfeld G, and Superko RH. Arteriosclerosis 6:670-678, 1986.

116.  Single versus multiple risk factor interventions. Rennert MP, Telch MJ, Farquhar JW, and Killen JD. Integration of Risk Factor Interventions. DHHS (PHS), Office of Disease Prevention and Health Promotion, Monograph Series, November 1986.

117.  Community prevention and control of cardiovascular diseases. WHO Expert Committee. WHO Technical Report Series 732. Geneva, 1986.

118.  The cost-effectiveness of three smoking cessation programs. Altman DG, Flora JA, Fortmann SP, and Farquhar JW. Am J Public Health 77:162-165, 1987.

119.  Perspectives on adolescent substance use: A defined population study. Robinson TN, Killen JD, Taylor CB, Telch MJ, Bryson SW, Saylor KE, Maron DJ, Maccoby N, Farquhar JW. JAMA 258:2072-2076, 1987.

120.  Permutation analyses of familial association arrays for lipoprotein concentrations in families of the Stanford Five City Project. Williams PT, Karlin S, Farquhar JW. Amer J of Epidemiol 126:1126-1140, 1987.

121.  The Stanford adolescent heart health project: Design and methods. Killen JD, Maccoby N, Telch MJ, Taylor CB, Farquhar JW. In: Tamir D, eds. Health Education in Schools. London, Freund, pp.83-98, 1987.

122.  Effects of fenofibrate on plasma lipoproteins in hypercholesterolemia and combined hyperlipidemia. Knopp RH, Brown WV, Dujovne CA, Farquhar JW, Feldman EB, Grundy SM, Lasser NL, Melliew MJ, Palmer RH, Samuel P, Schonfeld G, Superko HR. Am J Med 83 (5B):50-59, 1987.

123.  Stanford projects on health promotion and noncommunicable disease prevention: an overview. Farquhar JW, Fortmann SP, Flora JA, Taylor CB. Presented at WHO European Conference on the Prevention and Control of Chronic Noncommunicable Diseases, October 26-30, Varna, Bulgaria, 1987.

124.  A conversation with John W. Farquhar. Interview of an evaluator. Eval Practice 8:19-30, 1987.

125.  The American Way of Life Need Not Be Hazardous To Your Health. Farquhar JW. Revised Edition. Stanford, CA: Stanford Alumni Association, 1987.

126.  The American Way of Life Need Not Be Hazardous To Your Health. Farquhar JW. Revised Edition. Reading, MA: Addison-Wesley, 1987.

19

M006E773763

127. The relationship of fitness to the prevention of disease and the promotion of health. Farquhar JW, Farquhar CL. In: Issues & Trends in Health, Carlson RJ, Newman B, St. Louis, MO: The C.V. Mosby Company, pp. 178-182, 1987.

128. Effect of solid and liquid guar gum on plasma cholesterol and triglyceride levels in moderate hypercholesterolemia. Superko HR, Haskell WL, Sawrey-Kubicek L, Farquhar JW. Am J Card 62:52-55, 1988.

129. Promoting dietary change in adolescents: A school-based approach for modifying and maintaining healthful behavior. King AC, Saylor KE, Foster S, Killen JD, Telch MJ, Farquhar JW, Flora JA. Am J Prev Med 4(2):68-73, 1988.

130. Cardiovascular disease risk reduction for tenth graders: a multiple factor school-based approach. Killen JD, Telch MJ, Robinson TN, Maccoby N, Taylor CB, Farquhar JW. JAMA 260:1728-1735, 1988.

131. Methods of message design: Experiences from the Stanford Five City Project. Flora, JA and Farquhar, JW. Scandinavian Journal of Primary Health Care, Supplement. 39-49, 1988.

132. Blood cholesterol treatment attitudes of community physicians: A major problem. Superko HR, Desmond DA, deSantos VV, Vranizan KM, Farquhar JW. Am Heart J 116(3):849-854, 1988.

133. Problems with implementing public intervention strategies. Farquhar JW and Fortmann SP. In: First Ernhold Lundstrom Symposium "Genetic Susceptibility to Environmental Factors - A Challenge for Public Intervention." Stockholm, Sweden: Almqvist & Wiksell, 1988.

134. Principles of behaviour modification. Prepared for the Conference on Disease Prevention and Health Enhancement, July 31-August 1, 1988, Academy of Medicine, Singapore.

135. Lifestyle research - an overview. Prepared for the International Seminar on Lifestyle, A Hillary Commission Initiative, May 16-19, 1988, Wellington, New Zealand. Farquhar, JW. In: Lifestyle Report, Russell DG and Buisson DH, (eds). Dunedin, New Zealand: Human Performance Assoc. 1989.

