(Cozaar/Losartan), reductions of even a few mm of Hg resulted in significantly lower incidence of stroke and coronary heart disease (CHD). (Dahlof, B, Cardiovascular Morbidity and Mortality in the Losartan Intervention for Endpoint Reduction in Hypertension Study (LIFE): a randomized trial against atenolol. Lancet 2002; 359:995-1003). Further, it is well known that the larger the increase in blood pressure, the greater the increased risk, and that each mm increase in blood pressure imposes greater risk at a higher baseline. Merck's own internal documentation shows awareness of these principles as of December 26, 2000 (MRK-NJO281966; Memo from Rush to Dixon). The "striking" interaction between Vioxx and Stage 2 hypertension magnifies the Relative Risk of adverse CV events attributable to hypertension alone, as seen in the APPROVe data discussed above. Thus, the high incidence of increased BP of > 20 mmHg or more, and of absolute values exceeding 160 mm probably contributed substantial excess risk of MI and stroke among the subpopulation of Vioxx users who experienced such significant worsening of hypertension.

F.    **Recent Literature Supports the Biological Plausibility of Increased Risk of Thrombosis Due to Both High Blood Pressure and the Interaction of Cox-2 Inhibition with Increased Blood Pressure.**

26.    As noted in my prior Report, blood pressure is known to be a cause of plaque rupture that can result in thrombus and MI. In an authoritative recent article, it was noted that the " vulnerability to rupture depends on ... blood flow characteristics, particularly the impact of flow on the proximal aspect of the plaque...." Fuster, V., et al., "Atherothrombosis and High-Risk Plaque." J. Am. Coll. Cardiol. 2005; 46:937-54 at 945. Chronic and acute blood pressure increases magnify the "impact of flow" that results in plaque rupture. Increased blood pressure begins when Vioxx use begins, resulting in immediate increased risk of plaque rupture and resulting MI.

27.    In an article published in April 2006, noted Cox-2 researcher Garret FitzGerald and colleagues reported on animal data supporting the conclusion that

M006E73824

Cox-2 inhibition is the cause of both elevated blood pressure and thrombosis. Cheng, et al., Cyclooxygenase, Microsomal Prostaglandin E Synthase-1, and Cardiovascular Function, J. Clin. Invest., 2006; doi:10.1172/JCI27540. This finding further supports the biological plausibility of the high relative risks of MI for Vioxx users, especially those who had both high background CV risk, or on-drug Stage 2 hypertension, or both.

28.     In a recent review article in Circulation, the peer-reviewed journal of the American Heart Association, Antmann, et al. concluded that the effects of COX-2 inhibition differ between the normal and atherosclerotic conditions. In the former, the effects of COX-2 suppression have "only a marginal effect on the net anti-thrombotic imbalance owing to the importance of COX-1 as a source of PGI2 in the normal state. In the setting of atherosclerosis, however, COX-2 plays a greater role as a source of PGI2 and more TxA2 is produced; thus, inhibiting COX-2 has a more profound effect on prostanoid balance, favoring TxA2 production and promoting platelet-dependent thrombosis." Antmann, Cyclooxygenase Inhibition and Cardiovascular Risk, Circulation 2005; 112:759-770, at 764. Such a differential effect of COX-2 inhibition helps to explain the greater RR among patients who have atherosclerosis and are at greater

M00GE73825

baseline risk of CV events due to that condition. **Figure 4 of the Antmann article**, describing this phenomenon, is reproduced below:



Figure 4. Consequences of COX inhibition for prostacyclin and thromboxane $A_2$ production in normal and atherosclerotic arteries. Endothelial cells are shown as a source of prostacyclin (PGI) and platelets as a source of thromboxane $A_2$ (TXA) under untreated conditions (top row) or treated with low-dose aspirin (middle row) or a coxib (bottom row) in the normal (left column) and atherosclerotic artery (right column) for comparison. COX-1 is the only isoenzyme expressed in platelets; endothelial cells express both COX-1 and COX-2. In the normal artery, the balance between PGI and TXA production favors PGI, and inhibition of platelet-dependent thrombus formation. In the atherosclerotic artery, both PGI and TXA production is increased, owing in part to increased platelet activation via both COX-1 and COX-2 in endothelial cells; the net effect is an imbalance favoring TXA production and platelet-dependent thrombus formation. Low-dose aspirin selectively impairs COX-1-mediated TXA production in platelets, restoring the net antithrombotic balance. Coxibs also suppress COX-2-dependent PGI production in endothelial cells, which has only a marginal effect on the net antithrombotic balance owing to the importance of COX-1 as a source of PGI in the normal state. In the setting of atherosclerosis, however, COX-2 plays a greater role as a source of PGI and more TXA is produced; thus, inhibiting COX-2 has a more profound effect on prostanoid balance, favoring TXA production and promoting platelet-dependent thromboses.

