6/08/2006 John Farquhar Deposition Excerpts

• Dedrick - Daubert (Farquhar)

[1:] - [1:25]        6/8/2006     Farquhar, John (Barnett)

    page 1
      0001
    1                      UNITED STATES DISTRICT COURT
    2                  EASTERN DISTRICT OF LOUISIANA
    3
    4      In re:  VIOXX
            PRODUCTS LIABILITY
    5      LITIGATION
    6
    7      GERALD BARNETT and CORRINE         )
            BARNETT,                           )
    8                                    )MDL Docket No. 1657
                  Plaintiffs,           )
    9                                )
            vs.                                )
    10                                )
            MERCK & CO., INC.,                 )
    11                                )
                  Defendant.            )
    12                                )
            _____)
    13
    14
    15
    16      VIDEOTAPED DEPOSITION OF JOHN W. FARQUHAR, M.D.
    17                  San Francisco, California
    18                      June 8, 2006
    19
    20
    21
    22
    23
    24      Reported by:
            DARCY J. BROKAW
    25      RPR, CRR, CSR No. 12584
            Job No. 69492
    page 2
    1                      UNITED STATES DISTRICT COURT
    2                  EASTERN DISTRICT OF LOUISIANA
    3
    4      In re:  VIOXX

[31:12] - [31:20]    6/8/2006     Farquhar, John (Barnett)

    page 31
    8     A    I'll say probably yes.  This will require
    9  access to my own records and an assumption that I've
    10 kept them all, and I'm not certain, but I believe
    11 that could be done.
    12    Q    Dr. Farquhar, you are not a
    13 biostatistician, correct?
    14    A    That's correct.
    15    Q    You don't have a degree in statistics,
    16 correct?
    17    A    Correct.
    18    Q    You don't have a degree in biostatistics,
    19 correct?
    20    A    Yes.
    21    Q    In fact, you had to rely on outside
    22 biostatisticians for your work in this case; is that
    23 correct?
    24        MR. ARBITBLIT:  Object to form.

[32:7] - [32:12]     6/8/2006     Farquhar, John (Barnett)

    page 32
    3  work that I've done, and that is nothing that is

6/08/2006 John Farquhar Deposition Excerpts

• **Dedrick - Daubert (Farquhar)**

```
                4    restricted to the Vioxx case at all.  Standard
                5    operating procedure is what I'm trying to say.
                6    BY MR. MORTARA:
                7        Q    Dr. Farquhar, did you hire Dr. Jewell to
                8    work on this case?
                9        A    No.
               10        Q    Plaintiffs' attorneys hired Dr. Jewell, to
               11   the best of your knowledge; isn't that right?
               12        A    Correct.
               13        Q    Dr. Farquhar, have you, throughout your
               14   career, relied on other scientists that were being
               15   paid by advocates to rely on for your work?
               16             MR. ARBITBLIT:  Object to form.
```

[86:7] - [86:10]     6/8/2006     Farquhar, John (Barnett)

```
page 86
   3   on VICTOR that they did not supply Professor Jewell
   4   and me, then we need to ask them that question.  We
   5   can't ask me that question because I don't have the
   6   answer.
   7       Q    The only person that knows what data
   8   Dr. Jewell used in his Protocol 203 analysis is
   9   Dr. Jewell, correct?
  10       A    Yes, that's ultimately correct.
  11       Q    And sitting here today, you don't know if
  12   Dr. Jewell got an updated data package in May 2006
  13   or not?
  14       A    May 22nd.
```

[86:20] - [86:23]     6/8/2006     Farquhar, John (Barnett)

```
page 86
  16       A    You know, I understand that.  I'm just
  17   thinking of May 22nd and I'm trying to guess the
  18   dates that these were produced.  I would think they
  19   would likely have been in April but I can't be sure.
  20       Q    I would have to ask Dr. Jewell what data
  21   he used for his Protocol 203?
  22       A    Correct.  And where he got it, and when he
  23   received it.
  24       Q    Thank you, Dr. Farquhar.
  25       A    You're welcome.
page 87
   1       Q    Can you go back to the APPROVe paper.
   2       A    Yes.
```

