**10/10/2005 John Farquhar Deposition Excerpts**

• Dedrick - Daubert (Farquhar)

| | | |
|---|---|---|
| [1:1] - [1:24] | 10/10/2005   Farquhar, John (Irvin-Plunkett) | |

```
page 1
 1                   UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  VIOXX                    )
                                      )
 5   PRODUCTS LIABILITY LITIGATION    )
                                      ) MDL No. 1657
 6                                    )
     _____)
 7
 8
 9
10
11
12
13
14
15                        DEPOSITION OF:
16                    JOHN W. FARQUHAR, M.D.
17                   MONDAY, OCTOBER 10, 2005
18
19
20
21
22
23
24   Reported by:  MARK I. BRICKMAN, CSR, RPR
                   License No. 5527
25
page 2
 1                    A P P E A R A N C E S
 2
     For the Plaintiff:         LIEFF, CABRASER, HEIMANN &
```

| | | |
|---|---|---|
| [12:19] - [14:10] | 10/10/2005   Farquhar, John (Irvin-Plunkett) | |

```
page 12
15   repository of the biostatisticians that we have in the
16   school of medicine.
17           So I used each of these two gentlemen in the
18   analyses that appear in the report.
19       Q.      Do you ever the expertise, sir, to
20   individually analyze the SAS files that were presented to
21   you?
22               MR. ARBITBLIT:   Object to form.
23               THE WITNESS:   I think what I have to say
24   about that is the tradition that I have followed from the
25   beginning -- excuse me -- of my scientific career, and
page 13
 1   that is to use my statistician colleagues as individuals
 2   with whom I work closely.  I trust their skills and I
 3   remain one step removed from the data management process.
 4               The way things have developed is that they
 5   are using programs and they set it up and we discuss
 6   together well, what -- what are we going to do, but
 7   they're the ones that, so to speak, press the button on
 8   the computer that then spells it out.
 9               So, for example, I'd be sitting in David
10   Ahn's office, and I can just see it.  He's sitting there
11   and I'm sitting in the chair and he comes out with the
12   data, it appears on his screen.
13               He prints it, he brings it in.  We look at
14   it and we -- we go from there.
15               So it's a -- it's a very close comradeship,
16   but it's one in which I must trust their skills and
17   abilities that extend beyond mine in the details of the
18   management of SAS programs and things of that sort.
```

**10/10/2005 John Farquhar Deposition Excerpts**

• Dedrick - Daubert (Farquhar)

```
            19          MR. PARKER:   I understand it was a
            20 collaborative process.
            21     Q.        Is it correct, however, Doctor that you did
            22 not personally review the SAS files, but relied upon as
            23 you just explained --
            24     A.        Right.
            25     Q.        -- the skill and expertise of your
page 14
             1 colleagues?
             2          MR. ARBITBLIT:   Objection to form.
             3          THE WITNESS:   There's some semantic issues
             4 involved in here, Mr. Parker, and I don't want to misstate
             5 it.  I don't want to overstate what I do, but neither do I
             6 wish to understate what I do.
             7          I am intimately involved in the process of
             8 making the decisions on what analytical methods that might
             9 be used and I don't know if I've given you a good enough
            10 answer here.  I'm trying to say it correctly.
            11          So could you restate --
            12     Q.        Sure.
            13     A.        -- what it is explicitly --
            14     Q.        Sure.
```

