UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No.  05-2524 | * | |
| | * | MAGISTRATE |
| ANTHONY WAYNE DEDRICK, | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion of Defendant Merck & Co., Inc. ("Merck") for Order Excluding Certain Testimony of Egil Fosslien, M.D. ("Merck's Motion"),

**IT IS HEREBY ORDERED** that Merck's Motion is **GRANTED**.  The testimony of Egil Fosslien, M.D. identified in Merck's Motion is hereby excluded.

New Orleans, Louisiana, this _____ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE