79. In mice, disruption of the prostacyclin receptor gene results in an exaggerated response to thromboxane receptor agonist, which increases blood pressure, promotes thrombosis, and accelerates atherosclerosis [54].

80. Experimental findings show that prostacyclin receptors form heterocomplexes with thromboxane receptors and thus attenuate the response to thromboxane receptor agonists [55].   This observation offers a mechanism that explains why selective COX-2 inhibition reverses aspirin-induced inhibition of experimental canine in vivo coronary thrombosis and how selective COX-2-inhibition limits the cardioprotective effects of concomitant aspirin therapy and provides reason for concern about increased risk of acute cardiovascular events during therapy with selective COX-2 inhibitors [56].

81. Signal transmission via the IP receptor required receptor isoprenylation, which is inhibited by statin therapy, which raises concerns about long-term statin use [57]. Disruption of the prostacyclin receptor gene in mice significantly accelerated arterial thrombus formation in response to local injury compared with wild mice, but interestingly, also reduced the inflammatory response in response to carrageenan, a standard agent used to induce experimental inflammation [44].

82. Experiments using apoE$^{-/-}$ mice corroborate that altered vasoactive eicosanoid signaling caused by cyclooxygenase inhibition can promote atherogenesis: deletion of the prostacyclin receptor gene accelerates atherosclerosis, but retention of one copy is atheroprotective [58]. In this model, combined inhibition of COX-2 and COX-1 reduces the rate of atherogenesis.  Also, selective COX-2 inhibition alone failed to accelerate atherogenesis, even if prostacyclin levels were significantly

36

M007310584

reduced: inhibiting prostacyclin synthesis in the mouse by up to 60% by inhibition of COX-2 failed to generate atherosclerosis [58]. A likely possibility to explain this response is that COX-1 in normal endothelial cells contributes to prostacyclin synthesis and was not inhibited by selective inhibition COX-2, the isoform that, as noted, is induced by shear stress and other physical forces [48].

83. Evidence that C-reactive protein can contribute to atherogenesis by reducing prostacyclin synthesis was obtained by supplementing cultured human aortic endothelial cells with CRP, which decreased prostacyclin release from cultured human coronary artery endothelial cells. CRP induced superoxide and nitric oxide production, which increased nitration of prostacyclin synthase (PGIS) and inactivated the enzyme, but did not alter PGIS mass [59]. Conversely, in cultured human umbilical vein endothelial cells (HUVECs) high-density lipoprotein (HDL), which is deemed cardioprotective, induced COX-2 expression and increased synthesis of prostacyclin [60]. This latter, beneficial effect of HDL would be reduced by selective inhibition of COX-2.

84. A rare case of a patient with an inherited lack of platelet high-affinity prostacyclin binding sites on platelets resulting in reduced platelet sensitivity to prostacyclin corroborate that prostacyclin signaling is important in counteracting the effects of thromboxane and in preventing thromboxane-induced thrombosis and atherosclerosis. The case involved a 10 year-old girl with Wien-Hietzung syndrome. She suffered from intermittent claudication caused by stenosis of the left popliteal artery. After arterial blood flow was restored by surgical removal of the thrombus the patient was treated with low-dose aspirin, 20 mg daily, and was symptom-free

37

M007310585

five years later[ 61]. This case demonstrates that aspirin-induced reduced thromboxane signaling compensated for the inherited reduction in prostacyclin signaling [62].

### IX.3. Rofecoxib-Induced Prothrombotic State and Atherosclerosis

85. A prothrombotic state is a risk factor for atherosclerosis. Figure 3 illustrates the effects of serum cholesterol on thromboxane ($TxA_2$) and prostacyclin ($PGI_2$) in a rabbit model of atherosclerosis, and suggests why a high serum cholesterol level is a significant risk factor for human atherosclerosis. In fat-fed rabbits thromboxane levels increased by 86% and prostacyclin by 39%, leaving a considerable amount of

Figure 3.  Rabbit model of atherogenesis.
Excess thromboxane ($TxA_2$) signaling in cholesterol-induced atherosclerosis



Ref.: 3478739 = Henriksson P et al # 1987                    Fosslien: Rule26Report2006

relative thromboxane excess ($TxA_2$ excess).  Compared to a rabbit control group, where thromboxane and prostacyclin are expected to be in balance and there would be neither thrombosis nor bleeding, in the cholesterol-fed rabbits a prothrombotic state is induced due to the thromboxane signaling excess.

