*Br J Pharmacol.* (1997) Feb;120(4 Suppl):439-43.

38. Buerkle, M.A., Lehrer, S., Sohn, H.Y., et al. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. *Circulation.* (2004) Oct 5;110(14):2053-9.

39. Chlopicki, S., Lomnicka, M., Gryglewski, R.J. Obligatory role of lipid mediators in platelet-neutrophil adhesion. *Thromb Res.* (2003) Jun 15;110(5-6):287-92.

40. Patrono, C. Biosynthesis and pharmacological modulation of thromboxane in humans. *Circulation* (1990) Jan;81(1 Suppl):I12-5

41. Baldwin, G.S., Murphy, .V.J., Yang, Z., Hashimoto, T. Binding of nonsteroidal antiinflammatory drugs to the alpha-subunit of the trifunctional protein of long chain fatty acid oxidation. *J Pharmacol Exp Ther.* (1998) Aug;286(2):1110-4.

42. Fries, S., Grosser, T. The Cardiovascular Pharmacology of COX-2 Inhibition. *Hematology (Am Soc Hematol Educ Program)* (2005);:445-51.

43. Walter, M.F. Jacob, R.F. Day, C.A., et al. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. *Atherosclerosis.* (2004) Dec;177(2):235-43.

44. Murata T, Ushikubi F, Matsuoka T, et al. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. *Nature.* (1997) Aug 14;388(6643):678-82.

45. Nakayama, T., Soma, M., Watanabe, Y., et al. Splicing mutation of the prostacyclin synthase gene in a family associated with hypertension. *Biochem Biophys Res Commun.* (2002) Oct 11;297(5):1135-9.

46. Grosser, T., Fries, S., FitzGerald, G.A. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. *J Clin Invest*

63

M007310611

(2006) 116;1:4-15.

47.  Yokoyama, C., Yabuki, T., Shimonishi, M., et al. Prostacyclin-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. *Circulation*. (2002) Oct 29;106(18):2397-403.

48.  Merkus D, Houweling B, Zarbanoui A, Duncker DJ. Interaction between prostanoids and nitric oxide in regulation of systemic, pulmonary, and coronary vascular tone in exercising swine. *Am J Physiol Heart Circ Physiol*. (2004) Mar;286(3):H1114-23.

49.  Inoue, H., Taba, Y., Miwa, Y., et al. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. *Arterioscler Thromb Vasc Biol*. (2002) Sep 1;22(9):1415-20.

50.  Bishop-Bailey, D., Pepper, J.R., Haddad, E.B., et al. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. *Arterioscler Thromb Vasc Biol*. (1997) Sep;17(9):1644-8.

51.  Huang A, Wu Y, Sun D, et al. Effect of estrogen on flow-induced dilation in NO deficiency: role of prostaglandins and EDHF. *J Appl Physiol*. (2001) Dec; 91(6):2561-6.

52.  Numaguchi, Y., Okumura, K., Harada, M., et al. Catheter-based prostacyclin synthase gene transfer prevents in-stent restenosis in rabbit atheromatous arteries. *Cardiovasc Res*. (2004) Jan 1;61(1):177-85.

53.  Henriksson, P., Hamberg, M., Diczfalusy, U.  Formation of 15-HETE as a major hydroxyeicosatetraenoic acid in the atherosclerotic vessel wall. *Biochim Biophys Acta*. (1985) Apr 25;834(2):272-4.

54.  Wang, D., Wang, M., Cheng, Y., Fitzgerald, G.A. Cardiovascular hazard and non-steroidal anti-inflammatory drugs. *Curr Opin Pharmacol*. 2005 Apr;5(2):204-10.

M007310812

55. Wilson, S.J., Roche, A.M., Kostetskaia, E., Smyth, E.M. Dimerization of the human receptors for prostacyclin and thromboxane facilitates thromboxane receptor-mediated cAMP generation. *J Biol Chem.* (2004) Dec 17;279(51):53036-47. .

56. Hennan, J.K., Huang, J., Barrett, T.D., et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. *Circulation.* (2001) Aug 14;104(7):820-5.

57. Hayes, J.S., Lawler, O.A., Walsh, M.T., Kinsella, B.T. The prostacyclin receptor is isoprenylated. Isoprenylation is required for efficient receptor-effector coupling. *J Biol Chem.* (1999) Aug 20;274(34):23707-18.

58. FitzGerald, G.A., Austin, S., Egan, K., et al. Cyclo-oxygenase products and atherothrombosis. *Ann Med.* (2000) Dec;32 Suppl 1:21-6.

59. Venugopal, S.K., Devaraj, S., Jialal, I. C-reactive protein decreases prostacyclin release from human aortic endothelial cells. *Circulation.* (2003) Oct 7;108(14):1676-8.

60. Cockerill, G.W., Saklatvala, J., Ridley, S.H., et al. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. *Arterioscler Thromb Vasc Biol.* (1999) Apr;19(4):910-7.

61. Kaliman, J., Sinzinger, H., Staudacher, M., Mannheimer. E. Defects in the prostaglandin system. II. Familial platelet-prostacyclin receptor defect (Wien-Hietzing defect)--pathogenetic significance for (early) development of atherosclerosis? *Wien Klin Wochenschr.* (1985) Mar 29;97(7):323-6.

62. Steurer, G., Kaliman, J., Gludovacz, D., Sinzinger, H. Successful therapy of the prostaglandin defect "Wien-Hietzing" (lack of platelet high-affinity binding sites for prostaglandin $I_2$). *Prostaglandins.* (1990) Jun;39(6):693-703.

65

M00731O613

63. Munro, J.M., and Cotran, R.S. The pathogenesis of atherosclerosis: atherogenesis and inflammation. *Lab Invest* (1988) 58(3):249-61.

64. Ramos, K.S. and Partride, C.R. Atherosclerosis and cancer: flip sides of the neoplastic response in mammalian cells? *Cardiovasc Toxicol* (2005) 5(3):245-55.

65. Nicolini, F.A., Mehta, P., Lawson, D., Mehta, J.L. Reduction in human neutrophil chemotaxis by the prostacyclin analogue iloprost. *Thromb Res* (1990) 59(3):669-74.

66. Simpson, P.J., Mitsos, S.E., Ventura A., et al. Prostacyclin protects ischemic reperfused myocardium in the dog by inhibition of neutrophil activation. *Am Heart J* (1987) 113(1):129-37.

67. Weksler, B.B. amd Coupal, C.E. Platelet-dependent generation of chemotactic activity in serum. *J Exp Med* (1973) 137(6):1419-30.

