6/08/2006 Egil Fosslien Deposition Excerpts

• Dedrick - Daubert - Fosslien

| | | |
|---|---|---|
| [1:] - [1:24] | 6/8/2006 | Fosslien, Egil (Barnett) |

```
page 1
    0001
 1                  IN THE UNITED STATES DISTRICT COURT
 2                     EASTERN DISTRICT OF LOUISIANA
 3
 4       IN RE:  VIOXX                )
 5       PRODUCTS LIABILITY LITIGATION )
 6                                     ) MDL Docket
 7       This document relates to:     ) No. 1657
 8       GERALD BARNETT and            ) Section L
 9       CORRINE BARNETT,              )
10                   Plaintiffs,       ) Judge Fallon
11             -vs-                    )
12       MERCK & CO., INC.,            ) Magistrate Judge
13                   Defendant.        ) Knowles
14                                     )
15       Civil Action No. 2:06cv485    )
16
17
18            THE DEPOSITION OF EGIL FOSSLIEN, M.D.
19
20                         June 8, 2006
21
22
23
24
page 2
 1
 2
 3
```

| | | |
|---|---|---|
| [90:14] - [91:18] | 6/8/2006 | Fosslien, Egil (Barnett) |

```
page 90
11      believe what they write.  I don't know that.
12            Q.    So, you're not --
13            A.    You show it to me.
14            Q.    You're not going to offer any FDA or the
15      FDA advisory opinion?
16            A.    That's what I said.  I don't offer an
17      opinion.  But, you see, there are things that are
18      important in this case.
19            Q.    Okay.
20            A.    But I don't offer an opinion.
21            Q.    I know there are things that you may
22      find interesting, but I want to know and I have a
23      right what your opinions are and what I can expect
24      to hear from you at trial.
page 91
 1                  As I understand it you may think some
 2      things are interesting but you're not going to
 3      offer opinions with respect to the FDA or the FDA
 4      advisory committee meeting, the FDA advisory
 5      committee's actions with respect to Vioxx, is that
 6      fair?
 7            A.    You asked me if I have an opinion.  I
 8      certainly have an opinion.  I think it's very sad
 9      that the FDA evidently did not proceed very rapidly
10      on this case or the FDA had different opinions than
11      the company that applied for the approval and --
12      but it's not my report.  I wanted to avoid that.
13      That is a different story in my opinion.  But it's
14      certainly there and I have an opinion about it.
15            Q.    You're not going to be talking about
16      that at trial.  Fair?
17            A.    I don't intend to do so unless you bring
18      it up.
19            Q.    It's not in your expert report and it's
```

6/08/2006 Egil Fosslien Deposition Excerpts

• **Dedrick - Daubert - Fosslien**

|  |  |
|---|---|
|  | 20    not opinions that you're going to bring up at<br>21    trial.  Fair? |

[92:23] - [93:4]    6/8/2006    Fosslien, Egil (Barnett)

```
page 92
20         MR. TOMASELLI:  Yeah.  I mean --
21         MR. CRAWFORD:  He is not an FDA expert.
22   BY MR. TOMASELLI:
23         Q.   You are not going to be offering any
24   opinions regarding the FDA's original approval of
page 93
1    the drug or any of the labeling or anything like
2    that, correct?
3          A.   Well, I have an opinion, if you ask me
4    the general term "opinion."
5          MR. CRAWFORD:  Let me --
6    BY THE WITNESS:
7          A.   Opinion about the FDA.
```

[95:13] - [95:16]    6/8/2006    Fosslien, Egil (Barnett)

```
page 95
10   report.  But if you ask me if I have an opinion
11   about the FDA, yes.  I'm saddened to see that there
12   was a delay.
13         Q.   Sir, are you offering an opinion on
14   whether the original approval of the drug was
15   correct or incorrect?
16         A.   No, I'm not.
17         Q.   Are you offering an opinion in this
18   litigation regarding any statement in the labeling
19   as being correct, incorrect, adequate or
```

[97:11] - [97:13]    6/8/2006    Fosslien, Egil (Barnett)

```
page 97
8    write that and then you have to go back and if you
9    haven't included it, then you will have to include
10   it with a proper discussion.
11         Q.   Have you ever read the labeling that was
12   approved in the US for Vioxx?
13         A.   No.
14         Q.   Have you ever read --
15         A.   Except, you know, there was some
16   controversy on the Internet.
```

[99:5] - [99:8]    6/8/2006    Fosslien, Egil (Barnett)

```
page 99
2          A.   I have not read the labeling.  I told
3    you that.
4    BY MR. TOMASELLI:
5          Q.   Are you familiar with the FDA
6    regulations regarding the marketing of
7    pharmaceutical drugs in the United States?
8          A.   No.
9          Q.   Do you know what division of the FDA
10   regulates the marketing of pharmaceutical drugs in
11   the United States?
```

[100:3] - [100:10]    6/8/2006    Fosslien, Egil (Barnett)

```
page 99
24         A.   No, I understand there is pre-market
page 100
1    approval and things like that, but I'm not involved
2    in that.
3          Q.   Okay.  Do you intend to offer any
```

6/08/2006 Egil Fosslien Deposition Excerpts

• Dedrick - Daubert - Fosslien

```
            4      opinions regarding what Merck employees were
            5      thinking at any certain point in time or what their
            6      intent is?
            7          A.    Intent and thinking, well, there is some
            8      e-mail and, you know, I don't think there is any
            9      question about what they were thinking from the
           10      e-mail.
           11          Q.    You're just --
           12          A.    That is the Scolnick e-mail and it's in
           13      my report here.
```

[353:1] - [354:14]      6/8/2006      Fosslien, Egil (Barnett)

```
           page 352
           22      --------------------------------------------------
           23      --------------------------------------------------
           24      --------------------------------------------------
           page 353
            1      STATE OF ILLINOIS  )
            2                         )  SS:
            3      COUNTY OF DU PAGE  )
            4              I, CORINNE T. MARUT, C.S.R. No. 84-1968,
            5      a Notary Public within and for the County of
            6      DuPage, State of Illinois, and a Certified
            7      Shorthand Reporter of said state, do hereby
            8      certify:
            9              That previous to the commencement of the
           10      examination of the witness, the witness was duly
           11      sworn to testify the whole truth concerning the
           12      matters herein;
           13              That the foregoing deposition transcript
           14      was reported stenographically by me, was thereafter
           15      reduced to typewriting under my personal direction
           16      and constitutes a true record of the testimony
           17      given and the proceedings had;
           18              That the said deposition was taken
           19      before me at the time and place specified;
           20              That the reading and signing by the
           21      witness of the deposition transcript was agreed
           22      upon as stated herein;
           23              That I am not a relative or employee or
           24      attorney or counsel, nor a relative or employee of
           page 354
            1      such attorney or counsel for any of the parties
            2      hereto, nor interested directly or indirectly in
            3      the outcome of this action.
            4              IN WITNESS WHEREOF, I do hereunto set my
            5      hand and affix my seal of office at Chicago,
            6      Illinois, this 12th day of June, 2006.
            7
            8
            9
           10              CORINNE T. MARUT, C.S.R. No. 84-1968
           11              Notary Public, DuPage County, Illinois.
           12              My commission expires August 15, 2009.
           13
           14
           15
           16
           17
```