# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE |
| GERALD D. BARNETT, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION OF MERCK & CO., INC. ("MERCK") TO THE PSC'S MOTION FOR ORDER ALLOWING THE PSC TO FILE AN *AMICUS* BRIEF IN CONNECTION WITH MERCK'S MOTION FOR NEW TRIAL ON ALL ISSUES

The Court should deny the PSC's request for leave to file an *amicus* brief regarding Merck's motion for a new trial on all issues.  First and most fundamentally, the PSC has made no showing that such a brief is necessary.  Its motion is supported by nothing more than the conclusory statements that the PSC "desires to file an Amicus brief" in order to "fulfill its duties to all plaintiffs" and "assist the Court with legal issues."  (PSC's Mot. for Order at 1; PSC's Mot. for Expedited Hearing at 1.)  It claims that the brief "will not be redundant or duplicative and will aid the Court in the complex and difficult issues that are addressed in the Motion for New Trial and the responses that have been filed."  (PSC's Mem. at 1.)  But, nowhere does the PSC explain what, exactly, it would bring to these "complex and difficult" issues that is not already brought by plaintiff's trial counsel.  Mr. Barnett is perfectly well represented by counsel, both of

whom are members of the PSC and one of whom is co-chair of the committee.  If the PSC has any arguments to add to plaintiff's opposition brief, it has had ample opportunity to do so in the months since Merck filed its motion.

Second, to allow the PSC to file an *amicus* brief would be fundamentally unfair to Merck. It would allow twice as many briefs from plaintiffs – in effect, twice as many pages to argue the merits of Merck's motion.  Plaintiff has already secured an enlargement of the page limit for its responsive brief, without objection from Merck.   Further leave is not required and would prejudice Merck.

Finally, granting the PSC's request for leave to file its requested brief by November 10th – when plaintiff's brief is due today – would unnecessarily delay the briefing on Merck's motion. Plaintiff has already secured a substantial extension of the deadline for its opposition, again without objection from Merck.  Here, too, no further leave is warranted.


Dated:  October 31, 2006                              Respectfully submitted,


                                                     */s/ Dorothy H. Wimberly*
                                                     Phillip A. Wittmann, 13625
                                                     Dorothy H. Wimberly, 18509
                                                     STONE PIGMAN WALTHER
                                                     WITTMANN L.L.C.
                                                     546 Carondelet Street
                                                     New Orleans, Louisiana  70130
                                                     Phone:  504-581-3200
                                                     Fax:     504-581-3361

                                                     Defendants' Liaison Counsel

837258v.1

Philip S. Beck
Andrew Goldman
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

Attorneys for Merck & Co., Inc.

837258v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition to the PSC's Motion for Order Allowing the PSC to File an *Amicus* Brief in Connection with Merck's Motion for New Trial on All Issues has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 31st day of October, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

837258v.1