IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL Docket No. 1657<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |

* * * * * * * * * * * * * * * * * * * * * * * *

*This document relates to Gerald Barnett v. Merck & CO., Inc., USDC-EDLA No. 02:06cv0485*

### ORDER

Considering the Motion for Expedited Hearing and Incorporated Memorandum filed on behalf of Plaintiff Liaison Counsel;

IT IS ORDERED BY THE COURT that the Motion for Expedited Hearing be and is hereby granted;

**IT IS FURTHER ORDERED BY THE COURT** that the hearing on Motion for Order Allowing the Plaintiffs' Steering Committee to File an Amicus Brief in Connection with the Motion for New Trial be and is hereby set for expedited hearing on the 2nd day of November, 2006 at 9 o'clock a.m.

NEW ORLEANS, Louisiana, this 31st day of October, 2006.

**Eldon E. Fallon**
**United States District Judge**