UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to Joann Jackson et al v. Merck & Co., Inc. No. 1:06-cv-01004 | * * * | |

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE AS TO MERCK & COMPANY, INC.**

This cause came before the Court on the statements of counsel for both parties that the plaintiff wishes to dismiss the instant lawsuit without prejudice, subject to the following conditions:

1.  Jackson agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.  Jackson further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Jackson, as though Jackson had been a party and had had an opportunity to participate in that discovery.

3.  Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants' Liaison

837269v.1

Counsel will make the change directly on File & Serve to reflect the withdrawal of counsel in the above-captioned case.

Approved by:

*/s/ Luvell Glanton*
Luvell Glanton (#14172)
915 Jefferson St.
Nashville, TN  37208
(615) 244-4511  phone
(615) 256-0765  facsimile

Counsel for Plaintiff,
Joann Jackson


*/s/ Phillip A. Wittmann*
Phillip A. Wittmann (#13625)
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA  70130
Phone:  (504) 581-3200
Fax:  (504) 581-3361

Defendants' Liaison Counsel


*/s/ Charles C. Harrell*
CHARLES C. HARRELL (35886)
LISA M. MARTIN (#23314)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Phone:  (901) 680-7200
Fax:  (901) 680-7201

Counsel for Defendant Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of October, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel