Exhibit A



Aug 29 2006
4:25PM

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO: Anthony W. Dedrick V. Merck & Co., Inc. Civil Action No: 05-2524 | Plaintiff: __Anthony Wayne Dedrick__ (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: __Anthony Wayne Dedrick__

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden or other names used or by which you have been known:_____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

NY 189839_1

1



M009F02638

Exhibit A

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes <u>X</u>   No____   *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? <u>Myocardial Infarction</u>

    b. When do you claim this injury occurred? <u>January 8, 2003</u>

    c. Who diagnosed the condition? <u>Dr. Esmeraldo Herrera; Dr. William Coltharp</u>

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ____ No <u>X</u>   *If "yes,"* when and who diagnosed the condition at that time? ____

    e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ____ No <u>X</u>   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any.
    ____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes <u>X</u>   No ____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: <u>Dr. Esmeraldo Herrera, J.V. Manqubit Medical Building, Waynesboro Tennessee 38480</u>

    b. To your understanding, condition for which treated: <u>Anxiety due to lose of health</u>

    c. When treated: <u>October 2003 to present</u>

    d. Medications prescribed or recommended by provider: <u>Valium</u>

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: <u>Anthony Wayne Dedrick</u>

B. Maiden or other names used or by which you have been known: <u>Tony Dedrick</u>

C. Social Security Number: ____ <u>REDACTED</u>

NY 189839_1

2

M009F02639

Exhibit A

D. Address: <u>329 Highway 64 W Apartment 5B, Waynesboro, Tennessee 38485</u>

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 329 Highway 64 W Apartment 5B, Waynesboro, Tennessee 38485 | Present |
| 7021 Elgie Digger Lane, Waynesboro, Tennessee 38485 | 1/1994 – 12/2001 |
| 49 Willowbrook Dr. Waynesboro, Tennessee 38485 | 1/2002 – 11/2005 |

F. Driver's License Number and State Issuing License: <u>56870521; Tennessee</u>

G. Date of Place and Birth: <u>08/16/1955; Waynesboro, Tennessee</u>

H. Sex: Male  <u>X</u>   Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Wayne County High School | 1968 - 1972 | General | GED |

J. Employment Information.

  1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Ground Improvement Techniques | 200 May Rd. Beaver Falls, PA | 1996 – 1999 | Heavy Equipment Operator |

  2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Ground Improvement Techniques | 200 May Rd. Beaver Falls, PA | 1996 – 1999 | Heavy Equipment Operator |
| Kent Construction | 701 Saundra LN Cullman, Alabama | 1995 – 1996 | Heavy Equipment Operator |
| Self-Employed | Waynesboro, Tennessee | 1990 – 1995 | Carpenter |

NY189839_1

Exhibit A

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No _X_

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _X_ No ____

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No _X_

L. Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes _X_ No ____ *If "yes,"* to the best of your knowledge please state:

      a. Year claim was filed: 2003
      b. Nature of disability: Diabetes
      c. Approximate period of disability: 2003 to present

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _X_ No ____ *If "yes,"* set forth when and the reason. 1999 to present; Physically unable to work. Arthritis; Heart Disease and Diabetes.

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No _X_

   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted.

   ____
   ____
   ____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _X_ No ____ *If "yes,"* set forth where, when and the felony and/or crime. Waynesboro, Tennessee: 1993 - DUI and 2 counts of vehicular assault; 1995 – DUI; 1997 – DUI; 1999 - DUI

NY 189839_1

4

Exhibit A

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): <u>Doris Dedrick, Married – 1983 - 1984; 1984 – 1987 married and divorced twice; Nurse.</u>

B. Has your spouse filed a loss of consortium claim in this action? Yes ____ No <u>X</u>

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?   Yes <u>X</u>   No ____   Don't Know ____   *If "yes,"* identify each such person below and provide the information requested.

