UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No.  05-2524 | * | |
| ANTHONY WAYNE DEDRICK, | * | MAGISTRATE<br>JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Omnibus Motion of Defendant Merck & Co., Inc. ("Merck") for Order Excluding Evidence and Testimony Addressed in Motions Previously Granted by the Court ("Merck's Motion"),

**IT IS HEREBY ORDERED** that Merck's Motion is **GRANTED**.  The following evidence is hereby excluded:

(i) communications between Merck and the FDA in 2005 and/or any proposed black box warning;

(ii) the Fries Letter and related evidence; and

(iii) evidence relating to the assets and profitability of Merck or to the compensation and financial decisions of its employees.

New Orleans, Louisiana, this _____ day of November, 2006.

                                                                            _____
                                                                              UNITED STATES DISTRICT JUDGE