UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                        :    MDL NO. 1657

PRODUCTS LIABILITY LITIGATION    :    SECTION: L

                                                              :    JUDGE FALLON

                                                              :    MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Mason v. Merck & Co., Inc.*, 06-810

## ORDER

The Plaintiff sought to introduce at trial portions of depositions taken of Edward Scolnick and James Fries, M.D. The Defendant, however, made several objections to the proffered deposition testimony. In addition, the Defendant offered its own counter-designations, which were objected to by the Plaintiff. The Court ruled on all these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __31st__ day of __October__, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____