**Mason v. Merck & Co., Inc.**
**Deposition Designations for Scolnick**

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

102:17   -   102:22   Scolnick E 20030130

| 102 | 17 | Merck Research Labs publishes the Merck |
| 102 | 18 | Manual, does it not? |
| 102 | 19 | The Merck Manual is published by a group |
| 102 | 20 | of people who publish the Merck Manuals, and I'm not |
| 102 | 21 | certain at this point, organizationally, where that |
| 102 | 22 | group actually sits. |

104:5   -   105:7   Scolnick E 20030130

| 104 | 5 | Okay.  And are you familiar with |
| 104 | 6 | Dr. Robert Berkow? |
| 104 | 7 | I was familiar with Dr. Robert Berkow. |
| 104 | 8 | Is Dr. Berkow -- is Dr. Berkow passed |
| 104 | 9 | away? |
| 104 | 10 | I believe he's retired. |
| 104 | 11 | He's retired? |
| 104 | 12 | Many years since he was head of the |
| 104 | 13 | Merck Manual.  I don't recall the exact time, how |
| 104 | 14 | many. |
| 104 | 15 | Okay.  What was -- prior to his |
| 104 | 16 | retirement, what was Dr. Berkow's position at Merck |
| 104 | 17 | Research Labs? |
| 104 | 18 | To the best of my recollection, he was |
| 104 | 19 | in charge of the publication of the Merck Manual, and |
| 104 | 20 | that was his primary role. |
| 104 | 21 | Okay.  Is your -- in your position -- |
| 104 | 22 | well, let me back up. |
| 104 | 23 | Did he retire from Merck Research Labs |
| 104 | 24 | after you took over as president of Merck Research |
| 104 | 25 | Labs? |
| 105 | 1 | Yes, I believe that he did. |
| 105 | 2 | Okay. |
| 105 | 3 | Yes. |
| 105 | 4 | How much overlap was there? |
| 105 | 5 | Do you know when he retired? |
| 105 | 6 | I don't recall exactly when he retired. |
| 105 | 7 | There were several years of overlap. |

105:8   -   105:16   Scolnick E 20030130

| 105 | 8 | Okay. |
| 105 | 9 | Did you -- did you have interaction with |
| 105 | 10 | him while he was with Merck Research Labs? |
| 105 | 11 | A few occasions, very few. |
| 105 | 12 | As a president of Merck Research Labs, |
| 105 | 13 | did you have any oversight on the Merck Manual? |
| 105 | 14 | No, none whatsoever. |
| 105 | 15 | Did you have any input at all? |
| 105 | 16 | No, not to the best of my recollection. |

105:17   -   106:3   Scolnick E 20030130

| 105 | 17 | To your recollection -- your |
| 105 | 18 | recollection, did you and Dr. Berkow ever speak about |

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

| | |
|---|---|
| 105  19 | anything at Merck -- anything, at any time, about the |
| 105  20 | Merck Manual or the publication or inclusion of |
| 105  21 | information in the Merck Manual? |
| 105  22 | I don't recall any conversations with |
| 105  23 | Dr. Berkow about the content of any specific item |
| 105  24 | published in the Merck Manual. |
| 105  25 | Okay. |
| 106   1 | Let me review with you the foreword of |
| 106   2 | that book, and I want to ask you just some general |
| 106   3 | questions first about the -- about the manual. |

107:3    -    107:10   Scolnick E 20030130

| | |
|---|---|
| 107   3 | I will represent that Exhibit Number 3 |
| 107   4 | is a copy of the front cover the book, the |
| 107   5 | publisher's page, the list of contributors of the |
| 107   6 | Merck Manual, Sixteenth Edition, publish date 1992, |
| 107   7 | Library of Congress catalog card number, 1-31760, and |
| 107   8 | that all pages that are stapled together as Exhibit |
| 107   9 | Number 3 came directly from the Sixteenth Edition of |
| 107  10 | the Merck Manual. |

107:16    -    107:18   Scolnick E 20030130

| | |
|---|---|
| 107  16 | Let me go to the foreword with you, |
| 107  17 | Doctor. |
| 107  18 | Uh-huh, yes. |

109:    -    109:14   Scolnick E 20030130

| | |
|---|---|
| 109   6 | Okay.  Tell me if I read this correctly. |
| 109   7 | "Today, the manual is the most widely |
| 109   8 | used medical text in the world.  While the book has |
| 109   9 | grown to about 2800 pages, its primary purpose |
| 109  10 | remains the same, to provide useful clinical |
| 109  11 | information to practicing physicians, medical |
| 109  12 | students, interns, residents and other health care |
| 109  13 | professionals." |
| 109  14 | You've accurately read it. |

110:22    -    111:2   Scolnick E 20030130

| | |
|---|---|
| 110  22 | The Merck Manual is produced by Merck & |
| 110  23 | Company and/or Merck Research Laboratories, and |
| 110  24 | presents itself to be an authoritative treatise to |
| 110  25 | practicing physicians, medical students, interns, |
| 111   1 | residents and other health care professionals, |
| 111   2 | doesn't it? |

111:9    -    112:3   Scolnick E 20030130

| | |
|---|---|
| 111   9 | Yes.  I really can't answer the question |
| 111  10 | the way you're phrasing it. |
| 111  11 | The Merck Manual was published by the |
| 111  12 | group that oversees its publication. |
| 111  13 | It has an Editorial Board, which is |
| 111  14 | designated on the frontage page of the 1992 edition, |
| 111  15 | which reviews the chapters in the manual that are |
| 111  16 | written by the persons who are part of the group that |
| 111  17 | publishes the Merck Manual, and that review group |
| 111  18 | interacting with the group who publishes the manual |
| 111  19 | are responsible for being accurate in the manual, and |

|  |  |  | Objections/Responses<br>In Mason | Rulings In<br>Smith/Barnett |
|---|---|---|---|---|
| 111 | 20 | that's the way I've always viewed this manual. | | |
| 111 | 21 | Okay. | | |
| 111 | 22 | In your research, have you ever had the | | |
| 111 | 23 | opportunity to consult this manual? | | |
| 111 | 24 | As I said, I don't recall ever having | | |
| 111 | 25 | consulted the manual. | | |
| 112 | 1 | It's possible I looked at it once or | | |
| 112 | 2 | twice for something, but I certainly didn't use it as | | |
| 112 | 3 | a reference book. | | |

113:2  -  113:20  Scolnick E 20030130

| 113 | 2 | Let me go to the second page of that |
|---|---|---|
| 113 | 3 | foreword. |
| 113 | 4 | I want you to read the first full |
| 113 | 5 | paragraph to yourself, and let me know when you're |
| 113 | 6 | done, and we'll want to talk to you about a few |
| 113 | 7 | things in it. |
| 113 | 8 | I've read the first paragraph. |
| 113 | 9 | Okay. |
| 113 | 10 | The first full paragraph. |
| 113 | 11 | Right.  The statement in this paragraph, |
| 113 | 12 | I'm just going to pull out a couple of key statements |
| 113 | 13 | that I see. |
| 113 | 14 | "Sections of that book were then sent |
| 113 | 15 | out -- sent to outside experts, who had nothing to do |
| 113 | 16 | with its preparation, to solicit their most candid |
| 113 | 17 | criticism." |
| 113 | 18 | That sounds to me like the beginning of |
| 113 | 19 | the peer-review process. |
| 113 | 20 | Would you agree with that? |

113:22  -  114:11  Scolnick E 20030130

| 113 | 22 | I think that is a form of peer review. |
|---|---|---|
| 113 | 23 | Okay. |
| 113 | 24 | Dropping down a few lines, it says, |
| 113 | 25 | "Their manuscripts were painstakingly edited by our |
| 114 | 1 | inhouse staff to obtain every valuable morsel of |
| 114 | 2 | knowledge while eliminating sometimes elegant but |
| 114 | 3 | unneeded words." |
| 114 | 4 | I can read what you're reading. |
| 114 | 5 | Sir, and is that again more of the |
| 114 | 6 | distillation process of peer-reviewing, taking the |
| 114 | 7 | most candid criticisms and distilling down those |
| 114 | 8 | things that are most needed and cutting out those |
| 114 | 9 | things that are -- trying to think how we put |
| 114 | 10 | that -- eliminating sometimes elegant but unneeded |
| 114 | 11 | words? |

