| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

```
334   5        think I was concerned about.
334   6        Q:  And if that happened, you were going
334   7        to go down there to the FDA and see Janet the next
334   8        day; is that right?
334   9        A:  That is what I said in the memo.
334   10       Q:  Who is Janet?
334   11       A:  Janet was Janet Woodcock, who was, I
334   12       believe, the head of the drug part of the FDA.
```

334:20   -   334:24   Scolnick, Edward 2005-04-29
```
334   20       Q:  So, you felt you could go down there
334   21       to Janet's office, and you could tell her to
334   22       straighten things out and make sure that Merck's
334   23       label got approved on the terms you wanted it
334   24       approved on?
```

335:1   -   335:4   Scolnick, Edward 2005-04-29
```
335   1        THE WITNESS:  I don't know exactly
335   2        what I was thinking. I certainly wanted to advocate
335   3        on Merck's behalf if this were to happen. That's
335   4        what this memo says.
```

335:12   -   335:15   Scolnick, Edward 2005-04-29
```
335   12       Q:  Sir, is that the way it's supposed to
335   13       work, when you want to address a labeling request
335   14       with the FDA, you go down, and you go into Janet
335   15       Woodcock's office to address it?
```

335:18   -   336:8   Scolnick, Edward 2005-04-29
```
335   18       THE WITNESS:  The head of the drug
335   19       office can be involved in labeling negotiations.
335   20       BY MR. BUCHANAN:
335   21       Q:  Is that who Janet Woodcock was?
335   22       A:  I believe at the time she was head of
335   23       the drug approval part of the FDA as opposed to
335   24       vaccines and other parts of the FDA, I believe, but
335   25       I'm not certain.
336   1        Q:  So, in other words, if the FDA
336   2        perchance decided to give the Celebrex manufacturers
336   3        the label they had sought before you got it, you
336   4        were going to go down to, the what's this, the head
336   5        of drug approval and complain? Is that your
336   6        testimony?
336   7        A:  That was -- that's what this note
336   8        implies.
```

340:24   -   341:5   Scolnick, Edward 2005-04-29
```
340   24       Q:  You said that you weren't just going
340   25       to stop with Janet; right?
341   1        A:  That's what this says.
341   2        Q:  You said you'd go beyond if you
341   3        needed to with other contacts you'd made in HHS;
341   4        right?
341   5        A:  That's what this says.
```

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

341:__ - 341:20   Scolnick, Edward 2005-04-29
341  17   So, you'd go over Janet's head if you
341  18   needed to?
341  19   A:  In order to make scientific points
341  20   which I felt strongly about.

343:1 - 343:6   Scolnick, Edward 2005-04-29
343   1   I see the last sentence here you say,
343   2   I have never seen being nice to the FDA-except on
343   3   rare occasions-pay off.' You wrote that?
343   4   A:  Yes.
343   5   Q:  You meant it?
343   6   A:  Yes.

343:7 - 343:11   Scolnick, Edward 2005-04-29
343   7   Q:  It's a true statement?
343   8   A:  It was my feeling.
343   9   Q:  True statement when you wrote it,
343  10   sir?
343  11   A:  It is my feeling when I wrote it.

**Re: [343:7-343:11]** | Overruled
**Pltf Obj** Rule of | *Overruled*
optional completeness- |
should include 343:12- |
343:18. |

353:12 - 353:25   Scolnick, Edward 2005-04-29
353  12   Q:  Then you say, 'One cannot deal with
353  13   them in a rational way.' Right?
353  14   A:  That's what I said.
353  15   Q:  And rational way was your way; right?
353  16   A:  No. Rational way was the way we had
353  17   been trying to deal with them when we submitted the
353  18   supplemental NDA, with all of the data that was
353  19   supported at the Advisory Committee meeting.
353  20   Q:  Right.
353  21   To be clear, what the FDA was asking
353  22   for was additional safety information in their
353  23   approvable letter; true?
353  24   A:  That's what the memo implies. I do
353  25   not know nor recall what was in that request.

354:14 - 354:19   Scolnick, Edward 2005-04-29
354  14   BY MR. BUCHANAN:
354  15   Q:  The bottom line is that the FDA,
354  16   looking for additional data on Vioxx in connection
354  17   with your supplemental NDA request, jeopardized your
354  18   ability to get the label you wanted in the
354  19   marketplace; true?

354:21 - 355:5   Scolnick, Edward 2005-04-29
354  21   THE WITNESS:  They were retarding the
354  22   process in my opinion.
354  23   BY MR. BUCHANAN:
354  24   Q:  And you needed that process to move
354  25   quickly; right?
355   1   A:  That was our goal. We wanted it to
355   2   move quickly. We had submitted our application very
355   3   quickly, and it still had been almost a year after

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

355   4          the application was submitted, and we didn't yet
355   5          have a label back.

355:23   -   356:10   Scolnick, Edward 2005-04-29
355   23          Q:  You did get a label at some point in
355   24          time in connection with your supplemental new drug
355   25          application for Vioxx; true?
356   1          A:  Yes.
356   2          Q:  You got that in the fall of 2001?
356   3          A:  I don't recall the exact date. It
356   4          was certainly after this in 2001.
356   5          Q:  Had a CV warning?
356   6          A:  Yes.
356   7          Q:  CV means cardiovascular; right?
356   8          A:  Yes.
356   9          Q:  In the warnings section of the label?
356   10          A:  Yes.

357:4   -   357:17   Scolnick, Edward 2005-04-29
357   4          Q:  The label you got from the FDA had a
357   5          cardiovascular warning in the warnings section;
357   6          true?
357   7          A:  I believe so.
357   8          Q:  You thought it was ugly?
357   9          A:  I did.
357   10          Q:  You thought it was ugly cubed?
357   11          A:  I did.
357   12          Q:  That's ugly times ugly times ugly;
357   13          right?
357   14          A:  Ugly cubed is exactly what you've
357   15          stated.
357   16          Q:  Ugly three times over; right?
357   17          A:  Right.

360:22   -   361:4   Scolnick, Edward 2005-04-29
360   22          Q:  Sir, I'm going to pass over what
360   23          we've just marked as Exhibit 14 to your deposition.
360   24          It is a series of e-mails, three of them in
360   25          particular, from October 2001. For the record, it
361   1          is Bates stamped MRK-ABW0004799.
361   2          Sir, you've seen this document
361   3          before; right?
361   4          A:  Yes, I have.

361:14   -   363:2   Scolnick, Edward 2005-04-29
361   14          Q:  It is from October 15th, 2001?
361   15          A:  Yes.
361   16          Q:  You said --
361   17          A:  October 16th.
361   18          Q:  You said, 'David.' That's David
361   19          Anstice; right?
361   20          A:  Yes.
361   21          Q:  He's the president of U.S. human
361   22          health?
361   23          A:  Yes.
361   24          Q:  That was the group within Merck

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

361 25    responsible for all the marketing of Vioxx?
362 1    A:  The domestic marketing of Vioxx.
362 2    Q:  You told him, 'Be assured we will not
362 3    accept this label.' Right?
362 4    A:  That's what my memo says.
362 5    Q:  David was concerned about this label;
362 6    right?
362 7    A:  Yes.
362 8    Q:  Okay.
362 9    Thought it put you at a competitive
362 10    disadvantage; right?
362 11    A:  Yes. And it didn't accurately
362 12    reflect our data.
362 13    Q:  You were telling David that I'm going
362 14    to do what I can to make sure we don't get that
362 15    label; right?
362 16    A:  Yes.
362 17    Q:  I'm going to do what I can to make
362 18    sure there's no CV warning in the Vioxx label;
362 19    right?
362 20    A:  That isn't what this says. It says,
362 21    We will not accept this label' and 'if we need to
362 22    we will go to an Advisory Committee meeting' to get
362 23    them to review what our label should look like, a
362 24    scientific process to resolve the potential -- a
362 25    potential disagreement between the FDA and Merck.
363 1    Q:  So, you rejected the label you got
363 2    from the FDA that had the CV warning; true?

363:4   -  363:18   Scolnick, Edward 2005-04-29
363 4    THE WITNESS:  We rejected this label
363 5    in its totality. It had a CV warning, and it
363 6    ignored the GI data that we had garnered in VIGOR.
363 7    BY MR. BUCHANAN:
363 8    Q:  David responded to you, 'We knew it
363 9    would be UGLY and it is.' Right, he said that to
363 10    you?
363 11    A:  Yes.
363 12    Q:  He also said, 'We'll fight back and
363 13    see where we get.' Right?
363 14    A:  Yes. That's what he said.
363 15    Q:  And he again said, we'll 'ask for an
363 16    advisory committee' if we can't make headway with
363 17    the FDA; right?
363 18    A:  That's what he said.

