| | | Objections/Responses<br>In Mason | Rulings In<br>Smith/Barnett |
|---|---|---|---|

857 4 first, that if we had a drug that was ready to go
857 5 into the clinic and undergoing animal safety testing
857 6 or was in the clinic already and had gone through
857 7 stages of animal safety testing, that if any serious
857 8 event occurred in animals or in people in such a
857 9 program, that I wanted to be the first or among the
857 10 very first who would know about that so that I could
857 11 participate in the decision of potentially stopping
857 12 such a program.
857 13 Q: How did your view about patient
857 14 safety influence your management style?
857 15 A: I was very demanding on that point to
857 16 people. I was a perfectionist in that regard. I
857 17 often reiterated that. I wanted people to present
857 18 all of the data that they had whenever a safety
857 19 issue came up, analyze it in every which way, and I
857 20 constantly would go back over it even after first
857 21 presentations to make sure that whatever had been
857 22 said and whatever had been presented was accurate
857 23 and was there more that we could do to reassure
857 24 ourselves.
857 25 Q: As the president of Merck Research
858 1 Labs how did you attempt to ensure the integrity of
858 2 the data from Merck studies?
858 3 A: I tried to ensure the integrity by,
858 4 A, emphasizing that we would not tolerate anything
858 5 but authentic data; and, secondly, by the
858 6 appointments I made to critical positions in
858 7 clinical development. The people that headed
858 8 clinical research, regulatory affairs and
858 9 biostatistics who were present during most of my
858 10 time as president were honest, hard working,
858 11 meticulous people who I felt that I could trust
858 12 completely to tell me if there was a safety problem
858 13 about something in the areas that they were dealing
858 14 with, and the same true of the head of safety
858 15 assessment at Merck, who reported to me for a number
858 16 of years while I was president of MRL.

858:17  -  859:10  Scolnick, Edward 2005-06-01
858 17 Q: Are you familiar with a term known as
858 18 peer review'?
858 19 A: Yes, I am.
858 20 Q: What is peer review?
858 21 A: Peer review is a process that I think
858 22 probably originated in universities throughout the
858 23 country, perhaps throughout the world, in which
858 24 scientific data is openly discussed and reviewed
858 25 with any questions being asked by people who are
859 1 present at the review. And all of our programs went
859 2 through such processes with senior members of the
859 3 laboratory being on the peer review groups. We had
859 4 a board of external counselors in which we presented
859 5 programs for external peer review. We used
859 6 consultants outside of those special meetings also
859 7 for peer review so that we could try to bring out or
859 8 examine any aspect of the science to ensure the data

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

859   9     was correct and that we were making the best
859   10    interpretation possible of data we were getting.

859:15   -   860:14   Scolnick, Edward 2005-06-01
859   15    Q:  What kind of internal peer review
859   16    took place within Merck while you were president of
859   17    MRL?
859   18    A:  There were several committees made up
859   19    of senior scientists depending upon what the stage
859   20    of the project was, whether it was a basic research
859   21    project, an early development project or late
859   22    development project. And there were senior
859   23    scientists at the laboratories chosen and put on
859   24    those committees to conduct peer review of all the
859   25    projects that were in their domain at that point.
860   1     Q:  Did you encourage that sort of peer
860   2     review as president of Merck Research Labs?
860   3     A:  Absolutely. I thought it was
860   4     essential for the authenticity of what we were doing
860   5     and the accuracy of what we were doing in order to
860   6     be sure that we understood our drugs very well.
860   7     Q:  Did you encourage scientific debate
860   8     within Merck?
860   9     A:  I demanded it. I had no tolerance
860   10    for people who didn't understand their data, hadn't
860   11    analyzed their data, and couldn't discuss the pros
860   12    and cons of projects that they were in charge of,
860   13    the good things, the bad things, what the issues
860   14    were. I actually demanded that from everybody.

860:17   -   860:22   Scolnick, Edward 2005-06-01
860   17    Q:  Dr. Scolnick, did you ever make any
860   18    decisions as president of Merck Research Labs to
860   19    stop the development of a drug?
860   20    A:  Yes, of course.
860   21    Q:  What kinds of considerations were in
860   22    play in those decisions?

860:24   -   863:6   Scolnick, Edward 2005-06-01
860   24    THE WITNESS:  Sometimes programs were
860   25    stopped due to lack of efficacy of the compound at
861   1     the clinic that didn't work, and often they were
861   2     stopped because of safety problems that arose either
861   3     in animals on a promising drug or occasionally in
861   4     trials in humans.
861   5     BY MR. RABER:
861   6     Q:  Can you give us any examples of a
861   7     situation where you terminated the development of a
861   8     drug over safety concerns?
861   9     A:  Yes. I can give you several examples
861   10    of that.
861   11    One of the most painful ones was a
861   12    precursor to Singulair, a compound for the treatment
861   13    for asthma, that almost got as far as a Phase III
861   14    study in humans. The drug was working well, and a
861   15    very small number or percentage of patients
861   16    developed abnormalities of liver function, and we

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

861 17   terminated the program because we recognized there
861 18   was a signal in people and that we didn't want that
861 19   risk.
861 20   We stopped the development of a
861 21   special dosage form of Zocor, which was our
861 22   cholesterol-lowering drug in competition with
861 23   atorvastatin, and we were trying to develop a
861 24   special formulation for a higher dose of Zocor and
861 25   found in humans, despite the excitement about this
862 1   dosage form, that it caused side effects in people,
862 2   and we immediately stopped the program. People, in
862 3   fact, who were in charge of the program, knowing
862 4   that I would want to know, actually called me in
862 5   England to tell me about this and to tell me they
862 6   were stopping the program, they thought it was so
862 7   important, and they knew I would want to know about
862 8   it.
862 9   We stopped development in the late
862 10   90s of a very, very promising compound in the
862 11   psychiatric area that would have been a dramatic
862 12   improvement over a class of drugs called
862 13   benzodiazepines, which are used to treat anxiety
862 14   problems and psychosis in humans. This drug was
862 15   much more selective for the receptors in that
862 16   pharmacology field. It produced all the benefits
862 17   and lacked most of the significant deficits and
862 18   problems associated with those drugs, and it was
862 19   very painful in that it was just a whisper of
862 20   potential for this drug to alter the structure of
862 21   DNA, to be it mutagen, and I decided it was not worth
862 22   that risk because the data was real, although the
862 23   evidence was slight, and we stopped the development
862 24   of that drug. And there are two or three examples.
862 25   Q:  Why did you stop the development of
863 1   those drugs when the safety was called into
863 2   question?
863 3   A:  Because I looked at myself first as a
863 4   physician in my position, and I always wanted to
863 5   look out for the patient safety as well as the way
863 6   our drugs worked and benefited patients.

863:7   -   868:23   Scolnick, Edward 2005-06-01
863 7   Q:  Dr. Scolnick, I want to talk, if we
863 8   can now, about one study in particular that was done
863 9   before the FDA approval of Vioxx, and that's a study
863 10   involving a doctor named Garret FitzGerald involving
863 11   something called prostacyclin. Are you familiar
863 12   with that study?
863 13   A:  Yes, I am.
863 14   Q:  What role did Merck play in that
863 15   study?
863 16   A:  I think Dr. FitzGerald had studied
863 17   this metabolite of prostacyclin first actually with
863 18   Celebrex and found that in humans, Celebrex, a COX-2
863 19   inhibitor, lowered this metabolite in the urine of
863 20   patients, subsequently worked with Merck to do the
863 21   same experiments with Vioxx, and I believe that was

