|  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|

```
924   1    don't recall the details of those, I'm pretty sure
924   2    there were discussions, and the African green monkey
924   3    was judged to be a very, very good, if not the best
924   4    model. So, a study was conducted in that animal by
924   5    the pharmacology group at West Point to see if Vioxx
924   6    was prothrombotic in an appropriate test.

924:22  -  927:16   Scolnick, Edward 2005-06-01
924   22   Q:  Dr. Scolnick, can you identify
924   23   Exhibit 106 for us, please?
924   24   A:  Yes. The date of this package is
924   25   January 8, 2001, and it's titled 'Response to FDA
925   1    Request For Information.' It's addressed to a Dr.
925   2    Bull at the FDA and the division that was reviewing
925   3    these drugs, and it comes from Dr. Silverman, a
925   4    member of our regulatory group.
925   5    Q:  What was the subject of the
925   6    information that was provided in Exhibit 106?
925   7    A:  The subject of the information is a
925   8    study called 'Electrical Injury Model of Arterial
925   9    and Venous Thrombus Formation in the Anesthetized
925   10   African Green Monkey: Measurement of Prothrombotic
925   11   and Antithrombotic Effects,' and it's all the data
925   12   associated with that study, I believe.
925   13   Q:  I'd like you to turn, if you would, I
925   14   think it's probably about four or five pages in. It
925   15   says 'Summary.' Maybe you can go back. I'm sorry.
925   16   A:  Yes. I have it. Page 2.
925   17   Q:  The first sentence says: 'The
925   18   present study was designed and conducted to address
925   19   concerns expressed by the FDA regarding cardiac
925   20   events seen in a subset of high risk cardiovascular
925   21   patients in the VIGOR trial (Vioxx versus
925   22   Naproxen).'  Do you see that?
925   23   A:  Yes, I do.
925   24   Q:  Is that what you recall about the
925   25   background for this study?
926   1    A:  Yes. As I said, I believe we also
926   2    had internal discussions in MRL that we wanted to
926   3    try to do something on our own, and this was a way
926   4    to satisfy both groups' interests.
926   5    Q:  Further down on the same page, the
926   6    middle of the bottom paragraph, this document
926   7    states: 'Results of the final comparative
926   8    thrombosis study showed clearly that Vioxx had
926   9    neither prothrombotic nor antithrombotic effects in
926   10   this primate model.' Do you see that?
926   11   A:  Yes, I do.
926   12   Q:  In your words, what did that mean?
926   13   A:  That meant just what it said, that
926   14   Vioxx was neutral in this model. It didn't protect
926   15   from clots, it didn't accelerate clots. The study
926   16   was well designed. It had positive controls that
926   17   did accelerate clots and two compounds that turned
926   18   out to retard clots. One was aspirin, and the other
926   19   was naproxen.
926   20   Q:  Dr. Scolnick, what effect did this
```

|  |  |  | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| | 926 | 21 | African green monkey study have on your view about | | |
| | 926 | 22 | the cardiovascular safety of Vioxx? | | |
| | 926 | 23 | A: Again, it was further evidence that | | |
| | 926 | 24 | we were right and, it, again, continued to reassure | | |
| | 926 | 25 | me that the conclusions we had reached were correct. | | |
| | 927 | 1 | Q: I want to show you a document that | | |
| | 927 | 2 | has already been marked as Exhibit Number 21 from | | |
| | 927 | 3 | May 17, 2001. It has the numbers MRK-NJ0074693 | | |
| | 927 | 4 | through 4701. Can you identify Exhibit 21, please? | | |
| | 927 | 5 | A: Yes. It is a paper. This is a paper | | |
| | 927 | 6 | published in Circulation in, I guess, November '01 | | |
| | 927 | 7 | or late 2001 by Marvin Konstam and another group of | | |
| | 927 | 8 | authors, some of whom are from Merck. And it is | | |
| | 927 | 9 | titled 'Cardiovascular Thrombotic Events in | | |
| | 927 | 10 | Controlled Clinical Trials of Rofecoxib,' which is | | |
| | 927 | 11 | another name for Vioxx. | | |
| | 927 | 12 | Q: Was this a study that analyzed the | | |
| | 927 | 13 | risk of cardiovascular events with Vioxx? | | |
| | 927 | 14 | A: Yes. It was a meta-analysis. | | |
| | 927 | 15 | Q: What is a meta-analysis? | | |
| | 927 | 16 | A: Meta-analysis is -- | | |
| 927:19 | - | 927:23 | Scolnick, Edward 2005-06-01 | | |
| | 927 | 19 | THE WITNESS: Meta-analysis is a | | |
| | 927 | 20 | combined analysis of large groups of similar | | |
| | 927 | 21 | patients to see if you can have a more sensitive way | | |
| | 927 | 22 | of detecting an effect than in each individual small | | |
| | 927 | 23 | group. | | |
| 927:25 | - | 929:2 | Scolnick, Edward 2005-06-01 | | |
| | 927 | 25 | Q: How many Vioxx studies were included | | |
| | 928 | 1 | in this meta-analysis in Exhibit 21? | | |
| | 928 | 2 | A: The methods part of the paper states | | |
| | 928 | 3 | that there were 23 Phase IIb to Phase V Vioxx | | |
| | 928 | 4 | studies. | | |
| | 928 | 5 | Q: And how many patients were included | | |
| | 928 | 6 | in this meta-analysis? | | |
| | 928 | 7 | A: Again, the methods section states | | |
| | 928 | 8 | that there were more than 28,000 patients studied in | | |
| | 928 | 9 | this meta-analysis. | | |
| | 928 | 10 | Q: What did this meta-analysis show | | |
| | 928 | 11 | about the risk of cardiovascular events with Vioxx? | | |
| | 928 | 12 | A: There were two -- there were three | | |
| | 928 | 13 | statements of the data, again, in the results | | |
| | 928 | 14 | summary here at the front of the paper. One is | | |
| | 928 | 15 | comparing Vioxx with placebo, one is comparing Vioxx | | |
| | 928 | 16 | to non-naproxen nonsteroidals and then to naproxen, | | |
| | 928 | 17 | and that the relevant sentences read: The relative | | |
| | 928 | 18 | risk for an end point was 0.84, that means less than | | |
| | 928 | 19 | 1, when comparing Vioxx to placebo; when comparing | | |
| | 928 | 20 | Vioxx -- 0.79 when comparing Vioxx to non-naproxen | | |
| | 928 | 21 | NSAIDs, again, less than 1, with no signal for risk, | | |
| | 928 | 22 | therefore; and 1.69 when comparing rofecoxib to | | |
| | 928 | 23 | naproxen, again, showing that naproxen was lower | | |
| | 928 | 24 | than Vioxx as we had previously seen. | | |
| | 928 | 25 | Q: What effect did the results of | | |
| | 929 | 1 | Exhibit 21 have on your view about the safety of | | |

