# EXHIBIT 2

**DEBEVOISE & PLIMPTON LLP**

The Report of The Hon. John S. Martin, Jr. to the Special Committee of the Merck Board of Directors ("the Martin Report")

Vioxx Investigation

Outline of Investigative Process

**FORMATION AND MANDATE**

- November 23, 2004: Board of Directors of Merck & Co., Inc. formed Special Committee to thoroughly examine the conduct of senior management in the development and marketing of Vioxx and to make recommendations to the full Merck Board regarding shareholder demand letters.

- December 6, 2004: Special Committee retained The Honorable John S. Martin, Jr. of Debevoise & Plimpton LLP, a former United States District Judge for the Southern District of New York and former United States Attorney for the Southern District of New York, to conduct the investigation.

- Judge Martin was instructed by the Special Committee to conduct a comprehensive and objective investigation, and to report to the Special Committee candidly and on a regular basis.

- The Special Committee instructed Merck to cooperate fully with the investigation.

- Debevoise had full access to Merck employees, documents, and deposition and trial transcripts.

- May 23, 2006: At a regularly scheduled meeting, the Board of Directors extended the mandate of the Special Committee to include a review of post-withdrawal analyses and reporting of cardiovascular data arising from the APPROVe Trial.

**PROCESS**

- An investigation was undertaken by Judge Martin and the Debevoise team, which consisted of 14 lawyers and six legal assistants, and had seven principal (and overlapping) components:

    - Review of scientific literature
    - Review of Company and third-party documents
    - Review of deposition and trial testimony
    - Witness interviews
    - Consultation of consulting experts
    - Reporting of findings to Special Committee
    - Drafting of Report and Appendices

-more-

**INVESTIGATIVE TOOLS**

- Judge Martin and the Debevoise team reviewed a broad universe of documentary and testimonial evidence, including:

    - Millions of pages of documents produced in tort litigation, and provided to regulatory agencies and to Congress, including files of Merck employees, Merck Board materials, and third-party documents.

    - Deposition transcripts and exhibits, Congressional testimony, and trial transcripts and exhibits for the eight trials that took place during the investigation: *Ernst* (Texas state court), *Humeston* (New Jersey state court), *Garza* (Texas state court), *Plunkett* (federal court in Texas), *McDarby/Cona* (New Jersey state court), *Doherty* (New Jersey state court), *Grossberg* (California state court), and *Barnett* (federal court in Louisiana).

    - Plaintiff and defense expert reports from the civil litigation.

- Judge Martin and the Debevoise team conducted a total of 150 interviews of 115 witnesses, including:

    - 100 witnesses who were Merck employees or former employees.

    - Third-party witnesses, including Merck outside consultants: Drs. Baron, Bjorkman, Bresalier, Collins, FitzGerald, Fitzgerald, Konstam, Oates, Patrono Sandberg, Weinblatt, and Zeger.

- Three prominent consultants were retained to assist with the medical, scientific, statistical and regulatory issues involved in the investigation:

    - Dr. R. Wayne Alexander – prominent cardiologist and Chair of Department of Medicine at Emory University's School of Medicine

    - Nancy L. Buc, Esq. – former Chief Counsel to the FDA and member of the law firm Buc & Beardsley

    - Dr. Ralph B. D'Agostino, Sr. – Professor of Mathematics, Statistics and Public Health at Boston University, Director of the Boston University Statistics and Consulting Unit, and co-principal investigator of the Framingham Heart Study contract

-more-

**REPORTING**

- Judge Martin and the Debevoise team reported on a regular and ongoing basis to the Special Committee.

    - The Special Committee met formally with Debevoise 23 times during the 20-month investigation for status updates and to discuss any issues arising in the investigation.

    - Dr. Bowen, the Chairman of the Special Committee, frequently met with, or otherwise spoke to, Debevoise and/or Judge Martin to discuss the investigation.

    - Drs. Thier and Kelley, members of the Special Committee, were consulted periodically by Debevoise on a range of scientific and medical issues.

# # #