# EXHIBIT 3

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

# EXHIBIT 2

## ALPHABETICAL LIST OF WITNESSES INTERVIEWED.[1]

| | | |
|---|---|---|
| 1. | Mr. David Anstice | President, Human Health –The Americas; member of Management Committee |
| 2. | Ms. Marcia Avedon** | Senior Vice President, Human Resources |
| 3. | Dr. Raymond Bain | Vice President and Head, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 4. | Dr. John Baron† | Professor of Medicine and of Community and Family Medicine, Dartmouth Medical School |
| 5. | Dr. Eliav Barr | Senior Director, Biologics Clinical Research, Merck Research Laboratories |
| 6. | Ms. Susan Baumgartner | Marketing Manager, Arthritis and Analgesia Therapeutic Business Group[2] |
| 7. | Ms. Lucine Beauchard | Vice President, Business Practices and Compliance; formerly Executive Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |

1 Many of the witnesses we interviewed held more than one position at Merck over the course of the period covered by our investigation. We have included the position each witness held during the major part of the relevant period, as well as important committee memberships. Witnesses who are no longer with Merck are denoted with an "**" next to their names. Outside consultants to Merck and Merck directors that we interviewed are denoted with an "†" next to their names.

2 As described in Exhibit 1, we use the term "Therapeutic Business Group" to refer to the team under that name, and under its previous name, the "Franchise Business Group," and do the same with regard to the titles in this Exhibit.

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 8. | Dr. Gregory Bell** | National Medical Director |
| 9. | Dr. Diane Benezra-Kurshan | Director and Head, Worldwide Product Labeling Group, Merck Research Laboratories |
| 10. | Dr. David Bjorkman† | Professor of Medicine, University of Utah School of Medicine |
| 11. | Dr. David Blois** | Senior Vice President, Global Regulatory Affairs, Merck Research Laboratories |
| 12. | Dr. Thomas Bold | Senior Director, Worldwide Product Safety and Epidemiology, Merck Research Laboratories |
| 13. | Mr. James Bolognese | Biostatistician, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 14. | Mr. Lawrence Bossidy† | Member of Merck Board of Directors and Special Committee |
| 15. | Dr. William G. Bowen† | Member of Merck Board of Directors and Special Committee |
| 16. | Mr. E.B. Brakewood | Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 17. | Dr. Ned Braunstein | Senior Director, Domestic Regulatory Division, Merck Research Laboratories |
| 18. | Dr. Robert Bresalier† | Professor and Chairman, Department of Gastrointestinal Medicine, University of Texas M.D. Anderson Cancer Center |

Exhibit 2
- 2 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 19. | Dr. Thomas Cannell | Executive Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 20. | Dr. Thomas Capizzi | Senior Director, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 21. | Mr. J. Martin Carroll** | Executive Vice President, Primary Care Sales and Managed Care, U.S. Human Health |
| 22. | Mr. Thomas Casola | Executive Director, Office of Medical/Legal, U.S. Human Health |
| 23. | Dr. Francesca Catella-Lawson | Associate Director, Clinical Research, Gastrointestinal Group, Clinical Sciences, Merck Research Laboratories; formerly Assistant Professor, Department of Medicine, University of Pennsylvania |
| 24. | Mr. Richard Clark | Chief Executive Officer, Merck |
| 25. | Ms. Celia Colbert | Secretary, Merck |
| 26. | Dr. Rory Collins† | Professor of Medicine, Epidemiology, Oxford University |
| 27. | Mr. Thomas Cook | Clinical Biostatistics, Merck Research Laboratories |
| 28. | Dr. Brian Daniels** | Senior Director, Clinical Research, Pulmonary-Immunology Group, Merck Research Laboratories |

Exhibit 2
- 3 -

Report of John S. Martin, Jr. to the Special Committee of the Board of Directors of Merck & Co., Inc. Concerning the Conduct of Senior Management in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 29. | Dr. Linda Distlerath | Vice President, Public Affairs |
| 30. | Dr. Wendy Dixon** | Senior Vice President, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 31. | Mr. James Dunn | Senior Manager, Market Integration Team for Vioxx, U.S. Human Health |
| 32. | Dr. Elliot Ehrich** | Senior Director, Clinical Research, Pulmonary-Immunology Group, Merck Research Laboratories |
| 33. | Mr. Riad El-Dada | Senior Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 34. | Dr. Desmond Fitzgerald† | Professor and Head, Department of Clinical Pharmacology, Royal College of Surgeons in Dublin, Ireland |
| 35. | Dr. Garret FitzGerald† | Robinette Foundation Professor of Cardiovascular Medicine, Department of Medicine, University of Pennsylvania; Chairman, Department of Pharmacology, University of Pennsylvania |
| 36. | Mr. Kenneth Frazier | Senior Vice President and General Counsel; member of Management Committee |
| 37. | Dr. Gregory Geba** | Senior Medical Director, Clinical Development Program, Medical and Scientific Affairs, U.S. Human Health |

