# EXHIBIT 5

**News**Room

9/8/06 INTLHT 12                                                          Page 1


9/8/06 Int'l Herald Trib. 12
2006 WLNR 15589179

International Herald Tribune
Copyright 2006 the International Herald Tribune.  All Rights Reserved.

**September 8, 2006**

Issue 1R

Section: Finance


Hired investigator clears **Merck** in Vioxx case

By Alex Berenson

NEW YORK:  After 20 months and $21 million, the investigator whom the **Merck** board hired to examine the company's conduct regarding the drug Vioxx has rendered his verdict: The company behaved more or less perfectly.

So says a former U.S. federal judge, **John   Martin** Jr., after an inquiry into whether the senior management at **Merck** hid the risks of **Vioxx** , its former best-selling pain drug.

''The report is essentially a very positive report, because that's the conclusion I reached,'' Martin said at a news conference Wednesday to discuss his findings. The investigation by his law firm, Debevoise & Plimpton, was entirely independent, Martin said.

At least in the report's main body, there appear to be no company documents, e-mails or other evidence that has not already been made public since Vioxx sales ended in September 2004.

Nor did investigators involved in preparing the report interview Dr. Steven Nissen, Dr. Eric Topol or other prominent scientists who have criticized Merck, Martin said. Merck halted sales of Vioxx after a clinical trial showed that it could cause heart attacks and strokes. More than 30,000 people have sued the drug maker, charging that Vioxx caused heart problems. In four of the eight suits to reach a verdict, jurors have found the company liable, and in each of those cases have awarded punitive damages    financial penalties meant to censure egregious conduct.

But Martin said **Debevoise** had found that **Merck** took ''reasonable steps'' to research **Vioxx's** health risks. No one at the company could have known that **Vioxx** was dangerous to the heart before 2004.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

Board members at the news conference said Merck would probably make few, if any changes in the way it operated as a result of the investigation.

Mark Cheffo, a partner at Skadden, Arps, a law firm that often represents drug makers, said he understood why people might view an internal investigation skeptically. But Cheffo, who had not seen the report, said it was important to examine the evidence it presented before judging its credibility. Cheffo does not work for Merck and is not involved in the Vioxx litigation.

The main body of the report runs 180 pages, with 20 appendixes that include another 1,500 pages. Lawyers for Debevoise reviewed millions of pages of documents and interviewed more than 150 witnesses, including some outside scientists who consulted for the company. The investigation took 53,000 hours, according to Debevoise.

The report essentially consists of point-by-point rebuttals of the criticisms that scientists and plaintiffs' lawyers have made against Merck since it withdrew the drug, including contentions that Merck misled U.S. regulators and marketed Vioxx without properly disclosing its heart risks. The specifics of the rebuttals are almost exactly the same as those offered by Merck's defense team in the civil suits.

**Debevoise** gave a draft copy of the report in May to Theodore Mayer, a lawyer at Hughes Hubbard & Reed who is coordinating **Merck's** defense in the suits.

Dr. William Bowen, chairman of the special six-member board committee that retained Debevoise, praised Martin's investigation.

''The special committee and the board are reassured by the comprehensiveness, care and clarity of this analysis,'' he said. ''The main question the board wanted answered was, 'Did senior management at Merck knowingly put people at risk?'''

That question has now been answered, Bowen said.

---- INDEX REFERENCES ----

COMPANY: <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:  (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (HUGHES HUBBARD REED; MERCK; VIOXX)  (Bowen; Cheffo; Debevoise; Debevoise Plimpton; Eric Topol; John Martin Jr.; Mark Cheffo; Martin; Steven Nissen; Theodore Mayer; William Bowen)

Word Count: 682

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                              Page 3

9/8/06 INTLHT 12

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 Autoimmune Drug Focus (Pg. Unavail. Online)
2006 WLNR 15504470

Autoimmune Drug Focus
Copyright 2006 Espicom Business Intelligence

**September 7, 2006**

Results disclosed from investigation into integrity of <u>Merck</u> senior management over Vioxx

A Special Committee of the Board of Directors of <u>**Merck**</u> & Co has released a report by The Honorable John S Martin, Jr, of **Debevoise** & Plimpton (the "Martin Report"), setting forth the factual record and conclusions resulting from a 20-month independent investigation into the integrity of **Merck's** senior management in the development, testing and marketing of **Vioxx** (rofecoxib). The Martin Report, while not endorsing every action that <u>Merck</u> employees took with respect to **Vioxx** , found that the company's senior management acted with integrity.

The Board of Directors created a Special Committee to investigate the conduct of senior management in connection with Vioxx, a widely-used pain medication that is indicated for the treatment of rheumatoid arthritis and osteoarthritis, after <u>Merck</u> voluntarily withdrew the product from the worldwide market in September 2004.

In December 2004, the Special Committee retained Judge Martin, a former US District Judge for the Southern District of New York and former US Attorney for the Southern District of New York, and **Debevoise** & Plimpton to conduct the investigation and report to the Special Committee. The investigation spanned 20 months, during which time Judge Martin and the **Debevoise** team of lawyers reviewed millions of pages of documents and conducted 150 witness interviews of current and former **Merck** employees, as well as outside scientists and physicians who had acted as consultants to **Merck**. The **Debevoise** team, which spent over 53,000 hours on the investigation, also reviewed deposition and trial testimony in litigation and other proceedings.

The report addresses four broad categories of conduct that have given rise to allegations against the company: (i) Merck's alleged knowledge of cardiovascular (CV) risks of Vioxx before FDA approval; (ii) Merck's scientific response to CV data from the VIGOR Trial; (iii) Merck's marketing efforts; and (iv) Merck's analysis and reporting of CV data arising from the APPROVe Trial.

Some of the report's key findings include:

There is no basis for the suggestion made by critics that Merck scientists believed that Vioxx posed or was likely to pose a CV risk prior to its approval by the FDA.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

In March 2000, Merck scientists responded appropriately to CV data from the VIGOR Trial and reasonably determined, after substantial scientific inquiry, that the comparator agent in the trial, naproxen, likely had conferred a cardioprotective effect and that Vioxx likely had not caused CV events.

Merck disclosed all clinical trial data to the FDA.

Merck scientists continually generated, collected and analysed data bearing on the CV safety of Vioxx. Their review of the data did not reveal a difference in the relative risk of Vioxx compared to placebo until the APPROVe Trial data were unblinded in late September 2004, at which point Merck immediately withdrew the drug.

Merck scientists' view that the CV hazard ratio in the APPROVe Trial was not constant over time was reasonable in light of the evidence, and the inaccurate description in the APPROVe Trial article of the statistical method used to test the constancy of the hazard ratio was a result of simple error.

The report also contains criticisms of certain conduct by Merck employees, including certain interactions with academic scientists who were critical of Merck and Vioxx, the clarity of certain public statements by the company concerning Vioxx, the use of a promotional aid by sales representatives after the VIGOR Trial CV data were unblinded that did not, standing alone, provide all of the available CV data on Vioxx, and documents prepared by the Marketing and Sales Departments that discussed potentially providing grants and other incentives to physicians who were critical of Merck or Vioxx.

---- INDEX REFERENCES ----

COMPANY: <u>**MERCK AND CO INC**</u>

NEWS SUBJECT: (Business Management (1BU42); Board of Directors (1BO47); Sales & Marketing (1MA51); Major Corporations (1MA93); Health & Family (1HE30))

INDUSTRY: (Bone Disease (1BO07); Pharmaceuticals & Biotechnology (1PH13); Advertising Campaigns (1AD39); Manufacturing (1MA74); Advertising (1AD82); Analgesics (1AN10); Orthopedics & Rheumatology (1OR79); Internal Medicine (1IN54); Pharmaceuticals Marketing & Sales (1PH83); Science (1SC89); Science & Engineering (1SC33); Healthcare (1HE06); Allergy & Immunology (1AL96); Advertising & Public Relations (1AD83); Inflammatory Diseases (1IN19); Pain Management (1PA72); Healthcare Practice Specialties (1HE49))

REGION: (North America (1NO39); New York (1NE72); Americas (1AM92); USA (1US73))

Language: EN

OTHER INDEXING: (APPROVE TRIAL; BOARD OF DIRECTORS; CV; **DEBEVOISE**; **DEBEVOISE** PLIMPTON; FDA; **MERCK**; **MERCK** CO; SPECIAL COMMITTEE; TRIAL CV) (Martin)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/7/06 AUTOIMMDRUG (No Page)                                    Page 3


COMPANY TERMS: MERCK &AMP; CO

Word Count: 752
9/7/06 AUTOIMMDRUG (No Page)




END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 Buff. News B9
2006 WLNR 15676497

Buffalo News (NY)
Copyright 2006 The Buffalo News

**September 7, 2006**

Section: Business

Merck's own probe finds execs acted responsibly on Vioxx

Theresa Agovino - ASSOCIATED PRESS

NEW YORK **Merck** & Co.'s board of directors said Wednesday that a 20-month
investigation funded by the pharmaceutical company found that senior management
acted responsibly in its development and marketing of its now withdrawn pain
reliever Vioxx.

The 1,700-page report, which cost $21 million, contained some minor criticisms of
employee actions but concluded that "management acted with integrity and had
legitimate reasons for making the decisions that it made, in light of the knowledge
available at the time."

Merck pulled Vioxx off the market two years ago after a study found it doubled
patients' risk of heart attacks and strokes. The company now faces more than 14,200
lawsuits which allege Merck knew Vioxx's risks and recklessly sold it to the public.
Merck has won four lawsuits and lost four.

**Merck's** board established a special committee of six outside directors to conduct an
independent investigation of the allegations after the drug was withdrawn. It hired
**John Martin**, a former federal judge, of the law firm **Debevoise** & Plimpton to
investigate.

