**News**Room

9/8/06 INTLHT 12                                                    Page 22

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 22

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 22

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 22

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Vioxx's heart risks appeared earlier than 18 months and Merck's position on this
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 23

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 23

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 23

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 23

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

point "may be overly categorical". But it stopped short of saying the new analysis
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 24

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 24

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 24

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 24

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

proved that Vioxx's risks appeared earlier.
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 25

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 25

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 25

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 25

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"The fact that a result cannot be ruled out or disproved cannot be interpreted as
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                              Page 26

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                  Page 26

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                          Page 26

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                            Page 26

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

signaling that the opposite is true or has been proved," the report said.
            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                      Page 27

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 27

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 27

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 27

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The question of when Vioxx's heart risks begin is important in Merck's strategy to
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                               Page 28

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                   Page 28

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                           Page 28

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                             Page 28

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

defend itself against potentially billions of dollars in liability over the drug.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                      Page 29

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 29

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 29

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 29

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Merck faces at least 14,200 lawsuits claiming harm from Vioxx and its assertion that
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 30

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 30

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 30

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 30

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

higher risk appears only after 18 months is a key element in managing its caseload.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 31

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 31

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 31

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 31

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Merck withdrew Vioxx nearly two years ago after a company study found its
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 32

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 32

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 32

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 32

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

blockbuster increased heart attack and stroke risks.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                               Page 33

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                   Page 33

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                           Page 33

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                             Page 33

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The external report was a product of a special committee formed on **Merck's** board to
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 34

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 AUTOIMMDRUG (No Page)                                        Page 34

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 BUFFALONWS B9                                                Page 34

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 CHICAGOTR 2                                                  Page 34

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


determine whether management acted appropriately. It was conducted by **John Martin**
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Jr, a former US federal judge and attorney at **Debevoise** & Plimpton. It entailed
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                              Page 36

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                  Page 36

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                          Page 36

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                            Page 36

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

interviews and analysed more than 23m pages of documents collected in litigation and
            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 37

                © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 37

                © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 37

                © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 37

                © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

investigations.
                © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 38

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 38

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 38

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 38

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

A fundamental thread through the report was a determination that senior Merck
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                              Page 39

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                  Page 39

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                          Page 39

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                            Page 39

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

management did not "believe"  that Vioxx was "prothrombotic", or could trigger heart
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 40

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 40

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 40

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 40

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

attacks.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 41

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 AUTOIMMDRUG (No Page)                                        Page 41

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 BUFFALONWS B9                                                Page 41

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 CHICAGOTR 2                                                  Page 41

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Christopher Seeger, a leading plaintiffs attorney in Vioxx lawsuits against Merck,
&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 42

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 42

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 42

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 42

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

said that companies' external investigations often come back positive. "In the
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 43

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 43

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 43

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 43

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

overwhelming majority of cases they absolutely come back positive  for the board or
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 44

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 44

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 44

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 44

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

the company," he said.
                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 45

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 45

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 45

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 45

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The report found that management conduct was "not consistent with the view that
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                          Page 46


                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9/7/06 AUTOIMMDRUG (No Page)                                              Page 46


                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9/7/06 BUFFALONWS B9                                                      Page 46


                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9/7/06 CHICAGOTR 2                                                        Page 46


                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


Merck's corporate culture put profits over patient safety". It found Merck's
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 47

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 47

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 47

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 47

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

marketing and scientific behaviour was proper and done in good faith. But there was
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                Page 48

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                    Page 48

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                            Page 48

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                              Page 48

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"room for legitimate scientific debate" on whether Merck's scientists reached the
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 49

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 49

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 49

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 49

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

right conclusion each time.
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 50

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 50

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 50

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 50

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 51

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 51

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 51

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 51

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

---- INDEX REFERENCES ----
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 52

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 52

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 52

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 52

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 53

                   © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 53

                   © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 53

                   © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 53

                   © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

COMPANY: <u>MERCK AND CO INC</u>
                   © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 54

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 54

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 54

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 54

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

NEWS SUBJECT:  (Business Lawsuits & Settlements (1BU19); Business Litigation
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                      Page 55

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 55

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 55

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 55

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(1BU04); Health & Family (1HE30); Major Corporations (1MA93))
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                              Page 56


                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9/7/06 AUTOIMMDRUG (No Page)                                  Page 56


