Westlaw.

9/2006 CCOUNSEL 97                                              Page 14
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| Liberty Mutual Company (776) | Christopher Mansfield, SVP, GC | 21,161 |
| Limited Brands, Inc. (3) | Samuel Fried, SVP, GC, Sec'y | 9,699 |
| Lockheed Martin Corporation (124) | James Comey, SVP, GC | 37,213 |
| Loews Corporation (62) | Gary Garson, SVP, GC, Sec'y | 15,363 |
| Lowe's Companies, Inc. (21) | No GC in place at press time | 43,243 |
| Lyondell Chemical Company (WND) | Kerry Galvin, SVP, GC, Sec'y | 18,606 |
| Manpower Inc. (WND) | Mark Toth, CLO, VP | 16,080 |
| Marathon Oil Company (62) | William Schwind, Jr., VP, GC, Sec'y | 58,958 |
| Marriott International, Inc. (WND) | Joseph Ryan, EVP, GC | 11,550 |
| Marsh & McLennan Companies, Inc. (WND) | Peter Beshar, EVP, GC | 12,109 |
| Masco Corporation (21) | John Leekley, SVP, GC | 12,884 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 15
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| | | |
|---|---|---|
| Massachusetts Financial Group (80) | Mark Roellig, EVP, GC | 22,799 |
| McDonald's Corporation (131) | Gloria Santona, EVP, GC, Sec'y | 20,460 |
| McKesson Corporation (WND) | Ivan Meyerson, EVP, GC, Sec'y | 80,515 |
| Medco Health Solutions, Inc. [FN8] (32) | David Machlowitz, SVP, GC, Sec'y | 37,871 |
| Medtronic, Inc. (WND) | Terrance Carlson, SVP, GC, Sec'y | 10,055 |
| **Merck** & Co., Inc. (165) | Kenneth Frazier, SVP, GC | 22,012 |
| Merrill Lynch & Company, Inc. (WND) | Rosemary Berkery, EVP, GC | 47,783 |
| MetLife, Inc. (200) | James Lipscomb, EVP, GC | 46,983 |
| Microsoft Corporation (300) | Bradford Smith, SVP, GC | 39,788 |
| Morgan Stanley (335) | Gary Lynch, CLO | 52,498 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 16
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| Motorola, Inc. (180) | Peter Lawson, EVP, GC, Sec'y | 36,843 |
| Murphy Oil Corporation (10) | Steven Cosse, EVP, GC | 11,877 |
| National City Corporation (80) | David Zoeller, EVP, GC, Sec'y | 11,036 |
| Nationwide Mutual Insurance Company (450) | Patricia Hatler, Chief Legal and Governance Officer, EVP | 21,832 |
| Navistar International Corporation (21) | Steven Covey, SVP, GC | 11,696 |
| New York Life Insurance Company (49) | Thomas English, SVP, GC | 28,051 |
| The News Corporation (14) | Lawrence Jacobs, SEVP, Group GC | 23,859 |
| Nike, Inc. (37) | James Carter, CLO, VP, GC | 13,740 |
| Northrop Grumman Corporation (WND) | W. Burks Terry, VP, GC | 30,721 |
| Northwest Airlines Corporation (12) | No GC in place at press time | 12,286 |
| The Northwestern Mutual Life Insurance Company (73) | Robert Berdan, VP, GC, Sec'y | 19,221 |
| Nucor Corporation (1) | Douglas Gunson, GC | 12,701 |
| Occidental Petroleum Corporation (50) | Donald de Brier, EVP, GC, Sec'y | 16,286 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| Office Depot, Inc. (13) | David Fannin, EVP, GC, Sec'y | 14,279 |
| Omnicom Group Inc. (50) | Michael O' Brien, SVP, GC, Sec'y | 10,481 |
| Oneok, Inc. (20) | John Barker, SVP, GC, Ass't Sec'y | 12,811 |
| Oracle Corporation (120) | Daniel Cooperman, SVP, GC, Sec'y | 11,799 |
| Paccar Inc (7) | David Anderson, VP, GC | 14,057 |
| The Pepsi Bottling Group, Inc. (14) | Steven Rapp, SVP, GC, Sec'y | 11,885 |
| PepsiCo, Inc. (115) | Larry Thompson, SVP-Gov't Affairs, GC, Sec'y | 32,562 |
| Pfizer Inc (440) | Jeffrey Kindler, Vice Chairman, GC, CCO | 51,353 |
| PG&E Corporation (90) | Bruce Worthington, SVP, GC | 11,703 |
| Plains All American Pipeline, L.P. (12) | Tim Moore, VP, GC, Sec'y | 31,177 |
| PPG Industries, Inc. (38) | James Diggs, SVP, GC, Sec'y | 10,201 |
| Plains All American Pipeline, L.P. (12) | Tim Moore, VP, GC, Sec'y | 31,177 |
| PPG Industries, Inc. (38) | James Diggs, SVP, GC, Sec'y | 10,201 |
| The Procter & Gamble | James Johnson, CLO | 56,741 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 18
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


Company (200)

| Company | | |
| --- | --- | --- |
| Progress Energy, Inc. (19) | John McArthur, SVP-Corporate Relations, GC, Sec'y | 10,646 |
| The Progressive Corporation (40) | Charles Jarrett, CLO | 14,303 |
| Prudential Financial, Inc. (WND) | Susan Blount, SVP, GC | 31,708 |
| Public Service Enterprise Group Incorporated (WND) | R. Edwin Selover, SVP, GC | 12,661 |
| Publix Super Markets, Inc. (19) | John Attaway, Jr., SVP, GC, Sec'y | 20,745 |
| Pulte Homes, Inc. (9) | Steven Cook, VP, GC, Sec'y | 14,896 |
| Qwest Communications International Inc. (120) | Rich Baer, EVP-Legal Affairs, GC | 13,903 |
| Raytheon Company (75) | Jay Stephens, SVP, GC | 21,894 |
| Reliant Energy, Inc. (WND) | Michael Jines, SVP, GC, Sec'y | 10,708 |
| Rite Aid Corporation (6) | Robert Sari, SVP, GC, Sec'y | 16,816 |
| Safeway Inc. (27) | Robert Gordon, SVP, GC, Sec'y | 38,416 |


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| Sanmina-SCI Corporation (4) | Steven Jackman, VP, Corporate Counsel | 11,735 |
| Sara Lee Corporation (WND) | Roderick Palmore, EVP, GC, Sec'y | 19,727 |
| Schering-Plough Corporation (85) | Thomas Sabatino, EVP, GC | 9,508 |
| Sears Holdings Corporation (WND) | William Harker, Acting GC, VP, Secretary | 49,124 |
| Sempra Energy (60) | M. Javade Chaudhri, EVP, GC | 11,737 |
| Smithfield Foods, Inc. (10) | Richard Poulson, EVP, Legal and Governmental Affairs | 11,354 |
| Solectron Corporation (13) | Todd DuChene, SVP, GC, Sec'y | 10,456 |
| Southern Company (21) | G. Edison Holland Jr., EVP, Sec'y, GC | 13,554 |
| Sprint Nextel Corporation [FN9] (136) | Leonard Kennedy, SVP, GC | 34,680 |
| The St. Paul Travelers Companies, Inc. (WND) | Kenneth Spence III, EVP, GC | 24,365 |
| Staples, Inc. (18) | Jack VanWoerkom, EVP, GC, Sec'y | 16,079 |
| State Farm Insurance Cos. (763) | Kim Brunner, EVP, GC, Sec'y | 59,224 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

