# EXHIBIT 6

NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  MERCK & CO., INC. DERIVATIVE & "ERISA" LITIGATION  CONSOLIDATED DERIVATIVE ACTION | Hon. Stanley R. Chesler, U.S.D.J. MDL No. 1658 (SRC)  Civil Action No.  05-1151 Civil Action No.  05-2368  **ORDER** |

**CHESLER**, District Judge

  **THIS MATTER** comes before the court upon the motion of Defendants H. Brewster Atwater, Jr., Derek Birkin, Lawrence A. Bossidy, William G. Bowen, Erskine B. Bowles, Johnnetta B. Cole, William M. Daley, Lloyd C. Elam, Charles E. Exley, Jr., Niall FitzGerald, Kenneth C. Frazier, Raymond V. Gilmartin, William B. Harrison, Jr., Richard C. Henriques, Jr., William N. Kelley, Shelly Lazarus, Judy C. Lewent, Mary M. McDonald, Heidi G. Miller, Edward M. Scolnick, Thomas E. Shenk, Anne M. Tatlock, Samuel O. Thier, Dennis Weatherstone, Wendell P. Weeks, Peter C. Wendell, and nominal defendant Merck & Co., Inc. ("Merck") (collectively "Defendants"), to dismiss the Verified Consolidated Shareholders' Derivative Complaint ("Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1; and the Court having considered the submissions of the Parties, and having held oral argument on April 5, 2006,

  **IT IS**, for the reasons expressed in the Courts Opinion filed herewith, and for good cause shown, on this 5th day of May 2006,

  **ORDERED** that Defendants' Motion to Dismiss (docket item # 10) is **GRANTED**; and

it is further

     **ORDERED** that Plaintiffs' Complaint is **DISMISSED**; and it is further

     **ORDERED** that this case is **CLOSED;** any pending motions are dismissed as moot.


                                   <u>  s/ Stanley R. Chesler   </u>
                                     Stanley R. Chesler, U.S.D.J.