| | |
|---|---|
| **From:** | Flaster, Eben [eben.flaster@dechert.com] |
| **Sent:** | Wednesday, November 01, 2006 1:34 PM |
| **To:** | Chaillot, John J. |
| **Subject:** | FW: (Proposed) Minute Entry re: MPFs |

```
From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Wed 11/1/2006 1:21 PM
To: Flaster, Eben; Barnett, Ben
Cc: Russ Herman
Subject: RE: (Proposed) Minute Entry re: MPFs
```

We will be submitting the issue to the court. Will copy you on our letter that will send both versions.


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP 820 O'Keefe Avenue New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

```
From: Flaster, Eben [mailto:eben.flaster@dechert.com]
Sent: Tuesday, October 31, 2006 4:21 PM
To: Lenny Davis; Barnett, Ben
Cc: Russ Herman
Subject: RE: (Proposed) Minute Entry re: MPFs
```

Lenny --

Attached is a revised proposed order relating to the outstanding Pre-Trial Order No. 18C issues that were the subject of the PSC's Motion to Compel.

Unfortunately, because the PSC's draft you sent us Thursday was so slanted we had to start somewhere, and the place we started was with our own initial draft. That said, we have

1

essentially adopted the headings you used and set forth the core criteria from paragraph 17 of PTO 18C, as you did in your proposal, because we thought those additions were helpful.  In addition, we have made a number of important concessions, including the deletion of a number of references to "failure to provide this information will result in the PPF being deficient," a provision that encourages plaintiffs to record "N/A" or "None" in response to questions that do no apply or can be answered in the negative (to provide the required closure), as well as a paragraph expanding the right of plaintiffs' counsel to advise Merck in writing that they did not have responsive information.  Importantly, this "Written Notification" provision should accomplish much of what the PSC claims is most difficult for them: providing information when there simply is no more information available.  In sum, we believe that our revised draft complies with Judge Fallon's request and is further evidence of our good faith in attempting to negotiate a resolution to these issues.

Please let us know whether you want to discuss this revised proposed draft.

Thanks,

Eben

---

> From: Lenny Davis [mailto:LDAVIS@hhkc.com]
> Sent: Tuesday, October 31, 2006 11:43 AM
> To: Barnett, Ben; Flaster, Eben
> Cc: Russ Herman
> Subject: RE: (Proposed) Minute Entry re: MPFs
>
> We intend on sending him a proposed order tomorrow. We hope that you will look again at what we sent and utilize it so that ppf's are processed and folks get mpf's. we need to get the issue resolved one way or another. Hopefully we can agree on something but at this point we need to get whatever we can to judge fallon so that we get a decision on what is to be sent or not in a ppf. thanks
>
>
> Leonard A. Davis
> Attorney at Law
> Herman, Herman, Katz & Cotlar LLP
> Herman, Mathis, Casey, Kitchens & Gerel LLP
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113
> 504-581-4892
> 504-561-6024(fax)
>
> Temporary Office
> Place Saint Charles
> 201 Saint Charles Avenue
> Suite 4310
> New Orleans, Louisiana   70170
> <http://www.hhkc.com/ <http://www.hhkc.com/> >
>
> This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT

---

From: Barnett, Ben [mailto:Ben.Barnett@dechert.com]
Sent: Tuesday, October 31, 2006 10:41 AM
To: Lenny Davis; Flaster, Eben
Cc: Russ Herman
Subject: RE: (Proposed) Minute Entry re: MPFs


Lenny --


We are currently working on a revised proposed order. As such, you should not communicate anything to Judge Fallon concerning the submission of two separate orders. Frankly, the Judge made it clear to us on October 11th that he expected us to negotiate a joint order. We are still trying to do that. You will have our new proposed order by close of business today.


Ben

---

From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Monday, October 30, 2006 10:05 PM
To: Flaster, Eben
Cc: Barnett, Ben; Russ Herman
Subject: RE: (Proposed) Minute Entry re: MPFs

we will need to let judge fallon know thqt we will be submitting two competing draft orders for his review and decision. I had hoped we could have addressed the issue further and worked out something but it appears we are too far apart. Judge fallon will make the determination. We tried!


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

From: Flaster, Eben [mailto:eben.flaster@dechert.com]
Sent: Monday, October 30, 2006 6:39 PM
To: Lenny Davis
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

Lenny --

Quite frankly, your proposed order was such a departure from what we were expecting (and what we believe was ordered by the Court) that we are still not entirely certain how to proceed. We will be in touch with you tomorrow by close of business.

