UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>SHIRLEY BERRY, et al.,<br><br>       Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>       Defendant. | MDL Docket NO. 1657<br><br>JUDGE ELDON E. FALLON<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS**<br><br>CASE NO. 2:05-cv-04445-EEF-DEK |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff SHIRLEY BERRY originally filed in the US District Court, Eastern District of Louisiana, Case Number 2:05-cv-04445-EEF-DEK, and then later transferred to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation*, may be and is hereby dismissed without prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 10/9/06          By: *Shirley Berry*
                             Shirley Berry

Dated: 10/19/2006       By: _____
                             Jeffrey A. Bowersox, OSB # 81442
                             Email: Jeffrey@BLFpc.com
                             BOWERSOX LAW FIRM, P.C.
                             620 SW Fifth Avenue, Suite 1125
                             Portland, Oregon 97204
                             Telephone: (503) 452-5858
                             Facsimile: (503) 248-0200

                             Daniel E. Becnel, Jr., LA Bar #2929
                             Matthew B. Moreland, LA Bar #24567
                             Kevin P. Klibert, LA Bar #26954
                             LAW OFFICES OF DANIEL E. BECNEL, JR.
                             106 W. Seventh Street
                             Post Office Drawer H
                             Reserve, LA 70084
                             Telephone: (985) 536-1186
                             Facsimile: (985) 536-6445

                             *Attorneys for Plaintiff Shirley Berry*

Dated: _____  By: *Phil Wittmann*
                             Phillip A. Wittmann, Esq.
                             Stone, Pigman, Walther & Wittmann, L.L.C.
                             546 Carondelet Street
                             New Orleans, LA 70130
                             Telephone: (504) 581-3200
                             Facsimile: (504) 581-3361

                             *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel