IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX )<br>Products Liability Litigation )<br>_____ )<br>This document relates to )<br>Case No. 05-4314 )<br> )<br>Wanda Brinkley and Ronnie Brinkley, )<br> )<br>       Plaintiffs, )<br> )<br>vs. )<br> )<br>Merck & Co., Inc. and Merck )<br>Pharmaceuticals, a/k/a Merck, )<br> )<br>       Defendants. )<br>_____ ) | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br><br>MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL

Plaintiffs, Wanda Brinkley and Ronnie Brinkley ("Brinkley"), and Defendant, Merck & Co., Inc. ("Merck")[1], hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Brinkley agrees that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Brinkley further agrees that in the event they re-file such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States

---

[1] "Merck Pharmaceuticals, a/k/a Merck" is not an entity and has not been served.

District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Brinkley, as though Brinkley had been a party and had had an opportunity to participate in that discovery.

Brinkley agrees to the above-stated conditions and wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

The parties further stipulate that immediately upon entry of the Order of Dismissal Without Prejudice, Lexis Nexis will be notified of the dismissal in accordance with Pre-Trial Order 8B.

Dated: 10-26-06

Arthur Sherman, 24403
Richard Salkow, 204572
Sherman & Salkow
A Professional Corporation
11601 Wilshire Boulevard, Suite 675
Los Angeles, CA 90025
Tel: (310) 914-8484; Fax: (310) 914-0079
Counsel for Plaintiffs
Wanda Brinkley and Ronnie Brinkley

Dated: 11/2/06

Phillip A. Whittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Tel: (504) 581-3200; Fax: (504) 581-3361
Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel