## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX Products Liability Litigation | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to Case No. 05-4314 | JUDGE FALLON |
| Wanda Brinkley and Ronnie Brinkley, | MAG. JUDGE KNOWLES |
| Plaintiffs, | |
| vs. | |
| Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck, | |
| Defendants. | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the Case of Wanda Brinkley and Ronnie Brinkley,

IT IS ORDERED, that all claims of plaintiffs Wanda Brinkley and Ronnie Brinkley be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
DISTRICT JUDGE