# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to*: | JUDGE FALLON |
| JOSE RIVERA, as Administrator of the Estate of Eugenia Roman a/k/a EUGINIA ROMAN RIVERA | MAG. JUDGE KNOWLES |
| *No.* 06-1986 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jose *Rivera, as Administrator of the Estate of Eugenia Roman a/k/a Euginia Roman Rivera,* and Defendant Merck & Co., Inc. ("Merck"), through their respective undersigned counsel, as follows:

1.   This case having been resolved upon the agreement of Plaintiff to voluntarily dismiss with prejudice his claims against Merck in the above-captioned case and the agreement of Merck not to seek from Plaintiff its fees and costs. this case is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2.   Plaintiff further agrees not to re-file any suit based on any similar claims related to Vioxx against Merck, any of it subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court or forum.

3.   Each party is to bear its own costs and attorneys' fees.

Dated: October 19, 2006

*AGREED TO AND ACCEPTED BY:*

JAROSLAWICZ & JAROS

By _____
   Robert J. Tolchin
   150 William Street, 19th Floor
   New York, New York 10038
   (212) 227-2181

Attorneys for Plaintiff

SO ORDERED.

HUGHES HUBBARD & REED LLP

By _____
   Theodore V. H. Mayer
   One Battery Park Plaza
   New York, New York 10004
   (212) 837-6888

Attorneys for Defendants Merck & Co, Inc.

_____
   Hon. Eldon Fallon, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel