# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-3394 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| CAROLE WEBB | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC. et al., | * | |
| Defendant. | * | |

## ORDER

Considering the foregoing Request for Voluntary Dismissal Without Prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed without prejudice, subject to the conditions stated in the Stipulation, with each party to pay their respective costs and attorney fees.

SO ORDERED, ADJUDGED AND DECREED, this _____ day of _____, 2006.

_____
DISTRICT JUDGE