# Exhibit 1

STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
WWW.STONEPIGMAN.COM

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

OUR FILE NUMBER

66,000

November 1, 2006

**VIA FAX**

Anthony N. Georges-Pierre, Esq.
Remer & Georges-Pierre P.A.
100 N. Biscayne Blvd., Suite 2800
Miami, FL 33132

Re:   *In re: Vioxx Products Liability Litigations*, MDL No. 1657

Dear Mr. Georges-Pierre:

I received your opposition to Merck's Rule to Show Cause via mail on Monday, October 30, 2006. The opposition references Exhibit A, but Exhibit A was not attached. Consequently, I asked that my legal assistant check the Court record and Lexis Nexis File & Serve to obtain a copy. He checked both sources, but neither the Rule nor the Exhibit had been uploaded in violation of PTO 8B. On October 31, 2006, after again checking Lexis Nexis File & Serve and PACER, he telephoned your office and left a message requesting a copy. Additionally, over the last two days, co-counsel Zane Riester and John Poulos of Hughes Hubbard & Reed LLP have made several requests for a copy both by voice mails to you and messages left with your secretary.

Despite these requests to date, neither my firm nor Hughes Hubbard has received Exhibit A or a call back from you. If the Exhibit is not received by noon tomorrow, we will have no choice but to file our reply, reference our request for the Exhibit, and request that the Court strike your opposition.

Very truly yours,

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly

DHW/tmw

cc:   Vioxx National (via e-mail)

837624v.1

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              0120
CONNECTION TEL        50000002#13054165005
SUBADDRESS
CONNECTION ID
ST. TIME              11/01 16:14
USAGE T               00'41
PGS.                  2
RESULT                OK
```

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361

## FACSIMILE COVER PAGE

**DATE:** November 1, 2006
**FROM:** Dorothy H. Wimberly
**RE:** Vioxx MDL 1657
**PAGES:** 2

**PHONE:** 504-593-0849

**FILE No.:** 0660000

### PLEASE DELIVER TO:

| RECIPIENT | COMPANY | FAX NO. | CONFIRMATION NO. |
|---|---|---|---|
| 1. Anthony N. Georges-Pierre, Esq. | Remer & Georges-Pierre, P.A. | 305 416 5005 | 305 416 5000 |

### MESSAGE

Please see attached letter regarding your Opposition to Rule to Show Cause in multiple Vioxx cases in the MDL

STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361

## FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| DATE: | November 1, 2006 | | |
| FROM: | Dorothy H. Wimberly | PHONE: | 504-593-0849 |
| RE: | Vioxx MDL 1657 | | |
| PAGES: | 2 | FILE NO.: | 0660000 |

PLEASE DELIVER TO:

| | RECIPIENT | COMPANY | FAX NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 1. | Anthony N. Georges-Pierre, Esq. | Remer & Georges-Pierre, P.A. | 305 416 5005 | 305 416 5000 |

### MESSAGE

Please see attached letter regarding your Opposition to Rule to Show Cause in multiple Vioxx cases in the MDL

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

**IF YOU DO NOT RECEIVE ALL PAGES, CALL (504) 581-3200 AS SOON AS POSSIBLE.**

Return To: DHW

582488Gv.1