UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | § | |
| PRODUCTS LIABILITY LITIGATION | § | MDL DOCKET NO. 1657 |
| | § | |
| | § | SECTION L |
| This Document Relates To: | § | |
| ***William Jeffries, et al. v.*** | § | JUDGE FALLON |
| ***Merck & Co., et al.*** | § | |
| | § | MAG. JUDGE KNOWLES |
| 2:06-CV-01987-EEF-DEK | § | |

**PLAINTIFFS' MOTION TO QUASH RUDY P. ZARATE, M.D.'S
NOTICE OF DEPOSITION OF WILLIAM JEFFRIES AND SHIRLEY JEFFRIES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW,** Plaintiffs, William Jeffries and Shirley Jeffries move to Quash Rudy P. Zarate,

M.D.'s Notice of Deposition of William Jeffries and Shirley Jeffries for the reasons set forth in Plaintiffs

attached Memorandum in Support.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs ask this Court to set their Motion to

Quash for hearing, and, after said hearing, to quash Defendant's deposition notice until such time that

issues regarding where and when this case will be tried are resolved.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

By:___/s/ Les Weisbrod_____
**LES WEISBROD**
Texas State Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas State Bar No. 00795259
11551 Forest Central Drive
Suite 300
Dallas, Texas 75243
(214) 373-3761
(214) 739-4732 - FAX

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs and counsel for Dr. Zarate have discussed the scheduling of depositions prior to the filing of the deposition notice and it is clear that this Motion to Quash is opposed.

\_\_\_/s/ Les Weisbrod_____
**LES WEISBROD**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing document has been served upon all by electronically uploading the same to LexisNexis File & Serve on this <u>27th</u> day of October, 2006.


<u>/s/ Les Weisbrod</u>
**LES WEISBROD**