UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | § | |
| PRODUCTS LIABILITY LITIGATION | § | MDL DOCKET NO. 1657 |
| | § | |
| | § | SECTION L |
| This Document Relates To: | § | |
| ***William Jeffries, et al. v.*** | § | JUDGE FALLON |
| ***Merck & Co., et al.*** | § | |
| | § | MAG. JUDGE KNOWLES |
| 2:06-CV-01987-EEF-DEK | § | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO QUASH
RUDY P. ZARATE, M.D.'S
<u>NOTICE OF DEPOSITION OF WILLIAM JEFFRIES AND SHIRLEY JEFFRIES</u>**

**TO THE HONORABLE JUDGE OF SAID COURT:**

On October 25, 2006, Defendant Rudy P. Zarate, M.D. (hereinafter "Defendant") served upon Plaintiffs a Notice of Deposition of William Jeffries and Shirley Jeffries, said deposition to take place on Monday, November 6, 2006 beginning at 9:00 a.m. at the offices of Roetzel & Andress, 222 South Main Street, Suite 400, Akron, Ohio 44308.  *See* Defendant's Notice, attached hereto as Exhibit "A."

The Court should quash Defendant's notice because it is premature.  First, this same Defendant currently has pending before this Court a Motion to Dismiss, Or, in the Alternative, Motion to Remand.  The Court currently has held this issue for the time being and therefore, at this point, we do not know if Defendant will remain in this case or where this case will ultimately remain for prosecution.  Further, this case has not been chosen or even proposed as a trial-ready case in this Court.  If it is going to remain in this Court, it is Plaintiffs' understanding that case-specific discovery proceeds only in those cases chosen to be prepared for trial.  In either event, we do not know where or when this case may be reached for trial.  If Defendant takes William Jeffries' and Shirley Jeffries' depositions now and much time passes before the

case is reached for trial, then Defendant will invariably ask to depose William Jeffries and Shirley Jeffries again. In the interest of judicial economy and for the convenience of all the parties involved, it is reasonable to wait until this case is either remanded or chosen for trial in order for the scheduling of discovery, including these depositions.

Additionally, the date chosen for the depositions is not convenient for the Plaintiffs. For the reasons stated above, the Court should grant Plaintiffs' motion to quash.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

By:___/s/   Les Weisbrod_____
**LES WEISBROD**
Texas State Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas State Bar No. 00795259
11551 Forest Central Drive
Suite 300
Dallas, Texas 75243
(214) 373-3761
(214) 739-4732 - FAX

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all by electronically uploading the same to LexisNexis File & Serve on this 27th day of October, 2006.

/s/   Les Weisbrod_____
**LES WEISBROD**

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO QUASH**

**278634**