**Exhibit A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br><br>This Document Relates To<br>*William Jeffries, et al. v. Merck & Co., et al.*<br>2 06-CV-01987-EEF-DEK | MDL DOCKET NO 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG JUDGE KNOWLES |

### NOTICE OF DEPOSITION

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Rudy P Zarate, M D will take the deposition of Plaintiffs William Jeffries and Shirley Jeffries on **Monday, November 6, 2006 at 9:00 AM.** Said deposition will be conducted at the offices of Roetzel & Andress, 222 South Main Street, Suite 400, Akron, Ohio 44308

Said deposition will be taken upon oral examination of an officer authorized by law to administer oath and continued from day to day until completed

Respectfully submitted,

*/s/ Stacy A Ragon*
Stacy A Ragon (0066923)
sragon@ralaw com
Jennifer L Souza (0070001)
jsouza@ralaw com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone  330 376 2700
Facsimile  330 376 4577
ATTORNEYS FOR DEFENDANT,
RUDY P ZARATE, M D

1380821 v_01 \ 061739 0790

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF DEPOSITION** has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced on this 25th day of October, 2006

/s/ *Stacy A. Ragon*
Stacy A. Ragon
Jennifer L. Souza
