UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | § | |
| PRODUCTS LIABILITY LITIGATION | § | MDL DOCKET NO. 1657 |
| | § | |
| | § | SECTION L |
| This Document Relates To: | § | |
| *William Jeffries, et al. v.* | § | JUDGE FALLON |
| *Merck & Co., et al.* | § | |
| | § | MAG. JUDGE KNOWLES |
| 2:06-CV-01987-EEF-DEK | § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO QUASH RUDY P. ZARATE, M.D.'S NOTICE OF DEPOSITION OF <u>WILLIAM JEFFRIES AND SHIRLEY JEFFRIES</u>

ON THIS ___ day of _____, 2006, before the Court came Plaintiffs William Jeffries and Shirley Jeffries Motion To Quash Rudy P. Zarate, M.D.'s Notice of Deposition of William Jeffries and Shirley Jeffries.  It is the opinion of the Court that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant Rudy P. Zarate, M.D.'s Notice of Deposition of Williams Jeffries and Shirley Jeffries is hereby quashed and will not go forward as noticed.

SIGNED THIS _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE