COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
DOUGLAS R. BRITTON
AMBER L. ECK
MARY K. BLASY
401 B Street, Suite 1600
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

WHATLEY DRAKE, LLC
JOE R. WHATLEY, JR.
PETER H. BURKE
2323 Second Avenue North
Birmingham, AL  35203
Telephone:  205/328-9576
205/328-9669 (fax)

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
CAROLINE SCHNURER
STEVE WEDEKING
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone: 619/525-3990
619/525-3991 (fax)

Co-Lead Counsel for Plaintiffs in the Consolidated Derivative
Action

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

*"DOCUMENT ELECTRONICALLY FILED"*

| | |
|---|---|
| In re MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | ) MDL No.  1658<br>) CIVIL ACTION NO.  05-cv-1151 (SRC)<br>) CIVIL ACTION NO. 05-cv-2368 (SRC)<br>)<br>) |
| This Document Relates To:<br>CONSOLIDATED DERIVATIVE ACTION. | )<br>)<br>) **NOTICE OF APPEAL**<br>)<br>)<br>)<br>) |



EXHIBIT 1

Notice is hereby given that Hawaii Laborers Pension Plan and Halpert Enterprises, Inc. ("Plaintiffs"), plaintiffs in the above named case, In re Merck & Co., Consolidated Derivative Litigation, hereby appeal to the United States Court of Appeals for the Third Circuit from an order dismissing Plaintiffs' Verified Consolidated Shareholders' Derivative Complaint with prejudice entered in this action on the 5th day of May, 2006 and an order striking documents referenced in Plaintiffs' Opposition to the Defendants' Motion to Dismiss entered in this action on the 4th day of May, 2006.

Executed on June 1, 2006

Respectfully submitted,

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
PETER S. PEARLMAN

_____
Peter S. Pearlman

Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone: 201/845-9600
201/845-9423 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
DOUGLAS R. BRITTON
AMBER L. ECK
TED MINAHAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL
1700 Seventh Avenue, Suite 2260
Seattle, WA  98101
Telephone:  206/749-5544
206/749-9978 (fax)

WHATLEY DRAKE, LLC
JOE R. WHATLEY, JR.
PETER H. BURKE
2323 Second Avenue North
Birmingham, AL  35203
Telephone:  205/328-9576
205/328-9669 (fax)

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
CAROLINE SCHNURER
STEVE WEDEKING
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

Co-Lead Counsel for Plaintiffs in
the Consolidated Derivative
Action