CELIA A. COLBERT
NOV 2 2004
RECEIVED

NOV 03 2004
JON FILDERMAN

# ABRAHAM FRUCHTER & TWERSKY LLP

October 29, 2004

**By Federal Express**

Board of Directors
Merck & Co., Inc.
One Merck Drive
P.O. Box 100
Whitehouse Station, N.J. 08889-0100

To the Board of Directors of Merck & Co., Inc.:

    This firm represents Ellen Fagin and Judith Fagin, individuals who are, and were at the times relevant to the issues addressed in this letter, shareholders of Merck & Co., Inc. ("Merck" or the "Company"). This letter is intended to demand that you take legal action against Raymond V. Gilmartin, the Chairman of the Board, Chief Executive Officer and President of the Company and any other individuals responsible for causing the damage to the Company with respect to any improper marketing of Vioxx.

    In a September 17, 2001, "WARNING LETTER" addressed to Mr. Gilmartin, the Food and Drug Administration ("FDA"), criticized Merck's promotional campaign for Vioxx as "minimiz[ing] potentially serious cardiovascular findings that were observed in the Vioxx Gastrointestinal Outcomes Research (VIGOR) study, and thus, misrepresents the safety profile for Vioxx." The warning letter goes on to criticize Merck's marketing of Vioxx through the omission of important risk information, the making of unsubstantiated superiority claims and the promotion by Merck of Vioxx for unapproved uses. The warning letter is single spaced and eight pages in length and it is attached to this demand letter and incorporated herein by reference for your review.

    According to an FDA press release, on September 27, 2004, the Data Safety Monitoring Board for an ongoing long-term study of Vioxx known as APPROVe (Adentomatous Polyp Prevention on VIOXX) had recommended the study be stopped early for safety reasons based upon an observed increase in cardiovascular events (including heart attacks and strokes). A report

One Penn Plaza • Suite 2805 • New York • New York •10119
Telephone: (212) 279•5050 Fax: (212) 279•3655


EXHIBIT 2

Board of Directors
Merck & Co, Inc.
October 29, 2004
Page 2

in the October 6, 2004, issue of *The Wall Street Journal* stated that the FDA study projected that the widespread use of Vioxx may have led to more than 27,000 heart attacks and sudden cardiac deaths. According to the article in *The Wall Street Journal*, these conclusions began to emerge in August. On September 30, 2004, Merck, in response to the FDA recommendation, withdrew Vioxx from the market. Vioxx has been characterized by at least one leading epidemiologist as potentially one of the biggest drug safety catastrophes in U.S. history.

As reported in, among other places, the October 5, 2004 edition of *The Wall Street Journal*, the withdrawal of Vioxx is expected to "open the floodgate on lawsuits against Merck." That article contains an estimate from Steve Scala, an analyst at SG Cowen & Co. that Vioxx litigation could result in $10 billion or more of liability risk for Merck. Similar estimates have been made by other informed analysts. Forbe's in an article appearing in its November 1, 2004 edition in an articled titled *Merck's Mess* states that the legal onslaught could rival the $13.3 billion paid out by Wyeth in the fen-phen fiasco. Indeed, the exposure to damages from such litigation is responsible, in part, for the recent substantial drop in the price of Merck's stock following announcement of Vioxx's withdrawal.

This demand letter is intended to give the Board of Directors the first opportunity at instituting claims on behalf of the Company against Mr. Gilmartin and any other person responsible for causing Merck damage from the improper marketing of Vioxx. If you fail to respond or contact me within one month from the date of this letter, we will be forced to assume that you have decided not to pursue these claims. At that time, we will free to institute an action in New Jersey State Court to obtain the remedies we are seeking through writing this letter.

If you have any questions or wish to discuss any of the matters referred to above, please do not hesitate to contact me.

Very truly yours,

Jeffrey S. Abraham