UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| This document relates to | * | |
| ROBERT G. SMITH | * | |
| Plaintiff, | * | |
| V. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |
| Civil Action No. 2:05cv04379 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MERCK'S MOTION FOR TAXATION OF COSTS**

Defendant Merck & Co., Inc. ("Merck"), by and through its undersigned counsel, pursuant to the Judgment in Merck's favor, entered on October 4, 2006, hereby requests the Clerk of the Court to tax costs against Plaintiff Robert G. Smith in the amount of $35,667.57. Merck relies on the attached memorandum, bill of costs, affidavit and all attachments thereto, which are incorporated as if fully set forth herein.

1

837897v.1

Dated:  November 3, 2006          Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITMAN, LLC
546 Carondelet Street
New Orleans, LA  701310
Phone: 504-581-3200
Fax:    504-581-3361

Defendant's Liaison Counsel

—and—

Philip S. Beck
Carrie A. Jablonski
BARTLITT BECK HERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL  60610


Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc

2

837897v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Merck & Co., Inc.'s Motion for Taxation of Costs has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of November, 2006.

       /s/ Dorothy H. Wimberly
       Dorothy H. Wimberly, 18509
       STONE PIGMAN WALTHER WITMAN, LLC
       546 Carondelet Street
       New Orleans, LA  701310
       Phone: 504-581-3200
       Fax:    504-581-3361
       dwimberly@stonepigman.com

       Defendant's Liaison Counsel