# EXHIBIT A

# Exhibit A

**Bill of Costs Itemization – Depositions**
**Submitted by Defense Counsel**

**Robert G. Smith v. Merck & Co., Inc.**
**Case No. 2:05-CV-04379**
**MDL Case No. 167**

| | Deponent (Day) | Cost | S&H | Total | Invoice Number | Firm |
|---|---|---|---|---|---|---|
| 1. | Daniel J. Courtade, M.D. (Day 1 – June 6, 2006) | $1505.45 | $60 | $1565.45 | Invoice #3827EML (Golkow Litigation Technologies, 07/24/06) Transcript | Fulbright & Jaworski |
| 2. | Daniel J. Courtade, M.D. (Day 1 – June 6, 2006) | $760 | | $760 | Invoice # 3829EML (Golkow Litigation Technologies, 07/24/06) Video | Fulbright & Jaworski |
| 3. | Robert G. Smith (Day 1 – June 15, 2006) | $2416.80 | $30 | $2,446.80 | Invoice #3793EML (Golkow Litigation Technologies, 07/24/06) Transcript | Williams & Connolly |
| 4. | Robert G. Smith (Day 1 – June 15, 2006) | $1805 | | $1805 | Invoice #3796EML (Golkow Litigation Technologies, 07/24/06) | Williams & Connolly |
| 5. | Michael A. Grefer, M.D. (Day 1 – June 29, 2006) | $489 | $36 | $525 | Invoice #3839EML (Golkow Litigation Technologies, 07/24/06) Transcript | Fulbright & Jaworski |
| 6. | Michael A. Grefer, M.D. (Day 1 – July 27, 2006) | $491.50 | $40 | $531.50 | Invoice #3979EML (Golkow Litigation Technologies, 08/16/06) Transcript | Fulbright & Jaworski |

| | Deponent (Day) | Cost | S&H | Total | Invoice Number | Firm |
|---|---|---|---|---|---|---|
| 7. | Michael A. Grefer, M.D. (Day 1 – July 27, 2006) | $190.00 | | $190.00 | Invoice #3982EML (Golkow Litigation Technologies, 08/16/06) | Fulbright & Jaworski |
| 8. | John D. Abramson, M.D. (Day 1 – August 8, 2006) | $1491.50 | $80 | $1571.50 | Invoice #4006EML (Golkow Litigation Technologies, 09/11/06) Transcript | Fulbright & Jaworski |
| 9. | Gary E. Sander, M.D. (Day 1 – August 15, 2006) | $3960.60 | $60 | $4020.60 | Invoice #4007EML (Golkow Litigation Technologies, 09/11/06), Transcript | Fulbright & Jaworski |
| 10. | Craig M. Pratt (Day 1 – June 12, 2006) | $1000 | $55 | $1055 | Invoice #4023EML (Golkow Litigation Technologies, 09/12/06) Transcript | Fulbright & Jaworski |

**Total Deposition Costs**: $ 14,470.85

FULBRIGHT & JAWORSKI L.L.P. VENDOR: 185514 Golkow Litigation Technologies CHECK NO: 13754

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|---|---|---|---|---|---|
| 00355 | 3827EML | 07-24-06 | 1,565.45 | 10607581- Oral deposition of Daniel J. Courtade, M.D. taken on 6/22/06. Invoice 3827EML. | 10756759 |
| 00355 | 3839EML | 07-24-06 | 525.00 | 10607581- Oral deposition of Michael Grefer, M.D. taken on 6/29/06. Invoice 3839EML. | 10756936 |
| 00355 | 3829EML | 07-24-06 | 760.00 | 10607581- Videotaped deposition of Daniel J. Courtade, M.D. taken on 6/22/06. Invoice 3829EML. | 10756937 |

**FULBRIGHT & JAWORSKI L.L.P.**

A Registered Limited Liability Partnership
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

JPMorgan Chase
Dallas Operating Account
1717 Main Street
Dallas, TX 75201

**13754**

| Check Date | Amount |
|---|---|
| Aug 08, 2006 | $2,850.45 |

PAY: TWO THOUSAND EIGHT HUNDRED FIFTY AND 45/100

TO THE ORDER OF
Golkow Litigation Technologies
4 Penn Center, Suite 1210
Philadelphia, PA 19103

NON - NEGOTIABLE

COPY * VOID * COPY * VOID * COPY * VOID * COPY

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: August 4, 2006

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Golkow Litigation Technologies

TAX ID NUMBER 20-3781134

REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS: 4 Penn Center, Suite 1201
Philadelphia, Pennsylvania 19103

CHECK SIGNER
VOUCHER #

ACCTG. USE ONLY

AMOUNT: $2,850.45

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/OTHER | 8060-040 | RECRUITING-OTHER INC. NALP/FEES/ADV.ETC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | | |

OFFICE CODES

01: HOUSTON
02: NEW YORK
03: LOS ANGELES
06: SAN ANTONIO
07: DALLAS
08: AUSTIN
09: WASHINGTON
10: HONG KONG
11: MINNEAPOLIS
12: MUNICH
15: LONDON
17: RIYADH
18: DUBAI

DEPT. CODES

004: BANKRUPTCY
006: CORP. & BANK
007: TECHNOLOGY
009: ENVIRONMENTAL
012: FAMILY
015: HEALTH
021: LABOR
024: LITIGATION
030: INTEL. PROP
033: PUBLIC
036: ENERGY & REAL PROP.
039: TAX
048: ADMIN
092: SUMMER CLERKS
000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 1,565.45 |

