# **EXHIBIT B**

# Exhibit B

**Bill of Cost Itemization – Trial and Hearing Transcripts**
**Submitted by Defense Counsel**

**Robert G. Smith v. Merck & Co., Inc.**
**Case No. 2:05-CV-04379**
**MDL Case No. 167**

|    | Date | Cost | Invoice | Firm |
|----|------|------|---------|------|
| 1. | 09/11/06-09/26/06 | $10,374.00 | Invoice #20060096 (United States District Court for the Eastern District of Louisiana – Court Reporter, 09/27/06) Trial Transcript 09/11/06-09/26/06 | Bartlit Beck Herman Palenchar & Scott |
| 2. | 09/11/06-09/26/06; 09/07/06; 08/31/06 | $10,822.72 | Invoice #20060112 (United States District Court for the Eastern District of Louisiana – Court Reporter, 09/27/06) Transcript of Trial 09/11/06-09/26/06, Motions 09/07/06, and Jury Strikes 08/31/06 | Bartlit Beck Herman Palenchar & Scott |

**Total Trial and Hearing Transcript Costs**: $21,196.72

1

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INVOICE NO: 20060096 | | | | | | | | |

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Philip S. Beck, Esq.<br>Bartlit Beck Herman<br> Palenchar & Scott<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60610<br>Phone: | Toni Doyle Tusa, CCR, FCRR<br>Official Court Reporter<br>500 Poydras Street, HB-406<br>New Orleans, LA 70130<br><br>Phone:   (504) 589-7778<br>FAX      (504) 589-7726<br>tdtusa1@aol.com |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 09-27-2006 | DATE DELIVERED: 09-27-2006 |
|---|---|---|---|

**Case Style:** 05-CV-4379-L, Robert G. Smith v Merck & Co., Inc.

Trial Transcript from 9/11/06 - 9/26/06 before Judge Fallon

Cost Split Equally between the Parties

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | 760 | 6.60 | 5,016.00 | 2280 | 1.10 | 2,508.00 | | 0.83 | | 7,524.00 |
| Realtime | 760 | 2.75 | 2,090.00 | 760 | 1.00 | 760.00 | | | | 2,850.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 10,374.00 |
| VENDOR # 5915 | LESS DISCOUNT FOR LATE DELIVERY: | |
| CL # ___ CL # ___ AMT ___ 832 | TAX (If Applicable): | |
| 1330-1 | LESS AMOUNT OF DEPOSIT: | |
| VOUCHER 22171 APPROVAL ___ | TOTAL REFUND: | |
| Date Paid:            Amt: | TOTAL DUE: | $10,374.00 |

ok to pay 9/11-1 SED

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE  09-27-2006 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
|---|---|

INVOICE NO: 20060112

MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| PHILIP S. BECK, ESQUIRE<br>BARTLIT BECK HERMAN PALENCHAR & SCO<br>COURTHOUSE PLACE<br>54 WEST HUBBARD STREET<br>CHICAGO, IL 60601<br>Phone: (312) 494-4145<br>FAX:    (312) 494-4440<br>www.bartlit-beck.com | CATHY PEPPER, CCR RPR CRR<br>Official Court Reporter<br>500 Poydras St, Room B406<br>New Orleans, LA 70130<br><br>Phone: (504) 589-7779<br>FAX    (504) 589-7726<br>cathy_pepper@laed.uscourts.gov |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 09-27-2006 | DATE DELIVERED: 09-27-2006 |
|---|---|---|

Case Style: 05-4379 "L", ROBERT SMITH v MERCK & CO., INC.
TRANSCRIPT OF JURY TRIAL HELD BEFORE THE HONORABLE ELDON E FALLON TAKEN ON 9/11/06 TO 9/26/06, MOTIONS OF 9/7/06 & JURY STRIKES OF 8/31/06

COST SPLIT EVENLY BETWEEN PARTIES. TONI TUSA WILL SEND SEPARATE INVOICE

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 18 | 3.30 | 59.40 | 54 | 0.83 | 44.82 | | 0.55 | | 104.22 |
| Expedited | 50 | 4.40 | 220.00 | 150 | 0.83 | 124.50 | | 0.55 | | 344.50 |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | 760 | 6.60 | 5,016.00 | 2280 | 1.10 | 2,508.00 | | 0.83 | | 7,524.00 |
| Realtime | 760 | 2.75 | 2,090.00 | 760 | 1.00 | 760.00 | | | | 2,850.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 10,822.72 |
| VENDOR # 516    ADDRESS # _____ | LESS DISCOUNT FOR LATE DELIVERY: | |
| GL # ____ AMT ____ CL # ____ AMT | TAX (If Applicable): | |
| 132<br>1320-1<br>22175 | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| VOUCHER # _____ Date Paid: _____ Amt: | TOTAL DUE: | $10,822.72 |

ok to pay
9/11-1
SED

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 09-27-2006 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com