Exhibit A - A. Dedrick Deposition Excerpts

- **Dedrick - Opposition to Plaintiff's MIL No. 3**

[1:1] - [1:25]    9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 1
1                IN THE UNITED DISTRICT COURT
2                 EASTERN DISTRICT OF LOUSIANA
3
4    IN RE:                        MDL DOCKET: 1657
                                   SECTION L
5    VIOXX LITIGATION
     PRODUCTS LIABILITY LITIGATION
6    _____
7    ANTHONY WAYNE DEDRICK,        JUDGE FALLON
         Plaintiff                 MAGISTRATE JUDGE
8                                  KNOWLES
     v.
9
                                   CASE NO:
10   MERCK & CO, INC.              2:05-CV-2524
         Defendants
11
12              VIDEOTAPED DEPOSITION OF:
13                 ANTHONY WAYNE DEDRICK
14
15             S T I P U L A T I O N S
16       IT IS STIPULATED AND AGREED, by and between
17   the parties through their respective counsel, that
18   the deposition of:
19                 ANTHONY WAYNE DEDRICK
20   may be taken before Lisa Bailey, CSR, Notary
21   Public, State at Large, at the Shoals Marriott, 800
22   Cox Creek Parkway South, Florence, Alabama, on
23   September 7, 2006 commencing at approximately
24   9:45 a.m.
25
```

[101:4] - [111:6]    9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 101
4       Q.    According to this report, Exhibit 5, this
5    says, "The defendant reported having 14 half-brothers
6    and sisters; is that -- is that correct?
7       A.    It's -- it's right at it.  I've got so
8    many brothers and sisters, I have to count every time
9    I try to -- somebody asks me that.  Because some,
10   I've never met.  I think I was up to 16 last night
11   that are living, you know.
12      Q.    Do you have -- I just want to make sure I
13   followed you.  There are -- right now, you have 16
14   living brothers and sisters?
15      A.    14 living and three dead.
16      Q.    Okay.  Let's see if we can separate them
17   out a little bit.  Who are your -- well, strike
18   that.
19            How many full brothers and sisters do you
20   have?
21      A.    I have two full brothers.
22      Q.    And how many full sisters?
23      A.    None.
24      Q.    Living or -- living or dead?
25      A.    Right, none.
page 102
1       Q.    And in addition to your two full
2    brothers, you have 14 half-siblings?
3       A.    I believe there's 11.  There's 11 living.
4       Q.    And then three that are deceased?
5       A.    Right.
6       Q.    And then the 11 that are living of the
```

**Exhibit A - A. Dedrick Deposition Excerpts**

- **Dedrick - Opposition to Plaintiff's MIL No. 3**

```
                  7    half-siblings, are they on your mother's side or on
                  8    your father's side?
                  9         A.    They're all on my father's side.
                 10         Q.    The three that are deceased, are they all
                 11   on -- all on your father's side?
                 12         A.    Yes.
                 13         Q.    And what are the names of your two full
                 14   brothers?
                 15         A.    Phil and Kenny.
                 16         Q.    Are you the oldest?
                 17         A.    Oldest boy.
                 18         Q.    And how -- how old are you today?
                 19         A.    I'm 51.
                 20         Q.    And how old is Phil today?
                 21         A.    50.
                 22         Q.    And how old is Kenny today?
                 23         A.    49.
                 24         Q.    And then your three half-siblings that
                 25   are deceased, brothers, sisters?
                page 103
                 1          A.    Two brothers and one sister.
                 2          Q.    What are their names?
                 3          A.    Robert, Terry, and Faye.
                 4          Q.    Is Terry a brother or sister?
                 5          A.    Brother.  Robert and Terry were brothers,
                 6    and Faye was a sister.
                 7          Q.    And when did Robert die?
                 8          A.    I'm not sure on the date.  It's been ten
                 9    plus years.
                 10         Q.    Approximately how old was he when he
                 11   died?
                 12         A.    22.
                 13         Q.    What was the cause of his death?
                 14         A.    He choked to death.
                 15         Q.    And then Terry?
                 16         A.    Terry was 17, I believe.
                 17         Q.    And how long ago did he die?
                 18         A.    Within the last ten years.
                 19         Q.    And what was the cause of his death?
                 20         A.    He was run over by a car on a bicycle.
                 21   He was on a bicycle and got run over.
                 22         Q.    And then your sister Faye, how old was
                 23   she when she died?
                 24         A.    I have no idea.  We never had no contact.
                 25         Q.    Do you know if she was older or younger?
                page 104
                 1          A.    She was older than me.
                 2          Q.    And when did she die?
                 3          A.    15 years ago.
                 4          Q.    And do you know what the cause of her
                 5    death was?
                 6          A.    No, I don't.
                 7          Q.    Of your 11 half-brothers and --
                 8    half-brothers and sisters, are you in contact with
                 9    any of them?
                 10         A.    I'm in contact with three sisters
                 11   weekly.  We live close enough that, you know, we're
                 12   in contact when we see each other, yeah.
                 13         Q.    Okay.  What are their names?
                 14         A.    Bernice, Janice and Nina.
                 15         Q.    And how old is Bernice?
                 16         A.    44.
                 17         Q.    And how old is Janice?
                 18         A.    47.
                 19         Q.    And how old is Nina?
                 20         A.    46.
                 21         Q.    Both of your parents are deceased,
                 22   correct?
```

