**Exhibit B - Rothkopf Deposition Excerpts**

**• Dedrick - Opposition to Plaintiff's MIL No. 3**

[1:] - [1:24]      9/20/2006   Rothkopf, Michael

```
page 1
    0001
1                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
2
          IN RE: VIOXX        :   MDL DOCKET NO.
3         LITIGATION PRODUCTS  :   1657
          LIABILITY LITIGATION :   SECTION L
4                              :
          THIS DOCUMENT RELATES :   JUDGE FALLON
5         TO                   :
          CHARLES LARON MASON   :   MAGISTRATE JUDGE
6              V.              :   KNOWLES
          MERCK & CO., INC.     :
7
8
9                       -  -  -
10                 September 20th, 2006
11                      -  -  -
12
13
14            Oral deposition of MICHAEL
15     ROTHKOPF, M.D., held at the offices of the
16     witness, 1320 Greenway, Suite 200, Irving,
17     Texas, commencing at 1:58 p.m., on the above
18     date, before Daniel J. Skur, Certified
19     Shorthand Reporter and Notary Public.
20                      -  -  -
21
                  GOLKOW LITIGATION TECHNOLOGIES
22                   Four Penn Center
              1600 John F. Kennedy Boulevard
23                    Suite 1210
              Philadelphia, Pennsylvania 19103
24                   877.DEPS.USA
```

[146:18] - [147:12]    9/20/2006   Rothkopf, Michael

```
page 146
18        Q.     And when the Merck lawyers
19   stand up at trial and make a listing of all
20   the risk factors that Mr. Mason had for
21   coronary artery disease, are you going to say
22   erectile dysfunction is on one of those that
23   goes on that list?
24            MR. KRUMHOLZ:  Objection, form.
page 147
1         A.     I'm going to say it's a marker
2    for coronary artery disease and supports the
3    fact that he had underlying coronary artery
4    disease.  You have to understand that risk
5    factors don't necessarily apply to the
6    individual, meaning that coronary artery
7    disease is extremely prevalent in this
8    society and that probably one or more of us
9    in this room, with no risk factors, has
10   coronary artery disease and may be at risk by
11   the end of this deposition for an acute
12   coronary event.
```

[399:1] - [399:24]     9/20/2006   Rothkopf, Michael

```
page 399
1              C E R T I F I C A T E
```

**Exhibit B - Rothkopf Deposition Excerpts**

**• Dedrick - Opposition to Plaintiff's MIL No. 3**

```
 2
 3               I, DANIEL J. SKUR, a Notary
         Public and Certified Shorthand Reporter, do
 4       hereby certify that prior to the commencement
         of the examination, MICHAEL ROTHKOPF, M.D.
 5       was duly sworn by me to testify to the truth,
         the whole truth and nothing but the truth.
 6
                 I DO FURTHER CERTIFY that the
 7       foregoing is a verbatim transcript of the
         testimony as taken stenographically by and
 8       before me at the time, place and on the date
         hereinbefore set forth, to the best of my
 9       ability.
10               I DO FURTHER CERTIFY that I am
         neither a relative nor employee nor attorney
11       nor counsel of any of the parties to this
         action, and that I am neither a relative nor
12       employee of such attorney or counsel, and
         that I am not financially interested in the
13       action.
14
15
16
17               Daniel J. Skur
                 Notary Public, State of Texas
18               My Commission Expires 7/10/2010
                 Dated:  9/22/06
19
20
21
22
23
24
```