**10/06/2005 Humeston Trial (Excerpts)**

• Dedrick - Opposition MIL 8 (Gastro toxicity)

| | | |
|---|---|---|
| [3159:] - [3159:] | 10/6/2005 | Humeston Trial - Morrison Direct and Cross |

```
                    page 3159
                                    SUPERIOR COURT OF NEW JERSEY
                                    ATLANTIC COUNTY/CIVIL DIVISION
                                    DOCKET NO. ATL-L-2272-03MT
                    ----------------------------x
                    FREDERICK HUMESTON, et al.,
                            PLAINTIFFS,
                         VS.            STENOGRAPHIC TRANSCRIPT
                                        OF:
                    MERCK & CO.,INC.,
                                            - TRIAL -
                                    DEFENDANT.
                    ----------------------------x
                           PLACE:  ATLANTIC COUNTY CIVIL COURTHOUSE
                                   1201 BACHARACH BOULEVARD
                                   ATLANTIC CITY, NJ 08401
                           DATE:   OCTOBER 6, 2005
                    B E F O R E:
                        THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
                    TRANSCRIPT ORDERED BY:
                        DIANE P. SULLIVAN, ESQUIRE
                        DAVID R. BUCHANAN, ESQUIRE
                    A P P E A R A N C E S:
                        DAVID R. BUCHANAN, ESQUIRE
                        CHRISTOPHER SEEGER, ESQUIRE
                        SEEGER, WEISS, LLC
                           ATTORNEYS FOR THE PLAINTIFFS
                        DIANE P. SULLIVAN, ESQUIRE
                        DECHERT, LLP
                        STEPHEN D. RABER, ESQUIRE
                        WILLIAMS AND CONNOLLY, LLP
                        CHRISTY D. JONES, ESQUIRE
                        BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
                           ATTORNEYS FOR THE DEFENDANT
                                *    *    *    *    *    *
                                  REGINA A. TELL, CSR-CRR-RPR
                                  OFFICIAL COURT REPORTER
                                  1201 BACHARACH BOULEVARD
                                  ATLANTIC CITY, NJ  08401
                    page 3160
                                      I N D E X
                    WITNESS(S)       DIRECT  CROSS  REDIRECT  RECROSS
                    FOR THE DEFENSE
```

| | | |
|---|---|---|
| [3182:3] - [3183:7] | 10/6/2005 | Humeston Trial - Morrison Direct and Cross |

```
                    page 3181
                    25        MR. RABER:  No problem.
                    page 3182
                    1         (End of side-bar.)
                    2    BY MR. RABER:
                    3         Q.  Okay.  Dr. Morrison, without looking at the
                    4    book can you tell us why you believed in February of
                    5    1997 that VIOXX had had the potential to be such a
                    6    great drug?
                    7              MR. SEEGER:  Your Honor, I'm sorry to do
                    8    this, I'm just going to object to the reference
                    9    "without looking at the book" because the book is not
                    10   to be used for that, it shouldn't be referred to.  I
                    11   think the question should be what he knew.  It suggests
                    12   that he should be looking at the book.
                    13             MR. RABER:  I just didn't want him to pull
                    14   out the book, Your Honor.
                    15             THE COURT:  I think that the purpose of
                    16   counsel's question was to direct him not to use the
                    17   book, which is what the Court has ordered.
                    18             MR. SEEGER:  Okay.
                    19             THE COURT:  You can proceed, counselor.
```


**10/06/2005 Humeston Trial (Excerpts)**

• **Dedrick - Opposition MIL 8 (Gastro toxicity)**

```
20  BY MR. RABER:
21      Q.   Dr. Morrison, why do you believe in February
22  of 1997 when you wrote that e-mail that VIOXX had the
23  potential to be a great drug?
24  A.   As I said, I think in order to explain the
25  benefits of VIOXX it is important to understand the
page 3183
1   side effects that are known for nonsteroidal
2   anti-inflammatory drugs.  At the time nonsteroidal
3   anti-inflammatory drugs were widely used to treat pain
4   and inflammation, and it was understood that those
5   medications have a common set of side effects, and so
6   what we mean by side effects is these are things that
7   the drug does that the drug is not intended to.
8            The drug is intended to treat pain and
9   inflammation, but all of the nonsteroidal
10  anti-inflammatory drugs have a common set of side
```

[3312:25] - [3312:25]     10/6/2005     Humeston Trial - Morrison Direct and Cross

```
page 3311
23
24
25
page 3312
                    C E R T I F I C A T I O N
        I, REGINA A. TELL, C.S.R., C.R.R., License Number
    30X100161000, an Official Court Reporter in and for the
    State of New Jersey, do hereby certify the foregoing to
    be prepared in full compliance with the current
    Transcript Format for Judicial Proceedings and is a
    true and accurate compressed transcript to the best of
    my knowledge and ability.
                            _____ 10-6-05
                            Regina A. Tell, CSR-CRR
                            Official Court Reporter
                            Atlantic County Courthouse
                            Mays Landing, New Jersey
```