UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-2524 | * | |
| | * | MAGISTRATE |
| ANTHONY WAYNE DEDRICK, | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**NOTICE OF QUALIFIED NON-OPPOSITION OF MERCK & CO., INC. ("MERCK")
REGARDING PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE
THE "MARTIN REPORT"**

**(PLAINTIFF'S MOTION *IN LIMINE* NO. 12)**

Plaintiff seeks to exclude the "Martin Report" from evidence. Merck does not intend to offer any evidence or argument about the document in the liability phase of trial. If there is a punitive damages phase of trial, Merck reserves the right to further address plaintiff's motion at that time.

1

837929v.1

Dated:  November 3, 2006                               Respectfully submitted,


                                                */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Mark Ouweleen
Carrie Jablonski
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

And

Brian S. Currey
A. Patricia Klemic
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

837929v.1

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Notice of Qualified Non-Opposition Regarding Plaintiff's Motion *in Limine* to Exclude the "Martin Report" has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of November, 2006.

                  */s/ Dorothy H. Wimberly*
                  Dorothy H. Wimberly, 18509
                  STONE PIGMAN WALTHER
                  WITTMANN L.L.C.
                  546 Carondelet Street
                  New Orleans, Louisiana 70130
                  Phone: 504-581-3200
                  Fax:  504-581-3361
                  dwimberly@stonepigman.com

                  Defendants' Liaison Counsel

837929v.1