# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No.  05-2524 | * | |
| | * | MAGISTRATE |
| ANTHONY WAYNE DEDRICK, | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

### OPPOSITION OF MERCK & CO., INC. ("MERCK") REGARDING PLAINTIFF'S MOTION *IN LIMINE* REGARDING THE APRIL 6, 2005 FDA STAFF MEMORANDUM ADDRESSING ANALYSIS AND RECOMMENDATIONS FOR AGENCY ACTION

### (PLAINTIFF'S MOTION *IN LIMINE* NO. 13)

The April 6, 2005 FDA Memorandum is an important component of Merck's defense, and the Court has admitted it every time Merck has offered it into evidence at trial. (Nov. 18, 2005 *Irvin v. Merck* ("*Plunkett I*") Order at 7, Dec. 2, 2005 *Plunkett I* Tr. at 818:11-818:19, Feb. 8, 2006 *Plunkett II* Tr. at 489:12-490:9; June 28, 2006 *Barnett v. Merck* Order at 7, Aug. 11, 2006 *Barnett* Tr. at 2174:9-2176:18; Aug. 31, 2006 *Smith v. Merck* Order re Motions *in*

1

837953v.1

*Limine* at 10, Sept. 18, 2006 *Smith* Tr. at 1740:24-1742:3.)[1]  There is no reason for the Court to

reverse its prior rulings.  Therefore, the motion should be denied.

Merck incorporates its response to the nearly identical motion filed in the *Mason* case, a

copy of which is attached as Exhibit A.  The few additional points raised in Mr. Dedrick's

motion go the weight, rather than the admissibility, of this evidence.

Dated:  November 3, 2006                    Respectfully submitted,

                                           */s/ Dorothy H. Wimberly*
                                           Phillip A. Wittmann, 13625
                                           Dorothy H. Wimberly, 18509
                                           STONE PIGMAN WALTHER
                                           WITTMANN L.L.C.
                                           546 Carondelet Street
                                           New Orleans, Louisiana  70130
                                           Phone:  504-581-3200
                                           Fax:      504-581-3361

                                           Defendants' Liaison Counsel

                                           Philip S. Beck
                                           Mark Ouweleen
                                           Carrie Jablonski
                                           BARTLIT BECK HERMAN PALENCHAR
                                           & SCOTT LLP
                                           54 West Hubbard Street, Suite 300
                                           Chicago, Illinois  60610
                                           Phone:  312-494-4400
                                           Fax:      312-494-4440

                                           Douglas Marvin
                                           Elaine Horn
                                           WILLIAMS & CONNOLLY LLP
                                           725 Twelfth Street, N.W.
                                           Washington, D.C.  20005
                                           Phone:  202-434-5000
                                           Fax:      202-434-5029

---

[1] The Court reserved ruling on this issue in *Mason v. Merck*, stating that it "will decide if this comes in depending on the context in which it comes up."  (Oct. 13, 2006 *Mason v. Merck* Order re Motions *in Limine*.)

2

And

Brian S. Currey
A. Patricia Klemic
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

837953v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition to Plaintiff's Motion *in Limine* Regarding the April 6, 2005 FDA Staff Memorandum Addressing Analysis and Recommendations for Agency Action has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of November, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

4

837953v.1