IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| In re: VIOXX | |
|---|---|
| PRODUCTS LIABILITY LITIGATION | |
| This document relates to<br>Case No. 2:05CV2524 | MDL DOCKET NO. 1657<br>SECTION L |
| ANTHONY WAYNE DEDRICK, | JUDGE FALLON |
| Plaintiff, | MAGISTRATE JUDGE KNOWLES |
| v. | <u>**CORRECTED MERCK AFFIRMATIVE DESIGNATIONS FOR JOHN McPHERSON, M.D.**</u> |
| MERCK & CO., INC., | |
| Defendant. | |

Merck hereby serves its corrected affirmative designations for John McPherson, M.D. These affirmative designations replace Merck's designations filed on October 20, 2006 for Dr. McPherson.

| START PAGE | LINE | END PAGE | LINE |
|:---:|:---:|:---:|:---:|
| 6 | 11 | 6 | 13 |
| 7 | 5 | 8 | 2 |
| 8 | 8 | 14 | 20 |
| 14 | 22 | 14 | 22 |
| 15 | 2 | 15 | 9 |
| 15 | 22 | 17 | 4 |
| 17 | 15 | 17 | 18 |
| 18 | 4 | 18 | 19 |
| 18 | 22 | 19 | 10 |
| 19 | 12 | 21 | 16 |
| 22 | 2 | 22 | 23 |

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 22 | 25 | 23 | 11 |
| 23 | 13 | 25 | 10 |
| 25 | 17 | 33 | 19 |
| 34 | 1 | 34 | 13 |
| 35 | 3 | 36 | 17 |
| 37 | 9 | 38 | 6 |
| 38 | 8 | 38 | 17 |
| 38 | 22 (starting with "the risk factors") | 40 | 3 |
| 40 | 11 | 42 | 24 |
| 43 | 1 | 43 | 14 |
| 44 | 5 | 49 | 9 |
| 50 | 11 | 51 | 5 |
| 51 | 10 | 51 | 22 |
| 52 | 18 | 56 | 19 |
| 57 | 2 | 59 | 7 |
| 59 | 15 | 61 | 5 |
| 61 | 12 | 62 | 4 |
| 62 | 9 | 62 | 24 |
| 63 | 1 | 65 | 4 |
| 65 | 6 | 65 | 17 |
| 66 | 1 | 71 | 25 |
| 73 | 3 | 74 | 9 |
| 74 | 15 | 74 | 18 |
| 81 | 7 | 81 | 18 |
| 93 | 2 | 93 | 23 |
| 94 | 11 | 94 | 14 |
| 98 | 13 | 99 | 14 |
| 100 | 19 | 101 | 24 |

| 102 | 4 | 102 | 7 |

Merck reserves the right to offer any deposition testimony designated by Plaintiff and the right to counter-designate testimony based on Plaintiff's designations. Merck reserves the right to withdraw any testimony designated herein.

Dated:  November 3, 2006

Respectfully submitted,

*/s/ Carrie A. Jablonski*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing CORRECTED MERCK AFFIRMATIVE DESIGNATIONS FOR JOHN McPHERSON, M.D. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of November, 2006.

                                                */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel