MINUTE ENTRY
FALLON, J.
OCTOBER 31, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS  LIABILITY LITIGATION | MDL 1657 |
| CHARLES LARON MASON | REF NO. 06-810 |
| VERSUS | SECTION: L |
| MERCK & CO., INC. | |

before JUDGE ELDON E. FALLON        TUESDAY, OCTOBER 31, 2006, 9:00 AM
Case Manager: Gaylyn Lambert                  (continued from 10-30-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
             Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

JURY TRIAL:

outside jury's presence:
Juror, Gary Ledet, is excused with the consent of counsel for both parties for reasons disclosed to the Court this date.   Jury in:

Plaintiff's Witnesses:

Dr. Jerry Avorn - by video deposition.  Transcript filed into the record.


Court adjourned at 4:35 pm until Wednesday, November 1, 2006, at 8:30 am.


JS-10:       5:10