MINUTE ENTRY
FALLON, J.
NOVEMBER 1, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                 MDL 1657
     LIABILITY LITIGATION

CHARLES LARON MASON

                                                          REF NO. 06-810

VERSUS

                                                          SECTION:  L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON       WEDNESDAY, NOVEMBER 1, 2006, 9:00 AM
Case Manager: Gaylyn Lambert                 (continued from 10-31-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
                 Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Dr. Gary Edward Sander - sworn - accepted as expert in cardiology.

Dr. David Graham - by video deposition.  Transcript filed into the record.

Jury excused for the day @5:00 pm.

Objections to exhibits on the record.

Court adjourned at 5:15 pm until Thursday, November 2, 2006, at 8:30 am.

JS-10:      6:50