MINUTE ENTRY
FALLON, J.
NOVEMBER 2, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                                              MDL 1657
      LIABILITY LITIGATION

CHARLES LARON MASON
                                          REF NO. 06-810
VERSUS
                                          SECTION: L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON        THURSDAY, NOVEMBER 2, 2006, 8:30 AM
Case Manager: Gaylyn Lambert               (continued from 11-1-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
                Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

---

### MAGISTRATE JUDGE DANIEL KNOWLES III PRESIDING:

JURY TRIAL:

Plaintiff's Witnesses:
Dr. Ned Braunstein - by video deposition. Transcript filed into the record.
Dr. James F. Fries - by video deposition. Transcript filed into the record.
Dr. Edward Scolnick - by video deposition. Transcript filed into the record.

**During the video deposition of Dr. Scolnick, JUDGE FALLON returns to preside over the trial.**

Dr. James Zebrack - by video deposition. Transcript filed into the record.
James Dunn - by video deposition. Transcript filed into the record.

Court adjourned at 5:20 pm until Friday, November 3, 2006, at 8:30 am.

JS-10:     6:32