UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S COUNTER DESIGNATIONS
TO PLAINTIFF'S AFFIRMATIVE DESIGNATIONS FOR CASE-SPECIFIC WITNESSES**

Plaintiff hereby files his Objections to Defendant's Counter-Designations to Plaintiff's Affirmative Designations of the Testimony of Dr. William Coltharp, Dr. Mark Koenig, Melissa McAllister, and Dr. John McPherson.

I.   WILLIAM COLTHARP, M.D.

Defendant's Counter Designations to Plaintiff's Affirmative Designations
with Plaintiff's Objections

| Start Page | Line | End Page | Line | Plaintiff's Objections |
|---|---|---|---|---|
| 133 | 9 | 133 | 14 | No objection. |
| 137 | 21 | 138 | 2 | No objection. |
| 144 | 10 | 144 | 17 | Remove objection at line 13. |
| 172 | 14 | 173 | 4 | Remove objection at line18. |

| | | | | |
|---|---|---|---|---|
| 174 | 8 | 174 | 8 | No objection. |

## II. MARK KOENIG, M.D.

### Defendant's Counter Designations to Plaintiff's Affirmative Designations with Plaintiff's Objections

| Start Page | Line | End Page | Line | Plaintiff's Objection |
|---|---|---|---|---|
| 92 | 3 | 92 | 6 | No objection. |
| 93 | 6 | 93 | 9 | No objection. |
| 111 | 25 | 112 | 9 | No objection. |

## IV. MELISSA MCALLISTER

### Defendant's Counter Designations to Plaintiff's Affirmative Designations with Plaintiff's Objections

| Start Page | Line | End Page | Line | Plaintiff's Objection |
|---|---|---|---|---|
| 6 | 6 | 6 | 11 | R.401, R.402. Not relevant. |
| 6 | 22 | 7 | 1 | No objection. |
| 11 | 3 | 11 | 7 | No objection. |
| 12 | 8 | 12 | 24 | No objection. |
| 13 | 6 | 13 | 9 | No objection. |
| 13 | 11 | 13 | 13 | No objection. |
| 15 | 18 | 15 | 21 | No objection. |
| 15 | 23 | 15 | 25 | No objection. |
| 22 | 13 | 23 | 6 | No objection. |
| 27 | 5 | 27 | 10 | No objection. |
| 37 | 5 | 37 | 24 | Remove Objection at Line 17. |
| 43 | 11 | 43 | 23 | Object to improper Attorney sidebar. |
| 45 | 24 | 45 | 24 | Misleading. Document on screen was the same document in witness's hand and the same document she was questioned about. |
| 51 | 24 | 52 | 18 | No objection. |
| 56 | 19 | 57 | 3 | Remove objection at Line 21. |
| 59 | 23 | 60 | 1 | No objection. |
| 61 | 4 | 61 | 11 | No objection. |
| 64 | 5 | 64 | 6 | No objection. |
| 64 | 8 | 65 | 4 | No objection. |
| 85 | 17 | 85 | 19 | No objection. |

| Start Page | Line | End Page | Line | Plaintiff's Objection |
|---|---|---|---|---|
| 98 | 7 | 99 | 6 | Remove objection at Line 10. |
| 118 | 2 | 118 | 7 | No objection. |
| 136 | 5 | 137 | 18 | 137:6 – 137:18 R.401, R.402. When Mrs. McAllister last talked to Mr. Baker or Mr. Irwin is irrelevant. |
| 142 | 17 | 143 | 6 | No objection. |
| 193 | 19 | 193 | 23 | No objection. |
| 194 | 20 | 194 | 21 | No objection. |
| 194 | 23 | 195 | 10 | No objection. |
| 195 | 17 | 196 | 25 | No objection. |
| 197 | 2 | 197 | 16 | 197:14 – 197:16 R.611. Leading Question. Witness is Merck employee. Leading is improper. |
| 197 | 18 | 198 | 13 | 197:18 R.611. Leading Question. Witness is Merck employee. Leading is improper. |
| 198 | 15 | 198 | 16 | No objection. |
| 199 | 13 | 199 | 20 | R.611. Leading Question. Witness is Merck employee. Leading is improper. |
| 199 | 22 | 201 | 24 | 199:22 – 199:23 R.611. Leading Question. Witness is Merck employee. Leading is improper. |
| 202 | 4 | 203 | 1 | 203:1 R.602. Witness does not have personal knowledge; she does not remember. |
| 203 | 3 | 203 | 8 | 203:3 – 203:4 R.602. Witness does not have personal knowledge; she does not remember. 203:6 – 203:8 R.801, R.802. Hearsay. R.602. Lack of foundation. |
| 203 | 10 | 203 | 15 | R.801, R.802. Hearsay. R.602. Lack of foundation. |
| 210 | 10 | 211 | 2 | No objection. |
| 255 | 15 | 255 | 16 | No objection. |
| 281 | 10 | 283 | 1 | 282:6 – 283:1 R.611. Leading. Witness is Merck employee. Leading is improper. |
| 283 | 3 | 283 | 3 | R.611. Leading. Witness is Merck employee. Leading is improper. |
| 283 | 5 | 283 | 19 | R.611. Leading. Witness is Merck employee. Leading is improper. |
| 283 | 21 | 284 | 22 | 283:21 – 283:24 R.611. Leading. Witness is Merck employee. Leading is improper. |
| 284 | 24 | 285 | 2 | No objection. |
| 285 | 4 | 287 | 15 | 286:23 – 287:15 R.611. Leading. Witness is Merck employee. Leading is improper. |
| 287 | 17 | 287 | 22 | 287:17 R.611. Leading. Witness is Merck employee. Leading is improper. |
| 288 | 1 | 288 | 14 | No objection. |
| 288 | 16 | 288 | 23 | 288:20 – 288:23 Attorney sidebar. Please delete. |
| 291 | 1 | 291 | 2 | Attorney sidebar. Please delete. |

