IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| | * | Mag. Judge Knowles |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

*This document relates to Gerald Barnett v. Merck & CO., Inc., USDC-EDLA No. 02:06cv0485*

## ORDER

Considering the Motion for Order Allowing the Plaintiffs' Steering Committee to File an Amicus Brief in Connection with the Motion for New Trial filed on behalf of Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee be and is hereby allowed to submit an Amicus brief on or before November 10, 2006.

NEW ORLEANS, Louisiana, this 2nd day of November, 2006.

**Eldon E. Fallon**
**United States District Judge**