UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAG. JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06cv485 |

ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Opposition to Motion of Merck & Co., Inc. for New Trial on All Issues,

IT IS ORDERED that Plaintiff Gerald Barnett be hereby granted eight (8) additional pages, for a total of fifty-three (53) pages for its Memorandum in Opposition to Motion of Merck & Co., Inc. for New Trial on All Issues.

NEW ORLEANS, LOUISIANA, this __26th__ day of __October__, 2006.

_____
DISTRICT JUDGE