## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
   *Arnold v. Merck & Co., Inc.*, 05-2627
   *Gomez v. Merck & Co., Inc.*, 05-1163

### ORDER

Pursuant to the joint request of the parties, IT IS ORDERED that Merck & Co., Inc.'s Motion for Summary Judgment (Rec. Doc. 5842) will be heard on November 17, 2006, at 9:00 a.m. with ORAL ARGUMENT.

New Orleans, Louisiana, this   27th   day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE