# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | | * |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

---

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING "ALL CAUSE" MORTALITY DATA FROM ALZHEIMER'S DISEASE CLINICAL TRIALS

### (Defendant's Motion in Limine No. 5)

---

Plaintiff Anthony Dedrick urges the Court to deny Merck's Motion to Exclude Evidence or Argument Regarding "All Cause" Mortality Data from Alzheimer's Disease Clinical Trials in its entirety. In *Irvin v. Merck & Co.,* the Court denied Merck's motion; in *Smith v. Merck & Co.,* the Court reserved ruling; and in *Mason v. Merck & Co.,* the Court denied the motion as moot. In keeping with its decision in *Irvin,* Plaintiff urges the Court to deny Merck's motion on again.

## I.      INTRODUCTION

For the same reason the Court has admitted evidence and allowed testimony regarding adverse event reports ("AERs"), including data reported by clinical investigators, the Court should allow testimony and evidence regarding the mortality data from the Alzheimer's clinical trials. With respect to Dr. Lemuel Moye, the Court has in previous cases, such as *Barnett v. Merck & Co.* and *Smith v. Merck & Co.,* denied Merck's motions to exclude Dr. Moye's testimony.  Similarly, with respect to Dr. Avorn, the Court has ruled on this issue when it previously denied Merck's Motions to Exclude the Testimony of Jerry Avorn, M.D, in *Barnett v. Merck & Co., Inc.*[1] In *Smith v. Merck & Co., Inc.* the Court denied the same motion as moot after overruling virtually every one of Merck's Daubert-related objections to Dr. Avorn's deposition testimony[2].  Plaintiff incorporates Plaintiff's Opposition to Defendant's Motion to Exclude Testimony of Jerry Avorn, M.D. herein by reference, which will be filed in accordance with the Court's scheduling order next week.

## II.      DISCUSSION

### A.  EVIDENCE OF MORTALITY DATA IS RELEVANT.

The Alzheimer's disease clinical trial data related to mortality is highly relevant to issues of notice, a duty to investigate, a duty to warn, and the unreasonableness of Merck's conduct in marketing and selling the drug.  Plaintiff's experts, including Dr. Avorn and Dr. Moye, use Merck's own statistical analyses of the mortality seen in its Alzheimer's studies to demonstrate that Merck knew of serious problems with Vioxx and did not communicate it.

---

[1] Order, *Barnett v. Merck & Co., Inc.* (Rec. Doc. 5979).
[2] Orders, *Smith v. Merck & Co., Inc.* (Rec. Doc. 6764, 6760).

Under Federal Rule of Evidence 401, "evidence of similar occurrences 'might be relevant to the defendant's notice, magnitude of the danger involved, the defendant's ability to correct a known defect, the lack of safety for intended uses, [or] the standard of care, and causation.'" *Ramos v. Liberty Mut. Inc. Co.,* 615 F.2d 334, 338-39 (5th Cir. 1980), *cert. Denied,* 449 U.S. 1112 (1981)).  To the extent Plaintiff's experts relied on the mortality data, Merck had ample opportunity to cross examine him on the issue, and will have further opportunity to counter this evidence and explain dissimilarities at trial.

## B. EVIDENCE OF MORTALITY DATA IS MORE PROBATIVE THAN PREJUDICIAL.

Given the fact that the mortality data stemmed from clinical trials involving Vioxx, the jury is entitled to consider whether this data provided further notice to Merck of the cardiovascular risks associated with Vioxx use. Merck's only argument that the mortality data is unfairly prejudicial is that such evidence "is calculated to appeal to juries' sympathies." This argument is without merit. All data from Vioxx clinical trials, including the number of myocardial infarctions and strokes, are likely to invoke the sympathy of the jury. This, however, does not provide grounds for the exclusion of such evidence. The mortality data is essential to provide the jury with an overall picture of what Merck knew about the risks shown to be associated with Vioxx. The Court has held time and time again that such information is relevant to what Merck knew. Therefore, the probative value of such evidence far outweighs any unfair prejudice. See *Bendi v. McNeil-P.P.C., Inc.,* 6 F.3d 1378, 1385 (4th Cir. 1995) (explaining how the probative value of these reports was not outweighed by the danger of unfair prejudice, because the reports were highly probative on the issue of notice and defendant was free to offer testimony rebutting their significance).

3

### III.    CONCLUSION

For the foregoing reasons, Merck's Motion To Exclude Evidence Or Argument

Regarding "All Cause" Mortality Data from Alzheimer's Disease Clinical Trials should

be denied.

Respectfully submitted this 3rd day of November, 2006.

**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
 Plaintiffs' Liaison Counsel

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
        One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
Co-Lead Counsel

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

PLAINTIFF'S STEERING COMMITTEE

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Opposition to Defendant's Motion to Exclude Evidence or Argument Regarding "All Cause" Mortality Data from Alzheimer's Disease Clinical Trials has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck,  by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of November, 2006.

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.