# Paul J. Roach, M.D.

## Page 30

1  Q   Okay. And have you ever been invited to serve
2  on an FDA advisory committee regarding COX-2 inhibitors?
3  A   I have not.
4  Q   Have you ever been asked to serve as a
5  consultant to the FDA regarding COX-2 inhibitors?
6  A   I have not.
7  Q   Okay. And in regards to NSAIDs or
8  nonsteroidal anti-inflammatory drugs, have you
9  ever published any peer-reviewed articles regarding
10 NSAIDs?
11 A   I have not.
12 Q   Have you ever participated in any clinical
13 trials involving NSAIDs?
14 A   I have not.
15 Q   Been invited to serve on an FDA advisory
16 committee regarding NSAIDs?
17 A   I have not.
18 Q   And ever asked to serve as a consultant to the
19 FDA regarding NSAIDs?
20 A   I have not.
21 Q   Any basic research involving NSAIDs?
22 A   No.
23 Q   And what about prostaglandins, have you
24 published any articles in the peer-reviewed literature
25 regarding prostaglandins?

## Page 31

1  A   I have not.
2  Q   Involved in any clinical trials involving
3  prostaglandins?
4  A   No.
5  Q   Been involved in any basic research involving
6  prostaglandins?
7  A   I have.
8  Q   You have?
9  A   I have.
10 Q   Okay. Will you describe that for me, please.
11 A   When I was in medical school at Northwestern, I
12 did some summer research under the direction of Isaac
13 Cohen, C-O-H-E-N, who is a Ph.D. and under a Dr. David
14 Green, G-R-E-E-N, M.D., Ph.D. Both of them were on the
15 faculty at Northwestern Medical School.
16 Q   Okay. And will you describe for me the nature
17 of that research?
18 A   Basically, what we were looking at was
19 inhibition of arachidonic acid by various agents and then
20 the subsequent impact on various prostaglandin moieties
21 that would be produced. And beyond that I cannot recall
22 any of the details of the research.
23 Q   And do you know if that research was
24 published?
25 A   To the best of my knowledge there was no

## Page 32

1  publication that came out of my part of that research.
2  Again, that was a summer research project.
3  Q   And when was that, Dr. Roach?
4  A   Well, I was in medic --
5  Q   What year was it?
6  A   Well, I was in medical school from 19 --
7  September of 1980 through June of 1984 and as best I
8  recall sitting here, it would have either been between my
9  freshman and sophomore year or my sophomore and junior
10 year. It would have been prior to and entering into the
11 clinical rotations.
12 Q   Okay. Since the early '80s, have you
13 been in -- involved or conducted any basic
14 research regarding prostaglandins?
15 A   I have not.
16 Q   Okay. Ever served on an FDA advisory committee
17 involving prostaglandins?
18 A   I have not.
19 Q   Have you ever been invited to serve as a
20 consultant to the FDA on prostaglandins?
21 A   I have not.
22 Q   Okay. And in regards to your experience with
23 atherosclerosis have you published any articles in
24 the peer-reviewed literature pertaining to
25 atherosclerosis?

## Page 33

1  A   I have not.
2  Q   And have you participated in any clinical trials
3  involving atherosclerosis?
4  A   I have not.
5  Q   And have you ever conducted any basis research
6  regarding atherosclerosis?
7  A   I have not.
8  Q   Okay. Ever served on an FDA advisory committee
9  regarding atherosclerosis?
10 A   I have not.
11 Q   Okay. And ever been invited to serve as a
12 consultant to the FDA regarding atherosclerosis?
13 A   I have not.
14 Q   Okay. Now, in regards to your experience
15 with Vioxx, specifically related to Vioxx, have
16 you published any articles in peer-reviewed literature?
17 A   I have not.
18 Q   Have you participated in any clinical trials
19 involving Vioxx?
20 A   I have not.
21 Q   Okay. Conducted any basic research
22 regarding Vioxx?
23 A   I have not.
24 Q   Have you ever been invited to serve on an FDA
25 advisory committee regarding Vioxx?

Paul J. Roach, M.D.

