Paul J. Roach, M.D.

Page 46

1  A  I think the data that was available -- and I
2  would have to go back and review those FDA documents
3  again. I apologize. I did not spend a great deal of
4  time prior to this deposition going back into the general
5  issues. And so I -- I'm a little hesitant to delve
6  into these issues today with you for fear that I
7  may say something that is incorrect.
8      And I'm not sure what FDA document you're
9  actually referring to and if you are, then what the basis
10 of that opinion in that document was. I mean, I would
11 have to go back and review those FDA documents.
12 Q  (By Mr. Birchfield) Okay.
13 A  I know there was a series of documents generated
14 by the FDA at various points in time post-VIGOR in
15 particular that looked at this issue. But for me to
16 discuss those in any detail, I would like to have the
17 opportunity to go back and review those documents. And
18 frankly, I wasn't prepared to do that today, because I
19 thought we were going to talk primarily about
20 cause-specific issues in Mr. Dedrick's case.
21 Q  Okay. Let me ask you, Dr. Roach, because
22 I want to be fair on this topic, and you say that you
23 really did not -- you did not prepare to go into the
24 general causation issues for today's deposition.
25     So let me ask you, if you had previously

Page 47

1  testified about general causation issues and your
2  understanding of the cardiovascular risks at that point in
3  time, early 2005, would you feel more comfortable with
4  that prior testimony?
5  A  I would have to --
6     MR. BLACKWELL: Objection; form.
7  A  I'm sorry. I would have to review that prior
8  testimony. I think that, you know, for me to make
9  a blanket statement that that's the final, final
10 final understanding of it I think is not fair to me and
11 it's not fair to you.
12 Q  (By Mr. Birchfield) Okay. If you had
13 previously testified to the effect that prior to
14 being contacted by Merck in early 2005 that you
15 did not believe that there was an increased risk of
16 cardiovascular events associated with Vioxx, is that
17 consistent with your understanding today?
18 A  I think as I sit here today -- and, again, it's
19 very -- what you're asking me to do is from a
20 psychological standpoint very difficult to parse through
21 what you were thinking at that time, knowing what you knew
22 at that time versus what your thinking would be today
23 knowing everything that you know and then trying to go
24 back and say what did I know at that time.
25     Is that -- it probably doesn't make a lot of

Page 48

1  sense the way I said that, but it's -- it's a very
2  difficult construct to go back.
3     Let me try to get at it this way is if you look
4  at the peer-reviewed literature that was available to us
5  up through and including APPROVe, I'm not sure that one
6  could have concluded at that point in time that Vioxx was
7  causally related to thrombotic events.
8  Q  So the -- and you included APPROVe in
9  that. Is that correct?
10 A  Well, I guess what I'm a little confused about
11 now, and I apologize. I'm not sure that I
12 understand exactly what it is that you're asking.
13     So perhaps if I could indulge you to just
14 go back and kind of clarify where we're going with this,
15 so that I don't give you an inaccurate answer.
16 Q  Okay. The only thing that I was trying
17 to establish is what your understanding was at that
18 point in time immediately before you were contacted by
19 Merck in early 2005.
20     What was your understanding regarding the
21 cardiovascular risks associated with Vioxx?
22 A  Well, my understanding at that point in time was
23 that it was based on the two pieces of literature -- well,
24 and if you look at -- you could include Mukherjee, but
25 frankly Mukherjee is really a re-hash of VIGOR.

