Paul J. Roach, M.D.

| Page 66 | Page 68 |
|---|---|

Page 66

1  pertain to a family history as a substantial contributing
2  factor?
3      A   Are you wanting to discuss the body of
4  literature in that arena or just specific things that I
5  have identified from the medical records that pertain to
6  Mr. Dedrick?
7      Q   Let's talk about the medical records and the
8  information that you have that pertains to Mr. Dedrick
9  first and then we'll move to the literature.
10     A   Okay. I think -- not to talk over you, I think
11 that that's -- what I just stated probably identifies
12 those specific historical factors in Mr. Dedrick's case.
13     Q   Okay. And based on the literature,
14 what's your opinion about the relative risk associated
15 between family history and myocardial infarction?
16     A   Oh, I would have to go back and look at each
17 particular study to give you that kind of number.
18 One study that really stood out in my mind was
19 actually a study that was published out of the Giessy
20 (phonetic) trial in Italy which suggested that -- or
21 stated that if you had a first degree relative with a
22 myocardial infarction and you smoked that you had a
23 14-fold increased risk of myocardial infarction.
24     Q   Okay. All right. And what is your
25 understanding -- based on the body of literature,

Page 67

1  what is the increased relative risk for family history
2  alone?
3      A   As I sit here, I couldn't really give you
4  that number. We could probably dig around and find that
5  number.
6          I mean, frankly, when we as clinicians sit down
7  and look at that, we don't necessarily sit down and say
8  that the relative risk is X or Y and, therefore, that
9  could or could not have contributed. We tend to look at
10 it more in a binary fashion, which is, is it present or is
11 it not present. And in this particular case it's
12 obviously present.
13     Q   Okay. All right. All right. Let me make sure
14 I under -- I understand what you just said.
15         You look at it in a binary fashion. Is it
16 present, that's one --
17     A   Uh-huh.
18     Q   -- part of the equation. Correct?
19     A   That's correct.
20     Q   And is it established as a risk factor. Is that
21 the second part of that equation?
22     A   Yes.
23     Q   Okay. And if it meets both of those criteria,
24 then you would consider it a contributing factor.
25 Correct?

Page 68

1      A   Correct.
2      Q   Okay. And so family history is present in Tony
3  Dedrick's case. It's established, as far as you're
4  concerned, as a risk factor for myocardial infarction?
5      A   Well, and it's not just as far as I'm concerned.
6  I think it's established within the medical community
7  without dispute.
8      Q   Okay. All right. And so based on -- on those
9  two factors you've determined that family history was a
10 substantial contributing factor in Tony Dedrick's heart
11 attack. Correct?
12     A   Correct.
13     Q   Okay. And then the second factor that
14 you mentioned is smoking. Correct?
15     A   Correct. Correct.
16     Q   All right. And smoking is present in Tony
17 Dedrick's case, correct --
18     A   That is --
19     Q   -- based on your review of deposition testimony
20 and medical records?
21     A   That's correct.
22     Q   Correct?
23         All right. And then what is the -- what's the
24 increase -- what's the relative risk that -- associated
25 with smoking and myocardial infarction?

Page 69

1      A   That one is perhaps a little more difficult to
2  get at a binary function.
3          My understanding of it is that there may be a
4  linear relationship between the amount that you smoke and
5  your risk of cardiovascular disease. And so I don't know
6  that I could give you a number as we sit here and say
7  that, you know, what was Mr. Dedrick's -- let's -- and,
8  again, anytime we look at these relative risks we
9  need to make it clear for everybody that we're peeling out
10 all the other risk factors and that we're trying to get at
11 some sort of a statement about is it a real risk or not a
12 real risk. And I think that was the whole purpose of
13 determining these relative risks in the
14 literature.
15         Now, how those relative risks come into play
16 when you've got a whole grouping of risks is a little bit
17 difficult. And that's why I'm hesitant to give you
18 numbers in Mr. Dedrick's case to say that because of
19 his smoking his relative risk was X versus Y. But I think
20 that there is a notion that there is a linear risk with
21 regard to the amount of exposure to tobacco or smoke and
22 cardiovascular risk.
23     Q   What is -- what's your understanding about the
24 amount of smoking of Tony Dedrick?
25     A   To ballpark it, in a sense, and I -- it

Page 70

1  seems like there may have been slightly different starting
2  dates depending on what records you looked at, he probably
3  had smoked approximately 30 years, two packs a day, prior
4  to the infarction.
5      Q   Okay. And do you have an understanding as to
6  the relative risk associated between smoking two packs a
7  day for approximately 30 years and the myocardial
8  infarction?
9      A   I would think that that is a substantial risk.
10 I cannot necessarily give you a number or assign a number
11 to that. But that would certainly, as a
12 practicing cardiologist, be something that I would be very
13 concerned about as a risk.
14     Q   Okay. Do you know if the literature
15 establishes whether or not smoking more than doubles the
16 risk of myocardial infarction?
17     A   I would have to go back and look at various
18 articles to determine that.
19         Again, the thing that I would caution
20 as we go through this exercise is that those studies
21 are an attempt to establish these risk factors and
22 to establish whether there is any linearity to the risk
23 factor, meaning the more of it, the longer you're exposed
24 to it, does that risk go up.
25         I don't think that in the clinical arena we

Page 71

1  typically look at someone like Mr. Dedrick and go through
2  this type of exercise and say, well, geez, I'm very
3  surprised that he had a myocardial infarction because the
4  risk of smoking is X for -- you know, for people who have
5  smoked two packs of cigarettes per day for 30 years. I
6  think that's a bit of a false construct when you
7  move from the establishment of these risk factors
8  through epidemiologic studies to the actual application of
9  these risk factors in the clinical arena.
10     Q   Okay. But smoking has been established as a
11 risk factor for myocardial infarction. Correct?
12     A   There is no question about that.
13     Q   And as established in -- through
14 epidemiological studies?
15     A   That's correct.
16     Q   And those epidemiological studies have
17 determined a relative risk associated with smoking and
18 acute myocardial infarction. Correct?
19     A   They have. They have.
20     Q   And sitting here today, you can't recall
21 whether that increased relative risk is more than double
22 or not?
23     A   I cannot.
24     Q   Fair?
25     A   Fair.

