# Paul J. Roach, M.D.

Page 114

1  before I could make that determination
2  absolutely. But I think at this point where I would feel
3  comfortable is to say that it's a contributing factor. Do
4  I think it's a substantial contributing factor in this
5  particular case, no.
6     Q   All right. So we would take out -- so far
7  in listing the substantial contributing factors in Tony
8  Dedrick's heart attack from that original list we will now
9  pull out cocaine, we'll pull out age and we'll pull out
10  gender. Correct?
11     A   Correct.
12     Q   All right. And so now you would put those in
13  the column of contributing factors but not substantial
14  contributing factors. Correct?
15     A   Correct.
16     Q   And then the next item on your -- on the
17  list of substantial contributing factors is stress.
18  Is that correct?
19     A   That's correct. And, again, I think --
20     Q   And --
21     A   -- with regard to that one before we even get
22  into that discussion, I would think that the issue
23  with stress is again similar to some of these other issues
24  and I would place it as a contributing factor, not
25  necessarily a substantially -- a substantial contributing

Page 115

1  factor.
2     Q   Okay. And just so that we're --
3  we're clear, at trial if I ask you, "Was stress a
4  substantial contributing factor in Tony Dedrick's
5  heart attack," what's your answer?
6     A   It would be no.
7     Q   Okay.
8     A   But it is a contributing factor.
9     Q   Okay. And in stating that it is a
10  contributing factor to Tony Dedrick's heart attack what do
11  you base that on?
12     A   There is a body --
13     Q   What --
14     A   I'm sorry. Go ahead. I didn't mean to over --
15     Q   All right. I'm not talking about the body of
16  literature. We'll get to that in just a minute.
17         But first what are the -- what's the
18  factual basis for saying that Tony Dedrick had sufficient
19  stress to contribute to his myocardial infarction on
20  January the 8th, 2003?
21     A   Well, in his deposition he admits to being under
22  stress while in prison.
23     Q   Okay. And how long was that before his
24  myocardial infarction?
25     A   I believe he was released from prison -- I don't

Page 116

1  know. I want to say got out of -- I think it was -- I"m
2  trying to remember when he was released from prison.
3  January '03 is when he had the myocardial infarction. I
4  want to say it was probably about a year prior. He had
5  been released about a year prior, around a year prior to
6  his myocardial infarction.
7     Q   Okay. All right. Okay. Prison.
8         Were there any other sources of stress in Tony
9  Dedrick's life that you rely on to say that stress was a
10  contributing factor in his heart attack?
11     A   Well, that is the one that he admitted to.
12     Q   Okay. Well, are there others that you rely on
13  based on review of any of the deposition testimony or any
14  of the records in this case?
15     A   I mean, I can speculate that he may have been
16  under stress for various reasons, but I don't think that's
17  fair for me to do.
18     Q   Okay. Well, in formulating your opinion that --
19  that stress was a contributing factor in his heart attack,
20  are you relying on anything other than his deposition
21  testimony about the stress of being in prison?
22     A   That's what I'm relying on.
23     Q   Okay. And what literature do you rely on to say
24  that a -- a period of stress approximately a year prior to
25  the myocardial infarction contributes to that event?

Page 117

1     A   Well, again, we need to keep in mind
2  that the stress itself did not directly cause the
3  myocardial infarction. There is literature suggesting a
4  link between stress and the development of
5  atherosclerosis. And as I've said on a number of
6  occasions, it was the atherosclerosis that caused his
7  heart attack. It was the presence of the atherosclerosis
8  that was responsible for the myocardial infarction.
9         So the notion that we can disassociate these
10  things based on time is really not a fair
11  construct.
12         If he was under stress that could have
13  contributed to his atherosclerosis.
14     Q   Could have or did?
15     A   Well, again, I would say that it was a
16  contributing factor.
17         Do I think that it was a substantially
18  contributing factor? I don't think that one has
19  enough robust information in Mr. Dedrick's case or -- to
20  make that comment -- to make that statement. So I will
21  put it into the category of a contributing factor, not a
22  substantially contributing factor.
23     Q   Will you describe for me the nature of
24  stress that is necessary to meet the threshold
25  that it contributes to atherosclerosis?

30 (Pages 114 to 117)

bbc4ba51-be76-433c-abad-5884dba30a44

Paul J. Roach, M.D.

Page 118

1     A   Well, the studies that have actually looked at
2   that looked at a number of different types of stress. And
3   as you are probably well aware, it's difficult to
4   quantitate stress. So what the studies did was they took
5   various situations that might be considered by most of us
6   to be stressful. So perhaps a job situation where you
7   don't have control. Perhaps a situation where you are
8   asked to be the care provider for a loved one and may not
9   have the resources to fulfill all those duties.
10          They've actually looked at Type A behavior and
11   looked at whether they -- that type of personality is
12   related -- has a higher rate of atherosclerosis. And
13   what they've kind of found out as you parse through that
14   it's really the Type A personality that is hostile that
15   ends up having a relationship to atherosclerosis.
16          The reason that I would put this into the
17   category of a contributing factor and not substantial
18   contributing is as you can probably surmise it is
19   difficult to quantitate stress. And so -- but if someone
20   is willing to admit to a stressful situation, then I think
21   that we could assume that Mr. Dedrick was under
22   the right sort of physiologic conditions to have
23   allowed this to contribute to his atherosclerosis.
24          There is a notion that stress is related to
25   increased sympathetic nerve activity and increased

Page 119

1   secretion of various hormones and -- from the adrenal
2   gland and that the atherosclerosis is really
3   linked in some way to those phenomenon.
4          Now, in this particular case, we have his
5   testimony that says he's under stress. I can't quantitate
6   it. He says that he's under stress. And there is
7   literature that suggests that stress is related to
8   atherosclerosis.
9     Q   Is giving a deposition stressful?
10     A   It can be.
11     Q   Is public speaking stressful?
12     A   It certainly is.
13     Q   Okay. All right. And would you be prepared to
14   say --
15     A   And I guess that -- I guess to answer
16   your question -- I don't mean to talk over you. I
17   think that, again, you know, stress may be subjective.
18   You've been really nice to me, so I'm not as stressed
19   talking to you as I might be with someone else. So it --
20   it can be somewhat subjective. And that's why I'm
21   not going to necessarily place this into the category
22   of dyslipidemia and diabetes and family history and
23   smoking and hypertension and metabolic syndrome, but I
24   think that it contributed to his atherosclerosis.
25     Q   And it's your position that it

Page 120

1   contributed to the development of atherosclerosis because,
2   A, Tony Dedrick acknowledged stress in his deposition,
3   stress related to being in prison and, B, the
4   literature -- there is literature to suggest that stress
5   increases the risk of myocardial infarction. Correct?
6     A   Well, increases not only the risk of myocardial
7   infarction but increases the risk of the development of
8   atherosclerosis.
9     Q   What's the relative risk between stress and the
10   increase or -- atherosclerosis -- causing
11   atherosclerosis?
12     A   I don't know that I can -- I couldn't
13   tell you that, as I sit here.
14     Q   Okay. Do you -- can you name any
15   articles that you rely on for saying that it was a
16   contributing factor in Tony Dedrick's case? I mean --
17     A   Those articles are in the materials
18   reviewed. And I can review pull -- I can review those or
19   pull them out and look at them and -- or else I can go to
20   the boxes and try to pull them out if you want to do that.
21     Q   Okay. So they're all either in the
22   boxes -- they're all in the boxes and on this list.
23   Correct?
24     A   That's correct.
25     Q   All right. But you can't name one sitting

Page 121

1   there. Right?
2     A   No, I cannot.
3     Q   The next most substantial contributing factor
4   in the list is metabolic syndrome.
5     A   Yes.
6     Q   Correct?
7     A   Correct.
8     Q   And it is -- is it your position that metabolic
9   syndrome was a substantial contributing factor in Tony
10   Dedrick's heart attack?
11     A   Yes.
12     Q   And in your report you give the
13   diagnostic tools for metabolic syndrome. Correct?
14     A   I do.
15     Q   And you've reviewed the medical records
16   and determined that Tony Dedrick, in fact, had
17   metabolic syndrome. Correct?
18     A   Correct.
19     Q   What does the literature show about
20   the association between metabolic syndrome and
21   myocardial infarction?
22     A   Well, there is a clear link between metabolic
23   syndrome and atherosclerosis and then on the basis of the
24   development of the atherosclerosis, myocardial infarction.
25          The metabolic syndrome, as you know, is a

31 (Pages 118 to 121)

bbc4ba51-be76-433c-abad-5884dba30a44

Paul J. Roach, M.D.

