UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
|                                      | : | MDL NO. 1657 |
| IN RE: VIOXX                         | : |               |
| PRODUCTS LIABILITY LITIGATION        | : | SECTION: L    |
|                                      | : |               |
|                                      | : | JUDGE FALLON  |
|                                      | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Mason v. Merck & Co., Inc.*, 06-810

## ORDER

The Plaintiff sought to introduce at trial portions of depositions taken of Gregory Curfman, Jan Weiner, Mary Blake, and Eric J. Topol. The Defendant, however, made several objections to the proffered deposition testimony. In addition, the Defendant offered its own counter-designations, which were objected to by the Plaintiff. The Court ruled on all these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record. Considering the size of Dr. Topol's transcript, only those pages on which rulings are made will be entered into the record.

New Orleans, Louisiana, this __6th__ day of __November__, 2006.

[signature]

UNITED STATES DISTRICT JUDGE