Mason v. Merck & Co., Inc.
Deposition Designations for Topol

|  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|
| 25:11 - 25:13   Topol, Eric 2005-11-22 | | |
| 25 11   Q: Dr. Topol, good morning. | | |
| 25 12   Nice to meet you, sir. | | |
| 25 13   A: Good morning. | | |
| | | |
| 26:6 - 27:3   Topol, Eric 2005-11-22 | | |
| 26 6   I want to review very | | |
| 26 7   briefly the highlights of your | | |
| 26 8   background. | | |
| 26 9   You have a curriculum vitae. | | |
| 26 10   I'm marking it as Exhibit 1 for this | | |
| 26 11   deposition. | | |
| 26 12   - - - | | |
| 26 13   (Whereupon, Deposition | | |
| 26 14   Exhibit Topol-1, Curriculum Vitae | | |
| 26 15   Eric Jeffrey Topol, M.D., TOPOLE | | |
| 26 16   0000001 - TOPOLE 0000127, was | | |
| 26 17   marked for | | |
| 26 18   identification.) | | |
| 26 19   - - - | | |
| 26 20   BY MR. KLINE: | | |
| 26 21   Q: The version that I have is | | |
| 26 22   what I understand to be an abridged | | |
| 26 23   version of 127 pages. Suffice it to say, | | |
| 26 24   you have a very substantial curriculum | | |
| 27 1   vitae outlining your background and | | |
| 27 2   experience; correct? | | |
| 27 3   A: Yes. | | |
| | | |
| 27:4 - 29:2   Topol, Eric 2005-11-22 | | |
| 27 4   Q: You are -- what is your | | |
| 27 5   current position, sir? | | |
| 27 6   A: I'm Provost of the Cleveland | | |
| 27 7   Clinic Lerner College of Medicine, Chief | | |
| 27 8   Academic Officer of the Cleveland Clinic, | | |
| 27 9   and also the chairman of the Department | | |
| 27 10   of Cardiovascular Medicine of the | | |
| 27 11   Cleveland Clinic. | | |
| 27 12   Q: Take them one at a time. | | |
| 27 13   Identify each one of those positions, and | | |
| 27 14   tell me very briefly what they entail. | | |
| 27 15   A: The Provost of the medical | | |
| 27 16   college is providing the oversight of | | |
| 27 17   this college of medicine, which had its | | |
| 27 18   beginning just three years ago, and it's | | |
| 27 19   part of Case Western Reserve University. | | |
| 27 20   The chief academic officer | | |
| 27 21   responsibility is responsible for all | | |
| 27 22   research and education here at this | | |
| 27 23   academic medical center, and I've been | | |
| 27 24   chairman of the department of | | |
| 28 1   cardiovascular medicine since 1991, and | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 87 11 | | front of you. Exhibit Number 5. | | Overruled |
| 9_ - | 90:11 | Topol, Eric 2005-11-22 | **Re: [90:5-90:11]** | |
| 90 5 | | Q: Now, it's a copy of -- I | **Def Obj** Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. | Overruled |
| 90 6 | | would like you to identify it, the front | | This is |
| 90 7 | | page of it. There's an e-mail that says | | relevant to |
| 90 8 | | it's from Alise Reicin to Laura | | the P's |
| 90 9 | | Demopoulos. It says, 'Did this in the | | claim |
| 90 10 | | middle of the night -- not sure it makes | | that Merck |
| 90 11 | | sense.' | | aggressively |
| 90:21 - | 90:24 | Topol, Eric 2005-11-22 | **Re: [90:21-90:24]** **Def Obj**: Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. | suppressed |
| 90 21 | | And it says here, it | | critics of |
| 90 22 | | basically transmits back Alise Reicin's | | Vioxx! |
| 90 23 | | markup, electronic markup of your | | |
