# Mason v. Merck & Co., Inc.
## Deposition Designations for Jan Weiner

|   |   | Objections | Ruling in Mason |
|---|---|---|---|

| # | Range | | Content |
|---|---|---|---|
| 1 | 15:10 - 15:13 | | Weiner, Jan 2005-08-10 |
| | 15:10 | | Q: You're currently employed by Merck? |
| | 15:11 | | A: Yes. |
| | 15:12 | | Q: Okay. When did you start with Merck? |
| | 15:13 | | A: October of 1989. |
| 2 | 18:12 - 19:2 | | Weiner, Jan 2005-08-10 |
| | 18:12 | | Tell me, when you started with Merck |
| | 18:13 | | in 1989, what was your first job? |
| | 18:14 | | A: My title was director of information |
| | 18:15 | | services and I worked in the public affairs |
| | 18:16 | | department for the US business. And my job |
| | 18:17 | | generally was to work on communications related to |
| | 18:18 | | Merck's products. |
| | 18:19 | | Q: How long did you have that direct -- |
| | 18:20 | | what was your title? |
| | 18:21 | | A: My title was director of information |
| | 18:22 | | services. |
| | 18:23 | | Q: Okay. How long did you have that |
| | 18:24 | | title? |
| | 18:25 | | A: A couple of years. |
| | 19:1 | | Q: Until about '91 or so? |
| | 19:2 | | A: '91, '92. |
| | 19:17 - 19:24 | | Weiner, Jan 2005-08-10 |
| | 19:17 | | Q: Okay. And in 1998, what job did you |
| | 19:18 | | take? |
| | 19:19 | | A: At that point the title was executive |
| | 19:20 | | director, public affairs, for US -- for the US |
| | 19:21 | | business, and it was the -- it was a higher title, |
| | 19:22 | | more responsibility. I had responsibility for all |
| | 19:23 | | of the products and some of the issues that were |
| | 19:24 | | current in the media at the time. |
| | 20:12 - 20:18 | | Weiner, Jan 2005-08-10 |
| | 20:12 | | Q: So around 2000, 2001, did your job -- |
| | 20:13 | | job title change? |
| | 20:14 | | A: Executive director, global product |
| | 20:15 | | communications. |
| | 20:16 | | Q: Okay. And how long did you hold that |
| | 20:17 | | job? |
| | 20:18 | | A: Until April of 2003. |
| 3 | 22:4 - 22:16 | | Weiner, Jan 2005-08-10 |
| | 22:4 | | Q: Approximately when were your first |
| | 22:5 | | responsibilities for Vioxx? When did you first take |
| | 22:6 | | on those responsibilities? |
| | 22:7 | | A: '97, '98. That's -- that's the best |
| | 22:8 | | I can do on timing. |
| | 22:9 | | Q: During the '97, 1998 time frame, what |
| | 22:10 | | were your responsibilities as it related to the drug |
| | 22:11 | | Vioxx? |
| | 22:12 | | A: The responsibilities were primarily |
| | 22:13 | | to develop communications plans for -- for the drug |
| | 22:14 | | and then also to develop news releases and other |

| | | | | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 22:15 | | materials related to scientific presentations and | | |
| | 22:16 | | publications about the drug. | | |
| | **31:4 - 31:7** | | Weiner, Jan 2005-08-10 | | |
| | 31:4 | | Q: Okay. And the press releases that | | |
| | 31:5 | | were issued to the news media, who -- what audience | | |
| | 31:6 | | was it that you -- you ultimately intended to reach | | |
| | 31:7 | | out to? | | |
| 5 | **31:9 - 32:5** | | Weiner, Jan 2005-08-10 | | |
| | 31:9 | | THE WITNESS: The news releases were | | |
| | 31:10 | | designed to be reviewed by news reporters who would | | |
| | 31:11 | | make judgment as to whether the information was | | |
| | 31:12 | | worthy of news coverage. And then it would be a | | |
| | 31:13 | | matter of who the audience is of any particular | | |
| | 31:14 | | media organization. | | |
| | 31:15 | | BY MR. PLACITELLA: | | |
| | 31:16 | | Q: Okay. You understood when those | | |
| | 31:17 | | press releases were issued that the information you | | |
| | 31:18 | | supplied could eventually be read or seen by people | | |
| | 31:19 | | taking Vioxx, correct? | | |
| | 31:20 | | A: Yes, we understood that. | | |
| | 31:21 | | Q: As well as doctors? | | |
| | 31:22 | | A: Yes. | | |
| | 31:23 | | Q: And as well as people who were not | | |
| | 31:24 | | currently taking Vioxx but who might be candidates | | |
| | 31:25 | | for taking Vioxx? | | |
| | 32:1 | | A: You're really talking about the | | |
| | 32:2 | | audience for the general media in the country? | | |
| | 32:3 | | Q: Correct. | | |
| | 32:4 | | A: And that's the general population who | | |
| | 32:5 | | was consumers of news media. | | |
| 6 | **32:9 - 32:17** | | Weiner, Jan 2005-08-10 | | |
| | 32:9 | | Q: How did public affairs integrate with | | |
| | 32:10 | | marketing? | | |
| | 32:11 | | A: We -- we worked with marketing as one | | |
| | 32:12 | | of the sources of information that -- that we had at | | |
| | 32:13 | | our disposal and we worked with them. They had the | | |
| | 32:14 | | opportunity, like our scientists, like investor | | |
| | 32:15 | | relations, to review the news release and the Q and | | |
| | 32:16 | | A, and we worked with them side by side as -- as | | |
| | 32:17 | | departments do within a company. | | |
| 7 | **37:3 - 37:11** | | Weiner, Jan 2005-08-10 | | |
| | 37:3 | | Q: And what was Alise Reicin's primary | | |
| | 37:4 | | function as it related to Vioxx and public | | |
| | 37:5 | | relations? | | |
| | 37:6 | | A: She -- she often was the person that | | |
| | 37:7 | | we would go to either to obtain information or data | | |
| | 37:8 | | on which we based our news releases and materials, | | |
| | 37:9 | | and then she would often be the point person within | | |
| | 37:10 | | MRL clinical to whom we would submit our materials | | |
| | 37:11 | | for review and clearance. | | |
| 8 | **43:9 - 43:21** | | Weiner, Jan 2005-08-10 | | |
| | 43:9 | | Q: Okay. The material that you used | | |
| | 43:10 | | to -- as tools for public relations, they would | | |
| | 43:11 | | include press releases, correct? | | |
| | 43:12 | | A: Yes. | | |
| | 43:13 | | Q: Would they include standby | | |
| | 43:14 | | statements? | | |

