Mason v. Merck & Co., Inc.
Deposition Designations for Mary Blake

|   |   |   | Objections/Responses | Ruling in Mason |
|---|---|---|---|---|

1   **11:12 - 11:13**   Blake, Mary 2005-11-29
    11: 12   Q.   Okay. Good morning, Mrs. Blake.
    11: 13   A.   Good morning. How are you?

2   **13:19 - 13:21**   Blake, Mary 2005-11-29
    13: 19   Q.   All right. You are currently working
    13: 20   for Merck, correct?
    13: 21   A.   Yes, I am.

3   **13:22 - 13:24**   Blake, Mary 2005-11-29
    13: 22   Q.   What is your current title?
    13: 23   A.   I am senior director for Merck
    13: 24   Vaccines, Public Affairs.

4   **18:18 - 19:2**   Blake, Mary 2005-11-29
    18: 18   Q.   So from, say '9 -- what was your job
    18: 19   title from 1997 through 2001?
    18: 20   A.   It varied, but for most of that time,
    18: 21   I was a manager of public affairs.
    18: 22   Q.   Manager. Okay. And who did you work
    18: 23   for?
    18: 24   A.   There I worked for a number of
    18: 25   people. Primarily Jan Weiner, who was the head of
    19: 1   that group. Sometimes I worked directly for her,
    19: 2   other times I worked for other people in between.

5   **22:14 - 23:2**   Blake, Mary 2005-11-29
    22: 14   When is the first time you became
    22: 15   involved with the drug Vioxx or its predecessor,
    22: 16   while working for Merck?
    22: 17   A.   I started work on Vioxx, I did some
    22: 18   help when I wasn't directly responsible for it, in
    22: 19   the middle of 1999.
    22: 20   Q.   Okay.
    22: 21   A.   Sometime in the spring, early summer
    22: 22   of 1999. And I was assigned Vioxx in the fall of
    22: 23   1999.
    22: 24   Q.   So in the fall of 1999, you say you
    22: 25   were "assigned Vioxx". What does that mean?
    23: 1   A.   Um-hmm. I became the manager with
    23: 2   responsibility for Vioxx.

6   **23:3 - 23:4**   Blake, Mary 2005-11-29
    23: 3   Q.   In the United States only or --
    23: 4   A.   In the United States only.

7   **27:9 - 27:20**   Blake, Mary 2005-11-29
    27: 9   Q.   Before I get to that, describe for me
    27: 10   generally what your job responsibilities were as
    27: 11   manager, U.S.H.H., of public affairs for Vioxx.
    27: 12   A.   Essentially in that position I had
    27: 13   responsibility for interactions with the news media
    27: 14   related to Vioxx and also for public affairs
    27: 15   programs related to disease awareness.
    27: 16   Q.   What does that mean, the last part?

