# United States District Court
## EASTERN DISTRICT OF LOUISIANA
### MDL 1657 (Vioxx)

**FILED** U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2006 OCT 27 P 3: 44
LORETTA G. WHYTE
CLERK

RETURN

James G. Pendergast, et ux,

V.

Merck & Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-4472
Section L   Mag 3

TO: (Name and address of defendant)
Merck & Co., Inc.
Serve registered agent:   CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA   70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leila H. Watson
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL  35205

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    OCT 1 0 2006

CLERK                                               DATE

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Certified mail - return receipt_

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/26/06__    _[signature]_
  Date                       Signature of Server

_2131 Magnolia Avenue_
Address of Server
_Birmingham, AL 35205_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

Re: James Pender 9217, Baton Rouge, LA 708[?]
vs. Merck + Co., Inc. (LA 70[?])
06-4492 Sept. 28, 2006 PM 6 T

2854 C004

• Sender: Please print your name, address, and ZIP+4 in this box •

Leila H. Watson
Cory, Watson, Crowder & DeGaris
2131 Magnolia Avenue
Birmingham, Alabama 35205

First-Class
Postage & Fees Paid
USPS
Permit No. G-10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Merck & Co., Inc.
   Serve registered agent: CT Corporation System
   8550 United Plaza Blvd.
   Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Shawna Smith
C. Date of Delivery: 10/20/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7000 1670 0011 9425 2670

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540