**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 2, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| This document relates to CA 05-2524 | JUDGE FALLON |
| Anthony Wayne Dedrick v. Merck & Co., Inc. | MAG. JUDGE KNOWLES |

**BEFORE JUDGE ELDON E. FALLON**
Thursday, November 2, 2006, 8:00 am
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa

Appearances:   Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
                       Phil Beck, Esq., Carey Jablonski, Esq. And Mark Ouweleen, Esq. for defendant

**SEALED In Limine Motion of plaintiff, Anthony Wayne Dedrick, to Exclude Evidence Regarding Plaintiff's Prior Criminal History and Prior Drug Use:   (#8088)**

**Argument - TAKEN UNDER SUBMISSION.**

JS-10:     :30