UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 05-6402 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROSAURA QUILES-RIVERA, et al. | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal Without Prejudice filed herein,

IT IS ORDERED that all claims of Francisco Muniz, Jose Velez-Quiles, Samuel Velez-Quiles, Elvith Velez-Quiles, Deosdany Velez-Quiles and Rosa Velez-Quiles be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

NEW ORLEANS, LOUISIANA, this 26th day of October, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1