## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L/3** |
| | * | |
| **This document relates to** | * | **JUDGE FALLON** |
| **Case No. 05-6410** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| **WILFREDO RODRIGUEZ-** | * | |
| **FELICIANO, et al.** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC., et al** | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal Without Prejudice filed herein,

IT IS ORDERED that all claims of Maria C. Gonzalez-Figueroa be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

NEW ORLEANS, LOUISIANA, this ___26th___ day of ___October___, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1