## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 05-6409 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| ARNOLD RAMOS-MARTIR, et al. | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal Without Prejudice filed herein,

IT IS ORDERED that all claims of Marisol Cabrera-Gonzalez, I. R. C. and N. R. C., both minors and offspring of Marisol Cabrera-Gonzalez and Arnold Ramos-Martir be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

NEW ORLEANS, LOUISIANA, this 26th day of October, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1