## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to<br>Case No. 05-6406 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| JOSE A. ALICEA-MERCADO, et al. | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal Without Prejudice filed herein,

IT IS ORDERED that all claims of Awilda Cruz-Flores and G.A.S., a minor and offsrpiṅg of Awilda Cruz-Flores and Jose A. Alicea-Mercado be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

NEW ORLEANS, LOUISIANA, this  26th  day of  October , 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1