UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No.  05-2524 | * | |
| | * | MAGISTRATE |
| ANTHONY WAYNE DEDRICK, | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION OF MERCK & CO., INC. ("MERCK") TO PLAINTIFF'S MOTION TO REASSERT *DAUBERT* MOTIONS PREVIOUSLY HEARD BY THE COURT**

Merck opposes plaintiff's motion reasserting three recycled *Daubert* motions that the Court has never granted. Merck has attached hereto and incorporates by reference the following oppositions it filed to these motions in prior cases: (i) Opposition to Plaintiff's Motion to Exclude the Testimony of Dr. Janet Arrowsmith-Lowe (Expert Challenge No. 3), filed Oct. 3, 2006 in *Mason v. Merck* (Record Docket Nos. 7640-1 to 7640-3) (attached as Ex. A); (ii) Opposition to Plaintiff's Motion to Exclude the Opinion Testimony of Nicholas Flavahan, Ph.D. (Expert Challenge No. 3), filed June 26, 2006 in *Barnett v. Merck* (Record Docket No. 5495-1, 5495-2) (attached as Ex. B); and (iii) Opposition to Plaintiff's Motion to Exclude Argument or Opinion Testimony That an Increased Risk of Heart Attack Exists Only After 18 Months of Vioxx Use, filed Aug. 21, 2006 in *Smith v. Merck* (Record Docket Nos. 6377-1 to

1

6377-4) (attached as Ex. C).

    For the reasons stated in the attached oppositions, Merck respectfully requests that the Court deny Plaintiff's Motion To Reassert *Daubert* Motions Previously Heard By The Court.

Dated: November 7, 2006                                 Respectfully submitted,

                                                              s/ Dorothy H. Wimberly
                                                              Phillip A. Wittmann, 13625
                                                              Dorothy H. Wimberly, 18509
                                                              STONE PIGMAN WALTHER
                                                              WITTMANN L.L.C.
                                                              546 Carondelet Street
                                                               New Orleans, Louisiana  70130
                                                              Phone:  504-581-3200
                                                              Fax:    504-581-3361

                                                              Defendants' Liaison Counsel

                                                              Philip S. Beck
                                                               Mark Ouweleen
                                                              Carrie Jablonski
                                                              BARTLIT BECK HERMAN PALENCHAR
                                                              & SCOTT LLP
                                                              54 West Hubbard Street, Suite 300
                                                              Chicago, Illinois  60610
                                                              Phone:  312-494-4400
                                                              Fax:    312-494-4440

                                                              Douglas Marvin
                                                              Elaine Horn
                                                              WILLIAMS & CONNOLLY LLP
                                                              725 Twelfth Street, N.W.
                                                              Washington, D.C.  20005
                                                              Phone:  202-434-5000
                                                              Fax:    202-434-5029

                                                              And

                                                              Brian S. Currey
                                                              A. Patricia Klemic
                                                              O'MELVENY & MYERS LLP

400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Opposition to Plaintiff's Motion To Reassert *Daubert* Motions Previously Heard By The Court has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of November, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel