UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX   | MDL NO. 1657
Product Liability Litigation |
| SECTION: L
|
| JUDGE ELDON E. FALLON
|
| MAGISTRATE JUDGE
| DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Rita B. Barker, et al. v. Merck & Co., Inc., et al.* No. 05-05-6535

---

ORDER GRANTING SUBSTITUTION OF COUNSEL

---

The Court considered Plaintiffs Rita B. Barker, Sandy L. Barton, Lillie Beavers, Lucy Boatner, Margie Colbert, Sherry L. Collins, Michael P. Copas, Jonathan Davis, Candy Dirickson, Mabel C. Dumbell, Hubert Ellis, Cheryl Gilbert, Phyllis Hayden, Etta R. James, Freddie L. Jones, Joan Kassabaum, Fred Kirk, Harry Linley, Elizabeth Logwood, Sandra K. Long, Joseph Mickels, Norman Nelson, John Pickett, Donald Rappold, Anita D. Risner, Peter A. Rulo, John Smith, James Lee Underhill, Marva L. Vanhooser, Susan A. Walker, Wanda F. Weaver, Jodie E. Winkfield, Robin Robinson, Bryan Umstead, Vanetta Williams, Walter Cooper, Earl Foster, Carl Shinkle, Virginia Tackitt, Toby Bell, Curtis Johnson, Velma Porter, Diann Arbogast, Joe Damron, Lura Richards, Robert J. White, Jack Schaffer, James Cooley, Bobby L. Moxter, Edith H. Pauley and Willie G. Helm's ("Plaintiffs") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Todd S. Hageman and the law firm of Simon and Passanante, PC are granted leave to withdraw as counsel of record for the Plaintiffs and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Kenneth T. Fibich and the law firm of Fibich, Hampton & Leebron, LLP are now substituted as counsel of record for Plaintiffs Rita B. Barker, Sandy L. Barton, Lillie Beavers, Lucy Boatner, Margie Colbert, Sherry L. Collins, Michael P. Copas, Jonathan Davis, Candy Dirickson, Mabel C. Dumbell, Hubert Ellis, Cheryl Gilbert, Phyllis Hayden, Etta R. James, Freddie L. Jones, Joan Kassabaum, Fred Kirk, Harry Linley, Elizabeth Logwood, Sandra K. Long, Joseph Mickels, Norman Nelson, John Pickett, Donald Rappold, Anita D. Risner, Peter A. Rulo, John Smith, James Lee Underhill, Marva L. Vanhooser, Susan A. Walker, Wanda F. Weaver, Jodie E. Winkfield, Robin Robinson, Bryan Umstead, Vanetta Williams, Walter Cooper, Earl Foster, Carl Shinkle, Virginia Tackitt, Toby Bell, Curtis Johnson, Velma Porter, Diann Arbogast, Joe Damron, Lura Richards, Robert J. White, Jack Schaffer, James Cooley, Bobby L. Moxter, Edith H. Pauley and Willie G. Helm.

Signed this 25th day of October, 2006

Eldon E. Fallon
Judge Presiding

APPROVED AND AGREED TO:

Simon • Passanante, PC

*/s/ Todd S. Hagaman*

Todd S. Hagaman
Missouri State Bar No. 44770
701 Market Street
Suite 1450
St. Louis, MO 63101
Telephone: 314.241.2929
Telecopier: 314.241.2029
Withdrawing Attorney-In-Charge for
Plaintiffs Plaintiffs Rita B. Baker, Sandy L.
Barton, Lillie Beavers, Lucy Boatner, Margie
Colbert, Sherry L. Collins, Michael P. Copas,
Jonathan Davis, Candy Dirickson, Mabel C.
Dumbell, Hubert Ellis, Cheryl Gilbert, Phyllis
Hayden, Etta R. James, Freddie L. Jones, Joan
Kassabaum, Fred Kirk, Harry Linley, Elizabeth
Logwood, Sandra K. Long, Joseph Mickels,
Norman Nelson, John Pickett, Donald Rappold,
Anita D. Risner, Peter A. Rulo, John Smith,
James Lee Underhill, Marva L. Vanhooser,
Susan A. Walker, Wanda F. Weaver, Jodie E.
Winkfield, Robin Robinson, Bryan Umstead,
Vanetta Williams, Walter Cooper, Earl Foster,
Carl Shinkle, Virginia Tackitt, Toby Bell, Curtis
Johnson, Velma Porter, Diann Arbogast, Joe
Damron, Lura Richards, Robert J. White, Jack
Schaffer, James Cooley, Bobby L. Moxter, Edith
H. Pauley and Willie G. Helm

Fibich, Hampton & Leebron, LLP

*/s/ Kenneth T. Fibich*

Kenneth T. Fibich
State Bar No. 06952600
W. Michael Leebron, II
State Bar No. 12149000