MINUTE ENTRY
FALLON, J.
NOVEMBER 3, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                     MDL 1657
       LIABILITY LITIGATION

CHARLES LARON MASON

                                           REF NO. 06-810

VERSUS

                                           SECTION:  L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON        FRIDAY, NOVEMBER 3, 2006, 8:30 AM
Case Manager: Gaylyn Lambert                  (continued from 11-2-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
                 Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

<u>JURY TRIAL:</u>

<u>Plaintiff's Witnesses:</u>

Karen Olson-Fields - sworn

Gregory Curfman, MD - by video deposition.

Court adjourned at 5:00 pm until Monday, November 6, 2006, at 8:30 am.

JS-10:      6:25