MINUTE ENTRY
FALLON, J.
NOVEMBER 6, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                 MDL 1657
       LIABILITY LITIGATION

CHARLES LARON MASON

                                          REF NO. 06-810

VERSUS

                                          SECTION:  L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON        MONDAY, NOVEMBER 6, 2006, 8:30 AM
Case Manager: Gaylyn Lambert                  (continued from 11-3-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
                Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

<u>JURY TRIAL:</u>

<u>Plaintiff's Witnesses:</u>

Gregory Curfman, MD -  video deposition resumes.  Transcript filed into the record.

Linda K. Mason - sworn

Charles Laron Mason - sworn

Gary Symkoviak, MD - by video deposition.  Transcript filed into the record.

Susan Lynn Baumgartner - by video deposition.  Transcript filed into the record.

Court adjourned at 4:50 pm until Tuesday, November 7, 2006, at 8:30 am.

| JS-10: | 6:35 |
|---|---|