# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Jeffries, et al. v. Merck & Co., Inc.*, 06-1987

## ORDER

IT IS ORDERED that the Defendant Rudy P. Zarate, M.D.'s Motion to Dismiss, or, in the Alternative, Motion to Remand (Rec. Doc. 7877) will be heard on December 14, 2006 at 9:30 a.m. following the monthly pretrial conference.

New Orleans, Louisiana, this __3rd__ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE