# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4446 | * | |
| | * | MAGISTRATE JUDGE |
| IRIS SWINDELL, et al. | * | KNOWLES |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC. et al., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Stipulation and Order Of Dismissal Without Prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint of plaintiff Iris

Swindell be and it hereby is dismissed without prejudice, subject to the conditions stated in the

Stipulation, with each party to pay their respective costs and attorney fees.

SO ORDERED, ADJUDGED AND DECREED, this __3rd__ day of __November__,

2006.

_____
DISTRICT JUDGE

v.