# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4445 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| SHIRLEY BERRY, et al. | * | |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC. et al., | * | |
| Defendant. | * | |

## ORDER

Considering the foregoing Stipulation and Order Of Dismissal Without Prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint of plaintiff Shirley Berry be and it hereby is dismissed without prejudice, subject to the conditions stated in the Stipulation, with each party to pay their respective costs and attorney fees.

SO ORDERED, ADJUDGED AND DECREED, this 3rd day of November, 2006.

_____
DISTRICT JUDGE

v.