# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX<br>Products Liability Litigation )<br>)<br>_____ )<br>This document relates to )<br>Case No. 05-4314 )<br>)<br>Wanda Brinkley and Ronnie Brinkley, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Merck & Co., Inc. and Merck )<br>Pharmaceuticals, a/k/a Merck, )<br>)<br>Defendants. )<br>)<br>_____ ) | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the Case of Wanda Brinkley and Ronnie Brinkley,

IT IS ORDERED, that all claims of plaintiffs Wanda Brinkley and Ronnie Brinkley be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 3rd day of November, 2006.

_____
DISTRICT JUDGE