Lemuel A. Moye, M.D., Ph.D.

Page 270

1 here for patients who were on
2 Vioxx was different than the
3 adverse event rate, cardiovascular
4 adverse event rate seen by
5 patients in other studies.
6 BY MR. PIORKOWSKI:
7     Q.   So, your understanding is
8 the comparison was between patients
9 taking Vioxx and the placebo group from
10 the Fosamax study?
11     A.   And also I think Proscar.
12     Q.   And the placebo group from
13 the Proscar study?
14     A.   Right.
15     Q.   But that was the basic
16 comparison?
17     A.   Yes.
18     Q.   Okay.
19         And your understanding is
20 that that comparison showed an increased
21 risk of cardiovascular events?
22     A.   Yes.
23     Q.   Okay.
24         Now, do you see in the very

Page 271

1 first page of Dr. Watson's analysis, I
2 guess it's page letter i, small letter i?
3     A.   Yes.
4     Q.   The analysis that he
5 conducted was based on the incidence of
6 thrombotic cardiovascular serious adverse
7 events among patients in the Vioxx Phase
8 IIb and III osteoarthritis trials and
9 their extensions, right?
10     A.   Yes.
11     Q.   Okay.
12         Now, is it your
13 understanding that all of the data from
14 Phase IIb and III osteoarthritis studies
15 that were completed at the time of the
16 approval had been submitted to the FDA
17 for their consideration?
18     A.   I believe that that's true,
19 yes. I think I would expect that to be
20 part of the NDA.
21     Q.   You would expect an
22 evaluation of all of the Phase II and III
23 OA trials to be part of the NDA?
24     A.   Yes.

Page 272

1     Q.   And you would expect that
2 any serious adverse events including
3 cardiovascular serious adverse events
4 would be included and analyzed as a part
5 of that, right?
6     A.   I would hope they would be
7 included and hope that they would be
8 analyzed and hope that it would appear
9 prominent.
10     Q.   You said you reviewed
11 something called the integrated summary
12 of safety, right?
13     A.   Yes.
14     Q.   The integrated summary of
15 safety is just that, it's a summary of
16 data on a variety of different safety
17 endpoints of the clinical trial data that
18 were done in Phase III, right?
19     A.   Yes.
20     Q.   When you reviewed the
21 integrated summary of safety, was there
22 any indication that in the Phase IIb and
23 III OA trials that there was an increased
24 risk of serious cardiovascular events?

Page 273

1     A.   When I reviewed the ISS?
2     Q.   Yes.
3     A.   I don't think I was. And I
4 think I was struck by the relatively
5 small number of patients, but I don't
6 think there was any acknowledgment of an
7 increased cardiovascular risk in the IND.
8         MR. WACKER: Let's not make
9 this a memory test if you need to
10 go to the document.
11 BY MR. PIORKOWSKI:
12     Q.   Actually, hang on a minute.
13 You said you were struck by the small
14 number of patients. Is that what you
15 said?
16     A.   Yes.
17     Q.   You mean you were struck by
18 the small number of patients that were
19 studied as part of the Phase III studies?
20     A.   Yes.
21     Q.   What products have you sat
22 on the Advisory Committee for that have
23 had more patients studied in Phase III
24 that have been approved than Vioxx did?

69 (Pages 270 to 273)

Lemuel A. Moye, M.D., Ph.D.

1     A.   Sitting here, I can't
2  remember.
3     Q.   Do you know, do you have a
4  sense of -- are you familiar with the ICH
5  guidelines --
6     A.   Yes.
7     Q.   -- for patients?
8     A.   Yes.
9     Q.   The ICH guidelines are
10  followed by the FDA, is that right?
11     A.   Right.
12     Q.   Do you know how many times
13  greater than the ICH guidelines the Vioxx
14  population of clinical trial patients
15  was?
16     A.   No, I don't.
17     Q.   When we started talking
18  about the Watson analysis, you said one
19  of the things that they were trying to do
20  is get a rough understanding of how what
21  was seen in Vioxx compared with the
22  general population?
23     A.   With what they thought would
24  be an appreciable, a fair representation

1  of the background rate.
2     Q.   Okay.
3         In concept, is that a fair
4  thing to do, to try to get an
5  appreciation of whether to do a
6  comparison against what you think the
7  background rate would be?
8         MR. WACKER:  Object to form.
9         THE WITNESS:  It's
10      acceptable.  Obviously the best
11      thing to do is to have a large
12      trial that within one study
13      compares patients in the active
14      group and the control group for CV
15      adverse event.  And if you can't
16      do that, then what was attempted
17      here is a reasonable step.  I
18      mean, it has epidemiologic
19      validity.
20  BY MR. PIORKOWSKI:
21     Q.   Do you understand that when
22  the Watson analysis was undertaken that
23  there were some studies that were already
24  unblinded?

1     A.   Yes.
2     Q.   And the studies that were
3  already unblinded did not show an
4  increased risk compared to NSAID
5  comparators?
6     A.   I would have to look at
7  those to see myself.
8     Q.   Do you know one way or the
9  other?
10     A.   Excuse me?
11     Q.   Do you know one way or the
12  other?
13     A.   I would have to look to see.
14  No, I don't.
15     Q.   Okay.
16         Where would you need to
17  look?
18     A.   I need to look at the
19  results of those studies.
20     Q.   Do you understand that the
21  Watson analysis was based on the patients
22  that were unblinded -- I'm sorry, the
23  patients that were still blinded?
24     A.   Still blinded, yes.

1     Q.   Do you understand that?
2     A.   Yes.
3     Q.   And if they were still
4  blinded, that meant that you couldn't
5  tell whether they were taking Vioxx or
6  not, right?
7     A.   Right.
8     Q.   I mean, if patients in a
9  clinical study are blinded, you don't
10  know what treatment medication they're
11  taking, right?
12     A.   That's right.
13     Q.   That's what blinded means?
14     A.   That's right.
15     Q.   Now, do you see on Page 3
16  where it talks about study populations?
17     A.   Yes, I do.
18     Q.   The two study populations
19  that they talk about, they essentially
20  give the definitions.  They talk about
21  Vioxx patients?
22     A.   Right.
23     Q.   And they talk about Proscar
24  and Fosamax placebo patients, right?

Lemuel A. Moye, M.D., Ph.D.

Page 278

1  A.  Right.
2  Q.  Okay.
3       And those are the groups
4  that you just told me that you understood
5  were compared?
6  A.  Yes, that's right.
7  Q.  Okay.
8       Do you see under Vioxx
9  patients where it says that "All
10 treatment groups from the Vioxx studies
11 were combined"?
12 A.  Yes.
13 Q.  "All patients receiving at
14 least one day of study drug (placebo,
15 active NSAID comparator, or Vioxx) in
16 double blind, placebo controlled trials
17 of Vioxx were included in the analysis."
18 A.  Right.
19 Q.  So, that means that some of
20 the people in the analysis were Vioxx
21 patients?
22 A.  Right.
23 Q.  Other people in the analysis
24 may have been diclofenac patients or

Page 279

1  ibuprofen patients?
2  A.  Okay.
3  Q.  And other people may have
4  been placebo patients?
5  A.  Right.
6  Q.  And regardless of what they
7  received for purposes of this analysis,
8  they were treated as, quote, Vioxx
9  patients?
10 A.  Right.
11 Q.  So, we're not dealing with
12 just patients taking Vioxx here?
13 A.  Right.
14 Q.  We're talking about the
15 result for all patients who are in the
16 Vioxx clinical trial program regardless
17 of whether they were receiving Vioxx,
18 placebo or a comparator, right?
19 A.  Yes.  Right.
20 Q.  So, if there's an increased
21 risk even for the sake of discussion, we
22 don't know if that increased risk is
23 related to Vioxx or not?
24 A.  Actually, it is even worse

Page 280

1  than that.  There is an increased risk,
2  and, in fact, the increased risk is seen
3  in patients who are either on Vioxx or
4  not on Vioxx.  Which means when you
5  combine these groups, and let's presume
6  for a second that patients in the placebo
7  group aren't going to have an increased
8  risk and there's no reason to suspect
9  that patients on other active NSAIDs are
10 going to have an increased risk, so,
11 you've got a group whose risk you don't
12 know, the Vioxx group, to be fair, a
13 group whose risk you don't know, Vioxx,
14 versus combined with a group whose risk
15 you do know, and you wind up with a risk
16 that's elevated above -- a rate that's
17 elevated above placebo, that makes me
18 think that what we've got here is a bias
19 to the null.
20      And, in fact, if you had
21 excluded the group that you pointed out
22 that were on placebo or on diclofenac or
23 something else, excluded those patients
24 since they don't have an elevated risk,

Page 281

1  the risk we see here, the risk that we
2  would see in that comparison would be far
3  greater.  So, this is an underestimate of
4  the effect.
5  Q.  Doctor, what you've got here
6  is you've got an analysis that's done on
7  blinded patients that puts together Vioxx
8  users, other NSAID users and placebo
9  users, right?
10 A.  Right.
11 Q.  And compares that to the
12 placebo group from another study, right?
13 A.  Right.
14 Q.  These data are later
15 unblinded, right?
16 A.  Yes.
17 Q.  Those unblinded data are
18 analyzed, right?
19 A.  Yes.
20 Q.  Those unblinded data are
21 reported, and the CV event rates are
22 analyzed, right?
23 A.  You mean where?
24 Q.  In the new drug application.

71 (Pages 278 to 281)

Lemuel A. Moye, M.D., Ph.D.

