c.      CHF:  8 events/1528 patient years of exposure (Vioxx) versus 0 events/503 patient years of exposure (naproxen) when the supplemental RA data are combined with the investigator-reported data from VIGOR (19 v. 9 events), the result for CHF is **RR = 2.27, p<0.03, 95% CI 1.04, 5.49.**  This result is statistically significant, consistent with APPROVe data, and indicative of the strong cardiotoxic effects of Vioxx.

119.    As in VIGOR, the Supplemental RA database showed a substantially greater incidence of hypertension in the Vioxx group.  Hypertension-related events were observed "two to three times more often in each of the rofecoxib arms, as compared to the naproxen arm or placebo.  A higher percentage of patients presented important increases of blood pressure and required concomitant medication in the rofecoxib treatment groups compared to the naproxen group.  More patients discontinued due to HTN-related events from each of the rofecoxib groups as compared to the naproxen group."  (FDA Integrated Review of Safety, Vioxx Safety in RA Efficacy Studies, paragraph 7.3.)  The reviewer commented that the difference with naproxen regarding hypertension was "observed early, even during the three-month placebo-controlled phase."  (Id.)  It is medically probable that the increase in hypertension contributed to the excess in MI and stroke, and that the relative risk of CV events would have been higher if the subjects with hypertension adverse events had continued in the study.

120.    I am aware of Merck's statements that the APPROVe study, terminated in September 2004, provided the first evidence of Vioxx CV toxicity compared to placebo.  However, the 2001 data from VIGOR combined with the Supplemental RA data showed an increased risk of Vioxx compared to placebo, in that there were 34 MIs in 4227 patient years in the Vioxx arm, compared to zero events in 183 patient years on placebo.  Although the sample size is too small to reach statistical

significance, the excess MI's for Vioxx constitute another worrisome signal of cardiotoxicity.

121.  The Supplemental RA data also show no significant difference between the CV event rates for the naproxen group versus placebo.  For MI, the placebo rate was 0 events/183 PYR, versus 2 events/503 PYR for naproxen.  Thus, the MI rate for placebo was actually lower than the rate of MI for naproxen.  For MI plus cerebrovascular events, the placebo rate was 1 event/183 PYR, versus 2 events/503 PYR for naproxen, an insignificant difference.  These data, while based on small samples, do not support the claim that naproxen has a cardioprotective effect.

122.  In summary, the safety database for the RA application in 2001 showed a high degree of CV toxicity of Vioxx; failed to support the claim of a cardioprotective effect of naproxen; and when combined with the VIGOR data, showed statistically significant increased risk of CHF and borderline significant increased stroke and TIA, and suggested an excess of MI compared to placebo.

### D. The ADVANTAGE Study Showed A Similar Excess Risk Of MI For Vioxx Compared To Naproxen, Despite The Brief 12-Week Duration Of The Study.

123.  ADVANTAGE was a double blind, randomized, 12-week controlled study with a mean duration of exposure of only 69 days, which compared Vioxx 25 mg/day to naproxen 1000 mg/day in patients with osteoarthritis.  Approximately 2700 patients were randomized into each treatment arm.  According to the FDA Medical Officer Review dated December 20, 2001, "Rofecoxib 25 mg—the dose approved for chronic use—showed no overall safety advantage over naproxen 500 mg twice daily, as measured by the total number of deaths, serious adverse events (AE's), discontinuations due to clinical/laboratory AEs compared to naproxen.  This is somewhat striking, given the theoretical assumptions of the COX-2 hypothesis and

literature publications suggesting that COX-2 selectivity would provide superior safety than non-selective NSAIDs." (Id. at page 10.)

124.    The Medical Officer Review found, "Consistent with VIGOR, there was a trend of excess in serious cardiac thrombotic events in the rofecoxib 25 mg group, compared to the naproxen group (10 and 3 events, respectively, as per FDA review)." (Id.) The Vioxx group outnumbered naproxen by 8 to 1 with respect to myocardial infarction and sudden death (which is typically cardiac in nature). Consistent with VIGOR, twice the number of patients discontinued due to cardiovascular adverse events, including hypertension (15 versus 7) and congestive heart failure (11 versus 6) in the Vioxx group compared to naproxen. (Id.) There were 2 and 5 ischemic cerebrovascular events in the Vioxx and naproxen groups, respectively; two of the four CVAs on the naproxen were also on concomitant estrogen therapy (id.), which can increase stroke risk.

125.    The reviewers concluded, "The findings of the ADVANTAGE study are consistent with those of VIGOR and the RA efficacy databases. The CV findings are of concern because this is only a 12-week study, the dose of rofecoxib used in this study is 25 mg/day (half of the dose used in VIGOR), this was a different population of patients (OA instead of RA) and patients were allowed to use aspirin if indicated for cardiovascular prophylaxis." (Id. at 11, ¶ f.)

126.    Of note, the FDA Medical Officer Review stated, "if the cardiovascular findings in VIGOR were all explained by naproxen anti-platelet effect, a difference would not be expected between naproxen and rofecoxib in ADVANTAGE, when patients at risk in both treatment groups were already maximally protected by ASA [aspirin]." (Id. at 11.)

