IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    OCT 2 4 2006
LORETTA G. WHYTE
CLERK
```

ROGER GLEASON and          )
DIANE GLEASON,             )
                           )
        Plaintiff,         )
                           )          In Re:  MDL-1657
vs.                        )          Vioxx Products Liability Litigation
                           )
MERCK & CO., INC., and G. D. )        Case No. 2:05-cv-06128
SEARLE, LLC. (hereinafter  )
"Searle") a subsidiary of  )
PHARMACIA CORPORATION,     )
(hereinafter "Pharmacia"), a Foreign )
Corporation; MONSANTO      )
COMPANY,                   )
                           )
        Defendants.        )

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs Roger Gleason and Diane Gleason, by and through their attorneys Clancy Law

Offices, moves this Court for leave to file their Amended Complaint, *instanter,* adding as an

additional Defendant, G.D. Searle, LLC, and for summons to issue.

WHEREFORE, plaintiffs Roger Gleason and Diane Gleason respectfully requests that this

Court enter an order granting them leave to file their Amended Complaint.

Respectfully submitted,

Michael W. Clancy
Clancy Law Offices
7 S. Second Avenue
St. Charles, IL 60174
Tel: (630) 584-7666
Fax: (630) 584-1649