IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGER GLEASON and<br>DIANE GLEASON,<br><br>  Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., and G. D. SEARLE, LLC<br>(hereinafter "Searle") a subsidiary of<br>PHARMACIA CORPORATION,<br>(hereinafter "Pharmacia"), a Foreign<br>Corporation; MONSANTO COMPANY,<br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>No. 05-CV-06128 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs Roger Gleason and Diane Gleason seek leave of court to file an amended complaint in the above captioned action, a copy of which has already been filed with the court. By this amended complaint, plaintiffs seek to add a new party (G.D. Searle, LLC) and allegations against that party but leaves the allegations against the original defendants unchanged. Argument to amend are committed to the sound discretion of the court pursuant to Fed. R.Civ.P. 15(a). Fed.R.Civ.P. 15(a) directs the courts to grant leave to amend freely when justice so requires, and the courts have consistently applied this liberal standard. Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1912). It is well settled that such motions should be allowed absent undue prejudice to the non-moving party. Id.

For several reasons, Mr.Gleason should be granted leave to file his amended complaint in this case. Plaintiff's amended complaint was drafted promptly after his counsel learned that Mr. Gleason took both Vioxx and Celebrex in the months leading up to his stroke. Allowing the filing and service of the amended complaint will not visit unfair prejudice on any of the defendants because all will have ample opportunity to discover the facts and to defend this action. Conversely, it would be unfair to plaintiffs not to permit all of the plaintiffs claims to be adjudicated in the same

lawsuit. Forcing plaintiffs to file separate complaints in different venues against the manufacturers of Vioxx and Celebrex would compel plaintiffs to run the risk that different finders of fact will consider the same facts but come to conflicting and potentially unfair results. If separate lawsuits were required, it would be possible for a jury in the Vioxx case to determine that Mr. Gleason's ingestion of Celebrex caused his stroke, while a different Celebrex jury might decide that Vioxx was more than likely responsible. It goes without saying that such a result runs contrary to the fundamental goals of our civil justice system.

## CONCLUSION

Wherefore, plaintiffs respectfully request this Court grant their motion for leave to file their amended complaint in 7 days.

_____
Attorney for Plaintiff

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, Illinois 60174
Phone: (630) 584-7666

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGER GLEASON and <br> DIANE GLEASON, <br> <br> Plaintiff, <br> <br> vs. <br> <br> MERCK & CO., INC., and G. D. <br> SEARLE, LLC. (hereinafter <br> "Searle") a subsidiary of <br> PHARMACIA CORPORATION, <br> (hereinafter "Pharmacia"), a Foreign <br> Corporation; MONSANTO <br> COMPANY, <br> <br> Defendants. | In Re: MDL-1657 <br> Vioxx Products Liability Litigation <br> <br> Case No. 2:05-cv-06128 |

## LOCAL RULE 7.6E CERTIFICATE

I hereby certify that I attempted to obtain consent for the filing and granting of this Motion for Leave to File Amended Complaint prior to filing the motion by contacting the following counsel for various defendants:

Charles W. Cohen
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Sara J. Gourley
Sherry A. Knutson
Elizabeth C. Curtin
Sidley Austin Brown & Wood LLP
10 S. Dearborn St.
Chicago, IL 60603

Dimitrios Mavroudis
Dechert LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808

Wilfred P. Coronato
Hughes Hubbard & Reed LLP
101 Hudson St., Ste. 3601
Jersey City, NJ 07302-3918

Susan J. Giamportone
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101

Brian A. Sher
Dmitry Shifrin
Bryan Cave LLC
161 N. Clark St., Suite 4800
Chicago, IL 60601

Peter J. Turcotte
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Catherine Williams
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

I am informed that defendant Merck opposes the motion and has refused to consent.

Respectfully submitted,

*Michael W. Clancy*
Michael W. Clancy
Clancy Law Offices
7 S. Second Avenue
St. Charles, IL 60174
Tel: (630) 584-7666
Fax: (630) 584-1649