IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGER GLEASON and<br>DIANE GLEASON,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., and G. D.<br>SEARLE, LLC. (hereinafter<br>"Searle") a subsidiary of<br>PHARMACIA CORPORATION,<br>(hereinafter "Pharmacia"), a Foreign<br>Corporation; MONSANTO<br>COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) NO. 05-CV-06128<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that on the 8th day of **November, 2006** at **9:00a.m.** or as soon thereafter as counsel may be heard, I shall appear before Judge Fallon in the United States District Court for the Eastern District of Louisiana at which time and place you may appear if you so desire, and then and there present plaintiff's **Motion for Leave to File Amended Complaint.**

_____
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2006 a copy of this Notice and Motion were sent to each person to whom they are directed, as listed above, by depositing them in a U.S. Mailbox at St. Charles, Illinois, on this date with the proper postage prepaid.

_____

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, Illinois 60174
Phone: (630) 584-7666