U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    OCT 24 2006

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA

BRENDA JONES, §
§
    Plaintiff, §
§
v. §    CIVIL ACTION NO. 06-1537L
§
MERCK & COMPANY, INC. §
Defendant. §

## MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    Plaintiff Brenda Jones, by and through her attorney of record, files this Motion for Substitution of Counsel and would respectfully show the Court as follows:

    Brenda Jones, with agreement of present counsel, desires to retain E. Todd Tracy of TRACY & CARBOY to represent her in the above-referenced matter in place and instead of Adolfo R. Rodriguez, Jr. of THE RODRIGUEZ LAW FIRM P.C. E. Todd Tracy has agreed to assume representation in this matter. The substitution is not requested solely for delay.

    WHEREFORE, PREMISES CONSIDERED, Brenda Jones respectfully moves the court to enter an order substituting E. Todd Tracy of TRACY & CARBOY as counsel of record in this cause and to relieve Adolfo R. Rodriguez, Jr. of THE RODRIGUEZ LAW FIRM P.C. of any obligations as counsel of record for Brenda Jones.

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep__
___ Doc. No___

Respectfully submitted,

_____
Adolfo R. Rodriguez, Jr.
State Bar No. 24007934
Basheer Y. Ghorayeb
State Bar. No. 24027392
**THE RODRIGUEZ LAW FIRM, P.C.**
1700 Pacific Avenue, Suite 2340
Dallas, Texas 75201
Telephone: (214) 220-2929
Facsimile: (214) 220-2920

**ATTORNEYS FOR PLAINTIFF
BRENDA JONES**

AGREED:

_____
E. Todd Tracy
State Bar No. 20178650
**TRACY & CARBOY**
5473 Blair Road, Suite 200
Dallas TX 75231
Telephone: (214) 324-9000
Facsimile: (972) 387-2205

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served as indicated on all counsel of record on this the 21 day of September, 2006.

Adolfo R. Rodriguez, Jr.

*Sent via CMRRR 70060100000110229850:*
Jonathan B. Skidmore
H. Douglas Wabner
Richard S. Krumholz
Joe W. Tomaselli, Jr.
**FULBRIGHT & JAWORSKI LLP**
2200 Ross Ave., Suite 2800
Dallas, TX 75201