

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 27  PM 12: 11

LORETTA G. WHYTE
CLERK

Sep 20 2006
2:00PM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

JACKIE ROBERTS, Individually and on behalf of the Estate of JOHNNIE MURPHY ROBERTS
    Plaintiffs

V.

JUAN MARCOS GARCIA, M.D., ET AL.
    Defendants

CIVIL ACTION NO. 05-6358-EEF-DEK

## ORDER ON STIPULATION OF DISMISSAL

BE IT REMEMBERED that on the 26th day of October, 2006, came to be considered the STIPULATION OF DISMISSAL BY ALL PARTIES, and the Court finds that it is by agreement of all parties and will therefore be granted.

IT IS THEREFOR ORDERED that Plaintiff JACKIE ROBERTS, Individually and on behalf of the Estate of JOHNNIE MURPHY ROBERTS' causes of action against Defendants MERCK & CO., INC., JUAN MARCOS GARCIA, M.D., and RICARDO MENDEZ, P.A., are dismissed without prejudice, cost taxed to the party incurring same. *If the Plaintiffs desire to refile their claims, they must do so in federal court. The Plaintiffs shall make the necessary changes to Lexis Nexis File & Serve in accordance with Pre-Trial order 8B.*

SIGNED this 26th day of October, 2006 at New Orleans, Louisiana.

_____
JUDGE PRESIDING

Copies to:

David Hockema, HOCKEMA, TIPPIT & ESCOBEDO, L.L.P., 1 Paseo del Prado, Bldg 101, Edinburg, Texas 78504-0540
Sandy Hall, Attorney at Law, P. O. Box 275, Port Isabel, TX 78578
Jay H. Henderson, CRUSE, SCOTT, HENDERSON & ALLEN, 2777 Allen Pkwy, 7th Floor, Houston, TX 77019
Thomas A. Countryman, FULBRIGHT & JAWORSKI, L.L.P., 1301 McKinney, Suite 5100, Houston, TX 77010-5151
Roger W. Hughes/Ferriel C. Hamby, Jr., ADAMS & GRAHAM, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____