UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Patricia A. Sanders v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-cv-06198) | Judge Fallon |
| | Mag. Judge Knowles |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff PATRICIA A. SANDERS, and files this Notice of Dismissal Without Prejudice against defendant Homer G. Phillips Resident Association in this action pursuant to Rule 41(a), Federal Rules of Civil Procedure. The complaint shall remain in full force and effect on behalf of the plaintiff against all remaining defendants.

## FACTUAL AND PROCEDURAL HISTORY

1. Plaintiff's Original Petition was filed on August 24, 2005, in the Missouri Circuit Court, Twenty Second Judicial Circuit (St. Louis) by Robert D. Rowland of Goldenberg, Miller, Heller and Antognoli, L.L.P. and Grant Kaiser of The Kaiser Firm, L.L.P.

2. Defendant Merck & Co., Inc. removed the case to the Eastern District of Missouri, Eastern Division on October 19, 2005.

3. The Judicial Panel on Multidistrict Litigation transferred the case to this Court on January 4, 2006.



1

4. Defendant Homer G. Phillips Resident Association was served on or about August 30, 2005.

5. Defendant Homer G. Phillips Resident Association has not filed an answer as of the date of this Notice.

### RELIEF REQUESTED

6. Plaintiffs respectfully ask this Court to dismiss without prejudice Homer G. Phillips Resident Association as defendant in this matter.

7. This request is not intended to cause delay or prejudice.

8. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party status as soon as the Order is entered.

WHEREFORE PREMISES CONSIDERED, Plaintiff PATRICIA A. SANDERS, respectfully requests that her Notice of Dismissal Without Prejudice be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated:                              Respectfully submitted,

*Robert Rowland* /MJ

Robert D. Rowland
GOLDENBERG, HELLER, AND
  ANTOGNOLI, L.L.P.
701 Market Street
Suite 1375
St. Louis, MO 63101
Telephone: (314) 241-6566
Facsimile: (314) 241-6230

*[signature]*

Grant Kaiser (11078900)
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 223-0000
Facsimile: (713) 223-0440

Attorneys for Plaintiffs

IT IS SO ORDERED.

*[signature]*       October 30, 2006
Judge Eldon E. Fallon      Date