THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**WHITMEL DUGAS**  CIVIL ACTION NO.: 05-5782

**VERSUS**  JURY TRIAL DEMANDED

**MERCK & CO., INC.**  JUDGE_____

### MOTION AND ORDER TO ENROLL AS COUNSEL OF RECORD

ON MOTION OF **ELWOOD H. KEIM, JR.** and on suggesting to this Honorable Court that he has been retained as counsel for Whitmel Dugas, in the above captioned pleading, and that he desires to enroll as counsel of record herein and to have his name added to the record, as counsel of record for the Plaintiff, Whitmel Dugas.

**WHEREFORE**, Plaintiff, Whitmel Dugas, prays that Elwood H. Keim, Jr., be enrolled as counsel of Record in the above captioned matter, and that his name be added as the attorney of record in this matter.

Respectfully submitted,

**ELWOOD H. KEIM, JR.**
BAR ROLL NO.: 28636
13541 TIGER BEND ROAD
P.O. BOX 86360
BATON ROUGE, LA 70879
(225) 755-0707

### Certificate of Service

I hereby certify that a copy of the above and foregoing was this day mailed, postage pre-paid, addressed to the following: Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; Hughes, Hubbard, and Reed, LLP, 101 Hudson Street, Ste. 3601, Jersey City, New Jersey, 07302-9220. ; Baton Rouge, Louisiana, this 31st day of August, 2006.

ELWOOD H. KEIM, JR.