

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**WHITMEL DUGAS**  CIVIL ACTION NO.: 05-5782

**VERSUS**  JURY TRIAL DEMANDED

**MERCK & CO., INC.**  JUDGE_____

### ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **ELWOOD H. KEIM** be and is hereby enrolled as counsel of record in the above captioned matter and that the name of **ELWOOD H. KEIM, JR.** be added to the record of the Court as Attorney of Record for Whitmel Dugas in the above entitled and numbered proceeding.

New Orleans, ~~Baton Rouge~~, Louisiana, this 30th day of October, 2006.

_____
JUDGE, EASTERN DISTRICT

**PLEASE NOTIFY:**

Elwood H. Keim, Jr., 13541 Tiger Bend Road, Post Office Box 86360, Baton Rouge, LA, 70879;

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Hughes, Hubbard, and Reed, LLP, 101 Hudson Street, Ste. 3601, Jersey City, New Jersey, 07302-9220.

___Fee____
___Process___
_X_ Dktd___
___CtRmDep___
___Doc.No.___