Ira J. Gelb, M.D.

Page 210

1  performed in September of 2006?
2      A   No.
3      Q   Or the echocardiogram performed in September 2006?
4      A   No.
5      Q   Okay.  What is a normal ejection fraction for
6  somebody Mr. Dedrick's age?
7      A   It's usually above 55 percent.
8      Q   55 percent?
9      A   Yes.
10     Q   Now, does it naturally get lower over time in most
11 people?
12     A   Not necessarily.
13     Q   No?
14     A   No.
15     Q   Does it often get --
16     A   It may.  It may.
17     Q   Even without a heart attack?
18     A   We have to individualize.  If they have
19 cardiomyopathy, if they have hypertension, if they have
20 other things, you would expect it to be a little lower.
21 But a normal person without any insult to the left ventricle,
22 you would expect them to have a normal ejection fraction
23 unless they have valvulopathy.
24     Q   My question is a little bit different.
25 Because you can have a normal ejection fraction day one

Page 211

1  and normal ejection fraction day two, even though day two's
2  is lower than day one's, correct?
3      A   Yes.
4      Q   The real important thing is just to have a
5  normal ejection fraction back to back.  There's no optimal
6  ejection fraction, correct?
7      A   That's why you have a range.  Normal is 55 to
8  65 percent in most institutions.  So if you have a 65 one
9  day and six months later you have 55, you're still normal,
10 but it may have been reduced.
11     Q   But -- I'm sorry.  Go ahead.
12     A   But, you know, ejection fractions can vary
13 depending upon the technique used to determine the -- and
14 also whether it was eyeballed or actually evaluated by
15 measurements.
16     Q   Now, was it your standard practice when you were a
17 practicing cardiologist to eyeball EFs or to perform some
18 sort of quantitive analysis?
19     A   We usually eyeballed them.
20     Q   And that was sufficient to diagnose your patients?
21     A   Unless there was a question.
22     Q   So as long as -- for diagnostic purposes, as long
23 as someone has a normal ejection fraction -- let me back up.
24         For diagnostic purposes, treating purposes, if a
25 patient has a normal ejection fraction, that's enough?

Page 212

1      A   It depends what technique was used.  As you know,
2  the ejection fraction here on the angiogram was different
3  than the echo reported ejection fraction the day before.
4      Q   Okay.  But if you conclude, based on whatever test
5  you do, that this guy has a normal ejection fraction, then
6  you're satisfied he's okay on that score, correct?
7      A   Are we talking about Mr. Dedrick or in general?
8      Q   In general.
9      A   It depends what technique was used.  It depends
10 whose eyeball we were using.
11     Q   I'm asking you to assume that you really believe
12 the ejection fraction is normal.  Okay?
13     A   Yes.
14     Q   So if it's normal, the test was reliable, we know
15 it's normal --
16     A   Then I'd be satisfied.
17     Q   Okay.  And you talked about different kinds of
18 tests.  Is an angiogram a more reliable test than an
19 echocardiogram for estimating ejection fraction?
20     A   No.
21     Q   Okay.   How about, are echocardiograms
22 better than angiograms for estimating EF?
23     A   Yes.
24     Q   You think so?
25     A   But nuclear studies are probably considered more

Page 213

1  accurate than any of them, a gated scan.
2      Q   And Mr. Dedrick's nuclear study showed that his
3  ejection fraction today is 49 percent at rest -- no,
4  49 percent at stress and 52 percent at rest, correct?
5      A   That's what it said.  And so you can see that at
6  rest that it was higher than with exertion.
7      Q   What's margin of error for those numbers?
8      A   I don't know the technique used in Alabama, so I
9  don't know the margin of error there, but it could be a few
10 percent.
11     Q   So it's possible that 49 and 52 percent are
12 really the same thing?
13     A   Except you expect it to go up with exertion
14 rather than go down.
15     Q   Is it possible that the 49 percent and 52 percent
16 readings in both cases, the ejection fraction was, in fact,
17 the same?  It was just a measurement difference?
18     A   No, that's six percent difference.
19     Q   49 to 52?
20     A   There's three percent over 100.  It's
21 three percent that way, if you want to figure it that way,
22 three percent difference with exertion.
23     Q   My question, sir, is whether a 49 and 52 percent
24 reading is within the margin of error?
25     A   It's possible, except you would expect it to go

54  (Pages 210 to 213)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 214

1  up, rather than stay the same or go down.
2     Q   Okay. But it's possible -- it's possible he had
3  the same ejection fraction on both those tests, as far as
4  you know?
5     A   If he did, that's abnormal.
6     Q   Is it possible they were the same, though?
7     A   It's possible.
8     Q   Okay. When Mr. Dedrick was discharged from the
9  care of his cardiologist in 2003, he had normal left
10 ventricular function, correct?
11    A   No.
12       MR. OUWELEEN: Can I have Number 46?
13       THE WITNESS: Let me look at the last study before
14 I give you my answer.
15       MR. LOCKLAR: What do you want to see?
16       THE WITNESS: The last study, before he was
17 discharged. He didn't have a study. I don't have any
18 study for ejection fraction post bypass. I don't
19 recall seeing any.
20       (Exhibit No. 9 marked.)
21    Q   I didn't ask you about ejection fraction, though.
22    A   You said ventricular function.
23    Q   Right. So as far as we know, the last test before
24 he was discharged, Dr. Gelb, indicated that his ejection
25 fraction was 55 to 60 percent, correct?

Page 215

1     A   That was on the angiogram?
2     Q   Yes.
3     A   Well, I said more accurate would be the
4  echocardiogram, and that angiogram report preceded his
5  bypass surgery, sir, and was the day after the
6  echocardiogram, which was recorded here as 35 to 40, so I
7  can't say he had normal ventricular function when he was
8  discharged.
9     Q   Okay. Let's back up.
10    A   Please.
11    Q   Now exhibit -- Dr. Coltharp is the person who
12 performed the operation on Mr. Dedrick, correct?
13    A   Yes.
14    Q   And he's the guy, as far as you know, the only
15 person in the world who's ever held Mr. Dedrick's heart in
16 his hands?
17    A   Physically, yes.
18    Q   And Exhibit 9 is the discharge summary prepared by
19 Dr. Coltharp?
20    A   Yes. Is this the only discharge summary? Yeah.
21 Okay. This is --
22    Q   It says there under discharge diagnosis, number
23 2: "Triple-vessel coronary artery disease with normal left
24 ventricular function." Do you see that?
25    A   I do.

Page 216

1     Q   Do you disagree with Dr. Coltharp, that when he
2  was discharged, he had normal left ventricular function?
3     A   I do.
4     Q   And you read Dr. Coltharp's testimony on that
5  subject?
6     A   Yes.
7     Q   And you still disagree with Dr. Coltharp that
8  when he was discharged, Mr. Dedrick's left ventricular
9  function was abnormal, correct?
10    A   I'd like to look at it, please.
11    Q   At what?
12    A   His deposition.
13    Q   Just take my representation -- don't even
14 take my representation. If he testified about that,
15 you disagree, right?
16    A   Yes.
17    Q   Now you don't disagree -- so what do you think his
18 ejection fraction was when he was discharged?
19    A   There was no study done to find out his ejection
20 fraction before discharge, following bypass, so,
21 consequently, a man who had a reduced EF as in this report --
22    Q   Which report. I'm sorry?
23    A   Exhibit No. 9, that you just showed me, where he
24 referred to his EF as 35 to 40 percent.
25       So, consequently, if that's the report he's

Page 217

1  showing, and then he does a quadruple bypass, and then he
2  said he discharged him with normal left ventricular
3  function, I would dispute that, unless I could see some kind
4  of study done to indicate.
5     Q   So it's your testimony you don't know what his
6  ejection fraction was when he was discharged, correct?
7     A   Correct. And I can't see where the doctor had any
8  idea of a study that could demonstrate normal LD function.
9     Q   Well, the doctor had seen the results of the
10 angiogram, correct?
11    A   Yes.
12    Q   The angiogram had indicated 55 to 60 percent,
13 correct --
14    A   Yes.
15    Q   -- for the ejection fraction?
16    A   Yes.
17    Q   And you don't disagree that that's what the
18 cardiac angiogram shows, correct?
19    A   But if you look at Defendant's Exhibit --
20    Q   Correct?
21    A   I don't disagree that's what it showed, according
22 to him, but I'd like to finish --
23    Q   No. I'm sorry. My question was: You don't
24 disagree that that that the cardiac film shows?
25    A   That's what was read on the angiogram, and that's

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 218

1  what it showed on the angiogram, but I also said it's not as
2  accurate as the echocardiogram.
3      Q   I understand.  But within the limits of the
4  accuracy of the angiogram, it shows an ejection fraction of
5  55 to 60, correct?
6      A   Within the limits of the angiogram.
7      Q   Now what is the basis for your understanding that
8  echocardiogram gives more accurate ejection fraction than
9  cardiac catheterization?
10     A   Well, if you can measure -- you measure it more
11  easily, the left ventricular systolic and diastolic
12  capacity.  In other words, you can measure it better than
13  you can on an angiogram, because the dye makes it very
14  difficult to measure the exact amount of blood before and
15  after systole, and that's how you determine the ejection
16  fraction.  Whereas, there's no dye in here, you just
17  measure area in systole and diastole.
18        That's why it was wise to get the gated nuclear
19  study test that demonstrated that he was subnormal.
20     Q   The nuclear test didn't show that he had an
21  ejection fraction of 35, correct?
22     A   But it was abnormal, sir.
23     Q   Please answer my question.
24     A   No, it didn't show 35.
25     Q   Or 35 to 40?

Page 219

1      A   No.
2      Q   Are there any studies or articles that you have
3  that show that echocardiograms are superior methods to
4  angiograms for assessing ejection fraction?
5      A   It's just at meetings and from reviewing
6  literature.
7      Q   So, what literature?
8      A   Could I just finish, please?
9      Q   Sure.
10     A   Reading the literature.  I can't give you exact
11  literature, but I can also tell you that at conferences, we
12  talk about ventricular function.  It's more appropriate for
13  them to measure an echo if there's a question of nuclear
14  study than to rely on an angiogram for obtaining left
15  ventricular function.
16     Q   So your basis for disagreeing with Dr. Coltharp
17  that Mr. Dedrick, at the time of the discharge, had normal
18  left ventricular function, is that the echocardiogram before
19  his bypass operation indicated he had an ejection fraction
20  of 35 to 40 percent, correct?
21     A   The other reason is -- may I continue?
22     Q   No.  You should tell me whether that's the reason
23  first, and then if you want to tell me --
24     A   No, that's the reason, not the only reason.
25     Q   Is that one of the reasons?

Page 220

1      A   One of the reasons.
2      Q   What are others?
3      A   May I continue?
4      Q   What are those?
5      A   The others are -- the other reason is that he
6  never did a study post-op to determine the EF in this
7  gentleman who had a quadruple bypass before discharge.  And
8  at discharge, they even sent him home on Vioxx, but they
9  never did a study to quantitate the EF and compare it to the
10  pre-op evaluation.  So before I would say someone is normal,
11  and based on an angiogram, you'd want to do a study and find
12  out what it really is.
13     Q   So, are you saying it was abnormal, or are you just
14  saying that you couldn't conclude it was normal?
15     A   More likely than not it was abnormal.
16     Q   If you are discharging somebody with an ejection
17  fraction of 35 to 40 percent, should you put them on an ACE
18  inhibitor or beta blocker?
19     A   Usually.
20     Q   So did Dr. Coltharp make a mistake by not
21  prescribing those things when Mr. Dedrick left the hospital
22  or not doing any other test to make sure he should have
23  had those things?
24     A   It would have been better for him to do the other
25  test.

Page 221

1      Q   Did he make -- I'm sorry.  Go ahead.
2      A   You keep interrupting me.
3      Q   That was a complete sentence.  I thought you were
4  finished.  I apologize.  Go ahead.
5      A   It would have been better to do that other study.
6  In academic circles, it would have been done.  But I'm not going
7  to demean him in what he did.  But he did discharge him on
8  Cardizem and medication for his diabetes and a diuretic,
9  and also Vioxx was prescribed at that time.  And he
10  recommended followup in a month.
11     Q   Now did Mr. Dedrick follow up in a month?
12     A   I know he followed up, but I have to give you the
13  exact --
14     Q   You know, it's okay.  Forget it.  I withdraw the
15  question.
16        Okay.
17        MR. LOCKLAR:  He withdrew it.
18  BY MR. OUWELEEN:
19     Q   You do understand that Mr. Dedrick didn't see a
20  cardiologist at all from 2003 until 2006, correct?
21     A   Correct -- wait a second.  No.  He saw
22  Dr. McPherson.  He saw somebody, some cardiologist after
23  discharge.
24     Q   By March 2003 --
25     A   Yes.

56 (Pages 218 to 221)

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

## Ira J. Gelb, M.D.

Page 222

1    Q   -- he had a checkup?
2    A   Yeah, well --
3    Q   Okay.  Since 2003 --
4    A   That's the checkup I was referring to.
5    Q   Okay.  Since then --
6    A   I don't recall seeing a report from a
7  cardiologist.
8    Q   In your report on Page 3 -- no, 4, that's Exhibit
9  2, you say, "follow up studies" -- end of Paragraph 2,
10  "follow-up studies demonstrate that Mr. Dedrick had
11  additional anteriolateral wall damage."
12    A   I missed the page.
13    Q   Page 4, this is where we corrected the typo, the
14  last sentence of your expert report.
15    A   Okay. Read that again.
16    Q   Can you see the second paragraph on Page 4?  Are
17  you with me there?
18    A   Yes.
19    Q   The last sentence says, refers to "follow up
20  studies." Do you see that?
21       MR. LOCKLAR:  Here. (Indicating.)
22       THE WITNESS:  Oh, yes.
23  BY MR. OUWELEEN:
24    Q   What follow-up studies are you referring to?
25    A   He had an EKG.

