Ira J. Gelb, M.D.

| Page 310 |
| --- |

1 reports in to the New England Journal, as Dr. Curfman
2 clearly said.
3     Q   Do you know what the proper numbers of myocardial
4 infarctions in the Vioxx versus the Naproxen groups were
5 properly counted if they had included all the events you think
6 should --
7     A   If I could see the report, they added three more,
8 but I forget what the total number added up to at that time.
9     Q   Which report would you want to see then?
10     A   The final numbers.
11     Q   So if I suggested that it was 20 to 4, would that
12 refresh your recollection?
13     A   Yes, that would be fine.
14     Q   That's what is?
15     A   That's what I remember.  You mean you didn't
16 want me to look through the pile.
17     Q   There were bad events or adverse events on
18 Naproxen that also weren't included in the original
19 submission to the New England Journal of Medicine, correct?
20     A   Right.
21     Q   So the 20 to 4 events that should have been, in
22 your view, submitted to the New England Journal of Medicine,
23 that was a five-fold difference, correct?
24     A   Yes.
25     Q   It would have shown as a risk of 5 to 1 Vioxx to

| Page 311 |
| --- |

1 Naproxen, correct?
2     A   Yes.
3     Q   Another way of saying, it would be .20 to 1
4 Naproxen to Vioxx?
5     A   But it's more -- well, it's easier for a
6 physician -- the only reason is 5 to 1, instead of .20, but
7 they --
8     Q   But they mean the same thing, correct?
9     A   Yes, they do.
10     Q   Did you read the author's reply, Mr. Curfman's --
11     A   I did.
12     Q   Dr. Curfman's --
13     A   I wouldn't call him Mr. Baum.
14     Q   -- Dr. Curfman's Expression of Concern?
15     A   Yes.
16     Q   Now, in your report you refer to "Expressions of
17 Concern."  There aren't any Expressions of Concern except
18 about this VIGOR, New England Journal of Medicine article,
19 correct?
20     A   Correct.
21     Q   There were two.  There was an Expression of Concern
22 and then a --
23     A   Reaffirmation
24     Q   -- reaffirmation.  But there was no Expression of
25 Concern about, for example, the APPROVe study?  There was a

| Page 312 |
| --- |

1 correction but not an Expression of Concern,
2 correct?
3     A   Well, that did concern me, too.
4     Q   But the thing that was published was not an
5 Expression of Concern, correct?
6     A   The thing that was published was a correction.
7     Q   We'll talk about the correction.
8     A   I'm sure.
9     Q   I just want to be sure that I know what you're talking
10 about in your report when you talk about Expression of
11 Concern.
12     A   Expression of Concern is what we just said.
13     Q   The two VIGOR Curfman publications in the New
14 England Journal of Medicine, correct?
15     A   Correct.  But in addition, I want to say, for the
16 record, I was dismayed to see the follow-up numbers that
17 came in when we reviewed the 18-month study, the results of an
18 18-month study on the APPROVe study.  They added some
19 other figures subsequently.
20     Q   Okay.  So now we're talking about a third thing,
21 which is an APPROVe follow-up extension data; is that
22 correct?
23     A   Yes.
24     Q   I'm sorry.  Yes?
25     A   Yes.

| Page 313 |
| --- |

1     Q   All right.  We'll get to that, too.
2     A   I'm sure.
3     Q   Quickly, I guess.  The additional data
4 from the VIGOR study that was the subject of the Expression
5 of Concern was provided to the FDA on October 13, 2000,
6 correct?
7     A   Yes.
8     Q   The FDA knew about the pre-specified cut-off date,
9 correct?
10     A   Yes.
11     Q   And the additional data was published on the FDA web
12 site in February 2001, correct?
13     A   Yes.
14     Q   And the additional heart attack data was actually
15 reflected in the Vioxx label, approved in April 2002,
16 correct?
17     A   Yes.
18     Q   And that was the label that was sent to
19 Dr. Herrera, correct?
20     A   Yes.
21     Q   And that was the label in place --
22     A   I presume it was sent to Dr. Herrera.
23     Q   Have you seen indications of that in Dr. Herrera's
24 deposition?
25     A   Yes.

Ira J. Gelb, M.D.

Page 314

1    Q   And that was the label, the official label, for
2   the whole time that Mr. Dedrick was on Vioxx, correct?
3    A   Yes.
4    Q   Now you have opinions about the label of Vioxx.
5   You've read that April 2002 Vioxx label, the revised label,
6   correct?
7    A   Yes.
8    Q   And you think it should have been different?
9    A   Yes.
10   Q   Now, it's important for the label of a medicine to
11  contain accurate information about the medicine, correct?
12   A   Yes.
13   Q   Both about the real risks and real benefits,
14  right?
15   A   Yes.
16   Q   And you, as a doctor, were always careful to read
17  the label of drugs that you were prescribing to your
18  patients?
19   A   Yes.
20   Q   And to keep up on the labels in case they changed,
21  to review them every so often?
22   A   Yes.
23   Q   And it's not okay for doctors to prescribe drugs
24  without reading the labels; is it?
25   A   No, they shouldn't.

Page 315

1    Q   Right. And the content of the label can't inform
2   a doctor unless he reads a label, correct?
3    A   It depends on the way the label is expressed. You
4   can have a label mention a precaution. You can have a
5   label saying warning. You can have a black box. And, you
6   know, having been in practice besides academics, I can tell
7   you that a lot of physicians rely on the PDR and rely on
8   the detail person, and that's their primary source for
9   knowing whether to institute a new drug. And if they go to
10  meetings, it's interesting, but a lot of them rely on the
11  PDR or the detail person.
12       And if they simply see a precaution, many of them
13  may not take it as seriously -- I'm just saying --
14   Q   I was reacting to the lightning outside.
15   A   Sorry. Okay -- as important as a warning, and
16  sometimes if you're really concerned about it, you put it in
17  the black box.
18   Q   Now. You're not saying it's okay for doctors to
19  ignore information just because it's not in a black box --
20   A   No.
21   Q   -- or just because it is on the label?
22   A   No. I'm just telling you about the real world.
23   Q   Do you know if the --
24       Are you aware of any studies or research about
25  whether doctors actually distinguish

Page 316

1   between precautions and warnings?
2    A   No.
3    Q   Okay. And does the PDR, do you know if the
4   additional heart attacks for the VIGOR study were included
5   in the PDR information about Vioxx after the label changed?
6    A   I'm not sure. I don't -- I'm not sure.
7    Q   You don't know -- you don't know what the -- are
8   you familiar with something called Epocrates?
9    A   I do.
10   Q   Is that a software product that gives drug
11  information?
12   A   Yes.
13   Q   Have you checked what it said about Vioxx in
14  April 2002?
15   A   No.
16   Q   You don't have -- you haven't reviewed that at
17  all?
18   A   No.
19   Q   And you're not offering any opinions about what
20  that said, right?
21   A   No.
22   Q   And it wouldn't be right, as a doctor, to allow
23  what a detail person says to substitute for your medical
24  judgment as a doctor?
25   A   Absolutely not.

Page 317

1    Q   Now you understand that the FDA approves
2   every word, comma, and dot for prescription drug labels?
3    A   I do.
4    Q   And they can withhold approval of a medicine if the
5   FDA disagrees with the proposed labeling?
6    A   Correct.
7    Q   And the FDA can demand that a company add whatever
8   language the FDA wants to be added to the label?
9    A   Yes.
10   Q   And when the FDA approves medicine as safe and
11  effective, it does so as labeled, correct?
12   A   Yes.
13   Q   And the FDA approved Vioxx is safe and effective
14  as labeled in May 1999, correct?
15   A   Yes.
16   Q   And the FDA scientists specifically approved every
17  word of that original Vioxx label?
18   A   In '99.
19   Q   Right. And then the FDA again approved the
20  April 2002, label, correct?
21   A   Yes.
22   Q   And, in fact, at that time, the FDA approved Vioxx
23  as safe and effective for use as labeled for some additional
24  indications --
25   A   Yes.

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

## Ira J. Gelb, M.D.

1    Q  -- correct?
2       And we talked earlier --
3    A  Can you get me that paper --
4    Q  Now, you know the FDA reviewed a whole bunch of
5  stuff before approving the Vioxx labels, correct?
6    A  Yes.
7    Q  I mean, and you haven't reviewed all the stuff
8  that the FDA approved, correct?
9    A  No.
10   Q  And there was an advisory committee before the
11 April 2002 label was approved?
12   A  Yes.
13   Q  And you didn't review everything that advisory
14 committee looked at?
15   A  No.  There's something I'm looking for now,
16 though.
17   Q  Well, I'm just going to show you the FDA Vioxx
18 label.
19   A  There it is.  Oh, okay.
20   Q  I'm sorry.  Are you okay?
21   A  Yeah.  I just found something I was looking for to
22 more appropriately answer your question.
23   Q  So, you said earlier that there was some
24 information that you thought should be in the April 2002
25 Vioxx label that wasn't in there, correct?  Correct,

1  Doctor?
2    A  Well, I said it should be listed as a warning
3  rather than a precaution.
4    Q  So your opinion about what was -- what should have
5  been different about the April 2002 post VIGOR Vioxx label didn't
6  have to do with information that was left out, it had to do
7  with the placement of information in the label; is that
8  correct?
9    A  May I look at it?
10   Q  Yep.
11      MR. OUWELEEN:  I'm showing you Gelb Exhibit 33.
12      (Exhibit No. 33 marked.)
13      THE WITNESS:  Yes.
14 BY MR. OUWELEEN:
15   Q  That's the post VIGOR Vioxx label approved in April 2002?
16   A  Yes.
17   Q  Which you've had a chance to review, and my
18 question is whether your opinion about what should have been
19 different about that label has to do with placement of the
20 information as opposed to what information was put in or left out?
21   A  Despite my age, I don't need glasses either.
22   Q  That's amazing.
23   A  I have my own teeth and I don't wear contacts.
24 Off the record.
25      I can see the table where they refer to the VIGOR

1  study, but I really can't see where they added on the
2  additional three patients that were subsequently added.
3       MR. LOCKLAR:  Flip over to the next page.
4       THE WITNESS:  Oh, okay.
5  BY MR. OUWELEEN:
6    Q  Doctor --
7    A  Yes.  They have it on the next page.  They're in
8  there.
9    Q  They're in there?
10   A  Yeah, under precautions.
11   Q  Okay.  So the question, again, Doctor, was, what
12 should have been different about this label, in your
13 opinion?
14   A  The location of it because, doctors --
15   Q  Of --
16   A  -- practitioners --
17   Q  What's the it, the location of?
18   A  I just want to finish.  Doctors pay more
19 attention -- they pay attention to that, but it makes more
20 of an impact when you're looking at something if they say
21 specifically there's a warning, not just a precaution, but
22 a warning that there was 5 to 1 ratio between Vioxx users
23 and Naproxen users in the incidence of coronary events.
24   Q  So that information was in the label, but you
25 believe it should have been highlighted more, correct?

1    A  Well, highlighted and transposed to the warning
2  section.
3    Q  And where is the warning section?
4    A  After the contraindications.
5    Q  So on the second page of exhibit --
6    A  Yes.
7    Q  -- 33, there's -- in the second column it says
8  warnings, correct?  Correct?
9    A  Yes.
10   Q  And then in the third column it says precautions?
11   A  Yes.
12   Q  And even before the warnings, it has the table
13 with the VIGOR results --
14   A  Uh-huh.
15   Q  -- correct?
16      And what should have been different about the
17 label, in your view, is that the information about VIGOR
18 should have been in that central column under where it says
19 warnings, correct?
20   A  Well, it is on the next page where it says
21 precautions, but instead of under precautions, I would have --
22 as being a practitioner also, I think it would have more
23 impact under warnings instead of precaution.  I mean it's a
24 matter of, you know, importance, as far as chain of command,
25 so to speak.

