FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 30  AM 9: 38

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| Linda M. Cable v. Merck & Co., Inc., 05- | * | |
| cv-04759, And Only Regarding Sheila | * | |
| McCoy, Ann L. Ramsey representing the | * | |
| estate of Alisa Ann Thomas, and Robert | * | |
| K. Ford. | * | |
| | * | |
| Rueben Miranda Velez v. Merck & Co., | * | |
| Inc., 05-cv-04590, And Only Regarding | * | |
| Rosa Otero Soto, Teresa Oquendo | * | |
| Rivera, and Maria M. Rosario Rivera. | * | |
| | * | |
| Antonia Acosta Cabrera v. Merck & Co., | * | |
| Inc., 05-cv-04589, And Only Regarding | * | |
| Minerva Torres Torres Individually and | * | |
| on behalf of the estate of Gilberto | * | |
| Candelario Figueroa, Pedro Castillo | * | |
| Torres, and Jose E. Collazo Serrano. | * | |
| | * | |
| Johnny E. Anderson v. Merck & Co., | * | |
| Inc., 05-cv-04762, And Only Regarding | * | |
| Carrie T. Dixon. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the

14ᵗʰ day of _December_, 2006, at _9:00_ o'clock, a.m. at the United States District Court,

834046v.1

Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should

not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-

Trial Order 18C.

        **IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file

and serve upon Liaison Counsel any oppositions to the Rule on or before the *17th* day of

*November*, 2006.

        **IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve

upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies

to the oppositions on or before the *1st* day of *December*, 2006.

        NEW ORLEANS, LOUISIANA, this *27th* day of *October*, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

834046v.1