United States District Court
Eastern District Of Louisiana
777 Florida Street STE 369
Baton,Rouge ,LA 70901

RECD
U.S. DIST COURT
MIDDLE DIST FLA

2006 OCT 30  A 10: 23

BY DE. U.Y CLERK

October 25th,2006

RE:Bobby A.Williams V MERCK & Co,Inc.
    CASE No.05-1010
    MDL No.1657 Section:L

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -1  PH 12: 26
LORETTA G. WHYTE
CLERK

Dear Clerk:

Please notice plaintiff's **Pro Se**,change of address as:

Bobby A.Williams #147572

38 4TH Street
Florance Crane Correctional Facility
Coldwater,MI 49036

Thank you,

Bobby A.Williams 147572

Fee
Process
X Dktd
CtRmDep
Doc. No.

Name  **Bobby A. Williams** # 147572

FLORENCE CRANE CORRECTIONAL FACILITY

38 Fourth Street

Coldwater, MI 49036

UNITED STATES POSTAGE

$ 00.390
02 1A          OCT 24 2006
0004304725
MAILED FROM ZIP CODE 49036

SCREENED
OK
U.S. MARSHAL

United States District Court
Eastern District Of Louisiana
777 Florida Street STE 369
Baton Rouge, LA 70901

76801+1717-34 CO11