Merck's own marketing analysis of the effect of adding a warning to convey increased risk of cardiovascular events to support his view that a warning would have had a meaningful effect of changing prescribing choices of doctors. *Id.* at 460 - 463. In all of these instances, he properly uses Merck's evidence to support his views without ever attempting to impute motive for Merck's failures.

In an apparent attempt to bolster its motion to strike portions of Dr. Avorn's testimony, Merck repeatedly attempted to goad Dr. Avorn into stating that his opinions were not objective, but that he was interpreting issues of Merck's so-called "corporate intent" and "motive." In no instance did Dr. Avorn take Merck's bait. For example:

> Q.   Do you consider yourself to be an expert in determining a pharmaceutical company's intent?

> A.   I think no one – Its difficult to know intent. One can only know about behaviors.

Dr. Avorn refused to engage in any speculation regarding Merck's internal decision-making or motives, and testified that his opinions were objective and based on what was reasonable and prudent under the circumstances. *See, e.g.*, Avorn Discovery Dep. at 184 - 185; 414 - 415; and 438 - 441.[8] Furthermore, Dr. Avorn explained how his testimony regarding this

---

motion had. The fact is that Dr. Avorn's testimony fits squarely within his expertise and is fully consistent with *Daubert.*

[8] Of course, Dr. Avorn can describe the interactions between his team at Harvard and Merck concerning Vioxx. For example, Dr Avorn has published that:

> We participated with our colleagues in a large observational study sponsored by Merck. Epidemiologists from Merck helped work out several details of the study protocol and signed off on all aspects of the study design. However, when our results demonstrated an elevated risk of acute myocardial infarction with rofecoxib, Merck required a coauthor that was an employee of the company to remove her name from the article immediately prior to publication. Even after funding and agreeing with the design of the study, Merck publicly discredited our findings because of "serious limitations to the analysis."

Exhibit "I" at 159.

topic would be informative for a jury.  *Id.* at 192 - 193.  As such, Dr. Avorn's testimony regarding "what Merck knew or should have known" is appropriate.

**C.**   **Dr. Avorn's Testimony Concerning Merck's Failure to Provide the Medical Community With Complete and Accurate Information About the Risks (and Benefits) Associated with Vioxx is Permissible.**

Merck challenges Dr. Avorn's ability to testify that the information revealed about Vioxx' risks and benefits to the medical community was scientifically incomplete and inaccurate. Merck Memorandum at 8-9.  This is clearly within the scope of his expertise, as ordered by Judge Bechtel in *In Re Diet Drugs Product Liability Litigation*.  As set forth above, the Court in *Diet Drugs* found Dr. Avorn "fully qualified to opine as to the fact and science regarding the risks and benefits of the diet drugs in question. . . ."  *In re Diet Drugs*, WL 8769000, at *11.  In addition, he further found that Dr. Avorn was:

> **qualified to render an opinion as to the label's completeness, accuracy, – and it follows from that – the extent to which inaccuracies or omissions could either deprive or mislead a reader of what the risks and benefits of the diet drugs at issue are or were at the time the labeling was published.**

*Id.* (emphasis added).

The basis for Dr. Avorn to provide such testimony is even more compelling in this case than it was in *Diet Drugs*.  In *Diet Drugs*, Dr Avorn was not a percipient witness and had not done independent research into the risks and benefits of the diet drugs in question.  By contrast, Dr. Avorn has contributed significantly to the scientific understanding of the risks of NSAIDs, Cox-2 inhibitors and Vioxx.  These occurred through numerous studies, articles and lectures on the topic.  Further, the Court in *Diet Drugs* was apparently not made aware of Dr. Avorn's significant independent research into the factors (commercial and non-commercial) that drive

physician prescribing practices that is presented in this motion, as also outlined extensively *supra* at 9 - 10.  Dr. Avorn's first hand knowledge of the scientific effects of Vioxx and the business handling measures taken by Merck are substantial and, moreover, admissible.

**D.     Dr. Avorn Provides Appropriate Testimony Concerning FDA's Labeling Proposal and its Rebuke of Merck's Promotional Materials.**

Merck takes issue with Dr. Avorn's opinions that the information provided by Merck to the FDA about Vioxx, and the format in which it was provided, were inadequate and misleading, and that Merck possessed important information regarding cardiovascular risk that it did not reveal in a complete and timely manner to the FDA, nor to prescribing physicians of Vioxx, nor to the consuming public at large.   Merck contends Dr. Avorn's opinions regarding its negotiations with FDA and its labeling of Vioxx is inadmissible under *Daubert*.   However, *Daubert* does not preclude evidence of misrepresentations to and concealment from the FDA. Further, *Daubert* does not preclude evidence of misrepresentations to and concealment from doctors and consumers of the drug, particularly where an expert is qualified to testify regarding the effects of such misrepresentations on the prescribing practices of physicians, as well as the effects of such misrepresentations on Vioxx's profitability.

