Jerry Avorn, M.D.

| Page 750 | Page 752 |
|---|---|
| 1  Dr. Cannuscio about whether or not her | 1  been outcome studies on other statins, |
| 2  name would remain on your paper? | 2  would you say that Baycol, because it also |
| 3  A.  No. | 3  reduces LDL cholesterol, reduces heart |
| 4  Q.  And your understanding of what Dr. | 4  attacks? |
| 5  Santanello and Dr. Cannuscio said about | 5  A.  That's a very contentious area, and |
| 6  this issue is based on your conversations | 6  I think it's a plausible hypothesis, but |
| 7  with Dr. Solomon? | 7  until the clinical trials are done, one |
| 8  A.  Yes. | 8  cannot be sure. |
| 9  Q.  You talked about statins, and I | 9  Q.  You think it's a plausible |
| 10  think I heard you correctly to say that | 10  hypothesis that Baycol reduces the risk of |
| 11  there are times when you aren't certain | 11  heart attacks, true? |
| 12  about whether there's going to be a | 12  A.  It's plausible, but not proven. |
| 13  particular outcome because an outcome study | 13  Q.  You talk about the fact that it's |
| 14  hasn't been done, but that you later learn | 14  quite likely that if a drug at one dose |
| 15  that -- that — | 15  causes an adverse effect, that the adverse |
| 16       MR. TISI:  Mechanism | 16  effect would be seen at all doses and for |
| 17  studies.  I think mechanism studies. | 17  all durations.  Is that your testimony? |
| 18       BY MR. GOLDMAN: | 18  A.  I did not say that.  I said it |
| 19  Q.  Just quickly clarify what you meant | 19  could also occur at other doses and other |
| 20  by the statin example. | 20  durations. |
| 21  A.  In response to Mr. Tisi's question? | 21  Q.  You understood, from your own |
| 22  Q.  Yes.  Or maybe it was aspirin you | 22  studies, that you might see an adverse |
| 23  talked about. | 23  effect at one dose, a low dose, let's say, |
| 24  A.  I talked about both.  And it was | 24  and not at a high dose, right? |

| Page 751 | Page 753 |
|---|---|
| 1  about how very often we know that a drug | 1  A.  That's a possibility. |
| 2  that either works or has a given side | 2  Q.  Or you could also see studies, as |
| 3  effect even though we may not know about | 3  was the case with Vioxx and observational |
| 4  the mechanism of that effect or side | 4  studies, that there might be an increased |
| 5  effect. | 5  risk seen with 50 milligrams but not 20 |
| 6  Q.  Are you familiar with the drug | 6  milligrams -- 25? |
| 7  Baycol? | 7  A.  Right. |
| 8  A.  Yes. | 8  Q.  And you might also see with -- |
| 9  Q.  And did Baycol reduce the incidence | 9  Withdrawn. |
| 10  of heart attacks? | 10       Isn't it also true, sir, that with |
| 11  A.  I don't know whether it ultimately | 11  drugs you might see a risk in the long |
| 12  had clinical outcome data about MIs, | 12  term but not in the short term when it |
| 13  because it was on the market for such a | 13  comes to a particular adverse event? |
| 14  short period of time. | 14  A.  That's possible. |
| 15  Q.  Did Baycol share the same mechanism | 15  Q.  You also could see a side effect |
| 16  as Lipitor and other statins on the | 16  that occurs in the short term but not the |
| 17  market? | 17  long term, right? |
| 18  A.  Well, that's the point of what we | 18  A.  Right. |
| 19  were discussing.  It also lowers | 19  Q.  You've never said that Vioxx at all |
| 20  cholesterol.  We do not know its effect in | 20  doses and for all duration causes heart |
| 21  relation to these other less well | 21  attacks, have you, sir, before you became |
| 22  understood anti-inflammatory effects on the | 22  an expert witness in this case? |
| 23  arterial wall. | 23  A.  At all doses and at all durations? |
| 24  Q.  Based on the fact that there have | 24  What I've said, before any involvement |

Jerry Avorn, M.D.

Page 754

1    with this case, was that Vioxx causes
2    heart attacks, and I said that in my book
3    before the drug was withdrawn.
4        Q.   Have you ever said that all doses
5    of Vioxx for all duration causes heart
6    attacks?
7        A.   I've never been asked that question
8    before.
9        Q.   So the answer is no, you've never
10   said that?
11       A.   Well, I've said Vioxx causes heart
12   attacks, and you can read into that
13   whatever you want about what it means.
14       Q.   Have you ever said in any article,
15   sir, during the time Vioxx was on the
16   market that all doses of Vioxx for all
17   duration cause heart attacks?
18       A.   I have said that Vioxx causes heart
19   attacks, and whether you believe that
20   means all doses and all durations or --
21   I've -- I've said it in a nonlimited
22   manner.
23       Q.   I heard that explanation --
24       A.   Okay.

Page 755

1        Q.   -- now let's see if you can just
2    answer this quick.
3        A.   Have I used the phrase all doses
4    and all durations?
5        Q.   Let me just ask it again, okay?
6            Have you ever, prior to withdrawal
7    of Vioxx, sir, ever written that Vioxx at
8    all doses for all durations causes heart
9    attacks?
10       A.   If in your question you insist that
11   I have included the phrases in all doses
12   and all durations, I've not used those
13   words, but people don't usually write like
14   that.
15       Q.   You talked about the effects of
16   warnings or black box statements in
17   package inserts, right?
18       A.   Right.
19       Q.   Did I hear you to say, either in
20   response to Mr. Tisi's questions or in
21   response to mine, that you've written an
22   article that reports that a black box
23   warning reduces the number of prescriptions
24   that are written for a particular drug?

Page 756

1        A.   No.  I have not written such an
2    article.
3        Q.   Have you written an article that
4    says if a side effect is reported in the
5    warning section, there's going to be fewer
6    prescriptions written than if the warning
7    -- than if the statement appears in the
8    precaution section?
9        A.   Have I written an article about
10   that?
11       Q.   Yes.
12       A.   I've written it in my book, but I
13   have not written it as an article.
14       Q.   Have you ever written in any
15   peer-reviewed paper, sir, that if a side
16   effect is reported in the warning section
17   of a label that will lead to fewer
18   prescriptions being written than if a side
19   effect is reported in the precaution
20   section?
21       A.   I don't believe I have.
22       Q.   You said that all of these things
23   go into the mix when doctors prescribe
24   medicine, and you said the label is a

Page 757

1    start, what is said by sales
2    representatives, what's in advertisements,
3    articles, continued medical education
4    programs, direct to consumer advertising.
5    Do you remember that?
6        A.   Yes.
7        Q.   Isn't it true, Doctor, that
8    different doctors are influenced by
9    different information when it comes to
10   prescribing drugs?
11       A.   Correct.
12       Q.   So while you might be influenced by
13   a direct to consumer advertisement as a
14   patient or by a sales representative as a
15   doctor, other doctors are not?
16       A.   Right.
17       Q.   You can't say whether any
18   particular doctor in any of the cases in
19   which your deposition might be played that
20   those doctors were influenced by statements
21   made by sales representatives,
22   advertisements, articles or direct to
23   consumer advertising, right?
24       A.   All one can do is look at what is

Jerry Avorn, M.D.

Page 758

1  known about doctors in general as a
2  predictor of what any given doctor might
3  do.
4      Q.  Have you conducted any surveys of
5  . doctors who prescribe Vioxx to see what
6  lead them to prescribe Vioxx?
7      A.  We've conducted studies of heavy
8  users of COX-2s compared to light users of
9  COX-2s, and have looked at their
10 characteristics, I think, in terms of
11 their age and board certification and so
12 forth.
13     Q.  Have you done any research studying
14 the reasons why doctors who prescribe
15 Vioxx made a decision to prescribe it?
16     A.  No.
17     Q.  And you can't say, sir, for any
18 given doctor in any of the Vioxx cases in
19 which your deposition might be played
20 whether the doctors who prescribed the
21 plaintiffs Vioxx did so because of
22 interactions they had with sales
23 representatives or advertisements that
24 Merck prepared, true?

Page 759

1      A.  I have done research and published
2  a paper on doctors' influences in terms of
3  scientific versus commercial influences,
4  and demonstrated that commercial influences
5  are important drivers of what doctors
6  prescribe.  It did not involve Vioxx as a
7  drug.
8      Q.  For the particular doctors who are
9  -- who made decisions to prescribe Vioxx
10 to the plaintiffs in the Vioxx cases, you
11 cannot say, for any one of those doctors,
12 exactly what influenced them to prescribe
13 Vioxx; is that fair, sir?
14     A.  I completely disagree with that
15 statement.
16     Q.  Is it your testimony that Merck
17 circulated a dear healthcare professional
18 letter or some other communication that
19 was critical of your study in 2004 with
20 Dr. Solomon?
21     A.  Yes.
22         MR. TISI:  I think you
23 called him Dr. Solomon.  You meant to say
24 Dr. Avorn?

Page 760

1      A.  No.  My study with Dr. Solomon.
2         MR. TISI:  Oh.  I'm sorry.
3         MR. GOLDMAN:  Is this
4  marked?
5         (Off the record at 2:27
6  p.m.)
7         (Discussion off the record).
8         (Back on the record at 2:28
9  p.m.)
10        BY MR. GOLDMAN:
11     Q.  The letter that, I believe, Mr.
12 Tisi marked as maybe Exhibit 23, I believe
13 but I'm not certain, is this the evidence
14 that you have that Merck criticized your
15 study with Dr. Solomon?
16     A.  (Witness viewing document).  That
17 plus statements that were made by Dr. Kim.
18 I believe there was a statement that Merck
19 made that was published that was I believe
20 a letter to the editor with a similar kind
21 of content.  So it was not just that
22 letter.  There were several pronouncements
23 by Merck about our research.
24     Q.  What pronouncements are you aware

Page 761

1  of that Merck circulated that was critical
2  of your study?
3      A.  Well, there's the dear doctor
4  letter that you're holding.
5      Q.  Mm-hmm.
6      A.  And there was also the statement
7  signed by Dr. Kim, and perhaps somebody
8  else at Merck, disparaging the methodology
9  of our study as well.
10     Q.  Was that a letter to the editor?
11     A.  I think it was a letter to the
12 editor.  I think they also say it on
13 their Web site.
14     Q.  Any other instances you know of,
15 sir, where Merck criticized your study?
16     A.  Yes.  There were materials which
17 they prepared for training their sales
18 reps as to how to either evade or discount
19 our findings.
20     Q.  And that's based on your review of
21 the documents that plaintiffs' lawyers gave
22 you?
23     A.  That's right.
24     Q.  Other than what you've mentioned,

83 (Pages 758 to 761)

Jerry Avorn, M.D.

Page 762

1   the dear doctor letter, Dr. Kim's letter,
2   and training materials, are you aware of
3   any other instance where Merck criticized
4   your study?
5   A.  Not off the top of my head.
6   Q.  Did plaintiffs' lawyers ever show
7   you any documents showing that Merck
8   accurately described the results of your
9   study?
10  A.  In what context?
11  Q.  In any context.
12  A.  Well, I know that internally within
13  the company there was a very accurate
14  summary of our study that was presented to
15  company officials.
16  Q.  Are you aware of any communication
17  by Merck to physicians where Merck was
18  accurately describing results of your
19  study?
20  A.  No.
21          MR. GOLDMAN:  That's all I
22  have.
23          MR. TISI:  Doctor, I'm going
24  to hand you what I'd like to have marked

Page 763

1   as an exhibit, the next exhibit, which we
2   will mark as Exhibit -- I don't know --
3   26?
4           MR. GOLDMAN:  This one is
5   24, actually.
6           MR. TISI:  This always
7   happens at the end of a deposition.
8           MS. ORENDI:  It's 25.
9           (Exhibit-25, E-mail Chain
10  and Article, marked for identification).
11  FURTHER EXAMINATION
12  BY-MR.TISI:
13  Q.  This is a -- Let me represent to
14  you, this is an e-mail from Dr. Santanello
15  attaching an article that appeared in the
16  -- I want to say in the AP.
17  A.  The Associated Press?
18  Q.  The Associated Press.
19  A.  Okay.
20  Q.  And it quotes Merck's spokeswoman,
21  Anita Larsen, about your study, confirming
22  the company's action taking Dr. Cannuscio
23  off the paper saying "Merck --
24          (Reporter interruption).

