26. Avorn J, Soumerai SB, Salem SR, Popovsky M.  Documenting and correcting inappropriate use of blood products.  In: Kurtz SA, Summers S. eds.  Improving Transfusion Practice.  Arlington, VA: American Association of Blood Banks, 1989:21-30.

27. Avorn J.  Detection and prevention of drug-induced illness.  J Clin Res Drug Dev 1989; 3:5-13.

28. Avorn J, Gurwitz J.  Principles of pharmacology.  In: Cassel C, Riesenberg D, eds.  Geriatric Medicine (2nd edition).  New York: Springer-Verlag, 1990.

29. Everitt DE, Avorn J.  Systemic effects of medications used to treat glaucoma.  Ann Intern Med 1990; 112:120-125.

30. Gurwitz J, Avorn J.  Old age: Is it a risk for adverse drug reactions?  Agents and Actions (Supplement) 1990; 13-25.

31. Gurwitz J, Soumerai SB, Avorn J.  Improving medication prescribing and utilization in the nursing home.  J Am Geriat Soc 1990; 38:542-552.

32. Avorn J. Clinical geriatrics and life care: Ethical and health policy considerations. In: Chellis RD, Grayson PJ, eds. Life care: A long-term solution? Lexington, Mass: D.C. Heath, 1990.

33. Soumerai SB, McLaughlin TJ, Avorn J. Quality assurance for drug prescribing. Qual Assur Hlth Care 1990; 2:37-58.

34. Avorn J.  The elderly and drug policy: Coming of age.  Health Affairs 1990; 9:6-19.

35. Avorn J.  The role of medications.  In: Berg R, Cassell J, eds.  Health promotion and disability prevention in the second fifty: Report of a Committee of the Institute of Medicine.  Washington, D.C.:  National Academy Press, 1990.

36. Avorn J.  Claims data as a resource for pharmaco-epidemiology (editorial).  Epidemiology 1990; 1:98-100.

37. Avorn J.  Reporting drug side effects: signals and noise (editorial).  JAMA 1990; 1:98-100.

38. Avorn J.  Epidemiology in Plato's cave: Claims data and clinical reality (editorial). J Clin Epi 1991; 44:867-869.

39. Avorn J et al. Intervention: The use of drug utilization review outcomes. Clin Pharmacol Therap 1991; 50:633-635.

Confidential-Subject to Protective Order

40. Avorn J. Pedagogic interventions in medication use. In: Wessling A (ed). Auditing drug therapy. Stockholm: Apoteksbolaget, 1992.

41. Avorn J, Monane M. Documenting, understanding, and fixing psychoactive drug use in the nursing home. Annu Rev Gerontol Geriat 1992; 12:163-82.

42. Avorn J. Improving the quality and cost-effectiveness of prescribing. Pharmacoeconomics 1992; Suppl 1:45-48.

43. Monane M, Gurwitz JH, Monane S, Avorn J. Compliance issues in medical practice. Hosp Phys 1993: 29(4):35-39.

44. Monane M, Gurwitz JH, Avorn J. Pharmacotherapy with psychoactive medications in the long-term care setting: Challenges, management, and future directions. In: Smyer M, ed. Mental Health and Aging. New York: Springer Publishing Company, 1993.

45. Bohn RL, Avorn J. Cost-effectiveness - can it be measured? Semin Hematol 1993; 30 (3) suppl 2:20-23.

46. Kalish S, Gurwitz JH, Avorn J. Anticoagulant therapy in the elderly. Primary Cardiology 1993; 19:34-42.

47. Ray W, Griffin M, Avorn J. Evaluating drugs after approval for clinical use. N Engl J Med 1993; 329:2029-2032.

48. Gurwitz JH, Monane M, Avorn J. Polypharmacy and appropriate prescribing. In: Reuben DB, Yoshikawa TT, eds. Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition. New York: American Geriatrics Society, 1993.

49. Gurwitz JH, Monane M, Avorn J. Principles of pharmacology. In: Reuben DB, Yoshikawa TT, eds. Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition. New York: American Geriatrics Society, 1993.

50. Avorn J. Comparative data on the effectiveness of drugs and devices: A pressing need of doctors, patients, and payors. Testimony before the House Subcommittee on Regulation, Business Opportunities, and Technology. In: The Congressional Record. Washington, D.C.: Government Printing Office, 1993.

51. Avorn, J. Balancing costs, efficacy, and side effects. PharmacoEconomics 1994; 6:63-66.

52. Bohn RL, Avorn J. Reimbursement for hemophilia care in the United States: Current policies and future considerations. Semin Hematol 1994; 31 (2) suppl 2:26-28.

