The New England Journal of Medicine

2. Laine L. Nonsteroidal anti-inflammatory drug gastropathy. Gastrointest Endosc Clin North Am 1996;6:489-504.
3. Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999;340:1888-99. [Erratum, N Engl J Med 1999;341:548.]
4. Singh G, Rosen Ramey D. NSAID induced gastrointestinal complications: the ARAMIS perspective — 1997. J Rheumatol Suppl 1998;51:8-16.
5. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt BF, Sleisenger MH, eds. Sleisenger and Fordtran's gastrointestinal and liver disease: pathophysiology/diagnosis/management. 6th ed. Vol. 1. Philadelphia: W.B. Saunders, 1998:343-57.
6. Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isoenzymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993;268:6610-4.
7. Fosslein E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67-81.
8. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A 1993;90:11693-7.
9. Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Arch Intern Med 2000;160:1781-7.
10. Cannon GW, Caldwell JR, Holt P, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Arthritis Rheum 2000;43:978-87.
11. Ehrich EW, Schnitzer TJ, McIlwain H, et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. J Rheumatol 1999;26:2438-47.
12. Simon LS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999;282:1921-8.
13. Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterology 1999;117:776-83.
14. Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. Arthritis Rheum 2000;43:370-7

15. Emery P, Zeidler H, Kvien KT, et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. Lancet 1999;354:2106-11.
16. Pincus T, Summey JA, Soraci SA Jr, Wallston KA, Hummon NP. Assessment of patient satisfaction in activities of daily living using a modified Stanford Health Assessment Questionnaire. Arthritis Rheum 1983;26:1346-53.
17. Cox DR. Regression models and life-tables. J Stat Soc [B] 1972;34:187-220.
18. Mem Partial likelihood. Biometrika 1975;62:269-76.
19. Fleiss JL. Statistical methods for rates and proportions. 2nd ed. New York: John Wiley, 1981.
20. Vioxx (rofecoxib) tablets and oral suspension. Whitehouse Station, N.J.: Merck, 1999 (package insert).
21. Naprosyn. Nutley, N.J.: Roche Laboratories, 1999 (package insert).
22. Genuine Bayer aspirin. Morristown, N.J.: Bayer Consumer Care Division, 1999 (package insert).
23. Schnitzer TJ, Truitt K, Fleischmann R, et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Clin Ther 1999;21:1688-702.
24. Silverstein FE, Graham DY, Senior JR, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs: a randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995;123:241-9.
25. Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929-33.
26. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS Study: a randomized controlled trial. JAMA 2000;284:1247-55.
27. Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis: a prospective observational cohort study. Arch Intern Med 1996;156:1530-6.
28. VanHecken A, Schwartz JI, Depré M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000;40:1109-20.
29. Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction: the Flurbiprofen French Trial. Eur Heart J 1993;14:951-7.
30. Daniels B, Seidenberg B. Cardiovascular safety profile of rofecoxib in controlled clinical trials. Arthritis Rheum 1999;42:Suppl:S143. abstract.

MRK-ABA0001309

# EXHIBIT B



---

ORIGINAL ARTICLE

---

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D., James A. Bolognese, M Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D., Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D , Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D , for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*

---

ABSTRACT

---

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd , Houston, TX 77030-4009, or at rbresali@mdanderson org

*The members of the APPROVe Trial are listed in the Appendix.

This article was published at www.nejm. org on February 15, 2005.

N Engl J Med 2005;352:1092-102.
Copyright © 2005 Massachusetts Medical Society.

**BACKGROUND**

Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**

A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee.

**RESULTS**

A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Overall and cardiovascular mortality was similar in the two groups.

**CONCLUSIONS**

Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.

Downloaded from www.nejm org at UNIVERSITY OF MICHIGAN on July 10, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved



PLAINTIFF'S EXHIBIT
B

NONSTEROIDAL ANTIINFLAMMATORY drugs (NSAIDs) alleviate pain and inflammation but may cause gastrointestinal ulceration and bleeding, presumably by inhibiting cyclooxygenase (COX)–mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2), provided the impetus for the development of selective inhibitors of COX-2 with a reduced risk of gastrointestinal complications whose analgesic and antiinflammatory efficacy was likely to be similar to that of nonselective COX inhibitors.

COX-2 is expressed at sites of inflammation, such as in atheromatous plaques, and in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment or prevention of atherosclerosis and various cancers.[1,2] However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not a straightforward proposition. COX-2 inhibition has several effects that could increase the risk of cardiovascular disease, including reducing prostacyclin levels, increasing blood pressure, decreasing angiogenesis,[3-11] and destabilizing plaque.[12]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than NSAIDs.[13] In one trial,[13] there were more cardiovascular events among patients given a high dose of rofecoxib than among those given naproxen, an NSAID with platelet-inhibiting properties of unclear clinical relevance.[4,5,14-16] Pooled data from other randomized trials have not shown a significant difference in cardiovascular risk between rofecoxib and placebo or other nonselective NSAIDs.[4,5,17] Observational studies have provided conflicting data on the association of rofecoxib with cardiovascular risk: some studies suggested that there was no effect, some suggested that the risk was increased only at high doses, and others indicated a possible increase in the risk of cardiovascular events at standard or unspecified doses.[6,9,11,18-21]

The Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial was designed to evaluate the hypothesis that three years of treatment with rofecoxib would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas. Potential thrombotic events were adjudicated by an independent committee, and all safety data were monitored by an external safety-monitoring committee. We report the cardiovascular findings from the study.

## METHODS

### DESIGN OF THE TRIAL

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries. Participating investigators are listed in the Appendix. Men and women who were at least 40 years old were eligible if they had had at least one histologically confirmed large-bowel adenoma removed within 12 weeks before study entry and were not anticipated to need long-term NSAID therapy (including high-dose aspirin) during the study. Initially, patients who were taking low-dose aspirin (no more than 100 mg daily) were excluded from the study. However, in May 2000, after the results of the Vioxx Gastrointestinal Research (VIGOR) trial[13] had become available, the protocol was amended to allow randomized subjects to take low-dose aspirin (no more than 100 mg daily) for cardiovascular protection. The proportion of subjects taking low-dose aspirin at enrollment was capped at 20 percent because of the possible chemopreventive effects of the drug.[22] Exclusion criteria were evidence of uncontrolled hypertension (defined by a blood pressure of more than 165/95 mm Hg); angina or congestive heart failure, with symptoms evoked by minimal activity; myocardial infarction, coronary angioplasty, or coronary-artery bypass grafting within the preceding year; or stroke or transient ischemic attack within two years before screening.

Written informed consent was obtained from all patients. The institutional review board at each center approved the study.

### TREATMENT

The randomized treatment period was preceded by a six-week, single-blind, placebo run-in period to assess patients' compliance. Patients who took at least 80 percent of their tablets during the placebo run-in period were randomly assigned to receive either one 25-mg tablet of rofecoxib per day (the maximal recommended long-term daily dose) or one identical-appearing placebo tablet per day for three years. The computer-derived randomization was stratified according to the clinical center and the use or nonuse of low-dose aspirin, with blocks of 2. Patients, investigators, and sponsor personnel who monitored the study, other than the unblinded study statistician, were unaware of the treatment assignments.

Patients were evaluated clinically at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121,

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE



**Figure 1. Enrollment, Randomization, and Outcomes.**
The original study design included a group assigned to receive 50 mg of rofecoxib per day; 26 patients had been assigned to this treatment before it was decided not to proceed with this group.

138, 156, and 158 or after the discontinuation of treatment. Vital signs, including blood pressure obtained while the patient was seated, were measured at each clinic visit during the study according to the usual clinical practice. Adverse events occurring during the study were recorded and evaluated in a blinded fashion by the investigators. Follow-up of the patients for one year after the discontinuation of treatment is ongoing.

