Table 4

Summary of Adjudicated Thromboembolic Serious AEs in Selected Subgroups of Patients

with Rheumatoid Arthritis in VIGOR

Safety Update Report

| Subgroup | Trmt | N | Patients with Events | PYR[1] | Rate[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All patients | Rofecoxib | 4047 | 45 | 2697 | 1.67 | 0.42 | (0.25, 0.72) |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | | |
| Aspirin Indicated[4,5] | Rofecoxib | 170 | 15 | 105 | 14.29 | 0.20 | (0.06, 0.71) |
| | Naproxen | 151 | 3 | 102 | 2.94 | | |
| Aspirin Not Indicated[4] | Rofecoxib | 3877 | 30 | 2592 | 1.16 | 0.53 | (0.29, 0.97) |
| | Naproxen | 3878 | 16 | 2596 | 0.62 | | |

[1] Patient-years at risk

[2] Per 100 PYR.

[3] Relative risk of naproxen with respect to Rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

[4] The "Aspirin Indicated" cohort represents those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention (1247). The "Aspirin Not Indicated" cohort represents those patients who did not have a past medical history of any of these diseases.

[5] Treatment-by-aspirin indicated subgroup interaction test, p=0.177.

MRK-NJ0071325

Table 5
Summary of Confirmed Adjudicated Thromboembolic AEs by HTN AE

| Subgroup | Treatment | N | Patients with CVD Event (or HTN AE) |
|---|---|---|---|
| **Confirmed adjudicated CVD event** | | | |
| Patients with HTN AE | Rofecoxib | 394 | 7 ( 1.8) |
| | Naproxen | 221 | 1 ( 0.5) |
| Patients without HTN AE | Rofecoxib | 3653 | 38 ( 1.0) |
| | Naproxen | 3808 | 18 ( 0.5) |
| **HTN AE** | | | |
| Patients with confirmed adjudicated CVD event | Rofecoxib | 45 | 7 (15.6) |
| | Naproxen | 19 | 1 ( 5.3) |
| Patients without confirmed adjudicated CVD event | Rofecoxib | 4002 | 387 ( 9.7) |
| | Naproxen | 4010 | 220 ( 5.5) |

7

MRK-NJ0071326

Table 6
Summary of Confirmed Adjudicated Thromboembolic AEs by Edema AE

| Subgroup | Treatment | N | Patients with CVD Event (or edema AE) |
|---|---|---|---|
| **Confirmed adjudicated CVD event** | | | |
| Patients with edema AE | Rofecoxib | 220 | 1 ( 0.5) |
| | Naproxen | 145 | 1 ( 0.7) |
| Patients without edema AE | Rofecoxib | 3827 | 44 ( 1.1) |
| | Naproxen | 3884 | 18 ( 0.5) |
| **Edema AE** | | | |
| Patients with confirmed adjudicated CVD event | Rofecoxib | 45 | 1 ( 2.2) |
| | Naproxen | 19 | 1 ( 5.3) |
| Patients without confirmed adjudicated CVD event | Rofecoxib | 4002 | 219 ( 5.5) |
| | Naproxen | 4010 | 144 ( 3.6) |

8

MRK-NJ0D71327

Table 7

Analyses of VIGOR Results Using Endpoint Definitions Standard in Large Anti-platelet Trials Safety Update Report