136. Community approaches and perspectives from other health fields. Farquhar JW. In: Prevention and Treatment of Alcohol-related Problems: Research Opportunities. Report of a study by a committee of the Institute of Medicine, National Academy of Sciences. Washington DC: National Academic Press, 1989.

137. Communication campaigns to prevent cardiovascular disease: The Stanford studies. Flora JA, Maccoby N, Farquhar JW. In: Public Communication Campaigns, Rice R and Atkin C (eds). Beverly Hills, CA: Sage Publications, pp. 233-252, 1989.

20

M006E73764

138.  Evaluating community-level health promotion and disease prevention interventions. Jackson C, Altman DG, Howard-Pitney B and Farquhar JW. In: Evaluating Health Promotion Programs, Braverman MT (ed). San Francisco, Oxford: Jossey-Bass, 1989.

139.  Supporting the scientific infrastructure for prevention research. Farquhar JW, In: Prevention and Treatment of Alcohol Problems. Institute of Medicine. National Academy Press, Washington, D.C., pp. 309-312, 1989.

140.  The Stanford Five-City Project: Effects of community-wide education on cardiovascular disease risk factors. Farquhar JW, Fortmann SP, Flora JA, Taylor CB, Haskell WL, Williams PT, Maccoby N, Wood PD. JAMA. 264:359-365, 1990.

141.  The Stanford Five-City Project: effects of community-wide education on cardiovascular disease risk factors. Farquhar JW, Fortmann SP, Flora JA, Taylor CB, Haskell WL, Williams PT, Maccoby N, Wood PD. This manuscript contains data on youth omitted from the JAMA publication and is available from the National Auxiliary Publication Service (NAPS), 1990.

142.  Psychosocial predictors of physical activity in adolescents. Reynolds KD, Killen JD, Bryson SW, Maron DJ, Taylor CB, Maccoby N, Farquhar JW. Preventive Medicine 19:541-551, 1990.

143.  Using research to predict learning from a PR campaign. Rosser C, Flora JA, Chaffee SH, Farquhar JW. Public Relations Review, 15:61-77, 1990.

144.  Who's listening: Predictors of knowledge in the Stanford Five-City Project. Rose C, Flora J, Chaffee S, and Farquhar JW. Public Relations Review. 16(2), 61-78, 1990.

145.  The Last Puff. Farquhar, JW, Spiller GA. New York, NY: W.W. Norton and Company, 1990.

146.  Guidelines for protocols for local demonstration projects. WHO Integrated Program (Interhealth) for Community Health in Noncommunicable Diseases. Geneva, WHO, 1990.

147.  Heart disease prevention in the nineties. Farquhar JW. Healthline, April: 1-7, 1990.

148.  Community-based health promotion: Lessons from field research. Farquhar JW. Evaluation Practice. 1990.

149.  Comprehensive health promotion in communities: An exercise in social marketing and community development. Farquhar JW. In: The Fifth Annual Charles A Dana Awards for Pioneering Achievements in Health and Education. New York, 1990.

21

M006E73765
M006775733

150. Guar gum and plasma cholesterol: Effect of guar gum and of an oat fiber source on plasma lipoproteins and cholesterol in hypercholesterolemic adults. Spiller GA, Farquhar JW, Gates JE, Nichols SF. Arteriosclerosis and Thrombosis 11: 1204-1208, 1991.

151. Effectiveness of a personal-health course for medical students. Farquhar JW, Reynolds KD, Elmore JG, Kaplan SM, Sibley BJ, von Franque O. Academic Medicine 66:242-243, 1991.

152. The Stanford cardiovascular disease prevention programs. Farquhar JW. Annals of the New York Academy of Science. 623: 327-331, 1991.

153. The impact of public cholesterol screening on diet, general well-being, and physician referral. Hyman DF, Johannsson MB, Flora JF, Farquhar JW. Am J of Preventive Medicine. 7(5), 268-272, 1991.

154. Effects of long-term community health education on body mass index. Taylor CB, Fortmann SP, Flora J, Kayman S, Barrett DC, Jatulis D, Farquhar JW. Am J of Epidemiology. 325: 235-249, 1991.

155. Principles of behavioral change. Albright CL, Farquhar JW. In: Introduction to Clinical Medicine. Greene HM (ed). Philadelphia: BC Decker Inc., 17: 596-601, 1991.

156. Institute of Medicine: Determinants of food choice and prospects for modifying food attitudes and behavior. In: Improving America's Diet and Health: from Recommendations to Action. N. W., Washington, D.C.: National Academy Press: 33-82, 1991.