- 19 -

M0D9E73826

**G.     Merck's Recent APPROVe "Extension" Data Confirm Excess CV Risk of Vioxx**

29.     In a document submitted to the FDA in May 2006, Merck reported the results of the APPROVe study on an "Intention to Treat" basis, which includes adverse events that occurred both on the drug and after the discontinuation of the drug. According to Merck's summary, the overall data showed a statistically significant increase of risk of MI, 31 Vioxx events v. 15 placebo events, p=0.017. There was also a statistically significant increased risk of ischemic stroke, 17 Vioxx events v. 6 placebo events, p=0.024. These data therefore continue to support the conclusion that Vioxx causes excess risk of CV events, including MI and stroke. The data show, for the first time, that the increased incidence of stroke in the Vioxx group has now exceeded the threshold for a statistically significant effect of Vioxx.

30.     The ITT analysis negates Merck's claim that there is no difference in CV thrombotic event rates between Vioxx and placebo for the first 18 months of use, in two ways. First, the KM graph of cumulative incidents of confirmed events is changed by the addition of data from the ITT analysis. Merck claimed that the original KM graph, presented as "Figure 2" of the published APPROVe article, supported the hypothesis of no effect for 18 months, because the incidence curves did not sharply diverge until after that point in time.[4]

31.     However, the KM graph submitted to the FDA for the ITT analysis in May 2006 (Figure B1, reprinted below), shows that the curve for Vioxx (rofecoxib) separates from placebo at about 3 to 4 months, and remains above placebo for the rest of the study. According to Steven Nissen, M.D., interim Chairman of Cardiovascular Medicine at the Cleveland Clinic and a member of the FDA Advisory Committee on Cox-2 inhibitors, the claim of no effect for 18 months of treatment "makes the drug look

---

[4] A number of flaws in that reasoning have been described in my September 2005 report, and in the preceding portion of this Supplemental Report.

M006E73827

a lot safer than it was." Dr. Nissen stated, "If you wanted to construct a legal defense that says nothing happens for 18 months, this is how you would cut the data." (New York Times, "Why the Data Diverge on the Dangers of Vioxx," May 22, 2006 (p. 1 of 6). Alastair Wood, M.D., Chairman of the FDA advisory committee that reviewed Cox-2 inhibitors in February 2005, criticized the omission of off-day events, noting that "People may drop out because they had chest pain and then weeks later they had a heart attack." (Id. at p. 3 of 6).

Figure B1   All Patients – Confirmed Thrombotic Cardiovascular Events – Week 210 Censoring – Kaplan Meier Plot



32.     According to the New York Times article, Merck says it was "simply adhering to the study's original design, and that the more recent chart reflects data that were not available to analyze in early 2005." (Id.). However, neither of these statements is correct. First, as mentioned above (¶ 7), the original design for the APPROVe Data Analysis Plan (DAP) did not include any KM curves at all, nor any analyses of potential differences in the rate of events over time. Instead, the KM curve portion of the analysis was "borrowed" from the DAP for Protocol 203, which combined the APPROVe study with two other trials, to form a substantially larger database of events for which such analyses would be more reliable. Second, to the extent that Merck

- 21 -

M00SE73828

borrowed from the DAP for Protocol 203, it did so selectively. In particular, the Protocol 203 DAP prespecified the use of a "modified intention-to-treat" ("mITT") analysis that included all randomized patients in the trials. The DAP stated, "As a sensitivity analysis, reports of confirmed events that occur after randomization and within 28 days of study drug discontinuation will also be examined." (MRK-AFL0015464). The DAP further noted that "there are limitations using a per-protocol analysis in the face of a very high dropout rate. Thus, both the per-protocol and mITT analyses will be considered when interpreting the results. If differing conclusions arise, then further analyses will be conducted to try to understand the reason for the difference and which analyses are most appropriate." (Id. at MRK-AFL0015465; (emphasis added)).