[141:9] - [150:14]     6/8/2006     Farquhar, John (Barnett)

```
page 141
   5   not supposed to use that.  But I believe that the
   6   APPROVe investigators designed the study
   7   appropriately.
   8   BY MR. MORTARA:
   9       Q    Dr. Farquhar, I'm asking you about the
  10   second page of Professor Lagakos' essay where he's
  11   discussing the problem of multiple subgroup analyses
  12   and the possibility of false positives.  The first
  13   sentence of the last paragraph of the first column
  14   of that page says:  "One way to correct for the
  15   inflated false positive rate when multiple subgroup
  16   analyses are conducted is to apply a stricter
  17   criterion than the usual P equals 0.05 for judging
  18   the significance of each interaction test."
  19            Do you see that?
  20       A    I see that.
  21            MR. ARBITBLIT:  Objection to form.
  22            THE WITNESS:  And this --
  23   BY MR. MORTARA:
  24       Q    Dr. Farquhar -- the question is do you see
```

6/08/2006 John Farquhar Deposition Excerpts

• Dedrick - Daubert (Farquhar)

```
                        25  that?
                        page 142
                        1            MR. ARBITBLIT:  Don't interrupt him.
                        2            THE WITNESS:  I see that.  As I said, I
                        3   see everything that's in here.  And this entire
                        4   paragraph, and all the implications of it, are grist
                        5   for the mill of a discussion with Professor Jewell.
                        6   Professor Jewell has his way of looking at life and
                        7   he may or may not agree with this paragraph.  I
                        8   can't say since I am not a biostatistician.  This is
                        9   statistician language.
                        10  BY MR. MORTARA:
                        11       Q   You rely on Professor Jewell for
                        12  information of this character, correct?
                        13           MR. ARBITBLIT:  Object to form.
                        14           THE WITNESS:  I rely on Professor Jewell
                        15  currently as my colleague in not only this
                        16  consultation on Vioxx but on other issues.
                        17           And I also -- well, I'll just add that the
                        18  previous colleague, who is now no longer with us,
                        19  was one of the individuals who trained Professor
                        20  Jewell.  And so there's a long legacy of my
                        21  connection to Jewell and a long legacy of my trust
                        22  in his skill, ability and wisdom.
                        23           And what I am saying to you now is this
                        24  long paragraph on the second page here, he would
                        25  need to be asked how he interprets that and whether
                        page 143
                        1   or not it's in contradiction to what he has put in
                        2   his text; and if so, how would he handle what's been
                        3   done in the APPROVe study and in our particular
                        4   analyses of the 203.
                        5            I shouldn't have said APPROVe; I should
                        6   have said 203, and APPROVe as well.
                        7        Q   Dr. Farquhar, the plaintiffs' attorneys
                        8   are not going to let me ask questions of Dr. Jewell,
                        9   unfortunately.  You have relied on Dr. Jewell and
                        10  written things about significant interaction in your
                        11  report, and I'm asking you what your understanding
                        12  of Professor Lagakos' essay is with respect to what
                        13  the appropriate p-value for interaction is to use
                        14  when multiple subgroup analyses are performed.
                        15           Do you understand what Professor Lagakos
                        16  is talking about?
                        17           MR. ARBITBLIT:  Object to form.
                        18           THE WITNESS:  Well, you know, about six
                        19  answers ago, I said the entire topic of subgroup
                        20  analyses has been around for a long time, and I
                        21  return to this answer, and then I think I'll want to
                        22  say I've answered the questions regarding this topic
                        23  by saying I rely fully on Professor Jewell's
                        24  attitudes and concepts and beliefs and opinion about
                        25  this paragraph and how it applies to our analyses on
                        page 144
                        1   203 and APPROVe and of VIGOR and of any of the other
                        2   studies that we've analyzed.
                        3   BY MR. MORTARA:
                        4        Q   Have you ever asked Professor Jewell what
                        5   he thinks of Professor Lagakos' views?
                        6            Did you say no?
                        7        A   Well --
                        8            MR. ARBITBLIT:  Object to form.
                        9            THE WITNESS:  I told you that I haven't
                        10  seen the Lagakos article, so I can't have discussed
                        11  this specific article with him.  I have had
                        12  discussions on topics related to interaction tests.
                        13  BY MR. MORTARA:
                        14       Q   Your report says on page 7 of your
                        15  supplemental report:  "Tests of significant
                        16  interaction may be appropriately set at levels
                        17  greater than P equals 0.05," correct?
                        18       A   Well, we discussed that some time ago and
```