[16:5] - [17:9]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 16
 1 scientific colleague, would you agree that in general it's
 2 important to review all of the relevant scientific data
 3 before reaching conclusions?
 4          MR. ARBITBLIT:   Object to form.
 5          THE WITNESS:   Yes.  I certainly can't argue
 6 against that.  I think the question I suppose could come
 7 up on -- on what is -- I'll put it -- let me answer that
 8 in -- in a way where I say I would pass judgment on the
 9 relevance of different kinds of data for the topic at
10 hand, and expand on that briefly.
11          Anything that is involved in observational
12 epidemiology has less relevance to the causality question
13 than the data that comes out of the randomized control
14 trials, and within randomized control trials, there is a
15 value judgment which one can assign as to the nature of
16 the trial, how well it was put together, its size and
17 other attributes of that that lead you toward a value
18 judgment of quality of -- of a study.
19          So I -- I'm giving you a more complex answer
20 because I think that the scientist has an obligation to
21 look at all of the data, but to assess the data in a
22 manner which recognizes the possibility of a higher degree
23 of relevance of data to the topic at hand from one body
24 data as compared to another.
25          MR. PARKER:   Q.   But by the same token,
page 17
 1 would you agree that good scientific method does not -- is
 2 not demonstrated by a scientist selectively ignoring
 3 relevant quality data because it doesn't support his or
 4 her hypothesis?
 5          MR. ARBITBLIT:   Object to form.
 6          THE WITNESS:   You know, as I hear the
 7 question, it's almost asking me is -- did I ignore
 8 scientifically relevant data because I wanted the answer
 9 to come out in a certain way.
10          MR. PARKER:   It's not directed to you, sir,
11 at this moment.  I'm asking for a general proposition.
12          THE WITNESS:   Well, clearly every scientist
13 worth his or her salt is beholden to Solomon's principles
```

[56:3] - [57:3]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 55
24          MR. ARBITBLIT:   Object to form.
25          THE WITNESS:   Yes.  It means that.  I've
```

10/10/2005 John Farquhar Deposition Excerpts

• Dedrick - Daubert (Farquhar)

```
page 56
 1  already said that I accepted what was in the publication
 2  and I still do.
 3            MR. PARKER:   Q.   Doctor, you, in addition
 4  to reviewing the published literature, in addition to
 5  reviewing with your colleagues the SAS files, also
 6  included a review of some of the internal Merck documents;
 7  is that correct?
 8       A.   Right, yes.
 9       Q.   Did you also review any deposition testimony
10  taken in this litigation?
11       A.   Yes.
12            Is it possible for someone to provide me
13  with a list of all of the things that I've seen so that I
14  can jog my memory when you ask me question like this?
15            Yes, I have looked at some depositions.
16       Q.   Do you know which depositions you've looked
17  at?
18       A.   That's why I want to have the -- so all
19  right.  Depositions that I've looked at.  There was a
20  Skulnick deposition which was very thick (Indicating).
21  I didn't read it all.
22            There was a deposition of Cromwell and I
23  read that.  There was a deposition -- well, I wouldn't
24  mind looking at that document to see --
25       Q.   If you have it, sir, by all means pull it
page 57
 1  out.
 2       A.   I don't have it in front of me, but, you
 3  know --
 4            MR. ARBITBLIT:   It's been provided to you,
 5  Counsel.
 6            MR. PARKER:   I'm not asking for it.  Your
 7  witness is.
```

[58:13] - [59:15]              10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 58
 9            THE WITNESS:   Well, the data safety and
10  monitoring boards blew the whistle on the termination of
11  the Approve study, as an example, and so I don't have any
12  objection to that, no.
13            MR. PARKER:   Q.   Okay. Doctor, does the
14  term "Fitzgerald hypothesis" have any meaning to you?
15       A.   I'm going to give you a fairly long answer
16  on that.
17       Q.   The first question is yes or no.
18       A.   Yes.  It has a lot of meaning to me.
19       Q.   All right.
20       A.   I think the main point I want to get across
21  as an epidemiologist, I need not spend a lot of time on
22  the question of the internal mechanisms by which a
23  thrombus appears.
24            It isn't -- it isn't part of the data that
25  I'm examining to -- examining to draw conclusions that are
page 59
 1  relevant to -- to Vioxx.
 2            I -- I have great respect for Dr.
 3  Fitzgerald.  I -- I agree with the proposition that there
 4  is very likely a propensity for thrombosis induced by
 5  Vioxx, but just to make the -- the point clear,
 6  cardiologists when they think about coronary artery
 7  disease and its complications, they don't start with the
 8  word thrombosis, thrombogenesis.
 9            They start with the atherosclerosis and
10  atherosclerotic plaques and hemorrhage into such plaques
11  or erosion of such plaques with the idea that thrombus
12  formation is secondary to the primary event.
13            So the data I have in front of me has to do
14  with principally the appearance of serious heart disease
15  and its complications.
```

**10/10/2005 John Farquhar Deposition Excerpts**

• Dedrick - Daubert (Farquhar)