38

M00731058B

86. Figure 4 illustrates the effect of inhibition of prostacyclin synthesis by a selective COX-2 inhibitor such as rofecoxib. In the normal adult, signaling by the thromboxane pathway and the prostacyclin pathway are in balance, as there is neither visible bleeding nor visible thrombosis. By comparison, in rofecoxib-treated, normal, healthy adults, there is a significant rofecoxib-induced decrease in prostacyclin ($PGI_2$) synthesis (an example of 60% is used here for comparison purposes). Because rofecoxib does not inhibit COX-1, thromboxane signaling via the COX-1 pathway is unaltered, which results in a prothrombotic state due to excess

Figure 4. Prothrombotic effects of selective COX-2 inhibition in healthy young adults



Fosslien: Rule26Report2006

thromboxane signaling (Figure 4, $TxA_2$ excess). This prothrombotic signaling state very likely induces formation of mural microthrombi that would contribute the atherogenesis; however, there is no visible clinical effect in the healthy, young adult at the very beginning of rofecoxib treatment.

M00731058?

87. By contrast, Figure 5 illustrates thromboxane and prostacyclin signaling in at risk patients. There is a significant increase in thromboxane and prostacyclin levels in cardiac surgery post-operative patients and in patients with atherosclerosis. In such patients, when rofecoxib reduces prostacyclin synthesis by 60%, the thromboxane signaling excess (Figure 5, $TxA_2$ excess) is considerable larger compared to the corresponding thromboxane signaling excess in the young, healthy adult. It is therefore no surprise that adverse cardiovascular complications occur much sooner

Figure 5. Prothrombotic effects of selective COX-2 inhibition in patients with pre-existing disease



after initiation of rofecoxib therapy in the at risk patient than in the young, healthy adult, who at the beginning of therapy lack any known risk factor.

88. Figure 6 compares these two scenarios side-by-side. The small rofecoxib-induced excess in thromboxane signaling, more likely than not, induces mural microthrombi in the young, healthy adult, initially, without clinical symptoms. However, with the above noted hypertensive effects of rofecoxib, initiation of atherosclerosis is likely

M007310588

even in the healthy, young adult. Sustained rofecoxib treatment very likely accelerates atherogenesis and gradually increases the risk of adverse cardiovascular complications, eventually matching the greatly increased risk observed in patients who at the beginning of rofecoxib treatment already has atherosclerosis.

Figure 6.  Uncompensated thromboxane signaling is higher in patients with pre-existing disease than in healthy young adults



Fossilen: Rule26Report2006

## X.    ATHEROSCLEROSIS – ROFECOXIB ACCELERATES ATHEROGENESIS

89. Atherosclerosis is a chronic disease and a major risk factor for myocardial infarction. Atherogenesis is the pathophysiology of the temporal development of the disease. During the early stages of atherogenesis the disease is usually clinically silent. The disease starts in the arterial inner layer, the intima. It forms fatty streaks, some of which develop into atherosclerotic plaques, also called atheromas, which are raised

41

M007310569

lesion that first involve the intima. As the disease progresses, smooth muscle cells from the media dedifferentiate, migrate into the intima, and proliferate [63]. Cellular dedifferentiation and uncontrolled growth in the plaque resembles processes observable in benign smooth muscle cell tumors [64].

90. Rofecoxib is an anti-inflammatory agent and it was anticipated that rofecoxib would deter development of atherosclerosis. However, rofecoxib reduces the synthesis of the anti-thrombotic, blood pressure lowering prostacyclin (PG) $I_2$, which promotes hypertension and a prothrombotic state, both potent risk factors for atherogenesis. Rofecoxib also enhances chemotaxis, the binding of leukocytes to the endothelium and their migration into the arterial intima. Leukocyte adherence to the endothelium and their migration into the intima is involved in the initial steps as well as the progression of atherosclerosis. Factors that increase chemotaxis lead to acceleration of atherogenesis. Importantly, the mechanisms involved in atherogenesis resemble events involved in inflammation (Figure 7) [63]. The mechanisms involved are discussed below.

42

MDL07310590



Figure 7. Adverse effects of rofecoxib (VIOXX®)
Accelerated atherogenesis

## X.1.  Inflammation and Atherogenesis

91. Inflammation is response to injury. Endothelial dysfunction and leukocyte entry into the inner layer of arteries, the intima, represent the initial step in atherogenesis. The inflammatory process may completely repair the injury and restore normal architecture and function, or resolve the injury with scar tissue formation and partial return of normal function, or not resolve the injury resulting in chronic, sustained damage with continuous defects in architecture and function. Chronic inflammation plays a key role in all stages of atherogenesis, from fatty streak development to plaque formation, chronic ischemic heart diseases, plaque rupture, thrombosis, and acute myocardial infarction [16]. Several important inflammatory mediators have been identified in human atherosclerotic lesions and lesions in animal models of atherogenesis.