68. Zernecke, A., Liehn, E.A., Gao, J.L., et al. Deficiency in CCR5 but not CCR1 protects against neointima formation in atherosclerosis-prone mice: involvement of IL-10. *Blood* (2006) Feb 7.

69. Kimura, S., Wang, K.Y., Tanimoto, A. Acute inflammatory reactions caused by histamine via monocytes/macrophages chronically participate in the initiation and progression of atherosclerosis. *Pathol Int* (2004) 54(7):465-74.

70. Boring, L., Gosling, J., Cleary, M. et al. Decreased lesion formation in $CCR2^{-/-}$ mice reveals a role for chemokines in the initiation of atherosclerosis. *Nature* (1998) 394(6696):894-7.

71. Nelken, N.A., Coughlin, S.R., Gordon, D., et al. Monocyte chemoattractant protein-1 in human Atheromatous plaques. *J Clin Invest* (1991) 88(4):1121-7.

72. Han, K.H., Tangirala, R.K., Green, S.R., Quehenberger, O. Chemokine receptor CCR2

M007310614

expression and monocyte chemoattractant protein-1-mediated chemotaxis in human monocytes. A regulatory role for plasma LDL. *Arterioscler Thromb Vasc Biol.* (1998) Dec;18(12):1983-91.

73. Han, K.H., Hong, K.H., Park, J.H., et al. C-reactive protein promotes monocyte chemoattractant protein-1-mediated chemotaxis through upregulating CC chemokine receptor 2 expression in human monocytes. *Circulation.* (2004) Jun 1;109(21):2566-71.

74. Rong, J.X., Berman, J.W., Taubman, M.B., Fisher, E.A. Lysophosphatidylcholine stimulates monocyte chemoattractant protein-1 gene expression in rat aortic smooth muscle cells. *Arterioscler Thromb Vasc Biol.* (2002) Oct 1;22(10):1617-23.

75. Wang, K., Tarakji, K., Zhou, Z., et al. Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model. *J Cardiovasc Pharmacol.* (2005) Jan;45(1):61-7.

76. Bea, F., Blessing, E., Bennett, B.J., et al. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. *Cardiovasc Res.* (2003) Oct 15;60(1):198-204.

77. Panzer, U., Uguccioni, M. Prostaglandin $E_2$ modulates the functional responsiveness of human monocytes to chemokines. *Eur J Immunol.* (2004) Dec;34(12):3682-9.

78. FitzGerald, G.A., Cheng, Y., Austin, S. COX-2 inhibitors and the cardiovascular system. *Clin Exp Rheumatol.* (2001) Nov-Dec;19(6 Suppl 25):S31-6.

79. Smith, W.L. Cyclooxygenases, peroxide tone and the allure of fish oil. *Curr Opin Cell Biol.* (2005) Apr;17(2):174-82.

80. De Lorgeril M, Salem P. Use and misuse of dietary fatty acids for the prevention and

M007310815

treatment of coronary heart disease. *Reprod Nutr Dev.* (2000) May-Jun; 44(3):283-8.

81. Bagga, D., Wang, L., Farias-Eisner, R., et al. Differential effects of prostaglandin derived from omega-6 and omega-3 polyunsaturated fatty acids on COX-2 expression and IL-6 secretion. *Proc Natl Acad Sci U S A.* (2003) Feb 18;100(4):1751-6.

82. Smith, W.L., DeWitt, D.L., Garavito, R.M. Cyclooxygenases: structural, cellular, and molecular biology. *Annu Rev Biochem.* (2000);69:145-82.

83. Nagano, S., Huang, X., Moir, R.D., et al. Peroxidase activity of cyclooxygenase-2 (COX-2) cross-links beta-amyloid (Abeta) and generates Abeta-COX-2 hetero-oligomers that are increased in Alzheimer's disease. *J Biol Chem.* (2004) Apr 9;279(15):14673-8.

84. Barbosa, N.R., Fischmann, L., Talib, L.L., Gattaz, W.F. Inhibition of platelet phospholipase $A_2$ activity by catuaba extract suggests antiinflammatory properties. *Phytother Res.* (2004) Nov;18(11):942-4.

85. Whereat, AF. Oxygen consumptions of normal and atherosclerotic intima. *Circ Res.* (1961) May;9:571-5.

86. Bernal-Mizrachi, C., Gates, A.C., Weng, S., et al. Vascular respiratory uncoupling increases blood pressure and atherosclerosis. *Nature.* (2005) May 26;435(7041):502-6.

87. Ali, M.H., Pearlstein, D.P., Mathieu, C.E., Schumacker, P.T. Mitochondrial requirement for endothelial responses to cyclic strain: implications for mechanotransduction. *Am J Physiol Lung Cell Mol Physiol.* (2004) Sep;287(3):L486-96.

88. Hoefer, I.E., Piek, J.J., Pasterkamp, G. Pharmaceutical interventions to influence arteriogenesis: new concepts to treat ischemic heart disease. *Curr Med Chem.* (2006);13(9):979-87.

89. Rudic RD, Brinster D, Cheng Y, et al. COX-2 derived prostacyclin modulates vascular

M007310916

remodeling. *Circ Res.* (2005) Jun 24;96(12):1240-7.

90. Toyota E, Warltier DC, Brock T, et al. Vascular endothelial growth factor is required for coronary collateral growth in the rat. *Circulation.* (2005) Oct 4;112(14);2108-13.

91. Fosslien E. Review: molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis. *Ann Clin Lab Sci.* (2001) Oct;31(4):325-48.

MDO7310617

APPENDIX A

# EGIL FOSSLIEN, M.D.

Expanded Curriculum Vitae

Professor Emeritus, University of Illinois. Mail: 502 Fairview Avenue Glen Ellyn, Illinois 60137 Telephone: (630) 469-6824

Emails: efosslie@uic.edu and drfosslien@wowway.com

I. PERSONAL INFORMATION

A. Home Address
502 Fairview Avenue, Glen Ellyn, IL 60137
Phone: (708) 469-6824
Fax: (708) 469-6823

B. Citizenship: United States
C. Place and Date of Birth: Norway, December 14, 1935

D. Marital and Family Status
Married to Silvia Fosslien, Ph.D., one child, Elisabeth, age 18 (at Pomona College, Claremont, California.