    Name: <u>Willa Fay Dedrick (Mother)</u>
    Current Age (or (Age) at Death): <u>64</u>
    Type of Problem: <u>Heart Attack</u>
    If Applicable, Cause of Death: <u>Not cause of death</u>

    Name: <u>Elizabeth Nuszbaum (Grandmother)</u>
    Current Age (or Age at (Death)): <u>75 or 76</u>
    Type of Problem: <u>Heart Attack</u>
    If Applicable, Cause of Death: <u>Heart Attack  (no autopsy)</u>

D. If applicable, for each of your children, list his/her name, age and address: <u>n/a</u>

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. ____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? <u>Dr. Esmeraldo Herrera</u>

B. On which dates did you begin to take, and stop taking, VIOXX®? <u>7/8/02 - 4/23/2003</u>

NY 189839_1

5

M009F02642

Exhibit A

C. Did you take VIOXX® continuously during that period?
Yes  X   No _____   Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? Arthritis

E. Did you renew your prescription for VIOXX®? Yes  X   No _____   Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: do not recall

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
  X   25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _____ Once

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____   No  X   Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes _____   No _____   Don't Recall  X 

2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____   No _____   Don't Recall  X 

3. *If "yes,"*
   a. When did you receive that information? _____
   b. From whom did you receive it? _____
   c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking Vioxx®?   Aspirin

## V. MEDICAL BACKGROUND

A. Height: 5'11

B. Current Weight: 205

NY 189839_1

6

Exhibit A

Weight at the time of the injury, illness, or disability described in Section I(C):
__200__

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
   ___ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   ___ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased: _____
         b. Amount smoked or used: on average __ per day for __ years.
   _X_ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
      a. Amount smoked or used: on average _2 packs_ per day for _35_ years.
   ___ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _X_ No ___ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

   ___6___ drinks per week,

   _____ drinks per month,

   _____ drinks per year, *or*

   Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes ___ No _X_ Don't Recall ___

   *If "yes"*, identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:
   1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Bypass surgery | Acute MI | 01/2003 | William Coltharp, M.D. | St. Thomas Hospital |
|  |  |  |  |  |

NY 189839_1

7

Exhibit A

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Cardiac Catheterization | 1/2003 | Mark Koenig, M.D. | St. Thomas Hospital |
|  |  |  |  |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _X_  No ___  Don't Recall ___  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| CT/MRI/EKG/ Echocardiogram | 1/2003 | Mark Koenig, M.D.; William Coltharp, M.D. | St. Thomas Hospital | Acute MI |
|  |  |  |  |  |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _X_  No ___

B. Decedent's death certificate (if applicable). Yes ___  No _X_

C. Report of autopsy of decedent (if applicable). Yes ___  No _X_

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.   Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Esmeraldo Herrera, M.D. | 103 JV Manqubit Dr., Waynesboro, Tennessee 38485 |

B. To the best of your ability, identify each of your primary care physicians for the last
NY 189839_1

8

Exhibit A

ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Esmeraldo Herrera, M.D. | 103 JV Manqubit Dr., Waynesboro, Tennessee 38485 | |
| | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Wayne Medical | 103 JV Manqubit Dr., Waynesboro, Tennessee 38485 | 2003 | Heart attack |
| Vanderbilt | 1601 23rd Avenue Nashville, TN | 1991; 1995; 2004 | Motor vehicle accident/head injury |
| St. Thomas Hospital | 4220 Harding Pike Nashville, TN | 2003 | Heart attack/Surgeries |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Wayne Medical | 103 JV Manqubit Dr., Waynesboro, Tennessee 38485 | 2003 | Heart attack |
| | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Esmeraldo Herrera, M.D. | 103 JV Manqubit Dr., Waynesboro, Tennessee 38485 | 2002-present |
| | | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

NY 189839_1

Exhibit A

| Name | Address |
|---|---|
| Duren Discount Drugs | 215 Dexter L. Woods Memorial, Waynesboro, Tennessee 38485 |
| Collinwood Drugs | 313 Hwy 13 South; Collinwood, Tennessee 38450 |
| Fred's Discount Pharmacy | 307 Hwy 64 East; Waynesboro, Tennessee 38458 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security Administration | 109 E Taylor St. Lawrence, Tennessee 38464 |
|  |  |
|  |  |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| n/a |  |
|  |  |

NY 189839_1

10

M009F02647

Exhibit A

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| Signature | Anthony W. Dedrick | 8.29.06 |
|---|---|---|
| | Print Name | Date |

NY 189839_1

M009F02648