114:14  -  115:7  Scolnick E 20030130

| 114 | 14 | That part of the process is the |
|---|---|---|
| 114 | 15 | Editorial Board's opinion about the comments they're |
| 114 | 16 | getting back from the reviewers, yes. |
| 114 | 17 | Certainly. |
| 114 | 18 | And then the last two sentences or three |
| 114 | 19 | sentences, it says, "The authors then rework, modify |
| 114 | 20 | and polish their manuscripts.  Almost all of the |
| 114 | 21 | manuscripts were revised at least six times.  15 to |

|  |  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| 114 | 22 |  |  | 20 revisions were not uncommon.  We believe that no |  |
| 114 | 23 |  |  | other medical text undergoes as many reviews and |  |
| 114 | 24 |  |  | revisions as the Merck Manual does." |  |
| 114 | 25 |  |  | And I read that correctly, didn't I? |  |
| 115 | 1 |  |  | Yes, you did. |  |
| 115 | 2 |  |  | And that -- those segments of that |  |
| 115 | 3 |  |  | paragraph that I've pulled out basically characterize |  |
| 115 | 4 |  |  | and describe what at least the editors of this book |  |
| 115 | 5 |  |  | published by the company you were aligned with, or |  |
| 115 | 6 |  |  | worked with, believed it to be the most peer-reviewed |  |
| 115 | 7 |  |  | and distilled piece of medical text in the world. |  |

115:10   -   115:15   Scolnick E 20030130
| 115 | 10 | Yeah.  I think the paragraph says that |
| 115 | 11 | this is a highly peer-reviewed book that tries to be |
| 115 | 12 | clear and accurate in what it represents to people |
| 115 | 13 | who would read it. |
| 115 | 14 | I think that's how I understand this |
| 115 | 15 | paragraph. |

118:20   -   119:4   Scolnick E 20030130
| 118 | 20 | If you could turn to the copy of page |
| 118 | 21 | 2664 |
| 118 | 22 | Yes. |
| 118 | 23 | Under the subheading, "Hematologic |
| 118 | 24 | Effects."  This is from a section, I'll represent to |
| 118 | 25 | you, in the book. |
| 119 | 1 | Yes. |
| 119 | 2 | There's prostaglandins, thromboxanes |
| 119 | 3 | and -- I can't pronounce that last word -- |
| 119 | 4 | leukotrines? |

119:11   -   119:20   Scolnick E 20030130
| 119 | 11 | "Prostaglandins, Thromboxanes and |
| 119 | 12 | Leukotrines." |
| 119 | 13 | Trines.  Okay.  I'd like to go back to |
| 119 | 14 | 2664 |
| 119 | 15 | We've already covered some of this, but |
| 119 | 16 | there's a reason for me doing this in this context. |
| 119 | 17 | If you look at the last sentence of |
| 119 | 18 | the -- well, if you'll just read the first paragraph |
| 119 | 19 | to yourself, please. |
| 119 | 20 | The first paragraph? |

119:24   -   121:17   Scolnick E 20030130
| 119 | 24 | I've completed reading that paragraph. |
| 119 | 25 | And that paragraph ends with something |
| 120 | 1 | we've already discussed, and that is that |
| 120 | 2 | prostaglandins or  -- excuse me.  Thromboxane A2 is a |
| 120 | 3 | potent platelet aggregator and vasoconstrictor and is |
| 120 | 4 | synthesized primarily in the platelets or by the |
| 120 | 5 | platelet? |
| 120 | 6 | That's correct. |
| 120 | 7 | Okay. |
| 120 | 8 | That's what the paragraph says. |
| 120 | 9 | And that is a correct -- it would be a |
| 120 | 10 | correct statement to say thromboxane is a potent |

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

120 11 platelet aggregator, independently of the rest of it.
120 12 Correct?
●20 13 That would be correct.
120 14 It would be correct to say independently
120 15 of this statement that thromboxane A2 is a potent
120 16 vasoconstrictor as well.  Correct?
120 17 I can't attest to its potency as a
120 18 vasoconstrictor.  It is a vasoconstrictor.
120 19 Okay.
120 20 And since 1992, there are many other
120 21 vasoconstrictors and vasodilators, and I don't know,
120 22 today, whether thromboxane A2 would be characterized
120 23 exactly that way, so --
120 24 We're going to get to that in just a
120 25 bit.
121 1 At the bottom of the -- at the bottom of
121 2 the page going one, two, three, four lines up, and
121 3 one word with the sentence that starts with "This."
121 4 Now, you can read the whole section if
121 5 you'd like.  I don't want to take things out of
121 6 context, but I don't want to --
121 7 Do you want me to read that?
121 8 Yes.  You don't have to read it out
121 9 loud, but I just want you -- if you want to read the
121 10 whole "Hematologic Effects" section so we know in
121 11 what context we're talking about.
●21 12 Okay.  I've read it.  Thank you.
●21 13 Okay.
121 14 Would it be fair to say that that short
121 15 section describes the relationship that prostacyclin
121 16 and thromboxane A2 play in both platelet aggregation
121 17 and in vasoconstriction?

121:24   -   122:20   Scolnick E 20030130
121 24 The paragraph describes a relationship
121 25 between thromboxane A2 and prostacyclin, yes.
122 1 Okay.  And vasoconstriction and platelet
122 2 aggregation?
122 3 That's what the paragraph discusses,
122 4 yes.
122 5 In lay terms, what is platelet
122 6 aggregation?
122 7 Platelet aggregation is the clumping
122 8 together of platelets, in -- an early step in the
122 9 formation of clots.
122 10 Okay.
122 11 It can be reversible.  It cannot be
122 12 reversible.
122 13 Okay.
122 14 What is vasoconstriction in lay terms?
122 15 Vasoconstriction, in lay terms, is
122 16 narrowing of small -- usually, small vessels in the
●22 17 arterial tree.
●22 18 That would be generally what
122 19 vasoconstriction would mean.  It can also apply to
122 20 veins.

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

123:7   -   123:10   Scolnick E 20030130
123   7     If you have platelet aggregation coupled
123   8     with vasoconstriction, would you agree with me that
123   9     the likelihood of an occlusive event, be it a heart
123   10    attack or a stroke, is greater?

123:13   -   123:17   Scolnick E 20030130
123   13    I wouldn't be able to draw any
123   14    conclusion about what was going on in a given animal
123   15    or a person's vascular tree based on just those two
123   16    comments.
123   17    I think that's too incomplete.

123:18   -   124:13   Scolnick E 20030130
123   18    Well, there are many factors that can go
123   19    into whether a person has a stroke or a heart attack,
123   20    and I understand that.
123   21    What we're talking about, when we talk
123   22    about platelet aggregation, we're talking about the
123   23    beginning of platelets clumping together to form a
123   24    clot.
123   25    Correct?
124   1     That's correct.
124   2     And vasoconstriction is the inability of
124   3     an artery or a vein to expand, but instead stay
124   4     constricted or become smaller.  Right?
124   5     That is also correct.
124   6     And there are enzymes within our body
124   7     that regulate the dilation or the constriction of
124   8     arteries and veins?
124   9     There are many enzymes and hormones that
124   10    regulate that process, in addition to, included in
124   11    that group are thromboxane and prostacyclins.
124   12    There are many other factors that affect
124   13    that process.

124:17   -   124:20   Scolnick E 20030130
124   17    But we do know that thromboxane A2 and
124   18    prostacyclin affect vasoconstriction and platelet
124   19    aggregation?
124   20    That's correct.

125:1   -   125:10   Scolnick E 20030130
125   1     Let me show you what I'm going to mark
125   2     as Deposition Exhibit Number 4, and I'm going to make
125   3     my same representation.
125   4     This is The Merck Manual, Seventeenth
125   5     Edition, which was published, by the second page of
125   6     that exhibit, in 1999, and you can flip through and
125   7     review all of the pages if you'd like.  It has the
125   8     same general foreword, although somewhat cut, but I
125   9     want to draw your -- ultimately draw your attention
125   10    to the last page of that exhibit.