364:12   -  365:12   Scolnick, Edward 2005-04-29
364 12    Q:  You then say here in the final one,
364 13    your final e-mail from October 16, 2001, 'It is ugly
364 14    cubed.' Right?
364 15    A:  Yes.
364 16    Q:  You say, 'thye,' that should be they;
364 17    right?
364 18    A:  Yes.
364 19    Q:  'Thye are bastards.' True?
364 20    A:  That's what the e-mail says.
364 21    Q:  That's what you wrote?

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

```
364  22    A:  That's what I wrote.
364  23    Q:  You meant it when you wrote it?
364  24    A:  I was very upset when I wrote the
364  25    e-mail.
365   1    Q:  So, this particular group within the
365   2    FDA was devious and antagonistic; true?
365   3    A:  That's what I wrote.
365   4    Q:  They were bastards?
365   5    A:  That reflected my emotional
365   6    unhappiness with their label.
365   7    Q:  They had the ability of grade D high
365   8    school students; true?
365   9    A:  That's what I wrote.
365  10    Q:  And if you wanted to get anything
365  11    done with them, you couldn't treat them with
365  12    respect; true?
```

365:14   -   365:22   Scolnick, Edward 2005-04-29

```
365  14    THE WITNESS:  I wrote all of these
365  15    things, and I felt that we were not getting a fair
365  16    process from this division.
365  17    BY MR. BUCHANAN:
365  18    Q:  The FDA was pretty insistent this
365  19    drug needed a cardiac warning, weren't they?
365  20    A:  They presented this label to us, so,
365  21    they must have felt that way. This division felt
365  22    that way.
```

366:3   -   366:9   Scolnick, Edward 2005-04-29

```
366   3    Q:  You took from that that the FDA at
366   4    least was concerned about the potential
366   5    cardiovascular implications of your drug; true?
366   6    A:  Yes.
366   7    Q:  And they wanted to warn the American
366   8    public about the potential cardiovascular
366   9    implications of Vioxx; true?
```

366:11   -   366:13   Scolnick, Edward 2005-04-29

```
366  11    THE WITNESS:  Yes, despite the
366  12    Advisory Committee meeting, which had not felt that
366  13    way.
```

371:15   -   371:23   Scolnick, Edward 2005-04-29

```
371  15    Dr. Scolnick, I just passed you what
371  16    we marked as Exhibit 15 to your deposition. It's a
371  17    three e-mail sequence from November 8, 2001. The
371  18    subject here says 'History lesson.' Do you see
371  19    that?
371  20    A:  Uh-huh, yes, I do.
371  21    Q:  It's an exchange between initially
371  22    from you to Doug Greene and Bonnie Goldmann; true?
371  23    A:  Yes.
```

372:18   -   373:3   Scolnick, Edward 2005-04-29

```
372  18    Q:  You said, 'Doug and Bonnie twice in
```

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

| | | |
|---|---|---|
| 372 | 19 | my life I've had to say to FDA 'That label is |
| 372 | 20 | unacceptable, we will not under any circumstances |
| 372 | 21 | accept." Do you see that? |
| 372 | 22 | A:  Yes, I do. |
| 372 | 23 | Q:  You continue there and you say, 'You |
| 372 | 24 | WILL,' in all caps, will, 'have to do that on the |
| 372 | 25 | cardiac warning for Vioxx. I assure you that you |
| 373 | 1 | will.' That's what you wrote; right? |
| 373 | 2 | A:  I did. You skipped an intervening |
| 373 | 3 | sentences. |

**373:12  -  374:2    Scolnick, Edward 2005-04-29**

| | | |
|---|---|---|
| 373 | 12 | Q:  Paragraph continues where I was |
| 373 | 13 | before, 'You WILL,' in all caps will, 'have to do |
| 373 | 14 | that on the cardiac warning for Vioxx. I assure you |
| 373 | 15 | that you will.' Did I read that right? |
| 373 | 16 | A:  Yes, you did. |
| 373 | 17 | Q:  You put 'will' in emphasis to these |
| 373 | 18 | people; right? |
| 373 | 19 | A:  Yes, I did. |
| 373 | 20 | Q:  And these were the people who were |
| 373 | 21 | dealing with the FDA in connection with the label |
| 373 | 22 | negotiations; right? |
| 373 | 23 | A:  Yes. |
| 373 | 24 | Q:  You told them, 'And I assure you I |
| 373 | 25 | will NOT,' and again in all caps, 'NOT sign off on |
| 374 | 1 | any label that had a cardiac warning.' True? |
| 374 | 2 | A:  That's what the e-mail says. |

**376:10  -  376:15    Scolnick, Edward 2005-04-29**

| | | |
|---|---|---|
| 376 | 10 | Q:  So, you negotiated with the FDA over |
| 376 | 11 | this label concerning cardiac and GI warnings from |
| 376 | 12 | October of 2001 until April of 2002; true? |
| 376 | 13 | A:  That's correct. Because we believed |
| 376 | 14 | that the drug did not justify having a cardiac |
| 376 | 15 | warning based on our data. |

**381:11  -  382:2    Scolnick, Edward 2005-04-29**

| | | |
|---|---|---|
| 381 | 11 | Q:  Doctor, I passed you over what we |
| 381 | 12 | marked as Exhibit 16 to your deposition. It is a |
| 381 | 13 | relatively brief e-mail, Bates stamped |
| 381 | 14 | MRK-ACR0009297 dated February 25th, 2002 from you |
| 381 | 15 | again to this same team of people working on the |
| 381 | 16 | negotiations over the Vioxx label; true? |
| 381 | 17 | A:  Yes. |
| 381 | 18 | Q:  You wrote, 'To ALL: If you can get |
| 381 | 19 | this label it will be an Al Michaels quote: 'Do you |
| 381 | 20 | believe in miracles?" What are you referring to |
| 381 | 21 | there? |
| 381 | 22 | A:  I'm referring to Al Michael's quote |
| 381 | 23 | when the U.S. Olympic team beat the Russians in |
| 381 | 24 | whatever year it was in ice hockey. |
| 381 | 25 | Q:  It was like an impossible task; |
| 382 | 1 | right? |
| 382 | 2 | A:  It certainly appeared to be. |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|

1138:3  -  1138:8  Scolnick, Edward 2005-08-16

| | | | **Re: [1138:3-1138:8]** | |
| 1138 | 3 | Q:  You said in writing, sir, in an | **Def Obj** Incomplete | *Denied* |
| 1138 | 4 | e-mail that for Vioxx, the CV outcomes study is the | question and answer; | *as* |
| 1138 | 5 | only essential study, and you were saying that as of | need to add 1138:9-10 | *Moot* |
| 1138 | 6 | September 17, 2001, long after the VIGOR results | for completeness | |
| 1138 | 7 | were known; correct? | | |
| 1138 | 8 | A:  That is correct. And a study to get | | |

1249:12  -  1250:9  Scolnick, Edward 2005-08-16

| 1249 | 12 | Q:  Did Merck Research Labs or Merck ever | | |
| 1249 | 13 | do a study to evaluate adverse events of most | | |
| 1249 | 14 | concern, heart attacks and unstable angina, prior to | | *Sustained* |
| 1249 | 15 | approval, where they gave people aspirin? | | |
| 1249 | 16 | A:  I'm not aware that that study was | | |
| 1249 | 17 | done. | | |
| 1249 | 18 | Q:  Why didn't you do it? | **Re: [1249:18-1249:21]** | |
| 1249 | 19 | A:  I'm unaware of this data, I don't | **Def Obj** Misleading; | |
| 1249 | 20 | know why, and so the suggestion never came up, and | Foundation; Lack of | |
| 1249 | 21 | so I can't answer your question. | personal knowledge; | |
| 1249 | 22 | Q:  Did you ever do it? | see 1247:22-1248:3 | |
| 1249 | 23 | A:  Did we evaluate Vioxx in the presence | | |
| 1249 | 24 | of aspirin? | | |
| 1249 | 25 | Q:  Yes. | | |
| 1250 | 1 | A:  Yes, we did endoscopy studies with | | |
| 1250 | 2 | that. | | |
| 1250 | 3 | Q:  When? | | |
| 1250 | 4 | A:  After the VIGOR trial. | | |
| 1250 | 5 | Q:  You did it after approval; right? | | |
| 1250 | 6 | A:  Yes. | | |
| 1250 | 7 | Q:  Prior to approval, you didn't let | | |
| 1250 | 8 | people take aspirin in your endoscopy studies, did | | |
| 1250 | 9 | you? | | |