|  |  | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|

863 22   after that, after Celebrex, and showed the same
863 23   result, a partial lowering of a metabolite of
863 24   prostacyclin in urine of patients.
863 25   Q:  Did Merck sponsor the study?
864 1   A:  I believe so.
864 2   Q:  What did Dr. FitzGerald find in this
864 3   study relating to prostacyclin and Vioxx?
864 4   A:  He found -- just as he had found with
864 5   Celebrex, he found that in the urine, a metabolite,
864 6   a breakdown product of prostacyclin, was lower in
864 7   the urine of patients treated with Vioxx than in
864 8   placebo-controlled comparative patients.
864 9   Q:  What did that mean?
864 10   A:  Well, it wasn't clear what it meant.
864 11   The finding was in the urine of patients, not in the
864 12   blood. It wasn't certain whether the metabolite was
864 13   coming from the kidney itself or some other part of
864 14   the body, and it was a surprising finding, because
864 15   up until that period of time, it had been thought
864 16   that all sources of prostacyclin were produced by
864 17   COX-1 and no sources were produced by COX-2.
864 18   Q:  Dr. Scolnick, is the reduction of
864 19   this prostacyclin metabolite something that's unique
864 20   to Vioxx?
864 21   A:  No, no. It can be lowered by prior
864 22   nonsteroidals. There's even a report that Tylenol
864 23   can do the same thing. The surprise was that a
864 24   COX-2 specific inhibitor also did it.
864 25   Q:  Did the FitzGerald study show that
865 1   Vioxx causes heart attacks and strokes?
865 2   A:  No, not at all. This was a
865 3   biochemical experiment that he carried out in
865 4   humans.
865 5   Q:  Did anyone in this FitzGerald study
865 6   have a heart attack or stroke?
865 7   A:  No.
865 8   Q:  Was there some type of theory that
865 9   emerged from this FitzGerald study?
865 10   A:  Yes. The theory came out of a study
865 11   which built on a longstanding theory that was in
865 12   existence that had never had any proof in humans,
865 13   that by lowering the level of prostacyclin partially
865 14   in the urine, that one would set up an imbalance in
865 15   the body as opposed to the urine of prostacyclin and
865 16   another fatty acid hormone called thromboxane.
865 17   Thromboxane was known to help platelets form clumps
865 18   and clots. Prostacyclin was known to oppose that.
865 19   And there was a theory for a very long time that
865 20   that imbalance, such an imbalance might predispose
865 21   to clots or thrombus formation in people. But there
865 22   was only a theory in the first place, and in the
865 23   second place, the finding of FitzGerald was only in
865 24   the urine, and there was no data to address whether
865 25   it occurred in the body as opposed to in the kidney.
866 1   Q:  Now, can you tell us, Dr. Scolnick,
866 2   the difference between theory on the one hand and
866 3   clinical evidence on the other?

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

866 4    A: Well, theory is just that. You
866 5    observe data, you interpret it, you make your best
866 6    interpretation. Then there are additional
866 7    experiments which need to be done to either verify
866 8    your theory or not. Clinical data is actual data in
866 9    humans that demonstrates an effect or a side effect
866 10   of a drug.
866 11   Q: Was there any clinical evidence that
866 12   you were aware of at the time of this FitzGerald
866 13   study that a reduction of a prostacyclin metabolite
866 14   in the urine would increase the risk of heart
866 15   attacks or strokes?
866 16   A: No, there was no evidence at all to
866 17   say that that theory would result in heart attacks
866 18   or strokes or cardiovascular events in humans,
866 19   absolutely no data.
866 20   Q: Were the results from the FitzGerald
866 21   study given to the FDA before Vioxx was approved?
866 22   A: Oh, yes.
866 23   Q: Was this FitzGerald study published
866 24   at some point?
866 25   A: Yes. He published -- I think he
867 1    published two papers, one on Celebrex and one on
867 2    Vioxx. I don't recall the dates of those
867 3    publications.
867 4    Q: Did Merck pay some attention to Dr.
867 5    FitzGerald's theory or just ignore it?
867 6    A: No. We were surprised by the result,
867 7    as was he and other scientists, and we tried to
867 8    figure out in animals what the source of the
867 9    prostacyclin was. And we asked our scientists in
867 10   our Montreal lab that were experts in this field to
867 11   do experiments to try to figure out in animals or in
867 12   humans what the source of prostacyclin was. And
867 13   their experiments did not give an answer that
867 14   addressed the source. They looked, tried to figure
867 15   it out in dogs, they looked in the arteries of dogs,
867 16   could not find any source for prostacyclin, they
867 17   looked in a small number of human specimen arteries
867 18   that they had access to, I don't know how they
867 19   accessed those, could not find the source in
867 20   arteries for prostacyclin, and there seemed to be no
867 21   way to clarify further what he had discovered.
867 22   Q: Why did the source of the
867 23   prostacyclin matter?
867 24   A: Well, the finding of Dr. FitzGerald
867 25   was, as you've noted, a reduction in the metabolite
868 1    in the urine, and if the source had been established
868 2    to be in the arteries of dogs or humans, one would
868 3    have been more concerned that that might have had a
868 4    negative effect. But there was no evidence for
868 5    that, and the hypothesis remained just that, a
868 6    hypothesis.
868 7    Q: Dr. Scolnick, are you familiar with a
868 8    Dr. Alan Nies who worked at Merck?
868 9    A: Yes.
868 10   Q: What was Dr. Nies' area of expertise?

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

868  11   A:  Dr. Nies was a physician, a clinical
868  12   pharmacologist, and he had trained and worked and
868  13   published in the field of prostaglandin research,
868  14   including thromboxane and prostacyclin.
868  15   Q:  What was his general involvement with
868  16   the Vioxx project team?
868  17   A:  I know he was in charge of the
868  18   clinical program. I don't recall whether he was in
868  19   charge of the project team or not.
868  20   Q:  In addition to experiments with the
868  21   animals that you've described for us, what else did
868  22   Merck do in response to Dr. Fitzgerald's theory
868  23   about prostacyclin?

868:25   -   870:25   Scolnick, Edward 2005-06-01
868  25   THE WITNESS:  We did several things.
869  1    First, we presented this information to our board of
869  2    advisors and sought additional advice from them. We
869  3    carried out experiments that Alan devised in humans
869  4    to try to see if the prostacyclin was coming from
869  5    peripheral vessels. Those experiments did not show
869  6    that. And at the advice of our board of counselors,
869  7    when this was presented to them, we went back and
869  8    looked very carefully at all our clinical studies to
869  9    see if there was any evidence of increased rate of
869  10   cardiovascular events, and then put in place at
869  11   their suggestion a procedure for monitoring and
869  12   enumerating very carefully any cardiovascular events
869  13   that occurred in our trials so that we wouldn't miss
869  14   something in the development program that hadn't
869  15   gotten enough attention potentially.
869  16   BY MR. RABER:
869  17   Q:  This board of counselors that you've
869  18   referred to, is that also known as the Board of
869  19   Scientific Advisors? Is that the same body?
869  20   A:  Yes, I think so.
869  21   Q:  Describe for us, if you would, the
869  22   types of people who were on the Board of Scientific
869  23   Advisors.
869  24   A:  The Board of Scientific Advisors were
869  25   senior medical physicians in different specialties,
870  1    experts and well-known people in each of their
870  2    fields who we brought in to give us the best advice
870  3    we could and the best critiques we could on all of
870  4    -- on our programs that we would present to them.
870  5    Q:  During the time frame we're talking
870  6    about, which is after this FitzGerald theory and
870  7    Merck's response to it, who was the chairman of
870  8    Merck's Board of Scientific Advisors?
870  9    A:  I believe it was Dr. John Oates
870  10   during this period of time.
870  11   Q:  In what area is Dr. Oates' expertise?
870  12   A:  He was especially qualified in the
870  13   same area Alan was trained in, prostaglandin
870  14   research.
870  15   Q:  Is that the area that was the subject
870  16   of Dr. FitzGerald's theory?

|  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

870 17    A: Yes.
870 18    Q: Did Merck do anything to determine
870 19    whether there was any clinical evidence to support
870 20    Dr. Fitzgerald's theory about prostacyclin?
870 21    A: Yes and again. We examined again and again the
870 22    clinical database and the trials in osteoarthritis
870 23    looking to see whether Vioxx was different from any
870 24    of the other nonsteroidals in this regard, and we
870 25    found no such evidence.

871:16   -   871:25   Scolnick, Edward 2005-06-01
871 16    Q: Doctor, can you identify Exhibit 101,
871 17    please?
871 18    A: Yes. It is a report from the Merck
871 19    Research Lab's epidemiology department. It's
871 20    entitled 'Final Results of an Analysis of the
871 21    Incidence of Cardiovascular Serious Adverse
871 22    Experiences in the Phase IIb/III Vioxx
871 23    Osteoarthritis Clinical Trials.' And it's dated
871 24    February 2, 1998. It is authored by Doug Watson, a
871 25    Ph.D. in that department.

873:4   -   873:16   Scolnick, Edward 2005-06-01
873 4    Q: What was the conclusion of this
873 5    report about the risk of CV events with Vioxx
873 6    compared to those other databases?
873 7    A: That there was no large signal to be
873 8    seen here, and that was the most one could make of
873 9    this analysis.
873 10    Q: Now, you mentioned earlier that the
873 11    Board of Scientific Advisors at Merck recommended
873 12    some method of evaluating heart attacks or strokes
873 13    in trials; is that right?
873 14    A: Yes.
873 15    Q: Did that become known as a standard
873 16    operating procedure?

873:19   -   873:19   Scolnick, Edward 2005-06-01
873 19    THE WITNESS: I believe so.