|  |  |  | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| | 929 | 2 | Vioxx in November of 2001? | | |
| 929:4 | - | 929:5 | Scolnick, Edward 2005-06-01 | | |
| | 929 | 4 | THE WITNESS: Again, it continued to | | |
| | 929 | 5 | reassure me yet again that the drug was safe. | | |
| 929:7 | - | 929:10 | Scolnick, Edward 2005-06-01 | | |
| | 929 | 7 | Q: Dr. Scolnick, did there come a time | | |
| | 929 | 8 | when the FDA approved Vioxx for use with rheumatoid | | |
| | 929 | 9 | arthritis patients? | | |
| | 929 | 10 | A: Yes. | | |
| 931:14 | - | 931:25 | Scolnick, Edward 2005-06-01 | | |
| | 931 | 14 | Q: When the FDA approved Vioxx for use | | |
| | 931 | 15 | with rheumatoid arthritis in April of 2002, did it | | |
| | 931 | 16 | have in its possession the FitzGerald prostacyclin | | |
| | 931 | 17 | study that we've talked about? | | |
| | 931 | 18 | A: Yes. That had been submitted a long | | |
| | 931 | 19 | time ago. | | |
| | 931 | 20 | Q: Did it have all of the results from | | |
| | 931 | 21 | the VIGOR study? | | |
| | 931 | 22 | A: Yes. | | |
| | 931 | 23 | Q: Had the results from the VIGOR study | | |
| | 931 | 24 | been debated at an FDA Advisory Committee prior to | | |
| | 931 | 25 | this approval? | | |
| 932:2 | - | 932:2 | Scolnick, Edward 2005-06-01 | | |
| | 932 | 2 | THE WITNESS: Yes. Very fully. | | |
| 932:4 | - | 932:11 | Scolnick, Edward 2005-06-01 | | |
| | 932 | 4 | Q: What effect did this approval from | | |
| | 932 | 5 | the FDA in April of 2002 have on your views about | | |
| | 932 | 6 | the safety of Vioxx? | | |
| | 932 | 7 | A: Well, the approval simply reconfirmed | | |
| | 932 | 8 | what we had already concluded, that the drug was | | |
| | 932 | 9 | safe and that it was perfectly appropriate to be | | |
| | 932 | 10 | used in both osteoarthritis and rheumatoid | | |
| | 932 | 11 | arthritis. | | |
| 934:20 | - | 937:1 | Scolnick, Edward 2005-06-01 | | |
| | 934 | 20 | Q: Are you familiar with an analyst by | | |
| | 934 | 21 | the name of Stover? | | |
| | 934 | 22 | A: Yes, I am. | | |
| | 934 | 23 | Q: I think his name is Richard Stover? | | |
| | 934 | 24 | A: I think so. | | |
| | 934 | 25 | Q: Are you familiar with some type of an | | |
| | 935 | 1 | analysis that was done by a Richard Stover in the | | |
| | 935 | 2 | latter part of 2001? | | |
| | 935 | 3 | A: I'm generally familiar with it. I | | |
| | 935 | 4 | don't recall the details of it. | | |
| | 935 | 5 | Q: Did Mr. Stover raise some questions | | |
| | 935 | 6 | about whether Vioxx was safe? | | |
| | 935 | 7 | A: Yes. | | |
| | 935 | 8 | Q: Is Mr. Stover a scientist? | | |
| | 935 | 9 | A: No. | | |
| | 935 | 10 | Q: I want to show you a document that | | |
| | 935 | 11 | has previously been marked as Exhibit Number 4 on | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 935 | 12 | March 22nd, 2005, and has the numbers MRK-ABI0005912 | | |
| 935 | 13 | through 5915. | | |
| 935 | 14 | On the first page of this exhibit, | | |
| 935 | 15 | can you identify the second to last e-mail that | | |
| 935 | 16 | appears on the front page there? | | |
| 935 | 17 | A: The one that goes from Mr. Anstice to | | |
| 935 | 18 | me? | | |
| 935 | 19 | Q: The one just above that, I believe. | | |
| 935 | 20 | A: I'm sorry. The one that goes from | | |
| 935 | 21 | Mr. Anstice to Laura Jordan? | | |
| 935 | 22 | Q: No. The one from you to Mr. Anstice | | |
| 935 | 23 | about two-thirds of the way down. | | |
| 935 | 24 | A: Oh, the very bottom of the -- oh, | | |
| 935 | 25 | yes, I see. I'm sorry. From me to Mr. Anstice, | | |
| 936 | 1 | Re: Analyst report on Vioxx.' | | |
| 936 | 2 | Q: Yes. | | |
| 936 | 3 | A: Yes. | | |
| 936 | 4 | Q: What's the date of that e-mail? | | |
| 936 | 5 | A: December 5th, 2001. | | |
| 936 | 6 | Q: Is there something that's attached to | | |
| 936 | 7 | this e-mail? | | |
| 936 | 8 | A: Yes. It is an investment report put | | |
| 936 | 9 | out by the firm that Mr. Stover worked for and | | |
| 936 | 10 | authored by Mr. Stover. | | |
| 936 | 11 | Q: Now, in your e-mail to Mr. Anstice on | | |
| 936 | 12 | December 5th, 2001, you write, 'David, If he says | | |
| 936 | 13 | this I will boil him in oil at the meeting.' Do you | | |
| 936 | 14 | see that? | | |
| 936 | 15 | A: I do. | | |
| 936 | 16 | Q: Were you expecting Mr. Stover to show | | |
| 936 | 17 | up at some type of a meeting? | | |
| 936 | 18 | A: I didn't know whether he would or | | |
| 936 | 19 | wouldn't show up. In early December of each year, | | |
| 936 | 20 | Merck has a meeting at its corporate headquarters | | |
| 936 | 21 | for analysts who want to know what's going on in the | | |
| 936 | 22 | company, and he would be free to come as any other | | |
| 936 | 23 | analyst would be. So, I think the Merck people were | | |
| 936 | 24 | thinking he would come. | | |
| 936 | 25 | Q: Why did you say to Mr. Anstice that | | |
| 937 | 1 | you would boil him in oil if Mr. Stover showed up? | | |
| 937:4 - 937:13 | | Scolnick, Edward 2005-06-01 | | |
| 937 | 4 | THE WITNESS: Well, I had read his | | |
| 937 | 5 | report. I obviously wasn't going to literally boil | | |
| 937 | 6 | him in oil. I read his report, and I thought it was | | |
| 937 | 7 | ridiculous based upon all the data we had and | | |
| 937 | 8 | several other pieces of information that had become | | |
| 937 | 9 | publicly available by other independent groups, | | |
| 937 | 10 | scientific groups, as opposed to Wall Street stock | | |
| 937 | 11 | analysts, and they were more authoritative than he | | |
| 937 | 12 | was, and that this was kind of a silly thing. | | |
| 937 | 13 | That's why I was referring to it that way. | | |
| 937:15 - 938:17 | | Scolnick, Edward 2005-06-01 | | |
| 937 | 15 | Q: You say in your e-mail to Mr. | | |
| 937 | 16 | Anstice, 'I have never seen any analyst provide data | | |
| 937 | 17 | analysis on his own. I think Merck should do | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 937 18 | | something about him. I will have the medical | | |
| 937 19 | | letter, the Goldman Sachs quote from FitzGerald and | | |
| 937 20 | | the Funk article ready to give him in person. I | | |
| 937 21 | | will walk from the stage, hand them to him in a | | |
| 937 22 | | binder and suggest to him that they just may be | | |
| 937 23 | | better qualified than he is to judge medical data.' | | |
| 937 24 | | Do you see that? | | |
| 937 25 | | A: I do. That's what I meant by boiling | | |
| 938 1 | | him in oil. I was going to present him with all the | | |
| 938 2 | | data that he could analyze on his own as opposed to | | |
| 938 3 | | his own analysis. | | |
| 938 4 | | Q: Now let me ask you this. You refer | | |
| 938 5 | | to something called a Medical Letter? | | |
| 938 6 | | A: Yes. | | |
| 938 7 | | Q: What is The Medical Letter? | | |
| 938 8 | | A: Medical Letter is an independent | | |
| 938 9 | | scientific document that comes out, I believe, once | | |
| 938 10 | | monthly. It is put out by an independent | | |
| 938 11 | | organization. I don't recall who that organization | | |
| 938 12 | | is. It is regarded in the medical world as an | | |
| 938 13 | | authoritative, independent analysis of clinical data | | |
| 938 14 | | that's associated with drugs that either have been | | |
| 938 15 | | approved or just approved that are certainly | | |
| 938 16 | | available to be used by the American public, | | |
| 938 17 | | American physicians. | | |
| 939:16 - 940:10 | | Scolnick, Edward 2005-06-01 | Re: [939:16-940:10] Pltf Obj Hearsay Rules 801 and 802 | Overrule |
| 939 16 | | Q: Dr. Scolnick, can you identify | | |
| 939 17 | | Exhibit 108? | | |
| 939 18 | | A: Yes. It is a Medical Letter from | | |
| 939 19 | | November 12, 2001. Its title is, 'Cardiovascular | | |
| 939 20 | | Safety of COX-2 Inhibitors.' | | |
| 939 21 | | Q: Is Exhibit 108 The Medical Letter | | |
| 939 22 | | that you were referring to in your e-mail to Mr. | | |
| 939 23 | | Anstice on December 5th? | | |
| 939 24 | | A: Yes, I believe so. | | |
| 939 25 | | Q: I would like you to turn, if you | | |
| 940 1 | | would, to the second page of Exhibit 108, The | | |
| 940 2 | | Medical Letter, and there's a paragraph that has the | | |
| 940 3 | | heading, 'Conclusion.' Do you see that? | | |
| 940 4 | | A: Yes. | | |
| 940 5 | | Q: It states at the bottom, 'Until more | | |
| 940 6 | | prospective studies with and without low-dose | | |
| 940 7 | | aspirin are available, it would be premature to | | |
| 940 8 | | conclude that rofecoxib or celecoxib increase the | | |
| 940 9 | | risk of thrombotic cardiovascular disease.' Do you | | |
| 940 10 | | see that? | | |
| 940:12 - 940:12 | | Scolnick, Edward 2005-06-01 | | |
| 940 12 | | THE WITNESS: Yes, I do. | | |
| 940:14 - 940:15 | | Scolnick, Edward 2005-06-01 | | |
| 940 14 | | Q: What did you understand The Medical | | |
| 940 15 | | Letter to be concluding at that point? | | |
| 940:18 - 940:21 | | Scolnick, Edward 2005-06-01 | | |
| 940 18 | | THE WITNESS: I believe that they | | |