Exhibit 2
- 4 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 38. | Dr. Barry Gertz | Executive Vice President, Clinical Sciences, Merck Research Laboratories; formerly Vice President, Clinical Pharmacology, Merck Research Laboratories |
| 39. | Mr. Raymond Gilmartin** | Chairman of the Board, President, and Chief Executive Officer; member of Management Committee |
| 40. | Dr. Bonnie Goldmann** | Vice President, Domestic Regulatory Affairs, Merck Research Laboratories |
| 41. | Dr. Robert Gould | Vice President, Basic Research, Merck Research Laboratories |
| 42. | Dr. Douglas Greene** | Executive Vice President, Clinical Sciences and Product Development, Merck Research Laboratories |
| 43. | Dr. Michael Gresser** | Executive Director, Molecular Biology, Merck Frosst Centre for Therapeutic Research, Merck Research Laboratories |
| 44. | Dr. Peter Gruer** | Executive Director, Worldwide Product Safety and Epidemiology, Merck Research Laboratories |
| 45. | Dr. Lawrence Hirsch | Executive Director, Medical Communications, Merck Research Laboratories; formerly Executive Director, Public Affairs |
| 46. | Dr. Peter Honig | Senior Vice President, Worldwide Regulatory Affairs & Product Safety, Merck Research Laboratories |

Exhibit 2
- 5 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 47. | Dr. Kevin Horgan** | Senior Director, Gastrointestinal Group, Merck Research Laboratories |
| 48. | Ms. Linda Hostelley | Executive Director, Adverse Experience Reporting, Worldwide Product Safety and Epidemiology, Merck Research Laboratories |
| 49. | Dr. Philip Huang | Senior Director, Regulatory Affairs |
| 50. | Mr. Mark James | Executive Director, Market Integration Team, U.S. Human Health |
| 51. | Ms. Jo Jerman | Vice President, Sales, Southeastern Business Group, U.S. Human Health |
| 52. | Mr. Art Kaufmann | Director, Public Affairs, Manufacturing Division |
| 53. | Dr. William Keane | Vice President, U.S. Medical and Scientific Affairs |
| 54. | Dr. William N. Kelley† | Member of Merck Board of Directors and Special Committee |
| 55. | Mr. Deepak Khanna | Associate Director, Worldwide Human Health Marketing Division |
| 56. | Dr. Peter Kim | President, Merck Research Laboratories; member of Management Committee |
| 57. | Dr. Marvin Konstam† | Professor of Medicine, Tufts University; Chief of Cardiology, New England Medical Center, Boston, Massachusetts |

Exhibit 2
- 6 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 58. | Ms. Joanne Lahner | Managing Counsel |
| 59. | Dr. Martino Laurenzi | Director, Middle European Region, Clinical Research Operations |
| 60. | Mr. Bruce Lesser | Senior Director, National Health Science Associates, U.S. Human Health |
| 61. | Ms. Judy Lewent | Chief Financial Officer and Executive Vice President |
| 62. | Ms. Kyra Lindemann | Public Affairs |
| 63. | Mr. Christopher Lines | Director, Medical Communications |
| 64. | Ms. Gaye Margiatto | Regulatory Associate, Worldwide Product Labeling Group, Merck Research Laboratories |
| 65. | Ms. Margaret McGlynn | Executive Vice President, Primary Care Sales and Managed Care, U.S. Human Health |
| 66. | Ms. Charlotte McKines | Executive Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 67. | Mr. Leonard Mendez | Executive Director, Integrated Health Systems/ Group Purchasing Organization Sales and Marketing, U.S. Human Health |
| 68. | Ms. Tracy Mills | Senior Director, Vioxx Therapeutic Business Group, Marketing, U.S. Human Health |

Exhibit 2

- 7 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 69. | Dr. Briggs Morrison | Senior Director, Pulmonary-Immunology Group, Merck Research Laboratories |
| 70. | Dr. Thomas Musliner | Executive Director, Endocrine/Metabolism Group, Clinical Sciences, Merck Research Laboratories |
| 71. | Dr. Jennifer Ng** | Biostatistician, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 72. | Dr. Steven Nichtberger** | Vice President, Worldwide Human Health Marketing |
| 73. | Dr. Alan Nies** | Senior Vice President, Clinical Sciences, Merck Research Laboratories |
| 74. | Dr. John Oates† | Senior Professor of Medicine and Pharmacology, Vanderbilt University School of Medicine |
| 75. | Dr. Leonard Oppenheimer** | Vice President, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 76. | Dr. Bettina Oxenius | Clinical Monitor, Gastrointestinal Group, Merck Research Laboratories |
| 77. | Dr. Carlo Patrono† | Professor of Pharmacology, University of Rome "La Sapienza" School of Medicine in Rome, Italy; Director, MIUR Center for Excellence on Aging, University of Chieti |