Martin acknowledged that some cynics might consider the report a whitewash because
of its favorable conclusions, but pointed to its heft as evidence of independence.
He also said that the special committee would not have hesitated to take action
against the company if it believed there had been misconduct.

This was "not a slipshod inquiry that simply accepted at face value the statements
of Merck's scientists that they believed that Vioxx was a safe drug," said Martin.
More than 150 witnesses were interviewed, including outside scientists who disagreed
with some of Merck's conclusions, he said.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

Martin said that Merck acted appropriately and that the Vioxx situation was
unavoidable.

---- INDEX REFERENCES ----

COMPANY: <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Health & Family (1HE30); Board of Directors (1BO47); Major
Corporations (1MA93))

INDUSTRY:  (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain
Management (1PA72); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (MERCK; MERCK CO; VIOXX)  (Debevoise Plimpton; John Martin; Martin)

KEYWORDS: PHARMACEUTICAL COMPANY PROBE MERCK VIOXX

EDITION: Final

Word Count: 349
9/7/06 BUFFALONWS B9


END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 CHICAGOTR 2                                                    Page 1


9/7/06 Chi. Trib. 2
2006 WLNR 15489548

CHICAGO TRIBUNE
Copyright 2006 Chicago Tribune Company

**September 7, 2006**


Section: Business


<u>MERCK</u> & CO.: Report clears top management in development, sales of Vioxx

Associated Press.

<u>Merck</u> & Co.'s board of directors said Wednesday that a 20-month investigation funded by the company found that senior management acted responsibly in its development and marketing of its now-withdrawn pain reliever Vioxx.

The 1,700-page report, which cost $21 million, contained some minor criticisms of employee actions but concluded that "management acted with integrity and had legitimate reasons for making the decisions that it made, in light of the knowledge available at the time."

Merck pulled Vioxx two years ago after a study found it doubled patients' risk of heart attacks and strokes. It faces more than 14,200 lawsuits that allege Merck knew Vioxx's risks and recklessly sold it to the public.

**Merck's** board then established a special committee of six outside directors to conduct an independent investigation. It hired **John Martin**, a former federal judge, to head the probe.

Martin acknowledged that some people might consider the report a whitewash but pointed to its heft as evidence of independence. He said that the special committee would not have hesitated to take action against the company if it believed there had been misconduct.

---- INDEX REFERENCES ----


COMPANY: <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Health & Family (1HE30); Board of Directors (1BO47); Major Corporations (1MA93))


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 CHICAGOTR 2                                                          Page 2


INDUSTRY:  (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain
Management (1PA72); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (MERCK; MERCK CO; VIOXX)  (John Martin; Martin)

KEYWORDS: MEDICINE; REPORT; PROBE; DECISION

EDITION: Chicago Final

Word Count: 230
9/7/06 CHICAGOTR 2




END OF DOCUMENT




© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 FTI 30                                                           Page 1


9/7/06 Fin. Times 30
2006 WLNR 15544677

Financial Times UK
Copyright 2006 Financial Times Ltd.

**September 7, 2006**


Section: COMPANIES THE AMERICAS


COMPANIES THE AMERICAS: Report says <u>**Merck**</u> acted with integrity on Vioxx

By CHRISTOPHER BOWE

NEW YORK <u>**Merck**</u> management did not mislead the public and acted with "integrity" developing and selling the Vioxx painkiller, an external investigation commissioned by the US drugmaker's board said yesterday.

It also raised questions about some of Merck's communications with the public and mistakes made in analysing data from a pivotal study called Approve.

The report said a new Merck analysis of Approve data raised "the possibility" that Vioxx's heart risks appeared earlier than 18 months and Merck's position on this point "may be overly categorical". But it stopped short of saying the new ana-lysis proved that Vioxx's risks appeared earlier.

"The fact that a result cannot be ruled out or disproved cannot be interpreted as signaling that the opposite is true or has been proved," the report said.

The question of when Vioxx's heart risks begin is important in Merck's strategy to defend itself against potentially billions of dollars in liability over the drug.

Merck faces at least 14,200 lawsuits claiming harm from Vioxx and its assertion that higher risk appears only after 18 months is a key element in managing its caseload.

Merck withdrew Vioxx nearly two years ago after a company study found its blockbuster increased heart attack and stroke risks.

The external report was a product of a special committee formed on **Merck's** board to determine whether management acted appropriately. It was conducted by **John Martin** Jr, a former US federal judge and attorney at **Debevoise** & Plimpton. It entailed interviews and analysed more than 23m pages of documents collected in litigation and investigations.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

A fundamental thread through the report was a determination that senior Merck management did not "believe" that Vioxx was "prothrombotic", or could trigger heart attacks.

Christopher Seeger, a leading plaintiffs attorney in Vioxx lawsuits against Merck, said that companies' external investigations often come back positive. "In the overwhelming majority of cases they absolutely come back positive for the board or the company," he said.

The report found that management conduct was "not consistent with the view that Merck's corporate culture put profits over patient safety". It found Merck's marketing and scientific behaviour was proper and done in good faith. But there was "room for legitimate scientific debate" on whether Merck's scientists reached the right conclusion each time.

---- INDEX REFERENCES ----

COMPANY: <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:  (Healthcare (1HE06); Allergy & Immunology (1AL96); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Inflammatory Diseases (1IN19); Pain Management (1PA72); Internal Medicine (1IN54); Healthcare Practice Specialties (1HE49); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (MERCK; VIOXX)  (Christopher Seeger; John Martin Jr)  (United States of America; Americas; North America; Pacific Rim)

KEYWORDS:  (Company Management);  (Company News);  (Corporate Governance);  (Patents Licensing & Standards)

COMPANY TERMS: MERCK AND CO INC

PRODUCT: Pharmaceuticals; Pharmaceutical Preparation Mfg

SIC: 2834

NAICS CODE: 325412

EDITION: London Ed1

Word Count: 473
9/7/06 FTI 30

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 FTI 30                                                    Page 3


END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 Fin. Times - FT.com (Pg. Unavail. Online)
2006 WLNR 15622476

FT.com
Copyright 2006 Financial Times Ltd.

**September 7, 2006**


### Report says **Merck** acted with integrity on Vioxx

Christopher Bowe in New York

20060906 225531 Merckmanagement did not mislead the public and "acted with integrity" developing and selling the Vioxx painkiller, an investigation commissioned by the US drugmaker's board said on Wednesday.

However, the investigation was not all positive. It raised questions on Merck's conclusion that the heart risks from Vioxx, over which the drug was subsequently withdrawn, only started after 18 months of use.

It also raised questions about some of Merck's communications with the public, some aggressive marketing techniques and mistakes made in analysing data from a pivotal study called Approve.

The report said a new Merck analysis of Approve data raised "the possibility" that Vioxx's heart risks appeared earlier than 18 months and Merck's position on this point "may be overly categorical". But it stopped short of saying the new analysis proved that Vioxx's risks appeared earlier.

Release of the 1,700-page report also apparently closed the company's internal debate on the controversy, which has tarnished Merck's reputation. Board members William Bowen and Samuel Thier concluded the damage from Vioxx was "unavoidable" as the report found "reasonable" decisions on rigorous science.

Merck faces at least 14,200 lawsuits claiming harm from Vioxx and its assertion that higher risk appears only after 18 months is a key element in managing its caseload.

The question of when Vioxx's heart risks begin is important in Merck's strategy to defend itself against potentially billions of dollars in liability over the drug.

Merck withdrew Vioxx nearly two years ago after a company study found its blockbuster increased heart attack and stroke risks.

The external report was a product of a special committee formed by **Merck's** board to determine whether management acted appropriately. It was conducted by **John Martin**

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

Jr, a former US federal judge and attorney at **Debevoise** & Plimpton. **Merck** paid $21m
for the report which used interviews and sifted through more than 23m pages of
documents collected in litigation, including lawsuits against management and the
board, and other investigations.

A fundamental thread through this Martin Report was a determination that senior
Merck management did not "believe" that Vioxx increased heart risks.

Christopher Seeger, a leading plaintiffs attorney in Vioxx lawsuits, said that
companies' external investigations often come back positive, and Merck's trial
losses show others do not believe management. "What good is your [management's]
'belief', when at some point you're negligent  as juries have found."

Mr Martin showed the report to Merck's defence counsel in advance of its release,
but defended its independence. It also was given to US regulators and the Department
of Justice. "This was not a slipshod inquiry," he said.

The report found that management conduct was "not consistent with the view that
Merck's corporate culture put profits over patient safety". It found Merck's
marketing and scientific behaviour was proper and done in good faith.

---- INDEX REFERENCES ----

COMPANY: **MERCK AND CO INC**

NEWS SUBJECT:  (Business Lawsuits & Settlements (1BU19); Business Litigation
(1BU04); Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:  (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain
Management (1PA72); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (BOARD; DEPARTMENT OF JUSTICE; MERCK; REPORT; VIOXX)  (Christopher
Seeger; John Martin Jr; Martin; Merckmanagement; Samuel Thier; William Bowen)
(United States of America; Americas; North America)

COMPANY TERMS: MERCK AND CO INC

PRODUCT: Pharmaceutical Preparation Mfg

NAICS CODE: 325412

Word Count: 596
9/7/06 FTCOM (No Page)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 FTCOM (No Page)                                                        Page 3

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 Globe & Mail (Toronto Can.) B14
2006 WLNR 15476265

Globe and Mail

Copyright 2006 Bell Globemedia Interactive Inc. and/or its licensors. All rights reserved.

**September 7, 2006**

Section: Report on Business: The Wall Street Journal

**Merck** believed Vioxx was safe: report
Board-commissioned probe did find that some sales tactics were overly aggressive

JOHN CARREYROU AND HEATHER WON TESORIERO

An outside investigation ordered by **Merck & Co. Inc**.'s board largely exonerated the drug maker's management of any wrongdoing in developing and marketing the painkiller Vioxx, citing much of the same evidence critics say shows **Merck** acted irresponsibly.