                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9/7/06 BUFFALONWS B9                                          Page 56


                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9/7/06 CHICAGOTR 2                                            Page 56


                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


INDUSTRY:   (Healthcare (1HE06); Allergy & Immunology (1AL96); Analgesics (1AN10);
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Pharmaceuticals & Biotechnology (1PH13); Inflammatory Diseases (1IN19); Pain
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12
Page 58

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)
Page 58

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9
Page 58

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2
Page 58

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Management (1PA72); Internal Medicine (1IN54); Healthcare Practice Specialties
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                        Page 59

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                            Page 59

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                    Page 59

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                      Page 59

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(1HE49); Manufacturing (1MA74))
                    &copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 60

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 60

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 60

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 60

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Language:  EN
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12

Page 61

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)

Page 61

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9

Page 61

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2

Page 61

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

OTHER INDEXING:  (MERCK; REPORT; VIOXX)  (Christopher Seeger; John Martin Jr;
          © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 62

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 62

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 62

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 62

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Merckmanagement)  (United States of America; Americas; North America)
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 63

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 63

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 63

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 63

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

COMPANY TERMS: MERCK AND CO INC
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                          Page 64

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                              Page 64

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                      Page 64

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                        Page 64

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

PRODUCT: Pharmaceutical Preparation Mfg
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 65

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 65

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 65

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 65

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

NAICS CODE: 325412
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 66

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 66

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 66

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 66

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Word Count: 519
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                    Page 67

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 67

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 67

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 67

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/6/06 FTCOM (No Page)
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                      Page 68

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 68

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 68

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 68

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                                 Page 69

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                                      Page 69

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                              Page 69

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                                Page 69

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/8/06 INTLHT 12                                                      Page 70

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 70

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 70

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 70

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/6/06 PHILA-INQ (No Page)                                                                    Page 1


9/6/06 Phila. Inquirer (Pg. Unavail. Online)
2006 WLNR 15454038

Philadelphia Inquirer (PA)
Copyright 2006 The Philadelphia Inquirer

**September 6, 2006**


<u>Merck</u>: No reckless actions in Vioxx development, recall

By Thomas Ginsberg, INQUIRER STAFF WRITER

After a 20-month internal investigation at a cost of $21 million, <u>**Merck & Co. Inc**</u>.'s
board exonerated its senior managers today of knowingly or recklessly hiding safety
information about Vioxx, its recalled pain reliever.

The conclusions, based on work by outside lawyers paid by <u>**Merck**</u>, may do little to
lessen Merck's uphill legal battle involving more than 14,000 liability cases and
many class-action lawsuits. It also did little to soothe Wall Street analysts about
Merck's ultimate financial liability, with one likening the investigators merely to
"paid witnesses."

But the exhaustive, 1,700-page report could provide Merck new material to try to
burnish its image.

And one board member said the Merck internal report should reinforce an important
lesson for the public and the entire pharmaceutical industry: "Be alert to the
distinction between risks and benefits of drugs," said William G. Bowen, former
president of Princeton University and a supervisor of the investigation.

The outside investigators, including a former federal judge, said they had found
only marginal infractions that were not deliberate, including efforts to
"neutralize" some Vioxx skeptics led by a now-retired Merck executive, Louis M.
Sherwood of Upper Gywnedd. It also faulted Merck for issuing news releases that
omitted information about possible cardiovascular risks of Vioxx.

"The report concludes that **Merck's** senior management acted with integrity in the
development, testing and marketing of **Vioxx**," said a summary of the investigation
produced by lawyers from the New York firm of **Debevoise** & Plimpton L.L.P. and led by
former U.S. Attorney John S. Martin Jr. of New York.

On Sept. 30, 2004, Merck announced a voluntary recall of Vioxx, which was marketed
as an anti-arthritis medicine, after determining that a company-sponsored study
showed an increased risk of heart attack and stroke.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

Merck's board had announced shortly after the Vioxx recall that it would conduct the internal probe into allegations that Merck executives had acted inappropriately or recklessly over Vioxx. It limited its internal probe to the actions and knowledge of senior executives.

Such internal probes have become common in major U.S. corporations in the years since the Enron Corp. case, according to Andrew Metrick, a management professor at the Wharton School. He said they sometimes could illuminate events or could be used to pin blame on certain executives.