--------------------------------------------------------------

| | | |
|---|---|---|
| Sun Microsystems, Inc. (WND) | Michael Dillon, SVP, GC, Sec'y | 11,070 |
| Sunoco, Inc. (28) | Michael Kuritzkes, SVP, GC | 31,176 |
| SunTrust Banks, Inc. (WND) | Raymond Fortin, EVP, GC, Sec'y | 10,886 |
| Supervalu Inc. [FN10] (40) | Stephen Kilgriff, VP-Legal | 19,543 |
| Sysco Corporation (6) | Mike Nichols, VP, GC, Sec'y | 30,282 |
| Target Corporation (45) | Timothy Baer, SVP, GC, Sec'y | 52,620 |
| Tech Data Corporation (5) | David Vetter, SVP, GC, Sec'y | 20,542 |
| Tenet Healthcare Corporation (42) | E. Peter Urbanowicz, GC, Sec'y | 10,052 |
| Tesoro Corporation (9) | Charles Parrish, SVP, GC, Sec'y | 16,473 |
| Texas Instruments Incorporated (WND) | Joseph Hubach, SVP, GC, Sec'y | 13,392 |
| Textron Inc. (WND) | Terrence O'Donnell, EVP, GC | 11,979 |
| TIAA-CREF (75) | George Madison, EVP, GC | 25,917 |

--------------------------------------------------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

|  |  |  |
|---|---|---|
| Time Warner Inc. (370) | Paul Cappuccio, EVP, GC | 43,652 |
| The TJX Companies, Inc. (16) | Ann McCauley, SVP, GC, Sec'y | 16,058 |
| Toys 'R' Us, Inc. (9) | David Schwartz, SVP, GC | 11,194 |
| TRW Automotive Holdings Corp. (26) | David Bialosky, EVP, GC, Sec'y | 12,643 |
| TXU Corp. (28) | David Poole, EVP, GC | 10,449 |
| Tyson Foods, Inc. (23) | Alberto Gonzalez-Pita, EVP, GC | 26,014 |
| U.S. Bancorp (48) | Lee Mitau, EVP, GC, Sec'y | 16,596 |
| UAL Corporation (26) | Paul Lovejoy, SVP, GC, Sec'y | 17,379 |
| Union Pacific Corporation (59) | J. Michael Hemmer, SVP Law, GC | 13,578 |
| United Auto Group, Inc. | Shane Spradlin, VP, | 10,985 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| (5) | Sec'y, Sr. Corp. Counsel | |
| --- | --- | --- |
| United Parcel Service, Inc. [FN11] (50) | Teri Plummer McClure, SVP-Legal, GC, Sec'y | 42,581 |
| United Services Automobile Association (150) | Steven Bennett, EVP, GC | 11,980 |
| United States Steel Corporation (35) | Dan Sandman, Vice Chairman, CLO, Chief Administrative Officer, GC, Sec'y | 14,039 |
| United Technologies Corporation (150) | William Trachsel, SVP, GC | 42,725 |
| UnitedHealth Group Incorporated [FN12] (WND) | David Lubben, GC, Sec'y | 45,365 |
| UnumProvident Corporation (88) | Charles Glick, EVP, GC | 10,437 |
| Valero Energy Corporation [FN13] (32) | Kim Bowers, VP-Legal Services | 81,362 |
| Verizon Communications Inc. [FN14] (424) | William Barr, EVP, GC | 75,112 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                              Page 23
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

------------------------------------------------------------
| Viacom, Inc. [FN15]     | Michael Fricklas, EVP,   | 9,818   |
| (200)                   | GC, Sec'y                |         |
------------------------------------------------------------
| Visteon Corporation     | John Donofrio, SVP, GC   | 16,976  |
| (15)                    |                          |         |
------------------------------------------------------------
| Wachovia Corporation    | Mark Treanor, SEVP, GC,  | 35,908  |
| (171)                   | Sec'y                    |         |
------------------------------------------------------------
| Walgreen Co. (WND)      | Dana Green, SVP, GC,     | 42,202  |
|                         | Sec'y                    |         |
------------------------------------------------------------
| Wal-Mart Stores, Inc.   | Tom Mars, SVP, GC        | 315,654 |
| (WND)                   |                          |         |
------------------------------------------------------------
| The Walt Disney Company | Alan Braverman, SEVP,    | 31,944  |
| (WND)                   | GC                       |         |
------------------------------------------------------------
| Washington Mutual, Inc. | Fay Chapman, SEVP, GC    | 21,326  |
| [FN16] (95)             |                          |         |
------------------------------------------------------------
| Waste Management, Inc.  | Richard Wittenbaker,     | 13,074  |
| (37)                    | SVP, GC, Chief           |         |
|                         | Compliance Officer       |         |

------------------------------------------------------------
| WellPoint, Inc. [FN17]  | Angela Braly, EVP, GC,   | 45,136  |
| (90)                    | and Chief Public         |         |
|                         | Affairs Officer          |         |
------------------------------------------------------------
| Wells Fargo & Company   | James Strother, EVP, GC  | 40,407  |
| (225)                   |                          |         |
------------------------------------------------------------
| Weyerhaeuser Company    | Ken Khoury, SVP, GC      | 23,000  |
| (30)                    |                          |         |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 24
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


---------------------------------------------------------------

  Whirlpool Corporation      Daniel Hopp,            14,317
  (42)                       SVP-Corporate Affairs,
                             GC


---------------------------------------------------------------

  The Williams Companies,    James Bender, SVP, GC   12,584
  Inc. (40)


---------------------------------------------------------------

  Winn-Dixie Stores, Inc.    Laurence Appel, SVP,    10,210
  (10)                       GC, Sec'y
---------------------------------------------------------------
  Wyeth (142)                Lawrence Stein, SVP, GC  18,756




---------------------------------------------------------------

  Xcel Energy Inc. (WND)     Gary Johnson, VP, GC    9,695
---------------------------------------------------------------
  Xerox Corporation (109)    J. Michael Farren,      15,701
                             VP-External and Legal
                             Affairs, GC, Sec'y
---------------------------------------------------------------
1...+...10....+...20....+...30....+...40....+...50....+...60....+

**************************************************************************
******* This is piece 2. -- It begins at character 66 of table line 1. *******
**************************************************************************

                          Primary Outside Counsel


  Litigation           Corporate            Labor and Employment

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

                              Transactions
--------------------------------------------------------------------
| | | |
|---|---|---|
| Bartlit Beck; Beck, Redden; Dorsey & Whitney; Heller Ehrman; King & Spalding; Larson King; Maslon Edelman | Cleary Gottlieb | Dorsey & Whitney; Larson King |
| Jones Day; Kirkland & Ellis; Munger, Tolles; Patterson, Belknap; Winston & Strawn | Baker & McKenzie; Jones Day; Mayer, Brown; Skadden | Baker & McKenzie; Brothers & Thompson; Littler Mendelson; Mayer, Brown; Seyfarth Shaw |
| Bradley Arant; Clifford Chance; Kirkland & Ellis; Skadden; Williams & Connolly | Allen & Overy; Baker Botts; Chadbourne & Parke; Freshfields; LeBoeuf, Lamb; Shearman & Sterling; Skadden | Buchanan Ingersoll; Morgan, Lewis; Orrick |
| Andrews Kurth; Berger Kahn; Elliott Greenleaf; Epstein Becker; Gibson, Dunn; Kelley, Wardell; Law Offices of Steven Ziegler | Davis Polk | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| N/A | N/A | N/A |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 26
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

```
-----------------------------------------------------------------
 Will not disclose      Will not disclose      Will not disclose
-----------------------------------------------------------------
 Will not disclose      Will not disclose      Will not disclose
-----------------------------------------------------------------
 Will not disclose      Will not disclose      Will not disclose
-----------------------------------------------------------------
 Will not disclose      Will not disclose      Will not disclose
-----------------------------------------------------------------
 Will not disclose      Will not disclose      Will not disclose
-----------------------------------------------------------------
 Will not disclose      Will not disclose      Will not disclose
-----------------------------------------------------------------
 Adams and Reese;       Alston & Bird;         Baker & McKenzie;
 Foley & Lardner;       Baker & Hostetler;     Epstein; Becker;
 Kirkpatrick &          Debevoise &            Foley & Lardner;
 Lockhart; Mayer        Plimpton; Drinker      Greenebaum Doll;
 Brown; McCarter &      Biddle; McDermott      Grotta, Glassman;
 English;               Will; Proskauer        Vorys, Sater
 McGuireWoods;          Rose
 Perkins Coie
-----------------------------------------------------------------
 Buchanan Ingersoll     Dechert; Drinker       Klett Rooney
                        Biddle; Reed Smith
-----------------------------------------------------------------
 Will not disclose      Will not disclose      Will not disclose
-----------------------------------------------------------------
 Will not disclose      Will not disclose      Will not disclose
-----------------------------------------------------------------
 Will not disclose      Will not disclose      Will not disclose
-----------------------------------------------------------------
 DLA Piper;             Baker & McKenzie;      Littler Mendelson
 Kirkland & Ellis;      Clifford Chance;
 Sidley Austin;         Sidley Austin
 Winston & Strawn
-----------------------------------------------------------------
 Baker & Hostetler;     Dechert; Morgan,       Morgan, Lewis;
 Baker Botts; Cozen     Lewis; Simpson         Ogletree, Deakins
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 27
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| O'Connor; Dechert; | Thacher | |
| Lowenstein | | |
| Sandler; Morgan, | | |
| Lewis | | |

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Alston & Bird; Kilpatrick Stockton; Mayer, Brown; Robbins, Russell | Fried, Frank; Kilpatrick Stockton; Mayer, Brown | Ford & Harrison; Gordon Hargrove; Kilpatrick Stockton; Maynard, Cooper; Morgan, Lewis |
| N/A | N/A | N/A |
| Company did not | Company did not | Company did not |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| respond by press time | respond by press time | respond by press time |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Cravath; Hogan & Hartson; Proskauer Rose; Sedgwick, Detert | Covington & Burling; Cravath; Hughes Hubbard; Wilmer Cutler | Barnes & Thornburg; Day, Berry; Morgan, Lewis; Pillsbury Winthrop; Proskauer Rose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Howrey; Mayer, Brown | Howrey; Mayer, Brown | Seyfarth Shaw; Winston & Strawn |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Patterson, Belknap; Pitney Hardin; Skadden | Skadden | Paul, Hastings |
| Akin Gump; Baker Botts; Friday, Eldredge; Jones Day | Baker Botts; Jones Day | Baker Botts |
| Will not disclose | Will not disclose | Will not disclose |
| Jones Day; King & Spalding; Latham & Watkins | Pillsbury Winthrop | Jones Day; Pillsbury Winthrop |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