Thanks,

Eben

From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Monday, October 30, 2006 5:22 PM
To: Flaster, Eben
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

Just checking on the status of a response. We would like to present the issue to judge fallon prior to the status conference. Pleased let me hear from you

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

4

From: Lenny Davis
Sent: Sunday, October 29, 2006 7:10 AM
To: 'Flaster, Eben'
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

We had a similar view when we first looked at what you sent. We then reflected upon what was written and proposed. The proposed order we sent in good-faith. It is designed to resolve the issues that exist and to clear up the baclklog of overdue MPFs. We attempted to place ppf's in the positive i.e. deemed acceptable instead of always deficient and to give specific guidance to all counsel by showing examples. We thought that would be helpful.We really hope that you consider submitting the order jointly but if you cannot, we propose that each side submit their proposed order and the Court can decide the appropriate course of action. Let me know. We can speak Monday if you desire.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana   70170
<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

From: Flaster, Eben [mailto:eben.flaster@dechert.com]
Sent: Friday, October 27, 2006 5:02 PM
To: Lenny Davis
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

Lenny --

Ben and I discussed the PSC's order, and we are at a complete loss to understand how this can be your proposal.  The order reads as if all of the allegations in the PSC's original motion were true (which they are not) and Judge Fallon granted all the relief sought by the PSC's motion (which he did not).  It is as if the Court conference on October 11th never occured.

Moreover, this proposed order is contrary to the Court's directive that

5

we "work this out." In fact, it appears that this order was drafted with the clear purpose of ensuring the parties could not work this out, requiring the submission of competing orders.

We are evaluating our options. In the meantime, you must know that we could never agree to an order drafted in this fashion.

Eben

---

From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Friday, October 27, 2006 5:26 PM
To: Lenny Davis; Flaster, Eben
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

Any word on this yet?


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

From: Lenny Davis
Sent: Thursday, October 26, 2006 2:32 PM
To: 'Flaster, Eben'
Cc: 'Barnett, Ben'
Subject: RE: (Proposed) Minute Entry re: MPFs


Pursuant to my earlier email attached is a redlined version of a minute  entry for the ppf/mpf issue. Please look at this and lets address any issues you may have.. we would like to get this to judge fallon. Thanks for the courtesies


Leonard A. Davis
Attorney at Law

6

Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

From: Lenny Davis
Sent: Thursday, October 26, 2006 1:29 PM
To: 'Flaster, Eben'
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs


Spoke earlier today to judge fallon about this. Phil and I were with him at a hearing. Will have it to you today. Fallon says we need to let him know if we agree. If not he expects the two versions and he will make a decision. Seems reasonable to me. I told him we had a bunch of redlined changes we were sending to you. You will get it soon


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

From: Flaster, Eben [mailto:eben.flaster@dechert.com]
Sent: Thursday, October 26, 2006 1:17 PM
To: Flaster, Eben; Lenny Davis
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

Lenny --

You indicated on Monday that "others" were working on a red-line to our proposed MPF order, and I just wanted to check with you regarding the status.

At your convenience.

Thanks,

Eben

---

From: Flaster, Eben
Sent: Monday, October 23, 2006 2:45 PM
To: Lenny Davis
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

No problem, Lenny. I am happy to join you on a quick call to the Court. I am at my desk now. Thanks.

---

From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Monday, October 23, 2006 2:37 PM
To: Flaster, Eben
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

I have reviewed what you sent and am working on a redline to send back to you. We will need more time I am sure. Do you wnant me to call the court and advise? Do you want to call with me? Let me know

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

8

504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

From: Flaster, Eben [mailto:eben.flaster@dechert.com]
Sent: Monday, October 23, 2006 11:46 AM
To: Lenny Davis
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

Thanks, Lenny.  We have all day, and if you want to request an extension from the Court for a couple of days, of course, I am happy to make that call with you.

From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Monday, October 23, 2006 12:43 PM
To: Flaster, Eben
Cc: Barnett, Ben
Subject: RE: (Proposed) Minute Entry re: MPFs

Eban....i am just back in town. I see that you sent this to me late Friday. I just received it and will be in touch. thansk

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/ <http://www.hhkc.com/> >

9

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

From: Flaster, Eben [mailto:eben.flaster@dechert.com]
Sent: Friday, October 20, 2006 4:56 PM
To: Lenny Davis
Cc: Barnett, Ben
Subject: (Proposed) Minute Entry re: MPFs

Lenny --

As per the Court's instruction, we are attaching a copy of a proposed minute entry order for the Court relating to the core criteria and production of MPFs, which is due on Monday, October 23, 2006. We would like to send it to Judge Fallon as a joint submission.

Please let me know if you have any questions or concerns with the draft.

Thanks,
Eben
<<Proposed Minute Entry re MPFs.doc>>
Eben S. Flaster
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215.994.2407 (w)
215.655.2407 (f)
eben.flaster@dechert.com <mailto:eben.flaster@dechert.com>

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.