NARRATIVE: 10756759
Oral deposition of Daniel J. Courtade, M.D. taken on 6/22/06

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 525.00 |

NARRATIVE: 10756936
Oral deposition of Michael Grefer, M.D. taken on 6/29/06

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 760.00 |

NARRATIVE: 10756937
Videotaped deposition of Daniel J. Courtade, M.D. taken on 6/22/06

NARRATIVE:

COST CODES

| | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F214 | CLIENT REFUND |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY – MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Golkow Litigation Technologies

Jonathan B. Skidmore
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

00355
ATTORNEY #




Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

2406 ACE R01

1060 7581

| INVOICE NUMBER | DATE |
|---|---|
| 3827EML | 07/24/06 |

To: FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : JONATHAN SKIDMORE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: VIOXX (SMITH V. MERCK) | | |
| SERVICES PROVIDED ON 06/22/06: | | |
| DANIEL J. COURTADE, M.D. | | |
| EXPEDITED DELIVERY (2DAY) (TECHNICAL/V) | | |
| ORIGINAL & ONE COPY TRANSCRIPT | 1,467.95 | |
| EXHIBITS | 26.25 | |
| EXHIBIT SCANNING | 11.25 | |
| SHIPPING & HANDLING | 50.00 | |
| JOB SITE: CRESTVIEW HILLS, KY | | |
| BALANCE DUE — TOTAL | 1,565.45 | *Thank You* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

Golkow Litigation Technologies
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 2406 TOT: $1565.45
INVOICE #: 3827EML
DATE: 07/24/06

FULBRIGHT & JAWORSKI, LLP
Attn: JONATHAN SKIDMORE, ESQ.
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201




LINKING TESTIMONY, TRADITION AND TECHNOLOGY

FULBRIGHT & JAWORSKI L.L.P. VENDOR: 185514 Golkow Litigation Technologies CHECK NO: 13754

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|---|---|---|---|---|---|
| 00355 | 3827EML | 07-24-06 | 1,565.45 | 10607581- Oral deposition of Daniel J. Courtade, M.D. taken on 6/22/06. Invoice 3827EML. | 10756759 |
| 00355 | 3839EML | 07-24-06 | 525.00 | 10607581- Oral deposition of Michael Grefer, M.D. taken on 6/29/06. Invoice 3839EML. | 10756936 |
| 00355 | 3829EML | 07-24-06 | 760.00 | 10607581- Videotaped deposition of Daniel J. Courtade, M.D. taken on 6/22/06. Invoice 3829EML. | 10756937 |

**FULBRIGHT & JAWORSKI L.L.P.**

A Registered Limited Liability Partnership
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

JPMorgan Chase
Dallas Operating Account
1717 Main Street
Dallas, TX 75201

**13754**

| Check Date | Amount |
|---|---|
| Aug 08, 2006 | $2,850.45 |

PAY: TWO THOUSAND EIGHT HUNDRED FIFTY AND 45/100

TO THE ORDER OF
Golkow Litigation Technologies
4 Penn Center, Suite 1210
Philadelphia, PA 19103

NON - NEGOTIABLE

COPY * VOID * COPY * VOID * COPY * VOID * COPY

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: August 4, 2006

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Golkow Litigation Technologies

TAX ID NUMBER 20-3781134

REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS: 4 Penn Center, Suite 1201
Philadelphia, Pennsylvania 19103

CHECK SIGNER
VOUCHER #

ACCTG. USE ONLY

AMOUNT: $2,850.45

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/OTHER | 8060-040 | RECRUITING-OTHER INC NALP/FEES/ADV.ETC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | | |

OFFICE CODES

01: HOUSTON, 02: NEW YORK, 03: LOS ANGELES, 06: SAN ANTONIO, 07: DALLAS, 08: AUSTIN, 09: WASHINGTON, 10: HONG KONG, 11: MINNEAPOLIS, 12: MUNICH, 15: LONDON, 17: RIYADH, 18: DUBAI

DEPT. CODES

004: BANKRUPTCY, 006: CORP. & BANK, 007: TECHNOLOGY, 009: ENVIRONMENTAL, 012: FAMILY, 015: HEALTH, 021: LABOR, 024: LITIGATION, 030: INTEL. PROP, 033: PUBLIC, 036: ENERGY & REAL PROP., 039: TAX, 048: ADMIN, 092: SUMMER CLERKS, 000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 1,565.45 |

NARRATIVE: Oral deposition of Daniel J. Courtade, M.D. taken on 6/22/06 — 10756759

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 525.00 |

NARRATIVE: Oral deposition of Michael Grefer, M.D. taken on 6/29/06 — 10756936

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 760.00 |

NARRATIVE: Videotaped deposition of Daniel J. Courtade, M.D. taken on 6/22/06 — 10756937

NARRATIVE:

COST CODES

| Code | Description |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F214 | CLIENT REFUND |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY – MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Golkow Litigation Technologies