**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Opposition to Plaintiff's MIL No. 3**

```
              23      A.      Correct.
              24      Q.      Okay.  When did your father die?
              25      A.      1984.
        page 105
        1     Q.      And how old was he?
        2     A.      I do not know.
        3     Q.      What was -- what was the cause of his
        4  death?
        5     A.      I really don't know.  It -- it -- I
        6  hadn't been in contact with him.  I went to the
        7  funeral, I mean.  I know what I was told, but I don't
        8  know.  I mean --
        9     Q.      What were you told?
        10    A.      Well, something to do with his stomach.
        11 That's --
        12    Q.      Did your father have a heart attack?
        13    A.      I do not know.
        14    Q.      You don't know one way or the other?
        15    A.      No.  I had no contact with my father
        16 until I was 30 years old, and I had contact one time
        17 for two hours.  So I -- I don't know nothing about my
        18 father.
        19    Q.      Okay.  Do you know anything about your
        20 father's side of the family?
        21    A.      Some.  I mean --
        22    Q.      Do you know whether any of his -- any of
        23 your father's siblings had a heart attack or a
        24 stroke?
        25    A.      I saw it in my medical records somewhere
        page 106
        1  -- I can't remember where -- that -- I can't remember
        2  what it says.  I do not know for certain, no.  I do
        3  not know.
        4     Q.      Okay.  Well, let's skip this for a moment
        5  and move on to your mother.  Earlier you said that
        6  she had a heart attack.  Did she have any strokes?
        7     A.      No.
        8     Q.      Did she have more than one heart attack?
        9     A.      They -- she -- she was diagnosed with one
        10 heart attack.  That's the only one I know of.
        11    Q.      And did your mother have brothers and
        12 sisters?
        13    A.      Yes.
        14    Q.      And did any of her brothers and sisters
        15 have heart attacks or strokes, to your knowledge?
        16    A.      I believe three of her half-brothers died
        17 of a heart -- a heart problem.  I don't know if it
        18 was a stroke, heart attack or what.  But three of her
        19 half-brothers did.
        20    Q.      Do you know how many siblings your mother
        21 had?
        22    A.      Two sisters, three half-brothers and a
        23 half-sister, two more half-brothers.
        24    Q.      So a total of five half-brothers?
        25    A.      Five half-brothers, one half-sister and
        page 107
        1  two sisters.
        2     Q.      Did either of your grandparents have a
        3  heart attack or a stroke?
        4     A.      On paternal or maternal?
        5     Q.      Let's start with maternal.
        6     A.      My grandmother died while I was in the
        7  Service, and I was told she had had a heart attack,
        8  but I don't know what she died of.
        9     Q.      So this is your mother's mother?
        10    A.      Yes.
        11    Q.      And what about your mother's father?  Did
        12 he have a heart attack?
```