V.  JOHN McPHERSON, M.D.

### Defendant's Counter Designations to Plaintiff's Affirmative Designations with Plaintiff's Objections

| Start Page | Line | End Page | Line | Plaintiff's Objections |
|---|---|---|---|---|
| 80 | 6 | 80 | 6 | Improper and objectionable attorney sidebar. |

Plaintiff reserves the right to supplement or amend the above objections based other decisions mad by the Court that affect the scope of evidence in this trial, including rulings on his motions *in limine* or *Daubert* motions.  Plaintiff also reserves the right to make additional completeness designations upon receipt of any Defendant's final designations or counter-designations.  Plaintiff does not waive its right to object to and/or move to exclude any documents or testimony that Defendant may offer at trial.

Respectfully submitted this 3rd day of November, 2006.

_____
ANDY BIRCHFIELD
P. LEIGH O'DELL
Attorney for Plaintiff
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

| | |
|---|---|
| **Russ M. Herman** (Bar No. 6819)<br>Leonard A. Davis (Bar No. 14190)<br>Stephen J. Herman (Bar No. 23129)<br>*Herman, Herman, Katz & Cotlar, LLP*<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>PH: (504) 581-4892<br>**Plaintiffs' Liaison Counsel** | **Christopher A. Seeger**, Esquire<br>SEEGER WEISS<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 (telephone)<br>(212) 584-0799 (telecopier)<br>**Co-Lead Counsel** |
| Richard J. Arsenault, Esquire<br>NEBLETT, BEARD & ARSENAULT<br>2220 Bonaventure Court, P.O. Box 1190<br>Alexandria, LA 71301-1190<br>(318) 487-9874 (telephone)<br>(318) 561-2591 (telecopier) | Arnold Levin, Esquire<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215) 592-1500 (telephone)<br>(215) 592-4663 (telecopier) |
| Gerald E. Meunier, Esquire<br>GAINSBURGH, BENJAMIN, DAVID, MEUNIER<br>& WARSHAUER, L.L.C.<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>(504) 522-2304 (telephone)<br>(504) 528-9973 (telecopier) | Shelley Sanford, Esquire<br>GOFORTH, LEWIS, SANFORD LLP<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>(713) 650-0022 (telephone)<br>(713) 650-1669 (telecopier) |
| Troy Rafferty, Esquire<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>ECHSNER & PROCTOR, PA<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>(850) 435-7000 (telephone)<br>(850) 497-7059 (telecopier) | Drew Ranier, Esquire<br>RANIER, GAYLE & ELLIOT, L.L.C.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>(337)494-7171 (telephone)<br>(337) 494-7218 (telecopier) |
| Elizabeth J. Cabraser, Esquire<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>(415) 956-1000 (telephone)<br>(415) 956-1008 (telecopier) | Mark Robinson, Esquire<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288 (telephone)<br>(949) 720-1292 (telecopier) |
| Thomas R. Kline, Esquire<br>KLINE & SPECTER, P.C.<br>1525 Locust Street, 19th Floor<br>Philadelphia, PA 19102<br>(215) 772-1000 (telephone)<br>(215) 772-1371 (telecopier) | Christopher V. Tisi, Esquire<br>ASHCRAFT & GEREL<br>2000 L Street, N.W.<br>Suite 400<br>Washington, DC 20036-4914<br>(202) 783-6400 (telephone)<br>(307) 733-0028 (telecopier) |

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Objections to Defendant's Counter Designations to Plaintiff's Affirmative Designations for Case-Specific Witnesses has been served on Liaison Counsel, Russ Herman and Phillip A. Wittman by U.S. Mail and email, upon Defendant's Counsel, Douglas R. Marvin and Philip S. Beck by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8B, on this 3rd day of November, 2006.

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.