Page 34

1    A    I have not.
2    Q    Ever asked to serve as a consultant to the FDA
3    regarding Vioxx?
4    A    I have not.
5    Q    While Vioxx was on the market, were you ever
6    asked to -- by Merck to serve as a consultant pertaining
7    to Vioxx?
8    A    I was not.
9    Q    Okay. Have you ever served on a scientific
10   advisory board for Merck?
11   A    I have not.
12   Q    Okay. Have you ever prescribed Vioxx?
13   A    Not that I can recall as I sit here.
14   Q    Okay. Have you ever diagnosed a patient
15   with a Vioxx-related cardiovascular injury?
16   A    Not as I sit here do I recall that.
17   Q    Have you ever treated patients who were taking
18   Vioxx?
19   A    I have.
20   Q    And have you treated patients who were
21   taking Vioxx and suffered a heart attack?
22   A    I can recall one elderly woman in her 80s who
23   was on Vioxx at the time that she did have a myocardial
24   infarction.
25   Q    Do you recall when that was, Dr. Roach?

Page 35

1    A    I don't.
2    Q    And did you evaluate that case to
3    determine whether or not in your view Vioxx played a role
4    in that MI, myocardial infarction?
5    A    This was a --
6         MR. BLACKWELL: Objection; form.
7    A    -- this was an elderly woman with multiple risk
8    factors for atherosclerosis who suffered a myocardial
9    infarction. I feel now and feel -- and probably at the
10   time -- I mean, I didn't specifically analyze it with
11   regard to what did I think caused that heart attack, felt
12   that that probably had not played a role relative to her
13   other risk factors.
14        I felt there was plenty of explanation for her
15   atherosclerosis and it was the presence of her
16   atherosclerosis that was responsible for her myocardial
17   infarction.
18   Q    (By Mr. Birchfield) Have you ever
19   prescribed any COX-2 inhibitor?
20   A    As I sit here I cannot think of a time when I
21   prescribed it.
22   Q    Dr. Roach, what's your understanding as to why
23   Merck contacted you to serve as an expert in the Vioxx
24   litigation?
25   A    I don't have an --

Page 36

1         MR. BLACKWELL: Objection.
2    A    I'm sorry.
3         I don't have any understanding of
4    that. All I know is that I was contacted and asked
5    to look at some issues and that's the sum total of it.
6    Q    (By Mr. Birchfield) Okay. And you were
7    first contacted by Merck in April of 2005.
8    Is that correct?
9         MR. BLACKWELL: Objection; form.
10   A    Well, and, again, let's be a little more
11   specific.
12        I was contacted not by Merck, but I was
13   contacted by Joe Tomaselli of Fulbright & Jaworski and Joe
14   Pirokowski and they asked to meet with me early in 2005.
15   Q    (By Mr. Birchfield) Okay. And did you
16   understand that they were acting on their own accord or
17   did you understand that they were acting on behalf of
18   Merck?
19   A    I mean, it was my understanding at that time,
20   and I think that it's correct, that they were attorneys
21   that had been retained by Merck.
22   Q    Okay. And so you were first contacted
23   in April of 2005 about serving as an expert in the
24   Vioxx litigation. Correct?
25   A    Well, I was contacted sometime in early 2005. I

Page 37

1    think we can go back to the actual billing records to
2    determine when the very first meeting occurred.
3         But the contact or the request to meet probably
4    came in sometime shortly prior to that.
5    Q    Okay. And prior to that first
6    contact with Joe Pirokowski and Joe Tomaselli, were
7    you familiar with Vioxx?
8    A    Yes, I was.
9    Q    What was the basis of your familiarity?
10   A    Well, I was certainly aware of the VIGOR study.
11   When that study came out, it certainly hit the screen in
12   terms of something that we as cardiologists should be
13   aware of.
14        I will say this, that at that point based on
15   what we knew at that time we were not -- at least I wasn't
16   and I -- you know, I can't necessarily speak for my
17   partners, but there was no -- I don't think people were
18   changing their prescribing patterns at that point.
19   Namely, let me make it clear, that they were taking
20   everybody off of Vioxx based on that VIGOR study.
21        Typically when big events occur or sentinel
22   events occur that tend to change behavior, there is a sort
23   of a -- an informal dissemination of information that
24   occurs that results in some changes in clinical practice.
25   And there was really no changes in clinical practice based

Paul J. Roach, M.D.