Page 49

1      If you look at the two major studies that
2  were -- that were out there, VIGOR and
3  APPROVe, I don't know that you could have conclusively --
4  that you could have concluded that Vioxx caused an
5  increase in thrombotic events.
6      It certainly raised a concern that needed to be
7  investigated and addressed.
8  Q  Okay. And if we add the product label
9  into that mix, would that change your evaluation at all?
10 A  The product label --
11     MR. BLACKWELL: Objection; form.
12 A  -- are you talking about the initial product
13 label or the subsequent product label?
14 Q  (By Mr. Birchfield) Let's go with
15 both.
16 A  Okay. In the initial product label, I don't
17 think this was an issue at that point or at least it had
18 not been identified as an issue. So I don't think that
19 that product label would necessarily have given you any
20 reason to have a concern about that particular type of
21 problem with the use of that drug.
22     The subsequent product label, for lack of a
23 better term, addressed the VIGOR study. And it basically
24 laid the VIGOR study out and said take this data and think
25 about it. It didn't really give us -- the product label

Paul J. Roach, M.D.

Page 50

1  did not give us a direction to go in. It gave us a -- in
2  a sense, a heightened awareness of a potential issue.
3      Q   When the VIGOR results came out, it
4  didn't change your practice or the practice of any of your
5  partners in prescribing or having patients that were
6  on Vioxx. Correct?
7          MR. BLACKWELL: Objection; form.
8      A   Well, I can't speak for my partners. All I can
9  speak to is the notion that we didn't have a big
10 conversation -- we didn't have multiple conversations or
11 any conversations that I can recall of at that time about,
12 gee, do you think you should be taking people off of Vioxx
13 or COX-2 inhibitors or nonsteroidals. I don't remember
14 any of those conversations occurring post-VIGOR.
15         But to answer the things that I do
16 know, it did not change my approach to patients who were
17 on Vioxx. And I did not have a great number of patients
18 on Vioxx, but I can recall at least one that I had on
19 Vioxx and I did not take her off of that medication. And
20 that was -- you know, she had a very good indication to be
21 on the drug. She had had a life-threatening GI bleed on
22 standard nonsteroidals, had very severe arthritis that
23 limited her lifestyle and, frankly, needed to be on a
24 medication for control of her pain and her other
25 physicians felt that that was a reasonable choice at that

Page 51

1  time.
2      Q   (By Mr. Birchfield) Okay. And is that
3  the 81-year-old lady that suffered the MI?
4      A   Yeah. I don't know if she was 80 at the time,
5  but she was in her 80s. Yes, that was that woman, yes.
6      Q   Okay. And, Dr. Roach, I've got just a small
7  number of questions I would like to ask you about
8  Naproxen and move specifically to Tony Dedrick's heart
9  attack.
10         Is it your opinion that Naproxen is sufficiently
11 cardioprotected to explain the difference in the heart
12 attacks seen in VIGOR?
13         MR. BLACKWELL: Objection; form. Objection
14 that this goes outside the scope of the agreed deposition
15 today, but you can answer.
16     A   Again, I think I have answered questions similar
17 to that in the past. I think there is a body of evidence
18 that shows that Naproxen when given at a dose of
19 500 milligrams twice daily has effects like aspirin in
20 terms of platelet inhibition.
21         Now, the issue that has come up in the past is
22 the magnitude of the difference seen in the VIGOR trial
23 enough to account for an aspirin-like effect on Naprosyn.
24 And I think that it would probably require additional
25 study to conclusively answer that question, but there are

Page 52

1  pieces of data that one can turn to that would allow you
2  to conclude that Naprosyn given in the VIGOR study does
3  have an aspirin effect. One, if you look at the number of
4  studies that have been done in humans that show effect on
5  bleeding times, Naprosyn clearly acts like aspirin. And
6  we can go through those studies if you want to. They're
7  in my report.
8          The issue about the magnitude of the difference,
9  I think, can be looked at from a standpoint of whether
10 these people in the VIGOR study who are rheumatoid
11 arthritis patients who are in a state of inflammation
12 whether they might not derive a greater antithrombotic
13 effect from drugs like aspirin or Naprosyn compared to a
14 different population which is not in a highly inflammatory
15 state.
16         If you look at the physician's health study,
17 there was a correlation between the CRP levels and the
18 reduction in cardiovascular events with aspirin
19 administration. So although a number of studies have
20 shown this sort of standard 25 to 30 percent reduction in
21 cardiovascular events with aspirin administration, there
22 are clearly subpopulations where administration of aspirin
23 results in a much greater reduction in events and it seems
24 to be related to those who have a higher state of
25 inflammation. Clearly this population that we're dealing