Page 72

1      Q   Okay. All right. And then the next --
2  the next substantial contributing factor in Tony Dedrick's
3  history that you mentioned is the dyslipidemia. Is that
4  correct?
5      A   That is correct.
6      Q   Okay. And what facts in the medical
7  record or in the deposition testimony establishes the
8  presence of dyslipidemia?
9      A   Well, he's being treated for
10 dyslipidemia. His dyslipidemia is manifested by -- is
11 basically labeled a particular type of dyslipidemia. And
12 I don't know quite why we put this construct on it. We
13 call it atherogenic dyslipidemia as if other dyslipidemias
14 don't result in atherosclerosis. But I think it's to sort
15 of flag it. And his was manifested by an LDL cholesterol
16 which is either normal or mildly elevated and total
17 cholesterol, which would be either normal or mildly
18 elevated, a low HDL cholesterol and high triglycerides.
19         There has -- clearly it has been
20 established in the literature the relationship between LDL
21 cholesterol and atherosclerosis and there is a -- it
22 has also been established that a low HDL cholesterol is an
23 independent risk factor.
24         Before we get too much further down the road,
25 too, just another housekeeping issue because it -- I

Page 73

1  failed to mention it and I should have is that
2  when we talked about all the risk factors the one
3  thing that I -- that is also a risk in Mr. Dedrick's case
4  is the metabolic syndrome, his obesity. The risks are
5  obesity and his inactivity. And I'm sorry that I didn't
6  just look at my report and tell you those things.
7  So if you would allow me to throw those onto the list and
8  we can discuss those, as well.
9      Q   Yes, sir. And if you recall anything
10 else, I appreciate you doing just what you did --
11     A   Okay.
12     Q   -- just add it to the list so we can discuss it.
13         All right. So we added metabolic syndrome,
14 obesity and lack of physical activity. Is that correct?
15     A   Correct.
16     Q   Okay. And we added those to the list of
17 substantial contributing factors to Tony Dedrick's heart
18 attack. Correct?
19     A   Correct.
20     Q   And the dyslipidemia, is it established
21 through epidemiological studies that dyslipidemia
22 increases the risk of heart attacks?
23     A   It has been established.
24     Q   And do you know what the relative risk
25 associated with dyslipidemia and the -- and heart

Paul J. Roach, M.D.

Page 74

1  attacks is?
2      A   Not off the top of my head. And the
3  particular type of dyslipidemia may result in a
4  different relative risk if you isolate the other risk
5  factors.
6          So, for example, if you simply had an elevated
7  LDL cholesterol maybe may confer a different risk than
8  someone who has this atherogenic dyslipidemia which is
9  associated with, as I mentioned before, relatively modest
10 elevations of LDL cholesterol. However, that LDL
11 cholesterol tends to be a small dense particle size, which
12 is felt to be more atherogenic. And then additionally
13 in Mr. Dedrick's case, if you look at his
14 dyslipidemia there is a low HDL cholesterol, which is an
15 independent risk. Some studies have suggested that the
16 hypertriglyceridemia is a risk, although others argue that
17 that may simply be a marker for these other lipid
18 abnormalities.
19     Q   Okay. And so --
20     A   So to an --
21     Q   -- it's your position --
22     A   -- I guess to quit being such a long-winded --
23 to quit giving such long-winded answers, I think it would
24 depend on the type of dyslipidemia that the person has.
25 You would -- you would have to make that relative risk

Page 75

1  assessment based on the particular type of dyslipidemia.
2      Q   And what about --
3      A   And I sit here today with Mr. Dedrick's
4  particular type of dyslipidemia I don't know that I could
5  give you that number off the top of my head.
6      Q   And do you know whether or not that
7  relative risk as it pertains to the type of dyslipidemia
8  that Tony Dedrick had is greater than or less than
9  two?
10     A   I would have to go back and look at the
11 literature on that to tell you that question.
12     Q   Okay. And let me make sure that I
13 understand precisely the type of dyslipidemia that you're
14 describing Tony Dedrick has and that is the atherogenic
15 dyslipidemia. Correct?
16     A   Yeah. That is how I would --
17     Q   And --
18     A   -- describe his dyslipidemia.
19     Q   Okay. And that's a low LD -- I mean, a high LDL
20 and a low HDL combination. Correct?
21     A   It's basically a mod -- a normal to mildly
22 elevated LDL cholesterol, a low HDL cholesterol, elevated
23 triglycerides and small dense LDL cholesterol.
24     Q   Okay. And you said that there were
25 epidemiological studies that establish the association

Page 76

1  between dyslipidemia and myocardial infarction. Correct?
2      A   There are.
3      Q   Okay. Are there also clinical studies that
4  establish the increased risk between dyslipidemia
5  and myocardial infarction?
6      A   How do you define a clinical study?
7      Q   A randomized clinical study where you
8  are looking at one group of patients that have
9  dyslipidemia and another group of patients that
10 do -- do not for the -- and you look at the inflow of
11 the myocardial infarction.
12     A   There have been studies similar to what
13 you're describing where you may evaluate different types
14 of cholesterol-lowering medications and looking at their
15 impact on the lipid levels and then looking at the
16 resultant event rates.
17         I cannot right now -- I would have to go back
18 and look at the original -- some of the original studies
19 that were done to determine whether they were actually --
20 I'm sure -- whether they were actually placebo-controlled
21 studies. Okay? There probably were some
22 placebo-controlled studies, but the -- I think the bigger
23 issue with regard to dyslipidemia studies is what was the
24 level of control and then what was the number of events
25 associated with that level of control.

Page 77

1      Q   Well, let me back up. I gave you a
2  definition of clinical trials.
3          How would you define clinical trials
4  versus epidemiologic studies?
5      A   Well, typically in a randomized clinical trial
6  you attempt to control for all variables except the
7  variable that you're interested in looking at. And so
8  once you have done that, then you can look at the variable
9  that you're looking at against another variable.
10         So if it was a medicine study, you would be
11 looking at the effect of a medication versus no medication
12 or you may want to do what -- instead of a randomized --
13 or instead of a placebo-controlled there may be what's
14 called an active comparator trial where you're studying
15 the effect of one medicine versus another medicine.
16         But the sort of hallmark of a randomized
17 controlled trial is to -- like I said, to control all of
18 the factors other than the one that you're looking at.
19 And that's done a priori. You're doing it upfront.
20         Most epidemiologic studies now - I can't think
21 of any that don't have this issue - is you're
22 taking a set of data, you're taking data that's already
23 out there and then you're trying to go back
24 retrospectively to try to control for various factors and
25 see if you can tease out some effect from what

Paul J. Roach, M.D.