Page 122

1  constellation of findings and that constellation of
2  findings actually infers a greater risk on the person who
3  has metabolic syndrome than simply the sum of the risk
4  factors.
5        So, for example, if you have someone who has
6  hypertension and elevated triglyceride, a low HDL
7  hypertension -- I'm sorry, I said that, or diabetes, their
8  risk of an event and their risk of the development of
9  atherosclerosis is not actually additive, it's actual
10  multiplicative. And Dr. Scott Grundy addresses that in
11  one of his articles in the Journal of American College of
12  Cardiology. So when we see folks with a metabolic
13  syndrome, we know that that risk is substantially
14  elevated. And I've seen other things where it may
15  confer a two to threefold risk over standard risk factors
16  in nondiabetics, and if you're a diabetic it may be as
17  high as three to fivefold. And I believe I saw that in
18  some publication from the American Heart Association or
19  even on their website. I can't recall where. But it
20  clearly increases risk over and above the sum of the risk
21  factors that you're looking at.
22     Q   Okay. And the next substantial contributing
23  factor that you list in Tony Dedrick's heart attack is
24  obesity?
25     A   That's correct.

Page 123

1     Q   Correct?
2     A   Correct.
3     Q   Okay. All right. And what is the level
4  of obesity necessary to establish that it is a
5  substantial contributing factor in a myocardial
6  infarction?
7     A   Again, obesity is probably a linear -- is most
8  likely, I would think, a linear risk factor. The more
9  overweight perhaps the more risk. I don't know as I sit
10  here off the top of my head whether there's a threshold
11  level of increased weight that would require you --
12  that would put you over the -- over the bal -- over the --
13  tip you over the balance, so to speak.
14        We -- it is clearly -- it is clear in the
15  literature that obesity is a risk factor. It's generally
16  defined as a BMI of 30 or greater. Being overweight is
17  defined as between 25 and 30. The issue with obesity is
18  whether it is mediated through other risk factors or
19  whether the obesity is in and of itself a risk factor
20  independent of its impact on these other risk factors.
21        So, in other words, we typically see in the
22  obese person, high blood pressure, dyslipidemia and
23  diabetes. The question then becomes whether in fact it in
24  and of itself is a factor all by itself. I think there's
25  data that suggests that is the case, that if you look at

Page 124

1  the metabolic syndrome in particular, it's the truncal
2  obesity that places one at risk, not the obesity that you
3  carry in your hips. And so that truncal obesity is
4  associated with insulin resistance and it's that insulin
5  resistance which probably confers a lot of the risk of
6  atherosclerosis.
7     Q   What is the factual basis for your
8  opinion that obesity was a substantial contributing factor
9  in Tony Dedrick's heart attack?
10     A   Well, I think he was diagnosed with obesity and
11  I believe he's --
12     Q   That's based on -- I'm sorry.
13        Was that based on a BMI or truncal measurement
14  or what?
15     A   Well, my understanding was that he did have a
16  BMI where he was very close to the standard definition.
17  believe it was -- there was a BMI done at the time. So
18  somebody calculated a BMI around the time of his
19  myocardial infarction at 29.3. I believe there are
20  weights that are higher than where he would have been at
21  the time of his myocardial infarction, which if the weight
22  went up to the place -- certainly he wasn't getting any
23  taller after he had reached adulthood. So if his weights
24  were going up, his BMI would have gone up.
25     Q   Okay. And all of the literature that you rely

Page 125

1  on in saying that obesity was a substantial contributing
2  factor in Tony Dedrick's heart attack is contained
3  in the files that you have there --
4     A   Correct.
5     Q   -- and on the list --
6     A   Correct.
7     Q   -- of materials you reviewed?
8     A   Correct.
9     Q   Can you name any --
10     A   Not --
11     Q   -- can you name any of those --
12     A   Not off --
13     Q   -- those articles?
14     A   -- not off the top of my head.
15     Q   Okay. And then the next and last on the
16  list of substantial contributing factors in Tony Dedrick's
17  heart attack is lack of physical activity. Is that
18  correct?
19     A   Yeah. Again, I would probably place that in the
20  category of a contributing factor and not necessarily a
21  substantial contributing factor.
22     Q   Okay. All right. Well, just so that
23  I'm clear, was lack of physical activity a substantial
24  contributing factor in Tony Dedrick's heart attack?
25     A   Lack of physical activity was a contributing

32  (Pages 122 to 125)

Paul J. Roach, M.D.

Page 126

1  factor but not a substantially contributing factor.
2      Q   Okay.
3      A   Now --
4      Q   Thank you.  So if I ask you for a "yes" or
5  "no" answer at trial -- well, let me ask you for a "yes"
6  or "no" answer now so I'll know at trial.
7          Was lack of physical activity a substantial
8  contributing factor in Tony Dedrick's heart attack?
9      A   It was not.
10     Q   Okay.  I mean -- now, Dr. Roach, in your
11 report on the -- on the first page --
12     A   Can I just -- Mr. Birchfield, for completeness
13 sake, you know, I went through that list off the top of my
14 my head.  And as I -- the contributing or substantially
15 contributing factors to Mr. Dedrick's state, I probably
16 left off some of those things that are -- that are
17 contained in my report.
18     Q   Okay.  Well, I want to go back to that.  But
19 before we do that, Dr. Roach, let's just -- let's make
20 sure that you and I are on the same page about the -- and
21 I want to comprise two lists.
22         One list is the list of substantial contributing
23 factors --
24     A   Uh-huh.
25     Q   -- in Tony Dedrick's heart attack and the other

Page 127

1  is the contributing factors but not substantially
2  contributing factors.
3      A   Correct.
4      Q   Are you with me?
5      A   Yes.
6      Q   All right.  On the -- that list that
7  I have based on your testimony of substantial
8  contributing factors is family history.  Correct?
9      A   Correct.
10     Q   Smoking?
11     A   Correct.
12     Q   Correct?
13         Dyslipidemia.  Correct?
14     A   Correct.
15     Q   Diabetes.  Correct?
16     A   Correct.
17     Q   Hypertension.  Correct?
18     A   Correct.
19     Q   And then the metabolic syndrome?
20     A   Correct.
21     Q   Correct?
22         And then -- all right.  Are there any other
23 substantial contributing factors in Tony Dedrick's heart
24 attack, in your opinion?
25     A   The finding of microalbuminuria certainly

Page 128

1  confers a much greater increased risk and I would probably
2  put that as a contributing factor or a
3  substantially contributing factor.
4      Q   And what is the -- I'm sorry.  I
5  didn't mean to interrupt you.
6      A   No, go ahead.  I'm sorry.  You did not interrupt
7  me.
8      Q   What is the -- the factual basis for
9  establishing microalbuminuria - that's a mouthful for me -
10 in Tony Dedrick's case?
11     A   There were measurements in -- well, in his
12 medical records there are measurements of his urine
13 proteins and urine microalbumin and he fits into the
14 category of someone who has microalbuminuria, elevated
15 levels of microalbumin.
16     Q   And how many readings are necessary
17 to establish a diagnosis of microalbuminuria?
18     A   Well, he certainly has at least one of the
19 readings on multiple other occasions.  When you do the
20 dipstick urine measurements he is protein positive.  So on
21 multiple occasions there was protein in the urine.  I
22 suspect that had they measured the actual micro -- or the
23 albumin levels at that time they would have found
24 elevation of albumin -- microalbumin in the urine at
25 that time.