| 90 24 | | document. Are you familiar with it? | | |
| 91:3 - | 91:14 | Topol, Eric 2005-11-22 | **Re: [91:3-91:14]** **Def Obj**: Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. | |
| 91 3 | | THE WITNESS: I've never | | |
| 91 4 | | seen this. | | |
| 91 5 | | BY MR. KLINE: | | |
| 91 6 | | Q: Okay. | | |
| 91 7 | | I want you to turn to Page | | |
| 91 8 | | 8, sir. I want to find out if this is | | |
| 91 9 | | something that was ever suggested to you. | | |
| 91 10 | | If you'd look at the front | | |
| 91 11 | | page, please, first. Front page. | | |
| 91 12 | | A: Oh, yes. | | |
| 91 13 | | Q: Sorry. | | |
| 91 14 | | A: Yes. | | |
| 91:21 - | 91:23 | Topol, Eric 2005-11-22 | **Re: [91:21-91:23]** **Def Obj**: Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. | |
| 91 21 | | Selective COX-2 Inhibitors | | |
| 91 22 | | Are Associated With an Increased Risk of | | |
| 91 23 | | Cardiovascular Events.' | | |
| 92:10 - | 92:12 | Topol, Eric 2005-11-22 | **Re: [92:10-92:12]** **Def Obj**: Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. | |
| 92 10 | | Q: Do you see it? | | |
| 92 11 | | A: Yes. | | |
| 92 12 | | Q: Okay. | | |
| 92:18 - | 92:24 | Topol, Eric 2005-11-22 | **Re: [92:18-92:24]** **Def Obj**: Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. | |
| 92 18 | | Q: This is your paper; correct? | | |
| 92 19 | | A: Yes. Well, I mean, this was | | |
| 92 20 | | the one that apparently was worked over. | | |
| 92 21 | | Q: Correct. | | |
| 92 22 | | A: This is not our paper. | | |
| 92 23 | | Q: Were you aware of the fact | | |
| 92 24 | | that Merck was working over your paper? | | |
| 93:3 - | 93:23 | Topol, Eric 2005-11-22 | **Re: [93:3-93:23]** **Def Obj**: Foundation; | |
| 93 3 | | THE WITNESS: I had no idea | | |
| 93 4 | | until this very moment. | | |
| 93 5 | | BY MR. KLINE: | | |
| 93 6 | | Q: Look under 'Results' on Page | | |
| 93 7 | | 8. Do you see -- I'd like you to look at | | |
| 93 8 | | the -- don't look at the underlined | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 93 9 | | sentence yet. Look at the last — the | 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. | Overruled |
| 93 10 | | sentence that begins, 'The results of the | | |
| 93 11 | | event-free survival analysis on the 66 | | |
| 93 12 | | cases showed that the relative risk of | | |
| 93 13 | | developing a cardiovascular event in | | |
| 93 14 | | rofecoxib treatment arm was 2.37' | | |
| 93 15 | | percent. | | |
| 93 16 | | That's something you | | |
| 93 17 | | eventually told people in your JAMA | | |
| 93 18 | | paper; correct? | | |
| 93 19 | | A: Yes. | | |
| 93 20 | | Q: Did you know or did they | | |
| 93 21 | | suggest it directly to you that according | | |
| 93 22 | | to Dr. Reicin, 'we prefer to flip the | | |
| 93 23 | | data and say it was reduced on naproxen'? | | |
| 94:2 - | 94:5 | Topol, Eric 2005-11-22 | Re: [94:2-94:5] Def Obj: Foundation; 602. At 91:3 Witness states "I have never seen this." At 93:3 Witness states "I had no idea" about this document or its substance. | |
| 94 2 | | THE WITNESS: It's amazing. | | |
| 94 3 | | Yes, I see it here, but it's | | |
| 94 4 | | amazing. It certainly didn't | | |
| 94 5 | | appear in our manuscript. | | |
| 95:15 - | 96:6 | Topol, Eric 2005-11-22 | | |
| 95 15 | | Q: Sir, your JAMA article, I | | |
| 95 16 | | think you read to me that your conclusion | | |