2

|    |              |          |                                                                 | Objections | Ruling in Mason |
|----|--------------|----------|-----------------------------------------------------------------|------------|-----------------|
|    | 43: 15       |          | A: Yes.                                                         |            |                 |
|    | 43: 16       |          | Q: What is a standby statement?                                 |            |                 |
|    | 43: 17       |          | A: A standby statement is the company's                         |            |                 |
|    | 43: 18       |          | position on an issue that is used by people in                  |            |                 |
|    | 43: 19       |          | public affairs, typically, to respond to questions              |            |                 |
|    | 43: 20       |          | in cases where we are not going to be issuing a news            |            |                 |
|    | 43: 21       |          | release.                                                        |            |                 |
| 10 | 45:23 -      | 46:11    | Weiner, Jan 2005-08-10                                          |            |                 |
|    | 45: 23       |          | Q: I don't want to get anybody in                               |            |                 |
|    | 45: 24       |          | trouble here. So you can just tell me what your                 |            |                 |
|    | 45: 25       |          | understanding was for the reason why some press                 |            |                 |
|    | 46: 1        |          | releases were sent to the FDA and others were not,              |            |                 |
|    | 46: 2        |          | your understanding?                                             |            |                 |
|    | 46: 3        |          | A: That the FDA liked to see launch                             |            |                 |
|    | 46: 4        |          | materials. The news release was part of the launch.             |            |                 |
|    | 46: 5        |          | And on the basis of that, it was submitted to the               |            |                 |
|    | 46: 6        |          | FDA.                                                            |            |                 |
|    | 46: 7        |          | Q: Okay. So other than that, generally                          |            |                 |
|    | 46: 8        |          | speaking, the news releases were not submitted to               |            |                 |
|    | 46: 9        |          | the FDA?                                                        |            |                 |
|    | 46: 10       |          | A: Generally speaking. There were                               |            |                 |
|    | 46: 11       |          | exceptions.                                                     |            |                 |
| 11 | 47:3 -       | 47:12    | Weiner, Jan 2005-08-10                                          |            |                 |
|    | 47: 3        |          | Q: So every press release or video news                         |            |                 |
|    | 47: 4        |          | release was submitted to the FDA after it was                   |            |                 |
|    | 47: 5        |          | issued?                                                         |            |                 |
|    | 47: 6        |          | A: Those releases related to products,                          |            |                 |
|    | 47: 7        |          | yes.                                                            |            |                 |
|    | 47: 8        |          | Q: When you say 'related to products,'                          |            |                 |
|    | 47: 9        |          | what do you mean by that?                                       |            |                 |
|    | 47: 10       |          | A: Well, news releases that the company                         |            |                 |
|    | 47: 11       |          | would issue about sales and earnings, for instance,             |            |                 |
|    | 47: 12       |          | would not be submitted to the FDA.                              |            |                 |
| 12 | 47:13 -      | 47:15    | Weiner, Jan 2005-08-10                                          |            |                 |
|    | 47: 13       |          | Q: Okay. Were you aware, as executive                           |            |                 |
|    | 47: 14       |          | director of public affairs, that the press releases             |            |                 |
|    | 47: 15       |          | were governed by the FDA labeling requirements?                 |            |                 |
| 13 | 47:17 -      | 47:21    | Weiner, Jan 2005-08-10                                          |            |                 |
|    | 47: 17       |          | THE WITNESS: Yes.                                               |            |                 |
|    | 47: 18       |          | BY MR. PLACITELLA:                                              |            |                 |
|    | 47: 19       |          | Q: Were standby statements ever reviewed                        |            |                 |
|    | 47: 20       |          | by the FDA?                                                     |            |                 |
|    | 47: 21       |          | A: I don't recall that.                                         |            |                 |
| 14 | 49:16 -      | 50:10    | Weiner, Jan 2005-08-10                                          |            |                 |
|    | 49: 16       |          | Q: Okay. I think I left off with Q and                          |            |                 |
|    | 49: 17       |          | As, questions and answers. Did public affairs                   |            |                 |
|    | 49: 18       |          | prepare Q and As as they related to Vioxx?                      |            |                 |
|    | 49: 19       |          | A: Yes.                                                         |            |                 |
|    | 49: 20       |          | Q: Can you tell us what a Q and A is and                        |            |                 |
|    | 49: 21       |          | what its function was related to Vioxx?                         |            |                 |
|    | 49: 22       |          | A: A Q and A is prepared to answer                              |            |                 |
|    | 49: 23       |          | questions that we may receive from reporters that               |            |                 |
|    | 49: 24       |          | would not be covered in a news release. Sometimes               |            |                 |
|    | 49: 25       |          | you can't put absolutely everything in a news                   |            |                 |
|    | 50: 1        |          | release and you know there are going to be                      |            |                 |
|    | 50: 2        |          | additional questions, and so that's where you put               |            |                 |
|    | 50: 3        |          | the questions that you expect to receive and what               |            |                 |

| | | | | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 50: 4 | | the answers would be. | | |
| | 50: 5 | | Q: Okay. Were Q and As reviewed by the | | |
| | 50: 6 | | FDA at any point in time concerning Vioxx? | | |
| | 50: 7 | | A: To the best of my knowledge, no. | | |
| | 50: 8 | | Q: Okay. Before you mentioned video | | |
| | 50: 9 | | news releases. Can you tell us what a video news | | |
| | 50: 10 | | release is? | | |
| 15 | 50:14 - | 50:25 | Weiner, Jan 2005-08-10 | | |
| | 50: 14 | | A: A video news release is prepared for | | |
| | 50: 15 | | television stations, and it basically takes the | | |
| | 50: 16 | | story in a print press release and puts it in a | | |
| | 50: 17 | | format and form that television stations can choose | | |
| | 50: 18 | | to use if they want to. And there are several | | |
| | 50: 19 | | different ways of preparing them. And the way that | | |
| | 50: 20 | | I thought about it was, you give a television | | |
| | 50: 21 | | station the ingredients to do a story if they choose | | |
| | 50: 22 | | to do it. You give them additional background | | |
| | 50: 23 | | footage. You'll give them additional quotes so they | | |
| | 50: 24 | | can tailor it, if they choose to do a story on that | | |
| | 50: 25 | | particular subject. | | |
| 16 | 55:8 - | 55:10 | Weiner, Jan 2005-08-10 | | |
| | 55: 8 | | Did Merck distribute video news | | |
| | 55: 9 | | releases concerning Vioxx to the media without going | | |
| | 55: 10 | | to the FDA first? | | |
| 17 | 55:16 - | 55:18 | Weiner, Jan 2005-08-10 | | |
| | 55: 16 | | THE WITNESS: I don't remember all of | | |
| | 55: 17 | | the video news releases that we did on Vioxx, so I | | |
| | 55: 18 | | really can't answer your question. | | |
| 18 | 62:9 - | 62:15 | Weiner, Jan 2005-08-10 | | |
| | 62: 9 | | Q: Did you ever use the PR Newswire? | | |
| | 62: 10 | | A: We used PR Newswire and BusinessWire | | |
| | 62: 11 | | for distribution of press releases. | | |
| | 62: 12 | | Q: And would you distribute those news | | |
| | 62: 13 | | releases ever electronically over the PR Newswire on | | |
| | 62: 14 | | the Internet? | | |
| | 62: 15 | | A: Oh, now I see. Okay. Yes. | | |
| 19 | 63:7 - | 63:11 | Weiner, Jan 2005-08-10 | | |
| | 63: 7 | | Q: Okay. Did you understand that when | | |
| | 63: 8 | | you distributed press releases on the PR Newswire or | | |
| | 63: 9 | | BusinessWire over the Internet that those press | | |
| | 63: 10 | | releases were likely to appear on various web sites | | |
| | 63: 11 | | throughout the Internet? | | |
| 20 | 63:13 - | 63:13 | Weiner, Jan 2005-08-10 | | |
| | 63: 13 | | THE WITNESS: Yes. | | |
| 21 | 74:23 - | 75:1 | Weiner, Jan 2005-08-10 | | |
| | 74: 23 | | Q: Okay. Can you tell me the physicians | | |
| | 74: 24 | | that you recall that were charged with | | |
| | 74: 25 | | responsibility of reviewing Vioxx press -- press | | |
| | 75: 1 | | releases? | | |
| 22 | 75:7 - | 75:13 | Weiner, Jan 2005-08-10 | | |
| | 75: 7 | | THE WITNESS: I can remember Dr. | | |
| | 75: 8 | | Reicin reviewing releases. I know that Ed Scolnick | | |
| | 75: 9 | | in one case reviewed a news release. I know that | | |
| | 75: 10 | | there were other people on Dr. Reicin's staff who | | |