|   |   |   | Objections/Responses | Ruling in Mason |
|---|---|---|---|---|
| | 27: 17<br>27: 18<br>27: 19<br>27: 20 | A. The disease awareness part? We<br>worked with third-party groups to implement programs<br>that encouraged consumers to talk to their doctor<br>about osteoarthritis, if they had it. | | |
| 8 | 33:2 - 33:6<br>33: 2<br>33: 3<br>33: 4<br>33: 5<br>33: 6 | Blake, Mary 2005-11-29<br>Q. When you worked for public affairs,<br>there would be various tools that you would use to<br>get the word out when you needed to concerning<br>Vioxx, correct?<br>A. Yes. | | |
| 9 | 33:11 - 33:19<br>33: 11<br>33: 12<br>33: 13<br>33: 14<br>33: 15<br>33: 16<br>33: 17<br>33: 18<br>33: 19 | Blake, Mary 2005-11-29<br>Q. Who was in charge of press releases<br>for Vioxx?<br>A. Well, ultimately the public affairs<br>department is responsible for developing and getting<br>the appropriate approvals and issuing news releases<br>in consultation with the various reviewers,<br>including medical/legal board.<br>Q. But who was in charge? Where did the<br>buck stop -- | | |
| 10 | 33:25 - 34:7<br>33: 25<br>34: 1<br>34: 2<br>34: 3<br>34: 4<br>34: 5<br>34: 6<br>34: 7 | Blake, Mary 2005-11-29<br>THE WITNESS: In terms of where the<br>buck stopped, ultimately Merck Research Labs and<br>legal have the final say in terms of whether or not<br>a news release is issued.<br>BY MR. PLACITELLA:<br>Q. Who is responsible for drafting the<br>press releases and putting them in final form?<br>A. Public affairs. | | |
| 11 | 34:18 - 34:24<br>34: 18<br>34: 19<br>34: 20<br>34: 21<br>34: 22<br>34: 23<br>34: 24 | Blake, Mary 2005-11-29<br>Q. Could the press releases go out<br>without your approval?<br>A. Without my approval?<br>Q. Um-hmm.<br>A. Ultimately, the final sign-off of<br>press releases is really Merck Research Labs and<br>legal. | | |
| 12 | 36:21 - 37:21<br>36: 21<br>36: 22<br>36: 23<br>36: 24<br>36: 25<br>37: 1<br>37: 2<br>37: 3<br>37: 4<br>37: 5<br>37: 6<br>37: 7<br>37: 8<br>37: 9<br>37: 10<br>37: 11<br>37: 12<br>37: 13 | Blake, Mary 2005-11-29<br>Q. What about video news releases, were<br>they a tool used for getting the word out?<br>A. Yes, we used video news releases as<br>well.<br>Q. And the video news releases, who was<br>the person primarily responsible within public<br>affairs for the video news releases related to<br>Vioxx?<br>A. Well, that too could vary based on<br>who had responsibility for a given project. Often,<br>I had responsibility, and it would always go through<br>medical/legal board. They had the final say.<br>Q. In fact, you were involved with media<br>training for the video news releases and interviews<br>at various points in time related to Vioxx, true?<br>A. Yes, I did media training.<br>Q. And interviews with spokespersons for<br>Merck, was that a tool that was used for getting the | | |

|   |   |   | Objections/Responses | Ruling in Mason |
|---|---|---|---|---|
|   | 37: 14 | word out related to Vioxx? |   |   |
|   | 37: 15 | A.   Merck people participated in |   |   |
|   | 37: 16 | interviews about Vioxx, yes. |   |   |
|   | 37: 17 | Q.   What about spokespersons versus -- |   |   |
|   | 37: 18 | did you have spokespersons that you hired that were |   |   |
|   | 37: 19 | non-Merck employees to get the word out related to |   |   |
|   | 37: 20 | Vioxx? |   |   |
|   | 37: 21 | A.   Yes. |   |   |
| 13 | 38:8 - 38:23 | Blake, Mary 2005-11-29 |   |   |
|   | 38: 8 | Q.   Okay. Did you use websites as a |   |   |
|   | 38: 9 | vehicle for getting the word out related to Vioxx? |   |   |
|   | 38: 10 | A.   Within public affairs? |   |   |
|   | 38: 11 | Q.   Um-hmm. |   |   |
|   | 38: 12 | A.   Yes, we did. |   |   |
|   | 38: 13 | Q.   And what websites did you use? |   |   |
|   | 38: 14 | A.   Some -- if I'm remembering correctly, |   |   |
|   | 38: 15 | and I apologize, it was a long time ago, we had a |   |   |
|   | 38: 16 | disease awareness website in conjunction with the |   |   |
|   | 38: 17 | Arthritis Foundation around the Speaking of Pain |   |   |
|   | 38: 18 | program. And I can't remember the URL for that. |   |   |
|   | 38: 19 | The content was also on the Arthritis Foundation's |   |   |
|   | 38: 20 | website. It might even still be there. |   |   |
|   | 38: 21 | And then, in addition to that, some |   |   |
|   | 38: 22 | of the public affairs materials, I believe, were on |   |   |
|   | 38: 23 | Vioxx.com. |   |   |
| 14 | 41:7 - 41:20 | Blake, Mary 2005-11-29 |   |   |
|   | 41: 7 | Q.   Did marketing have -- did marketing |   |   |
|   | 41: 8 | also have to approve your press releases before they |   |   |
|   | 41: 9 | were sent out? |   |   |
|   | 41: 10 | A.   They were reviewed again. |   |   |
|   | 41: 11 | Q.   And who was that? Who approved your |   |   |
|   | 41: 12 | press releases in marketing? |   |   |
|   | 41: 13 | A.   That would also vary by the news |   |   |
|   | 41: 14 | release. My primary point of contact for many |   |   |
|   | 41: 15 | things was Carrie Bourdow on the marketing team, but |   |   |
|   | 41: 16 | some things would also be reviewed by her bosses as |   |   |
|   | 41: 17 | well as the vice president of the marketing team. |   |   |
|   | 41: 18 | Q.   Did that include Wendy Dixon? |   |   |
|   | 41: 19 | A.   Yes, Wendy was the vice president at |   |   |
|   | 41: 20 | the time, if I remember correctly. |   |   |
| 15 | 41:23 - 42:17 | Blake, Mary 2005-11-29 |   |   |
|   | 41: 23 | Public affairs was really responsible |   |   |
|   | 41: 24 | for communications concerning Vioxx to the general |   |   |
|   | 41: 25 | public, correct? |   |   |
|   | 42: 1 | A.   No, to the news media. |   |   |
|   | 42: 2 | Q.   Only to the news media? |   |   |
|   | 42: 3 | A.   The news media is the primary |   |   |
|   | 42: 4 | audience. The programs that we work on and the |   |   |
|   | 42: 5 | materials we create are intended for use by the news |   |   |
|   | 42: 6 | media. Now, we talked before about the disease |   |   |
|   | 42: 7 | education program. That involves working with |   |   |
|   | 42: 8 | consumer groups and also had a media component to it |   |   |
|   | 42: 9 | as well. |   |   |
|   | 42: 10 | Q.   Well, you call it public affairs, |   |   |
|   | 42: 11 | correct? |   |   |
|   | 42: 12 | A.   That is the name of our department, |   |   |
|   | 42: 13 | yes. |   |   |
|   | 42: 14 | Q.   Meaning that you understood that the |   |   |