1    A.   In the NDA.  Somewhere in
2  the NDA.  Okay.
3    Q.   Well, in the integrated
4  safety summary.
5    A.   Okay.
6    Q.   Do you dispute that these
7  data are set forth in the integrated
8  safety summary?
9    A.   I don't know as I sit here
10  whether Table 6 appears in the ISS.
11    Q.   As an epidemiologist, if you
12  have the same data unblinded completed
13  study, analyzed in accordance with the
14  original study protocol, is that more
15  meaningful than an analysis that is
16  conducted that groups patients together
17  and compares it against a historical
18  placebo group?
19    A.   If I'm looking for efficacy,
20  then I take your point.  If I am looking
21  for signal of harm, which requires me to
22  be vigilant and really turn over, open
23  all the closets to find it, then the
24  answer is no.  This epidemiologic

1  evaluation as presented here carries
2  important weight in demonstrating a
3  signal associated with Vioxx use.  In
4  fact, this Table 6 and 7 underestimated
5  the strength of association between Vioxx
6  and CV adverse events.
7    Q.   How can you say that when
8  you've got the results of the Phase III
9  clinical studies after they have been
10  unblinded and analyzed in comparison with
11  the original study protocol?
12    A.   Well, for a couple of
13  reasons.  Number one, smaller numbers.
14  Those studies that you just described
15  were not designed to look for CV events.
16  They are underpowered.  Now we're in an
17  environment which may not be -- may not
18  have exceedingly high power, but has more
19  power.  And, in fact, when we have more
20  power, a signal emerges.
21    Q.   Where does that come from?
22    A.   Well, we've got more
23  patients here.
24    Q.   Doctor, did you read the

1  Konstam article?
2    A.   Yes.
3    Q.   Konstam did a meta-analysis
4  of all of the OA studies after the VIGOR
5  study came out.  Do you recall that?
6    A.   Right.
7    Q.   There was no increased CV
8  risk.
9        MR. WACKER:  Object to form.
10  BY MR. PIORKOWSKI:
11    Q.   Is that true?
12    A.   Marv found no CV risks.
13    Q.   What's that?
14    A.   Marv Konstam found no
15  elevated CV risks.  However, that was
16  after VIGOR came out.  This is 1998.  And
17  in February 1998, the information that
18  was in Merck's possession, which we now
19  know to be right, is that there is
20  increased cardiovascular risk associated
21  with Vioxx.
22    Q.   Doctor, the data that Marv
23  Konstam analyzed is the same data that
24  Watson did his analysis on, isn't it?

1    A.   Well, I don't know.  I think
2  that there might be some differences.
3  Well, I have to look and see, not so much
4  the data, but the definitions they use.
5        But nevertheless, in 1998,
6  they didn't have the Konstam
7  meta-analysis, they had this in the
8  presence of -- well, they had this, and
9  this information to me reveals that there
10  is increased CV risk associated with
11  Vioxx.
12    Q.   One analysis of unblinded
13  patients that may or may not have been
14  using Vioxx compared to two clinical
15  trial historical placebo groups, that's
16  the basis of your saying that Merck
17  withheld information?
18    A.   Well, I would say the best
19  epidemiologic information you had based
20  on a combination of studies which
21  increased power and was subject to a bias
22  to the null demonstrates an increased
23  risk in most all demographic subgroups
24  when they were warned there might be one

Lemuel A. Moye, M.D., Ph.D.

Page 286

1  there.
2      Q.   When you say "bias to the
3  null," what's your understanding of what
4  the rate of serious cardiovascular
5  adverse events is in the general
6  population or in the placebo group?
7      A.   I'd have to look it up.  I
8  don't know.  I didn't come prepared to
9  answer that.
10     Q.   Do you have any notion?
11     A.   I wouldn't speculate.  It
12 depends on risk factors.  It depends on
13 lots of things.
14     Q.   Okay.
15          You said today we know that
16 there's no increased risk associated with
17 other NSAIDs.  What's your basis for
18 saying that?
19     A.   I'm saying -- what I'm
20 saying is that there was no increased
21 risk at the time anticipated for placebo
22 group, Fosamax or Proscar.
23     Q.   Come again.
24     A.   Sure.  It was anticipated

Page 287

1  that there was no increased risk of
2  cardiovascular events associated with the
3  placebo group in Proscar or Fosamax
4  studies.  We're comparing -- the control
5  group for this study are the placebo
6  groups from those two studies.
7      Q.   That's why they're doing the
8  study?
9      A.   Right.
10     Q.   Okay.  So --
11     A.   Maybe I didn't get your
12 question right.
13     Q.   You said that there's a bias
14 to the null.  Is that what you said?
15     A.   Yes.
16     Q.   And your reason for saying
17 that is because you're assuming there's
18 no increased risk with the placebo group,
19 right?
20     A.   Right.
21     Q.   And you're assuming there's
22 no increased risk with comparator NSAIDs?
23     A.   Right.
24     Q.   Is your latter assumption

Page 288

1  that there's no increased risk with
2  comparator NSAIDs, is that true?
3      A.   I believe so.  And excuse
4  me.  Number one, not only do I believe
5  that that's true, but I believe a
6  reasonable and prudent drug company would
7  have assumed that was true when they are
8  trying to assess the CV risk of their own
9  product.
10     Q.   Was the Watson analysis
11 results shared with the Board of
12 Scientific Advisors?
13     A.   Actually, I don't know.
14 This report appeared in February of 1998,
15 and the Watson committee met in May of
16 1998.  I think that's right.
17     Q.   The scientific advisory
18 committee?
19     A.   Right.  That's what I meant
20 to say.  The Advisory Committee.
21          The Scientific Advisory
22 Committee met in May of 1998.  So, I
23 don't know if it was shared or not.  It
24 is certainly possible that it could have

Page 289

1  been shared.  I don't know what they
2  looked at.
3      Q.   Did Watson find what he
4  considered to be an increased risk?
5      A.   Watson's conclusions, I
6  think, were wrong.
7      Q.   Well, his conclusion,
8  whether you think it was right or wrong,
9  was that he did not feel there was an
10 increased risk, right?
11     A.   Right.
12     Q.   In Paragraph 24 of your
13 report, you talked about two mechanisms
14 by which you believe Vioxx produces
15 cardiovascular disease?
16          MR. WACKER:  Which
17 paragraph, 24?
18          THE WITNESS:  Back up for
19 just a second.  What Dr. Watson
20 said, "In summary, CV SAE
21 incidence rates in patients
22 enrolled in Vioxx trials appears
23 to be roughly consistent with what
24 would be expected in the general

73 (Pages 286 to 289)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 290

1    population, and there was no clear
2    evidence of consistently elevated
3    adjusted risk compared to placebo
4    controls from Proscar and
5    Fosamax." That's not a vigilance
6    statement. That's a protective
7    statement.
8    BY MR. PIORKOWSKI:
9        Q.   This statement --
10       A.   So, certainly it is his
11   statement and he's responsible for it.
12   But, I mean, to me it just belies the
13   attitude that was used to review the
14   data.
15           MR. JOSEPHSON:  Objection to
16       responsiveness.
17   BY MR. PIORKOWSKI:
18       Q.   You originally said that the
19   purpose of this was to do a rough look,
20   right?
21       A.   Right.
22       Q.   That's exactly what it is
23   when you do a comparison to a historical
24   placebo group, is a rough look, right?

Page 291

1        A.   Absolutely.
2        Q.   And Dr. Watson's conclusion
3    that there was not an increased CV risk,
4    if that was taken in isolation and
5    nothing further was done, then that's a
6    different thing than having the board of
7    scientific advisors meet and discuss the
8    results of his analysis and reach a
9    conclusion that they are going to
10   implement the CVSOP. Do you agree with
11   that?
12       A.   Well, not necessarily on the
13   one. Maybe I missed it. But I didn't
14   see anywhere in the Scientific Advisory
15   meeting minutes that we discussed when
16   they said they looked at the Watson
17   report and how they factored it. I
18   didn't see anything in here about that.
19           Number two, this is a
20   vigilant evaluation, which means you look
21   for reason, you look for evidence that
22   something is there and not look for a
23   reason to explain away what is there.
24           And certainly I would agree

Page 292

1    with you, in a coarse look, somebody who
2    didn't want to find an elevated CV risk
3    could come up with lots of reasons why
4    the results could be discarded. But
5    that's not the proper conduct for a
6    reasonable and prudent company looking
7    for a signal when they have been told
8    that one might very well be there.
9        Q.   At the time of Vioxx's
10   initial approval, there was no controlled
11   study that showed an increased risk in
12   Vioxx users compared to placebo users or
13   any other comparator; is that right?
14           MR. WACKER:  Object to form.
15           THE WITNESS:  At the time of
16       the approval?
17   BY MR. PIORKOWSKI:
18       Q.   At the time of Vioxx's
19   initial approval, there was no clinical
20   study that showed an increased
21   cardiovascular risk with Vioxx compared
22   to NSAID comparators or placebo?
23       A.   Oh, I would say this. Of
24   course. But that carries no weight

Page 293

1    because none of these studies were
2    powered to look for this, so, there's no
3    surprise that a single study is not going
4    to demonstrate an increased risk of CV
5    events in Vioxx group, even though we now
6    know it was in the population. That's
7    why you turn to, what we say, coarse
8    advisories and coarse methodology like
9    this.
10           MR. PIORKOWSKI:  Object to
11       the nonresponsive portion.
12   BY MR. PIORKOWSKI:
13       Q.   Did any combination of
14   analyses that was submitted to the FDA --
15   when a sponsor submits their Phase III
16   studies to the FDA, they don't simply
17   submit a collection of individual study
18   results, they analyze the data
19   collectively, right?
20           MR. WACKER:  Object to form.
21           THE WITNESS:  I have seen
22       that happen commonly. It doesn't
23       happen all the time. I've seen it
24       happen commonly.