127.    In 2003, the Annals of Internal Medicine published a Merck-sponsored article concerning the ADVANTAGE study. In May 2005, the editors of the

journal announced that they may publish a correction to the original article to show the drug had a higher risk of heart attacks than originally stated.  The original study listed 5 heart attacks, but 3 additional cardiac deaths in the Vioxx group were not mentioned, including 1 in which company officials may have pressured a researcher to change his opinion about the likely cause of death, according to a New York Times article reported on April 24, 2005.  According to the New York Times article, Merck overruled a suggestion by one of its researchers that a 73-year-old woman participating in the study probably died of a heart attack, and ultimately listed the cause of death as "unknown."

128.    In summary, the ADVANTAGE RCT shows early onset of an excess risk of MI, in a study of only 2.3 months' average duration of exposure, and the patients' use of aspirin for cardioprotection during the study contradicts the notion that the results were due to "protective" qualities of naproxen.

E.    **The VICTOR Study Shows a Statistically Significant Increased Risk of Thrombotic Events, With Early Visually Evident Separation of the Incidence Curves**

129.    VICTOR was an RCT of Vioxx versus placebo in another study designed to investigate Vioxx's effects on intestinal polyps and their malignant transformation.  The study was terminated in 2004, after withdrawal of Vioxx from the market.  The final confirmed thrombotic event data show that there were 14 thrombotic events in the Vioxx population versus 4 in the placebo group, including 8 versus 2 cardiac events.  (MRK-18940096441)  The difference is statistically significant.  A Kaplan-Meier cumulative incidence curve shows that the event rate for Vioxx was above placebo throughout the period of the study:



Kaplan Meier Plot of Time to Confirmed Thrombotic CV Events for Protocol 145

| # Patients at Risk | | | | | |
|---|---|---|---|---|---|
| Placebo | 1172 | 759 | 411 | 218 | 62 |
| Rofecoxib 25 mg | 1169 | 724 | 386 | 185 | 57 |
| # Cumulative Events | | | | | |
| Placebo | 0 | 3 | 3 | 4 | 4 |
| Rofecoxib 25 mg | 0 | 8 | 10 | 12 | 12 |

Events Within 14 Days After Last Dose
Plots were truncated when the risk size in any arm is < 50.
No event occurred after the truncation point.

(MRK-AFK0190651.)[8]  Four thrombotic events occurred among patients exposed to Vioxx for 27 days or less, and there were seven such events among patients exposed to Vioxx for 76 days or less.  (MRK-18940096443-44.)  There were no thrombotic events whatsoever in the placebo group until the 56th day after exposure, and only three events within the first six months.  (Id.)  These data support the early onset of cardiovascular risk due to Vioxx.

130.    In an undated memo concerning VICTOR reports received by Merck as of May 31, 2005, Merck suggests that "it is not possible to draw scientifically meaningful conclusions based on the small amounts of data from a prematurely terminated study."  (MRK-18940096439.)  However, despite the small numbers, the

---

[8] This curve, based on 12 versus 3 events as of February, 2005, would not have changed significantly with the "final" confirmed event totals (14 versus 4).

magnitude of effect was sufficient to yield a statistically significant increased rate of thrombotic cardiovascular events. Such evidence would have been sufficient for the Data Safety Monitoring Board (DSMB) to terminate the VICTOR study early, regardless of the prior termination of the APPROVe study. The statistical significance of the data means that the result was highly unlikely to be due to chance, and was instead due to the toxic effects of Vioxx. This is a scientifically meaningful conclusion, consistent with other data.

   **F.     ViP Shows Slight Increased Rate of Serious CHD**

   131.   A third study known as ViP comparing Vioxx to placebo was in progress when the drug was withdrawn. There were approximately 2300 patients in each arm of the trial. The purpose of the study was to determine the risk of prostate cancer over six years of treatment with Vioxx 25 mg/d compared to placebo. When the study was terminated on September 30, 2004, the average time on treatment was about five months, out of a planned 72-month blinded treatment protocol. Although there was no statistical difference between the rates of confirmed thrombotic cardiovascular events, there was a numerical increase in cardiac events (10 versus 8, RR = 1.25) in the Vioxx group. The APPROVe Data Analysis Plan indicates that it was Merck's intention to combine the data from APPROVe, VICTOR and ViP. (MRK-AFL0015454). When the cardiac events for those three studies are combined, the result **is RR = 2.34, P = 0.0008, 95% CI 1.39, 4.07.** Thus, the data combined in the way that Merck intended confirm a highly statistically significant excess risk of cardiac thrombotic events, including MI.

   **G.     Trials Testing Rofecoxib's Effects on Alzheimer's Disease**

   132.   *Project description.* Merck conducted three studies of populations of approximately 1,450 patients on Vioxx, and a similar number on placebo, with

possible or probable Alzheimer's disease (AD), Protocols 091, 078 and 126, described below:

        a.      Protocol 091 was a placebo-controlled study to evaluate the efficacy and safety of Vioxx 25 mg to slow the progression of symptoms of AD.  Patients were required to be over 50 years of age and were randomized to Vioxx or placebo for 12 months, followed by an additional three months treatment phase in which 90% of the patients initially assigned to Vioxx were treated with placebo while the other patients remained on their initial treatment.

        b.      Protocol 078 was a placebo-controlled study to evaluate the effects of Vioxx 25 mg on the prevention of AD and cognitive decline in patients at least 65 years of age with mild cognitive impairment.  Eligible patients were randomized to receive Vioxx 25 mg or placebo for two years or until 220 cases of clinically diagnosed probable or possible AD were observed, whichever came later.

        c.      Study 126 was similar in size and design to study 091.