Page 223

1    Q   When?
2    A   March 24, 2003.
3    Q   And any other follow-up studies that you're
4  referring to there?
5    A   No.
6    Q   Okay.  So the March 24, 2003, EKG demonstrated
7  that Mr. Dedrick has additional anterolateral wall damage?
8    A   There are changes consistent with the
9  anteriolateral changes.
10    Q   And you, from those changes, conclude that he had
11  anterolateral wall damage?
12    A   From those ECG changes, you can strongly feel that
13  this man had other changes in the wall, other than his
14  inferior wall, and that would be the antero or just
15  anterolateral wall, sometimes, or the apex.
16    Q   And that damage was from his January --
17    A   Yes.
18    Q   -- 2003 heart attack?
19    A   Yes.
20    Q   If you could just -- this is Exhibit -- all right.
21       Do you mind if we go ahead and mark that one that
22  you're looking at, Doctor?
23    A   That's fine.
24    Q   Is that the full EKG from March of 2003 that
25  you're looking at there?

Page 224

1       MR. OUWELEEN:  I think that's the same thing.
2       (Exhibit No. 10 marked.)
3  BY MR. OUWELEEN:
4    Q   Marking as Exhibit Gelb 10, the EKG from
5  March 2003, Dr. Gelb.  Is that the EKG you were just
6  referring to?
7    A   Yes.
8    Q   Can you please indicate on there with this pen
9  I'm handing you -- be careful. See, it's two-sided, so don't
10  write on your shirt with the other side.  I couldn't get the
11  cap back on.  There's a skinny side and fat side.
12    A   Do you want me to mark it with that?
13    Q   Yes, please.  Please just indicate where you find
14  the evidence of the anterolateral wall damage?
15    A   Excuse me.  But you don't have lead in your
16  pencil.
17    Q   I've been told that before.
18    A   (Witness complies.)
19    Q   And can you --
20    A   And while I'm about it, I would also say that lead
21  V1 and V2 are suggestive of posterior wall disease, in
22  addition to his inferior wall disease.
23    Q   So if you could just write an "A" next to the things
24  you circled that show anterior wall disease?
25    A   (Witness complies.)

Page 225

1       Anterolateral wall disease.
2    Q   So the "A"s indicate evidence of anterolateral wall
3  disease, in your opinion, and then you can also circle and
4  write a "P" next to the evidence you see of a --
5    A   Possibly.
6    Q   Of a possible --
7    A   Posterior.
8    Q   -- posterior wall disease?
9    A   Do you want me to write where the inferior wall
10  disease is?
11    Q   Sure.  Put an "I" next to those.
12    A   Of course.  I catch on.
13       (Witness complies.)
14    Q   So if those indications of wall disease that you
15  find significant in Exhibit 10 are actual indicators of wall
16  damage, as opposed to artifacts of the test, you'd expect
17  them to show up in subsequent EKGs, correct?
18    A   Yes.
19       MR. OUWELEEN:  You can keep this as an original
20  exhibit.
21       DR. BAUM:  Can I see it for a minute?
22       MR. LOCKLAR:  Sure.
23       MR. OUWELEEN:  Can I have Number 3, please?
24       MR. BLACKWELL:  I'm sorry?
25       MR. OUWELEEN:  Number 3.

57  (Pages 222 to 225)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

| Page 226 |
|---|
| 1     (Exhibit No. 11 marked.) |
| 2  BY MR. OUWELEEN: |
| 3    Q  That's Number 11. Dr. Gelb, who is |
| 4  Philip Reid Oranburg? |
| 5    A  He's a cardiologist here in Boca. |
| 6    Q  Is he a friend of yours? |
| 7    A  He's not a friend. I know him because he's a |
| 8  cardiologist. |
| 9    Q  He's not a friend? |
| 10    A  I have never dined with him. I speak to him. I |
| 11  don't know how you would classify friend. I'm friendly with |
| 12  him. He's never been in my house. I've never been in his. |
| 13  We don't socialize. |
| 14    Q  Is he a well-respected cardiologist? |
| 15    A  Yes. |
| 16    Q  Was it your idea -- and I apologize if I you've |
| 17  already answered this question. |
| 18    Was it your idea that Mr. Dedrick had an |
| 19  echocardiogram done in September of this year? |
| 20    A  A stress echo. |
| 21    Q  A stress echo? |
| 22    A  Yes. |
| 23    Q  And you did that because you wanted to see what |
| 24  his current left ventricular function is? |
| 25    A  Yes, and wall motion. |

| Page 227 |
|---|
| 1    Q  The purpose of that was to determine whether he |
| 2  had suffered permanent damage from his heart attack in |
| 3  January of 2003? |
| 4    A  Yes. |
| 5    Q  And is Exhibit 11, Doctor -- well, is it the |
| 6  result of that stress echocardiogram? |
| 7    A  Yes. |
| 8    Q  And have you reviewed this before? |
| 9    A  Yes. |
| 10    Q  Did you call Dr. Oranburg and ask him to perform |
| 11  this test? |
| 12    A  I did not. |
| 13    Q  Did you ask that the test be done in Boca? |
| 14    A  I did not. |
| 15    Q  Do you have any idea why Dr. Oranburg was |
| 16  selected? |
| 17    A  The lawyers asked me if I knew somebody who was a |
| 18  reputable cardiologist, who could perform a stress echo, and |
| 19  I gave them Dr. Oranburg's name. |
| 20    Q  Did they ask you to recommend somebody in Florida? |
| 21    A  They must have, or else I wouldn't have |
| 22  recommended Dr. Oranburg. |
| 23    Q  Did you ask them why they wanted to have |
| 24  Mr. Dedrick tested in Florida? |
| 25    A  No. |

| Page 228 |
|---|
| 1    Q  Do you know if Mr. Dedrick had ever been to |
| 2  Florida before? |
| 3    A  I never spoke to Mr. Dedrick, so I don't know if |
| 4  he's ever been here before. |
| 5    Q  You didn't speak with him just to say hello, right? |
| 6    A  I said hello, I'm Dr. Gelb, good-bye. |
| 7    Q  And you didn't express any opinion that |
| 8  Mr. Dedrick's own treating cardiologist would be incapable |
| 9  of performing those tests, correct? |
| 10    A  No. |
| 11    Q  Did you -- did you talk to Dr. Oranburg about this |
| 12  test? |
| 13    A  I didn't talk to him about his results, no. |
| 14    Q  Did you talk to him to arrange the test? |
| 15    A  I didn't arrange for it, sir. I said that. It |
| 16  came from the lawyer's office. Maybe after the test, maybe |
| 17  cursory, I said, hey, what did you find, but I had looked at |
| 18  it myself, also. |
| 19    Q  So you got the results of the test from the |
| 20  lawyers? |
| 21    A  I got the results of the test when I looked at the |
| 22  stress echo myself, but they got the results from |
| 23  Dr. Oranburg. |
| 24    Q  Where did you get Exhibit 11 from? |
| 25    A  Exhibit 11, you mean the stress echo? |

| Page 229 |
|---|
| 1    Q  Uh-huh. |
| 2    A  I looked at the echo at Boca Hospital. It was |
| 3  performed at Boca Hospital. |
| 4    Q  You went down and reviewed at the tape? |
| 5    A  Yes, the tape. |
| 6    Q  Did you subsequently get Dr. Oranburg's |
| 7  interpretation of the tape, which is Exhibit 11? |
| 8    A  Then I subsequently saw his report. |
| 9    Q  Did you disagree with his findings? |
| 10    A  Yes. |
| 11    Q  What did you disagree with? |
| 12    A  Let me just see. Because of my evaluation, I |
| 13  found inferobasal and posterior wall abnormality -- |
| 14  posterior wall abnormalities, unlike what Dr. Oranburg had |
| 15  seen. |
| 16    Q  What did Dr. Oranburg see? |
| 17    A  He said a "small region of apical hypokinesis" at |
| 18  rest. |
| 19    Q  So you disagreed with that. Is there anything |
| 20  else you disagreed with in Dr. Oranburg's analysis? |
| 21    A  Let me see about ejection fraction. |
| 22    Q  On Page 3, the third page, anyway, that says -- at |
| 23  the top of it, it says echocardiogram, Page 1? |
| 24    MR. LOCKLAR: Page 3. |
| 25  BY MR. OUWELEEN: |

58 (Pages 226 to 229)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 230

1    Q   Do you see that?
2    A   Oh, yes, he says around 50 percent.
3    Q   So Dr. Oranburg concluded that ejection fraction
4  as a result of the stress echo, 50 percent, correct?
5    A   Yeah.  I thought it was less than 50.
6    Q   What did you think it was?
7    A   48.  It was certainly less than 50, but in our
8  lab, "our" meaning Boca Hospital, that's not normal.  Normal is
9  55.
10   Q   What did you conclude it was?
11   A   Just a touch less.  I didn't think it quite made
12 50.
13   Q   Just not quite 50?
14   A   Yeah.  Yes.
15   Q   And was there anything else in Dr. Oranburg's
16 report that you disagreed with?
17   A   No.
18   Q   Dr. Oranburg refers to some mitral regurgitation.
19 That was not clinically significant, was it?
20   A   No.
21   Q   Now do you agree with Dr. Oranburg, then, that
22 there was no evidence of ischemia?
23   A   Well, there was wall motion abnormality, but you
24 can't tell if there's ischemia with exercise
25 on an echocardiogram, except if he has new wall motion

Page 231

1  abnormality with exercise that's not present at rest.
2  So, I agreed with him.
3    Q   Okay.  Thanks.
4        All right.  Now he mentions -- Dr. Oranburg
5  mentions that Mr. Dedrick has shortness of breath, correct?
6    A   Yes.
7    Q   And he said it was disproportionate to the results
8  of the stress test?
9    A   Yes.
10   Q   Did you agree with that?
11   A   Apparently.  I wasn't there when he had the stress
12 test performed.
13   Q   But, typically, when someone's doing a stress
14 test, for example, does their blood pressure go up?
15   A   It's supposed to.
16   Q   Because you're working hard, and your blood
17 pressure goes up?
18   A   That, and the ejection fraction is supposed to go up.
19   Q   But does your blood pressure go up?
20   A   I said "that," the blood pressure --
21   Q   I didn't ask you about the other one, though.  So
22 does your blood pressure go up?
23   A   Yes.
24   Q   Okay, thanks.
25   A   Normally.

Page 232

1    Q   Normally.  And when Dr. Oranburg concluded that
2  the shortness of breath was likely due to pulmonary disease,
3  do you agree with that?
4    A   Possible.
5    Q   And that -- you mean possibly agree or --
6    A   Well --
7    Q   Do you agree or not agree?
8    A   Shortness of breath can have many etiologies.
9  Just not being in good physical shape can give you shortness
10 of breath with exertion.
11   Q   Smoking two packs a day could give you shortness
12 of breath?
13   A   A lot of things could do it.
14   Q   Would smoking two packs a day do it?
15   A   That's one of the things that could do it.
16   Q   And Dr. Oranburg recommended "smoking cessation,
17 continued attention to control of diabetes, hypertension
18 and elevated cholesterol, discussion with primary care
19 physician in regard to possible pulmonary consultation,
20 and cardiologic follow-up on a regular basis in the future.
21       Correct?
22   A   Where do you see that?
23   Q   On the last Page of Exhibit 11, the last
24 sentence.
25   A   Yeah.  But you left out important material before

Page 233

1  that, which I want to point out to you.
2    Q   I'm asking, sir, about Dr. Oranburg's
3  recommendations.
4    A   But I want to be complete, like you do.
5    Q   Did Dr. Oranburg make those recommendations?
6    A   Yes, yes.
7    Q   Thank you.  And do you have any idea whether
8  anyone discussed these results with his primary care
9  physician, Mr. Dedrick's?
10   A   I have no idea.
11   Q   Dr. Oranburg didn't order a nuclear stress test be
12 done, did he?
13   A   I'm not aware of it.
14   Q   He didn't indicate in his report that one should
15 be done, did he?
16   A   You can see that he didn't.
17   Q   Did you review this report before suggesting that
18 a nuclear stress test should be done?
19   A   No.  But I did suggest it to the law firm, as I
20 told you earlier.
21   Q   Okay.  So when did you suggest that the echo be
22 done, the stress echo be done?
23   A   Well, first of all, after reviewing this, and
24 realizing that sub-maximal is pointed out by Dr. Oranburg,
25 which he neglected to include in the plan, because he said

59  (Pages 230 to 233)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 234

1  the stress test was non-diagnosis -- "non-diagnostic for
2  ischemia because of failure to reach target heart rate."
3      So that's an important aspect of interpretation of
4  the stress echo. But after reviewing this, and not being
5  satisfied with the findings that I saw on the echo, because
6  I was suspicious of the ejection fraction and the left
7  ventricular wall motion, I suggested to the law firm, let's
8  confirm this or see if there's any additional information
9  we could get by doing a nuclear stress test.
10     MR. OUWELEEN: Move to strike as nonresponsive.
11 BY MR. OUWELEEN:
12   Q   Doctor, my question was, when did you suggest that
13 the echo be done, that the stress echo be done?
14   A   I have no idea when I did.
15   Q   Okay.
16   A   After the stress echo. When did I do the stress
17 echo?
18   Q   When did you recommend that a stress echo be done?
19   A   Oh, before he did it.
20   Q   When?
21   A   I can't give you the exact date.
22   Q   Can you give me a month?
23   A   In September sometime.
24   Q   Was it before you wrote your report?
25   A   Yes, obviously, because you can see I have the

Page 235

1  results in it, so I couldn't have written this report
2  without having looked at the results, sir.
3      Q   And you concluded that a nuclear stress test
4  should be done after you saw the results from the stress
5  echocardiogram, correct?
6      A   Yes.
7      Q   Do you know whether it was before or after you
8  wrote your report?
9      A   That was after I wrote the report, because,
10 otherwise, I would have included the results in my report.
11     Q   Is that the only basis you have for thinking it
12 was after you wrote your report that you suggested that?
13     A   That's a major reason, because I like to be
14 complete, and if I would have seen it before I wrote my
15 report, it would have been included.
16     Q   Okay. Does Boca Raton -- how do you pronounce it?
17     A   Raton.
18     Q   Is Boca Raton Community Hospital capable of doing
19 nuclear stress tests?
20     A   Yes.
21     Q   Did Mr. Dedrick's lawyers ask you to recommend
22 somebody to do a nuclear stress test?
23     A   No. I told them I would like that done. I think
24 it's more sensible to do it so he wouldn't have to travel to
25 Boca.