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 322

1    Q   So, and that's the difference?
2    A   Yeah, that's my -- yes, that's my difference.
3        Not yeah, yes.
4    Q   That you think should be done?
5        Okay.
6        MR. OUWELEEN: Do we have 14?
7    BY MR. OUWELEEN:
8    Q   I'm sorry, what's the question?
9    A   I asked if I could ever bring to your attention --
10   Q   You'll have your chance, yes, sir, at trial.
11       MR. LOCKLAR: That's right.
12   BY MR. OUWELEEN:
13   Q   And I'm sure your counsel wouldn't want it any
14   other way.
15       MR. LOCKLAR: Absolutely.
16       MR. OUWELEEN: Here's Exhibit 34, Dr. Gelb.
17       (Exhibit No. 34 marked.)
18   BY MR. OUWELEEN:
19   Q   Is Exhibit 34 the expression of -- what is that --
20   no, that's the correction. What is that?
21   A   That's the correction, like you said.
22   Q   Okay. Yes. And that has to do with the
23   APPROVe --
24   A   The APPROVe study.
25   Q   That's has to do with the APPROVe study?

Page 323

1    A   I'll help you.
2    Q   You help me through this, Doctor.
3        And the correction that the New England Journal of
4    Medicine published about the APPROVe study concerned what
5    the study said about which statistical method was reported
6    to have been done on the data, correct?
7    A   Yes.
8    Q   And it has to do whether you use a logarithmic,
9    whether the proportionality test uses something called
10   a logarithmic time or linear time, right?
11   A   Yes.
12   Q   And the Expression of Concern was that the
13   original article -- I mean, I'm sorry.
14       The correction was that the original article
15   got it wrong, and it said they used one of those methods,
16   when, in fact, the article showed
17   they used a different one?
18   A   Correct.
19   Q   And the correction wasn't about what the results
20   of those statistical tests were, correct?
21   A   Correct.
22   Q   Just about which ones were reported?
23   A   Correct.
24   Q   And just to be clear, the correction didn't change
25   anywhere the fact about what the number of events were in a

Page 324

1    Vioxx versus placebo in the first 18 months, correct?
2    A   Right.
3    Q   It was still 22 -- is it MIs?
4    A   Yes.
5    Q   22 --
6    A   Cardiac events.
7    Q   Cardiac events?
8        So, Table 3, it is. Sorry, Doctor.
9        So, I can show you. Here you go.
10   A   You may not believe it, but I believe you.
11   Q   So the table in the APPROVe study showed that
12   there were 22 --
13   A   Right.
14   Q   -- confirmed serious thrombotic events -- well,
15   let's see. It says summary of rates and relative risks of
16   confirmed serious thrombotic events in the APTC endpoint.
17       Is that your recollection of what was being
18   measured?
19   A   Right.
20   Q   So there were 22 events in the first 18 months on
21   Vioxx, correct --
22   A   Yes.
23   Q   -- versus 20 in the placebo group, correct?
24   A   Uh-huh.
25   Q   And that was not a statistically significant

Page 325

1    difference, correct?
2    A   No.
3    Q   That was not a statistically difference, correct?
4    A   Right.
5    Q   And that didn't change because of the correction,
6    which is Exhibit Number --
7    A   34.
8    Q   -- 34, correct?
9    A   Correct.
10   Q   Okay. You talked also about the off drug or
11   extension data relating to APPROVe?
12   A   Yes.
13   Q   Now that was about events that happened after the
14   APPROVe study was done, correct?
15   A   Yes.
16   Q   And do you know what the numbers were when you
17   look at all that follow on or extension data, what were the
18   number of confirmed cardiac events for patients who took
19   Vioxx for six months versus a placebo?
20   A   I don't know the exact numbers right now. I'd
21   have to rely on what you're telling me or looking at the
22   article.
23   Q   Okay. Well, do you recall now that there was not
24   a statistically significant difference at six months?
25   A   I do recall that.

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 326

1    Q   There was no statistically significant
2  difference --
3    A   There was no difference.
4    Q   -- at 6 months or 18 months?
5    A   After the --
6    Q   Even including all the follow-on data, if you look
7  at six months, there's no statistical significance --
8    A   Six months after the 18 months -- after the
9  -- which six months are you talking about?
10   Q   I'm talking about six-months period, I think.
11       Let's go off the record.
12     (Thereupon, a discussion was had off the record.)
13 BY MR. OUWELEEN:
14   Q   So, Doctor, again, my question, just to be clear,
15 is, the APPROVe follow-on data didn't show that there was a
16 statistical significance -- statistically significant
17 difference in confirmed cardiovascular events in patients
18 taking Vioxx for six months or less?
19       MR. LOCKLAR: May you have what?
20       THE WITNESS: May I look at something here? There
21 was a Kaplan-Meier graph. I think that may be talking
22 Targum.
23       MR. LOCKLAR: Look at this, and I'll look at the
24 other articles.
25       THE WITNESS: Look at the Targum thing that we

Page 327

1  already clipped. It's not in here.
2        MR. LOCKLAR: I know what you're talking about.
3        THE WITNESS: There it is. Thank you.
4        No, I referred to the wrong graph. This is the
5  VIGOR.
6        The answer is, if you would repeat the question,
7  then I can know how to answer it.
8  BY MR. OUWELEEN:
9    Q   So when you consider the off drug and extension
10 data from APPROVe in users taking Vioxx for six months or
11 less, versus users taking placebo for six months or less,
12 what are the relative rates of confirmed cardiovascular
13 events?
14   A   May I look at the APPROVe study myself?
15   Q   Uh-huh. But the APPROVe study doesn't include
16 that follow-on data; does it?
17   A   No, I know that. No, that's correct. You are
18 correct.
19   Q   So there is no statistically significant difference?
20   A   No.
21   Q   No difference between those two populations even
22 including the follow-on data?
23   A   Yes.
24   Q   And that's true at 18 months, too?
25   A   Yes.

Page 328

1    Q   Now there's no study, is there, Dr. Gelb, that
2  shows -- a study, now -- that shows Vioxx 25 milligrams
3  increases cardiovascular risk in the short term?
4    A   May I look at the Levesque article? I'm looking
5  for a Canadian medical --
6    Q   Let me clarify my question, Doctor, because this
7  might spare you looking for that.
8        Is there any clinical trial that shows a
9  statistically significant increased risk for cardiovascular
10 events for patients taking 25 milligrams of Vioxx for less
11 than 18 months?
12   A   May I just look at the Levesque before I answer
13 you?
14   Q   If you think Levesque is a clinical trial?
15   A   I just want to make sure. It wasn't a clinical
16 trial.
17   Q   So are you aware -- let me ask the question again.
18   A   The answer is no, I'm not aware.
19   Q   Okay. Thanks.
20       So let's see. Dr. Gelb, on Page 3 of Exhibit 2,
21 which is your report, you said, you talked about the fact
22 that Mr. Dedrick suffered from hypertension, and then you
23 said, however, his blood pressure was controlled.
24   A   Yes, sir.
25   Q   And then you say there was no evidence in 2003 for

Page 329

1  concentric hypertrophy, aortic root dilation or renal
2  dysfunction.
3        Why did you mention those things?
4    A   May I see the echo report before the surgery,
5  please?
6        MR. LOCKLAR: You want it before the surgery?
7        THE WITNESS: Do you have the echo report before
8  the surgery?
9        MR. OUWELEEN: Didn't we mark that?
10       MR. LOCKLAR: I believe we did.
11 BY MR. OUWELEEN:
12   Q   The echo before the surgery, sure, the 1/8 echo --
13 1/9 echo. Sure, I have it.
14   A   May I look at it, please?
15   Q   Yes. Let me get it for you. It's -- discharge,
16 cath, echo report, Number 60.
17   A   Is that the January 9th?
18   Q   Doctor, I'm sorry. I just have to go back. The
19 record might be muddy. So I'm going to ask you a simple
20 question on the APPROVe follow-on data. It's not clear.
21       When you consider the follow-on data and the
22 extension data from the APPROVe study, even including that
23 data, it doesn't show a statistically significant difference
24 of cardiovascular events between the Vioxx group and the
25 placebo group at six or eighteen months, correct?

83  (Pages 326 to 329)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 330

1    A   It showed a difference, but it wasn't
2  statistically significantly different.
3    Q   It was not statistically significant, correct?
4    A   It was not.  But there was a difference, but it
5  wasn't statistically different.
6    Q   But when you say it wasn't statistically
7  different --
8    A   You're right.
9    Q   It wasn't statistically significant, correct?
10   A   Correct, but there was a difference.
11   Q   I understand.
12   A   Do you have that report?
13   Q   Here's the echo report --
14   A   Please.  Thank you.
15   Q   -- from January 9, 2003, for Mr. Dedrick, and this
16  is Gelb Exhibit 35.
17       (Exhibit No. 35 marked.)
18       THE WITNESS:  Now what was your question, please?
19       DR. BAUM:  You asked him, why did he say --
20  BY MR. OUWELEEN:
21   Q   You referred in your report to concentric
22  hypertrophy, aortic root dilation and renal dysfunction.
23  And my question is, why and what bearing does that have
24  on his blood pressure?
25   A   Because patients who develop hypertensive

Page 331

1  cardiovascular disease develop left ventricular hypertrophy.
2  His numbers here on the measurements show the IV
3  intraventricular septum measured 1.0 centimeters, which is
4  normal.  As was the left ventricular posterior wall was 1.1.
5  Upper limit is usually 1.1 to 1.2, so there is no hypertrophy,
6  which one would see with secondary effects on the heart, one
7  of the things you would see with secondary effects on the
8  heart from longstanding hypertension.  His aortic root
9  diameter could be dilated if hypertension played a role in
10  effecting his aorta -- aortic root, and his was 3.5.  Normal
11  was up to 3.7 in most places.
12       The only thing that was slightly enlarged was 4.1 LA
13  dimension, but he's a big man, and that can sometimes be
14  increased on there.
15   Q   So if I understand you right, what it shows is
16  that his blood pressure hadn't caused these various forms of
17  damage to his heart, correct?
18   A   Correct.
19   Q   And that doesn't mean that it didn't contribute to
20  his heart attack?  These are different --
21   A   It didn't affect his myocardium.  It may have
22  played a role in his coronary artery disease.
23   Q   Okay.  But it didn't, sort of, directly injure his
24  heart is what you're saying?
25   A   Yes.

Page 332

1    Q   So you infer from that -- now it's not everybody
2  whose blood pressure is out of control suffers from
3  hypertrophy or aortic root dilation or renal dysfunction; do
4  they?
5    A   No.
6    Q   So this is kind of one indicator that perhaps --
7  well, anyway, that his blood pressure hadn't caused those
8  kind of harm?
9    A   Well, one of the target organs from uncontrolled
10  hypertension is, in effect, on the ventricle, like I just
11  told you, the aorta.  And we saw no evidence here for that.
12   Q   If you look at his blood pressure readings around
13  the time of his heart attack, it looks like through
14  medication, Dr. Herrera had achieved some control of
15  Mr. Dedrick's high blood pressure, correct?
16   A   Yes, yes.
17   Q   Now that wasn't all true, correct?  Correct?
18   A   Correct.
19   Q   If you go back further in his records, there are
20  periods of time where his blood pressure appears to be out
21  of control from the records we have here, correct?
22   A   Correct.
23   Q   And from the period 1999 through late 2002, there
24  are lots times when his blood pressure appears to have been
25  out of control, correct?  Is that true?