Merck also argues that Dr. Avorn's opinions are based not on an interpretation of the regulations that govern submission of information to the FDA, but on his own personal views. However, the actual testimony cited, *infra*, shows that Dr. Avorn was not attempting to interpret the regulations, nor was he challenging them.   Rather, he is critical of the manner in which Merck responded to evidence of cardiovascular risk associated with Vioxx in the clinical trials. There is nothing speculative regarding the opinions shared by Dr. Avorn. See Avorn Discovery

Dep. at 413 - 416; 421 - 422.

Merck further seeks to exclude Dr. Avorn's opinions as to "whether the Vioxx label provided adequate information to health professionals," and whether the risk information provided on a prescription drug label "can heavily influence a drug's sales." However, it is precisely these kinds of scientific and non-scientific influences that Dr. Avorn has studied in relationship to physician prescribing habits. As evidenced by Dr. Avorn's report, he is critical of the labeling content that accompanied Vioxx, specifically the fact that the label did not clearly and explicitly inform physicians that the drug was contraindicated for individuals with preexisting cardiovascular conditions. See Avorn Rpt. at 19; Avorn Discovery Dep. at 163 - 164. As set forth by Judge Bechtel in In Re Diet Drugs, this is a scientific opinion that he is qualified to give. Dr. Avorn also opines that the label misrepresented the severity of reported adverse effects and it failed to present an accurate representation of the risk of cardiovascular effects, such as acute myocardial infarction, caused by the drug. Avorn Rpt. at 22 - 23; Avorn Discovery Dep. at 424. This testimony is entirely proper. The Court in In Re Diet Drugs did not preclude "generalizations about the thoughts, habits and considerations of physicians, patients and regulators." In re Diet Drugs, WL 8769000, at *11. The experts were precluded from testifying "as to what doctors think," but not from testifying as to the "label's completeness" and "accuracy," and the "extent to which any inaccuracies or omissions could deprive or mislead a reader." Id. at *11.

It is also inappropriate to preclude Dr. Avorn from giving testimony that touches upon FDA issues where they overlap with pharmacoepidemiologic principles. Since Merck is raising such issues in its defense to this case, it is likely to raise issues regarding its interactions with

FDA in examining Dr. Avorn.  Moreover, while Dr. Avorn, having not worked at FDA, is not a technical "regulatory" expert, there are areas where his expertise in pharmacoepidemiology necessarily and inextricably overlaps with regulatory issues pertaining to drugs.    In his deposition, he explained:

> Q.    Are you an expert, Dr. Avorn, in FDA regulations?
>
> A.    To the extent that my expertise about drug risks and benefits relate very closely to FDA decisions, yes.  Am I a regulatory attorney?  No.
>
> Q.    But you believe that you are an expert in FDA guidelines concerning drug labeling?
>
> A.    We – We have written on that topic, and I, again, to the extent that is about pharmacoepidemiology and data on risks and benefits, yes.

Avorn Discovery Dep. at 194 - 195; see also id. at 674 - 678.  Later in his deposition, he gave a concrete example where his expertise overlapped with FDA regulation:

> Q.    Okay, Doctor, I am going to hand this to you (Exhibit 23 – Food and Drug Administration, Section 201.57).
>
> A.    (Deponent reviewing exhibit.).
>
> Q.    First of all there is a highlighted section there. Could you read it into the record please?
>
> A.    Sure.  This is the Food – it is labeled Food and Drug Administration, HHS, Section 201.57.
>
> Q.    Okay.
>
> A.    And –
>
> Q.    The section is highlighted?
>
> A.    Yes, and under heading (e) warnings, "The label shall be revised to include a warning as long as there is a reasonable evidence of an association between a hazard with a drug, semicolon, causation need not be proved, period."

Q.     Okay.  Just taking that language alone, okay, if that language appears in any other context other than in a regulation, just taking the language, if it appeared in an article, if it appeared in a textbook, if it appeared in a presentation you had, would that language be something you would be familiar with?

A.     Yes.  I have seen that language many times.

Q.     Okay.  Is this language that is a pharmacoepidemiologic concept: a reasonable evidence of an association?

A.     Yes, I think that pharmacoepidemiology is all about reasonable evidence, determining associations, serious hazards and causal relationships. That is the substance of [pharmacoepidemiology].

Q.     Are you – Do you consider yourself an expert in interpreting the scientific and medical concepts embodied in that language?

A.     Yes.  In fact, that language cannot be operational without having mastery of concepts such as reasonable evidence, serious hazards and causal relationship.

Q.     And is that something that, in your experience, the average layperson understands those concepts without guidance from people such as yourself?

A.     They cannot.

*Id.* at 723 - 725.

Without any explanation, Merck also proposes that Dr. Avorn cannot comment on the FDA's rebuke of Merck's promotional material, which relies on the so-called naproxen hypothesis.  Surely, Dr. Avorn can rely on such a statement to support his opinion that the naproxen hypothesis was never a rational explanation for VIGOR.