Page 764

1           BY MR. TISI:
2   Q.  Yeah.  I'm going to show you.  It
3   says, "Merck spokeswoman, Anita Larsen,
4   confirmed the company's action, saying
5   Merck believe it's --"
6           (Reporter interruption).
7           BY MR. TISI:
8   Q.  Actually, let me ask you this.  Let
9   me just -- Let me -- I'll attach this as
10  a record, but let me ask you generally,
11  are you aware of statements to the press
12  that were made disparaging your study and
13  the results of the study?
14  A.  Yes.
15  Q.  Okay.  So would that be in addition
16  to the dear doctor letter and those kinds
17  of things?
18  A.  Yes.
19  Q.  And one other thing I would like to
20  ask you is this.
21          MR. TISI:  I'd like to
22  attach this as an exhibit.  This is
23  Exhibit No. 26.
24          (Exhibit-26, Chart entitled

Page 765

1   "U.S. Long Range Operating Plan; Franchise:
2   Analgesic & Anti-Inflammatory; Products:
3   VIOXX, Etoricoxib, July 2001," marked for
4   identification).
5           BY MR. TISI:
6   Q.  And this is the chart that we
7   talked about before, which is the --
8   Merck's own internal study about the
9   effect of the various different levels of
10  warning on prescribing practices.  Do you
11  see that?
12  A.  (Witness viewing document).  Yes.
13  Yes.  I've seen this.
14  Q.  Do you have an opinion as to
15  whether or not the inclusion of a clear
16  warning, based upon Merck's own review,
17  would affect doctors' prescribing practices
18  based upon this document?
19          MR. GOLDMAN:  Object to the
20  form; calls for speculation.
21  A.  Yes.  I've referred to this in my
22  report, and it actually was Merck's own
23  conclusion in this document that a clear
24  warning would result in several millions

Jerry Avorn, M.D.

| | |
|---|---|
| Page 766 | Page 768 |

**Page 766**

1  of dollars of reduced sales, compared to a
2  mild warning or no warning, as they
3  calculated it in their own sales
4  projections.
5      Q.  Okay.  And that would -- Sales
6  projections is a function of how willing
7  doctors are to actually prescribe the
8  drug?
9      A.  Utilization.  Right.
10     Q.  Fair enough.
11         MR. TISI:  Thank you very
12  much, Doctor.  I appreciate your time.
13         MR. GOLDMAN:  I think I had
14  one question, sir.
15         FURTHER EXAMINATION
16         BY-MR.GOLDMAN:
17     Q.  What instances, and tell me all of
18  them, are you aware of where Merck
19  disparaged your study with Dr. Solomon in
20  the press?
21     A.  Well, there -- there was that
22  Associated Press report that Mr. Tisi just
23  referred to, and that was picked up by
24  papers all over the country.

**Page 767**

1         I know that they issued statements
2  to the press, and I can't know how all of
3  those did or didn't result in articles in
4  the media.  But we could do a Google
5  search to find them all.
6      Q.  Dr. Avorn, as you sit here today,
7  sir, you're aware of this one example that
8  Mr. Tisi showed you where you say that
9  Merck is disparaging you in the press over
10  your study, right?
11     A.  Well, it's not one example if it
12  was Associated Press, because they go into
13  thousands of newspapers all over the
14  country.
15     Q.  Did you ever write to Merck and
16  say, "I think you're disparaging me in the
17  press, please stop it"?
18     A.  No.
19         MR. GOLDMAN:  Okay.  I
20  think we'll call it a day.
21         (Exhibits retained with the
22  transcript).
23         (Deposition of JERRY AVORN,
24  M.D. concluded at 2:34 p.m.)

**Page 768**

1         DESCRIPTION OF EXHIBITS
2  Exhibit  Description
3  11       Studies That Show An Increased
4           Risk of Stroke, Published During
5           The Time Vioxx Was On The Market
6  12       Expert Report of Dr. Ray dated
7           January 11, 2006
8  13       Article entitled "Gastrointestinal
9           Tolerability and Effectiveness of
10          Rofecoxib Versus Naproxen in the
11          Treatment of Osteoarthritis"
12  14      Expert Report of Jerry Avorn,
13          M.D., dated March 20, 2006
14  15      Ingenix Epidemiology,
15          Cardiovascular Risk of COX-2
16          Inhibitors and Other NANSAIDs,
17          Draft Manuscript dated February
18          27, 2004
19  16      Draft Manuscript
20  17      Ingenix Epidemiology,
21          Cardiovascular Risk of COX-2
22          Inhibitors and Other NANSAIDs,
23          Draft Manuscript dated September
24          27, 2004

**Page 769**

1         DESCRIPTION OF EXHIBITS
2  Exhibit  Description
3  18       Pamphlet entitled "COX-2
4           Inhibitors:  Who Really Needs
5           Them?"
6  19       Drs. Avorn and Solomon Study
7           entitled "Relationship Between
8           Selective Cyclooxygenase-2
9           Inhibitors and Acute Myocardial
10          Infarction in Older Adults"
11  20      Chronology of Dr. Avorn's
12          Interactions with Merck
13  21      Study entitled "Risk of Acute
14          Myocardial Infarction and Sudden
15          Cardiac Death in Patients Treated
16          with Cyclo-Oxygenase 2 Selective
17          and Non-Selective Non-Steroidal
18          Anti-Inflammatory Drugs:  Nested
19          Case-Control Study"
20  22      Merck Correspondence to Doctors
21  23      Food and Drug Administration, HHS,
22          Section 201.57
23  24      Vioxx, Clinical Efficacy, Clinical
24          Safety Document

85 (Pages 766 to 769)

Jerry Avorn, M.D.

Page 770

DESCRIPTION OF EXHIBITS

1
2  Exhibit  Description
3  24A    Correspondence
4  25      E-mail Chain and Article
5  26      Chart entitled "U.S. Long Range
6         Operating Plan; Franchise:
7         Analgesic & Anti-Inflammatory;
8         Products: VIOXX, Etoricoxib, July
9         2001"
10 .
11 .
12 .
13 .
14 .
15 .
16 .
17 .
18 .
19 .
20 .
21 .
22 .
23 .
24 .

Page 772

CAPTION

1
2          The Deposition of Jerry Avorn, M.D.,
3  taken in the matter, on the date, and at the
4  time and place set out on the title page
5  hereof.
6          It was requested that the deposition
7  be taken by the reporter and that same be
8  reduced to typewritten form.
9          It was agreed by and between counsel
10 and the parties that the Deponent will read
11 and sign the transcript of said deposition.
12 .
13 .
14 .
15 .
16 .
17 .
18 .
19 .
20 .
21 .
22 .
23 .
24 .

Page 771

COMMONWEALTH OF MASSACHUSETTS

1
2
3          I, LAURIE J. DRIGGERS, a Certified
4  Shorthand Reporter and Notary Public in
5  and for the Commonwealth of Massachusetts,
6  do hereby certify that the witness whose
7  deposition is hereinbefore set forth, was
8  duly sworn and that such deposition is a
9  true record of the testimony given by the
10 witness.
11         I further certify that I am neither
12 related to or employed by any of the
13 parties in or counsel to this action, nor
14 am I financially interested in the outcome
15 of this action.
16         In witness whereof, I have hereunto set
17 my hand and seal this   day of
18 2006.
19
20
21
22      Laurie J. Driggers, CSR, RPR, CRR
23      Notary Public
24      My commission expires October 16, 2009

Page 773

DEPOSITION ERRATA SHEET

1
2  .
3  RE:        Jack Daniel Court Reporting
4  File No.     2349
5  Case Caption:   Gerald Barnett, et al. Vs.
6                 Merck & Co., Inc.
7  .
8  Deponent:     Jerry Avorn, M.D.
9  Deposition Date: June 16, 2006
10 To the Reporter:
11 I have read the entire transcript of my
12 Deposition taken in the captioned matter or
13 the same has been read to me.  I request
14 that the following changes be entered upon
15 the record for the reasons indicated.  I
16 have signed my name to the Errata Sheet and
17 authorize you to attach to the original
18 transcript.
19 .
20 Page No.   Line No.   Change to:
21
22 Reason for change:
23 Page No.   Line No.   Change to:
24

86 (Pages 770 to 773)

Jerry Avorn, M.D.

Page 774

1
2    Reason for change:
3    Page No.    Line No.    Change to:
4
5    Reason for change:
6    Page No.    Line No.    Change to:
7
8    Reason for change:
9    Page No.    Line No.    Change to:
10
11   Reason for change:
12   Deposition of Jerry Avorn, M.D.
13   Page No.    Line No.    Change to:
14
15   Reason for change:
16   Page No.    Line No.    Change to:
17
18   Reason for change:
19   Page No.    Line No.    Change to:
20
21   Reason for change:
22   Page No.    Line No.    Change to:
23
24   Reason for change:
     Page No.    Line No.    Change to:

Page 775

1
2
3    Reason for change:
4        No changes made to the Errata Sheet
5        I am returning this signed Errata
6    Sheet with changes noted.
7    Under penalties of perjury, I declare that I
8    have read the foregoing transcript and that
9    the facts stated in it are true.
10   SIGNATURE:        DATE:
11       Jerry Avorn, M.D.
12
13
14
15
16
17
18
19
20
21
22
23
24

87 (Pages 774 to 775)

# EXHIBIT  D

**ORIGINAL INVESTIGATION**

# Nonsteroidal Anti-inflammatory Drug Use and Acute Myocardial Infarction

Daniel H. Solomon, MD, MPH; Robert J. Glynn, PhD, ScD; Raisa Levin, MS; Jerry Avorn, MD

**Background:** Although aspirin has been shown to protect patients from acute myocardial infarction (AMI), the effect of nonaspirin nonsteroidal anti-inflammatory drugs (NSAIDs) is not clear.

**Objective:** To determine whether NSAIDs have a similar effect or whether they differ in their effect on the risk of AMI.

**Methods:** We performed a case-control study of AMI in a large health care database containing information on all filled prescriptions, hospitalizations, diagnoses, and procedures for all patients covered by the New Jersey Medicaid or Medicare and Pharmaceutical Assistance for the Aged and Disabled programs. We identified 4425 patients hospitalized for AMI between January 1, 1991, and December 31, 1995, and 17700 control subjects. Multivariate models were constructed to control for potential confounders.

**Results:** A quarter of the cases and controls had filled a prescription for an NSAID in the 6 months before their

AMI (cases) or a randomly assigned index date (controls); 9% had filled a prescription for an NSAID that overlapped with their date of AMI or index date. Overall, NSAID users had the same risk of AMI as nonusers, whether such use was measured on the index date (adjusted odds ratio, 1.04; 95% confidence interval, 0.92-1.18; P=.55) or at any time in the prior 6 months (adjusted odds ratio, 1.00; 95% confidence interval, 0.92-1.08; P=.92). However, use of naproxen was associated with a significant reduction in the risk of AMI (adjusted odds ratio, 0.84; 95% confidence interval, 0.72-0.98; P=.03).

**Conclusions:** Although NSAIDs have anti-inflammatory and antiplatelet effects similar to those of aspirin, we did not find that these drugs confer a protective effect against AMI. However, use of one specific NSAID, naproxen, appeared to be associated with a reduced rate of AMI, an effect recently suggested by a large randomized controlled trial as well.

*Arch Intern Med. 2002;162:1099-1104*

R ECENT PUBLICATION of the study by Bombardier et al[1] has rekindled interest in the relationship between nonsteroidal anti-inflammatory drug (NSAID) use and acute myocardial infarction (AMI). Despite the anti-inflammatory and antiplatelet effects of NSAIDs, there has never been a randomized controlled trial that examined whether these drugs confer the protective effects of aspirin against AMI. In fact, in the study by Bombardier et al, patients with rheumatoid arthritis randomized to receive rofecoxib had a significantly higher rate of AMI than patients randomized to receive naproxen.[1] Controversy has emerged as to whether this result was the consequence of a protective effect of naproxen, an increase in the risk of AMI caused by rofecoxib, or both.