Confidential-Subject to Protective Order

53. Monane M, Gurwitz JH, Avorn J.  Medication use and the elderly (review).  The Gerontologist 1994; 34:272-274.

54. Avorn J.  Medications and the elderly: current status and opportunities.  Health Affairs 1995; 14:276-278.

55. Avorn J.  Bringing science to the bedside: A prerequisite for quality of care and cost containment in treating the nation's elderly.  Testimony before the Select Committee on Aging, U.S. Senate.  Washington, DC: Government Printing Office, 1995.

56. Monette J, Gurwitz JH, Avorn J.  Epidemiology of adverse drug events in the nursing home setting.  Drugs and Aging 1995; 7:203-211.

57. Avorn J.  The prescription as final common pathway.  Intl J Technol Assess Hlth Care 1995; 11(3):384-390.

58. Avorn J.  Drug regulation and drug information -- Who should do what to whom? (editorial) Am J Publ Hlth 1995; 85:18-19.

59. Avorn J.  Are we treating people well?  [Outcomes research, cost-effectiveness, and the federal health budget]  (op-ed article) The Washington Post, May 28, 1995.

60. Avorn J.  Practice-based outcomes research: crucial, feasible, and neglected (editorial).  Pediatrics 1996; 97:113-114.

61. Avorn J, Gurwitz JH.  Principles of pharmacology.  In: Geriatric Medicine, Third Edition.  Cassel CK, Cohen G, Larsen E, et al (eds.)  New York: Springer-Verlag 1996.

62. Avorn J.  Drug use in academic medical centers in an era of ferment.  Pharmaco-economics 1996; 10:124-129.

63. Avorn J.  The effect of cranberry juice on the presence of bacteria and white blood cells in the urine of elderly women.  What is the role of bacterial adhesion?  Adv Exp Med Biol 1996; 408:185-186.

64. Andrews EB, Avorn J, Bortnichak EA, et al.  Guidelines for good epidemiology practices for drug, device, and vaccine research in the United States.  Pharmacoepidem Drug Safety 1996; 5:333-338).

65. Gurwitz JH, Monane M, Monane S, Avorn J.  Polypharmacy.  In: Quality Care for the Nursing Home Resident.  Lipsitz L, Morris JN (eds.); Mosby Lifeline, Hanover, MD, 1996.

Confidential-Subject to Protective Order

66. Monane M, Avorn J. Medications and falls; causation, correlation, and prevention. Clinics in Geriatric Medicine 1996; 12:847-858.

67. Avorn J. Putting adverse drug events into perspective (editorial). JAMA 1997; 277:341-342.

68. Avorn J, Salzman C. Prescribing of psychotropic drugs for the elderly: Epidemiologic and policy considerations. In: Salzman C, (ed.) Clinical Geriatric Psychopharmacology, 3rd Edition. New York: McGraw Hill 1977.

69. Gurwitz JH, Rochon P, Avorn J. Optimizing drug therapy in the elderly. P & T 1997; 331-347.

70. Agretelis J, Avorn J, Blatt CM, et al. For our patients, not for profits: A call to action. JAMA 1997;278:1733-1738.

71. Avorn J. Including the elderly in clinical trials (editorial). Brit Med J 1997; 315:1033-1034.

72. Avorn J. Depression in the elderly -- falls and pitfalls (editorial). N Engl J Med 1998; 339: 918-920.

73. Knight EL, Avorn J. Use and abuse of drugs in older persons. The Gerontologist 1999; 39:109-111.

74. Knight E, Avorn J. Urinary tract infections in the elderly. In: UTIs in the female. Stanton W (ed.). London: Martin Dunitz Publishers, 2000.

75. Avorn J. Post-modern drug evaluation and the deconstruction of evidence-based regulation. Pharmaco-economics 2000; 18 suppl 1: 15-20.

76. Avorn J, Barrett JF, Davey PG, McEwen SA, O'Brien TF, Levy SB. World Health Organization Global Strategy for Containment of Antimicrobial Resistance: Synthesis of Recommendations by Expert Policy Groups. Geneva: World Health Organization, 2001.

77. Avorn J. Unhealthy aging: Functional and socioeconomic impact. Eur Heart J 2001; 3 suppl N:N3-5.

78. Avorn J. Improving medication use in the elderly: Getting to the next level (editorial). JAMA 2001; 286:2866-2868.

79. Avorn J. Drug risks. In: Drug Benefits and Risks, ed. C.J. van Boxtel. Sussex (England): John Wiley & Sons, 2001.

80. Partridge AH, Avorn J, Wang PS, Winer EP. Adherence to therapy with oral antineoplastic agents. J Natl Cancer Inst 2002; 94:652-661.