**CARDIOVASCULAR EVENTS**
Monitoring and analysis of the cardiovascular events in the trial were part of a planned assessment of the cardiovascular safety of rofecoxib. Data presented include events occurring during treatment and up to 14 days after the last dose of the study drug. Serious vascular events were reviewed in a blinded fashion by adjudication committees, which confirmed events that met prespecified case definitions for two sets of events. Thrombotic events included fatal and

nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and non-fatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The end point used in the Antiplatelet Trialists' Collaboration (APTC) study[23] was also analyzed: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; nonfatal myocardial infarction; and nonfatal ischemic and hemorrhagic stroke. Other relevant but not independently adjudicated events were also analyzed, including hypertension-related events, edema-related events, and the combined end point of congestive heart failure, pulmonary edema, or cardiac failure.

The procedure for confirming cardiovascular events was prespecified in the protocol. All serious adverse events were identified and recorded by the clinical investigators. Potential thromboembolic events, components of the APTC end point, and all

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

deaths (regardless of cause) were prespecified as eligible for adjudication according to standard procedures for rofecoxib studies initiated by the sponsor in 1998. For each eligible event, source documents were collected and sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee. Decisions were made on the basis of majority rule with the use of prespecified criteria.

STATISTICAL ANALYSIS

An independent, external safety-monitoring board met periodically to review safety data provided by a statistician who was aware of patients' study-group assignments. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. The investigators had full and unfettered access to the data. A statistician who was aware of patients' study-group assignments but who was not otherwise involved in the study analyzed the data using SAS software (version 8.2). All patients who underwent randomization and took at least one dose of study medication were included in the analyses. For confirmed serious thrombotic events and the APTC end point, event rates and relative risks (with 95 percent confidence intervals) were calculated with the use of Cox proportional-hazards models. However, if there were fewer than 11 events in either group, the rate ratio was computed with the use of the binomial distribution.[24] A test of the proportional-hazards assumption was specified in the cardiovascular-analysis plan. This was accomplished by evaluating the interaction between the logarithm of time and the assigned treatment in the Cox proportional-hazards model. Kaplan–Meier estimates of the cumulative event rates over time were also made.

Several exploratory analyses were performed to delineate the relation between mean arterial pressure and the study findings. One analysis summarized the relative risk of confirmed serious thrombotic adverse events according to the quartiles of change in mean arterial pressure at week 4. This time was chosen because treatment-based differences in mean arterial pressure occurred early and remained constant throughout the treatment period and because only two confirmed serious thrombotic events had occurred by week 4 (one in each group). The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional-hazards model in which treatment was the main effect. This model

was used to investigate the association of the change in blood pressure over time with the occurrence of confirmed serious thrombotic events.

The data reported here are those available to the authors as of February 14, 2005.

## RESULTS

PARTICIPANTS

A total of 3260 patients were screened for the study, of whom 2586 were deemed to be eligible; 1287 of the eligible patients were randomly assigned to receive rofecoxib, and 1299 to receive placebo (Fig. 1). The two groups were generally similar with regard to baseline characteristics, including age, sex, use or nonuse of low-dose aspirin, and cardiovascular-risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (in 20 percent of the rofecoxib group and

| Table 1. Baseline Characteristics of the Patients. | | |
|---|---|---|
| Characteristic | Rofecoxib (N=1287) | Placebo (N=1299) |
| Age (yr) | | |
| Mean | 59 | 59 |
| Range | 40–96 | 40–86 |
| Height (cm) | | |
| Mean | 170 | 170 |
| Range | 137–198 | 133–199 |
| Weight (kg) | | |
| Mean | 81 | 81 |
| Range | 38–160 | 34–159 |
| Male sex (%) | 62 | 62 |
| White race (%)* | 84 | 84 |
| Use of low-dose aspirin (%)† | 17 | 16 |
| Use of antihypertensive medication (%) | 30 | 29 |
| High cardiovascular risk (%)‡ | 30 | 26 |
| History of symptomatic atherosclerotic cardiovascular disease (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette use (%) | 22 | 22 |

* Race was self-reported.
† Low-dose aspirin was defined as 100 mg per day or less.
‡ A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for cardiovascular disease: history of hypertension, history of hypercholesterolemia, history of diabetes, or current cigarette use.

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No of Patients (%) | Rate/100 Patient-yr | |
| Total | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| Cardiac events | 31 (2.4) | 1.01 | 12 (0.9) | 0 36 | 2.80 (1.44–5.45) |
| Myocardial infarction | 21 | | 9 | | |
| Fatal myocardial infarction | 2 | | 3 | | |
| Sudden death from cardiac causes | 3 | | 1 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| Cerebrovascular events | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| Peripheral vascular events | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 2 | | |

Table 2. Incidence of Adjudicated Thrombotic Adverse Events.*

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

19 percent of the placebo group, P=0.52), antihypertensive drugs (44 percent and 36 percent, respectively; P<0.001), lipid-lowering agents (31 percent and 28 percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent, respectively; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

The study was terminated on September 30, 2004, approximately two months ahead of the planned date of completion, at the recommendation of the external safety-monitoring board and the steering committee. At the time of termination, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent vs. 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in

the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group), and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

INCIDENCE OF THROMBOTIC EVENTS
AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between the two groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths in each group. Myocardial infarction was the cause of death in two patients in the rofecoxib group and three in the placebo

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

group, sudden death from cardiac causes occurred in three patients in the rofecoxib group and one in the placebo group, ischemic stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of the treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs. other); age; sex; use or nonuse of antihypertensive drugs at baseline, low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the relative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (9.59; 95 percent confidence interval, 1.36 to 416) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

NONADJUDICATED CARDIOVASCULAR EVENTS

As compared with the placebo group, the rofecoxib group had higher percentages of patients with hypertension-related events and edema-related events.



| No. at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 1287 | 1129 | 1057 | 989 | 938 | 896 | 727 |
| Placebo | 1299 | 1195 | 1156 | 1079 | 1042 | 1001 | 835 |

Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.
Vertical lines indicate 95 percent confidence intervals.



| No. at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 1287 | 1132 | 1060 | 996 | 948 | 906 | 736 |
| Placebo | 1299 | 1197 | 1159 | 1083 | 1045 | 1007 | 841 |

Figure 3. Kaplan–Meier Estimates of the Cumulative Incidence of Investigator-Reported Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).
Vertical lines indicate 95 percent confidence intervals.

The Kaplan–Meier curves for the cumulative incidence of congestive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation of the two groups (at approximately five months), with no significant departures from proportional hazards over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hyperten-

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. at Risk | No of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | | |
| **Confirmed event** | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (1.19 to 3.11) |
| Month 0–18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 (−0.55 to 0.94) | 1.18 (0.64 to 2 15) |
| Month 19–36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.45 (1.77 to 13.32) |
| **APTC end point** | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0–18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (−0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19–36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.*

* CI denotes confidence interval, and APTC Antiplatelet Trialists' Collaboration.

sion were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 4), but the event curves showed an early separation similar to that for the combined end point (data not shown).

During the trial, the rofecoxib group had mean (±SE) increases of 3.4±0.4 mm Hg in systolic blood pressure and 0.9±0.2 mm Hg in diastolic blood pressure, as compared with respective changes of −0.5±0.3 mm Hg and −0.8±0.2 mm Hg in the placebo group (P<0.01 for the comparison between the two groups). Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The mean arterial pressure throughout the study, included as a time-varying covariate, did not materially modify the treatment effect (relative risk for the comparison of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

## DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, double-blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment. The overall risk did not appear to be significantly influenced by baseline or subsequent use of low-dose aspirin. In addition, there was an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, which occurred much earlier in the study.