| Event Category | Treatment Group | N | Number of Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **All Patients** | | | | | | | |
| Cardiovascular deaths, MI, CVA | Rofecoxib | 4047 | 35 | 2698 | 1.30 | 0.51 | (0.29, 0.91) |
| | Naproxen | 4029 | 18 | 2698 | 0.67 | | |
| Cardiovascular deaths | Rofecoxib | 4047 | 7 | 2700 | 0.26 | 1.00 | (0.35, 2.85) |
| | Naproxen | 4029 | 7 | 2699 | 0.26 | | |
| MI | Rofecoxib | 4047 | 20 | 2699 | 0.74 | 0.20 | (0.07, 0.58) |
| | Naproxen | 4029 | 4 | 2699 | 0.15 | | |
| Stroke | Rofecoxib | 4047 | 11 | 2699 | 0.41 | 0.82 | (0.34, 1.97) |
| | Naproxen | 4029 | 9 | 2699 | 0.33 | | |
| **Aspirin Indicated** | | | | | | | |
| Cardiovascular deaths, MI, CVA | Rofecoxib | 170 | 12 | 105 | 11.42 | 0.26 | (0.07, 0.91) |
| | Naproxen | 151 | 3 | 102 | 2.94 | | |
| Cardiovascular deaths | Rofecoxib | 170 | 1 | 106 | 0.95 | 2.07 | (0.11, 122.10) |
| | Naproxen | 151 | 2 | 102 | 1.96 | | |
| MI | Rofecoxib | 170 | 8 | 105 | 7.60 | 0.00 | (0.00, 0.60) |
| | Naproxen | 151 | 0 | 102 | 0.00 | | |
| Stroke | Rofecoxib | 170 | 3 | 106 | 2.84 | 0.69 | (0.06, 6.02) |
| | Naproxen | 151 | 2 | 102 | 1.96 | | |

9

MRK-NJ0071328

Table 7 (Continued)

| Aspirin Not Indicated | | | | | | |
|---|---|---|---|---|---|---|
| Cardiovascular deaths†, MI, | Rofecoxib | 3877 | 23 | 2593 | 0.89 | 0.65 | (0.34, 1.25) |
| | Naproxen | 3878 | 15 | 2596 | 0.58 | | |
| CVA | Rofecoxib | 3877 | 6 | 2594 | 0.23 | 0.83 | (0.25, 2.73) |
| | Naproxen | 3878 | 5 | 2597 | 0.19 | | |
| Cardiovascular deaths^b | Rofecoxib | 3877 | 12 | 2593 | 0.46 | 0.33 | (0.11, 1.03) |
| | Naproxen | 3878 | 4 | 2597 | 0.15 | | |
| MI | Rofecoxib | 3877 | 8 | 2593 | 0.31 | 0.87 | (0.32, 2.40) |
| | Naproxen | 3878 | 7 | 2597 | 0.27 | | |
| Stroke^c | | | | | | |

†Patient-years at risk.
‡Per 100 PYR.
^a Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
^b Includes sudden death, unknown cause of death, fatal myocardial infarction, fatal stroke (hemorrhagic or ischemic), fatal subarachnoid hemorrhage, fatal primary intracranial hemorrhage, fatal gastrointestinal bleeding episode.
^c Includes fatal and non-fatal ischemic strokes, and fatal or non-fatal hemorrhagic strokes.

12 / 38.77    .26
4 / 3878    -.02    0.4

10

MRK-NJ0071329

Table 8
Summary of Analysis of Unadjudicated Serious Thromboembolic AEs in VIGOR
In Patients with Rheumatoid Arthritis
Safety Update Report

| Event Category | Treatment Group | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All serious thromboembolic events | Rofecoxib | 4047 | 64 | 2695 | 2.37 | 0.50 | (0.33, 0.76) |
| | Naproxen | 4029 | 32 | 2696 | 1.19 | | |

[1]Patient-years at risk
[2]Per 100 PYR
[3]Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

11

MRK-NJ0071330

Table 9
Summary of Thrombotic Cardiovascular Serious Adverse Experiences Referred
for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Safety Update Report