157. Methods of communication to influence behaviour. Farquhar JW, Fortmann SP, Flora JH and Maccoby N. In: Oxford textbook of public health, 2nd edition. Holland WW, Detels R and Knox G (eds). Oxford, London: Oxford University Press, Vol. 2, 1991.

158. Community perpective on socio-environmental interventions. In: Promoting Dietary Change in Communities: Applying Existing Models of Dietary Change to Population-based Interventions. DeRoos KK (ed). Proceedings of the Cancer Prevention Research Program of the Fred Hutchinson Cancer Research Center. Seattle, WA: pp.216-220, 1992.

159. Improvements in cholesterol-related knowledge, behaviors, and plasma cholesterol levels in adults during the 1980s. Frank E, Winkleby M, Fortmann SP, Rockhill B, Farquhar JW. JAMA. 268:1566-1572, 1992.

160. The Stanford Faculty Development Program: A dissemination approach to faculty development for medical teachers. Skeff KM, Stratos GA, Bergen MR, Albright CL, Berman J, Farquhar JW, Sox HC. Teaching and Learning in Medicine. 4(3): 180-187, 1992.

M006773766

161. Impact of a clinical preventive medicine curriculum for primary care faculty: Results of a dissemination model. Albright CL, Farquhar JW, Fortmann SP, Sachs DPL, Owens DK, Gottlieb L, Stratos GA, Bergen MR, Skeff KM. Preventive Medicine 21: 419-435, 1992.

162. Media use habits and education campaign recall in the Stanford Five-City Project. Schooler C,Flora JA, Farquhar JW. In: Promoting Dietary Change in Communities: Applying Existing Models of Dietary Change to Population-based Interventions. DeRoos KK (ed). Proceedings of the Cancer Prevention Research Program of the Fred Hutchinson Cancer Research Center. Seattle, WA: pp.259-276, 1992.

163. Phases for developing community trials: lessons for control of alcohol problems from research in cardiovascular disease, cancer and adolescent health. Farquhar JW, Fortmann SP. In: Community Prevention Trials for Alcohol Problems. Prevention Research Center Publication. Greenwood Publishing Group, pp.59-75; 1992.

164. The Victoria Declaration on Heart Health. Declaration of the Advisory Board. First International Heart Health Conference (Chair, Farquhar JW). Victoria, Canada, 1992. Health and Welfare, Canada, 1993.

165. Moving toward synergy: Media supplementation in the Stanford Five-City Project. Schooler C, Flora JA, Farquhar JW. Communication Research. 20(4):587-610, 1993.

166. Keynote Address: How health behavior relates to risk factors, Farquhar JW. Circulation. 88:1376-1380, 1993.

167. Cardiovascular disease risk factors: improvements in knowledge and behavior in the 1980s. Frank E, Winkleby M, Fortmann SP, Farquhar JW: Am J of Public Health. 83:590-593, 1993.

168. Improvements in cholesterol-related knowledge and behavior, and plasma cholesterol levels in 12-24 year olds during the 1980s. Frank E, Winkleby MA, Rockhill B, Farquhar JW. Am J of Preventive Medicine. 9:168-174, 1993.

169. Stanford--Focus on mass media. Farquhar JW, Fortmann SP. USPHS, NHLBI, 1993.

170. The effects of intensive multiple risk factor reduction on coronary atherosclerosis and clinical cardiac events in men and women with coronary atherosclerosis: The Stanford Coronary Risk Intervention Project (SCRIP). Haskell WL, Alderman EL, Fair JM, Maron DJ, Mackey SF, Superko HR, Williams PT, Johnstone IM, Champagne MA, Krauss RM, Farquhar JW: Circulation. 89(3): 975-90, 1994.

171. How to Reduce Your Risk of Heart Disease. Farquhar JW, Breitrose PH. San Ramon CA: Health Information Network, Inc., 1994.

23

M006E73767  M006775735

172. The place of hypertension control in total cardiovascular health: Perspectives outlined by the Victoria Declaration. Farquhar JW. Clin. and Exper. Hypertension. 17(7): 1107-1111, 1995.

173. Plant sterols: Their biological effects in humans. Farquhar JW. In: Handbook of Lipids In Human Nutrition. Spiller, G (ed.). Boca Raton, Florida: CRC Press, Inc. Ch. 2.5, 101-105, 1995.

174. Healthy Dubec - Design of a Joint Czech-American Community Project for the Reduction of Cardiovascular and Cerebrovascular Disease (Adapted from the American Experience). Komárek L, Kebza V, Lhotská L, Osancová K, Janovská J, Okénková J, Roth Z, Vignerová J, Potocková J, Havel R, Albright CL, Farquhar JW, Poledne R, Andel M, Málková J, Kraml P, Bartáková H, Herman D, Palmer S, Stanková I: Central European Journal of Public Health, 4, 230-233, 1995.