        33.    To the best of my knowledge, Merck did not present the mITT analysis to the FDA in February 2005, nor to the New England Journal of Medicine reviewers when the draft APPROVe article was submitted on February 6, 2005. However, a Cardiovascular Safety Report ("CSR") prepared by Merck prior to February 2005 did include the mITT events up to 28 days after the last dose of study therapy (Table 28, pgs. MRK-AHD0075823-824). There were six such events in the Vioxx treatment group, versus three events in the placebo group. Notably, four of the events among the Vioxx patients listed in Table 28 occurred within the first 18 months after the study start (Patient No. 91247, event on day 86; Patient No. 92718, event on day 203; Patient No. 90070, event on day 351; and Patient No. 90310, event on day 413). According to the New York Times article, Merck claims that "new data" for events after the original 14-day cutoff showed 26 events in the Vioxx group and 21 in the placebo group in the first 18 months, compared to 22 versus 20 in the "old analysis," a difference of four events in the Vioxx group (New York Times, Why the Data Diverge on the Dangers of Vioxx, May 22, 2006 at p. 3). The description of Table 28, above, shows that these four events were not new data, but were known to Merck at the time the original analysis was presented. Thus, an ITT analysis of data known to Merck in February 2005

M005E73629

would have shown the early separation of the incidence curves during the 0 to 18 month period, which appears in Merck's May 2006 submission to the FDA.

34.    Further, Merck has submitted to the FDA a new statistical analysis for the "proportionality" test, indicating a p value of 0.748 (MRK-S0420112037; Figure B2, reproduced below). This non-significant result means that there is no evidence of variation in the rate of events over time. Thus, the ITT analysis contradicts the claim made by Merck in FDA submissions and in the published APPROVe article that there was a statistically significant difference in the rate of events between the 0 to 18 month and 18 to 36 month periods of the APPROVe study.

Figure B2   All Patients – Confirmed Thrombotic Cardiovascular Events – Week 210 Censoring – Hazard Rate



35.    Data from the off-drug period of the APPROVe extension study are also of interest. During the off-drug period alone, Merck reported that there were 28 thrombotic events in those who had taken Vioxx, compared to 16 in the placebo group, RR=1.64. Merck has stated that these data are "insufficient to conclude that there was an

M008E73830

increased relative risk of confirmed thrombotic events following discontinuation of the therapy." (Press Release, 5/11/06, p. 1). However, three well-respected independent commentators have stated their disagreement with Merck's interpretation of the data.

(a)     Steven Nissen, M.D., mentioned in ¶ 31 above, stated "You have to look at the big picture. The big picture is that the hazard stays the same." (Wall Street Journal, 5/12/06, p. A16). Dr. Nissen further stated, "Merck misrepresented the results of this study." (AP Press Release, 5/12/06). The 64 percent higher risk in the extension study "has rather important scientific implications, because it suggests that there was some kind of permanent or longstanding injury to the artery that makes it susceptible to these kinds of continuing events. (New York Times, May 13, 2006).

(b)     According to Curt Furberg, M.D., a member of the U.S. FDA Drug Safety and Risk Management Safety Committee, "It may be that Vioxx is causing permanent damage to the cardiovascular system, accelerating atherosclerosis or a sustained increase in blood pressure." Reuters, May 18, 2006. Dr. Furberg stated, "for a while we assumed Vioxx caused temporary problems, and here it is more than that," referring to the occurrence of 7 strokes and 2 "mini-strokes" or TIAs in the Vioxx group after discontinuing treatment, compared with no such incidents in the placebo group during one year off-drug. (Id.)

(c)     Bruce Psaty, M.D., a distinguished cardiologist from University of Washington who testified in Congress on COX-2's inhibitors, stated that the 64% higher overall event rate was "closer to a persistent finding than not." (New York Times, May 13, 2006).

36.     I agree with Drs. Nissen, Furberg and Psaty that the increased RR of thrombotic events in the Vioxx group after discontinuing the drug is "closer to a persistent finding than not," and that the lack of statistical significance does not decide this issue. The off-drug period alone constitutes a subgroup that is not adequately

M006E73831

powered to detect such differences to a statistically significant degree. Given the limitations due to the smaller number of events and the time off drug, the 64% increase is an impressive indicator that the risk of Vioxx probably does not end when exposure is discontinued.

37.    I reserve the right to add to these comments in the event that future data becomes available.

## II.    CONCLUSION

38.    A consensus exists in the scientific community that Vioxx significantly increases the risk of adverse events, including MI, as noted by the unanimous agreement of 32 FDA Advisory Committee Members. Protocol 203, the analysis pre-specified by Merck for precise estimation of CV effects of Vioxx, shows that this increased risk appears within the first 30 days and persists throughout exposure. Protocol 203 refutes the "18-month" notion advanced by Merck through a "post hoc" hypothesis based on a single, underpowered study. Patients at elevated baseline risk have a statistically significant higher RR of CV events than lower-risk patients, due to a synergistic and multiplicative interaction of Vioxx and baseline risk factors such as SACVD. Stage 2 Hypertension while on Vioxx is also a strong risk factor for CV events. Data from the APPROVe extension study confirm the excess risk of MI and stroke due to Vioxx, and it is likely that the risk persists after Vioxx exposure ends.

5/22/06
Date

John W. Farquhar, M.D.
John W. Farquhar, M.D.

538398.1

M000SE73832