6/08/2006 John Farquhar Deposition Excerpts

• Dedrick - Daubert (Farquhar)

```
            19  I said this is Professor Jewell's view and I hold to
            20  his views.
            21      Q    Whereas Professor Lagakos says:  "One way
            22  to correct for the inflated false positive rate when
            23  multiple subgroup analyses are conducted is to apply
            24  a stricter criterion than the usual P equals 0.05."
            25           That means Professor Lagakos thinks you
page 145
 1  should go lower than 0.05 but Professor Jewell
 2  thinks you can be higher than 0.05, correct?
 3           MR. ARBITBLIT:  Object to form.  Assumes
 4  facts not in evidence.
 5           THE WITNESS:  Return to the fact that
 6  Jewell has his beliefs and his way of analyzing data
 7  and he may or may not have a fundamental difference
 8  of opinion with Lagakos.  And I submit that a single
 9  article taken out of context cannot answer that
10  question of whether there is a wide disparity
11  between those two gentlemen.
12  BY MR. MORTARA:
13      Q    Dr. Farquhar, the first full sentence in
14  the second column on that same page says:  "For
15  example, if 10 tests are conducted, each one should
16  use 0.005 as the threshold for significance."
17           Do you see that?
18           MR. ARBITBLIT:  Object to form.
19           THE WITNESS:  I see the whole article and
20  I return to -- I prefer to rely on Professor Jewell
21  and any subsequent dissection of this article, my
22  answer is that I trust Professor Jewell's views on
23  all items.
24  BY MR. MORTARA:
25      Q    Do you recall earlier telling me you
page 146
 1  thought at least ten subgroup analyses had been
 2  performed in the APPROVe study?
 3           MR. ARBITBLIT:  Object to form.
 4           THE WITNESS:  Ten subgroup analyses have
 5  not been performed on the 203 study.  And --
 6  BY MR. MORTARA:
 7      Q    Dr. Farquhar, could you turn to page 6 of
 8  your report.  And the Section C is entitled:
 9  "Patients in APPROVe."
10           Do you see that?
11      A    Yes.
12      Q    Section C of your supplemental report is
13  not about Protocol 203, is it?
14      A    No.
15      Q    Dr. Farquhar, over ten subgroup analyses
16  have been performed on the APPROVe data and
17  Professor Lagakos thinks that you should use at
18  least 0.005 as the threshold for significance, if
19  not something lower; isn't that right?
20           MR. ARBITBLIT:  Object to form,
21  mischaracterizes the record.  Professor Lagakos has
22  never had anything to say about APPROVe.
23           THE WITNESS:  Boy, oh boy.  You know, my
24  answer is I'm trying to get away from Lagakos and on
25  to Jewell.  So any opinion that Lagakos has
page 147
 1  expressed, I'll say again is not -- is out of
 2  context, and Professor Jewell has his reasons for
 3  picking a certain method of analysis and its
 4  interpretation, and I trust his views.  And I do
 5  not, at this point, have any opinions to offer about
 6  Lagakos.
 7  BY MR. MORTARA:
 8      Q    You trust Dr. Jewell and the jury's
 9  supposed to trust you when you say you trust
10  Dr. Jewell, correct?
11           MR. ARBITBLIT:  Object to form.
12  Argumentative.
```