```
                16          MR. PARKER:   Move to strike the non-
             17 responsive portion of your answer.
             18     Q.      Doctor, your report does describe and
             19 discuss mechanisms of prostacyclin-thromboxane imbalance;
```

[63:1] - [63:4]     10/10/2005   Farquhar, John (Irvin-Plunkett)

```
             page 62
             22          MR. ARBITBLIT:   Objection.  Asked and
             23 answered.
             24          THE WITNESS:   Hypertension.
             25          MR. PARKER:   Hypertension?  Okay.
             page 63
             1     Q.      Doctor, you do not consider yourself to be
             2  an expert on the issue of prostacyclin-thromboxane
             3  imbalance; do you?
             4     A.      No, I don't.
             5     Q.      Doctor, have you -- and I'm going to come to
             6  hypertension, but can you recall seeing any published
             7  literature or anything internal to Merck that demonstrates
             8  that Vioxx increases the serum levels of thromboxin?
```

[66:25] - [67:7]    10/10/2005   Farquhar, John (Irvin-Plunkett)

```
             page 66
             21 prostacyclin thromboxane theory; do you not?
             22          MR. ARBITBLIT:   Asked and answered.
             23          THE WITNESS:   I certainly do cite an
             24 article that is relevant to that.
             25          MR. PARKER:   And Doctor, I'll move on if
             page 67
             1  you're prepared to tell me that you do not hold yourself
             2  out as having any particular expertise in understanding or
             3  explaining the scientific evidence in this theory.
             4     Q.      Are you prepared to do that?
             5          MR. ARBITBLIT:   Object to form.
             6          THE WITNESS:   I am not prepared to examine
             7  the scientific evidence in support of that theory.
             8          MR. PARKER:   Q.   Okay.  Doctor, if
             9  something makes a person prothrombotic, you would expect
             10 that their bleeding time would decrease as clotting
             11 increases; is that correct?
```

[98:4] - [98:20]    10/10/2005   Farquhar, John (Irvin-Plunkett)

```
             page 97
             25     Q.      Doctor, if you wouldn't mind turning to
             page 98
             1  table 2 in the Vigor study that I handed you, please.
             2     A.      (Complying)  Table 2, baseline
             3  characteristics.
             4     Q.      And if looking at the baseline
             5  characteristics of the people who participated in the
             6  Vigor trial would help you refine those estimates, please
             7  do so.
             8          What I'm asking you, Doctor, is:  Looking at
             9  the actual baseline characteristics of the people who
             10 participated in Vigor, can you give me either as a group
             11 or by gender the per year incident rate of heart attacks
             12 in the period of 1999 to 2000?
             13          MR. ARBITBLIT:   Object to form.
             14          THE WITNESS:   There -- there's a great deal
             15 of information that is not here that would change the
             16 answer a great deal.
             17          The presence of rheumatoid arthritis is
             18 commonly considered as something that increases risk.  I
             19 haven't looked into that particular relationship to any
             20 extent, but I don't see a lot of the risk factors listed.
             21          Perhaps -- is there another table?
             22          MR. PARKER:   You are free to look, Doctor.
```

**10/10/2005 John Farquhar Deposition Excerpts**

• **Dedrick - Daubert (Farquhar)**

```
                             23  I --
                             24          THE WITNESS:   I don't think there is.
```

[125:23] - [126:18]     10/10/2005   Farquhar, John (Irvin-Plunkett)