92. Cytokines are soluble factors secreted by cells that are involved in atherogenesis. Two important cytokines that affect atherogenesis are interleukin-10 (IL-10) and

43

M00731C591

transforming growth factor-beta (TGF- β).  Activated endothelial cells express

chemokines and adhesion molecules that promote monocyte adhesion to the

endothelium and monocyte migration into the intima.  Cells in atherosclerotic

plaques secrete matrix metalloproteases that degrade matrix protein, weaken the

plaque cap, causing cap rupture, release of thrombogenic material from the plaque,

thrombosis, and acute myocardial infarction [16].

93. In 1999 (before the results of VIGOR trial were published), Schönbeck et al

published a study of surgical specimens of human carotid arteries and aortas.  They

found that normal vessels lacked COX-2 and expressed COX-1 only in endothelial

and smooth muscle cells.  By contrast, human atherosclerotic lesions expressed

COX-1 and COX-2 mRNA and proteins, especially in shoulder areas of the lesions

and around the lipid core.  Immunoreactive COX-1 co-localized with endothelial and

smooth muscle cells and macrophages in the lesions, and in micro-vascular

endothelium.  The authors of the study expressed concern that because selective

COX-2 inhibitors suppress the anti-atherogenic prostanoids $PGE_2$ and $PGI_2$, clinical

trials should consider that treatment with COX-2-selective inhibitors could possibly

have pro-atherogenic effects [12].

X.2.    Chemotaxis - Rofecoxib promotes leukocyte adherence and endothelial
        transmigration

   94. Chemotaxis consists of the recruitment of leukocytes to the endothelium and their

      migration into the intima.    This transmigration leads to accumulation of

      inflammatory cells in the intima, where the accumulating cells play an important role

44

M007310592

both in the initiation and progression of atherosclerosis (Figure 8). In vitro, prostacyclin has been shown to inhibit chemotaxis of polymorphonuclear cells.

95. Rofecoxib, as noted above, reduces the synthesis of prostacyclin and rofecoxib-induced lack of prostacyclin increases chemotaxis and accelerates atherogenesis. This opinion is supported by findings that iloprost, a prostacyclin analogue [65], can reduce human in vitro neutrophil chemotaxis and that prostacyclin can reduce canine in vivo neutrophil chemotaxis [66]. Also, platelets can stimulate leukocyte chemotaxis of leukocytes, which promotes inflammation by releasing mediators that increase vascular permeability [67]. Furthermore, in rats, selective inhibition of COX-2 during mesenteric small vein superfusion increased leukocyte adherence to the endothelium [26].

X.2.a Rofecoxib increases chemotaxis by inducing expression of monocyte receptors.

96. Monocyte chemotaxis plays a central role in atherogenesis. A clinical study demonstrated that rofecoxib can increase serum levels of C-C chemokine receptor 5 (CCR5), a monocyte receptor [6], which belongs to a family of CC motif (2 contiguous cysteines) chemokines that control migration of leukocytes to sites of inflammation (OMIN # 602565). Experimental findings show that CCR5, a RANTES receptor, binds to monocyte attractant protein-1 (MCP-1), thus forming a pathway for recruiting monocytes to the endothelium and facilitating their entry into the intima. Importantly, an experimental agent, Met-RANTES, that blocks CCR5 binding, restrains atherogenesis in mice fed an atherogenic diet [5]. The importance of CCR5 in chemotaxis is also demonstrated by genetic deletion of CCR5 in apolipoprotein E-deficient mice (apoE$^{-/-}$ mice): The deletion of CCR5 significantly

45

M007310593

reduces arterial neo-intima formation after endothelial injury [68]. Taken together, these results indicate that rofecoxib treatment promotes monocyte recruitment to the endothelium and monocyte migration into the intima, a process involved in both initiation and progression of atherogenesis.

97. Monocytes also can bind via monocyte chemotaxis receptor CCR2 receptors to MCP-1 expressed on the endothelial cells, thereby recruiting monocytes to the endothelium and facilitation their trans-endothelial migration into the intima, the first step of inflammation. MCP-1 is produced by endothelial cells, lesion macrophages, and vascular smooth muscle cells [69]. It is expressed by endothelial cells of primates on a hypercholesterolemic diet, and by cultured endothelial cells exposed to minimally oxidized lipids [70]. Elevated serum cholesterol levels and elevated serum low-density lipoprotein levels are independent risk factor for atherosclerosis. In human atherosclerotic lesions MCP-1 is particularly abundant in macrophage-rich shoulder areas [71].