E. Military Service:
Norwegian Army & Norwegian Air Force (NATO)
U.S. classification: 1H.

F. Society Memberships:

Present member
- American Heart Association, Emeritus
- Association of Clinical Scientists
- Sigma Xi
Former member
- American Medical Association
- Illinois Medical Society
- DuPage County Medical Society
- Chicago Medical Society
- Academy of Clinical Laboratory Physician and Scientists
- College of American Pathologists, Fellow
- Association of Clinical Pathologists, Fellow

II. PRESENT STATUS

A. Emeritus Professor, University of Illinois

B. Last Full-Time Academic Position: Professor of Pathology, Department of Pathology (M/C 847), College of Medicine, The University of Illinois at Chicago, 1819 West Polk Street, Room CMW 420, Chicago, Illinois 60612, Phone: (312) 996-7323; Fax: (312) 996-7856; email; efosslie@uic.edu

70

M007310618

C. Last Service Position: Co-Director, Autopsy Service, University of Illinois Medical Center

III. BACKGROUND AND EDUCATION

A. Medical School, Graduate School, and College

1942 - 1956 Elementary School, High School, and Business School, Norway
1958 - 1959 Electrical Engineering, University of Technology, Braunschweig, Germany

1959 - 1965 M.D, University of Heidelberg, Medical School, Germany

1962, Medical School, Free University of Berlin, West Berlin (exchange semester from Heidelberg)

1963, Medical School, University of Geneva, Switzerland (exchange semester from Heidelberg)

1963 La Crosse Lutheran Hospital and the Gundersen Clinic, La Crosse, Wisconsin, three month externship (invited)

1962 - 1966 Graduate Studies, Doctoral Thesis in Pediatrics, University of Heidelberg, Germany

B. Externship, Internships, Residencies

1963    Externship, Gundersen Clinic and La Crosse Lutheran Hospital, La Crosse, Wisconsin.

1966 – 1968 24 months of clinical rotations for certification in Germany (19 months of surgery, internal medicine and Ob-Gyn in Germany, 5 months in surgery in Denmark, University of Odense).

1968 - 1969 U.S. Rotating Internship, La Crosse Lutheran Hospital and Gundersen Clinic, La Crosse, Wisconsin

1969 - 1971 Resident in Clinical Pathology, University of Chicago

1971 - 1972 Instructor and Trainee, Department of Pathology, University of Chicago
1973 -1975 Resident in Anatomic Pathology, University of Missouri, Columbia

C. U.S. Medical Licensures

1967    ECFMG, No. 092-478 in by examination in Copenhagen, Denmark
1971 - State of Illinois, No. 36-45209 by FLEX Examination in December 1971, license issued February 4th, 1972.

1972 – 1993, State of Missouri, No. R4762 by reciprocity with Illinois (I did not renew it)

1976 – 1978, State of Florida. License number, 28963 by reciprocity with Illinois, (I did not renew it)

1978 - 1993 State of Alabama, No. 8619, by reciprocity with Illinois (I did not renew it)

D. Specialty Board Certification

1973 Clinical Pathology Specialty Board Exam, American Board of Pathology,
1975 Anatomic Pathology Specialty Board Exam, American Board of Pathology,

III. ACADEMIC AND SERVICE TIMELINES

71

M007310619

A. List of academic appointments and service experience (in reverse order)

2004 – Professor Emeritus, University of Illinois

1984 – 2004 Professor of Pathology, Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois. Responsibilities: Teaching anatomic and clinical pathology to medical and dental students and pathology residents.

1985 – 2004, Member of the Graduate Faculty, University of Illinois. Responsibilities: Teaching pathophysiology and molecular biology research methodologies and supervising research by medical students and M.S. and Ph.D. degree graduate students

1999-2004 Co-director of the Autopsy Service, University of Illinois Medical Center, Chicago, Illinois Responsibilities: Interacting with Medical Staff regarding autopsy finding. Supervised and taught residents, performed autopsies, and evaluated resident performance. Finalized autopsy reports and prepared and directed Autopsy Conferences. Obtained and maintained Continuing Medical Education (CME) approval for Wednesday Morning Autopsy Conferences. Revised and approved technical and organizational procedure protocols and risk reduction procedures and implemented compliance. Reported to Head of the Department of Pathology; Interacted with The Cook County Medial Examiner's Office in forensic autopsy cases; Testified at legal depositions regarding autopsy findings.

1986 - 1999 Staff pathologist, Division of Anatomic Pathology, Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois. Responsibilities: Teaching of autopsy pathology to pathology residents and serving as expert witness in medical-legal litigations.

1983 - 1985 Associate Member of the Graduate Faculty, University of Illinois. Responsibilities: Teaching pathophysiology and molecular biology research methodologies and collaborating in research by medical students and M.S. and Ph.D. degree graduate students

1980 - 1984 Associate Professor of Pathology Department of Pathology, University of Illinois College of Medicine at Chicago. Responsibilities: Teaching anatomic and clinical pathology to medical and dental students and pathology residents. Collaborating with Chairman of Pathology and post-graduate researchers to develop suitable pilot study data for Chairman's grant proposals

1980 - 1986 Director, Division of Clinical Pathology, Department of Pathology, College of Medicine, and Director of Hospital Clinical Laboratories, University of Illinois Hospital, University of Illinois at Chicago. Areas of responsibility: Responsible to the Head of Pathology (and to the Hospital) for daily operation, budgeting, renovation, and strategic planning for the Hospital Clinical Laboratories, which at that time included the following sections: Hematology, Blood Bank, Microbiology and Parasitology, Clinical Chemistry, Immunology, and virology, each having a Ph.D. or M.D. or both as section Head(s). The Clinical Laboratories had a staff of 214 FTE technologists and technicians, excluding the blood-drawing team. Also, I was responsible for training of resident and medical technologist in the Division of Clinical Pathology. Major accomplishment: Upgrading the quality of technical staff, obtaining laboratory certification from the Center For Disease Control (CDC), passing several inspections by College of American Pathologists (CAP) inspection teams, performing

72

M007310620

many CAP inspections as a team leader with a large team to inspect other medical laboratories such as the Pathology Laboratories at Northwestern University; reducing legal risk through conflict resolution, upgrading, replacing, and interfacing the laboratory computer system to the hospital computer system, saving money by suggesting and implementing multiplexing of data signals between the clinic and the hospital, and submitting extensive proposal for out-reach laboratory facilities. Major strategic failures: Unable to centralize all satellite laboratories, did not accept an offer by the Medical School Administration to establish an independent Department of Laboratory Medicine under my leadership, did not foresee the significance of an attempt by the Medical Technology School to take control of the Laboratories to secure an income stream (the attempt failed).