126:8   -   126:15   Scolnick E 20030130
126   8     If you look at that index at page 2818
126   9     with me, and you may want to, just for your own

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

126 10    benefit, have the Sixteenth Edition at hand if you'd
126 11    like.
126 12    But if -- and I'll represent to you that
126 13    this -- that I went back to the -- if you look at the
126 14    Sixteenth Edition side by side, the last page of the
126 15    document --

126:23  -  127:1    Scolnick E 20030130
126 23    On the Sixteenth Edition, page 2834,
126 24    between thrombotic, thrombocytopenic purpura and
126 25    thrush is where you find thromboxane discussed.
127  1    Correct?

127:11  -  127:18    Scolnick E 20030130
127 11    Yes, it appears in the alphabetical
127 12    listing in the index --
127 13    Okay.
127 14    Between thrombotic thrombocytic purpura
127 15    and thrush.
127 16    And in the Seventeenth Edition, between
127 17    thrombotic, thrombocytopenic purpura and thrush, what
127 18    is -- is there an entry for thromboxanes?

127:22  -  128:11    Scolnick E 20030130
127 22    The index in the Seventeenth Edition has
127 23    thrombotic thrombocytopenic purpura-hemolytic-uremic
127 24    syndrome, glomerulonephritis and then thrush.
127 25    I see no comment on this page about
128  1    thromboxane.
128  2    Between the publication of the Sixteenth
128  3    Edition in 1992 and the publication of the
128  4    Seventeenth Edition in 1999, was there any
128  5    ground-breaking research that was done with regard to
128  6    whether or not thromboxane was a potent
128  7    vasoconstrictor and vasodilator -- or excuse me --
128  8    vasoconstrictor and platelet aggregator?
128  9    I can't answer your question.
128 10    All right.
128 11    I don't know.

128:12  -  128:19    Scolnick E 20030130
128 12    It's my understanding, correct me if I'm
128 13    wrong, from the FDA regs that govern how
128 14    pharmaceutical companies -- I'm not trying to make a
128 15    legal statement here, but it's my understanding that
128 16    it's the obligation of the company to keep up with
128 17    the medical literature that impacts upon the drugs
128 18    that your company markets and manufactures.
128 19    Is that a generalization?

129:3  -  129:15    Scolnick E 20030130
129  3    I can't answer your question.  I
129  4    would -- I would make the comment that the page in
129  5    the Seventeenth Edition that is not handed out here
129  6    by you is the page in the Sixteenth Edition, which
129  7    goes through the many external peer reviews that the
129  8    Sixteenth Edition went through.

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

| 129 | 9 | To the best of my knowledge, The Merck |
| 129 | 10 | Manual is still peer-reviewed by many external |
| 129 | 11 | experts. |
| 129 | 12 | Oh, I -- that wasn't my question. |
| 129 | 13 | It's not simply published by Merck & |
| 129 | 14 | Company.  It's reviewed by external experts, as you |
| 129 | 15 | so nicely pointed out in the Sixteenth Edition. |

129:16   -   129:19   Scolnick E 20030130

| 129 | 16 | Certainly.  I'm trying to point out |
| 129 | 17 | though, and I'm just trying to find out, there's |
| 129 | 18 | obviously a reason why the prostacyclin thromboxane |
| 129 | 19 | section was removed between 1992 and 1999 -- |

130:4   -   130:10   Scolnick E 20030130

| 130 | 4 | There was a reason why it was pulled. |
| 130 | 5 | Whether it had anything to do with Vioxx or not, I |
| 130 | 6 | don't know, but I want to know is, are you aware of |
| 130 | 7 | any -- of any research, ground-breaking research that |
| 130 | 8 | would change the correctness of what is stated in the |
| 130 | 9 | Sixteenth Edition about thromboxanes and |
| 130 | 10 | prostacyclins and prostaglandins? |

130:16   -   131:12   Scolnick E 20030130

| 130 | 16 | The only answer that I can give you to |
| 130 | 17 | the general question you've asked about, but not the |
| 130 | 18 | way you've phrased the question, is that to the best |
| 130 | 19 | of my recollection, very, very little research or |
| 130 | 20 | attention in the medical literature has been paid to |
| 130 | 21 | thromboxane and prostacyclin since the mid-'80s and |
| 130 | 22 | early '90s. |
| 130 | 23 | In fact, probably very -- I would -- I |
| 130 | 24 | don't know for certain, but I believe that the topic |
| 130 | 25 | had received very little attention between 1992 and |
| 131 | 1 | 1999 in the medical literature. |
| 131 | 2 | Okay. |
| 131 | 3 | Because its importance was not clear in |
| 131 | 4 | the medical literature. |
| 131 | 5 | Okay. |
| 131 | 6 | And -- |
| 131 | 7 | Would you -- |
| 131 | 8 | And in your terms, no new discoveries |
| 131 | 9 | had been made which gave it prominence. |
| 131 | 10 | Right.  I understand. |
| 131 | 11 | Do you believe that that's the reason |
| 131 | 12 | why it was removed from the Sixteenth Edition? |

131:15   -   131:22   Scolnick E 20030130

| 131 | 15 | I have no idea why it was removed from |
| 131 | 16 | the Seventeenth Edition compared to the Sixteenth |
| 131 | 17 | Edition index. |
| 131 | 18 | Okay. |
| 131 | 19 | I have no idea why it was removed. |
| 131 | 20 | Okay. |
| 131 | 21 | I have never heard anything about why it |
| 131 | 22 | was removed. |

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

22:13  -  22:18   Scolnick, Edward 2005-03-22
22  13   Q:  Are you the Edward M.
22  14   Scolnick, President of Merck Research
22  15   Labs and then the Executive Vice
22  16   President Science and Technology for
22  17   Merck & Company?
22  18   A:  Yes, I am.

47:2  -  48:2   Scolnick, Edward 2005-03-22
47  2   Q:  Well, let me suggest it to
47  3   you if you'll look at Exhibit Number 4.
47  4   I'll bet you've seen this
47  5   e-mail lately getting ready for your
47  6   deposition, haven't you?
47  7   A:  I don't recall seeing this
47  8   e-mail before right now.
47  9   Q:  You don't recall seeing this
47  10   e-mail before?
47  11   A:  I do not recall seeing this
47  12   e-mail before.
47  13   Q:  All right. Well, if you'll
47  14   look down at your message dated December
47  15   5th, 2001, it's about an analyst who is
47  16   going to stand up in public and say
47  17   something negative about Vioxx. And
47  18   you're the fellow who wrote, 'David if he
47  19   says this I will boil him in oil at the
47  20   meeting.' That's what you said, isn't
47  21   it?
47  22   A:  That is the e-mail you're
47  23   referring to, yes.
47  24   Q:  Does that mean, yes, you
48  1   said it?
48  2   A:  That is my e-mail.

49:1  -  49:10   Scolnick, Edward 2005-03-22
49  1   So, you were saying you were
49  2   going to boil this fellow in oil because
49  3   this was an analyst who was going to
49  4   stand up and suggest that maybe Vioxx
49  5   causes CV events, heart attacks, strokes,
49  6   things like that; right?
49  7   A:  I don't recall the details
49  8   of his report. I have not seen this
49  9   e-mail, and I don't recall the details of
49  10   this at all.

52:2  -  52:21   Scolnick, Edward 2005-03-22
52  2   Q:  Well, if you'll look behind
52  3   you'll see what it is that upset you.
52  4   It was this fellow named somebody, hang
52  5   on, his name is at the end, Richard
52  6   Stover, who prepared a reanalysis of
52  7   Merck's meta-analysis. Do you see where
52  8   it says that?
52  9   A:  That is the title for the
52  10   article that you're referring to.

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

52 11   Q:  Now, those are a lot of big
52 12   words for nonscientist people. But just
52 13   between you and me, what this really is
52 14   is it's a stock analyst, someone who
52 15   advises the investment community on
52 16   whether to buy or sell stock, and he's
52 17   basically examining some of what you guys
52 18   had been telling people about the safety
52 19   of your drug, isn't he?
52 20   A:  He's talking about the VIGOR
52 21   study and Vioxx, yes.