1250:11  -  1250:17  Scolnick, Edward 2005-08-16

| 1250 | 11 | THE WITNESS:  No. Because we thought | | |
| 1250 | 12 | aspirin would cloud the results of the endoscopy | | |
| 1250 | 13 | studies -- | | |
| 1250 | 14 | BY MR. BUCHANAN: | | |
| 1250 | 15 | Q:  It was worse -- | | |
| 1250 | 16 | A:  -- because aspirin is gastric | | |
| 1250 | 17 | irritative. | | |

1250:24  -  1251:2  Scolnick, Edward 2005-08-16

| | | | **Re: [1250:24-1251:2]** | |
| 1250 | 24 | BY MR. BUCHANAN: | **Def Obj** Incomplete | *Denied* |
| 1250 | 25 | Q:  You didn't want to give people | question and answer; | *as Moot* |
| 1251 | 1 | aspirin because you knew it would eliminate the GI | need to add 1251:9-17 | |
| 1251 | 2 | benefit to the drug? | for completeness | |

1251:4  -  1251:7  Scolnick, Edward 2005-08-16

| | | | **Re: [1251:4-1251:7]** | |
| 1251 | 4 | THE WITNESS:  We did not think -- | **Def Obj** Incomplete | |
| 1251 | 5 | certainly I didn't think that it would eliminate the | answer; need to add | |
| 1251 | 6 | complete GI benefit of the drug. It would simply | 1251:9-17 for | |
| 1251 | 7 | make the studies very complicated to interpret. | completeness | |

1266:23  -  1267:9  Scolnick, Edward 2005-08-16

| 1266 | 23 | Q:  Well, let's go through this then, | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|

| 1266 | 24 | sir. | | |
| 1266 | 25 | It continues, 'Yet, the possibility | **Re: [1266:25-1267:9]** | |
| 1267 | 1 | of increased CV events is of great concern.' Do you | **Def Obj** Foundation; | |
| 1267 | 2 | see that? | Lack of personal | Overruled |
| 1267 | 3 | A: Yes, I see her comments, yes. | knowledge; see | (goes to |
| | | | 1261:23-25 and | credibility) |
| 1267 | 4 | Q: Then it states, '(I just can't wait | 1262:7-9 | |
| 1267 | 5 | to be the one to present those results to senior | | |
| 1267 | 6 | management!)' She gave us another exclamation | | |
| 1267 | 7 | point, didn't she? | | |
| 1267 | 8 | A: Yes, she did. | | |
| 1267 | 9 | Q: That's you? | | |
| 1267:12 - | 1267:17 | Scolnick, Edward 2005-08-16 | | |
| 1267 | 12 | THE WITNESS: I am a member of senior | **Re: [1267:12-1267:17]** | |
| 1267 | 13 | management, yes. I'm one of senior management. | **Def Obj** Foundation; | |
| 1267 | 14 | BY MR. BUCHANAN: | Lack of personal | |
| 1267 | 15 | Q: It wouldn't have made you happy to | knowledge; see | |
| | | | 1261:23-25 and | |
| 1267 | 16 | have an outcomes trial that showed that Vioxx | 1262:7-9 | |
| 1267 | 17 | increased the rate of CV events, would it? | | |
| 1267:19 - | 1268:1 | Scolnick, Edward 2005-08-16 | | |
| 1267 | 19 | THE WITNESS: Obviously not. If I | **Re: [1267:19-1268:1]** | |
| 1267 | 20 | had known -- obviously, not. No one wanted to see a | **Def Obj** Foundation; | |
| 1267 | 21 | result where -- a question whether Vioxx elevated or | Lack of personal | |
| 1267 | 22 | naproxen lowered the rate of events. | knowledge; see | |
| | | | 1261:23-25 and | |
| 1267 | 23 | BY MR. BUCHANAN: | 1262:7-9 | |
| 1267 | 24 | Q: So, we have a solution, right, in the | | |
| 1267 | 25 | next sentence? She says how we solve this dilemma, | | |
| 1268 | 1 | doesn't she? | | |
| 1268:4 - | 1268:15 | Scolnick, Edward 2005-08-16 | | |
| 1268 | 4 | Q: Do you see the next sentence, sir? | **Re: [1268:4-1268:15]** | |
| 1268 | 5 | A: I see the next sentence. | **Def Obj** Foundation; | |
| 1268 | 6 | Q: What's she say? | Lack of personal | |
| 1268 | 7 | A: 'What about the idea of excluding | knowledge; see | |
| | | | 1261:23-25 and | |
| 1268 | 8 | high risk CV patients - ie those that have already | 1262:7-9 | |
| 1268 | 9 | had MI, CABG or PTCA? This may decrease the CV | | |
| 1268 | 10 | event rate so that a difference between the two | | |
| 1268 | 11 | groups would not be evident. The only problem would | | |
| 1268 | 12 | be - Would we be able to recruit any patients?' | | |
| 1268 | 13 | That's the rest of the paragraph. | | |
| 1268 | 14 | Q: Her solution is to exclude high risk | | |
| 1268 | 15 | CV patients, isn't it? | | |
| 1268:17 - | 1269:12 | Scolnick, Edward 2005-08-16 | | |
| 1268 | 17 | THE WITNESS: That's correct, so they | **Re: [1268:17-1269:12]** | |
| 1268 | 18 | wouldn't require low-dose aspirin. | **Def Obj** Foundation; | |
| 1268 | 19 | BY MR. BUCHANAN: | Lack of personal | |
| 1268 | 20 | Q: So you wouldn't see a CV effect? | knowledge; see | |
| 1268 | 21 | A: So there wouldn't be a | 1261:23-25 and | |
| 1268 | 22 | cardioprotective effect of the NSAID that was going | 1262:7-9 | |

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|
| 1268 | 23 | to be compared to because it blocked COX-1 and Vioxx | |
| 1268 | 24 | did not because aspirin blocks COX-1. That's what | |
| 1268 | 25 | she's talking about. | |
| 1269 | 1 | Q: Why don't we look at the document, | |
| 1269 | 2 | sir? | |
| 1269 | 3 | A: That's what she's talking about. | |
| 1269 | 4 | Q: 'This may decrease the CV event rate | |
| 1269 | 5 | so that a difference between the two groups would | |
| 1269 | 6 | not be evident.' Do you see that? | |
| 1269 | 7 | A: Yes, I do, and I understand what she | |
| 1269 | 8 | meant by that. | |
| 1269 | 9 | Q: So, what you're doing here is you're | |
| 1269 | 10 | excluding aspirin so that you can see a GI benefit | |
| 1269 | 11 | from your outcomes trial; true? | |
| 1269 | 12 | A: That is correct. | |
| | | | |
| 1271:4 | - | 1273:14 Scolnick, Edward 2005-08-16 | |
| 1271 | 4 | Q: I'm asking you, sir, that in | |
| 1271 | 5 | aspirin-using patients, the results from the VIGOR | |
| 1271 | 6 | trial don't present a GI benefit that extends to | |
| 1271 | 7 | them; isn't that right? | |
| 1271 | 8 | MR. MAYER: Object to the form. | Re: [1271:8-1271:8] |
| 1271 | 9 | THE WITNESS: You cannot extrapolate | Def Obj Delete |
| 1271 | 10 | the magnitude of the benefit from the nonlow-dose | Objection |
| 1271 | 11 | aspirin-using population to a low-dose aspirin | |
| 1271 | 12 | population. That is correct. | |
| 1271 | 13 | BY MR. BUCHANAN: | |
| 1271 | 14 | Q: In fact, you actually did do a test, | |
| 1271 | 15 | Vioxx plus aspirin, compared to traditional NSAIDs | |
| 1271 | 16 | after the VIGOR trial, didn't you? | |
| 1271 | 17 | A: We did. We did an endoscopy study. | |
| 1271 | 18 | Q: It didn't show any benefit, did it? | |
| 1271 | 19 | A: The study showed that using aspirin | |
| 1271 | 20 | in the presence of Vioxx elevated the rate over | |
| 1271 | 21 | aspirin alone, that subsequent studies showed that | |
| 1271 | 22 | that rate was still lower than standard NSAID used | |
| 1271 | 23 | with low-dose aspirin. | |
| 1271 | 24 | Q: Sir -- | |
| 1271 | 25 | A: It still showed a benefit, although | |
| 1272 | 1 | not as great a benefit as in the absence of aspirin. | |
| 1272 | 2 | - - - | |
| 1272 | 3 | (Whereupon, Deposition Exhibit | |
| 1272 | 4 | Scolnick-66, E-mails, MRK-ACR0009295 - | |
| 1272 | 5 | MRK-ACR0009296, was marked for | |
| 1272 | 6 | identification.) | |
| 1272 | 7 | - - - | |
| 1272 | 8 | BY MR. BUCHANAN: | |
| 1272 | 9 | Q: Sir, I'm passing you over what we | |
| 1272 | 10 | just marked as Exhibit 66. I would like you to look | |
| 1272 | 11 | at the earliest in time e-mail. This is November | |
| 1272 | 12 | 19, 2001, the bottom of the first page. | |
| 1272 | 13 | A: Yes. | |
| 1272 | 14 | Q: It's from you to, who is that to? | |
| 1272 | 15 | A: Raymond Gilmartin and David Anstice. | |
| 1272 | 16 | Q: Okay. | |
| 1272 | 17 | Mr. Gilmartin is your boss; right? | |
| 1272 | 18 | A: Yes, he was. | |