873:21   -   874:10   Scolnick, Edward 2005-06-01
873 21    Q: What, as you understand it, are the
873 22    reasons for a standard operating procedure for
873 23    cardiovascular events?
873 24    A: My understanding was that it would
873 25    ensure that the events that might be reported in our
874 1    trials, whichever arm of the trials it occurred in,
874 2    would be analyzed the same way, with the same
874 3    definitions of events, and, therefore, would give a
874 4    much greater certainty to any reports that came in,
874 5    whether they were or weren't a certain kind of
874 6    cardiovascular event.
874 7    Q: Who analyzed these reported events
874 8    under the standard operating procedure?
874 9    A: Members of clinical research,
874 10    biostatistics, epidemiology, regulatory affairs.

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

874:23   -   876:8   Scolnick, Edward 2005-06-01

| 874 | 23 | Q:  Did Merck adopt and implement this |
| 874 | 24 | standard operating procedure? |
| 874 | 25 | A:  Yes, it did. |
| 875 | 1 | Q:  Did you agree with the recommendation |
| 875 | 2 | of the board of advisors and Dr. Oates that this was |
| 875 | 3 | an appropriate response to the FitzGerald theory? |
| 875 | 4 | A:  Oh, yes. We thought it was very |
| 875 | 5 | important. We thought it was exactly the right way |
| 875 | 6 | to analyze whether this theory showed any clinical |
| 875 | 7 | evidence or didn't show any clinical evidence. |
| 875 | 8 | Q:  Did this standard operating procedure |
| 875 | 9 | apply to the VIGOR trial that you mentioned? |
| 875 | 10 | A:  Yes, it did. |
| 875 | 11 | Q:  Did it apply to any other Vioxx |
| 875 | 12 | trials other than VIGOR? |
| 875 | 13 | A:  I think it applied to all Vioxx |
| 875 | 14 | trials going forward after this recommendation. |
| 875 | 15 | Q:  Dr. Scolnick, before Vioxx was |
| 875 | 16 | approved by the FDA, did Merck specifically analyze |
| 875 | 17 | the risk of heart attacks and strokes? |
| 875 | 18 | A:  In the NDA database? |
| 875 | 19 | Q:  Yes. |
| 875 | 20 | A:  Absolutely. |
| 875 | 21 | Q:  What did that analysis show about the |
| 875 | 22 | risk of heart attacks or strokes with Vioxx compared |
| 875 | 23 | to other pain relievers? |
| 875 | 24 | A:  It showed no difference, no |
| 875 | 25 | detectable difference. |
| 876 | 1 | Q:  Can you give us some idea of the |
| 876 | 2 | database that was used in that analysis, how big it |
| 876 | 3 | was? |
| 876 | 4 | A:  I think it was several thousand |
| 876 | 5 | patients. I don't remember the exact number, but it |
| 876 | 6 | was a very large number in thousands of patients for |
| 876 | 7 | extensive periods of time when you looked at all the |
| 876 | 8 | data. It was a very large database. |

876:13   -   876:15   Scolnick, Edward 2005-06-01

| 876 | 13 | Q:  What part of that database was given |
| 876 | 14 | to the FDA with the new drug application? |
| 876 | 15 | A:  All of it. |

876:16   -   878:3   Scolnick, Edward 2005-06-01

| 876 | 16 | Q:  Dr. Scolnick, are you familiar with |
| 876 | 17 | something called an FDA Advisory Committee? |
| 876 | 18 | A:  Yes. |
| 876 | 19 | Q:  What is an FDA Advisory Committee? |
| 876 | 20 | A:  An FDA Advisory Committee is a group |
| 876 | 21 | of outside scientists with various disciplines |
| 876 | 22 | convened solely by the FDA, composition determined |
| 876 | 23 | solely by the FDA, that they call upon to review |
| 876 | 24 | many new drug applications that come to them, |
| 876 | 25 | especially on any new drug that would have a new |
| 877 | 1 | mechanism of action, and it's a province of the FDA. |
| 877 | 2 | It's been there for a very, very long period of |
| 877 | 3 | time. |

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

877   4    Q:  Was there an FDA Advisory Committee
877   5    meeting that occurred relating to the approval of
877   6    Vioxx?
877   7    A:  Yes, definitely.
877   8    Q:  Was that meeting open to the public?
877   9    A:  Oh, yes.
877   10   Q:  Can you tell us generally what
877   11   occurred at that meeting?
877   12   A:  Yes. What occurs at that meeting is
877   13   the same that occurs at all meetings of the Advisory
877   14   Committee. The sponsor submits a background package
877   15   to the FDA that they give to the Advisory Committee.
877   16   The FDA prepares its own review of the application
877   17   which it gives to the committee ahead of time. The
877   18   sponsor then comes and makes a presentation on the
877   19   data, quizzed for as long and as extensively as the
877   20   Advisory Committee wants on any question about the
877   21   data. Has to answer it. The FDA presents their
877   22   interpretation of the data, their analysis of the
877   23   data. Again, the committee gets a chance to answer
877   24   questions, ask questions, get them answered. This
877   25   goes on for several hours, and then eventually the
878   1    committee is asked to vote on questions that the FDA
878   2    gives them that relate to the safety, efficacy and
878   3    approvability of the drug.

878:7   -   878:12   Scolnick, Edward 2005-06-01
878   7    Q:  The process that you've just
878   8    described, did that occur with respect to Vioxx
878   9    before Vioxx was approved?
878   10   A:  Oh, yes.
878   11   Q:  I would like to show you a document
878   12   that we'll mark as Exhibit 102.

878:21   -   879:24   Scolnick, Edward 2005-06-01
878   21   Q:  Dr. Scolnick, can you identify
878   22   Exhibit 102, please?
878   23   A:  Yes. It's a letter to Dr. Robert
878   24   Silverman, who was a senior director in the Merck
878   25   Research Lab, regulatory affairs department. It is
879   1    a letter that comes to him from Dr. Robert DeLap,
879   2    M.D., Ph.D., who is director of drug evaluation at
879   3    the FDA, and it relates to the new drug application
879   4    of Vioxx.
879   5    Q:  Dr. Scolnick, what is the date of
879   6    this letter from the FDA?
879   7    A:  I believe it's May 20, 1999.
879   8    Q:  Sir, I would like you to take a look,
879   9    if you would, at the first page of Exhibit 102, and
879   10   I'm going to ask you, if you would, please, to read
879   11   out loud the fourth paragraph of this letter.
879   12   A:  The one that begins 'We have'?
879   13   Q:  Yes.
879   14   A:  The paragraph says, 'We have
879   15   completed the review of this application, as
879   16   amended, and have concluded that adequate
879   17   information has been presented to demonstrate that

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

| | | |
|---|---|---|
| 879 18 | the drug product is safe and effective for use as | |
| 879 19 | recommended in the enclosed labeling text. | |
| 879 20 | Accordingly, the application is approved effective | |
| 879 21 | on the date of this letter.' | |
| 879 22 | Q:  Is this letter what is known as the | |
| 879 23 | approval letter for Vioxx? | |
| 879 24 | A:  Yes, I believe so. | |

879:25  -  881:10   Scolnick, Edward 2005-06-01

| | |
|---|---|
| 879 25 | Q:  Now, Dr. Scolnick, the paragraph that |
| 880 1 | you just read to us refers to the 'enclosed labeling |
| 880 2 | text.' Did the label for Vioxx, when it was |
| 880 3 | approved, have any warnings for GI risks? |
| 880 4 | A:  Yes, it did. It had the same wording |
| 880 5 | for warnings of GI risks that occurred with all |
| 880 6 | prior nonsteroidal drugs. |
| 880 7 | Q:  Well, if Vioxx was supposed to be |
| 880 8 | safer on the stomach, why didn't the label say it |
| 880 9 | was safer than the other traditional pain relievers? |
| 880 10 | A:  The feeling of the FDA at the time |
| 880 11 | and some other scientists was that we had clearly |
| 880 12 | demonstrated the increased safety of the drug by the |
| 880 13 | endoscopy methods. No one disputed that. The |
| 880 14 | endoscopy methods, of course, measure ulcers and |
| 880 15 | bleeding ulcers from patients on the drug. The FDA |
| 880 16 | was not certain that there was a relationship |
| 880 17 | between the greatly reduced incidence of ulcers |
| 880 18 | determined by endoscopy and then bleeding from |
| 880 19 | ulcers, perforations or obstructions that occurred |
| 880 20 | from those ulcers, and, therefore, because that data |
| 880 21 | was not yet available, they chose to not change the |
| 880 22 | warning label for Vioxx. |
| 880 23 | Q:  The label that was approved for Vioxx |
| 880 24 | when the drug was first approved, was that the label |
| 880 25 | that Merck wanted? |
| 881 1 | A:  No. We felt that the endoscopy data |
| 881 2 | was so strong and the meta analysis of perforations, |
| 881 3 | ulcers and bleeds that we had gathered in our |
| 881 4 | trials, comparative NSAIDs to Vioxx, also |
| 881 5 | demonstrated that Vioxx had reduced incidence of |
| 881 6 | that, we felt that the language of the warning for |
| 881 7 | GI risks could have been and should have been |
| 881 8 | modified based on the data we submitted to them. |
| 881 9 | And we could not convince the FDA, no matter how |
| 881 10 | hard we tried, to make that change. |