|  |  |  | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| | 940 | 19 | were concluding exactly what we had concluded, that | | |
| | 940 | 20 | there was no evidence to support a prothrombotic | | |
| | 940 | 21 | effect of Vioxx. | | |
| 941:5 - | 941:7 | | Scolnick, Edward 2005-06-01 | | |
| | 941 | 5 | How did this conclusion from The | | |
| | 941 | 6 | Medical Letter on November 12, 2001 affect your | | |
| | 941 | 7 | views about the cardiovascular safety of Vioxx? | | |
| 941:10 - | 941:14 | | Scolnick, Edward 2005-06-01 | | |
| | 941 | 10 | THE WITNESS: It greatly, again, | | |
| | 941 | 11 | reassured me, yet again, that an independent group | | |
| | 941 | 12 | that had absolutely no vested interest in Vioxx had | | |
| | 941 | 13 | come to the same conclusions we had come to, looking | | |
| | 941 | 14 | at all the data that was available. | | |
| 942:19 - | 943:20 | | Scolnick, Edward 2005-06-01 | | |
| | 942 | 19 | Q: Can you identify Exhibit 109? | | |
| | 942 | 20 | A: Yes. It is entitled, 'MRK (RL): | | |
| | 942 | 21 | COX-2 Conference Call Review' conducted by Lecroy | | |
| | 942 | 22 | Kelly, by Goldman Sachs, and the date is November | | |
| | 942 | 23 | 28, 2001. | | |
| | 942 | 24 | Q: Near the top of Exhibit 109, it says, | | |
| | 942 | 25 | On Tuesday, November 27, we hosted a conference | | |
| | 943 | 1 | call on the COX-2 class of drugs. The call was led | | |
| | 943 | 2 | by Garret FitzGerald, M.D.' Do you see that? | | |
| | 943 | 3 | A: Yes, I do. | | |
| | 943 | 4 | Q: That's the Dr. FitzGerald that had | | |
| | 943 | 5 | the prostacyclin theory that we referred to? | | |
| | 943 | 6 | A: Yes, it is. | | |
| | 943 | 7 | Q: Near the bottom of the first page of | | |
| | 943 | 8 | this exhibit, it says, 'WHY MIGHT COX-2S INCREASE CV | | |
| | 943 | 9 | RISK?' Do you see that? | | |
| | 943 | 10 | A: Yes, I do. | | |
| | 943 | 11 | Q: Then it says, 'The explanation for | | |
| | 943 | 12 | Vioxx's apparent increased CV risk is twofold. | | |
| | 943 | 13 | First, naproxen could be a great inhibitor of | | |
| | 943 | 14 | platelet function and thus make Vioxx look | | |
| | 943 | 15 | especially bad.' Do you see that? | | |
| | 943 | 16 | A: Yes. | | |
| | 943 | 17 | Q: Is that referring to the VIGOR trial? | | |
| | 943 | 18 | A: I believe so. | | |
| | 943 | 19 | Q: Is that referring to the naproxen | | |
| | 943 | 20 | explanation for VIGOR? | | |
| 943:22 - | 943:22 | | Scolnick, Edward 2005-06-01 | | |
| | 943 | 22 | THE WITNESS: I believe so. | | |
| 943:24 - | 944:7 | | Scolnick, Edward 2005-06-01 | | |
| | 943 | 24 | Q: Then it says, 'Second, Vioxx could | | |
| | 943 | 25 | inhibit vascular prostacyclin which helps prevent | | |
| | 944 | 1 | unnecessary clotting. The theory is that this | | |
| | 944 | 2 | slight increase in coagulability could tip the | | |
| | 944 | 3 | scales toward thrombosis in patient populations | | |
| | 944 | 4 | already at risk of having CV events (i.e. rheumatoid | | |
| | 944 | 5 | arthritis patients).' Do you see that? | | |
| | 944 | 6 | A: Yes, I do. | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 944 7 | | Q: What is that referring to there? | | |
| 944:9 - 944:10 | | Scolnick, Edward 2005-06-01 | | Sustained |
| 944 9 | | THE WITNESS: That is referring to | | |
| 944 10 | | the FitzGerald hypothesis, basically | | |
| 944:12 - 944:18 | | Scolnick, Edward 2005-06-01 | | [944:12-946:7] |
| 944 12 | | Q: Then it says, 'Dr. FitzGerald | Re: [944:12-946:7] | Sustained "my |
| 944 13 | | suggests that there is little evidence of the latter | Pltf Obj Best Evidence; | interpretation of his |
| 944 14 | | theory and ample evidence for the first one.' Do | Hearsay; improper | comments" -at best |
| 944 15 | | you see that? | witness is not an expert | speculation |
| 944 16 | | A: I do. | on this topic | |
| 944 17 | | Q: What, in your words, is Dr. | | |
| 944 18 | | FitzGerald saying there? | | |
| 944:22 - 945:1 | | Scolnick, Edward 2005-06-01 | | [944:12-946:7] |
| 944 22 | | THE WITNESS: My interpretation of | Re: [944:12-946:7] | Sustained "my |
| 944 23 | | Dr. Fitzgerald's comments is that he says there's | Pltf Obj Best Evidence; | interpretation of his |
| 944 24 | | ample evidence to support the naproxen hypothesis | Hearsay; Hearsay; | comments" -at best |
| 944 25 | | and little evidence, in his opinion, to support his | improper witness is not | speculation |
| 945 1 | | theory as regards the VIGOR study. | an expert on this topic | |
| 945:3 - 945:8 | | Scolnick, Edward 2005-06-01 | | [944:12-946:7] |
| 945 3 | | Q: His theory about? I'm sorry. | Re: [944:12-946:7] | Sustained "my |
| 945 4 | | A: As regards the VIGOR study, as | Pltf Obj Best Evidence; | interpretation of his |
| 945 5 | | regards an explanation for the VIGOR study. | Hearsay; Hearsay; | comments" -at best |
| 945 6 | | Q: His theory about prostacyclin? | improper witness is not | speculation |
| 945 7 | | A: His theory about how prostacyclin | an expert on this topic | |
| 945 8 | | might affect the results of the VIGOR trial. | | |
| 945:12 - 945:14 | | Scolnick, Edward 2005-06-01 | | [944:12-946:7] |
| 945 12 | | Q: Dr. Scolnick, what effect did this | Re: [944:12-946:7] | Sustained "my |
| 945 13 | | statement from Dr. FitzGerald have on your view | Pltf Obj Best Evidence; | interpretation of his |
| 945 14 | | about the cardiovascular safety of Vioxx? | Hearsay; Hearsay; | comments" -at best |
| | | | improper witness is not | speculation |
| | | | an expert on this topic | |
| 946:2 - 946:7 | | Scolnick, Edward 2005-06-01 | | |
| 946 2 | | THE WITNESS: Dr. Fitzgerald's | | |
| 946 3 | | comments were very important because he was the | Re: [944:12-946:7] | |
| 946 4 | | author of the hypothesis, he was one of the experts | Pltf Obj Best Evidence; | |
| 946 5 | | in the field, and knowing what he believed, having | Hearsay; Hearsay; | Overruled |
| 946 6 | | read this, I, again, was, yet again, reassured that | improper witness is not | |
| 946 7 | | we were correct in our interpretation. | an expert on this topic | |
| 951:13 - 951:22 | | Scolnick, Edward 2005-06-01 | | |
| 951 13 | | Q: Dr. Scolnick, can you please identify | | |
| 951 14 | | Exhibit 111? | | |
| 951 15 | | A: Yes. It is an e-mail from myself to | | |
| 951 16 | | Dr. Alise Reicin. It is November 7, 2001. The | | |
| 951 17 | | subject is 'Comfort.' | | |
| 951 18 | | Q: Dr. Scolnick, in looking at this | | |
| 951 19 | | e-mail, does this refresh your memory as to whether | | |
| 951 20 | | you told any of your colleagues at Merck near the | | |

| | | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| | 951 | 21 | end of 2001 that you were comfortable with the data | | |
| | 951 | 22 | and felt you didn't have any problems with Vioxx? | | |
| 951:24 | - | 952:12 | Scolnick, Edward 2005-06-01 | | |
| | 951 | 24 | THE WITNESS: I don't recall this | | |
| | 951 | 25 | memo, but it's clear I wrote it. | | |
| | 952 | 1 | BY MR. RABER: | | |
| | 952 | 2 | Q: Can you read to us what it says, | | |
| | 952 | 3 | please? | | |
| | 952 | 4 | A: 'Alise Thanks for the update today. | | |
| | 952 | 5 | The rates in the Alzheimer's study and the large | | |
| | 952 | 6 | numbers of patients included make me very | | |
| | 952 | 7 | comfortable with the data and that we do not have | | |
| | 952 | 8 | any problems. Many thanks again/ Ed.' | | |
| | 952 | 9 | Q: Does this e-mail that you wrote on | | |
| | 952 | 10 | November 7, 2001 accurately reflect your state of | | |
| | 952 | 11 | mind about the safety of Vioxx at that time? | | |
| | 952 | 12 | A: Yes, it does. | | |
| 952:13 | - | 957:11 | Scolnick, Edward 2005-06-01 | | |
| | 952 | 13 | Q: Dr. Scolnick, have you heard of the | | |
| | 952 | 14 | term 'CV outcomes trial' or 'CV outcomes study'? | | |
| | 952 | 15 | A: Yes. | | |
| | 952 | 16 | Q: What is a CV outcomes study? | | |
| | 952 | 17 | A: A CV outcomes study is a study that | | |
| | 952 | 18 | has in it a protocol design to measure | | |
| | 952 | 19 | cardiovascular outcomes as a function of two | | |
| | 952 | 20 | variables. | | |
| | 952 | 21 | Q: Did there come a time in the second | | |
| | 952 | 22 | half of 2001 where you felt that Merck should try to | | |
| | 952 | 23 | do some type of a CV outcomes study? | | |
| | 952 | 24 | A: Yes. | | |
| | 952 | 25 | Q: Why did you believe that if you felt | | |
| | 953 | 1 | that Vioxx was safe? | | |
| | 953 | 2 | A: I believed that based on of all the | | |
| | 953 | 3 | data that we had and had constantly analyzed, all | | |
| | 953 | 4 | the experiments that we had done, all the articles | | |
| | 953 | 5 | written by experts that the drug was safe, that | | |
| | 953 | 6 | despite that, there continued to be newspaper | | |
| | 953 | 7 | articles and people publicly on the outside saying | | |
| | 953 | 8 | they did not believe that was the interpretation, | | |
| | 953 | 9 | and, therefore, I thought it still was necessary for | | |
| | 953 | 10 | us to do yet another study versus placebo in some | | |
| | 953 | 11 | way, which is the point I've made all along, in | | |
| | 953 | 12 | order to fully put this question to rest. | | |
| | 953 | 13 | Q: How strongly did you feel about that | | |
| | 953 | 14 | at that time? | | |
| | 953 | 15 | A: Very strongly. Despite all of my | | |
| | 953 | 16 | personal feelings of reassurance, I thought we were | | |
| | 953 | 17 | obligated, if people still doubted it, to do yet | | |
| | 953 | 18 | another study. | | |
| | 953 | 19 | Q: I'm want to show you a document that | | |
| | 953 | 20 | already has been marked as Exhibit 9 on March 22nd, | | |
| | 953 | 21 | 2005, it has the numbers MRK-ABH0013917. Dr. | | |
| | 953 | 22 | Scolnick, can you identify Exhibit 9, please? | | |
| | 953 | 23 | A: Exhibit 9 is an e-mail from myself to | | |
| | 953 | 24 | David Anstice, Mr. Wold-Olsen, Mr. Sheares and Mr. | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 953 | 25 | Paul Bell, and its subject is, 'Upcoming BB | | |
| 954 | 1 | meeting.' BB stands for Branchburg, a meeting place | | |
| 954 | 2 | that we used to use. | | |
| 954 | 3 | Q: What's the date of your e-mail? | | |
| 954 | 4 | A: September 13, 2001. | | |
| 954 | 5 | Q: You state in this e-mail that, 'I | | |
| 954 | 6 | want to give you a list of the only studies that I | | |
| 954 | 7 | regard as ESSENTIAL.' Do you see that? | | |
| 954 | 8 | A: Yes. | | |
| 954 | 9 | Q: And then you say, '1. For Vioxx: | | |
| 954 | 10 | Only the Cv outcome study. ONLY ESSENTIAL STUDY!' | | |
| 954 | 11 | Correct? | | |
| 954 | 12 | A: Yes. That's what the memo says. | | |
| 954 | 13 | Q: Why did you communicate that | | |
| 954 | 14 | information in that way, that is, with all capital | | |
| 954 | 15 | letters? | | |
| 954 | 16 | A: I communicated it because this was an | | |
| 954 | 17 | annual planning meeting for clinical studies that | | |
| 954 | 18 | would be carried out in the following year by either | | |
| 954 | 19 | the MRL clinical group or the clinical group in | | |
| 954 | 20 | marketing area, and had to be planned for and | | |
| 954 | 21 | budgeted for, and I thought because of the | | |
| 954 | 22 | continuation of skeptics, some skeptics outside of | | |
| 954 | 23 | Merck on the interpretation of the VIGOR data, that | | |
| 954 | 24 | we really still needed to carry out yet another | | |
| 954 | 25 | study even though I thought the drug was safe. | | |
| 955 | 1 | Q: Dr. Scolnick, did Merck take steps to | | |
| 955 | 2 | try to design a CV outcomes study? | | |
| 955 | 3 | A: Yes, we did. | | |
| 955 | 4 | Q: Did Merck seek the advice of outside | | |
| 955 | 5 | consultants with regard to designing such a study? | | |
| 955 | 6 | A: Yes, we did. | | |
| 955 | 7 | Q: Did Merck encounter some difficulties | | |
| 955 | 8 | in designing such a study? | | |
| 955 | 9 | A: Yes. There were several difficulties | | |
| 955 | 10 | encountered in trying to think through a design that | | |
| 955 | 11 | would adequately answer the question versus placebo. | | |
| 955 | 12 | Q: Why was it so difficult to design a | | |
| 955 | 13 | CV outcomes study? | | |
| 955 | 14 | A: Well, there were two thoughts that | | |
| 955 | 15 | remained fixed in people's minds in thinking about | | |
| 955 | 16 | the initial trial designs. One was a trial design | | |
| 955 | 17 | that would be carried out in patients with | | |
| 955 | 18 | osteoarthritis who have pain. And as I've said | | |
| 955 | 19 | before, to me, the critical experiment, the | | |
| 955 | 20 | additional information needed to quiet naysayers or | | |
| 955 | 21 | to address their concerns was comparative agent -- | | |
| 955 | 22 | comparative data to placebo. And every time a trial | | |
| 955 | 23 | design was considered with regard to Vioxx versus | | |
| 955 | 24 | placebo in osteoarthritis, many people felt, and I | | |
| 955 | 25 | agreed, that was it was not a study that could be | | |
| 956 | 1 | done for ethical reasons. You couldn't keep people | | |
| 956 | 2 | on no drug, no painkiller for long periods of time, | | |
| 956 | 3 | long enough to really accumulate cardiovascular | | |
| 956 | 4 | outcomes as part of the trial while you were | | |
| 956 | 5 | studying the efficacy of the drug compared to | | |
| 956 | 6 | whatever you were studying it to. So, that always | | |