Exhibit 2
- 8 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 78. | Dr. Roger Perlmutter** | Executive Vice President, Basic Research, Merck Research Laboratories |
| 79. | Mr. Russell Posner | Senior Director, Executive and International Compensation |
| 80. | Dr. Hui Quan** | Associate Director, Scientific Staff, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 81. | Mr. Michael Quinlan | Assistant General Counsel |
| 82. | Dr. Alise Reicin | Senior Director, Pulmonary-Immunology Group, Merck Research Laboratories |
| 83. | Dr. Scott Reines** | Vice President, Central Nervous System, Ophthalmology and Gastrointestinal Groups, Merck Research Laboratories |
| 84. | Dr. Theodore Reiss | Vice President, Clinical Research, Merck Research Laboratories |
| 85. | Mr. Robert Rode | Manager, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 86. | Mr. Tim Ruef | Senior Director, Worldwide Human Health Marketing Division |
| 87. | Dr. Robert Sandler† | Professor, Cancer Epidemiology, Cancer Prevention and Control, University of North Carolina (Chapel Hill) |

Exhibit 2
- 9 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 88. | Dr. Nancy Santanello | Senior Director, Epidemiology Group, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 89. | Mr. Adam Schechter | Vice President, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 90. | Dr. Jules Schwartz | Director, Scientific Staff, Clinical Pharmacology Group, Merck Research Laboratories |
| 91. | Dr. Edward Scolnick** | President, Merck Research Laboratories; member of Merck's Board of Directors; member of Management Committee |
| 92. | Dr. Elizabeth Seidenberg** | Vice President, Clinical Research, Pulmonary-Immunology Group, Merck Research Laboratories |
| 93. | Dr. Deborah Shapiro | Director, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 94. | Dr. Bradley Sheares | President, U.S. Human Health |
| 95. | Dr. Louis Sherwood** | Senior Vice President, Medical and Scientific Affairs, U.S. Human Health |
| 96. | Dr. Robert Silverman | Senior Director, Domestic Regulatory Affairs, Merck Research Laboratories |
| 97. | Dr. Thomas Simon | Vice President, Gastrointestinal Group, Clinical Sciences, Merck Research Laboratories |

Exhibit 2
- 10 -

| | | |
|---|---|---|
| 98. | Dr. Irwin Singer | Senior Research Director, Immuno-Labeling Studies, Merck Research Laboratories |
| 99. | Dr. Steven Snapinn** | Senior Director, Cardiovascular Group, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 100. | Dr. Reynold Spector** | Executive Vice President, Clinical Sciences, Merck Research Laboratories |
| 101. | Ms. Kathryn Steinbugler | Assistant General Counsel |
| 102. | Dr. Elizabeth Stoner | Vice President, Clinical Research, Endocrine/Metabolism Group, Clinical Sciences, Merck Research Laboratories |
| 103. | Mr. Leonard Tacconi | Executive Director, Integrated Marketing Communications, U.S. Human Health |
| 104. | Dr. Samuel O. Thier† | Member of Merck Board of Directors and Special Committee |
| 105. | Dr. Kenneth Truitt** | Director, Pulmonary-Immunology Group, Clinical Sciences, Merck Research Laboratories |
| 106. | Dr. Mervyn Turner | Senior Vice President, Basic Research, Merck Frosst Centre for Therapeutic Research, Merck Research Laboratories |
| 107. | Dr. Janet van Adelsberg | Director, Clinical Immunology and Analgesia Group, Merck Research Laboratories |
| 108. | Ms. Joan Wainwright | Vice President, Public Affairs |

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 109. | Dr. Douglas Watson | Director, Epidemiology Group, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 110. | Dr. Michael Weinblatt† | Professor of Medicine, Harvard Medical School |
| 111. | Ms. Jan Weiner | Executive Director, U.S. Human Health Public Affairs |
| 112. | Ms. Ellen Westrick** | Executive Director, Office of Medical/Legal, U.S. Human Health |
| 113. | Dr. George Williams** | Executive Director, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 114. | Dr. John Yates** | Senior Vice President, Medical and Scientific Affairs, U.S. Human Health |
| 115. | Dr. Scott Zeger† | Chair, Department of Biostatistics, Johns Hopkins University |

Exhibit 2
- 12 -