Plaintiffs' lawyers dismissed the report as a whitewashing exercise. Merck faces more than 14,200 lawsuits alleging Vioxx caused heart attacks and strokes. So far, the company has won four cases that have gone to trial and lost four.

Summarizing the results of a 20-month investigation, retired U.S. District Judge **John Martin** took up 27 allegations critics have levelled against **Merck**, ultimately rejecting the central elements of each one. Mr. Martin is with the law firm **Debevoise** & Plimpton LLP.

Merck's management believed Vioxx was safe until the company withdrew the drug from the market in September, 2004, and never intended to mislead the Food and Drug Administration or the public, Mr. Martin's report says. 'Critics contend that senior officials at Merck knowingly put patients at risk of cardiovascular events rather than jeopardize the profits that Merck generated from the sale of Vioxx,' the report says. 'We have concluded that there is no basis for such a claim.'

Plaintiffs' lawyer Christopher Seeger called the report 'a legal brief on behalf of the company.' He added: 'If law firms like Debevoise said anything negative about the companies that hire them to do these reports, they'd never be hired by a big company again.'

At a news conference to present his findings, Mr. Martin said the report was 'positive because that's what we found.'

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/7/06 GLOBEMAIL B14                                                      Page 2

 Investigations commissioned by companies' boards of directors have a mixed record of credibility, says Edwin Stier, a partner at the law firm Stier Anderson LLC who has conducted several such probes and used to head the criminal division of the U.S. Attorney's office in New Jersey.

 'This report should be scrutinized with a great deal of skepticism,' Mr. Stier says. But, 'I think it's a mistake to automatically assume that an investigation is a whitewash because there's so much money at stake.'

 Analysts have projected Merck could face legal liability on Vioxx of anywhere between $4-billion (U.S.) and $30-billion. If Mr. Martin's report had laid blame on Merck's management, it would have been sure to feed the litigation frenzy.

 Mr. Martin was assisted in his investigation by a team of lawyers and paralegals from **Debevoise.** The firm spent a collective 53,000 hours reviewing tens of millions of documents and interviewing dozens of **Merck** scientists and executives, as well as outside experts. However, none of the interviews were recorded and notes were taken by hand. The interviews are not included in the report's appendices. **Merck** said it would pay the law firm $21-million for its services.

 Mr. Martin's investigation found that some of Merck's sales tactics were overly aggressive, but it pinned the blame on individual employees and said upper management was either not aware of or didn't condone those practices.

 One of them involved 'neutralizing' physicians that sales representatives had identified as 'anti-Vioxx' or 'anti-Merck' with payments, support for their clinical studies, trips to 'elegant' locations such as New York or Hawaii, and medical school grants. The report says these were merely recommendations and there is no evidence they were ever acted upon.

 The report also noted that a promotional aid called 'the Cardiovascular Card' used by Merck sales representatives to pitch Vioxx to doctors didn't include data from a 2000 clinical trial that showed a higher incidence of heart attacks and strokes among patients who took Vioxx. But it excused this by saying Merck provided a separate letter describing that trial to doctors who asked about it.

---- INDEX REFERENCES ----

COMPANY: <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:  (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Manufacturing (1MA74))

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39))

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 GLOBEMAIL B14                                               Page 3


Language:  EN

OTHER INDEXING:   (CARDIOVASCULAR CARD; MERCK; MERCK CO; STIER ANDERSON LLC; VIOXX)
(Christopher Seeger; Critics; Debevoise; Debevoise Plimpton; Drug; Edwin Stier; John
Martin; Martin; Plaintiffs; Stier)

KEYWORDS:  (pharmaceutical industry);  (prescription drugs);  (health hazards);
(hazardous products)

COMPANY TERMS: MERCK AND CO INC

Word Count: 758
9/7/06 GLOBEMAIL B14




END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 Hous. Chron. 3
2006 WLNR 15548020

Houston Chronicle
Copyright 2006 Houston Chronicle

**September 7, 2006**


Section: BUSINESS


AROUND THE NATION


INVESTIGATIONS

AIG figure faces two less charges

ALBANY, N.Y. -   New York Attorney General Eliot Spitzer has dropped two of six
civil charges against former American International Group CEO Maurice Greenberg and
another former executive of the company, a top Spitzer attorney said Wednesday.

Greenberg's legal team said that "the most explosive and financially significant
claims" had been dropped.

Spitzer said he will still pursue the most serious accusations involving deceptive
accounting claims, but will drop charges that became moot after AIG settled a case
brought by Spitzer against the company, paid some restitution and adopted accounting
reforms.


SMALL BUSINESS


Disaster loans' handling criticized

WASHINGTON -   The government failed to ensure that recipients of terrorism-recovery
loans were actually hurt by the Sept. 11 attacks, allowing banks to spread more than
$3.7 billion in aid to whomever they wanted, Senate investigators concluded
Wednesday.

The Senate Small Business and Entrepreneurship Committee sharply criticized the Bush
administration's primary terrorism relief loan program, saying it was so loosely

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

managed that "conceivably every small business in the country became eligible to participate."

Sen. Olympia Snowe, R-Maine, who leads the Senate committee, said her investigation found no evidence that small companies that received the low-cost Supplemental Terrorist Activity Relief loans had tried to deceive the government.


COMPENSATION


Tax loophole comes under fire

Lawmakers said they may close a loophole in U.S. tax law that lets companies deduct executive pay in excess of $1 million in an effort to crack down on the manipulation of stock option grants.

Senate hearings Wednesday on the options backdating scandal focused on a tax provision enacted in 1993 that lets companies deduct performance-based pay for top executives. Lawmakers from both parties said the law may have fueled the growth of option grants.

Also Wednesday, Home Depot, the world's largest home-improvement retailer, said it is facing greater scrutiny over its stock option grants as federal prosecutors requested information about the awards.


PHARMACEUTICALS


Merck releases report on Vioxx

NEW YORK -   Merck & Co.'s board of directors said Wednesday that a 20-month investigation funded by the pharmaceutical company found that senior management acted responsibly in its development and marketing of its now-withdrawn pain reliever Vioxx.

The 1,700-page report, which cost $21 million, contained some minor criticisms of employee actions but concluded that "management acted with integrity." **Merck** hired **John Martin**, a former federal judge, to investigate.

Plaintiffs attorney Mark Lanier of Houston called the report "an absurd, expensive PR stunt."


IN OTHER NEWS  ...


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

Nasdaq, the nation's second-largest stock market after the NYSE, will start an options exchange next year in an effort to capitalize on a growing market whose competitors and structure are rapidly changing, the New York Times reported.

General Motors has increased the powertrain warranty on all of its 2007 passenger vehicles in an effort to help it sell more autos by boosting its reputation for quality. The increase to five years or 100,000 miles from the previous warranty of three years or 36,000 miles started Wednesday and covers 900 engine, transmission and driveline components.

Chrysler said it was recalling about 145,000 2006 Dodge Ram 1500 pickups to replace the passenger air bag pack and reprogram the air bag's computer system.

H&R Block, best known for its tax preparation services, is expanding into banking. The company planned to announce at its annual meeting today it will begin offering bank accounts to customers who need them so they can take advantage of direct deposit of their tax refunds.

Home builder Hovnanian Enterprises reported that its profit sank 36 percent for the third quarter as the company struggled with higher costs, slower-paced orders and increased cancellations in a slowing real estate market.

Hoping to tap into the market for premium espressos, Coca-Cola Co. has launched its Far Coast brand of specialty coffees in Toronto. The U.S. beverage giant, which has been hit by sluggish demand for its flagship soft drinks, aims to sell its new line of premium coffees and teas through a range of retailers from fast-food chains and gas stations to upscale restaurants.

London-based tanker operator Stolt-Nielsen and two of its former executives were indicted in Philadelphia on U.S. charges they conspired to fix rates for transocean chemical shipments.

---- INDEX REFERENCES ----

COMPANY: **GENERAL MOTORS CORP**; **COCA COLA CO** (THE); **HOME DEPOT INC**; **AMERICAN INTERNATIONAL GROUP INC**; **MERCK AND CO INC**

NEWS SUBJECT:  (Small Business (1SM15); Meeting Announcements (1ME17); Government (1GO80); Major Corporations (1MA93))

INDUSTRY:  (Pharmaceuticals & Biotechnology (1PH13); Tax Preparation Services (1TA60); Accounting, Consulting & Legal Services (1AC73); Manufacturing (1MA74); Accounting (1AC78))

REGION:  (USA (1US73); Americas (1AM92); New York (1NE72); North America (1NO39))

Language:  EN

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 HSTNCHRON 3                                                    Page 4


OTHER INDEXING:  (AIG; AMERICAN INTERNATIONAL GROUP; CHRYSLER; COCA COLA CO;
ENTREPRENEURSHIP COMMITTEE; GENERAL MOTORS; HOME DEPOT; MERCK; MERCK CO; SENATE;
SENATE COMMITTEE; SENATE SMALL BUSINESS; SPITZER; SUPPLEMENTAL TERRORIST ACTIVITY
RELIEF)  (Bush; Eliot Spitzer; Greenberg; John Martin; Lawmakers; Mark Lanier;
Maurice Greenberg; Nasdaq; Olympia Snowe; Plaintiffs; Spitzer)

EDITION: 3 STAR

Word Count: 912
9/7/06 HSTNCHRON 3




END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 Intelligencer C10
2006 WLNR 16088421

Intelligencer
Copyright 2006 The Intelligencer

**September 7, 2006**

Section: LOCAL

Report exonerates <u>Merck</u>: The $21 million investigation was funded by the maker of Vioxx.

Theresa Agovino
THE ASSOCIATED PRESS

NEW YORK -- <u>Merck</u> & Co.'s board of directors said Wednesday that a 20-month investigation funded by the pharmaceutical company found that senior management acted responsibly in its development and marketing of its now withdrawn pain reliever Vioxx.