Investigators said they sought to find out whether Edward Scolnick, the chief of Merck Research Labs known for harshly criticizing some subordinates, had intimidated critics inside the company from voicing their concerns. "We found he didn't," said William G. Bowen, a Merck board member and supervisor of the investigation.

The investigators said Merck scientists responded "appropriately" to worrisome data from a clinical trial in 2002, called Vigor, which raised questions about Vioxx. They also disclosed all data to the FDA and never sought to delay FDA consideration of a label warning.

The paid investigators also concluded that "simple human error" was to blame for the inaccurate description of safety data in a study published in the New England Journal of Medicine.

At a news conference, Martin and two committee members called the late discovery of Vioxx safety problems and the recall itself essentially "unavoidable" because most people appeared to have done their jobs correctly.

"If it could have been predicted, we would have predicted it," said Samuel O. Thier, a Merck board member and professor of health-care policy at Harvard University. "... This will happen, unless you never put out anything" with any risks.

Bowen said the most convincing evidence of executive integrity was the fact that so many of them took Vioxx themselves.

Sherwood, the executive singled out for the most pointed criticism in the report, was accused in 2001 by a Stanford University Medical School chairman, James Fries, of inappropriately criticizing and threatening eight scientists who had questioned Vioxx. The investigators said Merck chief executive officer Raymond Gilmartin and marketing chief David Anstice took action to rein in Sherwood as soon as they heard the complaints.

Sherwood, reached at his home, defended himself and said he acted appropriately to straighten the record on Vioxx, which he considered a safe drug. "I'm disappointed to hear" about the report, Sherwood said, adding that he had not read it.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

He also suggested that his Merck superiors were aware of his actions and rejected the notion that he was a rogue executive doing something against company policy. "There was good communication throughout" the company, Sherwood said.

Mark Goodman, a lawyer involved in drafting the report, said investigators found no evidence that Sherwood's superiors "knew the substance of what he was saying" to the scientists.

The company has its headquarters in Whitehouse Station, N.J., and it did much of the Vioxx marketing, legal and recall work at its complex in West Point, Pa.

The investigation involved interviewing 150 employees and reviewing millions of documents. Investigators apparently did not have access to materials that other lawyers have not already looked at in thousands of product-liability cases. The committee also did not directly look at documents deemed confidential under attorney-client privilege.

---- INDEX REFERENCES ----

COMPANY: <u>ENRON CORP</u>; <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93); Economics & Trade (1EC26))

INDUSTRY:  (Pharmaceuticals Regulatory (1PH03); Pharmaceuticals & Biotechnology (1PH13); Clinical Outcomes (1CL11); Medical Errors & Negligence (1ME81); Manufacturing (1MA74); Science (1SC89); Science & Engineering (1SC33); Healthcare (1HE06); Analgesics (1AN10); Pain Management (1PA72))

REGION:  (Americas (1AM92); North America (1NO39); USA (1US73); New York (1NE72))

Language:  EN

OTHER INDEXING:  (William G. Bowen; Louis M. Sherwood; John S. Martin Jr.; Andrew Metrick; William G. Bowen; Samuel O. Thier; James Fries; Raymond Gilmartin; Mark Goodman)  (ENRON CORP; FDA; HARVARD UNIVERSITY; MEDICAL SCHOOL; MERCK; MERCK CO; MERCK RESEARCH LABS; PRINCETON UNIVERSITY; STANFORD UNIVERSITY; UPPER GYWNEDD; WHARTON SCHOOL)  (Andrew Metrick; Bowen; David Anstice; Edward Scolnick; James Fries; John S. Martin Jr.; Louis M. Sherwood; Mark Goodman; Martin; Raymond Gilmartin; Samuel O. Thier; Sherwood; Wall Street; William G. Bowen)  (New York; New York; us; usa; na; us.pa; us.pa.phila; us.ny; us.ny.nyc)

KEYWORDS:  (XC/NYSE);  (NT/NEC);  (XC/any.company);  (XC/any)

TICKER SYMBOL: NYSE:MRK; NYSE:ENE

Word Count: 1071
9/6/06 PHILA-INQ (No Page)

® 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/6/06 PHILA-INQ (No Page)                                                    Page 4

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                              Page 1
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

Corporate Counsel
Vol. 06 Issue 09
Copyright (c) 2006 ALM Properties, Inc. All rights reserved.