```
------------------------------------------------------------------
  Will not disclose      Dorsey & Whitney       Littler Mendelson
------------------------------------------------------------------
  Will not disclose      Will not disclose      Will not disclose

------------------------------------------------------------------
  Will not disclose      Will not disclose      Will not disclose
------------------------------------------------------------------
  Brickler & Eckler;     Duane Morris; King     Kaufman & Canoles;
  Hunton & Williams;     & Spalding             Paul, Plevin; Reed
  McGuireWoods;                                 Smith; Williams
  Peter E. Glick                                Mullen
------------------------------------------------------------------
  Morgan, Lewis          Fenwick & West         Fenwick & West;
                                                Littler Mendelson;
                                                Orrick


------------------------------------------------------------------
  Company did not        Company did not        Company did not
  respond by press       respond by press       respond by press
  time                   time                   time
------------------------------------------------------------------
  Will not disclose      Will not disclose      Will not disclose

------------------------------------------------------------------
  Will not disclose      Will not disclose      Will not disclose

------------------------------------------------------------------
  Freshfields;           Gibson, Dunn;          Morgan, Lewis
  Kirkland & Ellis;      Wachtell
  Morgan, Lewis;
  Proskauer Rose;
  White & Case
------------------------------------------------------------------
  Davis Polk             Davis Polk;            Fisher & Phillips;
                         Drinker Biddle         Morgan, Lewis

------------------------------------------------------------------
  Will not disclose      Will not disclose      Will not disclose

------------------------------------------------------------------
  Will not disclose      Will not disclose      Will not disclose


------------------------------------------------------------------
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| Will not disclose | Will not disclose | Will not disclose |
| --- | --- | --- |
| Will not disclose | Will not disclose | Will not disclose |
| DLA Piper; Novack & Macey; Stites & Harbison | Bracewell & Giuliani; Dickstein Shapiro; Kirkland & Ellis; Latham & Watkins | DLA Piper; Hiscock & Barclay; Hunton & Williams; Morgan, Lewis; Ventresca & Ventresca |
| Crowell & Moring; Epstein Becker; Fulbright & Jaworski; McCarter & English; Ramey, Chandler; St. John & Wayne; Vinson & Elkins | Hughes Hubbard; Jones Day; Vinson & Elkins | Bracewell & Giuliani; Duvin, Cahn; Klett Lieber; Littler Mendelson; Steve Drapkin |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Gide Loyrette; Heller Ehrman; Mayer, Brown; Munger, Tolles; Richards, Layton; Sidley Austin | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Davis Polk; Edwards & Angell; Hinckley, Allen; Holland & Knight; Mintz Levin | Davis Polk; Mintz Levin | Edwards & Angell; Sheppard, Mullin |
| Will not disclose | Will not disclose | Will not disclose |
| Cooper & Walinski; Howrey; Stites & Harbison | Dorsey & Whitney; Hunton & Williams; Jones Day | Barnes & Thornburg; Fisher & Phillips; Foley & Lardner; Hogan & |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

|  |  | Hartson; Seyfarth Shaw; Shumaker, Loop |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Abbott, Simses; Lathrop & Gage; Nyemaster, Goode; Sayles Werbner; Schiff Hardin; | Baker & Daniels; Bell, Boyd; Covington & Burling; Hunton & Williams; Lane & Waterman; Shearman & Sterling; Skadden | Alston & Bird; Bozeman, Neighbour; Jenner & Block; Lathrop & Gage; Nyemaster, Goode; Thompson & Knight |
| Collier Shannon; Constantine Cannon; Jenner & Block; Jones Day; Paul, Hastings; Reeves & Brightwell; Vinson & Elkins | Baker Botts; Vinson & Elkins | Bass, Berry; Fulbright & Jaworski; Hogan & Hartson; Morgan, Lewis; Ogletree, Deakins; Vinson & Elkins; Waller Lansden |
| Will not disclose | Will not disclose | Will not disclose |
| Alston & Bird; Bondurant, Mixson; Dechert; Gibson, Dunn; Kilpatrick Stockton; Morgan, Lewis; Troutman Sanders | Davis Polk; Paul, Hastings; Troutman Sanders | Kilpatrick Stockton; Munger & Stone; Paul, Hastings; Rogers & Hardin |
| Hughes & Luce; Liskow & Lewis; Mayer, Brown; Thompson & Knight; Vinson & Elkins | Mayer, Brown; Vinson & Elkins | McAfee & Taft |
| Kirkland & Ellis; Quinn Emanuel | Weil, Gotshal | O'Melveny & Myers |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|
| Alston & Bird; Barnes & Thornburg; Filice, Brown; King & Spalding; Kirkland & Ellis; Mayer, Brown; Orrick | Cleary Gottlieb; King & Spalding; Mayer, Brown | Littler Mendelson; Paul, Hastings; Seyfarth Shaw |
| Dickstein Shapiro; Fulbright & Jaworski; Sidley Austin; Vinson & Elkins | Robinson, Bradshaw; Skadden; Vinson & Elkins | Frost Brown Todd; Ogletree, Deakins |
| Abbott, Simses; Bartlit Beck; Boies, Schiller; Crowell & Moring; Kilpatrick Stockton; McGuireWoods; Shook, Hardy | Ballard Spahr; Cravath; Crowell & Moring; Potter Anderson; Skadden | Ballard Spahr; Dickinson Wright; Hornblower, Manning; McGuireWoods; Phillips Lytle; Potter Anderson; Spilman Thomas |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Bryan Cave; Flynn, Gaskins; Hennelly & Grossfeld; Husch & Eppenberger; | Bryan Cave; Davis Polk | McMahon, Berger |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)


    Riddell Williams;
    Snell & Wilmer;
    von Briesen &
    Roper;
    -----------------------------------------------------------------
    Baker, Donelson;      Goodwin Procter;      Will not disclose
    Morgan, Lewis;        Skadden; Thelen
    Phelps Dunbar;        Reid; Wise Carter
    Skadden
    -----------------------------------------------------------------
    Will not disclose     Will not disclose     Will not disclose