Jonathan B. Skidmore
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

00355
ATTORNEY #



Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

2405 ACE R01

| INVOICE NUMBER | DATE |
|---|---|
| 3829EML | 07/24/06 |

To: FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : JONATHAN SKIDMORE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: VIOXX (SMITH V. MERCK) | | |
| SERVICES PROVIDED ON 06/22/06: | | |
| DANIEL J. COURTADE, M.D. | | |
| FIRST TWO HRS OF VIDEOTAPING | 285.00 | |
| ADDITIONAL HOURS RECORDING | 190.00 | |
| DVD VIDEO SYNCH | 285.00 | |
| JOB SITE: CRESTVIEW HILLS, KY | | |
| BALANCE DUE — TOTAL | 760.00 | Thank You |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

Golkow Litigation Technologies
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 2405 TOT: $760.00
INVOICE #: 3829EML
DATE: 07/24/06

FULBRIGHT & JAWORSKI, LLP
Attn: JONATHAN SKIDMORE, ESQ.
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201



LINKING TESTIMONY, TRADITION AND TECHNOLOG



Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

2296 DRAPO01

To:
WILLIAMS & CONNOLLY
725 12TH STREET N.W.
WASHINGTON, DC 20005

| INVOICE NUMBER | DATE |
|---|---|
| 3793EML | 07/24/06 |

ATTN : ROBERT A. VAN KIRK, ESQUIRE

Due Upon Receipt

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| YOUR REFERENCE NUMBER: | | | |
| CAPTION: VIOXX (SMITH V. MERCK) | | | |
| SERVICES PROVIDED ON 06/15/06: | | | |
| ROBERT G. SMITH | | | |
| EXPEDITED DELIVERY (3DAY/V) | 435600043 | | |
| ORIGINAL & ONE COPY TRANSCRIPT | 276 @ $7.15 | 1,973.40 | |
| ROUGH ASCII SURCHARGE | 276 @ $1.50 | 414.00 | |
| EXHIBIT SCANNING | 196 @ $0.15 | 29.40 | |
| SHIPPING & HANDLING | | 30.00 | |
| JOB SITE: FLORENCE, KY | | | |

303950

RECEIVED AUG 14 2006

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

TOTAL 2,446.80 *Thank You!*

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

**Please detach and send with payment**

Remit To:

**Golkow Litigation Technologies**
4 Penn Center
Suite 1210
Philadelphia, PA 19103
Tax ID # 20-3781134

JOB: 2296 TOT: $2446.80
INVOICE #: 3793EML
DATE: 07/24/06

WILLIAMS & CONNOLLY
Attn: ROBERT A. VAN KIRK, ESQUIRE
725 12TH STREET N.W.
WASHINGTON, DC 20005



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Golkow Litigation Technologies**
**4 Penn Center**
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

2295 ACCUL01

| INVOICE NUMBER | DATE |
|---|---|
| 3796EML | 07/24/06 |

To: WILLIAMS & CONNOLLY
725 12TH STREET N.W.
WASHINGTON, DC 20005

ATTN : ROBERT A. VAN KIRK, ESQUIRE

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: VIOXX (SMITH V. MERCK) | | |
| SERVICES PROVIDED ON 06/15/06: | | |
| ROBERT G. SMITH | | |
| FIRST TWO HRS OF VIDEOTAPING | 285.00 | |
| ADDITIONAL HOURS RECORDING 8 @ $95.00 | 760.00 | |
| DVDVIDEO SYNCH 8 @ $95.00 | 760.00 | |
| 1 DVD SYNC SENT ON 7/21/06. | | |
| TOTAL | 1,805.00 | Thank You! |

RECEIVED AUG 14 2006

209949

4356.0043

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

**Golkow Litigation Technologies**
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 2295 TOT: $1805.00
INVOICE #: 3796EML
DATE: 07/24/06

WILLIAMS & CONNOLLY
Attn: ROBERT A. VAN KIRK, ESQUIRE
725 12TH STREET N.W.
WASHINGTON, DC 20005



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

FULBRIGHT & JAWORSKI L.L.P. VENDOR: 185514 Golkow Litigation Technologies CHECK NO: 13754

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|---|---|---|---|---|---|
| 00355 | 3827EML | 07-24-06 | 1,565.45 | 10607581- Oral deposition of Daniel J. Courtade, M.D. taken on 6/22/06. Invoice 3827EML. | 10756759 |
| 00355 | 3839EML | 07-24-06 | 525.00 | 10607581- Oral deposition of Michael Grefer, M.D. taken on 6/29/06. Invoice 3839EML. | 10756936 |
| 00355 | 3829EML | 07-24-06 | 760.00 | 10607581- Videotaped deposition of Daniel J. Courtade, M.D. taken on 6/22/06. Invoice 3829EML. | 10756937 |

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

JPMorgan Chase
Dallas Operating Account
1717 Main Street
Dallas, TX 75201

13754

| Check Date | Amount |
|---|---|
| Aug 08, 2006 | $2,850.45 |

PAY: TWO THOUSAND EIGHT HUNDRED FIFTY AND 45/100

TO THE ORDER OF
Golkow Litigation Technologies
4 Penn Center, Suite 1210
Philadelphia, PA 19103

NON - NEGOTIABLE

COPY * VOID * COPY * VOID * COPY * VOID * COPY

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: August 4, 2006

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Golkow Litigation Technologies

TAX ID NUMBER 20-3781134

REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS: 4 Penn Center, Suite 1201
Philadelphia, Pennsylvania 19103