**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Opposition to Plaintiff's MIL No. 3**

```
             13      A.      I have no -- I was young when he -- he
             14  was put in a nursing home, and I really have -- I've
             15  never heard that he had any heart problems.
             16      Q.      Okay.  And do you know what either of
             17  your father's parents died of?
             18      A.      I have no history of my father's parents.
             19      Q.      Other than the three half-brothers of
             20  your mother that had -- that died of heart attacks,
             21  do you know of any aunts or uncles that had heart
             22  attacks?
             23      A.      No, I do not.
             24      Q.      Did your -- and I believe you already
             25  said, to your knowledge, nobody in your family has
page 108
1   taken Vioxx?
2       A.      I -- to my knowledge.  I don't know.  I
3   never -- I never asked them, and they never told me.
4       Q.      Your mom, do you know, did she ever take
5   any kind of pain medication?
6       A.      Right there at the end, she did.  I -- I
7   don't know what it was.
8       Q.      Your brother Phil, does he have heart
9   problems?
10      A.      I believe he has some heart problems.
11  I'm not real certain what his medical problems are.
12      Q.      What about your brother Kenny?
13      A.      My brother has had heart problems.
14      Q.      Okay.  What -- what heart problems has
15  your brother Kenny had?
16      A.      He had a heart attack, and I believe he
17  has one stent.  I'm not certain on how many.
18      Q.      Let's try to express this easier.  When
19  did your brother Kenny have his heart attack?
20      A.      1999.
21      Q.      Do you remember what time of year?
22      A.      Summer.
23      Q.      Were you there with him?
24      A.      I got there about 15 hours later.
25      Q.      Where does your brother Kenny live?
page 109
1       A.      Waynesboro, Tennessee.
2       Q.      And then after that heart attack, he had
3   a stent, to your knowledge?
4       A.      Sometime or another.  I don't know if it
5   was right then or later on.  I'm not for sure.
6       Q.      Has your brother Phil ever had a heart
7   attack?
8       A.      Not to my knowledge.
9       Q.      Has your brother Phil ever had a stent or
10  bypass or anything like that?
11      A.      No.
12      Q.      Have either Phil or Kenny had a stroke?
13      A.      No.
14      Q.      Going back to Kenny, how old was he at
15  the time of his heart attack?
16      A.      41.
17      Q.      And am I correct that your mother had
18  diabetes?
19      A.      Yes, she did.
20      Q.      Anyone else in your family have diabetes?
21      A.      My brother's son has diabetes.
22      Q.      Phil or Kenny?
23      A.      Phil.
24      Q.      Phil's son has diabetes?
25      A.      Yes.
page 110
1       Q.      And what's his son's name?
2       A.      Sean.
```

**Exhibit A - A. Dedrick Deposition Excerpts**

• **Dedrick - Opposition to Plaintiff's MIL No. 3**

```
                        3      Q.      And how many nieces and nephews do you
                        4    have?
                        5      A.      I have no idea.
                        6      Q.      Let me rephrase that question.  Focusing
                        7    on Phil or Kenny, how many -- how many nieces and
                        8    nephews do you have?
                        9      A.      Two whole nephews, one half-nephew, and
                       10    one half-niece.
                       11      Q.      To your knowledge, do any of those nieces
                       12    and nephews have heart problems or heart issues?
                       13      A.      No.
                       14      Q.      Does anyone else in your family have
                       15    hypertension?
                       16      A.      Not to my knowledge.
                       17      Q.      And what about high cholesterol?  Do you
                       18    know if anyone in your family is being treated for
                       19    high cholesterol?
                       20      A.      I do not know.
                       21      Q.      To your knowledge, has anyone in your
                       22    family ever had a heart murmur or heart palpitations?
                       23      A.      No, not to my knowledge, no.
                       24      Q.      Has anyone in your family had a stroke?
                       25      A.      I have a second cousin who had a stroke.
                     page 111
                        1      Q.      Is that on your mother's side?
                        2      A.      Yes.
                        3      Q.      Do you have anyone else in your family
                        4    other than the people we've already spoken about who
                        5    have coronary artery disease?
                        6      A.      Not to my knowledge, no.
```

[121:16] - [122:1]       9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
                     page 121
                       16      Q.      And before your heart attack, did you
                       17    take either Viagra or Levitra?
                       18      A.      I cannot say for sure that I was -- I
                       19    took them.  I -- I have took them -- I take them now,
                       20    but I cannot tell you when I started.  I can't
                       21    remember that.
                       22      Q.      Okay.  Did you ever discuss any medical
                       23    causes for ED?
                       24      A.      Me and Dr. Herrera may have discussed
                       25    it.  I know -- I can't remember a specific, you know,
                     page 122
                        1    conversation on it.
```

[231:1] - [231:21]       9/7/2006     Dedrick, Anthony (Dedrick pp. 1-231)

```
                     page 231
                        1              C E R T I F I C A T E
                        2
                        3    STATE OF ALABAMA   )
                        4    JEFFERSON COUNTY   )
                        5
                        6            I hereby certify that the above and
                        7    foregoing deposition was taken down by me in
                        8    stenotype, and the questions and answers thereto were
                        9    reduced to computer print under my supervision, and
                       10    that the foregoing represents a true and correct
                       11    transcript of the deposition given by said witness
                       12    upon said hearing.
                       13            I further certify that I am neither of
                       14    counsel nor of kin to the parties to the action, nor
                       15    am I in anywise interested in the result of said
                       16    cause.
                       17
                       18
```

**Exhibit A - A. Dedrick Deposition Excerpts**

- **Dedrick - Opposition to Plaintiff's MIL No. 3**

```
               19      _____
               20            Lisa Bailey, Commissioner
               21
```