Page 38

1  on that particular article.
2      Q   And is that something that is -- that's
3  customary in your practice?  If there is a -- if
4  there's a concern that arises about a prescription
5  drug that either you prescribe or your patients are on,
6  is -- do you have a discussion with your partners about
7  the clinical implications of that drug?
8      A   We don't have any formal discussions, but we
9  do discuss it amongst ourselves.
10         You know, we obviously encounter each
11 other fairly frequently when we're in the office.  A lot
12 of times we may, you know, discuss those types of issues
13 that come up when a -- when there's an issue of a change
14 in therapy.  For example, as I'm sure you're aware, there
15 has been some controversy generated lately about risk of
16 late thrombosis with drug alluding stents.  We have
17 received communications from various places discussing
18 that.  Those are issues that we may talk about in an
19 informal basis in our practice.  We may bat those things
20 back and forth and it may lead us to believe that may --
21 some -- in some instances that may lead us to change our
22 patterns of practice.  In other instances we may feel that
23 the weight of the evidence as it exists at that point
24 wouldn't lead us to change practice.  But that's not an
25 uncommon occurrence in a -- at least I don't --

Page 39

1  wouldn't think that it would be an uncommon occurrence in
2  a large group practice to -- to engage in those
3  conversations with your colleagues.  It's one of the
4  advantages you have of being in a large group practice is
5  that you can get their opinions and their understanding of
6  these types of issues.
7      Q   Did you ever have that type of conversation with
8  any of your partners regarding Vioxx?
9      A   I don't recall, as I sit here, that that really
10 caught our attention to the same degree that this current
11 stent issue has caught our attention.
12     Q   And that --
13     A   So as I sit here now to honestly -- I'm sorry, I
14 didn't mean to speak over you.  I don't recall having that
15 kind of conversation at this -- as I sit here.
16     Q   Okay.  At any time -- and I'm not limiting
17 it to the time immediately following the release of the --
18 the VIGOR publication.
19         At any time, did you have a discussion with your
20 partners or any of your partners about Vioxx?
21     A   As I sit here now, I don't recall.
22     Q   Okay.  Do you know if any of your partners have
23 a -- an opinion that Vioxx increases the risk of
24 cardiovascular events?
25     A   I do not.

Page 40

1      Q   Okay.  And have you had any conversations with
2  any of your partners about COX-2 inhibitors in general?
3      A   As we sit here, I don't recall having those --
4  that conversation.
5          And, again, it's not something that we commonly
6  encounter nor do we feel that necessarily as opposed to
7  the stent issue that we're directly involved in
8  the prescribing of those drugs or the management
9  of those drugs.
10     Q   Okay.
11     A   We -- and so those types of conversations just
12 may not come up as frequently as they would in other
13 areas.  And as I sit here, I cannot recall having
14 a conversation about the COX-2 inhibitors with any of my
15 other partners.
16     Q   All right.  So I had asked you about
17 the basis of you being familiar with Vioxx.  And you
18 mentioned the -- the VIGOR publication.
19         Were there any other bases for you
20 being familiar with Vioxx?
21         MR. BLACKWELL:  Objection; form.
22     A   You mean at that particular point in time as we
23 go back to that year or subsequent to that or prior to
24 that?
25     Q   (By Mr. Birchfield) I'm talking about

Page 41

1  the time immediately preceding you being contacted
2  by Joe Pirokowski and Joe Tomaselli on behalf
3  of Merck.
4          I want to know, you know, were you familiar with
5  Vioxx and how were you familiar with Vioxx?
6      A   Oh, well, certainly when the approved study came
7  out and then the drug was subsequently withdrawn from the
8  market, I was very aware of that.
9      Q   And what's your understanding as to why Vioxx
10 was withdrawn from the market?
11         MR. BLACKWELL:  Objection; form.
12     A   I don't have an understanding of why it was
13 withdrawn.
14     Q   (By Mr. Birchfield) What was your understanding
15 of why it was withdrawn immediately prior to being
16 contacted by Merck?
17         MR. BLACKWELL:  Objection; form.
18     A   Again, I'm not privy to the in -- the thought
19 processes or -- that the people at Merck went through when
20 they made the decision to withdraw the drug.
21     Q   (By Mr. Birchfield) Sure.  I believe --
22     A   I have no idea why that decision was
23 made.
24     Q   I was just asking, you know, what was your --
25 your understanding at that time.  And you

11 (Pages 38 to 41)

Paul J. Roach, M.D.