Page 53

1  with in the VIGOR study, rheumatoid arthritis patients,
2  have a greater degree of inflammation by definition than
3  does the general population.
4      Q   (By Mr. Birchfield) And, Dr. Roach, in the
5  VIGOR study there was a five-fold difference in
6  heart attacks between the Vioxx group and the Naproxen
7  group. Correct?
8          MR. BLACKWELL: Same objection.
9      A   Yes, basically.
10     Q   (By Mr. Birchfield) Okay. And is it your
11 opinion to a reasonable degree of medical certainty
12 that the cardioprotective effect of Naproxen is
13 sufficient to explain that difference?
14     A   I think it could be.
15     Q   Okay. Can you say yes, it is or no, it's not?
16         MR. BLACKWELL: Objection; form.
17     A   Well, again, to be fair, I think you have to --
18 you have to look at what data we do have available to us
19 with regard to answering that question. We obviously
20 don't have a randomized comparator controlled trial to
21 answer that question, so we have to get at it by other
22 means.
23         And I think you can get at it much in the
24 same -- much in the way that I just discussed. We know
25 that Naprosyn 500 milligrams twice daily has aspirin-like

14 (Pages 50 to 53)

Paul J. Roach, M.D.

Page 54

1  effects. Now, does it -- is that enough to account for
2  that difference in that study? Again, I would refer back
3  to other studies that have looked at risk reduction in
4  highly inflammatory states, and I think that you -- it's
5  not unreasonable, based on that data married to the other
6  data about the aspirin-like effects of Naprosyn, to
7  conclude that that could have been an explanation for the
8  difference seen in the study.
9     Q  (By Mr. Birchfield) It --
10    A  I mean, the other possibilities are, frankly,
11 that Vioxx was related to an increased risk. It was some
12 combination of the two or it was play of chance. I don't
13 think that I can tell you based on VIGOR -- that I can
14 give you a conclusive answer. But I think that
15 knowing what we know about Naprosyn and knowing what we
16 know about risk reduction of thrombotic effects in
17 inflammatory states that it wouldn't seem to be too much
18 of a stretch to get the result that you got.
19    Q  Okay. Is Naproxen more cardioprotective than
20 aspirin?
21    A  That, I cannot answer.
22    Q  Okay. And when you said in the VIGOR
23 study it could be a play of chance, what was the --
24 what was the P-value in the VIGOR study. Do you recall?
25    A  I'd have to --

Page 55

1       MR. BLACKWELL: Objection; form.
2     A  I would have to go back and look at it. I mean,
3  it was a statistically --
4     Q  (By Mr. Birchfield) It was --
5     A  -- it was statistically significant.
6     Q  So does that mean that the likelihood
7  that it was a matter of chance is less than
8  5 percent?
9     A  That generally --
10      MR. BLACKWELL: Objection; form.
11      THE WITNESS: I'm sorry.
12    A  That's generally, yes. If you say that the
13 P-value is less than .05 it would say that there's
14 probably -- well, there is a less than 5 percent chance --
15    Q  (By Mr. Birchfield) And --
16    A  -- that the findings that you're seeing occur
17 simply as a result of random chance.
18    Q  Okay. And have you ever prescribed Naproxen for
19 its cardioprotective effect or --
20    A  I have not.
21    Q  Do you know of any cardiologist that's ever
22 prescribed Naproxen for its cardioprotective benefit?
23    A  I don't.
24    Q  All right. Doctor, I want to move to
25 Tony Dedrick's heart attack. Do you agree --