## Page 78

1  you're looking at.
2  Q  Okay. All right. Now, going back and applying
3  those def -- those definitions, you described for us that
4  there are epidemiologic studies that establish
5  the association between -- or establish that
6  smoking increases the risk of myocardial infarction.
7  Correct?
8  A  Correct.
9  Q  Are there clinical trials that establish
10 an association between smoking and myocardial
11 infarction?
12 A  Are you talking about a randomized clinical
13 controlled trial?
14 Q  Yes, sir.
15 A  You can't be serious, can you?
16 Q  Well, you said that -- you defined a clinical
17 trial where you --
18 A  I mean, you -- I mean, honestly you cannot --
19 Q  -- where you compared --
20 A  -- you -- I mean, no one would
21 ever do that trial knowing what we know now --
22 Q  All right. So --
23 A  -- to randomized people who are not smokers to
24 force them to smoke versus those who would not smoke.
25 Knowing what we know now you would never ever engage in

## Page 79

1  that type of a trial. And you point -- and you
2  just wouldn't do it.
3      So I am -- there are no trials that I am aware
4  of that have been done in this country in the modern era
5  that would engage in a randomized controlled trial of
6  looking at smoking versus nonsmoking.
7  Q  When was the link between smoking and myocardial
8  infarction first established?
9  A  I think the initial Surgeon General's report
10 came out very early on, in terms of the health risks of
11 smoking, in the '60s.
12 Q  And so prior to that you're not aware of any
13 clinical trials establishing a link between smoking
14 and myocardial infarction?
15 A  There obviously had to have been data that
16 allowed the Surgeon General to reach those conclusions in
17 the '60s. I'm not aware of any randomized controlled
18 trials that were done. If they were, it would have been
19 done in an era prior to our current knowledge of the
20 health risks of smoking.
21 Q  Okay. And do you feel comfortable relying on
22 epidemiologic studies to establish the link between
23 smoking and increased myocardial infarction?
24 A  I feel comfortable relying on epidemiologic
25 studies when they repeatedly show the same effect, that

## Page 80

1  there's a temporal relationship established and that there
2  can be, for lack of a better term, sort of a -- an effect
3  between the intensity of the -- I'm kind of
4  searching for words. That there's a linear relationship
5  between the -- for lack of a better term, the stimulus and
6  the outcome.
7      And when you have repeated studies which
8  demonstrate some or all of those things then I
9  think you should feel comfortable in relying on the
10 epidemiologic study.
11 Q  All right. And the next substantial
12 contributing factor in Tony Dedrick's heart a
13 fact that you listed is diabetes?
14 A  That's correct.
15 Q  Correct?
16 A  Uh-huh.
17 Q  And you're satisfied from the medical records
18 that the diabetes is present in Tony Dedrick's case.
19 Correct?
20 A  Correct.
21 Q  All right. And are there clinical studies
22 establishing an increased risk of diabetes and
23 myocardial infarction?
24 A  Again, I would probably have to go back and
25 review all of that. Did they -- are -- were there -- when

## Page 81

1  you say randomized trials, are you talking about -- or
2  clinical trials, are you talking about a trial where you
3  take a diabetic and not treat them versus treat them --
4  Q  I'm talking about --
5  A  -- treat them or just is there data out there
6  based on epidemiologic studies that -- that show
7  this relationship?
8  Q  Okay. I'm talking about --
9  A  I'm aware of epidemiologic studies
10 that show this relationship.
11 Q  Okay. All right. So you're aware of
12 epidemiologic studies.
13     Are you aware of any clinical trials --
14 A  I --
15 Q  -- in addition to the --
16 A  -- would have to go back through the literature
17 list to see. I think that more than likely that risk
18 factor was established through the same process that we
19 talked about for epidemiologic studies, is it repeatedly
20 seen, is there a temporal relationship and is there sort
21 of a relationship between the degree of the disease and
22 the subsequent outcome associated with that.
23     And I think that that's probably primarily the
24 types of studies that were used to establish that as a
25 risk factor.

Paul J. Roach, M.D.

Page 82

1  Q  Okay. But you don't recall reading any clinical
2  trial that establishes a link between diabetes and
3  myocardial infarction. Correct?
4  A  Again, I -- I'm not aware of any, and I would
5  think that that would be a trial that would be extremely
6  difficult to engage in knowing the other complications
7  that could occur from failure to treat diabetes.
8     And so I would find it hard to believe that
9  anybody, at least in the modern era, would have done a
10 study where you took diabetics and you said, "I'm going to
11 let you not be treated versus treating you."
12    Now, there have been trials that have looked at
13 the degree of control, but these were all patients being
14 treated, and then tried to make some decisions about
15 whether degree of control had some effect on the
16 development of atherosclerosis and the events associated
17 with it.
18    But as I sit here talking to you now, I cannot
19 recall off the top of my head any study that pops into my
20 head that would have been a randomized placebo-controlled
21 clinical trial that -- you know, that looked at that
22 issue.
23 Q  And what is the relative risk of diabetes and
24 myocardial infarction?
25 A  Off the top of my head, I cannot give the

Page 83

1  relative risk, but I can tell you that it is a well-held
2  notion that diabetes is basically a vascular disease
3  equivalent and that those of us who deal with it on a
4  regular basis view a diabetic as having established
5  vascular disease until proven otherwise. And they're to
6  be treated as if they have vascular disease and that
7  results in strict risk factor control with regard to the
8  other risk factors and careful screening for any
9  complications associated with that vascular disease.
10 Q  Is the relative risk between diabetes and
11 myocardial infarction greater than twofold?
12 A  Again, I'm hesitant to tell you off the top of
13 my head, but I would -- it -- I would suspect that
14 it would be.
15 Q  Okay. But sitting here today, you cannot say
16 one way or the other whether that relative risk is greater
17 than two or not?
18 A  Well, it's like -- in diabetes,
19 it's difficult to even give a relative risk because we --
20 well, I mean, obviously that relative risk had to be
21 established in certain studies. But frankly, I would
22 contend that most doctors who treat vascular disease on a
23 regular basis consider someone with diabetes as having
24 vascular disease.
25    So that relative risk issue, although it was

Page 84

1  probably used to establish it as a risk factor in the
2  past, I wouldn't even use that term now with a
3  diabetic.
4  Q  Okay. And the next substantial contributing
5  factor in Tony Dedrick's heart attack that you listed was
6  hypertension. Is that correct?
7  A  That's correct.
8  Q  And describe for me the basis for saying
9  that Tony Dedrick had hypertension that was a
10 substantial contributing factor to his heart attack.
11 A  It is documented in his medical records
12 that he had hypertension and was treated for hypertension.
13    There are recordings in the medical records that
14 support the diagnosis of hypertension.
15 Q  Okay. And was his hypertension controlled or
16 uncontrolled?
17 A  There were times when it was controlled and
18 there were times when it was uncontrolled.
19 Q  Okay. And was it controlled or uncontrolled in
20 the period immediately preceding his January 8th heart
21 attack?
22    MR. BLACKWELL: Objection; form.
23 A  I would have to go back to the records. And I
24 guess I would ask you to tell me the time frame that
25 you're looking at before I could make a comment on that.