Page 129

1          The normal finding is to be protein
2  negative in the urine.  The fact that there's any protein
3  in there is abnormal.
4      Q   All right.  And is there a temporal
5  relationship necessary to establish microalbuminuria as a
6  substantial contributing factor --
7      A   I think --
8      Q   -- in a myocardial infarction?
9      A   -- I think again it is a -- and it --
10 maybe perhaps we should not use contributing factor in
11 so -- maybe we should modify that so that we're correct in
12 our looking at this issue.  It is a marker is what
13 it is.  It's a marker much like erectile dysfunction would
14 be a marker.
15     Q   All right.  So -- well, let me make sure
16 I'm clear.
17         Is microalbuminuria a substantial contributing
18 factor in Tony Dedrick's heart attack?
19     A   I think the fact that it's present is a
20 substantial contributing factor, yes.
21     Q   Okay.  In what way does microalbuminuria lead to
22 the development of atherosclerosis?
23     A   I'm not sure that as I sit here today that I
24 could tell you what the exact mechanism for that is.
25     Q   Okay.  But you are confident that

33 (Pages 126 to 129)

bbc4ba51-be76-433c-abad-5884dba30a44

Paul J. Roach, M.D.

Page 130

1 microalbuminuria does, in fact, lead to the development of
2 atherosclerosis?
3    A   It is associated with the development
4 of atherosclerosis.  And perhaps I should --
5    Q   And what's the --
6    A   I'm sorry.  Go ahead.  I didn't mean to cut you
7 off.
8    Q   What's the difference in microalbuminuria
9 leading to the development of atherosclerosis versus
10 microalbuminuria being associated with atherosclerosis?
11    A   It may be a marker just like erectile
12 dysfunction.  We would not consider that to be something
13 that leads to atherosclerosis but is a marker for
14 increased risk of atherosclerosis.  And so as I see my
15 report here, I'm going to expose myself a little bit.  I
16 think I was a tad bit inartful in terms of how I listed
17 that out.
18    Q   All right.  And the -- so am I hearing you
19 correctly in saying that microalbuminuria may be a marker
20 for atherosclerosis, but it would not be a
21 substantial contributing factor in Tony Dedrick's heart
22 attack?
23    A   What I'm trying to get at is that the presence
24 of the microalbuminuria is a very strong marker for the
25 presence of atherosclerosis.  Now, whether it, like the

Page 131

1 other risk factors we consider them to be causally
2 related, I don't think that that's the case.  I think it
3 is a marker for atherosclerosis.  Its presence predicts a
4 higher incidence of atherosclerosis.
5    Q   Okay.  So without a causal relationship
6 are you still prepared to say that microalbuminuria
7 was a substantial contributing factor in Tony
8 Dedrick's heart attack?
9    A   Not in the way that we've been talking.  Okay?
10 I don't -- I would say that it is a marker which raises
11 your index of suspicion that he had atherosclerosis at the
12 time that that microalbuminuria was discovered.
13    Q   So should we leave it on our list of substantial
14 contributing factors or not?
15    A   I think what we should do is probably put it in
16 where we're going -- if we're going to talk about things
17 like erectile dysfunction that it is a marker for disease.
18    Q   Okay.  All right.  So I don't mean to -- I don't
19 mean to be difficult here, but at trial I need to
20 know what your position is about the substantial
21 contributing factors.
22       So is microalbuminuria a substantial
23 contributing factor in Tony Dedrick's heart attack?
24    A   What I'm trying to get at here was
25 to get away from the false construct is the presence of

Page 132

1 microalbuminuria is a pretty good predictor of
2 atherosclerosis.  Okay?
3       Now, going through that whole construct that we
4 just went through, did it cause, did it do this, I don't
5 know that I can sit here and tell you that it is causative
6 in the usual way that doctors think of causative or
7 perhaps lawyers think of causative, but it is a marker for
8 atherosclerosis.
9       The fact that it's present, it gives you a more
10 likely than not that person is going to have
11 atherosclerosis compared to somebody who doesn't have
12 microalbuminuria.
13       So I put it in the category of a strong marker.
14 It's something that tells you that he -- he's got
15 increased risk for atherosclerosis.
16       Is it in the category that we can say that it
17 causes atherosclerosis?  I don't know.  But I need to --
18 we need to step a little bit away from the construct so
19 that people understand that its presence is an important
20 thing to note.
21    Q   All right.  And I understand that.  And if --
22 and you've mentioned erectile dysfunction.  And
23 if I understand you right, erectile dysfunction can be an
24 indicator that there is atherosclerosis present.  Correct?
25    A   Correct.

Page 133

1    Q   Okay.  And would you say that microalbuminuria
2 is an indicator that atherosclerosis is present?
3    A   That's correct.
4    Q   Okay.  Would you say that microalbuminuria leads
5 to the development of atherosclerosis?
6    A   My understanding of it, as I sit here now, is I
7 would not consider that as something that necessarily
8 leads to atherosclerosis, although I think that there is a
9 notion that this microalbuminuria can be associated with
10 certain types of dyslipidemias and that that obviously
11 could then contribute.
12       So whether it's a marker or whether
13 it's causing something through some other mechanism, I
14 can't answer at this point.
15    Q   Okay.
16    A   I think for my purposes here I am
17 perfectly comfortable to say that it's a marker.
18    Q   And not a substantial contributing factor?
19       MR. BLACKWELL:  Objection; form.
20    A   I would say it's a marker and not a substantial
21 contributing factor.
22    Q   (By Mr. Birchfield) Okay.  So I'm going to --
23 in listing the substantial contributing factors, we
24 should take off microalbuminuria.  Correct?
25    A   Well, but I don't want to downplay the

34  (Pages 130 to 133)

bbc4ba51-be76-433c-abad-5884dba30a44

Paul J. Roach, M.D.