| 95 17 | | was to call for a full large-scale study; | | |
| 95 18 | | correct? | | |
| 95 19 | | A: That's right. | | |
| 95 20 | | Q: Did you want a primary | | |
| 95 21 | | cardiovascular endpoint study performed? | | |
| 95 22 | | A: Not only did it need to have | | |
| 95 23 | | cardiovascular endpoints, but it had to | | |
| 95 24 | | have cardiovascular patients. Patients | | |
| 96 1 | | had been excluded essentially from all of | | |
| 96 2 | | these studies, and so that was a patient | | |
| 96 3 | | group that we were most worried about, | | |
| 96 4 | | because they would have the highest | | |
| 96 5 | | predisposition to life-threatening | | |
| 96 6 | | events. | | |
| 97:7 - | 97:17 | Topol, Eric 2005-11-22 | | |
| 97 7 | | Q: So, did your study, what you | | |
| 97 8 | | were proposing, was it to study the drug | | |
| 97 9 | | in those people who were the logical | | |
| 97 10 | | people who were going to take the drug? | | |
| 97 11 | | A: Yes. The only way we could | | |
| 97 12 | | get to the answer here, was it safe for | | |
| 97 13 | | people with heart disease who have | | |
| 97 14 | | arthritis to take the medicine, was to do | | |
| 97 15 | | a trial in these particular patients who | | |
| 97 16 | | had been completely neglected in the | | |
| 97 17 | | development of Vioxx. | | |
| 99:16 - | 100:6 | Topol, Eric 2005-11-22 | Re: [99:16-100:6] Def Obj Foundation | Overruled. Same-ground as 90:5 supra |
| 99 16 | | Q: Look at Page 18. | | |
| 99 17 | | A: Yes. | | |
| 99 18 | | Q: 'Until then,' and this ended | | |

|  |  | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|
| 99 19 | up in your paper, 'we urge caution in |  |  |
| 99 20 | prescribing these agents to patients at |  |  |
| 99 21 | risk for cardiovascular morbidity.' Your |  |  |
| 99 22 | words? |  |  |
| 99 23 | A: That's the words that's here |  |  |
| 99 24 | in the paper that are published, yes. |  |  |
| 100 1 | Q: The underlined words are Dr. |  |  |
| 100 2 | Reicin's, according to her e-mail which |  |  |
| 100 3 | she wrote. Did you see what she said? |  |  |
| 100 4 | A: Yes. |  |  |
| 100 5 | Q: 'Conclusion needs to be |  |  |
| 100 6 | toned down.' |  |  |
| 101:18 - 101:21 | Topol, Eric 2005-11-22 |  |  |
| 101 18 | Q: And when she came to see | Re: [101:18-101:21] | Overrule |
| 101 19 | you, sir, did you believe that one of the | Def Obj 403; 602 |  |
| 101 20 | purposes was to neutralize you and your |  |  |
| 101 21 | opinion? |  |  |
| 101:24 - 105:2 | Topol, Eric 2005-11-22 |  |  |
| 101 24 | THE WITNESS: Well, |  |  |
| 102 1 | certainly. The comments she made |  |  |
| 102 2 | at that meeting would go along |  |  |
| 102 3 | with that. I mean, she basically |  |  |
| 102 4 | said that -- I remember the |  |  |
| 102 5 | conversation. It actually was |  |  |
| 102 6 | supposed to be three people coming |  |  |
| 102 7 | to visit, which was unusual, to |  |  |
| 102 8 | discuss a manuscript, but because |  |  |
| 102 9 | of our prior relationship with |  |  |
| 102 10 | Merck and Dr. Demopoulos and Dr. |  |  |
| 102 11 | DiBattiste, I had reluctantly |  |  |
| 102 12 | agreed to this meeting. But Dr. |  |  |
| 102 13 | DiBattiste didn't show up, it was |  |  |
| 102 14 | supposed to be the three of them, |  |  |
| 102 15 | and the meeting started out with |  |  |