| # | Designation | | Testimony | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 75: 11 | | reviewed news releases related to their | | |
| | 75: 12 | | presentations and publications, but those would be | | |
| | 75: 13 | | names I don't recall at this point. | | |
| 23 | 79:18 - | 79:21 | Weiner, Jan 2005-08-10 | | |
| | 79: 18 | | Q: Sure. When is the first time you | | |
| | 79: 19 | | learned that there were respected scientists that | | |
| | 79: 20 | | were concerned that Vioxx might have a role in | | |
| | 79: 21 | | causing heart attacks? | | |
| 24 | 79:23 - | 80:11 | Weiner, Jan 2005-08-10 | | |
| | 79: 23 | | THE WITNESS: I remember that there | | |
| | 79: 24 | | was a publication from Garret FitzGerald that raised | | |
| | 79: 25 | | questions about COX-2 inhibitors. That's what I | | |
| | 80: 1 | | remember. | | |
| | 80: 2 | | BY MR. PLACITELLA: | | |
| | 80: 3 | | Q: And when was that -- when was that | | |
| | 80: 4 | | publication, before or after VIGOR? | | |
| | 80: 5 | | A: I believe it was before. | | |
| | 80: 6 | | Q: Before. Okay. And what were the | | |
| | 80: 7 | | circumstances that -- well, strike that. | | |
| | 80: 8 | | Garret FitzGerald was an occasional | | |
| | 80: 9 | | paid advisor to -- medical advisor, to Merck. Were | | |
| | 80: 10 | | you aware of that? | | |
| | 80: 11 | | A: No, I was not. | | |
| 25 | 80:16 - | 80:18 | Weiner, Jan 2005-08-10 | | |
| | 80: 16 | | Q: Okay. What were the circumstances | | |
| | 80: 17 | | under which you learned about the Garret FitzGerald | | |
| | 80: 18 | | publication related to heart attacks and COX-2s? | | |
| 26 | 80:20 - | 81:4 | Weiner, Jan 2005-08-10 | | |
| | 80: 20 | | THE WITNESS: We received a question | | |
| | 80: 21 | | from a reporter based upon that publication, and | | |
| | 80: 22 | | through the question we learned about the | | |
| | 80: 23 | | publication and prepared a standby statement and a Q | | |
| | 80: 24 | | and A. | | |
| | 80: 25 | | BY MR. PLACITELLA: | | |
| | 81: 1 | | Q: Okay. So the question that was asked | | |
| | 81: 2 | | by the reporter concerning the publication of Garret | | |
| | 81: 3 | | FitzGerald was what? | | |
| | 81: 4 | | A: I don't remember. | | |
| 27 | 81:9 - | 81:11 | Weiner, Jan 2005-08-10 | | |
| | 81: 9 | | Q: Who decided that a stand boy -- a | | |
| | 81: 10 | | standby statement and Q and A was necessary in | | |
| | 81: 11 | | relation to the Garret FitzGerald publication? | | |
| 28 | 81:13 - | 81:17 | Weiner, Jan 2005-08-10 | | |
| | 81: 13 | | THE WITNESS: I don't know who | | |
| | 81: 14 | | specifically made that decision, but if you have a | | |
| | 81: 15 | | question from a reporter and you need to develop an | | |
| | 81: 16 | | answer, the usual mechanism is to develop a quick | | |
| | 81: 17 | | standby statement and Q and A. | | |
| 29 | 82:22 - | 83:5 | Weiner, Jan 2005-08-10 | | |
| | 82: 22 | | Q: Okay. And, for the record, you were | | |
| | 82: 23 | | concerned about the question as it related to COX-2 | | |
| | 82: 24 | | because Vioxx was a COX-2, correct? | | |
| | 82: 25 | | A: That is correct. | | |
| | 83: 1 | | Q: Now, do you recall what Merck was | | |
| | 83: 2 | | prepared to tell the press in response to the | | |

| | | | | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 83: 3 | | FitzGerald article that was incorporated into the | | |
| | 83: 4 | | standby statement and Q and A at that point in time? | | |
| | 83: 5 | | A: I don't recall. | | |
| 30 | 102:15 - | 103:15 | Weiner, Jan 2005-08-10 | | |
| | 102: 15 | | I think you had it marked. Her | | |
| | 102: 16 | | personnel file, December 31, 1997, is the cover | | |
| | 102: 17 | | page. | | |
| | 102: 18 | | I'm going to show you what has been | | |
| | 102: 19 | | marked Weiner Exhibit 2, and I'll make sure that | | |
| | 102: 20 | | we're on the same page, so I'm going to give you the | | |
| | 102: 21 | | page 3. Take a look, see where it says under Vioxx, | | |
| | 102: 22 | | and the third or fourth sentence down, it says, | | |
| | 102: 23 | | 'Strong media outreach contributed to the most | | |
| | 102: 24 | | successful launch in Merck history.' Do you see | | |
| | 102: 25 | | that? | | |
| | 103: 1 | | A: Yes, I see that. | | |
| | 103: 2 | | Q: Okay. 'Vioxx was highlighted in | | |
| | 103: 3 | | articles reaching a total of more than two | | |
| | 103: 4 | | billion-almost ten times per person.' Did I read | | |
| | 103: 5 | | that correctly? | | |
| | 103: 6 | | A: Yes, you did. | | |
| | 103: 7 | | Q: Okay. Does that refresh your | | |
| | 103: 8 | | recollection as to what the reach was of your media | | |
| | 103: 9 | | campaign in the year 1999? | | |
| | 103: 10 | | A: Somewhat. | | |
| | 103: 11 | | Q: Okay. 'Of this total, there were 1.4 | | |
| | 103: 12 | | billion impressions for Vioxx alone and an | | |
| | 103: 13 | | additional 700 million highlighting both agents.' | | |
| | 103: 14 | | That meaning -- that is Celebrex, correct? | | |
| | 103: 15 | | A: Yes. | | |
| 31 | 104:4 - | 104:8 | Weiner, Jan 2005-08-10 | | |
| | 104: 4 | | Q: Would you agree with me, generating | | |
| | 104: 5 | | enough stories to reach ten times per person all the | | |
| | 104: 6 | | people in the United States is an extraordinary | | |
| | 104: 7 | | media outreach? | | |
| | 104: 8 | | A: I would say it was very successful. | | |
| 32 | 106:17 - | 106:20 | Weiner, Jan 2005-08-10 | | |
| | 106: 17 | | So the two billion impressions means | | |
| | 106: 18 | | that, based on Merck's calculations, their message | | |
| | 106: 19 | | would have reached people in the United States two | | |
| | 106: 20 | | billion times? | | |
| 33 | 106:23 - | 107:7 | Weiner, Jan 2005-08-10 | | |
| | 106: 23 | | THE WITNESS: It would have meant | | |
| | 106: 24 | | that two -- two billion people over the course of | | |
| | 106: 25 | | the year potentially would have seen the message. | | |
| | 107: 1 | | BY MR. PLACITELLA: | | |
| | 107: 2 | | Q: Okay. But we don't have two billion | | |
| | 107: 3 | | people in the United States? | | |
| | 107: 4 | | A: That is correct. | | |
| | 107: 5 | | Q: So to break down the math, it would | | |
| | 107: 6 | | mean that every person in the United States would | | |
| | 107: 7 | | have seen your message at least ten times? | | |
| | 107:10 - | 107:16 | Weiner, Jan 2005-08-10 | | |
| | 107: 10 | | Q: Correct? | | |
| | 107: 11 | | A: That is the way the math would work. | | |
| | 107: 12 | | Q: So if every person in the United | | |
| | 107: 13 | | States would have seen your message ten times in a | | |

| | | | | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 107: 14 | | given year, it would be extremely important to be | | |
| | 107: 15 | | sure that the information contained in the message | | |
| | 107: 16 | | was accurate and truthful in every respect? | | |
| 35 | 107:21 - | 107:21 | Weiner, Jan 2005-08-10 | | |
| | 107: 21 | | A: I would agree with that. | | |
| 36 | 148:16 - | 148:23 | Weiner, Jan 2005-08-10 | | |
| | 148: 16 | | Q: And this press release says, in its | | |
| | 148: 17 | | headline, 'Merck confirms favorable cardiovascular | | |
| | 148: 18 | | safety profile of Vioxx.' Did I read that | | |
| | 148: 19 | | correctly? | | |
| | 148: 20 | | A: Yes, you did. | | |
| | 148: 21 | | Q: Would the reader reading that | | |
| | 148: 22 | | headline believe that Vioxx had the potential to | | |
| | 148: 23 | | hurt your heart? | | |
| 37 | 148:25 - | 149:2 | Weiner, Jan 2005-08-10 | | |
| | 148: 25 | | THE WITNESS: I don't know what the | | |
| | 149: 1 | | average person reading that would necessarily take | | |
| | 149: 2 | | away from the headline. | | |
| 38 | 149:12 - | 149:21 | Weiner, Jan 2005-08-10 | | |
| | 149: 12 | | Q: Okay. It says in the first sentence, | | |
| | 149: 13 | | 'In response to speculative news reports, Merck & | | |
| | 149: 14 | | Company, Inc., today confirmed the favorable | | |
| | 149: 15 | | cardiovascular safety profile of Vioxx, its medicine | | |
| | 149: 16 | | that selectively inhibits COX-2.' Did I read that | | |
| | 149: 17 | | correctly? | | |
| | 149: 18 | | A: Yes, you did. | | |
| | 149: 19 | | Q: What did Merck do on April 28, 2000, | | |
| | 149: 20 | | to confirm that Vioxx was safe from a cardiovascular | | |
| | 149: 21 | | standpoint? | | |
| 39 | 149:23 - | 150:8 | Weiner, Jan 2005-08-10 | | |
| | 149: 23 | | THE WITNESS: The word 'confirm' | | |
| | 149: 24 | | there is used in a news release context. You could | | |
| | 149: 25 | | have said today commented on, today announced, today | | |
| | 150: 1 | | said. It's -- it's used in terms of -- it's a news | | |
| | 150: 2 | | release type term as opposed to some other type | | |
| | 150: 3 | | meaning. | | |
| | 150: 4 | | BY MR. PLACITELLA: | | |
| | 150: 5 | | Q: Well, doesn't the average person, | | |
| | 150: 6 | | when they hear 'confirm,' think that that means that | | |
| | 150: 7 | | somebody checked something and now stands behind it? | | |
| | 150: 8 | | Isn't that what 'confirms' means? | | |
| 40 | 150:10 - | 150:13 | Weiner, Jan 2005-08-10 | | |
| | 150: 10 | | THE WITNESS: That is another way in | | |
| | 150: 11 | | which the -- the word is used. But, again, you look | | |
| | 150: 12 | | at the total of the news release, not just the one | | |
| | 150: 13 | | sentence. | | |
| 41 | 155:9 - | 155:21 | Weiner, Jan 2005-08-10 | | |
| | 155: 9 | | Q: Okay. Is there any mention in this | | |
| | 155: 10 | | press release concerning an alternate explanation | | |
| | 155: 11 | | for the heart attack findings in VIGOR, i.e., that | | |
| | 155: 12 | | Vioxx could be the cause of the heart attack | | |
| | 155: 13 | | imbalance in the VIGOR study? | | |
| | 155: 14 | | A: The specific language that you | | |
| | 155: 15 | | suggested is not in this particular news release. | | |
| | 155: 16 | | Q: Is there any indication whatsoever | | |

| # | Range | | Testimony | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 155: 17<br>155: 18<br>155: 19<br>155: 20<br>155: 21 | | anywhere in this press release by Merck that one of<br>the explanations for the VIGOR results is that Vioxx<br>was causing the heart attacks?<br>A: That specific language is not in the<br>news release. | | |
| 42 | 291:19 - | 292:4 | Weiner, Jan 2005-08-11 | | |
| | 291: 19<br>291: 20<br>291: 21<br>291: 22<br>291: 23<br>291: 24<br>291: 25<br>292: 1<br>292: 2<br>292: 3<br>292: 4 | | Q: Now, on -- in the next month,<br>November 2000, the VIGOR study was published in the<br>Journal of the American Medical Association. Do you<br>recall that?<br>A: I believe it was published in the New<br>England Journal of Medicine.<br>Q: You're right. You're correct.<br>And did you have press activities<br>around that publication?<br>A: We issued a news release around that<br>publication. | | |
| 43 | 292:16 - | 292:19 | Weiner, Jan 2005-08-11 | | |
| | 292: 16<br>292: 17<br>292: 18<br>292: 19 | | Q: Okay. And you also issued a video<br>news release, correct?<br>A: I don't -- I don't recall whether we<br>did or not. | | |
| 44 | 292:23 - | 293:1 | Weiner, Jan 2005-08-11 | | |
| | 292: 23<br>292: 24<br>292: 25<br>293: 1 | | Q: I'm going to show you a video news<br>release and then we'll talk about it.<br>A: Okay.<br>(Video clip shown.) | | |
| | 293:3 - | 293:13 | Weiner, Jan 2005-08-11 | | |
| | 293: 3<br>293: 4<br>293: 5<br>293: 6<br>293: 7<br>293: 8<br>293: 9<br>293: 10<br>293: 11<br>293: 12<br>293: 13 | | Q: Now, I've stopped the video news<br>release in the beginning. It says, 'In a study of<br>Vioxx published in the New England Journal of<br>Medicine, Vioxx significantly reduced the risk of<br>serious gastrointestinal side effects by half<br>compared to naproxen. TV news feed: DWJ<br>Television.'<br>Have you ever seen this video news<br>release before?<br>A: I'm certain that I saw it at the<br>time. | | |
| 46 | 293:22 - | 293:22 | Weiner, Jan 2005-08-11 | | |
| | 293: 22 | | (Video clip shown as follows: | | |
| 47 | 294:17 - | 295:5 | Weiner, Jan 2005-08-11 | | |
| | 294: 17<br>294: 18<br>294: 19<br>294: 20<br>294: 21<br>294: 22<br>294: 23<br>294: 24<br>294: 25<br>295: 1<br>295: 2<br>295: 3<br>295: 4<br>295: 5 | | Q: Do you recognize the individual on<br>this news release, the doctor?<br>A: I recognize the name. I have never<br>met the man, so seeing him, I assume that's who<br>it is.<br>Q: And who is that?<br>A: His name is Dr. Loren Laine.<br>Q: And what was his relationship with<br>Merck?<br>A: He was involved in the VIGOR study.<br>I do not know his specific role in that study.<br>Q: Okay. Was he paid by Merck?<br>A: If he was an investigator in the<br>study, there would have been a contract. | | |