| | | | Objections/Responses | Ruling in Mason |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
|  | 42: 15 | messages that you were issuing would ultimately -- |
|  | 42: 16 | were ultimately intended to reach the public, |
|  | 42: 17 | correct? |
| 16 | 43:23 - 44:13 | Blake, Mary 2005-11-29 |
|  | 43: 23 | Q.   The -- you understood that the |
|  | 43: 24 | messages that you were delivering were ultimately |
|  | 43: 25 | intended for the public to see, correct? |
|  | 44: 1 | A.   Well -- I apologize, it's hard to |
|  | 44: 2 | answer the question that way just because, I mean, |
|  | 44: 3 | the materials that we create go to the news media, |
|  | 44: 4 | who then are responsible for the stories that they |
|  | 44: 5 | write, and they have other sources besides Merck. |
|  | 44: 6 | So it would be exceedingly rare for a |
|  | 44: 7 | news release just to go -- to be seen by the general |
|  | 44: 8 | public. It goes to the news media, who then writes |
|  | 44: 9 | their stories. So, but, yes, ultimately they go to |
|  | 44: 10 | the public -- |
|  | 44: 11 | Q.   All right. I'll -- |
|  | 44: 12 | A.   The story is seen by the public, but |
|  | 44: 13 | the news release is not necessarily. |
| 17 | 44:14 - 44:16 | Blake, Mary 2005-11-29 |
|  | 44: 14 | Q.   But the purpose of the news tools |
|  | 44: 15 | that we've discussed is to communicate Merck's |
|  | 44: 16 | message to the public ultimately, true? |
| 18 | 44:18 - 45:6 | Blake, Mary 2005-11-29 |
|  | 44: 18 | THE WITNESS: Yes. |
|  | 44: 19 | BY MR. PLACITELLA: |
|  | 44: 20 | Q.   Okay. And, in fact, you issued your |
|  | 44: 21 | press releases online as well, didn't you? |
|  | 44: 22 | A.   We distribute our news releases |
|  | 44: 23 | through various news wire services. We change them |
|  | 44: 24 | during the course of time. And they also appeared |
|  | 44: 25 | on Merck.com. |
|  | 45: 1 | Q.   Right. |
|  | 45: 2 | A.   So -- |
|  | 45: 3 | Q.   So if somebody was searching for |
|  | 45: 4 | Vioxx, let's say, they could very well see your |
|  | 45: 5 | press releases on Merck.com, correct? |
|  | 45: 6 | A.   They could, yes. |
| 19 | 46:11 - 46:17 | Blake, Mary 2005-11-29 |
|  | 46: 11 | Q.   You're aware that your press releases |
|  | 46: 12 | and other tools were governed by the FDA labeling |
|  | 46: 13 | law, true? |
|  | 46: 14 | A.   Yes, I'm aware that public affairs |
|  | 46: 15 | materials are governed by FDA regulations. |
|  | 46: 16 | Q.   Okay. And that law required that all |
|  | 46: 17 | of your materials be fairly balanced, correct? |
| 20 | 46:20 - 46:21 | Blake, Mary 2005-11-29 |
|  | 46: 20 | THE WITNESS: Within FDA regulations, |
|  | 46: 21 | yes, there's an expectation for fair and balanced. |
|  | 46:23 - 47:2 | Blake, Mary 2005-11-29 |
|  | 46: 23 | Q.   Okay. |
|  | 46: 24 | A.   But, ultimately -- I just do want to |
|  | 46: 25 | clarify that -- you know, as part of the |
|  | 47: 1 | medical/legal board review process, I mean, that's |