74 (Pages 290 to 293)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 294

1  BY MR. PIORKOWSKI:
2     Q.  Did you see it happen in the
3  ISS for Vioxx?
4     A.  Yes.
5     Q.  Okay.
6        And when those data were
7  analyzed collectively, there was no
8  indication of an increased risk of
9  serious cardiovascular events, correct?
10       MR. WACKER:  Object to form.
11       THE WITNESS:  In the
12    analysis that they did, which did
13    not include the Watson analysis.
14  BY MR. PIORKOWSKI:
15    Q.  Right.
16       And in the analysis of the
17  controlled clinical trials that were the
18  trials that were discussed with the FDA
19  at the end of Phase II meeting, none of
20  those studies or any combination of those
21  studies showed an increased risk of
22  serious cardiovascular events?
23    A.  Well, they didn't show this
24  combination.

Page 295

1     Q.  They didn't.  They didn't
2  show the study that included Vioxx users
3  and users of several other drugs compared
4  to a historical placebo group.  That's
5  true.  That was not --
6     A.  Right.  They didn't show
7  that.  And that showed a signal.
8     Q.  But my question is not
9  whether this rough look showed a signal.
10  My question is whether any individual
11  clinical trial or any combination of data
12  from the clinical trials showed an
13  increased risk at the time of the initial
14  approval?
15    A.  Maybe I don't understand
16  your question.  When you say
17  "combination," I think Watson.  Do you
18  want to exclude that?
19    Q.  Watson is not a study of
20  just Vioxx users.
21    A.  Watson is a study of
22  combined results from Merck's own program
23  development using Merck's own data
24  analyzed by Merck's own people.  I mean,

Page 296

1  I think it is relevant.
2     Q.  But it is not Vioxx
3  patients?
4     A.  It is Vioxx patients.
5     Q.  It is Vioxx patients and a
6  lot of other patients.
7     A.  So it's Vioxx patients, and
8  it's Vioxx patients combined with other
9  Merck patients which had no increased
10  risk of CV disease and, in fact, shows an
11  increased risk.  The study is biased to
12  the null.  It is very relevant, certainly
13  when it is positive.
14    Q.  On Page 11 of your report,
15  Paragraph 24, you describe that there are
16  two mechanisms by which you believe Vioxx
17  produces cardiovascular disease.  Do you
18  see that?
19    A.  Yes.
20    Q.  The first is elevation in
21  blood pressure, right?
22    A.  Right.
23    Q.  And is it your opinion that
24  because Vioxx can elevate blood pressure

Page 297

1  that it "adds to the force of
2  atherosclerotic disease development"?
3     A.  Yes.
4        MR. WACKER:  Object to form.
5        THE WITNESS:  Sorry.
6        MR. PIORKOWSKI:  That's his
7    language.
8  BY MR. PIORKOWSKI:
9     Q.  That's your verbatim
10  language out of your report, right?
11    A.  Yes.
12    Q.  Okay.
13       And by "adds to the force of
14  atherosclerotic disease development,"
15  does that mean it causes atherosclerosis?
16    A.  It is a factor in the
17  generation of atherosclerosis.
18    Q.  Okay.
19       The second point you make is
20  that Vioxx affects the blood's clotting
21  balance, which you say causes angina
22  pectoris, heart attacks and sudden death,
23  right?
24    A.  Right.

Lemuel A. Moye, M.D., Ph.D.

Page 298

1    Q.   Okay.
2         Now, those are the
3    conclusions you've reached after
4    reviewing all the scientific evidence and
5    about 200 hours worth of documents,
6    right?
7    A.   Yes.
8    Q.   Okay.
9         Are there any other
10   mechanisms by which you believe Vioxx
11   produces cardiovascular disease?
12   A.   Well, mechanism two in
13   addition to mechanism -- by catastrophic
14   thrombotic events, I mean that it can
15   increase -- potentially increase
16   atherogenesis or make plaques more
17   friable in addition to producing
18   thrombus.
19   Q.   Where does it say that in
20   your report?
21   A.   Well, that's what I mean.
22   When you asked me what did I mean, that's
23   what I mean.
24   Q.   Well, it says it

Page 299

1    destabilizes the blood clotting balance.
2    There's nothing in here about
3    destabilizing plaque.
4    A.   Okay. But that's what I
5    mean.
6    Q.   Okay.
7         Well, let's take them one at
8    a time. First of all, what's your basis
9    mechanistically for saying that Vioxx
10   destabilizes plaque? Do you have any
11   paper or any scientific evidence of that?
12   A.   I don't have any paper that
13   shows definitively that in intravascular
14   atherosclerosis production that COX-2
15   inhibitors can accelerate that. I guess
16   I would have expected to see that from
17   Merck's own development program. I mean,
18   it wasn't there.
19        However, I do understand the
20   complexity of the atherosclerotic
21   generation system. I also understand the
22   delicate interplay in the role of
23   thrombus, and I believe it is admissible
24   that COX-2 inhibitors, like Vioxx, and

Page 300

1    exclusively COX-2 inhibitors, can make
2    atherogenic caps more friable.
3         MR. JOSEPHSON: Objection,
4    nonresponsive.
5    BY MR. PIORKOWSKI:
6    Q.   Based on what?
7    A.   Based on my understanding of
8    how these mechanisms work.
9    Q.   We already talked about
10   MMP-9 and 2 and their effect on
11   stabilizing plaque when you inhibit them.
12   Do you have any theory or any paper that
13   supports that inhibiting COX-2 causes
14   destabilization of plaque specifically?
15        MR. WACKER: Object to form.
16        THE WITNESS: It is my
17   assessment -- it is my opinion
18   based on the summing up of my
19   understanding of the mechanisms by
20   which atherogenic mounds develop
21   and break off.
22        MR. PIORKOWSKI: Objection,
23   nonresponsive.
24   BY MR. PIORKOWSKI:

Page 301

1    Q.   So, the answer is, no, you
2    can't cite me to any scientific study?
3         MR. WACKER: That's
4    argumentative.
5         THE WITNESS: I guess my
6    answer is --
7         MR. PIORKOWSKI: No, it's
8    not. My question is, is there a
9    study, not what's his
10   understanding.
11        THE WITNESS: My answer is,
12   no, there's not, and I would have
13   expected to see one in Merck's
14   development program.
15   BY MR. PIORKOWSKI:
16   Q.   Is the basis for your belief
17   that Vioxx adds to the force of
18   atherosclerosis, that increases in blood
19   pressure for any reason add to the force
20   of atherosclerosis?
21   A.   I would say chronic
22   increases in blood pressure, not just a
23   temporary acute increase, but chronic
24   increase.

76 (Pages 298 to 301)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 302

1    Q.   So, is it your opinion with
2  respect to Vioxx, that Vioxx causes
3  chronic increases in blood pressure?
4    A.   Yes.
5    Q.   And what's that based on?
6    A.   It's based on the APPROVe
7  study.
8    Q.   Anything else?
9    A.   I think APPROVe is the best
10  source of information.  I can't think of
11  anything else as I sit here.
12    Q.   Let me ask you this.
13        Is there anything unique in
14  your view about elevated blood pressure
15  caused by Vioxx?
16    A.   I don't know what you mean
17  by that.
18    Q.   Is elevated blood pressure
19  caused by Vioxx different than elevated
20  blood pressure caused by not taking your
21  antihypertensive medication or elevated
22  blood pressure caused by some other
23  medication that causes elevated blood
24  pressure?

Page 303

1    A.   I actually don't know.
2    Q.   You don't have any reason to
3  believe it is?
4    A.   I just don't know.
5    Q.   Well, you're assuming in
6  assuming -- well, part of your inference
7  that Vioxx affects atherosclerosis is
8  based on what you know about blood
9  pressure from causes not Vioxx, right?
10    A.   Yes.
11    Q.   And you're inferring that
12  because it's widely accepted that
13  increases in blood pressure promote
14  atherosclerosis, if Vioxx promotes
15  atherosclerosis, then it is reasonable to
16  assume that if Vioxx increases blood
17  pressure, it is reasonable to assume that
18  Vioxx promotes atherosclerosis?  Is that
19  your reasoning?
20    A.   Yes.
21    Q.   Okay.
22        And you believe it is widely
23  known within the medical community that
24  increasing blood pressure can increase

Page 304

1  the risk of atherosclerosis?
2    A.   It does increase the risk of
3  atherosclerosis.
4    Q.   It does increase the risk?
5    A.   Right.
6    Q.   Okay.
7        Now, the potential to cause
8  blood pressure elevations is a potential
9  side effect of all drugs in the
10  nonsteroidal anti-inflammatory family,
11  true?
12        MR. WACKER:  Object to form.
13        THE WITNESS:  There is some
14        increased risk with many different
15        drugs, right, including NSAIDs.
16  BY MR. PIORKOWSKI:
17    Q.   Well, I'm asking
18  specifically, though, about NSAIDs.
19        Are you aware that every
20  NSAID has the potential to cause blood
21  pressure elevations?
22    A.   Yes.
23    Q.   And, in fact, that was a
24  fairly widely known fact back in the

Page 305

1  early '90s, right?
2    A.   Yes.
3    Q.   Okay.
4        And, in fact, because all
5  NSAIDs were known to have the effect of
6  increasing blood pressure, that was a
7  fact that was known to Merck and to the
8  FDA at the time Merck started doing its
9  clinical trials on Vioxx, right?
10    A.   Well, it was certainly
11  appreciated that NSAIDs could increase
12  blood pressure.
13    Q.   Back at that time?
14    A.   Yes.
15    Q.   There was no reason to think
16  that Vioxx was different than any other
17  NSAID or that it was an exception to the
18  rule that NSAIDs could elevate blood
19  pressure, right?
20        MR. WACKER:  Objection to
21        form as to time.
22        MR. PIORKOWSKI:  Okay.
23        Fair point.
24  BY MR. PIORKOWSKI:

77  (Pages 302 to 305)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 306

1    Q.   At the time Vioxx Phase III
2  clinical studies started, right, there
3  was no reason to believe that Vioxx was
4  an exception to the rule that NSAIDs can
5  cause elevated blood pressure?
6    A.   Okay. Right.
7    Q.   Is that fair to say?
8    A.   Yes.
9    Q.   And because of that, blood
10 pressure was evaluated during the Phase
11 III clinical trials, true?
12    A.   Yes, true.
13    Q.   And you saw several
14 evaluations of the effect of Vioxx on
15 blood pressure in the integrated summary
16 of safety that you reviewed, right?
17    A.   Yes.
18    Q.   Okay.
19         And certainly based on your
20 review of the materials like the medical
21 officer reviews, certainly the FDA was
22 aware that all NSAIDs can elevate blood
23 pressure at the time it was reviewing
24 Vioxx for approval, right?