     133.    *Major Trial Outcomes*.  In a recent article, the Merck-sponsored authors reported that there was a statistically significant increase in diagnosis of AD in the Vioxx-exposed population versus placebo, supporting the conclusion that Vioxx promoted rather than prevented progression of AD.  See Thal, "A Randomized, Double-Blind Study of Rofecoxib in Patients with Mild Cognitive Impairment," Neuropsychopharmacology, 2005; online edition, 1-12.  The results that I have summarized showing that Vioxx causes vascular "damage," including increased MI and stroke, suggest that the more rapid progression of AD in Vioxx patients could be caused by analogous vascular damage to cerebral blood vessels.  Other significant data from the AD trials include the following observations with respect to cardiovascular toxicity and mortality:

a.      For the end point of CHD (MI plus Sudden Cardiac Death) there was a statistically significant increased risk for Vioxx versus placebo, **RR=2.04, p<0.025, 95% CI 1.16, 3.59**.  (Report of Richard A. Kronmal, April 8, 2005, page 18, Table 2.)  MI alone represented a smaller data set which was consistent in the direction of elevated RR **(1.63)**, but not a large enough sample size to reach statistical significance in itself.  (Id.)

b.      For CHD mortality, there was a statistically significant increased risk for Vioxx versus placebo, **RR=4.33, p<0.005, 95% CI 1.161, 11.68**.  (Id.)

c.      For all cause mortality, there was a statistically significant increased risk for Vioxx versus placebo, **RR=2.42, p<0.001, 95% CI 1.55, 3.77**.  (Id.)

134.    I have reviewed the report of George Howard, which responded to Dr. Kronmal's April 8, 2005 report.  Dr. Howard does not suggest any errors in the counts or calculations of events made by Dr. Kronmal from Merck's own database of the AD trials.  This supports the reliability of Dr. Kronmal's analysis.  Of note, the actual event counts in the Merck database for MI and sudden cardiac death were greater than those presented to the FDA in 2005.  (Id.)

135.    The Vioxx arm had substantially greater incidence of hypertension, edema and congestive heart failure-related adverse events, as follows:

- HTN-related:  65 (8.7%) versus 19 (2.6%).

- Edema-related:  21 (2.9%) versus 6 (0.8%).

- CHF-related:  16 (2.2%) versus 6 (0.8%).

(See Medical Officer Review for review period ending November 28, 2001, Table 24.)

136.    It is noteworthy that there were 22 patients for whom insufficient records were available for adjudication, and that of those, 18 were receiving Vioxx and four were receiving placebo.  Based upon the confirmation rates I have observed in other Vioxx studies, approximately 60% of the investigator-reported events were likely to have

been confirmed if sufficient data had been available, which would have resulted in approximately an additional 12 Vioxx events versus two to three placebo events. These would have further increased the calculated relative risks of Vioxx.

137.    In summary, the AD studies are consistent with the data referenced above, showing increased risk of cardiovascular toxicity for Vioxx versus placebo.

## VI.    RCTs SHOW EXCESS RISK OF HYPERTENSION AND EDEMA CAUSED BY VIOXX

### A.    Excess Hypertension and Edema Were Demonstrated in the Vioxx Trials Before and After Marketing Compared to Placebo and Other NSAIDs

138.    *Protocol 054: The ACE Inhibitor Study.*  From July 1997 to February 1998, Merck conducted Protocol 054, a study of patients with mild to moderate hypertension controlled by the antihypertensive drug benazepril (10 to 40 mg/day), an ACE inhibitor. Patients were randomized to Vioxx 25 mg, 75 mg sustained release indomethacin, or placebo, taken with benazepril for three sequential four-week treatment periods. End points were monitored on the last day (Day 28) of each four-week treatment period. Despite patients' use of an ACE inhibitor, Vioxx 25 mg raised 24-hour mean systolic blood pressure by 4.5 mm Hg over placebo (90% CI, 2.2, 6.8), substantially more than did the nonselective NSAID indomethacin, which increased 24-hour mean systolic blood pressure 2.0 mm Hg over placebo (90% CI, -0.3, 4.4). Vioxx increased mean diastolic blood pressure 1.9 mm Hg over placebo (90% CI, 0.3, 3.6 mm Hg), compared to 1.1 mm Hg for indomethacin (90% CI, -0.5, 2.8). (MRK-OS420014787-88)

139.    Blood pressure changes of the shown for the Vioxx population in Protocol 054 are clinically significant and contribute to excess risk of heart attack, stroke and CHF. Merck incorrectly selected a *diastolic* blood pressure increase of 5 mm Hg as the predefined "clinically meaningful" effect, when in fact increases in *systolic* blood

pressure have been demonstrated to be more important indicators of cardiovascular risk. The systolic blood pressure increases in this study clearly result in substantial excess risk.

140.  *The Six-Week Osteoarthritis Trials.*  On November 23, 1998, Merck filed its initial New Drug Application (NDA) for Vioxx for treatment of osteoarthritis.  Protocol 010 was Merck's first osteoarthritis study of Vioxx, a six-week dose-ranging pilot study undertaken from July 1995 to February 1996.  In this study, **13.9 percent (10/72)** of patients on Vioxx 25 mg had systolic blood pressure increases of over 20 mm Hg and absolute levels over 140 mm Hg, thereby exceeding predefined limits of change.  The rate of such adverse events was twice as high for Vioxx subjects as for placebo.  (MRK-ABS0016466).  For subjects who received the 125 mg dose, a remarkable 32.9% (24/73) exceeded the predefined limits.  (*Id.*)  While the 125 mg dose was never marketed, these results are relevant because they show a clear *dose-response relationship*, one of the hallmarks of cause and effect between exposure and disease.