Page 236

1      Q   You think it made sense for him to do it in the
2  state where he lives?
3      A   More proximal to where he didn't have to take a
4  plane.
5      Q   Do you know how he got to where he took his
6  nuclear stress test?
7      A   I haven't spoken to him, so I don't know how he
8  got there.
9      Q   Do you know how he got to Florida for the
10 echocardiogram?
11     A   I presume he flew.
12     Q   You don't know. So you don't know who Dr. Stanley
13 is, who did the nuclear stress test?
14     A   Dr. Stanley?
15     Q   Yes.
16     A   It says Saji Jacob did the nuclear stress test.
17     Q   At the top I'll give you a copy of that. We can
18 mark it for the record.
19         (Exhibit No. 12 marked.)
20 BY MR. OUWELEEN:
21     Q   Exhibit 12, is Exhibit 12 a copy of the nuclear
22 stress test report from the September 27, 2006, nuclear
23 stress test?
24     A   Yes.
25     Q   Have you reviewed this before?

Page 237

1      A   Yes. That's why I didn't know where you got the
2  name of who did it, because the name clearly says
3  here, if you read it correctly, Dr. Jacob did the stress
4  test.
5      Q   Do you know who Dr. Stanley is?
6      A   No.
7      Q   Do you know who Dr. Jacob is?
8      A   He's a nuclear cardiologist in Alabama where they
9  performed this.
10     Q   And you know that because -- well, how do you know
11 that?
12     A   Because I asked what his qualifications were.
13     Q   Who did you ask?
14     A   The law firm.
15     Q   Who?
16     A   I forget who at the law firm.
17     Q   One of the lawyers, one of Mr. Dedrick's lawyers?
18     A   Yeah.
19     Q   You've never met Dr. Jacob?
20     A   No.
21     Q   Do you have any idea who paid for these tests?
22     A   I have no idea.
23     Q   Are you relying on this report for the basis of
24 your opinions of Exhibit 12?
25     A   I've included it in my opinion of Mr. Dedrick's

60  (Pages 234 to 237)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

| Page 238 |
| --- |

1  status.
2      Q   Are you relying on it?
3      A   I rely on all the studies that have been performed
4  so far.
5      Q   So that's a yes?
6      A   Pardon me?
7      Q   That's a yes?
8      A   Yes.  I'm trying to say, I'm not relying solely on
9  this.
10      Q   Now, Dr. Jacob, who did the nuclear stress test --
11  now a nuclear stress test is a better or worse measurement
12  of ejection fraction than an angiogram?
13      A   It's considered better.
14      Q   Do you agree it's better?
15      A   Yes.
16      Q   And Dr. Jacob concluded, as a result of the
17  nuclear test, that the ejection fraction was 49 percent and
18  52 percent at rest, correct?
19      A   Correct.
20      Q   And you don't disagree with that, right?
21      A   No.
22      Q   And do you agree with his conclusion that "the
23  septal and lateral segments had normal perfusion"?
24      A   Let me just re-read it.
25      Q   It's the second to the last paragraph.

| Page 239 |
| --- |

1      A   I know.  I just want to reread it, if I may.
2      Q   I'm just making sure you know where it is.
3      A   Yes.
4      Q   Okay.  Now when he says, this is a "nondiagnostic
5  stress test" by EKG criteria --
6      A   Where are you reading that?
7      Q   That's in the second paragraph up near the top
8  under the heading, "Stress Procedure."
9      A   Yes.
10      Q   What does that mean?
11      A   It means his heart rate -- let me see how high his
12  heart rate went.
13          At six minutes, his heart rate up went up,
14  according to this, to 81 beats a minute, which is
15  sub-maximal.
16      Q   So you suggested the nuclear test be done because
17  the echo was non-diagnostic for stress, correct?
18      A   Correct.
19      Q   And this one was non-diagnostic for stress, too,
20  correct?
21      A   Non-diagnostic for stress?  No, it was more
22  diagnostic than the echo.
23      Q   What did the nuclear stress test show about
24  ischemia?
25      A   It showed that -- if you look under impression --

| Page 240 |
| --- |

1      Q   Uh-huh.
2      A   -- it's "Anteroapical reversibility with adenosine
3  stress," and that's consistent with some of the ECG changes I
4  saw in the March tracing.
5          Then it also said "fixed inferior defect"
6  consistent with the old MI that he had, which is correct.
7  Then it also said he has "inferior and septal hypokinesis."
8  So that means not only the inferior wall still has ischemic
9  areas, but also his septum now has ischemic areas.  So --
10      Q   Just -- sorry.  Just to clarify, it doesn't
11  actually say ischemia there, does it?
12      A   When you have hypokinesia, it means wall motion
13  abnormality, not an ischemia.  It could be wall ventricular
14  damage then in the inferior and septum.  So what it did was,
15  it clearly showed me that Mr. Dedrick now had not just the
16  inferior wall, but had the anterior wall, the apical wall,
17  the septal wall were involved, and it's not just a simple
18  matter of saying he had an inferior wall MI, had the
19  bypass, and everything was just fine.
20          It also demonstrated that this is submaximal.
21  It also demonstrated, as we said earlier, his heart rate did
22  not go up, and his ejection rate did not go up.
23          And his blood pressure -- and, by the way, as you
24  can see, he was normotensive at the time, just went up to
25  a max of, it looks like, 141 -- 114 -- excuse me -- 114 with

| Page 241 |
| --- |

1  exertion when his heart rate was 81.  So that sometimes is
2  seen with ventricular dysfunction where your blood pressure
3  doesn't go up, pulse rate doesn't go up, ejection fraction
4  doesn't go up, and you have evidence for inferior, apical,
5  septal, myocardial compromise.
6      Q   When it talks about reversibility, that's not the
7  same thing as permanent damage, correct?
8      A   Correct.
9      Q   And you agree with the impression that's stated in
10  Exhibit 12 there?
11      A   I can't hear you.
12      Q   You agree with Dr. Jacob's impression from the
13  nuclear test?
14      A   Yes, I do.
15      Q   Was Mr. Dedrick under any medication at the time
16  of this test that could have blunted his blood pressure
17  response?
18      A   I don't know of any.
19      Q   Did you --
20      A   I never saw that he was on --
21      Q   Did you look at -- I'm sorry.
22      A   Let me see.  I don't see anything in his list of
23  meds that would blunt his response.
24      Q   Okay.  Your report says that Mr. Dedrick has a
25  decreased quality of life and life expectancy.  Both factors

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 242

1  are "secondary to his use of Vioxx." You don't have an
2  opinion as to Vioxx in some way decreased Mr. Dedrick's
3  quality of life apart from his heart attack, correct?
4      A   It caused -- it was a major factor in his heart
5  attack, which has decreased his life expectancy and his quality
6  of life.
7      Q   Apart from his heart attack, Vioxx didn't in any
8  other way decrease his quality of life, correct?
9      A   I can't separate the heart attack from his life
10 expectancy and quality of life.
11     Q   So all you're saying, though, is Vioxx caused his
12 heart attack, and having a heart attack decreased his
13 quality of life and his life expectancy, correct?
14     A   Yes.
15     Q   And how much did it decrease his life expectancy?
16     A   It's hard for me to strictly give it to you in
17 years because I don't have the exact figures. I'm not an
18 epidemiologist, so I'm going to leave it to the
19 epidemiologist to give me that. But I know that it's
20 reduced because of the fact that at rest and exertion, I found his
21 ventricle is compromised. And when you have a man who's
22 compromised with all the other risk factors that he has,
23 then we know his life expectancy is not going to be the same
24 as someone that did not have the MI, so consequently, you
25 can clearly say that.

Page 243

1      But to give you an exact number, I'd need an
2  epidemiologist to give you an answer to that.
3      Q   So the short answer is you don't know?
4      A   I don't know the exact number of years it would be
5  reduced, but it is going to be reduced because of the MI
6  secondary to the Vioxx.
7      Q   But you don't have an opinion as to the number
8  of years that his life expectancy is reduced, correct?
9      A   Not until I found out what the epidemiologist says.
10     Q   You don't have an opinion separate and apart as to
11 what the epidemiologist might say as to the what number of years
12 his life expectancy is reduced, correct?
13     A   But if he were to come into my office, I would say
14 that his life expectancy would be reduced, but I can't tell
15 you or him the number of years.
16     Q   Now, a moment ago you compared Mr. Dedrick with all
17 of his risk factors and his MI versus if he hadn't had the
18 MI. Mr. Dedrick's ongoing control of his risk factors also
19 affects his life expectancy, correct?
20     A   Yes.
21     Q   And if he keeps smoking, that will have an effect
22 on his life expectancy, correct?
23     A   Yes.
24     Q   And his continued failure to control blood sugar
25 would affect his life expectancy, correct?

Page 244

1      A   Well, let's see what his last blood sugars were.
2      Q   I didn't ask you what his last blood sugars were,
3  Dr. Gelb. I asked if he doesn't control his blood sugars,
4  that will affect his life expectancy?
5      A   Yes.
6      Q   Thank you. Okay. You believe that Vioxx is
7  cardiotoxic and atherogenic?
8      A   Yes.
9          MR. OUWELEEN: Do you want to take a break?
10         THE WITNESS: That would be great if I could.
11         (Thereupon, a short break was taken.)
12         (Exhibit No. 13 marked.)
13 BY MR. OUWELEEN:
14     Q   Dr. Gelb, on Page 5 of your report, Exhibit 2, you
15 say, the literature -- I can't find it.
16         The first paragraph, "The literature clearly points
17 out that Vioxx is not only thrombogenic but atherogenic and,
18 in addition, causes coronary vasoconstriction."
19         Do you see that?
20     A   I do.
21     Q   And you earlier referred to plaque rupture, that
22 Vioxx has an effect on plaque rupture, correct?
23     A   Yes.
24     Q   Do you discuss plaque rupture anywhere in your
25 report?

Page 245

1      A   No.
2      Q   Now when you say the literature clearly points out
3  that Vioxx causes atherosclerosis, what literature are you
4  referring to?
5      A   Tell me when you're ready.
6      Q   I've been ready since I asked you the question.
7      A   I saw you looking at him.
8      Q   Go ahead.
9      A   Here's an article by Dr. FitzGerald, the New
10 England Journal of Medicine, October 21, 2004, for example.
11     Q   I'd like you to please list all the literature
12 you're referring to, Doctor, when you said the literature
13 clearly points out that Vioxx causes atherosclerosis.
14     A   Here's another article by Dr. FitzGerald. Let's
15 see if it refers to that.
16     Q   Why don't you go ahead -- Dr. FitzGerald --
17 Dr. FitzGerald has written a lot of articles, right?
18     A   Garret FitzGerald from Pennsylvania.
19         MR. OUWELEEN: Let's put exhibit sticker 13
20 on your copyof the FitzGerald 2004 article that you
21 say supports yourconclusion that Vioxx
22 promotes atherosclerosis. And, Doctor, just -- I
23 don't want to tell you how to do your job with the court
24 reporter there, but it's better if we put the stickers
25 someplace it doesn't cover up the words.

62  (Pages 242 to 245)

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

Ira J. Gelb, M.D.