Page 333

1    A   Yes.  But, essentially, prior -- when we look at
2  the numbers, April 9, 2002 was 140/76; July 8, 2002 is
3  118/82; July 24, 2002, 138/80; 8/8/2002 is 172/78.  10/14 is
4  148/84.  And interesting enough, the day before -- you can
5  have this.
6    Q   We're just curious what he's looking at there, Doctor?
7    A   His blood pressure numbers.
8    Q   Is that a chart you prepared summarizing his
9  blood pressure numbers?
10   A   Yes.
11   Q   Would you mind if we marked that as an exhibit?
12   A   No.
13   Q   Does that go back in time before 2002?
14   A   It goes back to '89.
15   Q   So can you just tell me from looking there
16  when it is you think his blood pressure was under control?
17  It sounds like 2002 you think it was, but can you sort of
18  give me a general view of when you think it got under
19  control based on your review of the records?
20   A   Well, essentially, his blood pressures, starting
21  in September 28, '99, was essentially normal, except for
22  an occasional minimal elevation of his blood pressure, but,
23  interesting enough, the day before his myocardial
24  infarction, or January 7, 2003, his blood pressure was
25  110/70.

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 334

1    Q   Which is normal, right?
2    A   Which is normal.
3    Q   Yeah. So you would characterize -- so taking --
4
5        Putting to one side the fact his blood pressure
6    appeared to be normal before he had his heart attack,
7    just sort of the period just before it, weren't there
8    periods before that where there were lots of readings
9    that are way above normal?
10   A   Well, like I said, sir, that going back almost
11   six years, except for an occasional elevation in his
12   blood pressure, they're pretty well within normal limits.
13   Q   Okay. Well on January 14, 1997, his blood
14   pressure was recorded at 148/92, correct?
15   A   Yes.
16   Q   And that was high, right?
17   A   That's six years before.
18   Q   I know, but it was high, right?
19   A   The number was 142?
20   Q   148/92.
21   A   That's barely above normal.
22   Q   For a diabetic?
23   A   You asked me if it is hypertensive. For a
24   diabetic, we'd like it lower, but -- you'd like it lower for
25   a diabetic. Let's have you understand the thinking of this.

Page 335

1        We have numbers given to us by the organization,
2    the blood pressure organization. And your aim is to get it
3    lower, but by definition, it's in normal range if it's below
4    140 systolic and below 90 diastolic. You would like it
5    lower, of course, for a diabetic.
6    Q   So 148/92, by those standard, was still high?
7    A   Minimally high.
8    Q   But high?
9    A   Minimally high.
10   Q   Is that the guidelines you're given, do they give
11   a minimally high? Is there a standard for what's minimally
12   high?
13   A   So yes, it was slightly abnormal.
14   Q   And then in April 2, 1997, it was 154/100, right?
15   A   April 2nd?
16   Q   4/2/97.
17   A   I don't have that number here. What did you have?
18   Q   You're looking at Exhibit 35, which is the summary
19   you prepared of his blood pressure readings from the medical
20   records, right?
21   A   Yes.
22       MR. OUWELEEN: Exhibit 36.
23       (Exhibit No. 36 marked.)
24   BY MR. OUWELEEN:
25   Q   Did you prepare that yourself, Doctor, or did you

Page 336

1    have someone prepare it?
2    A   I had someone prepare it.
3    Q   Was it someone who worked for you or someone who
4    works for --
5    A   Someone who worked for the law firm, because I
6    wanted to facilitate it for this.
7    Q   I'm sorry, Doctor. Do you have similar charts
8    prepared concerning his cholesterol readings, and what's the
9    other one?
10   A   Blood sugar.
11   Q   Glucose. Thanks.
12   A   I do.
13   Q   And are they in the same chart that we just marked
14   as Exhibit 35?
15   A   Yeah, they are.
16   Q   And did you rely on those charts when you were
17   forming your opinions about whether his risk factors were under
18   control?
19   A   Yes. I relied on the record, but I said to
20   simplify this, instead of me going through every page, why
21   don't you print out the numbers for me.
22   Q   So as far as you know, those are accurate
23   reflections of the numbers in his medical record?
24   A   Yes. Yes, sir.
25   Q   So maybe this one somehow got left off the list?

Page 337

1    A   It did.
2    Q   You'll see there on Exhibit 36, you see in the
3    middle of the page -- actually, what date? 4/2 is right at
4    the top of the page and that's 154/100?
5    A   154/100.
6    Q   So that was high, right?
7    A   Yes.
8    Q   And then midway down the page, you got another one
9    in April '97 that was 148/94?
10   A   Correct.
11   Q   And that was high?
12   A   Yes.
13   Q   And further down that page, June of '97, 144/90,
14   and that was marginally high, but high still, correct?
15   A   Yes.
16   Q   And let's go back to see if we can do it more on
17   your chart. Does your chart reflect that on March -- a
18   reading from March 12, 1998?
19   A   It was 188/88.
20   Q   That one was high, right?
21   A   Yes.
22   Q   And then let's go to 1/26/2000. Was it 160/90?
23   A   1/26/2000? I don't have that number on this
24   chart.
25   Q   So that's another one missing from your chart.

Ira J. Gelb, M.D.

| Page 338 | Page 340 |
|---|---|
| 1  Let's see. We'll call it Exhibit -- this is hard to read | 1    Q   -- and lipids? You don't have hemoglobin |
| 2  this one, Doctor. Exhibit -- | 2  A1C on here, do you, doctor? |
| 3    A  May I help you? | 3    A  No. |
| 4    Q  Yes? | 4    Q  And you highlighted on here some numbers. Is that |
| 5    A  160/90. | 5  where the readings were high or -- |
| 6    Q  Yeah, isn't that what I said? | 6    A  I can't tell from here. |
| 7    A  You said it's hard to read. | 7    Q  Oh, sorry. It doesn't look like it, actually. |
| 8        DR. BAUM: I gave him his copy. | 8  No. His sugars were elevated, but when you say controlled, |
| 9        THE WITNESS: Do you want this back? | 9  it doesn't say normalized, but they were -- they |
| 10       (Exhibit No. 37 marked.) | 10  could have been better controlled, of course. |
| 11  BY MR. OUWELEEN: | 11    Q  So for lots of times in the years prior to his |
| 12    Q  Now we're getting confused. Gelb 37 is a copy of | 12  heart attack, his blood sugars were high? |
| 13  Mr. Dedrick's medical records from the Tennessee Department | 13    A  Were high, yes, sir. |
| 14  of Corrections? | 14    Q  And it's not reflected there, but his hemoglobin |
| 15    A  Yes. | 15  A1C, which is the long-term measure of blood sugar -- |
| 16    Q  And it shows some records from the time he was in | 16    A  Right. It tells you about the week before. |
| 17  prison, correct? | 17    Q  There were instances where it was quite high, as well? |
| 18    A  Yes. | 18    A  Yes. |
| 19    Q  And the reading, Doctor, for January 26, 2000, was | 19    Q  For example, in the instance it was 10.4. |
| 20  160/90 correct? | 20  That's very, very high; isn't it? |
| 21    A  Yes, sir. | 21    A  Up to 7 is normal, so 10.4 is high. |
| 22    Q  And then below the reading 1/27/2000 was 160/90, | 22    Q  Is it very high? |
| 23  correct? | 23    A  High. |
| 24    A  Yes. | 24    Q  Just high? |
| 25    Q  Are those on your chart? | 25    A  High. |

| Page 339 | Page 341 |
|---|---|
| 1    A  No, they're not. | 1    Q  Have you ever seen a reading higher than that? |
| 2    Q  Okay. So, anyway, let's talk about his blood | 2    A  Yeah. |
| 3  sugar. | 3    Q  How high have you seen? |
| 4    A  Okay. | 4    A  In the 20s. |
| 5    Q  Again, it's your view that at the time of his | 5    Q  But 10.4 is high anyway? |
| 6  heart attack, his blood sugar was under control, pretty well | 6    A  It's high. |
| 7  under control? | 7    Q  And the hemoglobin A1C shows that blood sugars were |
| 8    A  Let me see what I said, please. | 8  high, and that sort of corrects where if the guy wasn't fasting or |
| 9    Q  What I'm referring to, Doctor, is on Page 3, where | 9  changed his diet the day before his blood test, right? |
| 10  you say his lipids and diabetes mellitus were also | 10    A  Yes. |
| 11  controlled with oral medications. | 11    Q  So there's a pretty reliable indicator that over a |
| 12        Do you see that? | 12  number of days his blood sugar was high? |
| 13    A  That's near the middle of the second full | 13    A  Yes. |
| 14  paragraph on Page 3 on Exhibit 2? | 14    Q  And his cholesterol was better controlled |
| 15    Q  May I please have a look at Exhibit 35? | 15  than his blood sugars, correct? |
| 16        MR. LOCKLAR: That's it, right there. | 16    A  His blood pressures and his cholesterols were very |
| 17        THE WITNESS: Yes. | 17  controlled. His sugars were not well controlled but -- |
| 18  BY MR. OUWELEEN: | 18    Q  Probably better? |
| 19    Q  These are your summary charts, correct, of the -- | 19    A  They were controlled. |
| 20    A  Yes. | 20    Q  Better than they would have been if he hadn't been |
| 21    Q  -- medical records? | 21  on medication? |
| 22    A  Yes. | 22    A  Oh, correct. |
| 23    Q  With respect to blood sugar and blood pressure | 23    Q  But, and the blood pressure, does it matter if you |
| 24  and -- | 24  have spikes in your blood pressure? |
| 25    A  Lipids, on the last page. | 25    A  It does matter if you have spikes. |

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 342

1    Q   You don't want to see spikes if you can help it.
2   You'd like it to be consistent over time?
3    A   Correct.  Because, you know, what you're referring to is,
4   the spike will cause some shear stress.
5    Q   It's not what I was referring to, but thank you
6   for that information.
7    A   You're welcome.
8    Q   Okey-dokey.
9        Let's just take about a two-minute break and move
10  that stuff over here so we can run through it and identify
11  what it is that you brought with you today.
12   (Thereupon, a short break was taken.)
13   (Exhibit No. 38 marked.)
14  BY MR. OUWELEEN:
15   Q   We just noticed that the document, Dr. Gelb, that
16  we marked as Exhibit Number 35, and we're talking about your
17  chart summarizing the blood pressures, lipids and --
18   A   Sugars.
19   Q   -- sugars --
20   A   Yes.
21   Q   -- it turns out there were two Exhibit 35s?
22   A   Oh.
23   Q   So that chart we're going to call Exhibit 35A.  Is
24  that okay?
25   A   That's fine.

Page 343

1    Q   Your chart of lipids and so on is Exhibit 35A?
2    A   I understand.
3        (Exhibit No. 35A marked.)
4   BY MR. OUWELEEN:
5    Q   And then exhibit -- do you have the list of your
6   references there handy?
7    A   I think I gave them to somebody.
8    Q   Sorry.  It's Number 26.  And would you please turn
9   to Number 185 on that list of references.  Is that the
10  right -- what does number 185 say?
11   A   APPROVe Off Drug Analysis...Merck Website,
12  5/11/06.  I really don't know what that means.
13   Q   These were dug out of your files that you brought,
14  what I marked as Gelb Exhibit 38?
15   A   Yeah.
16   Q   Is Gelb Exhibit 38 the item you're referring to in
17  Item Number 185 in your reference list?
18   A   That's what I was looking for before I answered
19  that question that you spoke about where I said there's no
20  statistical difference.
21   Q   First of all, is that the document you're
22  referring to, Number 185?
23   A   Yes, sir, it is.
24   Q   That's Exhibit 38, correct?
25   A   Yes.