Finally, Merck argues that Dr. Avorn is not permitted to testify regarding the effects of drug labels, and changes thereto, on the prescribing practices of doctors, all of which contribute to the sales of a drug.  As discussed extensively, Dr. Avorn is an international expert in this

31

domain, *supra* at 5 - 10.  Thus, Dr. Avorn's testimony regarding FDA's labeling proposal and its rebuke of Merck's promotional materials is admissible.

## CONCLUSION

Dr. Avorn's exemplary qualifications, including his academic and professional achievements and his own factual contribution to the "Vioxx story," render him qualified to testify regarding the aforementioned issues in this litigation.  For the reasons outlined above, Plaintiff Anthony Dedrick urges the Court deny Merck's motion to exclude the testimony of Dr. Avorn in it entirety.

Respectfully submitted this 7th day of November, 2006.

ANDY BIRCHFIELD
P. LEIGH O'DELL
Attorney for Plaintiff
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
 Plaintiffs' Liaison Counsel

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
Co-Lead Counsel

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

PLAINTIFF'S STEERING COMMITTEE

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Memorandum in Opposition to Defendant's Motion to Exclude Testimony of Jerry Avorn, M.D. has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _7th_ day of November, 2006.

Andy D. Birchfield
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

# EXHIBIT  A

# Curriculum Vitae

updated: June, 2006

**Name:** Jerome L. Avorn

**Office Address:** Division of Pharmacoepidemiology and Pharmacoeconomics
Brigham and Women's Hospital
1620 Tremont Street, suite 3030
Boston, MA 02120

**Home Address:** 5 Circuit Road
Chestnut Hill, MA 02467

**Place of Birth:** New York, New York

## Education:

| | |
|---|---|
| 1969 A.B. | Columbia University, New York |
| 1974 M.D. | Harvard Medical School, Boston |

## Postdoctoral Training:

| | |
|---|---|
| 1972-74 | Fellow in Social Studies (Medical Sociology), Harvard College |
| 1974-75 | Intern in Medicine, The Cambridge Hospital, Cambridge, Massachusetts |
| 1974-77 | Clinical Fellow in Medicine, Harvard Medical School |
| 1975-77 | Resident in Internal Medicine, Beth Israel Hospital, Boston, Massachusetts |

## Licensure and Certification:

| | |
|---|---|
| 1974 | National Board of Medical Examiners |
| 1974 | Massachusetts License Registration |
| 1977 | Diplomate, American Board of Internal Medicine |
| 1988 | Certification in Geriatric Medicine, American Board of Internal Medicine |

## Academic Appointments:

| | |
|---|---|
| 1977-79 | Instructor in Preventive and Social Medicine, Harvard Medical School |
| 1979-85 | Assistant Professor of Social Medicine and Health Policy, Harvard Medical School |
| 1985-90 | Associate Professor of Social Medicine, Harvard Medical School |
| 1990-2004 | Associate Professor of Medicine, Harvard Medical School |
| 2004-present | Professor of Medicine, Harvard Medical School |

## Hospital Appointments:

Beth Israel Hospital

| | |
|---|---|
| 1977-84 | Assistant in Medicine, Department of Medicine |
| 1984-87 | Assistant Physician, Department of Medicine |
| 1987-89 | Associate Physician, Department of Medicine |
| 1989-94 | Physician, Department of Medicine |



Brigham and Women's Hospital

| 1986-1992 | Associate Physician, Department of Medicine |
| 1992-present | Physician, Department of Medicine |

Hospital Clinical Responsibilities:

| 1977-1981 | Attending physician (General Internal Medicine), Beth Israel Hospital |
| 1981-1992 | Attending physician (Geriatrics and Internal Medicine), Beth Israel Hospital |
| 1992-1998 | Attending physician (Geriatrics and General Medicine), Brigham and Women's Hospital |
| 1998-present | Attending physician (General Medicine Service), Brigham and Women's Hospital |

Major Administrative Responsibilities:

| 1978-1980 | Director, Division of Geriatrics, Harvard School of Public Health |
| 1978-1980 | Program Director, Geriatric Curriculum Development Project, Harvard School of Public Health |
| 1982-1983 | Director, Geriatric Drug Education Program, Department of Public Health, Commonwealth of Massachusetts |
| 1982-1984 | Director, Program in Ethics and Geriatrics, a joint project of The Hastings Center and Harvard Medical School |
| 1985-1987 | Chair, Task Force on Determinants of Antibiotic Utilization, National Institutes of Health |
| 1979-1980 | Director, Harvard Medical School Long-Term Care Gerontology Center Program |
| 1986-present | Director, Program for the Analysis of Clinical Strategies |
| 1990-1995 | Harvard Geriatric Research and Training Center: Director of Epidemiology, Data Management, and Health Services Research Core |
| 1998-present | Chief, Division of Pharmacoepidemiology and Pharmacoeconomics, Department of Medicine, Brigham and Women's Hospital. |

Major Committee Assignments and Other Positions:

National and Regional

| 1978-81 | Professional Advisory Committee, Department of Elder Affairs, Commonwealth of Massachusetts |
| 1979 | Study section on long-term care gerontology centers, Administration on Aging, Department of Health, Education and Welfare |
| 1982-83 | Advisor on drug utilization studies, National Center for Health Services Research, National Institutes of Health |
| 1983-84 | Peer reviewer, Robert Wood Johnson Foundation, Program for Hospital Initiatives in Long-term Care |
| 1983-85 | Working group on "The Aging Society," The Carnegie Corporation |
| 1985-93 | Peer reviewer for Medications and Aging program, The John A. Hartford Foundation |

| | |
|---|---|
| 1989 | Peer reviewer, Gerontology and Geriatrics Review Group, National Institute on Aging, National Institutes of Health |
| 1989-91 | U.S. Congress, Office of Technology Assessment: Advisory Panel on Government Policy and Pharmaceutical Research and Development |
| 1990-94 | Advisory Panel on Geriatrics, U.S. Pharmacopeia |
| 1997-99 | Advisory Panel on Outcomes and Cost-Effectiveness, U.S. Pharmacopeia |
| 2000- | Consultant in Pharmacoepidemiology, Food and Drug Administration |
| 2002-03 | Member, National Committee for Quality Assurance (NCQA) Advisory Panel on Medication Management in the Elderly |

Harvard Medical School

| | |
|---|---|
| 1977-80 | Committee on Geriatrics |
| 1978-80 | Teaching Committee, Department of Preventive and Social Medicine |
| 1980-88 | Executive Committee, Division on Aging |
| 1980-84 | Malpractice consultant, Harvard Risk Management Foundation |
| 1981-88 | Working Group on Health Policy and Aging, Division of Health Policy Research and Education |
| 1986-88 | Faculty Council |
| 1997-98 | Faculty Advisor, William Bosworth Castle Society |
| 1997-98 | Member, Geriatrics Interest Group, Francis Weld Peabody Society |
| 1998-2002 | Subcommittee on Teaching Evidence-Based Medicine and Therapeutics |
| 2001-02 | Committee on development of new postdoctoral course in clinical pharmacology (responsible for pharmacoepidemiology component) |
| 2003- | Search committee for a faculty appointment in pharmacoepidemiology, Harvard School of Public Health |

Beth Israel Hospital

| | |
|---|---|
| 1976-77 | Committee on House Officer Education, Department of Medicine |
| 1980-81 | Chair, Committee on Medical Research, Division of General Medicine |
| 1983-92 | Pharmacy and Therapeutics Committee |
| 1986-87 | Laboratory Board |
| 1986-92 | Transfusion Committee |
| 1987-92 | Chair, Pharmacy and Therapeutics Committee |

Brigham and Women's Hospital

| | |
|---|---|
| 1992-present | Pharmacy and Therapeutics Committee |
| 1993-98 | Chair, Medication Education and Management Committee |
| 1993-95 | Chair, Technology Assessment Committee |
| 1994-95 | Chair, Drug Therapy Cost Reduction Committee, Partners Healthcare System |
| 1996-97 | Clinical Practice Standards Committee |
| 1996-2000 | Order Entry Clinical Advisory Group / Clinical Software Oversight Committee |
| 1998-2000 | Clinical Executive Committee |
| 1998-2002 | Advisory Committee, Department of Medicine |
| 1999-present | Education Council |
| 2002-present | Faculty Standing Committee on Resident Research |
| 2002-present | Executive Committee, Department of Medicine |

3

Professional Society Involvement:

| | |
|---|---|
| 1978-94 | Gerontological Society of America (clinical medicine section) |
| 1979-81 | Research Group on Ethics and Health Policy of the institute of Society, Ethics, and the Life Sciences (The Hastings Center) |
| 1981-82 | Public Policy Committee, The Gerontological Society of America |
| 1981-82 | Task Force on Ethical Issues and Medical Technology, The Hastings Center |
| 1982- | American Geriatrics Society |
| 1984-89 | Fellow, The Hastings Center |
| 1988-89 | Institute of Medicine, Forum on Drug Development and Regulation: Working Group on Geriatric Pharmacology |
| 1988-90 | Institute of Medicine, Committee on Health Promotion and Disability Prevention in Aging |
| 1990-91 | Chair, panel on Drug Utilization Review Interventions, American Society for Clinical Pharmacology and Therapeutics |
| 1994-98 | Board of Advisors, Center for the Study of Drug Development, Tufts University |
| 1998 | Advisory Panel on Methodology in Pharmacoeconomics, International Society for Pharmacoeconomics and Outcomes Research |
| 2002 | Invited opening plenary presentation, International Society for Pharmacoeconomics and Outcomes Research |

International Society for Pharmaco-Epidemiology:

| | |
|---|---|
| 1995-98 | Board of Directors |
| 1995-97 | Task Force on Standards for Research Methods in the Epidemiologic Evaluation of Drugs |
| 1995-97 | Program Chair, XIII International Conference on Pharmaco-Epidemiology |
| 1996-99 | Ad Hoc Committee on Privacy and Epidemiologic Research |
| 1997-98 | President of the Society |
| 1998-99 | Chair, Nominating Committee |
| 2002- | Fellow of the Society |
| 2002 | Invited opening plenary presentation |