Traditional NSAIDs inhibit cyclooxygenase-2 (COX-2) and thereby reduce prostaglandin E$_2$ production, resulting in their analgesic, anti-inflammatory, and antipyretic effects.[2] Nonsteroidal anti-inflammatory drugs also inhibit COX-1,

which in turn lowers the level of the platelet aggregating factor thromboxane B$_2$.[3] A similar, but irreversible, inhibition of thromboxane B$_2$ is thought to underlie the protective effect of aspirin against AMI,[3-6] but the relation between traditional NSAIDs and AMI is unclear. One observational study[7] examined only women after menopause and found no association between NSAIDs and AMI, but no attempt was made to look at specific NSAIDs.

### For editorial comment
### see page 1091

Understanding the relationship between NSAID use and the risk of AMI is important for several reasons. Quantifying the association between specific NSAIDs and AMI may help to clarify the controversial relationship between selective COX-2 inhibitors and AMI. If 1 or several NSAIDs reduce the risk of AMI, patients taking such agents might not also need to take aspirin, a combination associated with increased risk of gastrointes-

From the Divisions of Pharmacoepidemiology and Pharmacoeconomics (Drs Solomon, Glynn, and Avorn and Ms Levin) and Rheumatology, Immunology, and Allergy (Dr Solomon), Brigham and Women's Hospital, Harvard Medical School, Boston, Mass

PLAINTIFF'S
EXHIBIT

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# SUBJECTS AND METHODS

## CASES AND CONTROLS

Eligible patients were participants between January 1, 1991, and December 31, 1995, in the New Jersey Medicaid or Medicare and Pharmaceutical Assistance for the Aged and Disabled programs. The former is a state-run drug assistance program for older adults with moderate incomes and provides prescription benefits with no or minimal co-payment. We first identified all patients hospitalized with a main diagnosis of AMI (diagnosis related groups[9] 121, 122, or 123 or an *International Classification of Diseases, Ninth Revision,*[10] code 410). In addition, as in previous studies,[11-13] we required that the hospitalization be no longer than 180 days, nor could it be less than 3 days if the patient was discharged alive. In a recent study[13] of more than 5000 persons, using similar data, these criteria had a positive predictive value of 96.9% for AMI, as validated by primary medical record reviews. Patients with AMI were considered cases, and the date of hospital admission for the AMI was defined as the index date. Potential control subjects were those who did not experience an AMI during the study period. A random clinical encounter was selected as the index date for these subjects. Controls were selected at a ratio of 4:1 to cases, with the groups' frequency matched on the basis of age.

We further required that all potential study subjects demonstrate continuous use of Medicaid or Medicare and Pharmaceutical Assistance for the Aged and Disabled, by having a filled prescription, physician visit, or procedure during the 1 to 180 days before their index date. To reduce confounding by other drugs, we excluded all cases and controls who filled a prescription for any aspirin-containing compound or warfarin sodium during the study. We also excluded patients likely to have been regularly using aspirin, including those with evidence of prior AMI, angina, coronary artery bypass graft, percutaneous transluminal coronary angioplasty, cerebrovascular accident, transient ischemic attack, atrial fibrillation, migraine, other chronic headaches, or rheumatoid arthritis.

Based on these criteria, we created a study-specific database that contained information on the following: patient age, sex, race, physician visits, hospital and nursing home use, all recorded diagnoses, all filled prescriptions, and insurance program enrollment. During the study, essentially all prescribed drugs were covered without formulary restrictions. Deductibles and co-payments were absent or minimal, permitting comprehensive capture of medication use for enrolled subjects. All traceable personal identifiers were erased and converted to anonymous study codes to protect patient privacy.

## NSAID EXPOSURE

Use of prescribed oral NSAIDs in the 6 months before the index date was the exposure of interest. For each filled prescription, we identified the National Drug Code (product identifier), date filled, dosage, quantity dispensed, and days' supply. Several aspects of NSAID use were characterized.

### Proximity

To determine the proximity of prescribed NSAID use to the index date, we examined which days were covered by any NSAID prescriptions during the prior 180 days. Three categories of proximity were defined: (1) a prescription that extended through the index date; (2) a prescription that ended 1 to 60 days before the index date; and (3) a prescription that ended 61 to 180 days before the index date.

### Duration

The duration of prescription NSAID coverage in the prior 6 months included the sum of days supplied for all NSAID prescriptions (subtracting duplicate days). We created 3 categories of cumulative duration: 1 to 30 days, 31 to 90 days, and 91 to 180 days.

### Dosage

The dosage of each NSAID prescription was standardized against the 100% maximum anti-inflammatory dosage of each NSAID, based on a standard pharmacology textbook.[14] We then calculated the mean day of each NSAID prescription. If multiple NSAID prescriptions covered the same day, we summed the percentage of the maximum anti-inflammatory dosage for each drug. An average was then calculated by summing all daily percentage data and dividing by the total number of days covered. This was divided into 3 categories: 50% or less, 51% to 75%, and 76% or more of maximum anti-inflammatory dosage.

---

tinal bleeding.[8] The goal of the present study was to measure the relation between AMI and ongoing use of NSAIDs in a large, typical population of older adults, and to examine whether specific NSAIDs, particularly naproxen, are associated with a change in the risk of AMI.

## RESULTS

**Table 1** presents the baseline characteristics of cases and controls. Because the ages of the 2 groups were frequency matched, the distributions are almost identical. Cases were more likely to be male and white. Slightly more persons with AMI than controls were covered by Medicaid, a marker of low-income status. As expected, patients with an AMI were more likely than controls to have a history of hypertension, diabetes mellitus, or congestive heart failure. They were also more likely to have been diagnosed as having any of the comorbid conditions studied. A larger proportion of cases than controls had been hospitalized or had filled a prescription in the prior 180 days.

We then compared use of any NSAID in the prior 180 days in persons who had an AMI vs controls (**Table 2**). Twenty-five percent of cases and of controls had filled a prescription for an NSAID during this period, and the characteristics of exposure were similar. An equal percentage had prescriptions covering their index date. Cases and controls also had equal distributions of duration and dosage

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

### Half-life

The half-life for each NSAID was determined from a standard pharmacology textbook.[14] Half-life was also considered as a continuous variable in 3 categories: shorter than 5 hours, including ibuprofen, indomethacin, ketoprofen, diclofenac, fenoprofen, and mefenamic acid; 5 to 14 hours, including naproxen, sulindac, ketorolac tromethamine, flurbiprofen, tolmetin, and etodolac; and longer than 14 hours, including piroxicam, oxaprozin, and nabumetone.

### COX Selectivity

Each agent's COX-1:COX-2 selectivity ratio was defined based on previously published in vitro assays.[15] This ratio was examined as a continuous and categorical variable. Agents with COX-1:COX-2 selectivity ratios greater than 1.0 were considered COX-1 selective. This group consisted of flurbiprofen, ketoprofen, fenoprofen, oxaprozin, tolmetin, indomethacin, and ibuprofen. Preparations with a COX-1:COX-2 selectivity ratio less than 0.25 were considered COX-2 selective, including etodolac and diclofenac. (The newer selective COX-2 inhibitors, celecoxib and rofecoxib, were not in use during the study.) Those NSAIDs with a COX-1:COX-2 ratio of 0.25 to 1.0 were considered nonselective agents; included in this group were naproxen, piroxicam, ketorolac, nabumetone, and sulindac.

### COX Inhibition

Each drug's absolute capacity to inhibit COX-1 and COX-2 was defined separately, based on the concentration necessary to inhibit 50% of COX-1 or COX-2 activity in vitro.[15] The daily dosage for each NSAID taken by every subject was converted into a concentration necessary to inhibit 50% of activity in vitro for COX 1, and another for COX 2, based on the peak serum concentration for a typical dosage.[16] Separate continuous variables were calculated for COX-1 and COX-2 inhibition for each person taking an NSAID, represented as multiples of the concentration necessary to inhibit 50% of COX-1 or COX-2 activity in vitro; each was then categorized into quintiles.

### COVARIATES

Variables considered as potential confounders in multivariate models included clinical, sociodemographic, and health care use characteristics. Age, sex, ethnicity, and insurance status were defined from the enrollment files of Medicaid or Medicare. We examined the 180 days before the index date to determine whether patients had evidence of hypertension, diabetes mellitus, or congestive heart failure. In addition, a comorbidity index was calculated using inpatient and outpatient diagnoses, according to the method of Deyo et al.[17] Health care resource use was determined for the 180 days before the index date, including the number of hospitalizations, number of different drug prescriptions, and nursing home use. The year of the index date was also considered.

### STATISTICAL ANALYSIS

We initially compared the baseline characteristics of patients who experienced an AMI (cases) with those who did not (controls) using $\chi^2$ tests. The characteristics of NSAID use were described for all patients and compared for cases and controls. The risk of AMI in patients with and without NSAID exposure was described by calculating odds ratios (ORs) and 95% confidence intervals (CIs) from bivariate logistic models. P values were examined to determine the significance of each OR. Crude ORs were calculated for each NSAID exposure category and for individual preparations. We then used multivariate logistic models that included all covariates to calculate adjusted ORs. No variables selection programs were used. In each of these analyses, nonuse of NSAIDs was the reference exposure. Stratified analyses were performed to compare male vs female naproxen users, and naproxen users aged 65 years or older vs those younger than 65 years.

To further compare NSAIDs with one another, similar analyses were conducted in a subsample of subjects who used NSAIDs. We calculated crude and adjusted ORs, 95% CIs, and P values from logistic models to determine if specific aspects of NSAID exposure or use of specific NSAIDs was associated with AMI. The reference exposure in these calculations was ibuprofen use, which represented the largest group of NSAID users other than naproxen users.

Finally, we used several approaches to examine the relationship between AMI and relative COX selectivity and absolute COX inhibition. First, COX selectivity and COX inhibition were assessed in models that included these (as defined in this section) as continuous variables and quintiles. A follow-up analysis considered only subjects taking a single NSAID throughout the study, plotting the log of the COX-1:COX-2 ratio against the OR of AMI. Because this relationship was nonlinear, curves were fit using cubic splines in Stata.[18] All other analyses were performed using SAS statistical software.[19]

---

to have congestive been ditious ols had in the prior 180 ble 2) filled a the char- centage and con- dosage of NSAIDs. The distribution of persons exposed to most NSAIDs was comparable across cases and controls.

Multivariate logistic models that included all covariates and NSAID exposure in the prior 180 days were examined. No relationship was observed between NSAID use in the prior 180 days and AMI (OR, 1.00; 95% CI, 0.92-1.08, P=.92) (Figure 1), or NSAID use on the index date and AMI (OR, 1.04; 95% CI, 0.92-1 18; P=.55). Likewise, no relationship was found for the proximity of NSAID use to the index date, the duration of NSAID exposure in the prior 180 days, or the dosage of NSAID.

We next focused on comparison of specific NSAID preparations in the 180 days before the index date (Table 3). In multivariate analyses, naproxen use was significantly less common among cases compared with controls; it was associated with a 16% reduction in the risk of AMI (OR, 0.84; 95% CI, 0.72-0.98; P=.03) (Figure 1). By contrast, etodolac (OR, 1.28; 95% CI, 1.00-1.64; P=.05) and fenoprofen (OR, 1.95, 95% CI, 1.16-3.30; P=.01) appeared to be associated with an increased risk of AMI. Ibuprofen use had no association with AMI (OR, 1.02; 95% CI, 0.88-1.18). Similar results were found when the analyses were restricted to NSAID users alone, with ibuprofen as the reference exposure. A reduced risk of AMI in naproxen users was seen in both sexes and all ages. However, there was no relationship between AMI risk and longer duration, higher dosage, or closer proximity to the index date for naproxen exposure (Table 4).