Confidential Subject to Protective Order

81. Wang PS, Walker AM, Avorn J.  The pharmacoepidemiology of psychiatric medications.  In: Tsuang MT, Tohen M, eds.  Textbook of psychiatric epidemiology, second edition.  Wiley, New York, 2002.

82. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: Time for refinements. Can Med Assoc J 2002; 167:1250-1251.

83. Avorn J. Balancing the cost and value of medications: the dilemma facing clinicians. Pharmacoeconomics 2002; 20 suppl 3: 67-72.

84. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: time for refinements. Can Med Assoc J 2002;167:1250-1251.

85. Avorn J, Gurwitz JH, Rochon P.  Principles of pharmacology.  In:  Geriatric Medicine, 4th edition.  Cassel C et al, eds.  New York:  Springer, 2003, pp. 65 – 81.

86. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Safety 2003; 12: 67-70.

87. Avorn J, Wang PS. Prescribing psychotropic drugs for the elderly: Epidemiologic and policy considerations. In: Salzman, C, ed. Clinical Geriatric Psychopharmacology, 4th edition. New York: McGraw-Hill (in press).

88. LeLorier J, Vander Stichele RH, Avorn J, Beard K, Hallas J, Henry DA. Bringing epidemiology into drug utilization research. Pharmacoepidemiol Drug Saf 2003; 12: 153-156.

89. Wang PS, Schneeweiss S, Avorn J: Recent developments in psychopharmacoepidemiology. Curr Opin Psychiat 2003 (in press).

90. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Saf 2003; 12: 67-70.

91. Solomon DH, Avorn J. Pharmacoepidemiology and rheumatic diseases. Curr Opin Rheumatol 2003; 15: 122-126.

92. Avorn J. Advertising and prescription drugs: promotion, education, and the public's health. Health Affairs 2003; W3:104-108.

Confidential-Subject to Protective Order

**CORRESPONDENCE:**

1.  Avorn J, Soumerai SB.  Changing patterns of drug prescription.  N Engl J Med 1983.

2.  Soumerai SB, Avorn J.  Physician education and cost containment.  JAMA 1985; 253:13.

3.  Avorn J, Everitt DE.  Beta-blockers and depression.  JAMA 1986; 255:3249-3250.

4.  Soumerai SB, Avorn J.  Changing prescribing practices through individual continuing education.  JAMA 1987; 257:487.

5.  Avorn J, Soumerai SB.  Psychoactive medication in rest homes.  N Engl J Med 1989; 321:54-55.

6.  Avorn J.  Use of psychoactive drugs in nursing homes.  N Engl J Med 1992; 327:1392-3.

7.  Avorn J, Monane M, Gurwitz, JH, Glynn RJ, Choodnovskiy I, Lipsitz LA.  Reduction of bacteriuria and pyuria using cranberry juice.  JAMA 1994; 272:589.

8.  Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Avorn J.  Heart failure and noncompliance in the elderly.  Arch Int Med 1994; 154:2109-10.

9.  Dillon K, Putnam K, Avorn J.  Death from irreversible pulmonary hypertension associated with short-term use of fenfluramine and phentermine.  JAMA 1997; 278:1320.

10. Avorn J.  Acetaminophen toxicity in an urban county hospital.  N Engl J Med 1998; 338:543-544.

11. Avorn J. Drug use and the elderly. Wall Street Journal, July 2001.

12. Solomon DH, Glynn RJ, Avorn J.  Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease.  Lancet 2002; 360: 90.

13. Solomon DH, Avorn J. Do gastroprotective drugs prevent NSAID toxicity? J Rheumatol 2003; 30:203.

14. Winkelmayer W, Avorn J. Stable creatinine clearance using large-dose hetastarch versus reduced GFR. Kidney Int 2000; 65: 1111-1112.

15. Solomon DH, LaValley MP, Wang PS, Avorn J. What are the real effects of the arthritis self-management program on pain and disability? (reply) Arthritis Rheum 2004;50:1012-1013.