Thromboxane $A_2$, a major COX-1-mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic prostacyclin synthesis,[25] and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional bal-

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

| Table 4. Incidence of Nonadjudicated Cardiovascular Adverse Events.* | | | | | |
|---|---|---|---|---|---|
| Adverse Event† | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Hypertension | 377 (29.3) | 14.9 | 219 (16.9) | 7.3 | 2.02 (1.71–2.38) |
| Serious event | 11 | | 1 | | |
| Edema | 111 (8.6) | 3.8 | 76 (5.9) | 2.4 | 1.57 (1.17–2.10) |
| Serious event | 3 | | 0 | | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1.3) | 0.6 | 4 (0.3) | 0.1 | 4.61 (1.50–18.83) |
| Serious event | 12 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.
† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

ance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque.[12] In addition, COX-2 plays a role in angiogenesis.[1] How these pharmacologic observations relate to the clinical cardiovascular findings with COX-2 inhibition is unknown. It is also not clear whether the partial inhibition of COX-1 by various nonselective NSAIDs offsets any adverse cardiovascular effects of COX-2 inhibition, since this possibility has not been evaluated explicitly in trials.

The VIGOR study[13] compared 50 mg of rofecoxib daily with 500 mg of naproxen twice daily in patients with rheumatoid arthritis and found rofecoxib to be associated with a higher incidence of myocardial infarction. It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance, or a combination of these factors.[26] A recent meta-analysis[21] suggested that the magnitude of any cardioprotective effect of naproxen is unlikely to account entirely for these findings.

In aggregate, previous randomized, controlled trials comparing rofecoxib with placebo or conventional NSAIDs other than naproxen have not demonstrated an increased cardiovascular risk associated with rofecoxib use. Analysis of a database including 5435 patients with osteoarthritis in eight double-blind, placebo-controlled, phase 2B or phase 3 trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and various nonselective NSAIDs.[5] A pooled analysis of data from more than 28,000 patients with various diseases (representing more than 14,000 patient-years at risk) from 23 previous trials of rofecoxib (phase 2B through phase 5), including patients from the VIGOR trial, also did not demonstrate a significant increase in cardiovascular risk for rofecoxib as compared with placebo or NSAIDs other than naproxen.[4] This analysis used the APTC end point we evaluated. An updated analysis that included data from various placebo-controlled studies investigating rofecoxib for the treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib therapy.[5] A recent meta-analysis comparing cardiovascular risk in trials that included various doses of rofecoxib suggested an increased relative risk among patients taking rofecoxib, as compared with those taking naproxen, but not placebo.[22] Differences between our results and these earlier clinical-trial data may be related to differences in defined end points or the duration of treatment, a possibility supported by the apparent absence of a difference in adjudicated thrombotic events during the first 18 months of our study.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

among new users of rofecoxib as compared with control subjects,[18] but a case–control study of patients 65 years of age or older suggested a dose-dependent elevation in the relative risk of acute myocardial infarction with rofecoxib therapy.[7] Unlike the findings in the current study, this risk was elevated during the first 90 days of use, but not thereafter. A retrospective cohort study that assessed the occurrence of serious coronary heart disease among NSAID users[19] showed an elevated cardiovascular risk associated with the use of high-dose rofecoxib, but no increased risk with the use of doses of 25 mg or less.

In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the long-term use of rofecoxib. The increase in adjudicated thrombotic events associated with rofecoxib therapy was not evident during the first 18 months of the trial. Other investigator-reported cardiovascular events known to be associated with NSAID use, such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier (at approximately five months) and at a higher rate among patients taking rofecoxib than among those taking placebo.

Patients in the rofecoxib group had increases in systemic arterial pressure during the trial, a finding that is consistent with the previously reported renovascular effects of NSAIDs. These changes in blood pressure were observed early in the study, along with investigator-reported edema and congestive heart failure. Mean arterial pressure did not appear to have a significant association with confirmed thrombotic events, however, according to an assessment of changes from baseline to four weeks and an analysis that included mean arterial pressure as a time-varying covariate in a model of treatment effects. On the basis of these findings, it is unlikely that changes in blood pressure were the explanation for the excess cardiovascular risk in our study. However, hemodynamic changes could have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the results seen with rofecoxib represent a general effect of COX-2 inhibitors or a specific effect of rofecoxib. A recent case–control study[27] suggested that the odds of nonfatal myocardial infarction differ between patients who take rofecoxib and those who take celecoxib, and a nested case–control study[20] also suggested that there are differences in the risk of serious coronary heart disease between the two agents. Elsewhere in this issue of the *Journal*, Nussmeier et al. report that patients who received parecoxib and valdecoxib for pain in the first 10 days after coronary-artery bypass grafting had an increased risk of cardiovascular events during 30 days of follow-up.[28] Also in this issue, Solomon et al. report that an ongoing safety review of the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased by a factor of 2.3 among patients who were randomly assigned to receive celecoxib, as compared with those who were assigned to receive placebo,[29] leading the National Cancer Institute to suspend the trial. The possibility that conventional NSAIDs may have similar effects also has to be considered. Possible cardiovascular effects will need to be taken into account in an assessment of the potential ability of any of these drugs to prevent neoplasia in the large bowel and other organs.

Funded by Merck Research Laboratories.

Drs. Bresalier, Sandler, Riddell, Morton, Lanas, and Baron report having received consulting fees from Merck Research Laboratories. Dr. Baron also reports having served as an unpaid consultant to Bayer. Dr. Konstam reports having received consulting fees from Merck. Mr. Bolognese and Drs. Quan, Oxenius, Horgan, and Lines are employees of Merck, and Drs. Quan, Oxenius, Horgan, and Lines and Mr. Bolognese own equity in the company.

APPENDIX

The following persons and institutions participated in the APPROVe Trial: Steering Committee — J.A. Baron (chair), R.S. Bresalier, R.S. Sandler, R. Riddell, D. Morton, A. Lanas, B. Oxenius (nonvoting member), J.A. Bolognese (nonvoting member), K. Horgan (nonvoting member); External Safety Monitoring Board — J. Neaton (chair), M.A. Konstam, D. Bjorkman, R. Logan, H. Quan (nonvoting member); Adjudication Committees — Cardiology: L.S. Dreifus, G. Vetrovec, B. Chaitman; Neurology: H. Adams, J.P. Mohr, J. Zivin; Peripheral Vascular: J. Ginsberg, C. Kearon, T. Rooke; Gastrointestinal: M. Griffin, M. Langman, D. Jensen; Investigators — M. Aguilar, Clínica Aguilar Bonilla, San Jose, Costa Rica; P. Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N. Arber, Tel Aviv Sourasky Medical Center, Tel Aviv; J.M.P. Badia, Hospital Clínic I Provincial, Barcelona, Spain; R.D. Baerg, Tacoma Digestive Disease Center, Tacoma, Wash.; H. Balestrocchi, Unidad de Aparato Digestivo Julio Dante Balestrocchi, Cordoba, Argentina; M.L. Barclay, Christchurch Hospital, Christchurch, New Zealand; C. Beglinger, University of Basel, Basel, Switzerland; G. Bianchi-Porro, Ospedale Luigi Sacco, Milan; T. Bolin, Prince of Wales Hospital, Randwick, Australia; R.M. Bosdick, Palmetto Health South Carolina Cancer Center, Columbia; R.S. Bresalier, A.A. Dekovich, T. Ben-Menachem, S.K. Batra, Henry Ford Hospital, Detroit; E. Bruun, J. Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; C. Burke, Cleveland Clinic Foundation, Cleveland; E. Butruk, Akademia Medyczna w Warszawie, Warsaw; L. Capurso, Azienda Ospedaliera San Filippo, Rome; J.P. Cello, San Francisco General Hospital, San Francisco; S. Chaussade, Hospital Cochin Saint-Jacques, Paris; D.P. Cleland, Montreal General Hospital, Montreal; G. Costamagna, Universita Cattolica del Sacro Cuore, Rome; P. Crone, Kobenhavns Amtssygehus i Glos-