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n (%) | | n (%) | |
| Patients with one or more thrombotic cardiovascular serious adverse experiences | 64 | ( 1.6) | 32 | ( 0.8) |
| Acute myocardial infarction | 4 | ( 0.1) | 4 | ( 0.1) |
| Angina pectoris | 2 | ( 0.0) | 6 | ( 0.1) |
| Arterial embolism | 1 | ( 0.0) | 0 | ( 0.0) |
| Arterial occlusion | 1 | ( 0.0) | 0 | ( 0.0) |
| Cardiac arrest | 1 | ( 0.0) | 0 | ( 0.0) |
| Carotid artery obstruction | 2 | ( 0.0) | 0 | ( 0.0) |
| Cerebral infarction | 0 | ( 0.0) | 1 | ( 0.0) |
| Cerebrovascular accident | 13 | ( 0.3) | 5 | ( 0.1) |
| Cerebrovascular disorder | 1 | ( 0.0) | 0 | ( 0.0) |
| Coronary artery disease | 2 | ( 0.0) | 3 | ( 0.1) |
| Coronary artery occlusion | 1 | ( 0.0) | 0 | ( 0.0) |
| Deep venous thrombosis | 5 | ( 0.1) | 1 | ( 0.0) |
| Femoral artery occlusion | 0 | ( 0.0) | 1 | ( 0.0) |
| Intracranial hemorrhage | 0 | ( 0.0) | 2 | ( 0.0) |
| Ischemic heart disease | 2 | ( 0.0) | 1 | ( 0.0) |
| Myocardial infarction | 16 | ( 0.4) | 4 | ( 0.1) |
| Non-Q-wave Myocardial infarction | 1 | ( 0.0) | 0 | ( 0.0) |
| Non-Q-wave myocardial infarction + ventricular tachycardia | 1 | ( 0.0) | 0 | ( 0.0) |
| Paresis | 1 | ( 0.0) | 0 | ( 0.0) |
| Peripheral vascular disorder | 1 | ( 0.0) | 0 | ( 0.0) |
| Transient ischemic attack | 2 | ( 0.0) | 3 | ( 0.1) |
| Unstable angina | 6 | ( 0.1) | 1 | ( 0.0) |
| Venous insufficiency | 0 | ( 0.0) | 1 | ( 0.0) |
| Ventricular fibrillation | 1 | ( 0.0) | 0 | ( 0.0) |

12

MRK-NJ0071331



Figure 2
Unadjudicated Thromboembolic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Safety Update Report

13

MRK-NJ0071332

# EXHIBIT  E



Oct 3 2006
5:33PM

# Dr. Lemuel Moye



PLAINTIFF'S
EXHIBIT
E

COX-2 Inhibitor Report of Lemuel A. Moyé, M.D., Ph.D.                    8/10/2006

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Vioxx** | **MDL DOCKET NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | Section L |
| THIS DOCUMENT RELATES TO: | |
| Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v. | Mag. Judge Knowles |
| MERCK & CO., INC. | |

COX-2 Inhibitor Report of
## Lemuel A. Moyé, M.D., Ph.D.
August 10, 2006

COX-2 Inhibitor Report of Lemuel A. Moyé, M.D., Ph.D.                                              8/10/2006

## Table of Contents

PERSONAL VITA

    PERSONAL VITA ................................................................................................... 5

    DEGREES ................................................................................................................. 5

    RESEARCH EXPERIENCE ..................................................................................... 5

    CURRENT ACTIVITIES ......................................................................................... 6

    MANUSCRIPTS ...................................................................................................... 6

    BOOKS .................................................................................................................... 6

    PRESENTATIONS ................................................................................................... 7

    TEACHING .............................................................................................................. 7

    INVITED LECTURES ............................................................................................. 7

    CONSULTATIONS .................................................................................................. 7

    GRANT REVIEW .................................................................................................... 8

    MONITORING BOARDS ........................................................................................ 8

    FDA APPEARANCES FOR SPONSORS ............................................................... 8

    FDA SERVICE ........................................................................................................ 8

    RECENT PUBLICATIONS ..................................................................................... 9

    RISK BENEFIT EXPERIENCE .............................................................................. 9

    CARDIORENAL COMMITTEE MEETINGS ....................................................... 9

    FDA SERVICE ...................................................................................................... 10

    EDUCATION .......................................................................................................... 10

    BASIS OF OPINIONS ........................................................................................... 10

    FEES ...................................................................................................................... 10