175. Increasing disparity in knowledge of cardiovascular disease risk factors and risk-reduction strategies by socioeconomic status: Implications for policy makers. Davis S, Winkleby M, Farquhar JW. Am J of Preventive Medicine, 11(5): 318-323, 1995.

176. Prevalence, promotion, and person: the 3 Ps of firearm use. Farquhar JW. Am J of Public Health 85:1453, 1995

177. Community-based interventions for smokers: The Commit Field Experience - Foreword. Farquhar JW. Smoking and Tobacco Control. Monograph no. 6, pp.iii-vi, 1995.

178. Community intervention trials: Reflections on the Stanford Five-City Project. Fortmann SP, Flora JA, Winkleby MA, Schooler C, Taylor CB, Farquhar JW. Am J of Epidemiology, 142(6): 576-586, 1995.

179. The Victoria Declaration on heart health: Its international implications. Farquhar JW. In: "Atherosclerosis X" International Congress Series 1066, Elsevier Science, pp.144-146, 1995.

180. The case for dissemination research in health promotion and disease prevention. Farquhar, JW. Canadian J of Public Health, 87 (S2): S44-S49, 1996.

181. Principles of Behavioral Change. Albright CL, Farquhar JW. In: Introduction to Clinical Medicine. Greene HM (ed). Philadelphia: BC Decker, Inc. 762-767, 1996.

182. A Pound of Prevention. Grabowsky TA, Farquhar JW. Stanford Medicine. Palo Alto: Stanford University Medical Center, Summer 1996.

183. Methodological and substantive issues in substance abuse prevention research. Johnson CA, Farquhar JW, Sussman S. American Behavioral Scientist, 39(7): 935-942, 1996.

M006E73768

184.  The Catalonia Declaration: Investing in Heart Health. Declaration of the Advisory Board
      (Chair, Farquhar JW), Barcelona, Spain, 1995, Department of Health and Social Security,
      Autonomous Government of Catalonia, 1996.

185.  Private sector-funded community health promotion. Behnke KS, Farquhar JW, Martin MP,
      Bertram J.  Am J of Health Promotion, 11(6): 415-416, 1997.

186.  Short and long-term outcomes of a health promotion program in a small rural community.
      Farquhar JW, Behnke KS, Detels MP, Albright CL.  Am J of Health Promotion, 11(6): 411-414,
      1997.

187.  Synthesis of findings and issues from community prevention trials. Schooler C, Farquhar JW,
      Fortmann SP, Flora JA.  Annals of Epidemiology S7: S54-S68, 1997.

188.  Program to reduce cardiovascular and cerebrovascular disease in the Czech Republic: Design
      and methods of the healthy Dubec project. Albright CL, Farquhar JW, Harvel R, Frost P,
      Palmer S, Komárek L, Lhotská L, Osancová K, Janovská J, Okénková J, Kebza V, Vignerová J,
      Poledne R, Andel M, Málková J, Herman D, Kraml P.  International Quarterly of Community
      Health Education 16: 315-331, 1997.

189.  Effects of a plant-based diet rich in whole grains, sun-dried raisins and nuts on serum
      lipoproteins. Bruce B, Spiller GA, Farquhar JW.  Vegetarian Nutrition: An International
      Journal 1/2:58-63, 1997.

190.  Worldwide Efforts to Improve Heart Health:  A Follow-up to the Catalonia Declaration –
      Selected Program Descriptions.  Grabowsky TA, Farquhar JW, Sunnarborg KR, Balea VS.  US
      Dept. of Health and Human Services, CDC, 1997.

191.  California Proposition 99.  An example to follow? Aaroe LE, Farquhar JW.  Journal of the
      Norwegian Medical Association (Tidsskr Nor Laegeforen).  1998 May 30;118(14):2210-4

192.  Determinants of cholesterol screening and treatment patterns.  Insights for decision-makers.
      Davis SK, Ahn DK, Fortmann SP, Farquhar JW.  Am J Prev Med , 1998;15(3):178-86.

193.  Managing job strain: A randomized controlled trial of an intervention conducted by mail and
      telephone. Pelletier KR, Rodenberg A, Chikamoto Y, Vinther A, King AC, Farquhar JW.  Am J
      of Health Promotion , 1998; 12:166-169.

194.  Worksite Nutrition Programs. Kris-Etherton PM, Farquhar JW. In: International Labor Office
      Encyclopaedia of Occupational Health and Safety. 1998; 15.32-15.36. ILO, Geneva.

M00677737
M00E737769