6/08/2006 John Farquhar Deposition Excerpts

• Dedrick - Daubert (Farquhar)

```
13          MR. MORTARA:  Withdrawn.
14          THE WITNESS:  I'm not concerning myself
15  with juries.  I'm concerning myself with trusting
16  Professor Jewell.
17  BY MR. MORTARA:
18      Q   Dr. Farquhar, do you know if plaintiffs'
19  attorneys are going to allow Dr. Jewell to explain
20  himself and his analysis?
21      A   My belief is that they would, yes.  But I
22  haven't asked the attorneys if they have such a
23  plan.
24      Q   Do you think the plaintiffs' attorneys
25  should allow Dr. Jewell to come to trial and explain
page 148
1   to the jury his analysis and explain, if he can,
2   Professor Lagakos' views?
3           MR. ARBITBLIT:  Object to form.
4           THE WITNESS:  I have no informed opinion
5   on what should happen with juries.  I just don't
6   know anything about that field.  So --
7   BY MR. MORTARA:
8       Q   Dr. Farquhar, I'll withdraw the question
9   and ask you this:  You talk about tests for
10  significant interaction in your report, correct?
11      A   Yes.
12      Q   You rely on Dr. Jewell for that analysis,
13  correct?
14      A   Correct.
15          MR. ARBITBLIT:  Object to form.
16  BY MR. MORTARA:
17      Q   In explaining the tests for significant
18  interaction that you disclose in your report, do you
19  think that Dr. Jewell would do a better job
20  explaining what this means and explaining how
21  Professor Lagakos' essay affects his views?
22      A   Do I think Jewell --
23      Q   Withdrawn.
24          Dr. Farquhar, do you think it's
25  appropriate to have Dr. Jewell explain himself as to
page 149
1   what he meant by the appropriate P for significant
2   interaction that you're relying on?
3       A   Well, I would say if that is something
4   that you and other attorneys would like to do, then
5   fine.  He needs to speak for himself.
6       Q   Dr. Farquhar, you understand that --
7   withdrawn.
8           The last sentence of the first full
9   paragraph on the third column of the second page of
10  the Lagakos essay, says:  "Post hoc subgroup
11  analyses undertaken because of an intriguing trend
12  seen in the results or selective reporting of
13  certain subgroup analyses can be especially
14  misleading."
15          Do you see that?
16          MR. ARBITBLIT:  Object to form.
17          THE WITNESS:  I see that, but please honor
18  my previous statements that anything in the Lagakos
19  paper which is contrary to Professor Jewell's modus
20  operandi and planning for analyses needs to say that
21  Jewell trumps Lagakos.  And I really -- I'm trying
22  to avoid further discussion about Lagakos.
23  BY MR. MORTARA:
24      Q   You're trying to avoid further discussion
25  of Professor Lagakos' essay, correct?
page 150
1           MR. ARBITBLIT:  Object to form.
2           THE WITNESS:  I'm trying to elevate the
3   respect for Professor Jewell.
4   BY MR. MORTARA:
5       Q   Dr. Farquhar, do you agree or disagree
6   that "Post hoc subgroup analyses undertaken because
```

6/08/2006 John Farquhar Deposition Excerpts

• **Dedrick - Daubert (Farquhar)**

```
                          7   of an intriguing trend seen in the results or
                          8   selective reporting of certain subgroup analyses can
                          9   be especially misleading"?
                         10         MR. ARBITBLIT:  Object to form.
                         11         THE WITNESS:  I propose that that question
                         12   be asked for Professor Jewell and put into the
                         13   context of the APPROVe study and the specific
                         14   analyses that he and I performed.
                         15   BY MR. MORTARA:
                         16      Q   You can't answer that question, correct?
                         17         MR. ARBITBLIT:  Object to form.  Asked and
                         18   answered many times.
```

[212:4] - [212:18]        6/8/2006      Farquhar, John (Barnett)

```
                         page 211
                         25      A   You just repeated what I just said.  So I
                         page 212
                          1   agree with myself.
                          2         MR. ARBITBLIT:  Objection.
                          3   BY MR. MORTARA:
                          4      Q   Do you agree that the Alzheimer studies in
                          5   Vioxx did not replicate the APPROVe findings on
                          6   adverse cardiovascular events?
                          7      A   I don't agree at all with that.
                          8      Q   Would you agree that two long-term,
                          9   placebo-controlled trials in patients with early
                         10   Alzheimer's disease, including up to four years'
                         11   treatment in a small number of patients, did not
                         12   show a significant difference in CV events between
                         13   rofecoxib 25 milligrams once daily and placebo?
                         14      A   I don't agree with that.  And I can give
                         15   you the basis for that disagreement if you want it.
                         16      Q   You rely on Dr. Kronmal as the basis for
                         17   your disagreement with that?
                         18      A   Correct, I do.  In my September -- I'll
                         19   wait for a question.  I'm sorry.
                         20         MR. MORTARA:  I'm going to mark
                         21   Dr. Kronmal's April 2005 report as Exhibit 12 to
                         22   your deposition.
```