```
                        page 125
                        19  Targum memo.  Perhaps you can answer the question.
                        20          Can you tell me, sir, what the calculated
                        21  rate was for heart attacks in the Vioxx arm of this study?
                        22      A.      For MI is .74.  For Naproxen is .15.
                        23      Q.      Doctor, in the course of your review of the
                        24  Vioxx literature, have you looked at the reported annual
                        25  incident rate for heart attacks in the Celebrex studies to
                        page 126
                        1   see whether they're comparable?
                        2           MR. ARBITBLIT:   Object to form.
                        3           THE WITNESS:   I haven't looked at Celebrex
                        4   studies with any degree of completeness.
                        5           MR. PARKER:   Q.   Doctor, earlier today we
                        6   talked about the fact that people with rheumatoid
                        7   arthritis are thought to be at higher risk for heart
                        8   attacks and other cardiovascular diseases than the general
                        9   population without rheumatoid arthritis; correct?
                        10      A.      That is often said.  My view of randomized
                        11  trials is that one needs to compare the two groups without
                        12  spending much time to try and decide whether either group
                        13  is representative of the group from which they're derived,
                        14  because now after randomization, the -- the quest of the
                        15  investigators to see how those two groups differ.
                        16          It is not to confirm or deny their
                        17  comparability to the -- as I say, the groups from which
                        18  they are derived in the general population.
                        19      Q.      Doctor, can you identify for me any other
                        20  scientific evidence that reports that a group of people
                        21  with rheumatoid arthritis -- I seem to have dropped my
                        22  microphone here -- have an MI rate as low as one-tenth of
```

[131:16] - [132:6]      10/10/2005   Farquhar, John (Irvin-Plunkett)

```
                        page 131
                        12          MR. PARKER:   Q.   And are you familiar with
                        13  the paper that I just handed you that I've marked as
                        14  Exhibit Number 7?
                        15      A.      Yes, I'm familiar with this.
                        16      Q.      And do you have any criticisms of the
                        17  methodology used by Dr. Graham and his colleagues in this
                        18  paper?
                        19      A.      I have a generic -- excuse me.  A generic
                        20  criticism of this study and any others that derive data
                        21  from health insurance companies and do as they did a
                        22  retrospective analysis of events.
                        23          Their observational studies are not
                        24  randomized clinical trials.  They are subject to
                        25  confounding that doesn't allow you to conclude with the
                        page 132
                        1   same agree of assurance that one can in a randomized
                        2   trial.
                        3           So I put this in the same category of
                        4   general disapproval of those methods of trying to seek
                        5   evidence for harm or protection from pharmaceutical
                        6   agents.
                        7       Q.      Do I understand, then, Doctor, that you do
                        8   not believe that this study produced reliable evidence on
                        9   which to assess the CV safety of Vioxx?
                        10          MR. ARBITBLIT:   Object to form.
```

[189:24] - [190:6]      10/10/2005   Farquhar, John (Irvin-Plunkett)

```
                        page 189
                        20      Q.      Firstly, when you combine all of the
```

10/10/2005 John Farquhar Deposition Excerpts

• Dedrick - Daubert (Farquhar)