98. Several established atherogenic risk factors increase experimental chemotaxis. For example, in vitro, co-incubation of monocytes with free cholesterol or LDL enhances CCR2 expression. Free cholesterol and LDL may synergistically contribute to atherogenesis by enhancing monocyte chemotaxis [72], [73]. In the mouse, endothelial monocyte chemoattractant proteins (MCP)-1 is responsible for accumulation of about 60% of macrophages in the atherosclerotic lesions. Rong et al found that lysophosphatidylcholine (LPC), a major component of oxidized LDL (oxLDL), induces expression of MCP-1 in vascular smooth muscle cells; the authors

46

M007310594

suggested that this mechanism explains why oxLDL is a significant atherogenic risk factor [74].

99. The importance of monocyte chemotaxis receptors for monocyte/endothelial cell interaction in atherogenesis has been demonstrated in apoE$^{-/-}$ (apoE null mice) lacking such receptors. The number of macrophages and atherosclerotic lesions in aortas from apoE null mice lacking CCR2 expression was significantly reduced compared to apoE null mice that expressed CCR2 [70].

100. In experimental models of atherogenesis, expression of MCP-1 is also influenced by selective inhibitors of COX-2. Importantly, different duration of inhibition of COX-2 results in divergent experimental findings. Employing celecoxib, a different selective COX-2 inhibitor in atherogenesis studies using two animal models, rabbits and apoE$^{-/-}$ mice, indicate that the effect on MCP-1 expression and mural entry of monocytes depends upon the duration of COX-2 inhibition. In the rabbit, short-term (21-days) celecoxib treatment significantly decreased MCP-1 expression, macrophages infiltration, and intimal hyperplasia associated with balloon injury and also reduced post-injury neo-intimal proliferation after stent placement [75]. Such findings appear important, as they may help explain why short-term selective inhibition of COX-2 may cause an initial decrease in the risk of cardiovascular complications.

101. By comparison, in older (26-weeks) apoE$^{-/-}$ mice with established atherosclerotic lesions, 15 weeks of celecoxib treatment markedly increased MCP-1 mRNA levels. Serum cholesterol level was unaltered, and celecoxib had no effect on advanced atheroma size or composition compared with non-treated mice. The MCP-1

47

M007310595

increase may have been caused by reduced synthesis of PGE$_2$, a potent suppressor of MCP-1 synthesis [76]. Similar experimental results are not available for rofecoxib. Also, these experimental observations involved two different animal models. However, like celecoxib, rofecoxib also inhibits PGE$_2$ synthesis. PGE$_2$ can suppress CCR5 expression [77] and rofecoxib is therefore very likely to increases expression of both MCP-1 and CCR5.

## XI. MOLECULAR PATHOLOGY

102. Rofecoxib-induced vasoconstriction, hypertension, increased platelet aggregation, and increased chemotaxis, all contribute to a substantial degree to coronary atherosclerosis and coronary thrombosis. These are some major factors that

Figure 8. Adverse effects of rofecoxib (VIOXX®): Inhibition of COX-2 increases MCP-1 expression and atherogenesis



collaborate to increase the risk of rofecoxib-induced adverse cardiovascular complications such as myocardial infarction (Figure 8).

M007310596

103. Details of the regulation of monocyte adhesion and chemotaxis arachidonic acid products and by radical oxygen species are illustrated in Figure 9.

Figure 9. Adverse effects of rofecoxib (VIOXX®): Inhibition of COX-2 increases CCR5 expression and accelerates atherogenesis



## XI.1. Cyclooxygenase

104. Several important inflammatory mediators such as COX-2 have been identified in human atherosclerotic lesions and in animal models of atherogenesis. The gene that encodes cyclooxygenase COX-2, prostaglandin-endoperoxide synthase 2 (PTGS2) (prostaglandin G/H synthase), located on chromosome region 1q25.2–q25.3 (OMIM # 600262), is commonly referred to as the COX-2 gene. By comparison, the COX-1 gene is located on chromosome region 9q32-q33.3 (OMIM # 176805). In spite of their different chromosomal locations, the proteins isoforms that the two genes encode structurally similar proteins. Both COX-1 and COX-2 convert arachidonic acid to prostaglandin (PG) $H_2$ that serves as common substrate

49

M007310597

for specific synthases that produce various prostanoids such as thromboxane, prostaglandins, and leukotrienes.