1978 - 1979 Clinical Associate Professor of Pathology, University of Alabama, Birmingham, and Associate Pathologist, Norwood Clinic and Carraway Methodist Medical Center, Birmingham, Alabama. Areas of responsibility: Rotations through surgical pathology and cytology sign-outs, on-call for all laboratory sections, performed autopsies, and directed the Clinical Chemistry Laboratory. Assigned tasks: budget preparation, modernization, and strategic planning, teaching of pathology residents (surgical pathology, cytology, autopsy pathology, hematology, blood banking, and clinical chemistry).

1976 - 1978 Associate Professor in Pathology, University of South Florida, Tampa, and Director, Clinical Laboratory, University of South Florida College of Medicine Clinics, Tampa, Florida. Areas of responsibility: Teaching clinical and anatomic pathology to M2 medical students; Conducted NIH-funded research on hemoglobinopathies (as PI); Directed day-to-day operation of the Pathology Laboratories in the University Clinic. Prepared budgets, hired and trained technologists, and taught residents. Helped revise and greatly improved billing procedures, collections improved from 40% to over 70%.

1972 -1976 Assistant Professor of Pathology, College of Medicine, and Assistant Professor of Bioengineering and Chemical Engineering, College of Engineering, University of Missouri, Columbia, Missouri. Areas of responsibility: Conducted NIH-funded research (as P.I.) on hemoglobinopathies in co-operation with Department of Bioengineering and Department of Chemical Engineering, School of Engineering; taught pathophysiology, laboratory analytical methods and principles of instrumentation to medical students, pathology residents, and medical technologists; Headed biotechnology course for graduate students in bio-engineering and chemical engineering. Organized quality control programs for University of Missouri-Columbia Department of Pathology and affiliated VA chemistry laboratories; planned immediate response laboratory, served as Co-Director and signed laboratory reports from the University (400 beds) and affiliated new VA-Hospital Chemistry Laboratories (700 beds). Conducted laboratory ward rounds at the University Hospital and affiliated VA-Hospital.

1971 – 1972, Instructor in Pathology, University of Chicago. Responsibilities: Assisted Chairman and visiting researchers in lipid metabolism research using animal (monkey) models of atherogenesis; taught residents in Clinical Pathology; helped plan and implement laboratory computer facilities; served as Head of Clinical Chemistry Laboratory Computer Section.

B. Awards and honors:

73

M007310521

1974-1978 Principal Investigator, NIH Grant Nos. R01HL 16017-01/02 and R011HL 20947-01/02

1979, ASCP/CAP/AIP Recognition Awards

1979 & 1976 American Medical Association Physician's Recognition Award

1983 Senator: Medical Center Senate, University of Illinois at Chicago

1983-1984 Prepared pilot data for own RO1 application on Multi-Center Study on Pathobiological Determinants of Atherosclerosis in Youth National Heart, Lung and Blood Institute, DHEW. However, results and application integrated into Departmental Chairman's RO1 grant application at Chairman's request.

1986 -1988: Senator, University of Illinois Senate.

1987 - 1988, Sabbatical leave, granted by the Board of Trustees, University of Illinois. Research with Dr. Karl Weisgraber, Dr. Mahley, and others on apolipoprotein E expression in human uterine leiomyomas; at Gladstone Foundation Laboratories for Cardiovascular Disease, University of California, San Francisco

1988 Principal Investigator, Grant Award, Campus Research Board and University of Illinois College of Medicine Dean's Office:  Hormonal Modulation of Apolipoprotein E Synthesis in Human Uterine Leiomyoma.

1990 Principal Investigator, Campus Research Board: Molecular Biology of Human Uterine Leiomyoma.

1992 Principal Investigator, Campus Research Board:  Role of TGF-beta in leiomyomas.

1994 Elected member of Sigma Xi, University of Illinois at Chicago Chapter

1999 Member, COX-2 Technology Group; Group supported by GD Searle unrestricted education grant to the University of Illinois

2001 "Clinical Scientist of the Year", Association of Clinical Scientists; Awarded at the University of North Carolina School of Medicine, Chapel Hill, NC

2004 National Register's of WHO's WHO, Executives and Professionals, by invitation

2004 Professor Emeritus, awarded by the University of Illinois Board of Trustees

C. Continuing Medical Education (CME, in reverse order)

Seminars, 3-days, Joint seminar sponsored by the Association of Clinical Scientists and the American Association of Pathologists (CAP) for ontinuing medical education (CME), Amelia Island Plantation, Florida, 2006. Host: The University of Florida Health Science Center/Jacksonville, Florida.
American Heart Association 7th Annual Conference on Arteriosclerosis, Thrombosis and Vascular Biology, April 27-29, 2006, Denver Marriott City Center, Denver, Colorado.

M00731092 2

Seminars, 3-days, Joint seminar sponsored by the Association of Clinical Scientists and the American Association of Pathologists (CAP), Troy, Michigan, 2005

Seminars, 3-days, Annual Meeting of the Association of Clinical Scientists, Houston, Texas, May 12 – 16, 2004; Academic sponsor: The University of Texas, Houston, Texas

Seminars, 3-days, Meeting of the Association of Clinical Scientists, St. Petersburg, Florida, Academic Host, University of Tampa, 2003

Seminars, 3-days, Meeting Association of Clinical Scientists, Academic Host, The School of Medicine of the University of Utah, Salt Lake City, Utah, 2002

Seminars, 3-days, Meeting of the Association of Clinical Scientists, University of North Caroline Medical School, Chapel Hill, NC., 2001

Seminars, 3-days, Meeting of the Association of Clinical Scientists, The Medical College of Georgia, Augusta, Georgia, 2000

Seminars, 3-days, Meeting of the Association of Clinical Scientists, The Ohio State University College of Medicine of Medicine, Columbus, Ohio, 1999

Seminars, 3-days, Meeting of the Association of Clinical Scientists, University of California San Diego School of Medicine and the Scripps Clinic, California, 1999

Seminars, 3-days, Meeting of the Association of Clinical Scientists, Brown University, Providence, Rhode Island, 1998

Seminars, 3-days, Meeting of the Association of Clinical Scientists, Emory University, Atlanta, Georgia, 1997

"UIC 1996-97 Lab Safety Conference for Research Faculty, Staff and Graduate Students", Office of Vice Chancellor for Research, University of Illinois at Chicago, 1996

"CAP Laboratory Accreditation Program Inspector Training Seminar", College of American Pathologists, 1994

"Frontiers in Clinical Science"; Spring Meeting, Charleston, South Carolina, Association of Clinical Scientists, 1994

"Clinical Pathology of Aging"; Seminar, Tampa, Florida, Fall Meeting, Association of Clinical Scientists, 1994

"Midwest Clinical Conference", Chicago Medical Society, Chicago, Illinois, 16.5 CME credit hours, 1993

"Advances in Anatomic and Clinical Pathology"; National Center for Advanced Medical Education, Chicago, Illinois; Certificate awarded, 51 CME credit hours, 1992

"Midwest Clinical Conference", Chicago Medical Society, Chicago, Illinois, 18 CME credit hours, 1992

M007310623

"CAP/LAP Inspector Training Program Seminar", Rosemont, Illinois; College of American Pathologists, 1991

D. Other Education

1967 IBM course for physicians in FORTRAN IV programming, University of Odense, Denmark

1970 Two week programming seminar, Digital Equipment Corporation, Maynard, Mass. (PDP-8: DEC Laboratory Computer System), sent by the University of Chicago.