58:17   -   58:24   Scolnick, Edward 2005-03-22
58 17   Q:  Okay. And that's why you
58 18   said 'David if he says this I will boil
58 19   him in oil at the meeting.' You didn't
58 20   want that kind of talk out there, did
58 21   you?
58 22   A:  I didn't want -- having read
58 23   this memo, I didn't want an inaccurate
58 24   statistical analysis of our data.

10:14   -   10:16   Scolnick, Edward 2005-04-29
10 14   Q:  You retired from Merck Research Labs
10 15   in 2003; correct?
10 16   A:  That is correct.

27   -   27:17   Scolnick, Edward 2005-04-29
27 14   In the late '80s and early '90s, you
27 15   were also the president of Merck Research Labs;
27 16   right?
27 17   A:  Yes.

28:24   -   29:2   Scolnick, Edward 2005-04-29
28 24   Q:  At that point in time you did have
28 25   some concerns about what the prospects would be for
29 1   Merck in the late '90s and 2000 as several drugs
29 2   were coming off patent; right?

29:4   -   29:6   Scolnick, Edward 2005-04-29
29 4   THE WITNESS:  I had concerns. It was
29 5   a way off, but, yes, I certainly remember vague
29 6   thoughts about that.

29:13   -   29:16   Scolnick, Edward 2005-04-29
29 13   Q:  You have to anticipate that drugs
29 14   would be coming off patent maybe ten years down the
29 15   road and seek to have new drugs to fill the drugs
29 16   that were once proprietary of the company?

29:18   -   30:4   Scolnick, Edward 2005-04-29
29 18   THE WITNESS:  That is correct.
29 19   BY MR. BUCHANAN:
29 20   Q:  Because once a drug becomes generic
29 21   or goes off patent, then other competitors can enter
29 22   the market and seek to take market share; correct?
29 23   A:  That's correct.

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

29 24    Q: Okay. So, in the early '90s you knew
29 25    that beginning in 2000 and 2001, Merck would have
30  1    several drugs going off patent; correct?
30  2    A: The one that comes to mind
30  3    immediately is Mevacor, but I don't recall the other
30  4    drugs at this point.

32:13   -   33:20   Scolnick, Edward 2005-04-29
32 13    All these drugs were significant
32 14    drugs for Merck?
32 15    A: Yes.
32 16    Q: Several of these were blockbuster
32 17    drugs for Merck; right?
32 18    A: They were large selling drugs, yes.
32 19    Q: Well, 'blockbuster' has a meaning or
32 20    a connotation in the industry, doesn't it?
32 21    A: 'Blockbuster' means usually a very
32 22    large drug, very large sales drug.
32 23    Q: Traditionally it meant more than a
32 24    billion dollars in sales; true?
32 25    A: That is one interpretation given to
33  1    it.
33  2    Q: So, several of these drugs were
33  3    blockbuster drugs. You'd agree with that?
33  4    A: Yes.
33  5    Q: Okay.
33  6    Several of these drugs, even if you
33  7    can't remember all of them, were going off patent in
33  8    2000, 2001, 2002; correct?
33  9    A: I'm not sure which ones, but some
33 10    drugs were going off patent at that point.
33 11    Q: Well, you recall being concerned
33 12    about what the future will hold in 2000/2001 when
33 13    all these drugs were going off patent; correct?
33 14    A: Yes.
33 15    Q: You were concerned about that in the
33 16    early '90s?
33 17    A: Yes.
33 18    Q: And you were trying to design new
33 19    drugs to fill the void that would be left by these
33 20    drugs when they went off patent?

33:24   -   33:25   Scolnick, Edward 2005-04-29
33 24    THE WITNESS: We were trying to
33 25    develop and discover new drugs that would do that.

34:8   -   34:16   Scolnick, Edward 2005-04-29
34  8    Q: One of the drugs that was going to be
34  9    filling the void left by these other drugs when they
34 10    went off patent was Vioxx; true?
34 11    A: Vioxx was going to fill the void, but
34 12    in the early '90s, Vioxx -- I believe Vioxx was not
34 13    even on the Merck radar screen. I don't even think
34 14    we had thought of the project at that point. I
34 15    don't -- I don't recall the date when the Vioxx
34 16    project started.

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

36:13   -   36:18   Scolnick, Edward 2005-04-29
36  13   Q: There's a reference to Dr. Peppi
36  14   Prasit. Do you see that?
36  15   A: Dr. Peppi Prasit.
36  16   Q: Prasit. He was a scientist at your
36  17   labs in Montreal; correct?
36  18   A: Yes, a chemist.

42:6   -   42:9   Scolnick, Edward 2005-04-29
42  6   So, you put a lot of resources within
42  7   Merck Research Labs onto this particular project;
42  8   correct?
42  9   A: Yes, that is correct.

43:11   -   43:19   Scolnick, Edward 2005-04-29
43  11   Q: And you encouraged Dr. Prasit and his
43  12   staff to pursue the Vioxx project with all resources
43  13   that were available at Merck Frosst; true?
43  14   A: That is correct.
43  15   Q: Okay.
43  16   You knew how important this drug
43  17   could be for the company; right?
43  18   A: I knew that this could be a very
43  19   important project, yes.

47:6   -   47:8   Scolnick, Edward 2005-04-29
47  6   Q: You wanted to be the first to market
47  7   with this selective COX-2 inhibitor; correct?
47  8   A: Yes.

87:3   -   87:9   Scolnick, Edward 2005-04-29
87  3   Q: All right, sir. I want to get back
87  4   to something. I want to turn back to 1998. I want
87  5   to talk about the period prior to the time when
87  6   Merck had Vioxx approved. Okay? Do you remember
87  7   when Vioxx was approved?
87  8   A: I believe it was late 1999, middle of
87  9   1999

98:3   -   98:10   Scolnick, Edward 2005-04-29
98  3   A: I don't recall seeing this particular
98  4   document.
98  5   Q: Okay.
98  6   For the record, it is an e-mail from
98  7   you to a series of individuals, Alan Nies, Beth
98  8   Seidenberg, Tom Simon, Robert Silverman. Sir, are
98  9   all of those people Merck employees?
98  10   A: Yes, they were.

**Re: [98:3-98:5]**
**Def Obj:** Answer
without a Question

*Overrul
I assume
he was given
the e-mail
which is
identified
in 98.6 et seq.*

112:22   -   112:24   Scolnick, Edward 2005-04-29
112  22   So, it is, in fact, accurate to state
112  23   that in 1998 Merck had declining sales in several of
112  24   its key franchises; correct?

113:1   -   113:13   Scolnick, Edward 2005-04-29
113  1   THE WITNESS: I've answered your
113  2   question.

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|

| | | |
|---|---|---|
| 113 | 3 | BY MR. BUCHANAN: |
| 113 | 4 | Q: I would like you to answer that |
| 113 | 5 | question, please. |
| 113 | 6 | A: Some of its franchises had declining |
| 113 | 7 | sales. |
| 113 | 8 | Q: And they were key franchises? |
| 113 | 9 | A: And some of them were key. |
| 113 | 10 | Q: Okay. |
| 113 | 11 | You also had several drugs going off |
| 113 | 12 | patent in the near future; right? |
| 113 | 13 | A: Correct. |

115:17 - 116:11   Scolnick, Edward 2005-04-29

| | | |
|---|---|---|
| 115 | 17 | Q: You thought it was important to tell |
| 115 | 18 | your employees that Merck's base business was |
| 115 | 19 | eroding? |
| 115 | 20 | A: Yes. |
| 115 | 21 | Q: You thought it was important to tell |
| 115 | 22 | them that Merck had several products going off |
| 115 | 23 | patent? |
| 115 | 24 | A: They knew that. This was to |
| 115 | 25 | reemphasize that. |
| 116 | 1 | Q: You thought it was important to tell |
| 116 | 2 | them that several of the recently launched products |
| 116 | 3 | had not been as successful as anticipated? |
| 116 | 4 | A: I wanted to provide them the |
| 116 | 5 | information in this document, yes, that's correct. |
| 116 | 6 | Q: You thought it was important to tell |
| 116 | 7 | them that several of the recently launched products |
| 116 | 8 | weren't as successful as you anticipated they'd be; |
| 116 | 9 | right? |
| 116 | 10 | A: That's what's in here, and I wanted |
| 116 | 11 | to provide them that information. |