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

1272  19    Q:  You sent it with high importance?
1272  20    You will see it on the next page.
1272  21    A:  Okay. Yes.
1272  22    Q:  It says, 'Ray' and it says 'dn' you
1272  23    meant 'and'?
1272  24    A:  Yes. I don't type well.
1272  25    Q:  'Ray and David. Not a good result.
1273   1    Low dose aspirin and Vioxx equal almost ibuprofen.'
1273   2    That's Advil; right?
1273   3    A:  Yes.
1273   4    Q:  'Higher than ASA alone'?
1273   5    A:  Yes.
1273   6    Q:  'It is clear why their class study
1273   7    failed now.' That's with the Celebrex study; right?
1273   8    A:  Yes.
1273   9    Q:  What you're saying here is in the
1273  10    Celebrex study, the manufacturers of Celebrex
1273  11    allowed aspirin users in their study; right?
1273  12    A:  Yes, I believe that's true.
1273  13    Q:  And they showed no GI benefit in
1273  14    terms of PUBs in that outcomes study; right?

1273:16  -   1274:25  Scolnick, Edward 2005-08-16
1273  16    THE WITNESS:  I think they showed a
1273  17    quantitative benefit, but they did not get
1273  18    statistical significance.
1273  19    BY MR. BUCHANAN:
1273  20    Q:  And if they don't have statistical
1273  21    significance, that's not good enough for the FDA, is
1273  22    it?
1273  23    A:  It will not allow them to make a
1273  24    conclusion that the PUBs are reduced. That is
1273  25    correct.
1274   1    Q:  So, what you're saying here is the
1274   2    reason why they didn't show a statistically
1274   3    significant benefit on PUBs is because they allowed
1274   4    aspirin users in; right?
1274   5    A:  That was how I interpreted their
1274   6    results seeing our result in this endoscopy study.
1274   7    Q:  Then you continue and say: 'I do not
1274   8    think we should announce the CV outcomes study now
1274   9    since now I am not at all sure what the design
1274  10    should be.' Do you see that?
1274  11    A:  I do.
1274  12    Q:  How do they tie together, sir?
1274  13    A:  I'm not sure what I was thinking
1274  14    because -- I don't know what the design was at this
1274  15    time. I really can't remember what I was thinking
1274  16    at this point because we went through many, many
1274  17    discussions about different trial designs.
1274  18    Q:  What you were concerned about, sir,
1274  19    is if you did what you wanted to do in your CV
1274  20    outcome trial and allowed aspirin in that trial,
1274  21    there would be a Merck-sponsored clinical trial that
1274  22    would show that Vioxx, in fact, does not prevent
1274  23    PUBs in a population of high risk CV users using
1274  24    aspirin? That's what you were concerned about,

*Denied as moot* [handwritten]

**Re: [1274:18-1274:25]**
**Def Obj** Incomplete
question and answer;
need to add 1275:6-10
and 1275:12-20 for
completeness

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|

1274  25          isn't it?

12??   -   1275:4   Scolnick, Edward 2005-08-16
1275   2          THE WITNESS:  I am not sure what I          **Re: [1275:2-1275:4]**
1275   3          was thinking because I don't know what trial designs          **Def Obj** Incomplete
1275   4          were being considered.          question and answer;
                                                                 need to add 1275:6-10
                                                                 and 1275:12-20 for
                                                                 completeness

819:21   -   820:1   Scolnick, Edward 2005-06-01
819   21          Q:  Good morning, Dr. Scolnick. Would
819   22          you please tell us your full name?
819   23          A:  Edward M. Scolnick.
819   24          Q:  Dr. Scolnick, are you currently
820   1           employed by Merck?
820   1           A:  No, I am not.

820:5   -   822:9   Scolnick, Edward 2005-06-01
820   5           Q:  Why are you no longer employed by
820   6           Merck?
820   7           A:  I retired from Merck September 1st,
820   8           2004
820   9           Q:  Can you tell us the reasons that you
820   10          retired from Merck in September of 2004?
820   11          A:  Yes. I retired to pursue other
820   12          interests that I've developed in the field of severe
820   13          mental illness, specifically schizophrenia and
820   14          bipolar disorder.
820   15          Q:  Where are you pursuing those
820   16          interests right now?
820   17          A:  I'm pursuing interests at a
820   18          newly-formed genome institute called the Broad
820   19          Institute at MIT and Harvard, in the Harvard medical
820   20          hospitals.
820   21          Q:  What prompted your interest in this
820   22          field?
820   23          A:  My interests have been prompted by
820   24          unfortunate illnesses in some family members, and
820   25          because of that, interactions that I've had in
821   1           service organizations that help families with family
821   2           members beset by either of these two illnesses.
821   3           Q:  Dr. Scolnick, can you just describe
821   4           for us generally the type of work you're currently
821   5           doing in this project?
821   6           A:  Yes. We have organized a new
821   7           initiative in this field to try to find the genetic
821   8           basis for these illnesses. It is well known for
821   9           many years that there's a heavy genetic basis for
821   10          both schizophrenia and bipolar disorder. The genes
821   11          have not been found in this institute, which is
821   12          world class in genetics, is interested in the
821   13          problem, and I thought it was a wonderful
821   14          opportunity to try to really make a difference in
821   15          this field.
821   16          Q:  Dr. Scolnick, are you married?
821   17          A:  Yes, I am.
821   18          Q:  How long have you been married?
821   19          A:  Since 1965. 41 years.
821   20          Q:  Do you have children?

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

```
821  21      A:  Yes, three.
821  22      Q:  Any grandchildren?
821  23      A:  One.
821  24      Q:  Granddaughter or grandson?
821  25      A:  Granddaughter, recent vintage, about
822   1      six months old.
822   2      Q:  Where do you currently live?
822   3      A:  We live in Wayland, Massachusetts.
822   4      Q:  Dr. Scolnick, would you please tell
822   5      us over what time period you were employed by Merck?
822   6      A:  Yes. I started working at Merck in
822   7      July 1982, and retired in September 1st, 2004.
822   8      Q:  What was your role in the development
822   9      of the drug Vioxx?

822:12  -  822:20   Scolnick, Edward 2005-06-01
822  12      THE WITNESS:  During the development
822  13      of Vioxx, I was president of the research
822  14      laboratories and had the basic research group and
822  15      clinical groups, therefore, reporting to me, who
822  16      initiated and carried out the project.
822  17      BY MR. RABER:
822  18      Q:  What were your general duties and
822  19      responsibilities as the president of the Merck
822  20      Research Lab?

822:23  -  823:4   Scolnick, Edward 2005-06-01
822  23      THE WITNESS:  My general
822  24      responsibilities were to oversee the quality of the
822  25      science and clinical science and basic science that
823   1      was conducted by members of the laboratories.
823   2      BY MR. RABER:
823   3      Q:  During what period of time were you
823   4      the president of the Merck Research Lab?

823:7  -  823:9   Scolnick, Edward 2005-06-01
823   7      THE WITNESS:  I was president of the
823   8      laboratories from, it's either from late April or
823   9      early May 1985 through January 1st, 2003.

823:11  -  823:17   Scolnick, Edward 2005-06-01
823  11      Q:  Dr. Scolnick, did Merck have a group
823  12      of scientists that was assigned to the Vioxx
823  13      project?
823  14      A:  Yes, it did.
823  15      Q:  Can you tell us generally the
823  16      backgrounds of the people who worked at MRL, Merck
823  17      Research Labs, while you were president?

823:19  -  824:9   Scolnick, Edward 2005-06-01
823  19      THE WITNESS:  We had people of
823  20      varying scientific backgrounds, many people with
823  21      medical degrees, training in various aspects of
823  22      cellular and biochemical science, physiology,
823  23      toxicology, drug metabolism, clinical research,
823  24      statistics, a whole variety of disciplines.
823  25      BY MR. RABER:
```

|  | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

| 824 | 1 | Q:  About how many doctors and scientists |
| 824 | 2 | worked within the Merck Research Labs division? |
| 824 | 3 | A:  At the time I retired, the total |
| 824 | 4 | number of persons in the laboratory and science were |
| 824 | 5 | close to 10,000. I think it was around 3,000 when I |
| 824 | 6 | started. |
| 824 | 7 | Q:  What type of research is done at |
| 824 | 8 | Merck Research Labs and was done while you were |
| 824 | 9 | president of the division? |