881:25  -  882:21   Scolnick, Edward 2005-06-01

| | |
|---|---|
| 881 25 | Q:  Dr. Scolnick, I would like to talk to |
| 882 1 | you now about a Merck study that's known as the |
| 882 2 | VIGOR study. Can you tell us what the general |
| 882 3 | reasons were for Merck doing that study? |
| 882 4 | A:  Yes. As we discussed a few minutes |
| 882 5 | ago, in order to have the typical warning language |
| 882 6 | associated with GI labeling for even this new drug |
| 882 7 | changed to reflect what we believed was improved |
| 882 8 | gastrointestinal safety, we had to do studies |
| 882 9 | additional to the endoscopy studies I described to |

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

882 10    you. And the general design of such a study was to
882 11    test Vioxx compared to some other prior nonsteroidal
882 12    in a large patient population and follow the reports
882 13    and incidences of the serious gastrointestinal side
882 14    effects of the two drugs in such a study.
882 15    Q:  Did Merck consult with the FDA over
882 16    the design of the VIGOR study?
882 17    A:  Yes, we did.
882 18    Q:  What were the drugs that were
882 19    compared to each other in the VIGOR study?
882 20    A:  Vioxx was compared to naproxen in
882 21    patients with rheumatoid arthritis.

883:3    -    883:18   Scolnick, Edward 2005-06-01
883 3    Q:  What was the dose for Vioxx that was
883 4    used?
883 5    A:  The dose of Vioxx was 50 milligrams,
883 6    twice the usual dose for osteoarthritis, and the
883 7    reasons for that were twofold, as I recall. One was
883 8    that at the time we were still conducting our
883 9    efficacy studies in rheumatoid arthritis, and we
883 10   thought at the time that the dose was going to be 50
883 11   milligrams in rheumatoid arthritis. So, in order to
883 12   do an ethical study with a dose that we thought was
883 13   the dose, 50 milligrams was chosen in that patient
883 14   population. In addition, the FDA, I believe, had
883 15   expressed some interest in having the study done at
883 16   twice the usual dose in osteoarthritis in order to
883 17   provide a worst case scenario test for the improved
883 18   GI tolerability of the drug.

883:22   -    884:19   Scolnick, Edward 2005-06-01
883 22   Q:  If Merck wanted to show that Vioxx
883 23   was safer for the stomach, why not just compare
883 24   Vioxx versus a placebo in the VIGOR trial?
883 25   A:  The clinical patient population for
884 1    whom Vioxx was indicated for chronic use was
884 2    osteoarthritis approved, and hopefully was going to
884 3    be rheumatoid arthritis. Those patients need some
884 4    other medicine to control their pain, and one
884 5    couldn't ethically do such a study, and one couldn't
884 6    expect the patients to stay on placebo for a long
884 7    period of time.
884 8    Q:  What did you expect the data from the
884 9    VIGOR study to show?
884 10   A:  We expected it to show, even though
884 11   the dose was 50 milligrams, a greatly improved set
884 12   of results for the perforations, ulcers and bleeds
884 13   that were the criteria for this study.
884 14   Q:  How did your expectations affect your
884 15   desire to see the results of the VIGOR study?
884 16   A:  I've always wanted to see clinical
884 17   results or basic research results right away, it's
884 18   just my nature, and I wanted to see the results as
884 19   soon as they were available.

885:25   -    886:6   Scolnick, Edward 2005-06-01

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

```
885  25        Did there come a point in time when
886   1        you saw the results from the VIGOR study?
886   2        A:  Yes.
886   3        Q:  When did that occur?
886   4        A:  March 9, 2000.
886   5        Q:  Were you among the first people at
886   6        Merck to see those results?

886:9    -    886:16    Scolnick, Edward 2005-06-01
886   9        THE WITNESS:  I think I was shown the
886  10        data or sent the data after the project team
886  11        initially saw it and analyzed it, so, in that sense,
886  12        I was among the first, but I was not in the very
886  13        first group.
886  14        BY MR. RABER:
886  15        Q:  What was your initial reaction to the
886  16        VIGOR results?

886:19   -    887:4    Scolnick, Edward 2005-06-01
886  19        THE WITNESS:  I was extremely pleased
886  20        at the GI outcomes which were much better for Vioxx
886  21        than naproxen, even the 50 milligrams of Vioxx, and
886  22        I was stunned and surprised at the cardiovascular
886  23        differences seen in the trial between naproxen and
886  24        Vioxx. I did not expect to see such a result.
886  25        BY MR. RABER:
887   1        Q:  Did you ever put down that initial
887   2        reaction in writing?
887   3        A:  Yes, I did. I sent an e-mail to some
887   4        members of the project team stating that.

887:19   -    889:9    Scolnick, Edward 2005-06-01
887  19        Q:  Dr. Scolnick, is Exhibit 14 in front
887  20        of you, the e-mail that you just referred to?
887  21        A:  Yes, it is.
887  22        Q:  In your e-mail you write: 'To all:
887  23        I just received and went through the data. Thank
887  24        you for sending it to me. There is no doubt about
887  25        the pub data. Very very strong. As expected.' Do
888   1        you see that?
888   2        A:  Yes, I do.
888   3        Q:  What is the 'pub data'?
888   4        A:  PUB is shorthand for perforations,
888   5        ulcers and bleeds. Those were the serious side
888   6        effects of prior nonsteroidals that everyone wanted
888   7        to know about.
888   8        Q:  When you say 'Very very strong. As
888   9        expected,' what were you referring to?
888  10        A:  I was referring to the fact that the
888  11        first look at the data, there seemed to be a
888  12        dramatic increase in the number of those compared to
888  13        naproxen in the study.
888  14        Q:  You go on to say: 'General safety is
888  15        better than could hope for in this patient
888  16        population. Incidences of hypertension, renal
888  17        anything, edema, liver, all great - very safe.
888  18        Very, very safe.' Do you see that?
```

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

888  19   A:  Yes, I do.
888  20   Q:  When you are talking about 'better
888  21   than could hope for in this patient population,'
888  22   what does that refer to?
888  23   A:  These patients were patients who had
888  24   rheumatoid arthritis, a very serious illness. Many
888  25   of them would be on steroids in addition to whatever
889  1   nonsteroidal anti-inflammatories, some other
889  2   medications also, and a somewhat fragile patient
889  3   population in that regard. Therefore, whenever one
889  4   tests any kind of drug in a patient population
889  5   that's sick to begin with, as these patients were,
889  6   one worries that one might see side effects that
889  7   would show up in an unexpected way, and those were
889  8   not seen and not detected in the trial, and I was
889  9   very pleased about that.

889:18  -  890:11   Scolnick, Edward 2005-06-01
889  18   Q:  Dr. Scolnick, you then go to say,
889  19   The CV events are clearly there.' Do you see that?
889  20   A:  Yes, I do.
889  21   Q:  What does that refer to?
889  22   A:  What I was referring to was the
889  23   reports of the cardiovascular events in the two arms
889  24   of the trial and that the two curves were different,
889  25   the incidence of curves were clearly
890  1   distinguishable.
890  2   Q:  There was a difference in the number
890  3   of CV events between the Vioxx group and the
890  4   naproxen group. Is that what you're saying?
890  5   A:  Yes, that's exactly what I'm saying.
890  6   Q:  Further down you say, 'it is
890  7   mechanism based as we worried it was.' Do you see
890  8   that?
890  9   A:  Yes, I do.
890  10   Q:  What does it mean when you say 'it is
890  11   mechanism based'? What were you referring to?