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 956 | 7 | was a problem. | | |
| 956 | 8 | Then there were a number of ideas | | |
| 956 | 9 | suggested by a variety of people about carrying out | | |
| 956 | 10 | the trial in a very different way, and that is in | | |
| 956 | 11 | patients with high risk, already known | | |
| 956 | 12 | cardiovascular disease, and at high risk for having | | |
| 956 | 13 | some kind of cardiovascular event. When those trial | | |
| 956 | 14 | designs were considered, clearly they had problems, | | |
| 956 | 15 | too. On the one hand, everyone in the trial would | | |
| 956 | 16 | have to be on some kind of anti-thrombotic | | |
| 956 | 17 | medications, if not one, more than one, aspirin and | | |
| 956 | 18 | drugs like heparin or clopidogrel, that might mask | | |
| 956 | 19 | the effect of a drug like Vioxx. We would do the | | |
| 956 | 20 | study. If Vioxx had been prothrombotic, we would | | |
| 956 | 21 | get a negative result. It wasn't, people would say | | |
| 956 | 22 | you masked the effect by having anti-thrombotic | | |
| 956 | 23 | agents. So, that wasn't an acceptable trial design. | | |
| 956 | 24 | And yet again in considering those | | |
| 956 | 25 | trials in patients with cardiovascular disease, | | |
| 957 | 1 | knowing that Vioxx in some patients could cause | | |
| 957 | 2 | fluid retention and high blood pressure, that didn't | | |
| 957 | 3 | seem like a very ethical thing to do in patients | | |
| 957 | 4 | with cardiovascular risk. So, we could never come | | |
| 957 | 5 | up with a design, no matter how many people thought | | |
| 957 | 6 | about it, that satisfied what everybody regarded and | | |
| 957 | 7 | I constantly regarded as the critical question. And | | |
| 957 | 8 | it took many people a lot of time to try to | | |
| 957 | 9 | eventually come up with a design that actually could | | |
| 957 | 10 | be carried out in an ethical and proper way and | | |
| 957 | 11 | still give the information we wanted. | | |
| 957:16 - 957:18 | | Scolnick, Edward 2005-06-01 | | |
| 957 | 16 | Q: Did Merck give up trying to design a | | |
| 957 | 17 | CV study because of these problems you just | | |
| 957 | 18 | described? | | |
| 957:20 - 957:23 | | Scolnick, Edward 2005-06-01 | | |
| 957 | 20 | THE WITNESS: No. The clinical group | | |
| 957 | 21 | was constantly challenged to try to think of some | | |
| 957 | 22 | way to come up with an appropriate trial design and | | |
| 957 | 23 | eventually did. | | |
| 957:25 - 958:21 | | Scolnick, Edward 2005-06-01 | | |
| 957 | 25 | Q: What was the design that the people | | |
| 958 | 1 | at Merck came up with at that point? | | |
| 958 | 2 | A: I have to credit Barry Gertz for this | | |
| 958 | 3 | because he came to one of our group meetings, I | | |
| 958 | 4 | don't remember which one, and pointed out that we'd | | |
| 958 | 5 | already started some trials testing Vioxx in cancer | | |
| 958 | 6 | for a different reason. Over the course of the | | |
| 958 | 7 | years that the COX-2 inhibitors had been available, | | |
| 958 | 8 | a number of studies had been carried out, some in | | |
| 958 | 9 | people, some in animals, that showed that Vioxx | | |
| 958 | 10 | might prevent the recurrence of polyps of the large | | |
| 958 | 11 | intestine, might retard the growth of certain kinds | | |
| 958 | 12 | of cancers, like colon cancer or prostate cancer, | | |
| 958 | 13 | and that we had begun and were planning additional | | |