The 1,700-page report, which cost $21 million, contained some minor criticisms of employee actions but concluded that "management acted with integrity and had legitimate reasons for making the decisions that it made, in light of the knowledge available at the time."

Merck pulled Vioxx off the market two years ago after a study found it doubled patients' risk of heart attacks and strokes. The company now faces more than 14,200 lawsuits that allege Merck knew Vioxx's risks and recklessly sold it to the public.

**Merck's** board then established a special committee of six outside directors to conduct an independent investigation of the allegations. It hired **John Martin**, a former federal judge, of the law firm **Debevoise** & Plimpton to investigate. Mark Goodman, a partner who worked on the investigation, said that no members of the team were directly asked it they had any conflicts of interest with **Merck** but that their professional ethics would require them to raise such issues.

Martin acknowledged that some cynics might consider the report a whitewash because of its favorable conclusions but pointed to its heft as evidence of independence. He also said that the special committee would not have hesitated to take action against the company if it believed there had been misconduct.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

He said that this was "not a slipshod inquiry that simply accepted at face value the statements of Merck's scientists that they believed that Vioxx was a safe drug." More than 150 witnesses were interviewed, including outside scientists who disagreed with some of Merck's conclusions, Martin said.

Martin said that Merck acted appropriately and that the Vioxx situation was "unavoidable."

Plaintiff attorney Mark Lanier called the report "an absurd, expensive PR stunt" and wondered if anyone would consider "a jury independent if I paid them $21 million." He said it was an attempt to influence Wall Street analysts and potential jury members.

Lanier doubted the report would ever be used in a trial despite finding some improper conduct among Merck employees because rules of evidence would mean the entire document with its positive conclusion would have to be included.

Ted Mayer, who heads Merck's outside trial team, declined to speculate on whether lawyers would attempt to use the report at trial even though its conclusions mirror the company defense.

In a statement, Merck said the report confirms the company's position that it never knowingly put patients at risk. It said it had already addressed some of the report's concerns and is carefully considering others criticism to determine appropriate action. The statement wasn't specific about its criticism or action.

The report criticized some of Merck's marketing, public relations and response to doctors who raised concerns about Vioxx's safety.

---- INDEX REFERENCES ----

COMPANY: <u>**MERCK AND CO INC**</u>

NEWS SUBJECT: (Business Management (1BU42); Market Research (1MA99); Health & Family (1HE30); Board of Directors (1BO47); Major Corporations (1MA93); Sales & Marketing (1MA51))

INDUSTRY: (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Pharmaceuticals Marketing & Sales (1PH83); Manufacturing (1MA74))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

OTHER INDEXING: (MERCK; MERCK CO; VIOXX) (Debevoise Plimpton; John Martin; Lanier; Mark Goodman; Mark Lanier; Martin; Plaintiff; Ted Mayer; Wall Street)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/7/06 BSX-INTEL C10                                                        Page 3

Word Count: 608
9/7/06 BSX-INTEL C10

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/7/06 LATIMES 3                                                    Page 1


9/7/06 L.A. Times 3
2006 WLNR 15481653

                        Los Angeles Times
                   Copyright 2006 Los Angeles Times

                      **September 7, 2006**



                        Section: Business

                  <u>Merck</u>-Funded Study Backs It on Vioxx Issue
     A review commissioned by the drug maker finds that its top managers `acted with
              integrity' and did not knowingly put patients at risk.


Wire

A report commissioned by <u>Merck</u> & Co.'s board said Wednesday that the drug maker's
top executives did not knowingly put patients at risk in developing and marketing
Vioxx, the popular arthritis drug withdrawn after a study showed that it increased
heart risks.

The 20-month review of the drug company's conduct concluded that <u>Merck</u> management
"acted with integrity" in the development and marketing of **Vioxx** , said former
Manhattan federal judge **John   Martin** , who led the probe.

The report, on which <u>Merck</u> spent about $21 million, criticized certain <u>Merck</u>
promotional activity but generally absolved top management.

"Critics contend that senior officials at Merck knowingly put patients at risk of
cardiovascular events rather than jeopardize the profits that Merck generated from
the sale of Vioxx," the report said. "After an exhaustive investigation, we have
concluded that there is no basis for such a claim."

Martin, along with other lawyers and paralegals at Debevoise & Plimpton, spent more
than 53,000 hours on the 179-page report, which also included about 1,500 pages of
appendixes. They interviewed 115 people, including top company executives, and drew
upon testimony in civil and governmental proceedings.

One securities lawyer who isn't involved in litigation affecting Merck questioned
the objectivity of the Merck-sponsored report.

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/7/06 LATIMES 3                                                    Page 2


"The conclusion of **Merck's** own counsel cannot possibly be surprising," said Jay
Gould, a partner at Pillsbury Winthrop Shaw Pittman. "I don't know of any firm that
wouldn't do what [**Debevoise** & Plimpton] did. That's our job. We're not paid to be
impartial."

Merck board member William Bowen, who led the special committee reviewing the
company's Vioxx conduct, said the board was reassured by the report's finding that
company management acted responsibly.

"The main question the board wanted answered was: 'Did the senior people at Merck
knowingly put people at risk in ways that they should not have done?' " Bowen said.
"There is, I would submit, in the Martin report, no evidence to that effect."

The withdrawal in September 2004 of Vioxx, a $2.5-billion-a-year seller, sent Merck
shares tumbling, drew investigations from U.S. authorities and prompted sharp
criticism of the Whitehouse Station, N.J.-based pharmaceutical company known for its
sterling scientific reputation.

Although its shares have largely rebounded, Merck continues to face federal probes
involving Vioxx and more than 14,200 product liability lawsuits. So far, the company
and plaintiffs each have four victories.

The report found that no member of Merck management tried to mislead scientists or
consumers. It also said there was no support for assertions that Merck propelled
Vioxx to market without conducting necessary testing. And it rejected claims that
Merck scientists ignored signals that the drug caused heart problems.

---- INDEX REFERENCES ----

COMPANY: <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Business Lawsuits & Settlements (1BU19); Business Litigation
(1BU04); Business Management (1BU42); Market Research (1MA99); Health & Family
(1HE30); Major Corporations (1MA93); Sales & Marketing (1MA51))

INDUSTRY:  (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain
Management (1PA72); Pharmaceuticals Marketing & Sales (1PH83); Arthritis (1AR77);
Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (MANHATTAN; MERCK; MERCK CO; PILLSBURY WINTHROP SHAW PITTMAN;
VIOXX) (Bowen; Critics; Jay Gould; John Martin; Martin; William Bowen)

KEYWORDS: MERCK & CO INC; VIOXX (DRUG); PHARMACEUTICAL INDUSTRY; EXECUTIVES;
PATIENTS; INVESTIGATIONS

EDITION: Home Edition

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 LATIMES 3                                                    Page 3


Word Count: 568
9/7/06 LATIMES 3




END OF DOCUMENT




© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/7/06 RECNNJ B03                                                          Page 1

9/7/06 Rec. N. N.J. B03
2006 WLNR 15516888

New Jersey Record (NJ)
Copyright 2006 North Jersey Media Group Inc.

**September 7, 2006**

Section: BUSINESS

**Merck-funded probe clears execs on Vioxx**

THERESA AGOVINO, THE ASSOCIATED PRESS

NEW YORK NEW YORK -- **Merck** & Co.'s board of directors said Wednesday that a 20-month investigation funded by the pharmaceutical company found that senior management acted responsibly in its development and marketing of the now-withdrawn pain reliever Vioxx.

The 1,700-page report, which cost $21 million, contained some minor criticisms of employee actions but concluded that "management acted with integrity and had legitimate reasons for making the decisions that it made, in light of the knowledge available at the time."

 Merck pulled Vioxx off the market two years ago after a study found it doubled patients' risk of heart attacks and strokes. The company now faces more than 14,200 lawsuits which allege Merck knew Vioxx's risks and recklessly sold it to the public.

 Only a few have gone to trial. So far, Merck has won four lawsuits and lost four.

 **Merck's** board established a special panel of six outside directors to conduct an independent inquiry into the allegations after the drug was withdrawn. It hired **John Martin**, a former federal judge, of the law firm **Debevoise** & Plimpton to investigate.

 Mark Goodman, a partner who worked on the investigation, said that no members of the team were directly asked it they had any conflicts of interest with Merck but that their professional ethics would require them to raise such issues.

 Martin acknowledged that some cynics might consider the report a whitewash because of its favorable conclusions, but pointed to its heft as evidence of independence.

 Martin said Merck acted appropriately and that the Vioxx situation was unavoidable.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/7/06 RECNNJ B03                                                              Page 2


                        ---- INDEX REFERENCES ----

COMPANY: <u>**MERCK AND CO INC**</u>

NEWS SUBJECT:  (Health & Family (1HE30); Board of Directors (1BO47); Major
Corporations (1MA93))

INDUSTRY:  (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain
Management (1PA72); Manufacturing (1MA74))

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39); New York (1NE72))

Language:  EN

OTHER INDEXING:  (MERCK; MERCK CO; VIOXX)  (Debevoise Plimpton; John Martin; Mark
Goodman; Martin)

KEYWORDS: DRUG; SAFETY; PROBE

EDITION: All Editions

Word Count: 317
9/7/06 RECNNJ B03


END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 N.Y. Times (Abstracts) C1
2006 WLNR 15551825

New York Times Abstracts
Copyright © 2006 The New York Times.  All rights reserved.