September, 2006

Who Represents America's Biggest Companies

DEFENDING AND PROTECTING

 We surveyed the Fortune 250 and asked them to list up to seven primary law firms in
each of the following practice areas: litigation, corporate transactions, labor and
employment, and intellectual property. Ninety-three of those businesses provided
information on which outside counsel they use. Companies are listed in alphabetical
order. To see which firms are mentioned most often, turn to page 95.

[Note:  The following TABLE/FORM is too wide to be displayed on one screen.
You must print it for a meaningful review of its contents.  The table has been
divided into multiple pieces with each piece containing information to help you
assemble a printout of the table.  The information for each piece includes: (1)
a three line message preceding the tabular data showing by line # and
character # the position of the upper left-hand corner of the piece and the
position of the piece within the entire table; and (2) a numeric scale
following the tabular data displaying the character positions.]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\* This is piece 1. -- It begins at character 1 of table line 1. \*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Company (# of Lawyers) | Top Legal Officer | 2005 Revenue (millions) |
|---|---|---|
| 3M Company (140) | Richard Ziegler, SVP Legal Affairs, GC | $21,167 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

```
------------------------------------------------------------
  Abbott Laboratories        Laura Schumacher, SVP,      22,338
  (104)                      Sec'y, GC


------------------------------------------------------------
  The AES Corporation        Brian Miller, VP, GC,       10,692
  (25)                       Sec'y



------------------------------------------------------------
  Aetna Inc. (72)            William Casazza, SVP,       22,885
                             GC




------------------------------------------------------------
  Aflac Incorporated         Joey Loudermilk, EVP,       14,363
  (WND)                      GC, Sec'y
------------------------------------------------------------
  Albertson's LLC (44)       Company acquired by         40,397
                             Supervalue Inc.
------------------------------------------------------------
  Alcoa Inc. (WND)           Lawrence Purtell, EVP,      26,601
                             GC, CCO

------------------------------------------------------------
  The Allstate               Michael McCabe, SVP,        35,383
  Corporation (700)          GC, Assistant Sec'y
------------------------------------------------------------
  Altria Group, Inc.         Charles Wall, SVP, GC       69,148
  (WND)
------------------------------------------------------------
  Amerada Hess               J. Barclay Collins II,      23,255
  Corporation (WND)          EVP, GC
------------------------------------------------------------
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| American Electric Power Co., Inc. (WND) | John Keane, SVP, GC | 12,117 |
| American Express Company (WND) | Louise Parent, EVP, GC | 30,080 |
| American International Group, Inc. (WND) | No GC in place at press time | $108,905 |
| American Standard Companies Inc. (30) | Mary Beth Gustafsson, SVP, GC, Sec'y | 10,264 |
| AmerisourceBergen Corp. (19) | William Sprague, SVP, GC | 54,590 |
| Amgen Inc (WND) | David Scott, SVP, GC, Sec'y | 12,430 |
| AMR Corporation (45) | Gary Kennedy, SVP, GC | 20,712 |
| Anheuser-Busch Companies, Inc. (50) | Mark Bobak, Group VP and CLO | 15,036 |
| Aon Corporation (100) | D. Cameron Findlay, EVP, GC | 10,030 |
| Aramark Corporation (32) | Bart Colli, EVP, GC, Sec'y | 10,963 |
| ADM (14) | David Smith, EVP, GC, Sec'y | 35,944 |
| Arrow Electronics, Inc. (WND) | Peter Brown, SVP, GC, Sec'y | 11,164 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                           Page 4
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

```
-----------------------------------------------------------------
 ArvinMeritor, Inc. (12)     Vernon Baker, II, SVP,     9,816
                             GC
-----------------------------------------------------------------
 Ashland Inc. (38)           David Hausrath, GC,        9,860
                             Sec'y
-----------------------------------------------------------------
 AT&T Inc. [FN1] (WND)       James Ellis, SEVP, GC      43,862

-----------------------------------------------------------------
 AutoNation, Inc. (WND)      Jonathan Ferrando, EVP,    19,468
                             GC, Sec'y
-----------------------------------------------------------------
 Avnet, Inc. (7)             David Birk, GC             11,067
-----------------------------------------------------------------
 Bank of America             Timothy Mayopoulos,        83,980
 Corporation [FN2] (WND)     EVP, GC
-----------------------------------------------------------------
 Baxter International        Susan Lichtenstein, VP,    9,849
 Inc. (70)                   GC, Sec'y
-----------------------------------------------------------------
 Bear Stearns Companies,     Michael Solender, GC,      11,552
 Inc. (100)                  Sr Managing Director
-----------------------------------------------------------------
 BellSouth Corporation       Marc Gary, EVP, GC         20,613
 (90)