    -----------------------------------------------------------------
    Jenner & Block        Foley & Lardner;      Holland & Knight;
                          Morgan, Lewis;        Reed Smith; Sidley
                          Sidley Austin;        Austin
                          Winston & Strawn
    -----------------------------------------------------------------
    Company did not       Company did not       Company did not
    respond by press      respond by press      respond by press
    time                  time                  time
    -----------------------------------------------------------------
    Will not disclose     Will not disclose     Will not disclose

    -----------------------------------------------------------------
    Jackson Lewis;        Jones Day             Jackson Lewis;
    Jones Day; Morgan,                          Jones Day; Morgan,
    Brown                                       Brown
    -----------------------------------------------------------------
    Littler Mendelson;    Davis Polk;           Burke, Warren;
    O'Melveny & Myers;    Steptoe & Johnson     Fisher & Phillips;
    Seyfarth Shaw                               Morgan, Brown;
                                                Morgan, Lewis;
                                                Ogletree, Deakins
    -----------------------------------------------------------------
    Will not disclose     Will not disclose     Will not disclose

    -----------------------------------------------------------------
    Will not disclose     Will not disclose     Will not disclose

    -----------------------------------------------------------------
    Will not disclose     Will not disclose     Will not disclose
    -----------------------------------------------------------------
    Will not disclose     Will not disclose     Will not disclose

    -----------------------------------------------------------------


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 34
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| Bowman and Brooke; Campbell, Campbell; Huie Fernambucq; O'Melveny & Myers; McGuireWoods; Shook Hardy & Bacon; Snell & Wilmer | Davis Polk; Dickinson Wright; Dykema Gossett; Simpson Thacher | Baker & Hostetler; Berkowitz Feldmiller; Dickinson Wright; Gibson, Dunn; Hogan & Hartson; Kienbaum Opperwall; Sutherland Asbill |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Blackwell Igbanugo; Robins, Kaplan | Collier Shannon; Dorsey & Whitney; Faegre & Benson; Wachtell | Littler Mendelson; Morgan, Lewis |
| Will not disclose | Will not disclose | Will not disclose |
| Alston & Bird | Alston & Bird | Martenson, Hasbrouck |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |
| Ballard Spahr; Ball & Weed; Covington & Burling; Dickstein | Cleary Gottlieb; Covington & Burling; Thompson Hine | Frantz Ward; Littler Mendelson |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| Shapiro; Vorys, Sater; Yoka & Smith | | |
| Baker Botts; Godwin Pappas; Kirkpatrick & Lockhart; Vinson & Elkins; Jones Day | Baker Botts; Godwin Pappas | Baker & McKenzie; Jackson Lewis; Vinson & Elkins |
| Will not disclose | Will not disclose | Will not disclose |
| Bass, Berry; Bowen Riley; Fowler White; Latham & Watkins; Locke Liddell; O'Melveny & Myers | Bass, Berry | Baker & Hostetler; Bell Nunnally; Carlton Fields; Constangy, Brooks; Ford & Harrison; Ogletree, Deakins; Trenam, Kemker |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Arnold & Porter; Jenner & Block; King & Spalding; Kirkland & Ellis; McDermott Will; Sidley Austin | Davis Polk; Fried, Frank; Skadden | Morgan, Lewis; Ogletree, Deakins; Steptoe & Johnson |
| Will not disclose | Will not disclose | Will not disclose |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose
---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose
---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose


---------------------------------------------------------------
 Company did not        Company did not       Company did not
 respond by press       respond by press      respond by press
 time                   time                  time
---------------------------------------------------------------
 Company did not        Company did not       Company did not
 respond by press       respond by press      respond by press
 time                   time                  time
---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose

---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose

---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose

---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose


---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose

---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose

---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose

---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose

---------------------------------------------------------------
 Will not disclose      Will not disclose     Will not disclose

---------------------------------------------------------------


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

```
Jones Day; King &      Cadwalader; Latham    Kramer Levin
Spalding; Latham &     & Watkins;
Watkins; Paul,         Milbank, Tweed;
Weiss; Simpson         Simpson Thacher;
Thacher                Sullivan &
                       Cromwell; Weil,
                       Gotshal
-----------------------------------------------------------------
Will not disclose      Will not disclose    Will not disclose
-----------------------------------------------------------------
Choate, Hall;          LeBoeuf, Lamb;       Will not disclose
Forman, Perry;         Skadden
Mintz Levin
-----------------------------------------------------------------
Colucci & Umans;       Colucci & Umans;     Vorys, Sater
Davis Polk;            Davis Polk;
Fenwick & West;        Fenwick & West;
Mayer, Brown;          Mayer, Brown;
Vorys, Sater           Vorys, Sater
-----------------------------------------------------------------
DLA Piper;             King & Spalding      Fortney & Scott;
McDermott Will &                            Morgan, Lewis
Emery; McKenna
Long & Aldridge;
Miller &
Chevalier;
O'Melveny & Myers
-----------------------------------------------------------------
Will not disclose      Will not disclose    Will not disclose

-----------------------------------------------------------------
Company did not        Company did not      Company did not
respond by press       respond by press     respond by press
time                   time                 time
-----------------------------------------------------------------
Will not disclose      Will not disclose    Will not disclose

-----------------------------------------------------------------
Will not disclose      Will not disclose    Will not disclose
-----------------------------------------------------------------
Baker Botts;           Baker Botts          Baker Botts
Beirne Maynard;
Werner & Kerrigan
-----------------------------------------------------------------
Will not disclose      Will not disclose    Will not disclose
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 38
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

```
------------------------------------------------------------
Bingham             Davis Polk;         Jackson Lewis;
McClutchen;         Debevoise &         Paul, Hastings;
Goodwin Procter;    Plimpton; Kramer    Proskauer Rose;
Gibson, Dunn;       Levin; Willkie      Winston & Strawn
Quarles & Brady;    Farr
Skadden; Willkie
Farr
------------------------------------------------------------
DLA Piper; Dykema   Davis Polk;         Jackson Lewis;
Gossett; Heller     Honigman Miller     Littler Mendelson;
Ehrman; Ulmer &                         Wimberly, Lawson
Berne
------------------------------------------------------------
Will not disclose   Will not disclose   Will not disclose

------------------------------------------------------------
Bonner Kiernan;     Cleary Gottlieb     Will not disclose
Bullivant Houser;
Kirkland & Ellis;
Winston & Strawn
------------------------------------------------------------
Will not disclose   Will not disclose   Will not disclose

------------------------------------------------------------
Williams &          Will not disclose   Connell Foley;
Connolly                                Edwards & Angell;
                                        McElroy, Deutsch
------------------------------------------------------------
Will not disclose   Will not disclose   Will not disclose

------------------------------------------------------------
Dechert; Hughes     Covington &         Morgan, Lewis;
Hubbard; Williams   Burling; Debevoise  Seyfarth Shaw
& Connolly; Womble  & Plimpton; Fried,
Carlyle;            Frank; Paul, Weiss
------------------------------------------------------------
Will not disclose   Will not disclose   Will not disclose

------------------------------------------------------------
Will not disclose   Will not disclose   Will not disclose
------------------------------------------------------------
Arnold & Porter;    Preston Gates       Crowell & Moring;
Fish & Richardson;                      Paul, Hastings;
Heller Ehrman;                          Preston Gates;
Preston Gates;                          Riddell Williams
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)


    Sidley Austin;
    Sullivan &
    Cromwell; Weil,
    Gotshal
-------------------------------------------------------------------
    Bingham            Cadwalader; Cleary    Allen & Overy;
    McClutchen;        Gottlieb; Cravath;    Fragomen, Del Rey;
    Cravath; Greenberg Davis Polk;           Morgan, Lewis;
    Traurig; Kirkland  McDermott Will;       Orrick
    & Ellis; Paul,     Shearman &
    Weiss; Reed Smith; Sterling; Sidley
    Stradling Yocca    Austin
-------------------------------------------------------------------
    Will not disclose  Will not disclose     Will not disclose

-------------------------------------------------------------------
    Will not disclose  Will not disclose     Will not disclose