CHECK SIGNER
VOUCHER #

ACCTG. USE ONLY

AMOUNT: $2,850.45

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/OTHER | 8060-040 | RECRUITING-OTHER INC NALP/FEES/ADV.ETC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | | |

OFFICE CODES

01: HOUSTON
02: NEW YORK
03: LOS ANGELES
06: SAN ANTONIO
07: DALLAS
08: AUSTIN
09: WASHINGTON
10: HONG KONG
11: MINNEAPOLIS
12: MUNICH
15: LONDON
17: RIYADH
18: DUBAI

DEPT. CODES

004: BANKRUPTCY
006: CORP. & BANK
007: TECHNOLOGY
009: ENVIRONMENTAL
012: FAMILY
015: HEALTH
021: LABOR
024: LITIGATION
030: INTEL. PROP
033: PUBLIC
036: ENERGY & REAL PROP.
039: TAX
046: ADMIN
092: SUMMER CLERKS
000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 1,565.45 |

NARRATIVE: Oral deposition of Daniel J. Courtade, M.D. taken on 6/22/06 10756759

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 525.00 |

NARRATIVE: Oral deposition of Michael Grefer, M.D. taken on 6/29/06 10756936

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 760.00 |

NARRATIVE: Videotaped deposition of Daniel J. Courtade, M.D. taken on 6/22/06 10756937

NARRATIVE:

COST CODES

E121 ARBITRATORS/MEDIATORS
F214 CLIENT REFUND
F200 CONFERENCE EXPENSES
E107 DELIVERY SERVICES
E115 DEPOSITIONS/TRANSCRIPTS
E101 DUPLICATING EXPENSES
E119 EXPERTS
E112 FILING FEES/COURT FEES
F211 FOREIGN ASSOCIATE
E105 LD TELEPHONE
E118 LITIGATION SUPPORT VENDORS
F208 LOBBY -- MEALS/ENT
F209 LOBBY OTHER
E122 LOCAL COUNSEL
E109 LOCAL TRAVEL
E111 MEALS
E106 ONLINE RESEARCH
E123 OTHER PROFESSIONALS
E124 OTHER (EXPLAIN)
E110 OUT OF TOWN TRAVEL
E102 OUTSIDE PRINTING
E108 POSTAGE
E120 PRIVATE INVESTIGATIONS
F201 PTO FEES
F213 PTO MAINTENANCE FEE
F207 RECORDS
F204 SECRETARY OVERTIME
E113 SUBPOENA FEES
E117 TRIAL EXHIBITS
E116 TRIAL TRANSCRIPTS
E114 WITNESS FEES

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Golkow Litigation Technologies

Jonathan B. Skidmore
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

00355
ATTORNEY #



Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

2468 ACE R01

| INVOICE NUMBER | DATE |
|---|---|
| 3839EML | 07/24/06 |

To:
FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : JONATHAN SKIDMORE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: VIOXX (SMITH V. MERCK) | | |
| SERVICES PROVIDED ON 06/29/06: | | |
| MICHAEL GREFER, M.D. (DISCOVERY & TRIAL) | | |
| REGULAR DELIVERY (TECHNICAL/V) | | |
| ONE COPY OF TRANSCRIPT | 489.00 | |
| SHIPPING & HANDLING | 36.00 | |
| NI | | |
| BALANCE DUE — TOTAL | 525.00 | Thank You. |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

Golkow Litigation Technologies
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 2468 TOT: $525.00
INVOICE #: 3839EML
DATE: 07/24/06

FULBRIGHT & JAWORSKI, LLP
Attn: JONATHAN SKIDMORE, ESQ.
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201



LINKING TESTIMONY, TRADITION AND TECHNOLOG

FULBRIGHT & JAWORSKI L.L.P. VENDOR: 185514 Golkow Litigation Technologies CHECK NO: 14653

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|---|---|---|---|---|---|
| 00355 | 3979EML | 08-16-06 | 531.50 | 10607581- Oral deposition of Michael A. Grefer, M.D. taken on 7/27/06 (Invoice 3979EML). | 10766529 |
| 00355 | 3982EML | 08-16-06 | 190.00 | 10607581- DVD Video Synch of oral deposition of Michael Grefer, M.D. taken on 7/27/06 (Invoice 3982EML). | 10766534 |

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

JPMorgan Chase
Dallas Operating Account
1717 Main Street
Dallas, TX 75201

14653

| Check Date | Amount |
|---|---|
| Sep 11, 2006 | $721.50 |

PAY: SEVEN HUNDRED TWENTY-ONE AND 50/100

TO THE ORDER OF
Golkow Litigation Technologies
4 Penn Center, Suite 1210
Philadelphia, PA 19103

NON - NEGOTIABLE

COPY * VOID * COPY * VOID * COPY * VOID * COPY

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: September 6, 2006

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Golkow Litigation Technologies

TAX ID NUMBER 20-3781134

REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS: 4 Penn Center, Suite 1210

Philadelphia, Pennsylvania 19103

CHECK SIGNER VOUCHER #

ACCTG. USE ONLY

AMOUNT: $721.50

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/OTHER | 8060-040 | RECRUITING-OTHER INC. NALP/FEES/ADV.ETC |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | | |

OFFICE CODES

01: HOUSTON; 02: NEW YORK; 03: LOS ANGELES; 06: SAN ANTONIO; 07: DALLAS; 08: AUSTIN; 09: WASHINGTON; 10: HONG KONG; 11: MINNEAPOLIS; 12: MUNICH; 15: LONDON; 17: RIYADH; 18: DUBAI