Page 42

```
 1  didn't have any understanding on way or the other. Is
 2  that what I'm hearing you say?
 3          MR. BLACKWELL: Objection; form.
 4      A   Well, the conjecture or the thought out
 5  there was that if the drug was related to an increased
 6  risk of thrombotic events that they would withdraw the
 7  drug on the basis of those increased thrombotic events.
 8      Q   (By Mr. Birchfield) Had you seen T.V.
 9  commercials involving Vioxx?
10      A   I may have at one point in time seen the -- I
11  guess it was the Dorothy Hamill commercials. I don't -- I
12  frankly don't watch a lot of T.V., but I think I have --
13  may have seen those advertisements at one time, but I --
14  you know, I don't --
15      Q   Had you seen media reports regarding Vioxx?
16      A   Not as I sit here do I recall media reports
17  about Vioxx.
18      Q   Prior to you being contacted by Merck,
19  had you reviewed the Vioxx product label?
20      A   I don't know that I didn't look at it
21  at some point after the issue with APPROVe, but
22  I cannot recall as I sit here whether I went back and
23  looked at that product label at that point.
24          That would have been the time frame in which I
25  would have become much more interested in looking at the
```

Page 43

```
 1  product label.
 2      Q   And when you say that time, you're talking about
 3  immediately following the withdrawal of the drug --
 4      A   Well, let me clarify that.
 5          Actually, it -- if I -- it would have been
 6  not immediately before the -- or after the withdrawal.
 7  If -- and I honestly don't recall looking at -- or
 8  when I would have looked at that product label, but it
 9  probably would have been honestly not -- not APPROVe, but
10  actually VIGOR, because VIGOR was the initial
11  event that got on the radar screen that raised the concern
12  about thrombotic events.
13          And so it would have been sometime
14  post-VIGOR, not post-APPROVe. I apologize for that.
15  Because post-APPROVe with the withdrawal of the drug,
16  honestly as a practicing clinician, if the drug's been
17  withdrawn at that point from a clinical standpoint it
18  would be -- you wouldn't necessarily spend a great deal of
19  time reviewing a drug that has been withdrawn, especially
20  if you know that your patients are going to come off of
21  that drug. Does that make sense?
22      Q   I think so.
23          So you think that you reviewed the
24  product label for Vioxx sometime after the VIGOR results
25  were published but before the drug was withdrawn
```

Page 44

```
 1  from the market. Correct?
 2      A   If I looked at it. If I looked at it, it would
 3  have been post-VIGOR, prior to withdrawal, because I would
 4  have had no reason at that point in time, postwithdrawal
 5  of the drug, to spend a great deal of time reviewing a
 6  product label on a drug that was no longer available.
 7      Q   Prior to be -- immediately prior to being
 8  contacted by Merck, what was your opinion as to
 9  whether or not Vioxx was related to increased risk of
10  cardiovascular events?
11      A   I had not formed an opinion at that point.
12      Q   Did you have any reason to believe that
13  Vioxx was related to an increased risk of cardiovascular
14  events?
15      A   Well, I think if you look at VIGOR and you look
16  at APPROVe it certainly is something that should raise
17  some curiosity, but I don't think that if you -- that you
18  can draw any conclusions from those two articles.
19          So to answer your question, does it raise some
20  interest? Sure, it does.
21          Does it allow you -- would it have allowed me at
22  that point to have drawn any firm conclusions? No.
23      Q   At the -- at that point, early 2005, immediately
24  before you were contacted by Merck, did the available
25  data allow for the conclusion that Vioxx significantly
```

Page 45

```
 1  increases the risk of cardiovascular events?
 2          MR. BLACKWELL: Objection; form.
 3      A   I don't think that the data that we had
 4  available at that time would allow us to conclude that.
 5      Q   (By Mr. Birchfield) When you say available to
 6  us, what are you talking about? Who are you talking
 7  about?
 8      A   I'm talking about practicing clinicians. I'm
 9  talking about data that would be available in the
10  peer-reviewed literature.
11      Q   What about data that was available to the FDA?
12  At that point did the available data allow for the
13  conclusion that Vioxx significantly increases the risk
14  of cardiovascular events?
15          MR. BLACKWELL: Objection; form.
16      A   Are you asking about the data that occurred
17  pre-APPROVe?
18      Q   (By Mr. Birchfield) No. I'm talking about
19  the data that was available to the FDA in early
20  2005 when you were first contacted as a -- about being
21  an expert for Merck.
22          Did the available data at that time allow for
23  the conclusion that Vioxx significantly increases the risk
24  of cardiovascular events?
25          MR. BLACKWELL: Objection; form.
```

Golkow Litigation Technologies - 1.877.DEPS.USA

bbc4ba51-be76-433c-abad-5884dba30a44