Page 56

1       MR. BLACKWELL: Man -- Mr. Birchfield,
2  would this be a good time to take a break?
3       MR. BIRCHFIELD: Sure, that would fine.
4       MR. BLACKWELL: We've been going for an
5  hour, a little over.
6       MR. BIRCHFIELD: Yes.
7       MR. BLACKWELL: We'll take a quick break.
8       THE VIDEOGRAPHER: Off the record at 3:18.
9       (Off the record from 3:18 to 3:27)
10      THE VIDEOGRAPHER: Back on the record at
11 3:27.
12    Q  (By Mr. Birchfield) Okay. Dr. Roach, when were
13 you first contacted about the Tony Dedrick case?
14    A  I would say sometime in August of this year.
15    Q  Okay. And how were you contacted?
16    A  One of the lawyers from Fulbright & Jaworski
17 talked to me. I don't recall who it was, whether it was
18 Mr. Brennan or Mr. Tomaselli or somebody. I don't recall
19 who.
20    Q  Okay. And how much time have you spent
21 specifically on the Dedrick case?
22    A  Well, we can go back through my billing records.
23 I probably spent -- and, again, what I'll do now is at
24 this point, you know, most of what I looked at going
25 forward from here was case-specific issues. I probably

Page 57

1  put about 50 hours in this month so far up to today with
2  preparation of report and review of materials and then
3  probably prior to that another 50 hours. So I've probably
4  put in around 100 hours on this particular case.
5     Q  Okay. And if I understand the invoices,
6  they only reflect your time up through the beginning of
7  this month?
8     A  That's correct.
9     Q  And so -- is that -- okay.
10      And so you estimate that you spent
11 approximately 50 hours this month on the Dedrick case?
12    A  Yes.
13    Q  Is that correct?
14    A  Yes.
15    Q  Okay. And can you tell me how much
16 you've been paid so far by Merck?
17      I understand you've billed approximately
18 200,000. Can you tell me approximately how much
19 you've been paid by Merck?
20    A  At this point probably -- we may be current, as
21 far as I know. If we're not current we're within
22 20,000, I would presume.
23    Q  All right. And in regards to Tony
24 Dedrick, do you agree that he suffered an acute
25 myocardial infarction on January the 8th, 2003?

Paul J. Roach, M.D.

Page 58

1    A    I do.
2    Q    Okay. And do you agree that he was taking Vioxx
3   at that time?
4    A    I do.
5    Q    Okay. And do you agree that he had been taking
6   Vioxx for approximately six months daily --
7         MR. BLACKWELL: Objection; form.
8    Q    (By Mr. Birchfield) -- prior to that --
9    A    I agree that he was taking --
10   Q    -- to the heart attack?
11   A    I agree that he was taking it for approximately
12  six months. I guess there has been some issue raised
13  about whether he was taking it daily, but for the -- but
14  I'm not here to wrangle one way or the other whether
15  he is taking it daily. So I guess I'll agree with
16  you.
17   Q    Okay. And, Dr. Roach, in your mind tell
18  me what issue you have regarding whether or not he was
19  taking it daily.
20   A    I guess there was some issue in some of the
21  pharmacy records. But I will -- rather than spend a great
22  deal of time arguing back and forth, I will agree that he
23  was taking it daily for six months.
24   Q    Okay. And there was a clot found in the
25  right coronary artery. Is that correct?

Page 59

1    A    There was, yes.
2    Q    Okay. And did the acute myocardial
3   infarction that Tony Dedrick suffered on
4   January the 8th, 2003, did that cause wall motion
5   abnormality?
6    A    It did.
7    Q    Okay. And did it -- did that acute myocardial
8   infarction cause a reduced left ventricular function?
9         MR. BLACKWELL: Objection; form.
10   A    By my review of all of the studies that have
11  been done subsequent to the myocardial infarction in
12  January of 2003, the overall function of the left
13  ventricle is normal. There is, however, an inferior wall
14  motion abnormality which persists as a result of the
15  myocardial infarction.
16   Q    (By Mr. Birchfield) Okay. And that's the
17  myocardial infarction that he suffered on January the
18  8th, 2003. Correct?
19   A    That is correct.
20   Q    Okay. And that acute myocardial infarction
21  resulted in hypokinesis. Correct?
22   A    Hypokinesis of the inferior wall. That is
23  correct.
24   Q    All right. And would you say that it resulted
25  in akinesis?