Page 85

1  Q  (By Mr. Birchfield) Okay. But is it fair to
2  say that that's not necessary for you to opine
3  that hypertension was a substantial contributing factor
4  to his heart attack?
5  A  It is not.
6     The fact that he had hypertension can lead to
7  the development of atherosclerosis. The fact that it's
8  controlled at some point in the future doesn't eliminate
9  the atherosclerosis that would have resulted at -- from
10 the hypertension that predated the control.
11 Q  Okay. How long would a person have to
12 have hypertension in order for it to result in the
13 development of atherosclerosis or the progression of
14 atherosclerosis?
15 A  I don't know that as I'm sitting here that I
16 could tell you that off the top of my head.
17    Again, I think that atherosclerosis could be
18 looked at similar to diabetes and dyslipidemia that
19 there's prob -- and smoking, that there is a linear
20 relationship between the severity of the disease and the
21 duration of the disease.
22 Q  And how long did Tony -- what is the threshold,
23 in your mind? You have given the opinion that
24 hypertension was a substantial contributing factor in Tony
25 Dedrick's heart attack.

22 (Pages 82 to 85)

Paul J. Roach, M.D.

### Page 86

1  What is the -- what's the threshold for you to
2  be able -- on -- when I say threshold, on the -- either
3  the degree of the hypertension or the duration of the
4  hypertension for you to be able to offer the opinion to a
5  reasonable degree of medical certainty that hypertension
6  was a substantial contributing factor in his myocardial
7  infarction?
8     A   Well, there are varying definitions of what
9  constitutes hypertension. The standard operating
10 definition that a lot of us have been using for a long
11 time is a blood pressure of 140/90 or greater.
12     There are others who embrace a notion that any
13 blood pressure reading over 115/75 is considered
14 hypertensive. And so depending on whose paradigm you
15 embrace, you may label someone as being hypertensive
16 based on varying blood pressure measurements.
17     Some folks, including the American Society of
18 Hypertension, would argue that an isolate -- that isolated
19 blood pressure measurements really don't make the
20 definition of hypertension, that hypertension is really
21 almost like metabolic syndrome, it's a constellation of
22 findings. And I think they are the ones that have
23 promoted the notion of the 115/75. But others have
24 embraced a notion 140/90 in the nondiabetic population.
25 In diabetic population typically greater than 130 is

### Page 87

1  considered hypertensive and then I have seen various
2  diastolics used, either 80 or 85 as the cut point for the
3  diastolic in a diabetic as defining them as
4  being -- having blood pressure elevations sufficient to
5  warrant treatment.
6     Q   Is there any doubt in your mind that --
7  that hypertension was a substantial contributing
8  factor in Tony Dedrick's heart attack?
9     A   No.
10    Q   Okay. Is there anything about the heart
11 attack on January the 8th, 2003, that says this is a
12 hypertension heart attack? Is there anything about the
13 clot, the description of the clot, anything that would
14 distinguish the heart attack on January the 8th,
15 2003 as being hypertension-related versus one that's not?
16    A   No.
17    Q   Okay. And even though there is no
18 such marker or footprint, you're still confident
19 in saying that hypertension was a substantial
20 contributing factor in Tony Dedrick's heart attack?
21    A   I am.
22    Q   Okay. And that's because the epidemiologic
23 studies establish that there is an association between
24 hypertension and myocardial infarction. Correct?
25       MR. BLACKWELL: Objection; form.

### Page 88

1     A   There is a -- there are studies which establish
2  the link between hypertension and the development of
3  atherosclerosis and subsequent events related to that
4  atherosclerosis.
5     Q   (By Mr. Birchfield) And the -- and you
6  can give a relative risk for the association between
7  hypertension and myocardial infarction. Correct?
8     A   Not as I sit here.
9     Q   Okay. And then the next substantial
10 contributing factor that you listed is alcohol
11 abuse. Correct?
12    A   It's on the list, correct. Yes.
13    Q   Okay. And the -- what do you base your opinion
14 that -- on what do you base your opinion that alcohol
15 abuse was a substantial contributing factor in Tony
16 Dedrick's heart attack?
17    A   There are several things which lead me to
18 believe that Mr. Dedrick was a heavy drinker.
19      Let me back up before we get into the
20 case-specific things. There is the literature
21 suggests that there may be a J-type curve with regard to
22 drinking, that those who are complete abstainers may have
23 a slight increased risk of vascular events compared to
24 those who are, quote, unquote, "moderate drinkers," and in
25 those studies defined as two drinks or less, two

### Page 89

1  mixed drinks, two glasses wine, two beers or less per
2  day per 24-hour period. And that those who drink more
3  than that over a 24-hour period or those that are binge
4  drinkers may have a substantially increased risk or
5  have an increased risk of atherosclerosis and events
6  associated with that.
7     Now, in Mr. Dedrick's case I think we
8  have a number of things that we can look at that allow us
9  to make that a risk for him. He admits in his
10 deposition that he is an alcoholic. When he was in the
11 Tennessee Department of Correction he received counseling
12 for his alcohol abuse and he has had some problems --
13 well, not some. He's had some DUI charges. He's also had
14 some automobile accidents that were felt to be related to
15 his consumption of alcohol.
16     I think when you combine all of that, I think it
17 would be hard not to say that he was a heavy drinker. And
18 we know from those particular studies that heavy drinking
19 whether on a daily basis or whether it is in the form of
20 binge drinking, increases cardiovascular risks.
21    Q   Okay. Is there a temporal relationship between
22 the binge drinking or heavy drinking and the risk of
23 myocardial infarction?
24    A   You know, I'd have to go back and review those
25 articles again. It's been a little while since I've

23 (Pages 86 to 89)