Page 134

1   importance of it, because when you see that it is
2   a big red flag.
3       Q   Okay. And I understand that you place
4   importance -- significant importance on microalbuminuria.
5   But I need to know whether or not it falls into
6   the category of substantially contributing to
7   either the atherosclerosis in Tony Dedrick or his
8   myocardial infarction?
9               MR. BLACKWELL: Objection; form.
10      A   I think to move this process along, I'll take it
11  off that list.
12      Q   (By Mr. Birchfield) Okay.
13              MR. BLACKWELL: Do you need to return that
14  page?
15      Q   (By Mr. Birchfield) All right. Any other
16  substantial contributing factors in Tony Dedrick's heart
17  attack?
18      A   If --
19      Q   We have family history, smoking, dyslipidemia,
20  diabetes, hypertension, metabolic syndrome.
21          Any other significant contributing
22  factors?
23      A   Let's see. We've gone through family history,
24  smoking, hypertension, dyslipidemia, diabetes, metabolic
25  syndrome. At this point I think I'm comfortable with

Page 135

1   those. And I guess the issue is the obesity, whether
2   that's a substantial contributing factor.
3       Q   Okay. Okay. I'm sorry. Would you put obesity
4   in the category --
5       A   I would --
6       Q   -- the category of --
7       A   I think I would.
8       Q   Okay. All right. And then as far as the
9   list of contributing factors but not substantially
10  contributing factors we have alcohol abuse. Correct?
11      A   I think we may -- did -- boy, I tell you it's
12  been a while. I thought maybe we put that into a
13  substantially contributing.
14      Q   Okay. If that's --
15      A   I just don't recall.
16      Q   -- if that's --
17      A   Yeah. I would think that there is --
18  that that is something that -- well, I'll tell you what
19  we'll do here --
20      Q   Okay.
21      A   -- because, again, anytime we are dealing with
22  subjective factors no matter what the literature might
23  suggest and obviously Mr. Dedrick may have a different
24  counting of his alcohol consumption compared to somebody
25  else, and I want to be fair to him, why don't we move that

Page 136

1   off the substantially contributing to simply the
2   contributing? Because I think, again, it would -- it may
3   be difficult for any of us in this room to actually
4   quantitate how much alcohol he's consumed. We know that
5   he's consumed some alcohol over the time -- over time
6   because he's had some problems with it. But for me to
7   actually be able to absolutely quantitate that, I can't do
8   that. I don't have the same sort of robust information
9   that I have from the medical records with regard to the
10  other risk factors. And so I'll move that -- if I
11  was -- if I had put that into the substantially
12  contributing, I think that we probably need to move that
13  to contributing.
14      Q   Okay. Let me -- just for clarity's sake, let me
15  ask.
16          In your opinion, was alcohol abuse a substantial
17  contributing factor in Tony Dedrick's heart attack?
18      A   I would say it was a contributing factor, but
19  not a substantially contributing factor -- a substantial
20  contributing factor.
21      Q   Okay. All right. So on the contributing but
22  not substantially contributing list we have alcohol abuse,
23  cocaine use. Correct?
24      A   Correct.
25      Q   Age. Correct?

Page 137

1   A   Correct.
2   Q   Gender. Correct?
3   A   Correct.
4   Q   And stress. Correct?
5   A   Correct.
6   Q   And then lack of physical activity. Correct?
7   A   Correct.
8       And then one last one would be his diet. I
9   would place --
10  Q   Okay. And --
11  A   -- I would place in the category of a
12  contributing factor. And, again, because that would be
13  difficult for us to have a handle on exactly what his
14  dietary habits were.
15  Q   Okay. And what's the factual basis for
16  your opinion that his diet was a contributing factor in
17  his myocardial infarction?
18  A   Well, I think, if I recall right, there may have
19  been some discussion about his dietary habits or about him
20  needing to see a dietician regarding his dietary habits.
21  I think that primarily pertained to his diabetes, but I
22  think you could infer from his weight, from his
23  dyslipidemia and from his diabetes that his diet was
24  probably not optimal.
25  Q   Okay.

35 (Pages 134 to 137)

bbc4ba51-be76-433c-abad-5884dba30a44

Paul J. Roach, M.D.

Page 138

1    A   And if we could -- not to throw you off your
2  train, if we could take a break so that I can answer that
3  page, I would appreciate it.
4    Q   That will be fine.
5    A   Thank you.
6    Q   Okay. Just come back when you're ready.
7        THE VIDEOGRAPHER:  Off the record at 5:32.
8        (Off the record from 5:32 to 5:46)
9        THE VIDEOGRAPHER:  Back on the record at
10  5:46.
11    Q   (By Mr. Birchfield) Dr. Roach, in
12  addition to -- we've got the list of substantial
13  contributing factors and we have the list of contributing
14  factors. Now, I want to make one more list and that's
15  a list of markers or indicators of existing
16  atherosclerosis. Okay?
17    A   Correct.
18    Q   And you would put in that category -- I
19  think from your testimony so far you would put the
20  microalbuminuria. Correct?
21    A   Correct.
22    Q   And then you would also put in that category
23  erectile dysfunction. Correct?
24    A   Correct.
25    Q   Now, are there other causes of

Page 139

1  erectile dysfunction other than atherosclerosis?
2    A   Oh, I'm sure there are. You know, that's not
3  something that I necessarily deal with on a day-to-day
4  basis, so I don't give it a great deal of thought in terms
5  of looking at all the causes. Certainly low testosterone
6  levels could be associated with that -- with erectile
7  dysfunction. Psychosocial issues could be related to --
8  could be implicated in erectile dysfunction.
9        But as a cardiologist or a person who deals in
10  cardiovascular disease, that's what I primarily think
11  about and look for.
12    Q   Okay. Well, how strong is the connection
13  between erectile dysfunction and atherosclerosis?
14    A   I think if you have the erectile dysfunction in
15  the proper setting, I think that it's probably a
16  reasonably strong link.
17        So in Mr. Dedrick's case if you look at
18  his host of risk factors, the fact that he has established
19  vascular disease and he's got erectile dysfunction, I
20  don't think that it's necessarily a stretch to conclude
21  that his erectile dysfunction could be related to vascular
22  disease.
23        Now, let's back the equation up and let's go to
24  December of 2002. And let's say Mr. Dedrick has erectile
25  dysfunction when he comes into the office and I see that

Page 140

1  he has hypertension, diabetes, he smokes, he's got high --
2  you know, he's got every risk factor known to man, and
3  he's got erectile dysfunction I would likely draw a link
4  between that erectile dysfunction and the fact that he may
5  have vascular disease as the underlying cause of his
6  erectile dysfunction.
7    Q   Okay. But erectile dysfunction in and of itself
8  would not necessarily indicate to you that there is severe
9  atherosclerosis. Correct?
10    A   Again, in isolation one could not make that --
11  yes, that's true. In isolation you could not simply
12  say -- knowing nothing else, if you picked somebody off
13  the street and they were willing to admit they had
14  erectile dysfunction but wouldn't tell you anything else,
15  you could not necessarily infer that they have vascular
16  disease. It should raise your suspicion that they have
17  vascular disease even if you don't know anything else
18  about them, but you couldn't necessarily draw a causal
19  link between the two.
20    Q   Okay. Do you have an opinion as to whether or
21  not any of Tony Dedrick's treating doctors
22  violated the standard of care?
23    A   I -- you know, I don't have an opinion about
24  that. I didn't really think about that. I mean, you
25  know, I was never asked to opine about standard of care

Page 141

1  issues, so I haven't really thought about that.
2    Q   Okay. You're not going to offer an opinion at
3  trial that any of the treating doctors or cardiologists
4  violated the standard of care in regards to Tony's
5  treatment, are you?
6    A   I am not. I was not asked to render standard of
7  care opinions.
8    Q   Okay. All right. In addition to the
9  microalbuminuria and the erectile dysfunction, are there
10  any other markers of existing atherosclerosis that you see
11  in Tony Dedrick's case?
12    A   I don't think that I noted anything. I think
13  those would be the two.
14    Q   Okay. All right. And, Dr. Roach, in the
15  second paragraph of your report, you list risk factors
16  for the development of atherosclerosis. And then
17  you also mention that there's elevated blood levels of
18  homocystein. What's the significance of homocystein in
19  Tony Dedrick's case?
20    A   I think that was just left over from the generic
21  report that had been put together. Probably there is no
22  significance in his particular case. I am not aware that
23  he's been diagnosed with elevated homocystein levels.
24    Q   Okay. So that's just a --
25    A   I think it's just --

36 (Pages 138 to 141)

Paul J. Roach, M.D.