| 102 16 | that we got it wrong, that we |  |  |
| 102 17 | would be embarrassed. |  |  |
| 102 18 | BY MR. KLINE: |  |  |
| 102 19 | Q: 'We' meaning? |  |  |
| 102 20 | A: Dr. Nissen, Dr. Mukherjee |  |  |
| 102 21 | and I. |  |  |
| 102 22 | Q: Three physicians at the |  |  |
| 102 23 | Cleveland Clinic? |  |  |
| 102 24 | A: Right. |  |  |
| 103 1 | Q: Got it wrong? |  |  |
| 103 2 | A: Got it wrong, that we would |  |  |
| 103 3 | be embarrassed if we published this |  |  |
| 103 4 | paper. |  |  |
| 103 5 | Q: Her word? |  |  |
| 103 6 | A: That's the word. The word |  |  |
| 103 7 | is 'embarrassed.' And I thought that was |  |  |
| 103 8 | harsh. And she came across as kind of |  |  |
| 103 9 | arrogant, I thought. But we talked it |  |  |
| 103 10 | through, and I explained to her that, you |  |  |
| 103 11 | know, we don't feel that way at all, and |  |  |
| 103 12 | we will stand by our data. We only |  |  |

| | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|
| 103 13 | wanted the input on inconsistencies of | | |
| 103 14 | data. We did not ask to them -- for Dr. | | |
| 103 15 | Reicin or colleagues to opine about our | | |
| 103 16 | perspective. | | |
| 103 17 | But the discussion ended up | | |
| 103 18 | okay. You know, she came about the | | |
| 103 19 | naproxen hypothesis, which I dismissed as | | |
| 103 20 | the explanation. She came with the | | |
| 103 21 | rheumatoid arthritis -- that patients | | |
| 103 22 | with rheumatoid arthritis, you know, Dr. | | |
| 103 23 | Topol, have much higher rates of heart | | |
| 103 24 | attack. And I said, well, that doesn't | | |
| 104 1 | explain it, because all the patients had | | |
| 104 2 | rheumatoid arthritis. So, if there's a | | |
| 104 3 | gradient of heart attack, it can't just | | |
| 104 4 | be from that explanation. | | |
| 104 5 | She also came with the | | |
| 104 6 | notion that there were lots of data that | | |
| 104 7 | we didn't know about, Dr. Nissen, Dr. | | |
| 104 8 | Mukherjee and I, that was in the Merck | | |
| 104 9 | files that the FDA had, but we didn't | | |
| 104 10 | have access. And I said, well, we can't | | |
| 104 11 | comment on data we don't have access to, | | |
| 104 12 | and I'm sorry. | | |
| 104 13 | So, the meeting probably | | |
| 104 14 | went on about an hour-and-a-half. It | | |
| 104 15 | ended cordially. And at times she said | | |
| 104 16 | that Merck was considering doing a trial | | |
| 104 17 | in heart patients, and if we had any | | |
| 104 18 | ideas, she welcomed us to forward a | | |
| 104 19 | proposal, protocol, and that seemed to | | |
| 104 20 | be -- I got the sense it was a gesture. | | |
| 104 21 | I didn't really think that Dr. Reicin was | | |
| 104 22 | serious about it, but nonetheless, I | | |
| 104 23 | thought that we probably should at least | | |
| 104 24 | send some type of protocol sketch if they | | |
| 105 1 | would like to see what our ideas were for | | |
| 105 2 | pursuing this question. | | |

106:14 - 107:12 Topol, Eric 2005-11-22

| | | Re: [106:14-107:12] Def Obj: Foundation; No personal knowledge; see 108:13-18. No contemporaneous knowledge of these internal Merck documents. No basis to testify or provide context. | Overruled. Same-ground as 90:5 supra |
|---|---|---|---|
| 106 14 | Q: Let me just briefly show you | | |
| 106 15 | another document. It's a Merck document, | | |