|    |                 |         |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | Objections | Ruling in Mason |
|----|-----------------|---------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|-----------------|
| 48 ● | 296:23 - <br>296: 23 <br>296: 24 <br>296: 25 | 296:25 | Weiner, Jan 2005-08-11 <br>Q: Okay. Now, in that video news <br>release, was there any mention of the heart attack <br>findings of VIGOR? | | |
| 49 | 297:3 - <br>297: 3 <br>297: 4 <br>297: 5 <br>297: 6 <br>297: 7 <br>297: 8 <br>297: 9 <br>297: 10 <br>297: 11 <br>297: 12 <br>297: 13 <br>297: 14 <br>297: 15 <br>297: 16 <br>297: 17 <br>297: 18 <br>297: 19 <br>297: 20 <br>297: 21 | 297:21 | Weiner, Jan 2005-08-11 <br>THE WITNESS: In the cut piece that <br>we just saw, there was no mention of cardiovascular. <br>BY MR. PLACITELLA: <br>Q: Now, when you say 'cut piece,' what <br>do you mean by that? <br>A: The video package, as we typically <br>put them together, had several different elements. <br>At the beginning you had the full news release, then <br>you have what we call, and the term in television is <br>cut piece, and that is the part that's put together <br>that we just saw, then you have the additional <br>background footage and other choices that the <br>television editors can use in putting together their <br>own pieces, and then we had full labeling at the <br>end. <br>Q: Okay. And any of the video connected <br>to this video news release, including the B-roll <br>portions, was there ever any mention of the heart <br>attack findings in VIGOR? | | |
| 50 ● | 297:24 - <br>297: 24 <br>297: 25 <br>298: 1 <br>298: 2 <br>298: 3 <br>298: 4 <br>298: 5 | 298:5 | Weiner, Jan 2005-08-11 <br>THE WITNESS: We have not reviewed <br>the full package. We haven't looked at the <br>background footage. <br>BY MR. PLACITELLA: <br>Q: Okay. <br>A: So I don't -- I can't answer your <br>question. | | |
| 51 | 298:9 - <br>298: 9 <br>298: 10 <br>298: 11 <br>298: 12 <br>298: 13 <br>298: 14 <br>298: 15 <br>298: 16 <br>298: 17 | 298:17 | Weiner, Jan 2005-08-11 <br>(Video clip shown.) <br>BY MR. PLACITELLA: <br>Q: This is a section without ambient <br>sound, meaning it's just photos, correct? <br>A: It's just visuals. <br>Q: Okay. And you use this in case <br>somebody wants to do a lead-in or a fade-out or <br>something like that when they're doing the story? <br>(Video clip shown as follows: | | |
| 52 | 299:4 - <br>299: 4 <br>299: 5 <br>299: 6 <br>299: 7 | 299:7 | Weiner, Jan 2005-08-11 <br>Q: So far, have you seen anything from <br>Dr. Laine to indicate that he was telling the <br>viewers that one of the findings in VIGOR was that <br>people on Vioxx had more heart attacks? | | |
| 53 ● | 299:9 - <br>299: 9 <br>299: 10 <br>299: 11 | 299:11 | Weiner, Jan 2005-08-11 <br>THE WITNESS: There's no -- there's <br>no information that I have heard related to <br>cardiovascular. | | |
|    | 299:14 - <br>299: 14 | 299:14 | Weiner, Jan 2005-08-11 <br>(Video clip shown as follows: | | |
| 54 | 299:22 - | 299:25 | Weiner, Jan 2005-08-11 | | |

| | | | | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 299: 22 | | Q: Do you see any language on this part | | |
| | 299: 23 | | of the video news release telling people that one of | | |
| | 299: 24 | | the findings in VIGOR was that the people on Vioxx | | |
| | 299: 25 | | had more heart attacks? | | |
| 55 | 300:6 - | 300:7 | Weiner, Jan 2005-08-11 | | |
| | 300: 6 | | THE WITNESS: I have not seen the | | |
| | 300: 7 | | information related to cardiovascular. | | |
| 56 | 300:25 - | 301:9 | Weiner, Jan 2005-08-11 | | |
| | 300: 25 | | Q: Now, what we're watching now is a | | |
| | 301: 1 | | B-roll and a B-roll is typically silent, correct? | | |
| | 301: 2 | | A: It can be either way, with ambient | | |
| | 301: 3 | | sound or without. | | |
| | 301: 4 | | Q: But it's really there just as | | |
| | 301: 5 | | background, filler material, for people running the | | |
| | 301: 6 | | story, right? | | |
| | 301: 7 | | A: They have a visual to accompany | | |
| | 301: 8 | | whatever sound they wish to add to it. | | |
| | 301: 9 | | Q: Okay. | | |
| 57 | 301:12 - | 301:15 | Weiner, Jan 2005-08-11 | | |
| | 301: 12 | | Q: While we're watching this silent | | |
| | 301: 13 | | part, can you tell us whether this video news | | |
| | 301: 14 | | release was submitted to the FDA before it was | | |
| | 301: 15 | | issued? | | |
| 58 | 301:19 - | 302:1 | Weiner, Jan 2005-08-11 | | |
| | 301: 19 | | Q: Do you know whether this was ever | | |
| | 301: 20 | | submitted to the FDA before November 23rd, 2000? | | |
| | 301: 21 | | A: It would -- it is unlikely that it | | |
| | 301: 22 | | would have been submitted because our practice was | | |
| | 301: 23 | | to submit for pre-clearance those items generally | | |
| | 301: 24 | | that related to regulatory actions. This is a | | |
| | 301: 25 | | study -- this is a study publication. Again, I | | |
| | 302: 1 | | don't -- I don't know if this was ever issued. | | |
| 59 | 302:3 - | 302:8 | Weiner, Jan 2005-08-11 | | |
| | 302: 3 | | (Video clip shown.) | | |
| | 302: 4 | | BY MR. PLACITELLA: | | |
| | 302: 5 | | Q: Anywhere on this video news release | | |
| | 302: 6 | | did you hear mentioned that one of the findings in | | |
| | 302: 7 | | VIGOR was that the people on Vioxx had more heart | | |
| | 302: 8 | | attacks than the people on naproxen? | | |
| 60 | 302:11 - | 302:18 | Weiner, Jan 2005-08-11 | | |
| | 302: 11 | | THE WITNESS: I did not hear that in | | |
| | 302: 12 | | the video news release. | | |
| | 302: 13 | | BY MR. PLACITELLA: | | |
| | 302: 14 | | Q: Did the -- any of the spokespeople in | | |
| | 302: 15 | | this video news release tell the audience that one | | |
| | 302: 16 | | of the significant findings in VIGOR was that people | | |
| | 302: 17 | | on Vioxx had more heart attacks than people on | | |
| | 302: 18 | | naproxen? | | |
| 61 | 302:20 - | 302:25 | Weiner, Jan 2005-08-11 | | |
| | 302: 20 | | THE WITNESS: There was no verbal | | |
| | 302: 21 | | statement given related to the cardiovascular | | |
| | 302: 22 | | findings in VIGOR. | | |
| | 302: 23 | | BY MR. PLACITELLA: | | |
| | 302: 24 | | Q: Why not? | | |
| | 302: 25 | | A: I don't know. | | |

| | | | | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 303:1 - 303:6 | | Weiner, Jan 2005-08-11 | | |
| | 303: 1 | | Q: Did medical/legal clear these -- this | | |
| | 303: 2 | | video news release? | | |
| | 303: 3 | | A: If this video news release were | | |
| | 303: 4 | | issued, it would have gone through the Merck review | | |
| | 303: 5 | | process, and it would have been seen and reviewed by | | |
| | 303: 6 | | a number of people. | | |
| | 303:7 - 303:10 | | Weiner, Jan 2005-08-11 | | |
| | 303: 7 | | Q: When is it proper to issue press | | |
| | 303: 8 | | materials, including a video news release, that | | |
| | 303: 9 | | includes some significant findings of a study but | | |
| | 303: 10 | | not others? | | |
| 62 | 303:12 - 303:16 | | Weiner, Jan 2005-08-11 | | |
| | 303: 12 | | THE WITNESS: When a video news | | |
| | 303: 13 | | release is prepared, there will be decisions about | | |
| | 303: 14 | | what is included and not included. I do not know | | |
| | 303: 15 | | the discussions or the decisions that were made in | | |
| | 303: 16 | | this case. I don't recall. | | |
| 63 | 304:7 - 304:9 | | Weiner, Jan 2005-08-11 | | |
| | 304: 7 | | Q: Do you recall you or any of your | | |
| | 304: 8 | | staff raising objection to this news release on not | | |
| | 304: 9 | | including all of the significant findings of VIGOR? | | |
| 64 | 304:11 - 304:11 | | Weiner, Jan 2005-08-11 | | |
| | 304: 11 | | THE WITNESS: I don't recall. | | |
| | 427:3 - 427:21 | | Weiner, Jan 2005-08-11 | | |
| | 427: 3 | | Q: Now, in conjunction with the press | | |
| | 427: 4 | | release that you issued concerning the Topol | | |
| | 427: 5 | | article, you also constructed and issued a video | | |
| | 427: 6 | | news release, correct? | | |
| | 427: 7 | | A: My recollection is that we put | | |
| | 427: 8 | | together a video package but not a video news | | |
| | 427: 9 | | release per se. | | |
| | 427: 10 | | Q: What's the difference? | | |
| | 427: 11 | | A: The difference is a video package | | |
| | 427: 12 | | gives just the elements, and that is it will be | | |
| | 427: 13 | | soundbites, if you will, and that is all. It does | | |
| | 427: 14 | | not present what is called a cut piece or a | | |
| | 427: 15 | | pre-prepared total story -- | | |
| | 427: 16 | | Q: Okay. | | |
| | 427: 17 | | A: -- which means that if a television | | |
| | 427: 18 | | station wants to use it, they're going to have to go | | |
| | 427: 19 | | in, construct their own story, and pull elements or | | |
| | 427: 20 | | ingredients from the package that we have prepared | | |
| | 427: 21 | | for them. | | |
| 68 | 428:2 - 428:13 | | Weiner, Jan 2005-08-11 | | |
| | 428: 2 | | Q: Okay. And they could cut and paste | | |
| | 428: 3 | | whatever they wanted and stick it in their news | | |
| | 428: 4 | | story, correct? | | |
| | 428: 5 | | A: Essentially, yes. | | |
| | 428: 6 | | Q: Was the video package presented to | | |
| | 428: 7 | | the FDA before it was aired? | | |
| | 428: 8 | | A: I don't believe so. That would not | | |
| | 428: 9 | | have been normal practice. | | |
| | 428: 10 | | Q: Okay. Now I'm going to show you | | |

| # | Range | | Testimony | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 428: 11 | | what's been produced to us by Merck's counsel | | |
| | 428: 12 | | concerning the Topol article in August 2001. | | |
| | 428: 13 | | A: Okay. | | |
| 69 | 428:15 - | 428:20 | Weiner, Jan 2005-08-11 | | |
| | 428: 15 | | (Video clip shown.) | | |
| | 428: 16 | | BY MR. PLACITELLA: | | |
| | 428: 17 | | Q: All right. Before we move forward, | | |
| | 428: 18 | | did you see that was from August 21, 2001? | | |
| | 428: 19 | | A: I glanced at it. | | |
| | 428: 20 | | Q: All right. Let me go back. | | |
| 70 | 428:22 - | 428:22 | Weiner, Jan 2005-08-11 | | |
| | 428: 22 | | THE WITNESS: I see August 21. | | |
| 71 | 429:3 - | 429:10 | Weiner, Jan 2005-08-11 | | |
| | 429: 3 | | Q: Okay. And this material, according | | |
| | 429: 4 | | to this, includes source disclosure, news release, | | |
| | 429: 5 | | super information. What's super information? | | |
| | 429: 6 | | A: It's the name and title of the people | | |
| | 429: 7 | | who are on the screen. | | |
| | 429: 8 | | Q: Okay. Soundbites, B-roll and | | |
| | 429: 9 | | prescribing information, correct? | | |
| | 429: 10 | | A: That is correct. | | |
| 72 | 430:24 - | 431:6 | Weiner, Jan 2005-08-11 | | Sustained [This goes to director of information] |
| | 430: 24 | | THE TAPE: ...the kind of extensive | | |
| | 430: 25 | | data that...suggests that patients receiving Vioxx | | |
| | 431: 1 | | are not at an increased risk for heart attack or | | |
| | 431: 2 | | other cardiovascular event.) | | |
| | 431: 3 | | BY MR. PLACITELLA: | | |
| | 431: 4 | | Q: What is it that Laura Demopoulos just | | |
| | 431: 5 | | told the world about Vioxx and cardiovascular | | |
| | 431: 6 | | events? | | |
| 73 | 431:14 - | 431:17 | Weiner, Jan 2005-08-11 | Re: 431:14-431:17 | |
| | 431: 14 | | THE WITNESS: That there is -- that | Def Obj: 602 | |
| | 431: 15 | | there is an extensive body of evidence that would | | |
| | 431: 16 | | tend to suggest that patients receiving Vioxx are | | |
| | 431: 17 | | not at an increased risk of cardiovascular events. | | |
| 74 | 434:11 - | 434:11 | Weiner, Jan 2005-08-11 | | |
| | 434: 11 | | Q: Okay. To be fair, in the fullest | | |
| 75 | 434:12 - | 434:15 | Weiner, Jan 2005-08-11 | | |
| | 434: 12 | | sense, what I'm going to do is play the entire thing | | |
| | 434: 13 | | through, and then we'll go back and take pieces, | | |
| | 434: 14 | | rather than have you guess what's coming. Okay? | | |
| | 434: 15 | | Because that may not be a fair way to approach this. | | |
| 76 | 436:17 - | 436:21 | Weiner, Jan 2005-08-11 | | |
| | 436: 17 | | Q: Does Dr. Demopoulos tell people who | | |
| | 436: 18 | | are watching this video that Merck ran a study | | |
| | 436: 19 | | called VIGOR, that one of the theories was that | | |
| | 436: 20 | | there was at least four times as many heart attacks | | |
| | 436: 21 | | for people on Vioxx versus naproxen? | | |
| | 436:23 - | 437:2 | Weiner, Jan 2005-08-11 | | |
| | 436: 23 | | THE WITNESS: That particular sound | | |
| | 436: 24 | | bite does not make reference to that statement. | | |
| | 436: 25 | | BY MR. PLACITELLA: | | |
| | 437: 1 | | Q: In fact, her statement is that Vioxx | | |