|  |  | Objections/Responses | Ruling in Mason |
|---|---|---|---|

```
        47: 2           where those decisions get made.

    47:7 - 47:11        Blake, Mary 2005-11-29                    (47:7-10)
        47: 7           Q.   Well, you were part of the           Plaintiff's Objection:
        47: 8           medical/legal review, so you had some knowledge    Optional completeness
        47: 9           about the regulations that pertain to what was
        47: 10          necessary to comply with the FDA's laws, correct?
        47: 11          A.   With -- yes. Within --

23  48:5 - 48:12        Blake, Mary 2005-11-29
        48: 5           A.   -- what my job was within the office
        48: 6           of medical/legal.
        48: 7                I was the liaison to the FDA in terms
        48: 8           of sending them promotional materials for their
        48: 9           pre-review, for example, for the products that I
        48: 10          worked on. I reviewed those materials as they came
        48: 11          through, but that was once they had already gone
        48: 12          through medical/legal board.

24  48:13 - 48:15       Blake, Mary 2005-11-29
        48: 13          Q.   Okay.
        48: 14          A.   I was not a sign-off on any
        48: 15          materials.

25  48:18 - 49:2        Blake, Mary 2005-11-29
        48: 18               You were generally aware of what the
        48: 19          FDA rules were concerning labeling and public
        48: 20          affairs materials, correct?
        48: 21          A.   Generally. But, again, I'm not a
        48: 22          lawyer or doctor.
        48: 23          Q.   But that was part of your job to
        48: 24          know, correct?
        48: 25          A.   It was part of my job to be familiar
        49: 1           with, but I would not call myself an expert in any
        49: 2           way.

26  52:14 - 52:20       Blake, Mary 2005-11-29
        52: 14          Q.   Well, you understand as the director
        52: 15          or manager of public affairs that it's your
        52: 16          responsibility to make sure, from your perspective,
        52: 17          that the information that's contained in your
        52: 18          materials that's sent out into the public, that it
        52: 19          contains the truth and the whole truth, not half the
        52: 20          truth, correct?

27  52:23 - 52:24       Blake, Mary 2005-11-29
        52: 23                    THE WITNESS: Yes, our materials are
        52: 24          truthful. I recognize that as our responsibility.

28  54:24 - 55:1        Blake, Mary 2005-11-29
        54: 24          Q.   I'm going to show you what's been
        54: 25          marked P-1 for identification and ask you if you
        55: 1           have ever seen this before?

29  55:2 - 55:6         Blake, Mary 2005-11-29
        55: 2           A.   Okay. I believe that this is a field
        55: 3           communication document, but I may be wrong.
        55: 4           Q.   Have you ever seen it before?
        55: 5           A.   I believe so.
        55: 6           Q.   Okay. Can you turn to Page 44.
```