Page 307

1    A.   Yes. That's right.
2    Q.   And when the Vioxx clinical
3  studies were submitted to the FDA as a
4  part of the new drug application, all of
5  the information about the effects of
6  Vioxx on blood pressure in the clinical
7  trials was included, wasn't it?
8    A.   Yes.
9    Q.   You have no reason to
10 believe, as you sit here today, that
11 there was any information about adverse
12 effects on blood pressure that was
13 withheld from the FDA or from the FDA
14 Advisory Committee?
15    A.   I don't know.
16    Q.   You don't know one way or
17 the other?
18    A.   I don't know.
19    Q.   You don't have any reason to
20 know that it was withheld, though?
21    A.   Right.
22    Q.   As you sit here today, you
23 can't say here's a document that shows
24 that Merck knew that it really was bad

Page 308

1  for blood pressure elevation, but didn't
2  give it to the FDA?
3    A.   That's correct.
4    Q.   Okay.
5         Let me back up a minute and
6  ask you some general questions about risk
7  factors.
8         Is it correct that
9  cardiovascular disease is what they call
10 a multifactorial disease?
11    A.   You mean atherosclerotic
12 cardiovascular disease?
13    Q.   Yes.
14    A.   By and large, yes.
15    Q.   What do you mean "by and
16 large"?  Is there a --
17    A.   Well, a Prinzmetal variant
18 is not multifactorial.  To my knowledge,
19 that's not multifactorial.
20    Q.   When you teach your
21 students, do you tell your students that
22 cardiovascular disease -- that
23 atherosclerotic cardiovascular disease is
24 a multifactorial disease?

Page 309

1    A.   Yes.
2    Q.   And that means that it has
3  many causes, right?
4    A.   Yes.
5    Q.   Is hypertension a recognized
6  cause of heart disease?
7    A.   It is.
8    Q.   Is hypertension a recognized
9  cause of myocardial infarction?
10    A.   Yes.
11    Q.   Is hypertension a recognized
12 cause of sudden death?
13    A.   In and of itself?  I guess I
14 don't think so, in and of itself.
15    Q.   Is hypertension a recognized
16 cause of stroke?
17    A.   Yes.
18    Q.   Is hypertension a recognized
19 cause of peripheral vascular disease?
20    A.   Yes.
21    Q.   Hypertension can cause
22 cardiovascular disease even in the
23 absence of Vioxx, right?
24    A.   Yes.

78 (Pages 306 to 309)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 310

1    Q.   Been doing it for centuries,
2  right?
3    A.   Sadly, right.
4    Q.   Sadly.
5         Is elevated cholesterol a
6  recognized cause of heart disease?
7    A.   Yes.
8    Q.   Is elevated cholesterol a
9  recognized cause of myocardial
10 infarction?
11   A.   Yes.
12   Q.   Is elevated cholesterol a
13 recognized cause of sudden cardiac death?
14   A.   Yes.
15   Q.   Is elevated cholesterol a
16 recognized cause of stroke?
17   A.   Yes.  And just so I can be
18 clear, we are talking about total
19 cholesterol.  We're not talking HDL.
20   Q.   My question -- that's a good
21 clarification.  My question that I was
22 asking right now is total cholesterol.
23   A.   Okay.
24   Q.   Right.

Page 311

1    A.   Okay.
2    Q.   And is elevated total
3  cholesterol a recognized cause of
4  peripheral vascular disease?
5    A.   It is.
6    Q.   If I asked you the same
7  question and instead of total
8  cholesterol, I asked you LDL cholesterol,
9  would all the answers be the same?
10   A.   They would.
11   Q.   If I asked you whether
12 having a low HDL cholesterol is a
13 recognized cause of heart disease, what
14 would you say to that?
15   A.   I would agree with that.
16   Q.   Okay.
17        Is having a low HDL
18 cholesterol a recognized cause of stroke?
19   A.   I don't know.  It certainly
20 follows.  I just don't know if there's
21 any study that really shows that.
22   Q.   Is having a low HDL
23 cholesterol a recognized cause of
24 peripheral vascular disease?

Page 312

1    A.   Again, I'm not really sure
2  about that.  But the reasoning tracks.
3    Q.   Is smoking a recognized
4  cause of heart disease?
5    A.   It is.
6    Q.   Is it a recognized cause of
7  myocardial infarction?
8    A.   Yes.
9    Q.   Is smoking a recognized
10 cause of sudden cardiac death?
11   A.   Yes.
12   Q.   Is smoking a recognized
13 cause of stroke?
14   A.   Yes.
15   Q.   Is it a recognized cause of
16 peripheral vascular disease?
17   A.   Yes.
18   Q.   Is diabetes a recognized
19 cause of heart disease?
20   A.   Yes.
21   Q.   Is it a recognized cause of
22 myocardial infarction?
23   A.   Yes.
24   Q.   Is diabetes a recognized

Page 313

1  cause of sudden cardiac death?
2    A.   Yes.
3    Q.   Is diabetes a recognized
4  cause of stroke?
5    A.   Yes.
6    Q.   Is it a recognized cause of
7  peripheral vascular disease?
8    A.   Yes.
9         MR. WACKER:  You should have
10        sent us a request for admissions.
11 BY MR. PIORKOWSKI:
12   Q.   Is obesity a recognized
13 cause of heart attack?
14   A.   Yes.
15   Q.   Is it a recognized cause of
16 heart disease generally?
17   A.   Yes.
18   Q.   Is it a recognized cause of
19 stroke?
20   A.   Yes.
21   Q.   Is it a recognized cause of
22 peripheral vascular disease?
23   A.   Yes.
24   Q.   Do you regard stress as a

79 (Pages 310 to 313)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 314

1  recognized cause of heart disease?
2      A.  Yes, I do.
3      Q.  Do you recognize it as a
4  cause of myocardial infarction?
5      A.  Yes.
6      Q.  Is stress a recognized cause
7  of stroke?
8      A.  Yes.  It certainly seems
9  that way.
10      Q.  Okay.
11          Is stress a recognized cause
12  of sudden cardiac death?
13      A.  Yes.
14      Q.  Is sedentary lifestyle a
15  recognized cause of heart disease?
16          MR. WACKER:  Object to form.
17          THE WITNESS:  I believe so,
18  yes.
19  BY MR. PIORKOWSKI:
20      Q.  Is sedentary lifestyle a
21  recognized cause of myocardial
22  infarction?
23      A.  Yes.
24      Q.  Is sedentary lifestyle a

Page 315

1  recognized cause of sudden death?
2      A.  Yes.
3      Q.  Is sedentary lifestyle a
4  recognized cause of stroke?
5      A.  Yes.
6      Q.  Is it a recognized cause of
7  peripheral vascular disease?
8      A.  Yes.
9          MR. WACKER:  Is this a good
10  point for a two-minute break?
11          MR. PIORKOWSKI:  Sure,
12  absolutely.
13              - - -
14          (Whereupon, a recess was
15  taken from 3:58 p.m. until 4:11
16  p.m.)
17              - - -
18  BY MR. PIORKOWSKI:
19      Q.  Doctor, one of FDA's goals
20  when it reviews a label for a drug prior
21  to approval is to ensure that the
22  information from the clinical trials is
23  fairly and accurately set forth in the
24  label; is that right?

Page 316

1      A.  Yes.
2      Q.  And the original Vioxx label
3  contained information about the effects
4  of blood pressure, correct?
5      A.  May I see that, please?
6      Q.  Do you know?
7      A.  I just need to see it.
8      Q.  I'm not sure I have it
9  handy.
10          MR. JOSEPHSON:  What are you
11  looking for, Joe?
12          MR. PIORKOWSKI:  Original
13  label.
14          MR. JOSEPHSON:  No.
15          MR. WACKER:  I think it is
16  on the CD.
17          MR. JOSEPHSON:  I had it
18  yesterday.
19  BY MR. PIORKOWSKI:
20      Q.  Do you know without looking
21  at the label?  I can let you refer to it,
22  but do you know whether the effect of
23  Vioxx on increasing blood pressure was
24  disclosed in the original label?

Page 317

1      A.  I just need to look to be
2  sure.
3          MR. WACKER:  I think it's in
4  the adverse event section.
5              - - -
6          (Whereupon, Deposition
7  Exhibit Moye MDL 8, Vioxx May 1999
8  Label MRK-LBL0000027 -
9  MRK-LBL0000030, was marked for
10  identification.)
11              - - -
12          (Witness reviewing
13  document.)
14          THE WITNESS:  Okay.
15  BY MR. PIORKOWSKI:
16      Q.  So, my question is, is it
17  correct, Dr. Moye, that the original
18  Vioxx product label contained information
19  about the effect of Vioxx on blood
20  pressure?
21      A.  Yes.  Thank you for this
22  copy.  Yes.  It appears in the adverse
23  event -- adverse reaction section.
24      Q.  Okay.