141.  The incidence of reported hypertension-related events was substantially greater in extended pre-marketing RCTs.  For example, in Protocol 029-30/40, BP was measured among 211 subjects given 3 different dosages of Vioxx, or diclofenac 150 mg.  Hypertension-related events were reported for 14.9%, 14.5%, 22.2%, and 8.3% of patients on Vioxx 12.5 mg, Vioxx 25 mg, Vioxx 50 mg and diclofenac 150 mg, respectively.  (MRK-0ACD0111202.)  Substantial percentages of Vioxx patients required addition or increased dose of antihypertensive medication (12.8%, Vioxx 12.5 mg; 12.9%, Vioxx 25 mg; and 18.5%, Vioxx 50/25 mg), compared to a single diclofenac patient who required additional medication.  Only 2 Vioxx patients' increased blood pressure resolved while on study treatment (MRK-ACD0111202, Table 37), showing that patients suffered continuous effects of chronic hypertension while on Vioxx.

142.    Excess hypertension in the Vioxx population was reported in numerous pre-marketing RCTs, including the following:

a.    In Protocol 045, a six-month placebo-controlled trial, Vioxx subjects had 2 to 4 times as high a rate of hypertension-related events as those on placebo or ibuprofen.  The cumulative "life table" rates, based on the probability that the adverse event occurs by the 18-week time point, were 10.5% and 20.6% for Vioxx 25 mg and Vioxx 50 mg, respectively, compared to 3.9% for ibuprofen 2400 mg.  *Id.*  (MRK-ABS0057147, 150; Table 75).

b.    In the original Vioxx NDA, Merck pooled data from six months studies of placebo and comparator drugs.  Subjects on Vioxx had substantially higher incidence of hypertension adverse events than placebo, ibuprofen, or diclofenac.  (MRK-NJ0018456.)

c.    Merck reported that for the first six months of Protocol 034, **16.2%** (37/229) and **17%** (39/229) of patients on Vioxx 12.5 mg and Vioxx 25 mg, respectively exceeded predefined limits of change (*i.e.*, spiked more than 20 mm Hg and exceeded a total of 140 mm Hg), compared to 8.3% (19/229) of diclofenac patients.  These "spikes" in BP are important indicators of excess risk of serious thrombotic events.  (See § VA, above.)  A significantly higher percentage of patients on Vioxx 12.5 mg and Vioxx 25 mg exceeded these limits relative to diclofenac (p = 0.015 and p = 0.007, respectively).  (MRK-ABS0072950-1)

143.    Pre-market clinical trials also showed increased incidence of edema due to Vioxx, including the following:

a.    In the 6-week studies within the OA clinical dose range of 12.5 and 25 mg, the incidence of edema-type adverse experiences was significantly (p = 0.042) higher in the 25 mg, but not the 12.5 mg, MK-0966 [Vioxx] group compared with placebo."  (MRK-AB50067191.

144.   Pre-market clinical trials also showed increased incidence of edema due to Vioxx, including the following:

a.   "In the 6-week studies within the OA clinical dose range of 12.5 and 25 mg, the incidence of edema-type adverse experiences was significantly (p = 0.042) higher in the 25 mg, but not the 12.5 mg, MK-0966 [Vioxx] group compared with placebo."  (MRK-AB50067191.)

b.   Edema-related adverse experiences begin within days of starting Vioxx exposure.  Cumulative incidence for both 12.5 and 25 mg doses of Vioxx exceeded the incidence for diclofenac, and visual separation of the incidence curves occurred after about 10 days.

145.   After Vioxx was on the market, further studies continued to show significant excess hypertension and edema compared to naproxen or placebo, including VIGOR, the Supplemental RA studies, and APPROVe, as discussed in §§ VA-C, above.

146.   Perhaps the most striking evidence of the hypertensive effect of Vioxx is the Kaplan-Meier curve for onset of hypertension over time in the Vioxx arm of the Alzheimer's studies.  As set forth below, the data show that *over 30%* of the Vioxx population suffered hypertension, the curves separated immediately, and the incidence slope continued to rise as the study period ended:

Figure 2.  Kaplan Meier estimates (95% CI) of time to hypertension (On-drug population)



Kaplan-Meier Estimates (95% CI) of Time to Hypertension
On-Drug Population

| Number of Patients | | | | | | | |
|---|---|---|---|---|---|---|---|
| ----- Placebo | 1074 | 913 | 765 | 420 | 342 | 249 | 207 |
| —— Rofecoxib 25 mg | 1069 | 822 | 612 | 329 | 236 | 160 | 120 |

Source: Figure 4, ISS, s030

Vioxx appears to be the most hypertensive drug ever marketed for patients with chronic disease, and its effects on blood pressure contributed to the excess MIs and strokes that it caused.  It is also plausible that the excess hypertension caused damage to cerebral blood vessels, which may have contributed to the significant increases in AD among the Vioxx patients in the studies.