Page 246

```
 1        MR. LOCKLAR: That doesn't cover it up.
 2   BY MR. OUWELEEN:
 3     Q   Yeah. If you could if you could stick it in the
 4   margin or someplace, I'd appreciate it.
 5     A   Okay.
 6     Q   So was there another article you wanted to
 7   mention?
 8     A   Yes.
 9     Q   And what was that one?
10     A   By Dr. FitzGerald in the American Journal of
11   Cardiology, 2002.
12        MR. OUWELEEN: Can you please mark that one as
13   Gelb Exhibit 14.
14        (Exhibit No. 14 marked.)
15        THE WITNESS: I'll never be a sticker.
16   BY MR. OUWELEEN:
17     Q   A stickerer.
18     A   Stickerer.
19     Q   You've marked as Exhibit 14 the FitzGerald 2002
20   article, correct?
21     A   Yes, sir.
22     Q   Okay. Are there others?
23     A   Oh, yes. There's another one from Dr. FitzGerald
24   from National Reviews, dated November 2003.
25        MR. OUWELEEN: Okay. Can you please mark that one
```

Page 247

```
 1   as Exhibit 15.
 2        (Exhibit No. 15 marked.)
 3        MR. LOCKLAR: I'll mark it. Keep looking.
 4        THE WITNESS: There's another one by Dr. Grosser
 5   from JCI, January 2006.
 6        MR. OUWELEEN: Can you please mark that article as
 7   Gelb 16.
 8        (Exhibit No. 16 marked.)
 9   BY MR. OUWELEEN:
10     Q   Have you done that, Doctor?
11        MR. LOCKLAR: I'm marking it.
12        THE WITNESS: He's the better marker.
13   BY MR. OUWELEEN:
14     Q   Is Gelb Exhibit 16 the Grosser article that you
15   were just referring to?
16        MR. LOCKLAR: Yes.
17        THE WITNESS: Yes.
18   BY MR. OUWELEEN:
19     Q   Thank you.
20     A   I'm just trying to make sure that I have --
21   there's an article by Dr. Antman in Circulation in 2005.
22        MR. OUWELEEN: Okay. Can you mark the Antman
23   article to which you're referring as Gelb 17, please.
24        (Exhibit No. 17 marked.)
25   BY MR. OUWELEEN:
```

Page 248

```
 1     Q   Doctor, I need you to confirm on the record that
 2   Gelb 17 --
 3     A   Yes.
 4     Q   -- is the Antman article that you think supports
 5   the conclusion that Vioxx causes atherosclerosis.
 6     A   Yes.
 7        I brought a lot of things with me. I just want to
 8   make sure it's going to answer the question that you ask.
 9     Q   Thank you.
10     A   Here's another FitzGerald article, but I want to
11   make sure it's consistent with what you wanted. There's
12   another FitzGerald article with Dr. Patrono,
13   New England Journal of Medicine, August of 2001.
14     Q   Please mark as Exhibit 18 the FitzGerald-Patrono
15   article. So is Exhibit 18 the Patrono-FitzGerald article
16   of 2001 that supports your view on Vioxx and atherosclerosis?
17     A   Yes.
18        (Exhibit No. 18 marked.)
19        THE WITNESS: I have a lot of material here.
20   Can I go through it and make sure I give you
21   everything that I have?
22   BY MR. OUWELEEN:
23     Q   Sure.
24     A   Thank you. I don't know if I'm supposed to talk
25   about the VIGOR study.
```

Page 249

```
 1     Q   I'm sorry. Was that a question directed at me?
 2     A   The VIGOR study.
 3     Q   Is the VIGOR or VIGOR study, in your view, is it
 4   something you relied on in support of your opinion that
 5   Vioxx causes atherosclerosis?
 6     A   Yes. And that's New England Journal of Medicine
 7   November 2000.
 8     Q   And do you have a copy of it there?
 9     A   I do.
10        MR. OUWELEEN: We'll mark the VIGOR study as Gelb
11   19. Gelb 19 is your copy of the VIGOR study, correct,
12   Doctor?
13        (Exhibit No. 19 marked.)
14        THE WITNESS: And then follow-up to that from Dr.
15   Curfman. Follow up study -- I didn't want to
16   interrupt your conversation with Dr. Baum.
17        One is called Expression of Concern written by
18   Dr. Curfman, December of 2005, New England Journal.
19        MR. OUWELEEN: Okay. Curfman 2005 is Exhibit 20.
20        (Exhibit No. 20 marked.)
21   BY MR. OUWELEEN:
22     Q   And that supports your opinion that -- is that a
23   study showing that Vioxx causes atherosclerosis?
24     A   Well, it's a followup to a letter. It's a followup
25   to results that were subsequently given to the New
```

63  (Pages 246 to 249)

Ira J. Gelb, M.D.

Page 250

1   England Journal.
2       Q   So --
3       A   And then Expression of Concern reaffirmed when
4   Dr. Curfman wrote this particular followup in the New
5   England Journal.
6           MR. OUWELEEN: Can we mark that as Gelb 21, then.
7           (Exhibit No. 21 marked.)
8   BY MR. OUWELEEN:
9       Q   So Gelb 21 is the confirmed Expression of
10  Concern?
11      A   And then there was one reaffirmed, too.
12          MR. LOCKLAR: Excuse me. I think I have them
13  reversed. Just for the record, I put Exhibit 20 on
14  Expression of Concern Reaffirmed, and I'm going to put 21 on
15  Expression of Concern. Do you see what I mean,
16  or would you rather redo the label?
17          MR. OUWELEEN: That's fine.
18  BY MR. OUWELEEN:
19      Q   So, Dr. Gelb, both Exhibits 20 and 21, one of
20  which is an Expression of Concern, and the other is the
21  reaffirmation of the Expression of Concern --
22      A   Yes, sir.
23      Q   -- both are some of the literature that you
24  believe clearly points out that Vioxx causes
25  atherosclerosis, correct?

Page 251

1       A   Yes.
2       Q   And that was part of the basis for your opinion,
3   correct?
4       A   Yes.
5       Q   Okay. Is there more?
6       A   Yes. This is dated February 1, 2000 --
7       Q   Sorry. Hold on one second. You have a whole
8   stack of articles there. Are all of those articles in that
9   stack before you articles that you contend clearly point out
10  that Vioxx causes atherosclerosis?
11      A   Yes, sir.
12      Q   Okay. Can we just go ahead and mark the stack,
13  the full stack right there?
14      A   I'd like to go through them and review them and
15  make sure they're all definitely consistent with your
16  original question. Okay?
17      Q   Okay. Well, why don't you go ahead and flip
18  through there, and if there's any you need to take out, go
19  ahead and take them out.
20          We'll just go off the record when you go ahead and
21  do that.
22          (Thereupon, a discussion was had off the record.)
23  BY MR. OUWELEEN:
24      Q   Are you done doing that, Doctor?
25      A   I said, may I just go on the record and say, this

Page 252

1   would simplify things if I could have this marked by
2   Dr. Targum from the FDA dated February 2001.
3   BY MR. OUWELEEN:
4       Q   And why are we marking that?
5       A   Because it answers the question you asked of me.
6       Q   All right. And of those other references in the
7   stack before you, do all of those, in your opinion, clearly
8   point that Vioxx causes atherosclerosis?
9       A   Yes. But we've already had some of this,
10  including the others, so I won't duplicate it.
11          MR. LOCKLAR: It's things -- articles that he's
12  already commented. For some reason there's
13  duplications in his file.
14  BY MR. OUWELEEN:
15      Q   Doctor, we just don't have time to go through the
16  stack of literature and sort of, you know, read the titles of
17  each one into the record, so if that's your stack of
18  literature that you think relates to atherosclerosis, I just
19  want to go ahead and mark it as a stack. Can we do that?
20  Is that okay, Doctor?
21      A   Well, I don't know if I have a choice but --
22      Q   Well, you have a choice. We can go through them
23  and do them individually, but then we're not going to do
24  them in seven hours. It's up to you.
25      A   I want to be complete, since you and I like to be

Page 253

1   complete. So if we're not done in time, I don't want to
2   compromise my testimony in answer to your questions.
3       Q   I don't understand what you're saying so --
4       A   What I'm saying is, you asked me a question, and
5   for the sake of time, I wouldn't be able to answer it
6   appropriately. And you're saying if you want to finish in
7   seven hours, quote, quote, just mark the whole stack, or you
8   can go through them individually. So since you gave me the
9   opportunity, I'd like to make sure each of the articles I
10  have in here will appropriately answer your question.
11      Q   All right. We'll just go off the record, Doctor,
12  and you can take the time to flip through your stack and see
13  if there are articles in there that don't support your
14  opinion that Vioxx causes atherosclerosis.
15          Is that all right?
16      A   I'm going to give you the ones that you asked for
17  originally.
18      Q   I'm sorry, Doctor. We're going to go off the
19  record.
20          MR. OUWELEEN: Off the record.
21          (Thereupon, a discussion was had off the record.)
22  BY MR. OUWELEEN:
23      Q   Dr. Gelb, without going back through all the
24  articles you reviewed on Vioxx, in all the time you've
25  studying Vioxx, other than the articles you mentioned so far,

64  (Pages 250 to 253)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 254

1  do any come to mind, just in terms of your recollection,
2  that are important to support your opinion that Vioxx
3  promotes atherosclerosis?
4      A    Yes.
5      Q    What ones?
6      A    That's why I would like to go through.
7      Q    No, sir.  I said without looking back, going back
8  through all the articles, do any come to mind sitting here
9  right now.
10     A    There's the Levesque article, the Mukherjee article.
11     Q    The record will reflect that Dr. Gelb is, in fact,
12  going through the articles one-by-one.
13         Sir, without looking through the articles
14  one-by-one, do any come to mind as important, just the most
15  important ones, sir?  You're going through --
16     A    I won't go through the literature, and I'll do the
17  best I can with all the caveats you've given me on the
18  record.  But I just want to object.  You asked me a
19  question, and I tried to answer it appropriately, and you're
20  saying don't go through the records you have demonstrating
21  atherosclerosis and Vioxx, but I just want that known for
22  the record.
23     Q    So the record is clear, sir, I asked you which
24  studies supported your conclusion and which ones you relied
25  on, right?  And you have been going through, looking at each

Page 255

1  article in a big stack that you brought.  And I'm happy to
2  sit here for as long as you like and do that so the record
3  is clear.  I'm just telling you, though, we won't finish the
4  deposition within seven hours.  If you want to go ahead and
5  do it, I'll sit here as long as it takes.  It's up to you, sir.
6      A    Well, at the end of seven hours, if I'm not
7  complete, what happens?
8      Q    We could keep going, as long as you agree to that,
9  if you want to do that for completeness.
10         MR. LOCKLAR:  I think he's responding to your question.
11  You're asking him about articles related to
12  atherogenesis.  There may be a process to shorten it,
13  but I don't know if there is a process to shorten it.
14  He's brought articles to support his opinions on the various
15  issues that he stated in his report, and he may have to go
16  through and pull those individual articles out that
17  relate, and there's probably going to be some crossover.
18  I'm not sure you want him to do that.
19  I don't think he can say generically.
20         If you want to mark the whole pile and state this
21  pile relates to the issues stated in his report or the
22  ones that he's most likely relied upon, that's my
23  understanding of what he has had here in front of him;
24  otherwise, he's going to have to go through,
25  unless you're not going to restrict him at trial,

Page 256

1  to talk about other articles.
2          MR. OUWELEEN:  I'm interested in --
3  BY MR. OUWELEEN:
4      Q    Doctor, it's up to you.  If you can't to answer the
5  question of what were the articles that you relied on
6  without going back through and reviewing all the articles
7  that you've brought, I'm happy to sit here and have you do
8  that for however long it takes.  But I just --
9      A    Legally, I have the right to go through these
10  articles that I brought in order to answer your question.
11  And if you're giving my this time constraint, saying after
12  seven hours we have to quit --
13     Q    No, sir.
14     A    Excuse me.  You said you'll sit here as long as
15  you can, but the rules also indicate that we're here for
16  seven hours, which I'm more than happy to comply with. But
17  for me to be fair to Mr. Dedrick and the law firm that has
18  me as an expert witness, I can't just put a sticker on a
19  pile of literature that I took the trouble to reevaluate and
20  go through in order to answer the question that I expected to
21  happen.
22     Q    Did you make any effort before the deposition to
23  identify the articles that particularly related to your opinion
24  that Vioxx causes atherosclerosis?
25     A    Yes.

Page 257

1      Q    Did you segregate those articles in any way?
2      A    No.  They're in this pile.
3      Q    Did you segregate them in any way from other
4  articles, or did you just put them in a pile of all the
5  other articles that you thought might come up?
6      A    I segregated them.
7      Q    Where are they?
8      A    Here they are.
9      Q    That's that pile there?
10     A    Yes.
11     Q    That pile all relates to Vioxx causing atherosclerosis?
12     A    I believe so.
13     Q    Let's mark this as Exhibit 22 and move on.
14         (Exhibit No. 22 marked.)
15  BY MR. OUWELEEN:
16     Q    Now, Doctor --
17         MR. LOCKLAR:  Just mark this as 22?
18         MR. OUWELEEN:  Exhibit 22, that's the stack that
19  you identify showing that Vioxx causes atherosclerosis,
20  in addition to the other ones we already discussed?
21         MR. LOCKLAR:  You did not mark -- just put it in
22  the pile.
23  BY MR. OUWELEEN:
24     Q    Is that correct, Doctor?
25     A    Don't put it underneath, because it comes after

65 (Pages 254 to 257)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

| Page 258 | Page 260 |
|---|---|

Page 258

1  that one.
2      You didn't put a number on this bottom.
3      Q    My understanding is Targum was in the stack of
4  Exhibit 22.
5      A    Say that again.
6      (Thereupon, the requested testimony was read back by
7  the court reporter.)
8      THE WITNESS: You're wrong, because before we
9  discussed the stack of 22, I had mentioned --
10     MR. OUWELEEN: Just go ahead and mark it as 23,
11 Doctor.
12     (Exhibit No. 23 marked.)
13 BY MR. OUWELEEN:
14     Q    Dr. Gelb, I'll just let you know, I appreciate it
15 if you can do your best to cooperate to make the deposition
16 go smoothly, and if you don't, we may --
17     MR. LOCKLAR: Don't respond.
18     MR. OUWELEEN: -- we may seek a subsequent court-
19 supervised deposition.
20     MR. LOCKLAR: Just don't even respond. We are
21 cooperating. He's answering your questions. There's a
22 tremendous amount of materials. He's doing the best he
23 can.
24 BY MR. OUWELEEN:
25     Q    Now, Dr. Gelb, can you identify a single study?