Page 344

1    Q   Now that doesn't change your previous answer about
2   the statistically significant difference in APPROVe
3   extension; does it?
4    A   Can I just look at it for a second?
5    Q   Sure.
6    A   No, it does not.
7    Q   And, Doctor, do you know what a Framingham
8   analysis is?
9    A   Yes, I do.
10   Q   Have you done one for one for Mr. Dedrick in this
11  case?
12   A   I intended to, but I haven't done it.  I should
13  have done it.
14   Q   And what's a -- if you were to -- the Framingham
15  calculator's on the Internet, correct?
16   A   In fact, the doctor who sent me the P value sent
17  me the form how to figure it out, but I never did it yet.
18   Q   Do you intend to do that?
19   A   When I do, I will forward it on to you.
20   Q   Let's get that piece of paper.  Do you have that
21  piece of paper --
22  BY MR. OUWELEEN:
23   Q   I'm marking as Exhibit 40 an e-mail between you
24  and your epidemiologist colleague, Dr. Cresanta.
25   A   Yes.

Page 345

1    Q   Is that what that is, Exhibit 40?
2    A   That's it.
3    Q   He recommended you go to a certain web site for
4   a Framingham calculator?
5    A   Yes.
6    Q   Is that the right web site to use, in your view?
7    A   That's what I'm going to use.
8    Q   That's the one you're going to rely on?
9    A   Yes.
10   Q   Thank you.
11   (Exhibit Nos. 39 & 40 marked.)
12  BY MR. OUWELEEN:
13   Q   And the Framingham analysis is a predictor of a
14  way of estimating risk of a heart attack based on certain
15  risk factors; is that correct?
16   A   Yes.
17   Q   But you didn't do it before you wrote your report,
18  correct?
19   A   No.  I was doing so many things for this, I didn't
20  do it.
21   Q   Okay.  Now Exhibit Number 39, Exhibit 39,
22  Dr. Gelb, is a notice of deposition?
23   A   Yes, a notice.
24   Q   And it says the deponent.  That's you, right?
25  Right?

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 346

1    A   Yes.
2    Q   Is requested to produce the following documents
3  listed on Attachment A, and then there's a number of
4  categories of documents listed on Attachment A, correct?
5    A   That's right.
6    Q   And you reviewed this before you came here?
7    A   Yes.
8    Q   And did you bring all the materials that you had
9  that were responsive to the subpoena?
10   A   I brought every piece of paper.
11   Q   Everything relative to the case?
12   A   Everything.
13   Q   It's all here?
14   A   It's all here.
15   Q   We're going to mark all of that stuff to this
16 deposition, Doctor. I'm going to walk around and put
17 stickers on things, and you can tell us what they are, and
18 then we'll be done.
19   A   I'm just reviewing this thing that I said was okay
20 before. May I do that while you walk around?
21   Q   I prefer you to do this.
22   A   While you do it, I can read.
23   Q   You're going to read while you're answering
24 questions?
25   A   Of course.

Page 347

1    Q   However you want to do it, Dr. Gelb.
2        Dr. Gelb, there's a pile which we're designating
3  as Gelb Exhibit 41. What is this?
4    A   A list of some of my references.
5        (Exhibit No. 41 marked.)
6  BY MR. OUWELEEN:
7    Q   A collection of references?
8    A   A collection of reference.
9    Q   Is there any more you can say about what
10 collection this is, or just some of your references?
11   A   A collection of some of my references for Vioxx.
12   Q   All right. Those are all materials that you've
13 reviewed, correct?
14   A   Yes.
15   Q   Now Exhibit 42 is three binders of documents
16 called Vioxx documents, Volume I, II, and III. That's Gelb
17 Exhibit 42?
18   A   Yes.
19       (Exhibit No. 42 marked.)
20 BY MR. OUWELEEN:
21   Q   And what are these?
22   A   I have to look at them to tell you. Volume I has
23 a list inside of what's included.
24   Q   Are these binders that came from your house, Gelb
25 42?

Page 348

1    A   They were sent to my house, and then I brought
2  them here.
3    Q   When were they sent to your house?
4    A   I don't know exactly when.
5    Q   Recently?
6    A   I can't tell you when in the last month or two.
7    Q   Okay. Have you reviewed these, or are these just
8  additional copies of documents?
9    A   No, I reviewed every one of these.
10   Q   So these are all on your reference list?
11   A   Yes.
12   Q   These are copies of documents on your reference
13 list?
14   A   Yes.
15   Q   Gelb Exhibit 43 is a series of one, two, three --
16 four binders.
17       (Exhibit No. 43 marked.)
18 BY MR. OUWELEEN:
19   Q   What are they?
20   A   Depositions.
21   Q   Exhibit 43 is your copies of depositions of
22 William Coltharp, John McPherson, Mark Koenig, and
23 Dr. E. Herrera, correct?
24   A   Yes.
25   Q   And then Gelb Exhibit -- did you mark those up

Page 349

1  when you were reading them?
2    A   I probably did.
3    Q   Dr. Gelb, if there are markings in any of those
4  documents that we're marking now in this series of exhibits,
5  those would be your handwriting?
6    A   It would be my handwriting. No one else could
7  write like that.
8    Q   Okay. And then Gelb Exhibit 44 is a binder.
9        (Exhibit No. 44 marked.)
10 BY MR. OUWELEEN:
11   Q   What is that binder, Dr. Gelb?
12   A   Dr. Curfman's deposition.
13   Q   Sorry. Gelb 44.
14   A   Exhibits.
15   Q   His exhibits?
16   A   From the Curfman depo.
17   Q   From the Curfman deposition, that's your copy of
18 the exhibits from the deposition of Dr. Curfman?
19   A   This is my handwriting.
20   Q   On the first page it's your handwriting?
21   A   Yes, sir.
22   Q   Okay. Gelb Exhibit 45 --
23       (Exhibit No. 45 marked.)
24 BY MR. OUWELEEN:
25   Q   -- is a collection of documents in a box and -- okay.

88  (Pages 346 to 349)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 350

1  And what is Gelb Exhibit 45?
2      A   This is his video.
3      Q   This video, it contains a videotape of the
4  echocardiogram?
5      A   The original echo.
6      Q   Of January 2003?
7      A   This is the nuclear stress test.
8      Q   Here, it contains some sort of magnetic medium
9  with a nuclear stress test?
10     A   And this is the disk with the thrombus.
11     Q   And this is the cardiac catheterization angiogram?
12     A   Yes.
13     Q   So all those materials, these are various medical
14  records in Exhibit 45, your copies?
15     A   Yes.  Do you want these?
16     Q   I would like them all in the box, please.
17         And Gelb Exhibit 46 is another box of materials.
18         (Exhibit No. 46 marked.)
19  BY MR. OUWELEEN:
20     Q   Gelb Exhibit 46 is a series of binders of
21  information.  What is in the box of Gelb Exhibit 46, Doctor?
22     A   Medical records, Mr. Dedrick's medical records.
23     Q   That's your copies of Mr. Dedrick's medical
24  records?
25     A   Yes.

Page 351

1      Q   All right.  Is there anything else you brought for
2  us here today?
3      A   My lawyer -- I mean Mr. Dedrick's lawyer.
4      Q   I'll mark him as Exhibit 47.
5          MR. OUWELEEN:  Thank you, Dr. Gelb.
6          THE WITNESS:  You're very welcome.  I appreciate
7  your time.
8          MR. OUWELEEN:  I'm sorry.  Did you want to address
9  that on the record?
10         THE WITNESS:  May I just look at it again?
11         You were right.
12  BY MR. OUWELEEN:
13     Q   Dr. Gelb, you've had a chance now to review
14  Exhibit Number 38 just to be sure that what you testified
15  to earlier about the APPROVe extension data was correct, right?
16     A   Yes.  I just want to read it for the record.
17     Q   I'll give you a chance to do that.
18     A   Yes.
19     Q   Your review of that didn't change what you
20  testified to previously about that subject?
21     A   No, because it says there's no statistically
22  significant increased relative risk confirmed thrombotic CV
23  events for Vioxx compared to the placebo.  I just wanted to
24  confirm that.
25     Q   Thanks.

Page 352

1      (Thereupon, a discussion was had off the record.)
2          MR. OUWELEEN:  We're done.
3  BY MR. OUWELEEN:
4      Q   Dr. Gelb, I'm sorry.  We admitted one of your
5  files without marking your materials, so can we just please
6  just identify, for the record, what Gelb Exhibit Number 47
7  is.
8      A   Well, it contains correspondence and also my
9  statements that were sent to Beasley Allen.
10     Q   So that's all your correspondence?
11     A   And also some correspondence they sent to me,
12  articles to review, and something I cut out from the
13  New York Times.
14     Q   Okay.  So the list of articles for review and
15  Number 47 is a list of articles that Beasley Allen sent to
16  you --
17     A   Yes.
18     Q   -- as an attachment to one of those letters?
19     A   Yes.
20     Q   Now this refers to Kozic.  Is that okay?
21         MR. LOCKLAR:  Well, it doesn't matter.  It's
22  referencing articles that he reviewed for this.
23         MR. OUWELEEN:  No further questions.  Thanks.
24         (Exhibit No. 47 marked.)
25

Page 353

1  STIPULATIONS:  It is hereby agreed and so
2  stipulated by and between the parties hereto,
3  through their respective counsel, that all
4  formalities of reading and signing are hereby
5  reserved.
6  (The deposition concluded at 6:21 p.m.)

89  (Pages 350 to 353)

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

| Page 354 | Page 356 |
|---|---|
| | 1  deposition and that it is true and correct subject to any |
| | 2  changes in form or substance entered here. |
| 3  October 15, 2006 | 3 |
| 4  Benjamin L. Locklar, Esq. | 4 |
| 5  Beasley, Allen, Crow, Methvin, Poritis & Miles, PC | 5  _____     _____ |
| 6  234 Commerce Street | 6  DATE                          WITNESS |
| 7  Montgomery, Alabama  36103 | 7 |
| 8 | 8  (Note:  This document no longer needs to be notarized.) |
| 9  IN RE:  Dedrick vs. Merck | 9 |
| 10 | 10 |
| 11  Dear Mr. Locklar: | 11         CERTIFICATE OF OATH |
| 12 | 12 |
| 13  Please find enclosed your copy of the deposition of Ira J. | 13  STATE OF FLORIDA    ) |
| 14  Gelb, M.D., taken in the above-referenced case taken on | 14  COUNTY OF ORANGE    ) |
| 15  October 12, 2006.  Please have the deponent read the | 15 |
| 16  deposition noting any errors or corrections on the errata | 16 |
| 17  sheet provided. | 17  I, the undersigned authority, certify that IRA J. GELB, M.D. |
| 18 | 18  professionally appeared before me and was duly sworn. |
| 19  After the reading and signing has been completed, please | 19 |
| 20  return the errata sheet to Mr. Ouweleen's office for | 20      WITNESS my hand and official seal this 15th day of |
| 21  distribution to the other parties. | 21  October, 2006. |
| 22 | 22 |
| 23  Should you have any questions, please do not hesitate to | 23 |
| 24  contact this office at the above-listed phone number. | 24      _____ |
| 25  Sincerely, | 25      Erin L. Pallard, RPR |

| Page 355 | Page 357 |
|---|---|
| 1 | 1      Notary Public, State of Florida |
| 2  Erin Pallard, RPR | 2      Commission No.: DD 543260 |
| 3 | 3      Expires: June 1, 2010 |
| 4 | 4 |
| 5 | 5 |
| 6 | 6 |
| 7 | 7 |
| 8 | 8 |
| 9 | 9 |
| 10       E R R A T A  S H E E T | 10 |
| 11  DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE | 11 |
| 12  IN RE:  DEDRICK VS. MERCK | 12 |
| 13 | 13         CERTIFICATE OF REPORTER |
| 14  Page      Line      Correction      Reason | 14 |
| 15 | 15 |
| 16 | 16  STATE OF FLORIDA   ) |
| 17 | 17  COUNTY OF ORANGE   ) |
| 18 | 18 |
| 19 | 19      I, Erin Pallard, Registered Professional Reporter, |
| 20 | 20  certify that I was authorized to and did stenographically |
| 21 | 21  report the foregoing deposition and that the transcript is a |
| 22 | 22  true record of the testimony given by the witness. |
| 23 | 23 |
| 24 | 24      I further certify that I am not a relative, employee, |
| 25  Under penalty of perjury, I declare that I have read my | 25  attorney, or counsel of any of the parties, nor am I a |

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 358

1  relative or employee of any of the attorneys or counsel
2  connected with the action, nor am I financially interested
3  in the action.
4
5       Dated this 15th day of October 2006.
6
7
8
9
10
11       _____
11       Erin L. Pallard, RPR
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 360

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 359

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 361

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

Ira J. Gelb, M.D.