Other National and International Contributions:

| | |
|---|---|
| 1981-85 | Board of Directors, The Harvard Public Interest Health Foundation |
| 1982-83 | Director, Curriculum Development Project in social medicine, The Aga Khan Medical College, Karachi, Pakistan |
| 1982-88 | Consultant in geriatric medicine and epidemiology, The Greater New York Blood Program |
| 1983-91 | Physician advisor and program evaluator (geriatric pharmacology and policy), American Association of Retired Persons |
| 1985-86 | Expert Panel on Prescription Drug Use, Blue Cross of Massachusetts |
| 1988-89 | Member, Massachusetts Drug Formulary Commission |

| | |
|---|---|
| 1988-90 | Advisor to the Inspector General, U.S. Department of Health and Human Services, on drug coverage and quality assurance in federal programs |
| 1989-1994 | Clinical Director, Optimal Therapeutics Program, Blue Cross-Blue Shield of Massachusetts |
| 1992 | Advisor to President Clinton's transition team on prescription medication policy |
| 1997-1998 | Chair, National Collaborative on Improving Prescribing Practices, Institute for Healthcare Improvement |
| 1997-2000 | Co-Founder and Board of Directors member, The Ad Hoc Committee to Defend Health Care [Massachusetts] |
| 1999-2000 | Steering committee, Massachusetts Citizens' Initiative Petition to Reform Health Care |
| 2000-2001 | Expert Advisor on antibiotic prescribing and bacterial resistance, World Health Organization (WHO) Global Strategy for Containment of Antimicrobial Resistance |
| 2001-present | Member, Technical Advisory Group, State of Pennsylvania Department of Aging, Pharmaceutical Assistance Contract for the Elderly |

Editorial Boards and Editorships:

| | |
|---|---|
| 1981-84 | Journal of Gerontology (Editorial Board) |
| 1990-99 | UPDATE, A Quarterly Review of Geriatric Pharmacology (Editor) |
| 1992-1996 | Journal of Gerontology (Associate Editor, Clinical Medicine) |

Journal Reviewer:

| | |
|---|---|
| 1985-present | New England Journal of Medicine (ad hoc reviewer) |
| 1987-present | Journal of the American Medical Association (ad hoc reviewer) |

Awards and Honors:

| | |
|---|---|
| 2002: | Highly Cited Researcher: Identified by Institute for Scientific Information based on Medline citations as one of the most frequently cited investigators within the category of Social Science and Medicine during the period 1981 – 1999 (top one-half of 1% of all published researchers). |

## TEACHING, CLINICAL, AND RESEARCH CONTRIBUTIONS

With accelerating progress in new drug development and rising pressures to contain the costs of health care, educating physicians about appropriate prescribing decisions has become increasingly important. The focus of my work has been on defining patterns of medication use by physicians and patients; quantifying the benefits, risks, and costs of specific drugs to help build an evidence-base for rational prescribing; and developing, implementing, and rigorously testing innovative educational approaches to improve prescribing practices.

I have addressed these problems in several complementary ways, including: (1.) creating new approaches to teaching physicians about optimal drug use, and then testing these approaches in randomized controlled multi-site studies; (2.) developing new methods for computer-assisted analysis of large population databases to measure patterns and predictors of physician prescribing practices, as well as to study adverse drug events and patient non-compliance; (3.) measuring the effect of changes in reimbursement policies on physician prescribing and patient outcomes; and (4.) conducting cost-effectiveness analyses of specific medications. Together, these studies have resulted in new ways to improve drug use and clinical outcomes. Programs based on this work have been implemented locally, nationally, and internationally.

One method I developed, known as "academic detailing," uses medical-school-based educational outreach to improve physician prescribing and reduce drug use that is not pharmacologically optimal or cost-effective. This intervention merges evidence-based analysis of appropriate drug use with the effective adult-learning and behavior-change strategies that have been used by pharmaceutical companies to change physicians' prescribing practices. My colleagues and I have evaluated its effectiveness in several randomized controlled trials involving physicians in primary care practice in four states, doctors and other caregivers in nursing homes, general practitioners in Europe, and house officers at the BWH. These studies have shown that the approach is effective in educating clinicians about rational prescribing and improving medication use. My work in this area has been a synthesis of teaching and research. It has now been widely replicated and adopted by large health care systems, drug benefit managers, governmental health services in Great Britain, Canada, and Australia, and in the developing world.

Teaching has been a central focus of my career since my first year as a student at HMS, when I developed a student-initiated course in some of these areas, described below. In the more than 30 years since I have worked in several domains to develop teaching programs at HMS and its affiliated institutions. I created new courses on health care delivery at Harvard College (medical sociology; aging and society), the Harvard School of Public Health (geriatrics and health policy), and HMS (forerunners to the "Patient-Doctor" and "Clinical Commons" courses). I continue to teach at HMS (pharmacology, geriatrics), HSPH (epidemiology), the Harvard Program in Clinical Effectiveness (health policy, pharmaco-epidemiology), and BWH (while serving as Attending Physician on the General Medicine Service and as described further below).