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

### Table 1. Baseline Patient Characteristics*

| Patient Characteristic | MI (n = 4425) | No MI (n = 17 700) | P Value |
|---|---|---|---|
| Age, y | | | |
| ≤64 | 692 (15.6) | 2549 (14.4) | |
| 65-74 | 1290 (29.2) | 5326 (30.1) | .16 |
| 75-84 | 1670 (37.7) | 6639 (37.5) | |
| ≥85 | 773 (17.5) | 3184 (18.0) | |
| Female sex | 3034 (69.0) | 13 926 (78.7) | <.001 |
| Ethnicity | | | |
| White | 3193 (72.2) | 12 150 (68.6) | <.001 |
| Black | 599 (13.4) | 2022 (11.4) | <.001 |
| Other | 632 (14.8) | 3528 (19.9) | <.001 |
| Medicaid eligible | 1564 (35.3) | 5728 (32.4) | .001 |
| Nursing home resident | 461 (10.4) | 1564 (8.8) | .001 |
| History of hypertension | 1656 (37.4) | 5650 (31.8) | <.001 |
| History of diabetes | 1348 (30.5) | 3010 (17.0) | <.001 |
| History of congestive heart failure | 1172 (26.5) | 2779 (15.7) | <.001 |
| No. of hospitalizations | | | |
| 0 | 3491 (78.9) | 16 552 (93.5) | |
| 1 | 693 (15.7) | 925 (5.2) | <.001 |
| ≥2 | 241 (5.4) | 223 (1.3) | |
| No. of different medications prescribed | | | |
| 0-1 | 846 (19.1) | 4464 (25.2) | |
| 2-4 | 1787 (40.4) | 7992 (45.2) | <.001 |
| ≥5 | 1792 (40.5) | 5244 (29.6) | |
| No. of comorbid medical diagnoses | | | |
| 0 | 2264 (51.2) | 13 262 (74.9) | |
| 1 | 1402 (31.5) | 3164 (17.9) | <.001 |
| ≥2 | 759 (17.4) | 1274 (7.2) | |

*Data are given as number (percentage) unless otherwise indicated. MI indicates myocardial infarction. *P* values calculated from $\chi^2$ tests.

### Table 2. Nonsteroidal Anti-Inflammatory Drug (NSAID) Exposure*

| Exposure Category | MI (n = 4425) | No MI (n = 17 700) |
|---|---|---|
| Any NSAID prescription | 1113 (25.2) | 4341 (24.5) |
| Proximity to index date | | |
| Covering index date | 390 (8.8) | 1506 (8.5) |
| Covering days 1-60 | 380 (8.8) | 1437 (8.1) |
| Covering days 61-180 | 333 (7.5) | 1398 (7.9) |
| Duration, d | | |
| 91-180 | 310 (7.1) | 1193 (6.7) |
| 31-90 | 332 (7.5) | 1345 (7.6) |
| 1-30 | 465 (10.5) | 1803 (10.2) |
| Dosage: % of maximum anti-inflammatory dosage | | |
| >75 | 404 (9.1) | 1509 (8.5) |
| 51-75 | 401 (9.1) | 1611 (9.1) |
| ≤50 | 308 (7.0) | 1221 (6.9) |
| Specific NSAIDs | | |
| Naproxen | 243 (5.5) | 1091 (6.2) |
| Ibuprofen | 285 (6.4) | 1030 (5.8) |
| Ketorolac | 40 (0.9) | 109 (0.6) |
| Indomethacin | 71 (1.6) | 206 (1.2) |
| Sulindac | 71 (1.6) | 315 (1.8) |
| Oxaprozin | 45 (1.0) | 137 (0.8) |
| Diclofenac | 171 (3.9) | 597 (3.4) |
| Flurbiprofen | 74 (1.7) | 270 (1.5) |
| Etodolac | 93 (2.1) | 303 (1.7) |
| Ketoprofen | 53 (1.2) | 190 (1.1) |
| Nabumetone | 102 (2.3) | 298 (1.7) |
| Piroxicam | 98 (2.2) | 455 (2.6) |
| Fenoprofen | 22 (0.5) | 51 (0.3) |
| Tolmetin | 21 (0.5) | 68 (0.4) |

*Data are given as number (percentage). MI indicates myocardial infarction.



**Figure 1.** Relative risk of acute myocardial infarction (AMI). For Figures 1 and 2, the reference group is persons who did not fill any nonsteroidal anti-inflammatory drug (NSAID) prescriptions before the index date. Models were adjusted for all covariates listed in Table 2, including age, sex, ethnicity, Medicaid enrollment, nursing home use, diabetes mellitus, hypertension, congestive heart failure, Charlson Comorbidity Index, number of different drug prescriptions, and number of hospitalizations.

To attempt to understand the relationship between specific NSAID preparations and AMI, we examined whether half-life, COX-selectivity, or specific COX-1-or COX-2 inhibitory potency was associated with AMI. No trend was seen between half-life and risk of AMI. Patients taking more COX-1 or COX-2 selective agents ap-peared to be at a slightly increased risk of AMI, while those taking the nonselective agents appeared to have a slightly lower risk of AMI (**Figure 2**) ($P = .01$ for the cubic spline in multivariate analyses). However, these findings were affected by data from groups with the largest sample sizes, naproxen and ibuprofen users. Finally, we assessed the absolute degree of COX-1 and COX-2 inhibition (regardless of selectivity). There was no consistent relationship between COX-1 inhibition and AMI, but patients taking NSAID regimens with higher COX-2 inhibitory capacity appeared to be at a slightly higher risk of AMI. Patients in the highest quintile of COX-2 inhibition had a 25% increased risk of AMI compared with NSAID nonusers (OR, 1.25; 95% CI, 1.08-1.45; $P = .01$).

### COMMENT

After controlling for different potential confounders, NSAID use in general was not associated with an increase or decrease in the risk of AMI. However, naproxen use was associated with an apparent 16% to 20% reduction in AMI risk. This finding persisted in different subgroups of naproxen users and in patients using different dosages and durations of this agent, but there was no relationship between AMI risk and longer duration, higher dosage, or closer proximity to the index date. Overall, patients using agents that were nonselective with respect to COX-1: COX-2 specificity had a somewhat lower risk of AMI, and

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**Table 3. Relative Risk of Myocardial Infarction Associated With Specific NSAIDs***

| Exposure Category | Compared With Nonusers | | Compared With Users of Ibuprofen | |
| --- | --- | --- | --- | --- |
| | Crude | Adjusted | Crude | Adjusted |
| Any exposure | 1.03 (0.96-1.12) | 1.00 (0.92-1.08) | NA | NA |
| Naproxen | 0.90 (0.77-1.03) | 0.84 (0.72-0.98)† | 0.80 (0.66-0.97)† | NA |
| Ibuprofen | 1.11 (0.97-1.28) | 1.02 (0.88-1.18) | NA | 0.82 (0.67-1.01) |

*Data are given as odds ratio and 95% confidence interval, which were calculated from adjusted multivariate models. Adjusted for all covariates listed in Table 2, including age, sex, ethnicity, Medicaid enrollment, nursing home residency, diabetes, hypertension, congestive heart failure, Charlson Comorbidity Index, number of different drug prescriptions, and number of hospitalizations. NA indicates not applicable because these analyses were restricted to only persons using NSAIDs, with ibuprofen users as the reference group.
†P = .02.

**Table 4. Adjusted Risk of Myocardial Infarction for Persons Taking Naproxen**

| Exposure Category | Odds Ratio (95% Confidence Interval) |
| --- | --- |
| Proximity to infarction | |
| Covering index date | 0.88 (0.64-1.16) |
| Covering days 1-60 | 0.84 (0.63-1.12) |
| Covering days 61-180 | 0.76 (0.56-1.03) |
| Duration, d | |
| 1-90 | 0.96 (0.70-1.32) |
| 91-180 | 0.69 (0.50-0.94) |
| >180 | 0.85 (0.65-1.11) |
| Dosage, % of maximum anti-inflammatory dosage | |
| ≤30 | 0.81 (0.58-1.13) |
| 31-70 | 0.87 (0.67-1.14) |
| >70 | 0.77 (0.57-1.04) |



Figure 2. Relationship between cyclooxygenase (COX) selectivity and acute myocardial infarction (AMI). This curve was fit using nonlinear assumptions and displays a cubic spline. The solid line represents the log of the odds ratio (OR) of sustaining an MI based on the log of the COX-1:COX-2 ratio for each nonsteroidal anti-inflammatory drug (NSAID) regimen of cases and controls. The dashed lines represent the 95% confidence interval. Subjects using multiple NSAIDs were excluded from these analyses. Zero on the x-axis represents nonselective NSAIDs, whereas positive values represent NSAIDs with COX-1:COX-2 selectivity greater than 1, and negative numbers are ratios less than 1. On the y-axis, the log of 0.0 signifies an OR of 1.0 for acute MI, and values below this signify ORs less than 1.0.

those taking NSAIDs with the highest COX-2 inhibition appeared to have a small increased risk of AMI.

A potential limitation associated with this study is the possibility of misclassification of NSAID exposure because of unmeasured over-the-counter use of NSAIDs or aspirin, or their use on an as-needed basis. Over-the-counter or as-needed drug use is not captured in the study database of filled prescriptions. However, this study was conducted in the context of prescription benefit programs for low-income and moderate-income patients, through which prescription NSAIDs were available for free or a minimal co-payment. As a result, over-the-counter use of NSAIDs, requiring out-of-pocket payment, was less likely than in the general population. In addition, the study was conducted using data from the first half of the 1990s, when over-the-counter NSAID use was less common. More important, because we found similar results after restricting the analyses to only NSAID users, if over-the-counter NSAID use was substantial, one would have to postulate that there was differential use of such preparations, depending on the prescription NSAID.

We attempted to limit over-the-counter aspirin use as a source of unmeasured confounding by excluding all patients with any diagnoses that might have been managed with aspirin, such as coronary artery disease, cerebrovascular disease, atrial fibrillation, rheumatoid arthritis, and chronic headaches, as well as evidence of prescribed aspirin-containing compounds. If any residual confounding occurred as a result of undetected as-

pirin use, it is unlikely that it would differentially affect only one NSAID, naproxen. Recently presented data from a detailed patient survey[20] suggest that there is not differential use of aspirin between persons taking prescription NSAIDs, further supporting the validity of our conclusions.

Although the database that was used for this study presented some potential limitations, we know of no better sources of data for such a study. Clinical databases that contain information on electrocardiographic results and serum cardiac markers generally do not contain detailed drug exposure information that is based on filled prescriptions for large numbers of patients. The algorithm we used for identification of AMIs has been previously validated.[11]

The apparent lack of a dose-response, duration-response, or proximity-response relationship between naproxen exposure and AMI raises the possibility that naproxen itself is not involved in the causal pathway reducing the risk of AMI, but may be a marker for some other factor associated with a reduced risk of AMI. Furthermore, because we considered many potential relationships and performed multiple tests of association, there is the possibility of a chance finding.

In the study by Bombardier et al,[1] in which patients with rheumatoid arthritis were randomized to receive rofecoxib or naproxen, the rates of AMI were 4-fold higher in patients taking rofecoxib. These findings could have resulted from a protective effect of naproxen, a risk-enhancing effect of rofecoxib, or both. The selective COX-2 inhibitors were not available during the period we studied, and these findings do not clarify the role of rofecoxib. However, the data presented herein are consistent with a possible protective effect of naproxen.

It is not clear from the data why naproxen may lower the risk of AMI. Although a potent COX-1 inhibitor might protect against AMI through inhibiting thromboxane $B_2$ production and thus reducing platelet aggregation, naproxen is not a strong inhibitor of COX-1,[15,21,22] and NSAIDs with greater COX-1 inhibition did not demonstrate this effect. Alternatively, an NSAID with strong COX-2 inhibition might reduce the inflammatory component of coronary disease by blocking prostaglandin $E_2$ production[23]; however, naproxen is also not a potent COX-2 inhibitor.[15,21,22] Naproxen is a nonselective inhibitor of COX-1 and COX-2; several other NSAIDs in this category (piroxicam and sulindac) also appeared to be associated with a slightly reduced risk of AMI, although not statistically significant. The effect does not appear to be related to naproxen's long half-life, because other NSAIDs with equally long or longer half-lives did not show this effect.