56

Confidential-Subject to Protective Order

57

Confidential-Subject to Protective Order

## EDUCATIONAL MATERIALS AND CLINICAL COMMUNICATIONS

*The following physician education materials ("unadvertisements") were created
as part of the first randomized controlled study of "academic detailing" (NEJM 1983).
    They have been widely disseminated since.*

"Vasodilators and intermittent claudication"

"Cerebral blood flow and senile dementia"

"The limited analgesic effects of Darvon"

"Rational management of uncomplicated urinary tract infection"

"Cost implications of commonly used antibiotics"

*As part of that program, educational materials for laypersons were also produced, for
physicians to distribute to their patients instead of unnecessary prescriptions. These too
have had widespread distribution nationally in programs designed to reduce unnecessary
medication use:*

"Common sense about the common cold"

"Exercise and 'bad circulation'"

"Why your doctor recommended 'plain aspirin'"

"Improving mental function in the elderly"

*The following materials were written for the Beth Israel Hospital drug information
program during the period 1982-1990, with the assistance of other BI faculty.  The effect
on prescribing of the structured antibiotic order form and the educational materials used
with it is described in Avorn et al, Arch Int Med 1988.*

Structured antibiotic order form with information on drug choice, bacterial sensitivities,
and pharmacokinetics

"Clindamycin:  Proper use of the hospital's costliest drug"

"Oral metronidazole:  A first consideration in anaerobic infections"

"The vancomycin avalanche:  Improving utilization of a crucial drug"

"Ciprofloxacin:  A potent new oral antibiotic"

"Triazolam:  A forgettable drug?"

Confidential-Subject to Protective Order

"Cefazolin:  A Q8H antibiotic"

"I.V.$H_2$ blockers:  Too much of a good thing?"

*Nursing Home Psychoactive Drug Education Project:  These materials were written for the randomized controlled trial of academic detailing in long-term care facilities, described in Avorn et al, NEJM 1992.  Since then, they have been distributed as part of educational programs in geriatric psychopharmacology throughout the country.*

Antipsychotic medications, tardive dyskinesina, and Parkinson's disease

Sedative-hypnotic use and sleep in the elderly

Anticholinergic side effects and tricyclic antidepressants

Medications as a cause of urinary incontinence

Unwanted sedation with neuroleptic use

Side effects of sedatives in the elderly:  confusion, letharghy, falls, and disorientation

*The following booklets were produced through the BWH Medication Education and Management Committee, with the participation of other faculty at BWH.  Dr. Avorn defined the topic and overall content of each booklet, and edited each:*

"$H_2$ blockers" (1993)

"Ketorolac:  Novel analgesic or just another NSAID?"  (1994)

"Ofloxacin:  BWH's new fluoroquinolone" (1995)

"Rational use of second and third generation cephalosporins" (1995)

"Treating supraventricular tachyarrhythmias" (1995)

"Neuromuscular blocking agents in the intensive care unit" (1995)

"Anti-secretory agents" (1997)

*From 1998 to the present, initiated and served as series editor for the following materials produced with BWH faculty for the Hospital's Medication Education Program. Most of these are also posted on the Partners Handbook website.*

Glycoprotein IIb/IIIa inhibitors and low-molecular weight heparin: a rational approach to new treatment for ischemic heart disease (December 1998)

Confidential-Subject to Protective Order

GCSF does not improve patient outcomes in febrile neutropenia (January 1999, rev. June 2002)

Reassessing albumin use (June 1999, rev. February 2002), including a clinical algorithm flowsheet.

COX-2 inhibitors: Who *really* needs them? (March 2001, rev.April 2003)

The emerging threat of bacterial resistance (July 2001, rev. October 2002)

When p.o. is just as good as i.v.(July 1999)

H2 Blockers and proton pump inhibitors: reducing acid rationally (August 1999)

Optimal fluconazole use: Coping with the ambiguity of fungal culture results (February 2001, rev. February 2003)

Oral hypoglycemic agents (January 2000)

Drugs and the elderly: Wielding the double-edge sword (September 2001)

Linezolid (Zyvox): a new antibiotic class to treat resistant Gram-positive organisms (June 2000)

Digesting the new data on acid reduction: a neutral view (September 2000, rev. July 2002)

Rational management of agitation in the elderly and acutely ill: a brief orientation (October 2000)

Boosting the 'crit: Optimal use of erythropoietin (January 200, rev. 2003)

A new perspective on severe sepsis  (April 2001)

Getting the straight DOPE on drugs at the Brigham: *Data On Prescribing Effectively*, from the *Division Of Pharmaco-Epidemiology* (June 2001)

Saving vancomycin (September 2001, rev. November 2002)

Levofloxacin: too broad-spectrum? (September 2001)

Ceftazidime's limited uses (September 2001, rev. October 2002)

New treatment for severe septic shock: Promising benefits, important risks (Nov 2001)

First-line antibiotic therapy (May 2002)

Transfusion guidelines: Proper use of a precious resource (June 2003)

Managing diabetes in hospitalized patients (June 2003)

Confidential-Subject to Protective Order

Antifungal therapy: Phases of treatment (August 2003)

Confidential-Subject to Protective Order