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

trup, Glostrup, Denmark; E.V. Cutsem, Universitaire Ziekenhuizen, Leuven, Belgium; G.R. D'Hoens, Imeldaziekenhuis, Bon Heiden, Belgium; W. Dekker, J. Ferwerda, Kennemer Gasthuis, Haarlem, the Netherlands; E. Dominguez-Munoz, Hospital de Coxon, La Coruna, Spain; D.S. Bekreis, R.E. Tepper, Long Island Clinical Research Associates, Great Neck, N.Y.; R. Estela, Hospital Clinico San Borja-Arriaran, Santiago, Chile; M. Pärkkilä, University Central Hospital, Helsinki; G.M. Fugarolas, J.E. deDios, Hospital Universitario Reina Sofia, Cordoba, Spain; A. Giacosa, Instituto Nazionale Per La Ricerca Sul Cancro, Genoa, Italy; M.J. Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, N.Y.; F. Gomollon-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P. Gandrup, Aalborg Syenhus, Aalborg, Denmark; A. Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de São Paulo, São Paulo; M. Haque, S. Parry, Middlemore Hospital, Auckland, New Zealand; R. Hardl, Metropolitan Gastroenterology Group, Chevy Chase, Md.; W. Harford, Veterans Affairs Medical Center, Dallas; S.M. Harris, N.B. Vakil, Aurora Sinai Medical Center, Milwaukee; P.R. Holt, D.P. Kotler, Saint Luke's-Roosevelt Hospital, New York; P.A. Holk, Endoscopic Microsurgery Associates, Towson, Md.; R.W. Hultcrantz, Karolinska Universitetets-jukhuset-Solna, Stockholm; S.H. Itzkowitz, Mount Sinai Medical Center, New York; R.F. Jacoby, University of Wisconsin Medical School, Madison; K.E.J. Jensen, Centralsygehuset Esbjerg Varde, Esbjerg, Denmark; J.E. Johanson, Rockford Gastroenterology Associates, Rockford, Ill.; P.W. Jorgensen, Bispebjerg Hospital, Copenhagen; K.E. Kim, University of Chicago Medical Center, Chicago; P. Knoflach, AKH Barmherzige, Schwestern vom heiligen Kreuz, Wels, Austria; M. Koch, Capital Gastroenterology Consultants, Silver Spring, Md.; B. Koch, St. Vincenz Krankenhaus, Datteln, Germany; A. Lanas, University Clinical Hospital, Zaragoza, Spain; M.R. Lane, Auckland City Hospital, Auckland, New Zealand; T.R. Liebermann, Radiant Research, Austin, Tex.; M. Lukas, Univerzita Karlova, Prague; C.M. Schmitt, Southern Clinical Research, Chattanooga, Tenn.; F. Macrae, Cabrini Hospital, Malvern, Australia; E.E. Maiza, Hospital Jose Joaquin Aguirre, Santiago, Chile; N.E. Marcon, Toronto; R.D. Marks, Alabama Digestive Research Center, Alabaster; C.E. Martinez, Hospital Militar Central, Bogota, Colombia; R. McLeod, Mount Sinai Hospital, Toronto; K.R. McQuaid, Veterans Affairs Medical Center, San Francisco; G. Minoli, Ospedale Valduce Reparto, Como, Italy; M. Montoro, Hospital San Jorge, Huesca, Spain; A. Montoya, Clinica Shaio, Bogota, Colombia; G. Morelli, Optimum Clinical Research, Montreal; D.G. Morton, Queen Elizabeth Hospital, Edgbaston, United Kingdom; T.J. Myrhoj, J.R. Andersen, Hvidovre Hospital, Hvidovre, Denmark; A. Nakad, Hospital Notre Dame, Tournai, Belgium; V. Narayen, Gastrointestinal Diagnostic Center, Baltimore; Y. Niv, Rabin Medical Center, Petah Tikva, Israel; P.M. Pardoll, S. Scheinert, Center for Digestive Diseases, St. Petersburg, Fla.; C. Phino, J.M. Soares, Celestial Ordem Terceira da Santissima, Porto, Portugal; J. Pokorny, Prerov, Czech Republic; J. Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia, Spain; T. Ponchon, Hospital Edouard Herriot, Lyon, France; J.H. Pressman, San Diego Digestive Disease Consultants, San Diego, Calif.; V. Prochazka, Fakultni Nemocnice Olomouc, Olomouc, Czech Republic; J.M. Provenza, Louisiana Research Center, Shreveport; W.S. Putnam, Seattle Gastroenterology Associates, Seattle; E. Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; J.P. Raufman, V. Raj, University of Arkansas for Medical Sciences, Little Rock; D.K. Rex, Indiana University Hospital, Indianapolis; F.P. Rossini, M. Spandre, Azienda Sanitaria Ospedaliera, Turin, Italy; R.I. Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, N.H.; A.K. Rustgi, University of Pennsylvania, Philadelphia; R. Sandler, University of North Carolina at Chapel Hill, Chapel Hill; B. Schmeizer, Sunninghill Clinic, Sandton, South Africa; R.E. Schoen, University of Pittsburgh Medical Center, Pittsburgh; T.T. Schubert, Allenmore Medical Center, Tacoma, Wash.; H.J. Schwartz, Miami Research Associates, Miami; E. Segal, Hospital General de Agudos Carlos G. Durand, Buenos Aires; F. Seow-Choen, K.W. Eu, Singapore General Hospital, Singapore; N.R. Shah, Philip J. Bean Medical Center, Hollywood, Md.; N. Skandalis, Peripheral General Hospital, Athens; P.L. Szago, Royal Victoria Hospital, Montreal; N. Toribara, University of Colorado Health Sciences Center, Denver; J. Torosis, Gastrointestinal Research, Redwood City, Calif.; D.K. Turgeon, University of Michigan, Ann Arbor; S.W. Van der Merwe, Pretoria, South Africa; R. VanStolk, C.W. Howden, Northwestern University, Chicago; P. Vergauwe, Algemeen Ziekenhuis Groeninge, Kortrijk, Belgium; B. Vergeau, C. Nizou, Hopital d'Instruction des Armees, Paris; G. Winde, Klinikum Kreis Herford, Herford, Germany; J. Wolosin, M.W. Swaim, Regional Research Institute, Jackson, Tenn.; J.C. Wolper, P.L. Yudelman, Digestive Health Physicians, Fort Myers, Fla.; B.C.Y. Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; J.P. Wright, Kinsbury Hospital, Claremont, South Africa; A. Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

REFERENCES

1. Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003;4:431-6.
2. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43:4-13.
3. Howard PA, Delafontaine P. Nonsteroidal anti-inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.
4. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.
5. Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003;146: 591-604.
6. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-104.
7. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.
8. Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47:349-55.
9. Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363:1751-6.
10. Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8:85-95. [Erratum, Am J Ther 2001;8:220.]
11. Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90: 959-63.
12. Egan KM, Wang M, Lucitt MB, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-42.
13. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.
14. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-5. [Erratum, Arch Intern Med 2002;162:1858.]
15. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105-10. [Erratum, Arch Intern Med 2002;162:1779.]

1101

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

16. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen on the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

17. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.

18. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

19. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

20. Graham DJ, Campen D, Hui R, et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005;365:475-81.

21. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

22. Baron JA, Cole BF, Sandler RS, et al. A randomized trial of aspirin to prevent colorectal adenomas. N Engl J Med 2003;348:891-9.

23. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. [Erratum, BMJ 1994;308:1540.]

24. Guess HA, Lydick EG, Small RD, Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 1987;125:340-7.

25. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

26. Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.

27. Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142:157-64.

28. Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005;352:1081-91.

29. Solomon SD, McMurray JJV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005;352:1071-80.

Copyright © 2005 Massachusetts Medical Society.

POWERPOINT SLIDES OF JOURNAL FIGURES AND TABLES

At the Journal's Web site, subscribers can automatically create PowerPoint slides of Journal figures and tables. Click on a figure or table in the full-text version of any article at www.nejm.org, and then click on PowerPoint Slide for Teaching. A PowerPoint slide containing the image, with its title and reference citation, can then be downloaded and saved.