    PREVIOUS TESTIMONY ..................................................................................... 10

  SUMMARY OF OPINIONS .......................................................................................... 11

  RISK-BENEFIT ANALYSIS ......................................................................................... 13

  ADVERSE EFFECTS .................................................................................................... 17

    CARDIOVASCULAR TOXICITY ....................................................................... 17

    ROFECOXIB AND STROKE ............................................................................... 20

    HYPERTENSION .................................................................................................. 24

    BACKGROUND BIOCHEMISTRY ..................................................................... 24

    BIOCHEMISTRY OF COX-2 INHIBITION ........................................................ 24

    THE ROLE OF ENZYMES ................................................................................... 25

THE PROSTAGLANDIN SYSTEM ........................................................................ 26
COX-1 AND COX-2 ......................................................................................... 28
INADEQUATE TESTING .................................................................................... 33
   CLINICAL STUDIES .................................................................................... 40
   THE VIGOR TRIAL ..................................................................................... 41
   POSSIBLE PROTECTIVE EFFECT OF NAPROXEN ........................................... 45
   ADVANTAGE .............................................................................................. 46
   VICTOR ..................................................................................................... 47
   VIP ........................................................................................................... 47
   ALZHEIMER STUDIES ................................................................................. 48
   APPROVE ................................................................................................... 48
FAILURE TO WARN .......................................................................................... 64
   FDA EXPERTISE ........................................................................................ 64
   ROLE OF FDA ........................................................................................... 64
   MODERIZATION ACT .................................................................................. 65
   COLLABORATION ....................................................................................... 65
   ADVISORY COMMITTEES ........................................................................... 66
   DECISION PROCESSES ............................................................................... 67
   MATERIAL INFORMATION ......................................................................... 68
   ADVERSE EVENTS ..................................................................................... 68
   LABELING ................................................................................................. 68
MISLEADING THE FDA ..................................................................................... 73
APPENDIX A: STATISTICAL REASONING IN MEDICINE ...................................... 77
   SAMPLING ERROR AND SIGNIFICANCE TESTING ......................................... 78
   STATISTICAL POWER ................................................................................ 80
   SAMPLE SIZE COMPUTATIONS ................................................................... 81
APPENDIX B: DETERMING CAUSALITY IN MEDICINE ......................................... 82
   LIMITATIONS OF CASE REPORTS .............................................................. 85
APPENDIX C: DETECTING ADVERSE EVENTS ..................................................... 88
   DETECTING ADVERSE EVENTS: COMPLICATION IN SAFETY MONITORING .......... 88
   STRATEGY 1: MONITOR WIDELY ............................................................... 91
   STRATEGY 2: ASSESSING UNANTICIPATED ADVERSE EVENTS ....................... 92
APPENDIX D: SUBGROUP ANALYSES ................................................................. 96
   SUBGROUPS: DEFINITIONS AND BASIC CONCEPTS ...................................... 97

SUBGROUPS VERSUS SUBGROUP STRATA ..................................................... 97

SUBGROUPS: INTERPRETATION DIFFICULTIES ........................................... 98

RANDOM SUBGROUPS................................................................................ 100

PROPER VERSUS IMPROPER SUBGROUPS ................................................. 101

INTENTION-TO-TREAT" VERSUS "AS TREATED" SUBGROUP ANALYSES.............. 101

EFFECT DOMINATION PRINCIPLE ............................................................. 103

MANUSCRIPT INTERPRETATION ............................................................... 105

REFERENCES ........................................................................................... 109

# Personal Vita

1.   *Personal Vita*: My name is Lemuel A. Moyé. I am over twenty-one years of age, am of sound mind, am not a party to this action, have never been convicted of a felony, and am otherwise competent to make this affidavit. I have personal knowledge of all factual statements contained herein, and all such factual statements are true and correct to the best of my knowledge.

2.   *Degrees*: I have a M.D. and a Ph.D. degree in Community Sciences - Biostatistics.  I am a licensed physician in the states of Texas and Indiana, and I have actively practiced medicine from 1979-1992. I am a diplomat of the National Board of Medical Examiners. My formal training has included many courses in mathematical statistics, epidemiology, and biostatistics.  I am currently a Professor of Biostatistics at the University of Texas School of Public Health in Houston, where I hold a full time faculty position in biostatistics.