[217:7] - [217:10]        6/8/2006      Farquhar, John (Barnett)

```
                         page 217
                          3   data on a single rather than more than one study.
                          4      Q   Merck provided a meta-analysis with
                          5   Protocols 078 and 091 to the FDA on cardiovascular
                          6   events, didn't it?
                          7      A   At this point, I have to say that my
                          8   conclusions about Alzheimer's are based on Kronmal.
                          9   I didn't put time into assessing the literature
                         10   beyond what Kronmal had.
                         11      Q   You looked at Dr. Kronmal's report, but
                         12   you didn't want to know how Merck analyzed the data?
                         13         MR. ARBITBLIT:  Object to form.
                         14   Argumentative.
```

[244:18] - [246:14]       6/8/2006      Farquhar, John (Barnett)

```
                         page 244
                         14         And I'm just, at this point, not
                         15   sufficiently certain of the other NSAIDs, except my
                         16   current belief is that Vioxx stands out among them
                         17   as a hypertensogenic NSAID.
                         18      Q   If you don't know whether ibuprofen causes
                         19   hypertension, how can you know whether Vioxx stands
                         20   out amongst NSAIDs?
                         21      A   Well, I start an answer to that with
                         22   greater certainty that against placebo and against
                         23   naproxen that Vioxx stands out.  The rest of it, I
```

6/08/2006 John Farquhar Deposition Excerpts

• Dedrick - Daubert (Farquhar)

```
                        24  have to take the data that exists, and I come up
                        25  with a suspicion that Vioxx is a special case
                        page 245
                         1  amongst the NSAIDs.
                         2       Q    On what basis do you form a suspicion that
                         3  Vioxx is a special case if you have not looked at
                         4  data on ibuprofen, diclofenac and other NSAIDs?
                         5            MR. ARBITBLIT:  Objection to form.
                         6            THE WITNESS:  So I wasn't able to deflect
                         7  the questions on this.
                         8            All right.  I'll try again.
                         9            I have assessed the information largely
                        10  from observational epidemiologic studies, and I come
                        11  up with a reaffirmation of my belief that Vioxx
                        12  stands out.
                        13            But I also have a caveat that a lot of
                        14  those comparisons are not done in the manner that I
                        15  would like, a randomized trial.  So my -- what I'm
                        16  trying to say is that at the moment, I'm certain
                        17  that Vioxx is worse than placebo, worse than
                        18  naproxen.  And to be true to trusting randomized
                        19  trials more than observational epidemiologic
                        20  studies, I'd say I have greater confidence in that
                        21  than I would on other assertions.
                        22            The observational epidemiologic studies
                        23  give varying results, but they -- they add a
                        24  certain -- well, the observational studies are
                        25  admittedly imperfect.  At the moment, I suspect that
                        page 246
                         1  Vioxx stands out among all the NSAIDs in its blood
                         2  pressure effect.  But at the moment, I cannot be
                         3  certain whether valdecoxib and a few others might be
                         4  similarly disposed.
                         5            But you know, here we are, Vioxx is
                         6  removed from the market, and that's good.  The FDA
                         7  is struggling with labels and what to say about
                         8  other NSAIDs.  There's a lot of uncertainty in their
                         9  mind.
                        10            So when I say I'm certain of certain
                        11  aspects of Vioxx and blood pressure, I mean that.
                        12  When I say I suspect that Vioxx is among the
                        13  greatest offenders in raising blood pressure, that's
                        14  based on less convincing data.
                        15  BY MR. MORTARA:
                        16       Q    Dr. Farquhar, you're certain that Vioxx
                        17  increases blood pressure over placebo and naproxen,
                        18  correct?
```

[289:25] - [292:23]        6/8/2006     Farquhar, John (Barnett)

```
                        page 289
                        21            MR. ARBITBLIT:  No further questions.
                        22
                        23                  FURTHER EXAMINATION
                        24  BY MR. MORTARA:
                        25       Q    Dr. Farquhar, did you look at any clinical
                        page 290
                         1  studies that compared Vioxx to diflunisal for
                         2  hypertension?
                         3       A    I've never heard the word diflunisal.
                         4       Q    Did you look at any clinical studies that
                         5  compared Vioxx to etodolac for hypertension?
                         6       A    No, I have not.
                         7       Q    Did you look at any clinical studies that
                         8  compared Vioxx to fenoprofen for hypertension?
                         9       A    I have not.
                        10       Q    Did you look at any clinical studies that
                        11  compared Vioxx to fenoprofen for hypertension?
                        12       A    No.  And may I ask if these are all
                        13  randomized control trials with a sufficient size to
                        14  draw conclusions?
```