```
21  information and leave nothing out with respect to the
22  adjudicated results --
23       A.      Yes.
24       Q.      -- will you agree that there is no
25  statistically significant separation of those events
page 190
1   between Vioxx and placebo within the first eighteen
2   months?
3              MR. ARBITBLIT:  Object to form.
4              THE WITNESS:  Well, Mr. Parker, there's no
5   statistically significant difference, but there is a
6   difference, and the relative risk is 1.18 at six months.
7              There was a curious phenomenon when one
8   looks at the data that earlier there is a 1.43, but that's
9   something -- the point is that if you're doing a
10  controlled trial -- and here we have to get into the weird
```

[194:15] - [197:3]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 194
11  what did something show at two months is really going out
12  on a limb.
13             MR. PARKER:  Well, Doctor, let me rephrase
14  the question.
15       Q.     Do you have any evidence, based upon your
16  review of the adjudicated data, that there was a
17  statistically significant increased risk for MI, MI at two
18  months use of Vioxx or less?
19             MR. ARBITBLIT:  Object to form.
20             THE WITNESS:  So you're going to persist on
21  two months?
22             MR. PARKER:  It happens to be the facts in
23  this case, Doctor.
24             MR. ARBITBLIT:  Object to form.
25             THE WITNESS:  I see.  Well --
page 195
1              MR. ARBITBLIT:  Mischaracterizes the record
2   and the scientific evidence.
3              THE WITNESS:  Well, I would draw your
4   attention to the high risk group (Indicating), and out of
5   eighteen events, eleven -- let's see.  One, two, three,
6   four, five, six, seven, eight, nine, ten, eleven, twelve
7   or 13 of those eighteen events occurred in the first
8   eighteen months, and if you look at that in the first two
9   months, there are a couple.  There are none in the
10  Approve.
11             Now, are we going to use this high-risk data
12  to prove that two months is all you need?
13             Well, we don't have a clinical trial that is
14  designed to answer the question in two months, but if
15  we're going to draw inferences from data available, we
16  would certainly look at this as well as the eleven out of
17  seventeen congestive failure events that occurred in the
18  first eighteen months and say that a lot's happening soon.
19             MR. PARKER:  Q.  Are you done, sir?
20       A.     Okay.  Just getting warmed up.  Well, I'm --
21  you know.  I'm done.
22       Q.     Done with respect to answering my question?
23       A.     I'm done.  I think you had a question about
24  two months and I --
25       Q.     Yes, sir, I did.
page 196
1        A.     And I'm trying to say that -- well, I can't
2   ask you any questions, but I know that no study has been
3   designed to answer statistically what is going on in two
4   months.
5              But there's a generalization that when you
6   end up with a relative risk at the end of the trial, you
7   assume it applies throughout.
8        Q.     Well, Doctor, let me take on that -- that
9   statement you just made, but first let me go back and
```

10/10/2005 John Farquhar Deposition Excerpts

• Dedrick - Daubert (Farquhar)

```
10  confirm something.
11          Whether or not you believe it should have
12  been done, wasn't done, you're -- sitting here right now,
13  you are not aware of any evidence that shows a
14  statistically significant increased relative risk between
15  Vioxx and placebo at 25 milligrams of use two months or
16  less?  Is that not correct, sir?
17      A.    That's not correct, and the reason it's not
18  correct is because this high-risk (Indicating) analysis
19  which is significant at eighteen months, that at eighteen
20  months, one assumes the relative risk you have that
21  applies for that entire eighteen months.
22          Therefore, there was a significant
23  difference at earlier times -- excuse me -- because the
24  relative risk is the same, and your assumption -- if the
25  relative risk is the same throughout the course of the
page 197
1   trial, you have to assume that -- well, in this case, if
2   you'd had a large enough sample size, you could find its
3   significance at two months.
4       Q.    Doctor, what you have been calling high risk
5   are people with diabetes and people with symptomatic
6   atherosclerotic disease; is that correct?
7             MR. ARBITBLIT:  Object to form.
```