105. Both COX isoforms are bi-functional protein, each harboring two enzymatic sites, which provide cyclooxygenase (COX sites or arachidonic acid sites) and hydroperoxide (HOX) activities respectively. Aspirin and other NSAIDs including coxibs inhibit the arachidonic acid (COX) site but not the HOX activity. Traditional NSAIDs vary considerably in their selectivity of inhibition of COX-1 and COX-2. Aspirin predominantly inhibits COX-1 whereas coxibs such as rofecoxib selectively inhibit COX-2 (Figure 10). COX-1 is mainly a

Figure 10. Adverse effects of rofecoxib (VIOXX®): Radical oxygen species (ROS) at COX-2 peroxidase site



Generation of ROS at COX peroxidase site

= COX-2-selective NSAID
= COX-1-selective NSAID

Fossllen: Rule26Report2006

'housekeeping' gene that supports normal homeostatic functions. COX-2 is inducible by pro-inflammatory agents such as bacterial lipopolysaccharide (LPS), by tumor promoters, and mitogens [78].

50

106. Cyclooxygenase is rate-limiting for conversion of arachidonic acid (AA) to eicosanoids via prostaglandin $H_2$ ($PGH_2$), that serves as a common substrate for specific synthases that produce thromboxane (Tx) $A_2$ and prostaglandins (PG) such as prostacyclin ($PGI_2$), $PGD_2$, $PGJ_2$, and $PGE_2$. The latter plays a key role in standard models of carrageenan-induced inflammation. Also, various lipoxygenases can convert arachidonic acid to leukotrienes. In addition, radical oxygen species (ROS) can convert arachidonic acid to isoprostanes that can activate the thromboxane receptor (Figure 8).

107. Arachidonic acid is a 20-carbon long-chain (Greek, eicosa = 20), omega-6 polyunsaturated acid (PUFA). A few other long-chain fatty acids such as omega-3 PUFA found in fish oil can also serve as substrate for cyclooxygenase. Eicosapentaenoic acid (EPA), an omega-3-fatty acid found in fish oil inhibits COX-1 and decreases thromboxane synthesis via the COX-1 pathway [79]. EPA is cardioprotective [80] as it reduces cellular responses to inflammatory stimuli [81]. As noted above, cyclooxygenase peroxidase sites reduce $PGG_2$ to $PGH_2$. Importantly, the peroxidase activity can proceed independently of cyclooxygenase activity, and in addition to $PGG_2$, the peroxidase site can use hydroperoxides such as $H_2O_2$ as substrate and generate reactive oxygen species (ROS) [82],[83].

108. NSAIDs can induce secondary effects by increasing the size of the arachidonic acid pool, which depends upon a dynamic balance between supply and consumption. Supply is determined by cytosolic (c) and soluble (s) phospholipase $A_2$ ($PLA_2$), which catalyze cleavage of fatty acids from membrane phospholipids. Cytosolic $PLA_2$ is not inhibited by coxibs. Consumption is regulated by conversion

51

M0073105999

to PGH$_2$ by COX-1 and COX-2, depletion of arachidonic acid, conversion to leukotrienes via the lipoxygenase pathway, and non-enzymatic conversion of arachidonic acid by radical oxygen species to prothrombotic isoprostanoids [84].

XI.2. Role of Mitochondrial Dysfunction

109. Mitochondrial dysfunction can be detected in the early stages of atherogenesis Mitochondrial β-oxidation, the Krebs cycle, and oxidative phosphorylation produce most of the energy required for cellular metabolism. Inhibition of COX-2 can cause accumulation of arachidonic acid, which inhibits the mitochondrial electron transport chain. Also, as noted, many NSAIDs inhibit β-oxidation [41].

110. Studies on oxygen consumption in atherosclerotic vessels show increased levels of oxygen consumption in intima with atherosclerosis compared with lesion-free intima, which suggest mitochondrial uncoupling or increased energy utilization. In the cholesterol-fed rabbit model of atherosclerosis, oxygen consumption in the intima is highest in the aortic arch, which develops atherosclerotic lesions more rapidly than the abdominal aorta [85].

111. Inefficient vessel mitochondrial metabolism causes vascular disease. Experimental evidence demonstrate that mitochondrial dysfunction can cause hypertension in mice with inducible mitochondrial uncoupling: Inducing the mitochondrial uncoupling protein (UCP)-1 in vivo in the arterial smooth muscle cells led to reduced mitochondrial energy production and hypertension,. Importantly, when fed an atherogenic diet the mice developed atherosclerosis despite unaltered cholesterol levels [86]. Uncoupling reduces ATP synthesis, and these results suggest that energy is required to relax smooth muscle cells and dilate arteries.

52

M00731060D

112.  Endothelial cells are exposes to variable shear stress, and shear stress signaling is involved in endothelial cell responses to mechanical forces. Mitochondria anchor to the cytoskeleton and function as shear-stress-responsive mechano-transducers. Cyclic shear stress increases mitochondrial ROS generation: Ex vivo, human umbilical vein endothelial cells (HUVEC) exposed to cyclic stress exhibit significantly increased rates of ROS production. By contrast, HUVEC cells populated with mitochondria lacking mitochondrial DNA, thus lacking a functional electron transport chain, lost their ability to increase ROS production in response to cyclic strain.