1977 Microprocessor programming course (Motorola 6800), Tampa, Florida, Microprocessor user group

1977 Laboratory Management Workshop, College of American Pathologists

1980 – 1994 College of American Pathologists (CAP) Laboratory Inspectors Seminar (one about every other year)

1980 How to be an expert witness, College of American Pathologists (CAP) Seminar, Las Vegas

1981 Executive Leadership Seminar: Seven day seminar given by the Office of Organizational Development, University of Illinois

III. RESEARCH ADVISOR

A. Bioengineering Graduate Student
1972 - 75: Zon-Nol Chen, Ph.D. in Chemical Engineering, University of Missouri, Columbia, Missouri; Advisor

B. Medical Students
1987: Advisor to Heide Foerster, M2 summer student: Two-dimensional electrophoresis of proteins in cultured human uterine leiomyoma cells.

1993: Advisor to William Findley, M2 summer student, PCR of HPV6, 16, and 18 in human uterine leiomyomas

1994: Advisor to Ognjen Pitra, M2 summer student, PCR of osteopontin in human uterine leiomyomas.

C. Graduate Students
1983 - 1986: Shek, Yo Ho; M.S. Thesis in Pathology: Expression of tumor-associated proteins during the proliferative phase and secretory phase in human uterine leiomyoma. Graduate College; UIC Health Sciences Center; Major Advisor

1992-1996: Lin Qiu: Ph.D. Thesis in Pathology: Role of growth factors and sex hormones in the pathogenesis of human uterine leiomyomas. Graduate College; UIC Health Sciences Center; Major Advisor

1996-1998: Qiang Zhang: Research towards Ph.D. thesis on characterization including sequencing of p34, a human leiomyoma protein discovered in my

76

M007310524

laboratory. However, this research was halted as the entire Pathology Graduate Program was closed and the Graduate Students terminated. The financial support for the Graduate Program was re-directed to support post-graduate eye pathology research.

1989-1998: Minor Advisor and Member of Examination Committees for many other Graduate Students in the Pathology Graduate Program

VII. COMMITTEES

A. University and Clinical Committees (in reverse order)

1999 - 2004: James Scholar Committee for Independent Studies (gifted students Program for Independent Studies), College of Medicine, University of Illinois at Chicago, Member.

1992 – 1998 Departmental Research and Graduate Education Committee, Member.

1993 - 1994 Departmental Search Committee for Research Faculty Member, Member.

1984 – 1987, College of Medicine, Committee on Continuing Medical Education, Member.

1984 - 1985, Dean's Committee to Review the Department of Radiology; Member.

1984 -1986, Committee on Physical Diagnosis, a Sub-committee of College of Medicine Committee on Instruction; Member

1983 -1986, Search Committee for Head of Microbiology Laboratories, Chairman, University of Illinois at Chicago

1983 Search Committee for Head of Immunology Laboratories, Chairman, University of Illinois at Chicago

1983 - 1985, Search Committee for Head of Chemical Pathology Laboratories, Chairman, University of Illinois at Chicago
1983 Search Committee for Head of Cytogenetics Laboratories, Chairman, University of Illinois at Chicago

1984 -1986 Hospital Laboratories and Blood Bank Committee, Vice Chairman, University of Illinois at Chicago

1982 -1986 Committee on Undergraduate Medical Education, Member, Department of Pathology, University of Illinois at Chicago

1981 Search Committee for Staff Pathologist, Chairman, University of Illinois at Chicago

1981 -1982 Search Committee for Head of Pathology, Member, University of Illinois at Chicago

1981 -1982 Committee on Committees, Member, University of Illinois at Chicago

77

M007310625

1980 -1987 Faculty Advisory Committee to Head of Pathology, Member, University of Illinois at Chicago

1980 -1986 Resident Selection and Evaluation Committee, Member, University of Illinois at Chicago

1980 -1983 Committee on Instruction, Member, University of Illinois at Chicago

1980 -1983 Hospital Laboratories and Blood Bank Committee, Chairman, University of Illinois at Chicago

1980 -1981 Replacement Hospital Laboratory Planning Committee, Member, University of Illinois at Chicago

1980 -1981 Ad Hoc Committee to survey the Abraham Lincoln School of Medicine Department of Pathology, Member, University of Illinois at Chicago

1980 – 1986 Chairman, Laboratory Quality Assurance Committee, University of Illinois at Chicago

1976 - 1978 Ambulatory Care Center Advisory Committee, Member, University of Illinois at Chicago

1976 - 1978 Ad Hoc Committee on Laboratory Services, Member, University of South Florida

1976 - 1978 Laboratory Utilization Committee, Member, University of South Florida

1976 - 1978 Medical Care Evaluation Committee, Member, University of South Florida

1974 - 1975 Radiation Safety Committee, Member, Harry S. Truman Veterans Administration Hospital and University of Missouri, Columbia Medical Center

1973 -1975 Faculty Advisory Committee to the Dean, Member, University of Missouri, Columbia

1970-1971 Planning Committee for Laboratory Computerization, Department of Pathology, University of Chicago.

B. National Committees

1982-1983 Credentials Committee, Association of Clinical Scientists

1983-1984 Planning and Scope Committee, Association of Clinical Scientists

1984-1989 Member, Executive Committee, Association of Clinical Scientists

2002 - Member, Awards Committee, Association of Clinical Scientists

V. PUBLIC SERVICE:

A. Association of Clinical Scientists and Annals of Clinical and Laboratory Science

M007310526

2000 – Member, Scientific Council, the Association of Clinical Scientists

2000 – Member of the Editorial Board, Annals of Clinical and Laboratory Science
1984 - 1985, President, Association of Clinical Scientists

1983 - 1984, Vice President, Association of Clinical Scientist

1983 - 1988, Member of the Executive Committee of the Association of Clinical Scientists

1983 -1984 Planning and Scope Committee, Association of Clinical Scientists

1982 -1983 Credentials Committee, Association of Clinical Scientists

1980 - 1984, Association of Clinical Scientists Member of Scientific Council

B. Consultant, Clinical

1979 University of South Alabama, Department of Pathology, Mobile, Alabama, organized residency training program.

1980 - 1990, West Side Veterans Administration Hospital, Department of Pathology; Chicago, Illinois.