117:18 - 118:3   Scolnick, Edward 2005-04-29

| | | |
|---|---|---|
| 117 | 18 | Q: They are the people who you would |
| 117 | 19 | hope would be able to facilitate a speedy approval |
| 117 | 20 | of your drug; correct? |
| 117 | 21 | A: That is part of their responsibility. |
| 117 | 22 | Part of their jobs, yes. |
| 117 | 23 | Q: And that's part of why you provided |
| 117 | 24 | this e-mail to them; right? |
| 117 | 25 | A: Yes. |
| 118 | 1 | Q: You wanted them to know how important |
| 118 | 2 | it was that this drug proceed quickly through the |
| 118 | 3 | regulatory approval process; right? |

118:6 - 118:9   Scolnick, Edward 2005-04-29

| | | |
|---|---|---|
| 118 | 6 | THE WITNESS: Yes. |
| 118 | 7 | BY MR. BUCHANAN: |
| 118 | 8 | Q: It was essential to the financial |
| 118 | 9 | success of the firm; right? |

118:11 - 118:18   Scolnick, Edward 2005-04-29

| | | |
|---|---|---|
| 118 | 11 | THE WITNESS: It was essential to |
| 118 | 12 | Merck. It was important to Merck, yes. |
| 118 | 13 | BY MR. BUCHANAN: |

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

118  14    Q:  Okay.
118  15    And, in fact, it was not only
118  16    essential, but Vioxx's success was necessary to
118  17    preserve Merck and Merck Research Labs period;
118  18    correct?

118:21   -   118:22   Scolnick, Edward 2005-04-29
118  21    THE WITNESS:  That is what I said in
118  22    my e-mail.

118:24   -   119:1   Scolnick, Edward 2005-04-29
118  24    Q:  That's true; right?
118  25    A:  I believe it is an exaggeration, but
119  1    it has some truth.

151:17   -   151:20   Scolnick, Edward 2005-04-29
151  17    Q:  If you had conducted a CV outcomes
151  18    trial in 1998, started it in 1998, that would have
151  19    slowed down the approval process for the drug; true?
151  20    A:  That is true.

203:22   -   204:20   Scolnick, Edward 2005-04-29
203  22    Q:  Before our break, we were talking
203  23    about -- at least a few moments before our break we
203  24    were talking about your March 9, 2000 e-mail. Do
203  25    you recall that testimony?
204  1    A:  Yes, I do.
204  2    Q:  That was the e-mail where you
204  3    identified that the CV events were 'clearly there.'
204  4    Right?
204  5    A:  Yes.
204  6    Q:  That it appeared to be 'mechanism
204  7    based' as you 'worried it was.' Right?
204  8    A:  That's what the e-mail says, yes.
204  9    Q:  And you said it was also 'real.'
204  10    Right?
204  11    A:  Yes.
204  12    Q:  Then we talked about what Merck and
204  13    you did in response to your initial concerns about
204  14    the CV issues with Vioxx; right?
204  15    A:  Yes.
204  16    Q:  Now, over a period of weeks, you
204  17    reached the conclusion, contrary to your March 9th
204  18    e-mail, that it wasn't Vioxx that was causing the
204  19    problems, it was naproxen that was protecting
204  20    against the problems; is that right?

204:22   -   205:10   Scolnick, Edward 2005-04-29
204  22    THE WITNESS:  That's correct.
204  23    BY MR. BUCHANAN:
204  24    Q:  You reached that conclusion in, what,
204  25    18 days?
205  1    A:  Within that period of time.
205  2    Q:  Well, Merck issued a press release to
205  3    the public on March 27, 2000 letting them know about
205  4    the CV events in the trial as well as the GI events
205  5    in the trial; correct?

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|

205  6    A:  Yes.
205  7    Q:  And you stated at that point in time
205  8    that you believed that the explanation for the
205  9    difference between the two arms was the
205  10   cardioprotective effect of naproxen; correct?

205:17  -  205:18   Scolnick, Edward 2005-04-29
205  17   THE WITNESS:  Yes, that's basically
205  18   what the press release said.

207:6  -  207:8   Scolnick, Edward 2005-04-29
207  6    Q:  So, within 18 days, you had made a
207  7    complete 180 in your view as to the cause of the CV
207  8    events in the VIGOR trial; right?

207:12  -  207:15   Scolnick, Edward 2005-04-29
207  12   A:  Yes. I thought the explanation which
207  13   best explained the results was naproxen's
207  14   cardioprotective activity based on data analysis,
207  15   literature analysis, as I've stated.

209:8  -  209:11   Scolnick, Edward 2005-04-29
209  8    Q:  Did you bring in anybody who wasn't
209  9    on the Merck payroll to look at the data from the
209  10   VIGOR trial before you reached the decision that
209  11   naproxen was cardioprotective?

209  -  210:3   Scolnick, Edward 2005-04-29
209  14   THE WITNESS:  As I've stated, I
209  15   didn't bring in an outside consultant. I do not
209  16   know who the team might have consulted as outside
209  17   investigators.
209  18   BY MR. BUCHANAN:
209  19   Q:  But you're pretty sure, though, if
209  20   you had told your team, I want to get this data
209  21   looked at by somebody independent of Merck, they
209  22   could have done that; right?
209  23   A:  They could have done it. I don't
209  24   know whether -- I don't that they didn't do it.
209  25   Q:  But you do know you didn't tell them
210  1    to do it?
210  2    A:  I did not. I did not, that is
210  3    correct.

*Overruled*

**Re: [209:18-209:24]**
**Def Obj:** Question calls
for speculation

231:17  -  232:4   Scolnick, Edward 2005-04-29
231  17   Q:  Did you consider the implications to
231  18   the sales of the drug if your initial conclusion was
231  19   the final conclusion?
231  20   A:  Of course. And that was not part of
231  21   my reason for reaching my conclusion.
231  22   Q:  What was the implication to sales of
231  23   the drug if your initial conclusion was, in fact,
231  24   the final conclusion?
231  25   A:  Sales of the drug would be
232  1    significantly curtailed. The sales of the drug
232  2    would be curtailed. Even with the publicly

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

232  3     available information, sales of the drug would be
232  4     curtailed.

232:8    -    232:11    Scolnick, Edward 2005-04-29
232  8     Q:  Did you ever tell the public your
232  9     initial conclusion?
232  10    A:  I did not because I thought it was an
232  11    error.

232:21    -    233:9    Scolnick, Edward 2005-04-29
232  21    Q:  Did you ever send an e-mail at the
232  22    end of March 2000 saying, boy, I was way off on
232  23    this --
232  24    A:  No, I did --
232  25    Q:  -- I feel very comfortable with the
233  1     data now?
233  2     A:  I did not send that in an e-mail like
233  3     that, no.
233  4     Q:  In fact, at the end of March, you
233  5     were still worried, weren't you?
233  6     A:  Yes, I was, even though I had reached
233  7     what I thought was the right conclusion. I always
233  8     worried about the safety of our drugs, and I
233  9     continued to worry about it.

233:23    -    234:2    Scolnick, Edward 2005-04-29
233  23    Q:  Did you tell the FDA you were
233  24    worried?
233  25    A:  I didn't speak to the FDA, and I
234  1     don't know what the regulatory affairs people told
234  2     the FDA.

235:23    -    236:1    Scolnick, Edward 2005-04-29
235  23    You don't think the FDA or the
235  24    medical community would have been interested in what
235  25    you, Ed Scolnick, were worried about with respect to
236  1     Vioxx?

236:3    -    236:8    Scolnick, Edward 2005-04-29
236  3     THE WITNESS:  If the FDA had wanted
236  4     to ask me, they would have asked me, and I
236  5     communicated with members of the medical community
236  6     in consultants' meetings. I don't know what the
236  7     medical community as a whole or the public as a
236  8     whole would have liked to know.