824:11  -  825:4   Scolnick, Edward 2005-06-01

| 824 | 11 | THE WITNESS:  Most of the research |
| 824 | 12 | was focused on finding new treatments or new |
| 824 | 13 | preventions for serious medical illnesses that |
| 824 | 14 | really had poor treatments or no treatments. That |
| 824 | 15 | was the clear mantra of the laboratory. |
| 824 | 16 | BY MR. RABER: |
| 824 | 17 | Q:  Are there different types of research |
| 824 | 18 | that are done in a research lab like MRL? |
| 824 | 19 | A:  Yes. There's very basic research, |
| 824 | 20 | which is sometimes described as discovery research. |
| 824 | 21 | There's chemistry that goes on associated with that. |
| 824 | 22 | There's also so-called development research, which |
| 824 | 23 | is the testing for safety and then clinical safety |
| 824 | 24 | and efficacy of the compounds or vaccines that are |
| 824 | 25 | brought into development as potential new treatments |
| 825 | 1 | or preventions. |
| 825 | 2 | Q:  When you mentioned clinical efficacy, |
| 825 | 3 | is that another way to say that a drug works the way |
| 825 | 4 | it's supposed to work or intended to work? |

825:6  -  825:12   Scolnick, Edward 2005-06-01

| 825 | 6 | THE WITNESS:  Clinical efficacy is -- |
| 825 | 7 | it means the testing in people to see whether the |
| 825 | 8 | drug works or does not work as you think it's going |
| 825 | 9 | to, or sometimes it works even better than you think |
| 825 | 10 | it is going to or not quite as well as you think it |
| 825 | 11 | is going to. It is trying to gather the clinical |
| 825 | 12 | data to see what a drug does in patients. |

826:3  -  826:6   Scolnick, Edward 2005-06-01

| 826 | 3 | Q:  During your time as the president of |
| 826 | 4 | Merck Research Labs, was there ever a time where you |
| 826 | 5 | did not have enough money or resources to do |
| 826 | 6 | development research for safety and efficacy? |

826:9  -  826:12   Scolnick, Edward 2005-06-01

| 826 | 9 | THE WITNESS:  No. We always had |
| 826 | 10 | sufficient resources to do anything clinical in |
| 826 | 11 | development with a drug to prove its efficacy and |
| 826 | 12 | safety. |

826:14  -  826:17   Scolnick, Edward 2005-06-01

| 826 | 14 | Q:  I want to talk, if we can, about some |
| 826 | 15 | drugs that were developed at Merck while you were |
| 826 | 16 | president of Merck. Can you give us a few examples? |
| 826 | 17 | A:  Yes. |

Re: [826:14-828:21]
Pltf Obj Rule 401 -
relevance- Rule 403;
see also Plaintiff's

Overruled

| | | | Objections/Responses<br>In Mason | Rulings In<br>Smith/Barnett |
|---|---|---|---|---|
| | | | Motion in Limine re:<br>Merck's "good acts" | |

826:20 - 828:6    Scolnick, Edward 2005-06-01

| 826 | 20 | THE WITNESS:  The drugs that I recall |
|---|---|---|
| 826 | 21 | best are Mevacor, the first so-called statin that |
| 826 | 22 | really revolutionized the treatment of coronary |
| 826 | 23 | artery disease, and its sister compound, Zocor, |
| 826 | 24 | which even further revolutionized the treatment of |
| 826 | 25 | underlying atherosclerosis, because we performed a |
| 827 | 1 | really hallmark study, a five-year study with Zocor |
| 827 | 2 | which showed that it reduced cardiac events and |
| 827 | 3 | total mortality. Those were spectacularly important |
| 827 | 4 | drugs in medicine that we developed. |
| 827 | 5 | We developed a wonderful protease |
| 827 | 6 | inhibitor called Crixivan against one of the key |
| 827 | 7 | enzymes of the AIDS virus that was part of the, |
| 827 | 8 | again, revolutionary triple therapy that came to be |
| 827 | 9 | used in the field and really changed the disease |
| 827 | 10 | from one of a death warrant to something that was a |
| 827 | 11 | chronic manageable disease. |
| 827 | 12 | Developed a brand new treatment, oral |
| 827 | 13 | safe treatment for asthma, Singulair, the first oral |
| 827 | 14 | and safe treatment for adults and children for the |
| 827 | 15 | disease. |
| 827 | 16 | Developed a novel treatment for |
| 827 | 17 | treating prostate disease called Proscar. |
| 827 | 18 | We developed the first non-hormonal |
| 827 | 19 | treatment and prevention for preventing and |
| 827 | 20 | correcting osteoporosis with Fosamax, the first time |
| 827 | 21 | a drug had ever been shown, ever been shown to |
| 827 | 22 | reduce the risk of fracture in women who had |
| 827 | 23 | osteoporosis. |
| 827 | 24 | And then we developed a brand new |
| 827 | 25 | mechanism, antifungal something that could be used |
| 828 | 1 | to treat patients who have underlying deficiency of |
| 828 | 2 | their immune systems due to cancer treatment or due |
| 828 | 3 | to HIV treatment. |
| 828 | 4 | A:  brand new treatment for treating |
| 828 | 5 | and managing the nausea and vomiting associated with |
| 828 | 6 | serious chemotherapy -- |

828:10 - 828:21    Scolnick, Edward 2005-06-01

| 828 | 10 | Q:  I'm sorry, I think you were talking |
|---|---|---|
| 828 | 11 | about anti-nausea medication? |
| 828 | 12 | A:  Yes. We developed a treatment that's |
| 828 | 13 | used now widely in treating the nausea and vomiting |
| 828 | 14 | associated with cancer chemotherapy, which treatment |
| 828 | 15 | allows patients to actually tolerate that part of |
| 828 | 16 | the regimen and stay on it. We got some wonderful |
| 828 | 17 | letters from patients who were on the drug thanking |
| 828 | 18 | us for developing the drug. |
| 828 | 19 | And, of course, we developed Vioxx, |

**Objections/Responses In Mason (Re: [826:14-828:21])**

Re: [826:14-828:21]
Pltf Obj Rule 401 -
relevance- Rule 403;
see also Plaintiff's
Motion in Limine re:
Merck's "good acts"

Re: [826:14-828:21]
Pltf Obj Rule 401 -
relevance- Rule 403;
see also Plaintiff's
Motion in Limine re:
Merck's "good acts"

**Rulings In Smith/Barnett:** Overruled

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

828  20        which was an important new nonsteroidal
828  21        anti-inflammatory.

829:1  -  829:6    Scolnick, Edward 2005-06-01
829   1        Q:  About how many new drugs were
829   2        developed during the time that you were the
829   3        president of Merck Research Labs?
829   4        A:  The numbers range from somewhere in
829   5        the range of 25 to 29, adding vaccines, drugs and
829   6        new combination treatments.

829:15  -  829:17    Scolnick, Edward 2005-06-01
829  15        Q:  How did the development of Vioxx
829  16        compare with your other accomplishments as president
829  17        of the Merck Research Labs?

829:19  -  829:25    Scolnick, Edward 2005-06-01
829  19        THE WITNESS:  The development of
829  20        Vioxx was considered an important contribution to
829  21        medicine, and it was not more important than many of
829  22        the drugs that I mentioned to you like Fosamax and
829  23        Mevacor and Zocor, Proscar, Singulair and Crixivan,
829  24        but it was an important drug, and we were proud of
829  25        it.

830:21  -  831:16    Scolnick, Edward 2005-06-01
830  21        Q:  I want to change the subject very
830  22        briefly here.
830  23        Dr. Scolnick, is there a division at
830  24        Merck that is responsible for the sales and
830  25        marketing of Merck's drugs?
831   1        A:  Yes, there are marketing divisions at
831   2        Merck responsible for the sales of Merck's drugs.
831   3        Q:  As president of the Merck Research
831   4        Labs, were you a part of that division?
831   5        A:  No, I was not a part of that
831   6        division.
831   7        Q:  In what area is your field of medical
831   8        expertise?
831   9        A:  My original training was in internal
831  10        medicine. I subsequently was trained in
831  11        biochemistry and genetics, and then extensive
831  12        training in cancer research and virus research.
831  13        After coming to Merck, learned many
831  14        new fields, pharmacology, some aspects of clinical
831  15        research and the variety of disciplines that it
831  16        takes to develop -- discover and develop a drug.