Re: [890:2-890:5]
Pltf Obj Leading Rule 611(c)

Overruled

890:14  -  894:13   Scolnick, Edward 2005-06-01
890  14   THE WITNESS:  Well, as part of my
890  15   initial reaction, as I've described many times, I
890  16   hadn't expected these results, and my very first
890  17   reaction was that Vioxx had elevated the rate as
890  18   opposed to naproxen lowering the rate, and my
890  19   connection was to the prostacyclin hypothesis, which
890  20   was my set of first thoughts when I saw the data.
890  21   That's what I was talking about, since COX-2
890  22   inhibitors had been shown to lower prostacyclin in
890  23   the urine.
890  24   BY MR. RABER:
890  25   Q:  You go on to say at the end of this
891  1   e-mail 'We have a great drug' and you say 'The class
891  2   will do well.' Do you see those references?
891  3   A:  Yes, I do.
891  4   Q:  What did you mean by that?
891  5   A:  Well, that even if these results were
891  6   caused by Vioxx as opposed to not being caused by

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

891  7   Vioxx, the incidence was low, we could change the
891  8   label to reflect the results, the drug still had a
891  9   significant benefit to patients, and people and we
891  10  would learn how to use it safely in people and still
891  11  produce the benefit with an articulation of what
891  12  could have been a known risk at that point -- what I
891  13  thought was a known risk at that point.
891  14  Q:  Dr. Scolnick, did there come a time
891  15  when members of the Vioxx team informed you that
891  16  there might be another explanation for the
891  17  difference in the CV events between Vioxx and
891  18  naproxen?
891  19  A:  Yes. Subsequently to this, and I
891  20  don't recall whether it was this evening or the next
891  21  day, members of the team told me they, in fact,
891  22  thought there was a very plausible and more likely
891  23  explanation for the differences in the event rates
891  24  in the two arms of the trial.
891  25  Q:  What did you instruct the Vioxx team
892  1   members to do at that point?
892  2   A:  Well, they told me that because
892  3   naproxen was at this dose twice a day, 500
892  4   milligrams twice a day, had potent anti-platelet
892  5   activity, that the more plausible explanation was
892  6   that naproxen had actually lowered the CV event rate
892  7   in the trial. So, I said to them, well, that sounds
892  8   good, but what other evidence is there to support
892  9   that? So, let's look back at all of our clinical
892  10  trial data and see if there's any other evidence for
892  11  that, and what other evidence can you find that
892  12  naproxen or drugs like naproxen couldn't be
892  13  cardioprotective.
892  14  Q:  Did the Vioxx team present you with
892  15  any evidence of naproxen's ability to inhibit
892  16  platelets the way that they had described?
892  17  A:  Yes. They told me about it and I
892  18  believe showed me a graph which showed that naproxen
892  19  500 milligrams twice a day was potent, had a potent
892  20  anti-platelet effect throughout the day and compared
892  21  that to ibuprofen and diclofenac, two other members
892  22  of the class which did not in their usual dosage
892  23  regimens have that kind of effect, and, therefore,
892  24  naproxen was unique as a prototypical
892  25  anti-inflammatory drug.
893  1   Q:  That data about naproxen that you
893  2   were shown, was that data that had been obtained in
893  3   a Merck-related study?
893  4   A:  The biochemistry data I'm talking
893  5   about in people, I think, was in a Merck study, yes,
893  6   clinical pharmacology study.
893  7   Q:  That data, were you aware of that
893  8   data when you wrote your e-mail on March 9, 2000?
893  9   A:  No. I had not been aware of it. I
893  10  was very surprised at this data and had not heard
893  11  about the naproxen effect before they told me about
893  12  it.
893  13  Q:  In your words, what did that data

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

893  14   about naproxen suggest to you at that point?
893  15   A:  Well, at that point, my thinking, I
893  16   thought, well, they have a plausible hypothesis
893  17   here. This is certainly -- based on the
893  18   anti-platelet activity, they could be seeing a
893  19   naproxen-protective effect. I wanted them to look
893  20   at all our other clinical trial data again and was
893  21   really struggling with trying to find a way to get
893  22   more placebo-controlled data. Because in this
893  23   trial, what we had from our database at that point
893  24   was, on the one hand we had Vioxx versus all the
893  25   nonsteroidals which had been tested in our trials,
894  1    Phase IIb/III trials and extensions where we had
894  2    seen no difference in cardiovascular event rates.
894  3    Then now we had a trial where at 50 milligrams of
894  4    Vioxx versus naproxen we had a difference, and those
894  5    were two different databases, neither of which had a
894  6    placebo against it. So, their interpretation based
894  7    on the anti-platelet activity was naproxen had
894  8    lowered the heart attack rate consistent with the
894  9    fact that it was different biochemically from other
894  10   nonsteroidals and Vioxx was not different from them
894  11   in CV events. I said the tie breaker here has to be
894  12   placebo data, and how much placebo data do we have
894  13   to see if Vioxx is different from placebo.

894:16  -  895:25   Scolnick, Edward 2005-06-01
894  16   Q:  Before we get to placebo data, did
894  17   the Vioxx project team provide you with any other
894  18   biochemical or pharmacological information that
894  19   suggested a drug like naproxen could inhibit
894  20   platelets like aspirin?
894  21   A:  Yes. They actually told me about and
894  22   then subsequently sent me a paper on a drug called
894  23   flurbiprofen, which is a very potent nonsteroidal.
894  24   In the doses given in the trials they cited to me,
894  25   it blocks platelets like naproxen. It had been
895  1    tested in a very high risk patient population in
895  2    which patients had their arteries open, something
895  3    called angioplasty today, and then followed for six
895  4    months with and without flurbiprofen treatment to
895  5    see if flurbiprofen lowered the restenosis,
895  6    reclotting rate of these opened arteries. And lo
895  7    and behold, flurbiprofen had a dramatic benefit to
895  8    those patients that dropped the restenosis rate, the
895  9    rethrombosis rate dramatically in those patients.
895  10   Subsequently they told me about a
895  11   drug called indobufen which had even more data
895  12   associated with it. It had two other clinical
895  13   situations. It had an actual heart bypass graft
895  14   where it blocked the stenosis, subsequent clotting
895  15   of that, and yet another situation, patients who
895  16   have a rhythm disturbance in their atrium which sets
895  17   them up to have clots, called atrial fibrillation,
895  18   and giving those patients indobufen reduced the
895  19   incidence of their thrombotic events.
895  20   So, they had three pieces of

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

895 21     information with drugs like naproxen, which was very
895 22     strong clinical evidence to support the biochemical
895 23     evidence that we had with naproxen at that point.
895 24     Q:  I would like to show you a document
895 25     that we'll mark as Exhibit 103.

896:13   -   899:11   Scolnick, Edward 2005-06-01
896 13     Q:  Dr. Scolnick, can you identify
896 14     Exhibit 103, please?
896 15     A:  Yes. Exhibit 103 is a paper from the
896 16     European Heart Journal published in 1993. The title
896 17     of the paper is 'Evaluation of flurbiprofen for
896 18     prevention of reinfarction and reocclusion after
896 19     successful thrombolysis or angioplasty in acute
896 20     myocardial infarction.'
896 21     Q:  Is this Exhibit 103, the flurbiprofen
896 22     data or paper that you referred to earlier in your
896 23     testimony?
896 24     A:  Yes, it is.
896 25     Q:  Were you aware of the data contained
897 1      in this paper on flurbiprofen when you wrote your
897 2      e-mail on March 9, 2000?
897 3      A:  No, I was not.
897 4      Q:  Similarly, were you aware of the data
897 5      regarding the drug indobufen when you wrote your
897 6      e-mail on March 9, 2000?
897 7      A:  No, I was not.
897 8      Q:  You mentioned a few minutes ago
897 9      something about placebo data. Can you tell us what
897 10     else you and your team looked at to answer the
897 11     question of whether the difference in the CV rates
897 12     between naproxen and Vioxx was due to naproxen?
897 13     A:  During the discussion of trying to
897 14     figure out a way to look at placebo data, someone, I
897 15     don't recall who, reminded us that we had an ongoing
897 16     trial in patients with Alzheimer's disease. This
897 17     trial compared placebo to 25 milligrams of Vioxx,
897 18     and I don't recall whether it was a treatment trial
897 19     or a prevention trial, but it was attempting to
897 20     improve the lot, the clinical benefit to patients
897 21     with Alzheimer's. The reason this trial was ongoing
897 22     was there was a theory, again a hypothesis, that
897 23     such an anti-inflammatory would improve the clinical
897 24     condition or prevent the progression of Alzheimer's
897 25     disease based on literature post hoc epidemiology
898 1      data, but it was only a hypothesis.
898 2      And it was now regarded that Vioxx
898 3      was safe enough on the stomach to test this theory
898 4      in patients with Alzheimer's compared to placebo.
898 5      No drug had ever been shown to retard the
898 6      progression of Alzheimer's, so, it was perfectly
898 7      ethical to do the study versus placebo, it was a
898 8      fairly large study. And the group thought very
898 9      sharply, they figured out that -- there were only
898 10     two arms in the trial, treatment arm A and treatment
898 11     arm B. They were blinded, but during any trial,
898 12     including this one, we always record immediately in

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

898 13   our database adverse experience reports that come in
898 14   during the course of the trial, and, therefore, this
898 15   database had potentially in it cardiovascular
898 16   adverse experience reports from the Alzheimer's
898 17   trial, an old population presumably with some
898 18   underlying heart disease.
898 19   So, we said, terrific, is there a way
898 20   without unblinding the whole trial that we can look
898 21   at this safety data, column A and column B. And it
898 22   was clear, made clear by the statistics group to me
898 23   that we could do that without compromising the trial
898 24   by just aggregating the data under treatment A and
898 25   treatment B, and they would enumerate the
899 1   cardiovascular side effects.
899 2   And I said that's just terrific, go
899 3   do it right away. I want to know the minute you
899 4   know the answer to this. So, they did all the
899 5   things necessary to do this legally, and they
899 6   enumerated all the data, they called me 48 hours
899 7   later in the evening on a Sunday night and told me
899 8   that there was no difference in the event rates in
899 9   treatment A and treatment B arm. That was greatly
899 10   reassuring.
899 11   Q:  Why was that significant to you?