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 958 14 |  | cancer studies comparing Vioxx to placebo for either |  |  |
| 958 15 |  | its treatment benefit or its preventive benefit in |  |  |
| 958 16 |  | various settings in cancer, and since those patients |  |  |
| 958 17 |  | could be completely -- in those patients we could |  |  |
| 958 18 |  | compare Vioxx to placebo, that seemed like a way to |  |  |
| 958 19 |  | collect the cardiovascular data versus placebo that |  |  |
| 958 20 |  | we had been searching for and not been able to think |  |  |
| 958 21 |  | of until this period of time. |  |  |
| 959:2 - | 959:20 | Scolnick, Edward 2005-06-01 |  |  |
| 959 2 |  | How many cancer trials were either |  |  |
| 959 3 |  | underway or planned at that time when Mr. Gertz came |  |  |
| 959 4 |  | up with this idea? |  |  |
| 959 5 |  | A: There were three planned. I don't |  |  |
| 959 6 |  | remember exactly what was underway. At least one of |  |  |
| 959 7 |  | them was already underway, the colonic polyp trial. |  |  |
| 959 8 |  | I don't remember whether the others were or weren't |  |  |
| 959 9 |  | underway, there were three. There was one in |  |  |
| 959 10 |  | colonic polyp recurrence prevention. There was one |  |  |
| 959 11 |  | in colonic cancer after surgery, seeing if time to |  |  |
| 959 12 |  | getting another tumor or metastasis would be |  |  |
| 959 13 |  | prevented. And there was a prostate cancer trial |  |  |
| 959 14 |  | that was going to be done. I don't recall the exact |  |  |
| 959 15 |  | design of that trial. |  |  |
| 959 16 |  | Q: So, you had three cancer studies, |  |  |
| 959 17 |  | though? |  |  |
| 959 18 |  | A: Yes, I think so. |  |  |
| 959 19 |  | Q: Was there a separate protocol that |  |  |
| 959 20 |  | Merck set up to combine those three studies? |  |  |
| 959:22 - | 960:3 | Scolnick, Edward 2005-06-01 |  |  |
| 959 22 |  | THE WITNESS: Yes. It developed a |  |  |
| 959 23 |  | cardiovascular outcomes protocol with the agreement |  |  |
| 959 24 |  | of the FDA that all of the cardiovascular events in |  |  |
| 959 25 |  | the three trials could be aggregated together, |  |  |
| 960 1 |  | compared to placebo in order to look for whether |  |  |
| 960 2 |  | Vioxx had an increased risk of cardiovascular |  |  |
| 960 3 |  | events. |  |  |
| 960:5 - | 960:14 | Scolnick, Edward 2005-06-01 |  |  |
| 960 5 |  | Q: Did that protocol of combining these |  |  |
| 960 6 |  | three trials make sense to you? |  |  |
| 960 7 |  | A: Yes. I thought, actually, it was a |  |  |
| 960 8 |  | terrific idea. It satisfied what I had always |  |  |
| 960 9 |  | thought was the critical issue, that we'd have more |  |  |
| 960 10 |  | data comparing Vioxx to placebo. They were studies |  |  |
| 960 11 |  | designed ethically to show efficacy and collect, in |  |  |
| 960 12 |  | a prospective way, predefined endpoint, the |  |  |
| 960 13 |  | cardiovascular outcomes that would finally put the |  |  |
| 960 14 |  | whole question to rest. |  |  |
| 960:18 - | 960:20 | Scolnick, Edward 2005-06-01 |  |  |
| 960 18 |  | Q: Did you believe that you could get |  |  |
| 960 19 |  | this cardiovascular data sooner or later with this |  |  |
| 960 20 |  | combined protocol compared to designing a new study? |  |  |
| 960:22 - | 961:2 | Scolnick, Edward 2005-06-01 |  |  |

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 960 | 22 | THE WITNESS: Dr. Gertz pointed out | | |
| 960 | 23 | that the data we would get would actually come in | | |
| 960 | 24 | sooner than starting yet a new study, and that was | | |
| 960 | 25 | even more exciting from my perspective. It was even | | |
| 961 | 1 | better, because we would have the data sooner than | | |
| 961 | 2 | we would if we had to start a new study. | | |

961:4  -  962:1    Scolnick, Edward 2005-06-01

| 961 | 4 | Q: How was it that you would have the |
| 961 | 5 | data sooner under the protocol of combining the |
| 961 | 6 | studies? |
| 961 | 7 | A: Well, because at least one of the |
| 961 | 8 | studies and maybe more than one, I don't remember, |
| 961 | 9 | had already begun a year or two before and so, there |
| 961 | 10 | was going to be data that had already been |
| 961 | 11 | accumulated and would accumulate. And there was |
| 961 | 12 | always a lag time in starting a new study and |
| 961 | 13 | setting it up and recruiting patients. So, there |
| 961 | 14 | was actually a big advantage in time to carrying out |
| 961 | 15 | the suggestion that Dr. Gertz had come up with. |
| 961 | 16 | Q: Dr. Scolnick, you understand that on |
| 961 | 17 | September 30th of 2004 Merck voluntarily withdrew |
| 961 | 18 | Vioxx from the market? |
| 961 | 19 | A: Yes, I do. |
| 961 | 20 | Q: Did you play any role in the decision |
| 961 | 21 | to withdraw Vioxx? |
| 961 | 22 | A: No, I did not. |
| 961 | 23 | Q: The plaintiff has suggested that you |
| 961 | 24 | and others at Merck put profits ahead of patient |
| 961 | 25 | safety when it came to Vioxx. What do you say to |
| 962 | 1 | that? |

962:3  -  962:10    Scolnick, Edward 2005-06-01

| 962 | 3 | THE WITNESS: I think it is crystal |
| 962 | 4 | clear from all of our discussions about all of the |
| 962 | 5 | studies we did and continue to do and the thoughts |
| 962 | 6 | we had and all of the data that was available that |
| 962 | 7 | we did not do that. We were constantly concerned |
| 962 | 8 | with patient safety. We were constantly challenging |
| 962 | 9 | our conclusions to be sure we were right, and I |
| 962 | 10 | violently disagree with that assertion. |