**September 7, 2006**


Section: C


MERCK INQUIRY BACKS CONDUCT OVER VIOXX
Berenson, Alex

John S Martin Jr, former federal judge hired by **Merck** & Co to examine company's
conduct regarding **Vioxx**, concludes company behaved more or less perfectly; says
investigation by his law firm, **Debevoise** & Plimpton, was entirely independent; Mark
Lanier, lawyer for plaintiffs, says report is whitewash that contains no new
information about **Merck's** actions and has been prepared primarily to bolster
company's defense in civil suits; .eport's main body has no company documents,
e-mail messages or other evidence that has not already been publicly disclosed in
two years since **Merck** stopped selling **Vioxx** (M)


---- INDEX REFERENCES ----


COMPANY: MERCK AND CO INC

NEWS SUBJECT:  (Major Corporations (1MA93))

INDUSTRY:  (Pharmaceuticals & Biotechnology (1PH13); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (Berenson, Alex; Lanier, Mark)  (Martin, John S Jr; Judge)  (MERCK;
MERCK CO) (Debevoise Plimpton; John S Martin Jr; Mark Lanier)  (Arthritis and
Rheumatism; Ethics; Drugs (Pharmaceuticals); Consumer Protection; Suits and
Litigation; Liability for Products; Arthritis and Rheumatism; Electronic Mail;
Recalls and Bans of Products; Vioxx (Drug); Heart; Stroke)

COMPANY TERMS: **MERCK** AND CO INC; **DEBEVOISE** AND PLIMPTON

Word Count: 121
9/7/06 NYT-ABS C1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The New York Times

9/7/06 NYT C1                                                    Page 1


9/7/06 N.Y. Times C1
2006 WLNR 15481050

New York Times (NY)
Copyright (c) 2006 The New York Times. All rights reserved.

**September 7, 2006**


Section: C


<u>Merck</u> Inquiry Backs Conduct Over Vioxx

ALEX BERENSON

John S Martin Jr, former federal judge hired by **Merck** & Co to examine company's
conduct regarding **Vioxx**, concludes company behaved more or less perfectly; says
investigation by his law firm, **Debevoise** & Plimpton, was entirely independent; Mark
Lanier, lawyer for plaintiffs, says report is whitewash that contains no new
information about **Merck's** actions and has been prepared primarily to bolster
company's defense in civil suits; .eport's main body has no company documents,
e-mail messages or other evidence that has not already been publicly disclosed in
two years since **Merck** stopped selling **Vioxx** (M)

After 20 months and $21 million, the investigator that Merck's board hired to
examine the company's conduct regarding Vioxx has rendered his verdict: The company
behaved more or less perfectly.

So said a former federal judge, John S. Martin Jr., after an inquiry into whether
the senior management at <u>Merck</u> hid the risks of Vioxx, its former best-selling pain
drug.

"The report is essentially a very positive report, because that's the conclusion I
reached," Mr. Martin said at a news conference yesterday to discuss his findings.
The investigation by his law firm, Debevoise & Plimpton, was entirely independent,
Mr. Martin said.

Mark Lanier, a lawyer for plaintiffs, said the report was a whitewash that contained
no new information about Merck's actions and had been prepared primarily to bolster
the company's defense in the civil suits.

In the report's main body, there appear to be no company documents, e-mail messages
or other evidence that has not already been publicly disclosed in the two years
since Merck stopped selling Vioxx.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The New York Times

9/7/06 NYT C1                                                    Page 2

Nor did investigators involved in preparing the report interview Dr. Steven E.
Nissen, Dr. Eric J. Topol or other prominent scientists who have criticized Merck,
Mr. Martin said.

Merck stopped selling Vioxx in September 2004 after a clinical trial showed the drug
could cause heart attacks and strokes. More than 30,000 people have sued the
company, contending that Vioxx caused heart problems.

In four of the eight suits to reach a verdict, jurors have found the company liable,
and in each of those cases have awarded punitive damages -- financial penalties
meant to censure egregious conduct.

But Mr. Martin said **Debevoise** had found that **Merck** took "reasonable steps" to
research **Vioxx's** health risks. He said that no one at the company could have known
that **Vioxx** was dangerous to the heart before 2004, when **Merck** withdrew the drug
after a clinical trial revealed its risks. Evidence produced in lawsuits against
**Merck** has shown that company scientists repeatedly discussed **Vioxx's** potential
dangers as early as 1997.

Board members at the news conference said Merck would probably make few, if any,
changes in the way it operated as a result of the investigation.

Mark S. Cheffo, a partner at Skadden, Arps, a law firm that often represents drug
makers, said he understood why people might view an internal investigation
skeptically. But Mr. Cheffo, who had not seen the report, said it was important to
examine the evidence it presented before judging its credibility. Mr. Cheffo does
not work for Merck and is not involved in the Vioxx litigation.

The main body of the report runs 180 pages, with 20 appendixes that include another
1,500 pages. Lawyers for Debevoise reviewed millions of pages of documents and
interviewed more than 150 witnesses, including some outside scientists who consulted
for the company. The investigation took 53,000 hours, according to Debevoise.

The report, however, has no narrative explaining how Raymond V. Gilmartin, Merck's
former chief executive, communicated with Dr. Edward M. Scolnick, its former chief
scientist, or other senior scientists and executives at Vioxx during the years it
was under development and then on the market.

Instead, it essentially consists of point-by-point rebuttals of the criticisms that
scientists and plaintiffs' lawyers have made against Merck since the company
withdrew the drug, including contentions that Merck misled federal regulators and
marketed the drug without properly disclosing its heart risks.

The specifics of the rebuttals are almost exactly the same as those offered by
Merck's defense team in the civil suits against the company.

In May, **Debevoise** gave a draft copy of the report to Theodore V. H. Mayer, a lawyer
at Hughes Hubbard & Reed who is coordinating **Merck's** defense in the suits. Mr. Mayer

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The New York Times

9/7/06 NYT C1                                                             Page 3

and Kenneth C. Frazier, **Merck's** general counsel, reviewed the report for accuracy, Mr. Martin said at the news conference. But they did not compromise the independence of his investigation, he said.

Dr. William G. Bowen, chairman of the special six-member board committee that retained Debevoise, praised Mr. Martin's investigation.

"The special committee and the board are reassured by the comprehensiveness, care and clarity of this analysis," he said. "The main question the board wanted answered was, 'Did senior management at Merck knowingly put people at risk?' "

Now that question has been answered, Dr. Bowen said.

Chart: "Mixed Growth in Most Regions"
A roundup of regional economic conditions for the Federal Reserve's 12 districts, according to survey results released by the Fed yesterday. Data is for July 18-Aug. 28.

(Source by Bloomberg News)(pg. C2)

---- INDEX REFERENCES ----

COMPANY: <u>MERCK AND CO INC</u>; BLOOMBERG LP

NEWS SUBJECT:  (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Health & Family (1HE30); Major Corporations (1MA93); Economics & Trade (1EC26))

INDUSTRY:  (Science & Engineering (1SC33); Pharmaceuticals Regulatory (1PH03); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Manufacturing (1MA74); Science (1SC89))

Language:  EN

OTHER INDEXING:  (Berenson, Alex; Martin, John S Jr (Judge); Lanier, Mark) (BLOOMBERG NEWS; FEDERAL RESERVES; HUGHES HUBBARD REED; MERCK; MERCK CO; MERCK INQUIRY BACKS)  (Bowen; Cheffo; Debevoise; Debevoise Plimpton; Edward M. Scolnick; Eric J. Topol; John S Martin Jr; John S. Martin Jr.; Kenneth C. Frazier; Mark Lanier; Mark S. Cheffo; Martin; Mayer; Raymond V. Gilmartin; Steven E. Nissen; Theodore V. H. Mayer; William G. Bowen)  (Arthritis and Rheumatism; Ethics; Drugs (Pharmaceuticals); Consumer Protection; Suits and Litigation; Liability for Products; Arthritis and Rheumatism; Electronic Mail; Recalls and Bans of Products; Vioxx (Drug); Heart; Stroke)

COMPANY TERMS: **MERCK** AND CO INC; **DEBEVOISE** AND PLIMPTON

EDITION: Late Edition - Final

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The New York Times

9/7/06 NYT C1                                                        Page 4

Word Count: 1056
9/7/06 NYT C1

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 PHARMABDBULL (No Page)                                    Page 1


9/7/06 Pharma Bus. Daily Bull. (Pg. Unavail. Online)
2006 WLNR 15505755

                        Pharma Business Daily Bulletin
                   Copyright 2006 Visiongain. All rights reserved.

                              **September 7, 2006**


          MANAGEMENT ACTED RESPONSIBLY WITH VIOXX SAYS <u>MERCK</u> REPORT


  Merck's board of directors said on Wednesday that the company's senior management
acted responsibly in the development and marketing of Vioxx, following a 20-month
investigation funded by the <u>Merck</u> itself.

  The 1,700-page report, which cost $21 million, contained some minor criticisms of
employee actions but concluded that "management acted with integrity and had
legitimate reasons for making the decisions that it made, in light of the knowledge
available at the time."

  Merck withdrew Vioxx two years ago, after a study found it doubled patients' risk
of heart attacks and strokes. The company now faces more than 14,200 lawsuits which
allege Merck knew Vioxx's risks and recklessly sold it to the public.

  **Merck's** board then established a special committee of six outside directors to
conduct an independent investigation of the allegations. It hired **John Martin**, a
former federal judge, of the law firm **Debevoise** & Plimpton to investigate.

  Martin acknowledged that some cynics might consider the report a whitewash because
of its favourable conclusions, but pointed to its heft as evidence of independence.
He also said that the special committee would not have hesitated to take action
against the company if it believed there had been misconduct.

                         ---- INDEX REFERENCES ----

COMPANY: <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Board of Directors (1BO47); Major Corporations (1MA93))

INDUSTRY:  (Pharmaceuticals & Biotechnology (1PH13); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (MERCK; VIOXX)  (Debevoise Plimpton; John Martin; MANAGEMENT ACTED
RESPONSIBLY; Martin)

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

Word Count: 248
9/7/06 PHARMABDBULL (No Page)




END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 PHILADELBUSJ (No Page)                                    Page 1


9/7/06 Philadelphia Bus. J. (Pg. Unavail. Online)
2006 WLNR 15502932

                    Philadelphia Business Journal
             Copyright 2006 American City Business Journals

                          **September 7, 2006**


                **Merck** says probe clears it of hiding Vioxx concerns


**Merck & Co. Inc**. said late Wednesday that an independent investigation regarding its
Vioxx pain drug found "there is no basis for the claim that **Merck** knowingly put
patients at risk of cardiovascular events."