-----------------------------------------------------------------
 Berkshire Hathaway Inc.     No legal department        81,663
-----------------------------------------------------------------
 Best Buy Co., Inc.          Joseph Joyce, SVP, GC,     27,433
 (WND)                       Ass't Sec'y

-----------------------------------------------------------------
 The Boeing Company          J. Michael Luttig, SVP,    54,848
 (WND)                       GC
-----------------------------------------------------------------
 Bristol-Myers Squibb        Richard Willard, SVP,      20,222
 Company (79)                GC
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                           Page 5
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Burlington Northern Santa Fe Corp. (24) | Paul Hoferer, VP, GC | 12,987 |
| Capital One Financial Corporation [FN3] (55) | John Finneran, Jr., EVP, GC, Sec'y | 12,085 |
| Cardinal Health, Inc. (WND) | Ivan Fong, CLO | 74,915 |
| Caremark Rx, Inc. (30) | Edward Hardin, Jr., EVP, GC | 32,991 |
| Caterpillar, Inc. (135) | James Buda, VP, GC, Sec'y | 36,339 |
| CBS Corporation [FN4] (230) | Louis Briskman, GC | 14,536 |
| Cendant Corporation (160) | James Buckman, Vice Chairman, GC | 19,471 |
| CenterPoint Energy, Inc. (22) | Scott Rozzell, EVP, GC, Sec'y | 9,784 |
| Centex Corporation (45) | Brian Woram, CLO, SVP | 12,860 |
| Chevron Corporation [FN5] (275) | Charles James, VP, GC | 189,481 |
| CHS Inc. (4) | David Kastelic, SVP, GC | 11,985 |
| The Chubb Corporation (WND) | Maureen Brundage, EVP, GC | 14,082 |
| CIGNA Corporation (100) | Carol Petren, EVP, GC | 16,684 |
| Circuit City Stores, Inc. (14) | Reginald Hedgebeth, SVP, GC, Sec'y | 10,472 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

```
--------------------------------------------------------------
  Cisco Systems, Inc.      Mark Chandler, VP, GC,    24,801
  (110)                    Sec'y


--------------------------------------------------------------
  Citigroup, Inc. (950)    Michael Helfer, GC,      131,045
                           Corp. Sec'y
--------------------------------------------------------------
  The Coca-Cola Company    Geoffrey Kelly, GC        23,104
  (WND)
--------------------------------------------------------------
  Coca-Cola Enterprises,   John Culhane, EVP, GC     18,706
  Inc. (20)
--------------------------------------------------------------
  Colgate-Palmolive        Andrew Hendry, SVP, GC,   11,397
  Company (94)             Sec'y


--------------------------------------------------------------
  Comcast Corporation      Arthur Block, SVP, GC,    22,255
  (45)                     Sec'y

--------------------------------------------------------------
  Computer Sciences        Hayward Fisk, VP, GC,     15,849
  Corporation (WND)        Sec'y
--------------------------------------------------------------
  ConAgra Foods,           Robert Sharpe, Jr.,       15,516
  Incorporated (4)         EVP-Legal and
                           Regulatory Affairs
--------------------------------------------------------------
  ConocoPhillips (40)      Stephen Gates, SVP, GC   166,683
--------------------------------------------------------------
  Consolidated Edison,     Charles McTiernan, Jr.,   11,732
  Inc. (80)                GC
--------------------------------------------------------------
  Constellation Energy     Irving Yoskowitz, EVP,    17,375
  Group, Inc. (49)         GC
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

```
---------------------------------------------------------------
Continental Airlines,      Jennifer Vogel, SVP,      11,208
Inc. (20)                  Chief Compliance
                           Officer, GC, Sec'y




---------------------------------------------------------------
Costco Wholesale           Richard Olin, VP-Legal    52,935
Corporation (WND)          and Admin, GC
---------------------------------------------------------------
Countrywide Financial      Sandor Samuels, CLO,      18,537
Corporation (105)          Sr. Managing Director,
                           Legal



---------------------------------------------------------------
Cummins, Inc. (10)         Marya Rose, VP, GC,       9,918
                           Sec'y
---------------------------------------------------------------
CVS Corporation (12)       Douglas Sgarro, CLO,      37,006
                           EVP, Strategy