-------------------------------------------------------------------
    Will not disclose  Will not disclose     Will not disclose

-------------------------------------------------------------------
    Will not disclose  Will not disclose     Will not disclose


-------------------------------------------------------------------
    Will not disclose  Will not disclose     Will not disclose

-------------------------------------------------------------------
    Barger & Wolen;    Skadden               Morgan, Lewis;
    Holland & Knight                         Seyfarth Shaw
-------------------------------------------------------------------
    Will not disclose  Will not disclose     Will not disclose

-------------------------------------------------------------------
    Banner & Witcoff;  Stoel Rives;          Lane Powell; Stoel
    McDermott Will;    Tonkon Torp           Rives
    Stoel Rives;
    Tonkon Torp
-------------------------------------------------------------------
    Will not disclose  Will not disclose     Will not disclose

-------------------------------------------------------------------
    Will not disclose  Will not disclose     Will not disclose

-------------------------------------------------------------------


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| Duane Morris; Jordan Burt; Lewis and Roca; Kelly, Herlihy & Klein; O'Melveny & Myers | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Davis & Gilbert; Jones Day; Sullivan & Cromwell | Davis & Gilbert; Jones Day | Davis & Gilbert; Littler Mendelson |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Davis Polk; Jones Day; McGuireWoods | Arnold & Porter; Davis Polk | Rodriguez, Colvin; Sheppard, Mullin; |
| Will not disclose | Will not disclose | Will not disclose |
| Heller Ehrman; Latham & Watkins; Sedgwick, Detert; | Dewey Ballantine; Orrick | Erickson, Beasley; Fisher & Phillips; Lafayette & Kumagai; Thelen Reid |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Akerman Senterfitt; Ford & Harrison; GrayRobinson; Holland & Knight; Trenam, Kemker | Hahn, McClurg; McClure & McClure; Trenam, Kemker; | Ford & Harrison; Stearns Weaver |
| Will not disclose | Sidley Austin | Foley & Lardner |
| Will not disclose | Hogan & Hartson; Skadden; Weil, Gotshal | Will not disclose |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                           Page 42
  9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Latham & Watkins; Munger, Tolles; Pillsbury Winthrop | Latham & Watkins | Dillingham & Murphy; Holland & Hart; Littler Mendelson; Vedder, Price |
| Will not disclose | Wilson Sonsini | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Howrey; Lowenstein Sandler; Mayer, Brown; Pitney Hardin; Reed Smith; Ropes & Gray; Sidley Austin | Howrey; Lowenstein Sandler; Mayer, Brown; Pitney Hardin; Reed Smith; Ropes & Gray; Sidley Austin | Howrey; Lowenstein Sandler; Mayer, Brown; Pitney Hardin; Reed Smith; Ropes & Gray; Sidley Austin |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Hunton & Williams; Kaufman & Canoles; McGuireWoods; Reed Smith | Hunton & Williams; McGuireWoods; Simpson Thacher | Hunton & Williams; Kaufman & Canoles; McGuireWoods |
| Bergeson; Bialson, Bergen; Wilson Sonsini | Baker & McKenzie; Wilson Sonsini | Littler Mendelson |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

------------------------------------------------------------------

| | | |
|---|---|---|
| Fulbright & Jaworski; Kaye Scholer; Phillips, Erlewine; Todd & Weld | Baker & McKenzie; Wilmer Cutler | Littler Mendelson; Seyfarth Shaw |

------------------------------------------------------------------

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

------------------------------------------------------------------

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

------------------------------------------------------------------

| | | |
|---|---|---|
| Ballard Spahr; Beveridge & Diamond; Morgan, Lewis; Pepper Hamilton | Blank Rome; Morgan, Lewis; Pepper Hamilton | Ballard Spahr; Morgan, Lewis |

------------------------------------------------------------------

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

------------------------------------------------------------------

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

------------------------------------------------------------------

| | | |
|---|---|---|
| Arnall Golden; Bales Weinstein; Bracewell & Giuliani; Locke Liddell; Susman Godfrey; Zimmerman | Arnall Golden | Arnall Golden; Bracewell & Giuliani; Fortney & Scott; Morgan, Lewis |

------------------------------------------------------------------

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

------------------------------------------------------------------

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

------------------------------------------------------------------

| | | |
|---|---|---|
| Alston & Bird; Kirkland & Ellis; Latham & Watkins | Sullivan & Cromwell | Kullman |

------------------------------------------------------------------

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

------------------------------------------------------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                            Page 44
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Mayer, Brown; Sutherland Asbill | Will not disclose | Mayer, Brown; Sutherland Asbill |
| Cravath; Kirkland & Ellis; Paul, Weiss | Cravath; Paul, Weiss; Simpson Thacher | Will not disclose |
| Ropes & Gray | Ropes & Gray | Jackson Lewis; Seyfarth Shaw |
| Anderson Kill & Olick; Simpson Thacher; Wildman Harrold | Simpson Thacher | Jackson Lewis |
| Will not disclose | Will not disclose | Will not disclose |
| Adorno & Yoss; Burford & Ryburn; Cantey & Hanger; Fulbright & Jaworski; Hunton & Williams; Walker Sewell; White & Wiggins | Morgan, Lewis; Sullivan & Cromwell; Thelen Reid | Groom Law Group; Hunton & Williams |
| Akin Gump; Bassett Law; Dickstein Shapiro; Kutak Rock; Sidley Austin | Kutak Rock; Sidley Austin; White & Case | Akin Gump; Maynard, Cooper |
| Will not disclose | Will not disclose | Will not disclose |
| Company did not respond by press | Company did not respond by press | Company did not respond by press |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                      Page 45
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| time | time | time |
|------|------|------|
| Covington & Burling; Howrey; Newman, Favalaro; Shook, Hardy; Thompson Coburn; Yevetsky & Maher | Chapman and Cutler; Skadden | Morgan, Lewis; Polk Waldman |
| Ford & Harrison; Jones Day; The Miller Law Firm | Fried, Frank; Honigman Miller; Jones Day | Honigman Miller |
| Alston & Bird; DLA Piper; King & Spalding; Morrison & Foerster; Paul, Hastings | King & Spalding | Alston & Bird; Morrison & Foerster; Paul, Hastings; Pitney Hardin; Quarles & Brady; Reed Smith |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Begos & Horgan; Figari Davenport; Paul, Hastings; Pierce Atwood; Sullivan & Cromwell; White and Williams | Alston & Bird; Sullivan & Cromwell | Alston & Bird; Kilpatrick Stockton; Miller & Martin; Paul, Hastings; Seyfarth Shaw |
| Adams and Reese; Akin Gump; | Andrews Kurth; Baker Botts; Cox | Akin Gump; Bracewell & |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| Bracewell & Giuliani; Cox Smith; Fulbright & Jaworski; Haynes and Boone; Pillsbury Winthrop | Smith; Wachtell | Giuliani; Fulbright & Jaworski; Ogletree, Deakins |
| Kellogg, Huber; Kirkland & Ellis; McGuireWoods; Munger, Tolles; O'Melveny & Myers; Wiley Rein | **Debevoise &** Plimpton | Jones Day; Foley Hoag; McGuireWoods |
| Will not disclose | Will not disclose | Will not disclose |
| Foley & Lardner; Kirkland & Ellis | Kirkland & Ellis | Foley & Lardner |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Akin Gump; Frilot Partridge; Heller Ehrman; Howrey; Littler Mendelson; Saul Ewing; Ware, Jackson | Baker Botts; Locke Liddell; Phelps Dunbar; Schnader Harrison | Littler Mendelson; Reed Smith; Seyfarth Shaw; Ware, Jackson; |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 47
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

--------------------------------------------------------------
  Will not disclose      Will not disclose     Will not disclose

--------------------------------------------------------------
  Hillis Clark;          Cravath; Hillis       Barnes &
  Kirkland & Ellis;      Clark; Perkins        Thornburg;
  McGuireWoods;          Coie                  Druckman &
  Thelen Reid                                  Associates;
                                               Eldridge Cooper;
                                               Fisher & Phillips;
                                               King & Spalding;
                                               Morgan, Lewis