DEPT. CODES

004: BANKRUPTCY; 006: CORP. & BANK; 007: TECHNOLOGY; 009: ENVIRONMENTAL; 012: FAMILY; 015: HEALTH; 021: LABOR; 024: LITIGATION; 030: INTEL. PROP; 033: PUBLIC; 036: ENERGY & REAL PROP.; 039: TAX; 048: ADMIN; 092: SUMMER CLERKS; 000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 531.50 |

NARRATIVE: 10766529

Oral deposition of Michael A. Grefer, M.D. taken on 7/27/06 (Invoice #3979EML)

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 190.00 |

NARRATIVE: 10766534

DVD Video Synch of oral deposition of Michael Grefer, M.D. taken on 7/27/06 (Invoice #3982EML)

NARRATIVE:

NARRATIVE:

COST CODES

| | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F214 | CLIENT REFUND |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY – MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Golkow Litigation Technologies

Jonathan B. Skidmore

ATTORNEY NAME (PRINT) ATTORNEY SIGNATURE

00355

ATTORNEY #




Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

2673 ACE R01

| INVOICE NUMBER | DATE |
|---|---|
| 3979EML | 08/16/06 |

To: FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : JONATHAN SKIDMORE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: VIOXX (SMITH V. MERCK) | | |
| SERVICES PROVIDED ON 07/27/06: | | |
| MICHAEL GREFER, M.D. | | |
| DAILY DELIVERY (TECHNICAL/V) | | |
| ONE COPY OF TRANSCRIPT | 355.00 | |
| ROUGH/REAL-TIME SURCHARGE | 106.50 | |
| EXHIBIT SCANNING 1CD | 30.00 | |
| SHIPPING & HANDLING | 40.00 | |
| JOB SITE: SOUTHGATE, KY | | |
| BALANCE DUE — TOTAL | 531.50 | *Thank You* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

Golkow Litigation Technologies
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 2673 TOT: $531.50
INVOICE #: 3979EML
DATE: 08/16/06

FULBRIGHT & JAWORSKI, LLP
Attn: JONATHAN SKIDMORE, ESQ.
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201




LINKING TESTIMONY, TRADITION AND TECHNOLOGY

FULBRIGHT & JAWORSKI L.L.P. VENDOR: 185514 Golkow Litigation Technologies CHECK NO: 14653

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|---|---|---|---|---|---|
| 00355 | 3979EML | 08-16-06 | √531.50 | 10607581- Oral deposition of Michael A. Grefer, M.D. taken on 7/27/06 (Invoice 3979EML). | 10766529 |
| → 00355 | 3982EML | 08-16-06 | √190.00 | 10607581- DVD Video Synch of oral deposition of Michael Grefer, M.D. taken on 7/27/06 (Invoice 3982EML). | 10766534 |

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

JPMorgan Chase
Dallas Operating Account
1717 Main Street
Dallas, TX 75201

14653

| Check Date | Amount |
|---|---|
| Sep 11, 2006 | $721.50 |

PAY: SEVEN HUNDRED TWENTY-ONE AND 50/100

TO THE ORDER OF
Golkow Litigation Technologies
4 Penn Center, Suite 1210
Philadelphia, PA 19103

NON - NEGOTIABLE

COPY * VOID * COPY * VOID * COPY * VOID * COPY

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: September 6, 2006

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Golkow Litigation Technologies

TAX ID NUMBER 20-3781134

REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS: 4 Penn Center, Suite 1210

Philadelphia, Pennsylvania 19103

CHECK SIGNER VOUCHER #

ACCTG. USE ONLY

AMOUNT: $721.50

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/OTHER | 8060-040 | RECRUITING-OTHER INC NALP/FEES/ADV.ETC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | | |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS.ATTY INTERVIEWS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 8070-040 | SUMMER CLERKS-OTHER |

OFFICE CODES

01: HOUSTON, 02: NEW YORK, 03: LOS ANGELES, 06: SAN ANTONIO, 07: DALLAS, 08: AUSTIN, 09: WASHINGTON, 10: HONG KONG, 11: MINNEAPOLIS, 12: MUNICH, 15: LONDON, 17: RIYADH, 18: DUBAI

DEPT. CODES

004: BANKRUPTCY, 006: CORP. & BANK, 007: TECHNOLOGY, 009: ENVIRONMENTAL, 012: FAMILY, 015: HEALTH, 021: LABOR, 024: LITIGATION, 030: INTEL. PROP, 033: PUBLIC, 036: ENERGY & REAL PROP, 039: TAX, 048: ADMIN, 092: SUMMER CLERKS, 000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 531.50 |

NARRATIVE: 10766529

Oral deposition of Michael A. Grefer, M.D. taken on 7/27/06 (Invoice #3979EML)

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 190.00 |

NARRATIVE: 10766534

DVD Video Synch of oral deposition of Michael Grefer, M.D. taken on 7/27/06 (Invoice #3982EML)

NARRATIVE:

NARRATIVE:

COST CODES

E121 ARBITRATORS/MEDIATORS
F214 CLIENT REFUND
F200 CONFERENCE EXPENSES
E107 DELIVERY SERVICES
E115 DEPOSITIONS/TRANSCRIPTS
E101 DUPLICATING EXPENSES
E119 EXPERTS
E112 FILING FEES/COURT FEES
F211 FOREIGN ASSOCIATE
E105 LD TELEPHONE
E118 LITIGATION SUPPORT VENDORS
F208 LOBBY – MEALS/ENT
F209 LOBBY OTHER
E122 LOCAL COUNSEL
E109 LOCAL TRAVEL
E111 MEALS
E106 ONLINE RESEARCH
E123 OTHER PROFESSIONALS
E124 OTHER (EXPLAIN)
E110 OUT OF TOWN TRAVEL
E102 OUTSIDE PRINTING
E108 POSTAGE
E120 PRIVATE INVESTIGATIONS
F201 PTO FEES
F213 PTO MAINTENANCE FEE
F207 RECORDS
F204 SECRETARY OVERTIME
E113 SUBPOENA FEES
E117 TRIAL EXHIBITS
E116 TRIAL TRANSCRIPTS
E114 WITNESS FEES

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Golkow Litigation Technologies

Jonathan B. Skidmore — ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

00355 — ATTORNEY #



Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

2672 ACE R01

| INVOICE NUMBER | DATE |
|---|---|
| 3982EML | 08/16/06 |

To: FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : JONATHAN SKIDMORE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: VIOXX (SMITH V. MERCK) | | |
| SERVICES PROVIDED ON 07/27/06: | | |
| MICHAEL GREFER, M.D. | | |
| DVD VIDEO SYNCH | 190.00 | |
| 1 DVD SYNC SENT ON 7/28/06. | | |
| BALANCE DUE — TOTAL | 190.00 | *Thank You* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

Golkow Litigation Technologies
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 2672 TOT: $190.00
INVOICE #: 3982EML
DATE: 08/16/06

FULBRIGHT & JAWORSKI, LLP
Attn: JONATHAN SKIDMORE, ESQ.
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

FULBRIGHT & JAWORSKI L.L.P. VENDOR: 185514 Golkow Litigation Technologies CHECK NO: 14934

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|---|---|---|---|---|---|
| 00355 | 4006EML | 09-11-06 | 1,571.50 | 10607581 - INV. #4006EML; deposition of expert John D. Abramson, M.D. on 8/03/06 in New Orleans, LA. | 10769778 |
| 00355 | 3971EML | 08-15-06 | 1,499.20 | 10606631 - INV #3971EML; deposition of Douglas M. Vogeler, M.D. on 7/26/06 in Salt Lake City, Utah | 10769780 |
| 00355 | 3974EML | 08-15-06 | 422.75 | 10606631 - INV #3974EML; deposition of Jay C. Grove on 7/26/06 in Salt Lake City, Utah | 10769783 |
| 00355 | 3984EML | 08-16-06 | 2,332.00 | 10606631 - INV #3984EML, deposition of Karen Olson-Fields, R.N. on 7/27/06 in Salt Lake City, Utah | 10769787 |
| 00355 | 3947EML | 08-07-06 | 1,882.25 | 10606631 - INV #3947EML; deposition of Edward Ganellan, M.D. on 7/25/06 in Salt Lake City, Utah | 10769789 |

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

MAILED
SEP 2 2 2006
ACCOUNTING

JPMorgan Chase
Dallas Operating Account
1717 Main Street
Dallas, TX 75201

14934

| Check Date | Amount |
|---|---|
| Sep 21, 2006 | $10,554.70 |

PAY: TEN THOUSAND FIVE HUNDRED FIFTY-FOUR AND 70/100

TO THE ORDER OF
Golkow Litigation Technologies
4 Penn Center, Suite 1210
Philadelphia, PA 19103

NON - NEGOTIABLE

COPY * VOID * COPY * VOID * COPY * VOID * COPY

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: September 19, 2006

DATE & TIME NEEDED: 9/22/06

ISSUE CHECK PAYABLE TO: Golkow Litigation Technologies

TAX ID NUMBER 20-3781134

REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS: 4 Penn Center, Suite 1210
Philadelphia, Pennsylvania 19103

CHECK SIGNER VOUCHER # 1076 4778
ACCTG. USE ONLY

AMOUNT: $ 1,571.50

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E1405 E115 | 10607581 | Robert G. Smith v. Merck & Co., Inc. | $1,571.50 |

NARRATIVE: INV. #4006EML; deposition of expert John D. Abramson, M.D. on 8/03/06 in New Orleans, LA;

COST CODES

E121 ARBITRATORS/MEDIATORS
F214 CLIENT REFUND
F200 CONFERENCE EXPENSES
E107 DELIVERY SERVICES
E115 DEPOSITIONS/TRANSCRIPTS
E101 DUPLICATING EXPENSES
E119 EXPERTS
E112 FILING FEES/COURT FEES
F211 FOREIGN ASSOCIATE
E105 LD TELEPHONE
E118 LITIGATION SUPPORT VENDORS
F208 LOBBY – MEALS/ENT
F209 LOBBY OTHER
E122 LOCAL COUNSEL
E109 LOCAL TRAVEL
E111 MEALS
E106 ONLINE RESEARCH
E123 OTHER PROFESSIONALS
E124 OTHER (EXPLAIN)
E110 OUT OF TOWN TRAVEL
E102 OUTSIDE PRINTING
E108 POSTAGE
E120 PRIVATE INVESTIGATIONS
F201 PTO FEES
F213 PTO MAINTENANCE FEE
F207 RECORDS
F204 SECRETARY OVERTIME
E113 SUBPOENA FEES
E117 TRIAL EXHIBITS
E116 TRIAL TRANSCRIPTS
E114 WITNESS FEES