Page 60

1    A    At this point in time there -- by my review of
2   the studies there appears to be hypokinesis of the
3   inferior wall.
4    Q    Hypokinesis but not akinesis. Correct?
5    A    Not a -- correct.
6    Q    At the time of the acute myocardial
7   infarction did you see evidence of akinesis?
8    A    The echocardiogram that was done, I believe, the
9   day after could be interpreted as showing akinesis to very
10  severe hypokinesis. And sometimes when you're doing an
11  eyeball look at that, it can be difficult to say.
12       I felt that -- that I would have to
13  go back and look, because it's been a while since I've
14  reviewed that echocardiogram. I don't know that I saw
15  any akinesis of any of the walls at any time. And
16  if you'll give me just a second, let me look at my report.
17       Now, Dr. Evans Kemp interpreted it as showing
18  akinesis. Frankly, even if there was akinesis at that
19  time that would not be an unexpected finding in the
20  setting of an acute myocardial infarction.
21   Q    Okay. Do you agree or disagree with
22  Dr. Kemp's finding?
23   A    As I sit here I rem -- I recall looking at the
24  echocardiogram and I would not substantially disagree with
25  his assessment. I just need to make sure that I go back

Page 61

1   and look and see if I made any comment at all in this
2   report about the echocardiogram. Hang on just a second.
3        You know, I don't have that. Unfortunately did
4   not put that into this report, but I would not necessarily
5   have a big disagreement with Dr. Kemp about the finding of
6   akinesis. And the reason for that is when I interpreted
7   the subsequent ventriculogram my personal interpretation
8   of that was severe hypokinesis to akinesis at that
9   point.
10       So there would be no reason to believe that the
11  inferior wall on the echocardiogram a day or two before
12  that cath would have been any better than that.
13       So my sense of it as I recall -- as I
14  recall off the top of my head is that there would have
15  been severe hypokinesis to akinesis of that inferior wall.
16   Q    Okay. And let me back up, make sure I'm clear.
17       The acute myocardial infarction that he suffered
18  on January the 8th, 2003 caused wall motion abnormality in
19  the inferior wall. Correct?
20   A    Correct.
21   Q    And that wall motion abnormality persists today.
22  Correct?
23   A    To some degree, yes.
24   Q    Okay. And would you describe that as -- as
25  permanent damage resulting from the acute myocardial

16 (Pages 58 to 61)

Paul J. Roach, M.D.