### Page 90

1  looked at those, and I don't recall the exact
2  temporal relationship between the -- between events and
3  the binge drinking.
4    Q   Are you comfortable in saying that a
5  person who is a -- was in the past a binge drinker
6  but had stopped and had stopped binge drinking for
7  a period of at least two years before myocardial
8  infarction, would you say that that binge drinking was a
9  substantial contributing factor in the heart attack?
10   A   I would have to go back and actually look at
11 those articles. But my understanding of it was that
12 that would continue to confer a risk because that's a --
13   Q   What is your --
14   A   Uh-huh. Okay. I'm sorry. I'll stop there.
15   Q   Okay. What is your understanding of -- of Tony
16 Dedrick's drinking over the past five years?
17   A   My understanding from his deposition testimony is
18 that he continues to drink on weekends.
19   Q   And it -- for an individual that is drinking a
20 six-pack of beer on weekends and suffers a myocardial
21 infarction, would you state to a reasonable degree
22 of medical certainty that that amount of drinking
23 was a substantial contributing factor in the myocardial
24 infarction?
25   A   Well, let's look at the studies and

### Page 91

1  break it down. If we -- how do we define a weekend?
2  My weekend is a Saturday and a Sunday.
3    Q   Okay.
4    A   So that's a two-day period.
5    Q   All right.
6    A   That's a two-day period. Now, if -- a six-pack
7  is six alcoholic beverages. So if we're going to give him
8  moderate drinking he could have two drinks a day for
9  Saturday and Sunday, but there's no way else he can get to
10 moderate drinking on the weekend drinking a full six-pack.
11 And that may be shocking --
12   Q   So it --
13   A   -- that may be shocking to a lot of people that,
14 you know, a six-pack on the weekend may not be considered
15 moderate drinking. But, Mr. Birchfield, let's look
16 at it this way, let's say he drinks the whole six-pack on
17 Saturday, that's binge drinking. That's six beers on one
18 day and none on the other. That's binge drinking. Let's
19 say he drinks three beers on one day and three on the
20 next. That's considered above moderate level. If he
21 drinks four and two, five and one. So the fact that he's
22 still continuing to drink that much on the weekends is a
23 concern to me.
24   Q   Okay. And so if an individual is
25 drinking three beers a day and suffers a myocardial

### Page 92

1  infarction you would be comfortable, based on the
2  epidemiologic studies, saying that drinking was a
3  substantial contributing factor in that MI?
4    A   I would, yes.
5    Q   You would? All right.
6         THE VIDEOGRAPHER: This is the
7  videographer. I need to change tapes.
8         MR. BIRCHFIELD: Okay. This is -- you want
9  to take a five-minute break? We've been roughly an
10 hour.
11        THE WITNESS: That would be nice. Thanks.
12        THE VIDEOGRAPHER: Off the record at 4:15.
13        (Off the record from 4:15 to 4:33)
14        THE VIDEOGRAPHER: Back on the record at
15 4:33.
16   Q   (By Mr. Birchfield) Doctor -- Dr. Roach, in
17 regards to the alcohol abuse being a substantial
18 contributing factor in Tony Dedrick's heart
19 attack, do -- would you base that solely on the -- his
20 drinking habits prior to him being in prison?
21   A   Well, I don't have any record of him -- oh, are
22 you talking about and then subsequent to his
23 discharge from there?
24   Q   Yes.
25   A   I guess there was a period of time.

### Page 93

1         I think if you're looking at a process that's
2  contributing to atherosclerosis obviously the longer
3  you're exposed to that particular factor, the more likely
4  that is to contribute. And so we know that there was a
5  longer period of time when he was drinking prior to when
6  he was -- prior to his being in prison than he was after.
7         Am I making myself clear? There was a longer
8  period of drinking prior to prison than there was after.
9  So I think that the drinking prior, if you had to try to
10 weight them, may have been a bigger contributor, but I
11 think that they probably both contributed.
12   Q   If Tony Dedrick were not drinking or after
13 his release from prison if Tony Dedrick did not drink more
14 than two beers per day, would you consider alcohol
15 abuse to be a substantial contributing factor in
16 his heart attack?
17   A   I still would, because the alcohol issue
18 is -- is not that it is -- that it is a direct cause of
19 the myocardial infarction. It's that the alcohol use
20 contributes to the development of atherosclerosis. It is
21 the presence of atherosclerosis which places him at risk
22 for the myocardial infarction.
23        So I'm happy for him if he has reduced
24 his drinking to no more than two drinks per day after
25 being released from prison, but I don't think that

Page 94

1  that change in behavior eliminates the risk that he
2  incurred prior to him going to prison, because it's the
3  development of the atherosclerosis which is the
4  key issue here. And that would have occurred as a result
5  of the heavy drinking that he had prior to his going in --
6  into prison.
7      Q   Based on the literature, what is the
8  minimal amount of binge drinking that is necessary
9  to cause the atherosclerosis that enables
10 you to say that alcohol abuse is a substantial
11 contributing factor in an MI?
12     A   I would have to go back and look at those
13 particular studies to determine exactly the number of
14 drinks that they considered to be binging, but generally
15 they consider -- most of the studies that I looked at
16 seemed to suggest anything more than two per day. And I
17 would have to review them to determine the length of time
18 that they followed these folks, but I don't think
19 that there was -- and I'll leave it at that.
20     Q   Well, Dr. Roach, if a -- if an individual
21 drank three beers one day and then three years later had
22 an MI and the presence of atherosclerosis was established,
23 would you opine that alcohol abuse was a substantial
24 contributing factor in that individual's --
25     A   So --

Page 95

1      Q   -- MI?
2      A   -- if I understand you correctly,
3  Mr. Birchfield, if you said that one time you had three
4  beers --
5      Q   Right.
6      A   -- and then three years later you had a
7  myocardial infarction?
8      Q   Yes.
9      A   I don't think that I would --
10 would con -- I would not attribute any significant
11 development of that atherosclerosis to the consumption of
12 three beers.
13     Q   Okay. And the literature that you
14 said you'd have to refer back to, is all of that
15 literature that is in the files that you produced
16 here today?
17     A   It is.
18     Q   Okay. And is there any period of time
19 that would -- any separation of time that would
20 allow you to say that alcohol abuse is no longer a
21 substantial contributing factor? Do you follow me?
22         I mean, if there's a period of five
23 years or ten years or 20 years between the last
24 alcohol abuse incident and the onset of a myocardial
25 infarction is there any period of time where