Page 142

1    Q   -- a typographical error?
2    A   -- well, I think it's a -- probably an attempt
3  on my part to have some degree of completeness and
4  probably also partly a -- the result of leaving it
5  in from the generic part of a previous report.
6    Q   And then you say, "Additionally, there's
7  evidence of certain diseases like rheumatoid arthritis are
8  associated with an increased risk of developing
9  cardiovascular disease."
10   Is there any significance of rheumatoid
11 arthritis in Tony Dedrick's case?
12   A   There is not -- I mean, in -- well, indirectly
13 involving him. I think that that statement is in
14 there for other reasons, but I am not in any way
15 implying that Mr. Dedrick has rheumatoid arthritis.
16   Q   Okay. And what other reasons would it be
17 in there, Doctor?
18   A   Well, I think for completeness sake we know that
19 patients with rheumatoid arthritis there is evident --
20 well, there is evidence that suggests they have increased
21 thrombotic events, and I think it cuts to the whole
22 discussion we had about Naprosyn a little bit earlier in
23 this deposition.
24   Q   The Naprosyn in the VIGOR study.  Is --
25   A   Correct, correct.

Page 143

1    Q   -- is that right?
2    A   Yeah.
3    Q   Okay. All right. Are there -- let's see.
4    On the list of substantial
5  contributing factors in -- to Tony Dedrick's heart attack,
6  is the only reason that you would not include Vioxx on
7  that list is because you do not believe that Vioxx
8  substantially increases the risk of cardiovascular events?
9    MR. BLACKWELL: Objection; form.
10   A   The reason it's not included on the list is I
11 think that if you look at the body of literature, there is
12 still obvious controversy about whether that is a
13 substantially contributing factor in terms of myocardial
14 infarction even.
15   I think that there is -- there's obviously
16 literature on both sides of that issue that we've
17 discussed before.
18   Now, if we go down this list and we talk about
19 substantial contributing factors or contributing factors,
20 I've been talking about atherosclerosis. I am aware of no
21 human studies that support the notion that Vioxx initiates
22 or causes atherosclerosis. And if we look at the animal
23 studies, primarily the mice studies, the body of evidence
24 there suggests that -- well, the evidence there
25 with Vioxx in particular suggests no relationship to the

Page 144

1  initiation or progression of atherosclerosis. And if you
2  look at all the COX-2 inhibitors that were used in those
3  studies, only one of them showed an increase in the
4  initiation of atherosclerosis. All the other studies
5  showed no effect or regression in atherosclerosis. So for
6  those reasons I did not put that down on that list of
7  substantial contributing factors or contributing factors.
8    Q   (By Mr. Birchfield) Okay. And, Doctor,
9  if we applied the same methodology that you applied
10 in compiling this list of substantial contributing
11 factors to Tony Dedrick's myocardial infarction, first we
12 would look at the presence of Vioxx. Correct?
13   MR. BLACKWELL: Objection; form.
14   A   I'm sorry. The construct that we've put
15 together here for contributing ver -- and
16 substantially contributing?
17   Q   (By Mr. Birchfield) Yes.
18   A   Okay.
19   Q   If I understood your methodology --
20   A   Uh-huh.
21   Q   -- in arriving at this list of substantially
22 contributing factors, first -- the first element of that
23 is, is it present?  Is this risk factor present?  And --
24 right?  Is that correct?
25   A   That's correct.

Page 145

1    Q   Okay. And then the second factor is does
2  this -- is this an established risk factor for myocardial
3  infarction. Correct?
4    A   Correct.
5    Q   Okay. And you would agree with me --
6    A   Well, and again --
7    Q   -- that the --
8    A   -- to correct the record because when you talk
9  about myocardial -- again, perhaps whenever we use that
10 term, I want to make sure that we're talking about
11 atherosclerosis. Okay?
12   Q   Okay. Well, we -- you can talk about it in
13 terms of either causing atherosclerosis that causes the MI
14 or you could talk about it in terms of directly causing
15 the MI. Correct?
16   A   That -- well, all of these contributing factors
17 or substantially contributing factors that we've talked
18 about in that discussion we've talked about their
19 contribution or substantial contribution to the
20 development of atherosclerosis.
21   Q   Okay. But didn't you name, Dr. Roach,
22 several of these risk factors that also could
23 create a prothrombotic state that would increase the risk
24 of an MI separate and apart from the atherosclerosis?
25   A   Well, but whether that --

37  (Pages 142 to 145)

Paul J. Roach, M.D.

| Page 146 |
|---|

1    Q   Such as smoking?
2    A   Yeah.  Whether that would be the specific
3  trigger in any instance would not be known.  But I think
4  there has -- and again, I'm speaking off the top of my
5  head and I probably shouldn't do this, but I think there
6  is a notion that smoking can be associated with -- acutely
7  with myocardial infarction, although I don't know that
8  that evidence is all that robust.  And perhaps I shouldn't
9  even delve into that arena at this point, because I'm not
10  sure that I have reviewed that particular aspect
11  of that literature in enough depth to make that statement.
12    Q   Okay.  And you would agree -- in Tony Dedrick's
13  case, you would agree that Vioxx usage was present at the
14  time of his myocardial infarction.  Correct?
15    A   I agree with that.
16    Q   Okay.  And if Vioxx substantially
17  increases the risk of cardiovascular events, then you
18  would agree that VIOXX would be a substantial contributing
19  factor in Tony Dedrick's heart attack.  Correct?
20       MR. BLACKWELL:  Objection; form.
21    A   One, I don't agree that it's a substantial
22  contributing factor, but if one were to grant your
23  assumption, then under my construct, sure.
24    Q   (By Mr. Birchfield) It would be a substantial
25  contributing factor if you accept my --

| Page 147 |
|---|

1    A   Well, but that's the whole --
2       MR. BLACKWELL:  Objection; form.
3    A   -- but that's the whole purpose of our going
4  through all of this, you know.  To simply grant that, yes.
5  If you said that that was a substantial -- it would be one
6  of the substantial -- well, it's a totality.  If you deem
7  it to be a substantial contributing factor, it has to go
8  on the substantial contributing factor list.  Okay.  It's
9  a totality.  I don't believe that to be the case
10  and so I would not put that on my list and that's why
11  it didn't show up on my list.
12    Q   Okay.  And, Dr. Roach, you reviewed the
13  echocardiogram that was performed on -- immediately
14  following Tony Dedrick's heart attack.  Is that correct?
15    A   That's correct.
16    Q   Okay.  Was there any significant findings
17  from that echocardiogram that affects your opinions today?
18       MR. BLACKWELL:  Objection; form.
19    A   The striking finding on that echocardiogram was
20  the inferior wall motion abnormality.  The -- we have
21  subsequent measures of his ejection fraction, which --
22  well, let me just leave it at that.
23       The review of that echocardiogram really doesn't
24  play a great role in my opinions.  It certainly is one
25  piece of evidence that we have that shows that he had an