| 106 16 | Exhibit Number 7. | | |
| 106 17 | - - - | | |
| 106 18 | (Whereupon, Deposition | | |
| 106 19 | Exhibit Topol-7, E-mails, with | | |
| 106 20 | attachment, 'Selective COX-2 | | |
| 106 21 | Inhibitors are Associated with An | | |
| 106 22 | Increased Risk of Cardiovascular | | |
| 106 23 | Events,' (Mukherjee, et al) draft | | |
| 106 24 | manuscript, MRK-ABA0009661 - | | |
| 107 1 | MRK-ABA0009693, was marked for | | |
| 107 2 | identification.) | | |
| 107 3 | - - - | | |
| 107 4 | BY MR. KLINE: | | |
| 107 5 | Q: Very briefly. And, again, I | | |

19

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 107 6 | | don't have the time to have you sit and | | |
| 107 7 | | read the whole thing, but I want you to | | |
| 107 8 | | look at the front page. | | |
| 107 9 | | Apparently the manuscript | | |
| 107 10 | | was further worked on internally at | | |
| 107 11 | | Merck. Are you aware of that fact? | | |
| 107 12 | | A: No. | | |
| | | | | |
| 107:15 - | 108:10 | Topol, Eric 2005-11-22 | Re: [107:15-108:10] Def Obj: Foundation; No personal knowledge; see 108:13-18. No contemporaneous knowledge of these internal Merck documents. No basis to testify or provide context. | Overruled |
| 107 15 | | THE WITNESS: I had no | | |
| 107 16 | | knowledge of that. | | |
| 107 17 | | BY MR. KLINE: | | |
| 107 18 | | Q: And there's an e-mail from | | |
| 107 19 | | Dr. Demopoulos to a number of people, | | |
| 107 20 | | including Alise Reicin. And they took a | | |
| 107 21 | | crack at revising it, and if you look at | | |
| 107 22 | | the last sentence of the e-mail, 'We | | |
| 107 23 | | recognize that the revised' transcript | | |
| 107 24 | | does not completely neutralize the | | |
| 108 1 | | potential negative impact of the | | |
| 108 2 | | publication, but...it is substantially | | |
| 108 3 | | removed from the original. We' feel | | |
| 108 4 | | that revising it further to more | | |
| 108 5 | | completely present a Merck perspective | | |
| 108 6 | | might alienate the authors and' thus | | |
| 108 7 | | jeopardize our opportunity to contribute | | |
| 108 8 | | at all.' | | |
| 108 9 | | Did you know that's what was | | |
| 108 10 | | going on? | | |
| | | | | |
| 108:13 - | 108:14 | Topol, Eric 2005-11-22 | Re: [108:13-108:14] Def Obj: Foundation; No personal knowledge; see 108:13-18. No contemporaneous knowledge of these internal Merck documents. No basis to testify or provide context. | |
| 108 13 | | THE WITNESS: This is | | |
| 108 14 | | remarkable. I didn't know -- | | |
| | | | | |
| 108:17 - | 108:18 | Topol, Eric 2005-11-22 | Re: [108:17-108:18] Def Obj: Foundation; No personal knowledge; see 108:13-18. No contemporaneous knowledge of these internal Merck documents. No basis to testify or provide context. | |
| 108 17 | | THE WITNESS: -- this was | | |
| 108 18 | | going on at all. | | |
| | | | | |
| 109:21 - | 110:6 | Topol, Eric 2005-11-22 | | |
| 109 21 | | Q: Is part of the academic | | |
| 109 22 | | process -- you've worked -- | | |
| 109 23 | | You've done studies for | | |
| 109 24 | | large pharmaceutical companies, Merck? | | |
| 110 1 | | A: Yes. | | |
| 110 2 | | Q: Is part of the process to | | |
| 110 3 | | get the scientific facts in the medical | | |
| 110 4 | | literature, or is the real objective, or | | |