|    |               |         |                                                              | Objections | Ruling in Mason |
|----|---------------|---------|--------------------------------------------------------------|------------|-----------------|
|    | 437: 2        |         | does not cause heart attacks, correct?                        |            |                 |
| 78 | 437:5 -       | 437:6   | Weiner, Jan 2005-08-11                                        |            |                 |
|    | 437: 5        |         | THE WITNESS: I think -- I think her                           |            |                 |
|    | 437: 6        |         | statement -- her statement is quite clear.                    |            |                 |
| 79 | 444:1 -       | 444:4   | Weiner, Jan 2005-08-11                                        |            |                 |
|    | 444: 1        |         | Q: And what she tells the world is that                       |            |                 |
|    | 444: 2        |         | it's Merck's position, even as of August 2001,                |            |                 |
|    | 444: 3        |         | despite whatever Merck knew internally, that Vioxx            |            |                 |
|    | 444: 4        |         | can't cause heart attacks, true?                              |            |                 |
| 80 | 444:7 -       | 444:12  | Weiner, Jan 2005-08-11                                        |            |                 |
|    | 444: 7        |         | THE WITNESS: Again, I think what Dr.                          |            |                 |
|    | 444: 8        |         | Demopoulos said on the videotape is -- was quite              |            |                 |
|    | 444: 9        |         | clear, that -- and, you know, we've talked about it           |            |                 |
|    | 444: 10       |         | previously, that the data tended to suggest that              |            |                 |
|    | 444: 11       |         | patients taking Vioxx did not have an increased               |            |                 |
|    | 444: 12       |         | risk.                                                         |            |                 |
| 81 | 444:14 -      | 444:15  | Weiner, Jan 2005-08-11                                        |            |                 |
|    | 444: 14       |         | Q: But Merck knew there was a lot of                          |            |                 |
|    | 444: 15       |         | data to the contrary, true?                                   |            |                 |
| 82 | 444:17 -      | 444:18  | Weiner, Jan 2005-08-11                                        |            |                 |
|    | 444: 17       |         | THE WITNESS: Again, her statements                            |            |                 |
|    | 444: 18       |         | went through the Merck review process.                        |            |                 |
| 83 | 444:22 -      | 444:23  | Weiner, Jan 2005-08-11                                        |            |                 |
|    | 444: 22       |         | One, Merck had the information from                           |            |                 |
|    | 444: 23       |         | the VIGOR study at this point, true?                          |            |                 |
| 84 | 445:3 -       | 445:7   | Weiner, Jan 2005-08-11                                        |            |                 |
|    | 445: 3        |         | A: Yes, Merck had the VIGOR results at                        |            |                 |
|    | 445: 4        |         | that time.                                                    |            |                 |
|    | 445: 5        |         | Q: Merck had the results of the                               |            |                 |
|    | 445: 6        |         | ADVANTAGE trial as of this point, true?                       |            |                 |
|    | 445: 7        |         | A: I believe that's the case.                                 |            |                 |
| 86 | 446:9 -       | 446:11  | Weiner, Jan 2005-08-11                                        |            |                 |
|    | 446: 9        |         | Q: And Laura Demopoulos mentioned none                        |            |                 |
|    | 446: 10       |         | of that on national television in response to Dr.             |            |                 |
|    | 446: 11       |         | Topol's article, true?                                        |            |                 |
| 87 | 446:13 -      | 446:14  | Weiner, Jan 2005-08-11                                        |            |                 |
|    | 446: 13       |         | THE WITNESS: Her comments do not                              |            |                 |
|    | 446: 14       |         | include specific references to those things.                  |            |                 |
| 88 | 525:21 -      | 525:23  | Weiner, Jan 2005-08-12                                        |            |                 |
|    | 525: 21       |         | Q: I'm going to show you a document that                      |            |                 |
|    | 525: 22       |         | we'll mark as Weiner-78 and ask if you can identify           |            |                 |
|    | 525: 23       |         | it.                                                           |            |                 |
| 89 | 526:4 -       | 527:3   | Weiner, Jan 2005-08-12                                        |            |                 |
|    | 526: 4        |         | THE WITNESS: This is the news                                 |            |                 |
|    | 526: 5        |         | release that was issued to announce the preliminary           |            |                 |
|    | 526: 6        |         | results of the VIGOR study.                                   |            |                 |
|    | 526: 7        |         | BY MR. MAYER:                                                 |            |                 |
|    | 526: 8        |         | Q: Was there media coverage in response                       |            |                 |
|    | 526: 9        |         | to this news release?                                         |            |                 |
|    | 526: 10       |         | A: There was a small amount of media                          |            |                 |
|    | 526: 11       |         | coverage on the day that this particular news                 |            |                 |

| | | | | Objections | Ruling in Mason |
|---|---|---|---|---|---|
| | 526: 12<br>526: 13<br>526: 14<br>526: 15<br>526: 16<br>526: 17<br>526: 18<br>526: 19<br>526: 20<br>526: 21<br>526: 22<br>526: 23<br>526: 24<br>526: 25<br>527: 1<br>527: 2<br>527: 3 | | release was issued. But over the coming months,<br>there was a great deal of media coverage about this<br>topic.<br>Q: Did this news release say anything<br>about the cardiovascular results of the VIGOR study,<br>in particular, the difference in event rates between<br>Vioxx and naproxen?<br>A: Yes, it does.<br>Q: What does it say about that?<br>A: Reading from the release at the<br>beginning of the second paragraph, 'In addition,<br>significantly fewer thromboembolic events were<br>observed in patients taking naproxen in this GI<br>outcomes study, which is consistent with naproxen's<br>ability to block platelet aggregation. This effect<br>on these events has not been observed previously in<br>any clinical studies for naproxen.' | | |
| 89 | **528:6 - 528:20**<br>528: 6<br>528: 7<br>528: 8<br>528: 9<br>528: 10<br>528: 11<br>528: 12<br>528: 13<br>528: 14<br>528: 15<br>528: 16<br>528: 17<br>528: 18<br>528: 19<br>528: 20 | | Weiner, Jan 2005-08-12<br>Q. Did the press release also disclose<br>the gastrointestinal results of the study?<br>A. Yes, it did.<br>Q. Very briefly, what were the<br>gastrointestinal results of the VIGOR study?<br>A. The results related to that, I can<br>characterize it as positive. I can read the<br>relevant sentences for you if you wish.<br>Q. If you could -- just directing your<br>attention to the second sentence of the release, if<br>you could just read that into the record.<br>A. "Among patients treated with Vioxx,<br>there was a significantly reduced incidence of<br>serious gastrointestinal events compared to patients<br>treated with naproxen." | (528:6-528:20)<br>**Plaintiff's objection:**<br>Cumulative | Overruled |
| | **532:11 - 532:21**<br>532: 11<br>532: 12<br>532: 13<br>532: 14<br>532: 15<br>532: 16<br>532: 17<br>532: 18<br>532: 19<br>532: 20<br>532: 21 | | Weiner, Jan 2005-08-12<br>Q. Why did Merck issue this release?<br>A. Merck issued the release because<br>there had been a large amount of very speculative<br>media coverage on that day, some of it reflecting<br>points of view raising questions about the safety of<br>COX-2 inhibitors.<br>Q. Was there any other purpose in<br>issuing the release?<br>A. It was to respond to the questions<br>that were in the public domain and in news media<br>coverage. | (532:11-532:21)<br>**Plaintiff's objection:**<br>Rule of Optional<br>Completeness,<br>should include<br>532:22-532:24 | OK |
| | **532:25 - 534:9**<br>532: 25<br>533: 1<br>533: 2<br>533: 3<br>533: 4<br>533: 5<br>533: 6<br>533: 7<br>533: 8<br>533: 9<br>533: 10<br>533: 11<br>533: 12 | | Weiner, Jan 2005-08-12<br>Q. But do you believe that the release<br>was fair and accurate?<br>A. Yes.<br>Q. Did the release say anything about<br>the difference in heart attack rates in the VIGOR<br>study between Vioxx and naproxen?<br>A. Yes, it did.<br>Q. What did it say?<br>A. Reading from the bottom of the first<br>page, "Although the VIGOR study was a GI outcomes<br>study and was not designed to show differences in<br>cardiovascular effects, significantly fewer heart<br>attacks were observed in patients taking naproxen | | |