|  |  | Objections/Responses | Ruling in Mason |
|---|---|---|---|

|    | 55:7 - 55:13 | Blake, Mary 2005-11-29 |  |  |
|----|--------------|------------------------|--|--|
|    | 55: 7 | A. Um-hmm. Yes. |  |  |
|    | 55: 8 | Q. See where it says, "General |  |  |
|    | 55: 9 | Principles of Promotion"? |  |  |
|    | 55: 10 | A. Um-hmm. |  |  |
|    | 55: 11 | Q. This is a Merck document, by the way, |  |  |
|    | 55: 12 | correct? |  |  |
|    | 55: 13 | A. Yes. |  |  |
| 31 | 56:1 - 56:5 | Blake, Mary 2005-11-29 |  |  |
|    | 56: 1 | Q. Okay. And here it says, "General |  |  |
|    | 56: 2 | Principles of Promotion. FDA regulations impose |  |  |
|    | 56: 3 | five main principles on promotion." |  |  |
|    | 56: 4 | Do you see that? |  |  |
|    | 56: 5 | A. Yes, I do. |  |  |
| 32 | 57:16 - 58:10 | Blake, Mary 2005-11-29 |  |  |
|    | 57: 16 | Q. It says, "A promotional claim may not |  |  |
|    | 57: 17 | be interpreted in a false or misleading manner by a |  |  |
|    | 57: 18 | significant minority of prescribers." |  |  |
|    | 57: 19 | Did I read that correctly? |  |  |
|    | 57: 20 | A. Yes. |  |  |
|    | 57: 21 | Q. Okay. It then says, "Inclusion of |  |  |
|    | 57: 22 | proper balance. There must be appropriate weight |  |  |
|    | 57: 23 | given to all clinically relevant information, that |  |  |
|    | 57: 24 | is, the risks and benefits, that can affect a |  |  |
|    | 57: 25 | physician's prescribing practices." |  |  |
|    | 58: 1 | Did you understand that to be the |  |  |
|    | 58: 2 | case? |  |  |
|    | 58: 3 | A. That's what it says, yes. |  |  |
|    | 58: 4 | Q. Okay. Then it says, "Absence of |  |  |
|    | 58: 5 | omissions of relevant information. Promotional |  |  |
|    | 58: 6 | material, when taken as a whole, is inadequate if it |  |  |
|    | 58: 7 | does not tell the whole truth, i.e., unfavorable |  |  |
|    | 58: 8 | information may not be omitted." |  |  |
|    | 58: 9 | Correct? |  |  |
|    | 58: 10 | A. Yes. |  |  |
| 33 | 58:17 - 59:2 | Blake, Mary 2005-11-29 |  |  |
|    | 58: 17 | Q. "Support by adequate clinical |  |  |
|    | 58: 18 | studies. Promotion may not promote the product in a |  |  |
|    | 58: 19 | light more favorable than shown by data obtained |  |  |
|    | 58: 20 | from clinical experience." |  |  |
|    | 58: 21 | Did I read that correctly? |  |  |
|    | 58: 22 | A. Yes. |  |  |
|    | 58: 23 | Q. Did you understand that these were |  |  |
|    | 58: 24 | the general principles that guided you in |  |  |
|    | 58: 25 | constructing promotional materials for the product |  |  |
|    | 59: 1 | Vioxx? |  |  |
|    | 59: 2 | A. Yes, I'm familiar with those. |  |  |
| 34 | 60:12 - 60:16 | Blake, Mary 2005-11-29 |  |  |
|    | 60: 12 | Q. So in terms of your understanding, if |  |  |
|    | 60: 13 | a company indicates that a drug does not have side |  |  |
|    | 60: 14 | effects, when there's credible scientific evidence |  |  |
|    | 60: 15 | to the contrary, that would be false and misleading, |  |  |
|    | 60: 16 | from your understanding? |  |  |
| 35 | 60:19 - 60:22 | Blake, Mary 2005-11-29 |  |  |
|    | 60: 19 | THE WITNESS: From my understanding? |  |  |