80  (Pages 314 to 317)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 318

1  And that is where it
2  belonged based on the findings in the
3  clinical trial, right?
4  MR. WACKER:  Object, calls
5  for speculation.
6  THE WITNESS:  I'm not
7  certain. At this point, I guess I
8  am just not certain about that.
9  BY MR. PIORKOWSKI:
10  Q.  My question is, you've
11  already established that you're not aware
12  of any information about hypertension or
13  about blood pressure effects that the FDA
14  did not have at the time it approved the
15  initial label, right?
16  A.  Right, right.
17  Q.  And one of the goals the FDA
18  has when it approves the original label
19  is to ensure that information from the
20  clinical trials is fairly and accurately
21  set forth in the label, right?
22  A.  Yes.
23  Q.  Do you have any reason to
24  believe they didn't do that in this case?

Page 319

1  A.  Well, I believe what we have
2  here is a clear statement of what
3  happened within the clinical trials, to
4  the prevalence of hypertension associated
5  with Vioxx in the clinical trials.  I
6  believe we have that here.
7  Q.  Okay.
8  So, the label fairly and
9  accurately reflects the results of the
10  clinical trials with respect to Vioxx and
11  hypertension, fair?
12  A.  Yes, that's true.
13  Q.  All right.
14  In fact, in the adverse
15  events section, it specifically lists the
16  rates for both Vioxx 12.5 and 25
17  milligrams as well as the placebo
18  comparator and two other nonsteroidal
19  anti-inflammatory comparators, right?
20  A.  It is a description of the
21  rates of hypertension experienced within
22  the clinical trials.
23  Q.  Okay.
24  And in fact, further down

Page 320

1  under the next paragraph, it also
2  indicates that when 50 milligrams was
3  studied, the rate of hypertension was
4  even higher than for 25 and 12.5
5  milligrams, right?
6  A.  Yes.
7  Q.  Now, we started off talking
8  about your having two mechanisms that you
9  were discussing, and you told me in
10  addition, you had this destabilization
11  that was part of your opinion, right?
12  A.  Right.  Destabilization, I
13  mentioned that.  And also I need to
14  mention the potential for atherosclerosis
15  generation separate and apart from the
16  effect of elevated blood pressures.
17  Q.  Well, that's not in your
18  report either.
19  A.  I understand that.  Neither
20  was the fissure rupture, but I should
21  have put those in.
22  Q.  What scientific evidence do
23  you have to show that Vioxx causes
24  atherosclerosis promotion other than in

Page 321

1  the context of hypertension?
2  A.  Let me see my -- I'm sorry.
3  What paragraph of my report are we
4  talking about?
5  Q.  24.
6  A.  24.
7  MR. WACKER:  That's where
8  you discuss it, but don't just
9  limit yourself to that.
10  THE WITNESS:  Right, yes.
11  The best information I have
12  is the work done by Dr.
13  FitzGerald.
14  BY MR. PIORKOWSKI:
15  Q.  Dr. FitzGerald doesn't say
16  anywhere that it causes atherosclerosis,
17  does he?
18  A.  Well, he talks about the
19  possibility that atherosclerosis might be
20  caused by Vioxx, and, in fact, suggested
21  a test that might be carried out that
22  would answer this question that he posed.
23  Q.  What test is that?
24  A.  The test was to follow the

81 (Pages 318 to 321)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 322

1  APPROVe protocol patients beyond the
2  conclusion of the study. And this test
3  was carried out and an answer was
4  provided most recently in an evaluation
5  of the APPROVe followup, which showed
6  increased risk of disease, that is to
7  say, cardiovascular disease associated
8  with Vioxx.
9      Q.   Is this something that you
10 discussed with counsel on one of the
11 breaks?
12     A.   No.
13     Q.   No?
14     A.   No. You mean today?
15     Q.   Yes.
16     A.   Absolutely not, no.
17     Q.   When we started the
18 deposition today, I asked you if, since
19 you finished your report on May 22nd, you
20 had come up with any other opinions.
21     A.   Right.
22     Q.   You said no, right?
23     A.   Right. This is in my
24 report.

Page 323

1      Q.   The APPROVe followup data?
2      A.   I don't know where it is,
3  but it is certainly in my report.
4      Q.   And the fact that that's a
5  separate mechanism?
6      A.   Well, let me just find it
7  and we'll see what it says.
8      Q.   Okay.
9          So, really, though, on Page
10 11, Paragraph 24, where it says,
11 "Rofecoxib excites the production of
12 cardiovascular disease. It produces this
13 disease through two mechanisms," really
14 that should be changed to say four
15 mechanisms, right?
16     A.   Right. Yes. On Paragraph
17 134 and 135, Page 50. Actually, it goes
18 even earlier than that. It starts on --
19 it really starts on 133, I think.
20     Q.   When did you look at the
21 APPROVe followup data?
22     A.   Sometime in May.
23     Q.   Your opinion is that the
24 APPROVe followup data shows -- well, what

Page 324

1  is your opinion about the APPROVe
2  followup data?
3      A.   Well, I'm looking at
4  Paragraph 135 here.
5          MR. WACKER: I think it is
6  actually 132.
7          THE WITNESS: Well, 132
8  begins, I guess if we come down
9  seven lines, the line that ends,
10 "In 2004, Dr. FitzGerald wrote an
11 article entitled 'Coxibs and CV
12 Disease.' On Page 1711...he
13 stated, 'Patients in the APPROVe
14 study should continue to be
15 followed" to provide "some
16 estimate of how quickly the
17 developed risk may dissipate.
18 Give the relatively short
19 half-lives of these
20 compounds...dissipation may occur
21 rapidly. On the other hand, if
22 treatment has accelerated
23 atherosclerosis,'" which is what
24 we're talking about, "'the offset

Page 325

1          of risk,'" that is, the decrease
2  in risk "'may be more gradual.'"
3  BY MR. PIORKOWSKI:
4      Q.   Let's back up to the middle
5  of that paragraph. Okay?
6      A.   Right.
7      Q.   Do you see where it says,
8  "In 1998, one of the fears voiced by the
9  Merck Scientific Advisory Panel"?
10     A.   Right. Sure do.
11     Q.   It says, "was that COX-2
12 inhibitors could accelerate
13 atherosclerosis."
14     A.   Right.
15     Q.   "This would occur by
16 fostering the development of lipid rich
17 plaque or the destabilization of the
18 plaque's fibrous cap," right?
19     A.   Yes.
20     Q.   We already talked about that
21 memo, right?
22     A.   Yes.
23     Q.   Actually, what the board was
24 suggesting was that Vioxx would have a

82 (Pages 322 to 325)

Lemuel A. Moye, M.D., Ph.D.

Page 326

1  beneficial effect on lipid rich plaque
2  and on destabilization of the plaque's
3  fibrous cap?
4      A.  No. What that report said
5  is that they didn't know what the effect
6  was, first of all.
7          Secondly, they came up with
8  a mechanism untested, unproven, that
9  showed how it might be possible that COX
10  inhibitors could reduce atherosclerotic
11  disease. Those were the paragraphs that
12  you and I worked through earlier. All
13  those were ideas. That's all that was.
14      Q.  And that's the memo you're
15  talking about here?
16      A.  Right. That's right. So,
17  all we have are ideas, and I then go
18  on -- okay. So, just to stay focused on
19  what you were talking about, in that
20  memo, the Scientific Advisory Panel,
21  they're talking about ideas. And
22  certainly that memo was consistent with
23  the theme that these ideas might be wrong
24  and that, in fact, COX-2 inhibitors may

Page 327

1  make disease worse and, therefore, they
2  advised Merck to keep an eye out.
3      Q.  There's nothing in that memo
4  that even suggests the possibility that
5  Vioxx fosters the development of lipid
6  rich plaque or the destabilization of --
7      A.  Well, let's look at the memo
8  again.
9      Q.  Look at the memo.
10      A.  "The board addressed the
11  potential for either benefits or adverse
12  consequences of selective COX-2
13  inhibitors...The possible effects of
14  COX-2 inhibition on three separate
15  components of the process leading to
16  coronary ischemic events were considered.
17  These are," and it lists these three
18  reasons.
19          Now, it says up above it is
20  either beneficial or adverse
21  consequences.
22      Q.  That's right.
23      A.  It does not matter to me
24  that this board chooses to provide a

Page 328

1  couple of paragraphs that say how there
2  might not be a risk. It does matter to
3  me that they say that there are either
4  benefits or adverse consequences.
5      Q.  You said that the benefit
6  was speculation?
7      A.  The entire board's comment
8  here is speculation.
9      Q.  Well, there's not even a
10  speculation about how Vioxx could foster
11  the development of lipid rich plaque or
12  destabilization of the plaque?
13      A.  Well, I disagree.
14      Q.  Show me where it says --
15      A.  I just did.
16      Q.  No. What you showed me is
17  where there's a discussion that says pro
18  or con. And the first two items are pro,
19  and the third item is con. That's what
20  you showed me.
21      MR. WACKER:  That's --
22      THE WITNESS:  Let me not
23  argue with you.
24      MR. WACKER:  That's your

Page 329

1  interpretation.
2      THE WITNESS:  To answer your
3  question, I believe these -- that
4  first section down to the
5  beginning of the underlined
6  paragraph there, that first
7  section is a warning about the
8  possible adverse effects of COX-2
9  inhibition on any of those three
10  mechanisms.
11  BY MR. PIORKOWSKI:
12      Q.  That's your interpretation.
13      A.  Of course, it is.
14      Q.  And to really understand,
15  we'd have to talk to the people on the
16  Board of Scientific Advisors to find out
17  what they meant. Is that fair?
18      MR. WACKER:  Objection.
19      THE WITNESS:  Well, I would
20  just say that's my interpretation
21  of what they have written, and if
22  they have other motivations for
23  what they have written, then they
24  are the best people to talk to

83 (Pages 326 to 329)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 330

1  about it.
2       MR. WACKER: Object to form.
3       MR. PIORKOWSKI: Are you
4  objecting to the answer?
5       MR. WACKER: I'm objecting
6  to the form of the question.
7  BY MR. PIORKOWSKI:
8       Q.  So, what basis, what study,
9  what scientific article do you have to
10  show that in the absence of blood
11  pressure that Vioxx has an effect on
12  atherosclerosis?
13       MR. WACKER: Objection,
14  asked and answered.
15       THE WITNESS: What I told
16  you, I think, was that the APPROVe
17  followup data demonstrates that.
18  BY MR. PIORKOWSKI:
19       Q.  The APPROVe followup data
20  which shows no statistically significant
21  increase?
22       A.  The APPROVe followup data is
23  what I rely on.
24       Q.  Anything else?