B.      Head to Head RCTs of Vioxx v. Celebrex and Naproxen Demonstrate
        Excess Hypertension and Edema in the Vioxx Groups

        147.    Two closely similar 6-week randomized clinical trials were done in

patients over the age of 65 with osteoarthritis (OA) that compared the effects on

destabilized blood pressure and peripheral edema of rofecoxib (25mg/d) to celecoxib

(200 mg/d).  Destabilized blood pressure was defined as a rise during the trial of systolic

blood pressure (SBP) of > 20 mm Hg and a SBP > 140 mm Hg, with the latter satisfying

the definition of hypertension.  The results of these two trials were pooled to obtain

summary values for these adverse events.  See Becker, et al. Clinical Therapeutics, 25

(2): 647-662, 2003.  The effects showed a significantly greater development in the

rofecoxib patients of the "edema–only" condition (p < 0.001); and of "destabilized blood

pressure" condition (p< 0.001.  Also, 3 times as many rofecoxib patients had both

adverse events, and the % of patients with any of the three conditions was 21.9 for

rofecoxib and 12.9 for celecoxib.  See Brinker at 654.

148.    The 24-hour test of blood pressure, taken by an automatic machine worn by the patient, is generally considered to be a very reliable method of judging the presence and severity of hypertension.  A published study of rofecoxib's (25 mg/d) effects on 24-hr blood pressures (BPs), based on this method, appeared in 2005 and contrasted the results with that of celecoxib (200 mg/d) and naproxen (500 mg/twice daily).  See Sowers, et al., Arch Intern Med, 165: 161-168, 2005.  The patients were between about 62 to 64 yrs of age, all with osteoarthritis and all with hypertension that was reasonably well-controlled on antihypertensive medications.  Although the baseline 24-hr BPs were closely similar, 6 weeks later the 24 hr BPs showed that only the rofecoxib group's BPs rose, and to a significant degree ($p = 0.005$ for rofecoxib vs celecoxib and $p = 0.005$ for rofecoxib vs naproxen.  See Sowers at 163.  Figure 3 of Sowers demonstrates graphically that rofecoxib was the only medication of the three that increased SBP both night and day throughout the 24 hrs.  See Sowers at 166.  This figure is reproduced below:



Figure 3. Hourly means of ambulatory systolic blood pressures (SBPs) over 24 hours at baseline and week 6 for celecoxib, rofecoxib, and naproxen. MN indicates midnight. Ambulatory BP monitoring was initiated at approximately 9 AM ± 2 hours. The morning dose of study medication was administered within 5 minutes of initiating the ambulatory BP monitoring session. A consistent increase from baseline in ambulatory systolic pressure was observed only in the rofecoxib treatment group.

149.    It is generally accepted, and Sowers, et al., state, "Small increases in both clinic and ambulatory SBP in patients with hypertension and type 2 diabetes are associated with substantial increases in the risk of cardiovascular morbidity."  Sowers at 166.  The Sowers study showed significant mean elevations of about 5 mmHg in the Vioxx group.  It is medically probable that the demonstrated hypertensive effects of

- 66 -

Vioxx contribute to the excess risks of MI, stroke and CHF found in the Vioxx RCTs, and among patients who used the drug.

150.    Whelton, one of the co-authors of the Sowers article referenced above, had previously published data showing similar excess hypertension in Vioxx versus Celebrex.  See, e.g., Whelton, Am. J. of Ther., 8:85-95, 2001, in which hypertensive-medicated OA patients 65 years or older had a statistically significantly greater risk of increased systolic blood pressure on Vioxx compared to Celebrex (17% v. 11%, p = 0.032), and also had almost double the rate of edema (9.5% v. 4.9%, p = 0.014). In 2001, Merck itself had conducted a head-to-head trial of Vioxx versus Celebrex and placebo, known as Protocol 112, which supported Whelton's conclusion that Vioxx was associated with a greater degree of hypertension.  Protocol 112 was a 6-week controlled study of 1,521 patients in four treatment groups, Vioxx 12.5 mg, Vioxx 25 mg, Celebrex 200 mg., and placebo.  (MRK-AIN0001240).  The Merck Statistical Report showing analyses as of January 9, 2001, indicates that approximately 10% of the subjects in each of the Vioxx 12.5 mg. and 25 mg. arms of the study had increased systolic blood pressure greater than 20 mm and absolute value of over 140 mm, exceeding the pre-defined limits of change, compared to 5.3% in the Celebrex arm and 4.8% in placebo.  The increased hypertension on Vioxx 25 mg. versus Celebrex 200 mg. was highly statistically significant, p = 0.004, and also statistically significant versus placebo (p = 0.046). (MRK-AIN0001608-609).  Id.  However, Merck did not publish the data from Protocol 112.

## VII.    SUMMARY OF ROFECOXIB'S EFFECTS IN ALL RANDOMIZED CLINICAL TRIALS (RCTs)

### A.    Summary of Randomized Clinical Trial Results.

151.    Since the pre-marketing studies, Vioxx has demonstrated a clear danger to the cardiovascular system, which has been confirmed by repeated clinical trials. Before marketing, Vioxx displayed statistically significant increases in hypertension,

edema and chest pain compared to placebo. Vioxx also demonstrated worse hypertensive effects than diclofenac and ibuprofen, to which it was compared during the pre-market phase. Hypertension appeared even in studies of two weeks' duration or less, and the cumulative incidence of hypertension exceeded 20% of the population in the extensions of short-term, pre-market studies. The evidence of prothrombotic imbalance between thromboxane and prostacycline was also demonstrated in a pre-marketing, randomized trial, Protocol 023, which involved two-week exposures.