Page 259

1  Do you know what a study is, Dr. Gelb, as that term is used
2  in the field of medical literature?
3      A    I do.
4      Q    What is a study?
5      A    A study is where you have one group of patients
6  with, in this case, a drug, compared to another drug or a
7  placebo, or to both, and you have -- and you randomize them
8  in a controlled way so that you don't really know the
9  answers until the end of the study.
10     Q    When you say you have "one group of patients' --
11     A    A group.
12     Q    But do you compare those to another group of
13 patients?
14     A    Well, for example, take the VIGOR study, that
15 group of patients, some were put on Vioxx 50 milligrams a
16 day, and the other group was put on Naprosyn or Naproxen,
17 500 milligrams, twice a day.
18     Q    I didn't ask about the VIGOR study.
19     A    No, but that's the way a study is done.
20     Q    My question was: In a study, you have two
21 groups that you're comparing? You said in one group. I
22 just want clarity on that.
23     A    No, you're comparing two groups.
24     Q    Can you identify, other than VIGOR,
25 any study, as opposed to a review article, or an

Page 260

1  editorial, that shows that Vioxx causes atherosclerosis?
2      Before you start flipping through all your
3  articles again, before you flip through your articles, can
4  you think of one?
5      A    The FitzGerald article.
6      Q    Is that a study?
7      A    No, a study would be the APPROVe study, the VIGOR
8  study, as I mentioned.
9      Q    Any others?
10     A    There are others, but I'd have to go through my
11 literature to pick out the studies, but I have a lot of
12 papers that were written by experts indicative of --
13     Q    Go ahead.
14     A    -- indicative of the effects of Vioxx on the
15 coronary vasculature.
16     Q    In VIGOR, they didn't measure atherosclerosis, did
17 they?
18     A    May I get the VIGOR study out?
19     Q    Okay. So without looking at the VIGOR study, you
20 can't tell me whether VIGOR measured atherosclerosis?
21     A    They measured patients having an MI.
22     Q    Did it measure atherosclerosis?
23     A    No.
24     Q    Thank you. Did APPROVe measure atherosclerosis?
25     A    We know that MI is a secondary --

Page 261

1      Q    Doctor, it's a yes or no question. Did APPROVe
2  measure atherosclerosis? You keep giving speeches instead
3  of answering my question. We're either going to be beyond
4  seven hours, or we're going to have to seek the court --
5      MR. LOCKLAR: He's answered your question.
6      THE WITNESS: I'd like to talk to you outside.
7      MR. LOCKLAR: Let's take a break.
8  BY MR. OUWELEEN:
9      Q    I'd like an answer to my question before we take a
10 break.
11     Did APPROVe measure atherosclerosis? Easy yes or
12 no question.
13     A    It answered the question of increased instances of
14 myocardial infarction. Myocardial infarction is usually
15 secondary to coronary artery disease.
16     Q    Did they directly measure atherosclerosis --
17     A    No.
18     Q    -- in that study?
19     Is it possible to measure atherosclerosis apart
20 from determining the rates of heart attacks?
21     A    It's possible.
22     Q    They didn't do it in APPROVe; did they?
23     A    No.
24     Q    Did they do it in any of the studies that you
25 claim show that Vioxx causes atherosclerosis?

66  (Pages 258 to 261)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 262

1    A    That were reported as showing atherosclerosis, no.
2    Q    No human studies measuring atherosclerosis as it
3  relates to Vioxx?
4    A    Not that I recall at this time.
5    Q    Okay.
6        THE WITNESS: Can we take our break?
7        MR. OUWELEEN: Do you want to take a break? Go
8  ahead.
9        (Thereupon, a short break was taken.)
10  BY MR. OUWELEEN:
11    Q    Dr. Gelb, you testified that the VIGOR and
12  APPROVe studies support your view that Vioxx causes
13  atherosclerosis, correct?
14    A    Supports my view that there's an increase
15  incidence of myocardial infarction.
16    Q    That wasn't my question, sir. My question was:
17  Is it your view that those studies support the belief that
18  Vioxx causes atherosclerosis?
19    A    No.
20    Q    Okay. Are there any studies that do support that?
21    A    In humans?
22    Q    Yes, for starters.
23    A    No.
24    Q    How about in animals?
25    A    Some mouse studies demonstrate it.

Page 263

1    Q    There is a mouse study with Vioxx that shows that
2  Vioxx increases atherosclerosis; is that your testimony,
3  sir?
4    A    A drug similar to Vioxx.
5    Q    My question is about Vioxx.
6    A    No.
7    Q    There are no animal studies showing that Vioxx
8  increases atherosclerosis, correct?
9    A    May I check a piece of literature?
10    Q    Can you think of any off the top of your head?
11    A    I can, but I want to confirm it.
12    Q    Go ahead.
13        THE WITNESS: Do you have the Epstein depo?
14  BY MR. OUWELEEN:
15    Q    Are you looking for the Rott study?
16    A    The Rott and also the Epstein deposition.
17    Q    I asked about studies. Does Dr. Epstein identify
18  a study in his deposition?
19    A    I believe he did.
20    Q    Was that a study different than the Rott study?
21    A    I don't think so. But I can't find the Rott study.
22    Q    I'll give you the Rott study. The Rott study
23  wasn't about Vioxx, though; was it, Dr. Gelb?
24    A    No.
25    Q    So my question was really whether there are any

Page 264

1  mouse studies showing that Vioxx causes atherosclerosis, and
2  the answer to that is no, correct?
3    A    No, correct.
4    Q    And in the Rott study you talk about, that was
5  about a different COX-2 inhibitor?
6    A    Yes.
7    Q    And that showed that there was an increased
8  atherosclerosis in mice that took that?
9    A    Yes.
10    Q    And that was MF Tricyclic?
11    A    That's the one.
12    Q    And there were other studies about MF Tricyclic,
13  too?
14    A    Exactly.
15    Q    Did you review those?
16    A    Yes, I did.
17    Q    Some of those show that it didn't increase
18  atherosclerosis, correct?
19    A    That's correct.
20    Q    In fact, Rott is the only one that showed that a COX-2
21  inhibitor did increase atherosclerosis?
22    A    Correct.
23    Q    It would be improper, wouldn't it, to extrapolate
24  from the Rott study to what happens to humans?
25    A    Correct.

Page 265

1    Q    Now you also --
2    A    Can I amend that answer?
3    Q    Sure.
4    A    It would be improper but it could be suggestive
5  that it could occur.
6    Q    I'm sorry.
7    A    It generates a hypothesis.
8    Q    So it's really a hypothesis still that Vioxx
9  causes atherosclerosis in humans?
10    A    That's correct.
11    Q    Now let's talk about prostacyclin. Prostacyclin
12  is made in various parts of the body, correct?
13    A    Yes, sir.
14    Q    And it's made in the lungs, and brains, and
15  uterus, and kidney, and various places, correct?
16    A    And arteries.
17    Q    And, importantly, for this case, in the arteries,
18  correct?
19    A    You didn't mention it.
20    Q    I was getting there. It's produced locally to
21  where it's used, correct?
22    A    Yes.
23    Q    And acting locally to where it's produced?
24    A    Yes.
25    Q    Does it break down quickly?

67 (Pages 262 to 265)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 266

1    A   Yes.
2    Q   Okay. And no matter where it's made or used, when
3    it breaks down, it ends up in the urine?
4    A   Correct. Yes.
5    Q   And you agree with me that if you wanted
6    to measure prostacyclin in the arteries, ideally, you would
7    measure prostacyclin in the arteries, correct?
8    A   Yes.
9    Q   And that would be a better measure of prostacyclin
10   in the arteries than measuring something in the urine,
11   correct?
12   A   Yes.
13   Q   Now, there are no studies that ever measured the
14   effects of Vioxx on the levels of prostacyclin in the
15   coronary arteries, correct?
16   A   Correct.
17   Q   And you include on your list of articles that you've
18   reviewed, some articles that discuss prostacyclin levels,
19   but the tests are actually measuring metabolites of
20   prostacyclin in the urine, not prostacyclin itself in the
21   arteries, correct?
22   A   Correct.
23   Q   And how much of a reduction -- now your theory is
24   the theory that's often referred to as the FitzGerald
25   hypothesis or the COX-2 hypothesis, correct?

Page 267

1    A   Yes.
2    Q   Is that still a hypothesis?
3    A   Yes.
4    Q   So it hasn't been conclusively proven?
5    A   Correct.
6    Q   And there's ongoing scientific study and
7    debate about that?
8    A   Yes.
9    Q   And the hypothesis is that COX-2 inhibitors reduce
10   the level of prostacyclin in the arteries, correct?
11   A   Yes.
12   Q   And that, therefore, the thromboxane, which causes
13   clots, is uncomposed, so, therefore, clotting is uncomposed?
14   A   Correct.
15   Q   How much of a reduction of prostacyclin do you
16   need in order to cause this prothrombotic state?
17   A   I can't tell you how much. But when you have an
18   imbalance, once you have an imbalance, then that can
19   increase the prothrombotic state.
20   Q   So you mean any inequality between thromboxane
21   and prostacyclin causes a prothrombotic state?
22   A   There's a homeostasis. When you disturb the
23   homeostasis, there's going to be a prothrombotic state,
24   depending on how much reduction of prostacyclin there is to
25   determine whether that will accelerate the thrombogenicity

Page 268

1    effect.
2    Q   I'm sorry. Okay. So, and you referred to
3    homeostasis. That has to do with whether blood flows or
4    stops, or clots?
5    A   Yes.
6    Q   And homeostasis is one of the most complex
7    mechanisms in the human body; isn't it?
8    A   Yes.
9    Q   It's affected by lots of other factors, clotting,
10   pro-clotting factors, and anti-clotting factors besides
11   prostacyclin and thromboxane, correct?
12   A   Yes.
13   Q   What are some the pro-clotting factors besides
14   thromboxane?
15   A   Well, I can't think of them right now.
16   Q   I have a list somewhere.
17   A   I'm sure you do. He probably gave it to you.
18   Q   He absolutely gave it to me. And there's other
19   anti-clotting --
20   A   Yes.
21   Q   -- factors besides prostacyclin?
22   A   Yes.
23   Q   So it's not just a simple matter of prostacyclin
24   versus thromboxane, it's very complex?
25   A   No, it is complex.

Page 269

1    Q   We don't know what Mr. Dedrick's prostacyclin level
2    and his endothelium was at the time he had his heart attack.
3    A   Correct.
4    Q   Or his level of thromboxane, for that matter?
5    A   Correct.
6    Q   There were no tests to determine as a matter of
7    medicine whether he was in a prothrombotic state at the time
8    he had his heart attack?
9    A   Correct.
10   Q   And there's no way of telling that he had an
11   imbalance between prostacyclin and thromboxane? All we
12   really know is he had a clot?
13   A   He had a clot and a heart attack.
14   Q   Now, is it true that COX-1 also makes prostacyclin?
15   A   Yes. Yes, it is.
16   Q   And is the correct term to say it expresses
17   prostacyclin, or that it makes it?
18   A   Expresses it.
19   Q   And Vioxx doesn't affect or reduce the
20   prostacyclin that's expressed by COX-1, only that by COX-2,
21   correct?
22   A   Correct.
23   Q   So if COX-1 were responsible for prostacyclin
24   production and the endothelium, then Vioxx wouldn't cause an
25   imbalance, correct?