Page 362

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

GOLKOW LITIGATION TECHNOLOGIES - 1.877.337.7872

577a7cb7-4092-46a3-af7f-4065a7cbae71

# EXHIBIT  B

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY WAYNE DEDRICK, an Individual, | * * | MDL DOCKET No. 1657 |
| | * | SECTION L - DIVISION 3 |
| Plaintiff, | * | |
| | * | JUDGE FALLON |
| v. | * | |
| | * | MAG. JUDGE KNOWLES |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | CASE NO. 2:05CV2524 |

## EXPERT WITNESS REPORT OF IRA J. GELB, M.D., FACC PLANTIFF ANTHONY DEDRICK

My name is Ira J. Gelb, M.D. FACC. I have been retained by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. as an expert witness in the case of <u>Anthony Dedrick vs. Merck and Company, Inc.</u> I have been asked to review the medical records and render an opinion concerning whether Vioxx (Rofecoxib) caused or substantially contributed to Mr. Dedrick's acute myocardial infarction January 8, 2003. I understand that this report is being submitted to the Federal court in accordance with Rule 26 (a)(2)(B) of the Federal Rules of Civil Procedure and as a disclosure of myself as an expert witness in this matter.

## Professional Background and Qualifications

My educational background, qualifications, experience and publications are set forth in my curriculum vitae, a copy of which is attached to this report as Exhibit A. At the present time I am a Clinical Professor and Director of Clinical Programs at the College of Biomedical Science at Florida Atlantic University (FAU), an Adjunct Professor of Medicine at the Weill College of Medicine of Cornell University, an Adjunct Clinical Professor at the Mount Sinai School of Medicine, Visiting Professor of Medicine at University of Miami Miller School of



PLAINTIFF'S EXHIBIT
B

Medicine and Associate Editor of Cardiology. I am the Co Director of the Cardiology Program at the University of Miami Miller School of Medicine at FAU. I have been a senior associate editor of both the American Journal of Cardiology and the Journal of the American College of Cardiology (JACC) for twenty-five years (one of the founding editors of JACC).

I am Board Certified in both internal medicine and cardiology. I am a Fellow of the American Cardiology and American College of Physicians. I am licensed to practice medicine in both New York and Florida. I have been a practicing cardiologist for almost fifty (50) years.

I have reviewed the following records of Anthony Dedrick:

- VA Medical Records
- William Springer, DDS
- Maury Regional Medical Center
- Lois DeBerry, Special Needs Facility
- Tennessee Department of Corrections
- Disability Documents
- Cardiovascular Surgery Associates
- Duran Drugs
- E. Herrera, MD
- Vanderbilt University Medical Center
- Wayne Medical Center
- St. Thomas Hospital
- Mark Koenig, MD The Heart Group
- John McPherson, MD The Heart Group
- Ralph Hamilton, Ophthalmologist

**Issues Addressed and Opinions**

### **I. Vioxx Caused or Substantially Contributed to Cause Mr. Dedrick's Myocardial Infarction**

Having reviewed the medical records as listed above and based on my experience as an academician, author, board certified cardiologist and editor of a peer reviewed cardiology journal for over twenty-six years, I can state with a reasonable degree of medical certainty that Vioxx was a significant contributing factor to Mr. Dedrick's acute myocardial

infarction on January 8, 2003. It is my further opinion that Mr. Dedrick's usage of Vioxx, more likely than not, accelerated the development, progression and the extent of his coronary artery disease and significantly contributed to his myocardial infarction.

Mr. Dedrick began taking Vioxx 25 mg daily on July 8, 2002, and continued the medication until he was hospitalized on January 8, 2003. He was discharged on January 17, 2003 and was advised to continue his Vioxx therapy.

Mr. Dedrick's risk factors included diabetes mellitus, hypertension, hyperlipidemia and smoking in addition to a family history of heart disease. However, his blood pressure was controlled and there was no evidence in 2003 for concentric hypertrophy, aortic root dilation or renal dysfunction. His lipids and diabetes mellitus were also controlled with oral medications. Prior to his admission to St. Thomas Hospital on January 8, 2003, Mr. Dedrick had no history or findings indicative of coronary artery disease. The admission findings both on EKG and cardiac enzymes were diagnostic of an acute inferolateral wall myocardial infarction. He was treated with thrombolysis on January 8, 2003, and was transferred from Wayne Medical Center to St. Thomas Heart Hospital for follow up studies and treatment.

An echocardiogram performed on January 9, 2003 demonstrated inferior wall akinesis and moderate posterior wall hypokinesis, consistent with a recent acute myocardial infarction. The mitral valve appeared thickened with mild to moderate regurgitation. The aortic root size was normal and the interventricular septal and posterior wall had normal dimensions. His ejection fraction (EF) of 35-40% was indicative of systolic dysfunction. A cardiac catheterization was performed January 10, 2003 and indicated a normal size left ventricle with severe hypokinesis to akinesis of the inferior wall. The EF on that study was reported at 55-60% with significant obstructive disease of the LAD, LCX and RCA arteries. The RCA also

demonstrated a thrombus, despite thrombolytic therapy on January 8, 2003. Mr. Dedricks' clinical presentation, as well as the angiographic and the echocardiographic findings, indicate that Mr. Dedrick had sustained permanent heart muscle damage. The thrombus, which was still present on the study on January 10, 2003, was unusual and, more likely than not, secondary to Mr. Dedrick's ingestion of Vioxx, a thrombogenic drug.

The final impression of the coronary angiogram was critical coronary artery disease. A quadruple bypass procedure was required and this was accomplished on January 13, 2003. The presence of a residual clot, despite thrombolysis, the abnormal coronary artery anatomy, the wall motion abnormality and the reduced ejection fraction are manifestations of the severity of his acute attack. In addition, follow up studies demonstrate that Mr. Dedrick had additional anteriolateral wall damage.

By history, Mr. Dedrick had rheumatic fever in childhood, but never had findings for rheumatic heart disease. The mild to moderate mitral valve regurgitation found on January 9, 2003, was not clinically significant.

The stress echocardiogram of September 11, 2006, demonstrated both inferobasal and posterior wall abnormalities, a reduced ejection fraction (indicative of systolic dysfunction), and mild mitral regurgitation. These findings also confirm that Mr. Dedrick's acute myocardial infarction resulted in permanent myocardial damage. The myocardial infarction and subsequent coronary artery bypass surgery has reduced Mr. Dedrick's quality of life and his life expectancy, both factors are secondary to his use of Vioxx.

### II. Vioxx is Cardiotoxic and Atherogenic

I have thoroughly reviewed the literature related to Vioxx and its detrimental cardiovascular effects. Please see attached bibliography for additional references. The literature clearly points out that Vioxx is not only thrombogenic but atherogenic and, in addition, causes coronary vasoconstriction. These pathophysiological events are the bases for the increased incidence of cardiac events for Vioxx users.

My review of the literature relating Vioxx to cardiac pathology indicated that this drug, which is a Cox-2 inhibitor, negatively affects prostacyclin (PGI2). A major complication from this inhibitory effect upon prostacyclin is that it allows thromboxane A2 (TXA2) to continue unopposed. One of the serious results of eliminating the beneficial effects of prostacyclin is a prothrombotic state.

Merck's internal studies as early as the late-1990's revealed that Cox-2 inhibition would reduce systemic production of PGI2 without an equal reduction in TXA2. Merck was warned by its internal and external scientific advisors about their concerns related to Cox-2 inhibition and its potential adverse cardiac effects in May of 1998. Subsequent studies conducted by external experts (e.g., FitzGerald a Merck consultant, Grosser, Antman, etc.) as well as internal Merck studies (e.g., VIGOR, ADVANTAGE, 090, APPROVe, VICTOR, etc.) clearly demonstrated the myocardial toxicity of Vioxx. The FDA itself noted that there was a consistency among many of these studies demonstrating a cardiovascular hazard.

There is also substantial evidence that Cox-2 inhibition results in atherogenesis and contributes to atherosclerotic progression. This adverse effect of Cox-2 inhibition has been demonstrated in animal models (including those sponsored by Merck), as well as discussed in the peer reviewed medical literature. This detrimental effect has also been substantiated by the

APPROVe follow up data only recently released by Merck. The combination of atherogenesis, thrombogenesis, and coronary vasoconstriction are the hallmarks of significant coronary artery pathology caused by Vioxx. Moreover, cumulative adverse effects of Vioxx result in the increased incidence of acute cardiac events.

### III. Merck Failed to Provide an Accurate Description of the Adverse Cardiac Consequences of Vioxx to the Medical Community

My editorial experience began in 1968 with the American Journal of Cardiology through 1983 when I became one of the founding editors of the Journal of the American College of Cardiology. Presently I am an associate editor of CARDIOLOGY, one of the oldest international peer reviewed journals in the world and published in Basel, Switzerland. Based upon my experience as a senior editor for over twenty six years, it is my opinion that Merck failed to provide an accurate description of the adverse cardiac consequences of Vioxx ingestion to the medical community.

A significant example of this behavior is evidenced by Merck's failure to initially provide complete and accurate information to the New England Journal of Medicine (NEJM) in reference to the cardiovascular adverse effects of Vioxx revealed in both the VIGOR and APPROVe studies. This approach is evidenced by the various Expressions of Concern and ultimate correction published in NEJM. The incorrect publications resulting from these two studies clearly reveal that Merck attempted to minimize the perception of the cardiovascular risks associated with Vioxx (especially the myocardial infarction risk). Moreover, these publications definitively abrogate the nonsensical proposition that the cardiovascular risks associated with Vioxx do not become manifest until eighteen months of usage.

Finally, it is of note that, Merck, through its Vioxx label, failed to adequately warn the medical community regarding the cardiovascular risks associated with Vioxx. The inadequate warning was true for both before and after the April 2002 label change.

**Conclusion**

I can state, with a reasonable degree of medical certainty, that Vioxx was a significant contributing factor to Mr. Dedrick's acute myocardial infarction on January 8, 2003. It is my further opinion that Mr. Dedrick's usage of Vioxx, more likely than not, accelerated the development, progression and extent of his coronary artery disease and significantly contributed to his myocardial infarction. These damages will significantly and detrimentally impact his life expectancy as well as his quality of life.

I reserve my right to amend this report if additional data becomes available. Past testimony and charges are attached.

Executed this _15_ September, 2006

Ira J. Gelb, M.D., FACC

# IRA J. GELB, M.D.

18489 Long Lake Drive
Boca Raton, FL 33496

Phone: (561) 483-7934
Fax: (561) 487-8992
E-mail: junegelb@aol.com

# Curriculum  Vitae

Name :   IRA  J. GELB, M.D.