In 1998 my teaching, clinical, and research activities came together when I was asked to establish a Division of Pharmacoepidemiology and Pharmacoeconomics within the Department

6

of Medicine at BWH. In this role, I developed several new programs to teach physicians and medical students about appropriate and cost-effective prescribing, including: (1.) implementing a new curriculum of lectures and monthly teaching rounds for interns and residents on proper medication use and drug cost-effectiveness analysis; (2.) using the hospital's automated order-entry system to produce interactive computer guidelines that improve drug use decisions at the time they are being made; (3.) establishing and editing a new series of publications to teach house officers and medical students about evidence-based medication choices; (4.) developing a program that supports fellows in Infectious Diseases to serve as "academic detailers" who are deployed to provide "just-in-time" education when problematic antibiotic orders are written; (5.) creating a new system for evaluating the benefits, risks, and costs of drugs proposed for hospital formulary inclusion; (6.) conducting epidemiologically rigorous assessment of current in-patient drug use practices and identifying areas in need of educational intervention. The Division is coming to be viewed as a model for integrating evidence-based medication use and cost-effective prescribing into the teaching programs and clinical activities of academic departments of medicine.

**SELECTED FUNDING INFORMATION:**

**National Institutes of Health:**

| | | |
|---|---|---|
| 1979-1981 | NIH / NCHSR / R01 | PI |
| | Demarketing and administrative strategies in drug prescribing. | |
| 1983-1985 | NIH / AHCPR / R01 | PI |
| | Analysis of a successful strategy to improve prescribing. | |
| 1985-1990 | NIH / AHCPR / R01 | PI |
| | Improving the accuracy of transfusion decisionmaking. | |
| 1986-1988 | NIH / NIA / R01 | PI |
| | Medication use as a risk factor for falls in the elderly. | |
| 1986-1988 | NIH / AHCPR / R01 | Co-Investigator |
| | Impact of payment restrictions on physician decisions. | |
| 1986-1988 | NIH / NIMH / R01 | PI |
| | Staff expectation as a mediator of functional status in nursing homes. | |
| 1988-1991 | NIH / FDA / R01 | PI |
| | Population-based surveillance of adverse drug reactions. | |
| 1988-1991 | NIH / AHCPR / R01 | Co-Investigator |
| | Unintended outcomes of health care cost containment. | |
| 1989-1991 | NIH / NEI / R01 | PI |
| | Epidemiology of topical beta-blocker side effects in elderly. | |
| 1990-1995 | NIH / NIA / P01 | Project Director |
| | Geriatric Research and Training Center: Data Management and Epidemiology Core. | |
| 1992-1993 | NIH / NIA / R01 | PI |
| | Drug-induced parkinsonian symptoms. | |
| 1994-1995 | NIH / NIA / P01 | Co-Investigator |
| | Geriatric Research and Training Center-Research & Development Core: Effects of benzodiazepine and other CNS-active drugs on hospitalized patients. | |

8

| | | |
|---|---|---|
| 1993-1997 | NIH / NIA / R01 | Co-Investigator |
| | Missing and mismeasured data in studies of the elderly. | |
| 1994-1998 | NIH / NIA / K08 | Sponsor |
| | Clinical Investigator Award; Antihypertensives and the elderly. (M. Monane, M.D., M.P.H.) | |
| 1995-1996 | NIH / NIA / PO1 | Co-Investigator |
| | Older Americans Independence Center-Research & Development Core: Clinical trial of outcomes of anti-hypertensive medication reduction. | |
| 1995-1999 | NIH / NIA / T32 | Co-Program Director |
| | Training program in epidemiologic research on aging. | |
| 1996-1998 | NIH / AHCPR / R01 | Co-PI |
| | Prevention of adverse drug effects in the nursing home setting. | |
| 1996-1999 | NIH / NIDA / R01 | PI |
| | Risky geriatric benzodiazepine use: Predictors and trends. | |
| 1996-1999 | NIH / AHCPR / R01 | PI |
| | Nephrologist care and outcomes in renal insufficiency. | |
| 1991-1996 | NIH / NIA / K08 | Sponsor |
| | Clinical Investigator Award; Drug-induced illness in the elderly: NSAIDs as a model. (J. Gurwitz, M.D.) | |
| 1999-2004 | NIH / NIMH / KO1 | Sponsor |
| | Clinical Investigator Award: Appropriateness and compliance in depression treatment (P. Wang, M.D., Dr.P.H.). | |
| 2000-2004 | NIH / NIA / T32 | Program co-Director |
| | Training Program in Epidemiologic Research on Aging. | |
| 2000-2002 | NIH / AHRQ / RO1 | co-Investigator |
| | Consequences of drug cost-sharing in the elderly. | |
| 2000-2001 | NIH / NIA / RO3 | PI |
| | Drugs and aging: Demographic, clinical, and cost data. | |
| 2000-2001 | NIH / NIA / RO1 | co-PI |
| | Evaluating drug benefit policy changes in geriatric practice. | |
| 2002-2006 | NIH / NIMH / R01 | PI |
| | Outreach and treatment for depression in the labor force  (subcontract) | |

| 2002-2005 | NIH / NIA / R01 | co-PI |
|-----------|-----------------|-------|

Medication use, comorbidity, and outcomes in older people.