If confirmed in other populations, the findings of this study suggest that most NSAIDs are not associated with an increased or decreased risk of AMI. This has substantial clinical implications, indicating that patients who regularly use most NSAIDs also require the cardioprotective effect of aspirin. Aspirin may negate the cardiorenal protective effects of the selective COX-2 inhibitors.[24] The data reported herein are also compatible with the possibility that naproxen use is associated with a small reduction in the risk of AMI. To place the effect of naproxen in perspective, in a large randomized trial of daily aspirin use in primary prevention, patients in the intervention arm experienced a 44% reduction in the risk of AMI.[5] Therefore, it would be false to equate the more modest effect of naproxen suggested in this study with the cardioprotection afforded by aspirin. Cyclooxygenase selectivity and specific potency may be associated with AMI risk, with nonselective agents possibly related to a reduced risk, and agents with higher COX-2 inhibition potentially conferring a slight risk. Other data suggest that selective COX-2 inhibitors may be associated with an increased risk of thrombosis and AMI.[25,26] Although our study does not lend evidence to the mechanisms for this potential relationship, it is known that eicosanoids are important regulators of vascular homeostasis and that the COX-2 gene is preferentially expressed in areas of high endovascular shear stress.[27,28] More research is needed to explore the relationship between specific nonselective and selective NSAIDs and the risk of AMI.

*Accepted for publication January 31, 2002.*

*Dr Solomon received an Investigator Award from the Arthritis Foundation, Atlanta, Ga. This work was also supported by grant RO3-AG18395 from the National Institute on Aging, Bethesda, Md. No support from any pharmaceutical company was received for this research.*

*Corresponding author and reprints: Daniel H. Solomon, MD, MPH, Division of Pharmacoepidemiology and Pharmacoeconomics, Brigham and Women's Hospital, Harvard Medical School, 221 Longwood Ave, Suite 341, Boston, MA 02115 (e-mail: dhsolomon@partners.org).*

## REFERENCES

1. Bombardier C, Laine L, Reicin A, et al, for the VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med.* 2000;343:1520-1528.
2. Vane JR. Inhibition of prostaglandin synthesis as mechanism of action for aspirin-like drugs. *Nature.* 1971;231:232-235.
3. Schafer AI. Effects of nonsteroidal antiinflammatory drugs on platelet function and systemic hemostasis. *J Clin Pharmacol.* 1995;35:209-219.
4. Moncada S, Vane JR. Arachidonic acid metabolites and the interactions between platelets and blood-vessel walls. *N Engl J Med.* 1979;300:1142-1147.
5. Steering Committee for the Physicians' Health Study Research Group. Final report on the aspirin component of the ongoing Physicians' Health Study. *N Engl J Med.* 1989;321:129-135.
6. Henekens CH, Karlson LK, Rosner B. A case-control study of regular aspirin use and coronary deaths. *Circulation.* 1978;58:35-38.
7. Garcia Rodriguez LA, Varas C, Patrono C. Differential effects of aspirin and non-aspirin nonsteroidal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women. *Epidemiology.* 2000;11:382-387.
8. Laporte JR, Carne X, Vidal X, Moreno V, Juan J, for the Catalan Countries Study on Upper Gastrointestinal Bleeding. Upper gastrointestinal bleeding in relation to previous use of analgesics and non-steroidal anti-inflammatory drugs. *Lancet.* 1991;337:85-89.
9. DRG Working Guidebook. Salt Lake City, Utah: St Anthony's Press; 1994.
10. International Classification of Diseases, Ninth Revision. Washington, DC: Public Health Service, US Dept of Health and Human Services; 1988.
11. Iezzoni LI, Burnside S, Sickles L, et al. Coding of acute myocardial infarction. *Ann Intern Med.* 1988;109:745-751.
12. Fisher ES, Whaley FS, Krushat M, et al. The accuracy of Medicare's hospital claims data. *Am J Public Health.* 1992;82:243-248.
13. Petersen LA, Wright S, Normand SL, Daley J. Positive predictive value of the diagnosis of acute myocardial infarction in an administrative database. *J Gen Intern Med.* 1999;14:555-558.
14. Goodman and Gilman's: The Pharmacological Basis of Therapeutics. Elmsford, NY: Pergamon Press; 1990.
15. Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal anti-inflammatory drugs. *Am J Med.* 1998;104:413-421.
16. Physicians' Desk Reference. Montvale, NJ: Medical Economics; 2000.
17. Ueyo RA, Cherkin DC, Ciol MA. Adapting a clinical comorbidity index for use with ICD-9-CM administrative databases. *J Clin Epidemiol.* 1992;45:613-619.
18. Stata. Release 6. College Station, Tex: Stata Press; 1999.
19. SAS Software, Changes and Updates Through Release 6.11. Cary, NC: SAS Institute; 1996.
20. Velentgas P, Cali C, Diedrick G, et al. A survey of aspirin use, non-prescription NSAID use, and cigarette smoking among users and non-users of prescription NSAIDs [abstract]. *Pharmacoepidemiol Drug Safety.* 2001;10:S103.
21. Riendeau D, Charleson S, Cromlish W, Mancini JA, Wong E, Guay J. Comparison of the cyclooxygenase-1 inhibitory properties of nonsteroidal anti-inflammatory drugs (NSAIDs) and selective COX-2 inhibitors, using sensitive microsomal and platelet assays. *Can J Physiol Pharmacol.* 1997;75:1088-1095.
22. Akarasereenont P, Mitchell JA, Thiemermann C, Vane JR. Relative potency of nonsteroid anti-inflammatory drugs as inhibitors of cyclooxygenase 1 or cyclooxygenase-2 [abstract]. *Br J Pharmacol.* 1994;112(suppl):183P.
23. Ross R. Atherosclerosis. *N Engl J Med.* 1999;340:115-126.
24. Silverstein FF, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized controlled trial. *JAMA.* 2000;284:1247-1255.
25. Crofford LJ, Oates JC, McCune WJ, et al. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors: a report of four cases. *Arthritis Rheum.* 2000;43:1891-1896.
26. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA.* 2001;286:954-959.
27. Pomerantz KB, Hajjar DP. Eicosanoids in regulation of arterial smooth muscle cell phenotype; proliferative capacity; and cholesterol metabolism. *Arteriosclerosis.* 1989;9:413-429.
28. Topper JN, Cai J, Falb D, Gimbrone MA. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli. *Proc Natl Acad Sci U S A.* 1996;93:10417-10422.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# EXHIBIT E

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

PHARMACOEPIDEMIOLOGY AND DRUG SAFETY 2003; 12: 67–70
Published online 24 December 2002 in Wiley InterScience (www.interscience.wiley.com). DOI: 10.1002/pds.798

## ISPE COMMENTARY

# COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease

Wayne A. Ray PhD[1]*, Thomas M. MacDonald MD[2], Daniel H. Solomon MD, MPH[3], David J. Graham MD, MPH[4] and Jerry Avorn MD[3]

[1]Vanderbilt University School of Medicine, Nashville, TN, USA
[2]MEMO, Department of Clinical Pharmacology & Therapeutics, University of Dundee, Ninewells Hospital & Medical School, Dundee, UK
[3]Harvard Medical School, Brigham & Women's Hospital, Boston, MA, USA
[4]Food and Drug Administration, Rockville, MD, USA

## INTRODUCTION

Non-steroidal anti-inflammatory drugs (NSAIDs) are among the most widely prescribed drugs in clinical practice. Gastrointestinal (GI) complications, including gastric mucosal ulceration, haemorrhage or perforation, are among the most common side effects observed with NSAIDs. A new class of drugs, the selective cyclo-oxygenase 2 (COX-2) inhibitors, have recently been marketed as alternatives to conventional NSAIDs on the basis of lower risks of GI adverse effects. Two leading members of this class are rofecoxib (Vioxx®, marketed by Merck) and celecoxib (Celebrex®, marketed by Pfizer/Pharmacia).

Two recent developments have led to an increased interest in the association between the selective COX-2 inhibitors and cardiovascular disease. Firstly, we now have a greater understanding of how these drugs may affect the mechanisms that underlie coronary heart disease. Secondly, the results of the VIGOR trial showed an increased risk of acute myocardial infarction (MI) in patients receiving rofecoxib, compared to patients receiving naproxen (a non-selective NSAID).[1] This article is based upon presentations at the 'Hot Topics' session of the 18th International Conference on Pharmacoepidemiology,

held in Edinburgh, UK on 21 August 2002 where this topic was discussed.

## MECHANISMS

NSAIDs inhibit the COX enzymes, which metabolise arachidonic acid to produce prostaglandins. Different NSAIDs exhibit varying degrees of selectivity for the two isoforms of COX, COX-1 and COX-2. The ability of an NSAID to inhibit an enzyme is expressed as the $IC_{50}$—the concentration of drug required to reduce enzyme activity by 50%. The selectivity of a given NSAID can be expressed by the ratio COX-2 $IC_{50}$/ COX-1 $IC_{50}$: drugs which are more COX-2 selective have smaller ratios than drugs that are less selective for COX-2. The in vivo effects of a given drug on the two COX enzymes will depend on both its selectivity and plasma concentration. Whereas COX-1 is constitutively expressed in many tissues, including endothelial cells, COX-2 expression is induced by inflammatory mediators such as cytokines, phorbol esters, lipopolysaccharides and growth factors. COX-2 is also induced by smooth muscle cell injury and in the endothelium as a result of shear stress.[2]

COX-1, found in platelets, mediates the production of thromboxane A2 (TXA2), a prostaglandin vasoconstrictor which activates platelets and has arrythmogenic properties.[3-5] Induction of COX-2 in the endothelium results in the production of prostacyclin (PGI2), a potent vasodilator that inhibits platelet

* Correspondence to: Professor W. Ray, Vanderbilt University School of Medicine A-1124, MCN, Nashville, TN 37232, USA. E-mail: wayne.ray@mcmail.vanderbilt.edu

Copyright © 2002 John Wiley & Sons, Ltd

PLAINTIFF'S EXHIBIT
E
trialexhibits.com

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

aggregation and prevents cardiac arrhythmias.[4] Use of a highly selective COX-2 inhibitor, such as rofecoxib or celecoxib, will inhibit PGI2 production but not TXA2 production.[6] This provides a potential mechanism for an increased risk of thrombus formation in patients who receive highly selective COX-2 inhibitors, since use of these drugs might result in unopposed TXA2 production. Another, more controversial mechanism involves ischaemic preconditioning, which protects the myocardium against further episodes of ischaemia.[7] There is conflicting data on this topic — two studies have suggested that COX-2 inhibitors improve outcomes in ischaemic heart disease,[8,9] but other studies have suggested the reverse.[10,11] Thus, there are plausible mechanisms that could explain why COX-2 inhibitors may be associated with an increased risk of cardiovascular events.

## VIGOR AND CLASS

Non-selective, non-aspirin NSAIDs are associated with a number of cardiovascular adverse events, including an increased risk of hypertension.[12] NSAID users are more likely to be hospitalised for congestive heart failure (CHF) than non-users and NSAIDs may be responsible for 19% of hospitalisations for CHF.[13] There is currently a controversy over whether cardiovascular adverse effects associated with the selective COX-2 inhibitors on the cardiovascular system are similar to those of conventional NSAIDs or if there are some particular concerns relating to these newer drugs. Data from two randomised clinical trials, VIGOR and CLASS, have fuelled this debate.[1,14]

The VIGOR trial enrolled 8076 patients with rheumatoid arthritis, who were randomly assigned to rofecoxib (50 mg qd), or naproxen (500 mg bid), an established non-selective NSAID. MI occurred in 0.4% of patients receiving rofecoxib compared to 0.1% of patients receiving naproxen.[1] These data may reflect an increased risk of MI associated with rofecoxib; a decreased risk associated with naproxen; or a combination of both effects. Two recently published studies investigated whether naproxen has a protective effect on the risk of coronary heart disease.[15,16] A large case-control study of patients receiving naproxen or other NSAIDs between 1991 and 1995 reported a 16% reduction in the risk of MI in patients receiving naproxen compared to any NSAID and a 20% reduction in risk for naproxen compared to ibuprofen.[15] An observational cohort study of 181 441 patients aged 50–84 years receiving NSAIDs between 1987 and 1998 found no protective effect of naproxen or other non-aspirin NSAIDs, however.[16] These studies suggest that any potential protective effect of naproxen does not fully account for the findings in the VIGOR study.