Downloaded from www.nejm.org at UNIVERSITY OF MICHIGAN on July 10, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved

# EXHIBIT  C

ARTICLE

# The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults

Linda E. Lévesque, BScPhm, MSc; James M. Brophy, MD, PhD; and Bin Zhang, MSc

**Background:** Cyclooxygenase-2 (COX-2) selective inhibitors have been marketed since 1999 as safer alternatives to nonsteroidal anti-inflammatory drugs (NSAIDs). Debate about their cardiac safety has culminated in the recent withdrawal of rofecoxib. Additional studies are needed to better understand this risk and to determine whether this safety concern represents a class effect.

**Objective:** To assess the influence of various NSAIDs on the risk for a first myocardial infarction (MI).

**Design:** Population-based, retrospective cohort study analyzed using a time-matched, nested case-control approach.

**Setting:** Québec, Canada.

**Participants:** 113 927 elderly persons without previous MI and newly treated with an NSAID between 1 January 1999 and 30 June 2002.

**Measurements:** NSAID exposure and occurrence of MI assessed by using Québec's administrative health databases.

**Results:** Compared with no use of NSAIDs in the year preceding the event, current use of rofecoxib was associated with an increased risk for an acute MI (rate ratio [RR], 1.24 [95% CI, 1.05 to 1.46]) that was more pronounced at higher doses (RR, 1.73 [CI, 1.09 to 2.76]). The concomitant use of aspirin appears to decrease the risk associated with low-dose rofecoxib (RR, 1.00 [CI, 0.77 to 1.28]) but not with high-dose rofecoxib (RR, 2.36 [CI, 1.27 to 4.39]). No increased risks were observed with celecoxib (RR, 0.99 [CI, 0.85 to 1.16]) or the other NSAIDs.

**Limitations:** The study could not completely account for all potential confounders, including over-the-counter use of aspirin and ibuprofen.

**Conclusions:** These results provide evidence of an increased risk for acute MI in current users of rofecoxib among elderly persons with no history of MI. This risk appears greater at higher doses. Aspirin use mitigates the risk associated with low-dose but not high-dose rofecoxib. There was no evidence of an increased risk with the other NSAIDs.

*Ann Intern Med.* 2005;142:●●●-●●●.     www.annals.org
For author affiliations, see end of text.

Cyclooxygenase-2 (COX-2) selective inhibitors, with their improved gastrointestinal toxicity profile, have been marketed since 1999 as safer alternatives to traditional nonsteroidal anti-inflammatory drugs (NSAIDs) (1–3). Although these agents experienced unprecedented growth in market share, their use has not lacked controversy. Concerns regarding their potential cardiovascular toxicity were first raised in 2000 after the Vioxx Gastrointestinal Outcomes Research (VIGOR) study (2), and then again in 2001 by the U.S. Food and Drug Administration (4) and a pooled analysis (5). However, the results of the large Celecoxib Long-term Arthritis Safety Study (CLASS) did not support the cardiotoxicity hypothesis for all COX-2 inhibitors (6). Initially, it was unclear whether the use of different comparator groups, differences between rofecoxib and celecoxib, or differences in the use of concomitant aspirin explained these divergent results. Subsequent observational studies (7–10) and meta-analyses (11–13) also reported conflicting results. Moreover, none of the studies published to date have had the power to adequately address the potentially risk-modifying effects of aspirin.

On 30 September 2004, Merck & Co., Inc., announced the worldwide voluntary withdrawal of rofecoxib after the data safety monitoring board overseeing the Adenomatous Polyp Prevention on Vioxx (APPROVe) trial of rofecoxib, 25 mg/d, in individuals at risk for developing colon cancer recommended that the study be halted prematurely (14, 15). An interim analysis found that after 18 months of use, rofecoxib increased the risk for confirmed cardiovascular events compared with placebo. The Food and Drug Administration has since indicated that they now intend to carefully review the safety of all marketed COX-2 inhibitors (16).

Considerable uncertainty remains regarding the clinical profile of persons at risk for COX-2–mediated cardiovascular events and whether celecoxib, as well as other COX-2 inhibitors, poses a similar risk. We conducted a retrospective, population-based cohort study to address these unresolved issues. Using a large and relatively unselected population of elderly persons who had no history of myocardial infarction (MI) and were initiating treatment with an NSAID, we assessed 1) whether and to what extent the use of various NSAIDs changes the risk for a first MI compared with persons who did not use these agents in the year preceding the event date and 2) how dose, concomitant therapy with aspirin, and both factors simultaneously may modify this risk.



See also:
Print
Editors' Notes
Summary for Patients
Web-Only
Conversion of figure and tables into slides

© 2005 American College of Physicians **1**



PLAINTIFF'S EXHIBIT
C
tabbies

exposed, whereas ever users included both current and past users. Those who had not received any NSAIDs in the year preceding the index date were classified as nonusers in this time period.

We defined the following dosage categories for the COX inhibitors a priori: 200 mg/d or less (low-dose) or greater than 200 mg/d (high-dose) for celecoxib and 25 mg/d or less (low-dose) or greater than 25 mg/d (high-dose) for rofecoxib. To study the effects of aspirin on the relationship between NSAIDs and MI, we classified individuals as current users of aspirin if the duration of the last aspirin prescription dispensed before the event overlapped with the index date or ended within 30 days of this date. We used the 30-day grace period to account for aspirin's irreversible effect on platelet aggregation and the possibility of nonadherence (26, 27).

### Statistical Analysis

To study exposure to NSAIDs in relation to the index date (the etiologically relevant exposure time window) while simultaneously controlling for the potentially confounding effects of calendar time, we used a time-matched, nested case-control analysis (28, 29). The index date of each case-patient was used to define the risk sets from which controls were chosen. For each case-patient, we randomly selected 20 controls matched on month and year of cohort entry and age (±1 year) and assigned them the case-patient's index date. Consequently, follow-up time was identical for case-patients and controls within each risk set. We compared the risk for acute MI associated with the current use of various NSAIDs with that of "nonusers" in the year preceding the index date. Thus, we could disentangle the independent effect of individual COX inhibitors from those of naproxen and other NSAIDs since all exposure groups were compared with nonusers. We estimated crude and adjusted rate ratios (RRs) for these associations using conditional logistic regression (30, 31). These measures of association are equal to the hazard ratios that would be estimated from the corresponding Cox proportional hazards regression. All rate ratios were adjusted for the potentially confounding effects of well-established conventional risk factors, including age; sex; hypertension; coronary artery disease; cerebrovascular disease; peripheral vascular disease; congestive heart failure; diabetes; and use of antilipemic agents, anticoagulants, and aspirin. In addition, the presence of respiratory illness, gastrointestinal ulcer disease, thyroid disorders, depression or psychiatric illness, use of oral corticosteroids, 3 measures of health care utilization (the number of hospitalizations, medical outpatient visits, and visits to a cardiologist), as well as 3 measures of comorbidity (the chronic disease score [32], the number of distinct drugs dispensed [33], and the Charlson index [34]), were evaluated as possible confounders using the change-in-estimate method (35). Covariates were retained in the final model if the risk estimate changed by 10% or more. We report risk estimates adjusted for all

aforementioned covariates, including nonconfounders, because a parsimonious modeling approach provided no important gain in precision. With the exception of health care utilization and indices of comorbidity, which were assessed in the year preceding the index date, all other covariates were assessed in the year before cohort entry (at baseline). We identified medications using the prescription drug database and identified comorbid conditions using both discharge diagnosis codes and specific corresponding drug treatments.

Since aspirin use is an important determinant of MI (36, 37) and may modify the association between NSAIDs and MI, we included an interaction term for the current use of aspirin in subsequent models.

### Role of the Funding Source

The Canadian Institutes of Health Research funded this study and had no role in the design, conduct, or reporting of the study or the decision to submit the manuscript for publication.