3.   *Research Experience*: I have carried out cardiovascular research for nineteen years and continue to be involved in the design, execution and analysis of clinical trials. I have been Principal Investigator on a grant from Schering-Plough and have been Co-Principal Investigator on two grants from Bristol Myers-Squibb. In these studies, I was responsible for the design, execution, and analysis of these experiments. In one case, the experiment involved over 2000 patients who were followed for 3.5 years, and in the other case, 4159 patients were followed for five years.  In each of these enterprises, an important component of my responsibility was the reporting of adverse events from physicians. In one of these trials, I supervised the collection of adverse events that were reported to both the Sponsor and to the Federal Food and Drug Administration (F.D.A.).  Each of these clini-

cal trials has resulted in several articles that were published in the Journal of the Medical

Association and The New England Journal of Medicine, as well as other journals in the

peer reviewed medical literature.

4.  *Current Activities*: I am currently Principle Investigator and in charge of the biostatistics

group that is carrying out research on the treatment of strokes, funded by the National In-

stitute of Neurologic Disorders and Strokes. I am also a co researcher on a federally

funded grant that is examining the influence of behavioral modification of risk factors for

atherosclerotic disease.

5.  *Manuscripts*: I have published over one hundred and twenty manuscripts in peer-

reviewed literature that reflect my experience in the design, execution and analysis of

clinical trials. Included among these manuscripts are papers that provide the mathemati-

cal development of tools that improve both the design and the execution of large-scale

clinical trials

6.  *Books*: I am the author of six books. I am the sole author of the book *Statistical Reason-

ing in Medicine—The Intuitive P value Primer*, published by Springer-Verlag in 2000.

Marcel-Dekker published a second book, entitled *Difference Equations with Public

Health Applications*, co-authored with a colleague, in October 2000.  A third book of

which I am sole author, entitled *Multiple Analysis in Clinical Trials: Fundamentals for

Investigators*, was published by Springer-Verlag and appeared in the summer 2003.  A

fourth book titled *Finding Your Way in Science* was published in August 2004. A fifth

book entitled *Mathematical Statistics with Applications* appeared in 2005. A sixth book

entitled *Statistical Monitoring of Clinical Trials: Fundamentals for Investigators*, was re-

leased in the Fall, 2005. The second edition of *Statistical Reasoning in Medicine—The In-

*tuitive P value Primer* will appear in the summer of 2006. I have completed a book enti-
tled *Face to Face with Katrina Survivors: A First Responder's Tribute*, which will appear
in November 2006. I am currently writing a book *Elementary Bayesian Biostatistics* to be
published by Taylor and Francis, to appear during the summer of 2007. In addition I have
authored invited book chapters and contributed articles to scientific encyclopedias.

7.  *Presentations:* I have been an Investigator on four grants from the National Institutes of
    Health, involving the design, execution, and analysis of clinical trials and epidemiologic
    studies. Each of these has led to publications in the peer-reviewed literature. I have pre-
    sented results of clinical research at over twenty different professional meetings, includ-
    ing a presentation in 2001 to the Drug Information Agency and a separate presentation at
    the International Joint Statistical Meetings. I have presented results at the International
    Joint Statistical Meetings in 2003, 2004, and 2005.

8.  *Teaching*: I have consistently taught courses in biostatistics since my full-time appoint-
    ment as a faculty member in 1987 at the University of Texas School of Public Health. In
    these courses, I have taught experimental design in clinical research studies, the statistical
    methodology that supports these design principles, the statistical analysis of clinical re-
    search programs, and the role of epidemiology in interpreting the conclusions from these
    clinical research programs. For 18 years, I have been a supervisory professor for students
    training in epidemiology, biostatistics, and other areas of public health.

9.  *Invited Lectures*: I have given over thirty invited guest lectures on research methodology
    topics.

10. *Consultations*: I have served as a clinical trial consultant to Berlex, Proctor and Gamble,
    Marion Merrill Dow, Pfizer, Hoerst Roussel, Aventis, Key Pharmaceuticals, Coromed,

Dupont, Bristol Myers-Squibb, Novartis, Medtronics, Astra-Zeneca, Power3 Medical, CryoCor, and Vasogen.