6/08/2006 John Farquhar Deposition Excerpts

• Dedrick - Daubert (Farquhar)

```
15      Q    Any clinical studies of any kind.
16           Did you look at any clinical studies of
17 any kind comparing Vioxx to flurbiprofen for
18 hypertension?
19      A    I have not.
20      Q    Did you look at any clinical studies
21 comparing Vioxx to ketoprofen for hypertension?
22      A    I have not.  But again, I ask -- I'm not
23 allowed to ask, but I would want to know in all of
24 these that you're citing, how many of them are
25 randomized clinical trials with a sufficient sample
page 291
1 size to allow conclusions to be drawn.
2       Q    Any clinical trials of any kind.  Did you
3 look at any clinical trials comparing mefanamic acid
4 to Vioxx for hypertension?
5            MR. ARBITBLIT:  Object to form.
6            THE WITNESS:  Mefanamic acid is a
7 substance that I don't know about, and I would
8 prefer to answer questions about NSAIDs that are
9 currently widely available in the United States.
10           And at the moment, I still submit that
11 Vioxx appears to be the most hypertensive drug ever
12 marketed for chronic disease.  And I've, you know,
13 cited the evidence for that.  You're now bringing up
14 drugs that, to the best of my knowledge, are not
15 widely available as NSAIDs in this country.
16 BY MR. MORTARA:
17      Q    Have you ever reviewed any clinical study
18 of any kind comparing meloxicam or Mobic to Vioxx
19 for hypertension?
20      A    I haven't seen any randomized clinical
21 trial comparing Vioxx to Mobic.
22      Q    Have you ever reviewed any clinical study
23 of any kind comparing nabumetone or Relafen to Vioxx
24 for hypertension?
25      A    There's a nabumetone study somewhere that
page 292
1 I would need to look up, but at the moment I would
2 say I have not seen a randomized clinical trial on
3 nabumetone.
4       Q    Have you ever reviewed a randomized
5 clinical trial or any clinical trial comparing
6 oxaprozin or Daypro to Vioxx for hypertension?
7       A    Oxaprozin or Daypro to Vioxx in a
8 randomized clinical trial, no.
9       Q    Have you ever reviewed any clinical study
10 of any kind comparing piroxicam or Feldene to Vioxx
11 for hypertension?
12      A    I have not reviewed a randomized clinical
13 trial comparing Vioxx to Feldene.
14      Q    Have you ever reviewed any clinical trial
15 of any kind comparing sulindac or Clinoril to Vioxx
16 for hypertension?
17      A    I have not reviewed a randomized clinical
18 trial comparing sulindac to Vioxx.
19      Q    Have you ever reviewed any clinical trial
20 comparing tolmetin to Vioxx for hypertension?
21      A    I have never reviewed a randomized
22 clinical trial comparing tolmetin to Vioxx in
23 respect to hypertension.
24      Q    You understand that the FDA has concluded
25 that all nonsteroidal antiinflammatory drugs
page 293
1 increase hypertension, correct?
2            MR. ARBITBLIT:  Object to form.
```

[298:1] - [298:23]    6/8/2006    Farquhar, John (Barnett)

```
page 297
22
```

**6/08/2006 John Farquhar Deposition Excerpts**

• **Dedrick - Daubert (Farquhar)**

```
                23
                24
                25
             page 298
             1    STATE OF CALIFORNIA       )
             2    : ss
             3    COUNTY OF SAN FRANCISCO   )
             4
             5    I, the undersigned, a Certified Shorthand Reporter of the
             6    State of California, do hereby certify:  That the foregoing
             7    proceedings were taken before me at the time and place
             8    herein set forth; that any witnesses in the foregoing
             9    proceedings, prior to testifying, were placed under oath;
            10    that a verbatim record of the proceedings was made by me
            11    using machine shorthand which was thereafter transcribed
            12    under my direction; further, that the foregoing is an
            13    accurate transcription thereof.
            14    I further certify that I am neither financially interested
            15    in the action nor a relative or employee of any attorney of
            16    any of the parties.  IN WITNESS WHEREOF, I have this date
            17    subscribed my name.
            18            Dated: _____
            19
            20    _____
            21            DARCY J. BROKAW, CSR No. 12584
            22
            23
            24
            25
             page 299
             1         -  -  -  -  -  -
                           E R R A T A
```