[270:7] - [270:23]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 270
3   necessary to wait for 36 months before you can see
4   statistically significant differences before 36 months.
5           Now that isn't the case for each and every
6   comparison, however.
7       Q.    Doctor, just so I understand, in your
8   analysis in which you focused on MI, sudden death,
9   unstable angina, you did not find a statistically
10  significant difference between the rates for those three
11  end points until close to three years?
12            MR. ARBITBLIT:  Object to form.
13            THE WITNESS:  Well, as I've explained,
14  that's the case for most of the comparisons.  Nothing
15  surprising.
16            I hope that I've also made it clear that the
17  statisticians will warn us not to look only at the visual
18  appearance of confidence intervals.  They will find
19  instances where the point estimates are statistically
20  different whereas the confidence intervals make it appear
21  that they're not.
22            Is that -- have I made that point clearly
23  enough?
24            MR. PARKER:  Well, yes.
25            THE WITNESS:  Okay.
page 271
1             (Defendant's Exhibit Nos. 11 and 12
2              were marked for identification.)
```

[289:10] - [289:12]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 289
6   Naproxen, but I'd like to return to that.
7       Q.    Doctor, I only got twelve minutes.
8       A.    Well --
9       Q.    If you can answer my question, I'll move on.
10      A.    I'm just -- I'm not interested in being
11  pinned down on observational epidemiology.  It's not
12  important part of my total report.
13      Q.    Well, Doctor, you went on and discussed your
14  analysis of observational epidemiology.
15      A.    I did.
16      Q.    All right.
```

10/10/2005 John Farquhar Deposition Excerpts

• **Dedrick - Daubert (Farquhar)**

[295:12] - [296:11]    10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 295
 8  Doctor.
 9             MR. PARKER:   If I get an answer to it.
10             MR. ARBITBLIT:   He can answer one more time
11  and then we're done.
12             MR. PARKER:   Q.  If you combine all of the
13  thrombotic CV end points as you wont to have done that
14  were included in Merck's CV SOP, the Advantage trial does
15  not report out an increased relative risk with a combined
16  CV thrombotic end points?  Isn't that correct?
17             MR. ARBITBLIT:   Objection.  That's asked
18  and answered; mischaracterized --
19             MR. PARKER:   What is the answer because I
20  haven't heard it?
21             MR. ARBITBLIT:   Mischaracterized the
22  testimony and he did not say he wanted to lump all the
23  thrombotic events.  You want to get a fifth way at his
24  answering it.  You're not even asking the same question.
25  You're mischaracterizing his testimony.
page 296
 1             MR. PARKER:   Counsel, you just used two
 2  minutes.
 3             Doctor, please answer my question.
 4             MR. ARBITBLIT:   If you can answer it, you
 5  can, and this is the last answer and then we're done.  If
 6  you've given your answer, that's all you can do.
 7             THE WITNESS:   I'm sorry, but all I have in
 8  here is the medical officer review which I would want to
 9  review myself.  It says: "There was a trend of excess in
10  serious cardiac thrombotic events ten and three
11  respectively."
12             MR. PARKER:   Q.  Do you know what the ten
13  and three events are?
14             MR. ARBITBLIT:   We're done, Counsel.  You
15  had your last question.
```

[298:1] - [298:25]    10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 297
    JOHN W. FARQUHAR, M.D.    (Notary Public)
24
    Subscribed and sworn to before me
25  this ____ day of _____, 2005.
page 298
 1  STATE OF CALIFORNIA       )
 2  COUNTY OF SAN FRANCISCO   )
 3           I, the undersigned, hereby certify that the
 4  witness in the foregoing deposition was by me duly sworn
 5  to testify the truth, the whole truth and nothing but the
 6  truth in the within-entitled cause; that said deposition
 7  was taken at the time and place therein stated; that the
 8  foregoing is at the time and place therein stated; that
 9  the foregoing is a full, true and complete record of said
10  testimony; and that the witness was given an opportunity
11  to read and correct said deposition and to subscribe the
12  same.  Should the signature of the witness not be affixed
13  to the deposition, the witness shall not have availed
14  himself/herself of the opportunity to sign or the
15  signature has been waived.
16           I further certify that I am not of counsel or
17  attorney for either or any of the parties in the foregoing
18  deposition and caption names, or in any way interested in
19  the outcome of the cause names in said action.
20
21           IN WITNESS WHEREOF I have hereunto set my hand
22  this ____day of _____, 2005.
23
24
                                  _____
```

**10/10/2005 John Farquhar Deposition Excerpts**

• **Dedrick - Daubert (Farquhar)**
    25                                        MARK I. BRICKMAN CSR 5527