113.  Inhibition of the electron transport chain electron flux ahead of Complex III inhibited endothelial cell response to cyclic strain and further in vitro studies showed that mitochondrial electron chain complex III was the source of ROS of surface adhesion molecules,. ROS promotes inflammation by activating NF-kB, which regulates transcript of inflammatory genes such as COX-2, VCAM, and surface adhesion molecules [87].

114.  These experimental findings underscore the importance of vascular dilation in response to shear stress, as dilation decreases shear stress. Rofecoxib inhibits prostacyclin synthesis and limits vascular dilation in response to shear stress.

XI.3.   Pro-Oxidant Effects: Rofecoxib increases formation of oxidized low-density lipoproteins (oxLDL)

M007310601

115. Oxidative stress induces endothelial cell dysfunction, an early event in atherogenesis. For example, LDL oxidation leads to formation of oxLDL, a potent risk factor for atherosclerosis. Walter et al provided experimental data which show that rofecoxib-induced non-enzymatic mechanisms increase the risk of clinical atherothrombotic events. They found that rofecoxib dose-dependently increases the susceptibility of low-density lipoprotein (LDL) to oxidative modification. Trolox, an antioxidant, significantly attenuated this effect of rofecoxib, corroborating that the rofecoxib-induced LDL oxidation occurred mainly through a non-enzymatic, ROS-dependent process [43]. Urinary 8-iso-$PGF_{2\alpha}$ is a marker of lipid peroxidation. A study of 44 Alzheimer patients corroborated that synthesis of 8-iso-$PGF_{2\alpha}$ is ROS-dependent. These patients had elevated levels of urinary 8-iso-$PGF_{2\alpha}$. Neither treatment with aspirin, nor with rofecoxib significantly reduced urinary 8-iso-$PGF_{2\alpha}$ excretion in these patients. These findings are consistent with an oxidative stress etiology. The antioxidant vitamin E reduced both urinary $TxB_2$ and urinary 8-iso-$PGF_{2\alpha}$ corroborating their ROS-induced formation. As noted above, rofecoxib increases the susceptibility of LDL to oxidation. Also, in these experiments, aspirin, but not rofecoxib, significantly decreased urinary excretion of $TxB_2$, the urinary metabolite of thromboxane, showing that thromboxane synthesis was COX-1 derived [34].

XI.4.   Rofecoxib Inhibits Development of Coronary Collateral Circulation

116. COX-2-dependent coronary angiogenesis, new coronary vessel formation, is important in myocardial ischemic preconditioning. A well developed collateral

54

M007310602

117. circulation can protect against gradual occlusion of a large coronary artery and against sudden ischemic damage. Exposing rats to short, repetitive cardiac ischemia induces formation of coronary collateral development. Also, coronary shear stress can promote enlargement of capillaries that interconnect different myocardial perfusion territories [88].

118. Inhibition of COX-2 by coxibs such as rofecoxib causes reduced prostacyclin synthesis, which hampers cardiac angiogenesis, the development of collateral circulation downstream of the plaque. Furthermore, if collaterals have already been established, lack of prostacyclin leads to reduced dilation of the collateral vessels, reduced blood flow via collaterals, and more downstream ischemic damage, even if the upstream plaque itself remains unaffected. Ischemia damages cardiac mitochondria, leading to ROS generation and further damage.

119. Rudic et al suggested that selective inhibition of COX-2, which reduces synthesis of prostacyclin and therefore limit vascular remodeling, explains the increased incidence of adverse cardiovascular complications such as myocardial infarction and stroke induced by coxibs. The investigators stated that "*Suppression of COX-2 derived PGI$_2$ or deletion of PGI$_2$ receptor (IP) profoundly influences the architectural response of the vasculature to hemodynamic stress. Mechanism based vascular remodeling may interact with a predisposition to hypertension and atherosclerosis in contributing to the gradual transformation of cardiovascular*

120. Toyota et al demonstrated that vascular endothelial growth factor (VEGF) is required for coronary collateral growth in rats [90]. Synthesis of VEGF is COX-2-

55

M00730603

121. dependent [91]. In conclusion, rofecoxib contributes to myocardial infarction by limiting coronary collateral blood. The rofecoxib-induced effect is due to rofecoxib-induced reduction of prostacyclin and VEGF synthesis.