1980 - 1994 College of American Pathologists, Laboratory Inspector

1981 Amersham Corporation, Radioimmunoassay.

1996 – Expert witness, medical-legal cases

C. Reviewer for scientific journals

- Annals of Clinical and Laboratory Science
- Archives of Pathology & Laboratory Medicine
- Biochemical Pharmacology
- British Journal of Cancer
- Cancer Detection and Prevention
- Cancer Investigation
- Cancer Research
- Cellular and Molecular Life Sciences
- Clinical & Experimental Metastasis
- Clinical Endocrinology
- Expert Opinion on Investigational Drugs
- Expert Opinion on Pharmacotherapy and Emerging Drugs
- GUT
- Journal of Clinical Oncology
- Journal of Pediatric Gastroenterology and Nutrition
- Journal of Pharmacy and Pharmacology
- Neurotoxicity Research
- Oncogene
- Pharmacological Research

M007310527

D. Grant Application Reviews (Recent)

External reviewer for the Alberta Cancer Research Board

Reviewer for the Broad Foundation

External reviewer for the Health Research Board of Ireland

Reviewer for the Wellcome Trust

Member, 3 years, Cancer Panel, Tobacco Related Disease Program (TRDRP) State of California

Member, 3 years, Cancer Panel, Tobacco Related Disease Program (TRDRP) State of Colorado

VIII. PRESENT SCIENTIFIC INTERESTS

1. Molecular pathology of cyclooxygenase-2 in atherosclerosis, carcinogenesis, angiogenesis, and morphogenesis

2. Role of bimodal growth factors in morphogenesis and vascular remodeling

3. Mitochondrial medicine

4. Parkinson's disease

IX. PRESENTATIONS AND ABSTRACTS

(Presenter's or first authors name is underlined)

Musil E, Fosslien E, Lumeng J, Lubran M. A continuous extraction system for TLC using automatic spot application. Presented at the Interim Meeting of the American Society of Clinical Pathologists in Houston, Texas, February 1970

Fosslien E, Blickenstaff LR, Miller MM, Lumeng J. A simple system for continuous flow analysis. Presented at the Scientific Assembly of the Annual Meeting of the American Society of Clinical Pathologists in Atlanta, Georgia, September 1970

Fosslien E, Musil F, Lumeng J. Scintillation determination of lipid fractions automatically scraped from standard TLC plates. Presented at the World Congress of the American Oil Chemist Society in Chicago, Illinois, September 1970

Fosslien E, Chen B, Kavechi AE, Preckshot GW. Automated hemoglobin electrophoresis. Read at the Fall Meeting of Clinical Pathologists in Chicago, Illinois, 1973.

Fosslien E, Chen B, Kavechi AE, Preckshot GW. Automated hemoglobin electrophoresis. AJCP 62:134, 1974, Abstract

Fosslien E. Modalities of automation in zone electrophoresis. Paper presented at the Ninth Annual Symposium on Advanced Analytical Concepts for the Clinical Laboratory, Oak Ridge National Laboratories, March 1977

80

M007310628

Fosslien E, Anderson DN, Nastir A. Continuous flow zone electrophoresis: experimental demonstration of a novel electrophoretic principle and discussion of potential research and clinical applications. Presented at the Eleventh Annual Symposium on Advanced Analytical Concepts for the Clinical Laboratory, Oak Ridge National Laboratories, April 1980

Fosslien E, Cummings P. Evaluation of the COBAS-BIO centrifugal fast analyzer. Presented at the Semi-annual meeting of the Association of Clinical Scientists, 1981

Wynn A, Maturen A. Fosslien E. Glycosylated hemoglobin minicolumn assays in hemoglobinopathies. Presented at the Fifteenth IAMLT Congress in Amsterdam, June 1982

Loren AB, Yokoyama MM, Fosslien E. Improved immuno-diagnosis of neutrophil dysfunction in the newborn and infant. Presented at the 63rd Annual Meeting of the Association of Clinical Scientists, Philadelphia, 1982

Fosslien E. Proteins in solid tumors. Presented at the Seminar on Laboratory Diagnosis and Monitoring of Cancer (64th Annual Meeting) of the Association of Clinical Scientists in Chicago, Illinois, 1983

Fosslien E. Alterations in Tissue Proteins in Hepatic Tumors. Presented at the 64th Annual Meeting of the Association of Clinical Scientists in Washington, D.C., 1983

Fosslien E, Stastny J. Calibration of two-dimensional electrophoresis by use of internal standards. Ann Clin Lab Sci 1984,13:349

Fosslien E, Stastny J, Song J, Robertson AL. New insight into aging: Protein alterations in the senescent human aortic intima. Ann Clin Lab Sci, 1984;14:324

Fosslien E. Recombinant DNA methods for antenatal diagnosis by means of placental biopsy. Presented at the Seminar on the Clinical Pathology of Reproductive Systems, Association of Clinical Scientists, Annual Meeting, Philadelphia, Pennsylvania, November 1984

Fosslien E, Stastny J, Robertson Jr. AL. Protein Composition of Human Atherosclerotic Intima vs. Isolated Aortic Cells. Fed Proc 43:713, 1984

Song J, Stastny J, Fosslien E, Robertson AL. Effects of aging on human aortic protein composition. Fed Proc 1985;4:1136

Fosslien E, Stastny J, Song J, Shek H, Yamashiroya H, Robertson AL. Arterial proteins in human aging and atherogenesis. Hugh Loefland Conference, 1985 Boston, MA

Stastny J, Fosslien E, Robertson AL. Aortic intima protein composition in "early" human atheroma. Fed Proc 44:1136, 1985

Fosslien E. The pathogenesis of cardiovascular disorders. 75th meeting of the Association of Clinical Scientists, Louisville, Kentucky, 1985

M00731052

Fosslien E. The relationship of lipid disorders to coronary heart disease. 75th meeting of the Association of Clinical Scientists, Louisville, Kentucky, 1985