236:18    -    236:24    Scolnick, Edward 2005-04-29
236  18    Q:  So, you're saying that if the FDA had
236  19    wanted to figure out what you were thinking in terms
236  20    of concerns about Vioxx, they could have asked you?
236  21    Is that it?
236  22    A:  The FDA could have asked me any time
236  23    if they wanted to. They had all the data available
236  24    to them.

237:20    -    238:8    Scolnick, Edward 2005-04-29
237  20    Q:  Well, ultimately there was an

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|
| 237 | 21 | Advisory Committee held in February 2001; right? | |
| 237 | 22 | A: I think that date is correct. | |
| 237 | 23 | Q: And it was to consider certain of the | |
| 237 | 24 | clinical trial data from VIGOR; right? | |
| 237 | 25 | A: Yes. | |
| 238 | 1 | Q: And in particular, GI safety; right? | |
| 238 | 2 | A: Yes. | |
| 238 | 3 | Q: As well as CV safety; true? | |
| 238 | 4 | A: Correct. | |
| 238 | 5 | Q: GI being gastrointestinal? | |
| 238 | 6 | A: Yes. | |
| 238 | 7 | Q: CV being cardiovascular? | |
| 238 | 8 | A: Correct. | |

240:4   -   240:9   Scolnick, Edward 2005-04-29

| 240 | 4 | Q: You never told the FDA at any point |
| 240 | 5 | in time to the best of your knowledge that your |
| 240 | 6 | initial conclusion was that the CV events seen in |
| 240 | 7 | the VIGOR trial were mechanism based and |
| 240 | 8 | attributable to Vioxx? |
| 240 | 9 | A: I never told them that. |

242:18   -   242:21   Scolnick, Edward 2005-04-29

| 242 | 18 | Q: Merck submitted a proposed label to |
| 242 | 19 | FDA sometime in 2000; right? |
| 242 | 20 | A: Yes. I believe within three months |
| 242 | 21 | of having the VIGOR data. |

243:22   -   244:14   Scolnick, Edward 2005-04-29

| 243 | 22 | So, at the end of March of 2000, |
| 243 | 23 | Merck issues a press release and tells the world the |
| 243 | 24 | favorable properties of Vioxx found in the VIGOR |
| 243 | 25 | trial as it relates to GI effects; correct? |
| 244 | 1 | A: That is correct. |
| 244 | 2 | Q: Also discloses that there's an |
| 244 | 3 | increased number of -- excuse me -- a decreased |
| 244 | 4 | number of cardiovascular effects in the naproxen arm |
| 244 | 5 | of the VIGOR trial; right? |
| 244 | 6 | A: That's correct. |
| 244 | 7 | Q: You didn't tell the public that there |
| 244 | 8 | was an increased number of cardiovascular events in |
| 244 | 9 | the Vioxx arm; right? |
| 244 | 10 | A: The press release was not worded that |
| 244 | 11 | way, that is correct. |
| 244 | 12 | Q: Okay. Because that would have |
| 244 | 13 | suggested that Vioxx had actually increased the |
| 244 | 14 | risk; right? |

244:16   -   244:17   Scolnick, Edward 2005-04-29

| 244 | 16 | THE WITNESS: It might have suggested |
| 244 | 17 | that, and we didn't believe that. |

244   -   245:7   Scolnick, Edward 2005-04-29

| 245 | 4 | Q: You were trying to convey to people |
| 245 | 5 | that it was, in fact, naproxen that was reducing the |
| 245 | 6 | risk of cardiovascular events in the VIGOR trial; |
| 245 | 7 | true? |

|  | Objections/Responses<br>In Mason | Rulings In<br>Smith/Barnett |
|---|---|---|

245:2     -     245:10     Scolnick, Edward 2005-04-29
245     9     THE WITNESS:  True.  That's the way
245     10     the press release was worded, as I stated before.

245:17     -     245:25     Scolnick, Edward 2005-04-29
245     17     Q:  Doctor, before we go on, even two
245     18     weeks after you issued the press release, you,
245     19     Merck, issued the press release announcing the VIGOR
245     20     results, Dr. Ed Scolnick was still personally
245     21     worried about what the results from VIGOR really
245     22     meant; true?
245     23     A:  That's correct.
245     24     Q:  And you were worried that Vioxx was
245     25     actually causing cardiovascular events; true?

246:2     -     247:19     Scolnick, Edward 2005-04-29
246     2     THE WITNESS:  I was worried that we
246     3     couldn't exclude an effect of Vioxx, although the
246     4     major effect, I was convinced, was due to naproxen.
246     5     BY MR. BUCHANAN:
246     6     Q:  And you actually told your staff that
246     7     you personally were actually in minor agony over the
246     8     issue; true?
246     9     A:  True.
246     10     Q:  And you told your staff that we're
246     11     not going to know the answer until we do an outcomes
246     12     trial; right?
246     13     A:  That we were not going to know -- we
246     14     were not going to be able to exclude an effect of
246     15     Vioxx until we did an outcomes trial.
246     16     Q:  You told your staff, your project
246     17     team, we will not know for sure what is going on
246     18     until we do an outcomes trial; true?
246     19     A:  True.
246     20     Q:  And you wanted to do a big outcomes
246     21     trial; right?
246     22     A:  Yes.  That's correct.
246     23     Q:  Not some pooled analysis; right?
246     24     A:  That's correct.
246     25     Q:  You wanted to do a 10,000 patient
247     1     study on Vioxx, 10,000 people on a comparator agent;
247     2     true?
247     3     A:  True.  That's correct.
247     4     Q:  You were advocating using Tylenol as
247     5     the comparator agent; right?
247     6     A:  That was my idea, yes.
247     7     Q:  You wanted to do a 20,000 person
247     8     study in April of 2000 to evaluate the
247     9     cardiovascular safety of Vioxx; right?
247     10     A:  Correct.
247     11     Q:  It was going to be a head-to-head
247     12     trial, Tylenol on one arm, Vioxx on the other;
247     13     right?
247     14     A:  That's correct.
247     15     Q:  And when did you run that trial?
247     16     A:  The project team told me that was a

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

247 17  trial that could not be done because patients
247 18  couldn't be kept on Tylenol who had osteoarthritis
247 19  for that long a period of time.

252:9  -  253:18  Scolnick, Edward 2005-04-29
252  9  Let's look at this e-mail, then, from
252  10  April 12, 2000 from you to Dr. Reicin. You wrote
252  11  this late at night; right?
252  12  A: Yes. It's dated 10:42 p.m.
252  13  Q: You sent it with high importance;
252  14  true?
252  15  A: True.
252  16  Q: And you wrote: 'Hi Alise. I have
252  17  been trading e-mails with Doug Greene in real time.'
252  18  Who is Doug Greene?
252  19  A: Doug Greene at the time was head of
252  20  the clinical, regulatory and statistics department
252  21  at Merck, which is usually referred to as
252  22  development.
252  23  Q: 'We all are online too late. I will
252  24  tell you my worry quotient is high. I actually am
252  25  in minor agony.' Do you see that?
253  1  A: I do.
253  2  Q: You wrote that?
253  3  A: I did.
253  4  Q: You meant it?
253  5  A: I did.
253  6  Q: 'What I really want to do is a 10000
253  7  versus 10000 patient study in mild - moderate OA
253  8  Tylenol versus Vioxx with PRN' -- is that
253  9  preventative?
253  10  A: No. It means use if you need.
253  11  Q: 'With PRN low dose ASA.' Is that
253  12  aspirin?
253  13  A: Yes.
253  14  Q: 'For those judged to need it.'
253  15  Sir, are you telling me that you
253  16  couldn't do a long-term study in patients with even
253  17  mild osteoarthritis, Tylenol versus Vioxx?
253  18  A: That's what my team told me.

253:25  -  254:4  Scolnick, Edward 2005-04-29
253  25  Q: You continue. 'WE WILL NOT KNOW FOR
254  1  SURE WHAT IS GOING ON UNTIL WE DO THIS STUDY.
254  2  PLEASE THINK HARD ABOUT THE DESIGN BEFORE THE PAC
254  3  MEETING.' You wrote that in all caps; right?
254  4  A: I did.