831:20  -  832:6    Scolnick, Edward 2005-06-01
831  20        Q:  Where did you go to college and where
831  21        did you go to medical school?
831  22        A:  Went to Harvard College and Harvard
831  23        Medical School between 1957 and 1965.
831  24        Q:  Why did you decide that you wanted to
831  25        go to medical school?
832   1        A:  I decided in my college life that I
832   2        wanted to do something that was important, that

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

832   3      would help people, was interested in science, and I
832   4      thought I could better satisfy my desires by going
832   5      to medical school than in going into pure basic
832   6      research.

832:20   -   833:13   Scolnick, Edward 2005-06-01
832   20     Q:  Let's talk a little bit about what
832   21     you did after you graduated from medical school at
832   22     Harvard. What did you do next?
832   23     A:  After I graduated from medical school
832   24     at Harvard, I was two years of internal medicine
832   25     training at the Mass General internship and a first
833   1      year residency at the Mass General Hospital.
833   2      Q:  Tell us what you did in general
833   3      during the time you were an intern and a resident.
833   4      A:  Responsibilities were to take care of
833   5      any sick patient who came in the doors through the
833   6      Mass General Hospital. The hospital was open to any
833   7      patient, indigent or ability to pay. The hospital
833   8      staff and the trainees, as I was, were proud of the
833   9      fact that we could take care of absolutely anybody
833   10     who walked in the door without asking any questions,
833   11     and it was just a wonderful place to train and learn
833   12     medicine and how to take care of really sick
833   13     patients.

833:17   -   834:11   Scolnick, Edward 2005-06-01
833   17     Q:  When you finished your internship and
833   18     residency at Massachusetts General, what did you do
833   19     next?
833   20     A:  We moved to Maryland, I joined the
833   21     National Institutes of Health, in specific, the
833   22     National Heart, Lung and Blood Institute, where I
833   23     did basic genetics research for about two or three
833   24     years.
833   25     Q:  What is the National Institute of
834   1      Health?
834   2      A:  The National Institute of Health is a
834   3      government organization. It is part, I think, of
834   4      the Department of Health & Human Services, and it
834   5      both conducts internal research in medical areas to
834   6      try to improve the benefit of medicine for people,
834   7      and it also sponsors with grants and contracts a
834   8      great deal of extramural, so-called, outside of the
834   9      NIH, in university-based research, to try to find
834   10     the causes and insights into diseases that affect
834   11     people.

834:15   -   837:7   Scolnick, Edward 2005-06-01
834   15     Q:  You mentioned NIH. Do people
834   16     sometimes refer to the National Institutes of Health
834   17     as NIH?
834   18     A:  Yes.
834   19     Q:  Why did you pursue this area of
834   20     genetics at NIH?
834   21     A:  Genetics has been really a driving
834   22     force for medicine since the discovery of the

41

|  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
| --- | --- | --- | --- |

834 23 structure of DNA in 1953. It has always captivated
834 24 me as being the very essence of life, and by
834 25 studying it, you could learn about how life occurs
835 1 and how people develop. The laboratory I was
835 2 fortunate enough to go to was a pioneer in
835 3 deciphering the so-called genetic code with Marshall
835 4 Niremberg, and I was fortunate to be accepted to the
835 5 lab. He was a terrific teacher and mentor, and it
835 6 really stimulated my research scientific career.
835 7 Q: How long did you spend working in
835 8 that lab at NIH?
835 9 A: I worked for Dr. Niremberg for not
835 10 quite three years and finished my work there and
835 11 went on to the National Cancer Institute in either
835 12 late '69 or '70, I don't recall.
835 13 Q: Is the National Cancer Institute
835 14 affiliated in any way with NIH?
835 15 A: Yes. It's one of the institutes
835 16 within the National Institutes of Health, within
835 17 NIH.
835 18 Q: All right. Why did you decide to go
835 19 work at the National Cancer Institute?
835 20 A: Well, at the time, the underlying
835 21 molecular causes of cancer were really completely
835 22 unknown. This goes back to the late '60s and early
835 23 70s. People who were more senior than I in science
835 24 felt strongly that the way to figure out what cancer
835 25 was about was to try to use a genetic approach to
836 1 it. And there were approaches using genetics
836 2 available and there were one or two laboratories in
836 3 the National Cancer Institute taking these
836 4 approaches, and since I was interested in the
836 5 general field and, again, wanted to do something
836 6 important, chose that field to go into at that
836 7 point.
836 8 Q: How long did you spend working at the
836 9 National Cancer Institute for NIH?
836 10 A: I worked at the National Cancer
836 11 Institute for about a dozen years, studying genes
836 12 and viruses that cause cancer during that dozen
836 13 years.
836 14 Q: Can you tell us about any of the
836 15 research achievements of your group at NIH?
836 16 A: Yes. I think the hallmark
836 17 achievement was the discovery of a gene called an
836 18 oncogene, that is a gene that causes cancer that we
836 19 discovered in basic research we did, and uncovered
836 20 the genetics, the biochemistry, the biochemical
836 21 pathways in which it worked. And then the real
836 22 piece de resistance discovery was made late in my
836 23 time at NIH, in 1982, when in collaboration with a
836 24 laboratory at MIT we discovered that this gene was
836 25 altered in human bladder cancer, and it was the
837 1 first example ever of an oncogene, a mutated human
837 2 oncogene being identified as a cause of human
837 3 cancer, and it totally transformed the cancer field.
837 4 Thousands of people came into the field after that

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|

837   5   and many, many important discoveries and treatments
837   6   have emanated as a result of this very important
837   7   discovery.

837:11   -   838:10   Scolnick, Edward 2005-06-01
837   11   Q:  When did you end your time working at
837   12   the National Cancer Institute?
837   13   A:  It was in late June of 1982.
837   14   Q:  What did you do then?
837   15   A:  Moved to Merck. I had been recruited
837   16   there by Dr. Vagelos and Dr. Hillerman, who has just
837   17   passed away, to build a molecular group in the
837   18   vaccine department that Dr. Hillerman was so
837   19   competently overseeing at that point.
837   20   Q:  What position did you take when you
837   21   joined Merck in 1982?
837   22   A:  I was recruited as an executive
837   23   director in the vaccine department.
837   24   Q:  Why did you decide to join Merck in
837   25   1982?
838   1   A:  I knew the reputation of the company
838   2   and what it had done in the past in discovering
838   3   medicines. I saw the opportunity that had been
838   4   discussed with me by Dr. Vagelos and Dr. Hillerman,
838   5   that I could apply my basic science background and
838   6   interest in applying that to medicine by going there
838   7   in ways that I could never have done staying at NIH,
838   8   and so I took that opportunity.
838   9   Q:  What was new or different to the
838   10   approach you had about dealing with viruses?

838:12   -   839:11   Scolnick, Edward 2005-06-01
838   12   THE WITNESS:  Well, we were used to
838   13   studying viruses from a very molecular perspective,
838   14   as how they grew, how they reproduced themselves,
838   15   how they cause disease, and up until that point in
838   16   the vaccine department, the major approach, which,
838   17   in fact, had been very successful, was to make
838   18   so-called live virus vaccines, that is, examples of
838   19   that are the mumps vaccine, the measles vaccine, the
838   20   rubella vaccine called MMR that so many children
838   21   get. And their approach was consistent over a
838   22   number of years in that they would grow these
838   23   viruses outside humans in cultured cells, so that
838   24   they no longer caused disease, but they could still
838   25   replicate when put back into people and cause enough
839   1   of an antibody response to protect the people from
839   2   the real disease. That was a technology they
839   3   developed and perfected.
839   4   It was now clear in the world of
839   5   science that you could make vaccines in more
839   6   molecular ways without using live attenuated
839   7   viruses, and that was the difference in approaches
839   8   we took when I came to Merck.
839   9   BY MR. RABER:
839   10   Q:  You then were promoted to the
839   11   president of MRL in 1985; is that correct?

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

839:14   -   839:19   Scolnick, Edward 2005-06-01
839   14      THE WITNESS:  Yes. I was promoted in
839   15      order to head of the department of vaccine research
839   16      a year after I came to Merck, six months after that
839   17      to be head of basic discovery research, and then a
839   18      year-and-a-half or so roughly after that I became
839   19      president of MRL.

839:21   -   839:23   Scolnick, Edward 2005-06-01
839   21      Q:  When did you step down as president
839   22      of MRL?
839   23      A:  January 1, 2003.