899:14   -   900:10   Scolnick, Edward 2005-06-01
899 14   THE WITNESS:  That was significant to
899 15   me because it was in my mind the critical piece of
899 16   information to accept the naproxen hypothesis that
899 17   the group had put forward. We knew naproxen could
899 18   be potentially cardioprotective based on all the
899 19   data I've talked to you about, but I wanted to see
899 20   data versus Vioxx, because if they were right, Vioxx
899 21   versus placebo should not have been different. And
899 22   when I was told this data, I was reassured, but I
899 23   then asked the statistician who called me, I want to
899 24   know not just the grouped data that that you've
899 25   given me, I want to know all the categories of
900 1   cardiovascular events in both treatment arms, A and
900 2   B. And he read me those on the phone and, again,
900 3   they were no different. And so I was really
900 4   relieved and reassured, and thought, well, they are
900 5   right, I was wrong, and the naproxen hypothesis is
900 6   the explanation for this.
900 7   BY MR. RABER:
900 8   Q:  Did Merck do anything to look at the
900 9   osteoarthritis data that it was continuing to
900 10   collect at that point?

900:12   -   901:1   Scolnick, Edward 2005-06-01
900 12   THE WITNESS:  Yes. We continually
900 13   looked at that data, as more and more patients
900 14   accrued from different trials, updated it, did large
900 15   meta-analyses of the trials comparing Vioxx to the
900 16   other comparators, continually looking to see if
900 17   there was a signal, and there was no signal.
900 18   Q:  All right.

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

900 19    Dr. Scolnick, then after you
900 20    considered the data about naproxen, after you
900 21    considered the data about flurbiprofen and the data
900 22    about indobufen and the data from the Alzheimer's
900 23    trials comparing Vioxx with placebo, what did you
900 24    conclude was the best explanation for the
900 25    differences in CV events that occurred in the VIGOR
901 1    study?

901:3    -    901:6  Scolnick, Edward 2005-06-01
901 3    THE WITNESS:  I concluded the team
901 4    had been right and I had been wrong, that the
901 5    naproxen arm was lower than the Vioxx arm because
901 6    naproxen had been cardioprotective.

901:8    -    903:13  Scolnick, Edward 2005-06-01
901 8    Q:  Dr. Scolnick, what did Merck do to
901 9    make the VIGOR results public?
901 10    A:  Merck did two things. First of all,
901 11    it had a large number of ongoing trials with Vioxx
901 12    and with its second COX-2 inhibitor, Arcoxia. The
901 13    protocols for those trials at that time had excluded
901 14    the use of aspirin. And now that we knew about the
901 15    naproxen being cardioprotective, if there were
901 16    patients that were in those trials who had
901 17    underlying cardiac disease and who otherwise might
901 18    have benefited from aspirin, we wanted to make the
901 19    protocol changes so the investigators carrying out
901 20    those trials would be allowed to use aspirin. So,
901 21    we wrote in a letter to all the investigators and
901 22    sent it out right away that stated the results of
901 23    the VIGOR trial, giving all the data, and telling
901 24    them that they could now use aspirin, Vioxx was not
901 25    a substitute for aspirin.
902 1    We also wanted to make the data
902 2    available more widely so that all the data would be
902 3    known in people who were wondering whether to use
902 4    aspirin or not, although that was allowed in the
902 5    label, and appropriate patients would use it, and
902 6    because this was a trial with twice the approved
902 7    dose because it was a clinical trial, we were not
902 8    approved for rheumatoid arthritis, we weren't
902 9    approved for this dose, we thought the fastest way
902 10    to do this, because the FDA review would take some
902 11    time, would be to put out a press release giving all
902 12    the information. And we did that, again,
902 13    concomitant with the investigator letter. We
902 14    subsequently presented this information within a
902 15    couple of months at a big meeting, gastrointestinal
902 16    meeting, attended by a number of people and then it
902 17    was subsequently published in an article in, I
902 18    think, Circulation, after it was peer reviewed.
902 19    Q:  You mentioned earlier -- well, let me
902 20    ask you this. Did Merck also provide the VIGOR data
902 21    to the FDA after you got the results?
902 22    A:  Yes. The FDA was notified
902 23    immediately when the data became available, and it

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 902 | 24 | was immediately analyzed, and then it was submitted, | | |
| 902 | 25 | the full package of data was submitted within three | | |
| 903 | 1 | months of getting this very large study, 8,000 | | |
| 903 | 2 | patients, to the FDA, very rapid putting together of | | |
| 903 | 3 | all the data. We were anxious to have it reviewed. | | |
| 903 | 4 | It had the GI safety data in it, it had the | | |
| 903 | 5 | cardiovascular difference in it, and it had the | | |
| 903 | 6 | rheumatoid arthritis potential indication in it | | |
| 903 | 7 | which had been part of our studies. It was a very | | |
| 903 | 8 | large package. | | |
| 903 | 9 | Q:  Dr. Scolnick, earlier today you told | | |
| 903 | 10 | us about FDA Advisory Committees. My question for | | |
| 903 | 11 | you is, was there an FDA Advisory Committee meeting | | |
| 903 | 12 | that was held to deal with the results from the | | |
| 903 | 13 | VIGOR study? | | |

903:16  -  904:12   Scolnick, Edward 2005-06-01

| | | | | |
|---|---|---|---|---|
| 903 | 16 | THE WITNESS:  Yes, there was. In | Re: [903:16-904:12] | [903:24-904:13] |
| 903 | 17 | spring of 2001, I don't remember the exact month | Pltf Obj Hearsay | Overruled |
| 903 | 18 | now, there was an FDA Advisory Committee meeting. | | |
| 903 | 19 | BY MR. RABER: | | |
| 903 | 20 | Q:  Was that FDA Advisory Committee | | |
| 903 | 21 | meeting relating to the VIGOR results a public | | |
| 903 | 22 | proceeding? | | |
| 903 | 23 | A:  Yes, it was. | | |
| 903 | 24 | Q:  In general, what happened at that | | |
| 903 | 25 | Advisory Committee meeting as best you can recall? | | |
| 904 | 1 | A:  Well, I don't remember the details of | | |
| 904 | 2 | the meeting, but it followed the form of the usual | | |
| 904 | 3 | Advisory Committees. We presented a background | | |
| 904 | 4 | package, the FDA did, we presented our data, the | | |
| 904 | 5 | Merck team did, that is, and the FDA presented full | | |
| 904 | 6 | discussion, lots of questions, lots of debate about | | |
| 904 | 7 | the gastrointestinal data, the cardiovascular data, | | |
| 904 | 8 | and then votes that -- I don't remember the | | |
| 904 | 9 | questions that the group was asked, votes about it. | | |
| 904 | 10 | The whole day came out, I thought, very favorably. | | |
| 904 | 11 | Everyone looked at the data and basically accepted | | |
| 904 | 12 | the hypothesis with some caveats that you needed to | | |

904:17  -  904:20   Scolnick, Edward 2005-06-01

| | | | | |
|---|---|---|---|---|
| 904 | 17 | Q:  Dr. Scolnick, did the FDA Advisory | | |
| 904 | 18 | Committee recommend at that time that Vioxx be taken | | |
| 904 | 19 | off the market? | | |
| 904 | 20 | A:  No, not at all. | | |