962:12  -  962:25    Scolnick, Edward 2005-06-01

Re: [962:12-962:25] Pltf Obj Beyond Scope of Direct — overruled

| 962 | 12 | Q: Dr. Scolnick, I want to take some |
| 962 | 13 | time now to follow up on some questions that you |
| 962 | 14 | were asked during the previous several days of your |
| 962 | 15 | deposition. |
| 962 | 16 | The first topic I want to discuss is |
| 962 | 17 | what's been referred to as the all cause mortality |
| 962 | 18 | data from the Alzheimer's trials. Do you remember |
| 962 | 19 | that generally? |
| 962 | 20 | A: Yes, generally I do. |
| 962 | 21 | Q: You were asked some questions by |
| 962 | 22 | counsel, specifically on Page 575 on May 17, 2005, |
| 962 | 23 | about whether mortality data was disclosed to the |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 962 24 | | FDA. Do you recall that? | | |
| 962 25 | | A: Yes, I recall being asked that. | | |
| 964:19 - | 964:21 | Scolnick, Edward 2005-06-01 | Re: [964:19-964:21] Pltf Obj Beyond Scope of Direct | overruled |
| 964 19 | | Q: I want to show you a document that | | |
| 964 20 | | we'll mark as Exhibit 113. It has the numbers MRK | | |
| 964 21 | | 18940078840 through 8932. | | |
| 965:7 - | 965:8 | Scolnick, Edward 2005-06-01 | Re: [965:7-965:8] Pltf Obj Beyond Scope of Direct | |
| 965 7 | | Q: I'm going to ask if you can identify | | |
| 965 8 | | this? | | |
| 965:12 - | 965:18 | Scolnick, Edward 2005-06-01 | Re: [965:12-965:18] Pltf Obj Beyond Scope of Direct | |
| 965 12 | | THE WITNESS: This is a document | | |
| 965 13 | | submitted to a Dr. Bruce Harvey at the FDA from a | | |
| 965 14 | | Dr. Diane Louie from regulatory affairs, and it is a | | |
| 965 15 | | response to FDA request for information. It's | | |
| 965 16 | | apparently safety data from various Alzheimer's | | |
| 965 17 | | studies. I think it's from various Alzheimer's | | |
| 965 18 | | studies, quickly reading the first paragraph. | | |
| 966:4 - | 966:11 | Scolnick, Edward 2005-06-01 | Re: [966:4-966:11] Pltf Obj Beyond Scope of Direct | |
| 966 4 | | Dr. Scolnick, when you were asked | | |
| 966 5 | | about the all cause mortality data on May 17, 2005 | | |
| 966 6 | | at Page 511, you testified that whenever you have | | |
| 966 7 | | statistically significant differences, one should | | |
| 966 8 | | look at relevant -- that the 'relevant biology' is | | |
| 966 9 | | taken into consideration in interpreting those | | |
| 966 10 | | results. Do you recall that testimony generally? | | |
| 966 11 | | A: Yes, I do. | | |
| 966:15 - | 967:7 | Scolnick, Edward 2005-06-01 | Re: [966:15-967:7] Pltf Obj Beyond Scope of Direct | |
| 966 15 | | Q: What did you mean by that? | | |
| 966 16 | | A: On any single trial when you get a | | |
| 966 17 | | result that is statistically significant, since | | |
| 966 18 | | many, many measurements are made in clinical trials, | | |
| 966 19 | | you can't always tell whether it's a fluke or | | |
| 966 20 | | whether it is a result that reflects true biology, | | |
| 966 21 | | and, therefore, one always looks at the data in | | |
| 966 22 | | addition to the statistics and tries to think is | | |
| 966 23 | | there a really good biological explanation for this | | |
| 966 24 | | as part of the analysis of the data. | | |
| 966 25 | | Q: Are you aware of any biological | | |
| 967 1 | | explanation as to how Vioxx would cause someone to | | |
| 967 2 | | die from electrocution? | | |
| 967 3 | | A: No, I'm not. | | |
| 967 4 | | Q: Are you aware of any biological | | |
| 967 5 | | explanation that would explain how Vioxx could cause | | |
| 967 6 | | somebody to die from cancer? | | |
| 967 7 | | A: I am not. | | |
| 967:17 - | 968:19 | Scolnick, Edward 2005-06-01 | Re: [967:17-968:19] Pltf Obj Beyond Scope of Direct | |
| 967 17 | | Q: Are you aware of any biological | | |
| 967 18 | | explanation that could cause someone to die from | | |
| 967 19 | | head injuries because of Vioxx? | | |
| 967 20 | | A: No, I'm not aware of such a possible | | |
| 967 21 | | connection. | | |

|  |  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 967 22 | | Q: Are you aware of any biological | | |
| 967 23 | | explanation that could cause someone to die of | | |
| 967 24 | | pneumonia from taking Vioxx? | | |
| 967 25 | | A: No, again, I'm not, not based on | | |
| 968 1 | | anything I know. | | |
| 968 2 | | Q: Are you aware of any biological | | |
| 968 3 | | explanation that could cause someone to die from | | |
| 968 4 | | infection because of Vioxx? | | |
| 968 5 | | A: No, I'm not. | | |
| 968 6 | | Q: Dr. Scolnick, you were asked some | | |
| 968 7 | | questions about a meta-analysis that was done by | | |
| 968 8 | | Deborah Shapiro in October of 2000 relating to the | | |
| 968 9 | | VIGOR trial. Do you remember that? | | |
| 968 10 | | A: Yes. | | |
| 968 11 | | Q: Do you recall that one of the | | |
| 968 12 | | portions of the meta-analysis involved a | | |
| 968 13 | | meta-analysis of myocardial infarctions across | | |
| 968 14 | | various studies? | | |
| 968 15 | | A: Yes, I recall that discussion. | | |
| 968 16 | | Q: If a meta-analysis combined naproxen | | |
| 968 17 | | studies with non-naproxen studies, how would that | | |
| 968 18 | | affect your view of conclusions reached from that | | |
| 968 19 | | data? | | |
| 968:23 | - | 969:7 | Scolnick, Edward 2005-06-01 | |
| 968 23 | | THE WITNESS: Based on all the data I | Re: [968:23-969:7] | |
| 968 24 | | know about Vioxx, I would have thought that that was | Pltf Obj Beyond Scope | |
| 968 25 | | not a valid meta-analysis because all of the data | of Direct | |
| 969 1 | | I'm aware of in large aggregate databases shows the | | |
| 969 2 | | imbalance in cardiovascular events in naproxen | | |
| 969 3 | | versus Vioxx, but not in naproxen versus -- but not | | |
| 969 4 | | in Vioxx versus other nonsteroidals. So, I would | | |
| 969 5 | | see no reason to combine those two groups, which | | |
| 969 6 | | appear to be quite distinct in their data on that | | |
| 969 7 | | subject. | | |
| 969:9 | - | 969:11 | Scolnick, Edward 2005-06-01 | |
| 969 9 | | Q: If a meta-analysis were to fail a | Re: [969:9-969:11] | |
| 969 10 | | statistical test for heterogeneity, how would that | Pltf Obj Beyond Scope | |
| 969 11 | | affect your view of the results of that analysis? | of Direct | |
| 969:14 | - | 969:21 | Scolnick, Edward 2005-06-01 | |
| 969 14 | | THE WITNESS: I would have to have a | Re: [969:14-969:21] | |
| 969 15 | | discussion with statisticians because I'm not | Pltf Obj Beyond Scope | |
| 969 16 | | trained in statistics about what they meant by that. | of Direct | |
| 969 17 | | If they meant that there were differences between | | |
| 969 18 | | the studies which didn't allow them to be | | |
| 969 19 | | statistically combined to do the meta-analysis, then | | |
| 969 20 | | I would think that they shouldn't be combined, but I | | |
| 969 21 | | would have to clarify that with appropriate experts. | | |
| 972:1 | - | 972:10 | Scolnick, Edward 2005-06-01 | |
| 972 1 | | Q: You were asked some questions on May | Re: [972:1-972:10] | |
| 972 2 | | the 17th, 2005, specifically at Page 543, lines 12 | Pltf Obj Beyond Scope | |
| 972 3 | | through 22, about the concept of statistical | of Direct | |
| 972 4 | | significance. Do you remember that? | | |
| 972 5 | | A: Yes, I do remember that. | | |