**Merck** pulled Vioxx from the market in 2004 after studies found long-term use could
increase a person's risk of a heart attack or stroke. Thousands of lawsuits have
been filed against the company over the drug, saying Vioxx patients died or endured
serious medical problems because of it.

The company said the investigation into the development and marketing of the
arthritis drug was conducted by the global law firm **Debevoise** & Plimpton. The
investigation logged 20 months and 53,000 hours, **Merck** said.

Merck (NYSE:MRK) closed down 2 percent Thursday at $40.64 per share.

Based in Whitehouse Station, N.J., Merck has a large vaccine facility in West Point,
Pa.

                    ---- INDEX REFERENCES ----

COMPANY: **MERCK AND CO INC**; DEBEVOISE AND PLIMPTON

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:  (Healthcare (1HE06); Allergy & Immunology (1AL96); Analgesics (1AN10);
Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Inflammatory
Diseases (1IN19); Internal Medicine (1IN54); Healthcare Practice Specialties
(1HE49); Manufacturing (1MA74))

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39))

Language:  EN

OTHER INDEXING:  (**DEBEVOISE** PLIMPTON; **MERCK**; **MERCK** CO; NYSE:MRK)

             © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 PHILADELBUSJ (No Page)                                                    Page 2


EDITION: philadelphia

Word Count: 173
9/7/06 PHILADELBUSJ (No Page)




END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 PHILADELBUSJ (No Page)                                    Page 1


9/7/06 Phila. Inquirer A01
2006 WLNR 15469349
                        Philadelphia Inquirer (PA)
                   Copyright 2006 The Philadelphia Inquirer

                          **September 7, 2006**



                           Section: NATIONAL


                      <u>Merck</u> finds no Vioxx lapses
                 Clears senior managers in development, recall.

              By Thomas Ginsberg, Inquirer Staff Writer

After a 20-month internal investigation at a cost of $21 million, <u>**Merck & Co. Inc**</u>.'s
board exonerated its senior managers yesterday of knowingly or recklessly hiding
safety information about Vioxx, its recalled pain reliever.

The conclusions, based on work by outside lawyers paid by <u>Merck</u>, may do little to
lessen Merck's uphill legal battle involving more than 14,000 liability cases and
many class-action lawsuits. It also did little to soothe Wall Street analysts about
Merck's ultimate financial liability, with one likening the investigators merely to
"paid witnesses."

But the exhaustive, 1,700-page report could provide Merck new material to try to
burnish its image.

And one board member said the Merck internal report should reinforce an important
lesson for the public and the entire pharmaceutical industry: "Be alert to the
distinction between risks and benefits of drugs," said William G. Bowen, former
president of Princeton University and a supervisor of the investigation.

The outside investigators, including a former federal judge, said they had found
only marginal infractions that were not deliberate, including efforts to
"neutralize" some Vioxx skeptics led by a now-retired Merck executive, Louis M.
Sherwood of Upper Gynnedd. It also faulted Merck for issuing news releases that
omitted information about possible cardiovascular risks of Vioxx.

"The report concludes that **Merck's** senior management acted with integrity in the
development, testing and marketing of **Vioxx**," said a summary of the investigation
produced by lawyers from the New York firm of **Debevoise** & Plimpton L.L.P. and led by
former U.S. Attorney John S. Martin Jr. of New York.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

On Sept. 30, 2004, Merck announced a voluntary recall of Vioxx, which was marketed as an anti-arthritis medicine, after determining that a company-sponsored study showed an increased risk of heart attack and stroke.

Merck's board had announced shortly after the Vioxx recall that it would conduct the internal probe into allegations that Merck executives had acted inappropriately or recklessly over Vioxx. It limited its internal probe to the actions and knowledge of senior executives.

Such internal probes have become common in major U.S. corporations in the years since the Enron Corp. case, according to Andrew Metrick, a management professor at the Wharton School. He said they sometimes could illuminate events or could be used to pin blame on certain executives.

Investigators said they sought to find out whether Edward Scolnick, the chief of Merck Research Labs known for harshly criticizing some subordinates, had intimidated critics inside the company from voicing their concerns. "We found he didn't," said William G. Bowen, a Merck board member and supervisor of the investigation.

The investigators said Merck scientists responded "appropriately" to worrisome data from a clinical trial in 2002, called Vigor, which raised questions about Vioxx. They also disclosed all data to the FDA and never sought to delay FDA consideration of a label warning.

The paid investigators also concluded that "simple human error" was to blame for the inaccurate description of safety data in a study published in the New England Journal of Medicine.

At a news conference, Martin and two committee members called the late discovery of Vioxx safety problems and the recall itself essentially "unavoidable" because most people appeared to have done their jobs correctly.

"If it could have been predicted, we would have predicted it," said Samuel O. Thier, a Merck board member and professor of health-care policy at Harvard University. "... This will happen, unless you never put out anything" with any risks.

Bowen said the most convincing evidence of executive integrity was the fact that so many of them took Vioxx themselves.

Sherwood, the executive singled out for the most pointed criticism in the report, was accused in 2001 by a Stanford University Medical School chairman, James Fries, of inappropriately criticizing and threatening eight scientists who had questioned Vioxx. The investigators said Merck chief executive officer Raymond Gilmartin and marketing chief David Anstice took action to rein in Sherwood as soon as they heard the complaints.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

Sherwood, reached at his home, defended himself and said he acted appropriately to straighten the record on Vioxx, which he considered a safe drug. "I'm disappointed to hear" about the report, Sherwood said, adding that he had not read it.

He also suggested that his Merck superiors were aware of his actions and rejected the notion that he was a rogue executive doing something against company policy. "There was good communication throughout" the company, Sherwood said.

Mark Goodman, a lawyer involved in drafting the report, said investigators found no evidence that Sherwood's superiors "knew the substance of what he was saying" to the scientists.

The company has its headquarters in Whitehouse Station, N.J., and it did much of the Vioxx marketing, legal and recall work at its complex in West Point, Pa.

The investigation involved interviewing 150 employees and reviewing millions of documents. Investigators apparently did not have access to materials that other lawyers have not already looked at in thousands of cases.

Read the internal report on Merck's handling of Vioxx at http://go.philly.com/

  martinreport

                  ---- INDEX REFERENCES ----

COMPANY: **ENRON CORP**; **MERCK AND CO INC**

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93); Economics & Trade (1EC26))

INDUSTRY:  (Pharmaceuticals Regulatory (1PH03); Pharmaceuticals & Biotechnology (1PH13); Clinical Outcomes (1CL11); Medical Errors & Negligence (1ME81); Manufacturing (1MA74); Science (1SC89); Science & Engineering (1SC33); Healthcare (1HE06); Analgesics (1AN10); Pain Management (1PA72))

REGION:  (Americas (1AM92); North America (1NO39); USA (1US73); New York (1NE72))

Language:  EN

OTHER INDEXING:  (William G. Bowen; Louis M. Sherwood; John S. Martin Jr.; Andrew Metrick; William G. Bowen; Samuel O. Thier; James Fries; Raymond Gilmartin; Mark Goodman)  (ENRON CORP; FDA; HARVARD UNIVERSITY; MEDICAL SCHOOL; MERCK; MERCK CO; MERCK RESEARCH LABS; PRINCETON UNIVERSITY; STANFORD UNIVERSITY; UPPER GYWNEDD; VIOXX; WHARTON SCHOOL)  (Andrew Metrick; Bowen; David Anstice; Edward Scolnick; James Fries; John S. Martin Jr.; Louis M. Sherwood; Mark Goodman; Martin; Raymond Gilmartin; Samuel O. Thier; Sherwood; Wall Street; William G. Bowen)  (New York; New York; us; usa; na; us.pa; us.pa.phila; us.ny; us.ny.nyc)

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

KEYWORDS:  (XC/NYSE);  (NT/NEC);  (XC/any.company);  (XC/any);  (SU/front);
(SU/news)

TICKER SYMBOL: NYSE:MRK; NYSE:ENE

EDITION: CITY-B

Word Count: 1065
9/7/06 PHILA-INQ A01


END OF DOCUMENT


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/7/06 Rec. N. N.J. B03
2006 WLNR 15517161

Record, The; Bergen County, N.J.
Copyright 2006 ProQuest Information and Learning Company; All Rights Reserved.

**September 7, 2006**

Section: BUSINESS

**Merck-funded probe clears execs on Vioxx**

THERESA AGOVINO, THE ASSOCIATED PRESS

NEW YORK    NEW YORK  **Merck** & Co.'s board of directors said Wednesday that a 20-month investigation funded by the pharmaceutical company found that senior management acted responsibly in its development and marketing of the now-withdrawn pain reliever Vioxx.

The 1,700-page report, which cost $21 million, contained some minor criticisms of employee actions but concluded that "management acted with integrity and had legitimate reasons for making the decisions that it made, in light of the knowledge available at the time."

Merck pulled Vioxx off the market two years ago after a study found it doubled patients' risk of heart attacks and strokes. The company now faces more than 14,200 lawsuits which allege Merck knew Vioxx's risks and recklessly sold it to the public.

Only a few have gone to trial. So far, Merck has won four lawsuits and lost four.

**Merck's** board established a special panel of six outside directors to conduct an independent inquiry into the allegations after the drug was withdrawn. It hired **John Martin**, a former federal judge, of the law firm **Debevoise** & Plimpton to investigate.

Mark Goodman, a partner who worked on the investigation, said that no members of the team were directly asked it they had any conflicts of interest with Merck but that their professional ethics would require them to raise such issues.