---------------------------------------------------------------
D.R. Horton, Inc. (WND)    Ted Harbour, CLO, SVP     13,864
---------------------------------------------------------------
Dana Corporation (18)      Michael DeBacker, VP,     10,092
                           GC, Sec'y




---------------------------------------------------------------
Dean Foods Company (12)    Michelle Goolsby, EVP,    10,900
                           Chief Administrative
                           Officer, GC, Sec'y
---------------------------------------------------------------
Deere & Company (56)       James Jenkins, SVP, GC    21,931
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 8
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

```
--------------------------------------------------------------
 Dell Inc. (WND)          Lawrence Tu, SVP, GC      55,908




--------------------------------------------------------------
 Delphi Corporation       David Sherbin, VP, GC     27,201
 (WND)
--------------------------------------------------------------
 Delta Air Lines, Inc.    John Vamey, VP, Deputy    16,191
 (35)                     GC




--------------------------------------------------------------
 Devon Energy             Duke Ligon, SVP, GC       10,741
 Corporation (24)



--------------------------------------------------------------
 The DirecTV Group, Inc.  Larry Hunter, EVP-Legal   13,165
 (26)                     and Human Resources, GC
--------------------------------------------------------------
 Dominion Resources,      James Stutts, VP, GC      18,041
 Inc. (WND)
--------------------------------------------------------------
 The Dow Chemical         Charles Kalil, VP, GC,    46,307
 Company (146)            Sec'y
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

---------------------------------------------------------------

 Duke Energy Corporation       Marc Manly, Group VP,       18,944
 (76)                          CLO


---------------------------------------------------------------

 E. I. du Pont de              Stacey Mobley, CAO,         28,491
 Nemours and Company           SVP, GC
 (185)



---------------------------------------------------------------

 Eastman Kodak Company         Joyce Haag, SVP, GC         14,268
 (120)
---------------------------------------------------------------

 Eaton Corporation (WND)       Mark McGuire, VP, GC        11,115
---------------------------------------------------------------

 Edison International          J.A. (Lon) Bouknight,       11,852
 (WND)                         Jr., EVP, GC
---------------------------------------------------------------

 Electronic Data Systems       Storrow Gordon, EVP, GC     20,537
 Corp. (WND)
---------------------------------------------------------------

 Eli Lilly and Company         Robert Armitage, SVP,       14,645
 (WND)                         GC
---------------------------------------------------------------

 EMC Corporation (70)          Paul Dacier, SVP, GC        9,664
---------------------------------------------------------------

 Emerson Electric Co.          W. Wayne Withers, GC        17,305
 (51)




---------------------------------------------------------------

 Entergy Corporation           Robert Sloan, EVP, GC,      10,761
 (72)                          Sec'y


---------------------------------------------------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


```
   Enterprise Products        Richard Bachmann, EVP,    12,257
   Partners, L.P. (10)        CLO, Sec'y, Director
-------------------------------------------------------------------
   Exelon Corporation (64)    William Von Hoene, Jr.,   15,405
                              SVP, GC


-------------------------------------------------------------------
   Express Scripts, Inc.      Thomas Boudreau, SVP,     16,266
   [FN6] (10)                 GC

-------------------------------------------------------------------
   Exxon Mobil Corporation    Charles Matthews, VP,     339,938
   (WND)                      GC
-------------------------------------------------------------------
   Federated Department       Dennis Broderick, SVP,    23,347
   Stores, Inc. [FN7] (34)    GC, Sec'y

-------------------------------------------------------------------
   FedEx Corporation (158)    Christine Richards,       29,363
                              EVP, GC, Sec'y


-------------------------------------------------------------------
   Fidelity National          Peter Sadowski, EVP, GC    9,669
   Financial, Inc. (WND)
-------------------------------------------------------------------
   First Data Corporation     Michael Whealy, CAO,      10,490
   (100)                      EVP, GC, Sec'y
-------------------------------------------------------------------
   FirstEnergy Corp. (20)     Leila Vespoli, SVP, GC    12,195
-------------------------------------------------------------------
   Fluor Corporation (WND)    Lawrence Fisher,          13,161
                              SVP-Law, Sec'y
-------------------------------------------------------------------
   Ford Motor Company         David Leitch, SVP, GC    177,210
   (264)
```