--------------------------------------------------------------
  Barnes &               Barnes &              Littler Mendelson
  Thornburg; Nall &      Thornburg; Cantu y
  Miller; Nelson         Estrada; DLA
  Mullins                Piper; Kirkland &
                         Ellis; Mayer,
                         Brown; Pinheiro
                         Neto

--------------------------------------------------------------
  Crowe & Dunlevy;       Andrews Kurth;        Hall, Estill
  DLA Piper; Gibson,     Crowe & Dunlevy;
  Dunn; Hall,            Gibson, Dunn;
  Estill; Holland &      Hall, Estill
  Hart; Kean Miller

--------------------------------------------------------------
  Will not disclose      Will not disclose     Will not disclose

--------------------------------------------------------------
  Arnold & Porter;       Simpson Thacher       Morgan, Lewis
  Jones Day; Nelson
  Mullins; Orrick;
  Reed Smith;
  Williams &
  Connolly; Winston
  & Strawn


--------------------------------------------------------------
  Will not disclose      Will not disclose     Will not disclose
--------------------------------------------------------------
  Will not disclose      Will not disclose     Will not disclose


--------------------------------------------------------------

          © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 48
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


66......+...80....+...+...90....+....0....+...10....+...20....+...30.

************************************************************************
******* This is piece 3. -- It begins at character 132 of table line 1. *******
************************************************************************



  IntellectualProperty

  ----------------------
    Carlson, Caspers;
    Finnegan,
    Henderson; Fish &
    Richardson;
    Fulbright &
    Jaworski; Kinney &
    Lange; Kirkland &
    Ellis
  ----------------------
  Jones Day; Lahive &
    Cockfield;
    Meyertons, Hood;
    Munger, Tolles;
    Patterson,
    Belknap; Venable;
    Winston & Strawn
  ----------------------
    Will not disclose




  ----------------------
    Leydig, Voit


                   © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


\---------------------
    Will not disclose

\---------------------
    N/A

\---------------------
    Company did not
    respond by press
    time
\---------------------
    Will not disclose

\---------------------
    Will not disclose

\---------------------
    Will not disclose

\---------------------
    Will not disclose

\---------------------
    Will not disclose

\---------------------
    Will not disclose

\---------------------
    Frommer Lawrence;
    Kramer Levin




\---------------------
    Duane MOrris;
    Foley & Lardner
\---------------------
    Will not disclose

\---------------------
    Will not disclose
\---------------------


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                                Page 50
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


    Will not disclose

---------------------
    Will not disclose



---------------------
    Chadbourne &
    Parke; Cozen
    O'Connor; McCarter
    & English


---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Company did not
    respond by press
    time
---------------------
    Will not disclose

---------------------
    Company did not
    respond by press
    time
---------------------
    Will not disclose

---------------------
    Will not disclose
---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


    Cantor Colburn;
    Jones Day;
    Kilpatrick
    Stockton; Merchant
    & Gould; Myers
    Bigel
---------------------
    N/A
---------------------
    Company did not
    respond by press
    time
---------------------
    Will not disclose

---------------------
    Bird & Bird;
    fitzpatrick,
    Cella; Kaye
    Scholer; McDonnell
    Boehnen

---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Finnegan,
    Henderson; Howrey
---------------------
    Company did not
    respond by press
    time
---------------------
    Lerner, David


---------------------

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

    Baker Botts;
    Bracewell &
    Giuliani

----------------------
    Will not disclose
----------------------
    Burns, Doane


----------------------
    Merchant & Gould
----------------------
    Will not disclose

----------------------
    Will not disclose
----------------------
    Goodman, Allen;
    McGuireWoods;
    Troutman Sanders

----------------------
    Baker Botts; Beyer
    Weaver; Cesari and
    McKenna; Hickman
    Palermo; Orrick;
    Weil, Gotshal
----------------------
    Company did not
    respond by press
    time
----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Connolly Bove;
    Freshfields;
    Harness, Dickey;
    Kirkland & Ellis

----------------------
    Brooks Kushman;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 53
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

    Davis Polk; Keker
    & Van Nest
---------------------
    Will not disclose

---------------------
    Will not disclose


---------------------
    Will not disclose
---------------------
    Will not disclose

---------------------
    Whiteford, Taylor




---------------------
    Kilpatrick
    Stockton; Locke
    Liddell




---------------------
    Will not disclose

---------------------
    Baker Botts;
    Howrey; Roylance,
    Abrams



---------------------
    Will not disclose

---------------------
    Edwards & Angell


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                Page 54
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

----------------------
   Will not disclose
----------------------
   Dykema Gossett;
   Howrey; Liniak,
   Berenato;
   MacMillan,
   Sobanski; Rader,
   Fishman

----------------------
   Will not disclose

----------------------
   Brinks Hofer;
   Burns, Doane;
   Fitch, Even;
   Wallenstein Wagner

----------------------
   Arnold & Porter;
   Baker Botts;
   Hamilton &
   Terrile; Haynes
   and Boone; Jones
   Day; Loeb & Loeb;
   Vinson & Elkins

----------------------
   Will not disclose

----------------------
   King & Spalding

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 55
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

---------------------
   Vinson & Elkins

---------------------
   Jones Day

---------------------
   Will not disclose

---------------------
   Baker & McKenzie;
   Jenner & Block;
   King & Spalding;
   Orrick; Whyte
   Hirschboeck

---------------------
   Kennedy Covington;
   Woodard, Emhardt

---------------------
   Bartlit Beck; Kaye
   Scholer; Morgan &
   Finnegan; Potter
   Anderson; Woodcock
   Washburn

---------------------
   Will not disclose

---------------------
   Will not disclose
---------------------
   Will not disclose

---------------------
   Will not disclose

         © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


---------------------
   Will not disclose

---------------------
   Will not disclose
---------------------
   Harness, Dickey;
   Locke Liddell;
   Marshall,
   Gerstein;
   McDonnell Boehnen;
   Ropes & Gray;
   Westman, Champlin

---------------------
   Will not disclose



---------------------
   Will not disclose

---------------------
   Ballard Spahr;
   Kirkland & Ellis


---------------------
   Company did not
   respond by press
   time
---------------------
   Will not disclose

---------------------
   Amster Rothstein


---------------------
   Baker & McKenzie



---------------------
   Will not disclose

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 57
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

```
--------------------
   Will not disclose

--------------------
   Will not disclose
--------------------
   Will not disclose

--------------------
   Brooks Kushman;
   Pattishall,
   McAuliffe; Ropes &
   Gray




--------------------
   Will not disclose
--------------------
   Will not disclose



--------------------
   Will not disclose

--------------------
   Will not disclose

--------------------
   Kagan Binder;
   Patterson,
   Thuente; Robins,
   Kaplan
--------------------
   Will not disclose


--------------------
   Cook, Alex

--------------------
   Company did not
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 58
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


respond by press
time
--------------------
Will not disclose

--------------------
Brouse McDowell;
Wood, Herron




--------------------
Conley Rose; Jones
Day; Godwin Pappas


--------------------
Will not disclose

--------------------
Middleton
Reutlinger; Waddey
& Patterson




--------------------
Will not disclose

--------------------
Will not disclose

--------------------
Will not disclose

--------------------
Alston & Bird;
Birch, Steward;
Black Lowe;
Crompton, Seager;
Ingrassia Fisher;
Kirkland & Ellis;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 59
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


     Skadden
---------------------
   Will not disclose
---------------------
   Company did not
   respond by press
   time
---------------------
   Will not disclose

---------------------
   Will not disclose

---------------------
   Will not disclose
---------------------
   Will not disclose


---------------------
   Company did not
   respond by press
   time
---------------------
   Company did not
   respond by press
   time
---------------------
   Will not disclose

---------------------
   Will not disclose

---------------------
   Will not disclose

---------------------
   Will not disclose


---------------------
   Will not disclose

---------------------
   Will not disclose


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 60
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Milbank, Tweed;
    Morgan, Lewis;
    Paul, Weiss



---------------------
    Will not disclose
---------------------
    Baker & McKenzie


---------------------
    Colucci & Umans



---------------------
    Duane Morris;
    McDermott Will



---------------------
    Will not disclose

---------------------
    Company did not
    respond by press
    time
---------------------
    Will not disclose

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


---------------------
   Will not disclose
---------------------
   Law Offices of
   Jack Ebel

---------------------
   Will not disclose

---------------------
   Baker Botts;
   Willkie Farr




---------------------
   Carlson, Gaskey;
   Foley & Lardner;
   Paul, Hastings;
   Rader, Fishman
---------------------
   Will not disclose

---------------------
   Will not disclose


---------------------
   Will not disclose

---------------------
   Will not disclose


---------------------
   Will not disclose

---------------------
   Fitzpatrick,
   Cella; Howrey;
   Weil, Gotshal


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


----------------------
    Will not disclose

----------------------
    Will not disclose
----------------------
    Arnold & Porter;
    Fish & Richardson;
    Klarquist
    Sparkman; Sidley
    Austin; Weil,
    Gotshal; Woodcock
    Washburn

----------------------
    Alston & Bird;
    Cowan, Liebowitz;
    Kirkland & Ellis;
    Kirkpatrick &
    Lockhart; Leydig,
    Voit

----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Will not disclose


----------------------
    Will not disclose

----------------------
    Brown Raysman;
    Fross Zelnick
----------------------
    Will not disclose

----------------------
    Banner & Witcoff;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                        Page 63
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


    DLA Piper;
    McDermott Will

---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose



---------------------
    Will not disclose
---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Davis & Gilbert



---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose
---------------------
    Will not disclose

---------------------
    Baker Botts;
    Goodwin Procter;
    Sidley Austin
---------------------
    Will not disclose


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                              Page 64
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