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: MAIL TO VENDOR

Jonathan B. Skidmore
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

JB00355
ATTORNEY #




Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

2808 GAUDK01

| INVOICE NUMBER | DATE |
|---|---|
| 4006EML | 09/11/06 |

To: FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : DAVID WALLACE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: VIOXX (SMITH V. MERCK) | | |
| SERVICES PROVIDED ON 08/03/06: | | |
| JOHN D. ABRAMSON, M.D. | | |
| REGULAR DELIVERY (TECHNICAL) | | |
| ONE COPY OF TRANSCRIPT | 905.00 | |
| ROUGH ASCII SURCHARGE | 452.50 | |
| EXHIBITS | 128.80 | |
| EXHIBIT SCANNING | 5.20 | |
| SHIPPING & HANDLING | 80.00 | |
| JOB SITE: NEW ORLEANS, LA | | |
| BALANCE DUE — TOTAL | 1,571.50 | Thank You |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

Golkow Litigation Technologies
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 2808 TOT: $1571.50
INVOICE #: 4006EML
DATE: 09/11/06

FULBRIGHT & JAWORSKI, LLP
Attn: DAVID WALLACE, ESQ.
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201




LINKING TESTIMONY, TRADITION AND TECHNOLOGY

FULBRIGHT & JAWORSKI L.L.P. VENDOR: 185514 Golkow Litigation Technologies CHECK NO: 15231

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|---|---|---|---|---|---|
| 00355 | 4007EML | 09-11-06 | 4,020.60 | Oral deposition of expert witness, Gary E. Sander, M.D. on 8/15/06 /10607581 | 10772120 |
| 00355 | 1023EML | 09-12-06 | 1,055.00 | Oral deposition of cardiology expert, Craig M. Pratt, M.D. taken on 8/18/06 /10607581 | 10772124 |

**FULBRIGHT & JAWORSKI L.L.P.**

A Registered Limited Liability Partnership
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

JPMorgan Chase
Dallas Operating Account
1717 Main Street
Dallas, TX 75201

15231

| Check Date | Amount |
|---|---|
| Sep 29, 2006 | $5,075.60 |

PAY: FIVE THOUSAND SEVENTY-FIVE AND 60/100

TO THE ORDER OF
Golkow Litigation Technologies
1600 JFK Blvd., Suite 1210
Philadelphia, PA 19103

NON - NEGOTIABLE

COPY * VOID * COPY * VOID * COPY * VOID * COPY

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: September 27, 2006

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Golkow Litigation Technologies

TAX ID NUMBER
REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS: 4 Penn Center, 1600 JFK Blvd., Suite 1210
Philadelphia, Pennsylvania 19103

CHECK SIGNER VOUCHER #
ACCTG. USE ONLY

AMOUNT: $5,075.60

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/OTHER | 8060-040 | RECRUITING-OTHER INC. NALP/FEES/ADV.ETC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS.ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | | |

OFFICE CODES

01: HOUSTON
02: NEW YORK
03: LOS ANGELES
06: SAN ANTONIO
07: DALLAS
08: AUSTIN
09: WASHINGTON
10: HONG KONG
11: MINNEAPOLIS
12: MUNICH
15: LONDON
17: RIYADH
18: DUBAI

DEPT. CODES

004: BANKRUPTCY
006: CORP. & BANK
007: TECHNOLOGY
009: ENVIRONMENTAL
012: FAMILY
015: HEALTH
021: LABOR
024: LITIGATION
030: INTEL. PROP
033: PUBLIC
036: ENERGY & REAL PROP
039: TAX
048: ADMIN
092: SUMMER CLERKS
000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 1,055.00 |

NARRATIVE:
Oral deposition of cardiology expert, Craig M. Pratt, M.D. taken on 8/18/06 10772124

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 4,020.60 |

NARRATIVE:
Oral deposition of expert witness, Gary E. Sander, M.D. on 8/15/06 10772120

NARRATIVE:

NARRATIVE:

COST CODES

| | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F214 | CLIENT REFUND |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY – MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Golkow Litigation Techn ologies

Jonathan B. Skidmore
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

00355
ATTORNEY #

FULBRIGHT & JAWORSKI L.L.P. VENDOR: 185514 Golkow Litigation Technologies CHECK NO: 15231

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|---|---|---|---|---|---|
| 00355 | 4007EML | 09-11-06 | 4,020.60 | Oral deposition of expert witness, Gary E. Sander, M.D. on 8/15/06 /10607581 | 10772120 |
| 00355 | 1023EML | 09-12-06 | 1,055.00 | Oral deposition of cardiology expert, Craig M. Pratt, M.D. taken on 8/18/06 /10607581 | 10772124 |

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

JPMorgan Chase
Dallas Operating Account
1717 Main Street
Dallas, TX 75201

15231

| Check Date | Amount |
|---|---|
| Sep 29, 2006 | $5,075.60 |

PAY: FIVE THOUSAND SEVENTY-FIVE AND 60/100

TO THE ORDER OF Golkow Litigation Technologies
1600 JFK Blvd., Suite 1210
Philadelphia, PA 19103