| Page 62 | Page 64 |
|---|---|
| 1  infarction?<br>2      A   If one has a persistent wall motion abnormality,<br>3  one could consider that consistent with permanent damage,<br>4  yes.<br>5      Q   And based on all of the -- based on all of the<br>6  information that you have reviewed, do you believe that<br>7  Tony Dedrick suffered permanent damage as a result of<br>8  the acute myocardial infarction on January the 8th, 2003?<br>9      A   He has a persistent inferior wall motion<br>10 abnormality which is indicative of permanent damage.<br>11     Q   And do you see -- do you believe that<br>12 Tony Dedrick suffered a heart attack or myocardial<br>13 infarction on any other occasion other than January the<br>14 8th, 2003?<br>15     A   I have no evidence to conclusively support that,<br>16 no.<br>17     Q   Okay. And so you wouldn't offer an opinion at<br>18 trial that Tony Dedrick suffered a heart attack on any<br>19 other time other than January 8th, 2003. Is that fair?<br>20     A   I -- that's correct.<br>21     Q   Okay. Dr. Roach, what -- would you list for me<br>22 the -- the factors that you contend substantially<br>23 contributed to Tony Dedrick's heart attack on January the<br>24 8th, 2003?<br>25     A   Well, there's one thing that | 1  history first.<br>2          When you reached the opinion that<br>3  family history was a substantial contributing factor in<br>4  Tony Dedrick's heart attack on January the 8th, 2003, what<br>5  do you base that on?  What do you -- what facts do you<br>6  base family history as a contributing factor?<br>7      A   We know that his older brother had a myocardial<br>8  infarction, I believe, at the age of 39.  I believe that<br>9  his brother - and I don't recall whether it was Phil or<br>10 Kenny - testified that he had suffered a myocardial<br>11 infarction at age 39.<br>12         We know that Mr. Dedrick's mother underwent<br>13 coronary artery bypass grafting at a relatively young age<br>14 and subsequently expired from cardiovascular disease.<br>15         I also believe that Ms. -- Mr. Dedrick's mother<br>16 unfortunately suffered from peripheral vascular disease<br>17 and, I believe, had undergone amputations.<br>18         So there are two family members that I<br>19 can recall right now off the top of my head that had<br>20 vascular disease.<br>21         Additionally, I do believe that either<br>22 Mr. Dedrick or one of his brothers testified to the fact<br>23 that his -- that their mother had multiple siblings that<br>24 had had cardiovascular disease. And I don't recall<br>25 whether they were stepbrothers or whether they were not |
| Page 63 | Page 65 |
| 1  substantially contributed to or caused his heart attack,<br>2  and that was his atherosclerosis.<br>3          Now, the things that substantially contributed<br>4  to his atherosclerosis and the subsequent infarction that<br>5  occurred as a result of that are the following: His<br>6  family history, his smoking history, his dyslipidemia, his<br>7  diabetes, his hypertension, his alcohol abuse, his cocaine<br>8  abuse, his age, his gender, and a history of stress.<br>9      Q   All right. So would you consider each of these<br>10 factors -- would you consider family history to be a<br>11 substantial contributing factor in Tony Dedrick's heart<br>12 attack on January the 8th, 2003?<br>13     A   As a clinician when we look at risk of events or<br>14 risk of atherosclerosis, it is very difficult for us to<br>15 parse out and say that was the sole cause or<br>16 contributor -- or the sole cause of his atherosclerosis<br>17 and, therefore, his event.<br>18         All the -- I would say that his family history<br>19 is a substantial contributor. We have a robust body of<br>20 literature that suggests that family history -- not<br>21 suggests, but tells us that family history is a risk<br>22 factor for the development of atherosclerosis.<br>23         So, yes, to answer your question more<br>24 succinctly, it is a substantial contributor.<br>25     Q   When you say -- let's deal with family | 1  stepbrothers, but there were other -- she had siblings who<br>2  also had vascular disease.<br>3      Q   Okay. And, Dr. Roach, in -- I think you<br>4  have your report in front of you. If you need to<br>5  refer to that or if you need to refer to any of your<br>6  medical records, you know, that's fine. I don't -- I want<br>7  to flesh these out as best we can in the deposition<br>8  and not have you just rely, you know, on what you remember<br>9  off the top of your head.<br>10         So if there are other -- if there are other<br>11 factors that play into family history, if you can<br>12 take a look at your report or whatever you need to refresh<br>13 your memory, I would appreciate you doing that. But as<br>14 we --<br>15     A   Well --<br>16     Q   -- as we stand right now, you've got the<br>17 brother -- one of his brothers at 39 and his<br>18 mother --<br>19     A   That --<br>20     Q   -- and then you think the mother had some<br>21 siblings --<br>22     A   That --<br>23     Q   -- is that right?<br>24     A   -- that's correct.<br>25     Q   Okay. All right. Any other factors that |