Page 96

1  you would say, "I can no longer opine that
2  alcohol abuse was a substantial contributing factor --
3      A   I think --
4      Q   -- in an MI"?
5      A   I think that alcohol abuse like any other risk
6  factor if it has resulted in the development of
7  atherosclerosis, would -- you would still have
8  risks associated with that event, that consumption
9  of alcohol, that prolonged -- you know, not prolonged,
10 but it -- it's still considered a risk, because
11 it's the development of --
12     Q   Can --
13     A   -- it's the development of the atherosclerosis
14 which subsequently puts you at risk down the road.
15         So it's a good thing that you would do -- that
16 you would moderate or eliminate your alcohol consumption
17 if that were a concern, because you would try to eliminate
18 the factor that was contributing to ongoing
19 atherosclerosis development and progression.
20         But the fact that you quit drinking does not
21 eliminate the atherosclerosis that would have developed as
22 a result of that in prior years.
23     Q   And can you name the studies or the
24 articles that you primarily rely on to establish alcohol
25 abuse as a substantial contributing factor in Tony

Page 97

1  Dedrick's heart attack?
2      A   If you would like, I can go to the file and we
3  can just list them through or I can go through on this
4  list of -- references that I have provided to you.
5      Q   Okay. But sitting here, you cannot name
6  a study off the top of your -- nothing comes
7  to mind?
8      A   Nothing comes to mind, but I'm happy to go
9  through them here with you if you want me to.
10     Q   As long as you're confident that they're all on
11 that list, then that's fine.
12     A   Okay. I am.
13     Q   All right. And the next substantial
14 contributing factor that you listed in Tony
15 Dedrick's heart attack is cocaine. Is that correct?
16     A   That's correct.
17     Q   Okay. And is it your opinion that
18 cocaine was a substantial contributing factor in
19 Tony Dedrick's myocardial infarction?
20     A   I -- well, in -- only insofar as there is
21 evidence linking cocaine use with the development of
22 atherosclerosis. So, again, if he --
23     Q   And can you make --
24     A   -- well, again, we can refer to this
25 reference list, if you'd like. In fact, I'll just go

Page 98

through a few of those if you would like -- well, they're in alphabetical order, unfortunately, and not sectioned out by topic. But I'd be happy to go to the -- to the box if you'd like.

I remember David Hillis (phonetic) who's at Dallas Southwestern I think has authored a couple of articles. There was an article that appeared from a group in Italy that examined the development of atherosclerosis in young patients who used cocaine. So there is a body of literature linking the use of cocaine with atherosclerosis.

So to answer your question do I think that on the day that Mr. Dedrick had his myocardial infarction was the cocaine a contributing factor, it certainly was in the sense that it led to his development of atherosclerosis.

Did he have what we call the typical cocaine-induced myocardial infarction on that day? I do not have any evidence to suggest that. I think there are two processes that occur with regard to cardiovascular disease and cocaine.

One is the development of atherosclerosis and the other are infarctions that can happen even in the absence of atherosclerosis due to intense vasoconstriction associated with the use of cocaine.

Page 99

I think in Mr. Dedrick's case I would put him in the former camp which is the use of cocaine was -- is -- or his atherosclerosis is related to the use of the cocaine. And that I am not suggesting that on the day that he had his myocardial infarction that he had used cocaine and it caused a vasoconstrictive event resulting in the myocardial infarction.

Q   All right. The studies that you rely on to establish a link between cocaine use and atherosclerosis, what's the nature of those studies?

A   Well, those studies --

Q   How did the -- how did they determine that cocaine causes atherosclerosis?

A   Again, there will be no randomized controlled trials as we've discussed with some of the other issue -- other factors.

These were epidemiologic studies or studies -- the Italian study in particular was an epidemiologic study. What it looked at was patients who were users of cocaine and not users or people who had come in with atherosclerotic events or for whatever reason got a cath. I can't remember the exact design of the study, but they're going to be retrospective looks. There -- I am aware of no randomized controlled clinical trial that looks at the effect of cocaine on the

Page 100

development of atherosclerosis.

Q   And based on those studies what is the -- what's the relative risk with the association of cocaine use and the development of atherosclerosis?

A   Again, I'm not even sure that that was addressed in those articles. I would have to -- well, it obviously had to have been addressed in there, because they had to have shown in the population that used versus the nonusers that there was increased risk. I can probably go back to the Italian study and get you a number right now, if you would like me to do that.

Q   Do you know right now whether it was greater than two or not?

A   As I sit here talking to you, I don't recall off the top of my head what the actual relative risk was.

Q   Okay. If it were less than two, would that impact your decision as to whether or not it was a substantial contributing factor in Tony Dedrick's case?

A   No, it would not.

Q   Okay. As long as it -- it is shown that it increases the risk of atherosclerosis and that it was present in Tony Dedrick's case, that binary equation is sufficient for you to opine to a reasonable degree of medical certainty that that risk factor --

Page 101

A   Well, I --

Q   -- in this case cocaine was a substantial contributing factor in Tony Dedrick's heart attack?

A   Let me --

MR. BLACKWELL: Objection; form.

A   -- let me put it to you this way and if -- and I want to be fair here. Can I say for sure that it contributes? You know, how do I know how much it's going to contribute? We have less robust data about Mr. Dedrick's cocaine use than we have about the other issues. Do I think it contributed? Yes. Do I place the same emphasis on it that I place on the other risk factors, no, because I think the --

Q   (By Mr. Birchfield) Okay. The --

A   -- the data that we have with regard to his other risk factors I think is substantially more robust. But there is a clear history of cocaine use here.

Mr. Dedrick admits to it and there are medical records to support it.

Q   And so you're confident to say to a reasonable degree of medical certainty that cocaine use -- Tony Dedrick's cocaine use in the past was a substantial contributing factor in his myocardial infarction on January the 8th, 2003?

Paul J. Roach, M.D.

Page 102

1  A  Yes.
2         MR. BLACKWELL: Objection; form.
3  A  Yes.
4  Q  (By Mr. Birchfield) And in forming that
5  opinion, what was the -- what's the most recent cocaine
6  use for Tony Dedrick that you rely on?
7  A  Well, the only documented -- the only
8  medical record that I can rely on for -- to time his
9  use of cocaine was his hospitalization either in
10 1989 or 1992 when he was hospitalized after one of his
11 mo -- motor vehicle accidents.  He tested positive for
12 cocaine during one of those two hospitalizations.
13 Q  Okay.  And are you confident that
14 that -- those test results show cocaine use on behalf of
15 Tony Dedrick?
16 A  I'm pretty confident, because they did
17 a confirmatory test.  One test popped up and then
18 they did a subsequent test which was confirmatory and --
19 Q  Okay.  And you're confident that it was --
20 A  -- and he has -- I'm sorry.  Go ahead.  I'm
21 sorry.  I'll let you finish.
22 Q  You're confident that it was not the
23 administration of Xylocaine?
24 A  That, I cannot answer with absolute certainty.
25 I certainly can tell you that Mr. Dedrick has admitted to

Page 103

1  the use of cocaine.  So even if we discount that finding
2  in the medical record we have his own testimony
3  that tells us that he had used cocaine.
4  Q  And what is the -- what's the use of
5  cocaine that you rely on in stating your opinion to a
6  reasonable degree of medical certainty that cocaine was a
7  substantial contributing factor in his heart attack?
8  A  I think the fact that he's admitted to its use.
9  Q  Okay.  And how much use has he admitted to?
10 A  I think he's admitted to using it on at least
11 several occasions.
12 Q  Okay.  And it's your opinion that cocaine
13 use on several occasions, at least years prior
14 to a myocardial infarction, is sufficient to
15 establish that cocaine use is a substantial
16 contributing factor?
17 A  Well, again, I might not wish to use the term
18 substantial contributor in Mr. Dedrick's case because, as
19 I mentioned just few minutes ago, I think our data with
20 regard to his use of cocaine is certainly less robust than
21 the other risk factors that we've talked about.
22    So if we want to talk about substantial
23 versus contributor maybe we should scrub out
24 the term substantial and say that it's a contributing
25 factor.

Page 104

1      Again, I think the robustness of the data does
2  not allow me to determine to say that that factor,
3  the cocaine use, would be what I would call a
4  substantial contributor.
5      I certainly don't want to put it on the same
6  playing field as his smoking, as his diabetes, as his
7  dyslipidemia, his metabolic syndrome or the other risk
8  factors, the other standard established risk factors.  So
9  perhaps maybe I should soften that and say that it's a
10 contributing factor.
11 Q  Well, Dr. Roach, as you can imagine, this is
12 a -- a significant issue and -- and I need to
13 know.  I need to know whether or not you are prepared --
14 do you need to take that?
15 A  I do.  If you could just -- well, let's go ahead
16 and finish this line of questioning and then I'll take it.
17 Q  Okay.  All right.  I need to know whether or not
18 you are going to state under oath that cocaine was a
19 substantial contributing factor in Tony Dedrick's heart
20 attack.
21 A  I am willing to say that I think it is a
22 contributing factor to his myocardial infarction on the
23 basis of its contribution to the development of
24 atherosclerosis.
25 Q  Okay.  Are you prepared to say that it was a

Page 105

1  substantial contributing factor in Tony Dedrick's heart
2  attack?
3  A  No, I am --
4         MR. BLACKWELL: Objection; form.
5  A  -- no, I am not.
6     If we could take the break.
7         MR. BIRCHFIELD: Yes, sir, that's fine.
8         THE VIDEOGRAPHER: Off the record at 4:48.
9     (Off the record from 4:48 to 4:51)
10        THE VIDEOGRAPHER: Back on the record at
11 4:51.
12 Q  (By Mr. Birchfield) All right.  The next
13 risk factor that you mention, Dr. Roach, is age
14 and --
15 A  Yes.
16 Q  What age is required to be a substantial
17 contributing factor, in your opinion, to a myocardial
18 infarction?
19 A  Well, again, as we talk about contributing
20 factors, I'm not sure that I would necessarily say in
21 Mr. Dedrick's case that age alone would be a, quote,
22 unquote, "substantial contributor."
23    I think age is a contributor.  There is a -- if
24 you look at the Framingham risk scoring tool, clearly as
25 one ages the risk of myocardial infarction goes up.

27 (Pages 102 to 105)

Paul J. Roach, M.D.

Page 106

1  Mr. Dedrick I believe was 49. I may be wrong about
2  that. He was in his late 40s at the time of the
3  myocardial infarction. What -- whatever his age
4  was, whether 47 or 49, he fit in a particular age bracket.
5  Now, if you look at the Framingham risk score he may not
6  have received really a lot of points or any for that, but
7  I think there's clearly a linear relationship that occurs
8  between age and myocardial infarction.
9      If we stripped everything else away and
10 Mr. Dedrick had had a myocardial infarction at his
11 particular age, I'm not sure that I would jump up and down
12 and say that's giving me the total explanation.
13 I think clearly there's the linear relationship.
14 Contributes somewhat, but I don't think in this particular
15 case I would give it the same weighting that I've given it
16 to some of the other risk factors that we've already
17 discussed.
18   Q  Okay. All right. So they may be weighted a
19 little differently, but would you still say that it's a
20 substantial contributing factor in Tony Dedrick's heart
21 attack?
22   A  I would say it's a contributing factor but not a
23 substantially contributing factor.
24   Q  Okay. All right. And how do you distinguish
25 between a -- what's a substantial contributing factor and

Page 107

1  what's not?
2   A  Well, I think that I've kind of borrowed your
3  construct because I think what -- I think you're trying to
4  drive at is the things that I can have absolute confidence
5  in based on the facts of the case that would have led me
6  to believe that there was no doubt that it contributed to
7  the -- to the development of his atherosclerosis.
8      And so I guess if I'm going to use -- I would
9  use that construct in this particular setting to say I am
10 very confident of the smoking, the diabetes, the family
11 history, the hypertension, those things -- and the
12 dyslipidemia. Those things I am very confident of. And
13 we can go -- the metabolic syndrome and we can go through
14 a few of the others.
15     Now, given this construct, when I say
16 contributor, given the issues that we discussed with
17 regard to the cocaine use and the documentation of that, I
18 would not want to press that issue and say that I can say
19 with absolute certainty that that contributed. So I think
20 it's a very strong possibility that it did, but I
21 would not -- I would not absolutely hang my hat on that.
22   Q  Okay. And would you give an opinion
23 whether it's more likely than not that cocaine was
24 a substantial contributing factor?
25     MR. BLACKWELL: Objection; form.

Page 108

1   A  Well, again, I think I've already said that I
2  did not think that it was a substantial contributor. So
3  if I said that I don't think it is a substantial
4  contributor then I don't think more likely than not that
5  it was a substantial contributor if -- I guess if I'm
6  borrowing your language.
7      I guess what I'm trying to get at so that
8  people understand my opinion is I think it very well could
9  have been a contributor. Do I have enough evidence based
10 on Mr. Dedrick's history to give it the same weight
11 that we can give some of the other risk factors, no, I
12 cannot.
13   Q  And the only reason that I came back, because
14 I do want to make sure that I'm absolutely clear on
15 your position. And the reason that I came back
16 with a more likely than not is because, if I heard you
17 right, you said, "You know, I couldn't say with absolute
18 certainty."
19     And so I don't want -- I don't want there
20 to be, you know, a gap there in our communication. And I
21 need to know whether or not in your opinion cocaine use
22 was a substantial contributing factor in Tony Dedrick's
23 development of atherosclerosis or his myocardial
24 infarction.
25     MR. BLACKWELL: Objection; form.

Page 109

1   A  And as I've answered before, I think that
2  it is a contributor to the development of his
3  atherosclerosis and the subsequent myocardial infarction.
4      Do I think -- given the construct that I think
5  we've agreed to, I don't think that it's a substantial
6  contributor. I do not give it the same weight that I give
7  the other factors.
8   Q  (By Mr. Birchfield) Okay. All right. And
9  if I can, I want to just drop back and deal with
10 all of these factors that you have listed as a
11 whole.
12     Is it your position that each of these led to
13 the development of atherosclerosis and the
14 atherosclerosis, in turn, led to the myocardial
15 infarction?
16   A  That is correct.
17   Q  Okay. And it's not your position that any of
18 these risk factors that you have named, these
19 substantial contributing factors, it's not your position
20 that any of those acted on the existing atherosclerosis in
21 a way to trigger the myocardial infarction. Do you follow
22 me?
23   A  Yes, I do. And that is correct.
24   Q  Okay. Because there are some agents that can
25 cause atherosclerosis to become unstable or destabilized.

28 (Pages 106 to 109)

Paul J. Roach, M.D.

Page 110

1  Correct?
2    A  I -- you know, right off the top of my head, I'm
3  not thinking of one right now but if you would like to
4  share it with me, we can talk about it.
5    Q  Well, are you aware that there's medical
6  literature that suggests that Vioxx can cause
7  atherosclerosis to become -- or a plaque to become
8  destabilized?
9        MR. BLACKWELL: Objection; form.
10   A  There is -- there are editorials that have been
11  written that have suggested that. I am aware of no
12  studies in humans that have examined that question. And
13  the animal studies that have looked at the development of
14  atherosclerosis -- the development or progression of
15  atherosclerosis, the weight of that evidence would suggest
16  that -- well, certainly there's no studies using Vioxx in
17  particular that have suggested the development of
18  atherosclerosis or the progression of atherosclerosis with
19  that agent.
20       Using another COX-2 inhibitor, MF tricyclic,
21  there was one study that suggested an increased initiation
22  of atherosclerosis with that agent. But if you take --
23  the body of that literature suggests either no effect or
24  beneficial effect on the development and progression of
25  atherosclerosis when COX-2 inhibitors are administered to

Page 111

1  mice and -- period.
2    Q  (By Mr. Birchfield) Okay. Do you need to check
3  that, Doctor?
4    A  It's the office. I'll tell you what we'll do is
5  we'll -- let -- let's kind of keep things moving here and
6  I'll call them in a little bit, if that's okay with you.
7    Q  Yes, sir. You let me know when you need a
8  break.
9        Are you aware of any agents that could cause a
10  plaque to become rupture prone?
11   A  Off the top of my head as I sit here, I cannot
12  think of anything right now that I -- that hits my
13  clinical experience that says if you give this, it causes
14  the plaque to rupture.
15   Q  Okay. All right. So at least your
16  understanding of each of the risk factors that you -- that
17  you've named, the substantial contributing factors in Tony
18  Dedrick's heart attack, starting with family history down
19  through lack of physical activity, it -- it's your opinion
20  that each of those would cause atherosclerosis or the
21  progression of atherosclerosis but none of these would
22  cause existing plaque to become rupture prone. Correct?
23   A  Well, in the -- that's correct.
24   Q  And none of these would cause existing
25  plaque to become destabilized. Correct?

Page 112

1    A  As I sit here trying to remember what I've
2  reviewed, I would think that probably correct, but, you
3  know, that's just off the top of my head as I sit here.
4    Q  Would any of these risk factors create a
5  prothrombotic state?
6    A  Yes.
7    Q  Okay. And which ones?
8    A  I think that diabetes has been considered to be
9  a prothrombotic state. I think metabolic syndrome has
10  been associated with a prothrombotic state. Those are the
11  two that come to the -- off the top of my head. I think
12  smoking has been considered a prothrombotic --
13  contributing to thrombosis. And, in fact, of the things
14  that we've talked about - and perhaps I need to go back
15  and review that again before I -- before we finish
16  this - is that I believe that smoking actually has been
17  associated with acute thrombosis, but I -- but I'm saying
18  that off the top of my head and I would want to have the
19  opportunity to go back and -- and look at the
20  literature on that. But I think of all the things that
21  we've mentioned, I think that is one that potentially
22  could be related to acute thrombosis is smoke -- cigarette
23  smoking.
24   Q  And then a condition or an agent that creates a
25  prothrombotic state that would increase the risk of a

Page 113

1  myocardial infarction separate from the development of
2  atherosclerosis. Correct?
3    A  It potential --
4        MR. BLACKWELL: Objection; form.
5    A  -- it potentially could, yes.
6    Q  (By Mr. Birchfield) All right. Let's see. All
7  right. The next substantial contributing factor
8  on your list in Tony Dedrick's case was gender. Is that
9  correct?
10   A  It is a contributing factor. Male gender,
11  there is an increased risk of atherosclerosis and the
12  events associated in men compared to women. Now,
13  whether -- if we peeled all the other factors out would I
14  rely solely on his gender, no, I would not. So I would
15  potentially move -- I would actually have to go back and
16  look at the Framingham data -- well, actually, if you look
17  at the Framingham data, there are sort of two risk scoring
18  tools there. One is for women and one is for men. And
19  they have slightly different levels for vari -- for the
20  various other risk factors. So we know that being a man
21  is a contributing factor to the development of
22  atherosclerosis. Now, whether I would assign the same
23  weight to that as I do to the other risk factors that we
24  talked about before, I don't know that I would do that. I
25  would have to go back and really look at things again

Golkow Litigation Technologies - 1.877.DEPS.USA

bbc4ba51-be76-433c-abad-5884dba30a44