| Page 148 |
|---|

1  inferior myocardial infarction.
2    Q   (By Mr. Birchfield) Okay.  All right.  And did
3  you review the echocardiogram and the stress test that
4  was performed on September the 11th of this year?
5    A   I did.
6    Q   Okay.  Any findings that are significant
7  in your opinion -- in forming your opinions in this case?
8    A   Well, again, we see the inferior wall motion
9  abnormality.  I think the remaining walls of the left
10  ventricle function normally in that study and that the
11  overall ejection fraction in that study was normal.  And
12  the fact that he has a normal ejection fraction is a
13  favorable finding.
14    Q   Okay.  Are there any questions or concerns that
15  you have regarding the manner in which that test
16  was performed?
17    A   I'm sorry?  Did I have any question about the --
18    Q   Are there -- yes.
19       Do you have any questions or concerns about the
20  manner in which that test was performed?
21       MR. BLACKWELL:  Objection; form.
22    A   There was a question as to the degree
23  of exercise or the extent of exercise achieved on the
24  treadmill by Mr. Dedrick.  I don't have any -- I don't
25  have necessarily any questions about the actual

| Page 149 |
|---|

1  performance of the exam with the exception that I wasn't
2  provided -- I don't believe I was provided with the stress
3  images.  I think I was only provided with the resting
4  images.  Let me go back and make sure.
5       I was only provided with one set of the --
6  either the rest or the stress images from his stress
7  echocardiogram.  And let me just go back through this
8  report and see which one it was that I was provided with,
9  which set.  Hang on just a second here.
10       Yeah.  I was only provided the resting images
11  from the stress echocardiogram.  I was provided the images
12  of the echocardiogram and then I was provided the
13  resting images from the stress echocardiogram,
14  understanding that those are two different studies.
15    Q   (By Mr. Birchfield) Yes, sir.
16    A   I was not provided images of the stress portion
17  of the echocardiogram study.  Does that make sense?  I got
18  the pictures of the heart at rest only.  I never got any
19  pictures --
20    Q   All right.
21    A   -- taken within the usual one minute after the
22  termination of exercise.
23    Q   Okay.  Dr. Roach, would the extent of exercise
24  affect the wall motion abnormality?
25    A   When you perform stress testing, you would

38  (Pages 146 to 149)

bbc4ba51-be76-433c-abad-5884dba30a44

Paul J. Roach, M.D.

Page 150

1  obviously like to get someone to that adequate level of
2  stress. Typically that adequate level of stress is
3  defined as about 85 percent of the maximum -- what's
4  called the maximum predicted heart rate. There is always
5  a concern that you do not achieve the maximum -- or 85
6  percent of the maximum predicted heart rate that you may
7  have a false negative in a sense, that you may not uncover
8  some type of wall motion abnormality. And that is -- I --
9  that is a concern in this particular test that perhaps he
10  did not achieve maximal stress and...
11     Q    And the danger -- if he reached maximal
12  stress, it would show a greater extent of damage if it was
13  there. Correct?
14     A    It potentially could, yes.
15     Q    And in regard to the --
16     A    Well, let me back -- let me back
17  up on that.
18        I think that with regard to the inferior wall
19  motion abnormality you -- you're going to have what you
20  got. Typically with stress echocardiography if you've
21  got a preexisting wall motion abnormality, it's going to
22  be difficult to make any further calls about wall motion
23  abnormalities in that particular area. What you're
24  looking for on that stress echocardiogram is wall motion
25  abnormalities remote from the already damaged wall.

Page 151

1     Q    Okay. The danger in not reaching the
2  maximal exercise level is that it will not show the true
3  extent of damage. Correct?
4     A    Well, again, I -- I'm not quite sure I would
5  agree with your choice of terms, that danger is not a term
6  that we would use in the clinical arena.
7        The concern you would have is that you may not
8  have subjected the heart to a sufficient amount of stress
9  in order to uncover areas of ischemia.
10     Q    All right. The disadvantage of not
11  meet -- reaching the maximal exercise level is not that
12  it's going to show more damage than is actually there. Do
13  you follow me?
14     A    I do --
15        MR. BLACKWELL: Objection; form.
16     A    -- but in some circumstances you
17  actually could uncover that with submaximal stress.
18  But you're absolutely right.
19        The issue there is if you had a less than
20  maximal stress test, the way that I read it and a number
21  of my colleagues would read it, is that we would read it
22  to the level of stress achieved, there is no evidence for
23  myocardial ischemia.
24        Now, in someone like Mr. Dedrick who is limited
25  by his arthritis this test can actually still have some

Page 152

1  value in terms of whether he has myocardial ischemia in
2  his usual day-to-day activities. If Mr. Dedrick did as
3  much work as he's capable of doing on that treadmill this
4  would mimic what he does on a day-to-day basis or probably
5  exceeds what he does on a day-to-day basis. So we could
6  feel comfortable in a clinical setting of saying that even
7  though this stress test is submaximal, at the level of
8  exercise achieved, there is no evidence for myocardial
9  ischemia.
10        Now, although that's not a perfect test, it's a
11  valuable test when treating patients like Mr. Dedrick,
12  because you can say that, look, in his day-to-day
13  activities I'm not worried that he's walking around with a
14  huge ischemic burden because I certainly didn't uncover it
15  when I pushed him on the treadmill test and he went as
16  hard as he can go on that treadmill test and he's not
17  likely to continue to do that kind of activity on a
18  regular basis when he's knocking around the house. So the
19  test does have some value even though it's a submaximal
20  stress test.
21     Q    (By Mr. Birchfield) Okay. In regards to the
22  nuclear stress test that was conducted on November --
23  I mean, I'm sorry, September the 27th, 2006,
24  you reviewed -- you reviewed that. Correct?
25     A    I did.

Page 153

1     Q    Okay. Is there any -- any sig -- any findings
2  that you place significance in your opinions in this case
3  from that test?
4        MR. BLACKWELL: Objection; form.
5     A    Well, let me go through the test with you and
6  perhaps we can figure out what we need to get out of it.
7     Q    (By Mr. Birchfield) Okay.
8     A    Understand, this test is done using a
9  pharmacologic stress -- stressing agent and there will be
10  some limitations inherent in that.
11        The ejection fraction at rest is normal.
12  It's 52 percent. There are reported to be, and I would
13  agree, an inferior wall motion abnormality and there are
14  some septal abnormalities that you see that can be clearly
15  attributed to a post-bypass state. It is not at all
16  uncommon to see septal wall motion abnormalities in the
17  post-bypass state. And we -- so we see that as well in
18  Mr. Dedrick's case. So the overall ejection
19  fraction is normal. We see the previous inferior --
20  we see the inferior wall hypokinesia which we
21  can attribute to his myocardial infarction --
22        THE REPORTER: Can you slow down a little
23  bit?
24        THE WITNESS: Sure.
25     A    We see the inferior hypokinesis, which we can

Paul J. Roach, M.D.

Page 154

1 attribute to his prior myocardial infarction, and we see
2 the septal hypokinesis, which we can attribute to the
3 post-bypass state.
4        Now, with the administration of adenosine, we --
5 that's the stressing agent. And another ejection
6 fraction is then ob -- obtained postinfusion of adenosine
7 and is reported to be 49 percent, which is basically
8 within the limits of the test. The margin of error
9 on an ejection fraction calculation is plus or minus
10 5 percent. So that would be certainly within the --
11 the limit of error on the test.
12        One would not expect to see the ejection
13 fraction go up with the use of a pharmacologic stressing
14 agent. So the fact that it goes from 52 to 49 is
15 perfectly fine. That is a normal finding. The
16 only thing that we would be concerned about is if the
17 ejection fraction dramatically fell and fell below the
18 range of the standard deviation, which it certainly
19 doesn't do in this case.
20        So I think to bring my long-winded answer and
21 boil it down, it shows a normal ejection fraction with
22 findings consist with his prior infarction and findings
23 consistent with a post-bypass state.
24        Now, with regard to the profusion images, there
25 is a profusion defect in the anterior wall by my read;

Page 155

1 however, that profusion defect is proximal to where the
2 bypass graft would insert. I do not see evidence for a
3 profusion defect in the distal anterior wall or the apex,
4 and that would suggest that the bypass graft to the
5 anterior -- the -- to the anterior descending artery is
6 patent and functioning normally.
7        I did not -- there was a fixed defect in the
8 inferior wall consistent with the prior infarction, and I
9 saw no evidence for any other areas of abnormal profusion
10 suggesting either a progression of his disease or failure
11 of a bypass graft.
12     Q   (By Mr. Birchfield) You mean any other
13 significant findings in that --
14     A   No.
15     Q   -- in that test?
16     A   No.
17        So in summary I guess if I could
18 summarize - and I'm sorry I'm being so long-winded - I
19 think the good news for Mr. Dedrick is he's got preserved
20 LD dysfunction. The other piece of good news is that
21 there's no evidence based on this study that he's lost a
22 bypass graft or that he has a significant ischemic burden.
23     Q   Okay. Are there any questions or concerns that
24 you have regarding the manner in which that test
25 was performed?

Page 156

1        MR. BLACKWELL: Objection; form.
2     A   Based on the information made available to me, I
3 wouldn't have any way to question the way in which the
4 test was performed since I was not standing there while it
5 was done. So I have -- but I have no reason to believe
6 that the test was not performed in the usual fashion.
7     Q   (By Mr. Birchfield) Okay. And do you have any
8 questions or concerns about the interpretation or the
9 report and how it was interpreted?
10     A   To me, the report is somewhat confusing, because
11 they talk about various fixed defects where I don't see
12 fixed defects. And those fixed defects don't tend to --
13 particularly in the anterior wall they talk about a fixed
14 defect, and I simply don't see a fixed defect there
15 that would correspond to a wall motion abnormality.
16        They talk about that in the body of the report,
17 but in the summary of the report they don't comment on it.
18 So I -- it was somewhat confusing to me the way in
19 which the data was reported out.
20        The body -- again, to summarize, the body of the
21 report did not seem to correlate very well with
22 the summary of the report.
23     Q   Any other issues with the
24 interpretation?
25     A   Let me just go back through what they read.

Page 157

1        Well, again, I am in disagreement with them with
2 regard to the fixed anterior defect. They called it a
3 reversible anteroapical defect. I did not see --
4        THE REPORTER: I'm sorry, what?
5        THE WITNESS: A reversible anteroapical.
6     A   I did not see a reversible defect in that area.
7 That area appeared -- that area profused normally
8 by my read. I would agree with them that the profusion of
9 the septum and lateral segments were normal. And I would
10 agree -- let me see if I can find where that was reported.
11 I would agree with them that there was a fixed inferior
12 defect which would be consist with the prior myocardial
13 infarction.
14     Q   (By Mr. Birchfield) Dr. Roach, I apologize, but
15 let me go back to the September 6th stress test.
16        Did you have any concerns or questions about the
17 interpretation or the report from that test?
18        MR. BLACKWELL: Objection; form.
19     A   Dr. Orangeburg (phonetic) talked about this area
20 of apical hypokinesis. I simply did not see that. I did
21 not interpret it as apical hypokinesis, as being -- having
22 apical hypokinesis.
23     Q   (By Mr. Birchfield) How did you interpret it?
24     A   It -- as I sit here today, I'm not sure that I
25 could even see the apex all that well to comment on it.

40 (Pages 154 to 157)

bbc4ba51-be76-433c-abad-5884dba30a44

Paul J. Roach, M.D.

Page 158

1    Q   Are you -- Dr. Roach, you have three
2  boxes there that comprise your file.
3           MR. BLACKWELL: Were you done with that?
4    Q   (By Mr. Birchfield) Are they organized
5  as to -- by boxes? I just want to mark those
6  as exhibits and --
7    A   Okay. Let me finish one thing --
8           MR. BLACKWELL: Andy, I'm sorry, just so --
9    A   -- because Mr. Blackwell's kind of concerned
10  that I didn't --
11          MR. BLACKWELL: -- I'm just not -- I wasn't
12  sure he had finished his answer to the last question about
13  his interpretation of the 9/11 --
14    A   Yeah. I would agree with -- I would agree with
15  them that there was a -- an infrabasal hypokinesis and I
16  would agree with them that the ejection fraction was
17  essentially normal. They called it 50 percent. I called
18  it approximately 55. I think we're within eyeball range
19  of error. My only concern in the interpretation -- in my
20  personal interpretation of this stress echocardiogram was
21  that I was not afforded the opportunity to look at the
22  stress images.
23    Q   (By Mr. Birchfield) Okay.
24    A   But I believe that Dr. Orangeburg stated that
25  there were no substantial changes in the walls poststress

Page 159

1  as compared to prestress. So that's my only --
2    Q   Okay.
3    A   -- that's my only concern is that I have not
4  been afforded the opportunity to look at the
5  stress echocardiogram -- or the images obtained after
6  stress.
7    Q   All right. Let's -- I'd like to mark the
8  boxes of your file as exhibits. Can -- let's just mark
9  the first box and if you can just tell me what's in the
10  first box and then we'll go through it that way.
11    A   Sure.
12          THE REPORTER: Okay. Hold on just a
13  second. I'm going to give you these stickers, because I
14  can't write and reach. Okay?
15    A   The box that's going to be marked Exhibit 6 is a
16  box which contains a number of binders. The -- there is
17  one binder labeled Vioxx Literature Part 1. The second
18  one is labeled Testimony. And there's another binder
19  which is a binder from a previous deposition dated
20  June 13, 2006, which has materials relating to that
21  deposition. I think they're general materials.
22    Q   (By Mr. Birchfield) Okay. Okay.
23    A   There's also an expert report of Nicholas A.,
24  F-L-A-V-A-H-A-N, Ph.D., dated May 31st, 2006.
25          There are some documents from Merck pertaining

Page 160

1  to their review of Vioxx program.
2    Q   Okay.
3    A   There are some -- there's a little folder
4  here which has -- which is labeled David Graham Depo and
5  Exhibits.
6    Q   Dr. Roach, I don't mean to interrupt
7  you --
8    A   Don't have to go through all that?
9    Q   -- that's okay. If you will just give me a
10  general description of what's in the box.
11    A   All right. That's pretty much what's
12  in there.
13    Q   Okay.
14    A   I'm sorry. I didn't mean to be --
15          (Deposition Exhibit No. 6 marked)
16    A   I'll be more brief on this one.
17          (Deposition Exhibit No. 7 marked)
18    A   This is just a box that contains Vioxx
19  literature.
20    Q   Okay. Very good.
21          THE WITNESS: Where do you want this, here?
22  This is okay?
23          THE REPORTER: Yeah. That's fine. Thank
24  you.
25          (Deposition Exhibit No. 8 marked)

Page 161

1    A   All right. This is a box which contains medical
2  records pertaining to Mr. Dedrick including CD disks of
3  the various studies that were performed on him. It also
4  contains all of the deposition testimony that I was
5  provided with. That would be the depositions of Dr. Gelb,
6  Mr. Dedrick, Mr. Dedrick's brothers, Mr. Dedrick's
7  girlfriend and the treating physicians -- the treating
8  cardiologist and -- and Dr. Herrera.
9    Q   Okay.
10    A   And then I think these are -- these are also
11  just medical records. I think there's also a binder which
12  has some -- well, this is all medical records stuff. I
13  think that's what's in this box. Let me just make sure
14  that I didn't stick anything else in here.
15         Yeah, that's it. That's what's in here.
16    Q   Thank you, Dr. Roach.
17         Then we have three folders. Is that correct?
18    A   Hang on just a second here. I've got
19  another set in here that I need to make sure are not --
20  yeah, these are all just medical records. Okay.
21          THE REPORTER: Did you stick that on top?
22  Yeah.
23          (Deposition Exhibit No. 9 marked)
24    A   Then there are three folders. Do you want me to
25  mark each one separately? They're all literature.

41 (Pages 158 to 161)

bbc4ba51-be76-433c-abad-5884dba30a44

Paul J. Roach, M.D.

Page 162

1    Q   (By Mr. Birchfield) If -- that's
2  fine. You can mark it as a composite exhibit. That
3  would be fine.
4    A   Well, let me make sure that there isn't anything
5  in here. Let me not -- let me do something a little
6  different. Some of it's literature and some of it
7  are documents from Merck regarding their review of the
8  Vioxx.
9    Q   Okay.
10   A   So I'm going to mark that separate.
11   Q   Whatever makes sense.
12   A   So I'll mark each one of these separately if
13 that's okay.
14   Q   That would be good. Thank you, Dr. Roach.
15        (Deposition Exhibit Nos. 10-11 marked)
16   A   And then there's another folder which contains
17 literature. And I'm going to go ahead and just mark that.
18        (Deposition Exhibit No. 12 marked)
19   Q   (By Mr. Birchfield) All right. Dr. Roach,
20 you treat patients that have suffered heart
21 attacks. Correct?
22   A   That's correct.
23   Q   What is the typical emotional response of a
24 patient that suffered a heart attack?
25        MR. BLACKWELL: Objection; form.

Page 163

1    A   I don't know that I can tell you that there's a
2  typical emotional response. I think it runs the gamut.
3    Q   (By Mr. Birchfield) Would it be unusual to find
4  a patient that's suffered a heart attack that has
5  emotional damage as a result?
6        MR. BLACKWELL: Objection; form.
7    A   It would not -- you know, that's not out of the
8  realm of possibilities, no.
9    Q   (By Mr. Birchfield) Would that be -- would it
10 be usual for an individual that suffers a heart attack
11 to have fear of a future heart attack?
12        MR. BLACKWELL: Objection; form.
13   A   Certainly has been in my experience that in
14 the short term I think there is some initial fear,
15 but I think that as we reassure the patient, we treat
16 them, we modify their risks, that that fear abates over
17 time. That's been my experience.
18   Q   (By Mr. Birchfield) What about depression, do
19 you have patients that suffer depression
20 following a heart attack?
21   A   I think that that is a possibility and
22 does happen, yes.
23   Q   Okay. All right. Dr. Roach, let's do
24 this. I think that I'm -- I think I'm done. But if we
25 could take just a three or four-minute break, let me check

Page 164

1  my notes and we'll wrap up.
2    A   You bet. Thank you.
3        THE VIDEOGRAPHER: Off the record at 6:20.
4        (Off the record from 6:20 to 6:24)
5        THE VIDEOGRAPHER: Back on the record at
6  6:24.
7    Q   (By Mr. Birchfield) Dr. Roach, that's all the
8  questions I have. Thank you for your time this
9  afternoon.
10   A   Thank you, Mr. Birchfield.
11        MR. BLACKWELL: We'll reserve our questions
12 until the time of trial.
13        THE VIDEOGRAPHER: Off the record at 6:25.
14        (Deposition concluded at 6:25 p.m.)

Page 165

1        CHANGES MADE TO DEPOSITION
2     No erasures or obliterations of any kind are to be made
   to the original testimony as transcribed by the deposition
3  officer. Please enter the page number, line number and
   reason for such change or correction below.
4
WITNESS NAME: PAUL J. ROACH, M.D.  DATE OF DEPO: 10/24/06
5
PAGE   LINE      CHANGE           REASON
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25        PAUL J. ROACH, M.D.

42 (Pages 162 to 165)

Paul J. Roach, M.D.

Page 166

```
 1        I, PAUL J. ROACH, M.D., have read the foregoing
 2   deposition and hereby affix my signature that same is true
 3   and correct, except as noted above.
 4
 5        _____
 6        PAUL J. ROACH, M.D.
 7
 8   THE STATE OF TEXAS)
 9   COUNTY OF TRAVIS )
10
11        Before me, _____, on this
     day personally appeared (description of identity card or
12   other document) to be the person whose name is subscribed
     to the foregoing instrument and acknowledged to me that
13   they executed the same for the purposes and consideration
     therein expressed.
14
15        Given under my hand and seal of office
     this _____ day of _____, 2006.
16
17
18        _____
19        NOTARY PUBLIC IN AND FOR
          THE STATE OF TEXAS
20
21
22
23
24
25
```

Page 168

```
 1   witness's examination, signature and return to me by
 2   _____ (30 days);
 3        That pursuant to information given to the
 4   deposition officer at the time testimony was taken, the
 5   following includes counsel for all parties of record:
 6        Mr. Andy Birchfield and Mr. Marcus Stevenson,
     Attorneys for Plaintiff
 7        Mr. Robert Blackwell and Mr. Sean Brennan,
     Attorneys for Defendant
 8
 9        I further certify that I am neither counsel for,
10   related to, nor employed by any of the parties or
11   attorneys in the action in which this proceeding was
12   taken, and further that I am not financially or otherwise
13   interested in the outcome of the action.
14        Further certification requirements pursuant to
15   Rule 203 of TRCP will be certified to after they have
16   occurred.
17        Certified to by me, this 26th of October, 2006.
18
19
20        _____
          RHONDA HOWARD, Texas CSR No. 4136
          Expiration Date 12/31/08
21
22
23
24
25
```

Page 167

```
 1        UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE: VIOXX        *  MDL DOCKET NO. 1657
                         *
 4   PRODUCTS LIABILITY LITIGATION *  SECTION L - DIVISION 3
                         *
 5   This Document relates to    *
     CASE NO. 2:05CV2524       *  JUDGE FALLON
 6                         *
     ANTHONY WAYNE DEDRICK,     *  MAG. JUDGE KNOWLES
 7   An Individual,          *
                         *
 8        Plaintiff,       *
                         *
 9   v.                  *
                         *
10   MERCK & CO., INC.,       *
                         *
11        Defendant.       *
12
          REPORTER'S CERTIFICATION
13        DEPOSITION OF PAUL J. ROACH, M.D.
          OCTOBER 24, 2006
14
15        I, Rhonda Howard, Certified Shorthand Reporter
16   in and for the State of Texas, hereby certify to the
17   following:
18        That the witness, PAUL J. ROACH, M.D., was duly
19   sworn by the officer and that the transcript of the oral
20   deposition is a true record of the testimony given by the
21   witness;
22        That the deposition transcript was submitted on
23   _____ to Mr. Robert A. Blackwell, FULBRIGHT &
24   JAWORSKI, L.L.P., 2200 Ross Avenue, Suite 2800, Dallas,
25   Texas 75201-2784, (214) 855-8000, address, for the
```

43 (Pages 166 to 168)

bbc4ba51-be76-433c-abad-5884dba30a44