| 110 5 | | is part of the objective to get the, | | |
| 110 6 | | quote, drug company perspective? | | |
| | | | | |
| 110:8 - | 110:20 | Topol, Eric 2005-11-22 | | |
| 110 8 | | THE WITNESS: Well, you | | |
| 110 9 | | know, I had been trying to have an | | |
| 110 10 | | intellectually fulfilling and | | |
| 110 11 | | collaborative relationship with | | |
| 110 12 | | people at Merck, and that was | | |
| 110 13 | | something that I think we enjoyed | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 222 11 | | this correspondence is how the | | |
| 222 12 | | article in the New England | | |
| 222 13 | | Journal -- this goes back to what | | |
| 222 14 | | we discussed earlier today, which | | |
| 222 15 | | is when the paper was published in | | |
| 222 16 | | November 2000 as compared to the | | |
| 222 17 | | FDA documents that we have a | | |
| 222 18 | | chance to review in February of | | |
| 222 19 | | 2001, there was – there were | | |
| 222 20 | | gross discrepancies, which is why | | |
| 222 21 | | we had contacted Merck in the | | |
| 222 22 | | first place about this manuscript. | | |
| 222 23 | | Then, finally, we had the | | |
| 222 24 | | ability to work with the New | | |
| 223 1 | | England Journal of Medicine | | |
| 223 2 | | editors, Dr. Curfman, Dr. Drazen, | | |
| 223 3 | | and to figure out what was going | | |
| 223 4 | | on. | | |
| 223 5 | | Now, as it turns out, in the | | |
| 223 6 | | VIGOR manuscript, in the New | | |
| 223 7 | | England Journal in 2000, in three | | |
| 223 8 | | times in the paper, this is first | | |
| 223 9 | | authored by Bombardier, and three | | |
| 223 10 | | times it says that the mortality | | |
| 223 11 | | was the same between naproxen and | | |
| 223 12 | | Vioxx. And that was untrue. | | |
| 223 13 | | In fact, there was a 46 | | |
| 223 14 | | percent difference. There were 22 | | |
| 223 15 | | deaths in the Vioxx arm versus 15 | | Overruled but add the complete info – |
| 223 16 | | deaths in the naproxen arm. And | | |
| 223 17 | | so instead of presenting the | | |
| 223 18 | | deaths as they should, the authors | | |
| 223 19 | | only used percentages, rounded | | |
| 223 20 | | them off, but moreover, they | | |
| 223 21 | | asserted strongly in three | | |
| 223 22 | | different places that the | | |
| 223 23 | | mortality was the same. So, | | |
| 223 24 | | that's issue number one. | | |
| 224:22 - | 225:8 | Topol, Eric 2005-11-22 | | |
| 224 22 | | A: The second issue was the | Re: [224:22-225:8] | |
| 224 23 | | false data regarding heart attacks. So, | Def Obj: Incomplete | |
| 224 24 | | instead of a five-fold increase, which we | Answer | |
| 225 1 | | know is true at the bare minimum, because | | |
| 225 2 | | there wasn't the right adjudication in | | |
| 225 3 | | this trial as we learned and I reviewed | | |
| 225 4 | | earlier from the Targum report, but now | | |
| 225 5 | | we're talking about that the authors knew | | |
| 225 6 | | the correct number of heart attacks. | | |
| 225 7 | | They could have fixed the | | |
| 225 8 | | galley proofs, and this is told to me by | | |
| :22 - | 226:7 | Topol, Eric 2005-11-22 | | |
| 225 22 | | Q: And the third? | | |
| 225 23 | | A: The third is, rather than | | |
| 225 24 | | report any of the other clotting events, | | |
| 226 1 | | like strokes, like transient ischemic | | |

| | | | Objections/Responses in Mason | Rulings in Smith/Barnett |
|---|---|---|---|---|
| 226 | 2 | attacks, like unstable angina, like | | |
| 226 | 3 | peripheral arterial thrombosis, like | | |
| 226 | 4 | venous thrombosis, like pulmonary | | |
| 226 | 5 | embolism, none of these were reported in | | |
| 226 | 6 | the New England Journal of Medicine | | |
| 226 | 7 | paper. | | |
| 292:21 - 293:4 | | Topol, Eric 2005-11-22 | Re: [292:21-293:10] Pltf Obj: Plaintiff objects to the counter designation of this testimony as it is only designated to open the door for Mr. Mixon's testimony, which is being used solely for impeachment on this matter. The Court has previously written an opinion disallowing this exact tactic with this testimony. | Sustained c/s see ct's ruling on Mixon issue |
| 292 | 21 | Q: Did the Cleveland -- it | | |
| 292 | 22 | raises the question that, has anyone from | | |
| 292 | 23 | Merck, to your knowledge, either | | |
| 292 | 24 | contacted anyone at the Cleveland Clinic | | |
| 293 | 1 | or your colleagues or anyone relating to | | |
| 293 | 2 | your writings or your public statements | | |
| 293 | 3 | relating to Vioxx in any way? And if so, | | |
| 293 | 4 | what is it, if anything? | | |
| 293:6 - 293:10 | | Topol, Eric 2005-11-22 | | |
| 293 | 6 | THE WITNESS: I was told by | | |
| 293 | 7 | a colleague here at the clinic on | | |
| 293 | 8 | October 14th, the chairman of the | | |
| 293 | 9 | board of trustees, Mr. Mal Mixon, | | |
| 293 | 10 | was contacted. | | |
| 293:12 - 293:24 | | Topol, Eric 2005-11-22 | Re: [293:12-294:4] Pltf Obj: Plaintiff objects to the counter designation of this testimony as it is only designated to open the door for Mr. Mixon's testimony, which is being used solely for impeachment on this matter. The Court has previously written an opinion disallowing this exact tactic with this testimony. | Sustained |
| 293 | 12 | Q: His name is? | | |
| 293 | 13 | A: Mal, Malachi Mixon, chairman | | |
| 293 | 14 | of our board of trustees. | | |
| 293 | 15 | Q: Current? | | |
| 293 | 16 | A: Yes, of the Cleveland | | |
| 293 | 17 | Clinic. That he was contacted directly | | |
| 293 | 18 | by Raymond Gilmartin in October of 2004, | | |
| 293 | 19 | and that Mr. Gilmartin said to Mr. Mixon, | | |
| 293 | 20 | what has Merck ever done to the Cleveland | | |
| 293 | 21 | Clinic to warrant this? And this was | | |
| 293 | 22 | relayed by a colleague who spoke to Mr. | | |
| 293 | 23 | Mixon. | | |
| 293 | 24 | Q: Who was that colleague, sir. | | |
| 294:3 - 294:4 | | Topol, Eric 2005-11-22 | | |
| 294 | 3 | THE WITNESS: His name is | | |
| 294 | 4 | Richard Rudick. | | |
| 294:6 - 294:11 | | Topol, Eric 2005-11-22 | Re: [294:6-295:2] Pltf Obj: Plaintiff objects to the counter designation of this testimony as it is only designated to open the door for Mr. Mixon's testimony, which is being used solely for impeachment on this matter. The Court has previously written an | |
| 294 | 6 | Q: Who is he? | | |
| 294 | 7 | A: He is the director of | | |
| 294 | 8 | clinical research. | | |
| 294 | 9 | Q: Rudick was told by Mixon | | |
| 294 | 10 | that Mixon was contacted by Gilmartin. | | |
| 294 | 11 | Is that what you're telling me? | | |
| 294:13 - 295:2 | | Topol, Eric 2005-11-22 | | |
| 294 | 13 | THE WITNESS: Yes. That he | | |
| 294 | 14 | was further told that Mr. | | |
| 294 | 15 | Gilmartin and Mr. Mixon were | | |
| 294 | 16 | colleagues together at Harvard | | |

| | | | Objections/Responses In Mason | Rulings In Smith/Barnett |
|---|---|---|---|---|
| 294 17 | | M.B.A. school, they were old | opinion disallowing this exact tactic with this testimony. | |
| 294 18 | | friends, and that Mr. Mixon | | |
| 294 19 | | understood that Mr. Gilmartin was | | |
| 294 20 | | very upset when he called in | | |
| 294 21 | | October '04. | | |
| 294 22 | | This was relayed on October | | |
| 294 23 | | 14th to Dr. Rudick. I don't know | | |
| 294 24 | | exactly what date. I believe it | | |
| 295 1 | | was the day prior, October 13th, | | |
| 295 2 | | but I can't know for sure. | | |
| | | | | |
| 295:6 - | 295:18 | Topol, Eric 2005-11-22 | **Re: [295:6-295:18]** | |
| 295 6 | | Q: And where does October 14 | **Pltf Obj:** Plaintiff objects to the counter designation of this testimony as it is only designated to open the door for Mr. Mixon's testimony, which is being used solely for impeachment on this matter. The Court has previously written an opinion disallowing this exact tactic with this testimony. | Sustained |
| 295 7 | | fit on our chronology? What event does | | |
| 295 8 | | that relate to? | | |
| 295 9 | | A: That was eight days after | | |
| 295 10 | | the New England Journal paper, of my | | |
| 295 11 | | editorial, and about 13 or 12 days after | | |
| 295 12 | | the New York Times op/ed. | | |
| 295 13 | | Q: And from your perspective, | | |
| 295 14 | | assuming we pin all of that down that | | |
| 295 15 | | that, indeed, happened -- first of all, | | |
| 295 16 | | you believe that if called to testify, | | |
| 295 17 | | that's what Dr. Rudick would tell us? Is | | |
| 295 18 | | that what you're saying? | | |
| | | | | |
| 295:20 - | 295:22 | Topol, Eric 2005-11-22 | **Re: [295:20-296:9]** | |
| 295 20 | | THE WITNESS: Yes. I've | **Pltf Obj:** Plaintiff objects to the counter designation of this testimony as it is only designated to open the door for Mr. Mixon's testimony, which is being used solely for impeachment on this matter. The Court has previously written an opinion disallowing this exact tactic with this testimony. | |
| 295 21 | | confirmed this with Dr. Rudick, | | |
| 295 22 | | yes. | | |
| | | | | |
| 295:24 - | 296:1 | Topol, Eric 2005-11-22 | | |
| 295 24 | | Q: And what -- how do you view | | |
| 296 1 | | all of this? | | |
| | | | | |
| 296:4 - | 296:5 | Topol, Eric 2005-11-22 | | |
| 296 4 | | Q: How do you view this event | | |
| 296 5 | | that you've just described for me? | | |
| | | | | |
| 296:8 - | 296:9 | Topol, Eric 2005-11-22 | | |
| 296 8 | | THE WITNESS: I find it | | |
| 296 9 | | entirely repulsive. | | |
| | | | | |
| 316:5 - | 316:6 | Topol, Eric 2005-11-22 | | |
| 316 5 | | Q: Good afternoon, Dr. Topol. | | |
| 316 6 | | A: Good afternoon. | | |
| | | | | |
| 316:7 - | 316:24 | Topol, Eric 2005-11-22 | | |
| 316 7 | | Q: I want to talk for a few | | |
| 316 8 | | seconds about cardiovascular disease. Is | | |
| 316 9 | | it the leading cause of death in the | | |
| 316 10 | | United States? | | |
| 316 11 | | A: Yes, it is. | | |
| 316 12 | | Q: Is cardiovascular disease | | |
| 316 13 | | the leading cause of death by far? | | |
| 316 14 | | A: Well, it's significantly | | |
| 316 15 | | greater than the second leading cause of | | |