| | | | Objections | Ruling in Mason |
|---|---|---|---|---|
| 533: 13 | (0.1 percent) compared to the group taking Vioxx 50 | | | |
| 533: 14 | milligrams (0.5 percent) in this study. There" -- | | | |
| 533: 15 | Q. Thank you. | | | |
| 533: 16 | Did the release say anything about | | | |
| 533: 17 | whether the naproxen hypothesis was the only | | | |
| 533: 18 | possible explanation of the VIGOR results? | | | |
| 533: 19 | A. No. It goes on in the next paragraph | | | |
| 533: 20 | to say, "In extensive discussions, the Advisory | | | |
| 533: 21 | Committee explored this finding, other studies of | | | |
| 533: 22 | Vioxx and possible explanations for this result in | | | |
| 533: 23 | VIGOR." | | | |
| 533: 24 | MR. PLACITELLA: Could you read the | | | |
| 533: 25 | rest of that paragraph, please? | | | |
| 534: 1 | BY MR. MAYER: | | | |
| 534: 2 | Q. You may read that. | | | |
| 534: 3 | A. "In the completed osteoarthritis | | | |
| 534: 4 | trials and on-going clinical trials with Vioxx 12.5 | | | |
| 534: 5 | milligram, 25 milligram and 50 milligram in 30,000 | | | |
| 534: 6 | patients, there was no difference in the incidence | | | |
| 534: 7 | of cardiovascular events, such as heart attacks, | | | |
| 534: 8 | among patients taking Vioxx, other NSAIDs and | | | |
| 534: 9 | placebo." | | | |
| 537:23 - 538:5 | Weiner, Jan 2005-08-12 | | | |
| 537: 23 | Q. Was the labeling for Vioxx changed to | | | |
| 537: 24 | reflect the results of the VIGOR study? | | | |
| 537: 25 | A. Yes, it was. | | | |
| 538: 1 | Q. When was that? | | | |
| 538: 2 | A. It was in April of 2002. | | | |
| 538: 3 | Q. Did Merck issue any press release in | | | |
| 538: 4 | connection with that label change? | | | |
| 538: 5 | A. Yes, it did. | | | |
| 538:13 - 538:22 | Weiner, Jan 2005-08-12 | | | |
| 538: 13 | Q. I show you a document that we've | | | |
| 538: 14 | marked as Weiner-81 and ask if you can identify | | | |
| 538: 15 | that? It bears Bates Numbers MRK PRL 000246 to 250. | | | |
| 538: 16 | A. This is a news release that Merck | | | |
| 538: 17 | issued to announce that we had changed the | | | |
| 538: 18 | prescribing information for Vioxx as requested by | | | |
| 538: 19 | the FDA. | | | |
| 538: 20 | Q. And did the news release include any | | | |
| 538: 21 | information with regard to cardiovascular issues? | | | |
| 538: 22 | A. Yes, it did. | | | |
| 541:11 - 542:15 | Weiner, Jan 2005-08-12 | | (541:11-542:5) | |
| 541: 11 | Q. Now, you've testified that you | | **Plaintiff's objection:** | |
| 541: 12 | communicated with Merck scientists regarding the | | Lack of foundation; | |
| 541: 13 | scientific and medical issues that were included in | | improper opinion | |
| 541: 14 | news releases regarding Vioxx; is that correct? | | testimony; Rule 403 | |
| 541: 15 | A. That's correct. | | | |
| 541: 16 | Q. To the best of your understanding | | | |
| 541: 17 | based on your communications with the Merck | | (542:6-542:15) | |
| 541: 18 | scientists, did the Merck scientists with whom you | | **Plaintiff's objection:** | |
| 541: 19 | communicated during the period for which you had | | Rule 403 | |
| 541: 20 | responsibility for Vioxx have a belief with respect | | | |
| 541: 21 | to the cardiovascular safety of Vioxx? | | | |
| 541: 22 | A. Yes, they did. | | | |
| 541: 23 | Q. What was that belief? | | | |
| 541: 24 | A. The belief -- they had a strong | | | |
| 541: 25 | belief in the cardiovascular safety of Vioxx, and | | | |
| 542: 1 | they believed, as is reflected in the news releases, | | | |

15

|  |  | Objections | Ruling in Mason |
|---|---|---|---|
| 542: 2   in the effect of naproxen, and they also believed |  |  |  |
| 542: 3   that there was significant data from our other |  |  |  |
| 542: 4   studies that gave them confidence in the safety -- |  |  |  |
| 542: 5   cardiovascular safety profile of Vioxx. |  |  |  |
| 542: 6   Q. Ms. Weiner, did you ever take Vioxx |  |  |  |
| 542: 7   yourself? |  |  |  |
| 542: 8   A. Yes, I did. |  |  |  |
| 542: 9   Q. Under what circumstances? |  |  |  |
| 542: 10  A. I broke my foot, and my doctor |  |  |  |
| 542: 11  prescribed it to relieve the acute pain that was |  |  |  |
| 542: 12  associated with that. |  |  |  |
| 542: 13  Q. And were you satisfied with the |  |  |  |
| 542: 14  results? |  |  |  |
| 542: 15  A. Yes. |  |  |  |

90   542:16 - 543:3   Weiner, Jan 2005-08-12
    542: 16   Q: Ms. Weiner, what is an impression?
    542: 17   From a public affairs point of view, what does that
    542: 18   word mean?
    542: 19   A: An impression is a calculation of the
    542: 20   potential reach of a news media story. It is -- in
    542: 21   the case of a newspaper, it's not just the
    542: 22   circulation, recognizing that a newspaper can go
    542: 23   into an office or a home and be seen by other
    542: 24   people, and so in the case of a newspaper, we will
    542: 25   obtain from that organization their best estimate of
    543: 1    the number of people on average who see each issue.
    543: 2    And so an impression would be the circulation times
    543: 3    whatever the pass-along factor is.

    543:6 - 543:15   Weiner, Jan 2005-08-12
    543: 6    THE WITNESS: That covers print. And
    543: 7    then an impression as it relates to broadcast will
    543: 8    be their best estimate of the number of people who
    543: 9    are viewing a program. The data is much better for
    543: 10   broadcast than it is for print.
    543: 11   BY MR. MAYER:
    543: 12   Q: Does the calculation of impression,
    543: 13   for purposes of newspapers mean a person actually
    543: 14   saw or read a particular item?
    543: 15   A: No.

    548:12 - 548:15   Weiner, Jan 2005-08-12
    548  12   Q.    By the way, did Merck disclose
    548  13   publicly that there was a difference between Vioxx
    548  14   and naproxen in heart attack rates?
    548  15   A.    Yes, on numerous occasions.