6

|   |   |   |   | Objections/Responses | Ruling in Mason |
|---|---|---|---|---|---|
|   | 60: 20 | | BY MR. PLACITELLA: | | |
|   | 60: 21 | | Q. Yes. | | |
|   | 60: 22 | | A. Yes. | | |
| 36 | 62:17 - 62:19 | | Blake, Mary 2005-11-29 | | |
|   | 62: 17 | | One of your missions as it related to | | |
|   | 62: 18 | | the drug Vioxx was to minimize the attention given | | |
|   | 62: 19 | | to heart attack issues, correct? | | |
| 37 | 62:22 - 63:7 | | Blake, Mary 2005-11-29 | | |
|   | 62: 22 | | THE WITNESS: One of my | | |
|   | 62: 23 | | responsibilities as the -- one of the public affairs | | |
|   | 62: 24 | | people responsible for Vioxx was once the VIGOR | | |
|   | 62: 25 | | results came out and the media reported again and | | |
|   | 63: 1 | | again on the cardiovascular findings of VIGOR was to | | |
|   | 63: 2 | | -- there was so much coverage on the cardiovascular | | |
|   | 63: 3 | | findings, to bring that essentially back into | | |
|   | 63: 4 | | balance, because that's what they reported on all | | |
|   | 63: 5 | | the time, and MRL, based on their analysis, didn't | | |
|   | 63: 6 | | believe that to be the case. It was my job to talk | | |
|   | 63: 7 | | about that to the news media. | | |
| 38 | 63:20 - 64:2 | | Blake, Mary 2005-11-29 | | |
|   | 63: 20 | | Q. One of your jobs was to convince the | | |
|   | 63: 21 | | world that there was no reason to believe that Vioxx | | |
|   | 63: 22 | | caused heart attacks, true? | | |
|   | 63: 23 | | A. Based on Merck Research Labs' | | |
|   | 63: 24 | | assessment, because, you know, they're the ones who | | |
|   | 63: 25 | | know the data and understand the data. That was my | | |
|   | 64: 1 | | job to communicate that to the news media, my | | |
|   | 64: 2 | | interactions, but it was based on their assessment. | | |
| 39 | 64:24 - 65:2 | | Blake, Mary 2005-11-29 | | |
|   | 64: 24 | | Q. To convince -- it was your job to | | |
|   | 64: 25 | | tell the news media that there was no reason to | | |
|   | 65: 1 | | believe that Vioxx caused heart attacks, can we | | |
|   | 65: 2 | | agree on that? | | |
| 40 | 65:5 - 65:12 | | Blake, Mary 2005-11-29 | | |
|   | 65: 5 | | THE WITNESS: It was -- well, I mean, | | |
|   | 65: 6 | | it's important to keep in mind that the news media | | |
|   | 65: 7 | | are a highly independent body, and it was my job to | | |
|   | 65: 8 | | convey to them Merck's perspective. Sometimes I did | | |
|   | 65: 9 | | that directly, sometimes we had people from Merck | | |
|   | 65: 10 | | Research Labs who did that, and ultimately reporters | | |
|   | 65: 11 | | put together a complete story based on our | | |
|   | 65: 12 | | perspective as well as others. And that included -- | | |
| 41 | 65:24 - 65:24 | | Blake, Mary 2005-11-29 | | |
|   | 65: 24 | | Q. Can you answer that question? | | |
| 42 | 66:2 - 66:3 | | Blake, Mary 2005-11-29 | | |
|   | 66: 2 | | THE WITNESS: Yes. With Merck | | |
|   | 66: 3 | | Research Labs. | | |
|   | | | | Re: 68:2-68:5 | |
|   | 68:2 - 68:6 | | Blake, Mary 2005-11-29 | | |
|   | 68: 2 | | THE WITNESS: My responsibility was | Def Obj: Answer | |
|   | 68: 3 | | to interact with the news media, which throughout | without a question; | |
|   | 68: 4 | | most of 2000 was a lot of discussion about the | question was removed by | |
|   | 68: 5 | | cardiovascular findings in the VIGOR trial. | sustained objection | |
|   | 68: 6 | | BY MR. PLACITELLA: | | |

| | | | | Objections/Responses | Ruling in Mason |
|---|---|---|---|---|---|
| | 68:7 - 68:11 | | Blake, Mary 2005-11-29 | | *signature* |
| | 68: 7 | | Q. You keep saying the news media, but | | |
| | 68: 8 | | your whole point was to get the information that you | | |
| | 68: 9 | | wanted out to the public, you didn't do it just so | | |
| | 68: 10 | | the news media was going to take it home and put it | | |
| | 68: 11 | | on a shelf, right? | | |
| 45 | 68:14 - 68:21 | | Blake, Mary 2005-11-29 | 68:14-68:21 | |
| | 68: 14 | | THE WITNESS: As a public affairs | Plaintiff's Objection: | |
| | 68: 15 | | person, I mean, the news media is who I interact | Optional completeness | |
| | 68: 16 | | with. I don't interact with the general public. | needs to include | |
| | 68: 17 | | So, I mean, that's -- that's where interactions | (68:23-69:2) | |
| | 68: 18 | | were. Yes, they communicate to the broader public, | | |
| | 68: 19 | | but they are the ones who have complete control over | | |
| | 68: 20 | | what it is that they report. It's my job to convey | | |
| | 68: 21 | | to them Merck's perspective. | | |
| 47 | 69:3 - 69:7 | | Blake, Mary 2005-11-29 | | |
| | 69: 3 | | Q. Okay. Now, I want to show you P-2. | | |
| | 69: 4 | | This is your performance review form? | | |
| | 69: 5 | | A. Um-hmm. | | |
| | 69: 6 | | Q. Do you recognize this? | | |
| | 69: 7 | | A. Yes. | | |
| 48 | 69:19 - 69:22 | | Blake, Mary 2005-11-29 | | |
| | 69: 19 | | Q. Here it says that for the year 2000, | | |
| | 69: 20 | | your accomplishments concerning the VIGOR study were | | |
| | 69: 21 | | -- included minimizing the attention to heart attack | | |
| | 69: 22 | | issues, correct? | | |
| 49 | 70:8 - 70:19 | | Blake, Mary 2005-11-29 | | |
| | 70: 8 | | Q. See where it says, "Accomplishments | | |
| | 70: 9 | | include" and then underneath it, it says "VIGOR"? | | |
| | 70: 10 | | Do you see where it says "VIGOR"? | | |
| | 70: 11 | | A. Yes. I'm sorry, that was the | | |
| | 70: 12 | | paragraph I was reading. | | |
| | 70: 13 | | Q. Okay. And part of your | | |
| | 70: 14 | | accomplishment, which meant your mission, right, was | | |
| | 70: 15 | | to minimize the attention to heart attack issues, | | |
| | 70: 16 | | correct? | | |
| | 70: 17 | | A. Well, it does include that language, | | |
| | 70: 18 | | yes, but this is done at the end of the year, not at | | |
| | 70: 19 | | the beginning of the year. | | |
| 50 | 70:21 - 71:6 | | Blake, Mary 2005-11-29 | | |
| | 70: 21 | | A. So when -- well, when you talk about | | |
| | 70: 22 | | mission, that implies that it started at the | | |
| | 70: 23 | | beginning of the year. And this was written at the | | |
| | 70: 24 | | end of 2000, after almost all of the media coverage | | |
| | 70: 25 | | was around the cardiovascular findings from the | | |
| | 71: 1 | | VIGOR trial. | | |
| | 71: 2 | | So it was my job to include Merck's | | |
| | 71: 3 | | perspective in those stories based on what Merck | | |
| | 71: 4 | | Research Labs said, bringing it from the point of | | |
| | 71: 5 | | overemphasis. So I think where it talks about | | |
| | 71: 6 | | balanced coverage, I mean, that was really the goal. | | |
| 51 | 71:7 - 71:14 | | Blake, Mary 2005-11-29 | | |
| | 71: 7 | | Q. All right. Let me ask the question | | |
| | 71: 8 | | again this way. The ultimate success in your job as | | |
| | 71: 9 | | it related to heart attack issues and Vioxx was to | | |

|   |   | Objections/Responses | Ruling in Mason |
|---|---|---|---|

|    |                 |                                                                  |
|----|-----------------|------------------------------------------------------------------|
|    | 71: 10          | keep it out of the news altogether, correct?                     |
|    | 71: 11          | A.   No, I wouldn't characterize it in                           |
|    | 71: 12          | that way, no.                                                    |
|    | 71: 13          | Q.   Okay. So one of your accomplishments --                     |
|    | 71: 14          | A.   I'm sorry, can I finish?                                    |
| 52 | 71:18 - 71:25   | Blake, Mary 2005-11-29                                           |
|    | 71: 18          | Q.   Go ahead.                                                   |
|    | 71: 19          | A.   Because almost all of the media                             |
|    | 71: 20          | coverage about Vioxx in the year 2000 was around the             |
|    | 71: 21          | cardiovascular findings from VIGOR. I often tried                |
|    | 71: 22          | to talk to reporters about the GI findings from                  |
|    | 71: 23          | VIGOR, but really their attention was all on the                 |
|    | 71: 24          | cardiovascular findings. So it was getting it                    |
|    | 71: 25          | balanced.                                                        |
| 53 | 72:1 - 72:12    | Blake, Mary 2005-11-29                                           |
|    | 72: 1           | Q.   Okay. And every time they asked you                         |
|    | 72: 2           | a question, your job was to tell them no, Vioxx does             |
|    | 72: 3           | not cause heart attacks, and we have the proof,                  |
|    | 72: 4           | right?                                                           |
|    | 72: 5           | A.   Based on Merck Research Labs'                               |
|    | 72: 6           | assessment.                                                      |
|    | 72: 7           | Q.   Correct?                                                    |
|    | 72: 8           | A.   That was Merck Research Labs'                               |
|    | 72: 9           | assessment, yes.                                                 |
|    | 72: 10          | Q.   So -- and do you track, by the way,                         |
|    | 72: 11          | for the first year the number of media impressions               |
|    | 72: 12          | where the Merck message got out?                                 |
| 54 | 72:15 - 72:24   | Blake, Mary 2005-11-29                                           |
|    | 72: 15          | THE WITNESS: It's hard to track. We                              |
|    | 72: 16          | do sometimes try and track that type. Certainly for              |
|    | 72: 17          | the year 2000, for Vioxx, that would have been very              |
|    | 72: 18          | hard because there was so much coverage of the VIGOR             |
|    | 72: 19          | study.                                                           |
|    | 72: 20          | BY MR. PLACITELLA:                                               |
|    | 72: 21          | Q.   You had never heard that there were                         |
|    | 72: 22          | at least a million -- a billion media impressions                |
|    | 72: 23          | related to Vioxx with Merck's message in the year                |
|    | 72: 24          | 2000?                                                            |
| 55 | 73:1 - 73:9     | Blake, Mary 2005-11-29                                           |
|    | 73: 1           | THE WITNESS: Well, actually, it                                  |
|    | 73: 2           | wouldn't -- most of the media coverage in 2000 was               |
|    | 73: 3           | around cardiovascular findings from VIGOR, if I                  |
|    | 73: 4           | remember correctly. That's certainly what it felt                |
|    | 73: 5           | like.                                                            |
|    | 73: 6           | BY MR. PLACITELLA:                                               |
|    | 73: 7           | Q.   A billion impressions, had you ever                         |
|    | 73: 8           | heard that?                                                      |
|    | 73: 9           | A.   I've heard that before, yes.                                |
| 56 | 74:2 - 74:5     | Blake, Mary 2005-11-29                                           |
|    | 74: 2           | Q.   In fact, it was the Merck message for                       |
|    | 74: 3           | the billion media impressions, whenever asked, that              |
|    | 74: 4           | Vioxx does not cause heart attacks, correct?                     |
|    | 74: 5           | A.   That was Merck Research Labs, yes.                          |

| | Objections/Responses | Ruling in Mason |
|---|---|---|
| | | |