Page 331

1       A.  No. That's it.
2       Q.  Okay.
3       Page 26 of your report,
4  Paragraph 64 and 65, you're talking about
5  prostaglandins.
6       A.  Yes.
7       Q.  Is prostacyclin a
8  prostaglandin?
9       A.  (Witness reviewing
10  document.)
11       I'm sorry. I don't see
12  where I mention prostacyclin here.
13       Q.  You don't.
14       A.  Oh, okay. I'm sorry.
15       Q.  I said you mentioned
16  prostaglandins.
17       A.  Yes.
18       Q.  My question is, is
19  prostacyclin a prostaglandin?
20       A.  It's related to it. I don't
21  know the chemical composition of it. So,
22  I don't know if it meets the chemist's
23  definition of being a prostaglandin or
24  not.

Page 332

1       Q.  Is that outside your area of
2  expertise?
3       A.  Whether prostacyclin is a
4  prostaglandin, yes.
5       Q.  Do you know whether
6  thromboxane is a prostaglandin?
7       A.  It's regulated by
8  prostaglandin. I don't know if itself it
9  is a prostaglandin.
10       Q.  You say that in Paragraph 68
11  that NSAIDs --
12       A.  I'm sorry. 68?
13       Q.  Yes.
14       A.  Okay.
15       Q.  You have a discussion about
16  general NSAIDs?
17       A.  Yes.
18       Q.  You say that they have been
19  available for approximately 30 years?
20       A.  Yes.
21       Q.  They have well-known
22  clinical characteristics?
23       A.  Yes.
24       Q.  Okay.

Page 333

1       Are you aware of any
2  long-term placebo-controlled study of any
3  nonsteroidal anti-inflammatory drug that
4  has evaluated cardiovascular risks?
5       A.  I don't know what you mean
6  by that. If you are talking about a
7  clinical trial, then, no, I'm not.
8       Q.  For any NSAID?
9       A.  For a clinical trial?
10       Q.  Yes.
11       A.  No.
12       Q.  Okay.
13       You say that disturbing the
14  balance, delicate clotting balance is one
15  of the mechanisms by which you believe
16  Vioxx can exert an effect, right?
17       A.  Right.
18       Q.  And is that effect one that
19  is related to what you believe to be its
20  effect on prostacyclin?
21       A.  Yes.
22       Q.  Okay.
23       And for how long does that
24  effect continue to exert itself after

84 (Pages 330 to 333)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 334

1  Vioxx is out of the system?
2        MR. WACKER: Object to form.
3        THE WITNESS: I think the
4     best answer I can give you today
5     is quite a long time.
6  BY MR. PIORKOWSKI:
7     Q.   Well, let me stop and make
8  sure we're on the same page here.
9           I'm not asking you about
10 your views about risks in general. I'm
11 asking you about your views about
12 increasing the potential for clotting
13 through the mechanism of affecting the
14 balance. That's what I'm limiting my
15 question to.
16          I'm saying with respect to
17 that issue, how long does Vioxx continue
18 to exert an effect on clotting after it
19 is out of your system?
20       MR. WACKER: Objection.
21       THE WITNESS: Again, I would
22    have to say I don't know. I am
23    now uncertain. In the presence of
24    the APPROVe followup data, I just

Page 335

1     don't know.
2  BY MR. PIORKOWSKI:
3     Q.   Do you have any reason to
4  believe that any events in the APPROVe
5  followup data were related to an
6  increased -- a disturbance of the
7  clotting balance?
8     A.   I can only say that it's
9  possible. I don't know.
10    Q.   Do you know what the
11 half-life of Vioxx is?
12    A.   I did. Actually, I thought
13 I put it in my report. It is a fairly
14 short half-life.
15    Q.   Is it your belief that Vioxx
16 has no effect on thromboxane, but it has
17 an effect of inhibiting prostacyclin?
18    A.   That it is primarily a COX-2
19 inhibitor, so, it has no effect on
20 thromboxane, yes. It works primarily
21 through its effect on prostacyclin.
22    Q.   Okay.
23          And by contrast, aspirin has
24 an effect of inhibiting thromboxane,

Page 336

1  correct?
2     A.   Yes. For the duration of
3  the life of the platelet, yes.
4     Q.   Other nonselective NSAIDs
5  inhibit both thromboxane and
6  prostacyclin, correct?
7     A.   Yes.
8     Q.   Now, the idea about this
9  imbalance is that the imbalance is caused
10 by inhibiting prostacyclin without the
11 thromboxane, right?
12    A.   Of the clotting imbalance.
13    Q.   Of the clotting imbalance?
14    A.   Yes.
15    Q.   Right.
16          So, to the extent that the
17 clotting imbalance is caused by not
18 having inhibition of thromboxane, if one
19 were to take aspirin at the same time,
20 that would straighten out the balance
21 problem?
22       MR. WACKER: Object to form.
23       THE WITNESS: Well, if I
24    understand the circumstance right,

Page 337

1     by adding a pure COX-1 to a pure
2     COX-2, you've got an NSAID, which
3     means that you really haven't
4     disturbed the balance. That's
5     what I think I just heard. That's
6     what I think we're talking about.
7  BY MR. PIORKOWSKI:
8     Q.   Okay.
9          Well, you recognize that
10 when you're talking about inhibiting
11 thromboxane, for example, that you can
12 inhibit it so much and any additional
13 inhibition is sort of clinically
14 insignificant, right?
15    A.   That's true, yes.
16    Q.   The same thing is true with
17 prostacyclin?
18    A.   You have to have, I think, a
19 90 percent inhibition.
20    Q.   Right.
21    A.   Right.
22    Q.   So, if you add a higher dose
23 that gives you 92, that doesn't really
24 have any meaningful effect. Fair to say?

85 (Pages 334 to 337)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 338

1   A.  Yes.
2   Q.  So, you would agree then
3  that aspirin, at least with respect to
4  the clotting issue, would counterbalance
5  the effect of what you believe Vioxx
6  causes?
7        MR. WACKER: Objection. Are
8     you talking about in a
9     hypothetical sense or in a
10    clinical that's actually been
11    tested?
12       MR. PIORKOWSKI: I'm asking
13    him his understanding based on his
14    knowledge of the biochemistry of
15    these compounds as he's described
16    in his report.
17       THE WITNESS: Well, based on
18    the model that we used which
19    reflects our belief at how this
20    works, then, in fact, adding
21    aspirin undoes the imbalance that
22    has been produced by COX-2 -- by
23    Vioxx.
24  BY MR. PIORKOWSKI:

Page 339

1   Q.  Okay.
2       You have opinions in your
3  report about the risks, the balance of
4  the risks and benefits, right, of Vioxx?
5   A.  Yes.
6   Q.  Is it your opinion that
7  Vioxx is always unsafe for all people at
8  any dose under any circumstances?
9        MR. WACKER: Objection.
10    Overly broad.
11  BY MR. PIORKOWSKI:
12   Q.  Well, let me just read you
13  your statement then and make sure this is
14  accurate.
15       "Rofecoxib," which is Vioxx?
16       MR. WACKER: What page are
17    you on?
18       MR. PIORKOWSKI: I'm on Page
19    11.
20  BY MR. PIORKOWSKI:
21   Q.  -- "is unsafe at any
22  dose/duration combination in any patient
23  regardless of their underlying risk for
24  cardiovascular disease."

Page 340

1        Is that your opinion?
2   A.  Yes.
3   Q.  So, there's no patient ever
4  for whom the risks of Vioxx justify
5  giving that product?  Is that your view?
6   A.  That's my view.  That is my
7  view, yes.
8   Q.  Okay.
9       You recognize that there are
10  patients -- let me back up.
11       You talk about the efficacy
12  of Vioxx, and you say that there is no --
13  that Vioxx was not more effective than
14  other NSAIDs, right?
15   A.  Yes, sir.
16   Q.  Okay.
17       Certainly you would agree
18  that the evidence shows that it was as
19  effective as other NSAIDs, right?
20   A.  Yes.
21   Q.  There's no suggestion that
22  it was less effective than the other
23  available NSAIDs?
24   A.  That's correct.

Page 341

1   Q.  Do you know from your
2  clinical experience that there are also
3  people for whom one drug product works
4  and cures their pain or alleviates their
5  pain, and another drug product doesn't
6  work?
7   A.  Well, I know from my
8  clinical experience that pain is
9  subjective and that some modalities work
10  better than others at some time.
11   Q.  Let me back up and make sure
12  I understand one thing.
13       Do you accept that arthritis
14  is a serious disease?
15   A.  Yes.
16   Q.  Do you recognize that
17  arthritis leaves many patients crippled
18  and disabled?
19   A.  Yes.
20   Q.  That arthritis leaves some
21  patients unable to work?
22   A.  Yes.
23   Q.  Unable to earn a living?
24   A.  Yes.  So far, I mean, the

86 (Pages 338 to 341)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 342

1 answers I give apply to rheumatoid as
2 well as osteo.
3     Q. As I meant them to.
4     A. Okay.
5     Q. You agree that arthritis
6 patients are often unable to enjoy life
7 with their families?
8     A. I don't think I agree with
9 that.
10     Q. I mean, a dad can't go to
11 the backyard and throw the ball with his
12 kid because of his arthritis?
13     A. It doesn't mean you don't
14 enjoy life with your family, though.
15     Q. Okay.
16     Do you agree that providing
17 effective relief to arthritis patients is
18 an important public health goal?
19     A. No.
20     Q. You don't?
21     A. No. Not the way you phrased
22 it, no.
23     Q. What don't you agree with
24 about that?

Page 343

1     A. You didn't use the word
2 "safe."
3     Q. I said -- well, okay.
4     What do you mean by the word
5 "safe"? Do you mean having no risks?
6     A. No, no. I just mean that --
7 two things. I mean that the benefits of
8 the drug exceed the risk, number one.
9     And number two, that the
10 patient understands what the potential
11 risks are, as well as the physician and
12 pharmacist, but primarily the patient
13 understands.
14     Q. Who decides if the benefits
15 outweigh the risks, you?
16     MR. WACKER: Objection.
17     THE WITNESS: The patients
18 do.
19 BY MR. PIORKOWSKI:
20     Q. Okay.
21     Well, you're expressing the
22 view that there's no patient for whom the
23 benefits outweigh the risks?
24     A. That's true.

Page 344

1     Q. Okay.
2     You told me that you read
3 through the 2005 Advisory Committee
4 meeting transcripts, right?
5     A. I did.
6     Q. Did you read the
7 testimonials of individual patients at
8 the end of that meeting?
9     A. I did.
10     Q. Did you recognize that there
11 were a number of patients who were
12 pleading with the FDA to have Vioxx back
13 on the market because it was the only
14 drug that allowed them relief from their
15 crippling condition?
16     MR. WACKER: I object to
17 form.
18     THE WITNESS: I understand
19 that anecdotes can be persuasive
20 to some people. I also understand
21 that when one doesn't have the
22 opportunity to speak to the person
23 providing the anecdote, they
24 really don't -- they really --

Page 345

1 person providing the anecdote may
2 not understand that there are
3 other modalities that would be
4 safer and effective. But with no
5 opportunity to speak with them
6 about it, you don't get a chance
7 to educate them.
8 BY MR. PIORKOWSKI:
9     Q. Well, first of all, they are
10 patients, not anecdotes, right?
11     A. Excuse me. No. They are
12 providing patient anecdotes. They are
13 providing single, sole experiences which
14 may or may not be reproducible, in fact,
15 may or may not be accurate. We don't
16 know.
17     Q. A lot of things may or may
18 not be accurate.
19     A. But when you stand before
20 an Advisory Committee, we certainly
21 expect Merck to provide accurate
22 information for the Advisory Committee,
23 right? However, when it comes to
24 anecdotes, we don't know if those are

87 (Pages 342 to 345)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 346

1  accurate or not. I mean, we just don't
2  know.
3       Q.   So, you're assuming that
4  they are not accurate?
5       A.   I'm saying that we don't
6  know.
7       Q.   I'm asking you.
8       A.   I'm just saying we don't
9  know.
10       Q.   Do you have a reason to
11  believe that they are not true?
12       A.   Insofar as that people don't
13  always remember things appropriately,
14  yes. Recollection is not perfect, yes.
15  That they have a particular point of view
16  they want to promulgate, yes.
17       Q.   The clinical trials really
18  can't measure whether Vioxx works in
19  patients for whom no other drug works,
20  can it?
21       A.   I'm sorry. I didn't hear
22  the last part.
23       Q.   The clinical trials were
24  really not able to measure whether Vioxx

Page 347

1  works in patients for whom no other NSAID
2  works, were they?
3       A.   That's true. That has to do
4  with the exclusion -- an exclusion
5  criteria of the study.
6       Q.   Because to be a participant
7  in the study, you had to have had success
8  on an NSAID by definition?
9       A.   Right. Yes.
10       Q.   All right.
11            So, if you had success on an
12  NSAID by definition, then you couldn't be
13  a patient for whom Vioxx was the only
14  drug that worked, right?
15       A.   Yes.
16       Q.   The only way to determine if
17  there are cases like that that exist is
18  through patient anecdotes.
19       A.   No. It's through a trial
20  that looks at -- recruits patients who
21  are failures. I mean, that's not an
22  unethical trial to do. Patients who have
23  failed on therapy are admissible to the
24  study.

Page 348

1       Q.   Did you see the testimony at
2  the end of the Advisory Committee from
3  the military physician who talked about
4  the importance of COX-2s in taking care
5  of battlefield casualties?
6       A.   Yes.
7            MR. WACKER: Objection to
8  form.
9  BY MR. PIORKOWSKI:
10       Q.   Vioxx was an important
11  option because it was not associated with
12  the same bleeding difficulties that other
13  nonsteroidal anti-inflammatory drugs were
14  associated with?
15       A.   That's true.
16            MR. WACKER: Objection to
17  form.
18            THE WITNESS: Yes, I did see
19  that.
20  BY MR. PIORKOWSKI:
21       Q.   And for a young healthy U.S.
22  Marine for acute pain relief, you believe
23  that Vioxx is not safe?
24            MR. WACKER: Object to form.

Page 349

1            THE WITNESS: I think it
2  would be a shame to give that
3  young, healthy Marine a heart
4  attack.
5  BY MR. PIORKOWSKI:
6       Q.   I agree.
7       A.   Or a stroke.
8       Q.   I agree.
9       A.   So, I don't think Vioxx is
10  worth it.
11       Q.   What's the likelihood of a
12  stroke or a heart attack occurring in a
13  young otherwise healthy patient with no
14  previous cardiac disease and no risk
15  factors for that disease in short-term
16  use?
17            MR. WACKER: Objection,
18  incomplete hypothetical.
19            THE WITNESS: I'm sorry. I
20  lost the conditions. You are
21  talking about someone who is
22  young, healthy?
23  BY MR. PIORKOWSKI:
24       Q.   Young, healthy, no

88  (Pages 346 to 349)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 350

1  cardiovascular risk factors.
2       A.   So, let's just go through
3  them.
4            No diabetes, no
5  hypertension, no elevated lipids, no
6  stress, exercises.
7       Q.   Right.
8       A.   Okay.
9            MR. WACKER:  This is
10  somebody taking Vioxx or not
11  taking Vioxx?
12            MR. PIORKOWSKI:  Taking
13  Vioxx.  Short-term use.
14            THE WITNESS:  And then we
15  add Vioxx short-term use?
16  BY MR. PIORKOWSKI:
17       Q.   Yeah.
18            MR. WACKER:  Still
19  incomplete hypothetical.
20            THE WITNESS:  I guess all I
21  can tell you, this is a risk for
22  heart attack?
23  BY MR. PIORKOWSKI:
24       Q.   I am asking you, you said it

Page 351

1  would be unfortunate to give that person
2  a heart attack.
3       A.   Right.
4       Q.   I mean, I think it would be
5  unfortunate to give somebody an aspirin
6  and have them have a bleeding stroke.
7       A.   Or Tylenol?
8       Q.   Or Tylenol.
9       A.   Or medication, or an NSAID
10  and a protease pump inhibitor.  There are
11  alternatives.
12       Q.   There are alternatives that
13  are less risky?
14       A.   There are alternatives that
15  don't cause heart attacks and strokes.
16       Q.   What are those?
17       A.   And there are alternatives
18  for which we know what the risks are.
19       Q.   So tell me what the
20  alternative would be for a Marine in the
21  field that doesn't cause heart attacks
22  and stroke.
23       A.   Tylenol.
24       Q.   Have you ever been in the

Page 352

1  military?
2       A.   No, sir, I have not.
3       Q.   Do you know if Tylenol is an
4  as effective a pain reliever as
5  nonsteroidal antiinflammatories?
6       A.   I will say this, it is in
7  many people.
8       Q.   Does Tylenol have its own
9  potentially fatal side effects?
10       A.   Extremely rare and only on
11  extreme overdoses.
12       Q.   Is it limited to overdoses?
13       A.   My understanding is yes.
14       Q.   Does Tylenol occasionally
15  cause liver failure?
16       A.   Only on overdoses.  Not
17  on -- I don't know of any case of
18  liver -- of hepatotoxicity occurring on
19  normal doses of Tylenol.
20       Q.   In alcohol?
21       A.   Even in alcohol, it's
22  elevated doses.
23       Q.   Okay.
24            Nonsteroidal

Page 353

1  anti-inflammatory drugs have a property
2  not only of reducing pain, but of also
3  reducing inflammation, correct?
4       A.   Yes.
5       Q.   Reducing inflammation is an
6  important medical goal because that
7  breaks the chain of what is causing the
8  pain, true?
9       A.   Yes.
10       Q.   Okay.
11            Tylenol does not reduce
12  inflammation?
13       A.   That's correct.
14       Q.   Okay.
15            Are there any other
16  treatment options besides Tylenol that
17  are not associated with any risk of
18  cardiovascular disease?
19            MR. WACKER:  Asked and
20  answered.
21            MR. PIORKOWSKI:  Any others,
22  I said.
23            MR. WACKER:  I think he said
24  NSAIDs and protease pump

89 (Pages 350 to 353)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 354

1    inhibitors.
2        THE WITNESS: NSAIDs and
3    protease pump inhibitors, I
4    mentioned.
5    BY MR. PIORKOWSKI:
6        Q.  So, it is your testimony
7    under oath that nonselective NSAIDs plus
8    proton pump inhibitors are not associated
9    with any risk of heart attack or stroke?
10       A.  That they are not associated
11   with an elevated risk of heart attack or
12   stroke.
13       Q.  Elevated compared to what?
14       A.  To baseline. To what the
15   risk would be in the absence of the
16   medication. And certainly its risk is
17   much less than that associated with
18   COX-2.
19       Q.  And what do you base that
20   on?
21       A.  Base it on VIGOR.
22       Q.  VIGOR is one study that
23   compared naproxen to Vioxx, right?
24       A.  VIGOR is one large clinical

Page 355

1    trial that compared naproxen to
2    rofecoxib, right.
3        Q.  Anything else you base it on
4    besides VIGOR?
5        A.  That's all I can think of
6    now.
7        Q.  You reviewed the FDA's April
8    2005 memo, right?
9        A.  I did.
10       Q.  And you saw --
11       A.  Not the transcript. The
12   brief memo that came out at the end.
13       Q.  Right. By John Jenkins.
14       A.  Yes.
15       Q.  And you said at the end of
16   your report that you weren't certain
17   about the basis of the FDA's conclusions;
18   is that right?
19       A.  That was one thing I said.
20   Yes.
21       Q.  Okay.
22           You do understand that
23   there's a lot of data, while there may
24   not be data comparing nonsteroidal

Page 356

1    anti-inflammatory drugs to placebo
2    groups, there's a lot of clinical
3    controlled data comparing nonsteroidal
4    anti-inflammatory drugs to COX-2s, right?
5        A.  Yes.
6        Q.  And that includes a lot of
7    clinical trials on Vioxx, right?
8        A.  Right.
9        Q.  It includes the CLASS study,
10   right? Do you know what the CLASS study
11   is?
12       A.  Yes. But CLASS I didn't
13   think was Vioxx.
14       Q.  It's not.
15       A.  Okay. Right.
16       Q.  But it is a comparison
17   between two nonsteroidal
18   anti-inflammatory drugs and a COX-2
19   inhibitor.
20       A.  Yes. That's true. Yes.
21       Q.  Okay.
22           And it showed no significant
23   difference between the COX-2 inhibitor
24   and the nonsteroidal anti-inflammatory

Page 357

1    drugs with respect to myocardial
2    infarction rate?
3        A.  Well, fair enough, but
4    celecoxib is not Vioxx. I mean, they are
5    different, and so I don't want to paint
6    Vioxx with this brush.
7        Q.  Well, many of your
8    statements relate to COX-2s generally and
9    the effects of COX-2s.
10       A.  I thought -- actually, I
11   thought I was pretty clear about the
12   differential effect of rofecoxib versus
13   the other drugs.
14       Q.  So, is it your view that
15   celecoxib is a safe drug?
16       A.  I don't think --
17           MR. WACKER: Objection.
18   Objection to form.
19           THE WITNESS: Actually, I
20   have to say I haven't studied
21   celecoxib sufficiently to be able
22   to say one way or the other today
23   about that.
24   BY MR. PIORKOWSKI:

90 (Pages 354 to 357)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 358

1      Q.   Is the same thing true for
2  ibuprofen?
3          MR. WACKER:  Object to form.
4      What's your definition of "same"?
5  BY MR. PIORKOWSKI:
6      Q.   I mean, he's not allowed to
7  testify.
8      A.   I understand.  Ask me the
9  question again, please.
10     Q.   What about ibuprofen, is
11 that a safe drug?
12     A.   It is a relatively safe
13 drug, yes.
14     Q.   Relative to what?
15     A.   Relative to nothing.
16 Relative to water.  I mean, relative to
17 placebo.
18     Q.   Well, in here you talk --
19 you know, you use the term "safe."
20     A.   Yes.
21     Q.   And you say that Vioxx is
22 unsafe?
23     A.   Yes.
24     Q.   So, my question is, is

Page 359

1  ibuprofen safe or is it unsafe?
2      A.   Ibuprofen is safe.
3      Q.   Okay.
4          What do you base that on?
5      A.   I base it on the
6  understanding of the serious adverse
7  events associated with it and the
8  understanding we have of the adverse
9  events associated with it and our
10 understanding of those events.
11         MR. WACKER:  Let me, just
12     for the record, so you are clear
13     about my objection, the reason
14     that I'm saying objection to the
15     word "safe" is because people have
16     different understandings and
17     meanings as I've seen in this
18     litigation.
19         One definition of "safe"
20     that I've seen, you know, defense
21     counsel use, means no risk.  And
22     another definition of "safe" could
23     mean that the benefits outweigh
24     the risks, and if you use it as

Page 360

1      directed as labeled, then that's
2      safe.  So, I'm not sure which
3      definition of "safe" you're
4      referring to.
5  BY MR. PIORKOWSKI:
6      Q.   Okay.
7          But your view is that there
8  are no circumstances in which the
9  benefits of Vioxx outweigh the risks,
10 right?
11     A.   Yes, sir.
12     Q.   Ever?
13     A.   Yes.
14              - - -
15         (Whereupon, Deposition
16 Exhibit Moye MDL 9, Memo 4-6-05
17 "Analysis and recommendations for
18 Agency action regarding
19 nonsteroidal and
20 anti-inflammatory drugs and
21 cardiovascular risk" (19 pages),
22 was marked for identification.)
23              - - -
24 BY MR. PIORKOWSKI:

Page 361

1      Q.   Okay.
2          Now, let me hand you what
3  I've marked as Exhibit 9.
4      A.   Yes.
5      Q.   And ask you, you've reviewed
6  this memo?
7          MR. WACKER:  Again, just for
8      the record, this is the subject of
9      a motion in limine.
10         MR. PIORKOWSKI:  Well, he
11     relied on it in his report.
12         MR. WACKER:  Only to the
13     extent that it is allowed into
14     evidence and you have to comment.
15     You could comment on it if -- this
16     is the subject of a motion in
17     limine to exclude it.  It was
18     excluded in New Jersey, as you
19     know, and so to the extent that
20     there is an adverse ruling,
21     obviously he has an ability to
22     comment on it.
23         But it is the subject of a
24     motion in limine, it was excluded

91 (Pages 358 to 361)

a46c412c-de3e-4446-bf8d-937e4e429297

Lemuel A. Moye, M.D., Ph.D.

Page 362

1  in New Jersey.
2      MR. PIORKOWSKI: It wasn't
3  excluded in New Jersey.
4      MR. WACKER: I'm sorry.
5      MR. PIORKOWSKI: That's not
6  an entirely accurate statement.
7  There were sections of it that
8  were admitted into evidence in New
9  Jersey.
10     MR. WACKER: My
11 understanding from the
12 Kona/McDarby trial was that this
13 was not admitted into evidence,
14 and it is the current subject of a
15 motion in limine before Judge
16 Fallon that has not been ruled
17 upon.
18     So, out of caution, we
19 provided it to Dr. Moye to review
20 pending a ruling by Judge Fallon
21 on its admissibility.
22 BY MR. PIORKOWSKI:
23     Q.  Did you consider the FDA's
24 conclusion that "The three approved COX-2

Page 363

1  selective NSAIDs (celecoxib, rofecoxib
2  and valdecoxib) are associated with an
3  increased risk of serious adverse CV
4  events compared to placebo" and that "The
5  available data do not permit a rank
6  ordering of these drugs with regard to CV
7  risk"?
8      A.  Can you show me that in the
9  report?
10     Q.  First point under "Executive
11 Summary."
12     A.  Okay. Yes.
13     Q.  Okay.
14     And when they say, "The
15 available data do not permit a rank
16 ordering," what that means is that you
17 cannot say that one of those drugs is any
18 better or any worse than any other one of
19 those drugs?
20     A.  No, it doesn't. It means
21 that they cannot say.
22     Q.  So, you can say, but they
23 can't say?
24     A.  Right.

Page 364

1      Q.  What data do you have that
2  they don't have?
3      MR. WACKER: Objection. I
4      mean, that's not part of his --
5      THE WITNESS: I don't know.
6  BY MR. PIORKOWSKI:
7      Q.  What?
8      A.  I said I don't know. But
9  certainly I am permitted to have my own
10 conclusion based on the data that I've
11 reviewed, which has been provided to you
12 independent of what the FDA thinks.
13     MR. WACKER: Just for the
14     record, that's part of the basis
15     of the motion in limine. There's
16     no citations to what data in this
17     document. There's no citations in
18     this document to any data.
19     They're just statements.
20 BY MR. PIORKOWSKI:
21     Q.  Well, do you want to turn to
22 the background section, Doctor.
23     A.  Sure. What page is that?
24     Q.  It is on Page 3.

Page 365

1      A.  Page 3?
2      Q.  All right.
3      Is it fair to say that FDA
4  has clinical trial data available to it
5  on each and every one of the COX-2
6  inhibitors that has been marketed in the
7  United States?
8      A.  Yes.
9      Q.  And they have available to
10 it clinical trial data on each and every
11 nonsteroidal anti-inflammatory drug
12 that's been marketed in the United
13 States?
14     A.  Yes.
15     Q.  Including drugs that have
16 been marketed in the United States and
17 taken off the market, right?
18     A.  Sure.
19     Q.  They have animal studies
20 available to them, right?
21     A.  Yes.
22     Q.  They have post-marketing
23 adverse event information on COX-2
24 inhibitors and NSAIDs ranging back 30