152.    The results of the VIGOR study in March 2000 showed that Vioxx was responsible for a five times greater risk of MI, and a statistically significant increased relative risk of 2.37 for the combination of endpoints identified by Merck as "thrombotic." VIGOR was more than a "signal"; it was a confirmation of serious cardiotoxicity. Consistent increased cardiovascular risk was found in the supplemental RA studies. When data from those studies were combined with the VIGOR results, as Merck intended, the statistically significant increased risk of MI was confirmed **(RR = 4.39)**, and a statistically significant increased risk of CHF was also demonstrated. **(RR = 2.27)**. The risk of stroke and TIA was more than doubled **(RR = 2.10)**, and the result achieved borderline statistical significance (p < 0.057).

153.    The ADVANTAGE study further confirmed the excess risk of serious cardiac events, the category for which the evidence has been strongest, and the MI + sudden cardiac death for Vioxx outnumbered naproxen by 8 to 1. These results were obtained despite the brief, 12-week duration of the study, using the standard therapeutic dose of 25 mg. of Vioxx.

154.    The APPROVe study, commenced in 2001 and terminated prematurely on September 30, 2004, provides clear and convincing evidence of the damage of Vioxx to the cardiovascular system, including increased risk of cardiac events **(RR = 2.80)** and cerebrovascular events **(RR = 2.32)**. Relative risks for the patients at

highest background risk were particularly high, **9.59** for patients with pre-existing symptomatic atherosclerotic cardiovascular disease, and **6.10** for diabetics.  APPROVe confirmed that the risk of Vioxx begins when the patient starts taking the drug, and this is particularly clear for the high-risk patients, where the confirmed event rate was statistically significant in both the 0-18 months and 19-36 months periods of the study, and visual separation of the incidence curves began immediately.  Strong increased risk of CHF-related events also appeared early and was significant **(RR = 4.61; 95% CI, 1.50, 18.83)**.  Patients on Vioxx were significantly more likely to experience hypertension, and those with spikes in hypertension were almost four times more likely to suffer thrombotic events.  Relative risks would have been even higher than those reported if not for the disproportionate early drop-out of Vioxx patients who suffered precursor events such as hypertension and edema.

155.     The VICTOR study showed a statistically significant increased risk of confirmed events, and **RR = 4.0** for the subcategory of cardiac events.  The ViP study showed a slight increase in cardiovascular events **(RR = 1.25)**, and when combined with APPROVe and VICTOR as Merck intended in Protocol 203, there was a highly statistically significant increased risk of cardiac events **(RR = 2.34)**.

156.     Finally, the Alzheimer's trials showed statistically significant increased risk for the endpoint of MI + sudden cardiac death **(RR = 2.04)**, and for mortality arising from such events **(RR = 4.33)**.  The Alzheimer's trials also showed a continually rising incidence of hypertension in the Vioxx arm, with cumulative incidence exceeding 30% by the time the studies were terminated.

157.     These consistent results strongly demonstrate that Vioxx is cardiotoxic and has caused an excess of heart attack, stroke, CHF, and hypertension.

## VIII.   EVIDENCE FOR ROFECOXIB'S HARM DERIVED FROM OBSERVATIONAL EPIDEMIOLOGY

### A.   Introduction.

158.   Observational (also called "non-experimental") epidemiology studies contribute a large amount of the total literature on rofecoxib's harm. This group includes many case-control studies (which are done by a process of matching rofecoxib-exposed patients with controls matched for age and gender, and, when possible, matched also for risk factors such as hypertension). There are also adverse event reports (AERs) emanating from the FDA, from the World Health Organization's data, largely from Europe and one from the UK. AERs report occurrence rate comparisons, without matching, by referral to events reported and relating them to either (1) prescription data as a surrogate for patient-years of exposure, or (2) expected proportions of events. Both types of study will be categorized by their impact on the disease outcomes of interest: serious heart disease; cerebrovascular disease, that is, fatal and non-fatal stroke and transient ischemic attacks (TIA's); hypertension; congestive heart failure, pulmonary edema and peripheral edema. All these reports amplify, complement and verify the conclusions reached from the experimental epidemiology studies described above, and contribute to the consistency principle of epidemiology described under paras 9 and 12, above.

### B.   Serious Heart Disease.

159.   *Adverse Event Reporting System of the United States Food and Drug Administration (US-FDA)* The FDA's quarterly Data Extract provided the number of adverse events (AEs) from 1/1999 through 9/2004 for the two major competitors and major sellers in the COX-2 pharmaceutical field, Celebrex (celecoxib) and Vioxx (rofecoxib).  Relative Reporting Rates (RRRs) were derived from the AE data, as the numerator, and from the "IMS Health NPA Plus Monthly Rx Audit" for the number of prescriptions as the denominator. RRR data were derived for four time periods, 1/1999--

3/2000, 4/2000--12/2000; 1/2001--12/2001; and 1/2002—9/2004.  From close to 9 through almost 80 million prescriptions for each of these drugs were filled during each of these 4 periods, with the largest sales occurring in the third period: over 76 million for Celebrex and over 67 million for Vioxx.  Serious heart disease in this calculation was restricted to those terms defined as "myocardial infarction (MI)", which included fatal and non-fatal myocardial infarction, and sudden cardiac death. RRRs for MI for Vioxx versus Celebrex were high in each period

| I.   | 1/1999 – 3/2000:   | RRR = 8.84 |
| II.  | 4/2000 – 12/2000:  | RRR = 4.72 |
| III. | 1/2001 – 12/2001:  | RRR = 12.11 |
| IV.  | 1/2002 – 9/2004:   | RRR = 20.46 |
|      | Overall:           | RRR = 11.29 (p <0.001 for all periods)[9] |

The RRR for all periods combined was 11.29, indicating over than an eleven-fold greater relative reporting rate of MI for Vioxx than for Celebrex.  A high degree of statistical significance for Vioxx being more dangerous than Celebrex was present in each period (p <0.0001), and for the 4 periods combined (p <0.0001).  The consistently elevated relative reporting rate therefore acts to supplement the information obtained from the randomized clinical trials described above: RR of 2.80 for serious heart disease for rofecoxib vs naproxen in APPROVe: RR of 5.00 for MI comparing Vioxx to placebo in VIGOR; an RR of 4.00 for serious heart disease  (MI, Sudden Death and/or Unstable Angina) for Vioxx vs placebo in the VICTOR trial; an RR of 3.33 for serious heart disease for Vioxx compared to naproxen in the ADVANTAGE trial; and an RR of 2.04 for MI and sudden

_____

[9] The most reliable RRR is for the first reporting period, before any adverse publicity about Vioxx could have affected the result.  This RRR of 8.84 is consistent with and supportive of excess risk of Vioxx.

cardiac death for Vioxx compared to placebo in the Alzheimer trials.  Therefore, the principle of consistency valued as evidence for causality by epidemiologists is amply demonstrated by the adverse event data, which clearly supplements the RCT data.

160.    *Case-Control Studies*.  The case-control study with the largest database is that described by Graham and co-authors (Graham et al Lancet, 2005; 365:475-481).  These publications reported on the occurrence of acute myocardial infarction (AMI), both fatal and non-fatal, and sudden death (SD).  The latter represented deaths assumed to be the consequence of heart attacks, both outside the hospital and during hospitalizations.  The data were obtained from a retrospective analysis of about 12 months of data derived from approximately 6 million Californians enrolled in the Kaiser Permanente Health Plan.  This produced the extraordinary number of 2,302,029 person-years of exposure to NSAIDs, including rofecoxib, celebrex and others.  See Graham at 477). The analysis revealed a significantly greater degree of harm from all doses of rofecoxib versus celecoxib (odds ratio = 1.59, p < 0.015).  For rofecoxib doses > 25 mg/d, the odds ratio versus celecoxib was 3.58 (p < 0.0.16).  For rofecoxib doses of 25 mg or less the odds ratio versus celebrex was 1.47 and of borderline significance (p = 0.054).  See Graham at 475. The Merck claim (from the VIGOR trial) that the five fold greater risk for MI for rofecoxib vs naproxen was due to a protective effect of naproxen was contradicted by Graham and co-authors since they found a slight increase of heart disease risk with naproxen vs the group with previous exposure to NSAIDS (odds ratio = 1.14, p = 0.05).  See Graham at 475.

161.    A second case-control study was done on a large database derived from a cohort of an elderly population (mean age of about 80) who were enrolled in a pharmacy benefit program.  See Solomon et al. Circulation 109: 2068-2073.  The records were examined for hospitalizations for acute myocardial infarction (AMI) for patients taking rofecoxib, celecoxib, non-selective NSAIDS or non-users of NSAIDS.  They

found a significantly higher AMI rate for two dosage levels of rofecoxib (25 mg/d or less, and > 25 mg/d) vs celicoxib at two doses (200 mg/d or less, and > 200mg).  Adjusted relative risks (expressed as odds ratios) were as follows: rofecoxib 25 mg/d or less, vs celecoxib 200 mg or less (odds ratio = 1.21, p < 0.036): rofecoxib at the higher dose vs celecoxib at its higher dose of > 200 mg/d, odds ratio = 1.70, p < 0.026.  Rofecoxib at all doses vs no NSAIDS was also higher, but of borderline significance—odds ratio = 1.14, p < 0.054.  Celecoxib was not associated with higher risk as compared to the two groups of non-selective NSAID use and non-users of NSAIDS.  See Solomon at 2068.  A further finding of relevance to the duration of use needed to cause harm was that the rofecoxib vs celecoxib comparison showed significance for both the 1 to 30 day period (odds ratio 1.40, p = 0.05) and the 31 to 90 day period (odds ratio 1.38, p < 0.003).  The authors state, "The findings of our study suggest that the first 30 days of use may include a period of elevated risk."  Id., at 2072.  The period later than 90 days was not significantly different for rofecoxib vs celecoxib.

162.    Ray and co-workers did a case-control study of users of selective and non-selective NSAIDs in those enrolled in Tennessee's Medicaid program.  See Ray et al. Lancet, 360: 1071-1073, 2002. Rofecoxib at doses > 25 mg/d was found to increase the reported number of cases of hospital admission for acute myocardial infarction or death from coronary heart disease when compared to non-users of NSAIDs.  This increase was present for this dose either in comparing comparatively long-term rofecoxib users (risk ratio 1.7, p = 0.058) or those newly started on rofecoxib (risk ratio 1.93, p = 0.024).  No other comparisons were significant, including the use of naproxen vs non-NSAID use or other NSAID use.  A related study found no protective effect of naproxen. See Ray, et al., Lancet 2002; 359:118-23.

163.    A recent case-control study on the topic of serious heart disease and use of rofecoxib, celecoxib and certain non-selective NSAIDS was done using health

insurance records of elderly residents of the province of Quebec.  See Levesque, et al.
Annals of Int Med, 142:481-489 (2005).  They reported a significant increase in
myocardial infarction (MI) for current users of rofecoxib vs non-users of NSAIDs.  They
analyzed the data by use of regression techniques to yield a "rate ratio" which they
termed an RR.  The values were: rofecoxib vs non-users of NSAIDs, RR =  1.24 (95% CI
1.05-1.46).  Celecoxib, meloxicam (a non-selective NSAID), naproxen and "other
NSAIDs" did not differ significantly from the non-NSAID users.  This finding
contradicts a claim of cardioprotection by naproxen, while at the same time supporting
the view that Vioxx caused more damage than other NSAIDs.  See Levesque at 481 . The
relatively high prevalence of use of celecoxib and rofexcoxib allowed low and high doses
of each of these NSAIDs to be compared to non-users of NSAIDs, and rofecoxib caused
significantly more MI's for each dose.  The values were: low-dose rofecoxib (25 mg/d or
less), RR = 1.21 (CI 1.02-1.43); high dose rofecoxib (> 25 mg/d), RR 1.73 (CI 1.09-
2.76).  Neither the low dose (200 mg/d or less) nor the high dose (> 200mg/d) of
celecoxib were significantly different from the non-NSAID users.  See Levesque
at 484-85.

164.    Mamdani and co-workers reported a case-control study of patients
over the age of 66 who were enrolled in the province of Ontario's health care system.  In
brief, they found no difference in the "adjusted rate ratios" for celecoxib, rofecoxib and
naproxen of myocardial infarction hospitalizations compared to a control of non-NSAID
users.  See Mamdani, et al. Arch Int Med 163:481-486, 2003.  Of interest is that the
unadjusted rate ratio for rofecoxib (1.5) was significantly greater than that of the control
group (CI 1.1-1.9). The unadjusted rate for the non-selective NSAIDs was also 1.5 and it
too was significantly greater than that of the control group.  The ability to generalize
these results is limited, not only due to the known weaknesses of cohort studies, which
require many adjustments to attempt to bring the groups into closer alignment without

biasing the results, but also due to exclusions of data inherent in the study design.  For

example, the Mamdani study excluded all patients who died, which was not done in the

other studies, and could have biased the results.  Also, Mamdani excluded all patients

who used the drugs for less than 30 days, and this exclusion has been criticized because

of the potential for missing excess risk.  See Solomon, et al., Circulation 109:2068-2073

at 2072 (2004).

     **C.**     **Hypertension, Peripheral Edema and Congestive Heart Failure—**
           **Three Interrelated Complications**

     165.     In a retrospective analysis of patient records, Cho and co-workers

studied blood pressure changes in a group of older patients newly started on either

rofecoxib (57 patients, mean dose 25.2 mg/d) and celecoxib (52 patients, mean dose

219.2 mg/d).  See Cho, et al. Am J of Therapeutics, 10 (5): 311-317, 2003.  Despite the

rather small size of the groups, Cho and co-workers found a significant rise in blood

pressure in the rofecoxib group, as compared to the celecoxib group.  An even larger

increase was noted in those patients over the age of 65, which change was also

significant.  See Cho at 311.  Of note is that slightly over half of all the patients were

already hypertensive, and on blood pressure-lowering medications at the start of the

study.  See Cho at 313.

     166.     Nietert and colleagues reported a comparison of effects of newly

prescribed rofecoxib vs celecoxib in stable hypertensives over the age of 55, using a

retrospective, case-control design.  (See Nietert, et al. Pharmacotherapy 23 (11): 1416-

1423, 2003).  Data were obtained from electronic medical records of 31 ambulatory care

practices.  The records were examined for patients newly prescribed either of these COX-

2 inhibitor drugs.  The usual doses were: rofecoxib 25 mg/day, and celecoxib 200

mg/day, and the results were unchanged if the few patients taking different doses were

excluded from the analyses.  Blood pressures taken after the new drugs began were not

different, but the rofecoxib group had significantly more patients who required increases

in the doses of their blood pressure control medications (odds ratio = 1.68, 95% CI 1.09-2.60). Additionally those started on rofecoxib required the increased doses of blood pressure control medications to begin sooner than those requiring such changes in the celecoxib group (p < 0.05). (See Nietert at 1416).

167.    In contrast to the two previously described studies, Solomon and co-workers wished to find if hypertension was induced in normotensive individuals (mean age, about 80 for each group) when started on either the two most commonly used COX-2 drugs (celecoxib and rofecoxib), when compared to non-selective NSAIDS or non-NSAID users during the years of 1998-2000. See Solomon, et al. Hypertension, 44:140-145, 2004. In this retrospective case-control study, they found that rofecoxib did create significantly more new cases when compared to either celecoxib, non-specific NSAIDS or to non-NSAID users. See Solomon at 140.

168.    A fourth study was done using questionnaire responses of patients with either rheumatoid or osteoarthritis. See Wolfe et al. Jr Rheumatology, 31: 1143-1151, 2004. The goal was to determine prevalence of new hypertension, increased difficulty in blood pressure control or appearance of or worsening of edema, based on information provided to patients by their physicians as well as self-observation. Comparisons were made of those using rofecoxib, celecoxib or non-specific NSAIDS— with data restricted to self-report over the prior 6 months. All comparisons showed significant increases in all of the outcomes studied for rofecoxib over the other two treatment conditions, including greater than doubling of the risk of increased blood pressure and edema. Patients reporting increased edema also had a 4 times greater risk of developing CHF. See Wolfe at 1148.

169.    A fifth study used FDA files of spontaneous reports of hypertension leading to hospitalization in association with rofecoxib, celecoxib, and two non-selective NSAIDS. See Brinker et al., Drugs Aging, 21 (7): 479-484, 2004. The