68 (Pages 266 to 269)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

| Page 270 |
| --- |

1   A   Right.
2   Q   Now aspirin is COX-1 selective, correct?
3   A   Correct.
4   Q   That means it reduces the amount of COX-1 far more
5   than it reduces the amount of COX-2, correct?
6   A   Yes.
7   Q   It's something like a factor of 150 to 1?
8   A   Yes.
9   Q   150 times more selective for COX-1?
10   A   You're talking about aspirin?
11   Q   Aspirin.
12   A   Yes, sir.
13   Q   Now if you gave low dose aspirin, and that wiped
14   out or eliminated vascular prostacyclin, that would
15   suggest that it was COX-1 that was responsible for vascular
16   prostacyclin, correct?
17   A   That would be a hypothesis.
18   Q   That's what it would suggest?
19   A   Suggest.
20   Q   You would have to prove it?
21   A   Suggest, you have to prove.
22   Q   Have you reviewed any studies that suggest that?
23   A   I reviewed studies, but I can't tell you where I
24   could find them right now.
25   Q   But you've seen studies that suggest that,

| Page 271 |
| --- |

1   in fact, that prostacyclin and the endothelium is reduced by
2   aspirin?
3   A   I can't recall that right now.
4   Q   So you can't recall those low dose aspirin
5   studies?
6   A   I can't recall -- I vaguely remember seeing it,
7   but I really want to be more certain about that.
8   Q   That would be something important to consider when
9   considering this FitzGerald hypothesis, correct?
10   A   Of course.
11   Q   Now, have you ever seen a study that shows that
12   Vioxx reduces prostacyclin in the blood vessel, for example,
13   the coronary arteries --
14   A   No.
15   Q   -- in humans or in animals?
16   A   No.
17   Q   And have you ever seen a study that shows that
18   COX-2 inhibitors, other COX-2 inhibitors, reduce
19   prostacyclin in the blood vessels or arteries of animals or humans?
20   A   No.
21   Q   Have you seen studies where Vioxx was given and
22   there was not a reduction in prostacyclin in coronary
23   arteries or other arteries?
24   A   I haven't seen a study.
25   Q   But that would -- sorry.

| Page 272 |
| --- |

1   A   I haven't seen any study of that nature.
2   Q   Not in humans or animals, you haven't seen any?
3   A   I haven't seen any.
4   Q   That would be an important study to see?
5   A   It would answer a lot of questions.
6   Q   It would.  Are you aware of any studies where the
7   Vioxx was given and there was no reduction of prostacyclin
8   in blood?
9   A   I haven't seen any studies.
10   Q   Those would be important --
11   A   Yes.
12   Q   -- in figuring out whether this FitzGerald
13   hypothesis was right or wrong?
14   A   Correct.
15   Q   Now did you ask the plaintiff's lawyers if they
16   had any studies like that?
17   A   We discussed all the studies that were done, and I
18   haven't seen -- I've gotten no feedback from them on this
19   kind of a subject.
20   Q   Do you remember if you asked in particular for
21   those kind of studies?
22   A   I just asked for all the studies that were
23   pertaining to the Dedrick case.  I brought everything with
24   me, and I'm not going to go through everything.
25   Q   Thank you.

| Page 273 |
| --- |

1   A   But I didn't see studies like that.
2   Q   Didn't see anything like that?
3   A   No.
4   Q   And you don't recall making a follow-up request,
5   hey, are there any tests looking at the FitzGerald
6   hypothesis that actually measure the prostacyclin level in
7   blood as a result of Vioxx? You didn't ask that?
8   A   I can tell you after seven hours of this exercise,
9   I will make the appropriate phone call to see if that
10   exists.
11   Q   Okay.  Great.  So if you identify anything like
12   that, you will let me know before trial?
13   A   Oh, of course.
14   Q   Thank you.  Now, we talked a little bit about those
15   urine studies measuring the metabolite?
16   A   Yes.
17   Q   And a metabolite is something that prostacyclin
18   sort of breaks down into; is that correct?
19   A   Yes.
20   Q   And those -- none of those studies show that the
21   Vioxx reduced the prostacyclin metabolite in the urine
22   100 percent; did they?
23   A   Correct.
24   Q   And do you remember what dosages were used in
25   those urine prostacyclin-metabolite studies?

69 (Pages 270 to 273)

Ira J. Gelb, M.D.

Page 274

1      A    No.
2      Q    Well, do you know --
3      A    I could get them if I went through the pile.
4      Q    Well, we may be able to short circuit this.
5          Do you remember whether there were any studies
6   that involved 25-milligram Vioxx?
7      A    I don't really recall right now.
8      Q    Do you remember, ballpark, how much the
9   prostacyclin-metabolite was reduced in the urine in those
10  studies?
11     A    I vaguely remember a percent, but I don't want to
12  say it because if I'm wrong, it will look terrible at trial,
13  and I don't want to take the time to go through this pile of
14  literature.
15     Q    Okay.  If I said it was 45 to 50 percent?
16     A    That's the number I remember.
17     Q    And that was for 25-milligram Vioxx?
18     A    Yes.
19     Q    I think.
20     A    Thank you for confirming my memory.
21     Q    I don't think we'll be disagreeing about that
22  at trial?
23     A    We never disagree.
24     Q    That would be nice.
25          I'm marking Gelb Exhibit 24, a document.

Page 275

1          (Exhibit No. 24 marked.)
2   BY MR. OUWELEEN:
3      Q    Is Gelb 24 a series of e-mails between you and --
4   well, actually, not between you -- between Laura Kraft and
5   James Cresanta and -- sorry.  I'll back up.
6          What is Exhibit 24?
7      A    Dr. Cresanta, as you know, and I co-chair the
8   cardiology department at the medical school here at FAU.
9   Dr. Cresanta is our epidemiologist.
10         Since I'm not an epidemiologist, I wanted him to
11  send me a summary of P values and relative risks and
12  confidence intervals so that I would reinforce my
13  recollection of it before we came to a deposition.
14     Q    And those things that you mention, P values and
15  confidence intervals and relative risks, those all relate to
16  statistical significance?
17     A    Yes.
18     Q    And the difference, in your understanding,
19  between an event rate between two populations is not
20  statistically significant, and scientists can't draw
21  any conclusions from that difference, correct?
22         MR. LOCKLAR:  Object to the form.
23         THE WITNESS:  You don't usually.
24  BY MR. OUWELEEN:
25     Q    Well, are there circumstances where you rely on

Page 276

1   and draw scientific conclusions based on statistically
2   insignificant results?
3      A    No, no.
4      Q    Okay.
5      A    But it gives you thought for going forward.
6      Q    It generates hypotheses?
7      A    Yes.
8      Q    But not conclusions?
9      A    Right.
10     Q    And it would be wrong to rely on statistically
11  insignificant instances to draw conclusions?
12     A    You can't rely on, but it could make you
13  suspicious.
14     Q    But it would be wrong to draw a conclusion?
15     A    I said it would be wrong to draw a conclusion.
16     Q    So the 95 percent confidence interval referred to
17  in Exhibit 24 --
18     A    Where is Exhibit 24.
19     Q    That's this e-mail.
20         Did you understand that the 95 confidence interval
21  means, for example, if we say the 95 confidence interval is
22  .6 to 1.5, it means you're 95 percent confident that the
23  real value is somewhere between .6 and 1.5?
24     A    Yes.
25     Q    And you also understand that if that confidence

Page 277

1   interval spans to number one, if number one falls in that
2   range, then we say that it's not statistically significant?
3      A    Correct.
4      Q    And if a P value is greater than .05, that's
5   another way of saying that the results are not statistically
6   significant?
7      A    Yes.
8      Q    Because it means that there's better than
9   five percent chance that the difference between these two
10  groups is totally due to chance, correct?
11     A    Right.
12     Q    You say in your report -- let's back up a little
13  bit.
14         We talked earlier a little bit about NSAIDs,
15  non-steroidal anti-inflammatory drugs.  Those drugs cause
16  or can cause serious gastrointestinal side effects,
17  correct?
18     A    Yes.
19     Q    And that causes tens of thousands of deaths per
20  year?
21     A    Yes.
22     Q    It's a major public health issue in the United
23  States?
24     A    Yes.
25     Q    And, in fact, it's the most common drug side

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

| Page 278 | Page 280 |
|---|---|
| 1 effects in the United States; isn't it? | 1   Q   Or that it would, in fact, reduce vascular |
| 2   A   One of the most. | 2 prostacyclin? |
| 3   Q   Okay. Would you agree that Vioxx reduces the | 3   A   No. |
| 4 serious GI side effects compared to other NSAIDs? | 4   Q   What did the Board of Scientific Advisors |
| 5   A   It does. | 5 recommend that Merck do in 1998? If you need to check |
| 6   Q   That was the rationale behind the development of | 6 the memo to see, Doctor, I think you'll find it on Page 17. |
| 7 COX-2 inhibitors, correct? | 7   A   If I would have found my copy, I could have done |
| 8   A   Yes. | 8 it more quickly. |
| 9   Q   That was a sound medical rationale? | 9   Q   Actually, you know what Doctor -- |
| 10   A   That was a good approach, but may I finish the | 10   A   The first paragraph. |
| 11 sentence? | 11   Q   I apologize. I think the recommendation section |
| 12   Q   Uh-huh. | 12 begins on Page 14. I was mistaken. |
| 13   A   Never mind. I'll just answer yes. | 13   A   Yeah, because on 17 it talks about thromboxane and |
| 14   Q   Now, in your report on Page 5, you say, that's | 14 decrease. |
| 15 Exhibit 2, you say that Merck in 1998 was warned by its | 15   Q   Well, that's right. |
| 16 internal and external advisors? | 16   A   But on 14 it says recommendations, they should |
| 17   A   Yes. | 17 systemically examine the "coronary ischemic events in the |
| 18       MR. OUWELEEN: I'm marking Exhibit 25. | 18 clinical trials with Vioxx" and other Coxibs. |
| 19       (Exhibit No. 25 marked.) | 19   Q   Then a little further it says, "it's proposed that |
| 20 BY MR. OUWELEEN: | 20 coronary events be predetermined endpoints in all future |
| 21   Q   A document, have you seen that before? | 21 controlled trials with Vioxx and the back up COX-2 inhibitors," |
| 22   A   Yes. | 22 right? |
| 23   Q   What is Exhibit 25? | 23   A   Yes. |
| 24   A   It's a Programmatic Review from the Scientific | 24   Q   And did Merck do that? |
| 25 Advisors Meeting of May '98. | 25   A   Well, that's a double-edge question. Yes, they |

| Page 279 | Page 281 |
|---|---|
| 1   Q   Now, is that the document you were referring to in | 1 did do it. |
| 2 your report when you talked about Merck's advisors warning, | 2   Q   Okay. And then the Board of Scientific Advisors |
| 3 giving warnings in May of 1998? | 3 proposed that "endpoints be assessed by a uniform set of |
| 4   A   One of them, yes. | 4 criteria so that meta-analysis of coronary and |
| 5   Q   Did you read this document? | 5 cerebrovascular events from all these trials can be |
| 6   A   Of course. | 6 performed"? |
| 7   Q   Now you don't claim that the Merck -- well, what | 7   A   Yes. |
| 8 was your understanding about who the scientific advisors who | 8   Q   Did Merck do that? |
| 9 were referred to in Exhibit 25, who they are, by category, | 9   A   Yes. |
| 10 not by name, of what type of people were they? Were they | 10   Q   Then on Page 17, it says there is a strong |
| 11 Merck employees, or were they outside people who didn't work | 11 mandate for the introduction of Vioxx into the medical |
| 12 for Merck, or -- | 12 practice as soon as is feasible, correct? |
| 13   A   I don't recall now, but some of them were, of | 13   A   Yes. |
| 14 course, outside consultants. Some were consultants paid by | 14   Q   The Board of Scientific Advisors didn't tell Merck |
| 15 Merck. But right now I don't remember the make-up of the | 15 they shouldn't sell Vioxx, correct? |
| 16 committee that engendered this report. | 16   A   They did not. But they did advise, as you can |
| 17   Q   You don't contend that the Board of Scientific | 17 see, some studies to discuss -- or determine about ischemic |
| 18 Advisors told Merck not to develop and market Vioxx; are | 18 heart disease. |
| 19 you? | 19   Q   And you also refer to external studies in your |
| 20   A   No. | 20 report that demonstrated the cardiotoxicity of Vioxx. And |
| 21   Q   Or they didn't tell Merck that Vioxx would cause | 21 you refer to Dr. FitzGerald, Grosser, Antman. Were those, |
| 22 atherosclerosis; did they? | 22 the FitzGerald, Grosser and Antman studies that you mentioned |
| 23   A   No. | 23 earlier? |
| 24   Q   Or that it would cause plaque rupture? | 24   A   Yes. |
| 25   A   No. | 25   Q   Some of those articles actually weren't studies, |

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 282

1  correct? Like Grosser's was a review article?
2      A   Yes.
3      Q   And Antman was a review article?
4      A   Yes.
5      Q   And the two FitzGerald pieces that you mentioned
6  were editorials or articles, not studies, but they are
7  FitzGerald studies, correct?
8      A   Yes, but I never got to them, because I never got
9  through the pile.
10     Q   But they're in your pile that we designated,
11  correct?
12     A   They should be.
13     Q   Well, if they're not and they need to go into the
14  pile, just let me know before trial.
15     A   Unless you settle.
16     Q   Now, you also say there in your report on Page 5,
17  et cetera, you say FitzGerald, Grosser, Antman, et cetera,
18  are the other external experts reports that you believe
19  clearly demonstrated the myocardial toxicity of Vioxx in
20  the stack, Exhibit 22, that you identified, as far as you
21  know?
22     A   I'm not sure, but there are people I could
23  mention like Ray and things like that.
24     Q   Why don't you just mention right now the ones off
25  the top of your head that are most important, and then

Page 283

1  later you can look through Exhibit 22, and if you think
2  there are other ones that need to be supplemented, you can do
3  that, although, Exhibit 22 is just about atherosclerosis;
4  wasn't it?
5      A   Yes.
6      Q   All right. So, are there others that come to mind
7  when you say et cetera in the list of FitzGerald, Grosser,
8  and Ray was one?
9      A   Since, whether you like it or not, I am
10  cooperative, I will, through the attorney, send you the
11  list of additional references that I included.
12         MR. LOCKLAR: I think all the
13      references have already been --
14         MR. OUWELEEN: Let's just mark, actually --
15  BY MR. OUWELEEN:
16     Q   Doctor, we've already discussed that you gave us a
17  full disclosure of your references?
18     A   Of course, absolutely.
19     Q   Now Exhibit 24 --
20     A   I'm saying that they may not be in these piles.
21     Q   You know what, if we don't have copies of any of the
22  articles you disclosed, we'll get in touch with counsel and
23  ask for those.
24         MR. LOCKLAR: Let me say on the record, we've
25      given you several hundred articles that he's reviewed

Page 284

1  over time. I think every one of them will be
2  listed. I think there's 200 something articles listed.
3  He's pulled out the ones most representative of his
4  opinions. That's what 22 and those other exhibits
5  reflect.
6         MR. OUWELEEN: The record reflects what those
7      reports represent.
8  BY MR. OUWELEEN:
9      Q   Exhibit 26, Dr. Gelb, what you provided us to
10  today, is that a supplementation of the materials that you relied
11  on for your opinions in this case --
12     A   Yes.
13     Q   As of today, that's a full and complete list?
14     A   That's a full and complete list as of midnight
15  last night.
16         (Exhibit No. 26 marked.)
17     Q   The additional articles that are listed on there,
18  did you just add them on to the end?
19     A   I do.
20     Q   So up to 187 it's the same, and you got the new
21  ones tagged on?
22     A   I may have eliminated one when I saw a duplication
23  and put another one in. You know what I mean?
24     Q   Yes.
25     A   Otherwise --

Page 285

1      Q   For the most part, you just put new references in?
2      A   Yes.
3      Q   Are those articles that you just read since preparing
4  your report, or you just remembered you left them off the
5  list?
6      A   Since preparing the report because I read them after --
7  the ones I added?
8      Q   Yeah.
9      A   They're added after the report.
10     Q   I see. And you read them after the report?
11     A   Yes, sir.
12     Q   Okay.
13     A   For example, I see I have Egan here twice, so when
14  you see that, it's -- I wanted to point it out to you.
15  Number 206 and Number 8 are the same.
16     Q   So there's some duplication?
17     A   Yeah. I didn't do that to make the list longer.
18     Q   It's already a nice long list.
19         Now when you say internal Merck studies clearly
20  demonstrated the myocardial toxicity of Vioxx, and you refer
21  to VIGOR, ADVANTAGE, 090, APPROVe, VICTOR, et cetera, what
22  is the "et cetera" referring to, what other internal Merck studies, if
23  any?
24     A   I have to go through and add on the other Oates --
25  085, 090, things of that nature.

72  (Pages 282 to 285)

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 286

1    Q   085 didn't demonstrate the myocardial toxicity of
2    Vioxx?
3    A   No, but there are, off the top of my head,
4    other studies I could add.
5    Q   Sitting here today, can you think of any other
6    Merck internal studies that you contend demonstrate the
7    myocardial toxicity of Vioxx, just sitting here today?
8    That's my question.
9    A   Not right now, but it's been a long day.
10   Q   If you think of any subsequent to today, please
11   let me know before trial.
12   A   I certainly shall.
13   Q   Thank you.  And, similarly, if there are other
14   people incorporated within the et cetera of external
15   experts, FitzGerald, Grosser, Antman, Ray, if you think of
16   others who should be spelled out as part of that et cetera
17   there, would you let us know?
18   A   I assure you I will.
19   Q   Thank you.  That's the better way to do this.
20   A   I'm not sure if he was included -- I'm not sure if
21   Dr. Ray is -- I think his is listed, then I have a report
22   from Dr. Zipes that I referred to, and I don't know if
23   it's --
24   Q   Are those expert reports in litigation?
25   A   Those are expert reports.  They're not references,

Page 287

1    but they're expert reports.
2    Q   We'll go ahead and mark those.  Well, did you read
3    those and rely on those?
4    A   You can see when you get them, they're all marked up.
5        (Exhibit No. 27 marked.)
6    BY MR. OUWELEEN:
7    Q   So, is Exhibit 27 a copy of an expert report
8    prepared by Dr. Ray that you reviewed?
9    A   Yes.
10   Q   The handwriting on there is your handwriting and
11   mark-up --
12   A   It is.
13   Q   -- to the extent we can read it.  And is Exhibit 28 an
14   expert report of Dr. Zipes --
15   A   Yes.
16   Q   -- that you reviewed and marked up?
17       (Exhibit No. 28 marked.)
18       THE WITNESS:  Yes.
19   BY MR. OUWELEEN:
20   Q   Did you review those as part your work in this
21   litigation?
22   A   I reviewed it because of my wanting to review
23   everything I can about Vioxx.  Dr. Baum can help you
24   interpret my handwriting.
25   Q   Is there a secret code you learn in medical

Page 288

1    school, how to interpret other doctor's handwriting?
2        Now you refer to the ADVANTAGE study.  Was the
3    ADVANTAGE study show -- did the ADVANTAGE study show a
4    statistically significant difference for heart attacks?
5    A   I don't believe so, but I want to check it.
6    Q   Sitting here today, you don't recall that it did?
7    A   No.
8    Q   Or for total confirmed thrombotic events?
9    A   No.
10   Q   Or for APCT events?
11   A   No.
12   Q   How about ischemic stroke?
13   A   I don't really recall it, unless I get to it.
14       THE WITNESS:  Can you find it?
15       MR. LOCKLAR:  I didn't see it marked on there.
16   BY MR. OUWELEEN:
17   Q   ADVANTAGE?
18   A   I have it.
19   Q   It shows what it says?
20   A   I have Dr. Lisse's article.
21   Q   That's it.  Do you know if there's a statistically
22   significant difference for ischemic stroke was the
23   question.
24   A   I don't recall it, no.
25   Q   Well, is it important to consider ischemic stroke

Page 289

1    if you're assessing whether a drug is prothrombotic?
2    A   Yes.
3    Q   Why?
4    A   Because it's part of the cardiovascular system.
5    Q   So because blood clots lead to ischemic stroke?
6    A   Blood clots can lead to ischemic strokes.
7    Q   So if something increases the rates of ischemic
8    strokes, that suggests that it might be prothrombotic?
9    A   Yes.
10   Q   And if it doesn't increase it, it doesn't suggest
11   that it's prothrombotic, correct?
12   A   It doesn't.  But Dr. Villalba -- I won't mention
13   it, unless you want me to.
14   Q   No, I'll ask about Dr. -- now 090, you refer to,
15   that's another Merck study?
16   A   Yes.
17   Q   And that that didn't show an increased --
18       MR. LOCKLAR:  Do you want to, while we're here,
19   mark the ADVANTAGE package that he has separately?  It
20   was included in the group, and it's marked as
21   ADVANTAGE.  We can do it however you want to.
22       DR. BAUM:  I mean it's in 22.
23       MR. OUWELEEN:  We're going to take ADVANTAGE and
24   mark it as 29.  But ADVANTAGE is not one of the
25   studies -- can we mark ADVANTAGE as Number 29?

73  (Pages 286 to 289)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 290

1          (Exhibit No. 29 marked.)
2  BY MR. OUWELEEN:
3      Q   So ADVANTAGE is 29, right, Doctor?
4      A   Yes.
5      Q   ADVANTAGE, which I just took it out of 22, which
6  was the pile supporting the atherosclerosis opinion,
7  ADVANTAGE doesn't show that Vioxx causes atherosclerosis;
8  does it?
9      A   I can tell you what the findings showed.
10     Q   I would appreciate it if you would first just answer
11 whether it shows --
12     A   No.
13     Q   But it doesn't show that it causes the
14 atherosclerosis?
15     A   It did show certain cardiovascular findings.
16     Q   Okay.  But it doesn't show -- we don't have a
17 clear record yet.
18         It doesn't show that it causes
19 atherosclerosis, correct?
20     A   Correct.
21     Q   All right.  Now.  You have some opinions in your
22 report about -- let me ask you this, just stepping back from
23 these studies.
24     A   Excuse me.  Here's 090, Dr. Weaver.
25     Q   Dr. Weaver is 090?

Page 291

1      A   Yes, sir.
2          MR. LOCKLAR:  If you want to mark it separately,
3  as well.
4          MR. OUWELEEN:  Sure.  We can mark 090.
5          (Exhibit No. 30 marked.)
6  BY MR. OUWELEEN:
7      Q   I started asking you about 090.  Did it show a
8  statistically significant difference?
9      A   Let me just double check.  See, I'm moving faster.
10     Q   I'm doing my best, Doctor.
11     A   Me too.
12     Q   You are.  I do admit that.
13         So, is Exhibit 30 your marked-up copy, Dr. Gelb, of
14 090?
15     A   Which is the article by Dr. Weaver?
16         MR. LOCKLAR:  And some other --
17         THE WITNESS:  And there's a list of some other
18     stuff in here.
19 BY MR. OUWELEEN:
20     Q   Now 090, were the differences in cardiovascular
21 events in 090 statistically significant?
22     A   If I could look at the numbers for a second.
23     Q   Go ahead.
24     A   No.
25     Q   And you -- I'm sorry?

Page 292

1      A   058 is mentioned in here, too.
2      Q   Now, you'd agree, wouldn't you, that when trying to
3  assess the cardiovascular effect of Vioxx, it would be a
4  good idea to look at all the final pooled data from all the
5  Vioxx clinical trials of Vioxx?
6      A   Of course.
7      Q   And did you do that?
8      A   Of course.
9      Q   Did you read other than 090, VICTOR, ADVANTAGE
10 APPROVe, VIGOR, did you review any other placebo-controlled
11 trials of Vioxx?
12     A   I don't know if now is the appropriate time to
13 mention Dr. Juni.
14     Q   Was Juni a clinical trial or a meta-analysis?
15     A   Meta-analysis.
16     Q   I'm asking now about other trials.
17     A   I'm sure I have it.  Right now, after a long day,
18 off the top of my head, I can't remember.
19     Q   If you think of any other clinical trials, just
20 let us know.
21     A   Okay.  Through the lawyer.
22     Q   Through the lawyer, as far in advance of trial as
23 possible.
24     A   Of course.
25     Q   Now when you looked at all the final pooled data

Page 293

1  from all the Vioxx clinical trials, what statistically
2  significant findings did it show?
3      A   That there was an excess incidence of myocardial
4  infarctions or cardiac events -- let's put it that way --
5  in people who took the Vioxx versus the people who either
6  did not take -- versus the people who did not take Vioxx.
7      Q   That was in the final pooled analysis from all the
8  clinical trials?
9      A   Well, the ones I can think of right now, with
10 VIGOR, with APPROVe.
11     Q   Which pooled analysis was that?
12     A   That was just -- no, those weren't pooled
13 analyses.  Those were just the studies.
14     Q   I'm talking about the pooled analysis.
15     A   I don't recall which pooled analysis I had.
16 The pooled analysis with the meta-analysis that I read
17 were from Juni at this time.
18     Q   When I asked if you looked at the pooled data from
19 all Vioxx clinical trials, and you said yes, you were
20 referring to Juni?
21     A   No, I shouldn't have referred to that.  I
22 inappropriately referred to Juni.  But I remember looking at
23 it, but right now, off the top of my head --
24     Q   You can't remember what the final pooled analysis
25 shows, correct?

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 294

1    A  I can't remember.
2    Q  But it would be important to know?
3    A  Yes.  Like I say, if I went through my literature,
4  I could give you the answer.
5    Q  There are other long-term placebo-controlled
6  trials that showed no difference in thrombotic CV events,
7  like Alzheimer studies; you reviewed those?
8    A  Oh, absolutely.  There was one that was
9  questionable.  There were three others that were not.
10   Q  The three others that were not showed that there was no
11  difference in CV events for Vioxx?
12   A  Right.
13   Q  And in VIP -- what about VIP?  You mentioned --
14  did you mention that one in your report?  Are you aware of
15  that VIP study?
16   A  I'm aware that's the prostate.  But when you said there
17  was no cerebral, but there was an increased incidence of
18  myocardial infarction in the patients with the Alzheimer's
19  studies, but it wasn't statistically significant, before you
20  asked it.
21   Q  Thank you.  How about VIP, did you review that
22  study?
23   A  I know about it, but I don't remember reviewing
24  it.
25   Q  Do you remember what the --

Page 295

1    A  Prostate carcinoma.
2    Q  Do you remember what the event rates were?
3    A  I don't right now.  If you could show it to me,
4  I'll be glad to look at it.
5    Q  Did you -- sorry.  Just to clarify, did you -- I
6  know you said it wasn't statistically significant, but apart
7  from that, do you believe that the Alzheimer's study showed
8  more MIs on Vioxx than on a placebo?
9    A  I believe so, but, also, it didn't retard the
10  progression of Alzheimer's.  Let me look at --
11   Q  That would be a different case.
12   A  Let me look at my Alzheimer's -- if I could look
13  at them for a second.
14   Q  Sure.  There it is.
15   A  Dr. Aisen, A-I-S-E-N, I'm sure you know.
16   Q  Okay.  Dr. A-I-S-E-N?
17   A  Yes.
18      MR. OUWELEEN:  Can we go ahead and mark this as
19  Gelb 30?
20      MR. LOCKLAR:  It should be 31.
21      (Exhibit No. 31 marked.)
22  BY MR. OUWELEEN:
23   Q  So yes.  Now you're talking about --
24   A  The Aisen study.
25   Q  The Aisen study, and what was the rate of --

Page 296

1    A  That was from JAMA in June of '03.
2    Q  What's the relative rate of myocardial infarctions
3  in that?
4    A  Okay.  With Vioxx, there were three MIs, only one
5  for the placebo group and zero for the naproxen.
6    Q  And did you review other Alzheimer's studies?
7    A  Yes, but I can't find them right now.
8    Q  You know, I didn't see them listed, actually, in
9  your list.  For example, I don't know how you pronounce the
10  name.  Is it Reines, R-E-I-N-E-S, 2004?  Did you review that
11  one?
12   A  Yes.
13   Q  And Thal, T-H-A-L, 2005.  And both of these did
14  not show an increased rate of MIs on Vioxx, correct?
15   A  They did not.
16   Q  Did you review the pooled osteoarthritis
17  studies?
18   A  I did.  I don't know where it is in my pile.
19   Q  They didn't show an increased cardiovascular risk
20  from Vioxx, correct?
21   A  Not that I recall at this time.
22   Q  Now you have some opinions in your report about
23  labeling the Vioxx?
24   A  Yes.
25   Q  Which, I wish I could find it.

Page 297

1    Dr. Gelb --
2    A  Yes, sir.
3    Q  -- you mentioned earlier that, although it's not
4  discussed in your report, you believe that Vioxx causes
5  plaque rupture, correct?
6    A  Yes, sir.
7    Q  Now there's no indication in this case whether the
8  Vioxx caused Mr. Dedrick's plaque rupture, as opposed to
9  some other thing that caused the plaque rupture, correct, no
10  medical indication, I mean?
11   A  No.  But as Dr. Baum will tell you, when there are
12  risk factors, many contribute.
13   Q  But there's no signature in the medical records
14  that shows that this plaque rupture was caused by Vioxx,
15  correct?
16   A  We can suspect it was.  But like you said
17  earlier, there was no V on the plaque rupture.
18   Q  By which you mean there's no signature indication in the
19  medical records that points to Vioxx?
20   A  Right.
21   Q  Is that what you mean when you refer to the V,
22  Doctor?
23   A  No.  There was no definite indication it was
24  Vioxx, except that we know that Vioxx does cause myocardial
25  infarction, and we know that when patients are smokers with

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 298

1   hyperlipidemia, with hypertension. Even though it's
2   controlled, they have an increased -- I think I mentioned
3   this earlier. I don't want to be repetitive.
4           So when you knock out the prostacyclin, and you
5   have increased incidences of thromboxane, as Dr. Oates said,
6   then the patients are more prone to have an acute MI from being
7   on Vioxx.
8       Q   I understand your theory about that.
9       A   I'm sorry.
10      Q   I just want to be clear, you're not pointing to
11  something in the medical records that says that plaque
12  rupture was caused by Vioxx?
13      A   No.
14      Q   That's correct?
15      A   Just my opinion.
16      Q   That's correct, correct?
17      A   Yes, correct.
18      Q   Are there studies as opposed to articles and
19  reviews and editorials that show that Vioxx causes this plaque
20  rupture to happen?
21      A   I haven't seen the studies.
22      Q   You haven't seen any studies about that?
23      A   No.
24      Q   Okay. Not in animals or humans?
25      A   Not yet, maybe before trial there may be.

Page 299

1       Q   Okay. Let's talk about the -- do you want to take
2   a break?
3       A   No. It depends how long you think we're going to
4   go. I don't know how much time we're going to have.
5           DR. BAUM: 59 minutes.
6           THE WITNESS: How many minutes?
7           DR. BAUM: 59 minutes; 58 if I keep
8   talking.
9           MR. OUWELEEN: Would you like to take a break?
10          THE WITNESS: No. Do you need a break?
11          MS. LOWRY: No, I'm fine. I might stand up in a
12  minute.
13          THE WITNESS: You know something, I'll take you up
14  on that. I'll take a two-minute break.
15      (Thereupon, a short break was taken.)
16      (Exhibit No. 32 marked.)
17  BY MR. OUWELEEN:
18      Q   So here's Exhibit 32. Dr. Gelb, Exhibit 32 is a
19  complete collection of your billing statements to date for
20  the time that you spent working on your expert work for this
21  case, the Dedrick case, correct?
22      A   Yes.
23      Q   And it's current up to -- well, October 12, 2006,
24  which is today, correct?
25      A   October 12.

Page 300

1       Q   That's the last page?
2       A   Is that the last page?
3       Q   Uh-huh.
4       A   Yes.
5       Q   So on the first page, it indicates that you had a
6   conference on -- and it's your practice to, I think we've
7   already said, to accurately note down the time that you
8   spend --
9       A   I do.
10      Q   -- and the purpose or the general topic of the
11  time that you're spending, correct?
12      A   Yes. That's the best way to do it.
13      Q   And so you had a conference on March 17, 2006,
14  about Anthony Dedrick, correct?
15      A   Yes.
16      Q   And then you reviewed records and had a discussion
17  with somebody named Lisa, correct?
18      A   Yes.
19      Q   Who is Lisa?
20      A   I think that's the secretary at the firm.
21      Q   Okay. And the records that you were reviewing
22  there, would they have been medical records?
23      A   Yes, sir.
24      Q   So on 3/23/06 you reviewed medical records for two
25  and a half hours, correct?

Page 301

1       A   Yes.
2       Q   And then on the next statement page, Page 2, you
3   had conferences with Mr. Sizemore, correct?
4       A   Yes.
5       Q   So -- sorry. Just going back, so you started your
6   work on this case, as best as you can recall, in March of
7   2006?
8       A   Yes. Now I can tell you that.
9       Q   Right. And then the conferences with
10  Mr. Sizemore on April 17th and April 18th, do you know what
11  the topic of those conferences was?
12      A   It was about Mr. Dedrick.
13      Q   Were you reviewing medical records? Do you know
14  what you were doing?
15      A   We were reviewing medical records, reviewing COX
16  inhibitors, especially Vioxx.
17      Q   So, you were reviewing medical literature, all sorts of
18  things --
19      A   Yes, sir.
20      Q   -- talking with Mr. Sizemore?
21      A   Yes.
22      Q   Was that a personal conference, meeting?
23      A   In Boca Raton.
24      Q   Yes. So he came here to visit with you?
25      A   Yes.

76 (Pages 298 to 301)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 302

1    Q   And were you drafting the report yet at that
2  stage?
3    A   Let me see that.  Can I see the -- I don't believe
4  so, but I just want to --
5    Q   Later in the records, you note, sir, that your --
6    A   Where's the report?  I want the date of the
7  report.
8    Q   Oh, the report, sir, is September 15.
9    A   That's what I thought.  I just wanted to make
10 sure.
11   Q   Okay. So probably you weren't writing the report
12 at that time?
13   A   No, probably I was not.
14   Q   The next record is Monday July 31, 2006?
15   A   Yes.
16   Q   And on that day you spent one and a quarter
17 hours reviewing the medical records, correct?
18   A   Yes.
19   Q   And then there's another entry of a quarter hour
20 reviewing the cardiac catheterization, correct?
21   A   Yes.
22   Q   And so when you --
23   A   Excuse me.  I have the x-ray here, too, you might
24 want to take it.
25   Q   Thank you.  I will.  And then the next day,

Page 303

1  July 31, so far in terms of reviewing medical records,
2  you've got review records of two and a half hours on the
3  first page, and three-quarter hours, right, so that's three
4  and a quarter hours on the first page?
5    A   Yes.
6    Q   On the second page, any idea how much of that time was
7  spent reviewing medical records?
8    A   I can't tell you.
9    Q   Some.  Probably most of the other entries indicate
10 whether it's medical records?
11   A   You know, when I was with him, it was disbursed,
12 medical records, literature.
13   Q   The next day, the next page, in July, there's
14 another hour and a half reviewing medical records, correct?
15   A   Yes.
16   Q   And the next day or the next -- or the next page
17 is a repeat.  It's a duplicate, actually.
18       Then Monday, for August 14th, that one doesn't
19 reflect any review of medical records, correct?
20   A   Correct.
21   Q   But it does refer to APPROVe data on DVD; do you
22 see that?
23   A   Yes.
24   Q   Do you have some APPROVe data on DVD?
25   A   I did, but I have no idea what happened to it.

Page 304

1    Q   Where did you get that from?
2    A   The law firm.
3        MR. OUWELEEN:  May we have that, please?
4        MR. LOCKLAR:  Sure.  I think it's SAS data, is
5  what he's referring to.
6        MR. OUWELEEN:  Does that ring a bell with you, the
7  SAS data?
8        THE WITNESS:  It does.
9        MR. LOCKLAR:  Do you still want a copy of it?
10       MR. OUWELEEN:  Just so we know we have the same
11 thing he looked at.
12       MR. LOCKLAR:  Sure.
13 BY MR. OUWELEEN:
14   Q   And you read some depositions on that day?
15   A   Yes, sir.
16   Q   And then -- these are out of order.  Then you've
17 got July 31 again.  And then August 28th, that's just a
18 balance statement, correct?
19   A   That's exactly right.
20   Q   No additional time, right?
21   A   Correct.
22   Q   And then September 13th is the next bill, and that
23 reflects the time for the preparation of the expert report,
24 correct?
25   A   Oh, do you know what?  That's right.  That was

Page 305

1  September 7th and 8th.  That's when Andy Birchfield came
2  down.  The other was with Paul Sizemore.  This was with
3  Andy Birchfield.
4    Q   Earlier you testified about meeting with
5  Mr. Sizemore to draft the expert report?
6    A   We spoke about it.  I didn't draft it at that
7  time.
8    Q   I understand.  But does this refresh your
9  recollection that, in fact, it was Mr. Birchfield you spoke
10 with about the expert report, I mean about the actual, sort
11 of, what it was going to say in the expert report?
12   A   No.  I may have spoken to him, but the major work
13 was between Mr. Sizemore and me.
14   Q   Well, when did that major work happen?  Where is
15 that reflected on here?
16   A   It says preparation conference with Paul Sizemore
17 and finalization, 12 & 13th.
18   Q   Of expert report?
19   A   So he may have come down here then too.  I think
20 so.
21   Q   All right.  Just to get the chronology straight.
22 So, on September 7 and 8, 2006, you had a long conference
23 with Mr. Birchfield and Ms. Parmer?
24   A   Correct.
25   Q   And where was that?

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 306

1    A   In Boca.
2    Q   They came down and visited with you?
3    A   Yes.
4    Q   And did you talk about what it was going to say in
5    the expert report at that time?  What were you doing for 12
6    hours?  That's a long day.
7    A   We spoke about Mr. Dedrick, of course.  They said
8    you're going to want a report.  I said this is what I'd like
9    in it.  We have to go over it.  Then I went over it more
10   throughly with Mr. Sizemore.
11   Q   So you discussed with Mr. Birchfield and
12   Ms. Parmer?
13   A   No, I didn't discuss my report with her.  I
14   discussed it with Andy Birchfield.
15   Q   Was she there, too?
16   A   She was at the meeting.  But I think the main
17   thrust of the meeting was between me and Mr. Birchfield
18   about the report, but the more substantive meeting about the
19   report would be with Mr. Sizemore.
20   Q   Do you recall, by the time of your conversation
21   with Mr. Birchfield on the 7th and 8th, you had formed your
22   opinions in this case?
23   A   On the 7th and 8th?  I had finalized -- I had
24   formed opinions, I hadn't finalized them yet.
25   Q   Right.  But your opinions at that stage weren't

Page 307

1    different than what there are today, correct?
2    A   No.
3    Q   Then subsequently --
4    A   Wait, wait.  Excuse me.  At that time I didn't
5    have the report of the nuclear stress test or the stress
6    echo.
7    Q   Well, did those change your opinion or just
8    confirm your opinion?
9    A   No, they just confirmed my opinion.
10   Q   Then you had another conference with Fran Parmer
11   on September 10 and 11, 2006, correct?
12   A   Right.
13   Q   And what was the purpose of that conference?
14   A   To go over the medical records.
15   Q   All right.  And is Ms. Parmer an attorney?
16   A   No.
17   Q   What is her role?
18   A   She's a nurse.
19   Q   She's a nurse.  And who does she work for?
20   A   She works with a firm in Montgomery.
21       MR. LOCKLAR:  She's a nurse consultant who works
22   for us.
23   BY MR. OUWELEEN:
24   Q   She works for the lawyers?
25   A   She works with the Beasley law firm.

Page 308

1    Q   I see.  So you reviewed medical records with her?
2    A   Yes.
3    Q   And then, but you weren't drafting your report
4    with her?
5    A   No, of course not.
6    Q   Yeah.  Then September 12 and 13, Mr. Sizemore came
7    and visited with you, and you sat down and hammered out what
8    it was going to say in your expert report?
9    A   I believe so.
10   Q   Then he went back and kind of drafted it up, and
11   then you reviewed it and edited it on September 14, 15,
12   and 16th, correct?
13   A   Right.
14   Q   Okay.  And then there you go.  And then after
15   that, you reviewed and discussed some depositions, as shown
16   on the bill of October 2nd, correct?
17   A   Yes.
18   Q   And that was after your report was done?
19   A   Right.
20   Q   And looked at some records that seemed to relate
21   to a different case?
22   A   It's a different client, different person.
23   Q   Different case.  So, Turner Glendoro didn't have
24   to do with the Dedrick case?
25   A   Oh, no.  That was my bill.

Page 309

1    Q   Did the other work shown there on the October 2
2    invoice all relate to the Dedrick case, other than that
3    Turner Glendoro?
4    A   Aside from Number B, all of the others were
5    Dedrick.
6    Q   Yeah.  And so do you usually just send -- and then
7    the last page is your fee for appearing here today?
8    A   Yes.
9    Q   And other than -- well, do you usually just send
10   one bill to the Dedrick firm for all the work you're doing
11   with them?
12   A   I usually do.  But I suppose after you
13   questioned, maybe I should separate the clients.
14   Q   But all the other --
15   A   Have been included.
16   Q   All the other charges, other than that one we just
17   identified as B on the second to the last page, all the
18   other charges in Exhibit 32 all relate to the Dedrick case?
19   A   Yes, sir, they do.
20   Q   Now, you believe that Merck concealed information
21   about additional heart attacks that were not reported
22   in the original VIGOR New England Journal of Medicine article?
23   A   Well, the word "concealed" is strong.  They didn't
24   include it.  So I don't know how -- you know, sometimes you
25   can temper the terminology, but they didn't send all the

78  (Pages 306 to 309)