Home phone  (561) 483-7934;  fax (561) 487-8992;   (212) 593-1558
Office phone (561) 297-2249   fax(561) 297-2221
Address: 1. 18489  Long Lake Drive   Boca Raton, FL. 33496-1934 (H)
2. Florida Atlantic University (FAU) (O)
777 Glades Road  PO Box 3091 Boca Raton, FL 33431-0991
3. 300 East 56th Street  Apt. 23 B   New York, NY  10022 (H)
E-Mail: junegelb@aol.com
ijgelb@fau.edu
Specialty: Cardiovascular Diseases(CV)
Citizenship: USA

New York University (NYU) (Washington Square College), B.A., 1948
NYU College of Medicine, M.D., 1951

American Board of Internal Medicine (ABIM), 1959
ABIM- Cardiovascular Diseases, 1967
New York State License, #72809, 1952 to date
Florida Medical License #ME 84946, 5/16/02 to date
Fellow American College of Cardiology(FACC), 1955 to date
Fellow American College of Physicians(FACP), 1960 to date
Fellow American College of Chest Physicians(FCCP), 1960 to date
American Heart Association (AHA)
1. Member 1960 to date
2. President, 1.Westchester-Putnam Division, 1986-1988
2. Boca Raton Chapter, 1999-2001
3. Chairman, Leadership Council, Boca Raton Chapter , 2002 to date

Medical Intern and Resident, Downstate Medical Center,N.Y. 1951-1953
Medical Resident, University of Colorado Medical Center, 1955-1956
NIH Fellow in Cardiology, The Mount Sinai Hospital, 1956-1957
U.S. Army Medical Corps, First Lt., Medical Officer
1. 2nd Field Hospital, Munich, Germany, 1953-1954
2. Regimental Surgeon, Gelnhausen, Germany, 1954-1955



EXHIBIT

A

tabbies

Page Two

Editorial Responsibilities:
1. Senior Asst. Editor, American J. of Cardiology(AJC), 1968-1983
2. Senior Asst. Editor, J. of American College of Cardiology(JACC), 1983-1992 (One of Founding Editors)
3. Associate Editor  Cardiology  2005 - to date

Director of Cardiology Education, New Rochelle Hospital Medical Center, 1968-1992
Cardiology Rounds , The Mount Sinai Hospital, 1957-1992

Florida Atlantic University (FAU):
1. Clinical Professor, Biomedical Science, 1999 to date
2. Adjunct Professor of Science, 1997 to 1999
3. "Introduction to Medical Education" Founded & Directs Course  1997 to date
4. Founding Clinical Coordinator, Biomedical Program, 1998 to date
5. Director of Clinical Programs, Biomedical Science, 1998 to date
6. Foundation Board of Directors, 1997 to date
    Executive Committee, 2005 - to date
    Chairman  2006 to date
7. Preprofessional Committee, 1999 to date
8. Advisory Board, MBA Program for Physicians, 2000
9. Search Committee for Dean of Science, 2001
10. College of  Science Advisory Board, 2003 to date
11. Medical Coordinator  Sports Medical Program,  1998 to 2003
12. Chairman, Clinical Faculty Recruitment Committee,  2003- 2005
13. Member, Clinical Skills Search Committee  2004
14. Coordinator, Cardiology Module, UMMSM @FAU  2004  to date
15. Member, Curriculum Committee, UMMSM@FAU  2004 to date
16. Member, Staff and Promotions Committee 2004  to date
17. Director of Simulator Program, 2004 to date

University of Miami School of Medicine
    1. Voluntary Professor of Medicine  1998 to date
    2. Member, Admissions Committee, 2003 to date

Mount Sinai School of Medicine:
    1. Associate Clinical Professor of Medicine, 1965-1995
    2. Honorary Lecturer in Medicine, 1995 to 2002
    3. Adjunct Clinical Professor of Medicine, 2002 to date
    4. President Mount Sinai Alumni, Florida Chapter, 2004 - 2006
    5. Executive Committee Mount Sinai Alumni  2006

Page Three

New York Medical College, Adjunct Clinical Professor of Medicine, 1976-1995

Weill College of Medicine at Cornell University:
1. Adjunct Associate Clinical Professor of Medicine, 1991-1995
2. Adjunct Professor of Medicine, September 1, 2003 to date

Boca Raton Community Hospital:
1. Foundation Board of Trustees, 1998 to date
2. Medical Staff Review Committee, 2001 to date
3. Faculty Staff Appointment 2005

Cleveland Clinic Florida:
1. Board of Advisors, 2000 to 2002
2. Member, Leadership Council 2002 to date

Invited Lectures and Honors
1. Mercy Hospital (Cornell Affiliate), Rockville Center, NY
June 8, 2005 "Standard of Care in CV Medicine"
2. 6th CRIAD International Conference
Shanghai, China October 11, 2005
COX 2 Inhibitors and Coronary Artery Disease(ACS)
3. New York University School of Medicine Alumni Leadership Award
February 19, 2006

*Publications on request

# IRA   J. GELB, M.D.

## PUBLICATIONS

### BOOKS

1. Dack, Bader, Bader and Gelb    Heart Disease in Pregnancy in:
Medical, Surgical and Gynecologic Complications of Pregnancy  2nd Edition,
Rovinsky and Guttmacher,   Williams and Wilkins 1-63, 1965

2. Moscovitz, Donoso, Gelb and Wilder  Atlas of Hemodynamics of the
Cardiovascular System,  Grune and Stratton, New York 1-277, 1963

3. Moscovitz, Donoso, Gelb and Henry    Intracardiac
Phonocardiography:
    Clinical Considerations in Visual Aids in Cardiologic Diagnosis and
Treatment,
    Master and Donoso ed., Grune and Stratton, 61-69, 1960

### REFEREED   JOURNAL   ARTICLES

1. Blount, McCord and Gelb,  Ebstein's Anomaly, Circ. 15:210-215, 1957

2. Moscovitz, Donoso and Gelb, The Use of the Intracardiac Microphone
in the Study of the Normal and Abnormal Cardiac Cycle, Circ.
18:760-763,1958

3. Moscovitz, Donoso and Gelb, Intracardiac Phonocardiography,
Correlation of Mechanical, Acoustic and Electric Events of the Cardiac Cycle,
    Circ. 18:983-986, 1958

4. Moscovitz, Donoso and Gelb, Prediction of the Duration of the
Dynamic     Phases of the Cardiac Cycle by Intracardiac Phonocardiography,
    Clinical Reseach Proceedings  6:213-216, 1958

5. Moscovitz, Donoso, Gelb and Henry, Fourth Heart Sound:Studies with
Intracardiac Phonocardiography,  Circ. 20:742-746, 1959

6. Sherber and Gelb, The Clinical Pharmacology of Isorbide Dinitrate: A
Unique, New Nitrated Polyalcohol, Angiology 12:244-248, 1961

# IRA   J. GELB, M.D.

7. Gelb, Donoso and Moscovitz, Hemodynamic Studies in Digitalis-Induced A-V Dissociation in the Dog, A. J. Cardiology 10:239-242, 1962

8. Moscovitz, Steinfeld, Gelb, Dimich, Kline and Donoso, Augmentation of the Pressure Gradient in Experimental Aortic Stenosis by Paired Electrical Stimulation   Circ. 36,11:193-195,1967

9. Moscovitz, Steinfeld, Gelb, Dimich and Donoso, Influence of Paired Electrical Stimulation on the Mechanical Alternans of Aortic Stenosis, Circ. 30:142-146, 1968

10. Moscovitz, Steinfeld, Park, Gelb, Dimich and Donoso, Modification of the Systolic Ejection Gradient of Ventricular Outflow Obstruction by Paired Electrical Stimulation and Changes in Downstream Resistance, J.of Mount Hospital  37:256-265, 1970

11. Gelb, Left Ventricular Bypass in Acute Cardiac Decompensation, Editorial, American J. of Cardiology,25:509-510, 1970

12. Moscovitz and Gelb, Should the Transvalvular Gradient in Aortic Stenosis be Measured?  American J. of Cardiology, 32:731-733, 1973

13. Moscovitz, Pantazapolous, Bodenheimer and Gelb, Simulated Left Atrial Tumor, American J. of Cardiology, 34:63-71,1974

# IRA J. GELB, M. D.

18489 Long Lake Drive
Boca Raton, FL 33496

Phone: (561) 483-7534
Fax: (561) 487-8992
E-mail:junegelb@aol.com

## Depositions and Court Appearances

1. Trials: 1. Bergwall v. Kaiser May 5, 2004
         2. Janssen v. Shaik and Imburgia June 15, 2004
2.. Depositions:
   a. Bergwall v. Kaiser Foundation Health Plan of Mid-Atlantic
States, Inc. et al.      March 12, 2001
   b. Boca Raton Hospital-Open Heart CON Case  Oct. 3, 2001
   c. Dillon et al. v. Johnson & Johnson, et al. May 15, 2002
   d. Kevin J. Brown, et al. vs. Belle of Orleans, L.L.C. Oct. 10, 2002
   e. Jannsen v. Imburgia and Shaik  April 29, 2003
   f. Weil vs Holmes RMC., Trout,Hynes et al. February 10,2004
   g. Eugene J.Fiala et al. vs. Met Life  et al August 25,2004
   h. Coreaga v. Wake Med    June 10, 2005
   i. Lowery v. Dennis Garver  et al     January 5, 2006
   j. Bellini v. Meyer, Kragt, Sage, Gallup et al   March 21, 2006
   k. Scimeca v. Lewis et al. April 11, 2006
   l. Laszlo vs. Willis and Frenvy   August 3, 2006
Depositions  vs. American Home Products Corp. et al.- 2000-2004
         1. D. England (2)
         2. B. Hughes
         3. J. Petito & T. Stubbs
         4. D. Howard
         5. E. Rhone (3)
         6. T. Swarz
         7. West Virginia Monitoring - Ten Clients
         8. Vivian Smith  on 12/19/00
         9. Jill Ondrejko-Venezia on 1/15/01
         10. Robert Carles 2/8/01
         11. Joann Moore 2/9/01
         12. Mayfield & Ogle vs. A.H.P. 18 Cases 2/12, 13 and 14/01
         13. Amy Bradley v. A.H.P. 3/15/01
         14. Amanda Brogden v. A.H.P. 3/16/01
         15. Morehouse v. A.H.P. 4/5/01
         16. Zeevi v. A.H.P. 4/11/01
         17. Richard v. A.H.P. 4/12/01
         18. Binkowski  v. A.H.P. 5/24/01
         19. Newcomb, AKA  Niepoetter 5/30/01
         20. Moorer v. A.H.P.  8/21/01
         21. Pfingsten v. A.H.P. 12/11/01

IRA  J. GELB, M.D.                                        Page 2

22. Malonee  v. A.H.P. 1/11/02
23. Janney  v. A.H.P.  1/14/02
24. Otto v. Wyeth-Ayerst Lab. et al  5/17/02
25. Lachance v. Wyeth-Ayerst  Lab. et al. 11/11/02
26. Hartley v. A.H.P. et al. 1/17/03
27. Huddleston v. A.H.P. et al. 1/21/03
28. Gaskins et al. v. Wyeth et al. 5/10/04
29. Long and Corkron v. Wyeth et al 5/14/04
30. Cavender, Lancos, Dean et al  v. A.H.P. et al. 12/6-7/04
31. Nine Cases of  F-P  Wyeth  on 6/21, 22 and 23, 2006

## FEE  SCHEDULE

1. Review of Medical Records, Discussions and Reports;

$400.00 per hour

2. Court Appearances and Depositions, Regardless of Whether I Am Sub-
poened by Plaintiffs or Defendants;

$5,000.00 per Day

Plus Business  Class Air  Fare, Travel Expenses, Hotel and Meals;

3. Travel Time @ $200.00 per hr.

4. Retainer  Fee                                        $1,000.00

# VIOXX   REFERENCES

1. Fitzgerald and Patrono  The Coxibs,Selective Inhibitors of Cyclooxygenase-2
   NEJM 2001; 345: 433-442
2. Topol and Falk  A Coxib a Day Won't Keep the Doctor Away
   Lancet 2004;364;639-640
3. Mukherjee,Nissen, Topol Risk of CV Events Associated with Selective Cox-2
   Inhibitors    JAMA 2001; 286:954-959
4. Levesque et al Risk for MI with COXIBS  Ann Int Med 2005;142: 481-489
5. Solomon et al Relationship between Selective Cyclooxygenase Inhibitors and Acute
   MI in Older Patients   Circulation 2004; 109:2068-2073
6. Mamdani et al  Cyclooxygenase 2 Inhibitors vs NSAIDS and CHF Outcomes in
   Elderly Patients  Lancet 2004; 363:151-1756
7. Topol, E. Failing the Public Health-Robecoxib, Merck, and the FDA
   NEJM 2004; 351:1707-9
8. Egan et al Cyclooxygenases,TXA,& Arteriosclerosis Circulation 2005;111:334-42
9. CARDIOLOGY  December 2002 page11 Debate Rolls on Risk of Cox  2 Inhibitors
10. Medical Letter 2001; 4399-101  CV Safety of COX 2 Inhibitors
11. Cardiorenal Considerations Influencing Choice of Traditional NSAIDs & COX-2
    Inhibitors May 2002 pages 3-13
12. Reicin et al AJC 2002;89: 204-9  Comparison of CV Thrombotic Events in Pts
    with Osteoarthritis Rxed with Vioxx  vs. NSAIDs
13. Weir et al  A Heart J. 2003;146: 594-604 Selective COX-2  Inhibition & CV Effects
    Review:Vioxx Development Program
14. Juni et al Archives Internal Med 2002; 162: Letter to Editor with Replies by
    Solomon (ref # 15) amd Watson et al(ref# 16)
15. Solomon et al. Archives of Int Med  2002; 162:1099-1104
    NSAID Use and Acute MI
16. Watson et al.  Lower Risk of Thromboembolic CV Events with Naproxen....
    Archives of Int Med 2002; 162:1105-1110
17. Choi et al. Effects of Vioxx and Naproxen Among Pts with RA:Decision Analysis
    AJM  2004;116:621-629
18. a. Ray et al. NSAID and Risk of Serious CAD:Observational Cohort Study
    Lancet 2002; 359:118-123
18 b. Ray COX 2 Selective NSAIDS Risk Serious CAD Lancet 2002;360:   10721-3
19. Konstam et al  CV Thrombotic Events in Controlled, Clinical Trials of Vioxx
    Circulation; 2001: 104:2280
20. HMO Reconsiders Vioxx after Study Points to Heart Risks  Wall Street J. 8/26/04
21. FDA Study Finds VIOXX Increases MI Risk AOL News 8/26/04
22. Wright, J.M. Double-Edged Sword of COX-2 Selective NSAIDS CMAJ 202: 167
23. Widely Used Arthritis Drug Withdrawn NY Times 10/1/04
24. ACC Special Alert 9/30/04
25. Wallberg-Jonsson et al   J. Of Rheum 1997; 24; 445-451
    CV Morbidity & Mortality in Pts. with Seropositive RA in Northern Sweden

26. Del Rincon et al  High Incidence of CV Events in RA Cohort Not Explained by Traditional Risk Factors  Arthritis & Rheumatism 2001;44: 2737-2745

27. McCormack & Rangano Digging for Data from COX-2  Trials CMAJ 2002; 166:13

28. Ray,W.A. Population-Based Studies of ADEs  NEJM 2003; 349: 1592-4

29. Catella-Lawson et al.    COX Inhibitors& Antiplatelet Effectsof ASA NEJM 2001;345:1809-1817

30. Kimmel et al. Effects of Nonselective Non-ASA NSAIDs on Risk of Nonfatal MI & Interaction with ASA    JACC 2004; 43:985-990

31. Curtis et al. Case for Adverse Interaction ASA & NSAIDS  NEJM 2004;43:991-3

32. Letter from Merck   September 30, 2004

33. Fries & Grosser CV Pharmacology of COXIBS Hematology 2005.1:445-451

34. Topol   Failing Public Health--Rofecoxib, Merck & FDA  NEJM 2004; 351:1707-9

35. Brett,A. Perspective on Vioxx Recall  Journal Watch 10/15/04

36. Hankey COX2 Inhibitors; Are they Really Atherothrombotic? Stroke2003;34:2736

37. Cheng et al Role of Prostacyclin in CVResponse to TXA2  Science 2002;296:539-41

38. Letters to the Editor JAMA 2001; 286 No.22
    A. Burnakis
    B. Fleming
    C. Konstam
    D. Grant
    E. Haldey
    F. Minic
    G. McGeer
    H. Singh
    I. White
    J. Whelton
    K. Mukherjee
    L. Sperber
    M. Sherwood

39. Dieppe & Juni  BMJ Editorial 2004; 329;867-8 Lessons from Withdrawal of Vioxx

40. Merck News Release 9/30/04

41. *Bombardier et al  Comparison of Upper GI Toxicity ...NEJM 2000; 343:1520-8

42. Wall Street J. November 1.2004   Vioxx                    *NEJM 2005;353:2813-2814

43. Buerkle et al   Selective Inhibition of COX 2 Enhances Platelet Adhesion ... Circ. 2004; 110: 2053-9

44. Bing, R.  Why Do COX 2 Inhibitors Cause CV Events? JACC 2002; 39: 521-2

45. Bogaty et al. Impact of Prolonged COX 2 Inhhibition on Inflammatory Markers... Circ. 2004; 110: 934-939

46. Mamdani et al.Effect of COX 2 Inhibitors & Naproxen on Short Term Risk of AMI Archive Int Med 2003; 163: 481-6

47. Bates Controversies in Antiplatelet Therapy:Pts. CV Disease Circ 2005;111:267-271

48. Pitt et al  COX 2 Inhibitors & CV Events  Circ 2002; 106:107

49. NY Times 10/16/04 Pfizer Warns of Risks from Its Painkiller

50. Medical Letter October 25, 2004  pages 87-88

51. Mukherjee,D. Selective COX 2 Inhibitors & Potential Risks of CV Events
    Biochemical Pharmacol. 2002; 63: 817-21
52. Merck Faces Fiscal Fallout as Vioxx Lawsuits Grow  Assoc. Press  Nov. 7,2004
53. HHS Risk of AMI and SD in Pts Treated with COX 2 Inhibitors & Non Selective
    NSAIDs  David H.Graham,M.D.  September 30, 2004 released November 2, 2004
54. FDA Press Releases September 30, 2004
55. Dowd et al. Inhibition of COX 2 Aggravates Doxorubicin-Mediated Cardiac
    Injury in Vivo   JCI 2001;108:485-90354
56. Juni et al. Risk of CV Events and Rofecoxib:Cumulative Meta -Analysis
    Lancet November 2004; 364:2021-2029
57. Horton Vioxx, Implosion of Merck and Aftershocks at FDA Lancet 2004; 364
58. Lancet Editorial Vioxx:Unequal Partnership between Safety & Efficiency
    Lancet  2004; 364: 1287-8
59. Mandell, B. Vioxx withdrawal COX2 Controversies  Cleveland C.J.2004;71:841-2
60. Simon & Strand World without Vioxx  Cleveland Clinic J. 2004; 71: 849-856
61. Oberhalzer-Gee & Inamdar  Merck's Recall of Rofecoxib  NEJM 351;2004:2147-9
62. Fischer  Medicaid Prior Authorization Use of.Coxibs.. NEJM  2004 351; 2187-94
63. Karha and Topol  Sad Story of Vioxx  Cleveland Clinic J.of Med  2004 71; 933-9
64. Mukherjee, Nissen  & Topol Cox 2 Inhibitors & CV Risk  We Defend Our Data
                Cleveland Clinic J.of Med    2001 68; 963-4
65. Lipani  The Data Are Inconclusive and These Drugs Are Needed
                Cleveland Clinic J.of Med    2001 68; 961-2
66. Mandell  Point and Counterpoint (Editorial)  2001 68; 957-9
67. Controversies in Cardiology MSSM COXIBS & Thromboregulation January 24,05
68. Merck  Vioxx Pharmacology August 2004
69. Naproxen Newspaper articles December 21, 2004
70. Bogaty et al  Impact of Prolonged COX 2 Inhibition ... Circ 2004; 110;934-9
71. Monakier et al. Rofecoxib,COX 2 Inhibitor, Lowers CRP...Chest 2004;125:1610-15
72. Chenevard et al. Selective COX 2 Inhibition ...Circ 2003 107: 405-6
73. Ray etal COX 2  Selective NSAIDs; Risk of Serious CAD Lancet 2002 360:1071-3
74. Schlienger et al NSAIDS & Riskof First Time MI  Br J.Clin. Pharm 2002 54;327-32
75. Whelton et al Effects of Celebrex &VIOXX on BP ...AJC 2002 90;959-963
76. Garcia-Rodriguez NSAIDS & Risk of MI..          Circ 2004 109: 3000-6
77. Warner & Mitchell COXs New Forms, Inhibitors FASEB Journal 2004 8;790-804
78. Ray,Griffin,Stein  CV Toxicity of Valdecoxib NEJM 2004 351 12/23/04 pp 2767
79. Letters to the Editor NEJM 2002;346: 189-90  Coxibs and Aniplatelet Effects ASA
80. News Release 12/17/04 re Celebrex
81. Kim & Reicin Rofecoxib,Merck and the FDA   NEJM 2004;351:2875-6
82. Replies to #81 a. Villalba & Witter p 2876
                b. Wolfe, M.M.  p 2877
                c Topol, E.  P2877-8.
83. Fitzgerald,G. COX 2 & Beyond..Natural Reviews Drug Discovery 2003; 2: 879-90
84. NEJM Correspondence  2001; 345:1708-9
                a. Killen b. Nzerue c. Rich d. Fitzgerald
85. Pfizer Statgram re Celebrex 12/23/04

86. Hankey et al  COX Inhibitors    Stroke 2003 34;2736
87. Verrico, M.   ADE re COX 2 Inhibitors Annals Pharm 2003 37:1203-13
89. Cheng, H. Cyclooxygenases, the Kidney and HTN  Hypertension 2004; 43:525
90. Izhar,M. Effects of  COX Inhibition on BP...  HTN 2004;43:573
91. Campbell,R AcuteCHF Induced by Rofecoxib JAMA Bd Family P. 2004;17:131
92. Simmons et al. COX Isoenzymes Pharmac Review 2004;56: 387-437
93. Silverstein et al CLASS Study GI Toxicity Celebrex  JAMA 2000;284;1247-55
94. Topol, E. Arthritis Medicines & CV Events    JAMA 2005; 293
95. NIH News 12/17/04 NIH Halts Use of COX 2 Inhibitor in Large CA Prevent Trial
96. FDA Talk Paper re Bextra 12/9/04
97. Grover et al Treating Osteoarthritis with COX 2 Specific Inhibitors  HTN 45:92
98. Francois & Coffman Prostanoids and BP Which Way Is Up?  JCI 2004;114:757-9
99. Abrams, T.W., FDA  Letter to R.Gilmartin, CEO,Merck
100. Walter et al Sulfone Cox Inhibitors Increase Susceptibility of LDL...
        Atherosclerosis 2004;177: 235-243
101. Solomon,D. Coxibs,Science& Public Trust  Arch Int Med 2005;165:158-160
102. Shaya et al Cox 2 Inhibition  CV Effects .Arch Int Med 2005;165:181-6
103. Battistella et al Risk of GI  Hemorrhage in Warfarin Users
        Arch Int Med  2005;165...
104. Graham et al Risk of AMI & SCD in Patients Treated with Cox 2 Selective and
        NSAIDS  Lancet 2005;365:475-481
105. Furburg et al Parecoxib, Valdecoxib and CV Risk  Circ 2005;111:249
106. Dai et al National Trends in COX 2 Inhibitor Use Since Market Use
        Arch Intern Med 2005;165: 171-7
107. Sowers et al COX 2Inhibitors & NSAIDS on 24 Hour BP in Patients with HTN,
        Osteoarthtritis & Type 2 DM Arch Int Med 2005;165:161-8
108. Iadecola et al Janus Face of COX 2 in Ischemic Stroke  Stroke 2005;36:182
109. Letters to the Editor Lancet Jan 1, 2005
110. Finckh  CV Risks of Coxibs Where Do We Stand  Annals Int Med 2005;142:212
111. Jain Responding to Vioxx Withdrawal Crisis  Annals Int Med 2005; 142: 182-7
112. Kimmel  Pts Exposed to Vioxx & Celebrex -Different Odds of Non Fatal MI
        Annals of Int Med  2005;142: 157-165
113. NY Times February 8, 2005  Merck Canceled Early Study of Vioxx
114. Nussmeier Complications of Coxibs Parecoxib & Valdecoxib
        NEJM 2005;352:1081-1091
115. FDCH Political Transcripts November 18, 2004
116. Catella-Lawson Effects of Coxibs Na+,Hemodynamics .J Pharm1999;289:735-41
117. Waxman,H. Lessons of Vioxx NEJM 2005; 353:2576-8
118. Pfizer Dear Dr.Letter  4/21/05
119. Finckh & Aronson CV Risks of Coxibs Annals Internal Med  2005;142:212-214
120. Sheifer et al Unrecognized MI Annals Int Med 2001; 135:801-811
121. Solomon et al Coxibs and Htn  Hypertension 2004;44:140-145
122. Mittelmark Prevalence of CV Diseases in Old Adults AJ Epidem 1993;137:311-7
123. Sigurdsson et al Unrecognized MI Annals Int Med 1995;122:96-102
124. FDA Memorandum February 1,2001 Shari L.Targum,

125. Solomon et al CV Risk Associated with Celecoxib.. NEJM 2005; 352:1071-1080
126. Fosslien,E. CV Complications of NSAIDS Annals Clin.Science 2005;35:347-385
127. Bresalier et al CV Events Associated with Rofecoxib in Colorectal Adenoma
        Prevention Trial NEJM 2005; 352: 1092-1102
128. Drazin,J. Coxibs- A Lesson in Unexpected Problems NEJM 2005;352;1131-1132
129. Psaty& Furburg  Coxibs--Lessons in Drug Safety  NEJM 2005:352: 1133-1135
130. Furburg et al  Parecoxib,Valdecoxib & CV Risk  Circ 2005; 111;  249-250
131. Memo:Drs. Jenkins and Seligman April 6, 2005 Analysis & recommendations re
        NSAIDs & CV risk to NDA files 20-998,21-156, 21-341,21-042
132. Okie,S. Raising the Safety Bar -FDA's Coxib Meeting NEJM 2005;352: 1283-5
133. Eisenberg, R.  Learning the Value of Drugs-Is Rofecoxib a Regulatory Success
        Story?  NEJM 2005; 352: 1285-7
134. FDA Announcements Dated: A. 12/9/04 and 12/17/04
                                 B. 12/23/04
                                 C. 4/7/05 (2)
                                 D. 4/15/05
135. Ott et al Efficacy and Safety of Coxibs Parecoxib and Valdecoxib in Pts Under-
        going CABG  J.CV Surgery 2003;125: 1481-1492
136. Steffel Celecoxib Decreases Endothelial Tissue Factor .Circ 2005;111:1685-1689
137. Lisse et al GI Tolerability & Effectiveness of Rofecoxib v. Naproxyn in Rx -OA
        Annals Int Med 2003; 139: 539-546
138. Capone et al Interaction Naproxyn and ASA JACC 2005;45: 1295-1301
139. Steinhubl Anti-inflammatory Analgesics in CV Disease  JACC 2005;45:1302-3
140. Wall Street Journal April 22, 2005
141. NY Times April 24, 2005
142. FDA Alert April 7, 2005
143. Pidgeon et al Intravascular Thrombosis after Hypoxia Induced Pulmonary HTN
        Circulation 2004; 110:2701-2707
144. Jones, R. Editorial -Efficacy and Safety  of COXIBS BMJ;325:607-8
145. Antman, E. COXIBS and Thromboregulation MSSM 1/24/05
146. Hippisley-Cox, J.  Risk of MI in Pts. Taking Coxibs or NSAIDS
        BMJ  2005;330:1366
147. Juni, P.et al. Editorial Coxibs, NSAIDS and the Heart
        BMJ 2005;330:1342-3
148. Antman et al Coxibs and CV Risk  Circulation 2005; 112:7659-770
149. McAdam et al Contribution of COX 2 to Elevated TXA2 and Prostacyclin
        Circulation 2005; 112:1024-9
150. Hermann et al Coxibs, Smoking and CV Risk  Circ 2005; 112:941-5
151. Johnsen et al Risk of Hospitalization for MI-Users of Vioxx, Celebrex,NSAIDS
        Archives of Internal Med 2005;165:978-84
152. Lamprecht et al Effeect of Selective COXIBS on Heart Rate- Healthy Young Men
        AJC 2005; 95: 1531-1532
153. Ray  Vioxx and Serious Coronary Heart Disease 4/8/05
154. Targum Report FDA 2/2/01
155. Graham Testimony  HHS FDA 2/17/05

156. Curfman  Editorial NEJM 3/16/06 & Letters to Editor Bombardier, Reicin
157. Scientific Advisory Mtg. 5/3-6/1998
158. Antman COXIB and CV Risk  Circ 112; 759-770,2005
159. Baigent  Selective COXIBS,ASA,CV Disease
        Arthritis& Rheumatism 48; 12-20, 2003
160.Caughey Upregulation of Endothelial COX2..
        J.Biological Chem 41;37839-45, 2001
161. Cipollone COX 2 Expression Arterioscl Thromb Vasc Biol 24;246-255,20 04
162. Bresalier Editor's Round Table AJC 2005
163. Fischer et al Current Use of NSAIDS & Risk of AMI Pharmacotherapy 4/05
164. Hernandez-Diaz  NSAIDS & Risk of AMI Basic Clin Pharm Toxicol 3/06
165. Borer CV& GI Effects of COXIBS   Arthritis Res Ther 9/05
166. Andersohn Use of First & Second Generation COX 2 Selective NSAIDS &
        Risk of AMI  Circ 2006;113: 1950-1957
167. Chan NSAIDS,Acetaminophen and Risk of CV Events
        Circ 2006;113:1578-1587
168. Bannwarth Clinical Pharmacology of Lumiracoxib
        Expert Opinion Inv Drugs  4/14/05 521-533
169.Lagekos Time to Event.. NEJM  July 13, 2006   113-117
170. ACV Events Letters to the Editor  NEJM  July 13, 2006 203-205
171. Correction APPROVe Study NEJM  221
172. Lagakos Time to Event for Long Term Treatments The APPROVe Trial
        NEJM 2006, 355:113-117
173. NEJM July13, 2006 Letters to the Editor 1.Nissen
                                  2.Furburg
                                  3.Bresalier
174. Wang et al  Deletion of microsomal prostaglandin E-synatse-1.....
        PNAS 2006; 103: 14507-14512
175. Zhang et al  Adverse Effects of Cox 2 Inhibitors on Renal and Arryhytmia
        Events        JAMA 2006;296:
176. McGettigan and Henry CV Risk and Inhibition of COX
        JAMA  2006;296
177. Graham COXIBS, Other NSAIDS and CV Risk JAMA 2006;26: E 1-4
178. Bertagnolli et al Celecoxib and Prevention of Colorectalm Adenomas
        NEJM 2006;355:873-884
179. Psaty ands Potter Risks and Benefits of Celecoxibto Prevent Recurrent
        Adenomas NEJM 2006; 355: 950-952
180. Bishop-Bailey et al COX-2  in CV Disease
        Arteriosclerosis, Thrombosis and Vascular Biology 2006; 26:956
181. Coxibs and Colon Polyps Journal Watch August 30, 2006
182. McAdam et al. Systemic Biosynthesis of prostacyclin by COX 2
        Proc Natl. Acas. Sci 1999 96

183. Catella-Lawson et al. Effects of Specific Inhibition of COX 2 on Sodium..
     J. Pharm. & Therapeutics 1999;289735-741
184. Catella-Lawson & Crofford Cyclogense Inhibition and Thrombogenicity
     Amer.J.Med.2002;110:28S-32S
185. APPROVe Off Drug Analysis ... Merck Website 5/11/06
186. Rott et aql.Effects of MF Tricyclic, a Selective COXIB on Atherosclerotic
     Progression ... JACC 2003;41:1812-1819
187. Kobayashi et al. Roles of TXA2 and Prostacyclin...JCI 2004;114:784-794
188..Grosser et al. Biological basis for CV consequences of COX 2..
     JCI 2006;116: 4-15
189. Epstein. CV & Renal Effects of COX2...A.J. Therapeutics 2001;8:81-83
190. Wilson et al. Prediction of Coronary Heart Disease...
     Circ.1998;97:1837-1847
191. Narumiya et al.Genetic & pharmacological analysis..JCI 2001;108:25-30
192. Borgdorff et al. COXIBS Enhance Shear Stress-Induced ..
     JACC 2006;48:817-823
193.Letters to the Editor NEJM July 13, 2006
194. Curfman Expression of Concern Reaffirmed NEJM Editorial
195. Curfman et al. Expression of Concern :Bombardier...NEJM12/29/05
196. Correction NEJM July 13, 2006
197. Arber et al NEJM Celecoxib for Prevention of Colorectal Adenomatous
     Polyps   NEJM 2006;355:885-895

## Deposition, Trial Testimony and Expert Disclosures Reviewed

1. Expert Disclosure of Thomas Baldwin (Irvin v. Merck & Co., Inc. I & II)
2. Expert Disclosure of Dr. Wayne Ray (Irvin v. Merck & Co., Inc. I )
3. Expert Disclosure of Dr. Robert Fletcher (Irvin v. Merck & Co., Inc. II)
4. Expert Disclosure of Jerry Avorn (Barnett v. Merck & Co. Inc.)
5. Expert Disclosure of Jeffrey Popma (Barnett v. Merck & Co. Inc.)
6. Expert Disclosure of Douglas Zipes (Barnett v. Merck & Co. Inc.)
7. Expert Disclosure of Barry Rayburn (Irvin v. Merck & Co., Inc. II)
8. Briggs Morrison Trial Transcript in Irvin v. Merck & Co., Inc. I & II
9. Briggs Morrison Depositions 12/18/03, 2/16/05 & 2/18/05
10. Gregory Curfman Deposition  11/21/05 & 1/24/06
11. Dr. Wayne Ray Trial Transcript in Irvin v. Merck & Co., Inc. I
12. Trial Transcript of Harlan Krumholtz (Cona/McDarby v. Merck)
13. Deposition of Dr. David Graham
14. Deposition of Dr. James Fries
15. Deposition of Dr. Jerome Avorn
16. Deposition of Dr. Stephen Epstein
17. Trial Transcript of Douglas Zipes (Barnett v. Merck)
18. Trial Transcript of Jerry Avorn (Barnett v. Merck)
19. Trial Transcript of Jeffrey Popma (Barnett v. Merck)
20. Trial Transcript of Gerald Barnett (Barnett v. Merck)
21. Trial Transcript of Corrine Barnett (Barnett v. Merck)
22. Barry Rayburn Trial Transcript in Irvin v. Merck
23. Trial Transcript of Alise Reicin (Barnett v. Merck)
24. Trial Transcript of David Anstice (Barnett v. Merck)
25. Trial Transcript of Briggs Morrison (Barnett v. Merck)
26. Dr. Lemuel Moye Trial Transcript from Grossberg v. Merck