| 2002-2007 | NIH / NIAMS / K 23 | sponsor |
|-----------|--------------------|---------|

A randomized, controlled trial of an intervention to improve the
management of osteoporosis. (Dan Solomon, M.D., M.P.H.)

| 2002-2005 | NIH / NIDA / R01 | co-PI |
|-----------|------------------|-------|

Pain medication use and risk factors for opioid dependency

| 2002 – 2004 | NIH / NIAMS / R55 | co-PI |
|-------------|-------------------|-------|

Why is cardiac risk increased in rheumatoid arthritis?

| 2003 - 2007 | NIH / NIA / RO1 | co-PI |
|-------------|-----------------|-------|

Effects of income-based drug charges on older patients

| 2003 – 2007 | NIH / AHRQ / RO1 | co-PI |
|-------------|------------------|-------|

Consequences of drug cost sharing: A new randomized trial

## Other Federal Support:

| 1978-1980 | Administration on Aging | Program Director |
|-----------|-------------------------|------------------|

Curriculum development in aging and public health

| 1984-1985 | HCFA | Co-Investigator |
|-----------|------|-----------------|

Economic and clinical consequences of three drug cost containment
strategies in Medicaid.

| 1985-1987 | Veterans Administration | Co-Investigator |
|-----------|-------------------------|-----------------|

Central nervous system effects of beta-blockade in the elderly.

| 1988-1991 | Veterans Administration | Co-Investigator |
|-----------|-------------------------|-----------------|

Systemic effects of beta-blocking medications used for glaucoma.

## Foundation Support:

| 1982 | Robert Wood Johnson Foundation | PI |
|------|--------------------------------|-----|

Medication-induced disability: Its nature, extent and prevention.

| 1982-1984 | Blue Cross of Massachusetts Foundation | PI |
|-----------|----------------------------------------|-----|

Preventing inappropriate medication use in hospitals: A demonstration

| 1983-1984 | AARP-Andrus Foundation | PI |
| | Clinical effects of medication use in the elderly. | |

1983-1986   The Commonwealth Fund                Project Director
Diagnosis and drug treatment of incontinence in the elderly: Epidemiology
and health services research.

1985-1988   John A. Hartford Foundation            PI
Clinical and economic consequences of improving the use of medications
in nursing homes.

1988-1991   John A. Hartford Foundation            PI
Medications and aging: Research and education in geriatric pharmacology.

1988-1995   American Federation for Aging Research    Program Director
Fellowship program in geriatric clinical pharmacology.

1992-1993   John A. Hartford Foundation            PI
Improving medication use in the nation's elderly.

1998-2000   The Medical Foundation                Sponsor
Faculty development award in clinical epidemiology
(E. Knight, M.D., M.P.H.).

2002 – 2007   The Arthritis Foundation             co-PI
Improving osteoporosis care: Development and randomized controlled
testing of patient and physician educational interventions

2003 – 2007   The Arthritis Foundation             co-PI
Biologic therapies and DMARDs in rheumatoid arthritis:  Ensuring their
safe and appropriate use

**Other Support:**

1989-1991   Alcon Laboratories                    PI
Population-based study of adverse systemic effects in patients treated for
glaucoma.

1989-1992   Ocean Spray Cranberries              PI
Prevention of urinary tract infections in nursing home residents.

1992-1993   Johnson & Johnson - Merck           PI
Clinical and policy analysis of over-the-counter use of histamine
antagonists.

11

| 1993 | Kabi Pharmacia | PI |
|---|---|---|
| | Cost-effectiveness of thrombolytic therapy in acute myocardial infarction. | | |

| 1993 | Armour Pharmaceuticals | PI |
|---|---|---|
| | Cost-effectiveness analysis of prophylactic treatment for hemophilia. | | |

| 1995 | Dupont | Co-Investigator |
|---|---|---|
| | Risk management issues in medication use in the elderly. | | |

| 1993-1997 | Ocean Spray Cranberries | PI |
|---|---|---|
| | Preventing recurrent urinary tract infections. | | |

| 1994-1997 | American Heart Association | Preceptor |
|---|---|---|
| | Patterns and outcomes of antihypertensive therapy in the elderly. | | |

| 1996-1997 | Searle | PI |
|---|---|---|
| | Health care utilization among NSAID users. | | |

| 1996-1999 | Bristol-Myers Squibb | PI |
|---|---|---|
| | Hypertension and medication use: Defining the patient's perspective. | | |

| 1996-1999 | Baxter International | PI |
|---|---|---|
| | Cost of inhibitor development in hemophilia. | | |

| 1997-1999 | Eli Lilly | PI |
|---|---|---|
| | Racial differences in antidepressant use. | | |

| 1997-2000 | Bristol-Meyers Squibb | PI |
|---|---|---|
| | Cardiac functional status and health care utilization following thrombolysis for acute myocardial infarction. | | |

| 1997-2003 | Bristol-Meyers Squibb | PI |
|---|---|---|
| | Pravastatin as primary prevention in elderly subjects: cost-effectiveness analysis and outcomes research. | | |

| 1999-2000 | Speywood Pharmaceuticals | PI |
|---|---|---|
| | A pharmacoeconomic analysis of the treatment of patients with inhibitors to factor VIII. | | |

| 1999-2000 | Pharmacia | PI |
|---|---|---|
| | Adverse cardiac and CNS effects of anticholinergic drugs used for incontinence in the elderly. | | |

| 2000-2001 | Pharmacia | PI |
|---|---|---|
| | Excessive sedation and accidents in patients with Parkinson's Disease. | | |

| 2001-2002 | Pfizer | co-PI |
|---|---|---|

Epidemiology of COX-2 inhibitor use and hypertension

| 2001-2002 | Novo-Nordisk | PI |
|---|---|---|

Cost-effectiveness analysis of recombinant factor VII in the treatment of bleeding disorders.

| 2001-2002 | Pfizer | PI |
|---|---|---|

Adverse events in hospitalized patients receiving systemic anti-fungal medication.

| 2002-2004 | Merck | co-PI |
|---|---|---|

Risk of acute myocardial infarction in patients taking COX-2 inhibitors and conventional NSAIDs.

| 2003 – 2006 | GlaxoSmithKline | PI |
|---|---|---|

Post-marketing surveillance and risk management of alosetron in older patients.

**REPORT OF TEACHING:**

**Harvard College**

1972-1974     Tutor in Medical Sociology (Social Relations)

In collaboration with Paul Starr (then a graduate student in sociology at Harvard), developed a new offering for Harvard college students in the Social Relations Program. Topics covered included the social and political organization of the health care delivery system, the sick role, and the aging patient.

*8 undergraduates; 3 hours/week preparation, 3 contact hours/week*

1979-1980     Our Future Selves: Aging in Society

While director of the Division of Geriatrics at the Harvard School of Public Health (see below), developed and taught a new course for Harvard and Radcliffe undergraduates dealing with the social, cultural, and political aspects of aging in western societies.

*15-20 undergraduates; 2 hours/week preparation, 2 contact hours/week*

**Harvard Medical School**

1969-1971     Course director, student-initiated Curriculum in Social Medicine

As an HMS I student, developed a first-year course to introduce students to aspects of medicine which were not at that time covered in the HMS curriculum. Topics covered included health economics and policy, epidemiology, medical ethics, and legal medicine. Lectures by visiting faculty were coordinated with the biomedical content of the curriculum; course became integrated into the standard HMS I "core" curriculum.

*175 medical students; 2 hours/week preparation, 1 contact hour/week*

A second course, offered in the HMS II year in conjunction with the introduction to clinical medicine course, covered aspects of patient care and the doctor-patient relationship that were not part of the standard ICM curriculum. These included lectures by visiting faculty on physician-patient communication, alcoholism and drug abuse, human sexuality, and death and dying.

*30 medical students; 2 hours/week preparation, 1 contact hours/week*

1977-1980     Preventive and Social Medicine 724a.0: Social Theory, Human Values, and their Relation to Medical Care

14

Designed and taught this introductory course, which for several years was the main introductory course in the Department of Preventive and Social Medicine at HMS.  Topics covered included: health policy, culture and disease, history of medicine, and societal aspects of medication use.

*25 medical students; 4 hours/week preparation, 2 contact hours/week*

1983-1984     Member, New Pathway Life Cycle Curriculum Design Group

1983-1984     Member, New Pathway Educational Methods Committee

1985-present  Annual teaching in the Division on Aging Continuing Medical Education course in geriatric medicine (pharmacotherapy in the elderly)

*200-300 practicing physicians; 1 hour preparation, 1 contact hour annually*

1996- 2001    Core lecture to HMS I on Geriatric Medicine

*100-150 medical students; 1 hour preparation, 1.5  contact hours annually*

1996- 2002    Core lecture to HMS III on Appropriate Prescribing (Patient-Doctor III)

*100-150 medical students; 1 hour presentation; 1.5 contact hours annually*

1998- 2002    Member, Subcommittee on Evidence-Based Medicine and Therapeutics

1998-present  Lecture on Geriatric Pharmacology in HMS I Principles of Pharmacology course

*100-150 medical students; 3 hours preparation, 1 contact hour [nominated as best lecture in course]*

2002-         Day-long module on pharmaco-epidemiology and pharmacoeconomics in new course, "Pharmacology for the Clinical Investigator."

*40 clinical and research fellows; 8 hours preparation, 7 contact hours*


**Harvard School of Public Health**

1979-1981     Health Policy and Management 213a, Issues in Geriatric Health Care

In developing the Division of Geriatrics at HSPH, established a curriculum on health care for the elderly for the Department of Health Policy and Management.  This course provided an

15