The US Food and Drug Administration (FDA) has reviewed the New Drug Application (NDA) 6-month data for rofecoxib.[17] A dose-response relationship was observed between the dose of rofecoxib and the occurrence of hypertension, oedema and elevations in creatinine. In addition, there was a dose-response relationship for elevations in both systolic and diastolic blood pressure over 6 months of treatment with rofecoxib. When the longer term safety data were reviewed (in patients receiving rofecoxib for 6–21 months), a dose-response relationship was also observed for hypertension and oedema, but not for creatinine.[17]

The CLASS trial enrolled 8000 patients with arthritis and compared celecoxib (400 mg bid) with two established NSAIDs, diclofenac (75 mg bid) or ibuprofen (800 mg tid).[14] In this study, there was no significant difference between the incidence of MI in the patients taking celecoxib or other NSAIDs: it was 0.3% for all patients in both groups (including patients who were also taking aspirin).[14]

## ROFECOXIB DOSE

The dose of rofecoxib used in the VIGOR trial was 50 mg qd.[1] This was twice the maximum dose currently approved by the FDA for chronic treatment of osteoarthritis (12.5–25 mg).[17] Rofecoxib 50 mg is approved as a short term treatment (for up to 5 days) for acute pain.[17] The extent of usage of rofecoxib at doses of >25 mg has been evaluated using information from the Tennessee Medicaid programme.[18] There was a high prevalence of NSAID use in the cohort of patients studied and COX-2 selective inhibitors accounted for 46% of NSAID use. There was no evidence that rofecoxib was channelled away from, or towards, patients with cardiovascular risk factors. (Although others have found evidence for such channelling in other populations[19]). Use of rofecoxib at doses >25 mg was relatively common, however. Approximately 15% of patients initiating treatment with rofecoxib received doses >25 mg and 87% of these patients had prescriptions for a 30 day supply of the drug.[18]

## IS THERE A GENERAL COX-2 EFFECT?

There is a controversy over whether there is a general COX-2 inhibitor cardiovascular effect or if some

Copyright © 2002 John Wiley & Sons, Ltd.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

adverse events are specific to different members of this drug group. To address this issue, a retrospective cohort study has been performed to investigate the association between selective COX-2 inhibitors and serious coronary heart disease (CHD). The study involved patients aged 50–84 years participating in the Tennessee TennCare programme between 1 January 1999 and 30 June 2001.[20] The primary endpoint was serious CHD, defined as MI hospitalisations, plus death due to CHD identified from death certificates. All periods of NSAID use, and also events in new users of NSAIDS, were analysed. Data from more than 202 000 non-users of NSAIDS were compared with those for approximately 22 000 patients receiving celecoxib and approximately 20 000 patients receiving rofecoxib at doses of $\leq 25$ mg. Results were adjusted for age and sex.

There was no evidence of an increased risk of serious CHD in all individuals receiving naproxen, ibuprofen or celecoxib compared to individuals who did not receive an NSAID. There was also no evidence of increased risk for doses of rofecoxib $\leq 25$ mg, but for higher doses (>25 mg), the risk of serious CHD approached significance ($p = 0.058$) for all users. In new users of rofecoxib at higher doses, there was a significant increase in risk of serious CHD, however ($p = 0.024$).[20] Similar results were obtained when doses of rofecoxib >25 mg were compared with celecoxib: the risk of CHD approached significance in all users ($p = 0.056$) and attained significance in new users ($p = 0.014$).[20] The number of patients receiving rofecoxib >25 mg was relatively low (approximately 4000 patients) and these preliminary findings need to be confirmed in a larger study. Nevertheless, this study provides no evidence for a cardiovascular class effect of COX-2 specific inhibitors. Pending further information, long term use of high dose rofecoxib (>5 days) should probably be avoided.

## PHARMACOEPIDEMOLOGIC IMPLICATIONS

What are the implications of the COX-2 inhibitor story in terms of pharmacoepidemiology? It illustrates the fact that new risks will become apparent only when a drug is in widespread use. After a new drug is approved, the dosing and indications in routine use are likely to differ from those in the pivotal studies leading to registration. One question is whether proactive surveillance should begin with the first routine use of a new drug, with the aim of shortening the lead time before potential adverse effects are identified and minimising the propagation of risk. In an era of

A NOTE FROM THE ISPE COMMENTARY EDITOR

This commentary is produced on behalf of the International Society of Pharmacoepidemiology (ISPE). The opinions expressed are those of the author and not necessarily those of ISPE, or the organization by which the author is employed.

Please send commentaries, or suggestions, to the ISPE Commentary Editor at the address below. Submission by e-mail is preferred. Commentaries are to be 2000–2500 words long and will be peer-reviewed.

C. Ineke Neutel PhD,
Health Intelligence, SCOHS Inc.,
43 Bruyere Street,
Ottawa, Canada, K1N 5C8.
Tel: (613) 562-0059 Ext 1226
Fax: (613) 562-6387
E-mail: ineke@neutel.ca

blockbuster drugs, do we also need blockbuster pharmacoepidemiology? There is a growing dis-equilibrium between the efficiency of the drug approval process and that of post-marketing surveillance. Perhaps mandated, proactive, post-marketing surveillance, based on informed assessment of potential risks, should become a routine part of the drug approval process in the future.

## REFERENCES

1. Bombardier C, Laine L, Reicein A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000; 343: 1520–1528.
2. Topper JN, Cai J, Falb D, Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci USA 1996; 93: 10417–10422.
3. Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation 2000; 102(8): 840–845.
4. Bing RJ, Lomnicka M. Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events? J Am Coll Cardiol 2002; 39: 521–522.
5. Hamberg M, Svensson J, Samuelsson B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. Proc Natl Acad Sci USA 1975; 72: 2994–2998.
6. Yamamoto T, Kakar NR, Vina ER, Johnson PE, Bing RJ. Effect of cyclooxygenase-2 inhibitor (celecoxib) on the infarcted heart in situ. Pharmacology 2001; 63: 28–33.

Copyright © 2002 John Wiley & Sons, Ltd.

7  Shinmura K, Tang XL, Wang Y, et al. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. Proc Natl Acad Sci USA 2000; 97: 0197–10202.

8.  Saito T, Rodger IW, Hu F, Shennib H, Giaid A. Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction. Biochem Biophys Res Commun 2000; 273: 772–775.

9.  Patel HH, Gross GJ. The disputed role of COX-2 in myocardial infarction, is the jury still out? J Mol Cell Cardiol 2002; 34: 1–3.

10.  Camitta MG, Gabel SA, Chulada P, et al. Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning. Circulation 2001; 104: 2453–2458.

11.  Clement R, Das DK, Engelman RM, et al. Role of a nonsteroidal anti-inflammatory agent, ibuprofen, in coronary revascularization after acute myocardial infarction. Basic Res Cardiol 1990; 85: 55–70.

12.  Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993; 153: 477–484.

13.  Page J, Henry D. Consumption of NSAIDs and the development of congestive heart failure in elderly patients: an under recognized public health problem. Arch Intern Med 2000; 160: 777–784.

14  Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. JAMA 2000; 284: 1247–1255.

15.  Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162: 1099–1104.

16.  Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Nonsteroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002; 359(9301): 118–123.

17  Cardiovascular safety review Rofecoxib http://www.fda.gov/ohms/dockets/ac/01/briefing/3677b2_06_cardio.pdf

18.  Griffin MR, Stein CM, Graham DJ, Daugherty JR, Arbogast PG, Ray WA. High frequency of use of rofecoxib at greater than recommended doses: cause for concern. Submitted.

19.  MacDonald TM, Pettitt D, Goldstein J, Burke TJ, Zhao S, Morant SV. The risks of upper gastrointestinal haemorrhage (UGIH) in users of meloxicam, cyclooxygenase 2 (COX-2) specific inhibitors and other nonsteroidal anti-inflammatory drugs (NSAIDs) presented at ICPE August, 2002, Edinburgh. Pharmacoepi Drug Saf 2002; 11: S12.

20  Ray WA, Stein CM, Daugherty JR, Hall K, Griffin MR. COX-2 selective NSAIDs and the risk of serious coronary heart disease. Lancet 2002; 360: 1071–1073.

Copyright © 2002 John Wiley & Sons, Ltd.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# EXHIBIT  F

# Relationship Between COX-2 Specific Inhibitors and Hypertension

Daniel H. Solomon, Sebastian Schneeweiss, Raisa Levin, Jerry Avorn

*Abstract*—There is controversy whether cyclooxygenase-2 (COX-2) specific inhibitors are associated with elevations in blood pressure requiring treatment in typical clinical practice. We examined the risk of new onset hypertension in a retrospective case-control study involving 17 844 subjects aged ≥65 years from 2 US states. Multivariable logistic models were examined to assess the relative risk of new onset hypertension requiring treatment in patients who use celecoxib or rofecoxib compared with patients taking either the other COX-2 specific inhibitor, a nonspecific NSAID, or no NSAID. During the 1999 to 2000 study period, 3915 patients were diagnosed and began treatment for hypertension; 4 controls were selected for every case. In no model was celecoxib significantly associated with the development of hypertension. Rofecoxib users were at a significantly increased relative risk of new onset hypertension compared with patients taking celecoxib (odds ratio [OR] 1.6, 95% confidence interval [CI], 1.2 to 2.1), taking a nonspecific NSAID (OR 1.4; 95% CI, 1.1 to 1.9), or taking no NSAID (OR 1.6; 95% CI, 1.3 to 2.0). There were no clear dosage or duration effects. In patients with a history of chronic renal disease, liver disease, or congestive heart failure, the relative risk of new onset hypertension was twice as high in those taking rofecoxib compared with celecoxib (OR 2.1; 95% CI, 1.0 to 4.3). In this retrospective case-control study of patients aged ≥65 years, rofecoxib use was associated with an increased relative risk of new onset hypertension; this was not seen in patients taking celecoxib. (*Hypertension.* 2004;44:140-145.)

**Key Words:** cyclooxygenase ■ drug therapy ■ hypertension, detection and control ■ epidemiology

In addition to the well recognized gastrointestinal toxicity caused by nonspecific NSAIDs, these agents have also been found to produce a mean increase in blood pressure of 5.0 mm Hg.[1] An observational study found that NSAID users had an increased risk of starting antihypertensive medications.[2] The increase in blood pressure associated with nonspecific NSAIDs is likely caused by an inhibition of prostaglandin-dependent counter-regulatory mechanisms in the renal vasculature and seems to occur early during the use of these agents.[3] Such mechanisms may be especially important in patients with reduced intravascular blood volume. Currently, there are conflicting data as to whether selective inhibition of cyclooxygenase-2 (COX-2) by agents such as celecoxib, rofecoxib, or valdecoxib can also result in blood pressure elevations.[4,5,6]

The pivotal randomized controlled trials of celecoxib and rofecoxib did not establish hypertension as a major adverse effect of these agents,[7,8] but subsequent review of data from the Vioxx Gastrointestinal Outcomes Research (VIGOR) trial raised concerns in this regard[9]; secondary analyses of data collected from this randomized trial found that patients taking rofecoxib were twice as likely as patients taking naproxen to have elevations in blood pressure. Another controlled trial involving more than 1000 patients with osteoarthritis also found that those randomized to rofecoxib were found to more frequently have clinically significant elevations in blood pressure compared with celecoxib.[10] Although both of these randomized trials establish that elevations in blood pressure may occur in subjects taking COX-2 specific inhibitors, it is not clear whether these elevations in blood pressure are large enough to prompt treatment or whether they are observed in typical clinical practice. As well, hypertension does not appear to be a widely known side effect of COX-2 specific inhibitors and is not a prominent part of product labeling.

We sought to determine whether celecoxib or rofecoxib, the 2 available COX-2 specific inhibitors during the study period, were associated with new onset hypertension in patients in typical community practice.

## Methods

### Participants

All patients studied were Medicare beneficiaries receiving prescription medications through either the Pennsylvania Pharmaceutical Assistance Contract for the Elderly (PACE) or the New Jersey Pharmaceutical Assistance Program for the Aged and Disabled (PAAD) from 1998 to 2000. These 2 programs cover medication

Received February 20, 2004; first decision March 18, 2004; revision accepted May 11, 2004.

From the Division of Pharmacoepidemiology and Pharmacoeconomics (D.H.S., S.S., R.L., J.A.), Division of Rheumatology, Immunology, and Allergy (D.H.S.), Brigham and Women's Hospital, Harvard Medical School, Boston, Mass.

Correspondence to Daniel H. Solomon, MD, MPH, Division of Pharmacoepidemiology, Brigham and Women's Hospital, 1620 Tremont Street, Suite 3030, Boston, MA 02120. E-mail dhsolomon@partners.org

© 2004 American Heart Association, Inc.

*Hypertension* is available at http://www.hypertensionaha.org

DOI: 10.1161/01.HYP.0000136134.31846.83

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



PLAINTIFF'S EXHIBIT
F

expenses for low-to-moderate income elderly with annual household incomes of between $10 000 and $20 000. Reimbursement for COX-2 specific inhibitors and nonspecific NSAIDs were without restrictions for both of these state programs.

To be included in this study, participants had to be enrolled, active users of Medicare and the respective prescription drug benefit program for 2 consecutive years out of the 3-year study period, 1998 to 2000. Active use was demonstrated by enrollment in the program eligibility files, filling a prescription, and any health care claim in each 6-month period of the 2 consecutive years. We further required that during the first 2 consecutive study years study subjects have no prior diagnosis of hypertension (ICD-9 CM 401 to 405) and no use of any medications that are typically used to lower blood pressure. This included all antihypertensive agents from the following categories: nonloop diuretics, β blockers, calcium-channel blockers, angiotensin-converting enzyme inhibitors, angiotensin-receptor blockers, α blockers, direct vasodilators, and combination products from the above categories.

In this pool of eligible patients, new onset hypertension (case-defining event) was defined as a new diagnosis of hypertension and the filling of at least 1 prescription for 1 of the aforementioned antihypertensive agents. Four controls were randomly selected for each case using a random number generator. They were selected from all eligible patients who had not yet become cases. The date of diagnosis of hypertension was considered the index date for cases, and a randomly selected date of filling another medication was considered the index date for controls. The index dates of controls were frequency-matched to those of cases.

All patient identifiers were deleted from the study database after data sources were linked. The study protocol was approved by the Institutional Review Board of Brigham and Women's Hospital.

## COX-2 Specific Inhibitor and Nonspecific NSAID Use

The study database contained information on all prescription drugs filled by eligible beneficiaries, including drug name, dosage, frequency, and days supply. Based on the hypothesis that the impact of specific and nonspecific NSAIDs on blood pressure was relatively rapid, we examined an exposure period from 1 to 90 days before the index date for use of celecoxib, rofecoxib, or nonspecific NSAIDs. Patients were considered exposed to these medications if they had an active prescription on the day before the index date. Patients with prescriptions for >1 of the drug categories during this time were excluded from the analyses.

Low and high dosage of the 2 available COX-2 specific inhibitors were defined a priori based on their modal dosage. For celecoxib, prescriptions were considered to be low dosage if the daily use was ≤200 mg and high dosage if daily dose was >200 mg. For rofecoxib, low dosage was defined as daily dose ≤25 mg and high dosage as >25 mg per day. We also considered 2 duration categories: 1 to 30 days ("short") and 31 to 90 days ("long").

## Covariates

Covariates were defined based on data from the 12 months before the index date. Although information for most of these patients and covariates is available for longer than 12 months, we restricted the ascertainment to this period to reduce any potential for bias that might arise because of varying lengths of covariate assessment. The covariates included age, gender, race, prior hospitalization, number of visits for ambulatory care, number of comorbid medical conditions,[11] use of oral glucocorticoids, coronary artery disease, diabetes, rheumatoid arthritis, and osteoarthritis. The count of comorbid condition excluded congestive heart failure, renal disease, coronary artery disease, liver disease, and diabetes because these were included as separate covariates. Coronary artery disease was defined based on diagnoses or procedures indicating the presence of a myocardial infarction, angina, or coronary revascularization.

Several variables of interest were not available within the study database, including body mass index, tobacco use, and socioeconomic status. In theory, these variables could be differentially related

to COX-2 specific inhibitor exposure, nonspecific NSAID exposure, and hypertension.[12,13,14] We, therefore, analyzed data from the Medicare Current Beneficiary Survey,[15] a representative in-home survey with a 97% response rate conducted among 10 479 beneficiaries in 1999.[16] Beneficiaries' body mass index, tobacco use, and socioeconomic status were compared between those reporting use of celecoxib (n=659), rofecoxib (n=283), or a nonspecific NSAID (n=1,655). These analyses showed that body mass index was almost identical in both groups of COX-2 specific inhibitor users (celecoxib 27.5 kg/m² versus rofecoxib 27.2 kg/m², P=0.4) and similar to nonspecific NSAID users (27.7 kg/m², P=0.4 versus COX-2 specific inhibitor users). Current tobacco use was similar in users of each COX-2 specific inhibitor (celecoxib 11.1% versus rofecoxib 10.3%, P=0.9) and was lower than nonspecific NSAID users (15.9%, P<0.0001 versus COX-2 specific inhibitor users). There were no differences in educational attainment (P=0.11) or income status (P=0.8) between celecoxib and rofecoxib users. Based on these findings, it is not likely that a comparison of rofecoxib versus celecoxib with regard to the incidence of hypertension is significantly biased away from the null by body mass index, current tobacco use, or socioeconomic status.

## Analyses

We first examined the unadjusted relationships between each drug exposure category and new onset hypertension using contingency tables with $\chi^2$ tests. Each exposure group was sequentially compared with every other category of exposure as the reference group. For example, patients taking rofecoxib were compared with 3 distinct reference groups: unexposed to any NSAID, users of nonspecific NSAIDs, and patients taking celecoxib. We then built multivariable logistic regression models by placing all potential covariates in separate models for each exposure and using backward selection with a threshold for removal of P>0.2. The only variables that did not remain in at least 1 model were the use of oral glucocorticoids and rheumatoid arthritis. All other variables were therefore used in constructing the final multivariable logistic regression models. Dosage and duration were explored in similar models where celecoxib and rofecoxib were compared with the relevant dosage or duration of the reference exposures.

Finally, we studied several subgroups of patients hypothesized a priori to be at an increased risk of COX-2 specific inhibitor–induced hypertension. COX-2 specific inhibitors are metabolized within the liver[17] and, thus, we were interested whether patients with known cirrhosis would be at a higher risk of hypertension. Nonspecific NSAID hypertension is thought to be mediated by the inhibition of prostaglandin-dependent counter-regulatory mechanisms in patients with low intrarenal blood flow.[5] We therefore determined whether the use of these drugs in patients with chronic renal disease or congestive heart failure, 2 conditions associated with low intravascular blood volume, increased the risk of hypertension. To test for this, we stratified the population based on chronic renal disease,[18] liver disease, or congestive heart failure and then assessed exposure states in multivariable logistic regression models. All analyses were performed using SAS (SAS Institute, version 8.0).

## Results

During the 1999 to 2000 study period, 3915 patients were diagnosed and began treatment for hypertension; 4 controls were selected for every case. We assessed the characteristics of patients in each drug exposure category (Table 1). Patients were similar across all groups with respect to age. Users of nonspecific NSAIDs or COX-2 specific inhibitors were more likely to be women; the gender distribution was similar for celecoxib and rofecoxib users. The majority of patients in all exposure categories were white, and few patients had recently spent time in nursing homes. About a quarter of all patients had been hospitalized in the prior year; this was slightly more common in rofecoxib users. Coronary artery disease was

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

*142*   *Hypertension*   August 2004

**TABLE 1.   Characteristics of Study Population by Drug Exposure Status at Index Date**

| Baseline Characteristic | Nonspecific NSAID | Celecoxib | Rofecoxib | Unexposed |
|---|---|---|---|---|
| No. (%) | 869 (100) | 878 (100) | 386 (100) | 15711 (100) |
| Age, mean±SD | 78±7 | 80±7 | 79±7 | 79±7 |
| Gender, female | 726 (84) | 756 (86) | 332 (86) | 12551 (80) |
| Race, white | 827 (95) | 845 (96) | 377 (98) | 14823 (94) |
| Nursing home resident | 37 (4) | 55 (6) | 23 (6) | 917 (6) |
| Recently hospitalized | 167 (19) | 212 (24) | 113 (29) | 3890 (25) |
| Diabetes mellitus | 198 (23) | 187 (21) | 73 (19) | 3541 (23) |
| Coronary artery disease | 49 (6) | 57 (6) | 42 (11) | 1242 (8) |
| Loop diuretic use | 52 (6) | 71 (8) | 27 (7) | 948 (6) |
| Rheumatoid arthritis | 123 (14) | 131 (15) | 45 (12) | 676 (4) |
| Osteoarthritis | 479 (55) | 595 (68) | 267 (69) | 4937 (31) |
| Oral glucocorticoid use | 53 (6) | 74 (8) | 44 (11) | 1070 (7) |
| Comorbid conditions, mean±SD | 1.7±1.8 | 1.9±1.7 | 1.9±2.0 | 1.9±1.9 |
| No. of medications, mean±SD | 8±5 | 8±5 | 9±5 | 7±5 |
| No. of physician visits, mean±SD | 9±7 | 10±7 | 11±8 | 8±7 |
| No. of patients with new onset hypertension | 203 (23) | 181 (21) | 106 (27) | 3425 (22) |

N (%) unless noted.

slightly more common in patients taking rofecoxib (11%) than celecoxib (6%) or nonspecific NSAIDs (6%). As expected, rheumatoid arthritis and osteoarthritis were much more common in patients taking a nonspecific NSAID or COX-2 specific inhibitor than in the unexposed group. Users of rofecoxib were slightly more likely to take oral glucocorticoids than the other exposure groups. Comorbid conditions, medication use, and number of physician visits were similar across all groups. Cases were more likely to be nonwhite, have diabetes and coronary artery disease, and be nonusers of loop diuretics than controls. Otherwise, cases and controls were similar.

The results of the multivariable logistic regression models are presented in Table 2. Rofecoxib use was associated with

a significantly increased relative risk of new onset hypertension compared with patients taking celecoxib (odds ratio [OR] 1.6; 95% confidence interval [CI], 1.2 to 2.1), taking a nonspecific NSAID (OR 1.4; 95% CI, 1.1 to 1.9), or taking no NSAID (OR 1.6; 95% CI, 1.3 to 2.0). Celecoxib was not associated with an increased relative risk of new onset hypertension in any of these models.

There did not appear to be a clear dose or duration relationship between either COX-2 specific inhibitor and new onset hypertension (Table 3). There was no difference in relative risk between low- and high-dosage celecoxib or rofecoxib compared with the low- and high-dosage reference groups, or between short and long duration use of celecoxib and the respective reference groups. Long duration rofecoxib

**TABLE 2.   Multivariable Adjusted Associations Between COX-2 Specific Inhibitors and Hypertension, 1999–2000**

| Variable of Interest | Reference Group | | | | |
|---|---|---|---|---|---|
| | Unexposed | | Nonspecific NSAID | | Celecoxib |
| **Exposure** | | | | | |
| Celecoxib | ... | 1.0 (0.9–1.2) | ... | 0.9 (0.7–1.1) | ... |
| Rofecoxib | 1.6 (1.3–2.0) | ... | 1.4 (1.1–1.9) | ... | 1.6 (1.2–2.1) |
| **Covariates** | | | | | |
| Age≥75 years | 1.2 (1.1–1.3) | 1.2 (1.1–1.3) | 1.4 (1.0–1.8) | 1.4 (1.1–1.8) | 1.1 (0.8–1.5) |
| Male gender | 0.9 (0.9–1.0) | 0.9 (0.9–1.0) | 1.2 (0.8–1.7) | 1.1 (0.8–1.5) | 0.9 (0.6–1.4) |
| White race | 0.6 (0.6–0.7) | 0.6 (0.5–0.7) | 0.8 (0.4–1.6) | 0.5 (0.3–0.8) | 0.6 (0.3–1.2) |
| Hospitalization in prior year | 1.1 (1.0–1.2) | 1.1 (0.9–1.2) | 1.0 (0.7–1.5) | 0.8 (0.6–1.1) | 0.9 (0.6–1.4) |
| Nursing home resident in prior year | 0.8 (0.6–0.9) | 0.7 (0.6–0.9) | 0.8 (0.4–1.7) | 0.3 (0.1–0.7) | 0.7 (0.3–1.4) |
| Diabetes mellitus | 1.0 (0.9–1.1) | 1.3 (1.2–1.5) | 1.1 (0.7–1.5) | 1.1 (0.8–1.4) | 1.1 (0.7–1.5) |
| Coronary artery disease | 1.8 (1.5–2.0) | 1.8 (1.6–2.1) | 1.2 (0.7–2.1) | 1.8 (1.1–2.8) | 1.3 (0.8–2.2) |
| Osteoarthritis | 1.0 (0.9–1.1) | 1.0 (0.9–1.1) | 1.0 (0.8–1.3) | 0.9 (0.7–1.2) | 0.7 (0.5–1.0) |

Adjusted odds ratio (95% CI). All variables were adjusted for all others listed as well as physician visits in prior year, number of different medications, and comorbid illnesses (described in text).

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

TABLE 3.   Multivariable Adjusted Associations Between COX-2 Specific Inhibitor Dosage and Duration and Hypertension, 1999–2000

| Variable of Interest | No. | Reference Group* | | |
|---|---|---|---|---|
| | | Unexposed | Nonspecific NSAID | Celecoxib |
| Celecoxib | | | | |
| ≤200 milligrams | 692 | 1.0 (0.8–1.2) | 0.9 (0.6–1.1) | … |
| >200 milligrams | 186 | 1.2 (0.8–1.7) | 1.1 (0.6–1.7) | … |
| Rofecoxib | | | | |
| ≤25 milligrams | 359 | 1.6 (1.2–2.0) | 1.4 (1.0–1.9) | 1.6 (1.2–2.2) |
| >25 milligrams | 27 | 1.6 (0.6–4.2) | 1.2 (0.4–4.5) | 1.6 (0.5–5.7) |
| Celecoxib | | | | |
| 1–30 days | 762 | 1.4 (1.0–1.9) | 0.8 (0.5–1.3) | … |
| >30 days | 116 | 0.9 (0.7–1.1) | 0.9 (0.7–1.2) | … |
| Rofecoxib | | | | |
| 1–30 days | 347 | 1.9 (1.2–2.8) | 1.1 (0.7–2.0) | 1.3 (0.8–2.3) |
| >30 days | 39 | 1.5 (1.1–2.0) | 1.5 (1.0–2.1) | 1.6 (1.1–2.2) |

Adjusted odds ratio (95%, CI). All exposures were adjusted for age, gender, race, recent hospitalizations, recent nursing home stays, number of physician visits and medications in prior year, number of comorbid conditions, and the presence of diabetes mellitus, coronary artery disease, and osteoarthritis.

*The reference group is always similar in dosage and duration to the exposure group, for example use of low-dosage celecoxib is compared with use of low-dosage nonspecific NSAID.

was associated with a slightly higher risk (OR 1.5; 95% CI, 1.0 to 2.1) than short duration rofecoxib (OR 1.1; 95% CI, 0.7 to 2.0) when compared with nonspecific NSAIDs. Similar trends were seen when rofecoxib use of long duration (OR 1.6; 95% CI, 1.1 to 2.2) and short duration (OR 1.3; 95% CI, 0.8 to 2.3) were compared with celecoxib.

In the clinical subgroups shown in Table 4, patients with chronic renal disease who took rofecoxib appeared to be at a higher relative risk for developing new onset hypertension than patients taking celecoxib (OR 5.3; 95% CI, 0.6 to 43.7), although with a wide CI because of the relatively small number of patients. The presence of congestive heart failure did not appear to identify a subgroup at significantly increased risk for COX-2 specific inhibitor–associated hypertension. There were too few patients with liver disease to estimate the relative risks of hypertension. When all strata were combined (renal disease, liver disease, or congestive heart failure), patients taking rofecoxib had a relative risk of

new onset hypertension that was more than 2-fold higher than that seen in comparable patients taking celecoxib (OR 2.1; 95% CI, 1.0 to 4.3).

## Discussion

We conducted a case-control study to examine the potential relationship between the 2 COX-2 specific inhibitors available during the study period, celecoxib and rofecoxib, and new-onset hypertension. The possibility of a relationship between these agents and hypertension had been raised in prior reports, particularly for rofecoxib.[10] When compared with celecoxib users, patients who used rofecoxib were significantly more likely to develop new onset of hypertension. These relationships were seen when either COX-2 specific inhibitor was compared with nonspecific NSAID users or when compared to patients unexposed to either type of agent.

TABLE 4.   Association Between COX-2 Specific Inhibitors and Hypertension in High Risk Subgroups, 1999–2000

| Exposure (Reference) | Renal Disease (n=648) | | Congestive Heart Failure (n=1972) | | Renal, CHF, or Liver Disease (n=2539) | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| Rofecoxib (unexposed) | 1.5 (0.6–3.9) | 1.6 (1.2–2.0) | 1.3 (0.7–2.4) | 1.7 (1.3–2.2) | 1.5 (0.9–2.5) | 1.6 (1.3–2.1) |
| Celecoxib (unexposed) | 0.5 (0.2–1.5) | 1.1 (0.9–1.3) | 0.8 (0.4–1.3) | 1.1 (0.9–1.3) | 0.7 (0.4–1.1) | 1.1 (0.9–1.3) |
| Rofecoxib (NSAID) | 2.9 (0.1–68.9) | 1.4 (1.0–1.8) | 0.9 (0.4–2.1) | 1.5 (1.1–2.1) | 1.2 (0.5–2.5) | 1.4 (1.0–2.0) |
| Celecoxib (NSAID) | … | 0.9 (0.7–1.1) | 0.6 (0.3–1.3) | 0.9 (0.7–1.2) | 0.7 (0.3–1.3) | 0.9 (0.7–1.2) |
| Rofecoxib (celecoxib) | 5.3 (0.6–43.7) | 1.5 (1.1–2.1) | 1.8 (0.8–4.3) | 1.6 (1.1–2.1) | 2.1 (1.0–4.3) | 1.5 (1.1–2.0) |

Adjusted odds ratio (95%, CI). CHF indicates congestive heart failure; ellipses, there were too few people in this exposure category to produce an interpretable estimate.

The stratified analysis for liver disease is not shown because there were too few patients with liver disease to make meaningful comparisons. All exposures were adjusted for age, gender, race, recent hospitalizations, recent nursing home stays, number of physician visits and medications in prior year, number of comorbid conditions, the presence of diabetes mellitus, coronary artery disease, and osteoarthritis.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

These findings are consistent with the findings from randomized trials in smaller groups of patients receiving protocolized care. Data from the VIGOR trial comparing rofecoxib to naproxen suggested the possibility that rofecoxib may be associated with an increased frequency of clinically significant hypertension. In secondary analyses available from the Food and Drug Administration,[9] subjects taking rofecoxib had a 3.6 mm increase in systolic blood pressure compared with naproxen users. This translated into a 9.7% rate of hypertension as an adverse event in subjects randomized to rofecoxib compared with 5.5% in those randomized to naproxen. Data from the Celecoxib Long-term Arthritis Safety Study (CLASS) trial suggest that the rates of hypertension in celecoxib users were about equal to patients using nonspecific NSAIDs, 2.7% versus 3.4%.[1] Comparison of these data are limited by diverse study populations and slightly different definitions of hypertension. However, another study compared the blood pressure effects of celecoxib to rofecoxib in a head-to-head randomized controlled trial.[10] More than 1000 patients with osteoarthritis and stable hypertension were recruited and followed for 6 weeks with blood pressure measurements at baseline and at weeks 1, 2, and 6. Subjects were randomized to receive celecoxib 200 mg per day or rofecoxib 25 mg per day, the most common dosages used of these medicines. During the study, 14.9% of subjects using rofecoxib reached the criteria for worsening systolic hypertension with at least a 20 mm increase in blood pressure. This compared with 6.9% of subjects taking celecoxib ($P<0.001$). Diastolic blood pressure changes were not significantly different.

These findings must be interpreted in light of the study's limitations, many of which are common to studies that use health care claims databases. It is possible that doctors diagnosed hypertension and prescribed antihypertensive medications differentially to patients taking different NSAIDs and COX-2 specific inhibitors. Because this study used data from 1999 to 2000, a time before published data regarding possible differences in these agents, we think this is very unlikely. Medications used for hypertension are used for many other indications, including congestive heart failure and angina, so that we may have misclassified some patients as having hypertension who did not. We applied conservative definitions requiring a diagnosis of hypertension as well as use of medications that lower the blood pressure. These definitions were applied equally across all relevant exposures. Hence, if there was substantial nondifferential misclassification, it would have biased all findings toward the null. The study database does not include use of over-the-counter medications, such as several nonspecific NSAIDs. However, use of these agents is less common than prescription agents in a lower income population with full drug coverage, such as the one studied. As well, it would be unlikely that use of over-the-counter nonspecific NSAIDs occurred differentially across the two COX-2 specific inhibitor groups. Other unmeasured factors may confound these results. We did examine several potential confounders in a different Medicare cohort (such as body mass index, tobacco use, and socioeconomic status) and found that the bias would have been toward the null in comparisons between COX-2 specific inhibitors

and nonspecific NSAIDs. However, there is the possibility for residual confounding. Finally, the study cohorts include only patients enrolled in a drug benefit program for low-to-moderate income elderly. It will be important for hypertension to be studied in other populations taking these agents.

It is not clear why there may be differences in the effect on blood pressure between rofecoxib and celecoxib. These effects may be specific to the individual molecular structure of the 2 different molecules,[19] but this issue needs further examination so that the safety of these agents can be improved. Data from at models of hypertension suggest that celecoxib but not rofecoxib may be associated with improvements in endothelial function and reductions in oxidative stress, but this finding has not been reported in all studies.[5,6] There are other examples of specific agents in a medication class with distinct side effect risks, such as bromfenac, a nonspecific NSAID, with a higher than typical risk of hepatotoxicity[20] and cerivastatin, a lipid-lowering agent that is associated with rhabdomyolysis at increased rates compared with other statins.[21]

## Perspectives

We found that rofecoxib was associated with an increased relative risk of new onset hypertension requiring treatment compared with celecoxib, nonspecific NSAIDs, and no NSAID. This relative risk appeared to be increased for patients taking rofecoxib who also had renal disease, liver disease, or congestive heart failure. Although this study cannot prove causality, it adds significant new information about the risk of hypertension requiring treatment for patients taking rofecoxib seen in typical practice.

## Acknowledgments

This work was supported by an unrestricted research grant to Brigham and Women's Hospital from Pfizer. D.H.S. is also supported by grants from the Arthritis Foundation and National Institutes of Health (AR48616 and AR48264). All aspects of the study design, analyses, and presentation were under complete control of the study authors.

## References

1. Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. *Ann Intern Med.* 1994;121: 289–300.
2. Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. *JAMA.* 1994;272:781–786
3. Brater DC, Harris C, Redfern JS, Gertz BJ. Renal effects of COX-2 selective inhibitors. *Am J Nephrol.* 2001;21:1–15.
4. Chenevard R, Hurlimann, D, Bechir M, Enseleit F, Spieker L, Hermann M, Riesen W, Gay S, Gay RE, Neidhart M, Michel B, Luscher TF, Noll G, Ruschitzka F. Selective COX-2 inhibition improves endothelial function in coronary artery disease. *Circulation.* 2003;107:405–409.
5. Hermann M, Camici G, Fratton A, Hurlimann D, Tanner FC, Hellermann JP, Fiedler M, Thiery J, Neidhart M, Gay RE, Gay S, Luscher TF, Ruschitzka F. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial dysfunction in salt-induced hypertension. *Circulation.* 2003;108:2308–2311.
6. Title LM, Giddens K, McInerney MM, McQueen MJ, Nassar BA. Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. *J Am Coll Cardiol.* 2003;42:1747–1753.
7. Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, Makuch R, Eisen G, Agrawal NM, Stenson WF, Burr AM, Zhao WW, Kent JD, Lefkowith JB, Verburg KM, Geis GS. Gastrointestinal toxicity