## RESULTS

A total of 302 964 elderly persons initiated treatment with an NSAID during the study period (Figure). Because the provincial ethics review board considered this cohort too large, the RAMQ selected a random sample of 125 000 individuals before data transfer. After we applied the exclusion criteria, the study cohort consisted of 113 927 persons with a mean age (±SD) of 75.2 ± 5.5 years at cohort entry. This cohort was followed for an average (±SD) of 2.4 ± 0.98 years. A previous MI was the primary source of exclusions. During follow-up, 2844 individuals were hospitalized for a first MI; 561 of these patients (20%) had a fatal MI.

In the year preceding the index date, 70.7% of case-patients and controls received at least 1 NSAID prescription (ever use), of which 51.8% were past users and 18.9% were current users. Therefore, 29.3% of individuals were classified as nonusers (reference category) during this time period. Among those currently exposed, the mean (±SD) number of prescriptions dispensed in the year preceding the index date was 3.8 ± 3.3 for traditional NSAIDs, 3.0 ± 3.5 for naproxen, 6.2 ± 6.1 for celecoxib, 5.3 ± 5.7 for rofecoxib, and 4.3 ± 4.0 for meloxicam. More than 95% of persons dispensed aspirin received a daily dose of 325 mg or less.

Table 1 describes the characteristics of case-patients and controls. As expected, case-patients were more likely to be male, have traditional risk factors, have other manifestations of atherosclerosis, and be using aspirin before cohort entry. In the year preceding the index date, case-patients were also more likely to have been hospitalized and have consulted physicians, and they appeared generally sicker than controls.

After adjustment for multiple risk factors, individuals exposed to rofecoxib on the index date (current users) were

Table 1. Characteristics of Case-Patients and Controls

| Characteristic | Case-Patients (n = 2844) | Controls (n = 56 880) |
|---|---|---|
| Mean age (SD) | | |
| **Sex, %** | | |
| Female | 53.5 | 68.0 |
| Male | 46.5 | 32.0 |
| **Comorbid conditions, %†** | | |
| Hypertension | 70.0 | 49.8 |
| Coronary artery disease | 30.1 | 16.5 |
| Congestive heart failure | | |
| Peripheral vascular disease | 3.5 | 1.2 |
| Congestive... | | |
| Diabetes | 23.1 | 11.0 |
| Respiratory illness | | |
| Gastrointestinal ulcer disease | 26.6 | 23.6 |
| ... | | |
| Depression/psychiatric illness | 14.7 | 14.4 |
| **Use of concomitant therapy, %†** | | |
| Antiplatelet | | |
| Anticoagulants | 5.5 | 4.2 |
| Oral corticosteroids | 8.8 | 6.4 |
| **Health care utilization, %‡** | | |
| Hospitalizations | | |
| ≥1 | 37.7 | 23.6 |
| Outpatient medical visits | | |
| All physician visits | | |
| | 63.0 | |
| 12 | 37.0 | 27.5 |
| Cardiologist visits | | |
| ≥1 | 24.5 | 14.8 |
| **Comorbidity indices‡** | | |
| Mean chronic disease score ± SD | 7.2 ± 4.2 | 5.4 ± 3.9 |
| Mean... score | | |

\* At index date.
† In the year preceding initiation of therapy with an anti-inflammatory agent (that is, cohort entry).
‡ In the year preceding the index date.

[CI, 0.83 to 1.17] for ≤200 mg/d; RR, 1.00 [CI, 0.78 to 1.29] for >200 mg/d). We could not assess the influence of meloxicam dose because there were too few current users of this drug.

The coadministration of aspirin did not modify the association for users of traditional NSAIDs (Table 4). Current users of naproxen combined with aspirin appeared to have a lower risk for MI (RR, 0.60 [CI, 0.24 to 1.50]) than those not receiving concomitant aspirin therapy (RR, 1.59 [CI, 0.95 to 2.65]). The association between celecoxib use, at any dose, and MI was not materially changed by aspirin. However, aspirin decreased the overall excess risk for MI associated with the current use of rofecoxib from 37% (RR, 1.37 [CI, 1.12 to 1.68]) to 7% (RR, 1.07 [CI, 0.84 to 1.36]). In addition, aspirin eliminated the excess risk for MI in persons receiving low doses of rofecoxib (RR, 1.00

[CI, 0.77 to 1.28]) but did not reduce the risk in individuals prescribed high doses of this agent (RR, 2.36 [CI, 1.27 to 4.39]). We could not evaluate the effect of aspirin on risk for MI in meloxicam users because too few persons were current users.

## DISCUSSION

Our study, with nearly 5 times as many rofecoxib-exposed case-patients with MI as reported in the recent cumulative meta-analysis (38), provides additional evidence that the use of rofecoxib is associated with an increased risk for MI. Our data also suggest that the risk is higher at dosages exceeding 25 mg/d. Of note, individuals who had used rofecoxib any time in the year preceding the index date did not experience an increased risk; this finding shows the need for contemporaneous exposure. In addition, the mean number of rofecoxib prescriptions dispensed in the year preceding the MI was only 5.3 ± 5.7, implying that long-term exposure may not be necessary. We have also shown that the cardiotoxic effect of rofecoxib previously observed in older and sicker populations (7, 9) extends to a healthier elderly population.

An important limitation of previously published studies has been the lack of information on the effects of concomitant aspirin use. A recent, prospective, case-control study of COX inhibitor users (10) was the first to report MI risk stratified by aspirin use. Our study, with 10 times the sample size of that study, allows a more precise estimation of this interaction and suggests that concomitant aspirin use attenuates the nefarious cardiovascular effects of low-dose rofecoxib. A possible interaction between naproxen and aspirin requires confirmation in a larger study. However, this interaction could partly reconcile the conflicting findings of previous naproxen studies (17, 39–42) because different population mixes of these drugs may have produced results varying from a protective effect in populations with high use of concomitant aspirin to no protection in populations with low use. Reassuringly, we, like others (7, 9), found no increased risk among users of celecoxib, regardless of the dose prescribed. It is important to recognize that only 25% of current users of celecoxib received dosages greater than 200 mg/d, of which less than 0.1% received 800 mg/d or more. In addition, the confidence intervals do not rule out the possibility of a small risk or benefit with this agent. Our study also provides preliminary data on the cardiovascular safety of meloxicam. Traditional NSAIDs and naproxen were not associated with an increased cardiovascular risk or benefit.

Our findings are consistent with the results of the VIGOR study (2, 4), a cumulative meta-analysis of all randomized rofecoxib trials (38), and the APPROVe results (14–16). Indeed, our adjusted risk estimate of 2.36 (CI, 1.27 to 4.39) for high-dose rofecoxib combined with aspirin is almost identical to that reported for VIGOR participants randomly assigned to rofecoxib, 50 mg/d (RR, 2.38

*Table 4.* Crude and Adjusted Rate Ratios of Acute Myocardial Infarction for Current Use of Anti-Inflammatory Agents according to Concomitant Use of Aspirin and Dose of Cyclooxygenase-2 Selective Inhibitors*

| Variable | No Concomitant Use of Aspirin | | | Concomitant Use of Aspirin | | | P Value† |
|---|---|---|---|---|---|---|---|
| | Case-Patients, n | Controls, n | Adjusted RR‡ (95% CI) | Case-Patients, n | Controls, n | Adjusted RR‡ (95% CI) | |
| Nonuse | | | Reference | | | Reference | Reference |
| NSAIDs | 32 | 724 | 1.04 (0.71–1.54) | 19 | 238 | 0.94 (0.57–1.54) | 0.73 |
| Naproxen | | | | | | | |
| Celecoxib | 176 | 4043 | 1.07 (0.89–1.30) | 111 | 1555 | 0.88 (0.70–1.10) | 0.12 |
| Rofecoxib | | | | | | | |
| High-dose | 50 | 1022 | 1.16 (0.85–1.57) | 29 | 400 | 0.80 (0.54–1.20) | 0.14 |
| Rofecoxib | | | 1.97 (1.42–1.68) | | | | 0.05 |
| Low-dose§ | 135 | 2432 | 1.38 (1.12–1.69) | 83 | 1053 | 1.00 (0.77–1.28) | 0.03 |
| High-dose‖ | | | | | | | |
| Meloxicam | 2 | 92 | 0.59 (0.14–2.41) | 5 | 40 | 1.59 (0.61–4.14) | 0.25 |

* NSAID = nonsteroidal anti-inflammatory drug; RR = rate ratio.
† $P$ value for 2-sided test of interaction comparing use and nonuse of aspirin at a significance level of $\alpha = 0.05$.
‡ Adjusted for age at index (continuous variable); sex, hypertension, coronary artery disease, cerebrovascular disease, peripheral vascular disease, congestive heart failure, diabetes, respiratory illness, gastrointestinal ulcer disease, thyroid disorders, depression/psychiatric illness, and cancer in the year preceding cohort entry; use of concomitant therapy, including antilipemic agents, anticoagulants, and low-dose aspirin in the year preceding cohort entry; health care utilization, including hospitalizations, outpatient visits to any physician, and outpatient cardiologist visits, in the year preceding the index date; number of different drugs taken, chronic disease score, and Charlson index score in the year preceding the index date; and past use of NSAIDs. Rate ratios are for current users compared with nonusers.
§ ≤200 mg/d and ≤25 mg/d for celecoxib and rofecoxib, respectively.
‖ >200 mg/d and >25 mg/d for celecoxib and rofecoxib, respectively.

static balance in favor of atherothrombosis. This hypothesis could also explain why rofecoxib, at least at low doses, appears to be susceptible to the cardioprotective effects of aspirin, a potent and irreversible inhibitor of thromboxane $A_2$. The COX-2 inhibiting potency of rofecoxib is nearly 10 times greater than that of celecoxib or meloxicam, thereby possibly explaining the observed differences in risk between these COX inhibitors (44, 45). The unopposed prothrombic activity of thromboxane $A_2$ associated with rofecoxib is likely to be considerably greater than that of celecoxib or meloxicam because of these differences in COX-2 selectivity. Finally, the absence of an increased risk with ever use of rofecoxib, in contrast to the elevated risk in current users, is consistent with the reversible nature of COX-2 inhibition exhibited by this agent (27).

Our study had some limitations. First, while we did not observe any increased risk with the use of meloxicam, traditional NSAIDs, or naproxen, our power to detect meaningful differences was limited by the unexpectedly low use of these agents. Second, only case-patients admitted to the hospital were included in our analysis. Missing events due to silent myocardial infarctions and sudden death could have resulted in incomplete case ascertainment. In addition, the intermittent use that occasionally accompanies NSAID therapy may have lead to misclassification of exposure. However, there is no reason to believe that ascertainment or exposure errors would have occurred differentially across drug groups. Consequently, any resulting bias would be toward the null. Third, we did not have information on smoking status, obesity, physical activity, family history, and socioeconomic status. If the distribution of these risk factors varied significantly across exposure groups, our results could be biased because of confounding by indication. Several studies have evaluated the potential

for and magnitude of such bias and have demonstrated that any resulting bias would be negligible and directed toward the null (9, 42, 49, 50).

While a major strength of this study has been our accounting of the risk-modifying effects of aspirin, concern may exist about the possibility of misclassification due to missing information on over-the-counter use of aspirin, as well as ibuprofen (the only NSAID available over-the-counter in Canada). However, we expect the frequency of aspirin misclassification to be low because 1) a systematic campaign in Québec has been conducted to assure that all cardioprotective use of aspirin be formalized with written prescriptions (51), 2) low-dose aspirin is covered by the universal drug program, and 3) procurement of over-the-counter NSAIDs would be costlier. In addition, studies in similar populations but different jurisdictions have reported that self-medication with aspirin is low (≤10%) (9, 42, 49, 50). Finally, previous research conducted in Québec has shown that this prescription drug database captures almost all secondary cardioprotective aspirin use (18). Nevertheless, even if we accept that some degree of misclassification of aspirin use is possible, our data indicate that it would be nondifferential across the groups in comparison to the reference group (Table 4). The resulting bias would therefore be toward the null, meaning that our findings represent an underestimate of the true risk. Similar reasoning applies to over-the-counter use of ibuprofen.

It is important to consider the potential public health impact of our findings given the high prevalence of COX inhibitor use. A baseline rate of 10.6 MIs per 1000 person-years was observed in this cohort of elderly adults with no history of MI. This rate increased to 12.8 and 18.3 per 1000 persons per year among those receiving low and high doses of rofecoxib, respectively. Assuming causality, this

I.E, eds. Goodman and Gilman's The Pharmacological Basis of Therapeutics. 10th ed. New York: McGraw-Hill; 2001.

28. Breslow NE, Day NE. Fitting models to continuous data. In: Breslow NE, Day NE, eds. Statistical Methods in Cancer Research. Vol. 2: The Design and Analysis of Cohort Studies. IARC Scientific Publications No. 82 ed. Lyon, France: International Agency of Research on Cancer; 1987:178-229.

29. Suissa S. Novel approaches to pharmacoepidemiology study design and statistical analysis. In: Strom BL, ed. Pharmacoepidemiology. 3rd ed. Chichester, United Kingdom: J Wiley; 2000:785-805.

30. Hosmer DW, Lemeshow S. Applied Logistic Regression. New York: J Wiley; 1989.

31. Collet D. Modelling data from epidemiological studies. In: Collet D, ed. Modelling Binary Data. New York: Chapman & Hall/CRC; 1999:223-76.

32. Von Korff M, Wagner EH, Saunders K. A chronic disease score from automated pharmacy data. J Clin Epidemiol. 1992;45:197-203. [PMID: 1573438]

33. Schneeweiss S, Seeger JD, Maclure M, Wang PS, Avorn J, Glynn RJ. Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data. Am J Epidemiol. 2001;154:854-64. [PMID: 11682368]

34. Charlson ME, Pompei P, Ales KL, MacKenzie CR. A new method of classifying prognostic comorbidity in longitudinal studies: development and validation. J Chronic Dis. 1987;40:373-83. [PMID: 3558716]

35. Greenland S. Modeling and variable selection in epidemiologic analysis. Am J Public Health. 1989;79:340-9. [PMID: 2916724]

36. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ. 2002;324:71-86. [PMID: 11786451]

37. Patrono C. Aspirin: new cardiovascular uses for an old drug. Am J Med. 2001;110:62S-65S. [PMID: 11166001]

38. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet. 2004;364: 2021-9. [PMID: 15582059]

39. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med. 2002;162:1099-104. [PMID: 12020178]

40. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis.

Arch Intern Med. 2002;162:1105-10. [PMID: 12020179]

41. Jick SS. The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam. Pharmacotherapy. 2000;20:741-4. [PMID: 10907963]

42. Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet. 2002;359:118-23. [PMID: 11809254]

43. Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal anti-inflammatory drugs. Am J Med. 1998;104:413-21. [PMID: 9626023]

44. Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. Proc Natl Acad Sci U S A. 1999;96:7563-8. [PMID: 10377455]

45. Wright JM. The double-edged sword of COX-2 selective NSAIDs. CMAJ. 2002;167:1131-7. [PMID: 12427705]

46. Marnett LJ, Rowlinson SW, Goodwin DC, Kalgutkar AS, Lanzo CA. Arachidonic acid oxygenation by COX-1 and COX-2. Mechanisms of catalysis and inhibition. J Biol Chem. 1999;274:22903-6. [PMID: 10438452]

47. Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science. 2002;296:539-41. [PMID: 11964481]

48. FitzGerald GA, Cheng Y, Austin S. COX-2 inhibitors and the cardiovascular system. Clin Exp Rheumatol. 2001;19:S31-6. [PMID: 11695249]

49. Velentgas P, Cali C, Diedrick G, Heinen J, Walker AM, Dreyer NA, Vergurg KM. A survey of aspirin use, non-prescription NSAID use, and cigarette smoking among users and non users of prescription NSAIDs: estimates of the effect of unmeasured confounding by the factors on studies of NSAIDs use and risk of MI [Abstract]. Pharmacoepidemiology and Drug Safety. 2001;10(Suppl 1):S103.

50. Graham DJ, Campen D, Cheetham C, Hui R, Spence M, Ray WA. Risk of acute cardiac events among patients treated with cyclooxygenase-2 selective and non-selective nonsteroidal antiinflammatory drugs [Abstract]. Pharmacoepidemiology and Drug Safety. 2004;13(Suppl 1):S287.

51. Beaulieu MD, Brophy J, Jacques A, Blais R, Battista R, Lebeau R. Drug treatment of stable angina pectoris and mass dissemination of therapeutic guidelines: a randomized controlled trial. QJM. 2004;97:21-31. [PMID: 14702508]

# EXHIBIT  D



Oct 3 2006
5:33PM

 **MRL MEMO**

**DATE:** July 5, 2000

**TO:** Drs. Alise Reicin, Eliav Barr, Dennis Erb

**FROM:** Dr. Deborah Shapiro

**SUBJECT:** Cardiovascular Update - VIGOR

---

After the February 10, 2000 cutoff, 11 additional patients experienced serious thrombotic cardiovascular AEs that were sent for adjudication (9 on rofecoxib and 2 on naproxen). Five of the 11 were confirmed events (3 confirmed MIs on rofecoxib, 1 confirmed peripheral venous thrombosis on rofecoxib, and 1 confirmed ischemic cerebrovascular stroke on naproxen). None of the 5 patients were indicated for prophylactic aspirin.

Tables 1-9 and Figures 1-2 provide updated information including the additional events. None of the conclusions have changed. None of the treatment by subgroup interactions were significant and the relative risks for adjudicated and unadjudicated events were constant, ie, the proportionality assumptions were met.

*Deborah Shapiro*

D.R.S.
RY33-404/☎594-5612/fax: 594-6075/MSMail: shapirod

cc: T. Capizzi, L. Oppenheimer, G. Williams, Q. Yu

1

P1.1231

PLAINTIFF'S EXHIBIT
tabbies
ᗡ

MRK-NJ0071320

Table 1
Baseline Cardiovascular Demographics in Patients in the VIGOR Trial
who had a Confirmed Thrombotic Cardiovascular Serious Adverse Experience

| Demographic | Rofecoxib (N=45)[†] | | Naproxen (N=19)[†] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 years old | 17 | (37.8) | 6 | (31.6) |
| Percent ≥65 years old | 28 | (62.2) | 13 | (68.4) |
| **Gender** | | | | |
| Female | 25 | (55.6) | 12 | (63.2) |
| Male | 20 | (44.4) | 7 | (36.8) |
| **Past Cardiovascular History** | | | | |
| Past history of atherosclerotic cardiovascular disease | 16 | (35.6) | 5 | (26.3) |
| **Cardiovascular Risk Factors** | | | | |
| Any cardiovascular risk factors | 37 | (82.2) | 15 | (78.9) |
| Hypertension | 20 | (44.4) | 12 | (63.2) |
| Diabetes mellitus | 2 | (4.4) | 1 | (5.3) |
| Hypercholesterolemia | 9 | (20.0) | 2 | (10.5) |
| Current smoker | 17 | (37.8) | 5 | (26.3) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin therapy indicated[‡] | 15 | (33.3) | 3 | (15.8) |

[†] Two patients experienced >1 confirmed thrombotic cardiovascular serious adverse experience [Attachment 3]. AN 10677 (rofecoxib group) experienced two ischemic cerebrovascular accidents. AN 00560 (naproxen group) experienced unstable angina and myocardial infarction. Because the analysis of rates of confirmed thrombotic cardiovascular serious adverse experiences counted number of patients with events, these patients are counted once within each adjudication category.

[‡] Patients with past medical histories of one of the following: cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions.

2

MRK-NJ0071321

Table 2

Summary of Analysis of Confirmed Adjudicated Serious Thromboembolic AEs in VIGOR

In Patients with Rheumatoid Arthritis

Safety Update Report

| Event Category | Treatment Group | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All thromboembolic events | Rofecoxib | 4047 | 45 | 2697 | 1.67 | 0.42 | (0.25, 0.72) |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | | |
| All cardiac events | Rofecoxib | 4047 | 28 | 2698 | 1.04 | 0.36 | (0.17, 0.74) |
| | Naproxen | 4029 | 10 | 2698 | 0.37 | | |
| All cerebrovascular events | Rofecoxib | 4047 | 11 | 2699 | 0.41 | 0.73 | (0.29, 1.80) |
| | Naproxen | 4029 | 8 | 2699 | 0.30 | | |
| All peripheral vascular events | Rofecoxib | 4047 | 6 | 2699 | 0.22 | 0.17 | (0.00, 1.37) |
| | Naproxen | 4029 | 1 | 2699 | 0.04 | | |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

3

MRK-NJ0071322

Figure 1
Confirmed Thromboembolic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Safety Update Report



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3643 | 3405 | 3177 | 2806 | 1067 | 531 |
| Naproxen | n=4029 | 3647 | 3395 | 3172 | 2798 | 1073 | 514 |

4

MRK-NJ0071323

Table 3
Summary of Adjudicated Thromboembolic Cardiovascular Serious Adverse Experiences
Safety Update Report

| Event | Rofecoxib (N=4047) n (%) | | Naproxen (N=4029) n (%) | |
|---|---|---|---|---|
| **Any Thromboembolic Event**[1] | 47 | ( 1.2) | 20 | ( 0.5) |
| Thromboembolic arterial event[1] | 42 | ( 1.0) | 19 | ( 0.5) |
| Thromboembolic venous event | 5 | ( 0.1) | 1 | ( 0.0) |
| **Cardiovascular Death**[1] | 6 | ( 0.1) | 6 | ( 0.1) |
| Fatal acute myocardial infarction | 2 | ( 0.0) | 0 | ( 0.0) |
| Fatal hemorrhagic stroke | 1 | ( 0.0) | 1 | ( 0.0) |
| Fatal ischemic cerebrovascular stroke | 0 | ( 0.0) | 1 | ( 0.0) |
| Sudden cardiac death | 3 | ( 0.1) | 4 | ( 0.1) |
| **Cardiac Events (Fatal/Nonfatal)** | 28 | ( 0.7) | 10 | ( 0.2) |
| Acute myocardial infarction | 20 | ( 0.5) | 4 | ( 0.1) |
| Sudden cardiac death | 3 | ( 0.1) | 4 | ( 0.1) |
| Unstable angina pectoris | 5 | ( 0.1) | 3 | ( 0.1) |
| **Cerebrovascular Events (Fatal/Nonfatal)**[1] | 13 | ( 0.3) | 9 | ( 0.2) |
| Hemorrhagic stroke | 2 | ( 0.0) | 1 | ( 0.0) |
| Ischemic cerebrovascular stroke | 9 | ( 0.2) | 8 | ( 0.2) |
| Transient ischemic attack | 2 | ( 0.0) | 0 | ( 0.0) |
| **Peripheral Vascular Events (Fatal/Nonfatal)** | 6 | ( 0.1) | 1 | ( 0.0) |
| Peripheral arterial thrombosis | 1 | ( 0.0) | 0 | ( 0.0) |
| Peripheral venous thrombosis | 5 | ( 0.1) | 1 | ( 0.0) |

[1]Includes hemorrhagic stroke
Note: Patients may be counted in more than one row, but are only counted once within a
row.

5

MRK-NJ0071324