11.  *Grant Review*: I have reviewed grants and/or data on over fifty different occasions on be-half of government research programs.

12.  *Monitoring Boards*: I have served on three Data Monitoring Committees (DMC) that oversee the conduct of clinical trials, and most recently have been the chairman of a Data, Safety, and Monitoring Committee of a study sponsored by Bristol-Meyer-Squibb and Key Pharmaceuticals. I currently serve on three DMC's, one privately sponsored and two on NIH sponsored studies.

13.  *FDA Appearances for Sponsors*: I have appeared before the F.D.A. on behalf of spon-sors on several occasions.

14.  *FDA Service*: In addition to serving as a consultant with the pharmaceutical industry for seventeen years, I have also directly and overtly supported the F.D.A. I have served as a statistician/epidemiologist for four years on the Cardiovascular and Renal Drug Advisory Committee to the Food and Drug Administration. In this capacity, I have reviewed the data provided by pharmaceutical companies and an analysis of that data by the FDA to render opinions about the safety and effectiveness of these medical interventions being considered for FDA approval.  In this capacity, I have formally reviewed over twenty clinical trial programs of private sponsors and commented in public testimony that is part of the Federal Registry. In some instances, a component of this review was direct evalua-tion, criticism and comment on the proposed product label by the Sponsor. I currently serve as a statistical consultant to the F.D.A., and most recently have been to a two-year term on the F.D.A. Pharmacy Sciences Advisory Committee.

15. **Recent Publications**:  I have published manuscripts as the sole author in *Controlled Clinical Trials*, and *Statistics in Medicine*. This work has promulgated the philosophy (while advancing the supporting mathematics) that clinical research interpretation must be disciplined and must explicitly hold the highest regard for community protection from dangerous, false, and misleading results from clinical research. I have been featured in health care articles in both *Money* magazine (December 1998) and *US News and World Report* (January 11, 1999). In 2000, an article, on which I am the sole author, appeared in *Statistics in Medicine*, and it has generated important published commentary in the peer-reviewed literature.

16. **Risk Benefit Experience**: I have taken part in research studies that have been both obser-vational and experimental. In each of these studies, functioning as an investigator, I have participated in discussions assessing the safety and effectiveness of the medication. This assessment has not been based on complicated economic arguments, but instead places emphasis on balancing the health advantages the therapy offers against the disadvantages its use produces. I have published an article that computed the effectiveness and safety of various strategies in the treatment of essential hypertension.

17. **CardioRenal Committee Meetings**: During the thrice-yearly meetings of the Cardio-Renal Advisory Committee to the F.D.A., I, along with the other committee members, have been asked to weigh the advantages and disadvantages of the medications presented to us for approval. This assessment was not economic but a collective appraisal by physi-cians and health care researchers of the relative clinical strengths and clinical weaknesses of the intervention.

18. **FDA Service:** My service on the F.D.A. Advisory Committees, as well as my service to drug manufacturers, has given me specialized knowledge and experience concerning the F.D.A. policies, procedures and regulations as well as the corresponding duties of a reasonable and prudent drug manufacturer. In my service on behalf of sponsors to the F.D.A., and my service to the F.D.A. at Advisory Committee meetings, I have developed expertise, knowledge, education, training and experience in F.D.A. matters.

19. *Education*: My education consists of the following:

| Year | Degree | School |
|------|--------|--------|
| 1987 | Ph.D. Community Sciences -Biometry | University of Texas |
| 1981 | M.S.  Statistics | Purdue University |
| 1978 | M.D. | Indiana University |
| 1974 | B.A. Mathematical Sciences | Johns Hopkins |

20. **Basis of Opinions**: I have gained scientific, technical, and specialized knowledge of biostatistics, epidemiology, and risk/benefit assessment. The basis for my opinions is derived from my education, training, research, experience, expertise, and review of the peer-reviewed medical literature.

21. **Fees**: My fees are $400 per hour for review of literature, documents, and $500 for depositions and trial testimonies.

22. **Previous testimony**: A list of previous testimony is attached as Appendix E.

## Summary of Opinions:

23.  The Cox-2 inhibitor rofecoxib, designed to reduce pain while avoiding gastrointestinal effects, was a therapy with a foreseeable design defect, and whose risks exceeded its benefits. Several studies carried out both before and after rofecoxib was approved by the FDA demonstrated that rofecoxib's analgesic effect was no better than commonly used, inexpensive nonsteroidal anti-inflammatory drugs. In addition, other studies demonstrated the harmful gastrointestinal effects of rofecoxib produced more gastrointestinal disease then placebo therapy. Thus, when released, Cox-2 inhibitors were not superior to commonly used pain relievers for analgesia, nor were they free of gastrointestinal adverse effects. Thus there was minimal benefit of these agents above and beyond the available, inexpensive alternatives.

24.  Rofecoxib excites the production of cardiovascular disease. It produces this disease through two mechanisms. First, rofecoxib's propensity to produce elevations in blood pressure adds to the force of atherosclerotic disease development. In addition, its mechanism of action, i.e., the selective inhibition of the Cox-2 prostanoid synthesis destabilizes the blood's delicate clotting balance, producing catastrophic thrombotic events in the heart, and other end organ vasculature. This adverse effect causes angina pectoris, nonfatal heart attacks, fatal heart attacks, and the fatal syndrome known as sudden death.

25.  Rofecoxib is unsafe at any dose/duration combination in any patient regardless of their underlying risk for cardiovascular disease. The harmful cardiovascular effects of rofecoxib have been demonstrated repeated. These dangerous adverse consequences occur in patients on both low dose and high dose rofecoxib. They occur in short durations of ther-

apy, as well as in patients exposed for many months to the drug. In addition, these cardiovascular side effects occur in patients who are at low risk for cardiovascular disease, as well as in patients who are at high risk for cardiovascular disease. Rofecoxib is a defective product. In addition, based on the data, it is more reasonable than not that rofecoxib causes cerebrovascular accidents or strokes.

26. The use of rofecoxib is unjustified in patients who suffer from the chronic paint of rheumatoid arthritis or osteoarthritis. Although each of these chronic conditions produce substantial pain, they are not deadly. The use of a medication that causes death through its combined thrombotic, hypertensive effects is unjustified in patients who suffer from the painful, chronic, but non-lethal illnesses which are the drug's indications. These patients, because of their age and high background risk of atherosclerotic cardiovascular illness are at greater risk of vessel-occlusive attack by this drug. Merck Laboratories was aware of a signal of its cardiotoxic effects of rofecoxib in 1998, a year before the drug was approved. In the presence of increased numbers of adverse cardiovascular effects, Merck allowed the FDA to approve a product that it knew was cardiotoxic. During the appearance of study after study, which confirmed pre-approval suspicions that rofecoxib would be dangerous for the cardiovascular system, Merck continued to defend the drug's use with a scientifically incredulous argument, with no additional warnings for its profound cardiovascular effects.

## Risk-Benefit Analysis

27. All medication have risks that must be 1) balanced by the benefits to the population to re-
    ceive the therapy, and 2) promulgated to physicians, pharmacists, and patients, so that
    these prescriber, dispensers, and users can exercise their independent right to determine if
    the therapy's benefits outweigh its risks. A fair assessment of the contribution of rofe-
    coxib to the public health requires a fair assessment of its benefits and risks.

28. Benefits of COX inhibition: The *raison dêtre* of COX-2 inhibition is that selective block-
    ing of the COX-2 pathway blocks pain generation while permitting continued gastrointes-
    tinal protection. Thus, the medical community expected superior analgesia to be deliv-
    ered while the safety of the stomach's protective mucosal lining was preserved.

29. However, rofecoxib-generated analgesia was quite ordinary, demonstrated to be of no
    greater magnitude than medications currently on the market. A striking example was the
    comparison of rofecoxib to nabumeton in Protocol 090. In this study, 12.5 mg rofecoxib
    was compared to 1000 mg of nabumeton, Merck's own scientists anticipated that pain re-
    lief (as measured by the Patient Global Assessment Response to Therapy (PGART) was
    anticipated to be 15 percentage points greater than that of the comparator drug nabume-
    ton, a well established, commonly used NSAID. However, rofecoxib did not reach this
    prospectively determined goal. In fact, the difference between the two therapies was not
    15 points, but 7-8 points (50.4% versus 43.3%). Thus rofecoxib was not more effective
    than commonly used, already available pain medications, according to the criteria set by
    Merck's own scientists.

30. In addition, rofecoxib produces clinically significant gastrointestinal distress. In the Hip-
    pisley-Cox study [1] a nested case-control analysis involving almost 100,000 participants,

the relationship between gastrointestinal disease and the use of Cox-2 inhibitors was evaluated. This examination revealed that rofecoxib was associated with an elevated risk of adverse gastrointestinal event, with a relative risk of 1.56 (95% confidence interval of 1.30-1.87) for patients with recent exposure to rofecoxib. These findings reflect a 56% increase in gastrointestinal adverse events in patients exposed to rofecoxib versus placebo drug use. Rofecoxib was no more effective then standard, inexpensive NSAIDS, and itself was associated with increased gastrointestinal adverse effects when compared to placebo. However, evidence suggests that both minor symptoms of GI disease (e.g. dyspepsia) and endoscopically detected lesions are not good predictors of future, complicated GI disease.

31. Also, while it is clear that non-selected NSAIDS produce gastrointestinal disease, it is unclear which component of COX-1 inhibition (anti-aggregatory propensity or absence of GI protection) produces the serious GI complications associated with these therapies (e.g., perforations, bleedings, and obstructions). In fact, it was quite possible that the COX-1 inhibition produced by the nonselective NSAIDS was not related to gastric protection, but generated by some other mechanism, e.g., direct gastric mucosal injury. It the latter was the case, then it was unlikely that COX-2 inhibitors would provide any gastrointestinal protection. Thus, it was necessary to carry out large-scale clinical studies comparing NSAIDS with COX-2 inhibitor therapy.

32. Balancing Benefit and Risk: All medication have risks that must be 1) balanced by the benefits to the population to receive the therapy, and 2) must be promulgated to physicians, pharmacists, and patients, so that these prescriber, dispensers, and users can exercise their independent right to determine if the therapy's benefits outweigh its risks.

When a drug's benefit is large, it is reasonable to accept a larger risk for the use of the drug. Examples may be found in oncology, where the combined use of the cancer chemotherapeutic agents, bleomycin, cisplatin, and vinblastine produced cardiac toxicity. However, their use is tolerated because they prolong the lives of patients who would soon die from their cancer. The greater the benefit, the more willing is the medical community to accept harmful side effects.

33. Alternatively, therapies associated with reduced benefits, must be accompanied by minimal level of adverse effects to be accepted by the medical community. However, the benefits of rofecoxib are no better than well-established, low-cost alternatives, and the GI protection offered by rofecoxib does not make it a safe drug. Therefore the adverse effects caused by rofecoxib must be minimal for it to be acceptable to the medical community. However, rofecoxib's dangerous effects dramatically exceed this low threshold.

34. Rofecoxib causes thrombotic events by mechanisms discussed by Merck in 1998, before the therapy was approved. The measure of the adverse effects of the drug is measured by an odds ratio, and the ARE.

35. Relative risks and odds ratios measure the strength of association between an exposure and an illness. The computations are based on the fundamental principle that is an exposure causes a disease, and that one would naturally expect there to be greater disease in the exposed group then the unexposed group. Relative risks measure the occurrence of disease in the exposed group to the control group over a period of time, and is used when one follows patients in the exposed and unexposed group forward in time to compute the occurrence of disease in each of the two groups. Odds ratios are used in circumstances when the ability to follow patients is impaired by the study design (for example, the in-