## XII.    ROFECOXIB-INDUCED ADVERSE CARDIOVASCULAR RISK

122. Figure 11 conceptualizes my opinion, stated to a reasonable degree of medical certainty, about the temporal risk of rofecoxib treatment. Point 1 illustrates the start

Figure 11. Adverse effects of rofecoxib (VIOXX®)
Inhibition of COX-2 increases CCR5 expression and accelerates atherogenesis



of therapy in a young, healthy adult who lacks risk factors. This person is less likely to soon suffer adverse cardiovascular complications. By comparison, as illustrated at point 2, an adult with occult risk factors, is more likely to be adversely

affected by rofecoxib treatment in a shorter time span than the healthy young adult illustrated at point 1.

56

M007310804

123. Point 3 illustrates the case of a patient with clinical atherosclerosis, a patient at known cardiovascular risk. In this case rofecoxib-induced adverse cardiovascular risks are likely to occur quite soon after commencement of therapy. A patient at point 4, for example, a patient who just recently underwent open heart surgery with the use a heart-lung machine, is at extremely high risk of immediate, serious, rofecoxib-induced cardiovascular complications such as acute myocardial infarction and stroke.

124. The opinions expressed above are based on my training, research and experience and my review of the peer-reviewed medical literature, and are held to a reasonable degree of scientific certainty. My consulting fee for Plaintiffs' counsel is $350 per hour. Other charges apply for depositions and travel.

125. I have spent approximately 200 hours in the review of the pertinent medical literature specifically in preparation for writing this report. However, I have spent the past 36 years of my professional life conducting original research, clinical pathology and contributing to the medical literature, all of which has included reviewing the peer-reviewed medical literature germane to pathology, pathopathology, and molecular pathology. I would estimate that I spent 900 hours in reviewing the 317 references and writing the various drafts of what was published as Fosslien, E.: Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs. Ann Clin Lab Sci 2005 Fall;35(4):347-

57

M0073106605

85. In the last four years I have testified in depositions or trials in the cases listed

in Exhibit B to this report.

Signed this 21 day of May, 2006

_____

Egil Fosslien, MD

58

M007310606

## REFERENCES

1. Fosslien, E. Cardiovascular complications of non-steroidal anti-inflammatory drugs. *Ann Clin Lab Sci* (2005) Autumn;35(4):347-85.

2. Solomon, D.H., Avorn, J., Sturmer, T., et al., Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: High-risk subgroups and time course of risk. *Arthritis Rheum* (2006) May;54(5):1378-89.

3. FitzGerald, G.A.  Coxibs and cardiovascular disease. *N Engl J Med* (2004) Oct 21;351(17):1709-11.

4. Monsuez, J.J. Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology. *Arch Mal Coeur Vaiss* (2004) Jun;97(6):632-40.

5. Veillard, N.R., Kwak, B., Pelli, G. Antagonism of RANTES receptors reduces atherosclerotic plaque formation in mice. *Circ Res* (2004) 94(2):253-61.

6. Lang, S., Lauffer, L., Clausen, C. Impaired monocyte function in cancer patients: restoration with a cyclooxygenase-2 inhibitor. *FASEB J* (2003) 17(2):286-8.

7. Hernandez-Diaz, S., Varas-Lorenzo, C., Garcia Rodriguez, L.A. Non-steroidal antiinflammatory drugs and the risk of acute myocardial infarction. *Basic Clin Pharmacol Toxicol.* (2006) Mar;98(3):266-74.

8. Siegle, I., Klein, T., Backman, J.T., et al., Expression of cyclooxygenase 1 and cyclooxygenase 2 in human synovial tissue: differential elevation of cyclooxygenase 2 in inflammatory joint diseases. *Arthritis Rheum* (1998) Jan;41(1):122-9.

9. Bombardier, C, Laine, L., Reicin, A., et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Eng J Med* (2000) 343:1520-8.

M00731 0807

10. Whelton, A. The coxib conundrum: lessons from the rise and fall of rofecoxib. *Am J Ther* (2004) Nov-Dec;11(6):417-21.

11. Mukherjee, D., Nissen, S.E., and Topol, E.J.. Risk of Cardiovascular Events Associated With Selective COX-2 Inhibitors. *JAMA* (2001) 286:954-959.

12. Schönbeck, U., Sukhova, G.K., Graber, P., Libby, P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. *Am J Pathol* (1999) 155(4):1281-91.

13. Granstrom, E. The arachidonic acid cascade. The prostaglandins, thromboxanes and leukotrienes. *Inflammation* (1984) Jun;8 Suppl:S15-25.

14. Moncada, S., Gryglewski, R., Bunting, S., Vane, J.R. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. *Nature* (1976) Oct 21;263(5579):663-5.

15. Hajjar, D.P. and Pomerantz, K.B. Signal transduction in atherosclerosis: integration of cytokines and the eicosanoids network. *FASEB J* (1992) Aug;6(11):2933-41.

16. Tedgui, A. and Mallat, M. Cytokines in Atherosclerosis: Pathogenic and Regulatory Pathways *Physiol. Rev.* (2006) 86: 515-581.

17. Wang, J.G., Staessen, J.A., Franklin, S.S., et al. Systolic and diastolic blood pressure lowering as determinants of cardiovascular outcome. *Hypertension* (2005) May;45(5):907-13.

18. Kimmel, S.E., Berlin, J.A., Reilly, M. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. *Ann Intern Med.* (2005) Feb 1;142(3):157-64.

19. Staessen, J.A., Gasowski, J., Wang, J.G., et al. Risks of untreated and treated isolated systolic hypertension in the elderly: meta-analysis of outcome trials. *Lancet* (2000) Mar

60

MD07310808

11;355(9207):865-72.

20. Osterhaus, J.T., Burke, T.A., May, C., et al. Physician-reported management of edema and destabilized blood pressure in cyclooxygenase-2-specific inhibitor users with osteoarthritis and treated hypertension. *Clin Ther.* (2002) Jun;24(6):969-89.

21. Whelton A, Fort JG, Puma JA, et al. Cyclooxygenase-2-Specific Inhibititors and Cardiorenal Function: A Randomized, Controlled Trial of Celecoxib and Rofecoxib in Older Hypertensive Osteoarthritis Patients. *Am J Ther.* (2001) Mar/Apr 8; 85-95.

22. Kean, W.F., Buchanan, W.W. The use of NSAIDs in rheumatic disorders 2005: a global perspective. *Inflammopharmacology* (2005);13(4):343-70.

23. Zhao, S.Z., Reynolds, M.W., Lejkowith, J., et al. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib, based on the World Health Organization/Uppsala Monitoring Centre safety database. *Clin Ther.* (2001) Sep;23(9):1478-91.

24. Whelton, A. Clinical Implications of Nonopioid Analgesia for Relief of Mild-to-Moderate Pain in Patients with or at Risk for Cardiovascular Disease. *Am J Cardiol* (2006) 97[suppl]:3E-9E.

25. Whelton, A., White, W.B., Bello, A.E., et al. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. *Am J Cardiol.* (2002) Nov 1;90(9):959-63.

26. Muscara, M.N., Vergnolle, N., Lovren, F., et al. Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence. *Br J Pharmacol.* (2000) Apr;129(7):1423-30.

27. Qi, Z., Hao, C.M., Langenbach, R.I., et al. Opposite effects of cyclooxygenase-1 and -

61

M007310609

2 activity on the pressor response to angiotensin II. *J Clin Invest.* (2002) Jul;110(1):61-9.

28. Catella-Lawson, F., McAdam, B., Morrison, B.W., et al. Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids. *J Pharmacol Exp Ther* (1999) 289:735-741.

29. McAdam, B.F., Byrne, D., Morrow, J.D., and Oates, J.A.. Contribution of Cyclooxygenase-2 to Elevated Biosynthesis of Thromboxane $A_2$ and Prostacyclin in Cigarette Smokers. *Circulation* (2005) 112:1024-1029.

30. Warner, TD, Giuliana, F, Vojnovic, I., et al. Nonsteroid drug sensitivities for cyclooxygenase-1 rather than cyclooxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. *Proc. Natl. Acad. Sci. USA* (1999) 96:7563-7568.

31. Ahrens, I., Bode, C., Peter, K. Inhibition of platelet activation and aggregation. *Handb Exp Pharmacol.* (2005);(170):443-62.

32. Patrono, C., Ciabattoni, G., Pugliese, F., et al. Estimated rate of thromboxane secretion into the circulation of normal humans. *J Clin Invest.* (1986) Feb;77(2):590-4.

33. Cheng, Y., Austin, S.C., Rocca, B., et al. Role of Prostacyclin in the Cardiovascular Response to Thromboxane $A_2$. *Science* (2002) 296:539-541.

34. Ciabattoni, G., Porreca, E., Di Febbo, C., et al. Determinants of platelet activation in Alzheimer's disease. *Neurobiol Aging.* (2006) Jan 23; [Epub ahead of print].

35. Cleland, L.G., James, M.J., Stamp, L.K/, Penglis, P.S. COX-2 inhibition and thrombotic tendency: a need for surveillance. *Med J Aust.* (2001) Aug 20;175(4):214-7.

36. Expert Report of Jerry Avorn, M.D., March 20, 2006.

37. Higgs, E.A., Higgs, G.A., Moncada, S., Vane, J.R. Prostacyclin ($PGI_2$) inhibits the formation of platelet thrombi in arterioles and venules of the hamster cheek pouch. 1977.

M007310610