Fosslien E, Stastny J, Yamashiroya H. Recent advances in protein separation by two-dimensional electrophoresis. Ann Clin Lab Sci 1985;15:322

Shek YH, Stastny J, Fosslien E. Cyclic expression of unique proteins in human uterine leiomyomas. Fed Proc 1986;44:1136

Fosslien E, Stastny JJ, Shek YH. In vivo modulation of marker protein in human uterine leiomyoma. Presented at the Association of Clinical Scientists Seminar on Application of Nucleic Acid Probes and Monoclonal Antibodies in Human Disease (79th Annual Meeting) in Atlanta, Georgia, November, 1986

Fosslien E, Stastny J, Robertson AL. Quantitative alterations in proteins in human atherosclerotic lesions of young trauma victims. Fed Proc 1987;44:977

Fosslien E. et al.: Apolipoprotein E and in vivo smooth muscle cell proliferation. Ann Clin Sci 1988;18:402-403

Fosslien E. Alterations in mitochondrial structure and function in aging. Presented at the Applied Seminar on Clinical Science of Aging; Nov. 16-20, 1994, Tampa, Florida; 106th Meeting of the Association of Clinical Scientists

Oui L, Yamashiroya H, Fosslien, E. "Age-related Loss of Response to TGF-beta in Human Uterine Leiomyoma Cells in Vitro", ASBMB/ASIP/AAI Joint Meeting, New Orleans, 1996 (late breaking abstract poster session, poster LB132)

Qiu L, Yamashiroya H, Fosslien E. "Growth Enhancement of Uterine Leiomyoma Cell in Vitro by EGF, Estrogen, and Progesterone"; Experimental Biology (EB97), New Orleans, April 1997, Neoplasia Session 357, Board Nr. B-109

Fosslien E, Qiu L, Yamashiroya H. "Human uterine leiomyoma cells: Growth responses to epidermal growth factor and transforming growth factor beta". 114th Meeting, Association of Clinical Scientists, University of Utah Medical School, Salt Lake City, 1997

Fosslien E. "Adverse effects of drugs on the gastrointestinal system"; 115th Meeting, Association of Clinical Scientists, Atlanta, Georgia, fall 1997

Fosslien E. "Molecular pathology of haptoglobins", Association of Clinical Scientists, Spring Meeting, Brown University, Providence, Rhode Island, 1998

Zhang Q, Fosslien E. "Immunodetection of a haptoglobin-like protein in the human uterine leiomyoma", Federation Meeting, San Francisco, 1998 (poster presentation)

Fosslien E. "Uterine fibroids: Characterization and partial micro-sequencing of uterine tumor proteins". 5th Annual Leadership Symposium, University of Illinois at Chicago, 1998 (poster presentation, by invitation)

Fosslien E, Qiu L. Human uterine leiomyoma cells: "Growth responses to insulin-like growth factor I (IGF-I) and gonadotropin releasing hormone (GnRH)", Experimental Biology (EB98), San Francisco, 1998 (poster presentation)

82

M007310630

Fosslien, E. "Gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs", Practical Clinical Pharmacology and Toxicology, Medical College of Wisconsin, Milwaukee, Wisconsin; June 25th 1998 (invited paper; invited by Dr. Steven H. Wong, Professor of Pathology, Department of Pathology, and Scientific Director, Toxicology, Milwaukee County Medical Examiner's Office)

Fosslien E. "Molecular pathology of cyclooxygenase-2 in neoplasia", 118th Meeting Association of Clinical Scientists, Academic Host: Ohio State University College of Medicine of Medicine, Columbus, Ohio, Spring 1999

Fosslien E. "Escape from immunological surveillance in blastocyst implantation and cancer", Association of Clinical Scientists, 119th Meeting, University of California San Diego School of Medicine, California, Fall 1999

Fosslien E. "Mitochondrial Medicine: Molecular Pathology of Defective Oxidative Phosphorylation", 120th Meeting of the Association of Clinical Scientists, The Medical College of Georgia, Augusta, Georgia, May 2000

Fosslien E. "Molecular Pathology of Cyclooxygenase-2 (COX-2) in Cancer-induced Angiogenesis", Association of Clinical Scientists, 121st Meeting, University of North Caroline Medical School, Chapel Hill, NC, 2001

Fosslien E. "Molecular Pathology of Mitochondrial Dysfunction in Parkinson's Disease", 122nd Meeting Association of Clinical Scientists, Academic Host, The School of Medicine of the University of Utah, Salt Lake City, Utah, 2002

Fosslien E. "Mitochondrial Dysfunction in Cardiomyopathies", Association of Clinical Scientists, 123rd Meeting, St. Petersburg, Florida, 2003

Fosslien E. "Molecular Pathology of Alterations in Thermoregulation: Role of Mitochondrial Uncoupling Proteins". Presented at the Association of Clinical Scientists", Annual Meeting, Houston, Texas, May 12 – 16, 2004

Fosslien E. "Cardiovascular Complications of Nonsteroidal Anti-inflammatory Drugs". Presented at the 125th meeting of the Association of Clinical Scientists", Troy, MI, May 12–16, 2005.

Fosslien E. "Role of Mitochondrial Dysfunction in the Etiology of Neoplasia". 126th Meeting of the Association of Clinical Scientists, Amelia Island Plantation, Florida.

X.  PUBLICATIONS:

A. Experimental and Clinical

Fosslien, E.: Drahtlose Electroencephalographie-Übertragung. Möglichkeiten ihrer Realisierung und praktischer Aufbau einer Kodierungsanlage und einer Dekodierungsanlage für die Simultantelemetrie von acht Schädelableitungs-signalen nach dem Zeitmultiplexverfahren. Dissertation, University of Heidelberg, Germany, 1966

Musil F, Fosslien E. An automated eight-channel spot applicator for thin-layer chromatography. J Chromatog. 1970;47:116-118.

M007310631

Fosslien E, Musil F. Automatic lipid extraction and thin-layer chromatography application with a programmed flow system. J Lipid Res 1970;11:605-609.

Feldman SA, Fosslien E. Microanalytical quantitation of serum lipids by thin-layer chromatography utilizing an automated applicator. J Chromatog 1971;63:63-65.

Fosslien E. An improved automatic lipid extraction and thin-layer spot application system. J Chromatog 1971; 63:59-62.

Fosslien E, Musil F, Domizi D, BLickenstaff L, Lumeng, J. A computer-controlled scraper for standard thin-layer plates. J Chromatog 1971; 63:131-139.

Fraser R, DuBien L, Musil F, Fosslien E, Wissler RW. Transport of cholesterol in thoracic duct lymph and serum of rhesus monkeys fed cholesterol with various food fats. Atherosclerosis 1972; 16:203-216.

Fosslien E. Automated zone electrophoresis - experiments and new concepts. Clin Chem 1977;23(8):1436-1443.

Fosslien E, Anderson DN, Nastir A. Continuous-flow zone electrophoresis: experimental demonstration of a novel electrophoretic principle and discussion of potential research and clinical applications. Clin Chem 1980;26:1450-1453.

Ayat F, Fosslien E, Kint R, Hudson HC. Myelolipoma of the adrenal gland. Urology 1980;4/16:415-418, 1980.

Loren AB, Yokoyama MM, Fosslien E. Improved Immunodiagnosis of neutrophil dysfunction of the newborn and infant. Clin Lab Science 1982;12/2:111-115.

Fosslien E, Stastny J, Prasad R. High resolution two-dimensional electrophoresis. Manual of Procedures for the Seminar on Laboratory Diagnosis and Monitoring of Cancer 1982; Philadelphia, Institute for Clinical Science, 1-7, 1982.

Prasad R, Fosslien E, Vidyasagar D. Role of radioimmunoassay in neonatal thyroid screening. Perinat.-Neonat 1983;7/3:49-58.

Fosslien E, Stastny J, Yamashiroya H. Advances in protein analysis of biological systems. Surv Synth Path Res 1983;1:282-290.

Fosslien E, Prasad R, Stastny J. Computer-aided standardization of two-dimensional electrophoresis: improvement of biophysical description of proteins in relative versus absolute coordinate systems. Electrophoresis 1984;5:102-109.

Fosslien E, Stastny J. Two-dimensional electrophoresis maps markers. Clin Chem News 1984; May: 6-7.

Stastny J, Prasad R, Fosslien E. Tissue proteins in breast cancer, as studied by use of two-dimensional electrophoresis. Clin Chem 1984;30/12:1914-1918.

Song J, Stastny J, Fosslien E, Robertson AL. Effect of aging on human protein composition. I. One-dimensional polyacrylamide gel electrophoretic analysis of tissue extracts. Exp Mol Path 1985;43:233-241.

M007310632

Song J, Stastny J, Fosslien E, Robertson AL. Effect of aging on human aortic protein composition. II. Two-dimensional polyacrylamide gel electrophoretic analysis of tissue extracts. Exp Mol Path 1985;43:297-304.

Fosslien E. Clinical aspects of lipid analysis. Diagnostic Medicine, 1985;April:43-47.

Stastny J, Fosslien E, Robertson AL. Human aortic intima protein composition during initial stages of atherogenesis. Atherosclerosis 1986;60:131-139.

Stastny J, Robertson AL, Fosslien E. Basic proteins in the human aortic intima. Non-equilibrium two-dimensional electrophoresis analysis of tissue extracts. Exp Mol Path 1986;45: 279-286.

Stastny J, Fosslien E. Determination of relative amounts of silver stained proteins on two-dimensional gels using internal calibrator. Electrophoresis 1986; 7:544-551.

Shek YH, Stastny J, Fosslien E. Effect of menstrual cycle on protein expression in human uterine leiomyomas. Obstet Gynecol 1987;70:128-133.

Song J, Stastny J, Fosslien E, Robertson AL. Study on proteins of human aortic intima and atherosclerotic lesions. Journal of China Medical University 1987;16:34-40.

Song J, Stastny J, Fosslien E, Robertson AL. Aging of human aortic intima proteins. Chinese Journal of Cardiology 1987;15:356-360.

Daikos GL, Kathpalia SB, Lolans VT, Jackson GG, Fosslien E. Long-term oral ciprofloxacin: Experience in the treatment of incurable infective endocarditis. A J Med 1988;84:786-790.

Stastny JJ, Fosslien E. Quantitation of some intimal proteins in aortic intimas with and without atherosclerosis. Mol Exp Path 1992;57(3):305-14.

B. Reviews and Theoretical

Fosslien E. Molecular pathology of cyclooxygenase-2 in neoplasia. Annals of Clinical and Laboratory Science 2000;30(1):3-21.

Fosslien E. The biochemistry of cyclooxygenase(COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia. Crit Rev Clin Lab Sci 2000;37(5):431-502.

Fosslien E. Mitochondrial medicine: Molecular pathology of defects in oxidative phosphorylation. Ann Clin Lab Sci 2001;31(1):25-67.

Fosslien E. Molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis. Ann Clin Lab Sci 2001;31(4):325-47.

Fosslien E. Establishment and maintenance of curvature in biology. Medical

M007310533

Hypotheses 2002; 59(3):233-238.

Fosslien E. Mitochondrial medicine--cardiomyopathy caused by defective oxidative phosphorylation. Ann Clin Lab Sci. 2003;33(4):371-95.

Fosslien E. Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs. Ann Clin Lab Sci 2005 Fall;35(4):347-85.

Fosslien E. Review: Mitochondrial dysfunction and inflammation in Parkinson's disease. In preparation

XI. EXPERT VITNESS

Served as expert witness in cases involving private and university medical practices, hospitals, and nursing homes. Evaluated procedures, charts, and clinical and anatomic pathology reports and testified as to the probable cause of death. Details available during personal interview.

86

M007310634

## EXHIBIT B

In the last four years I have testified, either at deposition or in trial for the following cases:

Outside Cases

A) 1/14/2004 – 9/30/2004; Consultation Order No. 008315, regarding Forensic Pathology

(review and analysis of medical records and coroner's report), paid by American Institute

for Research, 1000 Thomas Jefferson St., HW, Washington, DC 2007. Consultation for

James L. Reed, Jr., Esq., Assistant Regional Council, US DHHS OFFICE OF GENERAL

COUNCIL, Region V, 233 North Michigan Avenue, Suite 700, Chicago, IL 60601-5502;

Phone (312) 353-1640; Facsimile: (312) 886-1718.


B) File No. 431.8993, for Robert J. Feldt, Esq, EICHHORN & EICHORN, Attorneys at

Law, Hammond Office, 200 Russel Street, Hammond, Indiana, 46325; Phone (219) 931-

0560, Telecopier: (219) 931-5370. Consultation activity: Review of medical records,

photographs, autopsy reports, and microscopic slides, rendering opinion as to the cause

of death. Case settled at mediation, February 13, 2004


Inside Cases

Documents regarding depositions for the defense for UIC internal (autopsy) cases should

be available from the Office of Legal Council, University of Illinois at Chicago. I have

retained no copies of those cases.

M007310535