263:23  -  264:8  Scolnick, Edward 2005-04-29
263  23  Q: Sir, I'm passing you over what we
263  24  just marked as exhibit, I think it's 7, to your
263  25  deposition. It's entitled, 'VIOXX Outcomes Study
264  1  Potential Designs.' For the record, it is
264  2  MRK-ABT0014818 to 827. Do you recognize this as a
264  3  slide set, sir?
264  4  A: That's what it looks like it is.
264  5  Q: Okay. It's entitled, 'VIOXX Outcomes

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

| 264 | 6 | Study Potential Designs.' It is a PowerPoint |
| 264 | 7 | printout. Is that what it looks like to you? |
| 264 | 8 | A:  More or less. |

264:21  -  265:13   Scolnick, Edward 2005-04-29

| 264 | 21 | Q:  This document summarizes several |
| 264 | 22 | different outcomes studies concerning cardiovascular |
| 264 | 23 | issues that were being considered in or around April |
| 264 | 24 | of 2000; true? |
| 264 | 25 | A:  Yes. |
| 265 | 1 | Q:  One of the outcomes studies that was |
| 265 | 2 | being considered was the Vioxx versus Tylenol study; |
| 265 | 3 | true? |
| 265 | 4 | A:  Yes. |
| 265 | 5 | Q:  There's some pros and cons listed |
| 265 | 6 | there; right? |
| 265 | 7 | A:  Yes. |
| 265 | 8 | Q:  One of the pros is, 'This study |
| 265 | 9 | directly addresses the question of the CV safety of |
| 265 | 10 | COX-2 inhibitors.' Do you see that? |
| 265 | 11 | A:  Yes. |
| 265 | 12 | Q:  I read that right; correct? |
| 265 | 13 | A:  Yes. |

266:25  -  267:17   Scolnick, Edward 2005-04-29

| 266 | 25 | Q:  Okay. There's two cons that are |
| 267 | 1 | listed here; right? |
| 267 | 2 | A:  Yes. |
| 267 | 3 | Q:  One is, 'Demonstration of a CV |
| 267 | 4 | difference would likely be due to a COX-2 CLASS |
| 267 | 5 | effect but would put VIOXX at extreme disadvantage |
| 267 | 6 | to celebrex and negate existing OA and Alzheimers |
| 267 | 7 | data.' Do you see that? |
| 267 | 8 | A:  I do. |
| 267 | 9 | Q:  The next point was there was a |
| 267 | 10 | possibility that you detect 'small differences from |
| 267 | 11 | Tylenol in GI safety,' and that would be of concern; |
| 267 | 12 | true? |
| 267 | 13 | A:  That's what it says. |
| 267 | 14 | Q:  Okay. You were concerned that if you |
| 267 | 15 | went head-to-head Vioxx versus Tylenol, you might |
| 267 | 16 | highlight some favorable GI safety properties of |
| 267 | 17 | Tylenol. Isn't that right? |

267:19  -  268:1   Scolnick, Edward 2005-04-29

| 267 | 19 | THE WITNESS:  That's what this says. |
| 267 | 20 | I wasn't concerned about that. That's what this |
| 267 | 21 | says. |
| 267 | 22 | BY MR. BUCHANAN: |
| 267 | 23 | Q:  Okay. |
| 267 | 24 | There was also a possibility that you |
| 267 | 25 | might be wrong, and the cardiovascular effects seen |
| 268 | 1 | in VIGOR was really due to Vioxx; right? |

268:3  -  268:4   Scolnick, Edward 2005-04-29

| 268 | 3 | THE WITNESS:  That's what this says |
| 268 | 4 | as a con for the study. |

| | Objections/Responses<br>In Mason | Rulings In<br>Smith/Barnett |
|---|---|---|

268:16   -   269:10   Scolnick, Edward 2005-04-29
268  16   So, it wouldn't have been unethical
268  17   to do a trial of Vioxx versus Tylenol?
268  18   A:  What I said is it would be undoable
268  19   based on other input people gave me because Tylenol
268  20   would not relieve pain enough to be monotherapy in
268  21   such a trial.
268  22   Q:  So, someone was speculating that if
268  23   you did Vioxx versus Tylenol, people may fall out of
268  24   the Tylenol arm over time because it was
268  25   ineffective; is that right?
269   1   A:  Yes. Not speculating, but saying it
269   2   just as in -- the same manner as on this slide, that
269   3   was another point brought up many times during the
269   4   discussion.
269   5   Q:  Well, that's what I'm wondering. I
269   6   don't see it on this slide. Do you see that point
269   7   raised on this slide, sir?
269   8   A:  I do not, but it was something people
269   9   talked about. Not all points of meetings are on our
269  10   slides.

270:2   -   270:17   Scolnick, Edward 2005-04-29
270   2   Now, apart from just asking your
270   3   internal folks and thinking about yourself what type
270   4   of CV study could be done, you actually consulted
270   5   with some people from outside Merck; right?
270   6   A:  Several.
270   7   Q:  Okay. You asked them whether a CV
270   8   study could be designed to evaluate the
270   9   cardiovascular safety of Vioxx, didn't you?
270  10   A:  I asked them what kind of study could
270  11   be designed, yes.
270  12   Q:  You actually spoke with a John Oates
270  13   about whether a trial could be done to test the CV
270  14   safety of Vioxx; right?
270  15   A:  I don't remember all the people that
270  16   our group talked to. Dr. Oates was one of our
270  17   consultants on our board of advisors.

271:10   -   271:24   Scolnick, Edward 2005-04-29
271  10   Q:  Wasn't it Dr. Oates' view right after
271  11   the VIGOR data was released that you had to do
271  12   another trial comparing Vioxx with aspirin and
271  13   naproxen to see whether Vioxx was cardiotoxic?
271  14   A:  I don't remember. I really don't
271  15   remember.
271  16   Q:  Do you remember that study design
271  17   being proposed?
271  18   A:  I remember that among several study
271  19   designs, yes.
271  20   Q:  Did you ever do that study?
271  21   A:  That study was not done.
271  22   Q:  You never did a study like that;
271  23   right?
271  24   A:  That study was not done.

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

305:    -   305:19    Scolnick, Edward 2005-04-29
  305  15    Following the Advisory Committee in
  305  16    2001, a series of negotiations took place with FDA
  305  17    concerning the label for Vioxx; right?
  305  18    A: Yes, a very long time before we
  305  19    actually got a label from them.

311:21    -    313:3    Scolnick, Edward 2005-04-29
  311  21    Q: I want to pass you over what we just
  311  22    marked as Exhibit 11 to your deposition. It's an
  311  23    e-mail dated January 31st, 2001 from you to Mr.
  311  24    Gilmartin and Mr. Anstice. The subject is 'Monday
  311  25    MC.' Do you see that?
  312   1    A: Yes.
  312   2    Q: 'MC' refers to management committee?
  312   3    A: Yes.
  312   4    Q: It is Bates stamped MRK-ACR0008985.
  312   5    You write, I guess it's the second
  312   6    sentence or so: 'The Vigor meeting is next
  312   7    thursday. On Monday I will show you the essence, an
  312   8    update, of the data that supports Vioxx is safe in
  312   9    the Cv sense. But I want to point out to all of you
  312  10    at one time that 1. there is no way to prove that in
  312  11    patients with rheumatoid arthritis that,' and you
  312  12    put this in all caps, 'ALL of the difference between
  312  13    Vioxx and naproxen is due to the benefit of
  312  14    naproxen.' Do you see that.
  312  15    A: I do.
  312  16    Q: Then you continue. 'IT IS IMPOSSIBLE
  312  17    TO PROVE THIS.' That's all caps; right?
  312  18    A: Yes.
  312  19    Q: And you continue further. 'IT IS
  312  20    IMPOSSIBLE TO KNOW THIS WITH CERTAINTY.' That's
  312  21    what you wrote; right?
  312  22    A: I did.
  312  23    Q: And that was -- that was your feeling
  312  24    as of January 31st, 2001?
  312  25    A: Yes. That's just what I've just told
  313   1    you again.
  313   2    Q: A week before the Advisory Committee?
  313   3    A: Yes.

313:25    -    314:15    Scolnick, Edward 2005-04-29
  313  25    Q: You continue, 'Knowing what is about
  314   1    to happen, managing the short term fall out, and
  314   2    facing and managing any longer term consequences.'
  314   3    Short term fall out,' what are you thinking about
  314   4    there?
  314   5    A: When all the data is presented again,
  314   6    people will raise questions whether we can prove the
  314   7    negative completely and, therefore, will question
  314   8    whether they should use Vioxx or not.
  314   9    Q: 'Short term fall out' also refers to
  314  10    potential impact on Merck stock; right?
  314  11    A: I don't know. I think I had in mind
  314  12    just the effects on Vioxx.

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

```
314  13      Q:  Well, the effects of Vioxx would
314  14      include decreased sales of Vioxx; true?
314  15      A:  Yes.

315:11   -   315:24   Scolnick, Edward 2005-04-29
315  11      Q:  Well, did you think that negative
315  12      labeling for Vioxx would have an adverse effect on
315  13      Vioxx sales?
315  14      A:  Certainly.
315  15      Q:  Did you think that if there was a CV
315  16      warning for Vioxx, that that would have a negative
315  17      effect on Vioxx sales?
315  18      A:  Certainly, but I didn't expect a CV
315  19      warning based on the data.
315  20      Q:  Did you think that if there was a CV
315  21      warning on Vioxx, that would also have an effect on
315  22      Merck stock?
315  23      A:  Certainly. But as I've said, I did
315  24      not expect a CV warning.

322:6    -   325:17   Scolnick, Edward 2005-04-29
322   6      Q:  And you really thought it was a
322   7      challenge in your team to convince the FDA and the
322   8      Advisory Committee that Vioxx didn't have a
322   9      cardiovascular problem; true?
322  10      A:  We had all the data which said that
322  11      we didn't have a problem, and we wanted to make sure
322  12      we could present all that data, sure.
322  13      Q:  But it wasn't just a challenge, it
322  14      was almost impossible; right?
322  15      A:  It was impossible to prove the
322  16      negative, which I pointed out in my e-mail note. It
322  17      was possible to present all the data which supported
322  18      our position.
322  19      Q:  Well, the Advisory Committee went
322  20      well from your perspective; true?
322  21      A:  Yes. Quite well.
322  22      Q:  Your team did a fantastic job; true?
322  23      A:  Yes.
322  24      Q:  And they made the FDA look like
322  25      grade d high school students.' Isn't that what you
323   1      said?
323   2      A:  I did in an e-mail note, yes. I
323   3      regret those words, but we did a good job.
323   4      Q:  You meant them when you wrote it?
323   5      A:  It was -- I meant them. It was an
323   6      allusion to something that had happened a few years
323   7      ago, but I did write those words.
323   8      Q:  This is the same FDA that you
323   9      respect?
323  10      A:  Yes.
323  11      Q:  This is the same FDA that's
323  12      responsible for the public safety?
323  13      A:  That's correct.
323  14      Q:  This is the same FDA that's
323  15      responsible for evaluating the cardiovascular data
323  16      concerning your drug?
```

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

323  17    A:  Yes.
323  18    Q:  And you were proud that your team
323  19    made the FDA look like grade D high school students;
323  20    true?
323  21    A:  I wrote those words. I regret the
323  22    choice of words. I wrote those words.
323  23    MR. BUCHANAN:  Let's mark as Exhibit
323  24    12, I think, the e-mail you were referring to, sir.
323  25    - - -
324  1    (Whereupon, Deposition Exhibit
324  2    Scolnick-12, E-mails, MRK-ACT0018064,
324  3    was marked for identification.)
324  4    - - -
324  5    THE WITNESS:  Yes.
324  6    BY MR. BUCHANAN:
324  7    Q:  Dr. Scolnick, I just passed you over
324  8    Exhibit 12 to your deposition. It is an e-mail, two
324  9    e-mails, the earliest of which is an e-mail from you
324  10    to several folks, subject, 'Today.' It's Bates
324  11    stamped MKR-ACT0018064. It's dated Thursday,
324  12    February 8, 2001, 9:10 p.m. is the time. Do you see
324  13    that?
324  14    A:  Yes, I do.
324  15    Q:  You wrote this the day of the
324  16    February 2001 Advisory Committee?
324  17    A:  I don't remember the date of the
324  18    meeting.
324  19    Q:  You wrote 'To ALL' --
324  20    A:  It looks like it is the same day.
324  21    Q:  'To ALL: I bit my nails all day.'
324  22    You're referring to you listening to the Advisory
324  23    Committee?
324  24    A:  Either listening or being there. I
324  25    don't remember whether I was there or I viewed it.
325  1    Q:  If you didn't go, you did listen?
325  2    A:  Yes.
325  3    Q:  You said, 'You all were FANTASTIC.'
325  4    You wrote that in all caps; right?
325  5    A:  Yes.
325  6    Q:  You then wrote that 'You made them
325  7    look like grade d high school students.' Right?
325  8    A:  That's what the memo says.
325  9    Q:  You say, 'and you won big huge and
325  10    completely.' True?
325  11    A:  That's what I said.
325  12    Q:  You wrote that?
325  13    A:  Yes.
325  14    Q:  You note at the end of this that your
325  15    team should, 'enjoy and bask in the warmth of having
325  16    done an impossible job superbly.' Is that right?
325  17    A:  That's what I wrote.

329:10   -   329:24   Scolnick, Edward 2005-04-29
329  10    Q:  So, after this Advisory Committee in
329  11    February of 2001, you got a letter from the FDA
329  12    saying that they were conditionally approving
329  13    Merck's supplemental new drug application; right?

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

329  14   A:  At some point we got a letter back
329  15   from them, yes.
329  16   Q:  You didn't like the tone of the
329  17   letter, though, did you?
329  18   A:  We didn't like the tone, and we
329  19   didn't like the content. As I said earlier, they
329  20   ignored all the GI data. They completely left it
329  21   out. They left out the Alzheimer's data, and they
329  22   had a warning, despite what had happened at the
329  23   Advisory Committee, where no warning was suggested
329  24   based on all the data, or voted for.

331:12   -   331:18   Scolnick, Edward 2005-04-29
331  12   Q:  For the record, Dr. Scolnick, I've
331  13   just passed you what we've marked as Exhibit 13 to
331  14   your deposition. It's a two-page series of e-mails
331  15   Bates stamped MRK-ACR0009151 to 9152. Doctor, you
331  16   are, in fact, an author and recipient on several of
331  17   these e-mails; true?
331  18   A:  Yes.

332:9   -   332:25   Scolnick, Edward 2005-04-29
332   9   Q:  You didn't like the tone of the
332  10   approvable letter you got from Merck's supplemental
332  11   NDA; true?
332  12   A:  That's correct. I don't remember
332  13   what was in it at this point, so, it's very hard to
332  14   respond to your question.
332  15   Q:  I'll just read the first sentence.
332  16   To ALL: I am sure you imagine my reaction to the
332  17   tone of the letter. The open ended request for
332  18   safety updates is a filibuster.' Do you see that?
332  19   A:  Yes.
332  20   Q:  What's a filibuster?
332  21   A:  It's a delaying tactic.
332  22   Q:  So, you thought the FDA was trying to
332  23   delay approval of your supplemental NDA request to
332  24   get safety information?
332  25   A:  That's what I wrote.

333:14   -   334:12   Scolnick, Edward 2005-04-29
333  14   Q:  Then you state, 'When will you find
333  15   out what they have done for our competitor? If by
333  16   any chance they get a better label now and we are
333  17   asked for this much more data, I will be in Janet's
333  18   office the next day.' Do you see that?
333  19   A:  Yes.
333  20   Q:  Your competitor would be Celebrex?
333  21   A:  Yes.
333  22   Q:  The manufacturer of Celebrex?
333  23   A:  Yes.
333  24   Q:  Okay.
333  25   You were concerned that the
334   1   manufacturers of Celebrex were going to get an
334   2   approved label before Vioxx was going to get an
334   3   approved label?
334   4   A:  For GI outcomes, yes, that's what I

25