841:2   -   841:22   Scolnick, Edward 2005-06-01
841   2      Q:  After you stepped down as the
841   3      president of MRL, what did you do at Merck?
841   4      A:  I was overseeing a very small
841   5      laboratory in doing research that we were capable of
841   6      doing at that point on bipolar disorder and
841   7      schizophrenia.
841   8      Q:  Why were you doing that type of work
841   9      then?
841   10      A:  Because even at that point I was
841   11      deeply interested in the field for the reasons that
841   12      I've told you. I wanted to do something to make a
841   13      difference in that field and began the work with
841   14      approval of Merck management.
841   15      Q:  Did you run that small lab at Merck
841   16      until you retired in September of 2004?
841   17      A:  Yes, I did.
841   18      Q:  Let's talk, if we can, now about the
841   19      development of Vioxx.
841   20      Can you explain to us in general
841   21      terms what the theory was for a class of drugs known
841   22      as COX-2 inhibitors such as Vioxx?

841:25   -   842:23   Scolnick, Edward 2005-06-01
841   25      THE WITNESS:  Yes. I don't recall
842   1      the exact year, but two or three Merck scientists
842   2      attended a meeting in Colorado, a scientific meeting
842   3      in which the information was revealed by
842   4      university-based basic scientists that there were
842   5      actually two forms of this enzyme called
842   6      cyclooxygenase that all prior nonsteroidal drugs had
842   7      inhibited, and the new form was called COX-2, and
842   8      the old form was called COX-1.
842   9      From what was presented, it appeared
842   10      that COX-1 was the enzyme that was normally present
842   11      in many, many body tissues, including the
842   12      gastrointestinal tract and stomach, and COX-2 was
842   13      induced or levels of it were increased in
842   14      inflammatory cells. And since the two enzymes were
842   15      subtly different, it was thought if one made an
842   16      inhibitor of COX-2 without inhibiting COX-1, that
842   17      you could have the same benefit of the prior drugs
842   18      but mitigate significantly, improve on significantly

44

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

842  19   the safety profile for the gastrointestinal tract.
842  20   Q:  The benefit being pain relief?
842  21   A:  The benefit being pain relief and
842  22   anti-inflammatory properties, just as the prior
842  23   drugs had done.

843:2   -   844:8   Scolnick, Edward 2005-06-01
843  2   Q:  Can you describe for us the types of
843  3   GI problems that you referred to that existed before
843  4   the development of these COX-2 drugs?
843  5   A:  Yes. The side effects were on the
843  6   simplest side, intolerability. Patients couldn't
843  7   take the drugs because of pain in their stomach or
843  8   upset stomachs; on the much more severe side, often
843  9   developed ulcers, holes in their stomach, bleeding
843  10   from those ulcers, constrictures of the
843  11   gastrointestinal tract that occurred because of that
843  12   perforation ,which threatened their lives, really
843  13   serious side effects, and this looked like a
843  14   wonderful opportunity to change that landscape.
843  15   Q:  Were you aware of estimates as to the
843  16   numbers of deaths and hospitalizations that were
843  17   occurring because of the traditional pain relievers?
843  18   A:  I remember reading articles about
843  19   16,000 deaths a year in numerous hospitalizations.
843  20   I don't recall the hospitalization numbers.
843  21   Q:  Dr. Scolnick, did Merck begin to do
843  22   clinical studies of Vioxx as part of the development
843  23   process?
843  24   A:  Yes. We did discovery, lots of
843  25   animal testing, and then started clinical studies.
844  1   Q:  I'm talking now -- I want to talk now
844  2   about the period before anything was submitted to
844  3   the FDA for approval. Okay?
844  4   A:  Yes.
844  5   Q:  Okay.
844  6   During that time frame, what did the
844  7   clinical studies show about Vioxx as a pain
844  8   reliever?

844:10   -   844:25   Scolnick, Edward 2005-06-01
844  10   THE WITNESS:  The studies showed that
844  11   Vioxx was a very effective pain reliever for acute
844  12   use with the appropriate dose and for chronic use
844  13   for treating osteoarthritis with lower doses.
844  14   BY MR. RABER:
844  15   Q:  When you use the phrase 'acute use,'
844  16   what does that mean?
844  17   A:  It meant treating things like dental
844  18   pain or acute pain situations like that for three or
844  19   four or five days, but no longer than that.
844  20   Q:  And what does 'chronic use' refer to?
844  21   A:  Chronic is just greater than that
844  22   period of time.
844  23   Q:  What did the clinical studies show
844  24   about the effect of Vioxx on the stomach and the GI
844  25   system?

|  | Objections/Responses<br>In Mason | Rulings In<br>Smith/Barnett |
|---|---|---|

846: - 846:14   Scolnick, Edward 2005-06-01

845 4   THE WITNESS:  The clinical studies,
845 5   before submitting the NDA for Vioxx, focused on two
845 6   kinds of gastrointestinal safety studies: studies
845 7   to look at the effects of Vioxx on the stomach by a
845 8   method called endoscopy, which I'll explain; and
845 9   then some very special additional safety studies to
845 10   look at the safety profile of Vioxx on the lower
845 11   intestinal tract, which is also known to be a
845 12   problem with prior nonsteroidals.
845 13   The endoscopy studies were really
845 14   quite large, two very large studies that were
845 15   dramatically exciting when you saw them. They were
845 16   six-month studies and approximately 750 patients in
845 17   each study comparing the effects of Vioxx in the
845 18   following way, to prior drugs and a placebo. The
845 19   studies were begun by recruiting patients,
845 20   recruiting volunteers into the study, looking in
845 21   their stomachs with something called an endoscope,
845 22   which allows the doctor to visualize the stomach and
845 23   make sure there are no ulcers to begin with, and
845 24   then treating cohorts of patients randomized in a
845 25   blinded way to either Vioxx, different doses, or the
846 1   comparative agents, and then visualizing their
846 2   stomachs again at several intervals after the
846 3   treatment began. Both those studies showed a
846 4   dramatic difference in the lack of stomach ulcers,
846 5   almost undetectable, compared to the drugs, prior
846 6   drugs that it was tested against. Both studies
846 7   showed that in a very consistent fashion.
846 8   The lower intestinal tract safety
846 9   studies examined whether Vioxx affected in a
846 10   negative way the permeability, the ability of the
846 11   lower intestine to carry out its functions of
846 12   absorbing naturally nutrients and, again, showed no
846 13   detrimental effect compared to the prior drugs it
846 14   was being compared to.

846:18 - 847:3   Scolnick, Edward 2005-06-01

846 18   Q:  Based on those clinical studies
846 19   before approval of the drug, did you believe that
846 20   you had a perfect drug in Vioxx?
846 21   A:  No. I don't believe any drug is
846 22   perfect. I never believed Vioxx was a perfect drug,
846 23   but I thought it was a terrific drug in that it
846 24   produced excellent pain relief, acutely and
846 25   chronically, and it clearly, based on the endoscopic
847 1   data, was dramatically better for stomach
847 2   tolerability than comparative agents, prior
847 3   comparative agents.

847: - 847:15   Scolnick, Edward 2005-06-01

847 7   Q:  Dr. Scolnick, I want to show you a
847 8   document that was marked as Exhibit Number 26 on
847 9   March 22, 2005. Can you tell us what this document
847 10   is?

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

847 11    A: It is an e-mail from myself to
847 12    Raymond Gilmartin, David Anstice, Per Wold-Olsen and
847 13    Paul Bell, and it is entitled, 'Vioxx strategy.'
847 14    Q: What is the date of this e-mail?
847 15    A: June 22nd, 1998.

847:23   -   848:9    Scolnick, Edward 2005-06-01
847 23    Q: Dr. Scolnick, in your e-mail you
847 24    write, 'We are nearing the end of a very successful
847 25    development program for Vioxx. The product has
848 1    lived up to its promise. It works well and is safer
848 2    on the stomach by a huge amount vs past NSAIDs.
848 3    There is no question about the fundamental worth of
848 4    the drug.' Do you see that?
848 5    A: Excuse me. Yes, I do.
848 6    Q: All right. Did that accurately
848 7    reflect your state of mind about Vioxx as of June of
848 8    1998?
848 9    A: Yes.

848:11   -   848:11    Scolnick, Edward 2005-06-01
848 11    THE WITNESS: Yes, it did.

848:13   -   849:22    Scolnick, Edward 2005-06-01
848 13    Q: Your e-mail goes on to say, 'However
848 14    like all drugs and drugs with new mechanisms of
848 15    action the drug is not perfect. There is nothing in
848 16    the imperfections that will stand in the way of
848 17    Vioxx becoming immensely useful and immensely
848 18    successful.' Do you see that?
848 19    A: Yes, I do.
848 20    Q: Can you tell us what were the
848 21    imperfections that you referred to in this e-mail?
848 22    A: I think what I was referring to was
848 23    the way that all nonsteroidals and Vioxx, even
848 24    though a selective one for COX-2, affected kidney
848 25    function. We were very careful in doing the
849 1    development studies to study the effects of Vioxx on
849 2    the kidney's ability to handle salt and water,
849 3    because it was known that prior nonsteroidals
849 4    negatively affected that, people could develop
849 5    elevated blood pressure because of those drugs and
849 6    develop fluid retention called edema. And we also
849 7    knew that doctors would use as high a dose of Vioxx
849 8    as they could because it was remarkably safer on the
849 9    stomach. So, we very carefully studied the drug in
849 10    various doses for its effects on the kidney, and as
849 11    one went to doses above the chronic dose, 50
849 12    milligrams compared to 12-and-a-half and 25, one
849 13    found that the incidence of high blood pressure and
849 14    edema, readily reversible side effects just based on
849 15    the mechanism of the drug, on the kidney, the
849 16    incidence went up. And so we wanted physicians to
849 17    use the right doses. We wanted to make sure that
849 18    those at Merck responsible for marketing the drug
849 19    understood the dose-related blood pressure and fluid
849 20    retention, but that those were manageable because

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

849  21    they were freely reversible and could easily be
849  22    managed by a physician in treating a patient.

850:1    -    851:2    Scolnick, Edward 2005-06-01
850   1    Q:  Your e-mail also refers to 'pimples'
850   2    in quotation marks. Do you see that?
850   3    A:  Yes, I do.
850   4    Q:  What were you referring to with that
850   5    reference?
850   6    A:  I was referring to what I just
850   7    described to you.
850   8    Q:  How did Merck communicate to
850   9    physicians these imperfections or 'pimples,' as you
850  10    referred to them in these e-mails?
850  11    A:  The first approved label in 1999
850  12    described the effects on the kidney and edema,
850  13    hypertension, as a function of dose of the drug and
850  14    what doses of the drug to use.
850  15    Q:  Did Merck, during its clinical
850  16    studies before FDA approval, collect and analyze
850  17    data about heart attacks and strokes?
850  18    A:  Yes. We looked at those across all
850  19    the clinical studies that were done with Vioxx, yes.
850  20    Q:  Are heart attacks and strokes
850  21    sometimes referred to as cardiovascular events or CV
850  22    events?
850  23    A:  Yes, that would be an apt description
850  24    of those.
850  25    Q:  What did Merck's review and analysis
851   1    of the risk of heart attack and stroke show about
851   2    Vioxx before FDA approval?

851:4    -    851:7    Scolnick, Edward 2005-06-01
851   4    THE WITNESS:  We examined the
851   5    clinical database very, very carefully. We found no
851   6    evidence that Vioxx increased the risk of CV events
851   7    in our extensive trials of osteoarthritis.

851:9    -    851:21    Scolnick, Edward 2005-06-01
851   9    Q:  Dr. Scolnick, you mentioned earlier
851  10    today something called an 'NDA.' What does that
851  11    stand for?
851  12    A:  'NDA' stands for new drug
851  13    application.
851  14    Q:  How did the NDA for Vioxx compare
851  15    with the NDAs filed by Merck for other drugs?
851  16    A:  It was extremely large and extensive.
851  17    It was either the biggest or one of the very biggest
851  18    NDAs that we ever put together. A very large number
851  19    of studies were done, special safety studies were
851  20    done, and long-term clinical use was done for up to
851  21    a year in osteoarthritis.

852:15    -    852:18    Scolnick, Edward 2005-06-01
852  15    Q:  Dr. Scolnick, would it be fair to say
852  16    that Vioxx was an important new drug for Merck at
852  17    that time?

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|

852 18        A: Yes.

852:20   -   854:1    Scolnick, Edward 2005-06-01
852 20        THE WITNESS: Yes, it definitely was
852 21        an important new drug for Merck.
852 22        BY MR. RABER:
852 23        Q: Would you call it a potential
852 24        blockbuster for Merck?
852 25        A: Yes, I would. We knew it would be
853 1        medically very important, and drugs that are
853 2        medically important usually turn out to be
853 3        blockbusters.
853 4        Q: Was it important for Merck to have a
853 5        blockbuster drug at that time?
853 6        A: Yes, it was.
853 7        Q: Why is that?
853 8        A: Merck faced the expiration of patents
853 9        like Mevacor and Zocor around the turn of the cent
853 10       -- I'm sorry, Mevacor and Vasotec -- not Zocor, but
853 11       Mevacor and Vasotec around the turn of the century,
853 12       and Vioxx was an important drug because of that.
853 13       Q: Dr. Scolnick, did there come a point
853 14       where you learned that there was a competing product
853 15       out there, in other words, another COX-2 inhibitor
853 16       that was being developed?
853 17       A: Yes. Somewhere in the mid-'90s, I
853 18       don't recall the exact time, we learned that
853 19       competing -- another company had a competing
853 20       product.
853 21       Q: What was the name of that company?
853 22       A: I think it was Searle. I'm not sure
853 23       if it was Monsanto or Searle at that point, and the
853 24       competing product turned out to be Celebrex.
853 25       Q: Did Merck want to be the first one to
854 1        come to market?

854:4   -   854:10    Scolnick, Edward 2005-06-01
854 4        THE WITNESS: Yes, we did. We
854 5        clearly wanted to be the first to come to market.
854 6        BY MR. RABER:
854 7        Q: Why is that?
854 8        A: Because the first to come to market
854 9        usually has the greatest chance of having their drug
854 10       be the most successful and the most widely used.

854:11   -   854:14    Scolnick, Edward 2005-06-01
854 11       Q: Dr. Scolnick, did you ever tell
854 12       anyone that you would leave the company if Merck
854 13       lost the competition with Searle?
854 14       A: Yes.

854:17   -   854:18    Scolnick, Edward 2005-06-01
854 17       THE WITNESS: Yes, I wrote such an
854 18       e-mail.

854:20   -   855:8    Scolnick, Edward 2005-06-01
854 20       Q: Why did you do that?

|  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

854 21      A:  I did that because I thought Vioxx
854 22      was a much better drug than Celebrex, it was more
854 23      selective for COX-2, it had a half-life that clearly
854 24      justified it to be a once-a-day drug, and our
854 25      clinical database and efficacy and safety for the
855 1      gastrointestinal tract was very extensive. I
855 2      thought we had a better drug, and I thought because
855 3      of that, that Merck should definitely be able to win
855 4      the market battle that would occur with Celebrex.
855 5      Q:  Did you ever seriously consider
855 6      leaving Merck at that time?
855 7      A:  No, I never seriously considered
855 8      leaving Merck.

855:9 - 855:23      Scolnick, Edward 2005-06-01
855 9      Q:  Dr. Scolnick, what role did your
855 10      desire to have Vioxx be the first drug to market
855 11      play in your decisions about safety?
855 12      A:  Despite the fact we wanted to be
855 13      first, we wanted to be sure what the dosing was
855 14      because of the issues of hypertension and edema, and
855 15      we wanted to prove unambiguously the improved safety
855 16      profile by endoscopy before we went to market.
855 17      Although it was widely known and in a sense accepted
855 18      ahead of time that COX-2 inhibitors would be safer
855 19      for the stomach, we wanted the proof that we could
855 20      get by the endoscopy studies. So, we took the time
855 21      to very, very carefully do that so that we could
855 22      document that as part of the initial submission for
855 23      the drug.

856:2 - 856:11      Scolnick, Edward 2005-06-01
856 2      Q:  Which drug came to market first,
856 3      Celebrex or Vioxx?
856 4      A:  Celebrex came to market first.
856 5      Q:  Why is that?
856 6      A:  I don't know the details of why it
856 7      came to market first. I always felt that it was
856 8      because we had spent the time on these extensive GI
856 9      safety studies and other studies that I described to
856 10      you in order to have really meticulous clinical
856 11      data.

856:15 - 856:19      Scolnick, Edward 2005-06-01
856 15      Q:  Dr. Scolnick, how did you feel about
856 16      Searle beating you to the market with Celebrex?
856 17      A:  I was not happy about that, but I
856 18      didn't regret what we did because our data was
856 19      excellent.

856:23 - 858:16      Scolnick, Edward 2005-06-01
856 23      Q:  Can you please tell us what was your
856 24      view about patient safety as president of Merck
856 25      Research Labs?
857 1      A:  My view on patient safety was well
857 2      known to every scientist in the laboratory,
857 3      repeatedly told people that patient safety came