905:1  -  907:16   Scolnick, Edward 2005-06-01

| | | | | |
|---|---|---|---|---|
| 905 | 1 | Can you identify the e-mail that | | |
| 905 | 2 | appears towards the bottom of this exhibit? | | |
| 905 | 3 | A:  Yes, I can. It's an e-mail from | | |
| 905 | 4 | myself on February 8th to Douglas Greene, Alise | | |
| 905 | 5 | Reicin, Alan Nies, Harry Guess, Deborah Shapiro and | | |
| 905 | 6 | Thomas Simon, and the subject is 'Today.' | | |
| 905 | 7 | Q:  Doctor, your e-mail reads 'To ALL.' | | |
| 905 | 8 | Well, let me back up. What was the context of your | | |

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

905   9   sending this e-mail to those individuals on this
905   10   day?
905   11   A:  The context was to congratulate them
905   12   for the wonderful job they had done in presenting
905   13   the data to the committee, answering all the
905   14   questions in great detail, being prepared for the
905   15   details that the Advisory Committee wanted on
905   16   additional questions, and I thought they had just
905   17   done a fantastic job, and I wanted to encourage them
905   18   and tell them what a great job it was.
905   19   Q:  Your E-mail reads: 'To ALL. I bit
905   20   my nails all day. You all were FANTASTIC. You made
905   21   them look like grade d high school students and you
905   22   won big huge and completely. You should be proud
905   23   happy and exhausted. Enjoy and bask in the warmth
905   24   of having done an impossible job superbly/Ed.' Do
905   25   you see that?
906   1   A:  Yes, I do.
906   2   Q:  Can you explain to us your reference
906   3   there to making someone look like grade D high
906   4   school students?
906   5   A:  Yes. I was trying to praise the team
906   6   in a way that was simply an analogy to something
906   7   that had that happened several years ago during our
906   8   Crixivan NDA review.
906   9   Q:  What had happened there?
906   10   A:  When we presented Crixivan at a
906   11   comparable FDA Advisory Committee meeting, and I
906   12   don't recall the exact year this was, it was in the
906   13   earlier '90s, we had come -- it was a two-day
906   14   meeting on protease inhibitors. Another sponsor had
906   15   presented theirs on the first day, and we were
906   16   presenting on the second day. Our presentation was
906   17   finished by the physician who made it, and when he
906   18   finished, the first hand up from the Advisory
906   19   Committee was from someone on the committee who said
906   20   to our presenter, that was fantastic. You made them
906   21   look like grade D high school students. And that
906   22   was all I was referring to here. It was a laudatory
906   23   comment by a member of this past Advisory Committee,
906   24   and I was sort of reminding them of that comment in
906   25   a kind of jovial way when I was so proud of them for
907   1   what they had done.
907   2   Q:  You refer later on in this e-mail to
907   3   your team 'having done an impossible job superbly.'
907   4   Do you see that?
907   5   A:  Yes, I do.
907   6   Q:  What's the 'impossible job' that
907   7   you're referring to?
907   8   A:  Well, I thought that having a public
907   9   discussion about cardiovascular events was a very
907   10   difficult subject to handle and that they did it in
907   11   an unemotional way where it was carried out in a
907   12   completely rational discussion with full disclosure
907   13   of all the data without anyone becoming emotional
907   14   about it either on our side or the committee side,
907   15   so that all the data could be considered rationally,

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

907  16     and a most rational decision could be made.

907:17   -   909:9   Scolnick, Edward 2005-06-01
907  17     Q:  Dr. Scolnick, had the
907  18     cardioprotective effect of naproxen ever been
907  19     observed like this in a clinical trial?
907  20     A:  No, it had not.
907  21     Q:  Why not?
907  22     A:  It had not -- first of all, such a
907  23     trial had never been done. So, the question really
907  24     is, why had it never been done the way trials with
907  25     aspirin had been done. We need to spend a minute
908   1     explaining what's been done for aspirin and why one
908   2     is able to do that, and then one can discuss
908   3     naproxen.
908   4     Q:  Okay. Would you please do that?
908   5     A:  Yes.
908   6     Aspirin has been tested many times to
908   7     be cardioprotective and found to be
908   8     cardioprotective. The reason one can do that is
908   9     aspirin blocks the enzyme in platelets that's
908  10     responsible for its cardioprotective effect. You
908  11     can do that with giving a relatively low dose of
908  12     aspirin because aspirin inhibits that enzyme
908  13     irreversibly. It binds to the enzyme, and it never
908  14     comes off. That cell, that platelet, can't remake
908  15     that enzyme until more platelets come out of the
908  16     bone marrow. That takes a long time. Basically, it
908  17     takes a day. The doses of aspirin to do that have a
908  18     small effect on the stomach, so, they produce a
908  19     little bit of ulcer problem in the stomach, but
908  20     because it is irreversibly bound to the platelet
908  21     enzyme, you can get a therapeutic benefit, a
908  22     therapeutic index between the platelet and the
908  23     stomach with aspirin with a low dose.
908  24     Naproxen does not bind irreversibly
908  25     to the platelet enzyme. It is reversible. In order
909   1     to have it block 24 hours the way aspirin does, you
909   2     have to keep the dose up like 500 milligrams twice a
909   3     day so the blood levels of naproxen stay up during
909   4     that 24-hour period of time. In doing that, you
909   5     don't get selectivity between the platelet and the
909   6     stomach, and you would have produced a significant
909   7     number of ulcers just as shown in the VIGOR trial.
909   8     That's why naproxen was never tested before in my
909   9     opinion.

909:12   -   910:8   Scolnick, Edward 2005-06-01
909  12     Q:  Dr. Scolnick, after you had reached
909  13     the conclusion that naproxen had been
909  14     cardioprotective in the VIGOR trial, did Merck stop
909  15     analyzing this question?
909  16     A:  No. We constantly -- I constantly
909  17     continued to worry about it, what other evidence
909  18     could we get, what else could we do, what other
909  19     trials could we do, what other databases could we do
909  20     to further challenge our conclusions.

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

| | | |
|---|---|---|
| 909 21 | Q:  If you thought that naproxen was the | |
| 909 22 | reason for the VIGOR results, why did you continue | |
| 909 23 | to worry? | |
| 909 24 | A:  Because that's just my nature. I | |
| 909 25 | always worried about the safety of our drugs, and I | |
| 910 1 | wanted even more data to even further draw the | |
| 910 2 | conclusion or firm up the conclusion that we had | |
| 910 3 | made. I wanted to find a way -- to me, we had the | |
| 910 4 | Alzheimer's placebo controlled data which was very | |
| 910 5 | strong. I wanted to try to find a way to have | |
| 910 6 | additional placebo-controlled data to compare Vioxx | |
| 910 7 | to to go an extra mile to prove the safety of the | |
| 910 8 | drug. | |
| | | |
| 910:13  -  913:10 | Scolnick, Edward 2005-06-01 | |
| 910 13 | Dr. Scolnick, looking at Exhibit 5, | |
| 910 14 | can you please identify for us the e-mail that | |
| 910 15 | appears at the very bottom of the first page? | |
| 910 16 | A:  Yes. It's an e-mail from myself to | |
| 910 17 | Dr. Alise Reicin. Its subject is 'RA and CV | |
| 910 18 | mortality,' rheumatoid arthritis and cardiovascular | |
| 910 19 | mortality. | |
| 910 20 | Q:  What is the date of this e-mail? | |
| 910 21 | A:  April 12, 2000. | |
| 910 22 | Q:  Is that before or after -- strike | |
| 910 23 | that. | |
| 910 24 | Was this before or after the VIGOR | |
| 910 25 | results had come out? | |
| 911 1 | A:  It was afterwards, a little more than | |
| 911 2 | after a month after the VIGOR results. | |
| 911 3 | Q:  You say in your e-mail to Alise | |
| 911 4 | Reicin: 'Hi Alise I have been trading e-mails with | |
| 911 5 | Doug Greene in real time. We all are online too | |
| 911 6 | late. I will tell you my worry quotient is high. I | |
| 911 7 | actually am in minor agony.' Do you see that? | |
| 911 8 | A:  Yes, I do. | |
| 911 9 | Q:  Why at this point was your worry | |
| 911 10 | quotient high and were you in minor agony? | |
| 911 11 | A:  Because I was constantly looking at | |
| 911 12 | all the data we had and although accepting it as | |
| 911 13 | the, by far, likeliest explanation, I wanted to get | |
| 911 14 | even more data comparing Vioxx to something like | |
| 911 15 | placebo to put all doubts aside of what was going on | |
| 911 16 | in the VIGOR trial. | |
| 911 17 | Q:  You write in this e-mail: 'What I | |
| 911 18 | really want to do is a 10000 versus 10000 patient | |
| 911 19 | study in mild-moderate OA Tylenol versus Vioxx with | |
| 911 20 | prn low dose aspirin for those judged to need it.' | |
| 911 21 | Do you see that? | |
| 911 22 | A:  Yes. | |
| 911 23 | Q:  What were you referring to there? | |
| 911 24 | A:  Well, I've always tried to suggest | |
| 911 25 | trials to people to consider and try to see if they | |
| 912 1 | are feasible. So, what I was thinking about was a | |
| 912 2 | trial on osteoarthritis comparing Tylenol to Vioxx, | |
| 912 3 | Tylenol had an excellent safety record, and allowing | |
| 912 4 | patients who needed low dose aspirin to have it in | |

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

912  5   the trial, and that Tylenol would in a sense in this
912  6   trial be a substitute for placebo. And that was an
912  7   idea that I came up with in thinking about what else
912  8   we could do.
912  9   Q:  You say in this e-mail in all capital
912  10  letters: 'WE WILL NOT KNOW FOR SURE WHAT IS GOING
912  11  ON UNTIL WE DO THIS STUDY. PLEASE THINK HARD ABOUT
912  12  THE DESIGN BEFORE THE PAC MEETING.' Do you see
912  13  that?
912  14  A:  Yes, I do.
912  15  Q:  Why were you communicating that
912  16  message to Alise Reicin in all capital letters?
912  17  A:  Alise was part of or one of the
912  18  leaders of some part of the project team at that
912  19  point, I don't recall, and so she would be
912  20  responsible for thinking about trial designs that we
912  21  were all thinking about at that point, and I was
912  22  tossing out an idea to her, just as I did oftentimes
912  23  to many other people in MRL over the years I was
912  24  president. They didn't always accept them. They
912  25  sometimes did. They sometimes told me why a study
913  1   couldn't be done and would challenge me back and
913  2   say, well, we can't do this, but we can do that,
913  3   what do you think, and that would be the kind of
913  4   dialogue we would have all the time.
913  5   Q:  But why did you write that particular
913  6   message in all capital letters?
913  7   A:  Because at this time, although I
913  8   accepted their hypothesis based on all our
913  9   discussions, I still thought we needed even more
913  10  data to have 1,000 percent certainty.

913:24  -  914:6   Scolnick, Edward 2005-06-01
913  24  Q:  Dr. Scolnick, after you wrote this
913  25  e-mail to Alise Reicin on April 12, 2000, did Merck
914  1   continue to collect and analyze data about Vioxx
914  2   during the year 2000?
914  3   A:  Yes. We continually looked at the
914  4   updated, ongoing trial database to see if there was
914  5   a difference between Vioxx and the other
914  6   nonsteroidals.

918:16  -  919:4   Scolnick, Edward 2005-06-01
918  16  Q:  Dr. Scolnick, did you consider taking
918  17  Vioxx off the market in light of the VIGOR results?
918  18  A:  No, not at all. I never considered
918  19  taking it off the market. As you know, I told you
918  20  what my initial reaction was, and in the context of
918  21  that initial reaction, I considered what kind of
918  22  labeling we would have. But as the data evolved and
918  23  there was no evidence to support my initial
918  24  reaction, I never considered taking it off the
918  25  market at all, even though I hadn't even considered

919  1   it in the beginning.

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett [919:2-919:21] |
|---|---|---|---|---|

919  2      Q:  Before the VIGOR results came out,
919  3      had you used Vioxx personally?
919  4      A:  Yes.

**Re: [919:2-919:21]**
**Pltf Obj R. 401, 403**

**[919:2-919:21]** Sustained for reasons previously stated. 403 drug too case specific to have meaning

*Sustained*

919:7   -   919:18   Scolnick, Edward 2005-06-01
919  7      Q:  For what condition?
919  8      A:  I have a chronic sciatic nerve
919  9      problem due to a disc and a back fusion that was
919  10     done in the late '70s.
919  11     Q:  How often did you take Vioxx before
919  12     the VIGOR results came out?
919  13     A:  On the average, once or twice a week.
919  14     Sometimes several days in a row when I traveled, but
919  15     on the average, once or twice a week.
919  16     Q:  After the VIGOR results came out and
919  17     showed a difference between Vioxx and naproxen, did
919  18     you stop taking Vioxx?

**Re: [919:2-919:21]**
**Pltf Obj Rules 401 and 403**

919:20   -   919:21   Scolnick, Edward 2005-06-01
919  20     THE WITNESS:  No. I used it in the
919  21     same way.

**Re: [919:20-919:21]**
**Pltf Obj Rules 401 and 403**

920:10   -   920:24   Scolnick, Edward 2005-06-01
920  10     Q:  Did you ever share your thoughts
920  11     after you had seen all the data relating to naproxen
920  12     and Vioxx and placebo, did you ever share your
920  13     feeling that you believed there was no safety
920  14     problem with Vioxx?
920  15     A:  Yes. I told people that all the
920  16     evidence we had was completely consistent with the
920  17     fact that naproxen was cardioprotective, that one
920  18     could not exclude any effect of Vioxx, because that
920  19     was trying to prove a negative, and that was very
920  20     difficult to do in science, and those were the kinds
920  21     of statements I would make to people.
920  22     Q:  Dr. Scolnick, I want to show you a
920  23     document we'll mark as Exhibit 105. It has the
920  24     numbers MRK-ACT0009918.

**Re: [920:10-920:24]**
**Pltf Obj Hearsay Rules 801 and 802**

*overrule*

921:6   -   922:4   Scolnick, Edward 2005-06-01
921  6      Q:  Can you identify for us the e-mail
921  7      that appears in the middle of the page on Exhibit
921  8      105?
921  9      A:  Yes. It is an e-mail from myself to
921  10     Alan Nies, Alise Reicin and Harry Guess. The
921  11     subject is: 'A word of Praise.'
921  12     Q:  What is the date of this e-mail?
921  13     A:  February 4, 2001.
921  14     Q:  What was the context for sending this
921  15     e-mail to that group on February 4 of 2001?
921  16     A:  I believe they were getting close to
921  17     the FDA Advisory Committee on the VIGOR results, and
921  18     I wanted to tell them that they had done a terrific

| | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|

921 19   job, and I was no longer worried about the safety of
921 20   the drug and all the issues that we've covered and,
921 21   again, thank them for the enormous amount of work
921 22   they had done so well. They were extremely
921 23   thorough.
921 24   Q:  Your e-mail says towards the middle
921 25   We all worried to death about the CV events last
922  1   Spring.' Then it says: 'But I was sick at the
922  2   thought we might be doing harm to patients.' Do you
922  3   see that?
922  4   A:  Yes, I do.

922:8   -   923:15   Scolnick, Edward 2005-06-01
922  8   Q:  What is that referring to?
922  9   A:  It is referring to my major concern
922 10   which was, as I told you earlier, I always regarded
922 11   myself as a physician first and as president of MRL
922 12   second. And the thought that I had initially that
922 13   Vioxx might be harming patients was really quite
922 14   upsetting to me, and we worried about it, we looked
922 15   for whether it was the case or not, and as I've
922 16   stated here, I told them that, I knew that they all
922 17   thought the same way, and told them that I was no
922 18   longer worried, that we had done so much analysis
922 19   and had so much other data that I had been reassured
922 20   that the drug was safe.
922 21   Q:  Your e-mail goes on to say: 'I KNOW
922 22   each of you well enough to know you felt the same
922 23   way. With all the data now available I am no longer
922 24   worried.' Do you see that?
922 25   A:  Yes, I do.
923  1   Q:  Did that reflect your state of mind
923  2   about the safety of Vioxx as of February 4, 2001?
923  3   A:  Yes. That's what I said in the
923  4   e-mail.
923  5   Q:  Did Merck continue to study and
923  6   analyze data relating to Vioxx?
923  7   A:  Yes. Again, other ongoing trials
923  8   were done. They were all analyzed in the same way
923  9   with the same standard operating procedure.
923 10   Q:  Are you familiar with a study that
923 11   was done at Merck that involved African green
923 12   monkeys?
923 13   A:  Yes, I am.
923 14   Q:  What was the background and reason
923 15   for doing that particular study?

923:17   -   924:6   Scolnick, Edward 2005-06-01
923 17   THE WITNESS:  Again, it was -- it had
923 18   twofold reasons for doing the study. One, as we
923 19   thought about the initial data, we wanted to see if
923 20   in a preclinical model that was sensitive for
923 21   testing the potential thrombotic effect of a drug,
923 22   whether Vioxx had a prothrombotic effect. Also, I
923 23   believe the FDA wanted to see some animal model that
923 24   would test the same thing, and I think there were
923 25   discussions between the FDA and Merck, although I