Rulings column (handwritten): Overruled

| | | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| | 972 | 6 | Q: I think you testified, words to the | | |
| | 972 | 7 | effect, that statistical significance meant that if | | |
| | 972 | 8 | you did the same study 100 times, you would get the | | |
| | 972 | 9 | same result 95 times. Do you remember that | | |
| | 972 | 10 | testimony? | | |
| 972:12 - 972:12 | | | Scolnick, Edward 2005-06-01 | Re: [972:12-972:12] Pltf Obj Beyond Scope of Direct | Overruled |
| | 972 | 12 | THE WITNESS: Yes. Yes, I do. | | |
| 972:16 - 972:17 | | | Scolnick, Edward 2005-06-01 | Re: [972:16-972:17] Pltf Obj Beyond Scope of Direct | |
| | 972 | 16 | Have you done anything to determine | | |
| | 972 | 17 | whether or not you were correct in that response? | | |
| 972:20 - 973:19 | | | Scolnick, Edward 2005-06-01 | Re: [972:20-973:19] Pltf Obj Beyond Scope of Direct | |
| | 972 | 20 | THE WITNESS: Yes, I have. I did not | | |
| | 972 | 21 | discuss Vioxx clinical trials as part of my | | |
| | 972 | 22 | information finding as to whether I was correct or | | |
| | 972 | 23 | not. I had no discussion whatsoever about Vioxx, I | | |
| | 972 | 24 | want to make that prestatement. I happened to be | | |
| | 972 | 25 | having the very next day a discussion about genetic | | |
| | 973 | 1 | statistics with two really expert statisticians at | | |
| | 973 | 2 | the Broad Institute who were giving me a lecture on | | |
| | 973 | 3 | certain aspects of genomics statistics. | | |
| | 973 | 4 | During the course of that discussion, | | |
| | 973 | 5 | I asked them a hypothetical question. I said, if | | |
| | 973 | 6 | you do a clinical trial and you get a statistically | | |
| | 973 | 7 | significant result, P.05, what does that -- how do | | |
| | 973 | 8 | you interpret that result, what can you literally | | |
| | 973 | 9 | say about the study, and what does that predict | | |
| | 973 | 10 | about another study similar to that being | | |
| | 973 | 11 | statistically significant in the future? And they | | |
| | 973 | 12 | told me very clearly that the formal interpretation | | |
| | 973 | 13 | of the study is that one chance out of 20 that a | | |
| | 973 | 14 | study is actually a fluke, that it's an accident, | | |
| | 973 | 15 | and that it has absolutely no predictive value for | | |
| | 973 | 16 | the next study. So, I regret that I was -- I've | | |
| | 973 | 17 | been told by two people who I regard as experts that | | |
| | 973 | 18 | I was completely wrong about my agreeing to that | | |
| | 973 | 19 | interpretation. I didn't know that. | | |
| 973:25 - 974:6 | | | Scolnick, Edward 2005-06-01 | Re: [973:25-974:6] Pltf Obj Beyond Scope of Direct | |
| | 973 | 25 | Q: Did anyone ask you to raise that | | |
| | 974 | 1 | question with the statisticians? | | |
| | 974 | 2 | A: No. I decided myself. We were | | |
| | 974 | 3 | having a statistics discussion, and I'd had this | | |
| | 974 | 4 | discussion the very day before, and I thought I | | |
| | 974 | 5 | would take advantage of the people who I regarded as | | |
| | 974 | 6 | experts to ask them a hypothetical question. | | |
| 977:7 - 977:17 | | | Scolnick, Edward 2005-06-01 | | |
| | 977 | 7 | Q: Earlier this morning you were shown | | |
| | 977 | 8 | Exhibit Number 44, which I'll pass across the table | | |
| | 977 | 9 | to you, and counsel had you read some sentences from | | |
| | 977 | 10 | that e-mail. Just to refresh your memory, that's an | | |
| | 977 | 11 | e-mail to you from Douglas Greene talking about a | | |
| | 977 | 12 | conversation between Bonnie Goldmann from Merck and | | |
| | 977 | 13 | Janet Woodcock from the FDA. Do you recall that? | | |

|  |  |  | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|---|
| | 977 | 14 | A: Yes, I recall this. | | |
| | 977 | 15 | Q: The date of this e-mail is October | | |
| | 977 | 16 | 5th, 2001; correct? | | |
| | 977 | 17 | A: Yes. | | |
| 978:20 | - | 980:6 | Scolnick, Edward 2005-06-01 | | |
| | 978 | 20 | Q: Based on the content of this e-mail | | |
| | 978 | 21 | on October 5th, 2001, what did it lead you to | | |
| | 978 | 22 | believe about what the FDA's proposed label would | | |
| | 978 | 23 | look like? | | |
| | 978 | 24 | A: It led me to believe that the label | | |
| | 978 | 25 | would be a balanced label presenting the data, but | | |
| | 979 | 1 | that we would not end up with a warning about | | |
| | 979 | 2 | cardiovascular risk because it wasn't clear that | | |
| | 979 | 3 | from this discussion with Dr. Woodcock -- it was | | |
| | 979 | 4 | clear to them that they didn't know if there was a | | |
| | 979 | 5 | cardiovascular risk. So, if they didn't know that | | |
| | 979 | 6 | there was a risk, I didn't expect that a proposed | | |
| | 979 | 7 | label would contain a warning. | | |
| | 979 | 8 | Q: Shortly after this when you received | | |
| | 979 | 9 | the proposed label from the FDA, did you consider it | | |
| | 979 | 10 | to be balanced? | | |
| | 979 | 11 | A: I did not. I was quite upset about | | |
| | 979 | 12 | it, as indicated by e-mail. The language I used in | | |
| | 979 | 13 | my e-mail was clearly, clearly inappropriate, it was | | |
| | 979 | 14 | not respectful of the FDA, and it was not | | |
| | 979 | 15 | representative of many, many other interactions with | | |
| | 979 | 16 | the FDA that MRL had had and that I had been | | |
| | 979 | 17 | somewhat of a party to over the years. The FDA had, | | |
| | 979 | 18 | for the most part, ignored the gastrointestinal | | |
| | 979 | 19 | outcomes data, had basically not modified the GI | | |
| | 979 | 20 | warning, despite the fact that they had asked us to | | |
| | 979 | 21 | do the study so that they would modify the GI | | |
| | 979 | 22 | warning, and that data was clear and unambiguous. | | |
| | 979 | 23 | They had expressed in this discussion | | |
| | 979 | 24 | with Dr. Goldmann that they didn't know whether | | |
| | 979 | 25 | there was or wasn't a cardiovascular risk, and the | | |
| | 980 | 1 | label we got that came in, which took a long time in | | |
| | 980 | 2 | coming from them, ended up having a cardiovascular | | |
| | 980 | 3 | warning and ignoring the GI data and had taken many | | |
| | 980 | 4 | months in which it had been very difficult to have a | | |
| | 980 | 5 | face-to-face negotiation with them, and that was | | |
| | 980 | 6 | very frustrating to me. | | |
| 980:10 | - | 981:6 | Scolnick, Edward 2005-06-01 | | |
| | 980 | 10 | Q: Dr. Scolnick, did you have any | | |
| | 980 | 11 | personal involvement in the label discussions with | | |
| | 980 | 12 | the FDA relating to the VIGOR study? | | |
| | 980 | 13 | A: No, I did not. This was all handled | | |
| | 980 | 14 | by Dr. Goldmann and Dr. Greene and the people in | | |
| | 980 | 15 | development who, at this point, were clearly in | | |
| | 980 | 16 | charge of Merck development, as I've said, as the | | |
| | 980 | 17 | transition was going on in the laboratory. | | |
| | 980 | 18 | Q: Had you had dealings with the FDA in | | |
| | 980 | 19 | the past? | | |
| | 980 | 20 | A: On a couple of occasions, had had | | |
| | 980 | 21 | direct dealings with them. From the time that | | |

91

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 980 | 22 | Bonnie Goldmann had come and become trained in | | |
| 980 | 23 | regulatory affairs, I had virtually, if not no | | |
| 980 | 24 | interactions with the FDA directly. | | |
| 980 | 25 | Q: How would you describe your past | | |
| 981 | 1 | dealings with the FDA? | | |
| 981 | 2 | A: Excellent. I had wonderful | | |
| 981 | 3 | relationships with Dr. Temple, Dr. Kessler, many | | |
| 981 | 4 | other people who I would bump into at Advisory | | |
| 981 | 5 | Committee meetings. K-E-S-S-L-E-R, David Kessler, | | |
| 981 | 6 | who at one point was commissioner of the FDA. | | |