Martin acknowledged that some cynics might consider the report a whitewash because of its favorable conclusions, but pointed to its heft as evidence of independence.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 PHILADELBUSJ (No Page)                                    Page 2

    Martin said Merck acted appropriately and that the Vioxx situation was
unavoidable.

                    ---- INDEX REFERENCES ----

COMPANY: <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Health & Family (1HE30); Board of Directors (1BO47); Major
Corporations (1MA93))

INDUSTRY:  (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain
Management (1PA72); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (MERCK; NEW YORK MERCK CO; VIOXX)  (Debevoise Plimpton; John
Martin; Mark Goodman; Martin)

KEYWORDS: DRUG; SAFETY; PROBE

EDITION: All Editions

Word Count: 320
9/7/06 RECNNJ B03


END OF DOCUMENT

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/7/06 PHILADELBUSJ (No Page)                                    Page 1


9/7/06 Star-Ledger (Newark N.J.) 45
2006 WLNR 15523030

Star-Ledger, The (Newark, NJ)
Copyright 2006 The Star-Ledger. All Rights Reserved. Used by NewsBank with
Permission.

**September 7, 2006**


Section: BUSINESS


Report clears <u>Merck</u> officials : But board-ordered inquiry is unclear

ED SILVERMAN

By ordering an investigation into the Vioxx scandal, Merck's board members attempted
to signal they took seriously the disturbing charges that the once-fabled drugmaker
put profit ahead of patient safety.

 But given the findings, it remains unclear whether they achieved their goal or if
investors will care. The report released yesterday essentially exonerated Merck
executives from wrongdoing. Merck senior managers acted properly in the development
and marketing of Vioxx, and didn't attempt to mislead regulators or the public about
the safety of the infamous painkiller, according to the 1,700-page opus.

 The committee further concluded Merck officials didn't withhold Vioxx study data
from the Food and Drug Administration, refuse to perform needed clinical trials or
improperly promote the medication to doctors. The report also found Merck management
had no reason to believe the drug caused a significant risk of heart attacks or
strokes, or that Merck executives deliberately traded stock prior to the release of
damaging news.

 "Critics contend that senior officials at Merck knowingly put patients at risk of
cardiovascular events, rather than jeopardize the profits that Merck generated from
the sale of Vioxx," according to the report. "After an exhaustive investigation, we
have concluded that there is no basis for such a claim."

 The findings aren't legally binding, but the Whitehouse Station-based drugmaker is
expected to use them to bolster claims that Vioxx was properly tested and marketed
as it defends more than 14,000 lawsuits in state and federal courts. So far, Merck
has won four cases and lost four cases. Another victory in New Jersey state court
was overturned last month.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

One plaintiff's attorney, however, called the report a whitewash.

"Isn't it sad that Merck still condones bad behavior?" said Mark Lanier, who won a $253 million verdict against Merck last year in a Texas state court and, more recently, lost a case in New Jersey state court. "This isn't going to help Merck in a trial. It's all about bolstering its stock price and image on Wall Street. Anyone could hire some lawyers and experts to come up with the conclusion they want. It's a shallow public-relations ploy. An absolute joke."

TWO YEARS OF CRITICISM

The report follows nearly two years of blistering criticism of the company for its handling of Vioxx, which was withdrawn after a study linked the painkiller to heart attacks and strokes after 18 months of use. By then, however, the widely promoted pill had already been plagued by such safety concerns for nearly five years.

The subsequent uproar crystallized mounting concerns about the safety of prescription drugs and the extent to which potentially serious side effects are properly scrutinized and disclosed by the pharmaceutical industry and regulators. Merck, in particular, suffered enormous damage to its credibility and its stock price after the September 2004 withdrawal. And both the Securities and Exchange Commission and the U.S. Department of Justice opened investigations.

To assuage the public, **Merck's** board formed a special committee of six outside members, who in turn hired **John Martin**, a former federal judge, and a prominent New York-based law firm, **Debevoise** & Plimpton, to conduct what it called an independent investigation into how **Merck** management handled **Vioxx**.

The effort cost about $21 million and took about 53,000 hours spanning 20 months, during which 115 people, mostly present and former Merck employees were interviewed. They included former Chief Executive Ray Gilmartin and former top scientist Ed Scolnick. FDA staff weren't interviewed. The law firm hired a handful of outside scientific experts to review mountains of documents and also monitored several Vioxx trials.

Generally, special board committees are formed to investigate financial wrongdoing or to advise on merger and acquisition activity, as opposed to a controversial decision-making process, according to Paul Hodgson of the Corporate Library, a corporate-governance firm.

In this case, the committee didn't identify any management failures. Instead, the report praised Merck managers for implementing a program called the "Culture of Compliance," and probing a few instances where doctors were pressured or advertising was improper.

"These kinds of findings are somewhat meaningless, to a certain extent," Hodgson said. "We've been left with the impression that something did go wrong with the

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

internal controls. Without recommendations, maybe it can happen again. And if I'm a shareholder, I'd still like to have somebody to blame."

 The independence of the investigation may also be open to question. At a news briefing yesterday, the committee disclosed that Merck's general counsel, Ken Frazier, read the final report "for accuracy," according to Martin, although his suggested changes were rejected. Martin said he anticipated the findings would draw criticism, but insisted the investigation wasn't a "slipshod inquiry" that accepted comments from Merck executives and employees at face value.

QUESTIONABLE EFFECT

"For the cynics out there who say it was a whitewash, do you think we'd put out something we didn't believe in, knowing that it was going to be reviewed by the SEC and the Justice Department?" he said. "We had more than an adequate record to come to the conclusion we did."

 However, he added, that he doesn't "think the report is going to do anything one way or the other."

 Securities analysts agreed.

 "This exercise is an attempt to protect senior management, not the company," said David Moskowitz of Friedman Billings Ramsey. "And the independence can be questioned. The company commissioned this. It's akin to a paid witness in a trial."

 Tony Butler of Lehman Brothers said: "I think this report, while positive and refreshing, is unable to allow investors to sum total Vioxx liability."

 Merck executives have vowed to fight every lawsuit, although investors remain anxious about the possibility the legal bill could balloon to an estimated $50 billion. And more lawsuits are expected to be filed before a two-year statute of limitations expires at the end of this month.

The report did, however, include some mild criticisms.

 For instance, Merck news releases issued last May to explain updated results of the study that led to the Vioxx withdrawal should have been clearer. Similarly, the language used to explain that Vioxx caused heart problems only after 18 months of use was criticized. The committee also chided the company for providing doctors with a promotional aid that omitted certain cardiovascular findings and chastised efforts to "neutralize" academic experts who were critical of both Vioxx and the way Merck responded to safety risks.

 Nonetheless, the committee supported Merck's controversial explanation that Vioxx wasn't responsible for an increased rate of heart problems in a key study called Vigor, which was released in 2000. Instead, Merck pointed to the protective effects

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

of another drug, naproxen, to which Vioxx was compared, and continues to rely on
that theory.

"While there may be room for legitimate scientific debate as to whether Merck
scientists reached the right conclusion on each occasion, we believe that their
conclusions were reached in good faith and were reasonable under the circumstances,"
the report found.

The committee concluded its report by noting several Merck executives and their
families - including Gilmartin's wife - used Vioxx up until the withdrawal.

---- INDEX REFERENCES ----

COMPANY: <u>FRIEDMAN BILLINGS RAMSEY GROUP INC</u>; <u>FRIEDMAN BILLINGS RAMSEY GROUP INC</u>
(OLD); <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Legal (1LE33); Health & Family (1HE30); Economics & Trade (1EC26);
Major Corporations (1MA93))

INDUSTRY:  (Pharmaceuticals Regulatory (1PH03); Analgesics (1AN10); Pharmaceuticals
& Biotechnology (1PH13); Pain Management (1PA72); Manufacturing (1MA74))

REGION:  (USA (1US73); Americas (1AM92); New Jersey (1NE70); North America (1NO39))

Language:  EN

OTHER INDEXING:  (CORPORATE LIBRARY; EXCHANGE COMMISSION; FDA; FRIEDMAN BILLINGS
RAMSEY; JUSTICE DEPARTMENT; MERCK; SEC; SECURITIES; US DEPARTMENT OF JUSTICE; VIOXX)
(Critics; David Moskowitz; Debevoise Plimpton; Drug; Ed Scolnick; Gilmartin;
Hodgson; John Martin; Ken Frazier; Mark Lanier; Martin; Nonetheless; Paul Hodgson;
Ray Gilmartin; Similarly; Tony Butler)

EDITION: FINAL

Word Count: 1498
9/7/06 STLGRN 45

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/7/06 PHILADELBUSJ (No Page)                                    Page 1


9/7/06 Wall St. J. (U.S. Edition) (Pg. Unavail. Online)
2006 WLNR 15489517

WALL STREET JOURNAL (US EDITION)
Copyright 2006 The Financial Times Information Limited. All rights reserved.

**September 7, 2006**


<u>Merck</u>, Vioxx probe clears officials


An independent inquiry by **Debevoise** & Plimpton LLP lawyer and retired US District Judge John S Martin Jr has found that <u>Merck</u> & Co had no knowledge of risks linked to the use of its **Vioxx** painkillers before it withdrew the product in September 2004. The pharmaceutical firm currently faces over 14,200 charges claiming that the treatment led to heart complications. Mr Martin's report, which covered a 20-month probe, argues that <u>Merck</u> had not intended to mislead the public and officials of the Food and Drug Administration. Counsel for the plaintiffs shunned the study as a whitewashing attempt.

Abstracted from: The Wall St Journal

---- INDEX REFERENCES ----

COMPANY: <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:  (Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Manufacturing (1MA74))

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39))

Language:  EN

OTHER INDEXING:  (LLP; MERCK; MERCK CO)  (Counsel; Drug; John S Martin Jr; Martin)

KEYWORDS:  (Company News);  (General News);  (Law & Legal Issues);  (Regulation of Business)

COMPANY TERMS: FOOD AND DRUG ADMINISTRATION USA; MERCK AND CO INC

PRODUCT: EXECUTIVE, LEGISLATIVE & GENERAL; unknown; unknown; unknown; unknown; Pharmaceuticals; Public Administration; Pharmaceutical Preparation Mfg; Justice,

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

Public Order & Safety; Courts; Administration Of Public Health Programs;
Administration Of Human Resource Programs

SIC: 9100; 9410; 9200; 9431; 9211; 2834

NAICS CODE: 92; 325412; 922; 92211; 92312; 923

Word Count: 127
9/7/06 WSJD (No Page)


END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

American Political Network
American Health Line
Volume 10 No. 9
Copyright (c) 2006 by American Political Network, Inc.

September 07, 2006

INSIDE THE INDUSTRY MERCK:  OFFICIALS ACTED APPROPRIATELY ON VIOXX, REPORT FINDS

 Senior **Merck** officials acted appropriately in the
development and marketing of the COX-2 inhibitor **Vioxx** and
believed that the medication was safe until September 2004, when
the company withdrew the treatment from the market because of
safety concerns, according to a report issued on Wednesday as
part of an independent investigation of the actions of senior
company officials, the Wall Street Journal reports (Carreyou/Won
Tesoriero, Wall Street Journal, 9/7).  **Merck** faces more than
14,000 lawsuits related to **Vioxx**.  After **Merck** withdrew **Vioxx**
from the market, the company board established a special
committee of six outside directors to conduct the investigation.
 The special committee hired **John Martin**, a former federal judge
and member of the law firm **Debevoise &** Plimpton, to conduct the
investigation (Agovino, AP/Long Island Newsday, 9/6).  According
to the 1,700-page report, "Critics contend that senior officials
at **Merck** knowingly put patients at risk of cardiovascular events
rather than jeopardize the profits that **Merck** generated from the
sale of **Vioxx**.  After an exhaustive investigation, we have
concluded that there is no basis for such a claim" (Reuters/Los
Angeles Times, 9/7).  The report states, "While there may be
room for legitimate scientific debate as to whether **Merck**
scientists reached the right conclusion on each occasion, we
believe that their conclusions were reached in good faith and
were reasonable under the circumstances" (Silverman, Newark
Star-Ledger, 9/7).  The report adds that **Merck** "management acted
with integrity and had legitimate reasons for making the
decisions that it made, in light of the knowledge available at
the time" (AP/Long Island Newsday, 9/6).
 REPORT DETAILS
 According to the New York Times, the 180-page main body of
the report includes "no company documents, e-mail messages or
other evidence that has not already been publicly disclosed in
the two years since **Merck** stopped selling **Vioxx**."  The report
"essentially consists of point-by-point rebuttals of the
criticisms that scientists and plaintiffs' lawyers have made
against **Merck** since the company withdrew the drug, including
contentions that **Merck** misled federal regulators and marketed
the drug without properly disclosing its heart risks," the Times

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

reports (Berenson, New York Times, 9/7). The report finds that
senior **Merck** officials did not withhold data on **Vioxx** from FDA
and did not refuse to conduct necessary clinical trials of the
medication (Newark Star-Ledger, 9/7). Although **Merck** used some
aggressive marketing practices to promote **Vioxx,** senior company
officials were not aware of those practices, according to the
report. A **Merck** marketing document called the "Cardiovascular
Card" used in the promotion of **Vioxx** to physicians did not
include data from a 2000 trial that found participants who took
**Vioxx** had a higher rate of cardiovascular events compared with
those who took a comparison medication, but the exclusion of the
data was acceptable because the company sent physicians a
separate letter that included the data, the report finds. The
report also finds that **Merck** researchers believed at the time
the trial was analyzed that the higher rate of cardiovascular
events among participants who took **Vioxx** resulted from the
protective effects of the comparison medication (Wall Street
Journal, 9/7). In addition, the report finds that Edward
Scolnick, former presidentof **Merck** Research Labs, did not
attempt to intimidate internal critics of **Vioxx** (Ginsburg,
Philadelphia Inquirer, 9/7).
 INVESTIGATION DETAILS
 **Merck** paid **Debevoise &** Plimpton $21 million to conduct the
investigation, which took about 20 months to complete (Wall
Street Journal, 9/7).According to **Debevoise &** Plimpton,
attorneys at the law firm reviewed millions of pages of
documents and interviewed more than 150 witnesses over aperiod
of 53,000 hours for the report (New York Times, 9/7). However,
attorneys did not record the interviews, and they do not appear
in the appendices of the report (Wall Street Journal, 9/7).
Martin said that Kenneth Frazier, general counsel for **Merck,** and
Theodore Mayer, an attorney at Hughes Hubbard & Reed who has led
the company legal defense against **Vioxx** lawsuits, reviewed the
report but added that their review did not compromisethe
independence of the investigation.
 **MERCK** COMMENTS
 Martin said, "The report is essentially a very positive
report because that's theconclusion I reached" (New York Times,
9/7). In addition, he said, "For the cynics out there who say it
was a whitewash, do you think we'd put out something we didn't
believe in, knowing that it was going to be reviewed" by the
Securities and Exchange Commission and the Department of
Justice?He added, "We had more than an adequate record to come
to the conclusion we did." However, Martin said that the report
likely will not "do anything one way or the other" (Newark
Star-Ledger, 9/7). **Merck** board member William Bowen, who led
the special committee, said, "The main question the board wanted
answered was: 'Did the senior people at **Merck** knowingly put

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

people at risk in ways that they should not have done?'  There
is, I would submit, in the Martin report, no evidence to that
effect" (Reuters/Los Angeles Times, 9/7).  **Merck** board member
Samuel Thier, a professor of health care policy at Harvard
University, said, "If it could have been predicted, we would
have predicted it."  He added, "This will happen unless you
never put out anything" with safety risks (Philadelphia
Inquirer, 9/7).
  ADDITIONAL COMMENTS
  Paul Hodgson of the Corporate Library, a corporate
governance company, said, "These kinds of findings are somewhat
meaningless, to a certain extent," adding, "We've been left with
the impression that something did go wrong with the internal
controls.  Without recommendations, maybe it can happen again.
And if I'm a shareholder, I'd still like to have somebody to
blame" (Newark Star-Ledger, 9/7).  Jay Gould, a partner at the
law firm Pillsbury Winthrop Shaw Pittman, said, "The conclusion
of **Merck's** own counsel cannot possibly be surprising."  Gould
added, "I don't know of any firm that wouldn't do what
(**Debevoise &** Plimpton) did.That's our job.  We're not paid to
be impartial" (Reuters/Los Angeles Times, 9/7).  David
Moskowitz, an analyst at Friedman Billings Ramsey, said, "This
exercise is an attempt to protect senior management, not the
company.  And the independence can be questioned."  He added,
"The company commissioned this.  It's akin to a paid witness in
a trial."  Tony Butler, an analyst at Lehman Brothers, said, "I
think this report, while positive and refreshing, is unable to
allow investors to sum total **Vioxx** liability" (Newark
Star-Ledger, 9/7).  Edwin Stier -- a partner at the law firm
Stier Anderson, which has conducted similar investigations for
other companies -- said, "This report should be scrutinized with
a great deal of skepticism," but "I think it's a mistake to
automatically assume that an investigation is a whitewash
because there's so much money at stake."  Christopher Seeger,
who represents plaintiffs in **Vioxx** lawsuits, said that the
report is "a legal brief on behalf of the company."  He added,
"If law firms like **Debevoise** said anything negative about the
companies that hire them to do these reports, they'd never be
hired by a big company again" (Wall Street Journal, 9/7).

9/7/2006 APN-HE  9

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                      Page 2

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 2

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 2

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 2

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/6/06 Fin. Times - FT.com (Pg. Unavail. Online)
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 3

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 3

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 3

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 3

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WLNR 15542752
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 4

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 4

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 4

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 4

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                          Page 5

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                              Page 5

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                      Page 5

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                        Page 5

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FT.com

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 6

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 6

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 6

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 6

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Copyright 2006 Financial Times Ltd.
&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                        Page 7

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                            Page 7

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                    Page 7

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                      Page 7

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

                               **September 6, 2006**
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                           Page 8

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                               Page 8

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                       Page 8

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                         Page 8

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 9

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 9

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 9

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 9

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 10

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 AUTOIMMDRUG (No Page)                                        Page 10

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 BUFFALONWS B9                                                Page 10

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 CHICAGOTR 2                                                  Page 10

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


              Report says **<u>Merck</u>** acted with integrity on Vioxx
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 11

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 11

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 11

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 11

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

                             Christopher Bowe in New York
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 12

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 12

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 12

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 12

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 13

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 13

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 13

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 13

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

20060906 214034 Merckmanagement did not mislead the public and acted with
              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 14

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 14

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 14

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 14

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"integrity" developing and selling the Vioxx painkiller, an external investigation
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                        Page 15

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                            Page 15

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                    Page 15

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                      Page 15

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

commissioned by the US drugmaker's board said on Wednesday.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 16

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 16

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 16

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 16

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

However, the investigation was not all positive. It raised questions over Merck's
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                Page 17

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                    Page 17

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                            Page 17

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                              Page 17

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

conclusion that the heart risks from Vioxx, over which the drug was subsequently
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 18

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 18

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 18

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 18

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

withdrawn, only started after 18 months of use.
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 19

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 19

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 19

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 19

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

It also raised questions about some of Merck's communications with the public and
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 20

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 20

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 20

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 20

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

mistakes made in analysing data from a pivotal study called Approve.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                              Page 21

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                  Page 21

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                          Page 21

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                            Page 21

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The report said a new Merck analysis of Approve data raised "the possibility" that
              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.