```
-------------------------------------------------------------------
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                Page 11
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

```
  FPL Group, Inc. (WND)     Edward Tancer, VP, GC      11,846
------------------------------------------------------------------
  Gap, Inc. (35)            Lauri Shanahan, EVP,       16,023
                            Chief Compliance
                            Officer, GC, Corp.
                            Sec'y
------------------------------------------------------------------
  General Dynamics          David Savner, SVP, GC,     21,290
  Corporation (WND)         Sec'y
------------------------------------------------------------------
  General Electric          Brackett Denniston III,    157,153
  Company (WND)             SVP, GC, Sec'y
------------------------------------------------------------------
  General Mills, Inc.       Siri Marshall, SVP, GC,    11,244
  (36)                      Sec'y


------------------------------------------------------------------
  General Motors            Thomas Gottschalk,         192,604
  Corporation (200)         EVP-Law and Public
                            Policy, GC
------------------------------------------------------------------
  Genuine Parts Company     Scott Smith, SVP, Corp.    9,783
  (4)                       Counsel
------------------------------------------------------------------
  Genworth Financial,       No GC in place at press    10,504
  Inc. (WND)                time
------------------------------------------------------------------
  The Goldman Sachs         Gregory Palm, EVP, GC      43,391
  Group, Inc. (WND)
------------------------------------------------------------------
  The Goodyear Tire &       C. Thomas Harvie, SVP,     19,723
  Rubber Company (52)       GC, Sec'y



------------------------------------------------------------------
  Halliburton Company       Albert Cornelison, Jr.,    20,994
  (88)                      EVP, GC


------------------------------------------------------------------
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 12
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| | | |
|---|---|---|
| The Hartford Financial Services Group (172) | Neal Wolin, EVP, GC | 27,083 |
| HCA Inc. (50) | Robert Waterman, SVP, GC | 24,455 |
| Health Net, Inc. (19) | B. Curtis Westen, SVP, GC, Sec'y | 11,941 |
| Hewlett-Packard Company (WND) | Ann Baskins, SVP, GC, Sec'y | 86,696 |
| The Home Depot, Inc. (WND) | Frank Fernandez, EVP, GC, Sec'y | 81,511 |
| Honeywell International Inc. (110) | Peter Kreindler, SVP, GC | 28,862 |
| Humana Inc. (13) | Arthur Hipwell, SVP, GC | 14,418 |
| Huntsman Corporation (WND) | Sam Scruggs, EVP, GC, Sec'y | 12,986 |
| Illinois Tool Works Inc. (WND) | James Wooten, Jr., VP, GC, Sec'y | 12,922 |
| Ingram Micro Inc. (12) | Larry Boyd, SVP, GC, Sec'y | 28,808 |
| Intel Corporation (WND) | Bruce Sewell, SVP, GC | 38,826 |
| International Business Machines Corporation (WND) | Donald Rosenberg, SVP, GC | 91,134 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 13
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| International Paper Company (74) | Maura Abeln Smith, SVP, GC, Sec'y | 25,797 |
| J.C. Penney Company, Inc. (WND) | Joanne Bober, SVP, GC, Sec'y | 18,781 |
| JPMorgan Chase & Co. (513) | Joan Guggenheimer, GC | 79,902 |
| Johnson & Johnson (200) | Russell Deyo, CCO, VP, GC | 50,514 |
| Johnson Controls, Inc. (30) | Jerome Okarma, VP, Sec'y, GC | 28,020 |
| Kellogg Company (25) | Gary Pilnick, SVP-Corporate Development, GC, Sec'y | 10,177 |
| Kimberly-Clark Corporation. (WND) | Ronald McCray, SVP-Law and Goverment Affairs | 15,903 |
| Kinder Morgan Energy Partners, L.P. (20) | Joseph Listengart, VP, GC, Sec'y | 9,787 |
| Kohl's Corporation (WND) | Richard Schepp, EVP, GC, Sec'y | 13,402 |
| The Kroger Company (20) | Paul Heldman, SVP, GC, Sec'y | 60,553 |
| Lear Corporation (16) | Daniel Ninivaggi, SVP, GC, Sec'y | 17,089 |
| Lehman Brothers Holdings, Inc. (145) | Thomas Russo, EVP, CLO | 32,420 |
| Lennar Corporation (8) | Mark Sustana, GC, Sec'y | 13,870 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.