```
----------------------
   Hanson, Bridgett



----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Will not disclose


----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Will not disclose


----------------------
   Holland & Knight;
   Pillsbury Winthrop



----------------------
   Dobrusin &
   Thennisch
----------------------
```

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


   Will not disclose


   ---------------------
   Company did not
   respond by press
   time
   ---------------------
   Will not disclose


   ---------------------
   Will not disclose


   ---------------------
   Oblon, Spivak




   ---------------------
   Will not disclose


   ---------------------
   Will not disclose


   ---------------------
   Howrey; Kenyon &
   Kenyon; Morgan &
   Finnegan; Ropes &
   Gray; Sidley
   Austin


   ---------------------
   Will not disclose


   ---------------------
   Will not disclose


   ---------------------
   Hunton & Williams;
   Reed Smith


   ---------------------
   Patent Planet

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 66
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

--------------------
   Will not disclose

--------------------
   Will not disclose

--------------------
   Will not disclose

--------------------
   Wolf, Greenfield

--------------------
   Will not disclose

--------------------
   Will not disclose

--------------------
   Drinker Biddle;
   Woodcock Washburn

--------------------
   Will not disclose

--------------------
   Will not disclose

--------------------
   Andrews Kurth;
   Arnall Golden;
   Belzer PC; Locke
   Liddell

--------------------
   Will not disclose

--------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


    Will not disclose

----------------------
    Will not disclose


----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Mayer, Brown;
    Skadden;
    Sutherland Asbill
----------------------
    Will not disclose


----------------------
    Alston & Bird

----------------------
    Bryan Cave


----------------------
    Will not disclose

----------------------
    Hunton & Williams




----------------------
    Blackwell Sanders;
    Brinks Hofer;

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 68
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


     Fellers, Snider;
     Marshall,
     Gerstein; McAfee &
     Taft
---------------------
     Will not disclose

---------------------
     Company did not
     respond by press
     time
---------------------
     Will not disclose




---------------------
     Will not disclose

---------------------
     Alston & Bird;
     King & Spalding


---------------------
     Will not disclose

---------------------
     Will not disclose


---------------------
     Will not disclose

---------------------
     Will not disclose


---------------------

           © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


    Will not disclose




    ---------------------
    Fulbright &
    Jaworski




    ---------------------
    Baker Botts;
    Howrey; Kellogg,
    Huber;
    McGuireWoods;
    Simpson Thacher;
    Wiley Rein;
    Winston & Strawn
    ---------------------
    Will not disclose

    ---------------------
    Brinks Hofer

    ---------------------
    Will not disclose

    ---------------------
    Will not disclose

    ---------------------
    Will not disclose

    ---------------------
    Will not disclose

    ---------------------
    Will not disclose

    ---------------------

         © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


    Will not disclose




---------------------
    Will not disclose


---------------------
    Will not disclose

---------------------
    Christensen
    O'Connor; Ropes &
    Gray




---------------------
    Kirkland & Ellis;
    McDonnell Boehnen;
    McGarry Bair;
    Sonnenschein Nath;
    Taglia, Fette


---------------------
    Crowe & Dunlevy




---------------------
    Will not disclose

---------------------
    Choate, Hall;
    Cozen O'Connor;
    Finnegan,
    Henderson;
    Fitzpatrick,
    Cella; Kaye

        © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


    Scholer; Wilmer
    Cutler; Woodcock
    Washburn
----------------------
    Will not disclose
----------------------
    Will not disclose


----------------------
132....40....+...50..

**********************************************************************
****** This is piece 4. -- It begins at character 1 of table line 1063. *******
**********************************************************************

FN1 Acquired name from SBC Communications after acquiring AT&T Corp in November
    2005.
FN2 Acquired MBNA in January 2006.
FN3 Acquired Hibernia Corporation in November 2005.
FN4 CBS split from Viacom in December 2005.
FN5 Acquired Unoacl in August 2005. Changed name from ChevronTexaco in May
    2005.
FN6 Acquired Priority Healthcare in October 2005.
FN7 Acquired May Department Stores in August 2005.
FN8 Acquired Accredo Health in August 2005.
FN9 Changed name from Sprint after acquiring Nextel Communications in August
    2005.
FN10 Acquired Albertson's Inc. in June 2006.
FN11 Acquired Overnite Transportation in August 2005.
FN12 Acquired Pacificare Health Systems in December 2005.
FN13 Acquired Premcor in September 2005.
FN14 Acquired MCI in January 2006.
FN15 Viacom split into two companies (Viacom and CBS) in December 2005.
FN16 Acquired Providan Financial in October 2005.
FN17 Acquired WellChoice in December 2005.
1...+...10....+...20....+...30....+...40....+...50....+...60....+...70....+....


 WND = Will not disclose

9/2006 CCOUNSEL 97

END OF DOCUMENT

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

8/21/06 Pharma Marketletter (UK) (Pg. Unavail. Online)
2006 WLNR 14531245

Pharma Marketletter
Copyright 2006  Marketletter Publications Ltd.

**August 21, 2006**

Gilead and <u>Merck</u> & Co Atripla distribution deal.

  USA-based biopharmaceutical firm <u>Gilead Sciences</u> and US major <u>Merck</u> & Co say that
they have entered into an agreement to distribute the latter's combined HIV-1
treatment Atripla (efeavirenza 600mg emtricitabine 200mg/ tenofovir disoproxil
fumarate 300mg), in developing countries around the world.

  The drug, which combines a non-nucleoside reverse transcriptase inhibitor with two
nucleoside-based RT inhibitors, was commercialized in a collaboration between Gilead
and fellow US company Bristol-Myers Squibb through a joint venture partnership. The
Food and Drug Administration granted approval for its use against HIV-1 infection in
July this year (Marketletter July 17). The agency also approved an alternative
trade-dress for the product in developing countries, where it will be made available
as a white colored tablet in order to distinguish it from the salmon pink US
version.

  **John Martin**, president of Gilead, commented that "the FDA's rapid review and
approval of Atripla will help to expedite access for adults infected with HIV-1
living in resource-limited parts of the world." His counterpart at **Merck**, Richard
Clark, said that the company was looking forward to collaborating with Gilead and
health authorities to make the agent available to those who need it most. The firms
added that they would pursue registration for the product with national health
authorities around the world in the near future.

  Gilead's share price rose $0.19 to close at $62.05 in trading on the Nasdaq on the
day of the news, while Merck and B-M S shares both fell, $0.73 to $40.60 on the New
York Stock Exchange, and 2.8% to $20.24 on the Big Board, respectively.

---- INDEX REFERENCES ----

COMPANY: <u>GILEAD SCIENCES INC</u>; <u>BRISTOL MYERS SQUIBB CO</u>; NEW YORK STOCK EXCHANGE INC;
<u>MERCK AND CO INC</u>

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

NEWS SUBJECT:  (Joint Ventures (1JO05); Economics & Trade (1EC26); Major
Corporations (1MA93); Corporate Groups & Ownership (1XO09))

INDUSTRY:  (Infectious Diseases (1IN99); AIDS Drugs (1AI29); Pharmaceuticals
Regulatory (1PH03); HIV & AIDS (1AI90); Pharmaceuticals & Biotechnology (1PH13);
Distribution (1DI73); Business Services (1BU80); Manufacturing (1MA74);
Biopharmaceuticals (1BI13); Healthcare (1HE06); Pharmaceuticals Joint Development
Projects (1PH87); Wholesale Trade & Distribution (1WH58))

REGION:  (Americas (1AM92); North America (1NO39); USA (1US73))

Language:  EN

OTHER INDEXING:  (ATRIPLA; BRISTOL; FDA; FOOD AND DRUG ADMINISTRATION; MERCK; MERCK
CO; MERCK CO ATRIPLA; MYERS SQUIBB; NEW YORK STOCK EXCHANGE; RT; USA)  (Gilead;
Gilead Sciences; John Martin; Richard Clark)  (United States)

KEYWORDS:  ( Alliances, partnerships);  ( Goods & services distribution);  (
Business, international);  (Pharmaceutical industry);  (Distribution agreements);
(Biological products industry)

COMPANY TERMS: MERCK AND CO INC; BRISTOL MYERS SQUIBB CO; GILEAD SCIENCES INC

PRODUCT: Pharmaceuticals; unknown

SIC: 2834; 2830

TICKER SYMBOL: GILD; BMY

Word Count: 332
8/21/06 PHARMAMKT (No Page)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**(Publication page references are not available for this document.)**


American Political Network
American Health Line
Volume 10 No. 9
Copyright (c) 2006 by American Political Network, Inc.

July 13, 2006

REGULATORY NEWS FDA:  APPROVES ONCE-A-DAY COMBINATION ANTIRETROVIRAL PILL

 FDA on Tuesday as expected approved Gilead and
Bristol-Myers Squibb's once daily antiretroviral treatment
regimen called Atripla, which combines BMS' Sustiva and Gilead's
Truvada into a single pill, for sale and marketing in the U.S.,
the Washington Post reports (Kaufman, Washington Post, 7/13).
The two companies in December 2004 announced that they would
collaborate, with the aim of developing the single daily
combination antiretroviral drug. Currently, patients undergoing
antiretroviral treatment often take several pills daily,
sometimes at specific times and under certain conditions.
Atripla is the first highly active antiretroviral treatment
regimen available in a single, daily pill. It includes Truvada
-- which is made of 200 milligrams of emtricitabine and 300
milligrams of tenofovir -- as well as 600 milligrams of Sustiva,
known generically as efavirenz (American Health Line, 7/10).
Emtricitabine, tenofovir and efavirenz are reverse transcriptase
inhibitors, which often are given to patients newly diagnosed as
HIV-positive, the Los Angeles Times reports. Some experts said
drug companies are looking to incorporate protease inhibitors,
usually given to HIV-positive people who develop resistance to
first-line medications, into Atripla, according to the Times
(Maugh, Los Angeles Times, 7/13). A clinical trial of 244
HIV-positive adults taking the medications that make up Atripla
-- which FDA said can have side effects including headache,
dizziness, abdominal pain, vomiting and rash -- found that 80%
of patients had a significant reduction in viral loads and
marked increase in their number of CD4+ T cells (CQ HealthBeat,
7/12). Sustiva and Truvada are the most widely prescribed
antiretroviral treatment regimen in the U.S., and physicians and
securities analysts predict that most people currently taking
the drugs separately will switchto the new combination pill
(American Health Line, 7/10). About 60% of HIV-positive people
who are receiving antiretrovirals in the U.S. are takingTruvada
and Sustiva, and 13% of people living with AIDS are taking the
drugs, Norbert Bischofberger, Gilead vice president for research
and development, said (Russell, San Francisco Chronicle, 7/13).
The approval came as a result of FDA's fast-track review

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**(Publication page references are not available for this document.)**

program, the Los Angeles Times reports.
  COST, PEPFAR AVAILABILITY
  BMS and Gilead on Tuesday said Atripla will be available
for sale within seven business days and a 30-day supply will
sell for $1,150.88, the same price as Truvada and Sustiva sold
separately (Los Angeles Times, 7/13). The approval means that
Atripla can be included in the drugs distributed by the
President's Emergency Plan for AIDS Relief (Howard Price,
Washington Times, 7/13). However, BMS and Gilead must come to an
agreement with **Merck** on international sales.  **Merck** sells
Sustiva under the brand name Stocrin in developing countries,
the New York Times reports. **Merck** Vice President for External
Affairs Jeffrey Sturchio said the company has "reached agreement
on all the issues with Gilead," and what remains is formalizing
the agreement and applying for approval in other countries.
Sturchio estimated that Atripla would be available insome
developing countries in the coming months and that the price
would be approximately equivalent to the sum of prices of the
drugs in those countries, the Times reports (Pollack, New York
Times, 7/13). Atripla "offers a particularly important advantage
for patients in many countries that are most affected by the
AIDS epidemic and will also have a major impact in the U.S.,"
Andrew von Eschenbach, acting commissioner of FDA, said (Corbett
Dooren, Wall Street Journal, 7/13). However, the drug might be
too expensive for many countries even if it is sold at less than
$1 per dose, Kevin DeCock, director of HIV/AIDS programs for the
World Health Organization, said, adding, "We have to accept
there's no way that treatment can be paid for by these countries
on their own" (Sternberg, USA Today, 7/13).
  POTENTIAL EFFECT OF APPROVAL
  Atripla makes it "simpler to stick to the treatment
regimen" and thus could curb the emergence of drug resistant
strains of the virus, the AP/Forbes reports. **John Martin**,
president and CEO of Gilead, said drug-resistant HIV strains can
develop if a person takes less than 95% of their pills, adding,
"The fewer pills, the better they are able to achieve that 95%
threshold" (Bridges, AP/Forbes, 7/12). Raymond Schinazi, a
professor of pediatrics at Emory University and co-discoverer of
emtricitabine in 1996, said that the "tremendously powerful
drug" has the potential to keep HIV from "escaping]," adding
that HIV-positive people who take Atripla could "live a lot
longer or maybe even a normal life span." Dennis Liottta, a
chemistry professor at Emory and another co-discoverer of
emtricitabine, said Atripla also could have the potential to
prevent HIV infection (Hendrick, Atlanta Journal-Constitution,
7/13). Veronica Miller, director of the Forum for Collaborative
HIV Research, said the collaboration between BMS and Gilead

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**(Publication page references are not available for this document.)**

could lead to future collaborations on pediatric combination
drugs (AP/Forbes, 7/12). However, some researchers and advocates
expressed anxiety that the pill could lessen vigilance in HIV
prevention, the Baltimore Sun reports. "I'm concerned that
people will see the advertisements that say one pill once a day
and think that that'seasier than wearing condoms," Joel
Gallant, associate director of Johns Hopkins AIDS Service, said,
adding, "We need to get the message out that it's still a lot
better -- it's easier -- to prevent than treat, even with better
therapy" (Rockoff, Baltimore Sun, 7/13).  NPR's "Morning
Edition" on Thursday reported on FDA's approval of Atripla.  The
segment includes comments from Jill DeSimone, senior vice
president at BMS; von Eschenbach; and Murray Lumpkin, deputy
commissioner for international and special programs at FDA
(Wilson, "Morning Edition," NPR, 7/13).  The complete segment is
available online in RealPlayer.

7/13/2006 APN-HE  8

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.