NON - NEGOTIABLE

COPY * VOID * COPY * VOID * COPY * VOID * COPY

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: September 27, 2006

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Golkow Litigation Technologies

TAX ID NUMBER
REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS: 4 Penn Center, 1600 JFK Blvd., Suite 1210
Philadelphia, Pennsylvania 19103

CHECK SIGNER
VOUCHER #
ACCTG. USE ONLY

AMOUNT: $5,075.60

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/OTHER | 8060-040 | RECRUITING-OTHER INC NALP/FEES/ADV.ETC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | | |

OFFICE CODES

01: HOUSTON, 02: NEW YORK, 03: LOS ANGELES, 06: SAN ANTONIO, 07: DALLAS, 08: AUSTIN, 09: WASHINGTON, 10: HONG KONG, 11: MINNEAPOLIS, 12: MUNICH, 15: LONDON, 17: RIYADH, 18: DUBAI

DEPT. CODES

004: BANKRUPTCY, 006: CORP. & BANK, 007: TECHNOLOGY, 009: ENVIRONMENTAL, 012: FAMILY, 015: HEALTH, 021: LABOR, 024: LITIGATION, 030: INTEL. PROP, 033: PUBLIC, 036: ENERGY & REAL PROP, 039: TAX, 048: ADMIN, 092: SUMMER CLERKS, 000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 1,055.00 |

NARRATIVE:
Oral deposition of cardiology expert, Craig M. Pratt, M.D. taken on 8/18/06 10772124

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E115 | 10607581 | Merck/Smith, R. v. Merck | 4,020.60 |

NARRATIVE:
Oral deposition of expert witness, Gary E. Sander, M.D. on 8/15/06 10772120

NARRATIVE:

NARRATIVE:

COST CODES

E121 ARBITRATORS/MEDIATORS
F214 CLIENT REFUND
F200 CONFERENCE EXPENSES
E107 DELIVERY SERVICES
E115 DEPOSITIONS/TRANSCRIPTS
E101 DUPLICATING EXPENSES
E119 EXPERTS
E112 FILING FEES/COURT FEES
F211 FOREIGN ASSOCIATE
E105 LD TELEPHONE
E118 LITIGATION SUPPORT VENDORS
F208 LOBBY – MEALS/ENT
F209 LOBBY OTHER
E122 LOCAL COUNSEL
E109 LOCAL TRAVEL
E111 MEALS
E106 ONLINE RESEARCH
E123 OTHER PROFESSIONALS
E124 OTHER (EXPLAIN)
E110 OUT OF TOWN TRAVEL
E102 OUTSIDE PRINTING
E108 POSTAGE
E120 PRIVATE INVESTIGATIONS
F201 PTO FEES
F213 PTO MAINTENANCE FEE
F207 RECORDS
F204 SECRETARY OVERTIME
E113 SUBPOENA FEES
E117 TRIAL EXHIBITS
E116 TRIAL TRANSCRIPTS
E114 WITNESS FEES

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Golkow Litigation Techn ologies

Jonathan B. Skidmore
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

00355
ATTORNEY #



Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

3015 GAUDK01

| INVOICE NUMBER | DATE |
|---|---|
| 4007EML | 09/11/06 |

To: FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : JONATHAN SKIDMORE, ESQ.

Due Upon Receipt

YOUR REFERENCE NUMBER:

CAPTION: VIOXX (SMITH V. MERCK)

SERVICES PROVIDED ON 08/15/06:

GARY E. SANDER, M.D.

| | AMOUNT DUE | ENCL. |
|---|---|---|
| EXPEDITED DELIVERY (2 DAY) (TECHNICAL) | | |
| ORIGINAL & ONE COPY TRANSCRIPT | 2,857.50 | |
| ROUGH ASCII SURCHARGE | 476.25 | |
| EXHIBIT SCANNING | 626.85 | |
| SHIPPING & HANDLING | 60.00 | |

JOB SITE: NEW ORLEANS, LA

BALANCE DUE

TOTAL 4,020.60 *Thank You*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

Golkow Litigation Technologies
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 3015 TOT: $4020.60
INVOICE #: 4007EML
DATE: 09/11/06

FULBRIGHT & JAWORSKI, LLP
Attn: JONATHAN SKIDMORE, ESQ.
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA FAX(917)591-5672

3039 MILLR01

1060 7581

| INVOICE NUMBER | DATE |
|---|---|
| 4023EML | 09/12/06 |

To: FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : JONATHAN SKIDMORE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: VIOXX (SMITH V. MERCK) | | |
| SERVICES PROVIDED ON 08/18/06: | | |
| CRAIG M. PRATT, M.D. | | |
| EXPEDITED DELIVERY (2DAY) (TECHNICAL/V) | | |
| ONE COPY OF TRANSCRIPT | 720.00 | |
| ROUGH ASCII SURCHARGE | 250.00 | |
| EXHIBITS (CD) | 30.00 | |
| SHIPPING & HANDLING | 55.00 | |
| JOB SITE: HOUSTON, TX | | |
| BALANCE DUE — TOTAL | 1,055.00 | Thank You |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

**Golkow Litigation Technologies**
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 3039 TOT: $1055.00
INVOICE #: 4023EML
DATE: 09/12/06

FULBRIGHT & JAWORSKI, LLP
Attn: JONATHAN SKIDMORE, ESQ.
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY